**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------------x    **Ref. Docket Nos. 7627, 7628, 7631,**
**7638, 7647, 7652-7666, 7674**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Paul Belobritsky
Sworn to before me this                              Paul Belobritsky
29th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  AVIVA INSURANCE COMPANY OF CANADA
           C/O AVIVA INVESTORS NORTH AMERICA, INC.
           699 WALNUT STREET, SUITE 1700
           DES MOINES IA 59309

Please note that your claim # 66054 in the above referenced case and in the amount of
      $5,000,000.00        has been transferred (**unless previously expunged by court order**)

      MORGAN STANLEY & CO. INCORPORATED                    MORGAN STANLEY & CO. INCORPORATED
      TRANSFEROR: AVIVA INSURANCE COMPANY OF CANADA        MANAGING CLERK
      1585 BROADWAY                                        RICHARDS KIBBE & ORBE LLP
      ATTN: JONATHAN HERRICK                               ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10036                                    NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7674      in your objection. If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 03/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: JON BARNES
             CHARLOTTE NC 28255

Please note that your claim # 44630-01 in the above referenced case and in the amount of
        $14,647,096.31        has been transferred **(unless previously expunged by court order)**

        KNIGHTHEAD MASTER FUND, LP
        TRANSFEROR: BANC OF AMERICA SECURITIES LLC
        623 FIFTH AVENUE, 29TH FLOOR
        ATTN: LAURA TORRADO
        NEW YORK NY 10033

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7631        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  VITOL ASIA PTE. LTD.                          VITOL ASIA PTE. LTD.
     C/O K&L GATES LLP                             ATTN: TREASURER AND MANAGER COMMODITIES & SW
     ATTN: ERIC T. MOSER                           260 ORCHARD ROAD #13-01
     599 LEXINGTON AVE                             THE HEEREN 238855 SINGAPORE
     NEW YORK NY 10022


Please note that your claim # 66354 in the above referenced case and in the amount of
      $3,821,189.31       has been transferred **(unless previously expunged by court order)**



          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: VITOL ASIA PTE. LTD.
          4 NEW YORK PLAZA-FLOOR 16
          ATTN: ALEKSANDRA MARKOVIC
          New York NY 10004



No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7627     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  VITOL S.A.
     ATTN: ERIC T. MOSER, ESQ.
     C/O K&L GATES LLP
     599 LEXINGTON AVENUE
     NEW YORK NY 10022

VITOL S.A.
MANAGER COMMODITIES & SWAP GROUP
BOULEVARD DU PONT-D'ARVE 28
P.O. BOX 384
GENEVA 4 1211 SWITZERLAND

Please note that your claim # 66353 in the above referenced case and in the amount of
     $12,220,661.10        has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: VITOL S.A.
4 NEW YORK PLAZA-FLOOR 16
ATTN: ALEKSADRA MARKOVIC
NEW YORK NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7627        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
      TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD          MANAGING CLERK
      25, CABOT SQUARE                                  RICHARDS KIBBE & ORBE LLP
      CANARY WHARF                                       ONE WORLD FINANCIAL CENTER
      LONDON     E14 4QA                                 NEW YORK NY 10281-1003
      ENGLAND

Please note that your claim # 60593-01 in the above referenced case and in the amount of
$3,135,580.96        has been transferred (**unless previously expunged by court order**)

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
ATTN: PENNY ROBBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7661      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
-----------------------------------|
In re                              |   Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
            Debtors.               |
                                   |
-----------------------------------|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
      TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD            MANAGING CLERK
      25, CABOT SQUARE                                    RICHARDS KIBBE & ORBE LLP
      CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
      LONDON      E14 4QA                                 NEW YORK NY 10281-1003
      ENGLAND
```

Please note that your claim # 60593-02 in the above referenced case and in the amount of
$3,612,734.59       has been transferred (**unless previously expunged by court order**)

```
      OAKTREE OPPORTUNITIES FUND VIII DELAWARE
      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      333 SOUTH GRAND AVE, 28TH FL
      ATTN: PENNY ROBBINS
      LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7662      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.                |
                                    |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
      TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD          MANAGING CLERK
      25, CABOT SQUARE                                  RICHARDS KIBBE & ORBE LLP
      CANARY WHARF                                      ONE WORLD FINANCIAL CENTER
      LONDON     E14 4QA                                NEW YORK NY 10281-1003
      ENGLAND
```

Please note that your claim # 60593 in the above referenced case and in the amount of $1,070,755.45    has been transferred **(unless previously expunged by court order)**

