WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                    :   **Chapter 11 Case No.**
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (JMP)**
                                         :
Debtors.                          :   **(Jointly Administered)**
                                         :
---------------------------------------------------------------x

**NOTICE OF FORTY FOURTH SUPPLEMENTAL LIST**
**OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that in accordance with the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on November 5, 2008 (the "Order") [Docket. No. 1394],[1] Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Order to include the professionals set forth on the list annexed hereto as Exhibit A (the "Forty Fourth Supplemental List").

---
[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.

US_ACTIVE:\43349557\01\58399.0008

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Forty Fourth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors will serve this Notice, together with the Forty Fourth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, objections, if any, to the retention of ordinary course professionals identified on the Forty Fourth Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice. Unless timely objections are received, the Forty Fourth Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Order, without the necessity of a hearing.

Dated: March 30, 2010
New York, New York

_____
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Forty Fourth Supplemental List of Proposed Professionals
## to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Chadbourne & Park LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Legal services with respect to Lehman Brothers Holding Inc.'s capacity as successor Agent under the Amended Construction Loan Agreement |
| Houthoff Buruma Cooperatief U.A.<br>P.O. Box 75505<br>1070 AM Amsterdam<br>Gustav Mahlerplein 50, Amsterdam | Legal services with respect to the clearing systems, common depositary, clearing system account holders and stock exchanges for the purposes of obtaining, among other things, issuance documents, ISIN/CUSIPs, blocking numbers, and deposit account numbers |
| Ford & Paulekas, LLP<br>280 Trumbull Street, Suite 2200<br>Hartford, CT 06103 | Legal services with respect to the commercial property at 534 Hallett Street, Bridgeport, Connecticut |
| Jonathan Scott Nash QC<br>3 Verulam Buildings<br>Gray's Inn, London WC1R 5NT | Legal advice with respect to claims to recover sums due under derivatives transactions entered into pursuant to the ISDA Master Agreement |
| Littler Mendelson, P.C.<br>900 Third Avenue, 8th Floor<br>New York, NY 10022-3298 | Legal advice with respect to labor relations and employment issues related to New York real estate assets |