UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
                    Debtors.                :   (Jointly Administered)
                                            :
                                            :
---------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF OSCAR VAN ANGEREN ON BEHALF OF HOUTHOFF BURUMA COöPERATIEF U.A.

OSCAR VAN ANGEREN declares and says:

1. I am a partner of Houthoff Buruma Coöperatief U.A., located at 1070 AM Amsterdam, Gustav Mahlerplein 50, Amsterdam (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide legal services with respect to the clearing systems, common depositary, clearing system account holders and stock exchanges for the purpose of reconciling and obtaining copies of issuance documents and information related to ISIN/CUSIPs, blocking numbers, deposit account numbers, notionals and notices related to LBHI guaranteed Notes, Certificates and Warrants and any discussions incidental thereto to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

US_ACTIVE:\43341031\01\58399.0003

retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases other than the representations described in paragraph 5 below. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates other than the relationships described in paragraph 5 below.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. The Firm currently represents the bankruptcy trustee of Lehman Brothers Treasury Co. B.V. ("LBT") and the bankruptcy trustee of Lehman Brothers Securities N.V. ("LBS") in connection with these chapter 11 cases. Further, one of LBT's bankruptcy trustees is a partner of the Firm. Notwithstanding the above, none of these representations are directly adverse with respect to the matter for which the Firm has been employed by the Debtors.

6. Other than the representations disclosed in paragraph 5, neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe the Firm $ 0 for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Amsterdam, the Netherlands
March 24, 2010

Oscar van Angeren

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                                                   :
                            Debtors.                          :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
             Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Houthoff Buruma Coöperatief U.A.

        P.O. Box 75505

        1070 AM Amsterdam

        Gustav Mahlerplein 50, Amsterdam

   2.   Date of retention:    Upon approval of the ordinary course professional

        application of Houthoff Buruma Coöperatief U.A.

US_ACTIVE:\43341031\01\58399.0003

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Discussions and coordination with the clearing systems, common depositary, clearing system account holders and stock exchanges for the purpose of reconciling and obtaining copies of issuance documents and information related to ISIN/CUSIPs, blocking numbers, deposit account numbers, notionals and notices related to LBHI guaranteed Notes, Certificates and Warrants and any discussions incidental thereto.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

    (a) Average hourly rate (if applicable):

    - Oscar van Angeren, partner Investment Management (hourly rate €550);
    - Daan Horsthuis, associate Investment Management (hourly rate €310); and
    - Harm-Paul Plas, associate Investment Management (hourly rate €295).

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    Not applicable

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:    $ 0

Date claim arose:    Not applicable_____

Source of Claim:    Not applicable_____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: Not applicable_____

Status: Not applicable_____

Amount of Claim:  $ Not applicable_____

Date claim arose: Not Applicable_____

Source of claim: Not applicable_____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

Kind of shares: Not applicable_____

No. of shares:  Not applicable_____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  Mrs. Kaarls, the wife of one of the partners_____

Status: shareholder_____

_____

Kind of shares: common shares_____

No. of shares:  very limited_____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>The Firm currently represents the bankruptcy trustees of Lehman Brothers Treasury Co. B.V. ("LBT") and the bankruptcy trustee of Lehman Brothers Securities N.V. ("LBS") in connection with these chapter 11 cases. Further, one of LBT's bankruptcy trustees is a partner of the Firm. However, none of these representations are directly adverse with respect to the matter for which the Firm has been employed by the Debtors.</u>

11. Name of individual completing this form:

<u>Oscar van Angeren</u>