# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                      :        Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :        Case No. 08-13555 (JMP)
                                                           :
                        Debtors.                     :        (Jointly Administered)
                                                           :
------------------------------------------------------------------ x

## ORDER GRANTING MOTION OF MIZUHO CORPORATE BANK, LTD., AS AGENT, ON BEHALF OF ITSELF AND CERTAIN LENDERS, SEEKING AUTHORITY TO ASSIGN CERTAIN INTERESTS IN A CREDIT AGREEMENT AND ATTENDANT CLAIMS AGAINST LEHMAN BROTHERS HOLDINGS, INC.

Upon the Motion[1] of Mizuho Corporate Bank, Ltd., as Agent, on Behalf of Itself and Certain Lenders, Seeking Authority To Assign Certain Interests in a Credit Agreement and Attendant Claims Against Lehman Brothers Holdings Inc. (the "Motion"); and a hearing on the Motion having been held; and sufficient notice having been duly given; and due deliberation having been had; and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that each and any Lender shall be and hereby is authorized to freely assign or otherwise transfer its interest in the Credit Agreement and attendant claims against LBHI free of any restrictions or requirements set forth in the Credit Agreement without further order of this Court.

Dated:   New York, New York
              _____, 2010

                                                              _____
                                                              United States Bankruptcy Judge

---

[1] All capitalized and undefined terms used in this Order shall have the meaning assigned to such terms in the Motion.