Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: April 9, 2010 at 4:00 p.m. (Prevailing Eastern Time)

STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Irina Gomelskaya
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank, Ltd.,
as Agent under the Credit Agreement*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF MOTION OF MIZUHO CORPORATE BANK, LTD., AS AGENT, ON BEHALF OF ITSELF AND CERTAIN LENDERS, SEEKING AUTHORITY TO ASSIGN CERTAIN INTERESTS IN A CREDIT AGREEMENT AND ATTENDANT CLAIMS <u>AGAINST LEHMAN BROTHERS HOLDINGS, INC.</u>**

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "<u>Motion</u>") of Mizuho Corporate Bank, Ltd., as Agent, on Behalf of Itself And Certain Lenders, Seeking Authority to Assign Certain Interests in a Credit Agreement And Attendant Claims Against Lehman Brothers Holdings, Inc. ("<u>Mizuho</u>") in the above-referenced chapter 11 cases all as more fully described in the Motion, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "<u>Court</u>"), on **April 14, 2010, at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, Attn: Kenneth Pasquale, Esq., attorneys for Mizuho; (iii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Shai Y. Waisman, Esq., attorneys for the Debtors; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be so filed and received by no later than **April 9, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:   March 30, 2010
         New York, New York

                                        STROOCK & STROOCK & LAVAN LLP

                                        /s/ Kenneth Pasquale
                                        Kenneth Pasquale
                                        Irina Gomelskaya
                                        180 Maiden Lane
                                        New York, New York 10038
                                        Tel: (212) 806-5400
                                        Fax: (212) 806-6006

                                        *Attorneys for Mizuho Corporate Bank, Ltd.,
                                        as Agent under the Credit Agreement*