WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**THIRD SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER
ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT
TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY
CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

Harvey R. Miller, being duly sworn, deposes and says:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("WGM"). I submit this affidavit to supplement the affidavits I have previously submitted on behalf of WGM, sworn to on October 8, 2008 (the "Original Affidavit") [Docket No. 758], March 4, 2009 (the "Supplemental Affidavit") [Docket No. 2985], and August 12, 2009 (the "Second Supplemental Affidavit") [Docket No. 4779] in support of the engagement of WGM by Lehman Brothers Holdings Inc. ("LBHI") and certain of its

US_ACTIVE:\43138026\07\58399.0003

subsidiaries (collectively "Lehman") in connection with the pending cases filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

2. Unless otherwise stated herein, I have personal knowledge of the facts set forth in this affidavit. To the extent any information disclosed herein requires amendment or modification upon WGM's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

### WGM's Connections with Parties in Interest in Matters Unrelated to these Chapter 11 Cases

3. As previously disclosed, WGM has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases. Since filing the Second Supplemental Affidavit, WGM has become aware of additional parties in interest in these chapter 11 cases with whom WGM has, or may have, connections as described below. Most of these additions are entities that may be parties in interest in the above captioned chapter 11 case (the "Potential Parties In Interest") and that WGM has included in its disclosure procedures out of an abundance of caution. Certain of the entities included in this affidavit were previously disclosed under other categories in the Original Affidavit, the Supplemental Affidavit or the Second Supplemental Affidavit.

4. The categories of connections are: (i) Potential Parties In Interest, or affiliates thereof, for which WGM has performed services within the last two (2) years and whose engagement remains open ("Current Clients"); (ii) Potential Parties In Interest,

or affiliates thereof, for which WGM has performed services in the past two (2) years and with respect to which WGM's engagement has been formally closed ("Former Clients"); (iii) Potential Parties in Interest, or affiliates thereof, for which a WGM engagement has been opened for at least six (6) months but for which no attorney time has been billed ("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, which have a substantive relationship to a matter for which WGM performed services for a Current or Former Client, or affiliate thereof within the last two years ("Related Entities"). All client connections were diligently reviewed by an attorney working under my supervision. Based on such review, as to each connection WGM does not hold or represent an interest that is adverse to Lehman's estates.

## Current Clients

5.  WGM has performed services within the past two (2) years for the Current Clients, described below, or their affiliates, in matters unrelated to Lehman:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
| --- | --- | --- |
| Aircraft Finance Trust | Potential Party in Interest | Current Client |
| AlixPartners LLC | Potential Party in Interest | Current Client |
| Automated Securities Clearance LLC | Potential Party in Interest | Affiliate of Current Client |
| Banc of America Securities LLC | Potential Party in Interest | Affiliate of Current Client |
| Bank of New York Mellon Trust Company, N.A. | Potential Party in Interest | Current Client |
| Barclays Bank PLC | Potential Party in Interest | Current Client |
| Barclays Global Investors National Association | Potential Party in Interest | Current Client |
| BMO Nesbitt Burns, Inc. | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Brigadier Capital Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Carlyle Credit Partners Master Fund | Potential Party in Interest | Current Client |
| Carlyle High Yield Partners IX, Ltd. | Potential Party in Interest | Current Client |
| Carlyle Loan Investment | Potential Party in Interest | Current Client |
| CASAM ADI CD | Potential Party in Interest | Current Client |
| Cedar DKR Holding Fund Ltd. | Potential Party in Interest | Current Client |
| Centerbridge Credit Partners LP | Potential Party in Interest | Current Client |
| Centerbridge Credit Partners Master LP | Potential Party in Interest | Current Client |
| Centerbridge Special Credit Partners, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Cisco Systems Capital Corp. | Potential Party in Interest | Current Client |
| Cisco Systems Inc. | Potential Party in Interest | Current Client |
| Citadel Equity Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Citibank International PLC | Potential Party in Interest | Affiliate of Current Client |
| Citigroup Financial Products Inc. | Potential Party in Interest | Affiliate of Current Client |
| Citigroup Global Market Limited | Potential Party in Interest | Affiliate of Current Client |
| Conduit Capital Markets Ltd. | Potential Party in Interest | Current Client |
| Credit Suisse Loan Funding LLC | Potential Party in Interest | Affiliate of Current Client |
| Credit Suisse Securities (USA) LLC | Potential Party in Interest | Current Client |
| D.E. Shaw Dihedral Portfolios, L.L.C. | Potential Party in Interest | Affiliate of Current Client |
| Deutsche Bank AG | Potential Party in Interest | Current Client |
| Deutsche Bank National Trust Co. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Deutsche Bank Trust Company Americas | Potential Party in Interest | Current Client |
| Deutscher Sparkassen und Giroverband | Potential Party in Interest | Current Client |
| Drawbridge Global Macro Commodities Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Dresdner Kleinwort Group Holdings LLC | Potential Party in Interest | Affiliate of Current Client |
| DuPont Capital Management | Potential Party in Interest | Affiliate of Current Client |
| E*trade Bank | Potential Party in Interest | Current Client |
| Ellington Credit Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Ellington Mortgage Fund slc Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Ellington Mortgage Partners LP | Potential Party in Interest | Affiliate of Current Client |
| Ellington Special Opportunities Co. | Potential Party in Interest | Affiliate of Current Client |
| Eton Park Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Eton Park Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Export Development Canada | Potential Party in Interest | Current Client |
| Fidelity Balanced Fund | Potential Party in Interest | Affiliate of Current Client |
| Genworth Life Insurance Co. | Potential Party in Interest | Current Client |
| GMAC Mortgage, LLC | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree Master Fund II, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Goldman Sachs (Asia) Finance | Potential Party in Interest | Current Client |
| Goldman Sachs (Japan) Ltd. | Potential Party in Interest | Current Client |
| Goldman Sachs Asset Management International | Potential Party in Interest | Current Client |

