B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.         ,           Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gruss Arbitrage Master Fund, Ltd. | Gruss Arbitrage Master Fund (Enhanced), Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gruss Arbitrage Master Fund Ltd.
c/o Gruss Asset Management, L.P.
667 Madison Avenue, Third Floor
New York, New York 10065
Attn: Michael Monticciolo

Phone: (212) 688-1500
Last Four Digits of Acct #: _____

Court Claim # (if known): ____21303____
Amount of Claim: ____$18,051.00____
Date Claim Filed: ____Sept. 21, 2009____

Phone: (212) 688-1500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: (212) 688-1500
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Gruss Arbitrage Master Fund, Ltd._ /s/           Date: March 29 2010
     Transferee/Transferee's Agent
     by: Gruss Asset Management, L.P., its Investment Manager
     by: Gruss Co., LLC, its General Partner
     by: Howard Guberman, Manager

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Gruss Arbitrage Master Fund (Enhanced), Ltd. ("Assignor") hereby unconditionally and irrevocably transfers and assigns to Gruss Arbitrage Master Fund, Ltd.. ("Assignee"), all of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 21303 in an amount of not less than $18,051 (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 29, 2010.

**GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD**

By: Gruss Asset Management, L.P., its Investment Manager
By: Gruss Co., LLC, its General Partner
By: Howard Guberman, Manager

---

[1] As that term is defined in 11 USC § 101(5).