UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                                 :
                                    Debtors.                          :    (Jointly Administered)
                                                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 7806, 7808, 7813,
                                                                                       7817, 7818

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK    )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christopher Simco
Christopher Simco

Sworn to before me this
30th day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7806, 7808, 7813, 7817, 7818_Aff_03-26-10.doc

# EXHIBIT "A"

```
_____
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
                                              |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |    (Jointly Administered)
                                              |
              Debtors.                        |
                                              |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  INNOVEST EUROPEAN
          C/O JO BENNETT, CHEYNE CAPITAL MANAGEMENT
          CUKLLLP, STORNOWAY HOUSE
          13 CLEVELAND ROW
          LONDON     SW1A 1DH
          UNITED KINGDOM
```

Please note that your claim # 44990 in the above referenced case and in the amount of
$2,616,163.00    has been transferred **(unless previously expunged by court order)**

```
          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: INNOVEST EUROPEAN
          ATTN: KAIRI JAMES
          WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
          LONDON     EC2N 2DB
          UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7806    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALLIANCEBERNSTEIN
      AXA WHOLESALE CORE AUSTRALIAN FIXED INTEREST FUND (AXAWCAFI)
      ATTN MICHAEL SOHR, 38TH FL
      1345 AVENUE OF THE AMERICAS
      NEW YORK NY 10105
```

Please note that your claim # 63582 in the above referenced case and in the amount of
        $17,562,813.00        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: ALLIANCEBERNSTEIN
      ATTN: RICH VICHAIDITH
      60 WALL STREET
      3RD FLOOR
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7808      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                        Vito Genna, Clerk of Court

                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 26, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
                Debtors.                       |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  CHINFON COMMERCIAL BANK                       CHINFON COMMERCIAL BANK
             C/O MORRISON & FOERSTER LLP                   ATTN: PEI-HUA YANG
             ATTN: KAREN OSTAD                             8F, NO. 1, NANYANG ST.
             1290 AVENUE OF THE AMERICAS                   ZHONGZHENG DIST.
             NEW YORK NY 10104                             TAIPEI CITY 10047 TIWAN (R.O.C.)
```

Please note that your claim # 57924-01 in the above referenced case and in the amount of $246,000.00 has been transferred **(unless previously expunged by court order)**

```
        YUANTA COMMERCIAL BANK
        TRANSFEROR: CHINFON COMMERCIAL BANK
        3F., NO. 66, SEC. 1
        DUNHUA S. RD
        SONGSHAN DISTRICT
        TAIPEI    10557
        TAIWAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7813        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 26, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MISUZU INDUSTRY CO. LTD
              969, KAMIZUE, KOMAKI-SHI
              AICHI-KEN    485-0822
              JAPAN

Please note that your claim # 46849 in the above referenced case and in the amount of
        $957,946.16        has been transferred **(unless previously expunged by court order)**

              MERRILL LYNCH JAPAN SECURITIES CO. LTD
              TRANSFEROR: MISUZU INDUSTRY CO. LTD
              NIHONBASHI 1-CHOME BUILDING
              1-4-1 NIHONBASHI, CHUO-KU
              TOKYO    103-8230
              JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7817      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 26, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                                  |
In re                                             |    Chapter 11 Case No.
                                                  |
                                                  |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                  |    (Jointly Administered)
                                                  |
          Debtors.                                |
                                                  |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:   FUTANAMI SECURITIES CO, LTD
            ATTN: JUN HIROKAWA
            2-6-1 OOKAIDOU
            MATSUYAMASHI
            EHIMEKEN     790-0004
            JAPAN
```

Please note that your claim # 45391 in the above referenced case and in the amount of
       $5,691,092.82        has been transferred **(unless previously expunged by court order)**

```
            HSBC SECURITIES JAPAN LIMITED
            TRANSFEROR: FUTANAMI SECURITIES CO, LTD
            ATTN: TAKASHI NAKAMURA, DANIEL S. KENNY, AKIKO ASAKAWA
            HSBC BUILDING, 11-1
            NIHONABSHI 3CHOME
            CHUOU-KU, TOKYO    103-0027
            JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7818     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                              Vito Genna, Clerk of Court


                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 26, 2010.

