**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

In re                                                    :        **Chapter 11 Case No.**

                                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**

                                                         :

                            Debtors.                     :        **(Jointly Administered)**

                                                         :

---------------------------------------------------------------------------x      **Ref. Docket Nos. 19, 59-68, 7729-**
**7730, 7771-7775, 7778-7779, 7782-**
**7784, 7789-7796, 7802-7803**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )

                       ) ss.:

COUNTY OF NEW YORK     )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 25, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Christopher Simco
Sworn to before me this                                  Christopher Simco
30th day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 19, 59-68, 7729-7730, 7771-7775, 7778-7779, 7782-7784, 7789-7796, 7802-7803 _Aff 03-25-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  VITOL ASIA PTE. LTD.                                       VITOL ASIA PTE. LTD.
     ATTN: TREASURER AND MANAGER COMMODITIES & SWAP GROUP OPERATIONS      ATTN: ERIC T. MOSER, ESQ.
     260 ORCHARD ROAD # 13-01                                   C/O K&L GATES LLP
     THE HEEREN 238855 SINGAPORE                                 599 LEXINGTON AVENUE
                                                                NEW YORK NY 10022

Please note that your claim # 66352 in the above referenced case and in the amount of
     $3,821,189.31      has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: VITOL ASIA PTE. LTD.
MAIL CODE:NY1-E191
4 NEW YORK PLAZA - FLOOR 16
ATTN: ALEKSANDRA MARKOVIC
New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 19      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC          GOLDMAN SACHS LENDING PARTNERS LLC
     MANAGING CLERK                               TRANSFEROR: EVERGREEN INCOME ADVANTAGE FUND
     RICHARDS KIBBE & ORBE LLP                    c/o Goldman, Sachs & Co. Attn: A. Caditz
     ONE WORLD FINANCIAL CENTER                   30 Hudson Street, 36th Floor
     NEW YORK NY 10281-1003                        Jersey City NJ 07302
```

Please note that your claim # 29836 in the above referenced case and in the amount of $176,959.08       has been transferred **(unless previously expunged by court order)**

```
                                                  HBK MASTER FUND L.P.
                                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS L
                                                  C/O HBK SERVICES LLC
                                                  2101 CEDAR SPRINGS ROAD, SUITE 700
                                                  ATTN: LEGAL DEPARTMENT
                                                  DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 59       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                          Vito Genna, Clerk of Court

                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
     MANAGING CLERK
     RICHARDS KIBBE & ORBE LLP
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281-1003

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FU
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

Please note that your claim # 29842 in the above referenced case and in the amount of
$97,410.27      has been transferred **(unless previously expunged by court order)**

HBK MASTER FUND L.P.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS L
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 60      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                          Vito Genna, Clerk of Court

                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC          GOLDMAN SACHS LENDING PARTNERS LLC
     MANAGING CLERK                               TRANSFEROR: EVERGREEN HIGH INCOME FUND
     RICHARDS KIBBE & ORBE LLP                    c/o Goldman, Sachs & Co. Attn: A. Caditz
     ONE WORLD FINANCIAL CENTER                   30 Hudson Street, 36th Floor
     NEW YORK NY 10281-1003                        Jersey City NJ 07302

Please note that your claim # 29871 in the above referenced case and in the amount of
     $180,023.71        has been transferred **(unless previously expunged by court order)**

                                                 HBK MASTER FUND L.P.
                                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS L
                                                 C/O HBK SERVICES LLC ATTN: LEGAL
                                                 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                 DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 61          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                       Vito Genna, Clerk of Court


                                       /s/ Christopher Simco
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS LENDING PARTNERS LLC
     MANAGING CLERK
     RICHARDS KIBBE & ORBE LLP
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281-1003

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: EVERGREEN CORE BOND TRUST
c/o Goldman, Sachs & Co. Attn: A. Caditz
30 Hudson Street, 36th Floor
Jersey City NJ 07302

Please note that your claim # 29865 in the above referenced case and in the amount of
     $3,318,905.74      has been transferred **(unless previously expunged by court order)**

