REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust Company,
N.A., and BNY Corporate Trustee Services
Limited, in their representative capacities*

Objections: March 31, 2010 at 4:00 p.m. (Eastern)
Hearing:    April 14, 2010 at 10:00 a.m. (Eastern)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>Refers to Dkt. No. 7581 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Anne C. Suffern, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

On March 30, 2010, I served a true and correct copy of the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code,

US_ACTIVE-103464548.1

- 2 -

Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors upon the attached service list by method indicated.

*[signature]*
Anne C. Suffern

Sworn to me this
30th day of March 2010

*[signature]*
Notary Public

**EVAN F. JAFFE**
**Notary Public, State of New York**
**No. 01JA6196006**
**Commission Expires 11/03/2012**

## SERVICE LIST

*VIA ELECTRONIC MAIL and U.S. MAIL*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq.
shai.waisman@weil.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

*VIA FACSIMILE and U.S. MAIL*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004,
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Facsimile: (212) 668-2255

US_ACTIVE-103464548.1