Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
(212) 906-1200
Mark A. Broude
Obianuju A. Enendu
Email: Mark.Broude@lw.com
        Obianuju.Enendu@lw.com

Attorneys for Bundesverband deutscher Banken e.V.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) ) ) | Case No. 08-13555 (JMP) (Jointly Administered) |
| | ) ) | *Refers to Docket No. 7581* |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK      )
                       )  ss.:
COUNTRY OF NEW YORK    )

Lauren S. Gaskill, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age and employed by Latham & Watkins LLP, located at 885 Third Avenue, New York, NY 10022.

On March 31, 2010, I served a true and correct copy of the Limited Objection of Bundesverband deutscher Banken e.V. to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to

NY\1633026.1

Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for

Claims Against Debtor by the method, and to the parties, indicated on the attached service list.

Sworn to me this
31st day of March 2010                    /s/ Lauren Gaskill
                                          Lauren S. Gaskill
/s/ Sarita Chalen                         LATHAM & WATKINS LLP
Sarita Chalen                             885 Third Avenue
Notary Public, State of New York          New York, NY 10022
No. 01CH6028175                           Telephone: (212) 906-1200
Qualified in Bronx County                 Fax: (212) 751-4864
Commission Expires July 26, 2013          Email: lauren.gaskill@lw.com

NY\1633026.1

08-13555-mg    Doc 7922    Filed 03/31/10    Entered 03/31/10 09:42:44    Main Document
　　　　　　　　　　　　　　　　　　　Pg 3 of 3

**SERVICE LIST**

**Via Electronic Mail:**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:　　Shai W. Waisman, Esq. (shai.waisman@weil.com)
　　　　　　　Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
　　　　　　　Lori R. Fife, Esq. (lori.fife@weil.com)
　　　　　　　Richard P. Krasnow, Esq. (richard.krasnow@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Attention:　　Dennis F. Dunne, Esq. (ddunne@milbank.com)
　　　　　　　Dennis O'Donnell, Esq. (wfoster@milbank.com)
　　　　　　　Evan Fleck, Esq. (efleck@milbank.com)

**Via U.S. Postal Service (USPS):**

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention:　　Andrew D. Velez- Rivera, Esq.
　　　　　　　Paul Schwartzberg, Esq.
　　　　　　　Linda Rifkin, Esq.
　　　　　　　Tracy Hope Davis, Esq.

**Via Hand Delivery:**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004
Attention:　　The Honorable James M. Peck

NY\1633026.1