**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL
RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Shai Y. Waisman ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP, hereby moves this Honorable Court to enter an order permitting Michael A. Rollin, a partner of Reilly Pozner LLP, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York on behalf of Lehman Brothers Holdings Inc. and its affiliated debtors (together, the "Debtors") in the above-referenced chapter 11 cases pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, avers as follows (the "Motion"):

1. Michael A. Rollin is a member in good standing of the Bar of the State of Colorado and California.  He is also admitted to practice before the below listed courts:

Colorado Supreme Court
California Supreme Court

US District Court of Colorado
US District Court of Central District California
US District Court Northern District California
US District Court Southern District California
US District Court, Northern District   Of Florida
US District Court, Western District Of Texas
US District Court, Eastern District Of Wisconsin
US District Court, Western District Of Wisconsin
3rd Circuit Court of Appeals
9th Circuit Court of Appeals
10th Circuit Court of Appeals
11th Circuit Court of Appeals

      2.      In support of the relief requested in this Motion, attached as <u>Exhibit A</u> is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

      3.      Movant requests that this Court approve this Motion so that Michael A. Rollin may file pleadings and appear and be heard in these proceedings.

      4.      No previous request for the relief sought herein has been made to this or any other court.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Michael A. Rollin, to appear *pro hac vice* in association with Movant as counsel to the Debtors in the above-referenced chapter 11 cases.

Dated: New York, New York
March 31, 2010

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | 511 Sixteenth Street, Suite 700<br>Denver, Colorado 80202 |
| E-mail: | mrollin@rplaw.com |
| Telephone: | 303-893-6100 |
| Facsimile: | 303-893-6110 |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: March 26, 2010

/s/ Michael A. Rollin
Michael A. Rollin

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE
LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Michael A. Rollin, on behalf of Lehman Brothers Holdings Inc. and its affiliated debtors (together, the "Debtors") in the above-referenced chapter 11 cases before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings had before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Michael A. Rollin, is permitted to appear *pro hac vice* on behalf of the Debtors in the above-referenced chapter 11 cases, subject to the payment of the filing fee.

Dated: April __, 2010
         New York, New York

  _____
  HONORABLE JAMES M. PECK
  UNITED STATES BANKRUPTCY JUDGE