UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al.*,<br><br><br><br>Debtors | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

## **AFFIDAVIT OF COUNSEL**

I, Sara Discepolo, hereby depose and state as follows:

1.      I am counsel to Simeon Moreno in *Moreno v Property Asset Management, Inc.*, U.S.

Bankruptcy Court, District of Massachusetts, Adversary Proceeding Case No. 09-01378-FJB

(hereinafter "Adversary Proceeding"). Said Adversary Proceeding was filed on or about

December 2, 2009 in the United States Bankruptcy Court, District of Massachusetts.

2.      Said Adversary Proceeding is related to an underlying Chapter 13 bankruptcy filed by

Moreno on or about October 13, 2008 in *In re Simeon Moreno*, U.S. Bankruptcy Court, District

of Massachusetts, Case No. 08-17715-FJB (hereinafter the "Bankruptcy Case").

3.      On or about December 28, 2009 I directed that a notice of Moreno's rescission of the

residential mortgage loan that is the subject of the Proof of Claim filed by Lehman Brothers

Holdings, Inc. (hereinafter "LBHI") in the Bankruptcy Case be mailed to LBHI.  A copy of the

rescission notice is attached to Moreno's Proof of Claim filed against LBHI in these proceedings.

According to a certified mail receipt and/or a U.S.P.S. track and confirm statement, LBHI

received said notice of rescission on or about December 31, 2009. To date, I have received no

information that LBHI has terminated the mortgage or refunded any monies to Moreno.

4.     Property Asset Management, Inc. (hereinafter "PAM"), the defendant in the Adversary

Proceeding, has moved for relief from stay in the Bankruptcy Case and an evidentiary hearing on

its motion is currently scheduled for April 8, 2010.

5.     On March 29, 2010 the Massachusetts Bankruptcy Court permitted Moreno to amend his

complaint in the Adversary Proceeding and to file a First Amended Complaint. Said First

Amended Complaint is attached as Exhibit "D" to a prior filing in these proceedings, Simeon

Moreno's motion for relief from stay and to deem his proof of claim timely filed. See Moreno's

Mot. (1) to Deem his Proof of Claim as Timely Filed, *Nunc Pro Tunc*; (2) for Relief from the

Aut. Stay; (3) for Permission to Attend Hrg. via Tel. Conf.; and (4) for Exemption from Service

Requirements as to Certain Parties in the Master Serv. List dated Mar. 3, 2010 [Doc. No. 7366].

6.     The First Amended Complaint adds party defendants and claims, including claims related

to Moreno's rescission on or about December 28, 2009 of the residential mortgage purportedly

held by LBHI.  It does not name LBHI as a party defendant.

7.     Upon information and belief, virtually all of the documents I have received from PAM as

automatic disclosures in the Adversary Proceeding appear to be documents forwarded to PAM

by LBHI.

8.     PAM has also served on Moreno an Affidavit by Scott Drosdick, who states in the

Affidavit that he is a Vice President of LBHI. PAM has submitted said Affidavit in support of a

motion for summary judgment in the Adversary Proceeding. It also has stated its intention of

presenting said Affidavit in support of its motion for stay relief at the evidentiary hearing on

April 8, 2010 for the purpose of foreclosing the mortgage purportedly owned by LBHI.

9.    On March 29, 2010 in Court, PAM indicated that Mr. Drosdick would fly to

Massachusetts from New York for the purpose of testifying as a witness on its behalf at the

evidentiary hearing scheduled for April 8, 2010.

10.    All the statements herein are made to the best of my information, knowledge and belief.


Signed under the pains and penalties of perjury this 30th day of March, 2010 in Waltham,

Massachusetts.


SARA DISCEPOLO

Sara Discepolo, Esq.
1050 Winter Street
Suite 1000
Waltham, MA 02451
Tel. 617-549-4537
Fax 978-478-4589
Sara_Discepolo@verizon.net