**Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: April 7, 2010 at 4:00 p.m. (Prevailing Eastern Time)**

Sara Discepolo, Esq.
1050 Winter Street, Suite 1000
Waltham, MA 02451
Telephone: 617-549-4537
Facsimile: 978-478-4589

*Attorney for Simeon Moreno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al.*,<br><br><br>Debtors | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

<u>**NOTICE OF HEARING**</u>
<u>**RE: SIMEON MORENO'S MOTION FOR DECLARATION THAT THE AUTOMATIC**</u>
<u>**STAY DOES NOT APPLY AND THAT HIS CLAIMS CONSTITUTE**</u>
<u>**ADMINISTRATIVE EXPENSES OF THE ESTATE**</u>

PLEASE TAKE NOTICE that the hearing on the above referenced Motion (hereinafter

"Motion") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Room 601 of the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004

(hereinafter the "Bankruptcy Court") on **April 14, 2010 at 10:00 a.m.** Eastern Time (hereinafter

the "Hearing").

PLEASE TAKE FURTHER NOTICE that Objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing system can be found http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, in either case, with two hard copies delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004; and shall be served upon: (i) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iii) counsel for the Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.); and (iv) counsel for Simeon Moreno, 1050 Winter Street, Suite 1000, Waltham, MA 02451, so as to be received no later than **April 7, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend

the Hearing, and failure to appear may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the

Motion without a hearing if no objections to the Motion are timely filed and served.

SIMEON MORENO

By:    */s/ Sara Discepolo*
Sara Discepolo, Esq.
1050 Winter Street
Suite 1000
Waltham, MA 02451
Tel. 617-549-4537
Fax 978-478-4589
Sara_Discepolo@verizon.net
His Attorney

Dated: March 31, 2010
       Waltham, Massachusetts