Sara Discepolo, Esq.
1050 Winter Street, Suite 1000
Waltham, MA 02451
Telephone: 617-549-4537
Facsimile: 978-478-4589

*Attorney for Simeon Moreno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:  Lehman Brothers Holdings, Inc., *et al.*,  Debtors | Chapter 11  Case No.: 08-13555 (JMP)  (Jointly Administered) |
|---|---|

## **CERTIFICATE OF SERVICE**

   I, Sara Discepolo, hereby certify that I served the following documents with all exhibits:

(1) **SIMEON MORENO'S MOTION FOR DECLARATION THAT THE AUTOMATIC STAY DOES NOT APPLY AND THAT HIS CLAIMS CONSTITUTE ADMINISTRATIVE EXPENSES OF THE ESTATE**

(2) **NOTICE OF HEARING
RE: SIMEON MORENO'S MOTION FOR DECLARATION THAT THE AUTOMATIC STAY DOES NOT APPLY AND THAT HIS CLAIMS CONSTITUTE ADMINISTRATIVE EXPENSES OF THE ESTATE**

In the following manner:

On March 31, 2010 via first class mail, postage prepaid to:

The Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Harvey Miller, Esq.
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y.
Waisman, Esq., and Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, and Tracy Hope Davis
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

Attn: Dennis F. Dunne,
Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


And on March 31, 2010 via electronic service on all registered users when filing said documents

via the Court's Electronic Case Filing system



And on March 30, 2010 via electronic mail transmission to:

Bradley Friedman (bfriedman@milbank.com)
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Mark Bernstein (mark.bernstein@weil.com)
Weil, Gotshal and Manges LLP
767 5th Avenue
New York, NY 10153

|  |  |
|---|---|
|  | */s/ Sara Discepolo* |
|  | Sara Discepolo, Esq. |
|  | 1050 Winter Street |
|  | Suite 1000 |
|  | Waltham, MA 02451 |
|  | Tel. 617-549-4537 |
|  | Fax 978-478-4589 |
|  | Sara_Discepolo@verizon.net |
| March 31, 2010 | Attorney For Simeon Moreno |