UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF EDWARD SIMON MIDDLETON AND PATRICK COWLEY AS THE JOINT AND SEVERAL LIQUIDATORS, WITHOUT PERSONAL LIABILITY, OF THE LEHMAN HONG KONG ENTITIES IN LIQUIDATION**

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as attorneys for Edward Simon Middleton and Patrick Cowley, the Joint and Several Liquidators, without personal liability, of the Lehman Hong Kong Entities in Liquidation[1] (the "**Lehman Hong Kong Liquidators**") in the above-captioned case. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given and served upon Mayer Brown at the office, address and telephone number set forth below, and that Mayer Brown be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> J. Robert Stoll
> Andrew Shaffer
> Mayer Brown LLP
> 1675 Broadway
> New York, NY 10019
> Ph: 212-506-2500
> Fax: 212-262-1910

---

[1] The eight **Lehman Hong Kong Entities in Liquidation** are: (i) Lehman Brothers Asia Holdings Limited (in liquidation), (ii) Lehman Brothers Asia Limited (in liquidation), (iii) Lehman Brothers Futures Asia Limited (in liquidation), (iv) Lehman Brothers Securities Asia Limited (in liquidation), (v) LBQ Hong Kong Funding Limited (in liquidation), (vi) Lehman Brothers Nominees (H.K.) Limited (in liquidation), (vii) Lehman Brothers Asia Capital Company (in liquidation), and (viii) Lehman Brothers Commercial Corporation Asia Limited (in liquidation).

17624738

e-mail: jstoll@mayerbrown.com
e-mail: ashaffer@mayerbrown.com

PLEASE TAKE NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise, which affects the above-captioned Debtors, property of such Debtors, or the Lehman Hong Kong Liquidators.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
        March 31, 2010

By:    /s/ J. Robert Stoll
       J. Robert Stoll
       Andrew Shaffer
       MAYER BROWN LLP
       1675 Broadway
       New York, NY 10019
       Ph: 212-506-2500
       Fax: 212-262-1910

       *Counsel To The Lehman Hong Kong Liquidators*