## EXHIBIT B
## NOTICE AND EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER COMMODITY FUND LTD, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to CVI GVF (LUX) MASTER S.A.R.L., a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of June 26, 2006 ("ISDA"), between Lehman Brothers Commodity Services Inc. ("LBCS") and Assignor ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA ("Claim"), in the principal amount of $138,358 and related proof of claim numbers 22703 and 26163 filed against LBCS and Lehman Brothers Holdings Inc. in their bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case nos. 08-13885(JMP) and 08-13555(JMP), jointly administered under case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29th day December 2009.

(Assignor)

BLACK RIVER COMMODITY
FUND LTD

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: _____
Title: _____
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

BY CARVAL INVESTORS UK LIMITED

By: R Ward
Name: R WARD
Title: DIRECTOR
Telephone: _____

WITNESS:

By: _____
Name: _____
Title: _____
Telephone: _____

**EXHIBIT B**
**NOTICE AND EVIDENCE OF TRANSFER OF CLAIM**

BLACK RIVER COMMODITY FUND LTD, a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **CVI GVF (LUX) MASTER S.A.R.L.**, a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under Section 6(e) of that certain ISDA Master Agreement dated as of June 26, 2006 ("ISDA"), between Lehman Brothers Commodity Services Inc. ("LBCS") and Assignor ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA ("Claim"), in the principal amount of $138,358 and related proof of claim numbers 22703 and 26163 filed against LBCS and Lehman Brothers Holdings Inc. in their bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case nos. 08-13885(JMP) and 08-13555(JMP), jointly administered under case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 24th day December 2009.

(Assignor)

BLACK RIVER COMMODITY
FUND LTD

By Black River Asset Management LLC
Its Investment Advisor

By: [signature]
Name: Curtis Kenkel
Title: Authorized Signatory
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

By: _____
Name: _____
Title: _____
Telephone: _____

WITNESS:

By: [signature]
Name: _____
Title: Akshay Kaura
Telephone: Authorized Signatory