KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for *for European Credit Management Limited,
Relative European Value S.A., European Credit
(Luxembourg) S.A., Leveraged Loans Europe plc,
and Term Loans Europe plc*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                                         :
In re:                                                                   :    Chapter 11
                                                                         :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                                                         :
            Debtors.                                            :    (Jointly Administered)
-------------------------------------------------------------------------:

### CERTIFICATE OF SERVICE

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1.   I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2.   On the 31st day of March, 2010, I served a copy of European Credit Management Limited, Relative European Value S.A., European Credit (Luxembourg) S.A., Leveraged Loans Europe plc and Term Loans Europe plc's Limited Objection to the Debtors' Motion Pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors, by Hand Delivery upon:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Shai Y. Waisman, Esq.

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr.

Dated: March 31, 2010