Jeannette K. Boot
James H. Millar (JM 6091)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 230-8800

Craig Goldblatt
Lisa Ewart
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

| | |
|---|---|
| **In re:**<br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>**Debtors.** | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2010, a true and correct copy of the

*Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P's Objection to the*

*Debtors' Claims Procedures Motion* was served via hand delivery upon the parties listed on the

attached Service List.

Dated: New York, New York      /s/ James H. Millar
       March 31, 2010          James H. Millar (JM 6091)
                               WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                               399 Park Avenue, 31st Floor
                               New York, New York 10022
                               Telephone:  (212) 230-8800

                               *Counsel for Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P.*


## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Shai Y. Waisman, Esq.

*(Attorneys for the Debtors)*

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

*(Attorneys for the Official Committee of Unsecured Creditors)*