UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                                  :
         Debtors.                                            :    (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     Michael M. Krauss of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on March 31, 2010, he served the Objection of Wells Fargo Bank, National Association, in its Individual Capacity and its Capacity as Trustee Pursuant to Various Trust Agreements, to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors by First Class U.S. Mail on the following parties listed on the attached service list.

     Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.


March 31, 2010                                            /s/ Michael M. Krauss
                                                                      Michael M. Krauss (MK-9699)
                                                                      Abby E. Wilkinson
                                                                      Michael F. Doty
                                                                      Christopher J. Harayda
                                                                      Faegre & Benson LLP
                                                                      2200 Wells Fargo Center
                                                                      90 South Seventh Street
                                                                      Minneapolis, MN  55402-3901
                                                                      Telephone: (612) 766-7000
                                                                      Facsimile: (612) 766-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY  10004

WEIL GOTSHAL & MANGES LLP
ATTN: SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY  10153

OFFICE OF THE US TRUSTEE
ATTN: ANDY VELEZ-RIVERA, PAUL SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY  10004

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE, DENNIS O'DONNELL, EVAN FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005