ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Wilmington Trust Company, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

**JOINDER OF WILMINGTON TRUST COMPANY, AS TRUSTEE, TO THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY CORPORATE TRUSTEE SERVICES LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS**

Wilmington Trust Company, as trustee for the holders of certain certificates ("WTC"), by its undersigned counsel, submits this Joinder (the "Joinder") to the Objection (Docket No. 7916) (the "Objection") of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited (collectively, "BNY") to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors (Docket No. 7581) (the "Motion"). In support of the Joinder, WTC respectfully submits as follows:

1.   On March 15, 2010, the above-captioned Debtors filed the Motion.

2.   On March 30, 2010, BNY filed the Objection.

LEGAL02/31841660v1

3.  WTC supports and joins in the Objection

4.  WTC reserves its right to amend and/or supplement this Joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent joinder filed with the Court or at the hearing on the Motion.

**WHEREFORE**, WTC joins in the Objection and respectfully requests that the Court deny the Motion and that the Court grant such other relief as it deems just and proper.

Dated: March 31, 2010                    Respectfully submitted,

                                         ALSTON & BIRD LLP

                                   By:   /s/ J. William Boone
                                         J. William Boone, Esq.
                                         1201 West Peachtree Street
                                         Atlanta, Georgia 30309
                                         Telephone: (404) 881-7000
                                         Fax: (404) 881-7777