ALSTON & BIRD LLP
J. William Boone
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

HUNTON & WILLIAMS LLP
Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Co-Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

**JOINDER OF BANK OF AMERICA, NATIONAL ASSOCIATION,
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE, TO THE OBJECTION OF THE BANK OF
NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AND BNY CORPORATE TRUSTEE SERVICES LIMITED
TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE
BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER
M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS
HEARING PROCEDURES AND ALTERNATIVE
<u>DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS</u>**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Bank of America, National Association, successor by merger to LaSalle Bank National Association, as trustee for the holders of certain certificates ("Bank of America"), by its undersigned counsel, submits this Joinder (the "Joinder") to the Objection (Docket No. 7916) (the "Objection") of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited (collectively, "BNY") to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors (Docket No. 7581) (the "Motion"). In support of the Joinder, Bank of America respectfully submits as follows:

1. On March 15, 2010, the above-captioned Debtors filed the Motion.

2. On March 30, 2010, BNY filed the Objection.

3. Bank of America supports and joins in the Objection

4. Bank of America reserves its right to amend and/or supplement this Joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent joinder filed with the Court or at the hearing on the Motion.

**WHEREFORE**, Bank of America joins in the Objection and respectfully requests that the Court deny the Motion and that the Court grant such other relief as it deems just and proper.

Respectfully submitted this 31st day of March 2010.

| | |
|---|---|
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| | Peter S. Partee |
| /s/ J. William Boone | Scott H. Bernstein |
| J. William Boone | 200 Park Avenue, 53rd Floor |
| 1201 West Peachtree Street | New York, New York 10166-0136 |
| Atlanta, Georgia 30309 | (212) 309-1000 |
| Telephone: (404) 881-7000 | |
| Fax: (404) 881-7777 | and |

        J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Co-Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*