LOWENSTEIN SANDLER PC                     Hearing Date:  April 14, 2010
65 Livingston Avenue                      Objection Deadline:  March 31, 2010
Roseland, New Jersey  07068
(973) 597-2500
(973) 597-2478
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas
18th Floor
New York, New York  10020
(212)  262-6700

Attorneys for BlueMountain Capital Management, LLC and Affiliated Entities

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | Case No. 08-13555(JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER OF  BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC AND AFFILIATED ENTITIES TO OPTIM ENERGY MARKETING AND TRADING LLC'S OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS**

BlueMountain Capital Management, LLC, on behalf of itself and certain of its affiliates who have filed proofs of claim in the Debtors' chapter 11 cases (collectively, "BlueMountain"), by and through its counsel, Lowenstein Sandler PC, submits this joinder to Optim Energy Marketing and Trading LLC's objection (the "Optim Objection") [Docket No. 7939] to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and

20463/6
03/31/2010 14078887.1

General Order M-390 Authorizing the Debtors  to Implement Claims Hearing Procedures and

Alternative Dispute Resolution Procedures for Claims Against Debtors (the "Motion").[1]

    1.      BlueMountain has filed various proofs of claims (the "Claims") in the Debtors'

chapter 11 cases.  The Claims are based on derivative contracts or guarantees of liabilities arising

under derivative contracts.

    2.      BlueMountain objects to the Motion for the reasons contained in the Optim

Objection and hereby joins in the Optim Objection and incorporates by reference the arguments

contained therein and reserves the right to join in all other objections to the Motion.

    3.      Accordingly, BlueMountain respectfully requests that the Court deny the Motion.


Dated: Roseland, New Jersey
       March 31, 2010                    **LOWENSTEIN SANDLER PC**


                             By:   */s/ Paul Kizel*
                                 Paul Kizel, Esq.
                                 65 Livingston Avenue
                                 Roseland, New Jersey 07068
                                 Tel.: 973.597.2500
                                 Fax: 973.597.2400

                                 Attorneys for BlueMountain Capital
                                 Management, LLC and Affiliated
                                 Entities

---

[1]    All capitalized terms contained herein shall have the meaning ascribed to them in the Motion.