**Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Date and Time: March 31, 2010 at 4:00 p.m. (Prevailing Eastern Time)**

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to NRG Energy, Inc.*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NRG ENERGY, INC.'S JOINDER IN OBJECTION BY OPTIM ENERGY MARKETING AND TRADING, LLC, F/K/A ENERGYCO MARKETING AND TRADING, LLC, TO DEBTORS' MOTION, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST THE DEBTORS**

NRG Energy, Inc. ("NRG"), by and through its undersigned counsel, submits this joinder in the objection (the "Objection") filed by Optim Energy Marketing and Trading, LLC, f/k/a EnergyCo Marketing and Trading, LLC, (Docket No. 7939) to the motion of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390, for an order authorizing the Debtors to implement claims hearing procedures and alternative dispute resolution procedures for claims against the Debtors (Docket No. 7581) (the "Motion"). In support of this joinder, NRG states:

1.    For the reasons and on the authority cited in the Objection, NRG joins in the Objection and requests the Court to deny the Motion unless the modifications described in the Objection are incorporated into the order approving the Motion.

Dated: March 31, 2010
          New York, New York

>                   Respectfully submitted,
>
>                   **LOWENSTEIN SANDLER PC**
>
>                   By: /s/ *S. Jason Teele*
>                   Michael S. Etkin, Esq.
>                   S. Jason Teele, Esq.
>                   1251 Avenue of the Americas, 18th Floor
>                   New York, New York 10022
>
>                   -- and --
>
>                   65 Livingston Avenue
>                   Roseland, New Jersey 07068
>                   973.597.2500 (Telephone)
>                   973.597.2400 (Facsimile)
>
>                   *Counsel to NRG Energy, Inc.*