Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: March 31, 2010 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 597-2500
Fax:    (973) 597-2400

*Counsel for LibertyView (as defined below)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555(JMP) <br><br> (Jointly Administered) |

**JOINDER OF LIBERTYVIEW TO OPTIM ENERGY MARKETING AND TRADING LLC'S OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS**

LibertyView[1], through its undersigned counsel, submits this joinder to Optim Energy Marketing and Trading LLC's objection (the "Optim Objection") to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-

---

[1] LibertyView is a group of investment funds (collectively, "LibertyView") that have timely filed proofs of claim against the Debtors in these chapter 11 proceedings. The specific funds that have filed proofs of claim include: (i) LibertyView Credit Opportunities Fund, L.P., (ii) LibertyView Credit Select Fund, LP, (iii) LibertyView Funds, L.P., (iv) LibertyView Global Risk Arbitrage Fund, L.P., and (v) LibertyView Special Opportunities Fund, L.P.

22312/5
03/31/2010 14101705.1

390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against the Debtors (the "Motion").[2]

1.  LibertyView has filed various proofs of claims (the "Claims") in the Debtors' chapter 11 cases. The Claims are based on certain Customer Account Prime Brokerage Agreements entered into between LibertyView and certain of the Debtors, as well as certain guarantees made by certain of the Debtors.

2.  While LibertyView's Claims are not based on issues relating to derivative contracts, LibertyView objects to the Motion to the extent that the proposed procedures provide the Debtors with a leg up and the sole discretion to make particular decisions or otherwise affect LibertyView's rights in the context of the claims resolution process.

3.  Accordingly, LibertyView hereby joins in the Optim Objection and incorporates by reference the relevant arguments contained therein and reserves the right to join in all other objections to the Motion.

Dated: Roseland, New Jersey
March 31, 2010

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: /s/ *Michael Etkin*
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
-- and --
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel for LibertyView*

---

[2]  All capitalized terms contained herein shall have the meaning ascribed to them in the Motion.