MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
J. Robert Stoll
Andrew Shaffer

Counsel for the Lehman Hong Kong Liquidators

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

      I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 31, 2010, I caused copies of the (i) Objection (the "Objection") of Edward Simon Middleton, Patrick Cowley and Paul Jeremy Brough As the Joint and Several Liquidators, without Personal Liability, of the Lehman Hong Kong Entities in Liquidation, to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims against Debtors, and (ii) Notice (the "Notice") of Appearance and Demand for Service of Papers by Mayer Brown LLP on behalf of Edward Simon Middleton and Patrick Cowley As the Joint and Several Liquidators, without Personal Liability, of the Lehman Hong Kong Entities in Liquidation to be served by hand

17624769

delivery upon: The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

I further certify that on March 31, 2010, I caused copies of the Objection and Notice to be served by facsimile and UPS Next Day Air upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.), and (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

I further certify that on March 31, 2010, I caused copies of the Objection and Notice to be served by facsimile upon: Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq., Paul K. Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

I further certify that on March 31, 2010, I caused copies of the Objection and Notice to be served by UPS Next Day Air upon: Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq.).

I further certify that on March 31, 2010, I caused copies of the Objection and Notice to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         March 31, 2010

                                                            /s/ James Hennessey
                                                            James Hennessey

17624769                                  2