Eric E. Johnson (CO #19364) (*Pro Hac Vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Tel.: (303) 861-7000
Fax: (303) 866-0200
E-Mail: eric.johnson@hro.com
Attorneys for National CineMedia, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al*  :   08-13555 (JMP)
                                                               :
                                                               :   (Jointly Administered)
                            Debtors.                   :
---------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NO. 28642

National CineMedia, LLC ("Claimant") hereby withdraws and waives its proof of claim assigned number 28642 filed on September 22, 2009 in the Chapter 11 case of Lehman Commercial Paper Inc., Case No. 08-13900, in the amount of $771,703.00, with prejudice. The claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

The undersigned represents that he is authorized to sign this withdrawal and waiver of claim on behalf of Claimant.

Dated this 31st day of March, 2010.

        HOLME ROBERTS & OWEN LLP

        By: */s/ Eric E. Johnson*
            Eric E. Johnson, (CO #19364)
            1700 Lincoln Street, Suite 4100
            Denver, Colorado 80203-4541
            Telephone:   (303) 861-7000
            Facsimile:    (303) 866-0200
            E-Mail: eric.johnson@hro.com
            *Attorneys for National CineMedia, LLC*

#1463725 v2 den