**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket No. 7826**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 30, 2010, I caused to be served the "Notice of Order Establishing Certain Restrictions and Procedures Applicable to Certain Transfers of the Debtors' Securities," dated March 25, 2010, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    b.  delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

    c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, and

    d.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
     "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
     ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
31st day of March, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

-2-

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re**                                                     :          **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* :          **08-13555 (JMP)**
                                                              :
                                      **Debtors.**            :          **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

### NOTICE OF ORDER ESTABLISHING CERTAIN
### RESTRICTIONS AND PROCEDURES APPLICABLE
### TO CERTAIN TRANSFERS OF THE DEBTORS' SECURITIES

TO ALL PERSONS OR ENTITIES WITH SECURITIES OF LEHMAN BROTHERS
HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES WHOSE CASES UNDER
CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE ARE, OR
SUBSEQUENTLY BECOME, JOINTLY ADMINISTERED WITH CASE NO. 08-
13555 (JMP):[1]

     PLEASE TAKE NOTICE that on September 15, 2008 (the
"Commencement Date") and periodically thereafter, Lehman Brothers Holdings, Inc.
("LBHI") and its subsidiaries in the above-referenced chapter 11 cases, as debtors and
debtors in possession (the "Debtors" and, collectively with LBHI's wholly-owned non-
debtor domestic subsidiaries, "Lehman") commenced a case under chapter 11 of title 11
of the United States Code (the "Bankruptcy Code").  Section 362(a) of the Bankruptcy
Code operates as a stay of any act to obtain possession of property of the Debtors' estates
or of property from the Debtors' estates or to exercise control over property of the
Debtors' estates.

     PLEASE TAKE FURTHER NOTICE that on November 5, 2008, pursuant
to that certain *Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code
Approving Certain Transfers of Interests in the Debtors' Estates and Establishing
Notification Procedures Relating Thereto*, the United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court") found that Lehman's
consolidated net operating loss tax carryforwards ("NOLs") and certain other tax
attributes (together with NOLs, the "Tax Attributes") are property of the Debtors' estates
and are protected by the automatic stay prescribed in section 362 of the Bankruptcy
Code.

---

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion,
found at the Debtors' website: http://www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that on March 25, 2010, the Bankruptcy Court, having jurisdiction over these chapter 11 cases, upon motion of the Debtors (the "Motion"), entered an order (i) finding that under certain circumstances the unrestricted accumulation of Securities (as hereinafter defined) could, following a reorganization of the Debtors (or their successors), severely limit the Debtors' (or their successors') ability to use the Tax Attributes for purposes of title 26 of the United States Code (the "Tax Code"); and (ii) approving the restrictions and procedures set forth below to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code (the "Order"). **The Order is effective as of January 19, 2010, the date of the filing of the Motion** (the "Motion Date"). **ANY ACQUISITION IN VIOLATION OF THE RESTRICTIONS SET FORTH BELOW SHALL BE NULL AND VOID *AB INITIO* AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE.**

PLEASE TAKE FURTHER NOTICE that a copy of the Order can be found on the Debtors' website: http://www.lehman-docket.com.

PLEASE TAKE FURTHER NOTICE that the following restrictions and procedures have been approved by the Bankruptcy Court and shall apply to the accumulation of and trading in SECURITIES OF THE DEBTORS, effective *nunc pro tunc* to January 19, 2010, the date of the filing of the Motion:[2]

**1**      Notice of 382(l)(5) Plan; Amended Notice of 382(l)(5) Plan.

**(a)**      Notice of 382(l)(5) Plan.  Upon filing a chapter 11 plan and disclosure statement that contemplates the potential utilization of section 382(l)(5) of the Tax Code (a "382(l)(5) Plan"), the Debtors may, if, after consultation with their attorneys and advisors and the attorneys and advisors for the Creditors' Committee, they determine that the application of section 382(l)(5) of the Tax Code is reasonably likely to be beneficial to the reorganized Debtors (or any successors thereto), (i) publish (or arrange for publication of) a notice and provide a written notice to the Notice Parties, disclosing the filing of such 382(l)(5) Plan and the potential issuance of a Sell-Down Notice (as defined in Paragraph 3(a) below) in connection therewith on the Debtors' website: http://www.lehman-docket.com and in the national editions of *The Wall Street Journal* and *The New York Times* (a "Notice of 382(l)(5) Plan"), (ii) identify the classes of Securities that are potentially subject to a Sell-Down Notice and (iii) identify the applicable Threshold Amounts (by class or other applicable breakdown) for status as a Substantial Securityholder.

---

[2] Capitalized terms used in Paragraphs 1 – 7 have the meaning ascribed in Paragraph 7, if not otherwise defined herein.

(b)    Amended Notice of 382(l)(5) Plan.  The Debtors may determine subsequent to the date of the Notice of 382(l)(5) Plan or an Amended Notice of 382(l)(5) Plan (as defined below), to (i) adjust the Threshold Amount or (ii) identify additional classes of Securities that are potentially subject to a Sell-Down Notice.  In that case, the Debtors shall publish and provide notice of such additional amount and/or such additional class of Securities in the same manner as the Notice of 382(l)(5) Plan and such notice shall be an "Amended Notice of 382(l)(5) Plan."  The Amended Notice of 382(l)(5) Plan shall require (x) any person or Entity that previously filed a Notice of Substantial Securityholder Status to update information regarding such Substantial Securityholder's Beneficial Ownership of Securities and (y) any person or Entity that is a Substantial Securityholder as of the date of the most recent Amended Notice of 382(l)(5) Plan, but that was not previously required to file a Notice of Substantial Securityholder Status (an "Additional Substantial Securityholder"), to serve upon the Debtors', the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status in the manner prescribed in Paragraph 2 below within ten (10) days of the date of the Amended Notice of 382(l)(5) Plan.

(c)    Early Notice.  The Debtors reserve the right, in order to assist in determining their eligibility for section 382(l)(5) of the Tax Code, to request in a manner consistent with the publication of the Notice of 382(l)(5) Plan described above, information regarding the Beneficial Ownership of Securities prior to the filing of the Notice of 382(l)(5) Plan.

2    Notice of Substantial Securityholder Status.  Following a request for Beneficial Ownership information pursuant to (i) a Notice of 382(l)(5) Plan, (ii) an Amended Notice of 382(l)(5) Plan or (iii) Paragraph 1(c) above, any person or Entity that as of the date such request is made (the "Request Date") is or becomes a Substantial Securityholder shall serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status (a "Notice of Substantial Securityholder Status"), in the form annexed to the Order as Attachment 1, within ten (10) days of the later of (i) the Request Date and (ii) the date such person becomes a Substantial Securityholder.

