**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x    Ref. Docket Nos. 7849, 7858, 7869,
                                                                      7871

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
31st day of March, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

/s/ Christopher Simco
Christopher Simco

# EXHIBIT "A"

```
_____
                                             |
In re                                        |    Chapter 11 Case No.
                                             |
                                             |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,       |
                                             |    (Jointly Administered)
                                             |
              Debtors.                       |
                                             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  JPMORGAN CHASE BANK, N.A.
               TRANSFEROR: SECONDMARKET, INC.
               4 NEW YORK PLAZA, 16TH FLOOR
               ATTN: MICHAEL ECONOMOS
               New York NY 10004

Please note that your claim # 50055-02 in the above referenced case and in the amount of
          $1,696,346.44     has been transferred **(unless previously expunged by court order)**

               CASPIAN CAPITAL PARTNERS, L.P.
               TRANSFEROR: JPMORGAN CHASE BANK, N.A.
               ATTN: CHARLES R. HOWE II, PRESIDENT
               500 MAMARONECK AVENUE
               HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7858       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2010                              Vito Genna, Clerk of Court


                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 30, 2010.

```
In re                                           |  Chapter 11 Case No.
                                                |
                                                |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                                |  (Jointly Administered)
                                                |
            Debtors.                            |
                                                |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: SECONDMARKET, INC.
         4 NEW YORK PLAZA, 16TH FLOOR
         ATTN: MICHAEL ECONOMOS
         New York NY 10004
```

Please note that your claim # 50055-03 in the above referenced case and in the amount of
    $3,225,303.70      has been transferred **(unless previously expunged by court order)**

```
         CASPIAN SELECT CREDIT MASTER FUND, LTD.
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         ATTN: CHARLES R. HOWE II, PRESIDENT
         500 MAMARONECK AVENUE
         HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7858        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:   JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: SECONDMARKET, INC.
             4 NEW YORK PLAZA, 16TH FLOOR
             ATTN: MICHAEL ECONOMOS
             New York NY 10004

Please note that your claim # 50055-04 in the above referenced case and in the amount of
      $226,587.79      has been transferred **(unless previously expunged by court order)**

             CASPIAN ALPHA LONG CREDIT FUND, L.P.
             TRANSFEROR: JPMORGAN CHASE BANK, N.A.
             ATTN: CHARLES R. HOWE II, PRESIDENT
             500 MAMARONECK AVENUE
             HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7858        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2010                           Vito Genna, Clerk of Court

                                       /s/ Christopher Simco
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    COMMERZBANK AG
           INTENSIVE CARE CORPORATES INTERNATIONAL
           ATTN: JOACHIM BALLERSTAEDT
           KAISERSTRASSE 16
           FRANKFURT AM MAIN    60261
           GERMANY

Please note that your claim # 56081 in the above referenced case and in the amount of
        $48,391,382.86        has been transferred **(unless previously expunged by court order)**

           KNIGHT CAPITAL EUROPE LIMITED
           TRANSFEROR: COMMERZBANK AG
           ATTN: SAM ROTHWELL
           55 BASINGHALL STREET
           LONDON    EC2V 5EH
           UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7869       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2010                         Vito Genna, Clerk of Court

                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 30, 2010.

# EXHIBIT "B"

```
TIME: 14:20:05                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 03/30/10                                               CREDITOR LISTING

Name                                              Address
AKTIA BANK PLC                                    FOR THE BENEFIT OF CLIENTS MANNERHEIMIENTIE 14 HELSINKI  FIN-00100 FINLAND
CASPIAN ALPHA LONG CREDIT FUND, L.P.              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: CHARLES R. HOWE II, PRESIDENT 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: CHARLES R. HOWE II, PRESIDENT 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: CHARLES R. HOWE II, PRESIDENT 500 MAMARONECK AVENUE HARRISON NY 10528
COMMERZBANK AG                                    INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT KAISERSTRASSE 16 FRANKFURT AM MAIN  60261 GERMANY
ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA(ENPAM) P. MORRIS 590 MADISON AVENUE NEW YORK NY 10022
ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLOGI IN(ENPAP)MA  00161 ITALY
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: SECONDMARKET, INC. 4 NEW YORK PLAZA, 16TH FLOOR ATTN: MICHAEL ECONOMOS New York NY 10004
KNIGHT CAPITAL EUROPE LIMITED                     TRANSFEROR: COMMERZBANK AG ATTN: SAM ROTHWELL 55 BASINGHALL STREET LONDON  EC2V 5EH UNITED KINGDOM
MACQUARIE BANK LIMITED                            SIDLEY AUSTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLO C/O MACQUARIE CAPITAL (USA) INC. 125 WEST 55TH STREET NEW YORK
                                                  C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: AKTIA BANK PLC 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND


Total Number of Records Printed            13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153