Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| CVI GVF (Lux) Master S.a r.l. | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

CVI GVF (Lux) Master S.a r.l.
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Telephone: +44 1932 861194
Facsimile: +44 1932 576 012
Attn/Ref: David Short
E-Mail: David.Short@carval.com

Court Claim # (if known): 11387
Total Amount of Claim: $66,065,736.19
Date Claim Filed: September 11, 2009
Transferred Portion: 30% or $19,819,720.86

Tel: N/A

Last Four Digits of Acct. #: N/A     Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 1932 861194
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 30 March 2010

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 11387 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a **30.00%** or **$19,819,720.86** portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of **$66,065,736.19** (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**CVI GVF (Lux) Master S.a.r.l.**
c/o Carval Investors UK Ltd.
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
England
Telephone:   +44 1932 861194
Facsimile:   +44 1932 576 012
Attn/Ref:    David Short
E-Mail:      David.Short@carval.com

("Buyer") by assignment agreement dated 30 March 2010.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of March 2010.

| Deutsche Bank AG, London Branch | CVI GVF (Lux) Master S.a.r.l. |
|---|---|
|  | By:  Carval Investors UK Limited |
| Name: Anil Das | Name: DAVID SHORT |
| Title: Director | Title: OPERATIONS MANAGER |
| Gavin Colquhoun Managing Director | |

DB Ref: 3952, 3953                    - 4 -