UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding<br>Case No. 08-01420 (JMP) |

## MOTION FOR APPEARANCE, PRO HAC VICE

I, Jonathan M. Shaw, request admission, *pro hac vice*, before the Honorable James M. Peck to represent Barclays Capital Inc., an interested party in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Maryland and the District of Columbia, and the bar of the United States District Courts for the Districts of Maryland and District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: New York, New York
       March 29, 2010

                                              Respectfully submitted,

                                              BOIES, SCHILLER & FLEXNER LLP

By: _____
        Jonathan M. Shaw
        5301 Wisconsin Avenue, NW
        Washington, DC 20015
        Tel: (202) 237-2727
        Fax: (202) 237-6131
        Email: JShaw@bsfllp.com
        *Attorneys for Barclays Capital Inc.*