**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.,
NRG Energy, Inc. and Optim Energy Marketing and
Trading, LLC, f/k/a EnergyCo Marketing and Trading, LLC*

**IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtor. | |

**CERTIFICATION OF SERVICE**

Gina C. Buccellato, certifies as follows:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, Counsel to First Choice Power, L.P., NRG Energy, Inc., and Optim Energy Marketing and Trading, LLC, f/k/a Energy Co Marketing and Trading, LLC, in the above captioned matter.

2. On April 1, 2010, I caused to be served the following via First Class Mail:

- NRG Energy, Inc.'s Joinder in Objection by Optim Energy Marketing and Trading, LLC, F/K/A EnergyCo Marketing and Trading, LLC, to Debtors' Motion, Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against the Debtors [Docket No. 7951];

- First Choice Power, L.P.'S Joinder in Objection by Optim Energy Marketing and Trading, LLC, F/K/A EnergyCo Marketing and Trading, LLC, to Debtors' Motion, Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against the Debtors [Docket No. 7948]; and

- Optim Energy Marketing and Trading, LLC's F/K/A EnergyCo Marketing and Trading, LLC, Objection to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures for Alternative Dispute Resolution Procedures for Claims Against Debtors [Docket No. 7939].

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 1, 2010

/s/ Gina C. Buccellato
Gina C. Buccellato

# Exhibit "A"
# Via First Class Mail

Shai Y. Waisman, Esq.  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

Andy Velez-Rivera  
Office of the United States Trustee  
for the Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, NY 10004

Dennis F. Dunne, Esq.  
Milbank, Tweed, Hadley  
& McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005