Richard J. Bernard
Elyssa S. Kates
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201

-and-

Donald A. Workman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No.  08-13555 (JMP)<br><br>Chapter  11<br><br>Jointly Administered |

**SECOND AMENDED VERIFIED STATEMENT OF BAKER & HOSTETLER LLP
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)</u>**

Baker & Hostetler LLP ("Baker Hostetler") hereby submits this second amended verified statement (the "Second Amended Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "Cases") of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (together, the "Debtors") and respectfully states as follows:

103365237.1

1.      For certain specified matters or issues, Baker Hostetler represents in the Cases the creditors listed on Exhibit A hereto (collectively, the "Represented Parties").  Baker Hostetler submits this Second Amended Verified Statement to (1) include its representation of BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc. and Investec Bank (Switzerland) AG, and (2) clarify that Baker Hostetler has withdrawn from representation of Linn Energy, LLC in the Cases.

2.      Baker Hostetler will supplement this statement as necessary as the status of additional Represented Parties becomes clear.

3.      Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors.  The specific nature and amount of these claims and/or interests have not yet been finally determined.

4.      Each of the Represented Parties on Exhibit A separately requested representation by Baker Hostetler in connection with the Cases.

5.      The undersigned hereby certifies that this Second Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Baker Hostetler reserves the right to revise and supplement this statement.

Dated: April 1, 2010                                          Respectfully submitted,

                                               */s/ Elyssa S. Kates*
Richard J. Bernard
Elyssa S. Kates
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201

-and-

Donald A. Workman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

## **EXHIBIT A**

1. Deer Park Road Corporation
   1875 Ski Time Square, Suite 102
   P.O. Box 776429
   Steamboat Springs, CO  80477

2. City View Plaza, S.E.
   P.O. Box 9066590
   San Juan, PR  00906-6590

3. Advanced Graphic Printing, Inc.
   P.O. Box 9066602
   San Juan, PR  00906-6602

4. Fidelity National Information Services, Inc.,
   successor by merger to Metavante Corporation
   601 Riverside Avenue
   Jacksonville, FL 32204

5. BOC Energy Services, Inc. n/k/a Linde Energy Services, Inc.
   575 Mountain Avenue
   Murray Hill, NJ 07974

6. Investec Bank (Switzerland) AG
   Loewenstrasse 29
   Zurich
   CH-8001
   Switzerland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I caused true copies of the Second Amended Verified Statement of Baker & Hostetler LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) to be served by ECF delivery on those parties who receive such notices.

Dated: April 1, 2010

Respectfully submitted,

 /s/ *Elyssa S. Kates*
Elyssa S. Kates
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4200
Facsimile: 212-589-4201

103365237.1