**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
Attorneys for Samuel E. Belk IV, creditor
Attorney Appearing: Warren J. Martin Jr. (WM-0487)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br>LEHMAN BROTHERS HOLDING, INC. *et al.*,<br>Debtors. | Chapter 11<br>Case No.: 08-13555 (JMP)<br>(Jointly Administered) |

### WITHDRAWAL OF PROOF OF CLAIM

Samuel E. Belk IV, the undersigned creditor, hereby withdraws his **Proof of Claim (recorded as claim #19809)** in the amount of USD $292,229.19 filed on September 21, 2009 in the above-captioned bankruptcy proceeding. As a result of this withdrawal, Proof of Claim (recorded as claim #3015) in the amount of USD $300,928.59 filed on February 25, 2009 is my surviving claim.

I authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect the withdrawal of **Proof of Claim (recorded as claim #19809)** on the official claims register for the above-captioned bankruptcy proceeding.

Dated: March 5, 2010

Respectfully Submitted,

Samuel E. Belk IV

1347402