STROOCK & STROOCK & LAVAN LLP
Kenneth Pasquale
Irina Gomelskaya
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank, Ltd.,*
*as Agent under the Credit Agreement*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On March 30, 2010, affiant served true and correct copies of the *Motion of Mizuho Corporate Bank, Ltd., as Agent, on Behalf of Itself and Certain Lenders, Seeking Authority to Assign Certain Interests in a Credit Agreement and Attendant Claims Against Lehman*

*Brothers Holdings, Inc.* (Docket No. 7903), filed via the Court's ECF system on such date, via Facsimile and/or Overnight Mail upon the parties listed on the Service List. "A."

3. On March 31, 2010, affiant served true and correct copies of the *Motion of Mizuho Corporate Bank, Ltd., as Agent, on Behalf of Itself and Certain Lenders, Seeking Authority to Assign Certain Interests in a Credit Agreement and Attendant Claims Against Lehman Brothers Holdings, Inc.* (Docket No. 7903), via Hand Delivery upon the parties listed on Service List "B."

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
1st day of April, 2010

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

**Service List "A"**

*Via Facsimile*
Assistant United States Attorney, SDNY
Attn: Robert Yalen, Esq.
86 Chambers St., 3rd Floor
New York, NY 10007
212-637-2717

*Via Facsimile*
Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007
212-436-1931

*Via Facsimile*
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, DC 20005-2215
202-371-6728

*Via Overnight Mail*
Attorney General of the State of New York
Attn: Neal S. Mann, Assistant Atty. General
120 Broadway, 24th Floor
New York, NY 10271

*Via Overnight Mail*
Office of The United States Attorney
Attn: Danna Drori
One St. Andrews Plaza
New York, NY 10007

*Via Facsimile*
Commodity Futures Trading Commission
Attn: Terry S. Arbit
Three Lafayette Centre
1155 21st St., NW
Washington, DC 20581
202-418-5524

*Via Facsimile*
Office of the Atty. General of the State of NY
New York Office
120 Broadway
New York, NY 10271-0332
212-416-6042

*Via Facsimile*
US Securities and Exchange Commission
Attn: Alexander F. Cohen
202-772-9200

*Via Facsimile*
Commodity Futures Trading Commission
Attn: Robert B. Wasserman
Three Lafayette Centre
1155 21st St, NW
Washington, DC 20581
202-418-5547

*Via Overnight Mail*
Securities and Exchange Commission
Attn: Bonnie L. Gauch
Division of Market Regulation
450 5th St., NW
Washington, DC 20549-1001

*__Via Overnight Mail__*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*__Via Overnight Mail__*
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*__Via Overnight Mail__*
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004

*__Via Overnight Mail__*
Harvey Miller, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*__Via Overnight Mail__*
Susheel Kirpalani, Esq.
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*__Via Overnight Mail__*
Patrick J. Trostle, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908

## Service List "B"

*Via Hand Delivery*
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004