LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500
(973) 597-2478
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas
18th Floor
New York, New York  10020
(212)  262-6700

Attorneys for BlueMountain Capital Management, LLC and Affiliated Entities

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al*., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> Jointly Administered |

### CERTIFICATION OF SERVICE

**Terry A. Kelly-Verducci**, being of full age, hereby certifies as follows:

1.   I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, attorneys for BlueMountain Capital Management, LLC and Affiliated Entities ("BlueMountain").  As such, I have knowledge of the facts set forth herein.

2.   I hereby certify that on March 31, 2010, I caused a true and correct copy of the following document to be served upon the parties indicated on the attached service list, in the manner listed therein:

>Joinder of BlueMountain Capital Management, LLC and Affiliated Entities to Optim Energy Marketing and Trading LLC's Objection to Debtors' Motion Pursuant to Section 105 of The Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing The Debtors to Implement Claims Hearing

Procedures and Alternative Dispute Resolution Procedures For Claims Against Debtors

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

                                                 */s/ Terry A. Kelly-Verducci*
                                                 Terry A. Kelly-Verducci

Dated: April 1, 2010

# SERVICE LIST

*Via First Class Mail*

Honorable James M. Peck
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system were served with said documents on March 31, 2010.