REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax:  212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                                                          :          Chapter 11
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          Case No. 08-13555 (JMP)
                                                                                   :          (Jointly Administered)
                                                       Debtors.    :
                                                                                   :
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. – 08-13888 |
| Creditor Name and Address: | CWALT, Inc. Alternative Loan Trust 2007-OH2 Mortgage Pass-Through Certificates, Series 2007-OH2<br>Martin Feig – Vice President<br>The Bank of New York Mellon, as Swap Contract Administrator for Creditor<br>101 Barclay Street, 8 West<br>New York, NY 10286 |
| Court Claim Number: | 14492 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March _10_, 2010

_____
Print Name: Martin Feig
Title if Applicable: Vice-President

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                     :

In re                    :        Chapter 11
                     :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        Case No. 08-13555 (JMP)
                     :        (Jointly Administered)
               Debtors.  :
                     :
-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. – 08-13555 |
| Creditor Name and Address: | CWALT, Inc. Alternative Loan Trust 2007-OH2 Mortgage Pass-Through Certificates, Series 2007-OH2<br>Martin Feig – Vice President<br>The Bank of New York Mellon, as Swap Contract Administrator for Creditor<br>101 Barclay Street, 8 West<br>New York, NY 10286 |
| Court Claim Number: | 14482 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 10, 2010

Print Name: Martin Feig
Title if Applicable: Vice-President