STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Derivative Counterparties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                          :    Case Nos. 08-13555 (JMP)
                                                                  :
                                      Debtors.                    :    (Jointly Administered)
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

　　　Mark R. Wojcik, being duly sworn, affirms and says:

　1.　I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

　2.　On March 31, 2010, affiant served true and correct copies of the *Omnibus Limited Objection of Derivative Counterparties to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors* (Docket No. 7932), filed via the Court's ECF system on such date, via

Hand Delivery and/or Facsimile and/or Overnight Mail upon the parties listed on the Service List.

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
1st day of April, 2010

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## Service List

| *Via Hand Delivery* | *Via Facsimile & Overnight Mail* |
|---|---|
| Brian Masumoto, Esq. | Shai Wasiman, Esq. |
| Linda Rifkin, Esq. | Weil, Gotshal & Manges LLP |
| Tracy Hope Davis, Esq. | 767 Fifth Avenue |
| Andrew Velez-Rivera, Esq. | New York, NY 10153 |
| Paul Schwartzberg, Esq. | Facsimile: (212) 310-8007 |
| The Office of the United States Trustee | |
| 33 Whitehall Street, 21st Floor | |
| New York, NY 10004 | |
| Facsimile: (212) 668-2255 | |
| Facsimile: (212) 668-2256 | |

*Via Facsimile & Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 822-5287
Facsimile: (212) 822-5770
Facsimile: (212) 822-5567