REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :    (Jointly Administered)
                        Debtors.            :
                                            :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. – 08-13888 |
|---|---|
| Creditor Name and Address: | CWABS Asset-Backed Notes Trust 2006-SD4, Asset-Backed Notes, Series 2006-SD4<br>Martin Feig – Vice President<br>The Bank of New York Mellon, as Swap Contract Administrator for Creditor<br>101 Barclay Street, 8 West<br>New York, NY 10286 |
| Court Claim Number: | 14455 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 10, 2010

_____
Print Name: Martin Feig
Title if Applicable: Vice-President

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :    (Jointly Administered)
                                                 Debtors.   :
                                                            :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. – 08-13555 |
|---|---|
| Creditor Name and Address: | CWABS Asset-Backed Notes Trust 2006-SD4, Asset-Backed Notes, Series 2006-SD4<br>Martin Feig – Vice President<br>The Bank of New York Mellon, as Swap Contract Administrator for Creditor<br>101 Barclay Street, 8 West<br>New York, NY 10286 |
| Court Claim Number: | 14456 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 10, 2010

_____
Print Name: Martin Feig
Title if Applicable: Vice-President