IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter 11 |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

WITHDRAWAL OF CLAIM OF
PRICEWATERHOUSECOOPERS AG, ZURICH IN CASE No. **08-13555**, *IN RE: LEHMAN BROTHERS HOLDINGS INC. ET AL.*, PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Creditor Name and Address | PricewaterhouseCoopers AG, Zurich<br>Bankruptcy Liquidator and Foreign Representative<br>Lehman Brothers Finance AG, In Liquidation a/k/a<br>Lehman Brothers Finance SA, In Liquidation<br>Talstrasse 82 CH-8021 Zurich, Switzerland<br>Attn: Dr. Christiana Suhr Brunner |
| --- | --- |
| Court Claim Number (if known): | 63462 |
| Date Claim Filed | 11/02/2009 |
| Total Amount of Claim Filed | $52,280,310,937.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 25 Mard 2010

Print Name: Pascal Portman

Title (if applicable) Partner