UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS** | : | **Case No. 08-13555 (JMP)** |
| **INC.,** *et al.* | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tony M. Davis, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Linn Energy, LLC, a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 1, 2010

Houston, Texas                                                /s/ Tony M. Davis_____

*Mailing Address*:

One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
*E-mail address*: tony.davis@bakerbotts.com
*Telephone number*: (713) 229-1547

HOU02:1195773.1

08-13555-mg    Doc 8011    Filed 04/01/10    Entered 04/01/10 17:11:48    Main Document
Pg 2 of 2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 1st day of April, 2010, a true and correct copy of foregoing pleading was served *via* First Class United States mail, postage prepaid, on the following:

**Chambers Copy**

Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

**United States Trustee**

Office of the United States Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, New York 10004

**Attorneys for the Debtors**

Weil, Gotshal & Manges, LLP
Attn: Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Lori R. Fife
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges, LLP
Attn: Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153

    /s/ Tony M. Davis
      Tony M. Davis

HOU02:1195773.1