**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
---------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tony M. Davis, to be admitted, *pro hac vice*, to represent Linn Energy, LLC, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED**, that Tony M. Davis, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 1, 2010

New York, New York                    /s/ _____

                                     UNITED STATES BANKRUPTCY JUDGE

HOU02:1195773.1