# EXHIBIT B

Page 1

1       IN THE UNITED STATES BANKRUPTCY COURT

2       FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

    In re:                    )

5                             ) Chapter 11

    LEHMAN BROTHERS           ) Case No. 08-13555(JMP)

6   HOLDINGS, INC., et al, ) (Jointly Administered)

                              )

7              Debtors.   )

    -----------------------)

8

9

10

11

12

13      DEPOSITION OF PROF. PAUL PFLEIDERER

14           New York, New York

15         Tuesday, February 23, 2010

16

17

18

19

20

21

22

23   Reported by:

24   MAYLEEN CINTRON, RMR, CRR

25   JOB NO. 28399

1
2
3        February 20, 2010
4           9:13 a.m.
5
6
7        DEPOSITION OF PROF. PAUL
8   PFLEIDERER, an expert witness, held at the
9   offices of Jones Day LLP, 222 East 41st
10  Street, New York, New York, pursuant to
11  Notice, before MayLeen Cintron, a Registered
12  Merit Reporter, Certified Realtime Reporter,
13  and Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

1   A P P E A R A N C E S:
2
3   JONES DAY LLP
4   Attorneys for Debtors - Lehman Brothers, Inc.
5       222 East 41st Street
6       New York, New York 10017-6702
7   BY: JAYANT W. TAMBE, ESQ.
8       KELLY CARRERO, ESQ.
9       XOCHITL STROHBEHN, ESQ.
10      ROBERT W. GAFFEY, ESQ. [as noted]
11
12
13  BOIES, SCHILLER & FLEXNER LLP
14  Attorneys for Barclays
15      5301 Wisconsin Ave., N.W.
16      Washington D.C. 20015
17  BY: JONATHAN M. SHAW, ESQ.
18
19
20  QUINN, EMANUEL, URQUHART,
21  OLIVER & HEDGES LLP
22  Attorneys for the Creditors Committee
23      51 Madison Avenue - 22nd Floor
24      New York, New York 10010
25  BY: ROBERT K. DAKIS, ESQ.

TSG Reporting - Worldwide    877-702-9580

1   A P P E A R A N C E S: (Cont'd)
2
3   HUGHES, HUBBARD & REED LLP
4   Attorneys for the SIPA Trustee
5       One Battery Park Plaza
6       New York, New York  10004-1482
7   BY: WILLIAM R. MAGUIRE, ESQ.
8       FARA TABATABAI, ESQ. [as noted]
9
10
11  ALSO PRESENT:
12  DR. MARC VELLRATH, Finance Scholars Group
13  RAJESH ANKALKOT, Alvarez & Marsal, Inc.
14
15              - - -
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide    877-702-9580

1               - P. Pfleiderer-
2   P A U L    P F L E I D E R,
3       called as a witness, having been duly
4       sworn by a Notary Public, was examined
5       and testified as follows:
6           THE REPORTER:  Please state your
7       full name for the record.
8           THE WITNESS:  Paul Pfleiderer.
9   EXAMINATION BY
10  MR. TAMBE:
11      Q.   Good morning, Professor Pfleiderer.
12  My name is Jayant Tambe.  I'm one of the
13  lawyers for Lehman Brothers Holdings, Inc.,
14  the Debtor in this matter.
15          I'm going to allow also the other
16  counsel to introduce themselves.  But with me
17  from Jones Day are Kelly Carrero and Xochitl
18  Strohbehn.
19          MR. DAKIS:  Robert Dakis from Quinn
20      Emanuel Urquhart Oliver & Hedges, for
21      the Official Committee of Unsecured
22      Creditors.
23          MR. ANKALKOTI:  Rajesh Ankalkoti
24      with Alvarez & Marsal for Lehman
25      Brothers.

TSG Reporting - Worldwide    877-702-9580

Page 6

- P. Pfliederer-

1   - P. Pfliederer-
2   MR. TAMBE: We have received word
3   from Trustee's counsel that he will be
4   here shortly but we are to start
5   without him.
6   (Exhibit 633-A, Expert report of
7   Professor Paul Pfliederer - Volume I,
8   marked for identification, as of this
9   date.)
10  (Whereupon, a recess was taken
11  from 9:24 a.m. to 9:27 a.m.)
12  BY MR. TAMBE:
13  Q.  Good morning, Professor Pfliederer.
14  I'm handing you what has been marked as
15  deposition Exhibit 633-A.  Can you confirm
16  that that is Volume I of the expert report you
17  have submitted in this matter on or about
18  January 8, 2010?
19  A.  With the qualification that some of
20  the pages have been replaced here.
21  Q.  And you're referring to some of the
22  schedules, the spreadsheets to which the back
23  of Volume I off Exhibit 633-A; is that right?
24  A.  Yes.  For example, page 129, the
25  date headings on the columns in that page are
    TSG Reporting - Worldwide    877-702-9580

Page 7

1   - P. Pfliederer-
2   not correct and were replaced.
3   (Exhibit 634-A, Expert report of
4   Professor Paul Pfliederer - Vol II,
5   marked for identification, as of this
6   date.)
7   Q.  I'm also handing you what has been
8   marked as deposition Exhibit 634-A.  Can you
9   confirm that that's Volume II of your expert
10  report?
11  A.  I believe it is, yes.
12  Q.  We will keep those handy because we
13  will be referring to those frequently
14  throughout the day.
15  (Exhibit 635-A, 2/22/10 letter to
16  Jones Day from Boies Schiller with
17  attachment, marked for identification,
18  as of this date.)
19  (Exhibit 636-A, 2/22/10 e-mail to
20  K. Carrero from Davenport with
21  attachments, marked for identification,
22  as of this date.)
23  (Exhibit 637-A, 2/10/10 e-mail to
24  K. Carrero, marked for identification,
25  as of this date.)
    TSG Reporting - Worldwide    877-702-9580

Page 8

1   - P. Pfliederer-
2   Q.  The next document I'm handing you
3   has been marked as Exhibit 636-A.  Is that a
4   document you've seen before today?
5   A.  I did not see the cover page, but
6   the contents that contain the list of errata,
7   I did see.
8   MR. SHAW:  I would like to
9   interject a point of clarification.
10  Although the document is entitled "as
11  of February 18th" and seems it's
12  carried through, these are actually
13  materials provided as of yesterday.
14  MR. TAMBE:  As of February 22nd.
15  MR. SHAW:  Correct.
16  Q.  Turning to the attachments to the
17  cover e-mail, Professor Pfliederer.  The first
18  attachment is titled "Expert Report Professor
19  Paul Pfliederer, January 2010 errata."  Do you
20  see that?
21  A.  I do, yes.
22  Q.  Is that an errata sheet that you
23  prepared, sir?
24  A.  It was prepared by staff working
25  under my direction who had gone along with me
    TSG Reporting - Worldwide    877-702-9580

Page 9

1   - P. Pfliederer-
2   through the report and found some parts that
3   had to be corrected.
4   Q.  When is it that you went through
5   the report with your staff to make these
6   changes?
7   A.  That would have been an ongoing
8   process that probably commenced as soon as the
9   report was filed.  I was reading the report at
10  various times, and so were staff working at my
11  direction.  And on occasion an error was
12  discovered, and I believe a list was assembled
13  over time as those errors were discovered.
14  And what you see is the sum total of that list
15  as it exists now.
16  Q.  When is the last error that's noted
17  in this errata sheet recorded, sir?
18  (Witness reviewing document.)
19  A.  I'm not sure I understand the
20  question.
21  Q.  Well, were you finding errors in
22  your original report as of yesterday?  Did you
23  find any yesterday?
24  A.  No, I did not.
25  Q.  When was the last day that you or
    TSG Reporting - Worldwide    877-702-9580

1            - P. Pfleiderer-
2    your staff found an error in your report
3    that's been listed here in your errata sheet?
4            (Witness reviewing document.)
5        A.  I'm having trouble answering the
6    question because there were a few errors that
7    I had found but staff had already found and
8    corrected.  The last error that I found was
9    one that I think staff had found before, and
10   that was probably about a week ago.  But they
11   had found it, I think, perhaps several weeks
12   ago.  So I'm not sure that I can answer your
13   question in terms of definitively saying when
14   was the last day in which an error was
15   discovered.
16       Q.  Were you involved in the decision
17   as to when those errors would be reported to
18   counsel in this matter?
19       A.  I was involved to the extent that I
20   knew that there was an errata sheet that was
21   being prepared, and that would be submitted,
22   but I wasn't involved in the precise timing of
23   that.
24       Q.  Who made that decision as to when
25   the errata sheet would be turned over?

TSG Reporting - Worldwide    877-702-9580

1            - P. Pfleiderer-
2        MR. SHAW:  Objection.  Foundation.
3    If you know, you can answer.
4        A.  I don't know.
5        Q.  Once the errata sheet was prepared,
6    sir, did you sit down with the errata sheet
7    and the report and make sure that the
8    corrections that were listed in the errata
9    sheet are consistent with your understanding
10   of the errors that need to be corrected in
11   your report?
12       A.  As I suggested before, this was an
13   evolving document and as the errors were
14   assembled, I understood where the errors were
15   and what they were correcting.  So I think the
16   answer is yes, in the course of the
17   preparation of this, I was looking at the
18   various errors understanding why there were
19   errors and understanding the nature of the
20   correction.
21       But I don't think there was a
22   moment in time when I went through it all at
23   once.  Although I did look at it, I believe it
24   was yesterday or the day before to confirm the
25   nature of the errors and what was -- what was

TSG Reporting - Worldwide    877-702-9580

1            - P. Pfleiderer-
2    contained.
3        Q.  And you satisfied yourself that
4    there are no errors in your errata sheet?
5        A.  As I sit here now, I'm not aware of
6    any errors in the errata sheet.
7        Q.  In the review you conducted, you
8    said, yesterday or in the last few days when
9    you went over the errata sheet, was to confirm
10   that weren't any errors in your errata sheet,
11   correct?
12       A.  As I said, the review was to
13   determine that things that had been discovered
14   in my report that was viewed as errors, were
15   corrected.  I can't categorically state that
16   there are no errors in the errata sheet, but
17   I'm certainly not aware of any.
18       Q.  The next attachment, again, within
19   Exhibit 636-A is titled, the case name, "List
20   of documents sent to Paul Pfleiderer after
21   filing of expert report," and it states there,
22   "As of February 18, 2010."  But I believe
23   counsel said that should read as of
24   February 22, 2010.  Do you see that?
25       A.  I do.

TSG Reporting - Worldwide    877-702-9580

1            - P. Pfleiderer-
2        Q.  And have you reviewed this list of
3    documents before this morning?
4            (Witness reviewing document.)
5            (Mr. McGuire entering the room.)
6        A.  I received the things appearing on
7    this list in various tranches, shall we say,
8    and...
9        MR. SHAW:  I think he's just asking
10   if you reviewed the actual list.
11       Q.  That was my question.  We can get
12   to the next question.
13       You have reviewed the list before
14   today?
15       A.  This list here?
16       Q.  Yes.
17       A.  Yes.
18       Q.  And you were explaining that the
19   materials listed in this list, which is the
20   second attachment to the cover e-mail in 636-A
21   are materials that you received in various
22   tranches on or after the date of your report,
23   correct?
24       A.  I believe that is correct, yes.
25       Q.  It is numbered pages 1 through 15.

TSG Reporting - Worldwide    877-702-9580

Page 14

1          - P. Pfleiderer-
2   Do you see that?
3          A.  I do.
4          Q.  Starting at the bottom of page 1
5   over to the top of page 15, do you recognize
6   those materials submitted by Barclays as part
7   of its opposition brief that was filed towards
8   the end of January?
9          A.  Yes, I do.
10         Q.  You would have received a set of
11  those materials when Barclays filed them; is
12  that correct?
13         A.  Within days after it was filed, I
14  believe.  I'm not quite sure what the precise
15  timing was.
16         Q.  I want to draw your attention to
17  the last page of the exhibit.  It is page 15
18  of the attachment.  The category titled
19  "Additional Materials."  Do you see that?
20         A.  Yes, I do.
21         Q.  What you have in a list under
22  Additional Materials are a series of Bates
23  numbers which all begin with "BCI-EX," do you
24  see that?
25         A.  I do.
        TSG Reporting - Worldwide     877-702-9580

Page 15

1          - P. Pfleiderer-
2          Q.  And you recognize that as a Bates
3   labeling that's used by Barclays for documents
4   produced by Barclays, correct?
5          A.  I do.
6          Q.  And is it fair to say that none of
7   these documents that are listed as "Additional
8   Materials" were available to you when you
9   prepared your report?
10         A.  I believe that's correct.
11         Q.  When did you receive these
12  documents?
13         MR. SHAW:  When did he personally
14     receive them or when did staff, working
15     at his direction, receive them?
16         MR. TAMBE:  When did he personally
17     receive these documents.
18         A.  I would have to go back and check,
19  to the extent I could, with my records.  Some
20  of these, I believe were e-mailed to me but
21  quite a few of them, I believe, were put on my
22  computer with a flash memory device that I
23  received from staff who had received them.
24         So I'm not sure exactly how to
25  answer the question because I'm not sure when
        TSG Reporting - Worldwide     877-702-9580

Page 16

1          - P. Pfleiderer-
2   the -- when the various things were received
3   and transferred to my computer.
4          Q.  Now, have you, in fact, reviewed
5   every one of these items that were provided to
6   you after your report was filed?
7          A.  Staff working at my direction has
8   reviewed these, and I've reviewed several of
9   these.  My problem is some of these are
10  spreadsheet names that I may not recognize by
11  the name, but if we were to open the
12  spreadsheet, I would see -- I've seen that
13  spreadsheet before.
14         So my difficulty in answering your
15  question is the spreadsheet names were not
16  what I kept in mind when I was looking at
17  things.  I was more aware of the content and
18  the way the spreadsheet was structured.
19         Q.  Were any of the opinions that you
20  expressed in your expert report affected in
21  any way by the materials that you reviewed,
22  these materials, the additional materials?
23         A.  No, not at all.  Although, I should
24  say what I saw here has actually strengthened
25  my opinions.  So in that sense it's affected
        TSG Reporting - Worldwide     877-702-9580

Page 17

1          - P. Pfleiderer-
2   them.  But it didn't cause me to change issue
3   -- change my opinions in any substantive way.
4          Q.  Handing you a document that's been
5   marked Exhibit 635-A.  Have you seen that
6   document before today?
7          (Witness reviewing document.)
8          A.  I'm not sure how to answer your
9   question.  I can go through it page-by-page
10  and say that I don't believe I've seen the
11  cover page, and I don't believe I've seen the
12  next page.  I have seen the third page or
13  something very similar to it.
14         One of the difficulties I'm going
15  to have in answering questions of this sort is
16  that I've looked through a large number of
17  spreadsheets that often times contain
18  information that's in other spreadsheets that
19  is either the exact same information or
20  similar information.
21         So when I look at any one of these
22  pages, I've either seen this page exactly as
23  it's presented on the paper, or I've seen
24  something very similar.  So the third page I
25  believe I've seen.  When we get to the next
        TSG Reporting - Worldwide     877-702-9580

Page 18

1      - P. Pfleiderer-
2  page, this looks to be either something that I
3  have seen or something very, very similar to
4  things that I've looked at over the course of
5  evaluating the various materials that have
6  been presented to me.
7      The problem here is that this is a
8  printout, I believe, from a spreadsheet. And
9  I never look at printouts from spreadsheets.
10 I actually look at the printouts -- or I
11 should say the spreadsheet in native form, in
12 the electronic form.
13     So seeing it as a printout, I'm
14 unable to verify that that's exactly the same
15 as the electronic form. So if I page through
16 it, this would appear to be a printout from
17 one spreadsheet. Unfortunately these pages
18 aren't numbered, so I'm not sure when one
19 spreadsheet ends and another one begins.
20     **Q. Just so you know, we prepared this**
21 **exhibit based on a document we received late**
22 **yesterday from counsel from Barclays and I**
23 **printed out the spreadsheet that was attached,**
24 **provided with a disc and included with that**
25 **letter. So the document is what it is.**
      TSG Reporting - Worldwide     877-702-9580

Page 19

1      **- P. Pfleiderer-**
2      **Do you understand the information**
3  **that's contained on any of these pages, sir?**
4      MR. SHAW:  Well, I think his point
5  is the document is not what it is.
6  Because as he said, he looked at these
7  in electronic format where there is
8  different formatting, different
9  information.  He certainly can try to
10 answer questions, but he's testified he
11 has not looked at printouts.
12     **Q.  Looking at the fourth page of this**
13 **exhibit, Exhibit 635-A, can you tell by**
14 **looking at that page what type of information**
15 **is being conveyed on that page?**
16     **(Witness reviewing document.)**
17     A.   Again, I am going to say that
18 there's a lot of information that I can read
19 from this, but I'm going to be very careful
20 because the way one goes through an electronic
21 spreadsheet often is to not only look at the
22 numbers, but to look at the cell references
23 and see what they refer to and the
24 calculations behind them.
25     So what you don't see in the
      TSG Reporting - Worldwide     877-702-9580

Page 20

1      - P. Pfleiderer-
2  printouts here are the formulas behind them.
3  But I can go through this and, to the best of
4  my ability, give you answers as to what a lot
5  of these numbers and symbols refer to, but
6  with the caveat that I'm not able to do that
7  completely because it is not in electronic
8  form.
9      So looking at the first column, the
10 inventory there was received, was divided to
11 various categories and there were two
12 grouping, PMTG, Principal Mortgage Trading
13 Group, and Principal Mortgage Trading Group
14 II. The Principal Mortgage Trading Group
15 taken alone, not with the "II," contained a
16 fairly large inventory of security.  And the
17 one with the II contained a somewhat smaller
18 set.
19     The next columns you see are the
20 CUSIPs. And those, as I'm sure you well know,
21 are numerical codes that identify individual
22 securities.
23     Then we have "loss coverage ratio"
24 which, for various fixed income securities, is
25 going to relate to aspects of the security.
      TSG Reporting - Worldwide     877-702-9580

Page 21

1      - P. Pfleiderer-
2      There's a model price here, and to
3  know exactly how that's being used and feeds
4  into other calculations, I would have to have
5  the electronic spreadsheet to determine what
6  that is used for and how it might affect
7  other -- other numbers.
8      There is a common heading, BoNY,
9  that's Bank of New York, and this was a price
10 that was given to this particular security
11 called a mark that was given by Bank of New
12 York on the 19th of September 2008 as the
13 inventory was received.
14     The next column, and I want to be
15 very careful here because, again, it is very
16 important to look yet how these numbers are
17 used.  It is headed "final PCG," price control
18 group price.  What I discovered is that often
19 times, this is repeated, so the actual number
20 that's used for calculations that come
21 subsequently in this spreadsheet, to know
22 where it comes from, you have to actually look
23 at the underlying formula.
24     But oftentimes, a column with that
25 heading was given the price control group
      TSG Reporting - Worldwide     877-702-9580

Page 22

1           - P. Pfleiderer-
2   price that would be used to -- to basically
3   get the midpoint mark for -- for the
4   assessment for the value of the acquisition
5   balance sheet.
6           Then there would be a "comment"
7   column that would show where that price came
8   from   and whether it was based upon a model
9   or, in some of these cases, it appears --
10  again I have to look at this carefully, that
11  it's relating back to the Bank of New York
12  mark.
13          Then we have a column which is
14  called "factor," and this refers to fixed
15  income securities generically where some of
16  the principal has been paid down.  And so
17  since the pricing is based upon a par amount,
18  when the principal has been paid down, you
19  have to reduce it accordingly for that
20  paydown.
21          The top one, you see that the
22  factor is one, meaning that the par value is
23  going to be multiplied by one to reflect that
24  there's really been no paydown on that
25  security.  But if you go down to row four,

Page 23

1           - P. Pfleiderer-
2   you'll see that the factor is 0.94 and that
3   would mean that the par value has to be
4   multiplied by 0.94 to reflect the fact that
5   about six percent of the value has been paid
6   down.
7           The next column is labeled "price
8   difference."  I couldn't tell you what that is
9   without having this in electronic form to be
10  able to see exactly what was calculated there.
11  But on this particular printout, it would
12  appear that that column wasn't used.
13          The next column, as you can see,
14  doesn't have a heading.  Oh, I'm sorry.  This
15  may be the -- it is a wider column.  This is
16  why, again, you need it in electronic form.  I
17  thought there were two columns there.  If you
18  have it in electronic form, you can easily see
19  that there is just one column there.
20          So to clarify, it would appear from
21  this spreadsheet printout that that space
22  there is all labeled by the column headed
23  "price difference," and I couldn't tell you
24  what that price difference is referring to
25  without having the electronic version to see

Page 24

1           - P. Pfleiderer-
2   what the formula was.
3           Then we have a column that's
4   labeled "adjusted nominal", and what that
5   would be in all likelihood -- and again, I'd
6   want to see if that corresponds -- actually,
7   it is going to be perhaps difficult here.
8   Because I'm not sure the whole thing is
9   printed out.  This is another potential
10  difficulty in looking at it as a printout.
11          So I wouldn't be able to tell
12  exactly what that -- or even speculate what
13  that refers to until I see the actual
14  electronic version and see the formula that's
15  used there.
16          Now, it appears that the next pages
17  are just additional rows under those column
18  headings, and that seems to go on for some --
19  some pages.
20          And so I think if you go, I'm going
21  to guess, probably to page 15 or so, where
22  you'll be moving across the spreadsheet to new
23  columns, then you have a heading that says
24  "difference", again, I couldn't tell you what
25  that difference is without having it in

Page 25

1           - P. Pfleiderer-
2   electronic form.  It seems to repeat the
3   "desk," and then again "Principal Mortgage
4   Trading Group" for the first row.
5           And then we have a type of
6   security.  And this type is used -- and I have
7   to make sure in this particular case that this
8   was the actual column that was being used.
9   This type is used to determine what liquidity
10  or haircut is given to convert the mid-point
11  price to an exit price.  This may be the
12  column that is used to classify.  But again,
13  you can't tell unless you have the version of
14  the spreadsheet in its electronic form to see
15  what the actual formula that's being used.
16          Then --
17      **Q.  I'm sorry.  Can I just stop you on**
18  **that one for a second?**
19      A.  Yes.
20      **Q.  I'm trying to understand when you**
21  **say the liquidity or haircut discount is used,**
22  **used by whom and how?**
23      A.  We may get to it if we go further
24  into the document here.  Let me just --
25          MR. SHAW:  Switch documents.

Page 26

1          - P. Pfleiderer-
2       A.   This spreadsheet may not have it
3    then.
4       **Q.   What is your general understanding**
5    **of how the type was used or connected to a**
6    **liquidity discount or haircut?**
7       A.   First of all, I want to be very
8    careful here.  I pointed to a column and
9    pointed to a listing of types.  I don't know
10   whether this particular column refers to the
11   types that were used in any spreadsheet to
12   determine the haircut.
13      **Q.   But on other spreadsheets you've**
14   **seen, you've seen the type of security, the**
15   **label is one of the drivers of what liquidity**
16   **discount or haircut was used by Barclays; is**
17   **that correct?**
18      A.   That is correct.
19      **Q.   Am I to understand then that that**
20   **same liquidity discount or haircut is used for**
21   **all securities of this type?**
22      A.   Well, we have to be very careful
23   here because in some of the types, the
24   corporates, for example, the -- let me explain
25   the process that was done with the corporate

          TSG Reporting - Worldwide    877-702-9580

Page 27

1          - P. Pfleiderer-
2    securities.  Because to answer your
3    question -- first of all, the answer to your
4    question is no.
5          It was not the case that the
6    haircut was uniformly applied to securities
7    based upon type.  And one example where that's
8    not true are the corporate securities, ones
9    that are labeled "corporate".
10         What Barclays did as a general
11   practice was they got quotations from various
12   vendors and other sources on corporate
13   securities, basically bids that were given
14   across a number of vendors.  And generally, I
15   think there may have been some exceptions to
16   this and I'd have to go back and look at the
17   spreadsheets to, perhaps, find some of those,
18   but generally speaking, what they did is they
19   took the minimum of those and applied that as
20   the exit price.
21         So what you would do -- if we had
22   the electronic spreadsheet here, I could show
23   you.  What in that case happens is it refers
24   to the corporate type liquidity discount, but
25   you'll see that that's a one.  And what that

          TSG Reporting - Worldwide    877-702-9580

Page 28

1          - P. Pfleiderer-
2    reflects is that no liquidity discount is
3    being taken off of that on the spreadsheets
4    that are related to liquidity discounts.
5    Rather what is done is keying off of the
6    minimum of the various quotations that were
7    obtained.
8          So what that means, of course, is
9    that within the class of corporate securities,
10   it is not the case that a uniform treatment is
11   being applied in terms of a percentage
12   reduction because it's based upon actual
13   quotations that are coming from the market.
14      **Q.   And for other asset type classes,**
15   **putting aside the corporate securities, were**
16   **there any asset classes for which a uniform**
17   **discount was used across all CUSIPs within**
18   **that asset class?**
19      A.   I have to be very careful in
20   answering that question because there were
21   other asset classes where there was a discount
22   that was applied perhaps generally, but I'm
23   not going to say -- actually, could you read
24   his question back for me, please, just to make
25   sure I'm answering it appropriately?

          TSG Reporting - Worldwide    877-702-9580

Page 29

1          - P. Pfleiderer-
2          (Record read as follows:
3    "Question: And for other asset type
4          classes, putting aside the corporate
5          securities, were there any asset
6          classes for which a uniform discount
7          was used across all CUSIPs within that
8          asset class?")
9       A.   In answering your question, I'm
10   mindful that you said "all CUSIPs" within that
11   class.  And there were asset classes where it
12   was generally the case that a haircut,
13   liquidity haircut is what I believed they
14   called it at time, was applied generally
15   across CUSIPs.
16         But there were exceptions to that.
17   So I would have to go back and look to see if
18   there were any asset classes for which all of
19   the CUSIPs within that class -- and that would
20   include the initial inventory and the
21   J.P. Morgan inventory.  It was uniform across
22   all of those because there were some
23   exceptions.
24      **Q.   We had stopped on "type."  Carrying**
25   **on to the next label.**

          TSG Reporting - Worldwide    877-702-9580

Page 30

- P. Pfleiderer-

1     A.  So the next column heading is,
2 again, Bank of New York, "BoNY," nominal as of
3 the 19th of September 2008.  And my difficulty
4 here, again, is not having it in electronic
5 version so that I can refer to some previous
6 columns here.
7     So I believe that this would be the
8 par value that may have occurred in another
9 column, but I would need to check that.  But I
10 believe it is the par value that Bank of New
11 York was assessing at the time these
12 securities were being marked by the Bank of
13 New York on the 19th of September.
14     But I would have to have the
15 electronic version in front of me to verify
16 that.  If you give me the time, I may be able
17 to go back and look at the previous columns to
18 see if it corresponds.  Do you want me to do
19 that?
20     **Q.  I don't think you need to do that.**
21 **Let's just finish off these two, these**
22 **remaining columns on this page.**
23     A.  So then we have a column that's
24 headed "the market value of the Bank of New
25

TSG Reporting - Worldwide    877-702-9580

Page 31

- P. Pfleiderer-

1 York mark," which if I had the electronic
2 version here, I would be able to verify this.
3 In many columns it would be arrived at by
4 multiplying the nominal value times the Bank
5 of New York price, usually divided by a
6 hundred because the price is expressed as
7 price per $100.
8     But I don't want to say at this
9 point that that's what the numbers in this
10 particular column on this printout of the
11 spreadsheet reflect.  Because without the
12 formula, I can't verify that's the case.
13     And then in the next column, I'm
14 going to give the same caveat, I can't say
15 definitively what this is because I don't have
16 the electronic version and I can't see the
17 formula.
18     But the next column is headed
19 "Pricing Control Group Market Value," and what
20 that would refer to is the mark that Barclays
21 is putting on it, assuming that this column is
22 headed appropriately.  And I'm going off the
23 column heading without being able to look at
24 the formulas here from the electronic version.
25

TSG Reporting - Worldwide    877-702-9580

Page 32

- P. Pfleiderer-

1     And that, if it is calculated as
2 the market value for the pricing control
3 group, it's calculated in the electronic
4 versions of the spreadsheet that I've seen
5 calculated would be based, again, on the
6 nominal value which would be the par value
7 times the factor times the pricing control
8 group price, divided by 100.
9     But again, I have to be careful
10 here.  Insert, again, the caveat, since I
11 don't have the electronic versions, I can't
12 say these particular numbers refer to that
13 without knowing the formula and without being
14 able to verify it from what's going on in some
15 previous columns.
16     **Q.  The last column is a column**
17 **entitled "Comments"; do you see that?**
18     A.  I do.
19     **Q.  At least on the page we are looking**
20 **at, the word "Intex" appears a few times in**
21 **that column.  Do you see that?**
22     A.  I do.
23     **Q.  And you recognize that as a pricing**
24 **service that was used by Barclays to price**
25

TSG Reporting - Worldwide    877-702-9580

Page 33

- **P. Pfleiderer-**
**certain security, sir?**

1     A.  That would be my understanding of
2 what that would be referring to in this
3 particular case, yes.
4     **Q.  Have you ever used Intex to price**
5 **securities?**
6     A.  I personally haven't used it
7 directly.  It may very well be that some
8 people at my firm have used it.  I know that
9 they used various pricing services in some of
10 the consulting work that is done at my firm,
11 Quantum International.  I have not been
12 directly involved in that, but I believe that
13 we have on occasion used outside vendors such
14 as Intex.
15     **Q.  And you believe Barclays's use of**
16 **Intex, where it did use Intex for pricing, was**
17 **appropriate?**
18     A.  What I have seen is that throughout
19 the spreadsheet that I've looked at, that
20 they've gone and gotten pricing from various
21 sources and have used those in appropriate
22 way, yes.
23     **Q.  And you, generally, philosophically**
24
25

TSG Reporting - Worldwide    877-702-9580

Page 34

1         - P. Pfleiderer-
2   don't have a view about any problems of using
3   Intex as a source for pricing, do you, sir?
4       A.   I'm not sure what you mean by
5   "philosophically."
6       Q.   Is there a problem of using Intex
7   for pricing as opposed to using some other
8   service for pricing?
9       MR. SHAW:  Objection to form.
10      A.   Without knowing a particular
11  context and understanding exactly what the
12  situation is, I can't answer a philosophical
13  question like that.
14      Q.   Generally, do you have any concerns
15  about the approach taken by Intex in pricing
16  securities?
17      A.   Again, I'm not -- I'm not sure I
18  know how to answer the question.  In the -- in
19  this particular context or --
20      Q.   Generally.  You said your firm may
21  have used Intex on certain assignments.  What
22  do you mean about Intex?
23      A.   Well, I know that they provide data
24  that gives a lot of information about various
25  fixed income securities and structures, so
        TSG Reporting - Worldwide    877-702-9580

Page 35

1         - P. Pfleiderer-
2   having not personally worked with it, but I
3   believe that my firm has used it on occasion,
4   I haven't encountered any personal problems
5   with it.  So if that's your question.
6       Q.   That was part of my question, yes.
7       A.   The answer is no, I have not and no
8   one in my firm has indicated that there is a
9   particular problem that they've encountered.
10      Q.   Is it fair to say that if it was
11  not a reliable source of information, your
12  firm wouldn't use it?
13      A.   I would say that given the types of
14  projects that I know we have been involved
15  with, we would want to use reliable
16  information, yes.
17      Q.   Other than Intex, are there any
18  other sort of third-party pricing sources that
19  you or your firm deem to be reliable sources
20  of pricing information for securities?
21      MR. SHAW:  Objection to form.
22      A.   I'm not sure.  There are lots of
23  services out there.  My firm, for instance,
24  gets market quotes on equities from a number
25  of sources and we have a process that we
        TSG Reporting - Worldwide    877-702-9580

Page 36

1         - P. Pfleiderer-
2   developed over the years of combining that
3   data to -- to make even more accurate price
4   estimates.  And I certainly saw that that was
5   being done throughout this exercise.  They
6   would get price information from -- from --
7   oftentimes from multiple vendors or multiple
8   sources when that was available, and use --
9   used that information in a combined way to get
10  a fix on the price.
11      Q.   The "they" you're referring to here
12  is Barclays?
13      A.   I'm referring to Barclays from what
14  is evident from the spreadsheets that I've
15  looked at.
16      Q.   Do you consider yourself to be an
17  expert on the reliability of particular
18  pricing services?
19      A.   I certainly know that Bloomberg and
20  others are quite reliable because we've used
21  those in our firm.  And are they 100 percent
22  accurate in all cases?  I guess nothing
23  measures up to that standard.  But are they
24  reliable to use for exercises such as this,
25  such as we do at our firm?  I think the answer
        TSG Reporting - Worldwide    877-702-9580

Page 37

1         - P. Pfleiderer-
2   is definitely yes.
3       Q.   The question was a little
4   different.  Do you consider yourself an expert
5   in the reliability of particular pricing
6   sources?
7       A.   Well, I have not done a full study
8   of reliability.  First of all, you have to
9   define how you measure reliability, what
10  circumstances, so on and so forth.
11          In the process of using things at
12  my firm and in looking at equity feeds and
13  things of that sort, I know that there is a
14  high degree of reliability of much of the data
15  that's made available.
16          I know that PricewaterhouseCoopers
17  has looked at the work that has been done and
18  the sources that have been used, and my
19  understanding is that they had no objection to
20  its use.  And I was basing certainly my
21  assessment in part upon that, upon my
22  knowledge of the types of vendors that are out
23  there and what they provide, so...
24      Q.   If you can go back to my question.
25  Do you consider yourself to be an expert on
        TSG Reporting - Worldwide    877-702-9580

1          - P. Pfleiderer-
2    the reliability of pricing sources?
3          A.   I certainly think I have expertise
4    in it.  Am I the world's expert on that?  No,
5    but I certainly have expertise to the point
6    where I was able to satisfy myself that the
7    use of the type of pricing sources that were
8    being used here in this context was
9    appropriate and reasonable.
10         Q.   Are you offering an expert opinion
11   in this case about the reliability of any
12   particular pricing services?
13         A.   I wasn't asked to offer an expert
14   opinion on the particular reliability of any
15   one source.  So in my -- in my report, I don't
16   address the reliability of any particular
17   source, I wasn't asked to do that.
18         Q.   You told us that you haven't
19   personally used Intex for any pricing that you
20   have done, correct?
21         A.   Not to my recollection.  I may have
22   at one point, but I don't recall.
23         Q.   And certainly in connection with
24   this assignment, you personally didn't use
25   Intex to verify the calculations or values

1          - P. Pfleiderer-
2    derived by Barclays; is that right?
3          A.   No, I did not.
4          Q.   And no one on your staff did that,
5    correct?
6          A.   I would have to check with my staff
7    who looked at lots of pricing sources and lots
8    of information, did a number of checks.  And
9    I -- I'm not going to say that that was not
10   done because it may very well have been done.
11   So I don't know.
12         Q.   So as you sit here, you don't know
13   whether any Intex searches, other valuations
14   were done by your staff with respect to this
15   assignment?
16         A.   They may very well have been done,
17   but I don't know.
18         Q.   Handing you what's previously been
19   marked as 637-A.  Marked this morning as
20   637-A.
21         Sir, have you seen Exhibit 637-A
22   before today?
23         (Witness reviewing document.)
24         A.   I don't believe I have.  I may have
25   seen parts of this, but I don't believe so,

1          - P. Pfleiderer-
2    though.
3          Q.   As part of your assignment, sir,
4    one of the things you did is you went back and
5    you looked at the valuations that had been
6    prepared by Barclays' PCG Group for each of
7    the CUSIPs in this transaction, correct?
8          A.   Could you read the question back,
9    please?
10         (Record read as follows:
11         "Question: As part of your assignment,
12         sir, one of the things you did is you
13         went back and you looked at the
14         valuations that had been prepared by
15         Barclays' PCG Group for each of the
16         CUSIPs in this transaction, correct?")
17         A.   So the only problem or the major
18   problem I had in answering your question is
19   your use of the term "each of the CUSIPs."  I
20   looked at my spreadsheets that contained all
21   the CUSIPs, I believe, that were delivered in
22   either the initial inventory or the JPM,
23   J.P. Morgan inventory that was delivered on
24   the 22nd.
25         And I've looked at those column by

1          - P. Pfleiderer-
2    column and to some extent line-by-line, and it
3    is probably the case that in scrolling down
4    and looking at things, I've seen each of the
5    CUSIPs.  But if you're asking did I spend ten
6    minutes looking at each row times 10,000 or
7    12,000, I obviously didn't do that.
8          What I did is I spent a lot of time
9    looking at what was done column by column in
10   scrolling down the rows, looking at the
11   procedures, looking at the various marks.  And
12   not only did I do that, but staff working at
13   my direction did that as well in a very
14   intense way.
15         So if the question is did I spend
16   ten minutes or more looking at each CUSIP and
17   verifying that?  The answer is no.  If the
18   question is did I do a very intensive review
19   of what was done, looking at those
20   spreadsheets, looking at how they were
21   constructed, looking at various rows and what
22   was done and did the staff working at my
23   direction do that, the answer is decidedly
24   yes.
25         Q.   Again, just so I'm clear, as far as

Page 42

1          - P. Pfleiderer-
2    you know, your staff didn't go CUSIP by CUSIP
3    and validate the prices on every single CUSIP;
4    is that right?
5        A.   First of all, I ask what would you
6    mean by "validate the price" on every CUSIP?
7    So take one CUSIP first, what would you mean
8    by "validate"?
9        Q.   Let's use one definition of
10   "validate." Did you go back and independently
11   verify the price used by PCG whether or not
12   that was, in fact, the correct price as of the
13   correct valuation date for that CUSIP?
14       A.   So now we need to dig even deeper.
15   The price that was used by PCG, for example,
16   for a corporate was obtained by getting
17   quotations from various vendors, from various
18   sources.  And the procedure generally -- and
19   there were potentially exceptions to this so I
20   want to use the word "generally".  We have to
21   go through each spreadsheet if you want to
22   individually look at each CUSIP.
23           The procedure was to take the
24   minimum of those prices.  So if you're talking
25   about validation in the way that I just
          TSG Reporting - Worldwide    877-702-9580

Page 43

1          - P. Pfleiderer-
2    thought you were talking about it, that would
3    entail looking at those price feeds and
4    verifying that if it says 37.2, it was indeed
5    37.2 that was the price that was put out by
6    that vendor on that particular -- for that
7    particular day.
8           I don't believe that staff working
9    at my direction did that.  They may have.  I
10   can tell you that I did not do that.  I took
11   those prices as being a correct representation
12   of what the vendor would have been reporting
13   on that particular day.
14           So I did not validate those prices
15   in that way.  Staff working at my direction
16   may -- may have done that.  I do not believe
17   that they routinely did that across all 10,000
18   CUSIPs. I'm actually quite sure that they did
19   not.
20           But if that's the type of
21   validation exercise that you're talking about,
22   it may have been done in some cases for some
23   CUSIPs by my staff.  I don't know.  I know
24   that I did not personally do it.
25       Q.   That was exactly the type of
          TSG Reporting - Worldwide    877-702-9580

Page 44

1          - P. Pfleiderer-
2    validation exercise I had in mind, so thank
3    you for answering.
4           Are there any particular CUSIPs
5    that you're aware of as you sit here today
6    where that type of validation exercise was
7    done by you or your staff?
8        A.   The answer is yes in the following
9    sense.  There were some CUSIPs for which I
10   looked at some screen shots that were produced
11   relating to various inputs in -- in the CUSIP.
12   And the one that comes to mind, as I sit here
13   right now, and I could probably refresh my
14   memory with some others if I had a spreadsheet
15   in front of me in electronic version, but the
16   one that comes to mind, for example, is the
17   Pine CLO where there was a question as to what
18   the appropriate factor was.
19           And I looked at a screen shot that
20   was produced.  It may have been Bloomberg, but
21   it may have been some other vendor.  And saw
22   the actual number that came from that screen
23   shot and that was then placed -- and I went
24   back and verified that that number was the
25   number that was being used in the spreadsheet.
          TSG Reporting - Worldwide    877-702-9580

Page 45

1          - P. Pfleiderer-
2           So the answer is yes, in a limited
3    way, I did do that.
4        Q.   Other than Pine, as you sit here
5    today, is there any other particular CUSIP or
6    security that comes to mind where you did
7    that?
8           MR. SHAW:  "You" personally?
9           MR. TAMBE:  Personally.  Let's
10   start with that.
11       A.   I believe there are.  I've seen
12   some other screen shots and I have a
13   recollection of it at some point looking --
14   looking for it in the spreadsheet.  And that
15   entails -- that entails you take the CUSIP and
16   you search in the column for that CUSIP and
17   verifying it.  But I don't remember -- I don't
18   remember the name of the security and I
19   certainly don't remember the name of the
20   CUSIP.
21           The one that stands out in my mind
22   as I sit here now is Pine. However, I believe
23   that my staff working at direct -- at my
24   direction have -- have looked at no else as
25   well and may well have looked at things that I
          TSG Reporting - Worldwide    877-702-9580

Page 46

1          - P. Pfleiderer-
2    didn't look at and I'm sure that's quite
3    likely.
4         **Q.   Do you have a recollection of**
5    **directing your staff to go look up particular**
6    **prices for particular CUSIPs by name and**
7    **identifying any of those?**
8         A.   My direction to the staff working
9    at my direction was to do a thorough
10   evaluation of what I was doing in a more
11   limited way of looking at the information that
12   was presented and checking to see how it was
13   used.  So that type of global direction was
14   given, but it wasn't given on a CUSIP by CUSIP
15   basis.
16        **Q.   In your previous couple of answers,**
17   **you said that you would go to the spreadsheet**
18   **and look up other examples.  What's "the**
19   **spreadsheet" that you're referring to?  There**
20   **are a lot of spreadsheets in this case?**
21        A.   So there were two that one -- and I
22   can give you.  I have to go back and look
23   because these spreadsheets had very long
24   names.  But one was called "Valuation Detail,"
25   and then there was some qualifying
          TSG Reporting - Worldwide     877-702-9580

Page 47

1          - P. Pfleiderer-
2    information, and that was a huge spreadsheet
3    that had at least probably 10 -- I'm trying to
4    recall the exact number.  10 or so.  It was a
5    workbook that had 10 or so spreadsheets,
6    perhaps more.
7         And that contained the summary
8    page as well as the backup detail for the
9    initial inventory that was received.  And then
10   there was a separate spreadsheet -- and,
11   again, I couldn't give you the full name
12   because, as I recall, it's at least 30 or 40
13   characters long -- that contained the
14   inventory that was received in the J.P. Morgan
15   settlement that had a very similar structure,
16   not identical.
17        But the formatting was a little bit
18   different and some of the structure was a
19   little different, but a similar structure
20   overall to the initial spreadsheet or the
21   spreadsheet workbook that related to the
22   initial inventory.
23        **Q.   Just for ease of our conversation**
24   **today, let's refer to the first spreadsheet**
25   **that you're alluding to as the initial**
          TSG Reporting - Worldwide     877-702-9580

Page 48

1          - P. Pfleiderer-
2    **inventory spreadsheet.  Okay?  And the second**
3    **spreadsheet is the J.P. Morgan inventory**
4    **spreadsheet.**
5         A.   Right.
6         **Q.   Is that fine?**
7         A.   Yes.  And let me just insert
8    something here.  There were other workbooks
9    and back-up materials that were also on file.
10   So those are not the only two.
11        **Q.   I'm aware there is certainly more**
12   **than two spreadsheets out there.**
13        **But when you think about the**
14   **definitive spreadsheets that you turned to in**
15   **determining what price ultimately was used by**
16   **PCG for a particular CUSIP, the two**
17   **spreadsheets you described are the ones you**
18   **would first turn to?**
19        A.   Well, I want to be a little bit
20   careful.  You said the "definitive
21   spreadsheets," and there were -- there were
22   others that were important in establishing
23   inputs into those.  So in some sense, those
24   have equal standing because they were all
25   involved in the production of the final
          TSG Reporting - Worldwide     877-702-9580

Page 49

1          - P. Pfleiderer-
2    numbers.
3         So it's not the case that you can
4    look at those two spreadsheets in complete
5    isolation and get all the information that you
6    need.
7         **Q.   I don't mean to suggest otherwise,**
8    **but there are two spreadsheets that you've**
9    **identified as ones that are particularly**
10   **important to you in at least answering the**
11   **question as to what value was assigned to a**
12   **particular CUSIP either in the initial**
13   **inventory or the J.P. Morgan inventory by**
14   **Barclays, right?**
15        A.   Again, I wouldn't say that they
16   answered the question.  There are two
17   spreadsheets that gave the summary for the
18   valuations of the initial inventory and the
19   J.P. Morgan inventory respectively.  And those
20   spreadsheets had summaries, and the summaries
21   pointed to other worksheets --
22        **Q.   Within that same spreadsheet?**
23        A.   -- within that spreadsheet, but
24   those, for example, were based on other
25   spreadsheets.  One of the spreadsheets that
          TSG Reporting - Worldwide     877-702-9580

Page 50

1          - P. Pfliederer-
2    appeared, for example, in those was a
3    spreadsheet called "Liquidity", and that had
4    backup in another spreadsheet. So I think for
5    convenience, you don't put all of this into
6    one super workbook.
7          But I want to be careful that in
8    saying -- in identifying two, that we're not
9    segregating them in inappropriate ways from
10   other spreadsheets that were certainly
11   important for what ultimately ended up in the
12   summary section of those spreadsheets and was
13   used for the acquisition valuation.
14       **Q.  As a practical matter, sir, neither**
15   **you nor I nor the judge can ever sit down and**
16   **open and go through every single spreadsheet**
17   **that Barclays may have used in valuing the**
18   **securities, correct?  There's just too many of**
19   **them?**
20          MR. SHAW:  Objection to form.
21       **Q.  There's a lot of data here, right?**
22       A.  There is a lot of data.  I --
23       **Q.  So let's not get jammed up in how**
24   **much data there is.**
25          **When I ask you what price did**
    TSG Reporting - Worldwide    877-702-9580

Page 51

1          - P. Pfliederer-
2    **Barclays assign to a particular CUSIP, where**
3    **would you go to find that price?  Where in**
4    **your work papers, where in the spreadsheets**
5    **you've been provided would you go?  Where**
6    **would you first go?**
7       A.  So let me just say something.  I
8    can't say what the judge would look at
9    clearly.  But when you say "as a practical
10   matter," there were spreadsheets that were
11   used in this, and one could take the time
12   to -- to go through those if one had the time.
13          So when you say "practical,"
14   obviously if you have to do something in
15   limited time, it may not be possible to go
16   through -- through all those in extraordinary
17   detail.  But I certainly had a lot of time to
18   go through them in great detail and reach the
19   conclusions that I did.
20          But to answer the question that you
21   posed last, the two spreadsheets that you
22   would go to to see what price Barclays had
23   assigned to a particular CUSIP and ultimately
24   the price that was used, the par value, the
25   factor, the market value, the liquidity
    TSG Reporting - Worldwide    877-702-9580

Page 52

1          - P. Pfliederer-
2    adjustment and the ultimate exit price, all of
3    those are contained first in those two
4    spreadsheets that we were talking about just a
5    moment ago.
6       **Q.  And anywhere in the materials that**
7    **are before you, your expert reports, the**
8    **addendum, etcetera, do you see the file names**
9    **for those two spreadsheets that you are**
10   **talking about?**
11          **(Witness reviewing document.)**
12          MR. SHAW:  I would object to the
13   question on the grounds that he does
14   not have in front of him the revised
15   version of the materials relied on in
16   preparing the report.  If you want
17   to --
18          MR. TAMBE:  We can go ahead and
19   mark that.  We can save a lot of time,
20   Counsel.  If you know what he's
21   referring to by file name, list the
22   file names and we will go to those.
23          MR. SHAW:  I think he is referring
24   to the two spreadsheets discussed in
25   Exhibit 637-A as (1) and (2), which as
    TSG Reporting - Worldwide    877-702-9580

Page 53

1          - P. Pfliederer-
2    that letter says, were produced on
3    January 18th and previously identified
4    in the revised production of index with
5    all the documents that were sent to you
6    by, I guess, Chris Green on
7    January 23rd.
8    BY MR. TAMBE:
9       **Q.  So in an effort to cut through some**
10   **of these, sir, do you want to take a look at**
11   **what counsel just said?**
12          **(Witness reviewing document.)**
13       **Q.  Do you see items (1) and (2) in**
14   **Exhibit 637-A, sir?**
15       A.  Yes, I so.
16       **Q.  And having reviewed those -- and**
17   **feel free to consult with counsel if you**
18   **need -- are those the two file names of the**
19   **two spreadsheets that you were referring to in**
20   **your testimony a few minutes ago?**
21       A.  My recollection is that those are.
22   The problem I'm having in responding is I knew
23   where they were on the hard drive of my
24   computer.  I would go to a folder, I would see
25   an Excel spreadsheet.  I knew that even by the
    TSG Reporting - Worldwide    877-702-9580

Page 54

1          - P. Pfleiderer-
2    size of it, that that was the one I wanted to
3    look at.  So I wasn't in the habit of looking
4    at the entire name.
5          But looking at these names and
6    recalling vaguely the names of those
7    spreadsheets, I believe they correspond to the
8    two that we've been talking about.
9       **Q.  And item (1), the spreadsheet**
10   **that's identified in item (1) of**
11   **Exhibit 637-A, that's the initial inventory**
12   **spreadsheet you were referring to?**
13      A.  I believe it is.  That would be --
14   it is certainly implied by the "PwC Day 1"
15   label and the second by the "JPM" label would
16   indicate the inventory that was received on
17   the 22nd of December.
18         I knew them more by the placement
19   in the hard drive than by the names.  But that
20   would certainly be the reasonable way to
21   interpret those names.
22      **Q.  Do you have your computer here?**
23      A.  Not here.
24      **Q.  Not in this room.  Do you have it**
25   **on premises at Jones Day?**

          TSG Reporting - Worldwide     877-702-9580

Page 55

1          - P. Pfleiderer-
2       A.  No.
3       **Q.  Is it in town?**
4       A.  Yes.  It's in the hotel.
5       **Q.  Just up the street?**
6       A.  It is not up the street.
7       **Q.  Well, why don't we ask for the**
8    **computer to be sent over?  We can open it up**
9    **and then there could be no question as to what**
10   **you are alluding to, right?  Do you think you**
11   **can do that?**
12         MR. TAMBE:  Why don't we do that?
13   I make a request, let's have Professor
14   Pfleiderer's computer sent over and we
15   can look it up.
16         MR. SHAW:  Let's go off the record
17   for a minute and let me talk with
18   Mr. Vellrath.  I think we can
19   definitively tell you what those two
20   are.
21         MR. TAMBE:  I would like to see
22   Professor Pfleiderer's computer,
23   because that is what he seems to rely
24   on.
25         MR. SHAW:  No.  He relied on

          TSG Reporting - Worldwide     877-702-9580

Page 56

1          - P. Pfleiderer-
2    documents in the computer that have
3    been produced to you.  The fact that,
4    he in his mind, identifies them by
5    where they are in his computer does not
6    mean you get to demand the production
7    of his computer.
8         MR. TAMBE:  I don't want any
9    uncertainty.
10   BY MR. TAMBE:
11      **Q.  Professor Pfleiderer, maybe you can**
12   **clarify this.  I don't want any uncertainty.**
13   **If I pull up a file on a laptop and put it on**
14   **the screen here, would you be able to tell by**
15   **looking at that file that that's the file**
16   **that's in your computer?**
17      A.  Oh, yes.  I would be able to --
18   once I look at the file and how it is
19   formatted, I would be able to tell if it is
20   the J.P. Morgan file.  You simply tell by the
21   size or the initial inventory.  I can look at
22   the summary pages and quickly conclude which
23   is which.
24      **Q.  So at the next break, what we will**
25   **do is we will set up a projector here and put**

          TSG Reporting - Worldwide     877-702-9580

Page 57

1          - P. Pfleiderer-
2    **the spreadsheets up because you like to work**
3    **with the native spreadsheets, right?**
4       A.  That's really the only way to do
5    it.
6       **Q.  So we'll do that.**
7         MR. TAMBE:  In the meantime, I do
8    have my outstanding request for his
9    computer.  So if that can be brought
10   over, maybe we can take a snapshot of
11   what his directory looks like and what
12   his hard drive looks like.
13         MR. SHAW:  No.  We are not going
14   to that.
15         MR. TAMBE:  I made my request.  You
16   can choose to accede to it or not.
17         MR. SHAW:  I'm not acceding to it.
18   BY MR. TAMBE:
19      **Q.  Going to 634-A, which is Volume II**
20   **of your expert report.  It is the other bound**
21   **document you have in front of you.  If you can**
22   **go to the first page, the Table of Contents to**
23   **Volume II, page 2?**
24         MR. SHAW:  Volume II, page (ii)?
25         MR. TAMBE:  That's right.

          TSG Reporting - Worldwide     877-702-9580

Page 58

- P. Pfleiderer -

1
2    Q.   The first Table of Contents entry
3  is Exhibit 1, part A, and that's a listing of
4  the initial inventory positions, correct?
5    A.   That's a subset of the initial
6  inventory that was related to the -- what's
7  called here the fed replacement repo, yes.
8    Q.   So the fed replacement repo
9  securities that were transferred over the
10  night of the 18th into the morning of the
11  19th; is that right?
12    A.   That is correct.
13    Q.   And that goes from page 1 to
14  page 164 of this exhibit, correct?  You just
15  list out the CUSIPs and you have a couple of
16  other columns, correct?
17    A.   Actually, it goes through 163.
18    Q.   That listing of data that appears
19  on pages 1 through 163, have you drawn that
20  data from the initial inventory spreadsheet
21  you were talking about before?
22    A.   Well, that data was a subset of
23  that initial inventory.  So yes, it was drawn
24  from that, but it is not everything that's in
25  that spreadsheet.

TSG Reporting - Worldwide    877-702-9580

Page 59

- P. Pfleiderer -

1
2    Q.   You have a column in Exhibit 1,
3  part A of Exhibit 634-A, and it is a column
4  titled "Custodial Marks."  Do you see those
5  words?
6    A.   Yes, I do.
7    Q.   With respect to this spreadsheet
8  that runs from page 1 to page 163, the
9  "custodial marks" you are indicating there are
10  the Bank of New York marks, right?
11    A.   That would be correct, yes.
12    Q.   Then when you go to Exhibit 1, part
13  B, which begins on page 164.  Are you there?
14    A.   I am.
15    Q.   So beginning on page 164, that's
16  the J.P. Morgan inventory, correct?
17    A.   Yes.
18    Q.   And that runs all the way through
19  page 185?
20      (Witness reviewing document.)
21    A.   That's correct.
22    Q.   And the custodial marks in that
23  section, Exhibit 1, part B, those are the
24  J.P. Morgan custodial marks?
25    A.   That is correct.

TSG Reporting - Worldwide    877-702-9580

Page 60

- P. Pfleiderer -

1
2    Q.   And you drew this data, Exhibit 1
3  part B data, you drew that from the
4  J.P. Morgan inventory you were talking about
5  just a few minutes ago?
6    A.   That's correct.
7      (Exhibit 638-A, Appendix Two, list
8      of documents and other materials
9      reviewed and considered, marked for
10      identification, as of this date.)
11    Q.   Sir, I place before you a document
12  marked as Exhibit 638-A.  What is that
13  document?
14      (Witness reviewing document.)
15    A.   This is a document that is
16  basically, I believe -- I'd have to go back
17  and check -- Appendix Two of my report.
18    Q.   And what is the significance of the
19  materials that are listed in Appendix Two; why
20  those and not other materials?
21    A.   This is a compilation of materials
22  that either I or my staff -- I should phrase
23  it this way.  That my staff and I had access
24  to and that was used or considered in the
25  report.

TSG Reporting - Worldwide    877-702-9580

Page 61

- P. Pfleiderer -

1
2    Q.   And if there were materials that
3  you had access to or that were not used or
4  considered in the report, you left them off
5  this list; is that right?
6    A.   I'm not sure how to answer your
7  question.  Certainly the answer is yes in the
8  sense that there were a lot of materials that
9  I and staff working at my direction had access
10  to.
11      For instance, if you look under the
12  heading "Newspaper Articles Business
13  Commentary," the set of newspaper articles and
14  business commentary out there is
15  extraordinarily large.  We had access to at
16  least a good part of it.  Most of it, we
17  obviously didn't use and didn't rely on.
18  Articles about things that didn't involve this
19  case were certainly -- in any way were not
20  used and were not relied upon in any way and
21  are not listed here so...
22    Q.   That wasn't my question.  When
23  something is used in Appendix Two, that's
24  something you used and relied upon?
25      MR. SHAW:  Perhaps I can cut

TSG Reporting - Worldwide    877-702-9580

Page 62

1        - P. Pfleiderer -
2    through this.
3        MR. TAMBE:  I would like his
4    answer, actually.
5        MR. SHAW:  That's fine.
6    A.   My answer to that question would be
7    the following: This is a list of materials
8    that staff working at my direction and I had
9    access to it and either used, in the sense of
10    had access to it.  In many cases, we were
11    relying on it.  However, there may be, for
12    example, deposition -- some deposition
13    exhibits that are listed here that it would
14    not make a difference to either my staff or to
15    me if we didn't have those.  If we hadn't had
16    those, we would not have come to any different
17    conclusion because they were tangential and
18    not related.
19        I think there was an exhaustive
20    list, or nearly exhaustive list of things that
21    we had access to.  But if you're asking if
22    exhibit -- I don't even know what Exhibit 180
23    is at this point.
24        But if Exhibit 180 had not been
25    available, would your opinion change or would

TSG Reporting - Worldwide    877-702-9580

Page 63

1        - P. Pfleiderer -
2    you have written a different report?  Again
3    not knowing what Exhibit 180 is, but knowing
4    that there are some exhibits here that contain
5    information that was tangential and not
6    relevant to anything that I wrote in my
7    report.
8        Q.   So if I understand what you're
9    saying, there may be matters listed in this
10    document, Exhibit 638-A, that you, in fact,
11    may not have relied on?
12        A.   Again, I'd be careful how to answer
13    that because I'm not sure what you're saying
14    in saying that we relied on it.  We had access
15    to it and I may have looked at something or
16    staff working at my direction may have looked
17    at something, and reviewed it and decided that
18    it wasn't relevant.
19        And so did we rely on that, well,
20    in some sense we did because it was an exhibit
21    that was produced as the result of a
22    deposition and it may have contained material
23    that would have been important.
24        And by looking at it and
25    determining that it wasn't, we are in some

TSG Reporting - Worldwide    877-702-9580

Page 64

1        - P. Pfleiderer -
2    sense relying on it because we are using it to
3    see that it didn't contain something that was
4    relevant.
5        Q.   There is a lot of Bates labeled
6    documents that were available to you that are
7    not listed on that first page of Bates labeled
8    documents.  Do you see that?
9        (Witness reviewing document.)
10        Q.   That's not a listing of all the
11    Bates numbered documents that were made
12    available to you, is it, sir?
13        (Witness reviewing document.)
14        Q.   It is just the one page.
15        A.   I -- I don't know looking at these
16    particular numbers what these were.  You'd
17    have to show me.
18        Q.   Let me ask you the question another
19    way.
20        Do you have any idea of how this
21    annex to Exhibit 638-A was prepared?
22        A.   This particular, the material --
23        Q.   Yes.
24        A.   It was -- my understanding is that
25    the staff that was working at the Finance

TSG Reporting - Worldwide    877-702-9580

Page 65

1        - P. Pfleiderer -
2    Scholars Group kept careful track of
3    everything that came in that was in some way
4    used, the analysis that was being done and was
5    reviewed to, as I pointed out in some of these
6    cases, to determine whether it was relevant or
7    not.
8        So I did not compile this list but
9    they kept a careful log of everything that --
10    that would be at all relevant either because
11    it might be relevant and it was looked at and
12    determined that it wasn't relevant, or because
13    it might be relevant and it was looked at and
14    determined that it was relevant.
15        Q.   And your understanding is those are
16    the criteria used to put together this list;
17    is that right?
18        A.   That's my understanding but it may
19    be slightly mistaken.  I don't know.  But
20    that's -- that was my understanding.
21        MR. TAMBE:  639-A.
22        (Exhibit 639-A, BCI Exhibit 346,
23    declaration of Paul Pfleiderer, marked
24    for identification, as of this date.)
25        Q.   I've handed you a document marked

TSG Reporting - Worldwide    877-702-9580

1    - P. Pfleiderer-
2    **639-A. It is a cover sheet and a two-page**
3    **Declaration signed by you.  Do you see that?**
4        A.  Yes, I do.
5        **Q.  Turning to Paragraph 3 of your**
6    **Declaration, you describe in there some**
7    **additional analysis that was done by your**
8    **staff following the submission of your report.**
9    **Do you see that?**
10       A.  That is correct.
11       **Q.  And specifically the analysis you**
12   **have referenced is the classification of**
13   **CUSIPs into several categories.  Do you see**
14   **that?**
15       A.  Yes.
16       **Q.  Why was that analysis done?**
17       A.  My understanding is that attorneys
18   working for Boise Schiller requested that we
19   do this analysis.
20       **Q.  To what end?**
21       A.  My understanding was that there are
22   issues related to the types of securities that
23   are in the inventory that was associated with
24   the repo that are either securities that would
25   not -- for legal reasons, and here is where my

1    - P. Pfleiderer-
2    understanding is -- is not complete.  For
3    legal reasons, would not be in repo's having a
4    certain legal standing.
5        **Q.  Would you consider yourself an**
6    **expert in repo transactions?**
7        A.  In the legal aspect of repo
8    transactions?  No.  In much of the economics
9    involved?  Yes.
10       **Q.  Have you ever personally been**
11   **involved in placing a repo trade?**
12       A.  No, I have not.
13       **Q.  I've looked through your résumé.**
14   **As far as I know, you have not worked in an**
15   **investment bank or financial institution; is**
16   **that correct?**
17       A.  That is correct.
18       **Q.  Have you ever testified previously**
19   **about repo transactions?**
20       A.  Not to my recollection, no.
21       **Q.  Written any peer-reviewed papers**
22   **about repo transactions?**
23       A.  No, I have not.
24       **Q.  Written any papers about repo**
25   **transactions?**

1    - P. Pfleiderer-
2        A.  I've written a paper that has to do
3    with financing of financial institutions.  I'm
4    trying to remember whether we specifically
5    talk about repo transactions in that it wasn't
6    the central focus of the paper, but it may
7    have been.  I have to go back and read the
8    paper.
9        **Q.  And do you consider yourself an**
10   **expert on the types of collateral that would**
11   **or would not be eligible in a commercial repo**
12   **transaction?**
13       A.  My understanding of the type of
14   collaterals that are generally used in the
15   haircuts that are generally used, I have an
16   understanding of what -- what would typically
17   be used.  But I don't have -- I don't have a
18   legal understanding of that.
19       **Q.  Do you consider yourself to be an**
20   **expert in terms of industry practices and**
21   **customs in the repo industry?**
22       A.  I certainly have knowledge, but I'm
23   not the world's expert.
24       **Q.  Do you consider yourself to be an**
25   **expert for purposes of this case with respect**

1    - P. Pfleiderer-
2    to those issues?
3        A.  I had not been asked, in what I was
4    asked to do, to specifically address detailed
5    issues related to the type of collateral that
6    would be in a commercially available repo.
7        I do offer an opinion that the type
8    of collateral that was associated with this
9    was extremely risky, hard to value, and
10   because of that would not be the type of
11   collateral that would be used given the type
12   of commercial repos that are -- overnight
13   repos that have to be -- have to be marked
14   quickly.  And so I do offer that opinion.  But
15   I am not an expert in terms of the commercial
16   practice of repos beyond -- beyond that
17   knowledge, but that's a clear conclusion that
18   can be drawn from the type of -- type of
19   collateral that was actually in this
20   particular repo.
21       **Q.  I know you offer the opinion.  Do**
22   **you consider yourself an expert in the matters**
23   **on which you are opining?**
24       A.  I do.
25       **Q.  What's the basis of your expertise**

Page 70

1      - P. Pfleiderer-
2  with respect to the commercial aspects of repo
3  transactions?
4      A.  The typical haircuts that are given
5  and the risks that would be involved and the
6  nature of the repo process means that
7  securities that are extremely hard to value
8  and have had extremely limited liquidity would
9  not be used in commercial repos having --
10  having fairly small haircuts and used for
11  short-term transactions.
12      Q.  And the basis of that expertise is
13  what, you've read stuff?
14      A.  I've read stuff and just my
15  knowledge of the risk that would be involved
16  in making a repo transaction when the
17  inventory or the collateral had those
18  characteristics.
19      Q.  Do you know one way or the other
20  whether collateral with those characteristics
21  was included in commercial repo transactions
22  at any time in September 2008 among any
23  commercial parties?
24      A.  I did not do an analysis, strict
25  analysis of that.
          TSG Reporting - Worldwide    877-702-9580

Page 71

1      - P. Pfleiderer-
2      Q.  Did you look at any other
3  commercial repo transactions to see what kind
4  of collateral was included in those repos?
5      A.  I'm not sure.  But I believe that
6  staff working at my direction was -- was
7  tasked with that.  But I personally did not.
8      Q.  And the staff that was tasked with
9  that, did they give you a report as to what
10  they found?
11      A.  I believe, as I recall, we had a
12  conversation about that but I don't believe it
13  took the form of an actual report.
14      Q.  Who did you have a conversation
15  with?
16      A.  That would have been with Marc
17  Vellrath.
18      Q.  And do you know what Mr. Vellrath's
19  basis of information was about those issues?
20  Is he a repo trader formerly?
21      A.  You'd have to ask him.
22      Q.  You don't know?
23      A.  I don't believe he was.  But he's
24  done quite a bit.  In his background, he may
25  very well have some experience.  You'd have to
          TSG Reporting - Worldwide    877-702-9580

Page 72

1      - P. Pfleiderer-
2  directly ask him.
3      Q.  But you're not aware of any
4  specific?
5      A.  I'm not aware of it, no.
6      Q.  Okay.  So you've gone ahead and
7  prepared this declaration, Exhibit 639-A.
8      Is it the case, sir, that the
9  securities that you've identified in Paragraph
10  3 in Romanette (i) through (vii), those are
11  securities that you believe are commonly used
12  in commercial repo transactions?
13      (Witness reviewing document.)
14      A.  No, I'm not -- I'm not saying that
15  here.
16      Q.  I know you're not saying that
17  there.  But you classified these securities
18  and you classified them for some reason, the
19  lawyers asked you to classify them.  Is that
20  the end to which you were classifying these
21  securities?
22      A.  No, it was not.  And it was not --
23  the opinion that I offer in my report was
24  based not on this particular exercise of
25  looking at these securities on this particular
          TSG Reporting - Worldwide    877-702-9580

Page 73

1      - P. Pfleiderer-
2  dimension, but rather on an understanding of
3  the type of securities that ended up being
4  delivered and the difficulty in marking them,
5  determining the risk, determining liquidity,
6  that drew -- that was what I base my
7  conclusion on more than a particular
8  categorization of this sort.  Although this is
9  certainly related.
10      MR. TAMBE:  We can take a break
11  now, if you like.
12      (Whereupon, a recess was taken
13  from 10:56 a.m. to 11:07 a.m.)
14      (Exhibit 640-A, 2/6/2010 letter to
15  Jones Day from Boise Schiller, marked
16  for identification, as of this date.)
17  BY MR. TAMBE:
18      Q.  Sir, I place before you a document
19  marked Exhibit 640-A.  Have you seen that
20  document before today?
21      A.  I'm not sure that I've seen this
22  precise document.  I think I've seen some of
23  this at some point in the last few months, but
24  I don't -- I don't believe I've seen this
25  particular document, no.
          TSG Reporting - Worldwide    877-702-9580

Page 74

- P. Pfleiderer-

1
2     Q.  The paragraph numbered one of this
3  document, states in the first sentence,
4  "Professor Pfleiderer participated in the
5  interviews of Richard Landreman, Gary Romain,
6  Sean Teague, Steven King and Jasen Yang.  Do
7  you see that?
8     A.  Yes, I do.
9     Q.  Okay.  I'm going to ask you a few
10 questions about those interviews.
11    A.  Yes.
12    Q.  Describe generally with respect to
13 those individuals, how many interviews there
14 were, how long they lasted, who else was
15 present.  So let's start with Richard
16 Landreman.
17    A.  My recollection is that was
18 probably the last one, and I'm going to guess
19 that it may have been an hour.  But there is a
20 potentially fairly wide airbound around that,
21 I can't recall specifically.
22    Q.  Do you recall if there were any
23 specific documents or issues that you
24 discussed with Mr. Landreman?
25    A.  I certainly don't recall any

TSG Reporting - Worldwide     877-702-9580

Page 75

- P. Pfleiderer-

1
2  documents, the issues, I have a vague
3  recollection of it.  This was all part of my
4  process to get comfortable with the type of
5  procedures that had been done in asking --
6  asking questions and getting answers and -- so
7  I don't recall any particular issues in
8  detail.
9     Q.  As a general matter with respect to
10 all five of these individuals, who identified
11 the people to speak with?  Who identified when
12 they would be interviewed and what topics?
13    A.  I don't remember the precise
14 process.  I had read -- I know that I read
15 Gary Romain's first deposition at that point,
16 and I know I read Jasen Yang.  So in
17 conversations with Marc Vellrath, I think we
18 discussed the usefulness of talking to them
19 further.  And I had read -- I read Stephen
20 King, so I know that I mentioned that.  I
21 don't recall specifically how Sean Teague and
22 Richard Landreman were identified.
23    I know that on a number of these
24 issues, a number of these interviews,
25 Professor Saunders was also on the line.  I

TSG Reporting - Worldwide     877-702-9580

Page 76

- P. Pfleiderer-

1
2  can't remember specifically which ones.  And
3  some of them may have been ones that he had
4  wanted or it may have been that in discussions
5  with some of the staff working at my
6  direction, these were identified.  But I do
7  recall having read Gary Romain, Steven King
8  and Jason Yang's depositions.  And whether I
9  had identified those or whether they had been
10 identified in some other way, I can't recall.
11    Q.  Do you know, looking at these five
12 names, which of these were identified by
13 Professor Saunders?
14    A.  I wouldn't know that, no.
15    Q.  Of these five, are there any in
16 particular that you remember identifying
17 yourself, not just asked?
18    A.  Again, I'm recalling that I had
19 specifically read before these interviews the
20 depositions of Gary Romain, Steven King and
21 Jasen Yang.  So it may very well have been
22 that on the basis of that, I said it may have
23 been interesting to talk to them.  But it may
24 have come about through some other way as
25 well.

TSG Reporting - Worldwide     877-702-9580

Page 77

- P. Pfleiderer-

1
2     Q.  So you may or may not have
3  identified any one of these people as subjects
4  for interview?
5     A.  Well, the ones in particular that
6  stand out in my mind are Gary Romain, Steven
7  King and Jasen Yang because I read their
8  depositions.  The others may have been
9  identified generically in the sense of asking
10 who else might be able to give back up.  So
11 they may not have been identified by name, but
12 rather generically.  But I sitting here today
13 cannot recall the exact process by which they
14 were identified.
15    Q.  You told us that the interview with
16 Mr. Landreman lasted an hour.  How about the
17 interview or interviews with Mr. Romain?
18    A.  Actually, I said it may have lasted
19 an hour.  It may have been a fair amount
20 longer than that, it may have been a fair
21 amount shorter.  Going on the recollection of
22 what I booked in my calendar when the
23 interview was set up, I think it was -- I'm
24 picturing it booked for an hour, but it may
25 have gone longer than that.

TSG Reporting - Worldwide     877-702-9580

Page 78

1          - P. Pfleiderer-
2          Q.  Are all of these interviews booked
3    in your calendar?
4          A.  I'm not sure.  Because I'm an
5    absentminded professor, and I sometimes put
6    things in my calendar and oftentimes I rely on
7    my very feeble memory.
8          Q.  How many interviews did you have
9    with Gary Romain?
10         A.  I'm recalling one but there may
11   have been a follow-up interview that I don't
12   recall now.
13         Q.  And how long was the one that you
14   recall?
15         A.  That was -- that was some time.  I
16   think it was certainly in -- certainly an hour
17   if not more.
18         Q.  Was that in person or over the
19   phone?
20         A.  No. All of these were
21   telephonically.
22         Q.  Do you remember what issues you
23   discussed with Mr. Romain?
24         A.  The one thing that -- the one thing
25   that stands out in my mind, just because he

TSG Reporting - Worldwide    877-702-9580

Page 79

1          - P. Pfleiderer-
2    said it so emphatically was -- I'm not sure
3    that I asked the question.  But the question
4    was asked.  There were, again, several people
5    on the line.
6          The question was asked if he had
7    any financial stake, if you will, in terms of
8    whether assets were marked high or low or
9    anything in terms of his personal incentives.
10   And he was very, very emphatic that his job
11   was to get it right and that there was no --
12   there was no bias.
13         I mean, I wasn't surprised that
14   that was the answer, but he -- he was very
15   clear in stating that the role that he had was
16   one to just achieve accuracy in the accounting
17   and the whole procedure.
18         Q.  Do you recall discussing any
19   valuation issues with him?
20         A.  There were certainly -- the bulk of
21   the phone call was on issues related to
22   valuation and procedures and would I -- what I
23   recall is that after that phone call, at some
24   point fairly soon after that phone call, I had
25   a conversation with Marc Vellrath and we

TSG Reporting - Worldwide    877-702-9580

Page 80

1          - P. Pfleiderer-
2    talked about that and what would be the issue
3    -- what the conclusions would be that would go
4    into the report or help define the conclusions
5    that would go into the report in terms of what
6    was drawn from that call.
7          But I don't recall, other than that
8    very emphatic statement that he made, I can't
9    recall the specific issues.
10         Q.  So you don't actually recall any of
11   the specific valuation issues that you
12   discussed with Mr. Romain?
13         A.  I know that there were a number
14   that were discussed and I know that -- I think
15   there were even more -- well, I shouldn't say
16   more but ones that were discussed with Sean
17   Teague at great length, but I can't recall the
18   exact content of that.
19         Q.  Did you keep notes of what
20   questions you were asking him and what answers
21   he was giving?
22         A.  No, I did not.
23         Q.  Did anyone in your staff?
24         A.  I don't -- I don't know
25   specifically now.

TSG Reporting - Worldwide    877-702-9580

Page 81

1          - P. Pfleiderer-
2          Q.  Did you provide any of these
3    witnesses with questions in advance of the
4    call so they would be ready for the
5    interviews?
6          A.  I personally did not, no.
7          Q.  Did your staff?
8          A.  Not to my direct knowledge, but I
9    don't know.
10         Q.  Did you identify particular
11   spreadsheets or files that you wanted
12   discussed with these individuals on the call?
13         A.  I don't recall that spreadsheets,
14   per se, were identified other than what may
15   have been -- the discussion was more on where
16   certain numbers came from, what procedures
17   were used.  But I don't recall, as I recall
18   that it was done on a basis of what do cell
19   three in column 4 -- or in column D represent.
20   I don't think that was the nature of the
21   discussion, I'm pretty sure it was didn't.
22         Q.  In any of these interviews, do you
23   recall having spreadsheets open on your
24   computer screen and you sort of walking
25   through the spreadsheets over the phone with

TSG Reporting - Worldwide    877-702-9580

Page 82

1          - P. Pfleiderer-
2  the interviewees?
3      A.  I don't believe so, no.
4      Q.  Now, you said there were a number
5  of valuation issues discussed with Sean
6  Teague.  How many interviews were held with
7  Mr. Teague?
8      A.  I'm trying to recall.  He was -- he
9  was on one of the phone calls.  As I recall,
10  there were some timing differences and he was
11  on a phone call -- and I don't recall
12  specifically which phone call he was on.  I
13  believe he may have piggybacked on the phone
14  call with Gary Romain, perhaps.  But I don't
15  recall.
16      Q.  Do you recall any of the specific
17  valuation issues discussed with Mr. Teague?
18      A.  Again, I think it was on some very
19  specific issues on procedures that were
20  followed.  I know some of the questions, I
21  know, had been identified by staff in looking
22  through the spreadsheets that they were --
23  they were looking through.  And there were --
24  there were questions about -- about procedures
25  that were being asked and I was hearing the
         TSG Reporting - Worldwide    877-702-9580

Page 83

1          - P. Pfleiderer-
2  answers.
3          And I recall that the basic contour
4  of the discussion was that Marc Vellrath who
5  was working, working quite closely with the
6  spreadsheets, as was I, but he was deep down
7  in the weeds, if you will, was asking
8  questions, and then I was asking follow-up
9  questions to get clarification in my mind.
10  And that was the basic contour of a fair
11  amount of the discussion, although I certainly
12  asked questions that were unprompted by
13  anything that was being asked by staff working
14  at my direction.
15      Q.  My question is narrower and more
16  focused.
17          Do you recall any of the specific
18  issues that you spoke with Mr. Teague about?
19      A.  Well, I believe that there was
20  discussion about -- I may be confusing this
21  with -- with one of the other calls.  But
22  there was certainly discussion about price and
23  marks, about midpoint valuations, questions
24  about, as I would recall, determining --
25  determining where things went, how they were
         TSG Reporting - Worldwide    877-702-9580

Page 84

1          - P. Pfleiderer-
2  valued, how they were categorized, what went
3  to the PMTG group and -- so there was a lot --
4  there was a lot that was discussed, but I
5  don't recall anything that gets beyond that
6  level of specificity.
7      Q.  Do you recall with respect to any
8  of these individuals, specific securities
9  being discussed?
10      A.  I know, or I'm almost completely
11  certain that in one or more of these phone
12  calls, the Pine CLOs were discussed, at least
13  that's my recollection.  I think that there
14  was a discussion in general about some of the
15  auction rate securities perhaps not by
16  individual name but rather more generically.
17  So there were some -- there definitely were
18  some specifics, and then there were other
19  things that were discussed more generically by
20  security type.
21      Q.  But in terms of specific
22  securities, you recall discussions about the
23  Pine CLO and certain auction-rate securities;
24  is that right?
25      A.  That's my recollection sitting here
         TSG Reporting - Worldwide    877-702-9580

Page 85

1          - P. Pfleiderer-
2  today.
3      Q.  And the auction-rate securities
4  you're alluding to, those are Giant Stadium
5  cap securities, sir?
6      A.  Here it may have been the Giant
7  Stadium securities or it may have been
8  auction-rate securities as a generic class of
9  securities.  That I don't recall.
10      Q.  Completing the list with Mr. King
11  and Mr. Yang.  Other than the description
12  you've provided of the kinds of issues
13  discussed, do you recall any specific issues
14  being discussed with either Mr. King or
15  Mr. Yang?
16      A.  My recollection is that issues were
17  discussed about pricing in the PMTG
18  classification and some of that, obviously,
19  would have been with Stephen King, although I
20  think some of those things were also discussed
21  with Gary Romain but probably more focused
22  discussions with Stephen King.
23          So, what I can't do, unfortunately,
24  is parcel out who discussed what specifically
25  and in what context or in what phone call
         TSG Reporting - Worldwide    877-702-9580

Page 86

1          - P. Pfleiderer-
2    specific things came up, but I do remember the
3    Pine CLOs definitely being discussed perhaps
4    in more than one phone call, probably in more
5    than one phone call.
6          **Q.   And the information you**
7    **collectively received from the series of**
8    **interviews helped form your opinion in this**
9    **case?**
10          A.   The information was -- was part of
11    the mix of the information that I had,
12    deposition testimony, these interviews,
13    carefully working with the spreadsheets that I
14    had done and that my staff had done.  So yes,
15    it formed -- it formed part of what went into
16    the overall conclusions that I'm drawing.
17          **Q.   And in part, you were able to pose**
18    **questions or get answers to questions that you**
19    **had about the spreadsheet and other data,**
20    **correct?**
21          A.   Oh, yes.  That's -- any question
22    that had come up, they -- they seemed to have
23    a quick answer to or they seemed to be able to
24    address the level of detail of questions that
25    I was posing and other people were posing on
         TSG Reporting - Worldwide    877-702-9580

Page 87

1          - P. Pfleiderer-
2    the phone call.
3          So that in itself gave me
4    additional comfort beyond what I could see in
5    the spreadsheets and everything else that a
6    lot of effort and thoughtful appraisal had
7    gone into the -- into the process.
8          **Q.   And with respect to any of these**
9    **interviews, did you keep any notes of any of**
10    **the questions asked or any of the answers**
11    **given?**
12          MR. SHAW:  Asked and answered.
13          A.   No, I did not.
14          **Q.   Did any of your staff members?**
15          A.   Again, I don't have direct
16    knowledge of that.
17          **Q.   And how about any counsel working**
18    **with you; did they keep notes of those**
19    **conversations?**
20          A.   You have to ask them.
21          **Q.   You haven't seen any such notes?**
22          A.   No, I have not.
23          **Q.   How were you recording the**
24    **information you were getting in the course of**
25    **these interviews?**
         TSG Reporting - Worldwide    877-702-9580

Page 88

1          - P. Pfleiderer-
2          A.   The staff, Marc Vellrath, and I
3    were listening to these phone calls, and then
4    we talked about basically how to proceed,
5    answer questions about how to look at certain
6    things in the spreadsheet.  What you see, for
7    instance, in my report about the Pine CLO was,
8    I believe, in part based upon the outcome of
9    those conversations as well as other
10    information that was -- that was in the
11    filing.
12          **Q.   I'm just trying to understand how**
13    **you recorded the information.**
14          **Did you record any of the**
15    **information you received in any of these**
16    **interviews in any form?**
17          A.   I personally did not, no.
18          **Q.   Did your staff?**
19          A.   Again, my understanding is that
20    they were in the phone call and that this was
21    informing what they were doing in terms of
22    processing information on the spreadsheets.
23    And then in terms of sitting down and looking
24    at those spreadsheets, we were informed by
25    that.
         TSG Reporting - Worldwide    877-702-9580

Page 89

1          - P. Pfleiderer-
2          **Q.   Turning to your report,**
3    **Exhibit 633-A.  If you can turn to page No. 2**
4    **of the report.**
5          **In footnote 3 you say you are not a**
6    **CPA and you did not examine and do not opine**
7    **as to whether Barclays' accounting for its**
8    **acquisition of LBI's North American**
9    **broker-dealer businesses complied with**
10    **applicable accounting principles.**
11          **Do you see that?**
12          A.   I do.
13          **Q.   Are you offering any opinion in**
14    **this matter on the propriety of any of the**
15    **accounting policies and practices followed by**
16    **Barclays?**
17          A.   So if I'm asked to answer the
18    question, does all of their accounting or even
19    part of their accounting meet certain
20    regulatory standard or IS standards, I am not
21    a regulator and I am not a CPA, so I would not
22    presume to be able to answer that question.
23          On the other hand, I'm able to look
24    at the process that they followed in terms of
25    valuing the securities that they received and
         TSG Reporting - Worldwide    877-702-9580

Page 90

```
 1        - P. Pfleiderer-
 2  looking at how they accounted for it, and
 3  understand from that enough, or more than
 4  enough to form the opinions that I'm drawing
 5  in the report so I would make the distinction
 6  between being able to do what a CPA or someone
 7  who is certified to basically make a judgment
 8  on whether accounting standards have been met,
 9  since I'm not a CPA and do not have that level
10  of certification, I certainly can't do that.
11        But in terms of understanding what
12  was done and whether it represents, how it
13  represents the transaction and what occurred,
14  then I certainly am able to do that and to
15  judge -- judge from what they did in the
16  acquisition accounting, for instance, how that
17  relates to various issues in this case.
18     Q.  Do you believe yourself to be an
19  expert on any accounting standards?
20     A.  If the line to determine whether
21  one is an expert is having a CPA, then I fall
22  below that line.  If the line is: Do you
23  understand accounting principles and can you
24  look at this and determine whether some basic
25  accounting principles have been followed?
```

TSG Reporting - Worldwide    877-702-9580

Page 91

```
 1        - P. Pfleiderer-
 2  Then I have some -- more than some ability to
 3  do that.  But I'm not a certified public
 4  accountant.
 5     Q.  Have you ever testified on the
 6  adequacy or application of accounting
 7  standards in any matter?
 8     A.  I've never been asked to because,
 9  again, I'm not a certified public accountant.
10     Q.  Do you consider yourself to be an
11  expert on standards of disclosure or adequacy
12  of disclosure in bankruptcy proceedings?
13     MR. SHAW:  Objection to form.
14     A.  I'm not sure how to answer this
15  question because the question you asked before
16  about accounting, there's a clear bright line.
17  You're either a certified public accountant or
18  you're not.  I'm not sure if there's a bright
19  line to be drawn here.
20        Certainly much of my academic work
21  has been concerned with information and how
22  information gets disclosed into markets.  And
23  so I certainly have expertise along those
24  lines.
25        But in terms of understanding
```

TSG Reporting - Worldwide    877-702-9580

Page 92

```
 1        - P. Pfleiderer-
 2  precise regulatory requirements in any
 3  particular setting, whether it's U.S. or U.K.,
 4  I don't have that expertise.
 5     Q.  And in terms of what the standards
 6  may be for the adequacy of disclosures made to
 7  a bankruptcy court, that's not something that
 8  you are an expert?
 9     MR. SHAW:  Are you asking him what
10  the legal standards are?
11     MR. TAMBE:  My question --
12     Q.  Do you understand my question, sir?
13     A.  No.  Because when you use words
14  like "adequacy," I think I can only answer
15  that question when I understand what the --
16  what the line is being drawn.  If it is a
17  legal decision or legal assessment has to be
18  made, I do not have a legal background.
19        If it's a question about
20  information that's required to make various
21  decisions, then my training as a financial
22  economist is certainly relevant to questions
23  that would arise when it's posed in that
24  regard.
25     Q.  So when it's posed in that regard,
```

TSG Reporting - Worldwide    877-702-9580

Page 93

```
 1        - P. Pfleiderer-
 2  are you offering any opinion as to the
 3  adequacy of the disclosure that was made to
 4  this Bankruptcy Court with respect to this
 5  transaction?
 6     A.  The opinions I offer are those that
 7  are in my report.  And to the extent that they
 8  touch upon that, then I am.
 9     Q.  Do you believe any of your opinions
10  touch upon the adequacy of the disclosure made
11  to the Bankruptcy Court in this case?
12     A.  I think at the end I'm referring to
13  decisions that were made ultimately by the
14  Court.  I don't know whether there's a direct
15  implication there that there was adequate
16  disclosure, but it's certainly implied by what
17  I'm saying that I believe that the decisions
18  that were reached were based upon the
19  information that was available and was
20  presented to the Court, and it was reasonable
21  to conclude as the Court concluded.
22        So that certainly touches upon the
23  issue of adequate disclosure, perhaps not in a
24  legal sense, but in other senses.
25     Q.  Let me make sure I understand.
```

TSG Reporting - Worldwide    877-702-9580

Page 94

1      - P. Pfleiderer-
2          **Putting aside what you believe may**
3  **be implied by your report, are you directly**
4  **offering the opinion that adequate disclosure**
5  **of the facts of this transaction was made to**
6  **this Bankruptcy Court?**
7      A.  Well, I have to go back and look in
8  my report.  I don't believe I make that
9  particular statement.  But it may be that if
10  we went through each of the opinions,
11  especially those at the end, that they are
12  related to issues that would relate to
13  adequate disclosure.
14          **Q.  Is any part of any opinion that you**
15  **are offering in this matter based on your**
16  **views of the credibility of witnesses?**
17      A.  I think the answer to that almost
18  has to be yes.  I've read -- I've read many
19  depositions.  For instance, thinking back on
20  it now, it occurs to me you're asking about
21  the repos and whether they were
22  commercially -- whether the inventory that was
23  received in the repo was adequate or -- or not
24  adequate, but would be associated with what
25  would be considered normal for a commercial
       TSG Reporting - Worldwide    877-702-9580

Page 95

1      - P. Pfleiderer-
2  repo.
3          And I remember reading, I believe
4  it was Stephen King and perhaps in some other
5  deposition testimony, fairly strong statement
6  that it was not.  So that was certainly part
7  of the reason that I reached the conclusion or
8  made the statement that it was not
9  commercially normal -- commercially normal
10  repo was based upon testimony that I read in
11  the record.
12          And to the extent that I'm relying
13  on that, I'm assuming that Steven King was
14  telling the truth.
15          **Q.  And there's other testimony in the**
16  **record that you reviewed that you did not rely**
17  **on, correct?  And we'll go through examples.**
18          **But generally, you are aware that**
19  **there are deposition and passages in**
20  **depositions which you have given little or no**
21  **weight to, right?**
22      A.  If you want to point out specific
23  things, then I can say whether I -- how I
24  weighed it and how I interpreted it.  I'm not
25  going to make a blanket statement.  But if we
       TSG Reporting - Worldwide    877-702-9580

Page 96

1      - P. Pfleiderer-
2  were going to talk about specific things, I
3  can tell you to what extent that factored into
4  the conclusions that I'm drawing in my report.
5          **Q.  Okay.  But as a general matter, it**
6  **did factor into the conclusions you are**
7  **drawing into your report, the credibility,**
8  **your assessment of the credibility of**
9  **particular witnesses?**
10          MR. SHAW:  Objection to form.
11  Compound.  Vague.
12      A.  I think the only way that I can
13  answer that is as an expert, I reviewed the
14  record of people who were under oath.  And I
15  don't think it is my role as an expert to make
16  judgments about credibility.  My understanding
17  would be that ultimately that's what the Court
18  does.
19          So I certainly was not -- I can
20  answer the question the following way.  It was
21  never the case that I read something and said
22  to myself that person is varicating,
23  exaggerating, lying under oath.  So I took the
24  record exactly as it was.  That people were
25  testifying under oath, lots of information was
       TSG Reporting - Worldwide    877-702-9580

Page 97

1      - P. Pfleiderer-
2  given.
3          It is obviously a somewhat confused
4  record because people are saying different
5  things and have different recollections, and
6  that's why I felt for some of the conclusions
7  I read, it was useful to look at the actual
8  information that was there that wasn't going
9  to be based on people's recollections.  For
10  example, looking at the actual balance sheet
11  that Lehman Brothers had on Friday, September
12  the 12th was actually a good way to actually
13  get to the issue of what was the valuation
14  based upon Lehman marks at the time -- at
15  least on the 12th, at the time before the
16  transaction was even being contemplated.
17          So it is a confused record in that
18  way for the very simple reason that an
19  extraordinary amount of volatility in both the
20  markets and in this process was occurring over
21  this week.  But I did not in any way draw a
22  conclusion that I can rely on X and not rely
23  on Y because X is telling the truth and Y is
24  lying.  I did not go through that at all.
25          **Q.  With respect to the example you**
       TSG Reporting - Worldwide    877-702-9580

1          - P. Pfleiderer-
2  **just mentioned, the balance sheet valuation,**
3  **there you looked at what you believed to be**
4  **the balance sheet of Lehman Brothers on**
5  **the 12th of September in drawing your**
6  **conclusions, as opposed to the testimony of**
7  **witnesses about what may or may not have**
8  **happened in terms of negotiating a discount at**
9  **the inception of the trade; is that right?**
10      A.  Just to be clear, I looked at two
11  things.  I looked at a spreadsheet that was
12  produced based on the balance sheet of the
13  12th, which is a summary balance sheet.  And
14  then staff working under my direction went to
15  the GFS system and verified the numbers in
16  that spreadsheet were very close to what was
17  appearing in the GF system.
18      Q.  **With respect to that example, you**
19  **relied on that data as opposed to the**
20  **testimony of individuals who testified about**
21  **the existence of a potential $5 billion**
22  **discount at the inception of the transaction,**
23  **correct?**
24      MR. SHAW:  Objection.
25      Mischaracterizes the prior testimony.

1          - P. Pfleiderer-
2      A.  What I did is look at a situation
3  where there was a confusing record, if you
4  will, about what valuations were and what they
5  were relative to Lehman marks.  And I went
6  back and did the obvious thing, what I think
7  is the obvious thing, of looking at what the
8  Lehman marks were.
9      And by looking on Friday the 12th
10  before there would be any chance that they
11  would be influenced by any process, secret or
12  not, we can get to a way to make an assessment
13  that doesn't rely on people's recollections.
14      And in a case where people's
15  recollection are, shall we say, a bit of
16  exaggeration but all over the map when you
17  have documentary record there based upon
18  Lehman's own systems on the 12th, you can cut
19  through that confusion to a great extent and
20  look at what these assets were being valued at
21  on the 12th.
22      Q.  **And the system you are referring**
23  **to, Lehman's own system, is the GFS system**
24  **that you're referring to with respect to this**
25  **example?**

1          - P. Pfleiderer-
2      A.  Well, there were two, two bases for
3  this.  One was the GFS system and one was a
4  spreadsheet that was produced that that was
5  referenced at the top "Lehman's balance sheet"
6  on the 12th.
7      Q.  **If we can just move in your report,**
8  **in Volume I of your report, to your**
9  **qualifications which I believe appear on**
10  **page 80.**
11      **At the bottom of page 80, moving on**
12  **to page 81, you have under "Experience" a**
13  **series of professorships that you have held**
14  **going back to 1977.  Do you see that?**
15      A.  I wouldn't call the professorships
16  that I had before 1981 professorships.  I had
17  research assistant positions and teacher
18  assistant positions, but those would not be
19  referred to as professorships.
20      Q.  **Are there other work experiences**
21  **where you were employed by other institutions**
22  **in this time period between 1977 and the**
23  **present, that you have excluded from this list**
24  **of experience?**
25      A.  Well, I did mention that I did have

1          - P. Pfleiderer-
2  a firm that is called Quantal International.
3  I don't list it on here because this I
4  interpret to be my academic résumé, it is the
5  only résumé that I have.
6      In terms of positions, academic
7  positions?  No.  These are the only positions
8  I have.  I joined Stanford Graduate School of
9  Business immediately upon my completion of my
10  Ph.D.  And to be quite technical, before I
11  before '81 before I completed my Ph.D.  I
12  completed my Ph.D. in 1982 but I was and have
13  been in Stanford since 1981.  So I've had no
14  other academic appointments.
15      Q.  **Your company is it Quantal?**
16      A.  Quantal, Q-U-A-N-T-A-L.
17      Q.  **Are you the sole owner of that**
18  **company?**
19      A.  No.
20      Q.  **Who are the other owners?**
21      A.  Another owner is Terry Marsh, who
22  is a professor at the University of California
23  at Berkeley and is now an emeritus member of
24  their faculty and he's the other major owner.
25  But you have a stock option plan and there are

Page 102

1          - P. Pfleiderer-
2    other owners as well.
3          Q.   When did you form Quantal?
4          A.   I believe in 1992, if memory serves
5    me correctly.
6          Q.   What kind of a business is Quantal?
7          A.   Originally it was set up as a
8    business to provide risk estimates and large
9    equity portfolios.  So we developed a risk
10   model which is basically a factor, implicit
11   factor model, statistical factor model to
12   explain correlations and risks across the
13   worldwide equity portfolio.
14         And one of the roles I had was to
15   develop the algorithms that did that
16   assessment, and I also wrote an optimizer that
17   would be used for portfolio optimization.
18         Q.   Of equity securities?
19         A.   Of equity securities.  We also
20   developed some fixed income risk models that
21   would be integrated into the equity model, and
22   that's still under some development.  So the
23   original concentration was in equities.
24         Q.   In the course of this assignment,
25   did you use any of the algorithms and models

TSG Reporting - Worldwide    877-702-9580

Page 103

1          - P. Pfleiderer-
2    that have been developed at Quantal?
3          A.   No, I did not.  I don't believe I
4    used anything that would be -- any
5    intellectual property that I developed there.
6          Q.   Now, for purposes of this
7    assignment, you have worked with staff at the
8    Finance Scholars Group?
9          A.   That is correct.
10         Q.   And what is the Finance Scholars
11   Group?
12         A.   The Finance Scholars Group, as I
13   understand it, and I don't have a complete
14   understanding necessarily of all that they do,
15   but my understanding is that among the things
16   that they do is litigation support assisting,
17   for example, experts such as myself in
18   handling cases where there is more than three
19   CUSIPs.
20         Q.   And is it the case here that you
21   are one of the experts that works with Finance
22   Scholars Group; is that right?
23         A.   I know that Professor Saunders also
24   worked with them.  There may be other experts
25   that worked with them, but only Professor

TSG Reporting - Worldwide    877-702-9580

Page 104

1          - P. Pfleiderer-
2    Saunders the one that I have knowledge of as
3    having a relationship with the Finance
4    Scholars Group.
5          Q.   Have you worked with the Finance
6    Scholars Group prior to this engagement?
7          A.   No.  This is the first time I had
8    the opportunity to work with them.
9          Q.   Does the Finance Scholars Group
10   have a permanent staff?
11         A.   Yes.  My understanding is that they
12   do.
13         Q.   Have you worked with any of the
14   members of their staff prior to this
15   engagement?
16         A.   Prior to this engagement?  No.
17   Actually, I have to be careful in answering
18   that.  Because I have worked with other
19   litigation support groups and there is always
20   a staff that is assisting and sometimes you
21   meet some of that staff and some of the others
22   you don't meet.  And there is the possibility
23   that someone that was working on a prior case
24   and assisting me, unbeknownst to me, is now
25   working at the Finance Scholars Group.

TSG Reporting - Worldwide    877-702-9580

Page 105

1          - P. Pfleiderer-
2          So I can only say that I don't know
3    anyone that's working at the Finance Scholars
4    Group that worked on the case previously with
5    me.
6          Q.   Just describe for me generally the
7    role played by Finance Scholars Group with
8    respect to the preparation of your report.
9          MR. SHAW:  I'll give you some
10         latitude on this, Jay, but I would note
11         that there are limits on discovery in
12         the experts stipulation of the parties
13         that's been entered here.
14         A.   So one thing I could say is that
15   they had access to all of the -- all of the
16   spreadsheet data that was used in the
17   preparation of my report as did I.  And they
18   spent a lot of time doing the -- some of the
19   analysis on that.
20         For example, just to give you an
21   example, in one part of my report, I have a
22   reporting of what portion of the Lehman
23   portfolio was marked Level 1, Level 2 and
24   Level 3.  And they went through the GFS
25   report.  And there's a column -- I've looked

TSG Reporting - Worldwide    877-702-9580

Page 106

1          - P. Pfliederer-
2    at this.  There's a column in that, as I
3    recall it, it is column BQ in one of the GFS
4    reports, that has a 1, a 2 or a 3 that
5    reflects whether it is a Level 1, Level 2 or
6    Level 3 security.  And what they did is they
7    went through and sorted it and determined what
8    percentage was in each one of those
9    categories, and that appears in my report.
10        So that would be an example of one
11   of the things that they did.
12   **Q.  And in terms of the drafting and**
13   **the preparation of your report, what role did**
14   **they play in that?**
15        A.  The process was one of -- I met
16   with Marc Vellrath and we sat down and I came
17   up with an outline on the topics and sub
18   outline of what I wanted to have covered, and
19   the sub outline of individual points in that.
20   And some of the drafting, I believe -- it gets
21   a little bit confused.  But some of the
22   drafting of that was done by me.  But most of
23   the initial draft was done by him.
24        And then I received an initial
25   draft, rewrote parts of it, changed things,

TSG Reporting - Worldwide    877-702-9580

Page 107

1          - P. Pfliederer-
2    and there was this type of back and forth.
3    Lots of conversations over the phone, several
4    meetings in Palo Alto, and proceeded in that
5    fashion.
6    **Q.  In terms of your valuation opinion**
7    **as to value of the fed repo replacement**
8    **collateral, is there a single CUSIP in the**
9    **list of securities that were transferred where**
10   **you disagreed with Barclays' valuation, you**
11   **thought they got it wrong?**
12        A.  I certainly don't recall looking at
13   any particular CUSIP and saying that has to be
14   wrong.  I mean, that certainly never occurred.
15        What I did look at are exercises of
16   the following sort, for example.  And I don't
17   recall whether this -- I have to go back and
18   check whether this was in the initial
19   inventory, I believe it may have been, but
20   perhaps it was in the inventory that was
21   received with the J.P. Morgan settlement.
22        But there were -- for instance,
23   there was commercial paper.  A good example is
24   commercial paper that was issued by LBHI which
25   my recollection is were being carried on BoNY

TSG Reporting - Worldwide    877-702-9580

Page 108

1          - P. Pfliederer-
2    marks on 98 cents on the dollar.  I may be
3    wrong about that, it may have been 95, but it
4    was above 90 is what I recall.  And Lehman --
5    excuse me, I misspoke.  Barclays marked that
6    on ten cents on the dollar or something close
7    to that.
8         And I don't know whether it was
9    correct at ten cents or nine cents or 11
10   cents, so it wasn't the case that I would look
11   at that and say, oh, it should have been eight
12   cents or it should have been 13 cents.  That
13   would have certainly been beyond what I need
14   to do to reach the conclusions that I did.
15        But the question is:  Is this
16   valued more appropriately at 90 cents or 98
17   cents on the dollar, commercial paper of a
18   company that's filed for bankruptcy, or ten
19   cents.  And there, it is very clear that its
20   reliable estimate of value that could be
21   realized, the ten cents is much closer than
22   the 98 cents.
23        So the answer to your question is,
24   no, I did not see any CUSIP where I decided
25   that the decision that was made by Barclays

TSG Reporting - Worldwide    877-702-9580

Page 109

1          - P. Pfliederer-
2    was patently wrong.
3    **Q.  And was there any asset class or**
4    **subclass of securities with respect to which**
5    **you concluded that the process followed by**
6    **Barclays was wrong?**
7         A.  No.
8    **Q.  Not a single one?**
9         A.  By "asset class," you mean the
10   corporates, the --
11   **Q.  The corporates, the agency, the**
12   **PMTGs.  You know, the various ways in which**
13   **securities were sliced and diced and dealt**
14   **with as classes of securities.**
15       **With respect to any such class of**
16   **security, did you reach the conclusion that**
17   **Barclays had gotten it wrong?**
18        A.  No, I did not reach that
19   conclusion.  Because again, there is no way to
20   say it should have been 11 cents or ten cents
21   or nine cents.  The issue is whether the marks
22   are appropriate for this particular asset
23   class at this time given the market situation.
24        And you look at -- for example, you
25   look at the quotes that they were getting and

TSG Reporting - Worldwide    877-702-9580

Page 110

1        - P. Pfleiderer -
2  you ask: Is it reasonable for them to use the
3  Bloomberg prices or the prices that they're
4  getting from external vendors in the way that
5  they did?  And the answer is yes, in my
6  opinion.
7        Much of what was actually valued
8  was the result of sales that occurred very
9  shortly after the transaction.  And so it
10 would be rather presumptuous for me to say
11 that Barclays who is marking this at the
12 actual sale that they realized is wrong and
13 that there's a better indication of what value
14 they could have realized than what they
15 actually realized immediately after the
16 transaction.
17       Q.  When you say "much of what's being
18 valued" was the result of sales, give me a
19 ballpark percentage?  50 percent?  60 percent?
20       A.  Well, I can't give you a
21 percentage.  What I can tell you is that if
22 you look at, for example, the PMTG spreadsheet
23 and you go down, you'll see that there are
24 quite a few CUSIPs that were valued at the
25 sale price.  And I refer to some of those in
           TSG Reporting - Worldwide    877-702-9580

Page 111

1        - P. Pfleiderer -
2  my -- my report.
3        And whenever Barclays in those
4  cases had an initial mark as they oftentimes
5  did, and then a sale transaction that occurred
6  very shortly thereafter, they took the sale
7  transaction rather than the initial mark with
8  the liquidity adjustment as the -- as the
9  value to be assigned for that particular
10 CUSIP.
11       And if we open up that spreadsheet,
12 I can show you numerous examples.
13       Q.  And we will do that.  But a couple
14 of questions I have about the sales process.
15       For any of the sales that you just
16 referred to that are identified in those
17 spreadsheets, do you know the dates on which
18 those sales actually occurred?
19       A.  I'd have go back and look at the
20 spreadsheet to see.
21       Q.  Would that be important to
22 assessing the validity of the price or the
23 value that Barclays assigned to a particular
24 CUSIP, when the sale was done?
25       A.  My understanding from, I believe
           TSG Reporting - Worldwide    877-702-9580

Page 112

1        - P. Pfleiderer -
2  conversations with -- I believe it was Gary
3  Romain, was that those sales occurred very
4  shortly after the closing of the transaction.
5  And I'd have to go back and look at the
6  spreadsheet to see if there is some -- some
7  commentary on the side that indicates --
8  indicates the date of the sale.
9        I know that in some cases, I
10 believe, having looked at the spreadsheet, I
11 believe there are cases where that isn't
12 available.  I know that in all cases, I
13 believe it had to be before the 30th, but I
14 believe that many of them were within a few
15 days of the transaction.
16       Q.  Are you aware of any sales that
17 occurred after the 30th of September 2008 and
18 which are being valued at a sales price
19 obtained after September 30, 2008?
20       MR. SHAW:  Are you talking just
21 about the original inventory or the
22 J.P. Morgan --
23       MR. TAMBE:  The original inventory.
24       A.  I'm not aware of it, having looked
25 through the spreadsheets.  But my
           TSG Reporting - Worldwide    877-702-9580

Page 113

1        - P. Pfleiderer -
2  recollection -- I certainly did not encounter
3  any.  So the answer to your question is I'm
4  not aware of any that were after the 30th.
5        Q.  With respect to any of the sales,
6  did you ever ask to see any trade tickets
7  reflecting the sale of any of the securities?
8        A.  I did not.  Staff working at my
9  direction may have, but not to my knowledge.
10       Q.  Do you know the nature of the sales
11 that are being referred to in those
12 spreadsheets?
13       A.  I'm not sure I understand what you
14 mean by "nature of the sales."
15       Q.  Are these sales internally within
16 Barclays or sales to third parties?  Do you
17 know?
18       A.  My understanding is that the bulk
19 of them were sales to third parties because
20 the initial auction to the desk, I believe,
21 I'd have to go back and review the record, was
22 done -- I'd have to check the record to see
23 exactly what that was.
24       MR. SHAW:  Whenever you reach a
25 good stopping point.
           TSG Reporting - Worldwide    877-702-9580

Page 114

1      - P. Pfleiderer-
2      **Q.  You said you have to go back and**
3  **check.  What would you check to determine the**
4  **answer to that question?**
5      A.  I'd go back and check the -- the
6  spreadsheets and also what I'm -- what I can't
7  quite remember is the testimony of Gary
8  Romain.  I believe there was some testimony on
9  this.  Although it may have been -- it may
10  have been -- it may have been information that
11  was in the phone call that I realized was
12  covered and I just can't remember right now.
13      **Q.  Other than what may have been**
14  **stated to you in a telephone call or what you**
15  **may have read in a deposition, have you at any**
16  **point seen any documentary evidence of sales**
17  **to third parties of this collateral prior to**
18  **September 30, 2008?**
19      MR. SHAW:  Objection.  Asked and
20      answered.
21      A.  I think you did ask that question.
22  Because you asked for trade ticket.
23      **Q.  Trade tickets, yes.  But there may**
24  **be other documents you've seen that showed**
25  **that there were sales to third parties?**

TSG Reporting - Worldwide    877-702-9580

Page 115

1      - P. Pfleiderer-
2      A.  I don't believe that I've seen any.
3  Although, I'd have to go back.  I do recall
4  some e-mails that may have talked about sales
5  to third parties.  I'd have to go back and
6  check.  It may be the staff at my -- working
7  at my direction had seen some of this, but I
8  don't have direct knowledge of that.
9      **Q.  Putting aside sort of to whom the**
10  **sales were made, do you have any information**
11  **as to lot sizes in which the trades were done?**
12      A.  I'd have to go back and look at the
13  spreadsheets.  Because I believe that in most
14  of the cases, the whole position was sold, but
15  I don't believe that it speaks to exactly how
16  it was disposed of.  But I have to check the
17  spreadsheet again.
18      **Q.  Would you agree with me that the**
19  **lot size in which the position was disposed of**
20  **could affect the value obtained on the sale of**
21  **that position?**
22      A.  Well, that is exactly the point
23  here.  That the need to mark these assets,
24  these securities to an exit price should
25  affect the price that it does depend -- the

TSG Reporting - Worldwide    877-702-9580

Page 116

1      - P. Pfleiderer-
2  exit price does depend upon the lot size.
3      So to the extent that you're
4  needing to get an accurate estimate of what is
5  the realizable price through an orderly exit
6  that you will achieve on a particular
7  security, yes, indeed, it will be affected by
8  that.  And by looking at the actual market
9  price, you no longer really have to make an
10  estimate, you actually see what actually
11  happened.
12      **Q.  How do you define "orderly exit"?**
13      A.  Orderly exit is --
14      **Q.  Is it dumping all of the securities**
15  **in one go?**
16      A.  No.  That certainly was not what
17  happened here.  That would be a fire sale,
18  where everything is -- is dumped pretty much
19  precipitously, and that was not what happened
20  here because a lot of the positions were held
21  and a lot of the positions were not dumped on
22  the first or second day.
23      So orderly exit is something that
24  was not a fire sale but it was well-known that
25  Barclays was going to sell off many of these

TSG Reporting - Worldwide    877-702-9580

Page 117

1      - P. Pfleiderer-
2  securities because it was bearing risk and
3  holding them.  A lot of them couldn't be
4  hedged and it was -- really some of them, some
5  of them couldn't be well hedged.  Some of them
6  could be hedged.  But with ones that couldn't
7  be hedged, there would be a greater incentive,
8  to the extent that you could, to unwind those
9  positions in a fairly orderly fashion but not
10  hold them for six months or a year.
11      **Q.  Would an orderly sale include**
12  **taking, for example, $100 million position and**
13  **selling it out in lot sizes of $10 million?**
14  **Is that an example of an orderly sale?**
15      A.  It could be.
16      **Q.  And it would be an appropriate way**
17  **of avoiding dumping or a fire sale price?**
18      MR. SHAW:  Objection to form.
19      A.  The question has to be asked in the
20  context of what the market conditions are.
21      **Q.  The depth of that particular**
22  **market?**
23      A.  The depth of that particular market
24  would be an issue.  And also the risk involved
25  in holding it.  Barclays and anyone that

TSG Reporting - Worldwide    877-702-9580

Page 118

1      - P. Pfleiderer-
2  receives a risky inventory like this is going
3  to be making a trade-off, is going to be
4  conscious of a trade-off between holding --
5  holding something over longer period of time
6  and having to bear the risk of that when it is
7  not a position that you wanted to hold in the
8  first place, versus selling it off relatively
9  quickly but not in fire sale condition and
10  relieving yourself of that risk and getting a
11  reasonable price for it.  But necessarily an
12  exit price, because you are exiting the
13  position.
14      **Q.  With respect to any of the exit**
15  **prices because the exit prices were based on**
16  **sale as indicated on the spreadsheet, did you**
17  **or your staff do any work to determine how the**
18  **prices Barclays obtained compared to prices**
19  **that prevailed in the markets for those**
20  **securities on those days on which the sales**
21  **were made?**
22      MR. SHAW:  Objection to form.
23      **Q.  Do you understand my question?**
24      A.   Could you read it back, please?
25      (Record read as follows:
TSG Reporting - Worldwide    877-702-9580

Page 119

1      - P. Pfleiderer-
2  "Question: With respect to any of the
3  exit prices, because the exit prices
4  were based on sale as indicated on the
5  spreadsheet, did you or your staff do
6  any work to determine how the prices
7  Barclays obtained compared to prices
8  that prevailed in the markets for those
9  securities on those days on which the
10  sales were made?")
11      A.   Let me give you a general answer
12  to, first of all, the context to which you're
13  asking that question.  There are securities
14  that were received in the inventory that were
15  relatively easy to mark because there was an
16  active market and prices were available
17  through pricing sources, and in those cases
18  where the prices were readily available
19  through the pricing source, in many of those
20  cases, if not most, those were the marks that
21  were applied at midpoint marks by Barclays.
22      The problem with this portfolio was
23  that there were a number of securities for
24  which there weren't active markets.  There
25  were very thin markets or nonexistent markets,
TSG Reporting - Worldwide    877-702-9580

Page 120

1      - P. Pfleiderer-
2  or almost nonexistent markets.
3      So the question you're asking about
4  some of these exits is, would you have been
5  able to compare the price that Barclays
6  received to a quote/unquote ongoing price in
7  the market, and the answer to that is that
8  there wouldn't have been an ongoing price in
9  the market.
10      I did not personally check to see
11  whether it corresponded to some ongoing price
12  in the market because I fully well knew that
13  in many of these cases there wouldn't be an
14  ongoing price in the market.
15      Now, I don't know, it may be the
16  case that my staff working on this did check
17  some of that, but I personally did not.
18      **Q.  Did your staff working on this**
19  **report to you, with respect to any of the**
20  **sales that Barclays actually did, about how**
21  **Barclays sales price compared to the prices**
22  **that were obtainable from other sources for**
23  **those securities for the days on which the**
24  **sales were made?**
25      A.   For the sales that I was referring
TSG Reporting - Worldwide    877-702-9580

Page 121

1      - P. Pfleiderer-
2  to that are particularly important in this
3  regard are ones that were in the PMTG section
4  of the inventory.
5      **Q.  My question is not so limited.  I'm**
6  **asking about all the sales that are part of**
7  **the valuation.  Every single security that was**
8  **sold.  For any of those securities, did you do**
9  **a price check?  Any one of those securities,**
10  **did you do a price check?**
11      A.   I'm going to be very careful here.
12  Because the question as I understood it was
13  when a sale price was used to determine the
14  realizable value of the asset.  So it is
15  certainly the case that Barclays acquired
16  securities, marked them according to various
17  external information that was available and
18  used that as the price, the midpoint price to
19  which it, in many cases adjusted downward to
20  convert it into an exit price.  And
21  subsequently, quite likely sold it but used
22  that midpoint price, adjusted by the haircut,
23  to basically represent the exit price.
24      So we have to distinguish cases --
25      **Q.  I'm not talking about that type,**
TSG Reporting - Worldwide    877-702-9580

Page 122

1        - P. Pfleiderer -
2  that example.  The example I'm talking about
3  is exactly the opposite of that.
4        MR. SHAW:  Jay, please stop
5     interrupting his answers.
6        MR. TAMBE:  He needs to answer the
7     questions I'm asking him.  I don't want
8     this to be an endless filibuster
9     session.  Okay?  This is technical
10    stuff.  There are lots of places to go
11    and hide in the answer.  I've asked a
12    very specific question.
13       Q.  Let me rephrase it, if there is any
14 confusion in your mind about what it is that
15 I'm asking for.
16       I'm asking for that universe of
17 trades for which Barclays sold the securities,
18 as you said, very shortly after --
19       A.  Right.
20       Q.  -- the acquisition date, so before
21 September 30, 2008, and used the sales price
22 actually obtained on the sale as the price on
23 which they would mark that security or value
24 that security for purposes of the acquisition
25 balance sheet.  Right?  That universe of

TSG Reporting - Worldwide    877-702-9580

Page 123

1        - P. Pfleiderer -
2  trades, those CUSIPs.
3        With respect to any of those
4  CUSIPs, did you or your staff go out into the
5  market or use any tools available to you to
6  determine whether the sales price used was
7  consistent with, higher, lower, how it
8  compared to prevailing prices for that
9  security in the relevant market on the
10 relevant sale date?
11       A.  And just to be clear, I was not
12 filibustering, I was trying to make sure that
13 the distinction was made between securities
14 that were marked and subsequently sold, but
15 that the mark, the original mark was used and
16 that the classes of securities that might have
17 been originally marked and subsequently sold,
18 and the sale price was used.  And there is a
19 distinction there.
20       So in answering your question, I
21 was wanting to make sure that we were talking
22 about that latter universe.
23       Now that's clarified, it is my
24 recollection that most of that was in the PMTG
25 group.  And I have to go back and look at some

TSG Reporting - Worldwide    877-702-9580

Page 124

1        - P. Pfleiderer -
2  of the others to see when they were using the
3  sale prices.  But most of it was concentrated
4  in the PMTG group, is my recollection.  So
5  there would not have been prices for most of
6  those, the prevailing in the market for those.
7        I did not -- in answering your
8  question as it's now posed, I did not myself
9  check to see whether there were prevailing
10 prices in the market and compare those.  Staff
11 working in my direction may have done that as
12 a check.  Because they were doing checks on
13 various things, but I don't have direct
14 knowledge of that as I sit here today.
15       Q.  You've taken some comfort in the
16 report that you've prepared on the fact that
17 Barclays' valuation of the acquisition of
18 securities was audited by PwC, correct?
19       A.  That is certainly a factor in
20 reaching my conclusion, that an outside
21 auditor came in and looked at the process and
22 did what an outside auditor does in valuating
23 something of this sort.
24       Q.  Do you know, sir, whether PwC did
25 the type of price check analysis we just

TSG Reporting - Worldwide    877-702-9580

Page 125

1        - P. Pfleiderer -
2  talked about with respect to the securities
3  that were sold and for which Barclays used the
4  sales price as the price at which they value
5  the security?
6        A.  They may have, but I don't have
7  direct knowledge of that.
8        Q.  Do you have any reason to believe
9  they did it?
10       A.  I have no reason to believe they
11 did; I have no reason to believe they did not.
12       Q.  Did you speak with anyone in PwC in
13 the preparation of your report?
14       A.  I did not.
15       MR. TAMBE:  Do you want to take a
16    break?
17       MR. SHAW:  Yes.  We have been going
18    over an hour.
19       MR. TAMBE:  What time is it?
20       MR. SHAW:  12:30 almost.
21       MR. TAMBE:  Do you want to break
22    for lunch at this point?
23       MR. SHAW:  That makes sense.
24    (Luncheon recess taken at 12:22 p.m.)
25       - - -

TSG Reporting - Worldwide    877-702-9580

Page 126

1        - P. Pfleiderer-
2    A F T E R N O O N   S E S S I O N
3        (Time noted: 1:12 p.m.)
4    P A U L   P F L E I D E R E R, resumed as a
5    witness and testified as follows:
6    CONTINUED EXAMINATION BY
7    MR. TAMBE:
8        **Q.  If you can turn to Volume II of**
9    **your report, sir.  Looking at Exhibit 1,**
10   **Part A, which is the initial inventory**
11   **collateral, the Barclays exit price marks that**
12   **you have listed in that exhibit which runs**
13   **from page 1 to page 163, those are marks as of**
14   **9/22/2008; is that correct?**
15       **(Witness reviewing document.)**
16       A.  I believe that's how they're
17   represented, yes.
18       **Q.  And that's what you understand them**
19   **to be?**
20       A.  My understanding is that the marks
21   that appear here were prepared to estimate the
22   fair value that could be realized from this
23   initial inventory and the date that was put on
24   them was 9/22.
25       **Q.  Do you know whether the valuation**
          TSG Reporting - Worldwide    877-702-9580

Page 127

1        - P. Pfleiderer-
2    **was done as of the morning of 9/22, the close**
3    **of business of 9/22 or at different points in**
4    **time during 9/22?**
5        A.  Typically you would, for prices
6    that were received from outside feeds be using
7    end of day prices.  For much of this
8    inventory, that distinction is a difficult
9    distinction to make since there wasn't a
10   market.  And so knowing what a punitive price
11   would have been at 11:00 a.m., and what it
12   would have been at 11:30.  It's not a question
13   that's well posed, or at least not answerable.
14       **Q.  Where third-party sources were used**
15   **by Barclays to compute an as of 9/22/08 price,**
16   **your understanding were those were close of**
17   **business 9/22 prices; is that right?**
18       A.  I would have to go back and look at
19   all the outside sources that were used.  Some
20   may have been representing something else than
21   close of business.  But my understanding is
22   that most would have been -- it would be
23   called closing prices.
24       **Q.  Do you have an opinion, sir, as to**
25   **whether the correct valuation time was close**
          TSG Reporting - Worldwide    877-702-9580

Page 128

1        - P. Pfleiderer-
2    **of business on the 22nd or the open of**
3    **business on the 22nd, or do you have no**
4    **opinion as to that topic?**
5        MR. SHAW:  Objection to form.
6        **Q.  With respect to the initial**
7    **inventory.**
8        MR. SHAW:  Objection to form.
9        Vague as to what purpose.
10       A.  Could you repeat the question just
11   so I understand it completely?
12       (Record read as follows:
13   "Question:  Do you have an opinion,
14       sir, as to whether the correct
15       valuation time was close of business on
16       the 22nd or the open of business on the
17       22nd, or do you have no opinion as to
18       that topic?  With respect to the
19       initial inventory.")
20       A.  The opinions that I'm offering in
21   my report relate to the valuation of the repo
22   capital both that was received in the initial
23   inventory and that was received later and
24   establishing an upper bound on what that value
25   might have been.
          TSG Reporting - Worldwide    877-702-9580

Page 129

1        - P. Pfleiderer-
2        The question you're asking as to
3    whether the valuation should have been done
4    early in the morning, in the afternoon,
5    beginning of business, end of business, was
6    not relevant for forming opinions about upper
7    bounds on value.  Because much of this
8    inventory, first of all, didn't have prices at
9    all and the intra-day price valuation for that
10   we did on the 22nd is sufficiently small that
11   it wouldn't have affected my overall opinion.
12       And my understanding of how marks
13   are typically done -- there may be exceptions
14   to this, but marks are typically based when
15   price are available on closing prices.
16       I should add that my understanding
17   of this is that these prices and the pricing
18   that was done by Barclays was done using their
19   normal processes.  So it was not done as an
20   exception from their normal processes but
21   rather it was done with what they would do in
22   the normal course of business.
23       **Q.  Is there any part of the Barclays**
24   **pricing policy that addresses the acquisition**
25   **of 40 or $50 billion worth of collateral?**
          TSG Reporting - Worldwide    877-702-9580

Page 130

1      - P. Pfleiderer-
2         MR. SHAW: Objection to form.
3         A.  I can only say that the documents
4  that I've read, and it was not surprising that
5  this was the case, don't address such an event
6  because I assumed that when they were written,
7  such an event was not foreseen as a likely
8  possibility that would have to be addressed.
9         Now, it is possible that there are
10  other documents relating to policy that would
11  address that, but I would rather doubt it.
12        Q.  None that you have seen that would
13  address it?
14        A.  I have not seen anything.
15        Q.  In your earlier answer you said
16  that part of the exercise that you've
17  undertaken is to value the Fed Repo
18  Replacement collateral, correct?
19        MR. SHAW: Objection.
20  Mischaracterizes part of his testimony.
21        Q.  Isn't that what you said you have
22  done?
23        A.  What I said is I went through an
24  analysis that resulted in what I considered an
25  upper bound on the value that one would place
TSG Reporting - Worldwide    877-702-9580

Page 131

1      - P. Pfleiderer-
2  on it from an economic point of view.
3        Q.  As of what date?
4        A.  Well, that's a difficult question
5  to answer when you consider the complexity of
6  what this actually entailed.  Some of the repo
7  capital came in in September, and some of it
8  came in in December.  So it is my opinion that
9  it was appropriate to judge, or value, I
10  should say -- again as an upper bound -- the
11  repo capital that was received as of December
12  as of a December date and not as of a
13  September date.
14        So because of the complexity of
15  what actually occurred, there is not a single
16  date involved here.
17        Q.  Putting aside those two big
18  buckets, the September collateral and the
19  December collateral, within the September
20  collateral, what was the appropriate date in
21  your view to value that collateral to
22  establish, as you say, an upper bound of a
23  value of the September collateral?
24        MR. SHAW: Objection to form.
25        A.  Could you read the question again?
TSG Reporting - Worldwide    877-702-9580

Page 132

1      - P. Pfleiderer-
2        (Record read as follows:
3  "Question:  Putting aside those two
4  buckets, the September collateral and
5  the December collateral, within the
6  September collateral, what was the
7  appropriate date in your view to value
8  that collateral to establish, as you
9  say, an upper bound of a value of the
10  September collateral?")
11        A.  My understanding is that Barclays
12  represented this as a valuation that was done
13  on the 22nd using marks that would be applied
14  on the 22nd.  Although, as I indicated, given
15  that there were a number of securities in this
16  inventory for which there was no pricing data
17  available on the 22nd from vendors or from
18  thickly traded markets, it was appropriate for
19  Barclays to use realized exit prices soon
20  after the acquisition to reflect the best
21  estimate of what the realized value would be,
22  since there is very little information
23  available about pricing.  And it was
24  appropriate to weight an actual sale as having
25  more value in indicating the realized value,
TSG Reporting - Worldwide    877-702-9580

Page 133

1      - P. Pfleiderer-
2  putting more weight on that, than an estimate
3  of what the value would have been on the 22nd
4  using the fact that there was no information
5  available at the time.
6        Q.  What --
7        A.  I should say no trade information;
8  no active market that was giving you up-to-
9  date transaction prices.
10        Q.  In one of your earlier answers you
11  said there was, with respect to certain of
12  these September security, very little
13  intra-day price movement on September 22nd
14  with respect to those securities.  Do you
15  recall speaking to that?
16        A.  No, I don't believe I said that.
17        Q.  Well, did you do any analysis to
18  see how much intra-day price movement there
19  was for any of the September securities?
20        A.  I don't believe that I did any such
21  analysis.  I certainly am aware of intra-day
22  price movements in equities in particular
23  since my firm deals with that as a matter of
24  course, but I did not do a specific analysis
25  for the 22nd of September for particular
TSG Reporting - Worldwide    877-702-9580

Page 134

1        - P. Pfleiderer-
2    CUSIPs.
3        Q.   The transaction, the Asset Purchase
4    Agreement, closed prior to the open of the
5    markets on September 22nd, correct?
6        A.   That is my understanding, yes.
7        Q.   And you are aware that the APA
8    provides that all legal title to the
9    transaction and the assets transferred to
10   Barclays, transferred as of 12:01 a.m. on the
11   22nd, correct?
12       A.   Again, that was my understanding.
13   And it was important that it be completed
14   before markets opened.
15       Q.   Did you have a view as to whether
16   or not it would be more appropriate to use
17   September 19th close of business valuations
18   for the securities that were transferred to
19   Barclays in September 2008?
20       A.   Well, I think the simple answer to
21   that is no, absolutely not. You didn't have
22   the assets. As you said in your preface to
23   your question, assets did not transfer until
24   12:01.
25       So in answering the question what

TSG Reporting - Worldwide    877-702-9580

Page 135

1        - P. Pfleiderer-
2    could Barclays reasonably be expected to exit
3    particular assets at, if it didn't have legal
4    title to those on Friday, it seems -- as an
5    economist and also as a lawyer, but I'll
6    specifically speak as an economist, that if
7    you didn't have a security available because
8    you didn't own it on September 19th, then you
9    couldn't sell it.
10       Q.   Let's take that example of that
11   security that you got legal title to at 12:01
12   a.m. on Monday, September 22nd. You could
13   sell that the second the market is opened,
14   correct?
15       A.   Well, I think here we start to make
16   a distinction between a fire sale price.
17       Q.   I'm not asking you about dumping
18   all of them.
19       MR. SHAW: Please let him finish.
20       MR. TAMBE: If he answers my
21   question, I will be happy to let him
22   finish. If he goes off on these long
23   side excursions, then I am going to
24   interrupt him because it is wasting his
25   time and our time and it is not getting

TSG Reporting - Worldwide    877-702-9580

Page 136

1        - P. Pfleiderer-
2    to what is a very simple and very
3    straightforward question.
4        Q.   Do you have my question in mind,
5    sir?
6        A.   I do not.
7        MR. TAMBE: Please read it back.
8        (Record read as follows:
9    "Question: Let's take that example of
10   that security that you got legal title
11   to at 12:01 a.m. on Monday, September
12   22nd. You could sell that the second
13   the markets opened, correct?")
14       A.   I can't answer that question
15   because if you're saying that asset, are you
16   talking about the entire repo capital?
17       Q.   Any one of them. Any one of the
18   CUSIPs?
19       A.   Which one?
20       Q.   Take the smallest one. Take a
21   $15,000 position in an equity position,
22   corporate.
23       A.   If it was traded in an equity
24   market for which there was active trading, you
25   might be able to trade it maybe not the second

TSG Reporting - Worldwide    877-702-9580

Page 137

1        - P. Pfleiderer-
2    the market opens, but you could trade it that
3    day. If it was a small amount -- and again, I
4    recall -- I believe it was either Gary Romain
5    or Stephen King saying that some of the
6    positions, they had referenced a position for
7    which the amount that they had was 400 times
8    the average daily volume so.
9        But conditioned on it being a very
10   small position, then that may be true. But
11   for establishing how to value the entire repo
12   capital, that's not relevant for almost the
13   bulk of the repo capital.
14       So that's why I asked, are you
15   talking about selling an individual security
16   or are you actually trying to do what was
17   being done here, establish a value for the
18   entire repo capital?
19       Q.   Well certainly, sir, would you not
20   agree with me that one of the ways to
21   establish the value of the entire repo capital
22   is to do it CUSIP by CUSIP?
23       A.   Which is what Barclays did.
24       Q.   And if you did it CUSIP by CUSIP,
25   there certainly would be some positions which

TSG Reporting - Worldwide    877-702-9580

Page 138

1            - P. Pfleiderer-
2    were not overly large or overly illiquid,
3    that, in fact, you could do an orderly sale or
4    an exit of that position on Monday morning as
5    soon as the markets opened, correct?
6        A.  It's possibly that that would be
7    true of some of the positions.  And if you
8    point me to a particular one, if it was 5,000
9    shares or a hundred shares of IBM, then I
10   certainly wouldn't argue with you at all.  I
11   certainly wouldn't disagree.
12           But if it was a bigger position in
13   a stock that wasn't thickly traded, then I
14   can't agree with you because it wouldn't be
15   true.
16       Q.  Did you do any such analysis to try
17   to distinguish which of these positions could
18   have been traded at first thing Monday morning
19   and which ones could not have been?
20       A.  I personally did no such analysis
21   because, again, it wouldn't have been relevant
22   to the opinions that I formed.
23       Q.  Did you make any effort to try and
24   value all of the fed repo capital as of a
25   September 19th close of business valuation

TSG Reporting - Worldwide    877-702-9580

Page 139

1            - P. Pfleiderer-
2    date?
3        A.  No.  Because as I just indicated, I
4    don't think that that would be at all
5    appropriate because that would be predicated
6    on the notion that you could sell something
7    that you didn't have.  The transaction hadn't
8    closed.  So it would not have been appropriate
9    to do that.
10       Q.  Did you make an effort to try and
11   see how much the markets for any, any of the
12   September securities moved between
13   September 19th close of business and September
14   22nd close of business?
15       A.  No.  And for the reason I just
16   articulated, it wouldn't have been relevant.
17       Q.  In your report, Exhibit 633-A, if
18   you could turn to page 10, please.
19           (Witness complying.)
20       Q.  Footnote 18 in particular, I want
21   to draw your attention to the second-to-last
22   sentence of that footnote which begins "to
23   fill the shortfall."  Do you see that?
24       A.  I do.
25       Q.  And that reads, "To fill the

TSG Reporting - Worldwide    877-702-9580

Page 140

1            - P. Pfleiderer-
2    shortfall, additional LBI securities from
3    outside the fed repo collateral are pledged to
4    Barclays."  I'm going to stop there.
5           Do you see that?
6        A.  I do.
7        Q.  Do you know who made the decision
8    to select particular LBI securities from
9    outside the fed repo collateral to pledge to
10   Barclays as you state there in Footnote 18?
11       A.  I read quite a bit of deposition
12   testimony of what happened after the repo took
13   place on the 18th, and as it developed over
14   that weekend.  And I recall that I believe Ian
15   Lowitt and Alex Kirk and others at Lehman were
16   involved in some way in identifying -- in
17   identifying securities that could be
18   transferred, but my recollection may not be
19   completely accurate.  I have to go back and
20   review -- review the record.
21           I also remember that there were
22   e-mails that were sent within Lehman relating
23   to this, but I don't remember the particular
24   people that were addressed on those e-mails by
25   name.  But I recall seeing some of those.

TSG Reporting - Worldwide    877-702-9580

Page 141

1            - P. Pfleiderer-
2        Q.  Is it your understanding, sir, with
3    respect to any of the collateral that was
4    transferred from J.P. Morgan to Bank of New
5    York on the night of the 18th, that any of
6    that was selected by Mr. Lowitt or Mr. Kirk or
7    others which fits this category of "additional
8    LBI securities from outside the fed repo
9    collateral being pledged to Barclays"?
10       A.  My recollection was that there was
11   a process of identifying securities that could
12   be transferred.  And as I believe is
13   reasonable and usual in such a case, there is
14   also a requirement that the party receiving
15   that collateral, in this case Bank of New York
16   and ultimately Barclays, would have some
17   discretion as to what was -- was acceptable
18   for that -- I don't know if it's appropriate
19   to call it "replacement."  But securities that
20   were being used, given that some of those
21   securities that were part of the original fed
22   repo were not deliverable.
23           Again, I read -- I read a fair
24   amount of testimony about this, but I don't
25   remember the exact particular.

TSG Reporting - Worldwide    877-702-9580

Page 142

1          - P. Pfleiderer-
2          Q.  The securities that you are
3     alluding to, both in Footnote 18 and in your
4     answers, are those securities, securities that
5     are sometimes referred to as Schedule B
6     securities?
7          A.  No.  The Schedule B securities were
8     delivered outside of the repo capital.
9          Q.  So you are still talking about
10    securities that were delivered within the fed
11    repo collateral?
12         A.  What happened here is that a set of
13    securities came over that were part of -- were
14    labeled the repo capital, the repo collateral,
15    and those came over in basically two tranches,
16    two inventories: one on the 19th, delivered as
17    the initial inventory that eventually was
18    identified and also on December 22nd in terms
19    of the J.P. Morgan settlement.
20         My understanding is that the
21    Schedule B assets are distinct, and that's why
22    I took them out of the initial inventory.
23         Q.  So when you're referring to "fill
24    this shortfall, additional LBI securities,"
25    you're not alluding to the Schedule B
      TSG Reporting - Worldwide    877-702-9580

Page 143

1          - P. Pfleiderer-
2     securities there, you're alluding to
3     Schedule A securities; is that right?
4          (Witness reviewing document.)
5          A.  Well, I can tell you the process
6     that I went through -- and that's the only way
7     that this actually affects any of my
8     opinions -- identified what was in the
9     original inventory that was repo'ed by taking
10    what was there and subtracting off what was on
11    Schedule B.
12         So the set of securities that were
13    received in the initial inventory minus those
14    securities that are identified on Schedule B
15    is what I'm considering the initial repo
16    capital -- the initial repo collateral.
17         Q.  You are answering a slightly
18    different question than the one I had.  I'm
19    still talking about securities that came over
20    as part of the fed repo.
21         You state in Footnote 18 there was
22    a shortfall of securities that were coming
23    over from JPM to Bank of New York, correct?
24         A.  That was my understanding based on
25    several things that were happening.
      TSG Reporting - Worldwide    877-702-9580

Page 144

1          - P. Pfleiderer-
2          Q.  And that shortfall was filled in,
3     you say, by LBI securities from outside the
4     fed repo collateral; is that right?
5          MR. SHAW:  Objection to form.
6          A.  I don't understand all of the
7     particulars of the process and how everything
8     was categorized.  What I do understand, if I
9     can use the phrase "when the dust settled,"
10    there were a set of securities that were
11    delivered in the initial inventory and a
12    portion of those were labeled Schedule B.  And
13    what remained, if you subtract that off, is
14    Schedule A which I take to be what was in the
15    repo capital -- excuse me, I keep misspeaking.
16    The repo collateral.
17         Q.  With respect to the securities that
18    came over on the night of the 18th, is it your
19    understanding that any portion of those were
20    securities that were selected or identified by
21    J.P. Morgan as opposed to Mr. Kirk or
22    Mr. Lowitt or anyone else at Lehman?
23         A.  My recollection is that -- my
24    recollection may be faulty here.  But my
25    recollection was there was a message from
      TSG Reporting - Worldwide    877-702-9580

Page 145

1          - P. Pfleiderer-
2     J.P. Morgan to Lehman when the first
3     $5 billion payment was received.
4          And my recollection is that
5     J.P. Morgan asked someone at Lehman which
6     securities to deliver, and the message was,
7     "Deliver them in any order, or deliver any
8     securities," meaning any in the repo.  And
9     J.P. Morgan misunderstood that and included
10    securities that weren't in the fed repo.
11         But my -- that's my recollection.
12    I haven't reviewed that recently, but that's
13    my recollection based upon my reading of some
14    of the depositions.
15         Q.  Those securities that you just
16    described that were identified by J.P. Morgan,
17    are any of those securities the securities
18    you're referring to in Footnote 18 as "LBI
19    securities as outside the fed repo
20    collateral"?
21         A.  The only way that I could
22    definitively answer that is to have all the
23    CUSIPs that are now in Schedule A and have all
24    the CUSIPs that were in the fed repo, the
25    original fed repo.
      TSG Reporting - Worldwide    877-702-9580

Page 146

1      - P. Pfleiderer-
2        My understanding based upon
3  everything I've read is that Schedule A
4  securities is not equal to the securities that
5  were in the fed repo, or a proper subset of
6  that; that it contains securities that are not
7  in the original fed repo.  That's my
8  understanding.
9        Q.  Did you do any independent analysis
10 of the fed repo securities versus the Schedule
11 A securities to determine to what extent there
12 was an overlap either by number of CUSIPs or
13 value?
14       A.  I did not because it wasn't
15 terribly relevant to my major opinions, which
16 have to do with the value of what was actually
17 received.
18       Q.  If you turn to Paragraph 25 of your
19 report.  If I'm correct, in Paragraph 25 of
20 your report, you are identifying what we've
21 looked at before, which is the exhibits that
22 appear in Exhibit 634-A, the Volume II of your
23 expert report; is that correct?
24       (Witness reviewing document.)
25       Q.  Turn to Paragraph 27 in your

TSG Reporting - Worldwide    877-702-9580

Page 147

1      - P. Pfleiderer-
2  report.  About halfway down that paragraph,
3  the sentence that begins "no doubt."  Do you
4  see it?
5       A.  I do.
6       Q.  You state there, "No doubt some of
7  the positions that transferred to Barclays
8  were relatively easy to value..." And then it
9  goes on.
10      Could you tell us by number of
11 CUSIPs or value of positions what proportion
12 or amounts of the positions that were
13 transferred to Barclays were, in your view,
14 "relatively easy to value"?
15      (Witness reviewing document.)
16      A.  Since I didn't define in a precise
17 way what "relatively easy to value" is, there
18 is a continuum here from "very easy".  Again,
19 we can go back to the small number of shares
20 of IBM traded in a thick market to some of the
21 securities that ended up in the PMTT
22 inventory.
23      If we can agree on a way to define
24 where along that spectrum you wanted to be,
25 then in principle it would be possible to go

TSG Reporting - Worldwide    877-702-9580

Page 148

1      - P. Pfleiderer-
2  back in and identifying securities as falling
3  in one side of the line as the other, and give
4  a number of CUSIP or a value based upon marks
5  placed by BoNY or marks placed by the Price
6  Control Group and ultimately on the
7  acquisition balance sheet.
8       Q.  I'm not asking you to do any
9  additional work.  I'm just asking you:  Did
10 you, in fact, do that work?
11      A.  No, because I didn't define that
12 line.  I guess the answer to my question is
13 given that there was no defined line between
14 "relatively easy to value" and "relatively not
15 easy to value" I didn't do that exercise.
16      Q.  What kind of factors would go into
17 your definition, if you were to define
18 "relatively easy to value"?  Availability of
19 actual transaction data from public sources,
20 is that something that makes it relatively
21 easy to value?
22      A.  There are a number of ways that one
23 could go about coming up with a definition.
24 And there is no definitive way to do that.
25 But you could, first of all, ask whether there

TSG Reporting - Worldwide    877-702-9580

Page 149

1      - P. Pfleiderer-
2  are quotes available or whether there are not.
3      You could actually -- just to back
4  up for a moment, you could take the accounting
5  profession's distinction of Level 1, Level 2
6  or Level 3.  And I do that somewhat indirectly
7  here by looking at the Lehman marks -- excuse
8  me.  The Lehman classifications for what was
9  in its inventory.
10      So that would be one way to just
11 say that what we will call "relatively easy to
12 value" is Level 1.  Although I would quickly
13 say that within Level 1, there would be a ring
14 there as well.  But that's a distinction that
15 would be easy to implement to the extent that
16 the securities are divided into Level 1, Level
17 2, Level 3.
18      If you didn't want to accept that,
19 then you would go and perhaps use other
20 criteria such as are there prices available in
21 a liquid market.  Well, you have to define
22 what you mean by a liquid market; how
23 frequently do trades have to occur; what's the
24 structure of the market; how many market
25 makers.  You could come up with a whole set of

TSG Reporting - Worldwide    877-702-9580

Page 150

1          - P. Pfleiderer-
2     criteria.
3          So it is not an exercise that's
4     completely defined until you define it.
5          **Q.  Did you make any effort to try to**
6     **define it in any way?**
7          A.  Again, I spoke about the initial
8     classification that's given by the GFS system
9     that separates things into Level 1, Level 2
10    and Level 3.  So that would give an
11    indication, given that this was Lehman
12    inventory that was coming over, of what the
13    separation would be or the composition would
14    be based upon at least the Lehman's
15    distinction between Level 1, Level 2 and Level
16    3.
17         So indeed, I did.  And we can find
18    that part of the report and I can get the
19    actual numbers.  I don't remember them here
20    off the top of my head.
21         **Q.  Under the definition of sort of**
22    **"relatively easy to value" then that you would**
23    **adopt based upon Level 1, Level 2 and Level 3,**
24    **is it your position that all Level 2 assets**
25    **are not relatively easy to value?**

TSG Reporting - Worldwide     877-702-9580

Page 151

1          **- P. Pfleiderer-**
2          A.  Let me correct the premise of your
3     question.  I didn't say that I would adopt
4     Level 1, Level 2 or Level 3.  What I said is
5     one way to answer the question would be to use
6     what accountants use.  But then I said that in
7     fact, Level 1, for example, would still have a
8     variation.
9          Again, there is a continuum here.
10    So one may want to approach it in a different
11    way by -- and then I went on to specify
12    various things about number of market makers,
13    the characteristics of the market and so on
14    and so forth.
15         **Q.  You go on further in your report in**
16    **paragraph 29 to talk about some work you did**
17    **looking on Bloomberg.  Do you see that?**
18         A.  I do.
19         **Q.  Did you do any kind of analysis to**
20    **see what percentage or proportion of the**
21    **Level 1, Level 2, Level 3 assets, as defined**
22    **in GFS, had prices recorded on Bloomberg for**
23    **the date that you went looking?**
24         A.  I don't believe that analysis was
25    done.  But it may have been.  It may have been

TSG Reporting - Worldwide     877-702-9580

Page 152

1          - P. Pfleiderer-
2     done.  The information could be married up, I
3     believe, because we have CUSIPs from the GFS
4     report with the Level 1, Level 2, Level 3
5     classifications.  And then we have the CUSIPs
6     that were reported, for which there were
7     trades reported by Bloomberg or at least
8     Bloomberg recognized it in the various
9     classifications there that are making here.
10         So in principle, one could do that
11    analysis, but I didn't think it was necessary
12    to do that analysis because it wouldn't have
13    in any way, changed my -- changed my opinion
14    that I'm drawing here in the report.
15         **Q.  What you did on Bloomberg is you**
16    **went and looked for prices on or shortly after**
17    **September 18, 2008; am I reading that**
18    **correctly?**
19         A.  Yes.
20         **Q.  For which dates in particular did**
21    **you go and look for the Bloomberg prices for**
22    **any of the fed repo collateral?**
23         A.  I would have to go back and check
24    exactly what was done.  I believe it was on
25    the -- on the 18th.  And when something didn't

TSG Reporting - Worldwide     877-702-9580

Page 153

1          - P. Pfleiderer-
2     show up on the 18th, then we looked -- then we
3     looked soon after that.  But I don't recall
4     exactly what time span was.
5          **Q.  So you would have looked on the**
6     **18th for at least some of them to see if they**
7     **showed up on the 18th; is that right?**
8          A.  Well, the -- there was a list of
9     CUSIPs and that list was basically put into
10    Bloomberg to see what would come up.  So it
11    wasn't -- there wasn't a selection process
12    where a random sample was taken.
13         **Q.  You took the entire list of the**
14    **initial --**
15         A.  It came in the entire list, yes.
16         **Q.  The initial inventory?**
17         A.  I'm afraid I'm understanding your
18    question then.
19         **Q.  Let me rephrase it.**
20         **You took the entire list of the**
21    **initial inventory, and you put it in**
22    **Bloomberg; is that right?**
23         A.  That's correct.
24         **Q.  To look to see how many of those**
25    **CUSIPs were priced on the 18th; is that right?**

TSG Reporting - Worldwide     877-702-9580

Page 154

- P. Pfleiderer-

1       A.  On the 18th or shortly thereafter,
2  I believe is what we --
3       Q.  There's what I'm trying to get some
4  precision on.  Did you do it for the 18th?
5       A.  That's my understanding, yes.
6       Q.  Did you do it for the 19th?
7       A.  I'd have to go back and check for
8  sure as to what happened.  But I believe our
9  effort was -- I know our effort was to look to
10 Bloomberg and see what one could get prices
11 within a reasonable period of time of maybe a
12 day or two.  And I don't know.  I'd have to go
13 back and look exactly how many days were
14 looked at.
15      Q.  You state in your report, "On or
16 shortly after September 18th," so there is one
17 date that's mentioned, September 18th.
18          In the next sentence, you say you
19 found that Bloomberg reported an observed
20 transaction price on September 22nd for only
21 5,719 off the CUSIPs; do you see that?
22      A.  That's right.
23      Q.  So that suggests to me you did run
24 that list of CUSIPs on the 22nd, correct?

TSG Reporting - Worldwide    877-702-9580

Page 155

- P. Pfleiderer-
1      (Witness reviewing document.)
2       A.  I'm have to going back and check as
3  to exactly what was done here.  What's written
4  here which is most likely accurate because as
5  I recall now, the exercise was to access
6  Bloomberg.  I think that given that the
7  inventory was going to be valued at the 22nd,
8  this sentence states what is actually stated
9  here, that the 5,719 is for the number that
10 had pricing available on the 22nd.
11      Q.  Okay.
12      A.  But as I recall, the effort to look
13 at Bloomberg pricing looked at more days, but
14 the number that's being quoted here is for the
15 22nd.
16      Q.  Okay.  I think what we're getting
17 to is:  There may be a CUSIP for which
18 Bloomberg reported a price on the 19th but not
19 on the 22nd, correct?
20      A.  That certainly is --
21      Q.  It's possible?
22      A.  That certainly is a possibility.
23 And of course, that addresses sort of the
24 question that we went back to before when

TSG Reporting - Worldwide    877-702-9580

Page 156

- P. Pfleiderer-
1  talking about intra-day prices when prices are
2  only sporadically available is not relevant
3  for a lot of these securities.
4       Q.  I'm not even right now talking
5  about what the Bloomberg prices showed.
6       A.  Right.
7       Q.  Right now we're just talking about
8  for each of the CUSIPs, how many CUSIPs were
9  there prices available.
10      A.  Right.
11      Q.  And you say on September 22nd,
12 there was 5,719.  Are there additional CUSIPs
13 for which a price was available on Bloomberg
14 on the 18th, the 19th, the 23rd?  Did you
15 look?
16      MR. SHAW:  Objection to form.
17      A.  What I did do is look to see what
18 could be gotten from Standard & Poors's
19 Capital IQ which, as I show, certainly expand
20 the number and did so.  So instead of doing
21 the exercise that you're suggesting, and I did
22 another exercise which is to look at another
23 vendor.
24      Q.  My question simply is:  Did you do

TSG Reporting - Worldwide    877-702-9580

Page 157

- P. Pfleiderer-
1  the exercise that I'm suggesting or did you
2  not do the exercise that I'm suggesting?
3       A.  If that exercise was done, it may
4  have been done by staff.  They were asked to
5  analyze this.  But given that the issue was
6  what was available on the 22nd, I was
7  comfortable with instead of looking at what
8  you're saying, looking instead at another
9  vendor entirely which was Standard & Poors
10 Capital IQ.
11      Q.  So you don't know if the exercise
12 was done on the 19th?
13      A.  The exercise may have been done and
14 I may even have seen results of that.  I'm not
15 sure.  I don't remember them as I sit here
16 today.  But what I focused on in this report
17 is how it could be expanded by looking at
18 Standard & Poors's Capital IQ.
19      Q.  A lot of things may have happened
20 and may not have happened.  Do you know if it
21 happened?
22      A.  I don't know that it happened, no,
23 and I don't know that it didn't happen either.
24      Q.  Right.  You just don't know?

TSG Reporting - Worldwide    877-702-9580

Page 158

1          - P. Pfleiderer-
2          A.   That's correct.
3          Q.   Now what you did do, you talked
4    about it before and you say it in
5    Paragraph 30, you went to Capital IQ and you
6    did the same exercise on Capital IQ for
7    the 22nd; is that correct?
8          A.   That's correct.
9          Q.   Do you know whether you did that
10   pricing exercise on Capital IQ for any dates
11   other than September 22nd?
12         A.   No, I do not know.  I don't know
13   whether it was done or whether it was not
14   done.  But I'm not aware of it sitting here
15   today one way or another.
16         Q.   Did you consider using any other
17   services other than Bloomberg and Capital IQ?
18         A.   I think we may have talked about
19   potentially other services, but these are two
20   of the main ones.  Again, it may be that other
21   services were used, but I don't know whether
22   they were or not.
23         Q.   You know that Barclays, for certain
24   of the CUSIPs, used other third-party
25   services, correct?

          TSG Reporting - Worldwide     877-702-9580

Page 159

1          - P. Pfleiderer-
2          A.   That's correct.
3          Q.   You've seen that on the
4    spreadsheet, there is names listed of other
5    pricing services, right?
6          A.   Correct.
7          Q.   And Markit, that's one of the
8    services that Barclays referenced?
9          A.   That's correct.
10         Q.   Did you try to use any of the
11   third-party pricing services that Barclays
12   used to price its collateral, to see what they
13   showed?
14         A.   If that was done, I didn't report
15   it here.  My only point in recording it here
16   on both Bloomberg and the Standard & Poors
17   Capital IQ is to show that with these two
18   vendors that covered quite a bit of the
19   universe, there are a lot of securities that
20   weren't covered by those two.  So what it says
21   is what it says.  I certainly wasn't saying
22   that these were the only two services that was
23   available and I'm well aware that other
24   services were used such as Markit.
25         Q.   In paragraph 29 and 30, you are

          TSG Reporting - Worldwide     877-702-9580

Page 160

1          - P. Pfleiderer-
2    counting up numbers of CUSIPs that are covered
3    by these two services, Bloomberg and Capital
4    IQ, right?
5          A.   That's correct.
6          Q.   Did you do an analysis to see what
7    portion of the value was being covered by
8    those reported prices on the 22nd?
9          A.   Indeed, I did.
10         Q.   Okay.
11         A.   And it's in the bottom of
12   Paragraph 30, for example, where it says
13   that -- "just using Barclays exit price mark
14   as I did above," and this was done for
15   Bloomberg, it is also being done for Standard
16   & Poors Capital IQ, "I find that the CUSIP
17   positions for which Capital IQ reports no
18   price account for almost 40 percent of the
19   aggregate value of the securities that
20   transferred to Barclays in the Fed Replacement
21   Repo."
22              So it was done for both number of
23   CUSIPs and also by value as put on it by
24   Barclays.
25         Q.   And did you keep a report or record

          TSG Reporting - Worldwide     877-702-9580

Page 161

1          - P. Pfleiderer-
2    of what prices you saw for those CUSIPs for
3    which Bloomberg and Capital IQ reported prices
4    on the 22nd?
5          A.   That I don't know.  I'm not sure --
6    I'm not sure how the information was brought
7    in, whether the information was brought in
8    with a price or whether the information was
9    just brought in that there was a price
10   available, a dummy variable, if you will, zero
11   to one, and whether the price was preserved.
12   We can go back and check and see what data
13   exists on that.
14         Q.   Did you give your staff any
15   instructions as to whether to preserve or not
16   preserve the prices they observed on Bloomberg
17   and Capital IQ?
18         A.   As I understood what we were doing
19   is we were getting a record of whether the
20   CUSIP showed up, whether it was recognized;
21   whether there was pricing available and
22   whether there was not.
23              I didn't understand, or I don't
24   know whether that query turned up actual
25   prices or whether it turned up something that

          TSG Reporting - Worldwide     877-702-9580

Page 162

1      - P. Pfleiderer-
2    indicates that prices were available. So I
3    would have to check to see if that -- check to
4    see how the data came in.
5        **Q. And these calculations of 53**
6    **percent in paragraph 29 and 40 percent in**
7    **paragraph 29 and other percentages that appear**
8    **on Paragraph 30, is that the result of some**
9    **type of a spreadsheet that calculated numbers?**
10    A. Yes. It was done basically by
11    identifying a CUSIP as either having a price
12    available or not. And then taking those
13    CUSIPs that did not have prices available from
14    one of these vendors or the other. So if
15    we're looking at Standard & Poor's Capital
16    IQ, identifying CUSIPs that didn't have the
17    price available from that service and then
18    adding up the values that were assigned by
19    Barclays in the acquisition balance sheet.
20        **Q. Did you make any effort, either**
21    **yourself or through your staff, to compare the**
22    **Bloomberg and Capital IQ prices to either the**
23    **BoNY prices or the Barclays valuation prices?**
24    A. I'm not aware that exercise
25    was done.
        TSG Reporting - Worldwide    877-702-9580

Page 163

1      - P. Pfleiderer-
2    **Q. Why not?**
3    A. I'm sorry?
4    **Q. Why not?**
5    A. Because I assumed and saw that
6    where prices were available, that's what
7    Barclays was using. They were the going
8    prices from outside vendors.
9        **Q. Did you check to see whether the**
10    **prices they claim to be getting from outside**
11    **vendors were, in fact, the prices you were**
12    **seeing when you ran these CUSIPs through**
13    **Bloomberg and Capital IQ? Did you do that**
14    **check?**
15    A. That may have been done, but I'm
16    not aware that it was done systemically. But
17    it may have been done. But I'm not aware of
18    it.
19        **Q. So things may have been done;**
20    **you're not aware of it being done?**
21    A. I'm not aware of it, yes.
22        **Q. I'm trying to understand the math**
23    **you set forth in paragraph 31.**
24        **In Paragraph 29 and 30 you used**
25    **a 40 percent number to talk about the value,**
        TSG Reporting - Worldwide    877-702-9580

Page 164

1      - P. Pfleiderer-
2    **the aggregate value of the securities for**
3    **which no price is available. But in 31 you**
4    **combine the Bloomberg pricing and the Capital**
5    **IQ pricing; is that right?**
6    A. That's right. We take the super
7    set of those.
8        **Q. And once you combine the super set**
9    **of those, now there is something a little more**
10    **than 23 percent of the total fair value of the**
11    **repo collateral using Barclays' valuation for**
12    **which you don't have Bloomberg or Capital IQ**
13    **prices; is that right?**
14    A. That's correct.
15        **Q. So for more than three-quarters,**
16    **you do?**
17    A. For 72 percent.
18        **Q. 72 percent? I'm sorry about my**
19    **math. We're trying to add it to 100 percent,**
20    **right?**
21    A. I'm sorry. I'm sorry. I was
22    looking at the wrong number. 77 percent.
23        **Q. So more than three-quarters?**
24    A. Yes.
25        **Q. All right. Let's go to**
        TSG Reporting - Worldwide    877-702-9580

Page 165

1      - P. Pfleiderer-
2    **Paragraph 32. At the end of Paragraph 32,**
3    **you've got this calculation of Level 1, Level**
4    **2, Level 3 that you talked about before off of**
5    **GFS, correct?**
6    A. That's correct.
7        **Q. Just following your numbers here,**
8    **you got 4,000 categorized as Level 1. Do you**
9    **see that?**
10    A. Yes.
11        **Q. And you've got 19,800 categorized**
12    **as Level 2?**
13    A. That's correct.
14        **Q. And another 2,100 categorized as**
15    **Level 3, correct?**
16    A. Yes.
17        **Q. This is not the population of**
18    **CUSIPs that was actually acquired by Barclays,**
19    **right?**
20    A. No, it is not.
21        **Q. This is some other larger**
22    **population that was on Lehman's books on**
23    **September 12th, right?**
24    A. That's correct.
25        **Q. And as part of the sales process,**
        TSG Reporting - Worldwide    877-702-9580

Page 166

1          - P. Pfleiderer-
2    **Barclays picked and chose what securities it**
3    **wanted to purchase and there were some that it**
4    **told Lehman it did not want to purchase,**
5    **correct?**
6          A.   Again, I'd have to go back and read
7    the deposition testimony exactly how things
8    were sorted out in that process.  But what I
9    know is what was on Schedule A.
10         **Q.   Did you read the analyst conference**
11   **call transcript for the announcement of the**
12   **transaction?**
13         A.   Yes.
14         **Q.   This is the Barclays announcement?**
15         A.   Right.  Right.
16         **Q.   Do you recall reading in there the**
17   **senior management of Barclays talking about**
18   **how they de-risked the portfolio they were**
19   **acquiring?**
20         MR. SHAW:  You mean the portfolio
21   they intended to acquire?
22         MR. TAMBE:  Do you want me to swear
23   you in and you can start testifying?
24         MR. SHAW:  You're asking misleading
25   questions.
           TSG Reporting - Worldwide    877-702-9580

Page 167

1          - P. Pfleiderer-
2          MR. TAMBE:  Let him finish.
3          A.   It's been a while since I've read
4    that portion of the transcript.  I have to go
5    back and look at exactly what is said.  I
6    don't remember exactly how it was said or what
7    the context was.
8          **Q.   Are you aware generally that**
9    **efforts were made by Barclays to try to**
10   **de-risk the portfolio they were acquiring?**
11         MR. SHAW:  Objection to form.
12   Vague as to time.
13         A.   I'm not even sure what "de-risk"
14   actually means.  I know that hedging was going
15   to be done.  I know that -- I know that
16   initially there was, in the APA a specific
17   contractual term, a specific part of that
18   contract that said that only 50 percent of the
19   RESIs would be acquired.  So I have -- I'm not
20   quite sure.  I have to go back and look at the
21   context to understand exactly what was being
22   referred to in that conference recall.
23         **Q.   Did you do any analysis to try and**
24   **quantify the relative riskiness of the**
25   **portfolio eventually, actually acquired by**
           TSG Reporting - Worldwide    877-702-9580

Page 168

1          - P. Pfleiderer-
2    **Barclays versus the portfolio they intended to**
3    **acquire?**
4          MR. SHAW:  Again, objection.  Vague
5    as to time.
6          A.   I certainly did no full scale
7    analysis that would have involved one set of
8    CUSIPs and the CUSIPs that they actually got
9    and looking at the differences between those.
10   So if there's -- and I don't believe this
11   exists.
12         But if there's a set of CUSIPs that
13   relate to what they intended to acquire and
14   then what they did acquire, which, of course,
15   is Schedule A and Schedule B in the
16   J.P. Morgan settlement [sic], one could
17   potentially do some evaluation of the risk
18   profile of one or the other.
19         But I'm not sure the first set of
20   CUSIPs is even well defined.  I'm not sure.
21         MR. SHAW:  I just note that there
22   is a transcription error.  Did you mean
23   to say Schedule A and Schedule B on the
24   J.P. Morgan settlement or and the
25   J.P. Morgan settlement?
           TSG Reporting - Worldwide    877-702-9580

Page 169

1          - P. Pfleiderer-
2          THE WITNESS:  And the J.P. Morgan
3    settlement.
4          **Q.   Turn to Paragraph 42 of your**
5    **report.**
6          **The leading sentence of**
7    **Paragraph 42 you state, "Having analyzed**
8    **JPMorgan Chase's marks and the Bank of New**
9    **York's marks for many of the esoteric and**
10   **illiquid securities transferred in the Fed**
11   **Replacement Repo, I conclude that many of them**
12   **were in fact inaccurate, often significantly**
13   **so."**
14         **With respect to JPMorgan Chase's**
15   **mark, can you tell me can you tell me single**
16   **CUSIP or security for which you believe the**
17   **JPMorgan Chase mark was inaccurate?**
18         **(Witness reviewing document.)**
19         A.   I certainly don't remember a
20   specific number.  I have to go back and think
21   about deposition testimony and relate it to
22   claims about the J.P. Morgan marks and the
23   BoNY marks, and it had CUSIP numbers there.
24   So I don't have a CUSIP number to offer at
25   this point.
           TSG Reporting - Worldwide    877-702-9580

Page 170

1          - P. Pfleiderer-
2      Q.  Even if you don't have CUSIP
3  numbers, even generally, is there a particular
4  security you have in mind or class of
5  securities that you believe JPMorgan Chase
6  marked inaccurately?  Not BoNY, JPMorgan
7  Chase.
8      A.  I have to --
9          MR. SHAW:  Objection to form.
10     A.  -- go back.  I have to go back and
11 look.
12     Q.  Did you look at the custodial
13 agreements that were signed by JPMorgan Chase
14 and by Bank of New York?
15     A.  I didn't look at them in great
16 detail.  I do recall seeing -- seeing
17 something, but I didn't look at it in great
18 detail.
19     Q.  Do you have any understanding with
20 respect to JPMorgan Chase what the scope was
21 of their contractual duties to value
22 securities as custodial agent?
23     A.  Not in the basis of a thorough
24 reading of a contract, no.
25     Q.  Same question for Bank of New York.

Page 171

1          - P. Pfleiderer-
2  Do you have an understanding as to what their
3  contractual duties were to value securities as
4  a custodial agent?
5      A.  Not on the basis of a thorough
6  reading of the contract, no.
7      Q.  Did you ask for a copy of
8  J.P. Morgan's securities pricing policies?
9      A.  I personally did not, and I don't
10 know whether staff working in my direction did
11 or did not.
12     Q.  How about Bank of New York, did you
13 ask to see their pricing policies?
14     A.  Same answer as before.
15     Q.  You did not?
16     A.  I did not.  And it may or may not
17 be the case that staff working in my direction
18 had looked at that.
19     Q.  In the course of your work, you
20 don't recall ever seeing such policies from
21 J.P. Morgan or Bank of New York for this
22 assignment?
23     A.  I'm pretty sure I did not see any
24 policies.  I've looked at Barclays policies,
25 but I don't believe I've seen either

Page 172

1          - P. Pfleiderer-
2  J.P. Morgan or Bank of New York policies.
3      Q.  By the way, did you ever ask to see
4  Lehman's policies?
5      A.  I'm not sure I've seen any
6  documents relating to their policies either.
7  I may have, but I don't believe so.
8      Q.  We talked a couple of times about
9  GFS data.  Do you recall making specific
10 requests for Barclays to provide you with GFS
11 data?
12     A.  Staff working at my direction did,
13 yes.
14     Q.  Is it your understanding that you
15 made request for runs to be created pulling
16 certain specific data from the GFS system?
17     A.  That was my understanding, yes.
18     Q.  And it is your understanding that
19 the GFS system that used to belong to Lehman
20 now resides physically at Barclays, correct?
21     A.  That's my understanding, yes.
22         MR. SHAW:  Jay, whenever we can
23 use a short break.
24         THE WITNESS:  I could use one.
25         MR. TAMBE:  Since you asked for it,

Page 173

1          - P. Pfleiderer-
2  we can give you one.
3          (Whereupon, a recess was taken
4      from 2:09 p.m. to 2:17 p.m.)
5  BY MR. TAMBE:
6      Q.  One of the conclusions in your
7  report, sir, is that the GFS data is not a
8  reliable source of pricing information because
9  it was sticky, correct?
10     A.  That was one of the reasons, yes.
11     Q.  And you set out in your report a
12 couple of tables where you seek to demonstrate
13 the stickiness of the GFS data, correct?
14     A.  Yes, there are two tables in the
15 back of the report.
16     Q.  Let's go to those tables.  Let's go
17 first to Exhibit 4, which is page 125 of
18 Exhibit 633-A.  If you just want to put a
19 sticky there so we can hold that page.
20         MR. SHAW:  What page is the
21 schedule?
22         MR. TAMBE:  125.  I'll give you
23 some stickies, too.
24         MR. SHAW:  Thank you.
25     Q.  The reason I'm asking you to put a

Page 174

1        - P. Pfleiderer-
2   sticky there, if you can go back to the body
3   of your report, Paragraph 39, you describe in
4   Paragraph 39 what you're doing in Exhibit 4
5   and 5, so I may want you to toggle back and
6   forth there.
7        A.   Sure.
8        Q.   It is page 24.
9        (Witness reviewing document.)
10       Q.   So in Paragraph 39, you set forth
11  the methodology you followed to generate the
12  table that is Exhibit 4, correct, as well as
13  Exhibit 5?
14       A.   That's correct.
15       Q.   And if I understand what was done
16  to generate Exhibit 4 is you took from the
17  September 12, GFS data all securities marked
18  as Level 3 securities and which had an
19  indicated value of greater than $20 million,
20  and then you looked to see if those prices had
21  changed within GFS subsequent to the 12th; is
22  that right?
23       A.   That is correct.
24       Q.   What GFS population did you run
25  that search on?  Let me be more precise.

TSG Reporting - Worldwide     877-702-9580

Page 175

1        - P. Pfleiderer-
2        Did you run that GFS search on all
3   securities on GFS on the 12th or did you run
4   that search only with respect to those
5   securities that Barclays eventually acquired?
6        A.   My recollection is on all
7   securities in GFS that met those two
8   criterias.  But looking here at the list, I
9   recognize a number of these as ones that ended
10  up being in the collateral or the initial
11  inventory, or perhaps the JPM inventory that
12  came over the Barclays; that came over to
13  Barclays in one fashion or another.
14       Q.   And you can't rule out that
15  Exhibit 4 contains securities that did not end
16  up with Barclays?
17       A.   That's entirely possible given my
18  understanding that the search criteria was as
19  described, just Level 2 or Level 3 and over
20  $20 million in value as of the 12th.
21       Q.   Why pick $20 million as the cutoff
22  for this analysis, sir?
23       A.   I would say two reasons.  One which
24  was to save paper, although as I look around
25  the room I realize that it probably didn't

TSG Reporting - Worldwide     877-702-9580

Page 176

1        - P. Pfleiderer-
2   have much of an effect.  But the main reason
3   was that I wanted to look at securities that
4   had substantial value that would be material
5   for the conclusions that I was drawing.
6        Q.   If you add up, if you sum up the
7   "Gross Long Inventory" column on Exhibit 4 of
8   your report, do you know how that compares in
9   percentage terms with the total population of
10  Level 3 securities in GFS as of
11  September 12th?  How big a portion of the
12  Level 3 securities have you analyzed here?
13       MR. SHAW:  Objection to form.
14       (Witness reviewing document.)
15       A.   I'm afraid I can't answer your
16  question.  I was attempting to mentally add
17  these up and then take my recollection of what
18  might have been recorded as to the Level 3 --
19  total population of Level 3 securities, which
20  I don't remember so I can't answer the
21  question.
22       Q.   But short of sort of doing the
23  analysis now, do you recall having done the
24  analysis at some point to see what portion of
25  the Level 3 securities were captured by this

TSG Reporting - Worldwide     877-702-9580

Page 177

1        - P. Pfleiderer-
2   analysis?
3        A.   I didn't do that and it wasn't
4   material to my -- my opinions here.
5        Q.   Now, I note that what you have
6   reported in Exhibit 4 are clean market prices
7   for September 12th, 15th, 16th, 17th, 18th,
8   19th and 22, right?
9        A.   That's correct.
10       Q.   Did you for any of these Level 3
11  securities go back in the GFS data to see how
12  frequently these securities were marked prior
13  to Lehman's bankruptcy?
14       A.   No.  Because again, that was not
15  material to my conclusions.
16       Q.   What is your understanding of how
17  often Level 3 securities are re-priced or
18  remarked?
19       A.   I don't know what particular
20  policies may have been in place.  Because as I
21  say, I don't believe I've seen the Lehman
22  policy on that.  But the conclusion that I'm
23  drawing here is not how this compares with
24  prior policy but rather, are these reliable
25  indicators of value given that they are not

TSG Reporting - Worldwide     877-702-9580

Page 178

1          - P. Pfleiderer-
2  changing in a turbulent week when a lot is
3  happening in the market.
4      Q.  Right.  The conclusion you're
5  drawing from the fact that the price has
6  changed from the 12th to the 15th for some of
7  these and then don't change through the 22nd
8  is that people were so caught up in the
9  turbulence and their own personal crisis that
10  they weren't remarking these Level 3
11  securities, right?
12      A.  Certainly, these Level 3 securities
13  were not remarked to reflect what undoubtedly
14  were changes in value over the course of the
15  week.
16      Q.  And to know what's driving the
17  re-pricing or the lack of re-pricing of a
18  security, wouldn't you need to know what the
19  policies are as to when Level 3s are remarked
20  by Lehman in the ordinary course?
21      A.  I think the best way to answer this
22  question is I'm not necessarily drawing a
23  conclusion here about whether policy followed
24  this week was different than the other weeks,
25  although I certainly read a lot of deposition

TSG Reporting - Worldwide    877-702-9580

Page 179

1          - P. Pfleiderer-
2  testimony that indicated that this week was
3  different than other weeks.  I remember, I
4  believe it was Mr. Marsal who said that he
5  found extreme chaos when he was coming in on
6  his own and so forth.
7      So it would be reasonable to
8  conclude that whatever policies might have
9  been in place were not necessarily being
10  followed.  However, my major conclusion is
11  that because these weren't being updated, they
12  could not serve as a reliable indicator of
13  value in a week where there was a lot of
14  turbulent activity in the market and market
15  valuations were potentially changing.
16      So whether it was as a result of
17  following policies that resulted in stale
18  prices all the time, or whether it was a
19  result of people not being able to follow the
20  policy is really immaterial for the ultimate
21  question, which is can these Lehman marks be
22  used as a reliable indicator of value as the
23  week is progressing when they're not being
24  updated in a week when values are changing.
25      Q.  If, for example, Lehman's policy

TSG Reporting - Worldwide    877-702-9580

Page 180

1          - P. Pfleiderer-
2  was that Level 3 assets are re-priced on
3  the 15th and 30th of each month, so middle of
4  the month and end of the month, the pattern of
5  price changes that you see here would be
6  perfectly consistent with such a policy,
7  correct?
8      A.  As would my conclusion that they
9  would not be reliable sources of value.
10      Q.  But for a different reason; it's
11  not because people are distracted and caught
12  up in their personal life, it's because
13  they're following the Lehman pricing policy,
14  right?
15      A.  Again, that doesn't affect the
16  conclusion that I would draw that they're not
17  reliable.
18      Q.  It is not the conclusion that you
19  would draw.  It is the conclusion that you
20  have drawn.  You have suggested to the Court
21  that the reason these prices aren't being
22  remarked is because people are so caught up in
23  their personal lives that they don't have the
24  time to remark their books.  You have no way
25  of knowing if that's the reason these prices

TSG Reporting - Worldwide    877-702-9580

Page 181

1          - P. Pfleiderer-
2  didn't change or simply because policy was
3  being followed?
4      MR. SHAW:  Objection.
5      Mischaracterizes the report and his
6      prior testimony.
7      (Witness reviewing document.)
8      A.  I think the answer to your
9  question, I will simply read into the record
10  what I said in Paragraph 39 which is, "My
11  analysis of the prices recorded in GFS reveal
12  significant stickiness in the marks," and then
13  it goes on to talk about Exhibit 4.
14      So I'm not using this to conclude
15  anything about what Lehman employees were
16  doing.  Although, given my reading of
17  deposition testimony, I know that this was an
18  unusual week.  But Paragraph 39 does not begin
19  by saying Lehman employees were not updating
20  the GFS system, and as evidence thereof, and
21  then go on.  It simply says that my analysis
22  "revealed significant stickiness."
23      Q.  Just to answer my question, you
24  have no way of knowing whether the reporting
25  of these prices in the GFS system was or was

TSG Reporting - Worldwide    877-702-9580

Page 182

1            - P. Pfleiderer-
2    not consistent with Lehman policy, correct?
3        A.   Then it would be immaterial for my
4    conclusions --
5        Q.   That wasn't my question at all.
6        A.   -- because I wasn't basing my
7    conclusions on what Lehman policy was or was
8    not.  I'm simply looking at the prices as
9    they're reported in the GFS system and noting
10   that they were sticky.
11       Q.   Do you have a problem with my
12   question?  Do you understand the question I'm
13   asking you?  You have no way of knowing
14   whether this was consistent with policy or
15   not?  Do you understand that question?
16       A.   I have not read the policy, so I
17   don't know what the policy is.
18       Q.   And the same is true with the data
19   you have in Exhibit 5?  You have no way of
20   knowing whether that is consistent with
21   Lehman's policy that existed then for the
22   re-pricing of Level 2 securities, correct?
23       A.   No.  What I do know is that it
24   shows that they were sticky, which is the only
25   conclusion that I was drawing.

TSG Reporting - Worldwide    877-702-9580

Page 183

1            - P. Pfleiderer-
2        Q.   What is Barclays' policy for
3    re-pricing Level 3 securities?
4        A.   I don't recall.  I'd have to go
5    back and look at their policies.
6        Q.   Do you have any understanding
7    generally in the financial industry, what is
8    the test for when you have to go in and remark
9    a Level 3 security; when it's appropriate to
10   do so, when you're required to do so?  What
11   are the standards?
12       A.   I don't know the exact accounting
13   standards, no.
14       Q.   Not the accounting standards.  Are
15   there any valuation standards that apply that
16   require financial institutions to go in and
17   revalue Level 3 securities?
18       A.   Valuation standards set by whom?
19       Q.   By regulators.
20       A.   I don't know the exact regulatory
21   policy.  But what I do know is a financial
22   economist is a stale mark.  And if prices are
23   changing and if values are changing and a mark
24   is not being updated, it is stale.  And that's
25   all I was observing here.

TSG Reporting - Worldwide    877-702-9580

Page 184

1            - P. Pfleiderer-
2        Q.   What percentage of Level 3
3    securities were remarked more frequently than
4    the ones you selected in Exhibit 4?  Did you
5    do that analysis?
6        A.   I'm not sure I understand the
7    question.
8        Q.   If you don't apply the $20 million
9    criteria, if you look at all of the Level 3s
10   that are available in GFS, did you look to see
11   how many of the other Level 3 securities other
12   than the ones you have in Exhibit 4 were being
13   remarked throughout that week?
14       A.   Beyond the cutoff of 20 million; is
15   that what you're asking?
16       Q.   Yes.  The entire population.  Not
17   this population.
18       A.   I'm not sure whether that analysis
19   was done.  But I suspect that it was and we
20   just reported the top ones above 20 million
21   because those were the ones that had material
22   value or certainly were going to be where a
23   lot of material value would reside.
24       Q.   You don't know that, do you,
25   because there could be a lot of Level 3 assets

TSG Reporting - Worldwide    877-702-9580

Page 185

1            - P. Pfleiderer-
2    that are just under $20 million, so there
3    could be billions and billions of dollars of
4    Level 3 and only a couple of billion that are
5    being captured by your analysis, correct?  You
6    don't know?
7        A.   What I do know in this analysis is
8    that some of the ones that were very important
9    in the inventory that came to Barclays, which
10   do show up here, such as the Ciago line at the
11   top, were not being updated.  I don't have
12   precise number as to what the analysis would
13   show if the screen was set less than
14   20 million.  Let's say 10 million or
15   5 million.  So I don't know that.
16       Q.   And the same is true for the
17   Level 2 securities analysis in Exhibit 5?
18       A.   That would be correct, yes.
19       Q.   By the way, where is Pine?
20       A.   I'm sorry?
21       Q.   Where is Pine?
22       A.   (No response.)
23       Q.   Where is Pine?
24       A.   I said Ciago.
25       Q.   But where is Pine?

TSG Reporting - Worldwide    877-702-9580

Page 186

1           - P. Pfleiderer-
2      A.  Oh, I'm sorry.
3           (Witness reviewing document.)
4      Q.  You can satisfy yourself that it is
5  not there.
6      A.  I'm just checking to make sure.
7      Q.  Absolutely.  By all means do.
8      A.  What that would indicate is
9  something that answers the question then that
10 we were talking about before.  If the policy
11 was only to mark on the 15th and the 30th,
12 then Pine would show up here.  What the
13 absence of Pine means potentially, and the
14 explanation would be, that it was updated more
15 than once during this week.  Because let's
16 remember what the criteria was.
17          The criteria was anything marked
18 Level 3, or Level 2, and above 20 million in
19 value, if it was only updated at most once.
20          So if it were the case that Pine
21 was updated twice or more, then it wouldn't
22 appear here -- which appears to be the case.
23 But that would say that there was a
24 discretionary policy of some sort that would
25 mean that some things were updated more often
           TSG Reporting - Worldwide    877-702-9580

Page 187

1           - P. Pfleiderer-
2  than others.
3      Q.  There's something you just said
4  there that's really interesting to me.
5           So this list is limited not only by
6  the fact that it is Level 3s, that are above
7  20 million, but you also limit it to make sure
8  that you only captured those securities that
9  were updated only once during that time
10 period?  Is that what you're telling me?
11     A.  Let me reread what Paragraph 39
12 said.
13     Q.  That's not in Paragraph 39.  So,
14 hence, my interest.
15          MR. SHAW:  Objection to the
16 characterization.
17     Q.  That aspect of your answer is not
18 in Paragraph 39, so, hence, my interest.
19     A.  Yes, it is.  I respectfully
20 disagree, so let me read:
21          "Exhibit 4 reports LBI net long
22 inventory positions in Level 3 securities with
23 an indicated value greater than 20 million as
24 recorded in GFS as of September 12, 2008" --
25 and ere is the important clause -- "for which
           TSG Reporting - Worldwide    877-702-9580

Page 188

1           - P. Pfleiderer-
2  there was no price adjustment after September
3  12th or at most one adjustment after September
4  12th."  And then this parenthesis "typically a
5  downward, single downward from the 12th to the
6  15th with no subsequent adjustment."
7           So the selection criteria is
8  exactly what this says, Level 3 above
9  20 million and for which there was at most one
10 price adjustment.  So it's certainly possible
11 and undoubtedly true, given what we have about
12 Pine, that there were securities that were
13 adjusted more.  And Pine, if it was adjusted
14 more than once, would not be included in this
15 table by the criterion that was set out.
16          But then that would call into
17 question our discussion before about the
18 policy being that you only mark on the 15th
19 and the 30th, because that would not explain
20 the absence of Pine.
21     Q.  How many other securities were
22 there that were more than 20 million in value
23 for which prices were adjusted more than once
24 during this time period?  You're suggesting
25 Pine may be one of them.  Are there others?
           TSG Reporting - Worldwide    877-702-9580

Page 189

1           - P. Pfleiderer-
2      A.  Oh, there could be, and undoubtedly
3  are.  My point was simply that there were
4  stale prices in the system.  I wasn't saying
5  that everything in the system had stale
6  prices.  I was simply observing that there was
7  a substantial number of CUSIPs for which
8  values were above $20 million and for which
9  there was at most one price change during the
10 course of this week.
11     Q.  You said there was a substantial
12 number of CUSIPs.  But I think you added up
13 all of the CUSIPs in Exhibit 4 and Exhibit 5.
14 I haven't done that.  But my guess is we are
15 talking about fewer than 200 CUSIPs, probably
16 100 CUSIPs that you identified there.  And the
17 population that we are talking about as of
18 September 12th is 20,000 plus, correct?
19          MR. SHAW:  Objection.
20     A.  I would have to go through and add
21 up the number and then refer back to the other
22 that establish its universe.
23          (Witness reviewing document.)
24     Q.  Well, the universe is in
25 Paragraph 32, I believe.  That's where you add
           TSG Reporting - Worldwide    877-702-9580

Page 190

1          - P. Pfleiderer -
2    up all of the GFS Level 1, Level 2, Level 3
3    positions.  Maybe the universe is even larger
4    than that because maybe there were some CUSIPs
5    for which there was no indication of Level 1,
6    Level 2, Level 3, but it is at least 26,000
7    positions.  Paragraph 32.
8          (Witness reviewing document.)
9    Q.  Do you agree there is at least
10   26,059 positions as of the 12th in GFS?
11       A.  The relevant universe is the number
12   that were categorized as Level 2 or Level 3.
13   And since you're talking about Level 3, it was
14   2,128.
15   Q.  Of the 2,128, Exhibit 4 captures
16   how many, fewer than 20, 25 at the most?
17       A.  I think I counted it as 26.  Again,
18   I didn't say a substantial percentage, I said
19   a substantial number of these were not marked
20   more than once during the week.
21   Q.  But on the basis of this analysis,
22   you rejected wholesale all of the GFS data as
23   unreliable, correct?
24       MR. SHAW:  Objection.
25       Mischaracterizes.

TSG Reporting - Worldwide    877-702-9580

Page 191

1          - P. Pfleiderer -
2       A.  What we don't know is the
3    percentage here.  We can't say anything about
4    the percentage.  And the reason we can't is
5    the 20,000 -- excuse me.  The $20 million
6    filter.  So it is true that there are a total
7    universe of 2,128.  And the filter here was at
8    20 million so a substantial part of that
9    universe is probably less than 20 million.
10       And since I just did the analysis
11   here, I just report the analysis for those
12   above 20 million, the really relevant question
13   is - if you want to calculate a percentage, is
14   what percentage is this of the percentage that
15   are in Level 3 that are above 20 million.
16       The 2,128 gives the total number,
17   which would include, no doubt, many under
18   20 million.  So we can't really talk about
19   percentages unless we're comparing
20   apples-to-apples.  So either we do the
21   analysis for the entire universe or we figure
22   out how many in that 2,128 are above
23   20 million and calculate a percentage one way
24   or the other.
25   Q.  But if what you're trying to do is

TSG Reporting - Worldwide    877-702-9580

Page 192

1          - P. Pfleiderer -
2    figure out how sticky Lehman's GFS prices are,
3    why wouldn't you look at the universe of
4    prices?  Why filter it out for only
5    $20 million-plus positions?
6       A.  Because my point was to show that
7    there were a substantial number of securities
8    that had value, in this case above 20 million,
9    that were not updated more than once during
10   the course of the week.
11   Q.  And in your view, the substantial
12   number here is 26 over 2,128?
13       A.  No, that's not what I said.  26
14   over whatever number of that 2,128 is above
15   20 million.
16   Q.  And you don't know that number
17   because you didn't track that number, how many
18   above $20 million were updated more than once
19   during the week?
20       A.  That wouldn't be the relevant
21   number that you would need.  What you would
22   need is to take the 2,128 and figure out what
23   in that population is above 20 million.  That
24   would be your base.  Of those, 26 meet the
25   criteria of not being updated more than once.

TSG Reporting - Worldwide    877-702-9580

Page 193

1          - P. Pfleiderer -
2       So if it turned out -- and I'm not
3    saying that it would, but just for
4    hypothetical purposes.  If it turned out that
5    of the 2,128, 75 were above 20 million, for
6    example, then we would have 26 out of 75.
7    Q.  But we don't know if that's the
8    case because that's not something that was
9    tracked and reported by you?
10       A.  That's not something that's in my
11   report.
12   Q.  It is not that you tracked it and
13   left it out of your report, you didn't track
14   that; is that right?
15       A.  I believe that the information is
16   there.  What I chose to report is securities
17   that had more than $20 million in value, were
18   in GFS at either Level 2 or Level 3, and did
19   not have price updates more than once a week.
20   Q.  Let's go to Appendix 4 in your
21   report.  It's in Volume I.
22       MR. SHAW:  Page 106.
23   Q.  Page 106.  If you want to mark it
24   with another sticky, please feel free to do
25   so.

TSG Reporting - Worldwide    877-702-9580

Page 194

1          - P. Pfliederer-
2          In Appendix 4, you have eight
3    items, either specific CUSIPs or types of
4    securities that you analyze in particular
5    ways, right?
6          A.   That is correct.
7          Q.   Was there a particular filter or
8    methodology you used to select these eight
9    securities or asset classes as opposed to
10   doing some other type of analysis?  Why these
11   eight?
12         A.   I chose these eight because they
13   give a range of examples of various things
14   that I found in the course of my analysis.  So
15   the filter was basically the filter of
16   choosing examples that illustrated various --
17   various things that I found in the
18   spreadsheets that I was looking through and
19   understanding what was associated with various
20   securities in those spreadsheets.
21         Q.   Let's start on the back actually
22   with the Pine CLO.  Start with page 116 where
23   you begin the Pine CLO discussion.  One thing
24   I want to do is look at your errata sheet
25   because you made an edit to this.

TSG Reporting - Worldwide    877-702-9580

Page 195

1          - P. Pfliederer-
2    Exhibit 636-A that we looked at this morning.
3    It may be that last document.
4          MR. SHAW:  The last document.
5          Q.   If you turn in your errata report
6    to the third page of that errata report, the
7    last item there.  That's a correction you're
8    making to this discussion of Pine in
9    Appendix 4, correct?
10         A.   To the Pine CCS CLO discussion.
11         Q.   So I understand what you're
12   discussing there in the second paragraph of
13   the Pine CLO discussion, you are editing your
14   report to say, "Bank of New York valued the
15   transfer position in Pine at 1,020,500,000";
16   is that right?
17         A.   That's what the correction is, yes.
18         Q.   What you are correcting is what you
19   used to appear there before which was a number
20   of 914,983,902.  Do you see that?
21         A.   That's correct.
22         Q.   And both in the original report and
23   in your correction you say that the value that
24   Bank of New York ascribed to the transfer
25   position in Pine was based on an erroneous

TSG Reporting - Worldwide    877-702-9580

Page 196

1          - P. Pfliederer-
2    factor, correct?
3          A.   That is what was the reference, for
4    example, that I was mentioning this morning
5    when I saw a screen shot of the vendor source
6    showing what the factor actually was at the
7    time.
8          Q.   And in correcting your previous
9    analysis of Pine CLO, you say in your errata
10   sheet, what BoNY should have done is have a
11   BoNY midpoint mark of 914,983,902; is that
12   right?
13         A.   If that factor of -- I forget what
14   the factor was -- but is applied to the 1.02.
15         Q.   But that's what you do in your
16   errata, right, you apply the right factor and
17   you say this is what BoNY should have done?
18         A.   I have to go back and look at the
19   actual spreadsheet because I think the
20   correction was actually done in this
21   spreadsheet itself.  If we were to open it up,
22   I could look at it and see how it enters into
23   the spreadsheet in which the BoNY mark is
24   given.  And I can't remember whether it was
25   given at 1.02 or whether it was corrected to

TSG Reporting - Worldwide    877-702-9580

Page 197

1          - P. Pfliederer-
2    the 9.14.
3          Q.   Well, if BoNY had reported it at
4    9.14, that would have been the correct value
5    to report it; is that what you're saying?
6          A.   No.  I'm not saying that.  I'm
7    saying that there appeared to be an error that
8    had been made based upon an erroneous factor.
9    Correcting that erroneous factor does not make
10   the BoNY midpoint mark correct, it just
11   adjusts the par value downward to reflect that
12   the factor is no longer one.
13         Q.   Because you perceive two problems
14   with BoNY's valuation; they misapplied the
15   factor and they got the valuation itself
16   wrong, right?
17         A.   Well, there are three reasons at
18   least ultimately for a difference here between
19   the BoNY mark, the initial mark, and the mark
20   that Barclays ultimately gives to it.
21         One would be in this particular
22   case an erroneous factor.  The other would be
23   a disagreement based upon value once that
24   factor is corrected.  And a third would be the
25   adjustment from midpoint down to exit prices

TSG Reporting - Worldwide    877-702-9580

Page 198

1        - P. Pfleiderer-
2   that would have been done here to make that
3   correction.
4           And we have to open up the
5   spreadsheet to see exactly what was done. I
6   don't recall all the details in terms of, for
7   instance, the exit point mark. Although I
8   think it is here in the report.
9        Q. What I want to do is focus on the
10  first of those three, the factor problem.
11  Because that's the subject of the correction
12  in your errata sheet. That's the part of your
13  analysis that you're correcting, is the
14  factor, correct?
15       A. In terms of the errata sheet?
16       Q. In terms of the errata sheet.
17       A. Yes.
18       Q. So just isolating that issue. I
19  know you have other concerns about BoNY's
20  valuation, but let's just focus on the factor
21  part.
22           In the original report you said,
23  "Bank of New York valued the transfer position
24  in Pine at 914,983,902," correct?
25       A. That's how it appears in the
TSG Reporting - Worldwide    877-702-9580

Page 199

1        - P. Pfleiderer-
2   original version here, yes.
3        Q. And in your correction what you say
4   is, "After adjustment for this error, the
5   value of these positions at BoNY's midpoint
6   mark should have been 914,983,902," right?
7        A. That is what I'm saying in the
8   errata sheet, yes.
9        Q. If you look at Volume II of your
10  expert report, Exhibit 1, Part A, page 1. Are
11  you there?
12       A. Yes.
13       Q. If you go down about seven or eight
14  CUSIPs, you will see custodial mark,
15  914,983,902. Do you see that?
16           (Witness reviewing document.)
17       A. I do.
18       Q. That's Pine, correct?
19       A. We have to check the CUSIP. But
20  the numbers certainly are the same.
21       Q. So BoNY did have it at the right
22  factor all along?
23       A. This is where we have to go back to
24  the spreadsheet and see what was done there.
25  My recollection is that the factor was
TSG Reporting - Worldwide    877-702-9580

Page 200

1        - P. Pfleiderer-
2   corrected in the spreadsheet from one to
3   whatever it was. And then the way that the
4   custodial mark was calculated was to station
5   the notional amount, multiply it by the
6   factor, multiply it by the implied -- and we
7   have to go back and check here -- price at
8   which BoNY was marking it divided by a
9   hundred.
10          So without looking at the
11  spreadsheet and knowing whether the correction
12  of the factor corrected what was reported as
13  the custodial mark in the spreadsheet from
14  which this was derived, we can't really tell.
15       Q. Well, you didn't adjust any of the
16  custodial marks when you put them on
17  Exhibit 1, Part A, correct? You reported them
18  as BoNY had reported them?
19       A. As they were registered in the
20  spreadsheet.
21       Q. We'll see if we can pull up the
22  spreadsheet and we can mark the spreadsheet
23  itself as an exhibit.
24           (Exhibit 641-A, e-mail re:
25  Acquisition balance sheet,
TSG Reporting - Worldwide    877-702-9580

Page 201

1        - P. Pfleiderer-
2   BCI-EX-(s)-00213990 with attachments,
3   marked for identification, as of this
4   date.)
5        Q. Professor Pfleiderer, I'm handing
6   you what has been marked as Exhibit 641-A.
7   What this is is a collection of native format
8   documents that were produced along with the
9   Bates numbered pages that you see in this
10  document beginning with BCI-EX-(S)00213990.
11  And what this corresponds to is a document we
12  were looking at this morning, which is
13  Exhibit 637-A, and the files identified by
14  counsel, which files we confirmed this morning
15  are the two initial inventory and JPM
16  inventory files that you have on your hard
17  drive in your computer.
18          This is the first one of the files.
19  Do you recognize the file?
20       A. Yes.
21       Q. Because we have it now on a TV
22  screen, in native format, in a spreadsheet.
23  That's something you've seen and are familiar
24  with it?
25       A. Very familiar with this.
TSG Reporting - Worldwide    877-702-9580

Page 202

1         - P. Pfleiderer-
2         Q.  Where on that spreadsheet, which is
3    a spreadsheet that's embedded within
4    Exhibit 641, is the Pine CLO?  Where would you
5    go?
6         A.  Do you want me to try and do it?
7         Q.  Yes, you can try.
8         (Handing monitor to witness.)
9         Q.  To be clear, the document that we
10   are working off of is a document that ends on
11   3995.xls.
12         And you're going to what tab, sir?
13   If you can just describe what you are doing.
14         A.  I'm going to the "PMTG" tab.  I'm
15   now going to select the entire spreadsheet and
16   make sure there are no hidden columns here.
17   I'm in a slight disadvantage in doing this
18   because this is the older version of Excel,
19   and through lots of trial and pain, I've
20   gotten used to the new version.
21         Q.  Well, next time we gather, maybe
22   you can bring your computer and maybe we can
23   work off the right version of Excel.  But
24   let's do the best we can.
25         A.  So I'm going to sort now, I believe

TSG Reporting - Worldwide    877-702-9580

Page 203

1         - P. Pfleiderer-
2    I'm going to get it with column G -- this
3    comes up a little differently.
4         Perhaps the easiest thing is to
5    search for the CUSIP.  If someone would be so
6    kind as to read the CUSIP number.
7         Q.  722490AA7?
8         A.  887?
9         Q.  No.  Apple, apple 7.
10         A.  AA7.  I must have typed it wrong.
11         MR. VELLRATH:  Capital As.
12         A.  Capital As?  Okay.
13         722490?
14         Q.  Yes.
15         A.  AA7.
16         Q.  Or you can just look for the word
17   "Pine."  I think you should unhighlight the
18   column and search, that might work.
19         A.  It should be in column A, though.
20   Unless it's...
21         The one thing I should check is
22   some of these were put into corporates.  But I
23   think it was the PMTG file.
24         Let me just look and see if it was
25   put in corporates.  Sometimes you have to look

TSG Reporting - Worldwide    877-702-9580

Page 204

1         - P. Pfleiderer-
2    in multiple places.
3         MR. SHAW:  I think it may actually
4    be in the PMTG 2 file.
5         MR. TAMBE:  Okay.
6         THE WITNESS:  Ah, that could be.
7         (Witness conducting computerized
8    search.)
9         Q.  There it is.  Line 35.
10         A.  Yes.  Okay.  I highlight that now
11   with your permission.
12         Q.  Sure.
13         A.  Just so it is easier to see.
14         Q.  So now let's read it across and see
15   what BoNY had, what the custodial mark was.
16         A.  So here is -- here is what
17   happened, and here is what explains the
18   outcome here.
19         So the original notional value was
20   1.02 and change as you might say here.
21   1 billion and 20 million.  And the BoNY price
22   is 100, so that's what it came in at.
23         BoNY marked the CLO at that value.
24   Why?  Because it put in a factor of one.  So
25   if I do not decrease the original notional

TSG Reporting - Worldwide    877-702-9580

Page 205

1         - P. Pfleiderer-
2    value and I take a full price of a hundred,
3    saying it's selling at par, then BoNY will
4    value it at this.  So then the question
5    ultimately arises: Well, why does it show up
6    in the spreadsheet at 914.983?
7         The reason is as follows.  Do you
8    see the factor of .8966?  And it is
9    highlighted here.  And I believe the person
10   that put it here highlighted it to show that
11   it was a correction.  So the person that was
12   going through it carefully, noting the
13   difference in factor, putting it in, had the
14   following consequence associated with that
15   action.
16         Since the BoNY mark is based upon
17   multiplying the price times the factor times
18   the notional value and then dividing by a
19   hundred, given that the notional value had
20   been adjusted by the appropriate factor, it
21   appears here, just by the consequence of the
22   way that the BoNY price is calculated, that
23   BoNY marked it correctly.  But that's only
24   because of the formula that's being used here.
25   And the spreadsheet corrects the erroneous

TSG Reporting - Worldwide    877-702-9580

Page 206

1     - P. Pfleiderer-
2     factor from 1 to .896.
3          So what it came down to was, indeed
4     1.02 million -- excuse me, I misspoke.  1.02
5     billion.  It's showing up at the spreadsheet
6     at the corrected price only because in column
7     J -- I'm referring to now column J, row 35,
8     given the way this is sorted.  The only reason
9     that that is showing up with the appropriate
10    value corrected by the factor is that the
11    person who constructed this spreadsheet
12    corrected the factor, and that gets reflected
13    in column J, but it does not show what it was
14    marked at when it came in from BoNY because of
15    this correction.
16    **Q.  How would you know whether or not**
17    **that's the correct factor?**
18    A.  That's where I looked and I don't
19    know exactly where to find it.  But it was
20    some of the data that was produced in the file
21    that's related to the Pine CCS.  I recall
22    looking at a screen shot which shows that
23    that's the correct factor.
24    **Q.  And ordinarily for a CDO or a CLO,**
25    **where would you go and look to find out what**
     TSG Reporting - Worldwide     877-702-9580

Page 207

1     - P. Pfleiderer-
2     **the relevant factor is as of a particular**
3     **date?**
4     A.  One of the various pricing services
5     that would give you -- give you the factor.
6     **Q.  And you believe the .8966 is the**
7     **correct factor to value the Pine CLO as of**
8     **9/22; is that right?**
9     A.  Based upon the outside source that
10    was obtained.
11    **Q.  Now, the Pine CLO, what tranche of**
12    **the Pine CLO is the subject of this analysis?**
13    A.  This lists it as a mezzanine
14    tranche.  I'd have to go back.
15    **Q.  Are you sure about that?**
16    A.  I'm not sure -- I'm sure that it
17    list it here as "CLO mezzanine."
18    **Q.  And your understanding is that what**
19    **that means is that that is the mezzanine**
20    **tranche of the Pine CLO that's at issue?**
21    A.  I would have to go back and look at
22    the information that was in some of these
23    files, at least in the spreadsheet looking now
24    at column D, row 35, it's listed here as "CLO
25    Mezz."
     TSG Reporting - Worldwide     877-702-9580

Page 208

1     - P. Pfleiderer-
2     **Q.  Can you step away from the monitor?**
3     **I want to ask you a question about Pine.**
4     A.  Sorry.
5     **Q.  That's all right.**
6     **Did you look at the offering**
7     **documents for the Pine CLO?**
8     A.  I'm trying to recall whether those
9     were included.  I don't believe that I saw
10    those.  I don't believe that they were
11    included in the e-mail attachments that were
12    backup for this.
13    **Q.  Did you ask to see it?  Did you**
14    **say, let me see a copy of the offering**
15    **memorandum?**
16    A.  I did not personally.  Staff
17    working at my direction may have.  But I
18    didn't personally.
19    **Q.  We're doing the "may have thing"**
20    **again.  Do you know if they did?**
21    A.  I don't know that they did, I don't
22    know that they did not.
23    **Q.  Do you know what the capital**
24    **structure of the Pine CLO looks like?**
25    A.  Sitting here now I don't.  But I
     TSG Reporting - Worldwide     877-702-9580

Page 209

1     - P. Pfleiderer-
2     believe some of the -- I may be confusing this
3     with something else that I looked at.  But I
4     believe that there was some -- some documents
5     that related to that, but I'm not sure it was
6     for the Pine CLO.
7     **Q.  And it would be relevant to the**
8     **valuation of the Pine CLO as to where in the**
9     **capital structure of the Pine CLO the**
10    **particular Pine security at issue resided;**
11    **whether it was a senior or a mezz or a junior?**
12    A.  It would be, yes.
13    **Q.  It would affect the cash flows that**
14    **were coming to that particular security,**
15    **correct?**
16    A.  Generally, the waterfall goes
17    through the various tranches and it would
18    definitely affect the cash flows.
19    **Q.  Did you look at the waterfall for**
20    **the Pine CLO?**
21    A.  Again, I don't believe for that
22    particular CLO, but I may have.  I recall
23    looking at some documentation, but I'm not
24    sure that it was with Pine.
25    **Q.  Did you look at the avenues of**
     TSG Reporting - Worldwide     877-702-9580

Page 210

1          - P. Pfleiderer-
2    default for this particular CLO?
3          A.  I don't believe so, no.
4          Q.  Do you know whether or not this
5    particular CLO went into an EOD shortly after
6    the transaction?
7          A.  I believe I saw something
8    somewhere, but I may be confusing it with
9    something else.  So the best answer I can give
10   you is not that I recall sitting here today
11   what information I had on this particular CLO
12   versus some other.
13         Q.  Just going back to this particular
14   line, right, line 35.
15         If you scroll to the right, a
16   little bit further, a little bit further?
17         (Witness Complying.)
18         Q.  All right, stop right there.
19         Column J has the derived BoNY value
20   calculated with the adjusted factor, right,
21   the 914 million, correct?
22         A.  Before answering your question
23   definitely, I would want to look at exactly
24   what the formula is.
25         Q.  You got it right there?

TSG Reporting - Worldwide    877-702-9580

Page 211

1          - P. Pfleiderer-
2          A.  It would appear -- I want to look.
3    H is the par...
4          (Witness reviewing document.)
5          A.  G is the factor.  I is the price.
6    Yes, it is.  Exactly the calculation that I
7    described when I described when I was
8    explaining what had happened.
9          Q.  When we scrolled to the right, I
10   had you stop at the column that was entitled
11   "market value 9/22 with liquidity."  Can you
12   get back to that column?
13         (Witness complying.)
14         Q.  Are you there?
15         A.  Yes.
16         Q.  And that column, which is column
17   Z-35, that's the Barclays exit price for that
18   security, correct?
19         A.  I'm going to be very careful in
20   answering this because what I need to do --
21         Q.  You should be careful.  It is half
22   a billion dollar difference, so...
23         A.  I'm going to go and look at the
24   summary and look at.  It points to Z, yes,
25   that is correct.

TSG Reporting - Worldwide    877-702-9580

Page 212

1          - P. Pfleiderer-
2          Q.  What you did is you went to the
3    summary page to make sure that what is being
4    summed up is the values that appear on the Z
5    column of this particular worksheet?
6          A.  That's correct.  Because there are
7    often columns here often times repeated with
8    small differences or just repeated.  And I
9    always made sure in everything that I did that
10   it was the column that ultimately fed into the
11   summary page which, again, feeds into the --
12   ultimately into the acquisition balance sheet.
13         Q.  Just looking at the two values
14   then, the BoNY value versus the Barclays final
15   exit price value, there's about a $500 million
16   difference between the two values, correct,
17   for this one single CUSIP?
18         A.  Well, let's be careful here.  The
19   BoNY value was as reported in my errata sheet,
20   the 1.02 which was due in part to the error in
21   the factor.
22         Q.  So even more than a $500 million
23   difference?
24         A.  So it is even more.  Once you
25   correct that error, then it's less by the

TSG Reporting - Worldwide    877-702-9580

Page 213

1          - P. Pfleiderer-
2    amount of that factor.
3          Q.  So this one line is responsible for
4    maybe 5- to $600 million of the delta between
5    the Bank of New York prices and the Barclays
6    prices, right?
7          A.  I just realized I misspoke.  When I
8    said it was less by the factor I meant to say
9    it was less by the change in the factor times
10   the -- times the price.
11         Q.  So having directed that, can you
12   now answer my question that this one single
13   item is responsible for the 5- to $600 million
14   of the delta between the Bank of New York
15   prices and the BoNY prices, correct?
16         A.  Well, that's 900, whatever it was,
17   minus 428.
18         Q.  So the answer to my question is
19   yes, it is?
20         A.  Whatever that difference is, yes.
21         Q.  Did you sit down with the Barclays
22   people and ask them what they had done
23   specifically to get to their value of
24   $428 million for this particular CUSIP?
25         A.  Did I personally sit down with

TSG Reporting - Worldwide    877-702-9580

Page 214

1      - P. Pfleiderer-
2  them? No.
3      Q.  Did any of your staff members do
4  that?
5      A.  My understanding is there were
6  conversations between staff working for me and
7  people at Barclays about various things and
8  they well could have encompassed this
9  particular CUSIP.
10     Q.  Do you know?
11     A.  But again, I don't know for sure.
12     Q.  You don't know.  Okay.
13        So you don't know whether Barclays,
14  for example, was misreading the indenture when
15  they came up with their assumption about how
16  they were going to price this particular CLO?
17  You don't know that?
18     A.  I haven't talked to them so I don't
19  know how they were reading it.  So I don't
20  know whether they were misreading it because I
21  don't think how they were reading it.
22     Q.  And as far as you know, no one in
23  your staff did a check to make sure that the
24  way that Barclays had read the indenture was,
25  in fact, consistent with the actual terms of
TSG Reporting - Worldwide    877-702-9580

Page 215

1      - P. Pfleiderer-
2  this particular security, correct?
3      A.  I don't know whether that was done.
4  I don't know whether it was not done.
5      Q.  Now --
6      A.  I just don't know.
7      Q.  Well, did you review the Trustee
8  report for this particular CLO?
9      A.  No.  I believe I answered that
10  question before, I did not.
11     Q.  I'm not sure if I asked you about
12  the Trustee report.  But okay.
13        You haven't reviewed the Trustee
14  report?
15     A.  Again, I'm having to recall
16  documents that I did see that were in a file
17  related to the Pine CLO.  I don't believe
18  there was a Trustee report there, but there
19  may have and I may have even looked at it, I
20  just don't know.
21     Q.  Would it be relevant to the
22  valuation of the CLO how much cash was
23  available in the CLO at the time of the
24  transfer from Lehman to Barclays?
25     A.  That would be a consideration that
TSG Reporting - Worldwide    877-702-9580

Page 216

1      - P. Pfleiderer-
2  would be taken into account in value, yes.
3      Q.  So in valuing it you would take
4  into consideration how senior the note was
5  that you were valuing, right?
6      A.  That would be correct.
7      Q.  And you would take into
8  consideration the amount of cash that was
9  available in the structure at the time of the
10  transaction, correct?
11     A.  That could be a consideration that
12  would affect value, yes.
13     Q.  And you would also take into
14  consideration the creditworthiness of the
15  credits underlying the CLO, correct?
16     A.  That would be a consideration; the
17  number of credits, correlation issues.  A
18  whole host of other things would be factored
19  in.
20     Q.  Did you study those kinds of
21  factors and consideration with respect to this
22  CLO?
23     A.  Did I personally study those?
24     Q.  Yes.
25     A.  No.
TSG Reporting - Worldwide    877-702-9580

Page 217

1      - P. Pfleiderer-
2      Q.  Did your staff?
3      A.  Our staff -- I and the staff
4  reviewed the commentary that was provided in
5  that file, which is excerpted in my report
6  which talked about the high level
7  concentration and other such things and
8  satisfied ourselves -- I satisfied myself that
9  it was appropriate for Barclays to adjust the
10  price downward to reflect both value
11  considerations and considerations of what this
12  would be worth in an exit situation which
13  relates to liquidity.
14     Q.  How did you satisfy yourself other
15  than read what they had written?
16     A.  Basically reading what they had
17  written and understanding that it was a highly
18  concentrated CLO with a number of names that
19  Lehman had put together that could not be
20  sold.
21        My recollection, for example, is --
22  and I may be faulty on this, is that we did
23  look at the GFS report.  And this may be --
24  this may be for Pine.  It may be for something
25  else.  But if I recall correctly, it was for
TSG Reporting - Worldwide    877-702-9580

Page 218

1          - P. Pfleiderer-
2    Pine.
3          And the GFS report lists Pine, I
4    believe, and shows number of days held in
5    inventory and also gives a column which says
6    "max holding." And if my recollection is
7    correct, the number of days that this had been
8    held by Lehman in inventory was much greater
9    than -- or it was greater. I don't know if it
10   was much greater, than the reported max
11   holding period which only suggests that Lehman
12   was having some problems selling it as well.
13   **Q.   The max holding period is what**
14   **drove Barclays' valuation of this security,**
15   **right?**
16   A.   No. But you asked if I looked at
17   something else. And I just told you that yes,
18   there was other information that was available
19   such as what was in GFS. And I would just put
20   the caveat in there that my recollection is
21   that that was Pine, but it may have been some
22   other security.
23         But there is information that is in
24   the GFS report that gives how long something
25   was held in inventory, at least that's the
          TSG Reporting - Worldwide    877-702-9580

Page 219

1          - P. Pfleiderer-
2    column heading. And as I recall, the Pine CLO
3    had been held in inventory for quite some
4    time.
5    **Q.   So you read what Barclays had**
6    **written about it, you may or may not with**
7    **respect to Pine have gone back to GFS.**
8    **Anything else that you did to satisfy yourself**
9    **that Barclays' explanation was adequate for**
10   **you?**
11   A.   Personally I don't believe I did
12   anything beyond that. But I may have. I've
13   considered this quite closely. Staff working
14   at my direction may have done other things.
15   **Q.   Again, they may have done other**
16   **things. Do you know whether they did other**
17   **things?**
18   A.   I would have to ask them.
19   **Q.   As you sit here today, you don't**
20   **know of anything else your staff did, right?**
21   A.   Yes, I do. Actually, I do.
22   **Q.   What did they do?**
23   A.   I know that they did rather
24   extensive search on -- on Google looking for
25   the CUSIP, looking for information about it.
          TSG Reporting - Worldwide    877-702-9580

Page 220

1          - P. Pfleiderer-
2    So there was a fair amount of effort that was
3    done looking for outside information. I know
4    that.
5          I can't recall the precise things
6    that were done, but I recall conversations in
7    which we talked for a reasonable length of
8    time about how difficult it was to get
9    information for some of these CUSIPs, and I
10   recall that the Pine CLO was one of -- one of
11   those.
12         And I believe that some information
13   was also perhaps in that search dug up, if you
14   will, by Googling it but that there was
15   limited information out there.
16         So staff working at my direction
17   definitely did, shall we say, due diligence on
18   this in particular partly because of its size.
19   **Q.   Excuse me. Other than Googling,**
20   **what other due diligence did they do?**
21   A.   I have to, again, ask them. I know
22   that this was looked at rather intensely.
23         THE WITNESS: Is it possible to
24   take a break now?
25         MR. TAMBE: Sure.
          TSG Reporting - Worldwide    877-702-9580

Page 221

1          - P. Pfleiderer-
2          (Whereupon, a recess was taken
3    from 3:24 p.m. to 3:44 p.m.)
4    BY MR. TAMBE:
5    **Q.   When were you retained?**
6          MR. SHAW: Before you start, he had
7    some additional amplification on one of
8    the answers he just gave.
9    **Q.   Go ahead.**
10   A.   I think before I took the break I
11   said that I would have to ask Marc Vellrath,
12   so I took the opportunity during the break to
13   ask Dr. Vellrath to my right what was done.
14         I was having trouble remembering
15   what specifically was done in relation to the
16   Pine CLO versus other things. Just to clear
17   it up, I was indeed thinking of something else
18   that was in the GFS system that showed that it
19   was held a long time. Because my memory was
20   refreshed that Pine was actually, I believe,
21   issued in May of 2008.
22   **Q.   Right.**
23   A.   So it was another security that
24   falls into that.
25         Having brought up the GFS system,
          TSG Reporting - Worldwide    877-702-9580

Page 222

- P. Pfleiderer-
1    Dr. Vellrath just refreshed my memory that
2    Pine actually appears in the GFS system, at
3    least the CUSIP does, but it has no prices at
4    all.  So in other words, his price is zero by
5    the Lehman system, or at least it has blanks
6    so that's the reason that it doesn't come up
7    on that spreadsheet.
8        Q.  Exhibit 4?
9        A.  Exhibit 4, yes.  I'm sorry.  I
10   misspoke.  Exhibit 4.  Because it wouldn't
11   have met the 20 million criteria.  It wouldn't
12   have even met a $5 criteria because I believe
13   it is in zeros.
14       Q.  So turning now to the work that was
15   done, my understanding is that the files that
16   were the backup provided by Barclays were
17   turned over to you.  And that does contain a
18   Trustee's report.  I did see the Trustee's
19   report in that file.  So that was information.
20       Indeed, my memory was also
21   refreshed, now I do remember it.  We did have
22   extensive discussions, I may have mentioned
23   this early on in my testimony this morning,
24   extensive discussions with Stephen King and I

TSG Reporting - Worldwide    877-702-9580

Page 223

- P. Pfleiderer-
1    think to some extent Gary Romain, but I
2    believe it was mainly Stephen King about the
3    pricing of Pine.  And my understanding is that
4    the staff also had discussions with him just
5    going through what was -- what was done.
6        So it was looked at very intensely
7    by -- by the staff working for me.
8        And I myself went through those
9    files.  I just couldn't recall whether they
10   were associated with Pine or perhaps something
11   else.
12       Q.  All right.  Thank you.
13       Other than speaking with Barclays
14   and reviewing the memos and other materials
15   that they provided you with, did you or your
16   staff try to independently recreate the
17   results of their analysis?
18       A.  Again, I would have to ask staff.
19   They assembled a lot of information.  I don't
20   believe that they did an independent analysis,
21   but perhaps on the next break I can ask again.
22       Q.  Want to ask them right now?  Go
23   right ahead.  We can do it off the record.
24   Ask him.

TSG Reporting - Worldwide    877-702-9580

Page 224

- P. Pfleiderer-
1        MR. SHAW:  We're going to do it --
2    I'll think about when we're going to do
3    that.
4        MR. TAMBE:  So you don't want him
5    to answer right now?
6        MR. SHAW:  I'll be happy to step
7    out and we can ask.
8        MR. TAMBE:  Well, let's not step
9    out and do anything like that.  Let's
10   continue with the deposition.
11   BY MR. TAMBE:
12       Q.  Let's go back in Appendix 4 to Item
13   No. 1 in Appendix 4.  Do you have your report
14   there?
15       A.  Yes.
16       Q.  That's page 107.
17       Item No. 1 in Appendix 4 is an
18   example of a security that was valued by
19   Barclays at a sale price as opposed to a
20   marked exit price, correct?
21       A.  That is correct.
22       Q.  And the subject of Item No. 1 are
23   positions at 125 different CMOs, correct?
24       A.  That is correct.

TSG Reporting - Worldwide    877-702-9580

Page 225

- P. Pfleiderer-
1        Q.  Now, since you have the spreadsheet
2    open before you, where in that spreadsheet
3    would you find this valuation?
4        (Witness reviewing document.)
5        A.  I'm having trouble scrolling down
6    here.  Let me see if this works.
7        Q.  What tab are you looking to get to?
8        A.  Since I don't have the CUSIPs, I
9    need to search for the title, assuming that it
10   appears in this way.
11       (Witness conducting computerized
12   search.)
13       A.  Okay.  This is the -- I believe
14   this is one of them.
15       Q.  All right.  So what tab are you in
16   and what line?
17       A.  Well, the tab I'm in is PMTG, the
18   column I'm in is G.  I can tell you that in
19   this particular spreadsheet, I'm on line 32.
20   But one has to be careful because sometimes
21   rows are -- rows are re-sorted.
22       Q.  If you could just reduce the size
23   of that one.  And let's just read across that
24   row to see what information.

TSG Reporting - Worldwide    877-702-9580

Page 226

- P. Pfleiderer-

2  A.  Let's see.  How do you reduce the
3  size on this particular --
4  **Q.  Go up to 190 percent up there.**
5  **Pull the drop down menu, go to 50 percent.**
6  (Witness complying.)
7  **Q.  All right.**
8  A.  Just getting the title in here to
9  see what corresponds.
10  **Q.  All right.  So line 4 has the**
11  **Structured Adjustable Rate Mortgage Loan Trust**
12  **Series, that's the type of security that's**
13  **covered in Item 1?**
14  A.  That would have been one of the
15  125, I believe.
16  **Q.  Okay.  So let's just go across that**
17  **row and tell me how Barclays priced that**
18  **particular securities.  Let's just go across.**
19  (Witness complying.)
20  **Q.  So you're in column AI?**
21  A.  I'm looking at AI here to just to see,
22  assuming that that is the one that was used.
23  So I'm now looking column AD, and
24  it shows "positions sold."
25  **Q.  That's the notional?**

TSG Reporting - Worldwide    877-702-9580

Page 227

- P. Pfleiderer-

2  A.  I have to check.
3  **Q.  Please do.**
4  A.  So we're looking at A34.  So let me
5  scroll back.  Each one of these spreadsheets
6  is constructed in slightly different ways.  So
7  let me just look up and make sure the column
8  heading is right here.
9  So this is the original notional.
10  **Q.  Let's be clear.  On row 34 of this**
11  **particular security, the original notion was**
12  **10.9 million, right?**
13  A.  That's what it appears to say here.
14  **Q.  Okay.**
15  A.  And that was the position that was
16  sold.
17  **Q.  Okay.  So the entire position was**
18  **sold.**
19  **Does this row tell you when that**
20  **position was sold?**
21  A.  I'm not sure that it shows -- it
22  shows where it was allocated.
23  **Q.  I'm actually asking a different**
24  **question.  Not where it was allocated.  Where**
25  **was it sold?  When?**

TSG Reporting - Worldwide    877-702-9580

Page 228

- P. Pfleiderer-

2  A.  I think in this particular
3  spreadsheet, it is not registered.
4  **Q.  Are you aware of any spreadsheet**
5  **that registers the dates of sale of these six**
6  **securities?**
7  A.  I have to go back and look.  I
8  believe there may be somewhere there was
9  comments that had some information about
10  sales.  But I have to go check to see if that
11  memory is correct.
12  In this particular case, it doesn't
13  appear to memorialize when it was sold.  It
14  does give the sale price and it does give the
15  value that it was realized in column AF.
16  And then that is taken into column
17  AI, which in turn, I believe, we have to check
18  to make sure is the column that's zoned to
19  give the total for the PMTG group.
20  **Q.  Within the PMTG group, looking at**
21  **column AE which is the column titled "Sale**
22  **Price", do you see that?**
23  A.  Yes.
24  **Q.  If a security was sold, the price**
25  **at which a security was sold would appear in**

TSG Reporting - Worldwide    877-702-9580

Page 229

- P. Pfleiderer-

2  **that column AE; is that right?**
3  A.  Well, what I would suspect is the
4  following.  The number, if you look at the
5  ruler up there, the number that appears is
6  74.67450414 so on and so forth.  And I believe
7  that the price here is a calculated price
8  based upon the total sale price divided by the
9  notional, and that's based upon the fact that
10  it appears here in at least ten decimal
11  places.
12  Whereas if it had been quoted as a
13  sale price, it probably wouldn't have appeared
14  to ten decimal places.  So this is a
15  calculated number in my estimation based upon
16  the receipts that were obtained on sale
17  divided by the notional, multiplied by 100.
18  **Q.  Now, some of the numbers in that**
19  **column AE are the bolded and some are not.  Do**
20  **you see that?**
21  A.  Yes.
22  **Q.  Do you have any understanding as to**
23  **why some are bolded and some are not?**
24  (Witness reviewing screen.)
25  A.  You're looking at?

TSG Reporting - Worldwide    877-702-9580

Page 230

1           - P. Pfleiderer-
2      Q.  AE.
3      A.  I'm sorry.  I was looking at AA.
4      Q.  The "Sale Price" column.
5      A.  So my understanding based upon
6  earlier perusals of this and other sheets is
7  that -- I have to check this.  But I
8  believe -- actually, strike that.  I'm not
9  sure.  I was going to say that this indicated
10 that there was a sale.  I'm not sure that
11 that's the case.  I have to check here.
12     Q.  If you look at column AD at the top
13 of column AD, there is a number that appears,
14 which appears to be at the very top of row
15 1 --
16     A.  Yes.
17     Q.  -- $19 billion, do you see that,
18 and change?
19     A.  I do.
20     Q.  Is that simply a sum of all of the
21 entries on this particular worksheet, the PMTG
22 worksheet and the spreadsheet that is here?
23     A.  I believe it is.  It shows that it
24 is a sum from row 3 to row 1069.
25     Q.  Just to be clear, that's a sum that

TSG Reporting - Worldwide    877-702-9580

Page 231

1           - P. Pfleiderer-
2  we're looking at in a spreadsheet that ends in
3  995.xls, right?
4      A.  Yes, I believe so.
5      Q.  In particular, it is the "PMTG"
6  tab?
7      A.  Yes.
8      Q.  Is it your understanding that what
9  that shows is that $19 billion worth of PMTG
10 positions were sold at face value, notional
11 face?
12     A.  Notional, notional value.
13     Q.  Were sold, period?
14     A.  That would be my understanding,
15 yes.
16     Q.  And does one of these columns total
17 up the market value or the realized sale value
18 of the position sold?  If you can scroll to
19 the right if you look at AF?  Row 1, AF, it is
20 a billion dollars?
21     A.  That's my understanding, yes.
22     Q.  So it is a billion dollars of value
23 realized upon the sale of the positions that
24 are listed in this worksheet of this
25 spreadsheet; is that right?

TSG Reporting - Worldwide    877-702-9580

Page 232

1           - P. Pfleiderer-
2      A.  That is the total of column AF,
3  yes.
4      Q.  Now, it's your understanding, is it
5  not, that at least some of the sales that are
6  being reported here are internal sales within
7  Barclays?
8      A.  That may be the case.  I don't know
9  that they're distinguished here.  I'd have
10 to -- have to review what was true for this
11 particular sheet or for other ones.
12     Q.  For the population of the September
13 inventory, the original inventory, what
14 percentage of that inventory was sold shortly
15 after the acquisition?
16     A.  I don't know the percentage.
17     Q.  Would it be relevant to your
18 analysis of Barclays' valuation whether there
19 was an internal sale within Barclays or
20 whether it was a third-party arm's length
21 sale?
22     A.  It may very well be relevant
23 because an outside sale may better reflect the
24 exit price with a liquidity adjustment and
25 inside sales may not embody that fully.  So

TSG Reporting - Worldwide    877-702-9580

Page 233

1           - P. Pfleiderer-
2  inside sales could be overstated or to some
3  extent based upon them not being appropriately
4  marked to exit price.  I don't know.  I have
5  to go back and review how that was done for
6  inside sales to make sure that you got an
7  appropriate exit price.
8      Q.  Do you recall doing any kind of
9  analysis or having a staff do any analysis
10 where you, CUSIP by CUSIP, determine inside
11 sales versus outside sales?
12     A.  I don't recall specifically that
13 those were identified and separated, but they
14 very well could have been.  But sitting here
15 now, I don't recall that identification being
16 done and separation done along those lines.
17     Q.  You are aware, are you not, sir,
18 from the materials that you looked at that the
19 overwhelming majority of the sales that were
20 reported by Barclays were, in fact, internal
21 sales?
22        MR. SHAW:  Objection to form.
23     A.  My understanding was that the
24 inventory was put in -- much of the inventory
25 or a substantial part, if not all of it, went

TSG Reporting - Worldwide    877-702-9580

Page 234

1      - P. Pfleiderer-
2   into the PMTG group and they allocated it out
3   to other areas and other desks.
4      **Q.   And when they allocated it out to**
5   **other areas and other desks, did they count**
6   **those as sales transactions to those other**
7   **desks?**
8      A.   That would be my understanding,
9   yes.
10     **Q.   So included in your "Sale" column**
11  **are transactions where the inventory that's**
12  **been allocated to be of PMTG gets transferred**
13  **by PMTG internally within Barclays to other**
14  **trading desks, and that's recorded as a sale**
15  **for purposes of this spreadsheet; is that**
16  **right?**
17     A.   I believe --
18        MR. SHAW:   Objection to form.
19     A.   I believe that that -- I know that
20  -- from deposition testimony that there were
21  allocations at other desks.  What I don't know
22  is, from looking at this spreadsheet, whether
23  there is an indication as to exactly what the
24  disposition of any one of these CUSIPs was.
25     **Q.   Let me show you what's been**

TSG Reporting - Worldwide     877-702-9580

Page 235

1      - P. Pfleiderer-
2   previously marked as Exhibit 533-A.  It is a
3   double-sided copy, so it's a two-page
4   document.
5         That's a document you've seen
6   before today, right?
7      A.   Yes, indeed.
8      **Q.   In fact, you used this document to**
9   **create your post acquisition gains and sales**
10  **table in your report, correct?**
11     A.   That's correct.
12     **Q.   You take the numbers directly from**
13  **here?**
14     A.   For that analysis, yes.
15     **Q.   Drawing your attention to the**
16  **middle of the page, there's a bold heading**
17  **there, "Post-auction process for assets**
18  **received in September repo and Schedule B for**
19  **the period 2/31 - December 2008."  Do you see**
20  **that?**
21     A.   Perhaps I'm not looking where I
22  should be.
23     **Q.   The bold.**
24     A.   Yes, I see that.
25     **Q.   And below that bold heading there**

TSG Reporting - Worldwide     877-702-9580

Page 236

1      - P. Pfleiderer-
2   **is a discussion about a list of P&L**
3   **information of $37.2 billion of assets that**
4   **were transferred from the central book**
5   **internally to a Barclays trading desk.  Do you**
6   **see that?**
7      A.   Yes.
8      **Q.   So that's referring to transfers of**
9   **37.2 billion of assets internally within**
10  **Barclays, correct?**
11        (Witness reviewing document.)
12     A.   That's correct, I believe.
13     **Q.   And that's $37.2 billion out of the**
14  **initial inventory, it is the September**
15  **inventory that they're talking about there,**
16  **correct?**
17     A.   That includes both Schedule A and
18  Schedule B, yes, correct.
19     **Q.   So you agree with me based on those**
20  **numbers that the overwhelming majority by**
21  **value of the CUSIPs acquired in September that**
22  **were sold, were sold internally, correct?**
23     A.   Well, taking these numbers as
24  stated, 37.2 over 44.3.
25     **Q.   Why is 44.3 the right number?**

TSG Reporting - Worldwide     877-702-9580

Page 237

1      - P. Pfleiderer-
2   **Isn't it a smaller number?**
3      A.   Actually, I have to determine which
4   number to use here.
5      **Q.   Well, you know you can't include**
6   **the JPM inventory, right?  That's not**
7   **September.  So whatever you do, you got to**
8   **back that out.**
9         (Witness reviewing document.)
10     A.   Well the 42.61 is the initial
11  inventory.
12     **Q.   So 37 over 42?**
13     A.   Correct.
14     **Q.   88 percent, give or take, right?**
15     A.   Yes.  That was my understanding,
16  that most of what was taken in through PMTG
17  would be allocated to the -- to the desk.
18     **Q.   Well, it goes beyond that, right?**
19  **I mean, it's allocated to the desks and those**
20  **values are recorded as sales prices for**
21  **purposes of Barclays' valuation, correct?**
22     A.   That's correct.  They were priced
23  and allocated to the desk at that price, is my
24  understanding.
25     **Q.   And then this document, 533-A, goes**

TSG Reporting - Worldwide     877-702-9580

Page 238

1      - P. Pfleiderer-
2  on to record the P&L impact, the profit and
3  loss impact of those sales by various
4  categories, agencies, emerging markets,
5  equities and so on, right?
6          (Witness reviewing document.)
7      A.  Could you read the question back?
8  I'm sorry.
9          (Record read as follows:
10  "Question: And then this document,
11  533-A, goes on to record the P&L
12  impact, the profit and loss impact of
13  those sales by various categories,
14  agencies, emerging markets, equities
15  and so on, right?")
16      MR. SHAW:  Could you read the
17  previous question and answer before
18  that?
19          (Record read as follows:
20  "Question: Well, it goes beyond that,
21  right?  I mean, it's allocated to the
22  desks and those values are recorded as
23  sales prices for purposes of Barclays'
24  valuation, correct?
25          "Answer: That's correct.  They were

TSG Reporting - Worldwide    877-702-9580

Page 239

1      - P. Pfleiderer-
2  priced and allocated to the desk at
3  that price, is my understanding.")
4      Q.  Now, did you look at any --
5      A.  I just want to have the record show
6  that I didn't answer the last question
7  affirmatively that you asked.  Because unless
8  I misheard it, I think my answer would be no.
9      MR. TAMBE:  I'm not sure what that
10  means.  Maybe we can have the question
11  read back and you can answer it again
12  so that we are clear what you are
13  answering.
14          (Record read as follows:
15  "Question: And then this document,
16  533-A, goes on to record the P&L
17  impact, the profit and loss impact of
18  those sales by various categories,
19  agencies, emerging markets, equities
20  and so on, right?")
21      A.  I just want to emphasize that my
22  understanding is that it is not the P&L impact
23  at the time of the sale to the desk, but
24  rather P&L that followed it, in other words,
25  prices that were realized later versus the

TSG Reporting - Worldwide    877-702-9580

Page 240

1      - P. Pfleiderer-
2  price that it was sold at.
3      Q.  Now, those prices that were
4  realized later when the desk that had received
5  the securities sold them, is there a
6  spreadsheet that captures those prices?
7      A.  This spreadsheet does not capture
8  those.
9      Q.  Is there another spreadsheet?  I
10  understand this spreadsheet doesn't.  Is there
11  another spreadsheet that does?
12      A.  I'm trying to remember which
13  spreadsheets I've looked at and how they
14  relate to this.  But there was obviously work
15  that was done to produce these numbers.  And
16  right now I can't remember what spreadsheets
17  that refers to or that work it's embodied in.
18  But to clarify, it is not reflected in the
19  spreadsheet that's up on the screen now.
20      Q.  Which is the 995.xls spreadsheet?
21      A.  That's correct.
22      Q.  So going on to category one in
23  Appendix 4, when we began this discussion, you
24  conclude at the end of Item No. 1 that the
25  value that Barclays recorded for these 125

TSG Reporting - Worldwide    877-702-9580

Page 241

1      - P. Pfleiderer-
2  different CMOs was $80.2 million.  Do you see
3  that on page 108?
4          (Witness reviewing document.)
5      A.  I'm sorry.  Where are we?
6      Q.  Page 108 at the top.
7      A.  I'm sorry.  I was looking at the
8  second.  80.2, yes.
9      Q.  And that 80.2 million number is a
10  number that would appear if you totalled up
11  the relevant CUSIPs on the 995.xls
12  spreadsheet, correct?
13      A.  Which spreadsheet again?
14      Q.  The PMTG spreadsheet that we are
15  looking at, the one that has these 125 CUSIPs
16  and others in it.  But if you selected the
17  125 --
18      A.  That's right.  If you selected the
19  125, assuming they are all in this particular
20  sheet, which I assume is the case that they
21  appear in this particular PMTG sheet, that
22  would be the number that you get.
23      Q.  Do you know what gain or loss
24  Barclays realized on any of these CUSIPs when
25  it sold them to some third party at some later

TSG Reporting - Worldwide    877-702-9580

Page 242

- P. Pfleiderer-

1  date?
2  
3      A.  On these specific CUSIPs?
4      Q.  On these specific CUSIPs.
5          MR. SHAW:  Objection to form.
6      A.  Actually, I may have misunderstood
7  the question.  Can you read back the question?
8          (Record read as follows:
9      "Question: Do you know what gain or
10     loss Barclays realized on any of these
11     CUSIPs when it sold them to some third
12     party at some later date?")
13         (Witness reviewing document.)
14     A.  I'm not sure if I answered your
15  question too quickly when I heard it.  But we
16  do have information based upon this ex-post
17  realization document that was created with
18  desk-by-desk analysis.  And although it
19  doesn't break out these specific ones, they're
20  embedded in these trading desks.
21         And so while one can't look at the
22  specific CUSIPs that we've been looking at,
23  one can look more generally at the overall
24  effect.
25     Q.  Okay.  If you want to just keep a

Page 243

- P. Pfleiderer-

1  place holder in your expert report at this
2  page, page 108.  Let's go back into the body
3  of your report.
4          While we're at this topic of post
5  acquisition gains or losses.  Turn to table
6  No. 3 on page 44.
7          (Witness complying.)
8      Q.  The numbers that appear in
9  table No. 3 on page 44 are all numbers that
10 are derived from the exhibit that you were
11 looking at, Exhibit 533-A, correct?
12     A.  That is correct, yes.
13     Q.  Now, this table 3 includes gains
14 and losses, including gains and loss on hedges
15 that were put on by Barclays with respect to
16 some or all of these positions, correct?
17     A.  That's correct.
18     Q.  If you backed out the gains and
19 losses on the hedges, what would the effect be
20 on the gains and losses on the transactions
21 involving the acquired inventory?
22     A.  Are you asking for a numerical
23 value or are you asking --
24     Q.  Yes.  I'm asking for a numerical

Page 244

- P. Pfleiderer-

1  value.
2      A.  I don't believe that the combined
3  information in Table 3 in Exhibit 533-A would
4  allow all of that to be identified with
5  precision.  More to the point, that
6  calculation would turn this into a decidedly
7  ex-post calculation as opposed to the purpose
8  which I put it here for which is to take out
9  market risk at least that was hedged out so
10 that one can assess the reliability of the
11 initial valuation of this -- these securities
12 based upon what were realized values some time
13 later with hedges put into place.
14     Q.  But you would agree with me that
15 not all of the positions were hedged and not
16 all of the positions were hedged fully,
17 correct?
18     A.  That is my understanding, indeed.
19 Some of this was difficult to hedge, and my
20 understanding is that it was not 100 percent
21 hedged.
22     Q.  And some of it may have been hedged
23 on a portfolio or a delta basis, right?
24     A.  That's certainly possible.

Page 245

- P. Pfleiderer-

1      Q.  Not one-for-one hedging, but some
2  more generic portfolio type hedge?
3      A.  I would assume that that would be
4  the case.  Although in many cases, depending
5  upon the hedging instruments you have, those
6  will turn out to be relatively the same
7  exercise.
8          (Exhibit 642-A, Agency mortgages,
9      unsupported or excluded file type with
10     attached spreadsheets, BCI-EX-00297317,
11     marked for identification, as of this
12     date.)
13     Q.  Sir, I'm handing you a document
14 that's been marked as Exhibit 642-A.  Do you
15 recognize this document as backup for
16 Exhibit 533-A?
17         (Witness reviewing document.)
18     A.  That's what it appears to be, yes.
19     Q.  If we can go back to Appendix 4 in
20 your report.  Let's go to item No. 4, U.S.
21 Agency CMOs.  Page 109.
22         (Witness reviewing document.)
23     Q.  Are you there, sir?
24     A.  Page 109?

Page 246

1              - P. Pfleiderer-
2          Q.   Yes.  On page 109 and 110, you
3    discuss U.S. Agency CMOs and on page 110, the
4    bottom line is securities that had an
5    aggregate custodial value of roughly $1.2
6    billion are valued by Barclays at roughly
7    $700 million, correct?
8          A.   7.74.
9          Q.   No.
10         A.   .74.
11         Q.   Actually, they were reduced even
12   further?
13         A.   That was at the midpoint marks.
14   And then once you put on the liquidity
15   adjustment or exit -- to move them to exit
16   prices, then it is .697 billion.
17         Q.   Did you study Barclays' methodology
18   for reducing the value of the CMO securities
19   by 10 percent, sir?
20         A.   There is a liquidity file that was
21   probably used to establish this 10 percent.
22   And there's back up to that liquidity file in
23   terms of how various entries in that were
24   determined.  I'd have to go back and look and
25   see how it relates to these particular classes

Page 247

1              - P. Pfleiderer-
2    of securities.
3               (Exhibit 643-A, 2/2/09 memo from
4          PwC to Richard Landreman,
5          PwC-BarCapWP_00023327, marked for
6          identification, as of this date.)
7          Q.   If you go to the "Liquidity" tab on
8    the spreadsheet that's up on the screen which
9    is 995.xls, does that contain at least some of
10   the backup information for the liquidity
11   adjustments that were made?
12         A.   It contains the lookup table for
13   the liquidity adjustments, but there is
14   another file that contains some analysis that
15   was done for the liquidity adjustments of
16   various entries here.
17         Q.   Just so I understand the lookup
18   table.  So this is the "Liquidity" tab,
19   something you refer to as "a lookup table" in
20   995.xls.
21              Can you describe what's contained
22   in this lookup table?
23         A.   So if we go back to the "PMTG" tab
24   and we find an entry where they applied this
25   as opposed to the sale.  We can go to a

Page 248

1              - P. Pfleiderer-
2    different tab and find it perhaps quicker.
3          Q.   If you can just use an example to
4    explain to me what's going on here.
5          A.   Let's take the emerging markets
6    tab.
7               If I point at cell M3 here, what
8    this is doing is multiplying -- cell 3 is
9    multiplying case 3 which is the midpoint mark
10   as of the 22nd of September.  It is
11   multiplying that by a number that it gets by
12   going to the "Liquidity" tab and looking up in
13   that table, the entry that corresponds to
14   what's in column A3 on the EM spreadsheets.
15              So if I go to A3.  This may be one
16   that is hard to get over.  It could be a
17   hidden cell.  Or a hidden column, excuse me.
18              So I -- in this particular
19   spreadsheet, column A was hidden and I had to
20   unhide it.  But once I've done that, I see
21   that column A contains the entry "EM" for
22   emerging markets for each one of these CUSIPs
23   which, of course, corresponds to the fact that
24   they're all put in the spreadsheet "EM."
25              So going back to M3, cell M3,

Page 249

1              - P. Pfleiderer-
2    what's happening here is that cell K3, which
3    is the midpoint market value, is being
4    multiplied by the number we get by going to
5    the lookup table, which is in the "Liquidity"
6    spreadsheet, finding the row that has an EM
7    entry in it and going basically to that second
8    column -- that's what that "2" there means --
9    to get a number.
10              So if we go to "Liquidity" table
11   and we scroll down and find EM, which happens
12   to be in row 47, we see that the number is
13   0.97.  So there's a three percent reduction
14   from the midpoint value to the exit price to
15   reflect the illiquid nature of this particular
16   security and what you would get if you were
17   selling -- selling it as opposed to buying it.
18         Q.   With respect to EM, this three
19   percent liquidity discount is applied to every
20   EM CUSIP, right?
21         A.   We would have to scroll down that
22   column to see if that was, in fact, true.  In
23   some cases, on some spreadsheets things are
24   overridden because of other information.  But
25   in this particular case it look like they're

Page 250

1      - P. Pfleiderer-
2   accessing that for each of the CUSIPs.
3      **Q.   And these emerging market**
4   **securities, were these debt securities,**
5   **combination, do you know?**
6      A.   I believe that a good number of
7   them were debt securities.  But I'd have to go
8   back and look.  Let's see if it's in this
9   particular spreadsheet.
10      (Witness reviewing screen.)
11      A.   We certainly know that the ones
12   that have factors are not equities.
13      **Q.   And where is your factor column?**
14      A.   In other words, I should say the
15   ones that have factors that are not equal to
16   one.  So the factor column is column B.  So
17   the first row we see a factor of 0.55, so that
18   CUSIP almost certainly is a fixed income
19   instrument and not a -- not an equity.  And
20   that would be true for column -- excuse me.
21   For row 23 and row 39.
22      The others that have factors of one
23   could be equities, but judging by many of the
24   prices, I think one could conclude that the
25   bulk of them are fixed income.  But that's --

TSG Reporting - Worldwide    877-702-9580

Page 251

1      - P. Pfleiderer-
2   that's a surmise based upon what's seen in
3   this spreadsheet.  And if you were to ask me
4   about any particular CUSIP, the best thing to
5   do would be to check online to see whether
6   there's information about that CUSIP.  That
7   would be one way to determine what it is.
8      **Q.   And if I'm reading this**
9   **spreadsheet, the "EM" tab of the 995.xls**
10   **spreadsheet correctly, a flat three percent**
11   **discount is applied to every one of those**
12   **CUSIPs regardless of size, maturity or any**
13   **other individual characteristics of that**
14   **CUSIP; is that right?**
15      A.   Again, I scrolled down column M and
16   I did it quickly so I'm not absolutely sure.
17   But it appears that each one of the entries is
18   adjusted by that three percent discount.
19      **Q.   Going back to your Appendix 4, item**
20   **No. 4, the U.S. Agency CMOs, is it your**
21   **understanding that the U.S. Agency CMOs were**
22   **reduced by a fixed 10 percent applying a**
23   **similar methodology; there's a liquidity**
24   **discount that's applied to everything that is**
25   **tagged as a U.S. Agency CMO?**

TSG Reporting - Worldwide    877-702-9580

Page 252

1      - P. Pfleiderer-
2      MR. SHAW:  Objection to form.
3      A.   I'm not going to use the word "all"
4   in my answer because the way that this
5   spreadsheet works, or any of these
6   spreadsheets, is that a formula for a
7   particular CUSIP can be altered to use some
8   other pricing mechanism or some other
9   assumption.  So to answer your question, I
10   would have to look at all the ones that fell
11   into a particular category and then scroll
12   over to see if the lookup table is being used
13   or perhaps something else.
14      **Q.   But staying with the lookup table,**
15   **where on this lookup table would you find the**
16   **liquidity discount for U.S. Agency CMOs?**
17      A.   So at least the way it's sorted
18   here -- and again I have to caution that if
19   the spreadsheet is sorted in a different way,
20   the rows will not correspond to what I'm about
21   to say.
22      But given the sort that I'm looking
23   at now, the IOs, U.S. Agency CMO, interest on
24   the U.S. Agency CMO corresponds to row 7 and
25   has a liquidity haircut factor of .9, which is

TSG Reporting - Worldwide    877-702-9580

Page 253

1      - P. Pfleiderer-
2   10 percent.
3      **Q.   And in fact, there's a same**
4   **liquidity haircut discount for inverse IOs,**
5   **right above that, U.S. Agency CMO inverse IOs?**
6      A.   Yes, that appears to be the case
7   here.
8      **Q.   Again, the same percent is used for**
9   **complex floaters, right?**
10      A.   That appears to be the case, yes.
11      **Q.   What did you do to satisfy yourself**
12   **that the same liquidity discount was**
13   **appropriate for IOs, inverse IOs, inverse**
14   **floaters, complex floaters, and several other**
15   **types of U.S. Agency CMOs, all of which seem**
16   **to have a flat 10 percent discount?  Does that**
17   **make sense to you, sir?**
18      A.   Well, the approach here, no doubt,
19   is to take an average over CUSIPs and here you
20   take an average over types of securities.  And
21   in any work of this sort what is important at
22   a certain level of granularity to make sure
23   that your average reflects the average that
24   would be applied.
25      In some cases it may be that you

TSG Reporting - Worldwide    877-702-9580

Page 254

1           - P. Pfleiderer-
2   would use bigger haircuts, in some cases a
3   smaller haircut.  But if on average this is
4   judged by the people who are putting this
5   together -- and, of course, this is reviewed
6   by PricewaterhouseCoopers -- as a way to
7   reflect the average within that class, then it
8   is appropriate to do that.
9           So you could have had a much more
10  complicated analysis that would go down CUSIP
11  by CUSIP to do an analysis, but at that level
12  of granularity, the gain in accuracy is
13  probably illusory because you're basically
14  going to get some that are more and some that
15  are less, but the average is going to reflect
16  the population?
17      Q.  And do you have an understanding
18  with respect to U.S. Agency CMOs how that
19  average that was used was calculated?
20      A.  I'd have to go back and look at
21  some of the support documents to refresh my
22  memory.  But sitting here now, I don't
23  remember exactly what the analysis was done
24  for these.  I remember we were talking about
25  the emerging market, I remember looking
          TSG Reporting - Worldwide    877-702-9580

Page 255

1           - P. Pfleiderer-
2   specifically about that and can tell you how that
3   issue -- can tell you how that was done.  But
4   in this particular one, I have to refresh my
5   memory.
6       Q.  Let me see if I can do that.  I'm
7   handing you what's been marked as
8   Exhibit 643-A.
9           You've seen Exhibit 643-A before
10  today, right?
11      A.  I believe so, yes.
12      Q.  What do you recognize it as?
13      A.  I'm going to read it to make sure.
14          (Witness reviewing document.)
15      A.  So I may be confusing this with
16  something else I've seen, but I'm pretty sure
17  this is the one that I was thinking of.  And
18  it actually addresses the issue that I was
19  talking about where they are using a -- if you
20  read the last paragraph, a 10 percent
21  bid/offer reserve as a proxy supported by both
22  methods, and then they observed that 75
23  percent of the U.S. Agency CMO book was
24  derivative structure, IOs, POs and C bonds
25  which are basically in some ways like zero
          TSG Reporting - Worldwide    877-702-9580

Page 256

1           - P. Pfleiderer-
2   coupon bonds up to a point where interest is
3   withheld and paid later.
4           And the fact that these generally
5   have lower liquidity is used to support, using
6   the 10 percent as an average.  So you're doing
7   what you do in a number of situations where
8   you're going to apply an average and you have
9   to make sure that that average reflects the
10  population, knowing that in some cases you're
11  applying it to things that might be a little
12  bit below and others that you might be
13  applying it to things that might be a little
14  bit above what you want to capture.  But
15  overall on average, is going to lead to an
16  unbiased and accurate result.
17      Q.  And the effort to come up with this
18  10 percent bid/offer, that effort relied at
19  least in part on these observations that were
20  collected on page 2 of the exhibit of buys and
21  sales on specific days for specific
22  securities, correct?
23      A.  That is my understanding of what
24  this is, yes, it is.
25      Q.  And BBG type is what, Bloomberg
          TSG Reporting - Worldwide    877-702-9580

Page 257

1           - P. Pfleiderer-
2   type?
3       A.  That would be my assumption here.
4   I would assume that that's the case, yes.
5       Q.  And so this table of page 2 of
6   Exhibit 643-A is used to come up with an
7   average bid/offer spread for U.S. Agency CMOs.
8   Do you see that?
9       A.  That's right.
10      Q.  Of 10.55 percent.  And then that
11  10.55 percent is used as a basis for
12  supporting the 10 percent bid/offer average
13  that's used for U.S. Agency CMOs by Barclays,
14  correct?
15      A.  The .9 factor that's in the
16  spreadsheet that we were just looking at under
17  "Liquidity," yes.
18      Q.  Now, if you look at the sample
19  that's used to drive that 10.55 percent, sir,
20  you'll see that you have a series of entries
21  where the bid of percentage is 15 percent or
22  greater, and you have a series where the
23  percentage is well below one percent.  Do you
24  see that?
25      A.  I do.
          TSG Reporting - Worldwide    877-702-9580

Page 258

1      - P. Pfliederer-
2      **Q.  So that's not a normal**
3   **distribution, right?**
4      A.  Do you mean Gaussian?
5      **Q.  Gaussian, yes.  You got two lumps.**
6   **You got a cluster of observations that are**
7   **high and you got a cluster of observations**
8   **that are low?**
9      A.  Indeed.
10     **Q.  Right.**
11     A.  I suspect that these have been
12  sorted on the last column.
13        (Mr. Gaffey entering the room.)
14     A.  Although it looks to be that it is
15  sorted on that.
16     **Q.  Is there anything about the fact**
17  **that you have a collection of high**
18  **observations and a collection of low**
19  **observations --**
20     A.  Excuse me.  I just want to correct
21  my answer, what I said.  It sort of appeared
22  to be sorted.  But actually as I look at it
23  again, it is not completely sorted.  The last
24  entries are somewhat bigger than the entries a
25  little bit above.  So it is not sorted on the

TSG Reporting - Worldwide    877-702-9580

Page 259

1      - P. Pfliederer-
2   last column, but it comes close to being
3   sorted on the last column.
4      **Q.  Is there anything about the**
5   **distribution of those percentages, the fact**
6   **that you have a collection of very high**
7   **readings relative to a collection of very low**
8   **readings that concerns you at all about the**
9   **validity of using an average with respect to**
10  **the U.S. Agency CMOs?**
11     A.  Well, the answer is no because of
12  the last paragraph on the first page.  So 75
13  percent of the U.S. Agency CMOs book was
14  derivative structures.  So 75 percent is going
15  to be drawn from the top part, and 25 percent
16  by the bottom.  So based upon that
17  informational loan, that would indicate that
18  the 10 percent, which is roughly an average of
19  half at the top and half at the bottom, is
20  actually conservative.
21        So I would interpret this table
22  with the information that is provided in the
23  last paragraph of the page below -- excuse me,
24  the other side of the page, as indicating that
25  this was probably a conservative method that

TSG Reporting - Worldwide    877-702-9580

Page 260

1      - P. Pfliederer-
2   was used by Barclays.
3        And my understanding is, again,
4   that this had to be reviewed by
5   PricewaterhouseCoopers, so they were issue --
6   they were probably trying to be -- this is
7   speculation on my part.  But I assume they
8   were being conservative because my
9   understanding is it would -- it would be
10  reviewed by PricewaterhouseCoopers.
11     **Q.  But you don't know whether it was**
12  **reviewed by PricewaterhouseCoopers, right?**
13     A.  I don't specifically know that this
14  was reviewed.  By understanding is they did
15  review -- I believe they did review the
16  liquidity adjustments that were being made.  I
17  have a recollection that that was -- I'm
18  trying to remember whether that was in a phone
19  call or how I heard that.  I'm not sure, as I
20  sit here today, that this particular analysis
21  was reviewed.
22        But I understand that
23  PricewaterhouseCoopers did -- did a thorough
24  review of their procedures.
25     **Q.  But you don't know whether this one**

TSG Reporting - Worldwide    877-702-9580

Page 261

1      **- P. Pfliederer-**
2   **was reviewed and if they did review it, you**
3   **don't know what they did to review it?**
4      A.  Again, I did not -- as I said
5   before, I did not talk to anyone at
6   PricewaterhouseCoopers, so I don't know -- I
7   don't know the specifics.
8      **Q.  Other than anything**
9   **PricewaterhouseCoopers may or may not have**
10  **done, did you or your staff try to replicate**
11  **this exercise that was done by Barclays?**
12     A.  I did not.  And again, I have to
13  give the same answer.  The staff that was
14  working on this did an incredible amount of
15  analysis, so there were things that were done
16  that were basically done to get comfort
17  levels.  They would call to my attention
18  things that were deserving of further
19  investigation and called to my attention
20  things where there was quite a degree of
21  competence in making the assessments that I
22  was making throughout the report.
23        So I do not know whether staff went
24  through the exercise of trying to replicate
25  the analysis that was done here.

TSG Reporting - Worldwide    877-702-9580

Page 262

- P. Pfleiderer -

1        - P. Pfleiderer -
2        If you talk about replicating this
3    analysis what I would assume that that would
4    entail is simply going out and looking at
5    these CUSIPs and getting this information and
6    I have no reason to believe that this
7    information is incorrect or that the 10.55
8    percent is an average of that column or
9    anything else.  So I'm not sure what the value
10   of replication would be here.
11       **Q.   Just as you sit here today, you**
12   **don't know anything specifically that your**
13   **staff did to validate this analysis; is that**
14   **right?**
15       A.  I don't -- I don't recall that they
16   looked at this.  They may have.  I'm not sure.
17       **Q.   Well, they may have done a lot of**
18   **things.  Do you know whether they did anything**
19   **with respect to 6.3?**
20       A.  No.  It is the same answer as
21   before.  On many of these things, they may
22   have, they may not have.
23       **Q.   You don't know, right?**
24       A.  I'm sorry?
25       **Q.   You don't know?**
     TSG Reporting - Worldwide    877-702-9580

Page 263

1        - P. Pfleiderer -
2        A.  I don't know on what they did or --
3        **Q.   Yes.  With respect to this**
4    **particular issue, you don't know what they may**
5    **or may not have done?**
6        A.  For replicating this particular
7    spreadsheet, I don't know.  But I would assume
8    that that would have been inappropriate use of
9    their time relative to all the other things
10   that they did.  So I rather doubt that they
11   would have engaged in such an exercise since
12   it wouldn't have been terribly, terribly
13   relevant to the type of issues that we were
14   looking at.
15       **Q.   If you go to item number five --**
16       MR. SHAW:  Before we go to item
17   five, can we take a short break?
18       MR. TAMBE:  Sure.
19       (Whereupon, a recess was taken
20   from 4:49 p.m. to 5:13 p.m.)
21   BY MR. TAMBE:
22       **Q.   All right.  We talked this morning**
23   **about situations where Barclays obtained**
24   **third-party quotes from a number of different**
25   **sources and used the minimum quote for**
     TSG Reporting - Worldwide    877-702-9580

Page 264

1        - P. Pfleiderer -
2    **purposes of the valuation, correct?**
3        A.  That's correct.  As I suggested
4    this morning, they did that generally in the
5    case of the corporates.
6        **Q.   And you observed that when you were**
7    **looking at the spreadsheets, you observed that**
8    **with respect to the corporates there would be**
9    **third-party quotes and Barclays would use the**
10   **minimum quote for purpose of the valuation,**
11   **right?**
12       A.  As I said, generally that seemed to
13   be the policy.  I think there were some
14   exceptions to that, but that was generally the
15   case.
16       **Q.   Just to be clear, did you compare**
17   **that treatment of third-party quotes with the**
18   **printed Barclays policy for pricing**
19   **securities?**
20       A.  I read through documents that gave
21   the policy.  I don't recall specific
22   discussion of that particular issue.
23       **Q.   And with respect to these**
24   **securities and with respect to the corporates,**
25   **when you observed that Barclays was using the**
     TSG Reporting - Worldwide    877-702-9580

Page 265

1        - P. Pfleiderer -
2    **minimum price, did you have any conversations**
3    **with Barclays to ask them why they were using**
4    **the minimum price as opposed to an average or**
5    **some other methodology?**
6        A.  I personally did not.  But my
7    recollection is fairly strong that my staff
8    working at my direction did.  And as I recall,
9    the notion was within the time period that
10   they were looking at, prices were falling.  So
11   by taking the minimum, you're more likely to
12   capture the value at that time.
13       But that may have been a discussion
14   on corporates or it may have been a discussion
15   on some other group of assets.  But I do
16   recall that there was justification for taking
17   a minimum based upon the fact that the markets
18   were falling at that time.
19       And again, the idea was, I believe,
20   to at the moment they captured the price, to
21   get the most recent price as opposed to prices
22   that -- quotes, I should say, that would have
23   been stale.
24       **Q.   When is it that Barclays went out**
25   **and sought these quotations with respect to**
     TSG Reporting - Worldwide    877-702-9580

Page 266

1          - P. Pfleiderer-
2    corporates or any of the other securities for
3    which they sought third-party quotes?
4        A.   I'm not sure of the exact timing
5    because I believe that there was a marking
6    effort that started on the 22nd to capture,
7    capture prices and quotes.  But there was also
8    some work that was done retrospectively to
9    establish what the quotes would have been at
10   the time.  So I'm not sure what was done on
11   those particular days and what was done by
12   going and getting historical information that
13   related to those days.
14       Q.   And do you have an opinion or a
15   view as to the reliability of quotes that were
16   obtained on or about September 22nd versus
17   quotes that were obtained retrospectively?  Is
18   one more reliable than the other?
19       A.   No.  They would have the same
20   degree of reliability as long as they are
21   generally referring to that time period.  It
22   is inappropriate to go get a quote today and
23   use a quote that someone is quoting on the
24   market today to value something on the 22nd.
25   But to get information today about what's

TSG Reporting - Worldwide    877-702-9580

Page 267

1          - P. Pfleiderer-
2    being quoted or what prices were on the 22nd,
3    even though you're looking at historical
4    prices, to the extent that that was accurately
5    captured at the time, would still have the
6    same degree of reliability.
7        Q.   When you look in the spreadsheets,
8    the spreadsheets that we've been looking at
9    before and you see third-party prices
10   reflected in those spreadsheets, is there
11   information contained in the spreadsheets as
12   to whether those are contemporaneously
13   obtained prices or whether they are
14   retrospectively obtained prices?
15       A.   Again, with the distinction that
16   they are not prices that are quoted at later
17   dates for the later dates.  I don't believe
18   that there is identification in the
19   spreadsheets that I looked at.  I have to go
20   back and look at some of the columns to see if
21   perhaps there were.  But I don't recall seeing
22   in the spreadsheets for all CUSIPs.
23       Q.   By the way, just to make sure that
24   we're all on the same page, if you could go
25   into one of these spreadsheets and look at an

TSG Reporting - Worldwide    877-702-9580

Page 268

1          - P. Pfleiderer-
2    example of a corporate security where Barclays
3    had obtained multiple quotes --
4        If we go back into the 995.xls
5    spreadsheet, what tab are you going to, sir?
6        A.   I'm now in the Corporates tab.
7    That's "Corps."  And I'm scrolling over to
8    column AB and beyond.  So the relevant columns
9    are columns AB, AC, AD, AE and AF.
10       Q.   Let's just stop right there.
11       So column AB is titled "Markit,"
12   correct?
13       A.   That's correct.
14       Q.   And that's a third-party provider
15   of market data for certain types of
16   securities, correct?
17       A.   That's correct.
18       Q.   What's the next column over, AC?
19       A.   "EJV."
20       Q.   What is that?
21       A.   I believe that's a pricing service
22   that's owned by Reuters.  I can't tell you
23   right now what EJV stands for.  I did know at
24   one time.
25       Q.   What's the next one, AD?  Just for

TSG Reporting - Worldwide    877-702-9580

Page 269

1          - P. Pfleiderer-
2    the record, the heading there is "ISMADQPP."
3    Do you know what that is?
4        A.   I did at one time.  But sitting
5    here right now, I can't remember what that
6    stands for.
7        Q.   The next column over, AE?
8        A.   That is Bloomberg.
9        Q.   That's "BBG," Bloomberg; is that
10   right?
11       A.   Yes.
12       Q.   And the next column over?
13       A.   That's basically the Financial
14   Times.  I forget what "ID" stands for, but it
15   is the Financial Times or service that gives
16   quotations.
17       Q.   We know from your earlier testimony
18   that Bloomberg is a service that at least for
19   certain purposes you and your staff accessed,
20   correct, in connection with this assignment?
21       A.   We talked this morning about the
22   number of CUSIPs for which Bloomberg
23   quotations were available.  So that was one
24   case where Bloomberg was used.
25       Q.   Did you personally access any of

TSG Reporting - Worldwide    877-702-9580

Page 270

- P. Pfleiderer-

1    - P. Pfleiderer-
2  these other third-party price providers in
3  connection with this assignment?
4      A.  Did I personally access them?
5      Q.  Yes.
6      A.  No, I did not.
7      Q.  Do you know whether your staff
8  accessed any of these other third-party
9  providers that are reflected on this sheet
10 that you were discussing?
11     A.  I believe that they did.
12     Q.  And for what purpose did they do
13 so?
14     A.  I believe that that was for getting
15 some information about some of the
16 difficult-to-price CUSIPs and to see if
17 information was available.  I don't believe
18 that I accessed them for other CUSIPs that we
19 see here.  But I think on a slightly basis,
20 they did.
21     Q.  The next column over, AG, has a
22 heading "Depth"?
23     A.  That's correct.
24     Q.  What's your understanding of what
25 that column indicates?

TSG Reporting - Worldwide    877-702-9580

Page 271

1    - P. Pfleiderer-
2      A.  That was simply a count of the
3  number of quotes that are in those columns.
4  So the maximum is five, and the minimum
5  obviously is zero.  In the case of the one
6  that is in row 12, it appears that there was
7  no pricing information to be obtained from any
8  one of those providers.  And so there was
9  obviously no depth in the sense of any price
10 from any one of these providers.
11     So you see there a dash that
12 appears indicating that there are no price
13 quotes available.
14     Q.  The next column over, AH, is
15 captioned "Composite," correct?
16     A.  Correct.
17     Q.  Is that simply an average of the
18 quotes that were observed?
19     A.  I believe it is.  But what I will
20 do, to make sure, is take an average since the
21 formula does not appear.  In some cases
22 formula was written over and so in those
23 cases, one needs to check.  And actually --
24 make sure I did that correctly.  Actually, it
25 appears that it is not necessarily an average

TSG Reporting - Worldwide    877-702-9580

Page 272

1    - P. Pfleiderer-
2  because I just took an average and got 100.87.
3      Q.  That's for row 9?
4      A.  I'm looking at row 9.  And the
5  composite is recorded as 100.85.
6      Q.  So do you have an understanding as
7  to how the composite was prepared by Barclays?
8      A.  I may have at one time, but I don't
9  recall what it is.  I have to explore a little
10 bit more.
11     I spend a lot of time, in going
12 through these spreadsheets, reverse
13 engineering what was actually done in just the
14 way that you see me doing as you sit here now.
15 If something was labeled as a composite and
16 the formula was not there, I would do exactly
17 what I just did a few minutes ago and that is
18 put in a formula to see where that number came
19 from so I had a full understanding of what
20 procedures were being followed.
21     Because like I said, in some cases
22 the formula is given and in other cases, it
23 appears that the analyst that was preparing
24 this spreadsheet and those that were working
25 on it did what you could call a value paste,

TSG Reporting - Worldwide    877-702-9580

Page 273

1    - P. Pfleiderer-
2  where they highlighted the cells and copied
3  them and then pasted them as values so that
4  they wouldn't be -- wouldn't change their base
5  that they hardwired in.  And in doing that,
6  you lose the information as to how they were
7  calculated.  But in a case like this, we can
8  spend some time and figure out potentially
9  what -- what's being done here to come up with
10 these numbers.  But it does not seem to be a
11 simple average.
12     Q.  Do you recall asking Barclays about
13 how the "Composite" column was calculated on
14 this spreadsheet?
15     A.  I did not.  And the reason is -- I
16 will show you what the reason is by going to
17 the summary page and going to -- so I'm now on
18 the "Summary" tab.
19     Q.  For 995.xls?
20     A.  And if I go to row D -- I'm sorry.
21 I'm going to -- I want to go -- I misspoke.  I
22 want to go to column E, row 4.  And I see that
23 that is pointing to column N1 -- sorry.  To
24 cell N1 in the "Corporation" tab.
25     And if I go to N1, I see that it --

TSG Reporting - Worldwide    877-702-9580

Page 274

1           - P. Pfleiderer-
2    actually, I went to the wrong one. I'm sorry.
3    Am I in the right one?
4        **Q.  You are in the right one.  You are**
5    **in "Corps" in column N?**
6            MR. SHAW:  He's actually in N3.
7        A.  Unfortunately I minimized this. I
8    made it smaller.
9            MR. SHAW:  Change it where it says
10   55 percent up at the top.
11           THE WITNESS:  Oh, yes.
12           (Witness complying.)
13       A.  So I go to N1 and what I find is
14   that, first of all, it is looking the lookup
15   table with liquidity, which might lead you to
16   conclude that it was using a different way of
17   determining the liquidity here.  However, if
18   we go to the "Liquidity" spreadsheet we find,
19   if we scroll down for Corporate, that all this
20   entails is multiplying by one.  So there's no
21   change that's made there.
22       So if we go back to the corporate
23   spreadsheet, I just want to emphasize that
24   this number that appears here is being
25   multiplied by one.  Then we have to go to L3.
           TSG Reporting - Worldwide    877-702-9580

Page 275

1           - P. Pfleiderer-
2    For some reason this is not scrolling over.
3        We go to L3, which is based upon
4    the market -- is labeled the market value for
5    September 22nd, and we see that that -- here
6    we have a formula so we don't have to reverse
7    engineer.
8        That is obtained by multiplying J3
9    by K3 by 100, and then multiplying that result
10   by I3.  So we need to go look at K3 and J3 and
11   I3.  And K3 is the price.  And we will need to
12   see where that comes from.  It is 100.45 for
13   this particular row.  I3 is the factor and J3
14   is the nominal.
15       So the issue is where did that
16   price of 100.45 come from.  And if we scroll
17   over here, we see it is the minimum, not the
18   composite.
19       So you asked me a question and I
20   realized I've given the wrong answer here.
21   But I'm giving a precise answer.  You asked me
22   a question, did I talk to Barclays about how
23   they came up with the composite.  And the
24   answer is, that was irrelevant because that
25   number, even though it is displayed in this
           TSG Reporting - Worldwide    877-702-9580

Page 276

1           - P. Pfleiderer-
2    spreadsheet is not used to calculate the
3    values that migrate up toward to the summary
4    sheet and ultimately to the acquisition
5    accounting.
6        So it was unimportant to understand
7    the genesis of that genesis of that number
8    given that it wasn't used anywhere in the
9    calculation.
10       **Q.  If you don't mind going to row 9 on**
11   **this spreadsheet which is the Corps tab in**
12   **995.xls.**
13           **Row 9, that's one where you have**
14   **five observations from third parties, correct?**
15       A.  That is correct.
16       **Q.  And the composite price is 100.85,**
17   **the minimum price is 100.63.  And if you don't**
18   **mind scrolling over to the left.**
19           (Witness complying.)
20       **Q.  And it's the minimum price that's**
21   **used or is it the composite price that's used**
22   **with respect to that one?**
23       A.  It is the minimum price.
24       **Q.  Now, you may have already testified**
25   **about this.  Did you personally talk to**
           TSG Reporting - Worldwide    877-702-9580

Page 277

1           **- P. Pfleiderer-**
2    **Barclays about why minimum price was used?**
3        A.  This may have come up on one of the
4    phone calls that I was involved in, or it may
5    have been a phone call that staff had with
6    Barclays personnel that was relayed to me.  I
7    don't remember exactly.  And it may have come
8    up both ways.
9        **Q.  But the explanation that you**
10   **received either by speaking to your staff or**
11   **by speaking to Barclays directly or**
12   **participating in one of these phone calls is**
13   **that because the market was falling, it was**
14   **appropriate to use the minimum price as**
15   **opposed to a composite or some other**
16   **combination?**
17       A.  That's -- as I said before, that's
18   my recollection about the use of a minimum in
19   some context.  I believe it was for the
20   corporates here, but it may have been in a
21   different context.  So I want to be careful to
22   say that I'm relying on my recollection of a
23   conversation along those lines.  I believe it
24   probably applied to the corporates, but it may
25   have applied to something else.  I'm not sure.
           TSG Reporting - Worldwide    877-702-9580

Page 278

1        - P. Pfleiderer -
2        Q.  If the composite price wasn't being
3    used to value the position, do you know for
4    what purpose it was being calculated?
5        A.  No, I don't know that.  First of
6    all, we still haven't established exactly what
7    is being calculated here.  It doesn't appear
8    to be a simple average, so it is not clear
9    exactly what it represents.
10        But from my reverse engineering and
11    careful reverse engineering of what was done
12    here, it was not used.
13        Q.  And we discussed this a few minutes
14    ago, but if you scroll over to the third-party
15    prices for that particular row, row 9, that's
16    no indication on the spreadsheet as to whether
17    those prices were obtained on the 22nd or
18    whether they were obtained at some subsequent
19    date looking back on the 22nd, correct?
20        A.  I believe that's correct.  It could
21    be that they were obtained later and applied
22    to the 22nd, or they could have been
23    contemporaneously obtained.  I'm not sure.
24        Q.  Now, other than the corporates,
25    were there other securities for which you

TSG Reporting - Worldwide    877-702-9580

Page 279

1        - P. Pfleiderer -
2    observed that Barclays had obtained third-
3    party pricing information?
4        I believe rates may have been
5    another area where they obtained third-party
6    information, if you can confirm that for
7    yourself.
8        A.  Let me make sure that columns are
9    being shown.
10        (Witness reviewing screen.)
11        A.  I'm not sure for rates whether this
12    was obtained, a number of third-party pricing
13    in the same way that corporates did.  I don't
14    see it here.
15        Q.  Earlier when you were scrolling up
16    I saw "Bloomberg" and "FTID."  So keep going
17    right.
18        A.  I missed it.
19        Q.  There we go.  Column AF and AG.
20        A.  Yes, thank you.  I hadn't gone far
21    enough in the spreadsheet.
22        Q.  So with respect to rates in
23    spreadsheet 995.xls, you at least got two
24    columns entitled Bloomberg and FTID and it is
25    your understanding those are third-party

TSG Reporting - Worldwide    877-702-9580

Page 280

1        - P. Pfleiderer -
2    quotes obtained from those source, correct?
3        A.  Yes.  Yes.
4        Q.  And again, this doesn't tell you
5    when those quotes were obtained but it tells
6    you quotes were obtained?
7        A.  Correct.
8        Q.  Do you have an understanding of
9    what methodology or policy was used by
10    Barclays in incorporating those third-party
11    quotes in its valuation with respect to the
12    rates of securities?
13        A.  What I have to do is reverse
14    engineer it because I'm not going to rely on
15    my memory.
16        Q.  So take, for example, row 54?
17        A.  It appears, looking at the formula,
18    if an average cannot be calculated, then it is
19    using F47 for this particular row.  Otherwise
20    it is taking an average of the two quotes.
21        Q.  And what is F47, or F?  What's
22    the F column?
23        A.  So F47 was the Bank of New York
24    mark.
25        Q.  So we'll take the Bank of New York

TSG Reporting - Worldwide    877-702-9580

Page 281

1        - P. Pfleiderer -
2    mark, unless it could calculate an average
3    based on Bloomberg and FTID?
4        A.  That's correct.  At least that's
5    what the formula would indicate that it's
6    doing.
7        Q.  You will note that one of the
8    columns that you scrolled by may have
9    reflected sales.  If you want to scroll back.
10        (Witness complying.)
11        Q.  Keep scrolling to the left, please.
12        (Witness complying.)
13        Q.  If you look at column S, that has a
14    sales number on it.  Do you know with respect
15    to this class of securities, what Barclays did
16    with respect to the sales prices?
17        A.  Again, to answer your question and
18    make sure that I'm answering it completely
19    accurately, I would go back and look at how
20    values from this particular sheet, the rates
21    sheet, feed into the summary.
22        So if we go to "Summary" and we go
23    to...
24        (Witness reviewing screen.)
25        A.  ...the last which -- the last entry

TSG Reporting - Worldwide    877-702-9580

Page 282

1        - P. Pfleiderer-
2   in the first block which is labeled
3   "Treasuries/Agencies", that is the one that
4   references the rates file.
5        We have to go to the rates file and
6   go to column N. And the number that appears
7   there is the 14 billion number that appears at
8   the top of column N which is a sum of
9   everything in column N. So we then look at
10  the calculation that's being done here. And
11  column N is based upon L3. And L3 is based
12  upon J3 and K3.
13       J3 is the nominal value, and K3 is
14  equal to AH3. So we go over to AH3 and we see
15  that that's the average price. So that tells
16  us that it's using the average here.
17       And then we go back to column N and
18  see that based upon that calculation, which
19  would be taking the average price from those
20  two data providers, multiplying it times the
21  notional value and dividing by 100 to convert
22  it into a total midpoint price. It then takes
23  that and multiples it by what it gets if it
24  goes and looks up a value in liquidity table.
25  And that value is obtained by looking at the
        TSG Reporting - Worldwide    877-702-9580

Page 283

1        - P. Pfleiderer-
2   classification which is in D3 for this
3   particular security, and for all the
4   securities in column D.
5        The one that I'm pointing to which
6   is in row 3, is a treasury. So we go to the
7   "Liquidity" tab, and we look for Treasuries.
8        Q.  You went by it. It is further
9   below?
10       A.  Thank you.
11       Q.  So row 35.
12       A.  So Treasuries. And the number that
13  appears next to Treasuries 0.999, which means
14  that it is basically taking ten basis points
15  off the price to cover for the change from
16  midpoint to exit, which is really basically
17  the bid/ask spread for Treasuries which is
18  quite small because they are traded in a
19  liquid market.
20       So here we see for Treasuries which
21  are traded in a liquid market and for which
22  the exit price is going to be very, very close
23  relatively speaking to the midpoint price, a
24  very small liquidity haircut is given in this
25  case of only ten basis points.
        TSG Reporting - Worldwide    877-702-9580

Page 284

1        - P. Pfleiderer-
2        And we can go through the rest of
3   the column and see how it looks up other
4   liquidity values depending on the security
5   type.
6        So to answer the question now that
7   we've looked at it and reversed engineered it,
8   the price formula for at least that row -- and
9   we can look down that column to see how
10  uniform it is across all the entries, is
11  keying off of the average price and then
12  providing a liquidity adjustment from there.
13       Q.  So with respect to the rates, it is
14  not the minimum price that's used, it's an
15  average price that's used?
16       A.  That's right. And the reason here
17  is in part that we're taking the midpoint
18  price and then we're using a liquidity haircut
19  from this table. Whereas for the corporates
20  we took those bids, took the minimum, and then
21  had no liquidity adjustment. Because if you
22  go down here -- since we're on it we can look
23  at it very quickly.
24       You go down here to column D,
25  cell 46 for corporate, it just multiples it by
        TSG Reporting - Worldwide    877-702-9580

Page 285

1        - P. Pfleiderer-
2   one. And you even see in the next column, it
3   says "Minimum third-party price utilized in
4   place of a bid/offer spread." And that tells
5   you a little bit here about where this is
6   used.
7        It is also used for corporate
8   credit, this approach, which is in line 45 --
9   row 45. And let's see if it is used anywhere
10  else. I think those are the two places.
11       Q.  If you scroll all the way to the
12  bottom of the "Liquidity" tab, please.
13       (Witness complying.)
14       Q.  Turning to table 4 in your expert
15  report which is on page 48. If you can turn
16  there.
17       (Witness complying.)
18       Q.  Are you there?
19       A.  I am.
20       Q.  On page 48. You have in that table
21  a left-hand side and a right side. On the
22  left-hand side what you have are items that
23  appear on the 9/16 balance sheet that was an
24  exhibit to the Asset Purchase Agreement,
25  correct?
        TSG Reporting - Worldwide    877-702-9580

Page 286

1        - P. Pfleiderer-
2        MR. SHAW:  Objection.
3    Mischaracterizes.
4        A.   I'm not sure that it was an
5    exhibit.  My understanding is that it was
6    actually, as I read in deposition testimony
7    rather repeatedly, not attached to the Asset
8    Purchase Agreement.
9        Q.   But referenced in the Asset
10   Purchase Agreement?
11       A.   I believe there's a reference to
12   it.  If my understanding is correct, it is
13   referenced in the section on comp.  I may be
14   mistaken about that.  But I'm pretty sure,
15   based upon my reading of the record, that it
16   was attached.
17       Q.   Let's just make sure we're all
18   talking about the same documents.  Let's put
19   it before you.
20            I'm handing you what's been
21   previously marked as Exhibit 19.  Is this a
22   document that was the source of the left-hand
23   side of your table 4?
24       A.   Yes.  Yes, it is.  It is important
25   that -- and I do remember -- in this case, I

Page 287

1        - P. Pfleiderer-
2    do remember the exhibit number, 19.  And it is
3    important also to look at the upper right-hand
4    corner.  And I believe that says "final"
5    there, which in my recollection distinguishes
6    this from other versions which were not the
7    final ones and were not part of the reference
8    in the APA.
9        Q.   So that's the left-hand side of the
10   sheet.  The right-hand side of your table 4,
11   what is your source for the numbers that
12   appear on the right-hand side of table 4?
13       A.   That was a spreadsheet that I
14   understand was produced that has the title
15   2008 to 2009 -- "2009-2009, 160723, Here's The
16   summary for the 12.xls."
17       Q.   We'll just pull that exhibit so we
18   can take a look at that as well.
19            MR. TAMBE:  Mark that.
20            (Exhibit 644-A, e-mail from Michael
21   McGarvey Re:  Here's the summary from
22   the 12th, BCI-EX-(S)-00213948-51 with
23   attachments, marked for identification,
24   as of this date.)
25       Q.   I handed you what's been marked as

Page 288

1        - P. Pfleiderer-
2    Exhibit 644-A.  Is this the source document
3    that you used to create the right-hand column
4    of table 4?
5            (Witness reviewing document.)
6        A.   I believe it is.  Again, I only
7    look at these in electronic form so I'm not
8    used to looking at the printed copies.  But
9    judging from the first page of what you handed
10   me -- I shouldn't say the first page, the
11   fifth page of what you handed me, I recognize
12   that as the summary information.
13            And as you see in the upper
14   right-hand, it does say "Balance sheet by GAAP
15   asset type 9/12/2008."  So that was, I
16   believe, the document that's being referenced.
17       Q.   There is a reference on that
18   page you are referring to, which is the fifth
19   page of this exhibit, on the left-hand side
20   you've got the net long inventory and on the
21   right-hand side you've got the net short
22   inventory.  Do you see that?
23       A.   That's correct.
24       Q.   And the numbers that appear on the
25   "grand total" line of this document on the net

Page 289

1        - P. Pfleiderer-
2    long side are 65 billion and on the net short
3    side 48 billion.  Do you see that?
4        A.   I do.
5        Q.   Do you recall in the Asset Purchase
6    Agreement there was a reference to positions,
7    net long positions with a value of 70 billion
8    and net short positions with a value of 69
9    billion.  Do you generally remember that?
10       A.   I do.
11       Q.   Have you found any documentation
12   that supports the $70 billion and the
13   $69 billion numbers that appear in the APA?
14            MR. SHAW:  Objection to form.
15       A.   My understanding is that -- based
16   upon reading the record, is that there's a
17   substantial confusion over how the number
18   70 billion was determined.
19            I will note that if you subtract
20   off the mortgages from the left-hand side of
21   Exhibit 19, you get a number that is quite
22   close to 70 billion.  Not precisely
23   70 billion, but quite close.
24            And if you look at the Asset
25   Purchase Agreement, it talks about long

Page 290

1        - P. Pfleiderer-
2   positions but mortgages, as I recall, I think
3   appear on the line below that as a separate
4   entity, so that would imply to my reading of
5   it, at least, that you would want to take the
6   left-hand side of the balance sheet that is in
7   Exhibit 19, subtract the 2.7 for mortgages,
8   which leaves you with something very, very
9   close to 70 billion, which if you round, will
10  give you precisely 70 billion.
11          Now, I'm just noting that. I don't
12  know that that is the source. But I'm noting
13  that if you do that exercise that I just went
14  through, you do come up with 70 billion.
15      **Q.  So you did the math?**
16      A.  In the way that I just described,
17  yes.
18      **Q.  Exhibit 644-A, on the fifth page of**
19  **Exhibit 644-A which, again, is the document or**
20  **the page that feeds into the right-hand side**
21  **column of your table 4.**
22      A.  Uh-huh.
23      **Q.  What's the source, if you know, for**
24  **the valuations that appear under the "Net**
25  **Long" inventory column on that table?**

TSG Reporting - Worldwide    877-702-9580

Page 291

1        - P. Pfleiderer-
2       A.  So I would have to, first of all,
3   look at this in spreadsheet form, in
4   electronic form, I should say, and look at any
5   backup formulas that are used to begin to
6   answer your question to see where the numbers
7   that are reported on page 5 might be drawn
8   from.  And I'm not sure they point directly to
9   anything in this particular spreadsheet.  They
10  may be imported from something else.  I have
11  to go back and look.
12      **Q.  Well, this table 4 plays a role in**
13  **one of the opinions you're expressing,**
14  **correct?  I mean, this is part of your opinion**
15  **that based on the documents you reviewed, you**
16  **detected no hidden $5 billion discount at**
17  **inception, correct?**
18      A.  Yes.
19      **Q.  That's the reason you got table 4**
20  **in here.**
21          **As you sit here today, sir, what is**
22  **your understanding of the source of the**
23  **numbers that you extracted from Exhibit 644-A**
24  **and put on in the right-hand side of table 4?**
25      A.  I'll refer you to page 50 of my

TSG Reporting - Worldwide    877-702-9580

Page 292

1        - P. Pfleiderer-
2   report, footnote 66, in which I say, "To
3   confirm that the LBI inventory by GAAP asset
4   type discussed in this subsection accurately
5   reflected the net long inventory balances on
6   the LBI" --on LBI's books as of September 10.
7   Excuse me.  I misspoke.  "September 12, 2008,
8   staff working at my direction acquired from
9   Barclays a GFS report which as I understand it
10  captured all LBI positions as of that date."
11  And not to read the rest of it, but they went
12  through and calculated values from that and
13  found that they were in very close agreement
14  to what appears here.
15          So the GFS report is in close
16  agreement -- for the 12th, is in close
17  agreement to what appears here.
18      **Q.  And that GFS report that you or**
19  **your staff asked to be pulled, has that been**
20  **produced in this case?**
21      A.  I'm not sure. I don't know.
22      MR. TAMBE:  Counsel?
23      MR. SHAW:  I don't know.  We can
24  look into it.
25      **Q.  Was there a particular path or a**

TSG Reporting - Worldwide    877-702-9580

Page 293

1        - P. Pfleiderer-
2   particular query that you ran against the GFS
3   data in order to prepare that report?
4       A.  I'd have to ask the staff working
5   at my direction exactly how they implement it.
6   That was not something that I did.
7       **Q.  And that exercise, the pulling of**
8   **the GFS data in response to a query that was**
9   **done of the system, you don't know whether**
10  **that's, in fact, the way 644-A was prepared,**
11  **correct?**
12      A.  That someone pulled up the GFS at a
13  later date and did it?  No, obviously not.  It
14  was prepared at the time that this e-mail was
15  sent or before.  And the precise way that it
16  was prepared is not clear from, I believe, the
17  spreadsheet that is in front of you.
18          But the fact that it accords very,
19  very closely with the GFS information leads me
20  to conclude that it was a very accurate
21  summary of what Lehman's position was using
22  its own marks as of September 12th as it
23  related to the net long inventory.
24      **Q.  And in Footnote 66, other than**
25  **telling us it is very close, you don't**

TSG Reporting - Worldwide    877-702-9580

Page 294

1         - P. Pfleiderer-
2    quantify how close is "very close," correct?
3         A.   I think, as I recall, the
4    differences were close to immaterial in
5    percentage terms.  But I'd have to go back and
6    check it in terms of what the exact
7    differences were.
8         Q.   When you did your analysis as to
9    whether or not there was some hidden
10   $5 billion discount at inception, did you take
11   into account Exhibit 200, which I've placed in
12   front of you?
13        (Witness reviewing document.)
14        A.   I know I've looked at this before
15   because I recognized the -- or something.  I
16   should say, I know I looked at either this or
17   something very similar.  I recognize the
18   crossing outs and the various notations at the
19   side.
20        I don't even know how I would take
21   into account this given that there are so many
22   numbers that are crossed out.  And I don't
23   know what this was prepared to do.  I don't
24   know which numbers are supposed to be
25   governing, so I see, for instance, in total
         TSG Reporting - Worldwide    877-702-9580

Page 295

1         - P. Pfleiderer-
2    corporate debt, I see a 5.4, but then I see a
3    5.0.  When I see "mortgages", I see a 6.5, and
4    then I see a 5.8 written beside it.
5         So there is no way for me as an
6    expert in financial economics to look at
7    something that's all marked up like this and
8    interpret it in any way.
9         Q.   Did you ask around at Barclays, the
10   former Lehman employees, if any of them could
11   help you understand what this was?
12        A.   Did I personally?
13        Q.   Yes.
14        A.   No.
15        Q.   Do you know if your staff did?
16        A.   I wouldn't even know who would be
17   asked.  What you have given me has no name on
18   it, so I wouldn't know.  You handed me this.
19   There is not a name on it that would indicate
20   who you would even ask.
21        Q.   If you saw a document marked
22   exhibit something, would you be at all curious
23   to go and look to see if it was ever testified
24   about in any deposition that was provided to
25   you?  Did you do that?
         TSG Reporting - Worldwide    877-702-9580

Page 296

1         - P. Pfleiderer-
2         A.   That is quite possibly the way that
3    I encountered it was in a deposition.  I,
4    sitting here today, do not remember which
5    deposition it was or what the testimony was.
6         Q.   Do you recall going and asking a
7    deponent who may have testified about this
8    document, questions about what this document
9    meant?
10        A.   I did not personally ask anyone
11   about this particular document.
12        Q.   Are you aware that Mr. Tonucci has
13   testified about the possibility of a
14   $5 billion discount.  Are you aware of that?
15        A.   I remember that in a number of
16   different depositions there were phrases of
17   "$5 billion adjustments," "$5 billion in
18   discount," "$5 billion in change in the marks"
19   and so on and so forth.  So I recall that.
20        So what I did in response to that
21   confusing testimony, as I explained in my
22   report, I went to what is labeled here as the
23   final exhibit -- I shouldn't say the final
24   exhibit.  But the final estimated acquisition
25   balance sheet with SB, which is Stephen
         TSG Reporting - Worldwide    877-702-9580

Page 297

1         - P. Pfleiderer-
2    Berkenfeld's initials on it, and is noted as
3    final.  And I took that among the very many
4    that were obviously to in my mind -- since
5    they didn't carry final -- not the final ones,
6    it didn't have his initials on it.
7         I took that and compared it to the
8    marks that Lehman was putting on its books for
9    Friday before there was any discussion of any
10   consequence with Barclays about acquiring LBI.
11   I realize there were some preliminary
12   discussions over the weekend about LBHI.  But
13   on Friday, the books that Lehman had did not
14   in any way reflect any type of negotiations
15   with Barclays, because negotiations hadn't
16   commenced.
17        And I look at this and I compare it
18   to what is on the 12th, and there is no 5
19   billion.
20        Q.   Done?  Is your answer complete?
21        A.   I may have more to say about that,
22   but I'm done for the moment.
23        Q.   I know you may have more to say
24   about it, but would you like to answer my
25   question now?
         TSG Reporting - Worldwide    877-702-9580

Page 298

1         - P. Pflederer-
2         MR. TAMBE:  Can you read back my
3     question?
4         (Record read as follows:
5     "Question: Are you aware that
6     Mr. Tonucci has testified about the
7     possibility of a $5 billion discount.
8     Are you aware of that?")
9         Q.  Do you understand my question?
10        A.  I think in my answer, I did say --
11        Q.  Can you answer my question, please,
12    sir?
13        A.  I did say that I was aware of it.
14    And then I went on to explain that being aware
15    of a number of discussions in the record about
16    adjustments of 5 billion, I went and I did
17    this exercise to see if it was there, and I
18    found that it wasn't, at least not in terms of
19    a delta between what is on Exhibit 19 and what
20    was in the books of Lehman the 12th.
21        Q.  So you see deposition testimony
22    about the possibility of a $5 billion
23    discount, but you don't go and speak to any of
24    the people who've testified about the
25    $5 billion discount; is that your position,
           TSG Reporting - Worldwide     877-702-9580

Page 299

1         - P. Pflederer-
2     sir?
3         A.  They testified about it under oath.
4     I read the depositions and the record, as I
5     suggest, is quite confused as to what was
6     going on.  So I address something here that is
7     not confused in the sense that there is
8     Exhibit 19, which has been put forward as the
9     estimated acquisition balance sheet as I
10    understand it, and there is information that
11    could be obtained based upon Lehman's marks on
12    the 12th which is clearly being produced
13    before any discussion with Barclays.  I
14    compare that and I find no delta of 5 billion.
15        Q.  And having concluded that, did you
16    then go back to Mr. Tonucci or any of the
17    former Lehman employees who testified about
18    this discount who are now with Barclays and
19    say, what were you talking about?  I don't see
20    any $5 billion discount?  What are you talking
21    about Mr. Tonucci?  You said that under oath?
22        A.  That is certainly not my role as an
23    expert to go back and talk to some deponent.
24    At least I -- I did not interpret -- let me
25    qualify that.  I did not interpret my role as
           TSG Reporting - Worldwide     877-702-9580

Page 300

1         - P. Pflederer-
2     an expert in this case to go back and either
3     accuse individuals of having mistaken
4     recollections or saying things that were
5     mistaken.  My role, as I understood it, was to
6     look at the evidence that could be looked at.
7         And we have here an example of an
8     estimated balance sheet which I believe is the
9     one that everyone refers to, at least that's
10    my reading of the testimony.  Exhibit 19 is
11    the one that is always put forward, at least
12    in my reading and to look at the Barclays --
13    excuse me, I misspoke, the Lehman marks as of
14    the 12th and find a very close accord and
15    nothing that is even remotely close to a
16    $5 billion difference.
17        Q.  Did you do a valuation of what the
18    GFS data showed as of the close of 9/15/2008?
19        (Witness reviewing document.)
20        A.  I was just going back and looking
21    at my Exhibit 7 to refresh my memory that it
22    was definitely, as I thought, September 17th,
23    not the 15th.
24        And so this is, based upon a
25    spreadsheet that was available -- that
           TSG Reporting - Worldwide     877-702-9580

Page 301

1         - P. Pflederer-
2     purported to look at the transaction as of the
3     17th.
4         I did not do work with GS
5     systems -- GFS system on the 15th.  In
6     particular, I thought it was useful to do it
7     on the 12th, which I thought is a point that's
8     before any discussion of any consequence with
9     Barclays commence, so that there couldn't be
10    any confusion as to what would have been
11    determined as the result of some discussion
12    with Barclays, and what is isolated as the
13    balance sheet before any such discussions
14    began.
15        Q.  In doing any of the work that
16    you've done with the GFS system, have you
17    detected any gaps in the GFS system?
18        A.  I don't know what you mean by
19    "gaps".
20        Q.  For example, securities that, in
21    fact, were acquired by Barclays but don't
22    appear anywhere on Lehman's GFS system on
23    the 12th, the 15th?
24        A.  Well, I've already spoken about one
25    partial example to that, which was the Pine
           TSG Reporting - Worldwide     877-702-9580

Page 302

1          - P. Pfleiderer-
2   CLO that was acquired by Barclays, but appears
3   in GFS just as, I understand it, a CUSIP, but
4   doesn't have any information.
5          So that was something that was
6   acquired on GFS in the sense that there was an
7   entry there but no information, very little
8   information.  Certainly no pricing
9   information, which remember was the reason why
10  in the end it didn't appear in that
11  20-million-and-above filter.
12      **Q.   So the answer to my question is**
13  **what?  Do you want my question read back**
14  **again?**
15      A.  Well, I understood your question to
16  be is there evidence of a gap between what was
17  in the GFS system and what Barclays acquired.
18  And what came to mind quickly is what we were
19  talking about earlier, the Pine CLO, which was
20  acquired by Barclays but had only a CUSIP
21  entry, as I understand it, in GFS and no other
22  information.
23         So whether that constitutes a gap
24  or not?  It certainly did not have full
25  information in the GFS system but was acquired

TSG Reporting - Worldwide    877-702-9580

Page 303

1          - P. Pfleiderer-
2   by Barclays.  The fact that there was an entry
3   for it means that in some sense it was perhaps
4   in the inventory but not valued for some
5   reason.
6      **Q.   Putting Pine aside, have you**
7   **detected any other instances where CUSIPs**
8   **acquired by Barclays appeared nowhere on the**
9   **GFS system for Lehman on the 12th of**
10  **September, the 15th of September or during**
11  **that week?**
12      A.  The Pine is the only one that
13  appears as I sit here.
14      **Q.   Your staff has not reported to you:**
15  **We went back and tried to look at the GFS**
16  **values for the acquired inventories and we're**
17  **finding gaps, we are finding 5, 10 15, 20**
18  **percent of these CUSIPs do not appear on the**
19  **GFS?**
20      A.  The answer to that is no, my staff
21  has not reported to me.
22      MR. TAMBE:  Let's take a short
23  break.
24      MR. SHAW:  Good.
25      (Whereupon, a recess was taken

TSG Reporting - Worldwide    877-702-9580

Page 304

1          - P. Pfleiderer-
2   from 6:14 p.m. to 6:29 p.m.)
3      (Exhibit 645-A, 8/18/08 e-mail Re:
4   Balance sheet iterations,
5   BCI-EX-(S)-00213926-3936, marked for
6   identification, as of this date.)
7   BY MR. TAMBE:
8      **Q.   Professor Pfleiderer, I'm handing**
9   **you a document marked as Exhibit 645-A.  Take**
10  **a look at the document and let me know when**
11  **you're done?**
12      **(Witness reviewing document.)**
13      **Q.   Did you review it?**
14      A.  I certainly looked through it.  I
15  haven't looked at every item in it, but I
16  looked through it.
17      **Q.   Do you recall having reviewed this**
18  **document before today?**
19      A.  I've seen various versions of the
20  balance sheet presented in various ways.  I'm
21  not sure that I saw this particular set in the
22  particular order, but I certainly seen
23  variations on the estimated balance sheet
24  broken up in various ways.  I don't know if
25  I've seen this particular set or not.

TSG Reporting - Worldwide    877-702-9580

Page 305

1          - P. Pfleiderer-
2      **Q.   Are you familiar with the names**
3   **John Grenier or Tim Sullivan, the names that**
4   **appear on the front page of this document?**
5      A.  I believe I've seen them before,
6   but I don't -- I don't recall.  I don't recall
7   any specifics.
8      **Q.   If you turn to the last page of**
9   **this exhibit, 645-A, you will see there is a**
10  **footer that appears on the document, not the**
11  **Bates stamp number, but the footer in the**
12  **bottom right-hand corner, it says BS1.  Do you**
13  **see that?**
14      A.  I do.
15      **Q.   If you flip the pages to the front**
16  **of the document, you will see it goes from BS1**
17  **to BS2 to BS3.  Do you see that?**
18      A.  I do.
19      **Q.   All the way to when you get to the**
20  **first page of the attachment which says "BS6,**
21  **Thursday-9/18."  Do you see that?**
22      A.  I do.
23      **Q.   If you understand your previous**
24  **answer, you have not seen a collection of**
25  **draft balance sheets put together in this**

TSG Reporting - Worldwide    877-702-9580

Page 306

1        - P. Pfleiderer-
2    format before today, in this sequence?
3        MR. SHAW:  Objection to form.
4    Mischaracterizes his prior testimony.
5        A.  I may have seen them.  I'm not sure
6    I saw them in this order.  I'm not sure I saw
7    these particular ones.  So I don't know how to
8    answer the question.
9        I've seen various versions of
10   balance sheets, quite a few, but I don't have
11   a specific memory of number versus number in
12   each entry whereby I can say that I
13   specifically looked at this, given that there
14   were a number of iterations that I looked at.
15       Q.  And do you recall having any
16   discussions with anyone at Barclays about any
17   collection of balance sheets which showed a
18   progression from balance sheet 1 to a balance
19   sheet 6 as set forth in Exhibit 645-A?
20       A.  I personally did not, no.
21       Q.  Do you know if your staff did?
22       A.  They may have.  But again the usual
23   answer here, I don't know that they did, I
24   don't know that they did not.
25       Q.  When were you retained in this

Page 307

1        - P. Pfleiderer-
2    matter, sir?
3        A.  My recollection is that my first
4    involvement in this was a series of phone
5    calls that occurred some time in October.  I
6    don't have a precise notion in my mind when I
7    was formally retained.  But I certainly was
8    involved in understanding the case and reading
9    briefs starting in October.
10       Q.  How did you come to be involved in
11   the case?
12       A.  My recollection is that I was
13   contacted by Dr. Vellrath who's sitting to my
14   right and my recollection is that he briefly
15   described the case and asked if I would be
16   interested.  I'm not 100 percent sure that
17   that's the way it developed.  But I'm fairly
18   sure that that was how it was initiated.
19       I had discussions early on with
20   attorneys at Boise Schiller and I believe that
21   was subsequent to my conversation with Dr.
22   Vellrath, but I'm not exactly sure the exact
23   sequence when things occurred.
24       Q.  Prior to this assignment, had you
25   worked with Dr. Vellrath before?

Page 308

1        - P. Pfleiderer-
2        A.  No.  This is the first time I've
3    had the occasion to work with the Finance
4    Scholars Group and with him.
5        Q.  And when you were engaged and
6    became involved in the working of this matter,
7    was it your understanding that the support
8    function or your staff function would be
9    provided by the Finance Scholars Group?  Or
10   were you free to choose whoever you wanted to
11   work with?
12       MR. SHAW:  Objection to form.
13       A.  I don't recall having a specific
14   understanding.  I suspect that in some since I
15   was free to choose if -- my understanding is
16   when an expert is -- actually, I -- I don't
17   know.  I think the best answer to that
18   question is I don't know because it was not
19   something that went through my mind as an
20   issue.
21       Q.  When you got some understanding of
22   the scope of what you would be doing here, did
23   you make any effort to interview people from
24   different support services, entities, to see
25   who could best support you in this work that

Page 309

1        - P. Pfleiderer-
2    you had been asked to do?
3        A.  It was my understanding, and this
4    may not be correct.  But it was my
5    understanding that people at the Finance
6    Scholars Group had already received data and
7    organized it and were set up to analyze
8    things.  So based upon that understanding,
9    which I believe is a correct understanding, it
10   was absolutely clear to me that they would be
11   in a position to assist me better than anyone
12   else.
13       And I know by looking at the group
14   and who is involved that they're high quality
15   people that do it and I can similarly say that
16   after having the experience of working with
17   the Finance Scholars Group, they are extremely
18   high quality and I have absolute confidence in
19   everything that's been done.
20       Q.  Do you know when they were retained
21   in this matter?
22       A.  I do not.
23       Q.  Was it shortly before you were
24   retained or it's your sense they were retained
25   long before you came along?

Page 310

1      - P. Pfleiderer-
2      A.  As I said, I don't know.
3      Q.  Do you have a sense, just a rough
4  approximation, of how many hours you have
5  expended in working on this matter?
6      A.  If I include hours to date,
7  somewhere between probably a 150 and 180, or
8  maybe approaching 200.
9      Q.  And do you have any idea of how
10 many hours your staff at the Finance Scholars
11 Group has expended on this matter?
12     A.  I wouldn't be able to quantify it.
13 But I would expect, given all that I
14 understand, that it was done, unless they're
15 able to do things at 300 times the speed that
16 a normal human being would do, that it was
17 quite a bit -- more than what I've done
18 certainly.
19     Q.  And if did a rough break out of the
20 total number of hours you spent on this
21 matter, how many of those roughly 150 to 200
22 hours was spent preparing your report versus
23 preparing for this deposition versus your
24 reviewing transcripts?  Do you have any sense?
25     A.  I don't know that I could break it

TSG Reporting - Worldwide    877-702-9580

Page 311

1      - P. Pfleiderer-
2  down in that fashion.  I certainly could break
3  it down by time in terms of what I did before
4  the filing of my report.  In principle, I
5  could do that.  I don't recall to state how it
6  would break along those lines, but I
7  considered everything that I did before the
8  filing of my report basically preparing for
9  the report.  So I wouldn't be able to
10 distinguish one activity from another in any
11 way that would be meaningful.
12     Q.  Do you record your time separately,
13 specific times that you've been doing?
14     A.  I keep an hourly log and a brief
15 description of what I've done.  But a lot of
16 the entries are descriptive, they're very high
17 level.
18     Q.  Well, for example, if you were
19 drafting the report, would you note the
20 drafting separately from reviewing
21 depositions?
22     A.  I'd have to go back and look in
23 terms of how I put it.  A lot of time drafting
24 means reviewing documents and reviewing
25 documents means thinking about drafting.  So I

TSG Reporting - Worldwide    877-702-9580

Page 312

1      - P. Pfleiderer-
2  don't know that I distinguish that in that
3  way.
4      (Exhibit 646-A, PwC Review of
5      Barclays capital price testing
6      methodology, PwC-BarCapWP_00022935-948
7      with attachments, marked for
8      identification, as of this date.)
9      Q.  Professor Pfleiderer, I show you a
10 document that's been marked as Exhibit 646-A.
11 And drawing your attention to the first 14
12 pages of this document.  Take a quick look at
13 those 14 pages and tell me if you have seen
14 this document before today.
15      (Witness reviewing document.)
16     A.  I don't recall this particular
17 format.  But I may have seen something related
18 to this in another format, I'm just not sure.
19 And my memory may be faulty.  I may have seen
20 this and I'm not remembering it in this
21 particular format, I just don't recall.
22     Q.  Do you recall seeing a
23 PricewaterhouseCoopers memorandum which had
24 embedded in it a series of Excel spreadsheets?
25      (Witness reviewing document.)

TSG Reporting - Worldwide    877-702-9580

Page 313

1      - P. Pfleiderer-
2      A.  I'm not sure.  I may have but I'm
3  not 100 percent sure that I saw this
4  particular format.
5      Q.  One of the types of securities that
6  we talked about earlier today are auction-rate
7  securities.  Do you remember that discussion?
8      A.  I do.
9      Q.  And in particular I asked you a
10 question about Giant Stadium bonds.  Do you
11 remember that?
12     A.  I do.
13     Q.  Do you have an understanding one
14 way or the other as to whether Giant Stadium
15 redeemed the Giant Stadium bonds at any point
16 many time?
17     A.  I believe that they did in -- I
18 don't remember the date.  But I believe some
19 time in early 2009 perhaps or maybe even
20 earlier than that date, they did redeem some.
21 The penalty rate had gotten to, I think it was
22 23 percent, or some high rate.  And I believe
23 there were some redemptions.
24     Q.  And the redemptions were at par?
25     A.  That's my belief, yes.

TSG Reporting - Worldwide    877-702-9580

Page 314

1          - P. Pfleiderer -
2      Q.  Prior to those redemptions, had
3  there been any defaults or missed payments by
4  Giant Stadium?
5      A.  I'm not aware of any, no.
6      Q.  At the time the bonds were
7  transferred from Lehman to Barclays, had there
8  been any defaults?
9      A.  I don't believe so, no.
10     Q.  At what values did Barclays record
11 those bonds?
12     A.  I believe in that case, we can go
13 back to the spreadsheet to make sure.  But I
14 believe that they recorded them Bank of New
15 York marks.
16     Q.  Which were what?
17     A.  I have to go back and look.  I
18 certainly reference it.  We need to go to the
19 spreadsheet of my report.
20     Q.  Go to Appendix 4 of your report
21 where you discussed the Giant Stadium bond
22 marks.  I believe page 112, you state a range
23 between $10 and $44 for 100 of face value?
24     A.  That's correct.  Yes, I was having
25 trouble remembering the specific number
        TSG Reporting - Worldwide    877-702-9580

Page 315

1          - P. Pfleiderer -
2  because it was a range.
3      Q.  With respect to Giant Stadium
4  bonds, did you or your staff do any
5  independent valuation work to determine
6  whether or not that was a proper value for
7  those bonds?
8      A.  I know that there was some focus on
9  these bonds by people at Barclays.  There were
10 some files, I believe, I may be confusing them
11 with the Pine CLO files.  And I believe
12 that -- my recollection is that the staff did
13 a fair amount of due diligence on these, but I
14 don't remember the particulars.
15     Q.  Do you have any understanding as to
16 any of the due diligence your staff did with
17 respect to the Giant Stadium bonds?
18     A.  Again, I would have to go back and
19 talk to them.  I don't want to attribute
20 something to these that was done for some
21 other set of securities, and I'm having
22 trouble at this moment keeping in mind what
23 was done for, say, the Pine CLO and what was
24 done for other securities.
25     So I don't want to misspeak by
        TSG Reporting - Worldwide    877-702-9580

Page 316

1          - P. Pfleiderer -
2  saying that something was done for one set of
3  securities when it was, in fact, done for
4  something else.
5      Q.  Do you have a recollection as you
6  sit here about any particular direction that
7  you gave to your staff with respect to the
8  Giant Stadium bonds?
9      A.  As I recall, after having looked at
10 the spreadsheet and saw that they were marking
11 them at the same level that Bank of New York
12 was marking them, I focused a little bit less
13 on that because I took the Bank of New York as
14 a mark that Barclays was agreeing with as
15 opposed to marks that there was some
16 adjustments in which the adjustment had to be
17 evaluated more closely.
18     But I certainly in discussing
19 things with staff, was concerned that any of
20 these securities that were certainly being
21 discussed in my report, would be given a fair
22 amount of attention.  I just can't remember
23 the particular things that were done with
24 respect to these as opposed to other sets of
25 securities.
        TSG Reporting - Worldwide    877-702-9580

Page 317

1          - P. Pfleiderer -
2      Q.  Looking at Appendix 4 to your
3  report, item No. 5, relates to Lehman-issued
4  warrants and Lehman-issued equity late notes,
5  as you labeled it.  Do you see that?
6      A.  Yes.
7      Q.  With respect to that category of
8  securities, Barclays' determination was to
9  write them off in their entirety, correct?
10     A.  I believe that was done for all of
11 them or almost all of them.  I believe it was
12 done for all of them, but I have to go back
13 and make sure that every one was marked to
14 zero.  But I believe the bulk of them were.
15     Q.  Did you review any of the offering
16 memoranda for any of this category of
17 securities to determine how they were
18 structured?
19     A.  I may have seen something, I'm not
20 sure it was an offering memoranda or not,
21 related to these because I did have
22 discussion, again, with staff.  But right now,
23 I'm not recalling anything specific as
24 something that would definitely be an offering
25 memoranda.
        TSG Reporting - Worldwide    877-702-9580

Page 318

1          - P. Pfleiderer-
2          **Q.  Did you have a discussion with**
3     **staff or anyone else about whether these**
4     **securities should more properly have been**
5     **valued at the price at which Lehman unsecured**
6     **debt was trading in the days and weeks after**
7     **the bankruptcy filing?**
8          A.  We may have had a discussion of
9     that sort.  I don't recall sitting here now.
10    I believe there may have been a discussion
11    about what they had done in comparing it to
12    some other Lehman securities but I don't -- I
13    don't recall a specific directive to make
14    comparisons of any particular sort.  But I
15    think there were some discussions that related
16    to the class of Lehman securities and what --
17    what were affected by the bankruptcy.
18          Again, my memory is a bit hazy at
19    this point.
20          **Q.  Did you have any understanding as**
21    **to why these securities would not be priced at**
22    **the same prices that were prevailing in the**
23    **market for other Lehman securities that were**
24    **trading in the market post-bankruptcy?**
25          A.  I don't -- I can recall some

Page 319

1          - P. Pfleiderer-
2     discussions along those lines, but I can't
3     recall what understanding I came to have at
4     the end of those discussions.  So sitting here
5     now, I don't recall the specifics.
6          **Q.  Do you have any sense of a range in**
7     **which Lehman unsecured debt was trading during**
8     **the week of the 15th of September or the week**
9     **of the 22nd of September?**
10          A.  I believe that there -- I may be
11    wrong about this.  But I believe that there
12    may be some -- there are certainly some other
13    Lehman debt instruments in the inventory that
14    were priced.  I mentioned, for instance,
15    obviously, the commercial paper.  So we can
16    look back and sort and see some other data
17    that comes from the actual, the actual
18    inventory.
19          I do remember a conversation in
20    which I had suggested that for some of these,
21    that it would be useful to get debt ratings
22    and various other indications of the value on
23    other debt.
24          So I know that that was looked at.
25    But again, I was hazy about the specifics of

Page 320

1          - P. Pfleiderer-
2     those discussions.
3          **Q.  But in terms of the opinion that**
4     **you're offering here, you are not quarrelling**
5     **with Barclays' decision to write them off in**
6     **its entirety, correct?**
7          A.  I'm basically listing them here as
8     a situation where the BoNY mark was
9     inappropriate, and given the credit risk was
10    very clearly stated on what I was quoting from
11    the general discussion of these that was put
12    up by Lehman, that the credit risk was tied
13    back to the issuer, in this case, Lehman
14    Brothers, that it made sense to significantly
15    mark them down.
16          **Q.  Are you quarrelling with Barclays'**
17    **decision to mark them down to zero?**
18          A.  No, I'm not.
19          **Q.  Do you agree with that decision?**
20          A.  I neither agree nor disagree with
21    marking them all the way down to zero.  I
22    certainly agree that they should be very
23    significantly marked down.  Whether you mark
24    them down to zero or two cents or five cents
25    is not something I would offer an opinion

Page 321

1          - P. Pfleiderer-
2     about without doing some more due diligence on
3     it.
4          **Q.  Did you have any discussions with**
5     **Barclays as to why they chose to mark them**
6     **down to zero?**
7          A.  I did not personally have any
8     discussions, but I know that there were a set
9     of securities that were identified and they're
10    included in the ones that were discussed in
11    this particular section that my staff had
12    discussions with Barclays about the data.  I
13    don't know in this particular case what those
14    discussions were.
15          **Q.  Or even if there were any**
16    **discussions with respect to these in**
17    **particular?**
18          A.  I believe there were based upon my
19    recollection of conversations, but I may be
20    mistaken and confusing it with something else.
21          **Q.  As a general matter, sir, is it**
22    **your opinion, are you offering an opinion in**
23    **your report that you agree with the marks, the**
24    **values that Barclays has placed on all of**
25    **these CUSIPs?  Or are you simply saying that**

Page 322

1          - P. Pfleiderer-
2  they are a better value than the one placed by
3  BoNY?
4          MR. SHAW:  Objection to form.
5      A.  I am certainly not offering the
6  opinion that if one goes CUSIP by CUSIP, that
7  I agree with every particular mark.  I looked
8  at a process, I looked at the fact that
9  extreme care was taken in the development of
10  these, that PricewaterhouseCoopers had audited
11  this.
12          And I came to a conclusion that
13  this provided a good upper bound as to what
14  the realizable value of this would be in an
15  orderly but quick, fairly quick sale of this
16  inventory.
17          And that's the opinion that I'm
18  offering in my report, and I certainly stand
19  by that based upon all that I have done and
20  what I understand the staff has done in
21  following up on a number of these things and
22  investigating -- investigating various things,
23  much of which I did discuss with staff.  I
24  just, as I'm sitting here today, don't
25  remember all the details.
       TSG Reporting - Worldwide    877-702-9580

Page 323

1          - P. Pfleiderer-
2      Q.  Are there any particular valuations
3  that Barclays has done that you would say you
4  disagree with or have you not made any such
5  determination?
6          MR. SHAW:  Asked and answered.
7      A.  I haven't -- I haven't gone and
8  said here's a CUSIP that I would disagree with
9  because that wasn't the process.  I looked at
10  aggregates, I looked at marks that were being
11  placed by BoNY and the adjustments that were
12  made and found that those were reasonable
13  estimates of what could be achieved in an
14  orderly exit.  And that's my conclusion.
15          MR. TAMBE:  I think in the interest
16  of time, I'm going to pass the
17  questioning to other counsel that have
18  questions to ask.
19          We certainly have areas of inquiry
20  that we would like to pursue with
21  Professor Pfleiderer, so we reserve our
22  rights.
23          MS. TABATABAI:  I have a few
24  questions.  It shouldn't take more than
25  five minutes.
       TSG Reporting - Worldwide    877-702-9580

Page 324

1          - P. Pfleiderer-
2  EXAMINATION BY
3  MS. TABATABAI:
4      Q.  Mr. Pfleiderer, my name is Fara
5  Tabatabai.  I'm with the firm of Hughes
6  Hubbard and represent the SIPA Trustee in
7  this.  I know it's been a long day, so I will
8  try to be quick here.
9          Looking at your report which I
10  think is 633-A, if you can turn to page 67
11  about three lines down.  Are you with me?
12      A.  I am.
13      Q.  It reads, "...Barclays was supposed
14  to receive financial assets worth
15  approximately $47.8 billion -- comprising
16  $45.546 billion worth of Fed Replacement Repo
17  collateral, $1.492 worth of clearance BOX
18  assets, and $769 million in other securities
19  -- plus exchange-traded derivatives account
20  that as of the Sale Hearing (and, for that
21  matter, as of the Closing) were of
22  unascertainable value."  Do you see that?
23      A.  I'm afraid I was looking at the
24  wrong paragraph.  I'm now looking at what you
25  were reading, I believe.
       TSG Reporting - Worldwide    877-702-9580

Page 325

1          - P. Pfleiderer-
2      Q.  Can you tell me what you meant when
3  you wrote the "exchange-traded derivatives
4  accounts were of unascertainable value"?
5      A.  What I meant was that given my
6  reading of the record and everything else that
7  I've been able to consider, my understanding
8  is that there is no way that a value could
9  have been placed with any confidence on the
10  exchange-traded derivatives given the
11  uncertainty as to positions, the uncertainty
12  given market movements and all the other
13  uncertainties.  So it was, I'll use the term,
14  as I understand it, a bit of a black box with
15  very little transparency into it, which I
16  guess is the definition of a "black box".
17      Q.  What do you mean by "the
18  uncertainty as to positions"?
19      A.  That, as I understand it, Barclays
20  did not know exactly what the positions were,
21  the long, the short, all of the exposures that
22  were in those accounts and to get a notion of
23  what the value is.
24          And when I say "notion," one would
25  need a fair degree of insight into what those
       TSG Reporting - Worldwide    877-702-9580

Page 326

1      - P. Pfleiderer-
2  positions as well as what the prices were
3  and how those accounts might have been
4  changing and what was being closed so there
5  was a great deal of uncertainty, as I
6  understood it, surrounding the accounts at
7  that time.
8      Q.  In the ordinary course, if Barclays
9  wanted to get that type of information, how
10 would it go about doing that?
11     MR. SHAW:  Objection to form.
12     A.  I'm not sure what you mean by
13 "ordinary course."
14     Q.  Not focusing on this week or this
15 particular transaction, but with respect to
16 exchange-traded derivatives accounts in
17 general.  If you wanted to find out, or if the
18 firm wanted to find out details about pricing
19 and what the positions were, how would they do
20 that?
21     MR. SHAW:  Objection to form.
22     A.  (No response.)
23     Q.  Let me see if I can narrow the
24 question.
25     A firm like Barclays, for example,
   TSG Reporting - Worldwide    877-702-9580

Page 327

1      - P. Pfleiderer-
2  if it wanted to know that information, could
3  go to the particular exchange and ask for a
4  positions report; is that right?
5      A.  That would be my basic
6  understanding, but I'm not an expert in the
7  OCC and the exact institutional details that
8  would surround.  Although I understand there
9  is another expert in this case, Mr. Leichner,
10 I believe his name is Leichner, who has
11 expertise in that.  It is certainly beyond
12 what I have.
13     But my basic understanding is that
14 there would be reports that could be obtained
15 in what would be considered perhaps limited
16 circumstances.
17     Q.  Is it your understanding that
18 Barclays could not get those types of reports
19 for Lehman's exchange-traded derivatives
20 position during the week of September 15,
21 2008?
22     A.  My understanding is not complete.
23 It's based upon reading the record.  And my
24 recollection now sitting here today of what
25 people were saying in terms of trying to
   TSG Reporting - Worldwide    877-702-9580

Page 328

1      - P. Pfleiderer-
2  determine what -- what the positions in those
3  accounts were and what the exposure was.  And
4  my knowledge is that they were not getting
5  information that was at all reliable.  I
6  remember one bit of testimony, or maybe it was
7  an e-mail message where -- I don't remember
8  the exact phrasing, but it was something that
9  maybe four days had been spent and zero
10 progress had been made, or we're getting zero
11 return on the efforts or something like that.
12 I'm paraphrasing here.
13     So my reading of the record was
14 that there was great uncertainty about what
15 the exposure would be.  And that certainly
16 there was a lot of evidence based upon some
17 information that was coming through, clearing
18 reserve requirements and other things were
19 changing quite dramatically.
20     I do remember that, I think it was
21 Stephen King who observed that the only
22 information that they could get was by looking
23 at changes in margin and trying to determine
24 from that and market movements, whether there
25 was a net long or net short exposure.
   TSG Reporting - Worldwide    877-702-9580

Page 329

1      - P. Pfleiderer-
2      But if I remember that deposition
3  testimony, there was a lot of uncertainty
4  expressed based upon the limited information
5  that was available and limited amount that can
6  be inferred from it.
7      Q.  Just to be clear, when you say "my
8  reading of the record," are you referring to
9  deposition testimony or deposition testimony
10 and something else?  Just what are you
11 referring to?
12     A.  I certainly would be referring to
13 deposition testimony and also exhibits that I
14 saw, e-mail messages and things of that sort
15 as well.  So I would consider that part of the
16 record.
17     Q.  Do you recall seeing any e-mail
18 messages request from Barclays either
19 requesting or receiving position reports from
20 any of the exchanges at which Lehman had
21 exchange-traded derivatives accounts?
22     A.  I don't -- I think the quick answer
23 is no, I don't recall seeing that.  I may have
24 seen it and I just don't recall it.  But it
25 wasn't something that I was focusing on as
   TSG Reporting - Worldwide    877-702-9580

Page 330

1    - P. Pfleiderer-
2  much as I was focusing on many of the other
3  issues that relate to the value of the
4  collateral on the repo.
5        But it certainly was something that
6  I did pay close attention to as I was reading
7  the the record because it informed my
8  understanding of the difficulty of determining
9  what the value of these were.  And there
10  seemed to be a great deal of uncertainty.
11      **Q.  Can you look at page 68 of your
12  report, the very next page?  Right at the top
13  it reads "Barclays neither knew nor could have
14  known or even roughly estimated the net value
15  of these accounts as of the time of the Sale
16  Hearing."  Do you see that?**
17      A.  I do.
18      **Q.  Are you referring there to the
19  exchange-traded derivatives accounts?**
20      A.  Yes.  That sentence refers back to
21  those accounts.
22      **Q.  What did you mean when you wrote,
23  "Barclays neither knew nor could have known or
24  even roughly estimated the net value of
25  [those] accounts"?**

TSG Reporting - Worldwide    877-702-9580

Page 331

1    - P. Pfleiderer-
2      A.  Well, that was based, certainly
3  based on my understanding that there was
4  considerable uncertainty about exposures and
5  about the positions.
6      **Q.  In your view, could Barclays have
7  estimated whether the net value of those
8  accounts were more or less than one billion
9  dollars?**
10      A.  No.  I believe that -- my
11  understanding was that the uncertainty was
12  quite extreme.  In fact, I saw reference to a
13  range between minus 2 billion and plus 4
14  billion.  So that considerable uncertainty
15  would not allow you to put a bracket on it
16  that would in any way reliably say it was
17  above a certain level.
18      **Q.  Again, that understanding that you
19  just testified to is based on your review of
20  deposition testimony and other exhibits?**
21      A.  That is correct.
22      **Q.  One more thing, if you turn over
23  the page on page 69.  At the very bottom, I
24  guess we're three lines from the bottom,
25  "Thus, as I discuss further below, given the**

TSG Reporting - Worldwide    877-702-9580

Page 332

1    - P. Pfleiderer-
2  **substantial uncertainty about the value, and
3  even the identity of the assets and certain of
4  the liabilities, Barclays' reported gain is
5  reasonable, unsurprising and fair to the
6  Sellers".  Do you see that?**
7      A.  I do.
8      **Q.  You're aware that Barclays reported
9  gains of approximately $4.2 billion?**
10      A.  That is what they reported on the
11  results report, as I understand it, the
12  following February.
13      **Q.  If Barclays' gain on a transaction
14  were $7 billion, would you still consider that
15  to be a reasonable gain on the transaction?**
16      A.  I think that all of this comes down
17  to a question of, first of all, whether it was
18  foreseeable what the gain would be, and there
19  was considerable uncertainty -- which means
20  that ex-post gain could have been
21  negative, it could have been positive.
22        My understanding is that Barclays
23  was anticipating a gain based upon its
24  announcements, for instance, in the press
25  release that's implied there, and in the

TSG Reporting - Worldwide    877-702-9580

Page 333

1    - P. Pfleiderer-
2  conference call with analysts.  They were
3  certainly very upfront about the expectation
4  of a gain.  But the expectation and the actual
5  realization are two different things, and
6  there was considerable uncertainty here.
7        And more to the point, that doesn't
8  in any way address the issue of whether the
9  outcome could have been better in the sense of
10  another bidder stepping in.  Since another
11  bidder did not, it doesn't in any way address
12  the issue of whether the estate and others got
13  the best price possible, which given that
14  Barclays was the sole bidder and this was a
15  distressed sale, and the alternate of
16  liquidation was so drastic, this was the best
17  thing for the estate and for the customers and
18  other stakeholders in this situation which is
19  what I talk about at the end of my report.
20      **Q.  Is that a yes, a $7 billion gain
21  would be reasonable in this transaction?**
22      A.  An ex-post gain at $7 billion or an
23  anticipated gain?  I don't think it makes much
24  difference if it is one or the other.
25        But if you're talking about an

TSG Reporting - Worldwide    877-702-9580

Page 334

1        - P. Pfleiderer-
2    ex-post gain, given the incredible uncertainty
3    here, that was potentially within the realm of
4    possibility as was an ex-post loss.
5        **Q.  Would an ex-post gain of $7 billion**
6    **be reasonable in your opinion?**
7        A.  You have to define what you mean by
8    "reasonable."
9        **Q.  This is your word, "reasonable,**
10   **unsurprising, and fair to the Seller.'**
11       **I'm just asking, if the gain had**
12   **been $3 billion more than the $4 billion**
13   **reported gain, would that have been reasonable**
14   **in your view?  And you can take it to mean**
15   **whatever you meant on page 69 of your report.**
16       A.  What I meant in page 69 is that it
17   is reasonable given the situation, the
18   distressed situation, the considerable
19   uncertainty that was existing at that time.
20   In that sense of using the word "reasonable,"
21   I'm not sure how to address exactly what the
22   span is before something becomes unreasonable.
23   But what occurred was certainly within the
24   bounds of reasonableness.
25       And it could have been the case
     TSG Reporting - Worldwide    877-702-9580

Page 335

1        - P. Pfleiderer-
2    that it was 70 -- excuse me, 7 billion, and
3    given the considerable uncertainty, that
4    wouldn't necessarily be unreasonable given the
5    uncertainty that surrounded the transaction.
6    And it also could have happened that it was
7    negative, that even though Barclays had
8    expected a gain, it may not have materialized
9    when they actually did the full accounting.
10       **Q.  So in your view, given the**
11   **considerable uncertainty, a $7 billion gain on**
12   **this transaction could have been reasonable?**
13       MR. SHAW:  Are we talking about the
14       day one accounting gain?
15       MS. TABATABAI:  I'm talking about a
16       reported gain.
17       **Q.  If the gain that Barclays had**
18   **reported, instead of being $4 billion was $7**
19   **billion, would that have been reasonable?**
20       A.  Would it have been within the span
21   of the reasonable distribution given the
22   uncertainty at this time, I didn't do a
23   specific calculation to calculate any
24   definitive way what that uncertainty was.  But
25   it was considerable.  And so something that
     TSG Reporting - Worldwide    877-702-9580

Page 336

1        - P. Pfleiderer-
2    would have resulted in a $7 billion gain or a
3    $3 billion, 2 billion loss or a zero gain, all
4    those were probably within what I would call
5    the support of the distribution given the
6    considerable uncertainty at the time.
7        **Q.  Would a $7 billion gain be**
8    **unsurprising to the sellers?**
9        A.  To the sellers?
10       **Q.  Yes, to the sellers.**
11       A.  I don't know.  When I used the word
12   "unsurprising here," I'm using it from my
13   perspective.  And fair to the sellers, fair to
14   the sellers is not necessarily unsurprising to
15   the sellers.  I don't put myself in the
16   position of the sellers.
17       But the sellers clearly in my
18   understanding knew that Barclays was
19   anticipating a gain on the transaction based
20   upon its press release and based upon the
21   conference call.  And so I think that based
22   upon that, it wouldn't be unsurprising to the
23   sellers with that information.
24       Barclays was expecting a gain and
25   there was considerable uncertainty here as to
     TSG Reporting - Worldwide    877-702-9580

Page 337

1        - P. Pfleiderer-
2    how it would account for the gain.  And given
3    that, again, the support would have been
4    distributed around perhaps what Barclays was
5    expecting.  It could have been zero, it could
6    have been negative, and it could have been
7    more.
8        **Q.  In your view, would a $7 billion**
9    **reported gain have been fair to the sellers in**
10   **this transaction?**
11       A.  The answer is decidedly yes in
12   terms that the alternative, as I understand
13   it -- and it is very clear when you read the
14   transcript of the hearing -- is that the
15   alternative would have been liquidation which
16   would have been a much worse outcome than what
17   the sellers received.
18       So the sellers were faced, as I
19   understand it, in distressed sales situation
20   with really two alternatives, one of which was
21   liquidation, not go through with the
22   transaction, and the other which was go
23   through with the transaction which, as I say
24   in my report, in all likelihood was the better
25   outcome.
     TSG Reporting - Worldwide    877-702-9580

Page 338

1        - P. Pfleiderer -
2        The alternatives that some
3  objectors were proposing such as wait and see
4  if someone else comes along or see if there is
5  a better deal is just not an alternative that
6  was available.  And as I read that hearing
7  transcript, it seemed, based upon what the
8  Court said, that that was fully appreciated by
9  the Court and was completely consistent with
10  the testimony that was proffered by Bart
11  McDade and Barry Ridings.
12        MS. TABATABAI:  I have nothing
13    further.
14        MR. DAKIS:  I just have a couple of
15    follow-up questions.  I don't expect
16    that it will be long.
17  EXAMINATION BY
18  MR. DAKIS:
19    Q.  I just have a couple of follow-up
20  questions.  Robert Dakis from Quinn Emanuel
21  Urquhart Oliver & Hedges for the Official
22  Committee of Unsecured Creditors.
23        Earlier today Mr. Tambe asked you
24  about commercial transactions.  Do you recall
25  that testimony?

TSG Reporting - Worldwide    877-702-9580

Page 339

1        - P. Pfleiderer -
2    A.  I do.
3    Q.  You testified you are not the
4  world's expert on what is usual and reasonable
5  on a repurchase transaction, correct?
6    A.  I don't consider myself the world's
7  expert.  But my opinion was formed by the fact
8  that so many people on the record said that
9  this was not the normal collateral you would
10  get in a normal transaction, so on and so
11  forth.
12    Q.  Leaving this transaction for just a
13  minute -- and we will turn to the replacement
14  transaction -- generally you don't consider
15  yourself the world's expert to what is
16  reasonable and usual in a replacement
17  transaction, correct?
18        MR. SHAW:  Objection to form.
19    A.  I think I did say that I was not
20  the world's expert.  I have to go back and
21  look at my testimony.  I don't know if I said
22  it there or I said certainly that I wasn't an
23  expert, world's expert in accounting because I
24  didn't have a CPA.
25        And I think what I said was that my

TSG Reporting - Worldwide    877-702-9580

Page 340

1        - P. Pfleiderer -
2  reading of the record gave me lots of
3  information plus my understanding of repos and
4  how they work and the haircuts to indicate
5  that this was not a normal commercial
6  transaction and the collateral was not the
7  normal collateral that you would get in a
8  commercial repo.
9    Q.  Okay.  Again, the question is, do
10  you consider yourself an expert on what's
11  reasonable and usual in commercial repurchase
12  transactions?  The question you're answering
13  is whether or not this transaction was
14  reasonable and usual, and that's not my
15  question.
16        MR. SHAW:  Well, I'm going to
17    object to form again.
18    A.  The expertise that I can draw upon
19  here is my understanding of the risk and
20  liquidity issues that surround a repo, and the
21  type of collaterals that would be in a repo
22  that would be consistent with that risk or
23  would not.  So I have that expertise.
24        Now, does that make me the world's
25  expert?  Probably not.  Does it make me

TSG Reporting - Worldwide    877-702-9580

Page 341

1        - P. Pfleiderer -
2  comfortable, and actually very comfortable in
3  drawing the conclusions that I drew especially
4  when I couple it with all the other deposition
5  testimony that I saw?  The answer is yes.
6    Q.  You testified you never placed a
7  commercial repurchase transaction, correct?
8    A.  In the sense of being involved in
9  the actual sale replacement, no, I have not.
10    Q.  Have you ever represented a client
11  in the actual sale of a commercial repurchase
12  transaction?
13    A.  No, I have not.
14    Q.  Ever represented a seller or a
15  buyer in a commercial repurchase transaction?
16    A.  That's what I assumed you meant by
17  "client."  No.
18    Q.  You're not a lawyer, correct?
19    A.  No.
20    Q.  So you wouldn't have any legal
21  basis for reading and understanding from a
22  legal perspective the terms of a commercial
23  repurchase transaction, correct?
24    A.  I wouldn't have the perspective of
25  a lawyer.  I can read English, and so I would

TSG Reporting - Worldwide    877-702-9580

Page 342

1          - P. Pfleiderer-
2    hope that that would give a fair amount of
3    insight into -- into what was required.  But I
4    don't have the legal training that would allow
5    me to parse every sentence correctly.
6        Q.  That assumes a commercial
7    repurchase transaction is in English, but we
8    will leave that for another day.
9            Turning to the replacement
10    repurchase transaction.
11            You testified, I believe, that in
12    connection with the replacement repurchase,
13    Lehman was required to substitute certain
14    collateral into the repurchase replacement
15    transaction.  Do you recall that testimony?
16        MR. SHAW:  Objection to form.
17        A.  I ask the question to be read
18    again, please?
19        Q.  Let me try it again.
20            Do you recall your testimony
21    regarding the fed replacement repurchase
22    transaction?
23        MR. SHAW:  Objection to form.
24        Q.  Let's step back.
25            You recall that Barclays was asked

TSG Reporting - Worldwide    877-702-9580

Page 343

1          - P. Pfleiderer-
2    to step into the shoes of the Federal Reserve
3    as the purchaser under a commercial repurchase
4    transaction with Lehman, correct?
5        A.  Well, I'm not sure -- I'm not sure
6    it is appropriate to characterize it as a
7    commercial repo transaction.
8            They were asked to step in to the
9    shoes of the fed in the sense that they
10    entered into a repo with Lehman, the proceeds
11    of which I understood were largely used to
12    take out the feds' position in the repo.  So
13    that's the way that I would characterize it.
14            But I wouldn't insert the word
15    "commercial" necessarily if that's to be
16    construed in some other way.
17        Q.  Fair enough.
18            In connection with this replacement
19    transaction, it is okay if we call it the
20    replacement transaction?
21        A.  If it relates to what I said in
22    terms of --
23        Q.  Yes.
24        A.  -- entering into a repo, the
25    proceeds of which were largely used to take

TSG Reporting - Worldwide    877-702-9580

Page 344

1          - P. Pfleiderer-
2    out the feds' position.
3        Q.  It does.  In connection with this
4    replacement transaction, you testified that
5    Barclays received certain substitute
6    collateral.  Do you recall that testimony?
7        A.  I'm not sure that it would be
8    characterized as "substitute collateral"
9    necessarily.  What I do understand is that
10    collateral that was behind the fed repo was
11    not transferred one-to-one to Barclays for a
12    variety of reasons, many of which I have some
13    understanding of and some of which I do not.
14            And as a consequence, the set of
15    securities that ended up being delivered to
16    Barclays is not the same as what was back in
17    the fed.  And in particular, we know that, for
18    example, some of what ended up constituting
19    the repo collateral ended up being the
20    settlement with J.P. Morgan in December that
21    involved the delivery of some securities and
22    also, as I recall, 1.25 billion in cash.
23            So that clearly was not in the
24    original fed repo.
25        Q.  But you understand that Barclays

TSG Reporting - Worldwide    877-702-9580

Page 345

1          - P. Pfleiderer-
2    received certain, let's call it replacement
3    collateral in order to make up for any
4    shortfalls in what was supposed to be
5    transferred when it entered into the
6    repurchase transaction with Lehman, correct?
7        MR. SHAW:  Objection to form.
8        A.  My understanding is that a lot of
9    things happened in these hectic times, and I'm
10    referring again to that week, that not enough
11    collateral was delivered as a consequence of
12    various problems that developed, and that
13    Lehman had put in $7 billion in cash, if my
14    memory is correct that was to be delivered to
15    Barclays.  I think the anticipation at that
16    point was that other securities would be put
17    in and the cash would be replaced.  And then
18    that 7 billion in cash did not get delivered.
19            So a lot of things were happening.
20    And I want to be careful in trying to
21    characterize it in a shorthand way that may
22    not capture all that was occurring.
23        Q.  Fair enough.
24            Do you recall your testimony
25    earlier today that you believed it was

TSG Reporting - Worldwide    877-702-9580

Page 346

1          - P. Pfleiderer-
2    **reasonable and usual in cases such as this**
3    **replacement transaction that there is also a**
4    **requirement that the party that's receiving**
5    **collateral have some discretion as to what was**
6    **acceptable collateral?  Do you recall that**
7    **testimony?**
8          MR. SHAW:  Objection to form.
9       A.  I'm not sure I said it in precisely
10   those terms.  But if someone in a repo
11   transaction attempts to deliver collateral
12   that is not of the value or risk
13   characteristic that was contemplated, then
14   given the nature of the risk that's taken on
15   by the other side of the repo transaction, it
16   is my view as a financial economist,
17   reasonable that some discretion be had to
18   guard against substitution of collateral that
19   would increase the risk in ways that would be
20   adverse to that side of the repo.
21      **Q.  Do you know whether or not the**
22   **documents regarding this replacement**
23   **transaction we're talking about permitted such**
24   **substitution of collateral?**
25         MR. SHAW:  Objection to form.

TSG Reporting - Worldwide    877-702-9580

Page 347

1          - P. Pfleiderer-
2    Which substitution of collateral are
3    you referring to?
4          MR. DAKIS:  The substitution of
5    collateral that Mr. Pfleiderer was just
6    talking about, Professor Pfleiderer.  I
7    apologize.
8          MR. SHAW:  Objection to form.
9       A.  As I testified, it's hard for me to
10   specifically talk about substitution of
11   collateral as we're using the phrase when so
12   many different things happened.  There was the
13   7 billion.  There was the J.P. Morgan
14   settlement.  There were a lot of things going
15   on here.  So I'm not sure specifically what
16   you're addressing when you say "substitution
17   of collateral" given, again, so many different
18   things are going on.
19         And that's why I said that a
20   shorthand phrase like "substitution of
21   collateral" doesn't capture the more
22   complicated story of what actually evolved.
23      **Q.  I believe your testimony earlier to**
24   **one of my questions was that as a financial**
25   **economist, you believe that when a party to a**

TSG Reporting - Worldwide    877-702-9580

Page 348

1          - P. Pfleiderer-
2    **repurchase transaction didn't receive**
3    **collateral that had the same risk profile and**
4    **certain other factors that they had bargained**
5    **for, that that party receiving the collateral,**
6    **it would have been reasonable for that party**
7    **to have discretion as to what was acceptable**
8    **substitute collateral?  Do you recall that**
9    **testimony?**
10         MR. SHAW:  Objection to form.
11      **Q.  Would you like me to have it read**
12   **back for you?**
13      A.  Given that I don't recall
14   specifically how I phrased it, it might be
15   useful to have it read back.
16         MR. DAKIS:  Can you read back his
17   answer to, I guess it was two questions
18   ago?
19         (Record read as follows:  "Answer:
20   I'm not sure I said it in precisely
21   those terms.  But if someone in a repo
22   transaction attempts to deliver
23   collateral that is not of the type of
24   value or risk characteristic that was
25   contemplated, then given the nature of

TSG Reporting - Worldwide    877-702-9580

Page 349

1          - P. Pfleiderer-
2    the risk that's taken on by the other
3    side of the repo transaction, it is my
4    view, as a financial economist,
5    reasonable that some discretion be had
6    to guard against substitution of
7    collateral that would increase the risk
8    in ways that would be adverse to that
9    side of the repo.")
10      **Q.  So, do you know whether or not the**
11   **documents governing the replacement**
12   **transaction we've been talking about permitted**
13   **for Barclays to exercise any discretion to**
14   **guard against the substitution of collateral**
15   **that would increase the risk in ways that**
16   **would be adverse to that side of the repo --**
17         MR. SHAW:  Objection to form.
18      **Q.  -- to Barclays side of the repo?**
19         MR. SHAW:  Objection to form.
20   Calls for a legal conclusion.
21      A.  Which was going to be my answer.  I
22   am not trained as a lawyer so I would not be
23   able to read the legal document and make the
24   legal determination as to what was permitted
25   and what was not.

TSG Reporting - Worldwide    877-702-9580

Page 350

1        - P. Pflederer-
2        I would simply say that as a
3 financial economist, given the nature of that
4 transaction, the party that was on one side of
5 the repo would be adversely affected if
6 collateral of inferior value, or of much
7 greater risk than what was contemplated in the
8 haircut, received collateral that was
9 substandard in that way that increased --
10 increased the risk and jeopardized.
11        I said that, I believe, better in
12 the original testimony, but that's a statement
13 I do want to make.
14        Q.  Why did you want to make that
15 statement?
16        A.  Because it is true.  Given the
17 nature of repo transactions and the risks that
18 are borne by that side, if that side is
19 unprotected and collateral of a different
20 nature with higher risk characteristic is
21 substituted, that would be adverse to that
22 side's interest.  That's a true statement.
23        Q.  But you're not a lawyer so you
24 can't testify as to what protections Barclays
25 did or didn't have in the context of this repo

Page 351

1        - P. Pfleiderer-
2 transaction, correct?
3        A.  That's what I indicated in answer
4 to one of your questions.  I'm not a lawyer.
5        MR. DAKIS:  No further questions.
6        MR. TAMBE:  No further questions
7 here, but we have reserved our rights.
8        MR. DAKIS:  The Committee reserves
9 its right to the extent the deposition
10 is restarted or continued, to ask
11 further questions as well.
12        MS. TABATABAI:  The Trustee does
13 the same.
14        (Time noted:  7:34 p.m.)
15
16
17        _____
18        PROF. PAUL PFLEIDERER
19
20
21 Subscribed and sworn to before me,
22 this _____ day _____ of 2010.
23
24 _____
25        Notary Public

Page 352

1 ------------------I N D E X------------------
2 WITNESS          EXAMINATION BY        PAGE
3 PROF. PFLEIDERER  MR. TAMBE        5
4        MS. TABATABAI        324
5        MR. DAKIS        338
6
7 ----------------EXHIBITS--------------------
8 EXHIBIT                FOR I.D.
9  Exhibit 633-A        6
10 Expert report of Professor Paul
11 Pfleiderer - Volume I
12
13  Exhibit 634-A        7
14 Expert report of Professor Paul
15 Pfleiderer - Vol II
16
17  Exhibit 635-A        7
18 2/22/10 letter to Jones Day from
19 Boies Schiller with attachment
20
21  Exhibit 636-A        7
22 2/22/10 e-mail to K. Carrero from
23 Davenport with attachments
24
25

Page 353

1 ----------------EXHIBITS--------------------
2 EXHIBIT                FOR I.D.
3  Exhibit 637-A        7
4 2/10/10 e-mail to K. Carrero
5
6  Exhibit 638-A        60
7 Appendix Two, list of documents
8 and other materials reviewed and
9 considered
10
11  Exhibit 639-A        65
12 BCI Exhibit 346, declaration of
13 Paul Pfleiderer
14
15  Exhibit 640-A        73
16 2/6/2010 letter to Jones Day from
17 Boise Schiller
18
19  Exhibit 641-A        200
20 E-mail re:  Acquisition balance
21 sheet, BCI-EX-(s)-00213990 with
22 attachments
23
24
25

Page 354

```
1    ----------------EXHIBITS-------------------
2    EXHIBIT              FOR I.D.
3    Exhibit 642-A         245
4    Agency mortgages, unsupported or
5    excluded file type with attached
6    spreadsheets, BCI-EX-00297317
7
8    Exhibit 643-A         247
9    2/2/09 memo from PwC to Richard
10   Landreman, PwC-BarCapWP_00023327
11
12   Exhibit 644-A         287
13   E-mail from Michael McGarvey Re:
14   Here's the summary from the 12th,
15   BCI-EX-(S)-00213948-51 with
16   attachments
17
18   Exhibit 645-A         304
19   8/18/08 e-mail Re: Balance sheet
20   iterations,
21   BCI-EX-(S)-00213926-3936
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 355

```
1    ----------------EXHIBITS-------------------
2    EXHIBIT              FOR I.D.
3    Exhibit 646-A         312
4    PwC Review of Barclays capital
5    price testing methodology,
6    PwC-BarCapWP_00022935-948 with
7    attachments
8
9
10   ----------------EXHIBITS-------------------
11        [previously marked]
12   EXHIBIT              FOR I.D.
13   Exhibit 533-A         235
14   Exhibit 19            286
15   Exhibit 200           294
16
17
18        - - -
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide    877-702-9580

Page 356

```
1         C E R T I F I C A T E
2    STATE OF NEW YORK    )
3                       ) ss.:
4    COUNTY OF KINGS      )
5         I, MAYLEEN CINTRON, a Registered
6    Merit Reporter, Certified Realtime
7    Reporter and Notary Public within and
8    for the State of New York, do hereby
9    certify:
10        That PROF. PAUL PFLEIDERER, the
11   witness whose deposition is
12   hereinbefore set forth, was duly sworn
13   by me and that such deposition is a
14   true record of the testimony given by
15   such witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage; and that I
19   am in no way interested in the outcome
20   of this matter.
21        IN WITNESS WHEREOF, I have hereunto set
22   my hand this 23rd day of February 2010.
23
24   --------------------------
25        MAYLEEN CINTRON, RMR, CRR
```

TSG Reporting - Worldwide    877-702-9580

Page 357

```
1    ERRATA SHEET FOR THE TRANSCRIPT OF:
2    Case Name: Re: Lehman Brothers Holdings
     Dep. Date: February 23, 2010
3    Deponent:  Prof. Paul Pfleiderer
4    Pg. Ln. Now Reads    Should Read    Reason
5    ___ ___ _____  _____  ____
6    ___ ___ _____  _____  ____
7    ___ ___ _____  _____  ____
8    ___ ___ _____  _____  ____
9    ___ ___ _____  _____  ____
10   ___ ___ _____  _____  ____
11   ___ ___ _____  _____  ____
12   ___ ___ _____  _____  ____
13   ___ ___ _____  _____  ____
14   ___ ___ _____  _____  ____
15   ___ ___ _____  _____  ____
16   ___ ___ _____  _____  ____
17   ___ ___ _____  _____  ____
18   ___ ___ _____  _____  ____
19
20   _____
21     PROF. PAUL PFLEIDERER
22
     SUBSCRIBED AND SWORN BEFORE ME,
23   This___ day of_____, 2010.
24   _____
       Notary Public
25   My Commission Expires:_____
```

TSG Reporting - Worldwide    877-702-9580

# EXHIBIT C

Contains Highly Confidential Information

APPENDIX TWO

## LIST OF DOCUMENTS AND OTHER MATERIALS REVIEWED AND CONSIDERED

**Bates Number Documents**

BCI-EX 00185186

HHR_00000194

HHR_00000195

HHR_00000196

HHR_00000491

HHR_00000492

HHR_00000493

HHR_00000685

HHR_00000686

HHR_00000687

HHR_00001774-HHR_00001775

HHR_00001776

HHR_00001777

HHR_00006310-HHR_00006312

HHR_00006313-HHR_00006480

LAZ-C-00050306

LBHI 004083

LBHI 004083

LBHI_SEC07940_92774-927779

MTHM0000139

MTHM0000140

BCI000002-BCI015744

BCI-EX-00185186

JPM-BARCAP0000001 – JPM- BARCAP0003898.TXT (with gaps)

JPM-60(b)00003982 - JPM-60(b)00005917.XLS (with gaps)

JPM-BARCAP0000001 – JPM- BARCAP0003898.TIF (with gaps)

JPM-BARCAP0000001 – JPM- BARCAP0003844.XLS (with gaps)

Expert Report of Professor Paul Pfleiderer

EXHIBIT

638A

2-23-70

Page 1

Contains Highly Confidential Information

**Deposition Transcripts**

Deposition of Alastair Blackwell, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 7, 2009).

Deposition of Alex Kirk, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 31, 2009).

Deposition of Archibald Cox, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 11, 2009).

Deposition of Bart McDade, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 2, 2009).

Deposition of Bryan Marsal, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 22, 2009).

Deposition of Daniel Joseph Fleming, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 28, 2009).

Deposition of David Petrie, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 26, 2009).

Deposition of Eric Jonathan Felder, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Jul. 31, 2009).

Deposition of Gary Romain, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 10, 2009).

Deposition of Gerard LaRocca, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 19, 2009).

Deposition of Hugh McGee, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 10, 2009).

Deposition of Ian Lowitt, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 20, 2009).

Deposition of James B Kobak Jr., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 7, 2009).

Deposition of James Hraska, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 14, 2009).

Deposition of James Seery, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 3, 2009).

Deposition of Jasen Yang, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 4, 2009).

Deposition of Jerry del Missier, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 1, 2009).

Contains Highly Confidential Information

Deposition of John Coghlan, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 13, 2009).

Deposition of John Rodefeld, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 27, 2009).

Deposition of John Varley, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 3, 2009).

Deposition of John Varley, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 11, 2009).

Deposition of Mark J. Shapiro, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 7, 2009).

Deposition of Martin Kelly, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 18, 2009).

Deposition of Martin Kelly, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Nov. 20, 2009).

Deposition of Michael Klein, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 12, 2009).

Deposition of Mike Keegan, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 28, 2009).

Deposition of Nancy Denig, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 21, 2009).

Deposition of Paolo Tonucci, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 14, 2009).

Deposition of Patrick Clackson, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 4, 2009).

Deposition of Paul Exall, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 27, 2009).

Deposition of Philip E. Kruse, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 17, 2009).

Deposition of Rich Ricci, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 8, 2009).

Deposition of Robert Azerad, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 17, 2009).

Deposition of Robert Edward Diamond Jr., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 11, 2009).

Deposition of Saul Burian, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 17, 2009).

Contains Highly Confidential Information

Deposition of Stephen King, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 10, 2009).

Deposition of Steven Berkenfeld, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 6, 2009).

**Deposition Exhibits**

| | | | |
|---|---|---|---|
| Exhibit 1 | Exhibit 26 | Exhibit 51 | Exhibit 73B |
| Exhibit 2 | Exhibit 27 | Exhibit 52 | Exhibit 74B |
| Exhibit 3 | Exhibit 28 | Exhibit 53 | Exhibit 75B |
| Exhibit 4 | Exhibit 29 | Exhibit 54 | Exhibit 76B |
| Exhibit 5 | Exhibit 30 | Exhibit 55A | Exhibit 77B |
| Exhibit 6 | Exhibit 31 | Exhibit 55B | Exhibit 78B |
| Exhibit 7 | Exhibit 32 | Exhibit 56A | Exhibit 79B |
| Exhibit 8 | Exhibit 33 | Exhibit 56B | Exhibit 80B |
| Exhibit 9 | Exhibit 34 | Exhibit 57A | Exhibit 81B |
| Exhibit 10 | Exhibit 35 | Exhibit 57B | Exhibit 82 |
| Exhibit 11 | Exhibit 36 | Exhibit 58B | Exhibit 83B |
| Exhibit 12 | Exhibit 37 | Exhibit 59B | Exhibit 84B |
| Exhibit 13 | Exhibit 38 | Exhibit 60B | Exhibit 85B |
| Exhibit 14 | Exhibit 39 | Exhibit 61B | Exhibit 86B |
| Exhibit 15 | Exhibit 40 | Exhibit 62B | Exhibit 87B |
| Exhibit 16 | Exhibit 41 | Exhibit 63B | Exhibit 88B |
| Exhibit 17 | Exhibit 42 | Exhibit 64B | Exhibit 89B |
| Exhibit 18 | Exhibit 43 | Exhibit 65B | Exhibit 90B |
| Exhibit 19 | Exhibit 44 | Exhibit 66B | Exhibit 91B |
| Exhibit 20 | Exhibit 45 | Exhibit 67B | Exhibit 92B |
| Exhibit 21 | Exhibit 46 | Exhibit 68B | Exhibit 93B |
| Exhibit 22 | Exhibit 47 | Exhibit 69B | Exhibit 94B |
| Exhibit 23 | Exhibit 48 | Exhibit 70B | Exhibit 95B |
| Exhibit 24 | Exhibit 49 | Exhibit 71B | Exhibit 96B |
| Exhibit 25 | Exhibit 50 | Exhibit 72B | Exhibit 98 |

Contains Highly Confidential Information

| | | | |
|---|---|---|---|
| Exhibit 99 | Exhibit 130 | Exhibit 148B | Exhibit 171A |
| Exhibit 100 | Exhibit 131 | Exhibit 149A | Exhibit 172A |
| Exhibit 101 | Exhibit 132 | Exhibit 149B | Exhibit 173A |
| Exhibit 102 | Exhibit 133 | Exhibit 150A | Exhibit 174 |
| Exhibit 103 | Exhibit 134 | Exhibit 150B | Exhibit 175 |
| Exhibit 104 | Exhibit 135 | Exhibit 151A | Exhibit 176 |
| Exhibit 105 | Exhibit 136A | Exhibit 151B | Exhibit 177 |
| Exhibit 106 | Exhibit 136B | Exhibit 152A | Exhibit 178 |
| Exhibit 107 | Exhibit 137A | Exhibit 152B | Exhibit 179 |
| Exhibit 108 | Exhibit 137B | Exhibit 153A | Exhibit 180 |
| Exhibit 109 | Exhibit 138A | Exhibit 153B | Exhibit 181 |
| Exhibit 110 | Exhibit 138B | Exhibit 154A | Exhibit 182 |
| Exhibit 111 | Exhibit 139A | Exhibit 154B | Exhibit 183 |
| Exhibit 112 | Exhibit 139B | Exhibit 155A | Exhibit 184 |
| Exhibit 113 | Exhibit 140A | Exhibit 155B | Exhibit 185 |
| Exhibit 114 | Exhibit 140B | Exhibit 156A | Exhibit 186 |
| Exhibit 115 | Exhibit 141A | Exhibit 156B | Exhibit 187 |
| Exhibit 116 | Exhibit 141B | Exhibit 157A | Exhibit 188 |
| Exhibit 117 | Exhibit 142A | Exhibit 158A | Exhibit 189 |
| Exhibit 118 | Exhibit 142B | Exhibit 159A | Exhibit 190 |
| Exhibit 119 | Exhibit 143A | Exhibit 160A | Exhibit 191 |
| Exhibit 120 | Exhibit 143B | Exhibit 161A | Exhibit 192 |
| Exhibit 121 | Exhibit 144A | Exhibit 162A | Exhibit 193 |
| Exhibit 122 | Exhibit 144B | Exhibit 163A | Exhibit 194 |
| Exhibit 123 | Exhibit 145A | Exhibit 164A | Exhibit 195 |
| Exhibit 124 | Exhibit 145B | Exhibit 165A | Exhibit 196 |
| Exhibit 125 | Exhibit 146A | Exhibit 166A | Exhibit 197 |
| Exhibit 126 | Exhibit 146B | Exhibit 167A | Exhibit 198 |
| Exhibit 127 | Exhibit 147A | Exhibit 168A | Exhibit 199 |
| Exhibit 128 | Exhibit 147B | Exhibit 169A | Exhibit 200 |
| Exhibit 129 | Exhibit 148A | Exhibit 170A | Exhibit 201 |

Expert Report of Professor Paul Pfleiderer

Contains Highly Confidential Information

| | | | |
|---|---|---|---|
| Exhibit 202 | Exhibit 233 | Exhibit 264 | Exhibit 287A |
| Exhibit 203 | Exhibit 234 | Exhibit 265 | Exhibit 287B |
| Exhibit 204 | Exhibit 235 | Exhibit 266 | Exhibit 288B |
| Exhibit 205 | Exhibit 236 | Exhibit 267 | Exhibit 289B |
| Exhibit 206 | Exhibit 237 | Exhibit 268 | Exhibit 290B |
| Exhibit 207 | Exhibit 238 | Exhibit 269 | Exhibit 291B |
| Exhibit 208 | Exhibit 239 | Exhibit 270 | Exhibit 292B |
| Exhibit 209 | Exhibit 240 | Exhibit 271 | Exhibit 293B |
| Exhibit 210 | Exhibit 241 | Exhibit 272 | Exhibit 294A |
| Exhibit 211 | Exhibit 242 | Exhibit 273 | Exhibit 294B |
| Exhibit 212 | Exhibit 243 | Exhibit 274 | Exhibit 295A |
| Exhibit 213 | Exhibit 244 | Exhibit 275 | Exhibit 295B |
| Exhibit 214 | Exhibit 245 | Exhibit 276 | Exhibit 296A |
| Exhibit 215 | Exhibit 246 | Exhibit 277 | Exhibit 296B |
| Exhibit 216 | Exhibit 247 | Exhibit 278 | Exhibit 297A |
| Exhibit 217 | Exhibit 248 | Exhibit 279A | Exhibit 297B |
| Exhibit 218 | Exhibit 249 | Exhibit 279B | Exhibit 298A |
| Exhibit 219 | Exhibit 250 | Exhibit 280A | Exhibit 298B |
| Exhibit 220 | Exhibit 251 | Exhibit 280B | Exhibit 299A |
| Exhibit 221 | Exhibit 252 | Exhibit 281A | Exhibit 299B |
| Exhibit 222 | Exhibit 253 | Exhibit 281B | Exhibit 300A |
| Exhibit 223 | Exhibit 254 | Exhibit 282A | Exhibit 300B |
| Exhibit 224 | Exhibit 255 | Exhibit 282B | Exhibit 301A |
| Exhibit 225 | Exhibit 256 | Exhibit 283A | Exhibit 301B |
| Exhibit 226 | Exhibit 257 | Exhibit 283B | Exhibit 302A |
| Exhibit 227 | Exhibit 258 | Exhibit 284A | Exhibit 302B |
| Exhibit 228 | Exhibit 259 | Exhibit 284B | Exhibit 303A |
| Exhibit 229 | Exhibit 260 | Exhibit 285A | Exhibit 303B |
| Exhibit 230 | Exhibit 261 | Exhibit 285B | Exhibit 304A |
| Exhibit 231 | Exhibit 262 | Exhibit 286A | Exhibit 304B |
| Exhibit 232 | Exhibit 263 | Exhibit 286B | Exhibit 305A |

Contains Highly Confidential Information

| | | | |
|---|---|---|---|
| Exhibit 305B | Exhibit 333 | Exhibit 358A | Exhibit 388B |
| Exhibit 306A | Exhibit 334 | Exhibit 359A | Exhibit 389A |
| Exhibit 306B | Exhibit 335 | Exhibit 360A | Exhibit 389B |
| Exhibit 307A | Exhibit 336 | Exhibit 361A | Exhibit 390A |
| Exhibit 307B | Exhibit 337A | Exhibit 362A | Exhibit 390B |
| Exhibit 308A | Exhibit 337B | Exhibit 363A | Exhibit 391A |
| Exhibit 308B | Exhibit 338A | Exhibit 364A | Exhibit 391B |
| Exhibit 309B | Exhibit 338B | Exhibit 365A | Exhibit 392A |
| Exhibit 310B | Exhibit 339A | Exhibit 366A | Exhibit 392B |
| Exhibit 311B | Exhibit 339B | Exhibit 367A | Exhibit 393A |
| Exhibit 312B | Exhibit 340A | Exhibit 368A | Exhibit 393B |
| Exhibit 313B | Exhibit 341A | Exhibit 369A | Exhibit 394A |
| Exhibit 314B | Exhibit 342A | Exhibit 370A | Exhibit 394B |
| Exhibit 315B | Exhibit 343A | Exhibit 371A | Exhibit 395A |
| Exhibit 316 | Exhibit 344A | Exhibit 372A | Exhibit 395B |
| Exhibit 317 | Exhibit 345A | Exhibit 373A | Exhibit 396A |
| Exhibit 318 | Exhibit 346A | Exhibit 374A | Exhibit 396B |
| Exhibit 319 | Exhibit 347A | Exhibit 375A | Exhibit 397A |
| Exhibit 320 | Exhibit 348A | Exhibit 376A | Exhibit 397B |
| Exhibit 321 | Exhibit 349B | Exhibit 377A | Exhibit 398A |
| Exhibit 322 | Exhibit 350B | Exhibit 378 | Exhibit 399A |
| Exhibit 323 | Exhibit 351A | Exhibit 379 | Exhibit 400A |
| Exhibit 324 | Exhibit 351B | Exhibit 380 | Exhibit 401A |
| Exhibit 325 | Exhibit 352A | Exhibit 381 | Exhibit 402A |
| Exhibit 326 | Exhibit 352B | Exhibit 382 | Exhibit 403A |
| Exhibit 327 | Exhibit 353A | Exhibit 383 | Exhibit 404A |
| Exhibit 328 | Exhibit 353B | Exhibit 384 | Exhibit 405A |
| Exhibit 329 | Exhibit 354A | Exhibit 385 | Exhibit 406A |
| Exhibit 330 | Exhibit 355A | Exhibit 386 | Exhibit 407A |
| Exhibit 331 | Exhibit 356A | Exhibit 387 | Exhibit 408A |
| Exhibit 332 | Exhibit 357A | Exhibit 388A | Exhibit 409A |

Expert Report of Professor Paul Pfleiderer

Contains Highly Confidential Information

| | | | |
|---|---|---|---|
| Exhibit 410A | Exhibit 439 | Exhibit 463B | Exhibit 484 |
| Exhibit 411A | Exhibit 440 | Exhibit 464A | Exhibit 485 |
| Exhibit 412A | Exhibit 441 | Exhibit 464B | Exhibit 486 |
| Exhibit 412b | Exhibit 442 | Exhibit 465A | Exhibit 487 |
| Exhibit 413A | Exhibit 443 | Exhibit 465B | Exhibit 488 |
| Exhibit 413B | Exhibit 444 | Exhibit 466A | Exhibit 489 |
| Exhibit 414B | Exhibit 445 | Exhibit 466B | Exhibit 490 |
| Exhibit 415B | Exhibit 446 | Exhibit 467A | Exhibit 491 |
| Exhibit 416B | Exhibit 447 | Exhibit 467B | Exhibit 492 |
| Exhibit 417B | Exhibit 448 | Exhibit 468A | Exhibit 493 |
| Exhibit 418B | Exhibit 449 | Exhibit 468B | Exhibit 494 |
| Exhibit 419B | Exhibit 450 | Exhibit 469A | Exhibit 495 |
| Exhibit 420B | Exhibit 451 | Exhibit 469B (color) | Exhibit 496 |
| Exhibit 421B | Exhibit 452 | Exhibit 469B | Exhibit 497 |
| Exhibit 422B | Exhibit 453 | Exhibit 470A | |
| Exhibit 423B | Exhibit 454 | Exhibit 470B | |
| Exhibit 424 | Exhibit 455 | Exhibit 471B | |
| Exhibit 425 | Exhibit 456 | Exhibit 472B (color) | |
| Exhibit 426 | Exhibit 457A | Exhibit 472B | |
| Exhibit 427 | Exhibit 457B | Exhibit 473B | |
| Exhibit 428 | Exhibit 458A | Exhibit 474B | |
| Exhibit 429 | Exhibit 458B | Exhibit 475B | |
| Exhibit 430 | Exhibit 459A | Exhibit 476B | |
| Exhibit 431 | Exhibit 459B | Exhibit 477B | |
| Exhibit 432 | Exhibit 460A | Exhibit 478B | |
| Exhibit 433 | Exhibit 460B | Exhibit 479B | |
| Exhibit 434 | Exhibit 461A | Exhibit 480B | |
| Exhibit 435 | Exhibit 461B | Exhibit 481B | |
| Exhibit 436 | Exhibit 462A | Exhibit 482 | |
| Exhibit 437 | Exhibit 462B | Exhibit 483 | |
| Exhibit 438 | Exhibit 463A | | |

**Legal Filings**

Affidavit of Daniel McIsaac, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Oct. 5, 2009).

Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 14, 2008).

Affidavit of Service, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 15, 2009).

Appendix to Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief: Volume I, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Appendix to Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief: Volume II, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Appendix to Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief: Volume III, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Appendix to Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief: Volume IV, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Appendix to Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief: Volume V, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Appendix Volume I to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024, for Relief from Order Under 11 U.S.C. § 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustees Motions for an Order Under Rule 60(b) to Modify Sale Order, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y.).

Appendix Volume II to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024, for Relief from Order Under 11 U.S.C. § 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and

Contains Highly Confidential Information

Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustees Motions for an Order Under Rule 60(b) to Modify Sale Order, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y.).

Appendix Volume III to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024, for Relief from Order Under 11 U.S.C. § 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustees Motions for an Order Under Rule 60(b) to Modify Sale Order, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y.).

Assumption and Assignment of Contracts Relating to the Purchased Assets, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 19, 2008).

Debtor's Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 15, 2009).

Debtor's Reply in Further Support of its Motion for an Order, Pursuant to Fed.R.Bankr.P.2004, Authorizing Discovery from Barclays Capital, Inc., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. June 23, 2009).

Debtors' First Rule 30(b)(6) Deposition Notice to Barclays on Issues Pertaining to Exchange-Traded Derivatives and Exchange Deposits Under the Asset Purchase Agreement, *In re: Lehman Brothers* Holdings Inc., et al., Debtors., Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 04, 2009).

Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 17, 2008).

Debtors' Second Rule 30(b)(6) Deposition Notice to Barclays on Issues Relating to the Transfer of Assets, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug 4, 2009).

Debtors' Second Rule 30(b)(6) Deposition Notice to Barclays on Issues Relating to the Transfer of Assets, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug 4, 2009).

Debtors' Third Rule 30(b)(6) Deposition Notice to Barclays on Issues Pertaining to Exchange-Traded Derivatives and Exchange Deposits, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Aug. 12, 2009).

Contains Highly Confidential Information

Declaration of James B. Kobak Jr. in Support of The Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively for Certain Limited Relief Under Rule 60(b), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Sep. 15, 2009).

Declaration of Saul E. Burian in Support of Limited Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. to SIPA Trustee's Motion Under 11 U.S.C. § § 105 and 363 and Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement Agreement , *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Dec. 19, 2008).

Declaration of Shari D. Leventhal in Support of Trustee's Motion for Entry of an Order Approving a Settlement Agreement, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.).

Declaration of William R. Maguire in Support of The Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively for Certain Limited Relief Under Rule 60(b), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Sep. 15, 2009).

Exhibits to Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing Discovery from Barclays Capital, Inc., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. May 18, 2009).

Hearing Transcript (excerpt), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 17, 2008).

Hearing Transcript, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 19, 2008).

Hearing Transcript, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Jun. 24, 2009).

JP Morgan Chase Subpoena in a Case Under the Bankruptcy Code, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Oct. 27, 2009).

Letter to Honorable James M. Peck, United States Bankruptcy Judge, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Sep. 15, 2009).

Motion of Debtor and Debtor in Possession for an Order Pursuant to Fed R. Bankr.P.2004, Authorizing Discovery From Barclays Capital, Inc., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. May 18, 2009).

Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a), Fed. R. 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumptions and Assignment of Executory Contracts and Unexpired Leases, Dated September 20, 2008 (and Related SIPA Sale Order) and Joinder in Debtors' and SIPA Trustee's Motions for an Order Under Rule 60(b) to

Contains Highly Confidential Information

Modify Sale Order, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Sep. 15, 2009).

Motion Under 11 U.S.C. § § 105 and 363 and Fed. R. Bankr. P. 9019(a) for Entry of an Order Approving Settlement Agreement, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Dec. 5, 2008).

Notice of Hearing on the Trustee's Motion for Relief Pursuant to the Sale Order or Alternatively, for Certain Limited Relief Under Rule 60(b), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Sep. 15, 2009).

Objection of Barclays Capital Inc. to Debtors' Motion for an Order Under Rule 2004 Authorizing Discovery of Barclays Capital Inc., *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. June 5, 2009).

Objection to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. June 11, 2009).

Order Under 11 U.S.C. § § 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchase)) Assets Free An)) Clear of Liens and Other Interests An)) (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 19, 2009).

Order Under 11 U.S.C. § § 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 17, 2008).

Scheduling Order Concerning Certain Motions Filed by LBHI, SIPA Trustee and Creditors Committee, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Oct. 27, 2009).

The Trustee's Joinder in Debtors' Motion for an Order, Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Modifying the September 20, 2008 Sale Order and Granting Other Relief, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. Sep. 15, 2009).

The Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively, for Certain Limited Relief Under Rule 60(b), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Sep. 15, 2009).

The Trustee's Motion for Relief Pursuant to the Sale Orders or, Alternatively for Certain Limited Relief Under Rule 60(b), *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y. Sep. 15, 2009).

Contains Highly Confidential Information

The Trustee's, Debtors' and Creditors' Committee's Second Set of Requests for Production of Documents and Things, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-13555 (JMP) and Case No. 08-01420 (JMP) (Bankr. S.D.N.Y. Dec. 23, 2009).

Trustee's First Interim Report for the Period September 19, 2008 through May 29, 2009, *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y.).

Trustee's Second Interim Report for the Period May 30, 2009 through November 11, 2009 *In re: Lehman Brothers Holdings Inc., et al., Debtors.*, Case No. 08-01420 (JMP) SIPA (Bankr. S.D.N.Y.).

**Publicly Available Documents**

Databases

Bloomberg LP

Capital IQ

Newspaper Articles, Business Commentary

"BNP Paribas Completes Fortis Bank Acquisition," *International Business Times* (May 12, 2009).

"CFTC Statement Regarding Barclays Purchase of Lehman Futures Business," *Commodity Futures Trading Commission Press Release* (Sep. 20, 2008).

"North American Leisure Deal of the Year 2007 – Meadownlands Stadium: Split Decision," *Project Finance Magazine* (Feb. 2008).

"Statement on Proposed Acquisition of Lehman Brothers, Inc., by Barclays," *SEC Press Release* (Sep. 17, 2008).

Aaron Kuriloff and Michael McDonald, "NFL's Giants Redeeming $100 Million in Auction Debt (Update3)," *Bloomberg Online*, (April 15, 2008).

Fabio Benedetti-Valentini, "BNP Paribas to Buy Fortis Units for EU14.5 Billion (Update4)," *Bloomberg Online* (Oct. 6, 2008).

Jeffrey McCracken, "Lehman's Chaotic Bankruptcy Filing Destroyed Billions in Value," *Wall Street Journal* (Dec. 29, 2008).

Judith Burns, "SEC Gives Firms More Leeway in Pricing Asset-Backed Issues," *Wall Street Journal* (Mar. 31, 2008).

Liz Rappaport, "Firms Fight Banks Over Billions in Frozen Notes," *Wall Street Journal* (Jan. 2, 2010).

Contains Highly Confidential Information

Public Filings

BNP Paribas SA, Consolidated Financial Statements – Year Ended 31 December 2008 (unaudited).

Community Bankers Trust Corporation, Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended March 31, 2009 (S.E.C. May 11, 2009).

JPMorgan Chase & Co., Form 8-K: Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (S.E.C. Apr. 16, 2008).

JPMorgan Chase & Co., Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended June 30, 2008 (S.E.C. Aug. 11, 2008).

JPMorgan Chase & Co., Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended September 30, 2008 (S.E.C. Nov. 6, 2008).

Lloyds Banking Group PLC, 2009 Interim Results – News Release.

The PNC Financial Services Group, Inc., Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2008 (S.E.C. Mar. 2, 2009).

The PNC Financial Services Group, Inc., Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended March 31, 2009 (S.E.C. May 11, 2009).

Westamerica Bancorporation, Form 10-Q: Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Quarterly Period Ended March 31, 2009 (S.E.C. May 8, 2009).

Publications by Organizations

Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 157, *Fair Value Measurements* (Sept. 2006, as amended 2008), at FAS157-10 to FAS157-12.

Barclays PLC, *Results Announcement 2008* (Feb. 9, 2009).

Lehman Brothers, *Equity Linked Notes: An Introduction* (April 2001).

Webpages

Bloomberg, "About Bloomberg: Product Data," *available at* http://about.bloomberg.com/product_data.html (visited Dec. 31, 2009).

Bloomberg, "About Bloomberg: Product Equities," *available at* http://about.bloomberg.com/product_equities.html (visited Dec. 31, 2009).

Expert Report of Professor Paul Pfleiderer                                    Page 14

Contains Highly Confidential Information

**Other Miscellaneous Documents**

Barclays Capital, *Fixed Income Credit Products - Price Testing Policy* (Dec. 2008).

Barclays Capital, *Global Finance Credit Products - Price Testing Policy* (Aug. 2008).

Barclays Capital, *Product Control - Price Testing Policy V 1.2* (May 2009).

Gary Romain, Barclays Capital, "Lehman Acquisition Assets Summary – Post acquisition gains and losses for acquired inventory" (Jan. 2010).

PwC work papers contained in Barclays' document production in response to Document Request No. 3 of The Trustee's, Debtor's, and Creditors' Committee's First Set of Requests for Production of Documents and Things, dated October 30, 2009 (BCI-EX-00247453 – BCI-EX-00295654).

Document titled "Lehman OBS IPV Valuation Methodology_3.doc," *attached to* E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009).

E-mail from Duane McLaughlin to David Murgio et al., re: "Schedules A and B for Filing – FINAL" (Sep. 29, 2008) *with attached excel workbook.*

Email from James McDaniel to Edward Rosen, re: "Understandings relating to the transfer of LBI's accounts at OCC" (Sep. 21, 2008).

Email from Michael McGarvey to Francis Pearn and Gerard Reilly, re: "Here's the summary from the 12[th]" (Sep. 16, 2008 14:23 GMT) *attaching* LBI Balance Sheet by GAAP Asset Type workbook.

E-mail from Michael McGarvey to Gerard Reilly et al., re: "CUSIP Transferred to Barclays Master File" (Sep. 22, 2008 GMT 17:37) *with seven attached excel workbooks.*

Email from Stephen King to Liz James et al., re: "no subject" (Sep. 22, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 12 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt912.xls," (Sep. 12, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 15 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt915.xls," (Sep. 15, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 16 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt916.xls," (Sep. 16, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 17 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt917.xls," (Sep. 17, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 18 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt918.xls," (Sep. 18, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 19 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt919.xls," (Sep. 19, 2008).

Contains Highly Confidential Information

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 22 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt922.xls," (Sep. 22, 2008).

Lehman Brothers, "BA:B-S Detailed Exposure Report (CrossSystem) – 30 Sep 2008" *contained in* Spreadsheet titled "Detailed_Exposure_Rpt930.xls," (Sep. 30, 2008).

Spreadsheet titled "Acquisition Detail (PWC Day1) 09-22 Final Nu5.xls," *attached to* E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009).

Spreadsheet titled "Copy of Acquisition Detail (PWC Day1) 09-22 Final Nu4.xls," *attached to* E-mail from Sean Teague to Karen Hong, re: "Lehman P1 - (near) complete" (Feb. 5, 2009).

Spreadsheet titled "GR Long Island - Acquisition Balance Sheet 28.01.2009.xls," *attached to* Email from Andrew Daly to Gary Romain, re: "GR Long Island - Acquisition Balance Sheet 28.01.2009.xls" (Feb. 5, 2009).

Spreadsheet titled "LBI BS_917_V with adjustment.xls," *attached to* Email from David Descoteau, Lazard, to Barry Ridings et al., Lazard NYC, re: "LBI_BS_917_V with adjustment.xls," Bates No. LAZ-C-00050306 (Sep. 19, 2008).

Spreadsheet titled "Lehman Asset P_3 12-22-2008_(JPM) Final 2.xls," *attached to* E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009).

Spreadsheet titled "New LBI Firm Asset List A 12312008 v2.xls," *attached to* E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009).

Spreadsheet titled "New LBI Firm Asset List B 12312008 (B.1) v6.xls," *attached to* E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009).

Email from Daniel Long to Jasen Yang et al., re: "Proj LI 9/19 collateral file" (Sep. 19, 2008) *attaching* "Master List_unique 6_44pm.xls."

Email from Daniel Long to Marty Malloy et al., re: "Master list of the DTC and Fed Wire from Lehman on 9-18" (Sep. 19, 2008) *attaching* "Master List.xls."

Email from David Petrie to Daniel Long et al., re: "Master List_unique_mod.xls" (Sep. 19, 2008) *attaching* "Master List_unique_mod.xls."

Email from Duane McLaughlin to David Murgio et al., re: "Schedules A and B for Filing" (Sep. 29, 2008) *with attached "Schedule A" and "Schedule B" spreadsheets.*

Email from Edwin Lee to Doug Warren et al., re: "LBI Files" (Sep. 19, 2008) *attaching* "LBI Short and Long Inventory Detail (Corp Debt) excl Eq division Corp Debt.xls," "lbi-unknown-red-flag.xls," "lbi-converts.xls," "lbi-em.xls," "lbi-europe.xls," and "lbi-unknown."

Email from Gary Romain to James Walker et al., re: "Balance sheet" (Sep. 21, 2008) *attaching* "Long Island – Acquisition Summary.xls."

Email from Gary Romain to James Walker et al., re: "Draft acquisition balance sheet" (Sep. 25, 2008) *attaching* "Long Island – Acquisition Balance Sheet.xls."

Email from Gary Romain to Kim Cunningham et al., re: "Balance Sheet" (Nov. 10, 2008) *attaching* "Long Island – Acquisition Balance Sheet.xls."

Contains Highly Confidential Information

Email from Gary Romain to Patrick Clackson et al., re: "OBS" (Jan. 27, 2009) *attaching* "Long Island – Acquisition Balance Sheet.xls."

Email from Gary Romain to TJ Gavenda et al., re: "LI balance sheet with uncertainties" (Oct. 23, 2008) *attaching* "Long Island – Acquisition Balance Sheet.xls."

Email from Gerard LaRocca to Mike Keegan, re: "Totals for the Fed Facility Collateral" (Sep. 19, 2008).

Email from James Hraska to John Rodefeld et al., re: "Repo Trade" (Sep. 20, 2008) *attaching* "BarCap collateral-09.18.08.jh.xls."

Email from James Hraska to Nancy Denig et al., re: "Purchased & Excluded Mortgage Asset Files" (Sep. 18, 2008) *attaching* "Excluded Mortgage Assets 09-17-2008.xls."

Email from James Hraska to Robert Azerad et al., re: "Financing Facility Schedule" (Sep. 22, 2008) *attaching* "Tri09192008 (3).xls," "BarCap collateral-09.18.08.jh.xls," "barcap pldg 09 22 08 dtc-only.xls."

Email from Jasen Yang to Daniel Long and Hogan Chen, re: "Complete position of Lehman collateral" (Sep. 20, 2008) *attaching* "Lehm pos 9-19.xls."

Email from Jasen Yang to Eric Yoss et al., re: "Lb" (Sep. 21, 2008) *attaching* "Lehm Position 2008-09-19 (Thurs Close)(Sun 1030AM).xls."

Email from Jasen Yang to James Walker., re: "Lb" (Sep. 21, 2008) *attaching* "Lehm Position 2008-09-19 (Thurs Close) (Sun 1030AM).xls."

Email from Jasen Yang to John Haley et al., re: "Complete position of Lehman collateral" (Sep. 20, 2008) *attaching* "Copy of lehman9-18pos.xls," "Lehman Pledged Collateral.xls," "Residual N24 Box 13.5 Million.csv," "PDCF bzw689 11909+ Bill.csv." "Remaining MOP – 210 Mill.csv" and "BZW948-38854095571-85.csv."

Email from Jasen Yang to Nathaniel Hartley et al., re: "Master List_unique (2).xls" (Sep. 19, 2008) *attaching* "Master List_unique 2pm.xls."

Email from Jasen Yang to Robert Azerad et al., re: "Financing Facility Schedule" (Sep. 22, 2008) *attaching* "Barclays Financing Collateral.xls."

Email from Jasen Yang to Eric Yoss et al., re: "Lb" (Sep. 21, 2008) *attaching* "Lehm Position 2008-09-19 (Thurs Close) (Sun 1030 AM).xls."

Email from Jasen Yang to James Walker et al., FW: "Lb" (Sep. 21, 2008) *attaching* "Lehm Position 2008-09-19 (Thurs Close) (Sun 1030 AM).xls."

Email from John Diagostini to Jim Beckenhaupt et al., re: "PDCF" (Sep. 19, 2008) *attaching* "Market Value PDCF.xls."

Email from John Grenier to Chris O'Meara, re: "Final Balance Sheet" (Sep. 18, 2008) *attaching* "bs5.xls."

Email from John Grenier to Tim Sullivan, re: "Balance Sheet Iterations" (Sep. 18, 2008) *attaching* "Consolidated Balance Sheets.pdf."

Contains Highly Confidential Information

Email from John Haley to Daniel Long, re: "Bony_Price 9-19 clean.xls" (Sep. 22, 2008) *attaching* "Bony_Price 9-19 clean.xls."

Email from John Rodefeld to Gerard LaRocca, re: "Purchase & Excluded Mortgage Asset Files" (Sep. 29, 2008) *attaching* "Excluded Mortgage Assets 09-17-2008.xls."

Email from Keith Kochie to John Haley et al., re: "Lehman Deal Collateral 9-19 EOD" (Sep. 20, 2008) *attaching* "LEHMAN PDCF BZW689 – 9-19.csv," "N24 LEHMAN Residual 9-19.csv," "MOP – LEHMAN Residual 9-19.csv," "Tri-Email:[OTBGZ_20080919.Z].

Email from Marie Stewart to Laura Faviano, re: "systems/process write ups for MTS, ITS, ADP and DBS" (Dec. 09, 2008) *attaching* "MTS Financing Narrative.doc," and "MTS Inventory Close Narractive.doc."

Email from Nathaniel Hartley to Jasen Yang, re: "Master List_unique (2).xls" (Sep. 19, 2008) *attaching* "Master List_unique (2).xls."

Email from Paolo Tonucci to Dan Fleming, re: "Non-actionable box" (Sept. 20, 2008) *attaching* "Non Actionable Box as of 0918.xls."

Email from Paolo Tonucci to David Petrie et al., re: "Box Positions" (Sep. 22, 2008) *attaching untitled spreadsheet.*

Email from Paolo Tonucci to Stephen King, re: "Non Actionable Box as of 0918.xls" (Sep. 19, 2008) *attaching* "Non Actionable Box as of 0918.xls."

Email from Ricky Policke to John Haley, re: "no subject" (Sep. 18, 2008) *attaching* "fed-091608.xls."

Email from Robert Azerad to Jasen Yang et al., re: "Financing Facility Schedule" (Sep. 22, 2008) *attaching* "Barclays Financing Collateral List (Barc Ops) 09-20-2008.xls."

Email from Ryan Babcock to Jasen Yang, re: "PMTG Haircut Summary (09-21-2008).xls" (Sep. 21, 2008) *attaching* "PMTG Haircut Summary (09-21-2008).xls."

Email from Sean Teague to Andrew Pickett et al., re: "Pine CCS – memo and supporting pricing documentation-" (Jan. 14, 2009) *attaching* "PINE CCS LTD[1].-October 2008.pdf," "bfm239C.jpg," "Pine CCS BBF.gif," "Pine CCS BBG Rating History.gif," "PineII.xls," and "Pine CCS Valuation Memo (PCG)."

Email from Sean Teague to Jasen Yang et al., re: "Proj LI 9/19 collateral file" (Sep. 19, 2008) *attaching* "Master List_unique 2pm PT.xls."

Email from Sean Teague to Jeannie Chang et al., re: "Updated: Lehman at close audit – Price testing for rates" (Feb. 24, 2009).

Email from Stephen King to Jasen Yang, Fw: "Fed and DTC 9-18 (3).xls" (Sep. 18, 2008) *attaching* "Fed and DTC 9-18 (3).xls."

Email from to Ricky Policke to John Haley, (Sep. 18, 2008) *attaching* "fed-091608.xls."

Email from Usmanpatel Biradar to John Haley and Steven Rosenthal re: "Bony extract" (Sep. 22, 2008) *attaching* "market_val.zip."

Contains Highly Confidential Information

Excel Version of files attached to email from Mary Korycki to James Fogarty et al., (Sep. 29, 2008) *titled* "Exhibit A-1, A-2 – Barclays Financing Collateral List.xls", "Exhibit B-1, B-2, B-3 – DTC 074 and 636 AVAILABLE COLL," "Exhibit B-4 – Friday transfers BONY records agreed," "Exhibit B-5 – 636 Collateral," and "Exhibit B-6 – Schedule B Final."

Email from Duane Mclaughlin to David Murgio et al., re: "Schedules A and B for Filing" (Sep. 29, 2008) *with attached "Schedule A" and "Schedule B" spreadsheets.*

Workbook of Unpurchaseable securities titled "Book1.xls."

Workbook titled "(September 19th $1.035).xls."

Workbook titled "(September 29th - 636).xls."

Workbook titled "(September 30th 074).xls."

Workbook titled "(September 30th 074-equity).xls."

Workbook titled "6. 12-16-2008 JPM Settlement.xls."

Workbook titled "Copy of Lehman Schedule July 2009_2.xls."

Workbook titled "DocReq122809.xls."

Workbook titled "DTC Collateral Lehman Marks.xls."

Workbook titled "Fed and DTC 9-18 (3).xls."

Workbook titled "Fed cusips cob 9.16.xls."

Workbook titled "fed-091608.xls."

Workbook titled "Final Lehman Position File v1.xls."

Workbook titled "LBI Short and Long Inventory Detail (Corp Debt) excl Eq division Corp Debt.xls."

Workbook titled "lbi-converts.xls."

Workbook titled "lbi-em.xls."

Workbook titled "lbi-europe.xls."

Workbook titled "lbi-unknown.xls."

Workbook titled "lbi-unknown-red-flag.xls."

Workbook titled "LEH Collateral Rodefeld 5101 & 7256.xls."

Workbook titled "LEH Haircut File 9-22.xls."

Workbook titled "Lehman Intangible asset and amortization__Final.xls."

Workbook titled "Market Value PDCF.xls."

Workbook titled "Sched B LehOBS 5.xls."

# EXHIBIT D

**From:** Christopher Green [Cgreen@BSFLLP.com]
**Sent:** 02/18/2010 01:11 PM EST
**To:** Kelly Carrero
**Cc:** "ericataggart@quinnemanuel.com" <ericataggart@quinnemanuel.com>;
"erickay@quinnemanuel.com" <erickay@quinnemanuel.com>; Hamish Hume
<hhume@BSFLLP.com>; "jamestecce@quinnemanuel.com"
<jamestecce@quinnemanuel.com>; Jonathan Schiller <JSchiller@BSFLLP.com>; Jonathan
Shaw <jshaw@BSFLLP.com>; "Jack G. Stern" <jstern@bsfllp.com>; Jayant Tambe;
"maguire@hugheshubbard.com" <maguire@hugheshubbard.com>;
"oxford@HughesHubbard.COM" <oxford@HughesHubbard.COM>; Robert Gaffey;
"susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>; Tracy Schaffer;
"tylerwhitmer@quinnemanuel.com" <tylerwhitmer@quinnemanuel.com>; William Hine;
Jennifer Del Medico
**Subject:** RE: In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set
of Requests for Production of Documents and Things

Kelly:

As we indicated on this morning's call, we have checked with Barclays and it appears that much
of the information sought in your Fourth Set of Requests has already been produced. The two
Excel files identified below contain most of the information sought by sub-part B of the Fourth
Set of Requests that was used by Barclays in valuing the securities represented by the CUSIPs
listed on Attachment A, and can be gathered and produced by Barclays without undue burden:

(1)   Spreadsheet titled "Acquisition Detail (PWC Day1) 09-22 Final Nu5.xls," attached to
E-mail from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009)
[Bates-labeled BCI-EX-(S)-00213990 (E-mail) and BCI-EX-(S)-00213995 (Attachment)]; and

(2)   Spreadsheet titled "Lehman Asset P_3 12-22-2008_(JPM) Final 2.xls," attached to E-mail



EXHIBIT

637A

2-23-70

from Sean Teague to Tal Litvin et al., re: "Acquisition balance sheet" (Feb. 12, 2009)
[Bates-labeled BCI-EX-(S)-00213990 (E-mail) and BCI-EX-(S)-00213996 (Attachment)].

The two excel files referenced above were produced on January 18, 2010 and previously
identified in the "Revised Production Index for All Documents listed under 'Other Miscellaneous
Documents' in revised Appendix Two of the Expert Report of Professor Paul Pfleiderer," which
was attached to my letter to Jayant Tambe dated January 23, 2010.

Later today, as we also indicated on this morning's call, we will be producing Intex spreadsheets
for securitized products that were transferred to Barclays in the JP Morgan settlement. These
Intex spreadsheets provide further backup for the securitized products listings in spreadsheet
titled "Lehman Asset P_3 12-22-2008_(JPM) Final 2.xls" (No. 2 above).

We are endeavoring to gather similar backup for the spreadsheet titled "Acquisition Detail (PWC
Day1) 09-22 Final Nu5.xls" and if we are successful in that effort, which I presently have no
reason not to expect, we will produce that backup promptly.

Thanks.

Chris


**From:** Kelly A Carrero [mailto:kacarrero@JonesDay.com]
**Sent:** Wednesday, February 17, 2010 9:27 AM
**To:** Christopher Green
**Cc:** ericataggart@quinnemanuel.com; erickay@quinnemanuel.com; Hamish Hume;
jamestecce@quinnemanuel.com; Jonathan Schiller; Jonathan Shaw; Jack G. Stern;
jtambe@jonesday.com; maguire@hugheshubbard.com; oxford@HughesHubbard.COM;
rwgaffey@jonesday.com; susheelkirpalani@quinnemanuel.com; tschaffer@jonesday.com;
tylerwhitmer@quinnemanuel.com; wjhine@jonesday.com; Jennifer Del Medico
**Subject:** RE: In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set of
Requests for Production of Documents and Things


Chris,

It has been over a week since the parties' February 8 meet and confer on outstanding discovery issues,
which included our Fourth Set of Requests attached below. A week ago, at your request, we provided you
with an electronic version of Attachment A to those requests. Since then, we have heard nothing further
from you about the Fourth Set of Requests.

In Hamish Hume's February 9 letter to Bill Maguire, he indicated you were "inquiring further into what if
any information may be possible to gather" and anticipated having an answer for us by the end of last
week. We have not been informed of the outcome of that inquiry. Also, in follow-up to our meet & confer
and Hamish's February 9 letter, Bill sent Hamish a letter dated Friday, February 12, in which, among other
things, he requested a status update on Barclays' prospective production in response to the Fourth Set of
Requests. As I understand it, Bill has not received a response.

As you are aware, our fact discovery deadline is fast approaching. Again, please let us know promptly when and what you will be producing in response to our Fourth Set of Requests.

Regards,
Kelly

_____

Kelly A. Carrero
JONES DAY
222 E. 41st Street
New York, NY 10017
Direct Dial: 212.326.8391
Facsimile: 212.755.7306
kacarrero@jonesday.com

|  |  |
|---|---|
| Christopher Green <Cgreen@BSFLLP.com> | To Kelly A Carrero <kacarrero@JonesDay.com> |
|  | cc "ericataggart@quinnemanuel.com" <ericataggart@quinnemanuel.com>, "erickay@quinnemanuel.com" <erickay@quinnemanuel.com>, Hamish Hume <hhume@BSFLLP.com>, "jamestecce@quinnemanuel.com" <jamestecce@quinnemanuel.com>, Jonathan Schiller <JSchiller@BSFLLP.com>, Jonathan Shaw <jshaw@BSFLLP.com>, "Jack G. Stern" <jstern@bsfllp.com>, "jtambe@jonesday.com" <jtambe@jonesday.com>, "maguire@hugheshubbard.com" <maguire@hugheshubbard.com>, "oxford@HughesHubbard.COM" <oxford@HughesHubbard.COM>, "rwgaffey@jonesday.com" <rwgaffey@jonesday.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "tschaffer@jonesday.com" <tschaffer@jonesday.com>, "tylerwhitmer@quinnemanuel.com" <tylerwhitmer@quinnemanuel.com>, "wjhine@jonesday.com" <wjhine@jonesday.com> |
| 02/10/2010 03:13 PM |  |
|  | Subject RE: In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set of Requests for Production of Documents and Things |

Thanks Kelly.

**From:** Kelly A Carrero [mailto:kacarrero@JonesDay.com]
**Sent:** Wednesday, February 10, 2010 3:04 PM
**To:** Christopher Green
**Cc:** ericataggart@quinnemanuel.com; erickay@quinnemanuel.com; Hamish Hume; jamestecce@quinnemanuel.com; Jonathan Schiller; Jonathan Shaw; Jack G. Stern; jtambe@jonesday.com; maguire@hugheshubbard.com; oxford@HughesHubbard.COM; rwgaffey@jonesday.com; susheelkirpalani@quinnemanuel.com; tschaffer@jonesday.com; tylerwhitmer@quinnemanuel.com; wjhine@jonesday.com
**Subject:** RE: In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set of Requests for Production of Documents and Things

Chris,

Per your request below, please find attached an electronic version of Attachment A in Excel format.

Regards,

Kelly A. Carrero
JONES DAY
222 E. 41st Street
New York, NY 10017
Direct Dial: 212.326.8391
Facsimile: 212.755.7306
kacarrero@jonesday.com

Christopher Green
<Cgreen@BSFLLP.co
m>

02/10/2010 12:22 PM

To Kelly A Carrero <kacarrero@JonesDay.com>, Hamish Hume <hhume@BSFLLP.com>, Jonathan Schiller <JSchiller@BSFLLP.com>, "Jack G. Stern" <jstern@bsfllp.com>, Jonathan Shaw <jshaw@BSFLLP.com>

cc "maguire@hugheshubbard.com" <maguire@hugheshubbard.com>, "oxford@HughesHubbard.COM" <oxford@HughesHubbard.COM>, "jamestecce@quinnemanuel.com" <jamestecce@quinnemanuel.com>, "jamestecce@quinnemanuel.com" <jamestecce@quinnemanuel.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "ericataggart@quinnemanuel.com" <ericataggart@quinnemanuel.com>, "ericataggart@quinnemanuel.com" <ericataggart@quinnemanuel.com>, "tylerwhitmer@quinnemanuel.com" <tylerwhitmer@quinnemanuel.com>, "erickay@quinnemanuel.com" <erickay@quinnemanuel.com>, "rwgaffey@jonesday.com" <rwgaffey@jonesday.com>, "jtambe@jonesday.com" <jtambe@jonesday.com>, "wjhine@jonesday.com" <wjhine@jonesday.com>, "tschaffer@jonesday.com" <tschaffer@jonesday.com>

Subject RE: In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set of Requests for Production of Documents and Things

Kelly:

Please provide us with a version of Attachment A to the Fourth Set of Requests in either MS Word or Excel format.

Thanks.

Chris Green

---

**From:** Kelly A Carrero [mailto:kacarrero@JonesDay.com]
**Sent:** Tuesday, January 12, 2010 9:37 PM
**To:** Hamish Hume; Jonathan Schiller; Jack G. Stern; Jonathan Shaw; Christopher Green
**Cc:** maguire@hugheshubbard.com; oxford@HughesHubbard.COM; jamestecce@quinnemanuel.com; jamestecce@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; ericataggart@quinnemanuel.com; ericataggart@quinnemanuel.com; tylerwhitmer@quinnemanuel.com; erickay@quinnemanuel.com; rwgaffey@jonesday.com; jtambe@jonesday.com; wjhine@jonesday.com; tschaffer@jonesday.com
**Subject:** In re Lehman Brothers Inc. - The Debtors', Trustee's, and Committee's Fourth Set of Requests for Production of Documents and Things

Counsel:

Please see attached.

Regards,

Kelly A. Carrero
JONES DAY
222 E. 41st Street
New York, NY 10017
Direct Dial: 212.326.8391
Facsimile: 212.755.7306
kacarrero@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


The information contained in this electronic message is confidential information intended only for the use of the named recipient (s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


The information contained in this electronic message is confidential information intended only for the use of the named recipient (s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


The information contained in this electronic message is confidential information intended only for the use of the named recipient (s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :    Case No. 08-13555 (JMP)
                                                       :
                        Debtors.                       :    (Jointly Administered)
                                                       :
                                                       :
                                                       :
                                                       :
-------------------------------------------------------------x
                                                       :
In re:                                                 :    SIPA Proceeding
                                                       :
LEHMAN BROTHERS INC.,                                  :    Case No. 08-01420 (JMP)
                                                       :
                        Debtor.                        :
                                                       :
-------------------------------------------------------------x
```

**ORDER ON MOTION *IN LIMINE* FOR AN ORDER EXCLUDING THE TESTIMONY**
**OF PROFESSOR PAUL PFLEIDERER**

This matter coming before the Court on the Motion *In Limine* for an Order

Excluding the Testimony of Professor Paul Pfleiderer (the "Motion"), filed by Lehman Brothers

Holdings Inc. ("LBHI"), James W. Giddens (the "Trustee"), as trustee for the SIPA liquidation

of Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman

Brothers Holdings Inc. and its affiliated debtors and debtors-in-possession (the "Committee,"

collectively, the "Movants"); the Court having reviewed the Motion and having considered the

statements of counsel before the Court (the "Hearing"); and the Court having found that:  (a) the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Motion and the Hearing was

sufficient under the circumstances; and the Court having determined that the legal and factual

bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The expert testimony of Professor Paul Pfleiderer, including the Report

dated January 8, 2010, as amended, is hereby deemed inadmissible and is excluded from the

record, pursuant to Fed. R. Evid. 702.

3.    The Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation of this Order.


Dated: New York, New York

_____, 2010




_____
HON. JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE