James H. M. Sprayregen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Andrew R. McGaan
David R. Seligman
Jeffrey W. Gettleman
Amy Crawford
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862 2200

*Counsel for Lehman Re, Ltd. and Pulsar Re, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that James H. M. Sprayregen appears in the above-

captioned cases on behalf of Lehman Re, Ltd. and Pulsar Re, Ltd. ("Lehman Re and Pulsar Re"),

and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and

Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given

and all papers served in these cases be delivered to and be served upon him at the following

address and further requests that he be added to the master service list:

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Attn:   James H. M. Sprayregen
            James.Sprayregen@kirkland.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This appearance and demand for notice and service of papers is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Lehman Re and Pulsar Re nor, specifically but not limited to, a waiver of (i) Lehman Re's and Pulsar Re's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Lehman Re's and Pulsar Re's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Lehman Re's and Pulsar Re's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Lehman Re and Pulsar Re are or may be entitled under any agreement, in law or in equity, as of which rights, claims, actions, defenses, set-offs, and recoupments Lehman Re and Pulsar Re expressly reserves.

2

Dated:  April 2, 2010
        New York, New York

*/s/ James H. M. Sprayregen*

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

**KIRKLAND & ELLIS LLP**
Andrew R. McGaan
David R. Seligman
Jeffrey W. Gettleman
Amy Crawford
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel for Lehman Re, Ltd. and Pulsar Re, Ltd.*