**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE REGARDING TRANSFER OF CLAIM NO. 3618**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)**

To:    Goldman Sachs Lending Partners LLC
        30 Hudson Street, 36th Floor
        Jersey City, NJ 07302

Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **3618**, date-stamped **April 2, 2009**, against Lehman Commercial Paper Inc., a debtor in the above-captioned case (the first page of which proof of claim is attached hereto as Exhibit A), has been transferred, solely to the extent of **$15,445,397.30** thereof, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to CCP Credit Acquisition Holdings, LLC ("Transferee"), its successors and assigns, with offices located at:

        CCP Credit Acquisition Holdings, LLC
        375 Park Avenue, 13th Floor
        New York, NY 10152
        Attention: Lisa Murray
        Telephone: 212-672-4617

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

dc-598520

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:       _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-598520

# EXHIBIT A

**Proof of Claim No. 3618**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Lehman Commercial Paper Inc.

Case Number: 08-13900

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Sacher Funding Ltd.

Name and address where notices should be sent:
Sacher Funding Ltd.
c/o Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor, New York, New York 10020
Attn: Robert G. Minion, Esq. and Richard Bernstein, Esq.

Telephone number: Robert G. Minion: 973-597-2424; Richard Bernstein: 973-422-6714

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $42,316,157 plus accrued interest

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** ISDA Agreement Default
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach red[acted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized st[atements of running accounts, contracts, judgments, mortgages, an]d security agreements. You may also attach a summ[ary. Attach redacted copies of documents providing evidence of] perfection of a security interest. You may [also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL [DOCUMENTS. ATTACHED DOCUMENTS MAY BE DEST]ROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000003618

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor?s business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: April 1, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name: Rachael Rankin
Title: Director

FOR COURT USE ONLY

FILED / RECEIVED
APR 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT B**

**Evidence of Transfer of Claim**

**Exhibit A**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC (the "**Assignee**") $15,445,397.30 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Commercial Paper Inc. (the "**Debtor**"), the debtor in Case No. 08-13900 (JMP) (Jointly Administered) ("**Case**") pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), and the relevant portion of any and all proofs of claim (Nos. 3618 and 15160) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of April, 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:    Jennifer Dokish
          Authorized Signatory

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name:
Title:

578562.2/153-05432          -10-

<u>Exhibit A</u>

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to CCP Credit Acquisition Holdings, LLC (the "<u>Assignee</u>") $15,445,397.30 of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Commercial Paper Inc. (the "<u>Debtor</u>"), the debtor in Case No. 08-13900 (JMP) (Jointly Administered) ("<u>Case</u>") pending in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (Nos. 3618 and 15160) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of April, 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

CCP CREDIT ACQUISITION HOLDINGS, LLC

By: _____
Name:
Title:

-10-

578562.2/153-05432