UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re                                           :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.           :     Case No. 08-13555 (JMP)

                                                :     Jointly Administered

        Debtors                                 :

------------------------------------------------------x

                                                :

In re                                           :     Chapter 11

LEHMAN BROTHERS SPECIAL FINANCING               :     Case No. 08-13888 (JMP)
INC.
                                                :

        Debtor                                  :

------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Special Financing, Inc.,
Debtor, Case No. 08-13888**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby
gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | MidFirst Bank |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| $3,850,000.00 | 66417 |

You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Merrill Lynch Credit Products, LLC
Address:           Attn: Ante Jakic/Ronald Torok
                       c/o Bank of America Merrill Lynch
                       Bank of America Tower – 3rd Floor
                       One Bryant Park
                       New York, New York 10036
                       Phone: 646-855-7450
                       Fax: 646-736-5244
                       Email: ante.jakic@baml.com/ron.torok@baml.com

12946845.2

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**Merrill Lynch Credit Products, LLC**

By: _____    Date: April 2, 2010

Name:   Ronald Torok
Title:    Vice President

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

EXHIBIT A-1

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING INC.

MidFirst Bank ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $3,850,000.00, docketed as Claim No. 66417 (the "Claim") in Chapter 11 Case No. 08-13888 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29 day of March, 2010.

MIDFIRST BANK

By: _____
Name: Tim Tackett
Title: SVP
Tel.: (405) 767-7649

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____
Name: Michael Lee
Title: Managing Director
Tel.: