3/21/10

To the Attention of Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests. I am a current shareholder of LEHMQ with 25,750 shares. I am hoping there is some salvation and protection to my investment.

Thank you for consideration, understanding and time to this matter.

Sincerely,

*Kristi Brim*

Kristi Brim

RECEIVED
MAR 30 2010
U.S. BANKRUPTCY COURT, SDNY
JMP