Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Amanda Hendy
Weil, Gotshal & Manges LLP
Attorneys for Lehman Bros. Holdings Inc.
767 Fifth Avenue
New York, New York 10153

March 26, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Hendy:

I am included in the claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I appreciated talking with you in January of this year. I have been trying to get this matter for more than a year, but so far nothing seems to have happened.

In January of this year, I also sent letters to the firms representing the plaintiffs in this case. I have not received an answer or an acknowledgment to my letter. I would appreciate an answer, and resolution.

I am simply requesting the $50,000 in SGP common stock.

Sincerely,

Barbara K. Peonio

Cc.   The Honorable James M. Peck, U. S. District Court
      Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
      Mr. Michael Hopkins, Covington & Burling LLP
      Mr. Bryan Marsal CEO Lehman Brothers Holdings
      Epiq Bankruptcy Solutions LLC
      Ms. Allison Clago, Stockcross Financial Services



RECEIVED MAR 3 0 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

March 25, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

I sent you the enclosed letter almost two months ago (copy enclosed). I have not received an answer or an acknowledgment to my letter. I would appreciate an answer, and resolution.

Ms. Hendy contacted me a few months ago upon the request of Judge Peck. I still have no results, however.

I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

Sincerely,

Barbara K. Peonio

Cc:    The Honorable James M. Peck, U. S. District Court
        Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
        Mr. Michael Hopkins, Covington & Burling LLP
        Mr. Bryan Marsal CEO Lehman Brothers Holdings
        Epiq Bankruptcy Solutions LLC
        Ms. Allison Clago, Stockcross Financial Services

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

January 30, 2010

   Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim.

I purchased $50,000 worth of Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services. This was held in Stockcross and issued by Lehman Brothers Holdings Inc. This issue matured on September 14, 2008 which was before Lehman Brothers Holdings Inc. filed for bankruptcy. It should have been issued and not swept into the unsecured debt holders.

This is the only position that matured prior to the bankruptcy. I am not asking for monetary compensation. I am asking for the $50,000 common stock due me under Cusip #5249087A2. I have been trying to resolve this matter for more than a year.

Thank you for your assistance.

Sincerely,

Barbara K. Peonio

Cc.   The Honorable James M. Peck, U. S. District Court
      Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
      Mr. Michael Hopkins, Covington & Burling LLP
      Mr. Bryan Marsal CEO Lehman Brothers Holdings
      Epiq Bankruptcy Solutions LLC
      Ms. Allison Clago, Stockcross Financial Services