UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                    Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,             Case No. 08-13555 (JMP)


            Debtors.                                      (Jointly Administered)
----------------------------------------------------------------x

NOTICE REGARDING TRANSFER OF CLAIM NO. 29049
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:    Schroder Alternative Solutions
       c/o Schroder Investment Management Limited
       31 Gresham Street
       London EC2Y 5AJ
       United Kingdom
       Attention: Christian Cano

Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **29049**, date-stamped **September 22, 2009**, against Lehman Brothers Holdings Inc., a debtor in the above-captioned case (the first page of which proof of claim is attached hereto as Exhibit A), has been transferred, solely to the extent of **$7,355,684.33** thereof, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to CCP Credit Acquisition Holdings, LLC ("Transferee"), its successors and assigns, with offices located at:

       CCP Credit Acquisition Holdings, LLC
       375 Park Avenue, 13th Floor
       New York, NY 10152
       Attention: Lisa Murray
       Telephone: (212) 672-4617

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

       United States Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004-1408

dc-598645

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:         _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-598645

## **EXHIBIT A**

**Proof of Claim No. 29049**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** | |
|---|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000029049 | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 (JMP) | | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Schroder Alternative Solutions
c/o Schroder Investment Management Limited
Attn: Legal Department / Christian Cano
31 Gresham Street
London EC2V 7QA
United Kingdom

Telephone number: 02076586000 (Switchboard) / 02076584430 (Christian Cano)    Email Address: christian.cano@schroders.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 17,513,534.13

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: ISDA Master Agreement  and Guarantee as referenced in Schedule A.
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 2 2 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: 16 SEPTEMBER 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ LYNN SHOULS, HEAD OF LEGAL - DERIVATIVES

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT B**

**Evidence of Transfer of Claim**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund, acting through their investment manager Schroder Investment Management Limited

Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund (together the "Funds"), acting through its investment manager Schroder Investment Management Limited which is duly authorized to enter into this Agreement on behalf of the Company, ("SELLER"). The Seller is a Luxembourg domiciled open-ended investment company. Each of the Funds is a sub-fund of the Seller. Although the Seller constitutes a single legal entity, the assets of each Fund are ring fenced from the liabilities, commitments and obligations of the other Funds. SELLER, whose registered office is at 5, rue Hohenhof, L-1736 Senningerberg, Grand Duchy of Luxembourg, for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CCP Credit Acquisition Holdings, LLC, its successors and assigns, with offices located at 375 Park Avenue, 12th Floor, New York, NY 10152 - 0002 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $17,513,534.13, solely to the extent of $7,355,684.33 thereof (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 1st day of April, 2010.

**SELLER:** Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund, acting through their investment manager Schroder Investment Management Limited

By: _____
Name:
Title:

**BUYER:** CCP Credit Acquisition Holdings, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:             Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund, acting through their investment manager Schroder Investment Management Limited

Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund (together the "Funds"), acting through its investment manager Schroder Investment Management Limited which is duly authorized to enter into this Agreement on behalf of the Company, ("SELLER"). The Seller is a Luxembourg domiciled open-ended investment company. Each of the Funds is a sub-fund of the Seller. Although the Seller constitutes a single legal entity, the assets of each Fund are ring fenced from the liabilities, commitments and obligations of the other Funds. SELLER, whose registered office is at 5, rue Hohenhof, L-1736 Senningerberg, Grand Duchy of Luxembourg, for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CCP Credit Acquisition Holdings, LLC, its successors and assigns, with offices located at 375 Park Avenue, 12th Floor, New York, NY 10152 - 0002 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $17,513,534.13, solely to the extent of $7,355,684.33 thereof (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 1st day of April, 2010.

**SELLER:** Schroder Alternative Solutions in respect of Schroder Alternative Solutions Commodity Fund and Schroder Alternative Solutions Agriculture Fund, acting through their investment manager Schroder Investment Management Limited

By:_____
Name:
Title:


**BUYER:** CCP Credit Acquisition Holdings, LLC

By:_____
Name:
Title:

- 19 -

24355993_3.DOC