Hearing Date and Time: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: March 31, 2010 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 597-2500
Fax:    (973) 597-2400

*Counsel for LibertyView (as defined below)*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| In re:  **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*  Debtors. | Chapter 11  Case No. 08-13555(JMP)  (Jointly Administered) |
|---|---|

### CERTIFICATION OF SERVICE

Diane C. Lavin, pursuant to 28 U.S.C. § 1746, certify as follows:

1.    I am a paralegal employed by the law firm of Lowenstein Sandler PC, attorneys for LibertyView[1] ("LibertyView") in the above captioned matter.

---

[1] LibertyView is a group of investment funds (collectively, "LibertyView") that have timely filed proofs of claim against the Debtors in these chapter 11 proceedings. The specific funds that have filed proofs of claim include: (i) LibertyView Credit Opportunities Fund, L.P., (ii) LibertyView Credit Select Fund, LP, (iii) LibertyView Funds, L.P., (iv) LibertyView Global Risk Arbitrage Fund, L.P., and (v) LibertyView Special Opportunities Fund, L.P.

22312/14
04/05/2010 **14134305**.1

2.  I hereby certify that on April 5, 2010, I caused a true and correct copy of the following document to be served upon the parties indicated on the attached service list, in the manner listed therein:

> Joinder of LibertyView to Optim Energy Marketing and Trading LLC's Objection to Debtors' Motion Pursuant to Section 105 of The Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing The Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures For Claims Against Debtors

3.  On March 31, 2010, the foregoing document was filed [Docket No. 7957] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I understand I am subject to the penalty of perjury.

*/s/ Diane C. Lavin*
Diane C. Lavin

Dated: April 5, 2010

-2-

# SERVICE LIST

*Via First Class Mail*

Honorable James M. Peck
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Shai Y. Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley
   & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Via the Court's Electronic Filing System:*

All parties who receive notice through the Court's electronic filing system were served with said document on March 31, 2010.