B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al. ,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Royal Bank of Scotland plc | Banco Español de Crédito, S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Andrew Scotland, Special Situations Group
and Oonagh Hoyland, Group Legal
RBS Global Banking & Markets
135 Bishopsgate, London EC2M 3UR

Court Claim # (if known): 000026525
Amount of Claim: $5,918,740.68
Date Claim Filed: 09/22/2009

Phone: +44 20 7085 7926
Last Four Digits of Acct #: _____

Phone: +34 91 338 1666
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Global Lending Operations/Banesto Claim Trade
Royal Bank of Scotland GLO, London
135 Bishopsgate, London EC2M 3UR

Phone: +44 20 7085 7926
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Oonagh Hoyland   Date: 11 March 2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Banco Español de Crédito, S.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 0000026525) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of February 2010.

BANCO ESPAÑOL DE CRÉDITO, S.A.

By: _____
Name: José Javier Echaide de Lucas
Title: Authorized

Fermin Cifuentes Muntadas
Authorized

THE ROYAL BANK OF SCOTLAND PLC

By: _____
Name:
Title:
Oonagh Hoyland
Authorised Signatory
The Royal Bank of Scotland plc