# A. 195

08-13555-mg    Doc 8062-1    Filed 04/05/10    Entered 04/05/10 16:50:26    Appendix
Volume VII - A.195    Pg 1 of 18

```
From:    <Sriram.Venugopalan@barclayscapital.com>
To:      Yoonki Hong/US/ABAS/PwC@Americas-US
CC:      <Gary.Romain@barclayscapital.com>
         Michael Guarnuccio/US/ABAS/PwC@Americas-US
Date:    Jan 23 2009 12:27:01
Subject:      RE: Bonus Liability at YE
```

Karen,
tried to call you but unable to get through.

Can you call me when you get a chance.

Regards
sriram
Tel : 0044 203 1341937


From: karen.hong@us.pwc.com   [mailto:karen.hong@us.pwc.com]
Sent: 23 January 2009  16:47
To: Venugopalan, Sriram: Finance (LDN)
Cc: Romain, Gary: Finance (LDN); michael.guarnuccio@us.pwc.com
Subject: RE: Bonus  Liability at YE


Sriram

Thanks for the support. Will get back to you if I need  anything further.
I would like the call  this evening. Please let us know what time works for you
and Gary.




Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services -  Banking
& Capital Markets (BCM)
300 Madison Avenue  New York, NY  10017
(  646.471.5846   7  813.342.6254    *  karen.hong@us.pwc.com


<Sriram.Venugopalan@barclayscapital.com>

01/23/2009 11:35 AM


"Reply to All" is Disabled

To     Yoonki  Hong/US/ABAS/PwC@Americas-US
cc     <Gary.Romain@barclayscapital.com>, Michael
Guarnuccio/US/ABAS/PwC@Americas-US
Subject RE: Bonus Liability at  YE




Karen,
Please find attached the support you had requested.

It might be easier to discuss this in tele con with Gary and I  will set
something up if you have some availability this evening.

```
regards
sriram

p/w to  follow


From: karen.hong@us.pwc.com   [mailto:karen.hong@us.pwc.com]
Sent: 23 January 2009  15:47
To: Venugopalan, Sriram: Finance (LDN)
Cc: michael.guarnuccio@us.pwc.com; Romain, Gary: Finance (LDN)
Subject: RE: Bonus Liability at YE
Importance: High


Sriram


Following up on our  discussion yesterday on the support for the numbers.
We're trying to close out all numbers  this week so please have the support sent
to me as soon as possible.

I haven't received how this  exactly ties into 12/31 balances but from the
schedule I have, it seems that a  portion of the $2 bil was used for severance
payments to the terminated  employees.
However,  it was my understanding that per the APA, the severance payments to
the  transferred employees were to be paid "without limiting any additional
rights  that each Transferred Employee may have". I had interpreted this to mean
that  the $2 bil bonus provision should be used solely for bonus as any use of
the $2  bil for the severance payment would be limiting the additional rights
that each  Transferred Employee has by reducing the pool of bonus to be paid out
to those  Transferred Employees.
I would like to discuss this issue and understand what the views were  on this.

You can  reach me at 1-212-320-0128 or 1-646-942-3636.
Thanks.




Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services -  Banking
& Capital Markets (BCM)
300 Madison Avenue   New York, NY 10017
(  646.471.5846   7  813.342.6254   *   karen.hong@us.pwc.com


<Sriram.Venugopalan@barclayscapital.com>

01/22/2009 09:04 AM


"Reply to All" is Disabled

To      Yoonki  Hong/US/ABAS/PwC@Americas-US
cc
Subject RE: Bonus Liability at  YE




You can call me in  the number below thats the direct dial
```

```
Tel: 0044 (0) 203 134 1937


From: karen.hong@us.pwc.com   [mailto:karen.hong@us.pwc.com]
Sent: 22 January 2009  14:04
To: Venugopalan, Sriram: Finance (LDN)
Subject: Re:  Bonus Liability at YE

Sriram

Yes. Where can I reach you?


   From:  [Sriram.Venugopalan@barclayscapital.com]
Sent: 01/22/2009 11:23 AM   GMT
To: Yoonki Hong
Cc:  <Gary.Romain@barclayscapital.com>; Michael Guarnuccio
Subject:  RE: Bonus Liability at YE


Karen

Will 6.30 p.m UK time   work for you?

regards
sriram

Sriram Venugopalan
Cost  Decision Support-Compensation   and Benefits
Tel: 0044  (0) 203 134 1937




From: karen.hong@us.pwc.com   [mailto:karen.hong@us.pwc.com]
Sent: 22 January 2009  03:18
To: Venugopalan, Sriram: Finance (LDN)
Cc: Romain,  Gary: Finance (LDN); michael.guarnuccio@us.pwc.com
Subject: RE: Bonus  Liability at YE


Siram

Could we touch base tomorrow to walk through this file and to  discuss hwo it
relates to 12/31/2008 balance?
I can be reached at 1-212-320-0128 but may be away  from the desk in meeting for
large part of the day.
Pls email me with a time that works for  you other than 10am - 11:30am.
Thanks.




Yoonki Karen Hong    PricewaterhouseCoopers LLP   Financial Services -  Banking
& Capital Markets (BCM)
300 Madison Avenue  New York, NY 10017
(  646.471.5846  7  813.342.6254  *  karen.hong@us.pwc.com

<Gary.Romain@barclayscapital.com>

01/21/2009 01:20 PM
```

