# A. 196

| | | |
|---|---|---|
| Jon Holloway/UK/ABAS/PwC@EMEA-UK | To | Michael Guarnuccio/US/ABAS/PwC@AMERICAS-US@INTL |
| 01/28/2009 02:47 AM | cc | |
| | bcc | |
| | Subject | Re: Fw: Severance v. BonusFC1865BA47FB1557852576BE005AE39D |

Agreed.  They have to pay 2bn unless there are leavers, and they have to pay sev based on ex lehman terms.

Jon
PricewaterhouseCoopers LLP │ Banking & Capital Markets
+: Hay's Galleria, 1 Hays Lane │London, SE1 2RD
(: +44 (0)20 7804 9785 │ Mobile: +44 (0)7747 782150 │ :: jon.holloway@uk.pwc.com
PA: Sharon M. Robinson 0207 213 3726

| | | |
|---|---|---|
| Michael Guarnuccio/US/ABAS/PwC@AMERICAS-US | | |
| 26/01/2009 17:23 | Action (To) | |
| (646) 471-2949 | | Jon Holloway/UK/ABAS/PwC@EMEA-UK@INTL |
| "Reply to All" is Disabled | Information (cc) | |
| | Subject | |
| | | Fw: Severance v. Bonus |

FYI - this is the $150 million bonus related item.

I don't agree there is any leeway in the APA to get to their decision.  I would appreciate your thoughts to the extent you have any on the relevant sections of the APA I note below. Thanks
_____

Michael Guarnuccio | PricewaterhouseCoopers LLP

300 Madison Avenue│New York, NY  10017│(646-471-2949 │7: 813-375-6840│ *: Michael.Guarnuccio@us.pwc.com


----- Forwarded by Michael Guarnuccio/US/ABAS/PwC on 01/26/2009 12:23 PM -----

| | | |
|---|---|---|
| <martin.kelly@barclayscapital.com> | | |
| 01/26/2009 12:17 PM | To | Michael Guarnuccio/US/ABAS/PwC@Americas-US |
| "Reply to All" is Disabled | cc | <James.Walker@barclayscapital.com> |
| | Subject | RE: Severance v. Bonus |

Mike - there is a call scheduled tomorrow at 8am between your team and Paul Exall in HR - purpose to discuss what may be paid out of the $2b - our view is that the $2b may be used to discharge severance payments. Suggest we speak again on/after tomorrow's call.

Regards - Martin

Confidential Treatment Requested by PwC LLP                                                                                                                    PwC-BarCap 00009519

**From:** michael.guarnuccio@us.pwc.com [mailto:michael.guarnuccio@us.pwc.com]
**Sent:** Monday, January 26, 2009 11:24 AM
**To:** Kelly, Martin: Finance (NYK)
**Cc:** Walker, James: Finance (NYK)
**Subject:** Severance v. Bonus

Martin - I left a message in your office, but wanted to let you know my thoughts related to the $150 million of the cash bonus accrual related to the legacy Lehman employees.

Section 9.1 (b) of the APA says Barclays will provide each Transferred Employee who is terminated during the period between closing to 12/31/08 severance payments and benefits at levels at least equivalent to the legacy Lehman severance policy.

Section 9.1 (c) of the APA says Barclays will pay each Transferred Employee an annual bonus equal, in aggregate, to 100% of the bonus pool amounts accrued in respect of **incentive compensation** payable by Lehman as of 9/16/08.  Such amount of incentive compensation was agreed to be $2 billion, as reflected on the financial schedule between Barclays and Lehman.

We discussed this with HR (Paul Exall) back in September and it was confirmed to us then that the $2 billion was only for bonus and the severance amounts to be paid were separate.  It was also discussed with finance that there would be nothing for severance on the opening balance sheet since no plan had been put in place or announced as at the acquisition date.  I understand that there was the potential to pay additional amounts beyond the required severance amounts, at management's discretion, and we agreed that such amounts, if paid, could be considered part of the $2 billion incentive comp, but again, not the base severance amount.

I am happy to discuss or review what you guys have put together to support the current position.

Regards

Mike

_____

Michael Guarnuccio | PricewaterhouseCoopers LLP

300 Madison Avenue | New York, NY  10017 | (646-471-2949 |7: 813-375-6840| *: Michael.Guarnuccio@us.pwc.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing.  Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP.  This email may relate to or be sent from other members of the Barclays Group.