UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
Lehman Brothers Holdings Inc., *et al.*,               :    Case No. 08-13555 (JMP)
                                                       :
            Debtors.                                   :    (Jointly Administered)
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Kim Fitzgerald, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings.

2.  On the 31st of March 2010, I served a true and correct copy of the following document served upon the parties on the attached service list via regular mail:

Joinder of Bank of America, National Association, Successor by Merger to Lasalle Bank National Association, as Trustee, to the Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims against Debtors

*Kim Fitzgerald*
Kim Fitzgerald

Sworn to before me this
5th April, 2010

*Pamela L. Lewis*
Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires March 30, _____
April 30, 2011

LEGAL02/31847928v1

# SERVICE LIST

**Via Regular Mail**

Weil, Gothal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq.

Milbank, Tweed, Hadly & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O' Donnell, Esq.
    Evan Fleck, Esq.

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Riveria, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Rifkin, Esq.
    Tracey Hope Davis, Esq.

LEGAL02/31847928v1