UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :   Chapter 11
Lehman Brothers Holdings Inc.                         :
                                                      :   Case No. 08-13555 (JMP)
                                                      :
                       Debtor.                        :
------------------------------------------------------x

## WITHDRAWAL OF CLAIM

I, TOMARCHIO Carmelo, hereby withdrawal my proof of claim number 5203 filed as an unsecured claim in the amount of $ 29,296.30 on July 8, 2009.

By: _____

Name:_____

APR - 5 2010

ny-894059

**Extremely Urgent**

Call **1-800-PICK-UPS**® (1-800-742-5877) or visit **UPS.com**®

- For UPS Next Day Air services, there is no weight limit for envelopes containing letters, business correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.
- For UPS Worldwide Express, the UPS Express Envelope may be used only for documents of no commercial value. There is no limit on the weight or number of pages you can enclose.
- For UPS 2nd Day Air services, UPS Express Envelopes weighing one pound or more are subject to the corresponding rates for the applicable weight.

Do not send cash or cash equivalent.

Apply shipping documents on this side

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

66204-1    DRK2    14595



SHIP TO:
BRIDGET GALLERIE
LEHMAN BROTHERS HOLDINGS INC
EPIQ BANKRUPTCY SOLUTIONS, LLC
757 3RD AVE., 3RD FL.
NEW YORK NY 10017

UPS NEXT DAY AIR
TRACKING #: 1Z E12 397 01 6829 1766

BILLING: P/P
Client Matter #: 066204-0000001
Timekeeper: 14595