UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                        Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                        Debtor. | Case No. 08-01420 (JMP) |

**INDEX TO APPENDIX TO REPLY MEMORANDUM OF BARCLAYS CAPITAL INC.
IN FURTHER SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE
THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME IX

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 457 | September 19, 2008 1:08 am email from P. Tonucci to S. King, *et al.*, re Collateral in inventory and held by LBI, with attachments [Attachments truncated] |
| 469 | September 16, 2008 10:27 am email from M. Kelly to A. Nagpal re RE: What exchange traded derivs |
| 470 | Email chain including October 2, 2008 1:28 pm email from J. McDaniel to C. Kiplok, et al., and October 3, 2008 email from C. Kiplok to C. Levine, et al., (BCI-EX-(S)-00140141 – BCI-EX-(S)-00140142) |
| 472 | March 1, 2010, Barclays's Supplemental Responses to the Trustee's 2nd 30(b)(6) Notice |
| 475 | September 21, 2008 11:39 pm email from M. Mazzuchi to S. Hirshon, et al., re DTC docs, with attachment (Dep. Ex. 604, DTCC 00120 – DTCC 00125) |
| 476 | September 22, 2008 3:43 am email from I. Montal to E. Rosen, et al., re Barclays Guaranty, with attachment (Dep. Ex. 606, DTCC 00003 – DTCC 00007)) |
| 484 | September 21, 2008 4:04 pm email from J. McDaniel to J. Giddens, et al., re Understandings relating to the transfer of LBI's accounts at OCC, with attachments (CGSH00034543 – CGSH00034547) |
| 485 | *Excerpt of* October 16, 2008 Hearing Transcript |
| 504 | November 20, 2009 Motion for an Order Approving Trustee's Implementation of Transfer of PIM Accounts to Barclays |
| 505 | September 22, 2008 4:36 am email from R. Messineo to A. Frelinghuysen, et al., with attachment (Dep. Ex. 616A, WGM-LEHMAN-E 00006263 – WGM-LEHMAN-E 00006264) |
| 514 | September 25, 2008 5:40 pm email from A. Frelinghuysen to A. Blackwell, et al., re Representation re LBI-Barclays Assets for Sale (Dep. Ex. 671B, BCI-EX-(S)-00004199 – BCI-EX-(S)-00004200) |
| 517 | September 29, 2008 3:50 pm email from N. Ullman to A. Frelinghuysen re RE: Re-sending (Dep. Ex. 675B, HHR_00001074 – HHR_00001075) |
| 521 | April 1, 2010 Declaration of James Hraska |
| 522 | March 31, 2010 Declaration of Neil Ullman |
| 523 | April 5, 2010 Declaration of Laura Vecchio |
| 524 | September 30, 2010 3:58 pm email from D. Harvey to D. Wiltenburg, et al., re Re: Schedules, with attachments (HHR_00005030 – HHR_00005216) |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 627 | *Excerpts of* DTCC Annual Report 2008 (Dep. Ex. 601) |
| 628 | DTCC Consolidated Financial Statements For the years ended December 31, 2008 and 2007 |