# BCI Exhibit 469

**From:** Kelly, Martin
**Sent:** Tue, 16 Sep 2008 14:27:25 GMT
**To:** Nagpal, Ajay
**Subject:** RE: What exchange traded derivs

Mortgage TBAs and listed equity futures and options. No OTC

-----Original Message-----
From: Nagpal, Ajay
Sent: Tuesday, September 16, 2008 9:54 AM
To: Kelly, Martin
Subject: What exchange traded derivs

Are moving to barclays?

Ajay Nagpal
Lehman Brothers
212 526 6545 (work)
917 209 6901 (mobile)