# BCI Exhibit 470

**From:** Kiplok, Christopher
**Sent:** Fri, 03 Oct 2008 13:06:21 GMT
**To:** Levine, Carolyn B.; Vecchio, Laura M
**CC:** Kobak, James B.
**Subject:** Fw: Barclays Accounts at OCC

I think we are OK with the below, we should revisit the LoC issue later after transfers of collateral are effected.

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6810
FAX (212) 422-4726


----- Original Message -----
From: McDaniel, James R. <jmcdaniel@sidley.com>
To: Kiplok, Christopher
Sent: Fri Oct 03 09:04:02 2008
Subject: FW: Barclays Accounts at OCC

Chris:
This was returned yesterday because of a typo in the address. I spoke with Carolyn Levine last night, who called to follow up in general terms. I explained the current situation with her and I think we are all on the same page here. I need to leave the office at noon CT today, so please let me know asap if we have any issues that need immediate resolution. Please forward this to Carolyn as I do not have her e-mail address.

Thanks,
Jim

---

From:   McDaniel, James R.
Sent:   Thursday, October 02, 2008 1:28 PM
To:     kiplock@hugheshubbard.com
Cc:     wnavin@theocc.com; jcawley@theocc.com
Subject:   Barclays Accounts at OCC

Chris:
 To confirm my comments on the phone to you earlier, clearing accounts carried under the 074 number on OCC's books that were formerly accounts of Lehman Brothers Inc. ("LBI") have been transferred to Barclays Capital Inc. ("BCI") pursuant to the Transfer and Assumption Agreement executed by OCC, BCI and James W. Giddens as SIPA Trustee for LBI (the "Trustee").  Accordingly, OCC believes that there was no need for the consent dated October 1, 2008 that you sent to OCC relating to the transfer of certain positions from clearing member number 074 to clearing member number 255 (which is also a BCI clearing member number).  As all accounts under both numbers are accounts of BCI, OCC will continue to follow

CONFIDENTIAL                                                                                                                            BCI-EX-(S)-00140141

the directions of BCI and to transfer positions between these clearing member numbers, and otherwise act with respect to positions and collateral carried under both numbers, at the direction of BCI without consent from the Trustee. Please let OCC know immediately if you know of any reason that OCC should not continue to treat BCI as the owner of the 074 accounts.

Notwithstanding the foregoing, I drew your attention to certain funds representing the proceeds of letters of credit that OCC is holding in a suspense account. OCC believes that those funds also passed to BCI under the Transfer and Assumption Agreement, but we will be submitting a letter shortly asking for the Trustee's confirmation that these funds and certain clearing fee refunds should also be turned over to BCI. Meanwhile, OCC will continue to hold these funds in a suspense account.

Best regards,
Jim

James R. McDaniel
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312)853-2665
Fax: (312)853-7036

----------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************




****************************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************************

CONFIDENTIAL                                                                                              BCI-EX-(S)-00140142