```
      OAKTREE HUNTINGTON INVESTMENT FUND, LP
      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      333 SOUTH GRAND AVE, 28TH FLOOR
      ATTN: PENNY ROBBINS
      LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7663    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL        MANAGING CLERK
     25, CABOT SQUARE                               RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                   ONE WOLRD FINANCIAL CENTER
     LONDON    E14 4QA                              NEW YORK NY 10281-1003
     ENGLAND
```

Please note that your claim # 59406-02 in the above referenced case and in the amount of
$2,758,308.49        has been transferred **(unless previously expunged by court order)**

```
     OAKTREE OPPORTUNITIES FUND VIII DELAWARE
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
     C/O OAKTREE CAPITAL MANAGEMENT, LP
     333 SOUTH GRAND AVE, 28TH FL
     ATTN: PENNY ROBBINS
     LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7664        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                            Vito Genna, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL          MANAGING CLERK
     25, CABOT SQUARE                                 RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                     ONE WOLRD FINANCIAL CENTER
     LONDON     E14 4QA                               NEW YORK NY 10281-1003
     ENGLAND
```

Please note that your claim # 59406-03 in the above referenced case and in the amount of $818,178.78      has been transferred **(unless previously expunged by court order)**

```
     OAKTREE HUNTINGTON INVESTMENT FUND, LP
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
     C/O OAKTREE CAPITAL MANAGEMENT, LP
     333 SOUTH GRAND AVE, 28TH FLOOR
     ATTN: PENNY ROBBINS
     LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7665      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                          |     Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |     08-13555 (JMP)
                                               |
                                               |     (Jointly Administered)
                Debtors.                        |
                                               |
_____

          NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                     BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL             MANAGING CLERK
      25, CABOT SQUARE                                     RICHARDS KIBBE & ORBE LLP
      CANARY WHARF                                         ONE WOLRD FINANCIAL CENTER
      LONDON      E14 4QA                                  NEW YORK NY 10281-1003
      ENGLAND


Please note that your claim # 59406-04 in the above referenced case and in the amount of
      $2,394,355.06        has been transferred (**unless previously expunged by court order**)


      OCM OPPORTUNITIES FUND VII DELAWARE, LP
      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      333 SOUTH GRAND AVE, 28TH FLOOR
      ATTN: PENNY ROBBINS
      LOS ANGELES CA 90071


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7666      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   VR-LIW GMBH
             GUNNAR MANGEL-GENERAL MANAGER
             GABELSBERGERSTRASSE 1A
             HAMM    59069
             GERMANY

Please note that your claim # 55203-01 in the above referenced case and in the amount of
       $2,148,732.74       has been transferred **(unless previously expunged by court order)**

             MORGAN STANLEY & CO. INTERNATIONAL PLC
             TRANSFEROR: VR-LIW GMBH
             25, CABOT SQUARE
             CANARY WHARF
             LONDON     E14 4QA
             ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7628       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                   |   (Jointly Administered)
                                   |
                 Debtors.          |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  BANCA POPOLARE DI SPOLETO S.P.A.
            ATTN: MR. VALERIO VOLPI
            PIAZZA LUIGI PIANCIANI, 5
            SPOLETO (PERUGIA)    06049
            ITALY

Please note that your claim # 56044-01 in the above referenced case and in the amount of
      $3,632,070.05        has been transferred **(unless previously expunged by court order)**

       MACQUARIE BANK LIMITED                          MACQUARIE BANK LIMITED
       TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A.     JAIME SENIOR
       C/O MACQUARIE CAPITAL (USA) INC.                SIDLEY AUSTIN LLP
       125 WEST 55TH STREET                            787 SEVENTH AVENUE
       ATTN: FICC CREDIT SALES & TRADING               NEW YORK NY 10019
       NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7638        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ICICI BANK UK PLC
             ATTN: PRITI SHETTY
             ONE THOMAS MORE SQUARE
             5 THOMAS MORE STREET
             LONDON    E1W 1YN
             UNITED KINGDOM

Please note that your claim # 58791-01 in the above referenced case and in the amount of
     $14,316,551.08        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: ICICI BANK UK PLC
        135 BISHOPSGATE
        ATTN: ANDREW SCOTLAND, OONAGH HOYLAND
        LONDON    EC2M 3UR
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7647        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                              RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                   ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                               ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                  NEW YORK NY 10281