| **Matched Entity** | **Relationship to Lehman** | **Relationship to WGM** |
|---|---|---|
| Goldman Sachs Bank USA | Potential Party in Interest | Current Client |
| Goldman Sachs International | Potential Party in Interest | Current Client |
| Goldman Sachs International Bank, Seoul Branch | Potential Party in Interest | Current Client |
| Goldman Sachs Japan Co. Ltd. | Potential Party in Interest | Current Client |
| Goldman Sachs Lending Partners LLC | Potential Party in Interest | Current Client |
| Groupama Asset Management | Potential Party in Interest | Affiliate of Current Client |
| GS Investment Strategies | Potential Party in Interest | Current Client |
| Guggenheim Partners Asset Management, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Highland Capital Management, L.P. | Potential Party in Interest | Current Client |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Potential Party in Interest | Current Client |
| HSBC Bank PLC | Potential Party in Interest | Affiliate of Current Client |
| HSN Nordbank AG | Potential Party in Interest | Current Client |
| ING Life Insurance and Annuity Co. | Potential Party in Interest | Affiliate of Current Client |
| International Swaps and Derivatives Association | Potential Party in Interest | Current Client |
| Intesa Sanpaolo S.p.A. | Potential Party in Interest | Current Client |
| Investec Capital Accumulator Trust Limited | Potential Party in Interest | Affiliate of Current Client |
| Investec Funds Series IV – Capital Accumulator Fund | Potential Party in Interest | Affiliate of Current Client |
| Katten Muchin Rosenman LLP | Potential Party in Interest | Current Client |
| Longacre Master Fund II, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Manufacturers and Traders Trust Co. | Potential Party in Interest | Current Client |
| Merrill Lynch and Co. | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Merrill Lynch Credit Products | Potential Party in Interest | Current Client |
| Merrill Lynch International | Potential Party in Interest | Current Client |
| Merrill Lynch Japan Securities Co. Ltd. | Potential Party in Interest | Current Client |
| Morgan Stanley & Co. International plc | Potential Party in Interest | Affiliate of Current Client |
| Morgan Stanley Senior Funding, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Morrison & Foerster LLP | Potential Party in Interest | Current Client |
| Nomura Capital Management, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Nomura International PLC | Potential Party in Interest | Current Client |
| Oaktree Capital Management, L.P. | Potential Party in Interest | Current Client |
| Oaktree High Yield Plus Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Oaktree Huntington Investment Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Oaktree Opportunities Fund VIII Delaware, L.P. | Potential Party in Interest | Affiliate of Current Client |
| OCM Opportunities Fund VII Delaware, L.P. | Potential Party in Interest | Current Client |
| PEP Credit Investor L.P. | Potential Party in Interest | Affiliate of Current Client |
| Perella Weinberg Partners LP | Potential Party in Interest | Current Client or Affiliate of Current Client |
| Providence TMT Special Situations Fund L.P. | Potential Party in Interest | Current Client |
| Putnam Investments, LLC | Potential Party in Interest | Current Client |
| Sidley Austin LLP | Potential Party in Interest | Current Client |
| SPCP Group, L.L.C. | Potential Party in Interest | Affiliate of Current Client |
| Sprint Solutions, Inc. | Potential Party in Interest | Current Client |
| Standard Chartered Bank (Hong Kong) Limited | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Strategic Value Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| SunGard Asset LLC | Potential Party in Interest | Affiliate of Current Client |
| SunGard Data Reference Solutions, LLC | Potential Party in Interest | Affiliate of Current Client |
| SunGard Kiodex, Inc. | Potential Party in Interest | Affiliate of Current Client |
| SunGard Securities Finance LLC | Potential Party in Interest | Affiliate of Current Client |
| Tennenbaum Multi-Strategy Master Fund | Potential Party in Interest | Affiliate of Current Client |
| The Bank of New York Corporate Trustee Service, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| The Seaport Group LLC | Potential Party in Interest | Affiliate of Current Client |
| TPG-Axon Partners (Offshore) Ltd. | Potential Party in Interest | Affiliate of Current Client |
| TPG-Axon Partners, LP | Potential Party in Interest | Affiliate of Current Client |
| UBS AG | Potential Party in Interest | Current Client |
| Varde Investment Partners, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Westernbank Puerto Rico | Potential Party in Interest | Current Client |
| Lazard Freres & Co. LLC | Professionals Retained by the Company | Current Client |
| Omnium, LLC | Professionals Retained by the Company | Affiliate of Current Client |
| Sutherland Asbill & Brennan | Professionals Retained by the Company | Current Client |
| Regents | Principal Investment | Current Client |
| SBS Broadcasting Company | Principal Investment | Current Client |
| Bank of America Trust and Banking Corporation (Cayman) Limited | Litigation Claimant | Affiliate of Current Client |
| Nomura Global Financial Products Inc. | Litigation Claimant | Affiliate of Current Client |
| Prudential Global Funding LLC | Litigation Claimant | Affiliate of Current Client |