**EXHIBIT "B"**

```
TIME: 17:43:48                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/26/10                                        CREDITOR LISTING

Name                                              Address
ALLIANCEBERNSTEIN                                 AXA WHOLESALE CORE AUSTRALIAN FIXED INTEREST FUND (AXAWCAFI) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
ALLIANCEBERNSTEIN                                 NMLA GENERAL FUND (NMLGENCA) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
BANK OF SCOTLAND PLC                              SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO / ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
BANK OF SCOTLAND PLC                              ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM
CHEYNE FUND LP                                    C/O JO BENNETT, STORNOWAY HOUSE, 13 CLEVELAND ROW LONDON SW1A 1DH UNITED KINGDOM
CHEYNE LEVERAGE FUND LP                           C/O JO BENNETT, STORNOWAY HOUSE, 13 CLEVELAND ROW LONDON SW1A 1DH UNITED KINGDOM
CHINFON COMMERCIAL BANK                           ATTN: PEI-HUA YANG 8F, NO. 1, NANYANG ST. ZHONGZHENG DIST. TAIPEI CITY 10047 TIWAN (R.O.C.)
CHINFON COMMERCIAL BANK                           C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ALLIANCEBERNSTEIN ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BANK OF SCOTLAND PLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CHEYNE FUND LP ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CHEYNE LEVERAGE FUND LP ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ICICI BANK UK PLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: INNOVEST EUROPEAN ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
FUTANAMI SECURITIES CO., LTD                      ATTN: JUN HIROKAWA 2-6-1 OOKAIDOU MATSUYAMASHI EHIMEKEN 790-0004 JAPAN
FUTANAMI SECURITIES CO., LTD                      TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 2-6-1 OOKAIDOU MATSUYAMA CITY, EHIME PREFECTURE 790-0004 JAPAN
HSBC SECURITIES JAPAN LIMITED                     TRANSFEROR: FUTANAMI SECURITIES CO, LTD ATTN: TAKASHI NAKAMURA, DANIEL S. KENNY, AKIKO ASAKAWA HSBC BUILDING, 11-1 NIHONBASHI 3CHOME CH
HSBC SECURITIES JAPAN LIMITED                     TRANSFEROR: FUTANAMI SECURITIES CO., LTD ATTN: TAKASHI NAKAMURA, DANIEL S. KENNY, AKIKO ASAKAWA HSBC BUILDING, 11-1 NIHONBASHI 3CHOME C
ICICI BANK UK PLC                                 ATTN: PRITI SHETTY ONE THOMAS MORE SQUARE 5 THOMAS MORE STREET LONDON E1W 1YN UNITED KINGDOM
INNOVEST EUROPEAN                                 C/O JO BENNETT, CHEYNE CAPITAL MANAGEMENT CUKLLLP, STORNOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
MERRILL LYNCH JAPAN SECURITIES CO. LTD            TRANSFEROR: MISUZU INDUSTRY CO. LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN
MISUZU INDUSTRY CO. LTD                           969, KAMIZUE, KOMAKI-SHI AICHI-KEN 485-0822 JAPAN
STRATEGIC VALUE MASTER FUND, LTD                  TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 USA
STRATEGIC VALUE MASTER FUND, LTD.                 TRANSFEROR: HSBC SECURITIES JAPAN LIMITED C/O STRATEGIC VALUE PARTNERS, LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 USA
YUANTA COMMERCIAL BANK                            TRANSFEROR: CHINFON COMMERCIAL BANK 3F., NO. 66, SEC. 1 DUNHUA S. RD SONGSHAN DISTRICT TAIPEI 10557 TAIWAN


Total Number of Records Printed          31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153