HBK MASTER FUND L.P.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS L
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 62       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

```
                                          |
 In re                                    |     Chapter 11 Case No.
                                          |
 LEHMAN BROTHERS HOLDINGS INC., et al.,   |     08-13555 (JMP)
                                          |
                                          |     (Jointly Administered)
                      Debtors.            |
                                          |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP        FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP                             C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10017

Please note that your claim # 50315-01 in the above referenced case and in the amount of
     $7,030,282.00      has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                               GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE L.L.P.                       TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
     ATTN: MANAGING CLERK                               30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                         JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7729      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010              Vito Genna, Clerk of Court

                              /s/ Christopher Simco
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                |
                                |      (Jointly Administered)
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: FIR TREE VALUE MASTER FUND LP                    FIR TREE VALUE MASTER FUND LP
    C/O FIR TREE, INC.                               CLIFFORD CHANCE US LLP
    ATTENTION: SCOTT GANZEKAUFER                     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
    505 FIFTH AVENUE, 23RD FLOOR                     31 WEST 52ND STREET
    NEW YORK NY 10017                                NEW YORK NY 10019

Please note that your claim # 50316-01 in the above referenced case and in the amount of
    $37,133,387.00    has been transferred **(unless previously expunged by court order)**

    GOLDMAN, SACHS & CO.                             GOLDMAN, SACHS & CO.
    TRANSFEROR: FIR TREE VALUE MASTER FUND LP        RICHARDS KIBBE & ORBE L.L.P.
    30 HUDSON STREET, 36TH FLOOR                     ATTN: MANAGING CLERK
    JERSEY CITY NJ 07302                             ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7730    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: GFI SECURITIES LTD
     4 NEW YORK PLAZA
     ATTN: JASON LEDDY
     New York NY 10004
```

Please note that your claim # 46967-01 in the above referenced case and in the amount of
$1,361,138.50      has been transferred **(unless previously expunged by court order)**

```
YORK CAPITAL MANAGEMENT, LP
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ATTN: ADAM J. SEMLER
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7771      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee. and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
                Debtors.              |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: GFI SECURITIES LTD
             4 NEW YORK PLAZA
             ATTN: JASON LEDDY
             New York NY 10004

Please note that your claim # 46967-02 in the above referenced case and in the amount of
        $367,443.02        has been transferred **(unless previously expunged by court order)**

        LYXOR/YORK FUND LIMITED
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        767 FIFTH AVENUE, 17TH FLOOR
        ATTN: ADAM J. SEMLER
        NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7772         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                          |
  In re                                   |    Chapter 11 Case No.
                                          |
  LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                Debtors.                  |
                                          |
```

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: GFI SECURITIES LTD
              4 NEW YORK PLAZA
              ATTN: JASON LEDDY
              New York NY 10004

Please note that your claim # 46967-03 in the above referenced case and in the amount of
        $1,706,257.77        has been transferred **(unless previously expunged by court order)**

        YORK EUROPEAN FOCUS MASTER FUND, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        767 FIFTH AVENUE, 17TH FLOOR
        ATTN: ADAM J. SEMLER
        NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7773        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                  Debtors.             |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  JPMORGAN CHASE BANK, N.A.
     TRANSFEROR: GFI SECURITIES LTD
     4 NEW YORK PLAZA
     ATTN: JASON LEDDY
     New York NY 10004
```

Please note that your claim # 46967-04 in the above referenced case and in the amount of $641,148.30 has been transferred **(unless previously expunged by court order)**

```
YORK SELECT MASTER FUND, L.P.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
767 FIFTH AVENUE, 17TH FLOOR
ATTN: ADAM J. SEMLER
NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7774 in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                      Vito Genna, Clerk of Court

                                      /s/ Christopher Simco
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 25, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

_____
                                |
In re                           |          Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |          (Jointly Administered)
              Debtors.          |
                                |
_____|

                 NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                              BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: GFI SECURITIES LTD
             4 NEW YORK PLAZA
             ATTN: JASON LEDDY
             New York NY 10004

Please note that your claim # 46967-05 in the above referenced case and in the amount of
        $8,111,790.43       has been transferred **(unless previously expunged by court order)**

        YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        767 FIFTH AVENUE, 17TH FLOOR
        ATTN: ADAM J. SEMLER
        NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7775       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/25/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 25, 2010.