3    Sell-Down Notices.

(a)    Sell-Down Notices.  Following the issuance of a Notice of 382(l)(5) Plan, but no earlier than sixty (60) days prior to the then-scheduled hearing with respect to the 382(l)(5) Plan, if the Debtors determine it to be reasonably necessary to require the sale or

transfer of all or a portion of the Beneficial Ownership of Securities held by a Substantial Securityholder on the basis that such sale or transfer is appropriate to reasonably ensure that the requirements of section 382(l)(5) of the Tax Code will be satisfied, and either the Creditors' Committee or the Bankruptcy Court similarly so determines, the Debtors may file a motion (the "Sell-Down Motion") requesting that the Bankruptcy Court enter an order (the "Sell-Down Order") approving the issuance of a notice (the "Sell-Down Notice") that such Substantial Securityholder must sell, cause to sell or otherwise transfer all or a portion of its Beneficial Ownership of Securities (by class or other applicable breakdown) in excess of the Maximum Amount for such Substantial Securityholder (such excess amount, an "Excess Amount") to Permitted Transferees. The Debtors shall provide a copy of the Sell-Down Motion to each person described in clause (ix) of the definition of "Notice Parties." If the Bankruptcy Court enters a Sell-Down Order approving the Debtors' issuance of a Sell-Down Notice, the Debtors shall provide a copy of such Sell-Down Order to each person described in clause (ix) of the definition of "Notice Parties."

**(b)**    Requirement to Sell Down. Prior to (i) the effective date of the 382(l)(5) Plan or (ii) such earlier date set forth in the Sell-Down Order, which shall not be earlier than the day after the entry of the order confirming the 382(l)(5) Plan as may be specified by the Debtors (the "Sell-Down Date"), each Substantial Securityholder shall sell, cause to sell or otherwise transfer an amount of the Beneficial Ownership of Securities (if any) necessary to comply with the Sell-Down Notice (the "Sell-Down"); provided, however, that notwithstanding anything to the contrary in the Order and for the avoidance of doubt, no Substantial Securityholder shall be required to sell, cause to sell or otherwise transfer any Beneficial Ownership of Securities if such sale would result in such holder having Beneficial Ownership of an aggregate amount of Securities (by class or other applicable breakdown) that is less than such holder's Protected Amount (as hereinafter defined). Each Substantial Securityholder shall sell, cause to sell or otherwise transfer its Beneficial Ownership of Securities subject to the Sell-Down to Permitted Transferees; provided however that such Substantial Securityholder shall not have a reasonable basis to believe that any such Permitted Transferee would own, immediately after the contemplated transfer, an Excess Amount of Securities.

**(c)**     <u>Notice of Compliance</u>.  A Substantial Securityholder subject to the Sell-Down shall, within five (5) business days after the later of (i) entry of an order approving the 382(l)(5) Plan, (ii) the Sell-Down Date, and (iii) such other date specified in the Sell-Down Notice, as applicable, but in all events before the effective date of the 382(l)(5) Plan, and as a condition to receiving Affected Equity, serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice substantially in the form annexed to the Order as <u>Attachment 2</u> that such Substantial Securityholder has complied with the terms and conditions set forth in this Paragraph 3 and that such Substantial Securityholder does not and will not hold an Excess Amount of Securities as of the Sell-Down Date and at all times through the effective date of the 382(l)(5) Plan (the "<u>Notice of Compliance</u>"); <u>provided</u>, <u>however</u>, that if the Substantial Securityholder has complied but for the fact that the Substantial Securityholder still holds an Excess Amount of Securities as of the Sell-Down Date, the Notice of Compliance shall disclose such Excess Amount as indicated on Attachment 2.  Any Substantial Securityholder who fails to comply with this provision shall not receive Affected Equity with respect to the entirety of its Excess Amount of Securities as determined under Paragraph 3(a), regardless of any sales made in accordance with this Paragraph 3.

**4**     <u>Advance Approval of Acquisitions</u>.  Any proposed transfer or acquisition of Securities from and after the date of the Sell-Down Order shall be subject to the following advance approval procedures:

**(a)**     <u>Acquisition of Securities</u>.  At least fifteen (15) business days prior to the proposed date of any transfer of Securities that would result in (i) an increase in the dollar amount of Securities Beneficially Owned by a Substantial Securityholder or (ii) any person or Entity becoming a Substantial Securityholder (a "<u>Proposed Securities Acquisition Transaction</u>"), such person, Entity, or Substantial Securityholder (each a "<u>Proposed Securities Transferee</u>") must serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a Notice of Request to Purchase, Acquire, or Otherwise Accumulate a Security (a "<u>Securities Acquisition Request</u>"), in the form annexed to the Order as <u>Attachment 3</u>, which describes specifically and in detail the intended acquisition of Securities, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.

**(b)**     <u>Approval Procedures</u>.  The Debtors may determine, in furtherance of the purposes of the provisions herein and after consultation with

the attorneys for the Creditors' Committee, whether or not to approve a Securities Acquisition Request.  A Securities Acquisition Request that is not approved in writing by the Debtors within ten (10) business days after the filing of a Securities Acquisition Request shall be deemed rejected.

**5**    Equity Forfeiture Provision.

**(a)**    Equity Forfeiture Provision.  Any Substantial Securityholder that violates its obligations under the Sell-Down Notice shall, pursuant to the Order, be precluded from receiving, directly or indirectly, any consideration consisting of a beneficial ownership of equity (as determined in accordance with the applicable rules of section 382 of the Tax Code, including Options, whether or not treated as exercised under Treasury Regulation section 1.382-4) of the Debtors (or any successor to the Debtors, including as determined for U.S. federal income tax purposes) that is attributable to the Excess Amount of Securities for such Substantial Securityholder as of the Sell-Down Date, including any consideration in lieu thereof, provided, however, that the forefeiture shall only apply to any Excess Amount of Securities still owned as of the Sell-Down Date if the holder has complied with Paragraph 3(c); provided, further that such Substantial Securityholder may be entitled to receive any other consideration to which such holder may be entitled by virtue of holding Securities (the "Equity Forfeiture Provision").  Any purported acquisition of, or other increase in the Beneficial Ownership of, equity of the Debtors (or any successor) that is precluded by the Equity Forfeiture Provision will be an acquisition of "Forfeited Equity."  Any acquirer of Forfeited Equity shall, immediately upon becoming aware of such fact, return or cause to return the Forfeited Equity to the Debtors (or any successor to the Debtors) or, if all of the equity consideration properly issued to such acquirer and all or any portion of such Forfeited Equity shall have been sold prior to the time such acquirer becomes aware of such fact, such acquirer shall return or cause to return to the Debtors (or any successor to the Debtors) (i) any Forfeited Equity still held by such acquirer and (ii) the proceeds attributable to the sale of Forfeited Equity, calculated by treating the most recently sold equity as Forfeited Equity.  Any acquirer that receives Forfeited Equity and deliberately fails to comply with the preceding sentence shall be subject to such additional sanctions as the Bankruptcy Court may determine.  Any Forfeited Equity returned to the Debtors shall be distributed (including a transfer to charity) or extinguished, in the Debtors' sole discretion, in furtherance of the 382(l)(5) Plan.