"Reply to All" is Disabled

To      Yoonki  Hong/US/ABAS/PwC@Americas-US
cc      Michael  Guarnuccio/US/ABAS/PwC@Americas-US,
<Sriram.Venugopalan@barclayscapital.com>,  <Paul.Exall@barclayscapital.com>
Subject RE: Bonus Liability at  YE

Karen,

Apologies for the delay.  The attached schedule shows the  utilisation of the $1.7b accrual.  Sriram can explain how this correlates  to the amount still on the books as at 31/12/2008.

Regards,

Gary


From: karen.hong@us.pwc.com   [mailto:karen.hong@us.pwc.com]
Sent: Monday, January 19, 2009 11:36  AM
To: Romain, Gary: Finance (LDN)
Cc: michael.guarnuccio@us.pwc.com
Subject: RE: Bonus Liability at  YE


Gary

I wanted to follow up on the  below.
Were we able  to get anything on this?
Thanks.


Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services -  Banking & Capital Markets (BCM)
300 Madison Avenue   New York, NY 10017
(  646.471.5846   7  813.342.6254   *   karen.hong@us.pwc.com
<Gary.Romain@barclayscapital.com>

01/14/2009 01:59 PM


"Reply to All" is Disabled

To      Yoonki  Hong/US/ABAS/PwC@Americas-US
cc      Michael  Guarnuccio/US/ABAS/PwC@Americas-US
Subject RE: Bonus Liability at  YE

Karen,

I have requested the information.

Regards,

Gary


From: karen.hong@us.pwc.com  [mailto:karen.hong@us.pwc.com]
Sent: 14 January 2009  05:06
To: Romain, Gary: Finance (LDN)
Cc: michael.guarnuccio@us.pwc.com
Subject: Bonus Liability at  YE


Gary

We're trying to understand how  much of the $2 bil bonus provision per APA was allocated as payment to  transferred employees terminated before year end and what balances remain as of  12/31.
We also would  like to confirm that no (additional) severance payment to the transferred  employees as termination were allocated from this $2 bil.
I had originally requested information  that is shown in the email below to Paul and Howard but they're referred the  requested to you.
We're looking to audit the actual booking of the $2 bil along with  the movements and allocation of the $2 bil leading up to the 12/31  balances?
Please let  me know if there is another person I should reach out to for the information.
Thanks.



Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services -  Banking & Capital Markets (BCM)
300 Madison Avenue   New York, NY 10017
(  646.471.5846   7  813.342.6254  *   karen.hong@us.pwc.com
----- Forwarded by Yoonki  Hong/US/ABAS/PwC on 01/13/2009 11:59 PM -----
<Paul.Exall@barclayscapital.com>

01/13/2009 08:52 AM


"Reply to All" is Disabled

To      Yoonki  Hong/US/ABAS/PwC@Americas-US
cc      Michael  Guarnuccio/US/ABAS/PwC@Americas-US, <Howard.Nizewitz@barclayscapital.com>
Subject RE: Lehman Standard Contract   GB

Karen - Please speak with Gary Romain in Finance on this. Thanks


From: karen.hong@us.pwc.com  [mailto:karen.hong@us.pwc.com]
Sent: 12 January 2009  20:18
To: Nizewitz, Howard: HR (NYK); Exall, Paul: HR  (LDN)
Cc: michael.guarnuccio@us.pwc.com
Subject: Fw: Lehman  Standard Contract GB


Howard and  Paul

I'm  following up on the email below and wanted to see if you could send me the information or a contact for who to reach out to.
As our sign off deadline to UK is very  tight, we'll need the information to go through as soon as possible.
Thanks.



Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services - Banking & Capital Markets (BCM)
300 Madison Avenue   New York, NY 10017
(  646.471.5846   7  813.342.6254   *  karen.hong@us.pwc.com
----- Forwarded by Yoonki   Hong/US/ABAS/PwC on 01/12/2009 03:16 PM -----
Yoonki   Hong/US/ABAS/PwC

01/10/2009 12:18 PM


"Reply to All" is Disabled

To       <Howard.Nizewitz@barclayscapital.com>@INTL
cc       <Paul.Exall@barclayscapital.com>
Subject Re: Lehman Standard Contract  GBLink





Howard

Happy new year. I hope all has been good  since we met.

As  a part of our year end audit, we'll need to verify any movements in the bonus  amounts on BS and any allocation of the $2 bil to the employees terminated.
Would  you be able to provide us as of 12/31 something similar to the following and the  support?
As the  following is just a means to communicate what I'm looking for, please provide us  in the form convenient for you  to support such information.
Please let me know if you have  any questions. I can be reached at either 1.212.320.0128 or  1.646.942.3636.

Thanks.



Yoonki Karen Hong    PricewaterhouseCoopers LLP    Financial Services - Banking & Capital Markets (BCM)
300 Madison Avenue   New York, NY 10017
(  646.471.5846   7  813.342.6254   *   karen.hong@us.pwc.com
<Howard.Nizewitz@barclayscapital.com>

10/20/2008 04:48 PM

"Reply to All" is Disabled

To      Michael  Guarnuccio/US/ABAS/PwC@Americas-US, Yoonki Hong/US/ABAS/PwC@Americas-US
cc      <Paul.Exall@barclayscapital.com>
Subject Lehman Standard Contract   GB




Karen,  Michael,

Attached below is a sample of a standard offer letter to a  legacy Lehman employee whose bonus was at a level high enough to be split  between cash and stock.

Let me know I you have any  questions.

Regards,
Howard

Howard Nizewitz
Director,  Compensation Americas
Barclays Capital
200 Park Avenue
New York, NY  10166
212-412-5711


>  <<Lehman Standard Contract  GB.doc>>

_____

This e-mail may  contain information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not  duplicate or redistribute it by any means. Please delete it and any attachments  and notify the sender that you have received it in error. Unless specifically  indicated, this e-mail is not an offer to buy or sell or a solicitation to buy  or sell any securities, investment products or other

financial product or  service, an official confirmation of any transaction, or
an official statement  of Barclays. Any views or opinions presented are solely
those of the author and  do not necessarily represent those of Barclays. This
e-mail is subject to terms  available at the following link:
www.barcap.com/emaildisclaimer. By messaging  with Barclays you consent to the
foregoing.  Barclays Capital is the  investment banking division of Barclays
Bank PLC, a company registered in  England (number 1026167) with its registered
office at 1 Churchill Place,  London, E14 5HP.  This email may relate to or be
sent from other members of  the Barclays  Group.

---

[attachment "Lehman  Standard Contract GB_doc.zip" deleted by Yoonki
Hong/US/ABAS/PwC]

---

The  information transmitted is intended only for the person or entity to which
it is  addressed and may contain confidential and/or privileged material. Any
review,  retransmission, dissemination or other use of, or taking of any action
in  reliance upon, this information by persons or entities other than the
intended  recipient is prohibited. If you received this in error, please contact
the  sender and delete the material from any computer. PricewaterhouseCoopers
LLP is  a Delaware limited liability partnership.