Please note that your claim # 58710-01 in the above referenced case and in the amount of
     $927,101.40         has been transferred **(unless previously expunged by court order)**

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
ATTN: PENNY ROBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7652      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY & CO INTERNATIONAL PLC        MORGAN STANLEY & CO INTERNATIONAL PLC
      ATTN: BRIAN CRIPPS                     RICHARDS KIBBE & ORBE LLP
      25 CABOT SQUARE, CANARY WHARF         ATTN: MICHAEL FRIEDMAN, ESQ.
      LONDON   E14 4QA                       ONE WORLD FINANCIAL CENTER
      UNITED KINGDOM                       NEW YORK NY 10281

Please note that your claim # 58710-02 in the above referenced case and in the amount of $784,470.41       has been transferred (**unless previously expunged by court order**)

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
ATTN: PENNY ROBBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7653       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
      ATTN: BRIAN CRIPPS                              RICHARDS KIBBE & ORBE LLP
      25 CABOT SQUARE, CANARY WHARF                   ATTN: MICHAEL FRIEDMAN, ESQ.
      LONDON    E14 4QA                               ONE WORLD FINANCIAL CENTER
      UNITED KINGDOM                                  NEW YORK NY 10281

Please note that your claim # 58710 in the above referenced case and in the amount of
     $285,261.97        has been transferred **(unless previously expunged by court order)**

      OAKTREE HUNTINGTON INVESTMENT FUND, LP
      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      333 SOUTH GRAND AVE, 28TH FLOOR
      ATTN: PENNY ROBBINS
      LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7654        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
              Debtors.              |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                              ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58720-01 in the above referenced case and in the amount of
       $583,036.62        has been transferred **(unless previously expunged by court order)**

     OCM OPPORTUNITIES FUND VII DELAWARE, LP
     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
     C/O OAKTREE CAPITAL MANAGEMENT, LP
     333 SOUTH GRAND AVE, 28TH FLOOR
     ATTN: PENNY ROBBINS
     LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7655          in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                    Vito Genna, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                              ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58720-02 in the above referenced case and in the amount of
     $671,727.97        has been transferred **(unless previously expunged by court order)**

          OAKTREE OPPORTUNITIES FUND VIII DELAWARE
          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
          C/O OAKTREE CAPITAL MANAGEMENT, LP
          333 SOUTH GRAND AVE, 28TH FL
          ATTN: PENNY ROBBINS
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7656      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC         MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                              ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58720 in the above referenced case and in the amount of
     $199,192.07        has been transferred **(unless previously expunged by court order)**

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
ATTN: PENNY ROBBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7657        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY & CO INTERNATIONAL PLC         MORGAN STANLEY & CO INTERNATIONAL PLC
      ATTN: BRIAN CRIPPS                            RICHARDS KIBBE & ORBE LLP
      25 CABOT SQUARE, CANARY WHARF                 ATTN: MICHAEL FRIEDMAN, ESQ.
      LONDON    E14 4QA                             ONE WORLD FINANCIAL CENTER
      UNITED KINGDOM                                NEW YORK NY 10281

Please note that your claim # 58714-02 in the above referenced case and in the amount of
     $2,016,418.58       has been transferred **(unless previously expunged by court order)**

      OAKTREE HUNTINGTON INVESTMENT FUND, LP
      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
      C/O OAKTREE CAPITAL MANAGEMENT, LP
      333 SOUTH GRAND AVE, 28TH FLOOR
      ATTN: PENNY ROBBINS
      LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7658      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                              Vito Genna, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON     E14 4QA                             ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58714-03 in the above referenced case and in the amount of
     $6,625,375.34       has been transferred (**unless previously expunged by court order**)

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
ATTN: PENNY ROBBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7659       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                    Vito Genna, Clerk of Court

                                    /s/ Paul Belobritsky
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
             Debtors.                    |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                             RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                  ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON    E14 4QA                              ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                 NEW YORK NY 10281

Please note that your claim # 58714-04 in the above referenced case and in the amount of
      $5,791,195.95        has been transferred (unless previously expunged by court order)