US_ACTIVE:\43138026\07\58399.0003         8

6. WGM has not, does not, and will not represent any of the Current Clients or their respective affiliates or subsidiaries in connection with the pending chapter 11 cases or in any other matters adverse to Lehman.

## Potential Clients

7. WGM has determined that the following Parties In Interest, or their affiliates, are Potential Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| ACE American Insurance Company | Potential Party in Interest | Affiliate of Potential Client |

8. To the extent any additional Potential Clients become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

## Former Clients

9. WGM has determined that the following entities, or their affiliates, are Former Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| American Express Travel Related Services Co. Inc. | Potential Party in Interest | Affiliate of Former Client |
| CBW LLC | Potential Party in Interest | Former Client |
| Collins Steward Ltd. | Potential Party in Interest | Former Client |
| Canyon Value Realization MAC 18 Ltd. | Potential Party in Interest | Affiliate of Former Client |
| Elliot Management Corp. | Potential Party in Interest | Former Client |

10. To the extent any additional Former Clients become Potential Parties in Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

**Related Entities**

11. WGM has determined that the following entities, or their affiliates, are Related Entities:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Akin Gump Strauss Hauer & Feld | Potential Party in Interest | Related to Potential Client |
| CVI GVF (Lux) Master S.a.r.l. | Potential Party in Interest | Related to Current Client |
| Glencore Commodities Ltd. | Potential Party in Interest | Affiliate is Related to Current Client |
| Key Bank National Association | Potential Party in Interest | Related to Former Client |
| LongAcre Master Fund, Ltd. | Potential Party in Interest | Related to Current Client |
| LongAcre Opportunities Fund, L.P. | Potential Party in Interest | Related to Current Client |
| Mitsui & Co. Energy Risk Management Ltd. | Potential Party in Interest | Affiliate is Related to Current Client |
| Newport Global Credit Fund (Master) L.P. | Potential Party in Interest | Related to Current Client |
| Newport Global Opportunities Fund L.P. | Potential Party in Interest | Related to Current Client |
| Onex Debt Opportunity Fund, Ltd. | Potential Party in Interest | Related to Current Client |
| Pachulski Stang Ziehl & Jones LLP | Potential Party in Interest | Related to Former Client |
| Pinnacle Entertainment Corp. | Principal Investment | Related to Current Client |
| RWE Sypply & Traduing GmbH | Potential Party in Interest | Affiliate is Related to Former Client |
| R3 Capital Partners Master L.P. | Potential Party in Interest | Affiliate is Related to Former Client |
| Vought | Principal Investment | Related to Current Client |

12. To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

**Billing Rates**

13. In addition, as stated in the Original Affidavit, in the regular course of its business WGM adjusts its billing rates from time to time. Effective January 1, 2010, the customary hourly rates in our U.S. offices, subject to change from time to time, will be $725 to $990 for members and counsel, $395 to $695 for associates and $160 to $310 for paraprofessionals. Hourly rates, applicable in these chapter 11 cases, in our overseas offices, subject to change from time to time, are $650 to $1,000 for members, and $305 to $900 for associates.