**EXHIBIT "B"**

TIME: 18:00:15
DATE: 03/25/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| CITIBANK BELGIUM S.A. | ATTN: JOSE DE PENARANDA BLD. GENERAL JACQUES 263G BRUSSELS  1050 BELGIUM |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIBANK BELGIUM S.A. 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND | LP CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND | LP C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GOLDMAN SACHS LENDING PARTNERS LLC | 30 HUDSON STREET, 36TH FLOOR, JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1800 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN CORE BOND FUND C/o Goldman, Sachs & Co. Attn: A. Cadizt 30 Hudson Street, 36th Floor Jersey City City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN CORE BOND TRUST C/o Goldman, Sachs & Co. Attn: A. Cadizt 30 Hudson Street, 36th Floor Jersey City City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN HIGH INCOME FUND C/o Goldman, Sachs & Co. Attn: A. Cadizt 30 Hudson Street, 36th Floor Jersey City City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN INTERNATIONAL BOND FUND C/o Goldman, Sachs & Co. Attn: A. Cadizt 30 Hudson Street, 36th Floor Jersey City City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN INTERMEDIATE TERM BOND FUND C/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN LONG DURATION TRUST C/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor, Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN MULTI-SECTOR INCOME FUND C/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor, Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: EVERGREEN SELECT HIGH YIELD BOND TRUST C/o Goldman, Sachs & Co. Attn: A. Cadiz 30 Hudson Street, 36th Floor, Jersey City NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: JWG TRITON OFFSHORE INCOME FUND, L.P. ATTN: WENDY YUN ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES | 2008/EUROCLEAR GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: JASON LEDDY New York NY 10004 |
| GOLDMAN SACHS SMC CREDIT OPPORTUNITIES | 2008/EUROCLEAR CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GFI SECURITIES LTD 4 NEW YORK PLAZA ATTN: JASON LEDDY New York NY 10004 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: VITOL ASIA PTE. MAIL CODE:NY1-E191 4 NEW YORK PLAZA - FLOOR 16 ATTN: ALEKSANDRA MARKOVIC New York NY 10004 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: VITOL INC. MAIL CODE:NY1-E191 4 NEW YORK PLAZA - FLOOR 16 ATTN: ALEKSANDRA MARKOVIC New York NY 10004 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: VITOL S.A. MAIL CODE:NY1-E191 4 NEW YORK PLAZA - FLOOR 16 ATTN: ALEKSANDRA MARKOVIC New York NY 10004 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2102 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| INGRAM PENSION PLAN/NY LIFE CO. TTEE | INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| INGRAM PENSION PLAN/NY LIFE CO. TTII | INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| JPMORGAN CHASE BANK, N.A. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LEHMAN BROTHERS ALPHA TRANSPORT FUND, SPC 1271 AVENUE OF THE AMERICAS, 38TH FLOOR ATTN: ASHVIN RAO NEW YORK NY 10020 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| LEHMAN BROTHERS ALPHA TRANSPORT FUND. SPC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| LEHMAN BROTHERS ALPHA TRANSPORT FUND. SPC | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN BROTHERS ALPHA TRANSPORT FUND. SPC | SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN BROTHERS OFFSHORE PARTNERS LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| LEHMAN BROTHERS OFFSHORE PARTNERS LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| LXXOR/YORK FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | TRANSFEROR: SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET NEW YORK NY 10022 |
| VITOL ASIA PTE. LTD. | ATTN: TREASURER AND MANAGER COMMODITIES & SWAP GROUP OPERATIONS 260 ORCHARD ROAD # 13-01 THE HEEREN 238855 SINGAPORE |
| VITOL ASIA PTE. LTD. | ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL INC. | ATTN: MANAGERS COMMODITIES & SWAPS GROUP 1100 LOUISIANA STREET, SUITE 5500 HOUSTON TX 77002 |
| VITOL INC. | ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL S.A. | ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL S.A. | ATTN: MANAGER COMMODITIES & SWAP GROUP OPERATIONS BOULEVARD DU PONT-D'ARVE 28 GENEVA 4  1211 SWITZERLAND |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK EUROPEAN FOCUS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK SELECT MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |

Total Number of Records Printed     55

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153