(b)     Notification Requirement.  In effecting any sale or other transfer of Securities pursuant to a Sell-Down Notice, a Substantial Securityholder shall, to the extent that it is reasonably feasible to do so within the normal constraints of the market in which such sale takes place, notify the acquirer of such Securities of the existence of the Order and the Equity Forfeiture Provision (it being understood that, in all cases in which there is direct communication between a salesperson and a customer, including, without limitation, communication via telephone, e-mail, and instant messaging, the existence of the Order and the Equity Forfeiture Provision shall be included in such salesperson's summary of the transaction).

**6**     Miscellaneous.

(a)     No Disclosure of Participation.  To permit reliance by the Debtors on Treasury Regulation section 1.382-9(d)(3), any Substantial Securityholder that participates in formulating any chapter 11 plan of or on behalf of the Debtors (which shall include, without limitation, making any suggestions or proposals to the Debtors or their advisors with regard to such a plan), shall not, and shall not be asked to, disclose (or otherwise make evident unless compelled to do so by an order of a court of competent jurisdiction or some other applicable legal requirement) to the Debtors that any Securities in which such Substantial Securityholder has a Beneficial Ownership are Newly Traded Securities.  For this purpose, the Debtors acknowledge and agree that the following activities shall not constitute participation in formulating a chapter 11 plan if, in pursuing such activities, the relevant Substantial Securityholder does not disclose (or otherwise make evident) to the Debtors that such Substantial Securityholder has Beneficial Ownership of Newly Traded Securities:  filing an objection to a proposed disclosure statement or to confirmation of a proposed chapter 11 plan; voting to accept or reject a proposed chapter 11 plan; reviewing or commenting on a proposed business plan; providing information on a confidential basis to the attorneys for the Debtors or attorneys for the Creditors' Committee unconnected with the formulation of the chapter 11 plan; general membership on an official committee or an *ad hoc* committee; or taking any action required by the order of the Bankruptcy Court.

(b)     Confidentiality.  Except to the extent necessary to demonstrate to the Bankruptcy Court the need for the issuance of a Sell-Down Notice, other than information contained in the Notice of Substantial Securityholder Status that is public or in connection with an audit or other investigation by the Internal Revenue

Service ("IRS") or other taxing authority, the Debtors and the Creditors' Committee shall keep such notices and any additional information provided by a Substantial Securityholder pursuant to the Order strictly confidential and shall not disclose the identity of the Substantial Securityholder to any other person or Entity; provided, however, that the Debtors and the Creditors' Committee may disclose the identity of the Substantial Securityholder to their respective counsel and professional advisors and/or the counsel and professional advisors of any other person(s) that are subject to a nondisclosure agreement with the Debtors or the Creditors' Committee (as applicable), each of whom shall keep all such notices strictly confidential and shall not disclose the identity of the Substantial Securityholder to any other person or Entity subject to further order of the Bankruptcy Court; and provided, further, that to the extent the Debtors reasonably determine such confidential information is necessary to demonstrate to the Bankruptcy Court the need for the issuance of a Sell-Down Notice, the Debtors shall seek to file such confidential information (determined by, among other things, whether such information was redacted in any public filing) under seal.

(c)    Exception.  No person or Entity shall be subject to the aforementioned  provisions with respect to any transfer described in Treasury Regulation section 1.382-9(d)(5)(ii), provided that such transfer is not for a principal purpose of obtaining stock in the reorganized Debtors (or any successor) or permitting the transferee to benefit from the losses of the Debtors within the meaning of Treasury Regulation section 1.382-9(d)(5)(iii); provided, further, that any such transferee who becomes a Substantial Securityholder shall serve upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee, a notice of such status in the manner prescribed in Paragraph 2 above within fifteen (15) business days of the later of (i) the day of the entry of the Order by the Bankruptcy Court and (ii) the date on which such person or Entity becomes a Substantial Securityholder.

7    Definitions.  For purposes of the Order, the following terms have the following meanings:

(a)    Affected Equity.  "Affected Equity" means the stock or other equity of the reorganized Debtors (or their successors), including Options, to be issued and distributed pursuant to the 382(l)(5) Plan. "Affected Equity" shall not include stock described in section 1504(a)(4) of the Tax Code.

**(b)**    <u>Applicable Percentage</u>.  "Applicable Percentage" means, if only one class of Affected Equity is to be issued pursuant to the terms of the 382(l)(5) Plan and holders within any class of Securities will receive a pro-rata distribution of the Affected Equity, 4.5% of the number of such shares or equity interests that the Debtors reasonably estimate will be issued at the effective date of such 382(l)(5) Plan, as determined for U.S. federal income tax purposes. If more than one class of Affected Equity is to be distributed pursuant to the terms of the 382(l)(5) Plan or holders with a class of Securities may receive a disproportionate distribution of such Affected Equity relative to other holders in the same class, the Applicable Percentage shall be determined by the Debtors in their reasonable judgment in a manner consistent with the estimated range of values for the equity to be distributed reflected in the valuation analysis set forth in the 382(l)(5) Plan and disclosure statement, and shall be expressed in a manner that makes clear the number of shares or other equity interests in each class of Affected Equity that would constitute the Applicable Percentage.

**(c)**    <u>Beneficial Ownership.</u>  "Beneficial Ownership" of a Security shall mean:

> (x) the beneficial ownership of a Security as determined in accordance with applicable rules under section 382 of the Tax Code (for such purpose, treating a Security as if it is stock), and, to the extent provided in those rules from time to time, shall include (A) direct and indirect ownership (determined without regard to the rule that treats stock of an Entity to which the constructive ownership rules apply as no longer owned by that Entity); and (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of Securities and/or stock; and

> (y) the beneficial ownership of an Option (irrespective of the purpose for which such option was issued, created or acquired).

For the avoidance of doubt, beneficial ownership of a Security also includes the beneficial ownership of any right to receive any equity consideration to be distributed in respect of a Security pursuant to a chapter 11 plan or applicable bankruptcy court order.  Variations of the term "Beneficial Ownership" shall have correlative meanings.

**(d)**    <u>Creditors' Committee</u>. The "Creditors' Committee" shall mean any official committee of holders of unsecured Securities appointed

pursuant to section 1102 of the Bankruptcy Code in the Debtors' chapter 11 cases.