---

This e-mail may contain  information that is confidential, privileged or
otherwise protected from  disclosure. If you are not an intended recipient of
this e-mail, do not  duplicate or redistribute it by any means. Please delete it
and any attachments  and notify the sender that you have received it in error.
Unless specifically  indicated, this e-mail is not an offer to buy or sell or a
solicitation to buy  or sell any securities, investment products or other
financial product or  service, an official confirmation of any transaction, or
an official statement  of Barclays. Any views or opinions presented are solely
those of the author and  do not necessarily represent those of Barclays. This
e-mail is subject to terms  available at the following link:
www.barcap.com/emaildisclaimer. By messaging  with Barclays you consent to the
foregoing.  Barclays Capital is the  investment banking division of Barclays
Bank PLC, a company registered in  England (number 1026167) with its registered
office at 1 Churchill Place,  London, E14 5HP.  This email may relate to or be
sent from other members of  the Barclays Group.

---

The  information transmitted is intended only for the person or entity to which
it is  addressed and may contain confidential and/or privileged material. Any
review,  retransmission, dissemination or other use of, or taking of any action
in  reliance upon, this information by persons or entities other than the
intended  recipient is prohibited. If you received this in error, please contact
the  sender and delete the material from any computer. PricewaterhouseCoopers
LLP is  a Delaware limited liability partnership.

---

This e-mail may contain  information that is confidential, privileged or
otherwise protected from  disclosure. If you are not an intended recipient of
this e-mail, do not  duplicate or redistribute it by any means. Please delete it
and any attachments  and notify the sender that you have received it in error.
Unless specifically  indicated, this e-mail is not an offer to buy or sell or a
solicitation to buy  or sell any securities, investment products or other
financial product or  service, an official confirmation of any transaction, or
an official statement  of Barclays. Any views or opinions presented are solely
those of the author and  do not necessarily represent those of Barclays. This
e-mail is subject to terms  available at the following link:
www.barcap.com/emaildisclaimer. By messaging  with Barclays you consent to the
foregoing.  Barclays Capital is the  investment banking division of Barclays
Bank PLC, a company registered in  England (number 1026167) with its registered

office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.
                                          [attachment "summary acq bonus balance sheetv2_xls.zip" deleted by Yoonki Hong/US/ABAS/PwC]

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

---

The information transmitted is intended only for the person or entity to which

it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.
_____

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.
_____


_____
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.
_____

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.
_____[attachment "Book2_xls.zip" deleted by Yoonki Hong/US/ABAS/PwC]

_____
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.

_____


This e-mail may contain  information that is confidential, privileged or
otherwise protected from  disclosure. If you are not an intended recipient of
this e-mail, do not  duplicate or redistribute it by any means. Please delete it
and any attachments  and notify the sender that you have received it in error.
Unless specifically  indicated, this e-mail is not an offer to buy or sell or a
solicitation to buy  or sell any securities, investment products or other
financial product or  service, an official confirmation of any transaction, or
an official statement  of Barclays. Any views or opinions presented are solely
those of the author and  do not necessarily represent those of Barclays. This
e-mail is subject to terms  available at the following link:
www.barcap.com/emaildisclaimer.  By messaging  with Barclays you consent to the
foregoing.  Barclays Capital is the investment  banking division of Barclays
Bank PLC, a company registered in England(number 1026167) with its registered
office at 1 Churchill Place, London, E14  5HP.   This email may relate to or be
sent from other members of the Barclays  Group.


_____

| | | |
|---|---|---|
| <Sriram.Venugopalan@barclayscapital.com> | To | Yoonki Hong/US/ABAS/PwC@Americas-US |
| 01/23/2009 12:27 PM | cc | <Gary.Romain@barclayscapital.com>, Michael Guarnuccio/US/ABAS/PwC@Americas-US |
| | bcc | |
| | Subject | RE: Bonus Liability at YE |