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
ATTN: PENNY ROBBINS
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7660      in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 03/19/2010                         Vito Genna, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   OAKTREE HUNTINGTON INVESTMENT FUND, LP              OAKTREE HUNTINGTON INVESTMENT FUND, LP
       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC    RICHARDS KIBBE & ORBE LLP
       C/O OAKTREE CAPITAL MANAGEMENT, LP              ATTN: MICHAEL FRIEDMAN, ESQ.
       333 SOUTH GRAND AVE, 28TH FLOOR               ONE WORLD FINANCIAL CENTER
       ATTN: PENNY ROBBINS                          NEW YORK NY 10281
       LOS ANGELES CA 90071

Please note that your claim # 58714-01 in the above referenced case and in the amount of
$2,016,418.58      has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO INTERNATIONAL PLC
ATTN: BRIAN CRIPPS
25 CABOT SQUARE, CANARY WHARF
LONDON    E14 4QA
UNITED KINGDOM

The original transfer was reversed because BSI Override

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/19/2010                 Vito Genna, Clerk of Court

                          /s/ Paul Belobritsky
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 19, 2010.

**EXHIBIT "B"**

```
TIME: 11:59:13                                      LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 03/19/10                                          CREDITOR LISTING

Name                                    Address

AVIVA INSURANCE COMPANY OF CANADA       C/O AVIVA INVESTORS NORTH AMERICA, INC.  699 WALNUT STREET, SUITE 1700 DES MOINES IA 59309
BANC OF AMERICA SECURITIES LLC          TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BANCA POPOLARE DI SPOLETO S.P.A.        ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA)  06049 ITALY
ICICI BANK UK PLC                       ATTN: PRITI SHETTY ONE THOMAS MORE SQUARE 5 THOMAS MORE STREET LONDON E1W 1YN UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: VITOL ASIA PTE. LTD. 4 NEW YORK PLAZA-FLOOR 16 ATTN: ALEKSADRA MARKOVIC NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: VITOL S.A. 4 NEW YORK PLAZA-FLOOR 16 ATTN: ALEKSADRA MARKOVIC NEW YORK NY 10004
KNIGHTHEAD MASTER FUND, LP              TRANSFEROR: BANC OF AMERICA SECURITIES LLC 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO NEW YORK NY 10033
MACQUARIE BANK LIMITED                  JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                  TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. C/O MACQUARIE CAPITAL (USA) INC. 125 WEST 55TH STREET ATTN: FICC CREDIT SALES & TRADING NE
MORGAN STANLEY & CO INTERNATIONAL PLC   ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC   RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INCORPORATED       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INCORPORATED       TRANSFEROR: AVIVA INSURANCE COMPANY OF CANADA 1585 BROADWAY ATTN: JONATHAN HERRICK NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC  TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC  TRANSFEROR: MERRILL LYNCH INTERNATIONAL 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC  TRANSFEROR: VR-LIW GMBH 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
OAKTREE HUNTINGTON INVESTMENT FUND, LP  RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
OAKTREE HUNTINGTON INVESTMENT FUND, LP  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBIN
OAKTREE HUNTINGTON INVESTMENT FUND, LP  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROB
OAKTREE OPPORTUNITIES FUND VIII DELAWARE TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FL ATTN: PENNY ROBBIN
OAKTREE OPPORTUNITIES FUND VIII DELAWARE TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC & SWAPS GROUP GENERAL 250 ORCHARD ROAD #13-01 THE HEEREN 238855 SINGAPORE
OAKTREE OPPORTUNITIES FUND VIII DELAWARE TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FL. ATTN: PENNY ROBBINS
OCM OPPORTUNITIES FUND VII DELAWARE, LP TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBIN
OCM OPPORTUNITIES FUND VII DELAWARE, LP TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBIN
THE ROYAL BANK OF SCOTLAND, PLC         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ANDREW SCOTLAND, OONAGH HOYLAND LONDON EC2M 3UR UNITED KINGDOM
VITOL ASIA PTE. LTD.                    ATTN: TREASURER AND MANAGER COMMODITIES 599 LEXINGTON AVENUE NEW YORK NY 10022
VITOL ASIA PTE. LTD.                    C/O K&L GATES LLP ATTN: ERIC T. MOSER 599 LEXINGTON AVE NEW YORK NY 10022
VITOL S.A.                              ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
VITOL S.A.                              MANAGER COMMODITIES & SWAP GROUP BOULEVARD DU PONT-D'ARVE 28 P.O. BOX 384 GENEVA 4   1211 SWITZERLAND
VR-LIW GMBH                             GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY


Total Number of Records Printed    32
```

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153