**Neuberger Berman**

14. By order, dated December 22, 2008 [Docket No. 2350], this Court approved the sale (the "IMD Sale") by LBHI and certain of its affiliates of the assets owned, held, or used primarily in connection with Lehman's Investment Management Business, including certain Neuberger Berman entities, to Neuberger Berman Group LLC ("NB Group"). The IMD Sale was consummated on May 4, 2009. LBHI and certain of its Debtor and non-Debtor subsidiaries retain 49% of the common equity and 93% of the preferred equity in NB Group.

15. Subsequent to the Commencement Date, and, in large part as a result of the IMD Sale process, WGM personnel obtained substantial knowledge of the Neuberger Berman entities' businesses and operations. Following the IMD Sale, WGM has continued to provide NB Group with services, including, but not limited to, in

connection with certain contracts and claims against Lehman Brothers Inc. ("LBI") in LBI's proceeding under the Securities Investor Protection Act of 1970. WGM has not and will not represent NB Group in any matters in which NB Group is adverse to the Debtors.

**Other Representations**

16. As disclosed in the Supplemental Affidavit, prior to the Commencement Date, it was common for WGM to be engaged by the Debtors or their affiliates in situations where, pursuant to a contractual arrangement, WGM provided services to the Debtors or their affiliates but a third party was responsible, by direct obligation or as a reimbursement, for WGM's fees and expenses (the "Indirect Payment Representations"). A list of the Indirect Payment Representations that WGM engaged in is attached hereto as Exhibit A. To the extent that WGM enters into any additional Indirect Payment Representations during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

17. WGM does not hold or represent an interest that is adverse to Lehman's estates, and WGM is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

18. The foregoing constitutes the third supplemental statement of WGM pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated: March 30, 2010
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller, A Member of WGM

Sworn to and subscribed before me, a notary public for the State of New York, County of Nassau, this 30th day of March, 2010.

/s/ Joanne C. Pflaum

Notary Public

Notary Public, State of New York
No. 4848238
Qualified in Nassau County
Commission Expires: September 30, 2013

## Exhibit A
(Indirect Payment Representations)

US_ACTIVE:\43138026\07\58399.0003

| |
|---|
| AlixPartners, LLP |
| Applebee's Enterprises LLC |
| Applebee's IP LLC |
| Applebee's Restaurants Kansas LLC |
| Applebee's Restaurants Mid-Atlantic LLC |
| Applebee's Restaurants North LLC |
| Applebee's Restaurants Texas LLC |
| Applebee's Restaurants Vermont, Inc. |
| Applebee's Restaurants West LLC |
| Applebee's Restaurants, Inc. |
| Castex Energy Partners, L.P. (f/k/a Castex Energy 2007, L.P.) |
| CDW Corporation |
| Celtic Pacific (UK) Two Limited |
| Classic Cruises Holdings S. DE R.L. |
| Domino's SPV Canadian Holding Company Inc. |
| Domino's LP Holder LLC |
| Domino's Pizza Distribution LLC |
| Domino's Pizza Master Issuer LLC |
| Hilton Hotels Corporation (n/k/a Hilton Worldwide, Inc.) |
| Jazz Pharmaceuticals, Inc. |
| LIM Finance II, Inc. |
| Mackinaw Power Holdings, LLC |
| McJunkin Red Man Corp. (f/k/a McJunkin Corporation) |
| McJunkin Red Man Holding Corporation |
| MEG Energy Corp. |
| Moonlight Basin Ranch, L.P. |
| Pinnacle Entertainment, Inc. |
| Pinnacle Foods Finance LLC |
| Radisson Seven Seas (France) |
| Sheridan Holdings, Inc. |
| Sixth Gear Funding Trust |
| Sixth Gear Inc. |
| Sixth Gear Solutions Corp |
| Sunbeam Asset LLC |
| Supplystill Limited |
| The Yankee Candle Company, Inc. |
| Tishman Speyer Real Estate D.C. Area Portfolio (Borrower), L.P. |
| UP Support Services, Inc. |
| Vought Aircraft Industries, Inc. |
| VR Shadow Valley Holdings Limited Partnership |