**(e)**    Entity.  "Entity" shall have the meaning given to such term under Treasury Regulation section 1.382-3(a), including a group of persons who have a formal or informal understanding among themselves to make a coordinated acquisition.

**(f)**    Maximum Amount.  "Maximum Amount" means for each person or Entity and by class or other applicable breakdown of Securities, the greater of (A) the applicable Threshold Amount and (B) the Protected Amount (if any) for such Substantial Securityholder.

**(g)**    Newly Traded Securities.  "Newly Traded Securities" means Securities (i) with respect to which an Entity acquired Beneficial Ownership after the date that was 18 months before the Commencement Date; and (ii) that are not "ordinary course" claims, within the meaning of Treasury Regulations section 1.382-9(d)(2)(iv), of which the same Entity has always had Beneficial Ownership.

**(h)**    Notice Parties.  "Notice Parties" shall mean (i) the Office of the United States Trustee for the Southern District of New York; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York, (vi) all parties who have requested notice in these chapter 11 cases in accordance with the amended order entered on February 13, 2009 governing case management and administrative procedures [Docket No. 2837]; (vii) parties who file notices of transfers of Securities under Bankruptcy Rule 3001(e)(2); (viii) any indenture trustees or clearinghouses for Securities; and (ix) any Substantial Securityholder or Additional Substantial Securityholder following the filing by such Substantial Securityholder or Additional Substantial Securityholder of a Notice of Substantial Securityholder Status pursuant to Paragraphs 2 or 1(b) above, respectively.

**(i)**    Option.  An "Option" shall have the meaning given to such term under Treasury Regulation section 1.382-4(d)(9)(i), with respect to the acquisition of a Security or any consideration (including equity) distributed in respect of any Security pursuant to a chapter 11 plan or applicable bankruptcy court order.

**(j)**     Order.  The "Order" shall mean the order, entered by the Bankruptcy Court, authorizing the implementation of these restrictions and procedures.

**(k)**     Permitted Transferee.  A "Permitted Transferee" with respect to a Substantial Securityholder is a person that is not a Related Person and whose holding of a Security would not result in such Substantial Securityholder having Beneficial Ownership of such Security.

**(l)**     Protected Amount.  "Protected Amount" means the amount of Securities (by class or other applicable breakdown) of which a holder had Beneficial Ownership on the Motion Date, increased by the amount of Securities of which such holder acquires, directly or indirectly, Beneficial Ownership pursuant to trades entered into before the Motion Date that had not yet closed as of the Motion Date minus the amount of Securities of which such holder sells, directly or indirectly, Beneficial Ownership pursuant to trades entered into before the Motion Date that had not yet closed as of the Motion Date.

**(m)**     Related Person.  Persons (including Entities) are "Related Persons" if:  (A) the person bears a relationship to the other person described in section 267(b) or 707(b) of the Tax Code, or (B) the persons are members of a group acting in concert with respect to the acquisition of Securities or equity in the reorganized Debtors.

**(n)**     Security.  A "Security" shall be any claim against any of the Debtors, including, without limitation (i) any claim against any of the Debtors as a guarantor and (ii) the following classes of preferred stock of LBHI: (a) 5.94% Cumulative Preferred Stock, Series C; (b) 5.67% Cumulative Preferred Stock, Series D (c) 6.50% Cumulative Preferred Stock, Series F; (d) Floating Rate Cumulative Preferred Stock, Series G; and (e) 7.95% Non-Cumulative Perpetual Preferred Stock, Series J.   In calculating the amount of any Securities hereunder, any applicable intercreditor agreements, including subordination agreements, shall be given effect in accordance with their terms.  Nothing contained in this Paragraph 7(n) shall be deemed an admission of a party or be used by any party for any purpose other than compliance with the Order and shall not constitute an admission or evidence by any party with respect to Securities of the Debtors.

**(o)**     Substantial Securityholder.  A "Substantial Securityholder" is any person or Entity that Beneficially Owns an aggregate dollar amount of Securities, or any Entity controlled by such person or

Entity through which such person or Entity Beneficially Owns Securities, of more than the Threshold Amount.

For the avoidance of doubt, section 382 of the Tax Code, the Treasury Regulations promulgated thereunder, and all relevant IRS and judicial authority shall apply in determining whether the Securities of several persons and/or Entities must be aggregated when testing for Substantial Securityholder status, treating Securities as if they were stock.

**(p)**    <u>Tax Code</u>.  "Tax Code" means the Internal Revenue Code of 1986, as amended from time to time, and the Treasury Regulations promulgated thereunder.

**(q)**    <u>Threshold Amount</u>.  "Threshold Amount" means the amount of Securities, as set forth in the Notice of 382(l)(5) Plan (as revised by any Amended Notice of 382(l)(5) Plan, as applicable) sufficient, in the determination of the Debtors, to entitle the Beneficial Owner thereof to the Applicable Percentage of the Affected Equity.  The amount determined in the preceding sentence shall be disclosed in the Notice of 382(l)(5) Plan and may be adjusted thereafter as contemplated by this Order or any future order of the Bankruptcy Court.

**(r)**    <u>Treasury Regulations</u>. "Treasury Regulations" means the U.S. Department of Treasury regulations promulgated under the Tax Code, as amended from time to time.

**FAILURE TO FOLLOW THE RESTRICTIONS AND PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED PURCHASE OR OTHER ACQUISITION OF SECURITIES OF THE DEBTORS IN VIOLATION OF THE ORDER, INCLUDING, WITHOUT LIMITATION, THE FAILURE TO SELL OR OTHERWISE TRANSFER SECURITIES PURSUANT TO A SELL-DOWN NOTICE WILL CAUSE SUCH PURCHASER TO BE SUBJECT TO THE EQUITY FORFEITURE PROVISION.**

**THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION AND OTHER PROCEDURES CONTAINED IN THE ORDER.**

PLEASE TAKE FURTHER NOTICE that any person or entity desirous of acquiring an interest restricted by the Order may request relief for cause at any time and the Debtors may oppose such relief.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

ORDERED
March 25, 2010 by
The Honorable James M. Peck
United States Bankruptcy Judge

# EXHIBIT B

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brendan.Collins@dlapiper.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com

ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com

gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com

jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
Klippman@munsch.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@jspcarlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com

lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
Nasreen.Bulos@dubaiic.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com

rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com

tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT E**

| Claim Name | Address Information |
|------------|---------------------|
| BANK OF TAIPEI, | NO.133, SEC. 2, YANPING N. RD., DATONG DISTRICT TAIPEI TAIWAN |
| BANK OF TAIWAN NEW YORK AGENCY | ATTN: LISA WANG 100 WALL STREET, 11TH FLOOR NEW YORK NY 10005 |
| BANK OF TOKYO/ MIZUHO BANK | 1-1-5, UCHISAIWAICHO, CHIYODA-KU TOKYO 100-0011 JAPAN |
| CITIBANK, N.A. | ATTN: WAFAA ORFY, VICE PRESIDENT 388 GREENWICH STREET-14TH FLOOR NEW YORK NY 10013 |
| CITIBANK, NA | 111 WALL STREET NEW YORK NY 10048 |
| CLEARSTREAM BANKING LUXEMBOURG | 42 BOULEVARD JOHN F. KENNEDY 1855 LUXEMBOURG |
| CLEARSTREAM INTERNATIONAL S.A. | DEUTSCHE BORSE GROUP ATTN: WERNER LAUERER, HEAD OF SECTION CORPORATE ACTIONS FRANKFURT 42 AVENUE JF KENNEDY L-2967 LUXEMBOURG |
| COMPUTERSHARE | LEVEL 3, 60 CARRINGTON STREET SYDNEY NSW 2000 AUSTRALIA |
| COVINGTON & BURLING LLP | C/O WILMINGTON TRUST CO AS INDENTURED TRUSTEE ATTN: MICHAEL B. HOPKINS, MARTIN E. BEELER THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| EUROCLEAR BANK S.A./N.V. | 1, BOULEVARD ROI ALBERT II BRUSSELS 1210 BELGIUM |
| EUROCLEAR FINLAND LTD | ATTN: KIMMO KOSKINEN REGISTRATION OFFICER, BOOK-ENTRY REGISTER ACCOUNT OPERATOR SERVICES P.O.BOX 1110 HELSINKI FI-00101 FINLAND |
| EUROCLEAR FINLAND LTD | ATTN: PÄIVI PENTTILÄ, SENIOR BUSINESS MANAGER ACCOUNT OPERATOR SERVICES P.O.BOX 1110 HELSINKI FI-00101 FINLAND |
| FREDDIE MAC FOUNDATION | ATTN: DEL ANTOUN 8250 JONES BRANCH DRIVE - MAILSTOP A40 MC LEAN VA 22102 |
| FREDDIE MAC FOUNDATION INC | DELAWARE MANAGEMENT BUSINESS TRUST 2005 MARKET STREET #40 PHILADELPHIA PA 19103-7094 |
| HSBC BANK, USA | CTLA - STRUCTURED FINANCE ATTN: THOMAS MUSARA 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| HVB / VEREINSBANK AKTIEGESELLSCHAFT | AM TUCKERPARK MU 80538 GERMANY |
| SEGAINTERSETTLE AG | BASLERSTRASSE 100 OLTEN CH-4600 SWITZERLAND |
| SUMITOMO MITSUI BANKING CORP | 101 PARK AVE NEW YORK NY 10178 |
| SUMITOMO MITSUI BANKING CORP. | ATTN: SEAN EDWARDS HEAD OF LEGAL-EUROPE DIVISON 99 QUEEN VICTORIA STREET LONDON EC4V 4EH UNITED KINGDOM |
| SUMITOMO MITSUI BANKING CORP. | 277 PARK AVENUE NEW YORK NY 10172 |
| SUMITOMO TRUST & BANKING CO. LTD, THE | ASSET MANAGEMENT DEPT GRAN TOKYO SOUTH TOWER 1-9-2 MARUNOUCHI CHIYODA-KU TOKYO 100-6611 JAPAN |
| THE BANK OF NEW YORK MELLON - LONDON BRANCH | ATTN: SANAJAY JOBANPUTRA, VP GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| THE BANK OF NEW YORK MELLON, AS INDENTURED TRUSTEE | 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| THE DEPOSITORY TRUST CO. | 55 WATER STREET 25TH FLOOR NEW YORK NY 10004 |
| THE SUMITOMO TRUST BANKING CORP. | C/O SEWARD & KISSEL LLP RONALD L COHEN, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| THE SUMITOMO TRUST BANKING CORP. | BY ALLIANCEBERNSTEIN L.P., AS 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TMI ASSOCIATES | ATTN: TAKUSHI SAITO, ATTORNEY-AT-LAW, 23RD FLOOR, ROPPONGI HILLS MORI TOWER 10-1 ROPPONGI 6-CHOME, MINATO-KU, TOKYO JAPAN |
| U.S. BANK CORPORATE TRUST SERVICES | ATTN: TIMOTHY PILLAR, VICE PRESIDENT EP-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| US BANKCORP | ONE FEDERAL STREET BOSTON MA 02110 |
| WELLS FARGO & COMPANY | (SUCCESSOR TO WACHOVIA CORPORATION) 550 CALIFORNIA STREET, 12TH FLOOR, SUITE 1200 SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK | NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE C/O MINTZ LEVIN ATTN: DANIEL S. BLECK ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK N.A. AS TRUSTEE | C/O GALLIARD CAPITAL MANAGEMENT INC ATTN: JOHN R CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK NORTHWEST, NA | AS INDENTURED TRUSTEE 299 SOUTH MAIN STREET, 12TH FLOOR ATTN: VAL T. ORTON SALT LAKE CITY UT 84111 |
| WELLS FARGO BANK NS, AS TRUSTEE | C/O GALLIARD CAPITAL MANAGEMENT LASALLE PLAZA, SUITE 2060 800 LASALLE AVENUE |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK NS, AS TRUSTEE | MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, N.A., AS TRUSTEE | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NA, AS TRUSTEE | ATTN: MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO SECURITIES INTERNATIONAL | (F/K/A WACHOVIA SECURITIES INTERNATIONAL LIMITED) 1 PLANTATION PLACE 30 FENCHURCH STREET LONDON EC3M 3BD UNITED KINGDOM |
| WELLS FARGO SECURITIES, LLC | ATTN: DAVID RICE WELLS FARGO LAW DEPARTMENT NC0630 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |
| WILMINGTON TRUST COMPANY | IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERSTEIN SHUR SWAYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND ME 04104-5029 |
| WILMINGTON TRUST COMPANY, AS INDENTURED TRUSTEE | ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290 DROP CODE: 1700/MINNESOTA MINNEAPOLIS MN 55402-1544 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN JOSH JONES 1100 N. MARKET STREET WILMINGTON DE 19890 |
| WILMINGTON TRUST SP SERVICES LONDON LIMITED | FIFTH FLOOOR 6 BROAD STREET PLACE LONDON EC2M 7JH UNITED KINGDOM |