Karen,

tried to call you but unable to get through. Can you call me when you get a chance. RegardssriramTel : 0044 203 1341937**From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** 23 January 2009   16:47**To:** Venugopalan, Sriram: Finance (LDN)**Cc:** Romain,   Gary: Finance (LDN); michael.guarnuccio@us.pwc.com**Subject:** RE: Bonus   Liability at YESriram Thanks for the support. Will get back to you if I need   anything further. I would like the call   this evening. Please let us know what time works for you and Gary. Yoonki Karen Hong   PricewaterhouseCoopers LLP    Financial Services -   Banking & Capital Markets (BCM) 300 Madison Avenue  New York, NY   10017 (  646.471.5846  7  813.342.6254  *   karen.hong@us.pwc.com

| | | |
|---|---|---|
| <Sriram.Venugopalan@barclayscapital.com> | To | Yoonki   Hong/US/ABAS/PwC@Americas-US |
| 01/23/2009 11:35 AM | cc | <Gary.Romain@barclayscapital.com>, Michael   Guarnuccio/US/ABAS/PwC@Americas-US |
| "Reply to All" is Disabled | Subject | RE: Bonus Liability at   YE |

Karen, Please find attached the support you had requested.      It might be easier to discuss this in tele con with Gary and I   will set something up if you have some availability this evening.    regards sriram     p/w to   follow **From:** karen.hong@us.pwc.com  [mailto:karen.hong@us.pwc.com] **Sent:** 23 January 2009   15:47**To:** Venugopalan, Sriram: Finance (LDN)**Cc:** michael.guarnuccio@us.pwc.com; Romain, Gary: Finance (LDN)**Subject:** RE: Bonus Liability at YE**Importance:** High Sriram Following up on our   discussion yesterday on the support for the numbers. We're trying to close out all numbers   this week so please have the support sent to me as soon as possible. I haven't received how this   exactly ties into 12/31 balances but from the schedule I have, it seems that a   portion of the $2 bil was used for severance payments to the terminated   employees. However,   it was my understanding that per the APA, the severance payments to the   transferred employees were to be paid "without limiting any additional rights   that each Transferred Employee may have". I had interpreted this to mean that   the $2 bil bonus provision should be used solely for bonus as any use of the $2   bil for the severance payment would be limiting the additional rights that each   Transferred Employee has by reducing the pool of bonus to be paid out to those   Transferred Employees. I would like to discuss this issue and understand what the views were   on this. You can   reach me at 1-212-320-0128 or 1-646-942-3636. Thanks. Yoonki

Confidential Treatment Requested by PwC LLPcewaterhouseCoopers LLP    Financial Services -   Banking & Capital Markets (BCM) 300 Madison Avenue  New York, NY  10017 (  646.471.5846  7  813.342.6254  *  karen.hong@us.pwc.com            PwC-BarCap 00009386

&lt;Sriram.Venugopalan@barclayscapital.com&gt;

01/22/2009 09:04 AM

To: Yoonki Hong/US/ABAS/PwC@Americas-US

cc:

Subject: RE: Bonus Liability at YE

"Reply to All" is Disabled

You can call me in the number below thats the direct dial Tel: 0044 (0) 203 134 1937 **From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** 22 January 2009 14:04**To:** Venugopalan, Sriram: Finance (LDN)**Subject:** Re: Bonus Liability at YE SriramYes. Where can I reach you? **From:** [Sriram.Venugopalan@barclayscapital.com]**Sent:** 01/22/2009 11:23 AM GMT**To:** Yoonki Hong**Cc:** &lt;Gary.Romain@barclayscapital.com&gt;; Michael Guarnuccio**Subject:** RE: Bonus Liability at YE Karen Will 6.30 p.m UK time work for you? regards sriram Sriram Venugopalan Cost Decision Support-Compensation and Benefits Tel: 0044 (0) 203 134 1937 **From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** 22 January 2009 03:18**To:** Venugopalan, Sriram: Finance (LDN)**Cc:** Romain, Gary: Finance (LDN); michael.guarnuccio@us.pwc.com**Subject:** RE: Bonus Liability at YESiram Could we touch base tomorrow to walk through this file and to discuss hwo it relates to 12/31/2008 balance? I can be reached at 1-212-320-0128 but may be away from the desk in meeting for large part of the day. Pls email me with a time that works for you other than 10am - 11:30am. Thanks. Yoonki Karen Hong PricewaterhouseCoopers LLP Financial Services - Banking & Capital Markets (BCM) 300 Madison Avenue New York, NY 10017 ( 646.471.5846 7 813.342.6254 * karen.hong@us.pwc.com

&lt;Gary.Romain@barclayscapital.com&gt;