**Total Creditor Count 42**

| Claim Name | Address Information |
|---|---|
| AHORRO CORPORACION FINANCIERA, S.V, S.A | PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID 28046 SPAIN |
| ALANDSBANKEN SVERIGE AB | C/O OPERATIONS STUREPLAN 19 ATTN: ASA WIKSTROM STOCKHOLM SE-107 81 SWEDEN |
| ALLIANCE LAUNDRY EQUIPMENT RECEIVABLES 2005 LLC | ALLIANCE LAUNDRY SYSTEMS LLC SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990 |
| ALLIANCE LAUNDRY SYSTEMS LLC | SHEPARD STREET P.O. BOX 990 RIPON WI 54971-0990 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | C/O ANCHORAGE ADVISORS, LLC 610 BROADWAY, 6TH FLOOR ATTN: ANNE-MARIE KIM NEW YORK NY 10012 |
| ANDROMEDA GLOBAL CREDIT FUND, LTD | 520 MADISON AVE, 18TH FLR ATTN: ROMULO GARZA NEW YORK NY 10022 |
| ANDROMEDA GLOBAL CREDIT FUND, LTD | CONSTELLATION CAPITAL MANAGEMENT, LLC 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | 89 NEXUS WAY CAMANA BAY ATTN: SCOTT DAKERS/ INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ARISTEIA MASTER, L.P. | ATTN: ROBERT H. LYNCH, JR., MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | ATTN: ROBERT H. LYNCH, MANAGER 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016 |
| ARISTEIA MASTER, L.P. | C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR ATTN: ROBERT H. LYNCH, JR., MANAGER NEW YORK NY 10016 |
| ASPEN CREEKK FINANCIAL ADVISORS, LLC | ATTN: ROMULO GARZA 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| ASPEN CREEK FINANCIAL ADVISORS, LLC | ATTN:ROMULO GARZA 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| BANC OF AMERICA SECURITIES LLC | ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ATTN: JON BARNES ONE BRYANT PARKS NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ATTN: JON BARNES ONE BRYAN PARK NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ATTN: JON BARNES ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES NEW YORK NY 10036 |
| BANC OF AMERICA SECURITIES LLC | DAVE HALESWORTH LIGHTHOUSE GROUP FUNDING, LLC 51 DEVRIES AVENUE SLEEPY HOLLOW NY 10591 |
| BANC OF AMERICA SECURITIES LLC | 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | 214 N TYRON STREET NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | 214 N TRYON STREET, NCA-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANCO ESPANOL DE CREDITO, S.A. | C/O SIDELY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANCO ESPANOL DE CREDITO, S.A. | C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN: ROBERT SCHEININGER NEW YORK NY 10019 |
| BANK OF AMERICA MEXICO, S.A. | INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANK OF AMERICA PASEO DE LA REFORMA 265, PISO 22 ATTN: 06500 COL. CUAUHTEMOC 06500 MEXICO D.F. |
| BANK OF AMERICA, N.A. | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BARCLAYS BANK PLC | 745 SEVENTH AVENUE NEW YORK NY 10019 USA |
| BARCLAYS BANK PLC | 745 SEVENTH AVENUE ATTN: DAVID AUGHEY & JESSICA FAINMAN NEW YORK NY 10019 |
| BARCLAYS BANK PLC | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | KAPITALANLAGEGESELLSCHAFT MBH. (FUND AKM1) 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | KAPITALANLAGEGESELLSCHAFT MBH. (FUND BORGIA), C/O DRRT 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETONKA MN 55343 |
| BLUE ANGEL CLAIMS LLC | ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR |

| Claim Name | Address Information |
|---|---|
| BLUE ANGEL CLAIMS LLC | ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | C/O DAVIDSON KEMPNER CAPITAL MGMT LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| BOULBTEE (HELSINKI) AB | C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTERAS SWEDEN SWEDEN |
| BOULTBEE (HELSINKI) AB | C/O EFM (SVERIGE) AB ATTN: MANAGING DIRECTOR AND CLIVE BOULTBEE BROOKS P.O. BOX 730 SE-721 20 VASTERAS SWEDEN SWEDEN |
| BOULTBEE (HELSINKI) AB | ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BOULTBEE (HELSINKI)AB | 4092 HOLIDAY ST, NW CANTON OH 44718 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG L 1528 LUXEMBOURG |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CANPARTNERS INVESTMENTS IV, LLC | ATTN: RICHARD PARK 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAT BROKERAGE AG | A MEMBER OF CAT GROUP AG GUTENBERGSTRASSE 10 POSTFACH ZURICH 8027 SWITZERLAND |
| CBW LLC | CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| CC ARBITRAGE, LTD. | SIDLEY AUSTIN LLP ATTN: JAIME SENIOR & ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CC ARBITRAGE, LTD. | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE ATTN : JAIME SENIOR AND ROBERT SCHEININGER NEW YORK NY 10019 |
| CC ARBITRAGE, LTD. | ATTN: ALAN WEINE 111 W. JACKSON BLVD., 20TH FLOOR CHICAGO IL 60604 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP | 445 PARK AVENUE, 5TH FL ATTN: KARL JOHNSON NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CITIGROUP FINANCIAL PRODUCTS INC. | 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | 390 GREENWICH STREET, 4TH FL ATTN: ROHIT BANSAL NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | 388 GREENWICH STREET, 4TH FLOOR ATTN: CARL D. MEYER NEW YORK NY 10013-2375 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CONTRARIAN FUNDS, LLC | ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CREDIT SUISSE LOAN FUNDING LLC | ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | ELEVEN MADISON AVENUE ATTN: PAUL GILMORE, ESQ. NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | ELEVEN MADISON AVENUE ATTN: TERRI LABARBERA NEW YORK NY 10010 |
| CVI CVG (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| D.E. SHAW COMPOSITE PORTFOLIOS, LLC | 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036 |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | GRANTOKYO NORTH TOWER, 9-1 MARUNOUCHI 1-CHOME CHITODA-KU TOKYO JAPAN |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | GRANTOKYO NORTH TOWER, 9-1 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO JAPAN |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: HENG CHEAM AND CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | DEUTCHE BANK AG, HONK KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG CHEAM AND MARIA CHANG HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENRAL ATTN: HENG CHEAM, CHRISTOPHER WONG HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG CHEAM, CHRISTOPHER WONG HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG CHEAM, CHRISTOPHER WONG HONG KONG HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UK |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | WINSTON & STRAWN LLP ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON / SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| DEUTSCHE BANK AG, TOKYO BRANCH | ATTN: IKUO KODAMA SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU TOKYO 100-6170 JAPAN |
| ELLINGTON OVERSEAS PARTNERS, LTD. | C/O ELLINGTON MANAGEMENT GROUP, LLC ATTN: LAURENCE PENN 53 FOREST AVENUE, SUITE 301 OLD GREENWICH CT 06870 |
| ELLIOTT ASSOCIATES, L.P. | 712 5TH AVE, 35TH FLR ROSS ROSEN NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| ELLIOTT ASSOCIATES, LP | 712 5TH AVENUE, 35TH FL ATTN: KIMBERLY A. REINHARDT-GONZALES NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | 712 5TH AVENUE, 35TH FLR ATTN: ROSS ROSEN NEW YORK NY 10019 |
| ETON PARK FUND, L.P. | EATON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, L.P. | EATON PARK MASTER FUND, L.P. ATTN: SHAILINI RAO 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| FIG LLC | 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| FONDAZIONE ENASARCO | VIA ANTONIOTTO USIDIMARE ATTN: MARCO DIVITO ROMA 31,00154 ITALY |
| GFA I LLC | C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| GOLDENTREE MASTER FUND II, LTD | ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | 300 PARK AVENUE, 21ST FLOOR ATTN: CHRISTOPHER J. DUNN NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS INTERNATIONAL | C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS JAPAN CO., LTD | 1-6-6 MARUNOUCHI CHIYODA-KU TOKYO 100-8288 JAPAN |
| GOLDMAN SACHS JAPAN CO., LTD | ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU TOKYO 106-6147 JAPAN |
| GOLDMAN SACHS JAPAN CO., LTD | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS JAPAN CO., LTD | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | 30 HUDONS STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGIND CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLC ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLC ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR ATTN: ADNREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FININCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK |

| Claim Name | Address Information |
|---|---|
| GOLDMAN, SACHS & CO. | NY 10281-1003 |
| GOLDMAN, SACHS & CO. | MANAGINC CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1801 |
| GTAM FUND I, LTD | ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| HAIN CAPITAL GROUP, LLC | ATTN: ROBERT KOLTAI 201 ROUTE 17, SUITE 300 RUTHERFORD NJ 07070 |
| HBK MASTER FUND L.P. | C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX 75201 |
| HBK MASTER FUND L.P. | C/O HBK SERVICES LLC 2102 CEDAR SPRINGS ROAD, SUITE 700 ATTN: LEGAL DEPARTMENT DALLAS TX 75201 |
| HBK MASTER FUND L.P. | C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HIRAKATA SHINKIN BANK | 14-36, OKAHIGASHI-CHO HIRAKATA-SHI OSAKA 573-0032 JAPAN |
| HYBRID CAPITAL K.K. | ATTN: TETSUYA MORIMOTO 1-19-1 KANDA-NISHIKICHO CHIYODA-KU TOKYO 101-0054 JAPAN |
| INGRAM PENSION PLAN/NY LIFE CO. TTEE INGRAM INDUST | C/O INGRAM INDUSTRIES INC. 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| INGRAM PENSION PLAN/NY LIFE CO. TTII INGRAM INDUST | C/O INGRAM INDUSTRIES 4400 HARDING ROAD ATTN: JEFF BELSER NASHVILLE TN 37205 |
| INVERCAIXA GESTION SGIIC SAU | C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS ATTN: IRA A. REID NEW YORK NY 10036 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA 16TH FLOOR NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, 16TH FLOOR ATTN: ERIN M. FINEGAN NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, 16TH FLOOR ATTN: JASON LEDDY, AUTHORIZED SIGNATORY NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA ATTN: JASON LEDDY NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, 16TH FLOOR ATTN: MICHAEL ECONOMOS NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | 4 NEW YORK PLAZA, FLOOR 16 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | ATTN: ALEKSANDRA MAKOVIC 4 NEW YORK PLAZA-FLOOR 16 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | MAIL CODE:NY1-E191 4 NEW YORK PLAZA - FLOOR 16 ATTN: ALEKSANDRA MARKOVIC NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | MAIL CODE:NY1-E191 4 NEW YORK PLAZA - FLOOR 6 ATTN: ALEKSANDRA MARKOVIC NEW YORK NY 10004 |
| KING STREET ACQUISITION COMPANY, LLC | 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD | 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KING STREET CAPITAL MASTER FUND, LTD. | ESBIN & ALTER, LLP 497 SOUTH MAIN STREET ATTN: SCOTT L. ESBIN NEW YORK NY 10956 |
| KING STREET CAPITAL, L.P. | ESBIN & ALTER, LLP 497 SOUTH MAIN STREET ATTN: SCOTT L. ESBIN NEW YORK NY 10956 |
| KING STREET CAPITAL, LP | 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET CAPITAL, LP | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| KNIGHTHEAD CAPITAL MANAGEMENT | 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO NEW YORK NY 10033 |
| KNIGHTHEAD MASTER FUND, L.P. | C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA S. TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10023 |
| KNIGHTHEAD MASTER FUND, L.P. | C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10033 |
| KNIGHTHEAD MASTER FUND, LP | & CO INTERNATIONAL PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND, LP | ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10033 |

| Claim Name | Address Information |
|---|---|
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | KRONENSTR.20 STUTTGART 70173 GERMANY |
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH | DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) | C/O FELIX SCHAEFER RECHTSANWALT, CMS HASCHE SIGLE BARCKHAUSSTR. 12-16 FRANKFURT AM MAIN D-60325 GERMANY |
| LEHMAN BROTHERS OFFSHORE PARTNERS LTD. | 1271 AVENUE OF THE AMERICAS, 38TH FLOOR ATTN: ASHVIN RAO NEW YORK NY 10020 |
| LIQUIDITY SOLUTIONS, INC. | ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LONGACRE MASTER FUND II, LP | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE MASTER FUND, LTD. | 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, L.P. | 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 100193 |
| LONGACRE OPPORTUNITY FUND, L.P. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| LYXOR/YORK FUND LIMITED | 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| MACQUARIE BANK LIMITED | C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK, ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATT: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, RONAL TOROK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, RONOL TOROK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN, RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | ATTN: GARY S. COHEN, RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10080 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE 2, KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | WARWICK SOURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | WARWICK COURT 2 KING EDWARD STREET ATTN: JAMES RUSSELL LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH INTERNATIONAL | ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | 214 N TRYON STREET, NC1-027-14-01 CHARLOTTE NC 28255 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | C/O MERRILL LYNCH PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK ATTN: GARY S. COHEN, RON TOROK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | C/O MERRILL LYNCH CREDIT PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY S. COEHN, JEFF BENESH, RON TOROK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | C/O BANK OF AMERICA, NA LEGAL DEPARTMENT ONE BRYANT PARK, 18TH FL ATTN: JAMES HSU, C/O ROSEANN VALENTI NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: JONATHAN HERRICK NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INCORPORATED | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INCORPORATED | C/O RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ RICHARDS KIBB & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBB & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBB & ORB LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN RICHARDS KIBBE & ORBE LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBB & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGIN CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1801 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O MORGAN STANLEY & CO. INC. 1585 BROADWAY ATTN: DONNA SOUZA NEW YORK NY 10036 |
| MOUNT KELLETT MASTER FUND II, L.P. | 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| MRRILL LYNCH JAPAN FINANCE CO., LTD. | C/O MERRILL LYNCH PRODUCTS, LLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK NEW YORK NY 10036 |
| NEUBERGER BERMAN MANAGEMENT, LLC | HAROLD OLSEN, ESQ. STROOCK & STROOCK & LAVAL LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NEUBERGER BERMAN MANAGEMENT, LLC | 605 THIRD AVENUE ATTN: ANDREW ALLARD NEW YORK NY 10158-3698 |
| NEXEN ENERGY MARKETING EUROPE LIMITED | CHARTER PLACE VINE STERET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN ENERGY MARKETING EUROPE LIMITED | CHARTER PLACE VINE STREET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | 25 BANK STREET ATTN: MATTHEW WADHAMS LONDON E14 5LS UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | 25 BANK STREET LONDON E14 5LS UNITED KINGDOM |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: ANNETTE SING LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL ATTN: PENNY ROBINS LOS ANGELES CA 90071 |