01/21/2009 01:20 PM

To: Yoonki Hong/US/ABAS/PwC@Americas-US

cc: Michael Guarnuccio/US/ABAS/PwC@Americas-US, &lt;Sriram.Venugopalan@barclayscapital.com&gt;, &lt;Paul.Exall@barclayscapital.com&gt;

Subject: RE: Bonus Liability at YE

"Reply to All" is Disabled

Karen, Apologies for the delay. The attached schedule shows the utilisation of the $1.7b accrual. Sriram can explain how this correlates to the amount still on the books as at 31/12/2008. Regards, Gary **From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** Monday, January 19, 2009 11:36 AM**To:** Romain, Gary: Finance (LDN)**Cc:** michael.guarnuccio@us.pwc.com**Subject:** RE: Bonus Liability at YEGary I wanted to follow up on the below. Were we able to get anything on this? Thanks. Yoonki Karen Hong PricewaterhouseCoopers LLP Financial Services - Banking & Capital Markets (BCM) 300 Madison Avenue New York, NY 10017 ( 646.471.5846 7 813.342.6254 * karen.hong@us.pwc.com

&lt;Gary.Romain@barclayscapital.com&gt;

01/14/2009 01:59 PM

To: Yoonki Hong/US/ABAS/PwC@Americas-US

cc: Michael Guarnuccio/US/ABAS/PwC@Americas-US

Subject: RE: Bonus Liability at YE

"Reply to All" is Disabled

Karen, I have requested the information. Regards, Gary **From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** 14 January 2009 05:06**To:** Romain, Gary: Finance (LDN)**Cc:** michael.guarnuccio@us.pwc.com**Subject:** Bonus Liability at YEGary We're trying to understand how much of the $2 bil bonus provision per APA was allocated as payment to transferred employees terminated before year end and what balances remain as of 12/31. We also would like to confirm that no (additional) severance payment to the transferred employees as termination were allocated from this $2 bil. I had originally requested information that is shown in the email below to Paul and Howard but they're referred the requested to you. We're looking to audit the actual booking of the $2 bil along with the movements and allocation of the $2 bil leading up to the 12/31 balances? Please let me know if there is another person I should reach out to for the information. Thanks. Yoonki Karen Hong PricewaterhouseCoopers LLP Financial Services - Banking & Capital Markets (BCM) 300 Madison Avenue New York, NY 10017 ( 646.471.5846 7 813.342.6254 * karen.hong@us.pwc.com ----- Forwarded by Yoonki Hong/US/ABAS/PwC on 01/13/2009 11:59 PM -----

<Paul.Exall@barclayscapital.com>

01/13/2009 08:52 AM

To: Yoonki Hong/US/ABAS/PwC@Americas-US

cc: Michael Guarnuccio/US/ABAS/PwC@Americas-US, <Howard.Nizewitz@barclayscapital.com>

Subject: RE: Lehman Standard Contract GB

"Reply to All" is Disabled

Karen - Please speak with Gary Romain in Finance on this. Thanks **From:** karen.hong@us.pwc.com [mailto:karen.hong@us.pwc.com] **Sent:** 12 January 2009 20:18 **To:** Nizewitz, Howard: HR (NYK); Exall, Paul: HR (LDN) **Cc:** michael.guarnuccio@us.pwc.com **Subject:** Fw: Lehman Standard Contract GB Howard and Paul I'm following up on the email below and wanted to see if you could send me the information or a contact for who to reach out to. As our sign off deadline to UK is very tight, we'll need the information to go through as soon as possible. Thanks. Yoonki Karen Hong   PricewaterhouseCoopers LLP   Financial Services - Banking & Capital Markets (BCM) 300 Madison Avenue New York, NY 10017 ( 646.471.5846  7 813.342.6254 * karen.hong@us.pwc.com  ----- Forwarded by Yoonki Hong/US/ABAS/PwC on 01/12/2009 03:16 PM -----