| Claim Name | Address Information |
| --- | --- |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE | C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: PENNY ROBBINS 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: ANNETTE SING 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR ATTN: PENNY ROBBINS LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: ANNETTE SING 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, LP | C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| ONEX CREDIT PARTNERS, LLC | 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| PIMCO REAL RETURN FUN | A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| PIMCO REAL RETURN FUND | A SERIES TRUST OF PIMCO BERMUDA TRUST BUTTERFIELD HOUSE, FORT STREET PO BOX 2330 GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | JOHN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG SAR HONG KONG |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. ATTN: MARIA LUZ L CAMINERO MAKATI CITY PHILIPPINES |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | ATTN: MARIA LUZ L CAMINERO, VP & GENERAL COUNSEL BANKMER BUILDING, 7TH FLOOR 6756 AYALA AVE. MAKATI CITY PHILIPPINES |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORA | PERA LEGAL DEPARTMENT ATTN: GREG SMITH AND JENNIFER KABAT 1300 LOGAN STREET DENVER CO 80203-2386 |
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORA | PERA LEGAL DEPARTMENT ATTN: GREG SMITH, JENNIFER KABAT 1300 LOGAN STREET DENVER CO 80203-2386 |
| R3 CAPITAL PARTNERS MASTER, L.P. | 55 EAST 52ND STREET, 6TH FLOOR ATTN: ROSS ROSENFELT NEW YORK NY 10055 |
| RBS SECURITIES JAPAN LIMTED | JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO 100-0005 JAPAN |
| SECONDMARKET, INC. | 26 BROADWAY, 12TH FLOOR ATTN: CHRISTOPHER MOOM NEW YORK NY 10004 |
| SERENGETI OVERSEAS LTD. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | 632 BROADWAY, 12TH FL ATTN: W. VIVIAN LAU NEW YORK NY 10012 |
| SERENGETI OVERSEAS LTD. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SERENGETI PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SERENGETI RAPAX MM LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD |

| Claim Name | Address Information |
| --- | --- |
| SMC CREDIT OPPORTUNITIES FUND, LTD | FLOOR NEW YORK NY 10022 |
| SOROS FUND MANAGEMENT LLC | 888 SEVENTH AVENUE 33RD FLOOR ATTN: JAY SCHOENFARBER NEW YORK NY 10106 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 0 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN" ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUNS, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD, ATTN: ADAM J. DEPANFILIS GREENWICH CT 08630 |
| SPCP GROUP, L.L.C. | AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, TD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD, ATTN: ADAM J. DEPANFILIS GREENWICH CT 08630 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BLEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| STANDARD BANK PLC | 20 GRESHAM STREET LONDON EC2V 7JE UNITED KINGDOM |
| STONE LION CAPITAL PARTNERS L.P. | 461 5TH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | C/O STONE LION CAPITAL PARTNERS LP 461 FIFTH AVENUE, 14TH FLOOR ATTN: CLAUDIA BORG NEW YORK NY 10017 |
| STRATEGIC VALUE MASTER FUND, LTD. | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, 100 WEST PUTNAM AVENUE GREENWICH CT 06380 |
| SWISS RE FINANCIAL PRODUCTS COMPANY | C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| TACONIC CAPITAL PARTNERS 1.5 LP | C/O TACONIC CAPITAL ADVISORS 450 PARK AVENUE ATTN: ALEXANDRA GRIGOS NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE ATTN: TIM ANDRIKS NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FL ATTN: TIM ANDRIKS NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| TACONIC MARKET DISLOCATION MASTER FUND II LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | C/O TACONIC CAPITAL ADVISORS 450 PARK AVENUE ATTN: ALEXANDRA GRIGOS NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND LP | C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, ATTN: TIM ANDRIKS 8TH FLOOR NEW YORK NY 10022 |
| THE ROYAL BANK OF SCOTLAND PLC | ATTN: JON WEISS RBS GLOBAL BANKING & MARKETS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | 135 BISHOPSGATE ATTN: ANDREW SCOTLAND, OONAGH HOYLAND LONDON EC2M 3UR UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND, PLC | ATTN: ANDREW SCOTLAND, OONAGH HOYLAND 135 BISHOPGATE LONDON EC2M 3UR UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND, PLC | 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| THE SEAPORT GROUP LLC PROFIT SHARING PLAN | ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| TPG CREDIT OPPORTUNITIES FUND, L.P. | C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN: PETER GLERUM, MARK WHITE MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS, L.P. | C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN: PETER GLERUM, MARK WHITE MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND, L.P. | C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET ATTN: PETER GLERUM, MARK WHITE MINNEAPOLIS MN 55402 |
| TPG-AXON PARTNERS (OFFSHORE), LTD. | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019 |
| TPG-AXON PARTNERS (OFFSHORE), LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TPG-AXON PARTNERS, L.P. | C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019 |
| TPG-AXON PARTNERS, L.P. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TSO LLC | C/O ASHURST LLP 1 PENN PLAZA, 36TH FL ATTN: AMANDA GOEHRING NEW YORK NY 10119 |
| VARDE INVESTMENT PARTNERS, LP | 8500 NROMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | 8500 NROMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | 8500 NORMANDALE LAKE BLVD., SUITE 1500 ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437 |
| VONWIN CAPITAL MANAGEMENT, L.P. | ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, LP | ATTN: ADAM SEMLER-C/O OPERATIONS MGMT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, LP | ATTN: ADAM J. SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK EUROPEAN FOCUS MASTER FUND, L.P. | 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK EUROPEAN FOCUS MASTER FUND, LP | ATTN: ADAM SEMLER-C/O OPERATIONS MGMT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. | 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| YORK SELECT MASTER FUND, L.P. | 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 318**