Yoonki Hong/US/ABAS/PwC

01/10/2009 12:18 PM

To: <Howard.Nizewitz@barclayscapital.com>@INTL

cc: <Paul.Exall@barclayscapital.com>

Subject: Re: Lehman Standard Contract GB Link

"Reply to All" is Disabled

Howard Happy new year. I hope all has been good since we met. As a part of our year end audit, we'll need to verify any movements in the bonus amounts on BS and any allocation of the $2 bil to the employees terminated. Would you be able to provide us as of 12/31 something similar to the following and the support? As the following is just a means to communicate what I'm looking for, please provide us in the form convenient for you to support such information. Please let me know if you have any questions. I can be reached at either 1.212.320.0128 or 1.646.942.3636. Thanks. Yoonki Karen Hong   PricewaterhouseCoopers LLP   Financial Services - Banking & Capital Markets (BCM) 300 Madison Avenue New York, NY 10017 ( 646.471.5846  7 813.342.6254 * karen.hong@us.pwc.com

<Howard.Nizewitz@barclayscapital.com>

10/20/2008 04:48 PM

To: Michael Guarnuccio/US/ABAS/PwC@Americas-US, Yoonki Hong/US/ABAS/PwC@Americas-US

cc: <Paul.Exall@barclayscapital.com>

Subject: Lehman Standard Contract GB

"Reply to All" is Disabled

```
Karen, Michael,Attached below is a sample of a standard offer letter to a  legacy Lehmanemployee whose bonus was at a level high enough
to be split  between cashand stock.Let me know I you have any  questions.Regards,HowardHoward NizewitzDirector,  Compensation
AmericasBarclays Capital200 Park AvenueNew York, NY  10166212-412-5711>  <<Lehman Standard Contract  GB.doc>>
_____This e-mail may  contain information that is confidential, privileged or otherwise
protected from  disclosure. If you are not an intended recipient of this e-mail, do not  duplicate or redistribute it by any means. Please
delete it and any attachments  and notify the sender that you have received it in error. Unless specifically  indicated, this e-mail
is not an offer to buy or sell or a solicitation to buy  or sell any securities, investment products or other financial product or  service,
an official confirmation of any transaction, or an official statement  of Barclays. Any views or opinions presented are solely those
of the author and  do not necessarily represent those of Barclays. This e-mail is subject to terms  available at the following link:
www.barcap.com/emaildisclaimer. By messaging  with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking
```

Confidential Treatment Requested by PwC LLP                                                                                                                                                      PwC-BarCap 00009388

division of Barclays Bank PLC, a company registered in  England (number 1026167) with its registered office at 1 Churchill Place,  London, E14 5HP.  This email may relate to or be sent from other members of  the Barclays Group._____                   [attachment "Lehman standard Contract GB_doc.zip" deleted by Yoonki Hong/US/ABAS/PwC] _____The information transmitted is intended only for the person or entity to which it is  addressed and may contain confidential and/or privileged material. Any review,  retransmission, dissemination or other use of, or taking of any action in  reliance upon, this information by persons or entities other than the intended  recipient is prohibited. If you received this in error, please contact the  sender and delete the material from any computer. PricewaterhouseCoopers LLP is  a Delaware limited liability partnership. _____ This e-mail may contain  information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not   duplicate or redistribute it by any means. Please delete it and any attachments   and notify the sender that you have received it in error. Unless specifically   indicated, this e-mail is not an offer to buy or sell or a solicitation to buy   or sell any securities, investment products or other financial product or  service, an official confirmation of any transaction, or an official statement   of Barclays. Any views or opinions presented are solely those of the author and   do not necessarily represent those of Barclays. This e-mail is subject to terms   available at the following link: www.barcap.com/emaildisclaimer. By messaging   with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking division of Barclays Bank PLC, a company registered in   England (number 1026167) with its registered office at 1 Churchill Place,   London, E14 5HP.  This email may relate to or be sent from other members of   the Barclays Group. _____The information transmitted is intended only for the person or entity to which it is  addressed and may contain confidential and/or privileged material. Any review,  retransmission, dissemination or other use of, or taking of any action in  reliance upon, this information by persons or entities other than the intended  recipient is prohibited. If you received this in error, please contact the  sender and delete the material from any computer. PricewaterhouseCoopers LLP is  a Delaware limited liability partnership. _____ This e-mail may contain  information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not   duplicate or redistribute it by any means. Please delete it and any attachments   and notify the sender that you have received it in error. Unless specifically   indicated, this e-mail is not an offer to buy or sell or a solicitation to buy   or sell any securities, investment products or other financial product or  service, an official confirmation of any transaction, or an official statement   of Barclays. Any views or opinions presented are solely those of the author and   do not necessarily represent those of Barclays. This e-mail is subject to terms   available at the following link: www.barcap.com/emaildisclaimer. By messaging   with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking division of Barclays Bank PLC, a company registered in   England (number 1026167) with its registered office at 1 Churchill Place,   London, E14 5HP.  This email may relate to or be sent from other members of  the Barclays Group. _____The  information transmitted is intended only for the person or entity to which it is  addressed and may contain confidential and/or privileged material. Any review,  retransmission, dissemination or other use of, or taking of any action in  reliance upon, this information by persons or entities other than the intended  recipient is prohibited. If you received this in error, please contact the  sender and delete the material from any computer. PricewaterhouseCoopers LLP is  a Delaware limited liability partnership. _____ This e-mail may contain  information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not   duplicate or redistribute it by any means. Please delete it and any attachments   and notify the sender that you have received it in error. Unless specifically   indicated, this e-mail is not an offer to buy or sell or a solicitation to buy   or sell any securities, investment products or other financial product or  service, an official confirmation of any transaction, or an official statement   of Barclays. Any views or opinions presented are solely those of the author and   do not necessarily represent those of Barclays. This e-mail is subject to terms   available at the following link: www.barcap.com/emaildisclaimer. By messaging   with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking division of Barclays Bank PLC, a company registered in   England (number 1026167) with its registered office at 1 Churchill Place,   London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group. _____[attachment "summary  acq bonus balance sheetv2_xls.zip" deleted by Yoonki Hong/US/ABAS/PwC] _____The  information transmitted is intended only for the person or entity to which it is  addressed and may contain confidential and/or privileged material. Any review,  retransmission, dissemination or other use of, or taking of any action in  reliance upon, this information by persons or entities other than the intended  recipient is prohibited. If you received this in error, please contact the  sender and delete the material from any computer. PricewaterhouseCoopers LLP is  a Delaware limited liability partnership. _____ This e-mail may  contain information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not   duplicate or redistribute it by any means. Please delete it and any attachments   and notify the sender that you have received it in error. Unless specifically   indicated, this e-mail is not an offer to buy or sell or a solicitation to buy   or sell any securities, investment products or other financial product or  service, an official confirmation of any transaction, or an official statement   of Barclays. Any views or opinions presented are solely those of the author and   do not necessarily represent those of Barclays. This e-mail is subject to terms   available at the following link: www.barcap.com/emaildisclaimer. By messaging   with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking division of Barclays Bank PLC, a company registered in   England (number 1026167) with its registered office at 1 Churchill Place,   London, E14 5HP.  This email may relate to or be sent from other members of  the Barclays Group. _____  _____The  information transmitted is intended only for the person or entity to which it is  addressed and may contain confidential and/or privileged material. Any review,  retransmission, dissemination or other use of, or taking of any action in  reliance upon, this information by persons or entities other than the intended  recipient is prohibited. If you received this in error, please contact the  sender and delete the material from any computer. PricewaterhouseCoopers LLP is  a Delaware limited liability partnership. _____ This e-mail may  contain information that is confidential, privileged or otherwise protected from  disclosure. If you are not an intended recipient of this e-mail, do not   duplicate or redistribute it by any means. Please delete it and any attachments   and notify the sender that you have received it in error. Unless specifically   indicated, this e-mail is not an offer to buy or sell or a solicitation to buy   or sell any securities, investment products or other financial product or  service, an official confirmation of any transaction, or an official statement   of Barclays. Any views or opinions presented are solely those of the author and   do not necessarily represent those of Barclays. This e-mail is subject to terms   available at the following link: www.barcap.com/emaildisclaimer. By messaging   with Barclays you consent to the foregoing.  Barclays Capital is the  investment banking division of Barclays Bank PLC, a company registered in   England (number 1026167) with its registered office at 1 Churchill Place,   London, E14 5HP.  This email may relate to or be sent from other members of  the Barclays Group.

Barclays Group. _____ The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership._____ This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group. _____[attachment "Book2_xls.zip" deleted by Yoonki Hong/US/ABAS/PwC] _____The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership._____ This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England(number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group._____

Confidential Treatment Requested by PwC LLP                                                                                                                                       PwC-BarCap 00009390