# BCI Exhibit 472

Pursuant to the discussion between Tricia Bloomer and Neil Oxford on February 15, 2010, Barclays submitted its initial written responses to the Trustee's Second Rule 30(b)(6) Deposition Notice to Barclays (the "Second Notice") on February 22, 2010.   In that submission, we represented that we would provide certain materials in a second, supplemental submission, which follows.

## Topic 1

### *Trustee's Request:*

**LBI's options positions, as of the Closing, including the value of each of (i) the long options positions, and (ii) the short options positions at the Closing; the source and timing of Barclays' knowledge of the same; a breakdown of the positions at each exchange attributable to (i) LBI, (ii) Affiliate Customers, and (iii) Non-Affiliate Customers; whether, how, and the extent to which, those options positions have been included in Barclays' purchase accounting, including in the document marked as Exhibit 377A at the Rule 2004 depositions ("Exhibit 377A").**

### *Barclays' Supplemental Response:*

Barclays supplements its initial response to Topic 1 of the Second Notice by incorporating by reference a letter from Tricia J. Bloomer to William McGuire dated March 1, 2010, which supplements the letter from Tricia J. Bloomer to William McGuire dated February 22, 2010 that was referenced in Barclays' initial response to Topic 1 of the Second Notice.

## Topic 2

### *Trustee's Request:*

**Collateral, including Margin, posted by LBI, whether directly at an exchange or with another broker-dealer, as of the Closing, to secure options trading, including, with respect to each exchange: the value and form (e.g., cash, securities, money market account) of that collateral at the Closing; the source and timing of Barclays' knowledge of the same; a breakdown of that collateral attributable to (i) LBI positions or accounts; (ii) Affiliate Customer positions or accounts; and (iii) Non-Affiliate Customer positions or accounts; the extent to which that collateral was in excess of the minimum Margin requirement of the exchange as at the opening and closing of business on September 19, 2008 and as of the Closing; whether, when, and the extent to which, Barclays has taken possession of that collateral; and to the extent that LBI did not post collateral directly at an exchange or clearing house, with whom, and where, was that collateral posted.**

### *Barclays' Supplemental Response:*

Barclays supplements its initial response to Topic 2 of the Second Notice by incorporating by reference a letter from Tricia J. Bloomer to William McGuire dated March 1, 2010, which supplements the letter from Tricia J. Bloomer to William McGuire dated February 22, 2010 that was referenced in Barclays' initial response to Topic 2 of the Second Notice.

Barclays further supplements its initial response to Topic 2 by incorporating by reference the data contained in the document produced contemporaneously herewith in native format at Bates number BCI-EX-00302876 (spreadsheet entitled "OCC Day over Day Change Analysis"), which contains information concerning amounts booked by Barclays on its Acquisition Balance Sheet relating to the collateral that is the subject of Topic 2.

## Topics 4-7

### *Trustee's Requests:*

**4.** *LBI's futures positions as of the Closing, including, for each exchange: the value of the positions at the Closing; the source and timing of Barclays' knowledge of the same; a breakdown of the positions attributable to (i) LBI, (ii) Affiliate Customers, and (iii) Non-Affiliate Customers; the extent to which the positions attributable to each of LBI, Affiliate Customers and Non-Affiliate Customers are reflected in the document marked as Exhibit 546A at the Rule 60(b) depositions ("Exhibit 546A"); and whether, when, and the extent to which, those positions were closed, by whom, and at what cost.*

**5.** *Collateral, including Margin, posted by LBI, whether directly at an exchange or with another broker-dealer, as of the Closing, to secure futures trading, including, with respect to each exchange: the value and form (e.g., cash, securities, money market account) of that collateral at the Closing; the source and timing of Barclays' knowledge of the same; a breakdown of that collateral attributable to (i) LBI positions, (ii) Affiliate Customer positions, and (iii) Non-Affiliate Customer positions; how, and the extent to which, that collateral, attributable to each of (i) LBI positions; (ii) Affiliate Customer positions; and (iii) Non-Affiliate Customer positions, is reflected on Exhibit 546A; and to the extent that LBI did not post collateral directly at an exchange or clearing house, with whom, and where, was that collateral posted.*

**6.** *For Exhibits 1-3 to the Declaration of Elizabeth James, dated January 8, 2010 ("James Declaration"), a reconciliation of each of the exhibits with (i) Exhibit 546A; and (ii) with the list of other assets claimed by Barclays not included in Exhibit 377A, and reflected on the document marked as Exhibit 399A at the Rule 2004 depositions; a breakdown of the collateral, including Margin, reflected on Exhibits 1-3 attributable to (i) LBI positions, (ii) Affiliate Customer positions, and (iii) Non-Affiliate Customer positions; and for each exchange or clearing house reflected on Exhibits 1-3, whether LBI, an Affiliate, or a nonaffiliated broker held membership at that exchange or clearing house.*

**7.** *With respect to each exchange or clearing house at which LBI traded in options or futures as of the Closing, whether, when, and the extent to which Barclays has received any assets from the exchange, clearing house or exchange member, except for positions, as a result of the Sale Transaction, including a breakdown of the assets attributable to (i) Margin, (ii) Clearing Fund deposits, (iii) proceeds from the liquidation of LBI positions, Affiliate Customer positions or Non-Affiliate Customer positions, (iv) exchange membership, or (v) any other assets; and whether, and the extent to which, Barclays has booked that collateral in its purchase accounting, including on Exhibits 546A and 377A.*

2

*__Barclays' Supplemental Response:__*

Barclays supplements its initial response to Topics 4-7 of the Second Notice as follows:

First, Barclays incorporates by reference a letter from Tricia J. Bloomer to William McGuire dated March 1, 2010, which supplements the letter from Tricia J. Bloomer to William McGuire dated February 22, 2010 that was referenced in Barclays' initial response to Topics 4-7 of the Second Notice.

Second, as part of Topics 4-7 of the Second Notice, the Trustee has requested detailed information with regard to Exhibit 546A.  Pursuant to the discussion between Tricia Bloomer and Neil Oxford on February 15, 2010, attached hereto as Exhibit 1 is a spreadsheet entitled "Futures Breakdown" that includes a detailed description of each line item reflected on Exhibit 546A.

Third, as part of Topic 6 of the Second Notice, the Trustee requested "For Exhibits 1-3 to the Declaration of Elizabeth James, dated January 8, 2010 ("James Declaration"), a reconciliation of each of the exhibits with (i) Exhibit 546A…."  In response to this request, please see Exhibit 2 attached.

## Topic 9

*__Trustee's Request:__*

***Clearing Fund at each exchange or clearing house on which LBI traded in options or futures, including, for each exchange or clearing house: the value and form of the Clearing Fund as of the Closing; the source and timing of Barclays' knowledge of the same; whether, how, and the extent to which, Barclays has booked the Clearing Fund deposits in its purchase accounting, including in Exhibits 546A and 377A; whether, when, and the extent to which, Barclays has received or taken possession of the Clearing Fund at each exchange; and whether, and the extent to which, the Clearing Fund deposits are reflected in Exhibits 1-3 of James Declaration.***

*__Barclays' Response:__*

Approximately $171 million in clearing fund deposit was held at the OCC as of the time of Closing.  This amount was recorded on Barclays' Acquisition Balance Sheet (it is a component of the $2.29 billion that is the sum of the "OCC margin against exchange traded options" line item and the "OCC customer and clearing margin" line item on the third page of Exhibit 377A (produced at BCI-EX-00115845)).  This clearing fund deposit was comprised entirely of t-bills at the time of the Closing.  Barclays has only received approximately $19 million of this amount.  *See* BCI Ex. 335 (Nov. 9, 2008 12:04 pm e-mail from J. McDaniel to J. Giddens, *et. al* with attachment); *see also* BCI Ex. 334 (e-mail chain including Oct. 21, 2008 4:50 pm email from W. Navin to K. Raisler with attachments).

Although Barclays is entitled to all clearing fund deposits associated with LBI's futures business as of the Closing (at the OCC and elsewhere), Barclays has not received any such assets from any domestic clearing house other than the OCC.  To Barclays' knowledge, LBI was not a clearing member of any foreign clearing house and would not have held any clearing fund deposits with those entities.

Please see the letter from Tricia J. Bloomer to William McGuire dated February 22, 2010, as supplemented by the letter from Tricia J. Bloomer to William McGuire dated March 1, 2010, for a comprehensive account of the information to which Barclays had access prior to the Closing concerning the entirety of LBI's exchange-traded derivatives business, including clearing fund deposits.

## Topic 10

### *Trustee's Request:*

***Membership at each exchange or clearing house on which LBI traded in options or futures, including, for each exchange or clearing house: which entity (e.g., LBI, and Affiliate or a non-affiliated broker) held membership; the status of that membership since the Closing (e.g., closed, transferred to Barclays, or other); whether, when, and how that membership has been valued; whether, how, and at what value, that membership has been accounted for in Barclays' purchase accounting, including in Exhibit 377A and 546A; and whether Barclays held membership at that exchange or clearing house prior to the Closing.***

### *Barclays' Response:*

To Barclays' knowledge, the exchanges and clearing houses through which LBI traded in futures as of the Closing are set out in the spreadsheet entitled "Exchange Matrix" (BCI-EX-00302874) that is being produced contemporaneously herewith.  LBI was a clearing member of the organization that cleared trades for each of the Domestic and Canadian exchanges listed except the Kansas City Board of Trade, the Montreal Exchange, the Minneapolis Grain Exchange, the Winnipeg Grain Exchange, and the Toronto Stock Exchange, on which LBI traded through non-affiliate brokers MF Global and Bank of Montreal.

LBI had no memberships on any exchanges outside the United States or Canada.  LBI traded on foreign exchanges either through an affiliate or through a third-party, non-affiliated broker, as reflected in the International Exchange Matrix section of the attached Exchange Matrix (BCI-EX-00302874).

Prior to the Closing, Barclays maintained memberships at, among others, the Chicago Mercantile Exchange (CME), Chicago Board of Trade (CBT), New York Mercantile Exchange (NYMEX/COMEX), Ice Clear US (ICE/NY), EUREX US, and Chicago Climate Futures Exchange (CCFE).  Barclays was not a member of the Chicago Futures Exchange (CFE) which is listed on the Exchange Matrix as "CFF" and "CBOE Futures Exchange."

See the document produced at SC 00023274-75 (e-mail from A. Reinstein to D. Gilberg and K. Raisler, September 22, 2008 2:57 p.m.) regarding the transfer of exchange memberships to Barclays.

See the spreadsheet entitled "Exchange Seats 9.22.08 Valuation as of 1.12.09", produced in native format with the placeholder Bates number BCI-EX-00302875, for information regarding, among other things, certain of the seats and shares LBI held as of the Closing with various exchanges on which it traded in futures.  Barclays' recognized the approximately $61 million related to LBI's commodities exchange seats reflected on that spreadsheet in the "Intangible Assets" category of its Acquisition Balance Sheet.  Barclays valued those seats as of September 22, 2008, using publicly-available prices.   Since the time Barclays prepared its Acquisition Balance Sheet, Barclays became aware that LBI also held exchange seats for NYBOT as of the Closing.  Although not reflected on Barclays' Acquisition Balance Sheet, Barclays is entitled to the NYBOT membership seats (and to all exchange membership shares that LBI held as of the Closing) as well.

Barclays was, and remains, unable to obtain further information from the exchanges concerning exchange memberships.

## Topic 11

### *Trustee's Request:*

***Whether Barclays hedged the assets it acquired pursuant to the Sale Transaction, irrespective of whether Barclays has received the assets, and including (i) options and futures positions, and (ii) assets delivered to Barclays pursuant to the December Settlement; the net gain or loss on those assets after taking account of the results of hedging; whether, and the extent to which, any reported losses (e.g., the alleged loss of $730 million reflected on Exhibit 534A, topic 25) have been offset by hedging the assets; and whether, and the extent to which, Barclays has accounted for the results of hedging in it purchase accounting, including in Exhibits 377A.***

### *Barclays' Response:*

As contemplated by the February 22, 2010 letter from Tricia Bloomer to William Maguire, on February 24, 2010, Barclays produced Eric Clark as Barclays' 30(b)(6) representative to address that portion of Topic 11 that relates to exchange-traded options and futures (as opposed to assets delivered pursuant to the December settlement).  Barclays will separately provide the information sought in Topic 11 as it relates to the assets delivered pursuant to the December settlement.

# Exhibit 1

## Summary

|  | What these assets are? | In Barclays possession? |
| --- | --- | --- |
| Cash | These are the segregated bank accounts for the Futures business held by LBI as at close of business on 19th Sept 2008. | Yes - The Trustee transferred to Barclays the cash out of these bank accounts during the last week of September 2008. |
| Mutual Funds | These are the segregated Mutual Funds for the Futures business held by LBI as at close of business on 19th September 2008. These were either held directly by LBI or pledged to domestic exchanges. | Barclays has received all the cash from redemptions of these mutual fund holdings, except for $5m in the Reserve Primary Fund. |
| T-bills | $249m of this balance are the US government T-bills that had been placed with foreign brokers / lehman affiliates to cover customer positions.<br>The remaining $155m of US government T-bills were those placed with foreign brokers to cover house positions. | Barclays received either the T-bill or equivalent redemption funds from the foreign brokers which were covering customer positions. Barclays has not received any of the T-bills held by lehman affiliates or those held at foreign brokers to cover house positions. |
| Domestic Exchanges | This balance is made-up of the open trades and associated collateral that LBI had placed with domestic exchanges to cover customer positions as at close of business 19th September 2008. | Yes |
| Foreign Brokers | This balance is made-up of the open trades and associated collateral that LBI had placed with foreign brokers to cover both customer and house positions as at close of business 19th September 2008. | Barclays has not received any funds with respect to the house positions.<br>Barclays has received funds from some of the foreign brokers in relation to customer positions, but has not received any from New Edge, Polaris or Samsung. |
| Lehman Affiliates | This balance is made-up of the open trades and associated collateral that LBI had placed with lehman affiliates to cover customer positions as at close of business 19th September 2008. | Barclays has not received any amounts with respect to these affiliate balances. |

| | | |
|---|---|---|
| **Customer Balances** | This balance is made-up of open trades and associated collateral placed by clients with LBI as at close of business 19th September 2008. | Barclays has settled nearly all these amounts with the relevant customers. |
| **Accrued fees etc** | These balances are related to interest and fee rebates that were due to customer as at close of business 19th September 2008. | Barclays has repaid these amounts to customers. |
| **Provisions for:**<br>**-OCC Loss**<br>**-WAMCO**<br>**-LCH Duplicate trades**<br>**- Customer non-recovery** | These provisions are for (i) customer receivable balances where the customer was questioning the amount payable which brought into question collectibility; and (ii) losses that were taken on closing out certain positions after the acquisition date. | (i) Barclays has now received some of the amounts that were originally provided for.<br>(ii) Barclays has paid out the amounts in relation to the trading losses. |

| Breakdown attached? | How acquisition balance sheet figures prepared? |
| --- | --- |
| See 'Cash' tab | The cash balances were initially obtained from the RISC and ADP systems.<br>These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations as at close of business 19th September 2008.<br>The booking of these adjustments brought the cash balances to within $1m of the statement balances across all the bank accounts. |
| See 'Mutual Funds' tab | The balances were initially obtained from the RISC system.<br>The balances were reconciled to Mutual Fund position confirmations/statements as at close of business 19th September 2008.  Adjustments were posted for all significant differences noted between the system and the confirmations, plus any related items on the bank reconciliations. |
| See 'T-bills' tab | The balances were initially obtained from the RISC system.<br>These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations or otherwise noted when preparing the balance sheet for close of business 19th September 2008.<br>The balances were then reconciled to the foreign broker and lehman affiliate statements as at close of business 19th September 2008. |
| See 'Domestic Exchanges' tab | The balances were initially obtained from the RISC system.<br>These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations as at close of business 19th September 2008.<br>Discussions were also held with operations staff to identify any significant differences to the exchange statements as at close of business 19th September 2008. |
| See ' Foreign Brokers' tab | The balances were initially obtained from the RISC system.<br>These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations or otherwise noted when preparing the balance sheet for close of business 19th September 2008.<br>The balances were then reconciled to the foreign broker statements as at close of business 19th September 2008. |
| See ' Lehman Affiliates' tab | The balances were initially obtained from the RISC system.<br>These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations or otherwise noted when preparing the balance sheet for close of business 19th September 2008.<br>These balances were also adjusted for significant entries posted in the RISC system after the acquisition that upon investigation was found to relate to the pre-acquisition period. |

| | |
|---|---|
| No summary breakdown available as balance was comprised of thousands of different customer accounts. | The balances were initially obtained from the RISC system. These balances were then adjusted for all significant reconciling items that were outstanding on the bank reconciliations or otherwise noted when preparing the balance sheet for close of business 19th September 2008 (e.g. trade pricing errors noted on foreign broker reconciliations). These balances were also adjusted for entries posted after the acquisition in the ledger that actually related to transactions that occurred pre-acquisition. |
| No further breakdown available | The balances were initially obtained from the RISC system. The amounts paid to customer post acquisition related to interest and fees was calculated and compard to the amounts accrued to ensure reasonable. |
| This was already broken down in the acquisition balance sheet. | These balances were identified through discussions with various staff in operations, finance and the business. |

## Cash

| RISC/ADP AC | Balance /$ |
|---|---|
| 73191124 / 066-010-322 | 403,027,876 |
| 73191195 / 066-027-209 | (141,527) |
| 73191159 / 930-1-031259 | 388,358,377 |
| 01100049 / 066-619-491 | 20,044,077 |
| Other | 392,904 |
| | 811,681,707 |

## Mutual Funds

| Description | Balance /$ |
|---|---|
| Lehman Prime Fund Reserve | 904,641,953 |
| BGI Prime MM | 165,700,251 |
| Lehman Cash Mgmt Prime | 113,500,000 |
| Reserve Primary Fund | 50,867,187 |
| JPM Chase Prime Fund 3605 | 50,000,000 |
| GS FSQ MMF | 35,994,724 |
| Blackrock Temp Fund | 19,300,679 |
| Lehman Money Market | 18,237,917 |
| Other | 26,970,275 |
| | **1,385,212,984** |

## T-bills

| Held at | House/Customer | Balance /$ |
|---|---|---|
| Bank of Montreal | House | 5,000,000 |
| Macquarie | House | 150,000,000 |
| Macquarie | Customer | 75,079,358 |
| MF Global | Customer | 24,908,958 |
| Bank of Montreal | Customer | 54,815,883 |
| LB PTE | Customer | 74,726,875 |
| LBJ | Customer | 19,927,167 |
| | | **404,458,241** |

## Domestic Exchanges

| Description | Balance /$ |
|---|---|
| CAD @ CME on behalf of Client | 19,382,429 |
| CME (Cash + 99204001 + 99204501) | 322,550,737 |
| OCC - 084 box margin | 47,682,824 |
| Other | 14,117,020 |
| | **403,733,010** |

## Foreign Brokers

| Description | House/Customer | Balance /$ |
|---|---|---|
| MF Global | House | 45,176 |
| Macquarie | House | 49,595,067 |
| Newedge | House | 28,505 |
| Kenanga | House | 5,460,292 |
| Samsung | Customer | 4,318,343 |
| Macquire Bank | Customer | 57,305,967 |
| Kenanga | Customer | 5,084,576 |
| MF Global | Customer | 7,544,832 |
| New Edge | Customer | 2,123,622 |
| Polaris | Customer | 93,345,603 |
| Bank of Montreal | Customer | 36,585,985 |
| | | **261,437,968** |

## Lehman Affiliates

| Description | Receivable / $ | (Payable) / $ | (Provision) / $ |
| --- | --- | --- | --- |
| LBI Client (022-96258) | 16 | | (16) |
| LBIE Co183 (Various) | 149,433,181 | | (149,433,181) |
| LBIE Omnbius (279-80766, 80866, 86266) | | (127,726,041) | |
| LB Securities HK (022-95547) | 1,286,741 | | (1,286,741) |
| LBIE Seoul Korea (Various) | 5,205,067 | | (5,205,067) |
| LB Futures Asia Clearing (022-95572) | 12,954,078 | | (12,954,078) |
| LB PTE Co34 (022-95612) | 60,536,677 | | |
| LBJ Co83 (Various) | 58,843,688 | | |
| **Total** | **288,259,447** | **(127,726,041)** | **(168,879,082)** |

# Exhibit 2

**Reconcilation of Exhibits 1-3 o the Acquisition balance sheet**
**Summary schedule**

| Proprietary Futures | Exhibits $ | Acq Balance Sheet $ | Difference $ | |
|---|---|---|---|---|
| Total per Exhibit 1 | 457,205,950.14 | | | |
| *Acq Balance Sheet* | | | | |
| T-bills held to cover house positions | | 155,000,000.00 | | |
| Foreign brokers (House positions) | | 55,129,039.27 | | |
| Difference | 457,205,950.14 | 210,129,039.27 | 247,076,910.87 | See Prop Futures tab for reconciliation |

| Money Market Funds | Exhibits $ | Acq Balance Sheet $ | Difference $ | |
|---|---|---|---|---|
| Total per Exhibit 2 | 1,063,520,709.28 | | | |
| Total per Exhibit 3 | 5,108,924.50 | | | |
| *Acq Balance Sheet* | | | | |
| Mutual Funds | | 1,385,212,984.34 | | |
| Difference | 1,068,629,633.78 | 1,385,212,984.34 | (316,583,350.56) | See Money Market Funds tab for reconciliation |

| Cash | Exhibits $ | Acq Balance Sheet $ | Difference $ | |
|---|---|---|---|---|
| Total per Exhibit 2 | 871,564,537.93 | | | |
| *Acq Balance Sheet* | | | | |
| Cash | | 811,681,707.64 | | |
| Difference | 871,564,537.93 | 811,681,707.64 | 59,882,830.29 | See Cash tab for reconciliation |

| Foreign Brokers | Exhibits $ | Acq Balance Sheet $ | Difference $ | |
|---|---|---|---|---|
| Total per Exhibit 2 | 265,986,962.50 | | | |
| Total per Exhibit 3 | 99,300,047.51 | | | |
| *Acq Balance Sheet* | | | | |
| T-bills held at foreign brokers | | 154,804,198.81 | | |
| Foreign brokers (Customer positions) | | 206,308,929.20 | | |
| Difference | 365,287,010.01 | 361,113,128.01 | 4,173,882.00 | See Foreign Brokers tab for reconciliation |

| Lehman Affiliates | Exhibits $ | Acq Balance Sheet $ | Difference $ | |
|---|---|---|---|---|
| Cash total per Exhibit 3 | 289,239,642.95 | | | |
| T-Bills total per Exhibit 3 | 95,000,000.00 | | | |
| *Acq Balance Sheet* | | | | |
| T-bills held at Lehman affiliates | | 94,654,042.00 | | |
| Lehman affiliates receivables | | 288,259,446.58 | | |
| Lehman affiliates provision | | (168,879,081.91) | | |
| Difference | 384,239,642.95 | 214,034,406.67 | 170,205,236.28 | See Lehman Affiliates tab for reconciliation |

# Reconciliation of Exhibits 1-3 with the Acquisition Balance Sheet
## Proprietary Futures

**Proprietary Futures**

|  | Exhibits $ | Acq Balance Sheet $ | Difference $ |
|---|---|---|---|
| Total per Exhibit 1 | 457,205,950.14 | | |
| | | | |
| *Acq Balance Sheet* | | | |
| T-bills held to cover house positions | | 155,000,000.00 | |
| Foreign brokers (House positions) | | 55,129,039.27 | |
| Difference | 457,205,950.14 | 210,129,039.27 | 247,076,910.87   See below |

| Reconciliation of Difference | $ | |
|---|---|---|
| House positions held at Lehman Affiliates (Japan, Korea & Singapore) | 237,882,995.96 | Note A |
| Macquarie LEHH collateral | 7,121,559.61 | Note B |
| Other differences | 2,072,355.30 | Note C |
| | 247,076,910.87 | |

**Note A**
These items were included within exhibit 1, but not included in the acquisition balance sheet.
The exhibits included amounts irrespective of any assessment of collectability.
No amounts were recognised in the acquisition balance sheet due to uncertainty around the ability of those entities to pay the due amounts.

**Note B**
There was $36m notional of USD T-bills placed with Macquire covering house positions as at the acquisition date.
In the acquisition balance sheet, this was recorded as $36,211,761 to represent the current market value and would include any accrued interest.
In exhibit 1 this was recorded as $43,333,320 due to the USD collateral being converted to AUD and then back to USD using different FX rates.
The exhibit figure was prepared based a AUD figure from the Macquarie statement as at 5th November, when the positions had been closed out.
The collateral value was shown in AUD on the statement at a figure of 52,144,738.04 which had been calculated by Macquarie by converting the USD figure using the FX rate at that time of 0.69.
However, when converted to USD in the exhibit an FX rate of 0.83102 was used to convert back into USD.

**Note C**
The figures in the exhibit were based on the statement figures once the accounts had been closed out.
The figures in the acquisition balance sheet were based on the statement figures as at close of business 19th September 2008.
We have not fully reconciled the remaining difference, but there are various reasons that would explain the movement due to the difference in timing that the two sets of information were prepared based on.
These differences would include movement in FX rates, MTM movements on any open trades and interest on collateral.

# Reconciliation of Exhibits 1-3 with the Acquisition Balance Sheet
## Money Market Funds

| Money Market Funds | Exhibits $ | Acq Balance Sheet $ | Difference $ |
|---|---|---|---|
| Total per Exhibit 2 | 1,063,520,709.28 | | |
| Total per Exhibit 3 | 5,108,924.50 | | |
| | | | |
| *Acq Balance Sheet* | | | |
| Mutual Funds | | 1,385,212,984.34 | |
| **Difference** | **1,068,629,633.78** | **1,385,212,984.34** | **(316,583,350.56)** See below |

| Reconciliation of Difference | $ | | |
|---|---|---|---|
| Lehman Prime (IN KIND) redemption | (313,450,449.06) Note A | | |
| Other differences | (3,132,901.50) Note B | | |
| | **(316,583,350.56)** | | |

### Note A

The acquisition balance sheet figure is based on the position at the time of acquisition, i.e. 22nd September 2008.
The amount shown for money market funds in the exhibit is the amount that was transferred by the trustee to Barclays at the beginning of October 2008.
The Lehman Prime fund was in the process of being run down during this time period with cash distributions being made to holders as the underlying investments reached maturity.
The $313,450,449.06 is the amount of cash distributions that were received directly into a Barclays own bank account at BONY on 24th September 2008.
As the $313,450,449.06 was received directly into a Barclays bank account, it does not feature within the cash balance on exhibit 2 and therefore does not appear as a reconciling item in the 'Cash' tab.

### Note B

The acquisition balance sheet figure is based on the position at the time of acquisition, i.e. 22nd September 2008.
The amount shown for money market funds in the exhibit is the amount that was transferred by the trustee to Barclays as at beginning of October 2008.
We have not fully reconciled the remaining difference, but there are various reasons that would explain the movement due to the difference in timing that the two sets of information were prepared based on.
These differences would include interest and other smaller redemptions.

## Reconciliation of Exhibits 1-3 with the Acquisition Balance Sheet

### Cash

| | Exhibits $ | Acq Balance Sheet $ | Difference $ |
|---|---|---|---|
| Total per Exhibit 2 | 871,564,537.93  Note A | | |
| **Acq Balance Sheet** | | | |
| Cash | | 811,681,707.64 | |
| Difference | | 811,681,707.64 | 59,882,830.29  See below |
| | 871,564,537.93 | | |

**Reconciliation of Difference**

| | $ | |
|---|---|---|
| Cash received between 9/19 and 9/24 (mainly from customers and domestic exc) | 29,486,443.75 | Note B |
| Trustee transfers in October 2008 | 33,062,222.85 | Note C |
| Difference between exhibit and amounts rec'd from trustee | (1,807,731.70) | Note D |
| Other differences | (858,104.61) | Note E |
| | 59,882,830.29 | |

**Note A**
The amount of cash in the exhibit is based on the amount that was transferred by the trustee to Barclays during September and October 2008.
This does not include any cash that was received directly by Barclays in relation to other receivables at the time of acquisition.
For example, the $313m that was received related to the redemption of the money market funds was received directly into a Barclays own bank account at BONY, and therefore is not included in the exhibit figure.

**Note B**
The acquisition balance sheet figure is based on the position at the time of acquisition, i.e. 22nd September 2008.
The amount of cash in the exhibit is based on the amount that was transferred by the trustee to Barclays during September and October 2008.
The initial transfers by the trustee of funds to Barclays totalled $840,310,046.78, which was based on the closing balances on the bank statements as at 24th September 2008.
The closing bank statement balances on 24th September 2008 were higher than at the point of acquisition due to cash continuing to be received into the LBI bank accounts from customers and domestic exchanges on 22nd - 24th September 2008.

**Note C**
The acquisition balance sheet figure is based on the position at the time of acquisition, i.e. 22nd September 2008.
The amount of cash in the exhibit is based on the amount that was transferred by the trustee to Barclays during September and October 2008.
Cash continued to be received into the LBI bank accounts from customers and exchanges following the initial transfers based on 24th September 2008.
The trustee made a further transfers of funds to Barclays for $30,000, $753,955, $12,703,777 and $19,554,491 during October 2008.

**Note D**
The amount of cash in the exhibit is based on the amount that was transferred by the trustee to Barclays during September and October 2008.
However, it has now been noted that the amount shown in the exhibit slightly disagrees with the total actual amount transferred by the trustee to Barclays.

**Note E**
The acquisition balance sheet figure was prepared starting from the amounts recorded in the ADP and RISC systems related to cash as at 9/19.
The system balances were adjusted for all significant reconciling items listed on the bank reconciliations performed by operations.
These adjustments brought the system balances significantly closer to those shown on the statements.
However, we did not investigate and pass adjustments for all differences between the system balances and the bank statements.
The $858,105 is the difference between the total cash balance in the acquisition balance sheet and the bank statements at the time of acquisition.

**Reconciliation of Exhibits 1-3 with the Acquisition Balance Sheet**
**Foreign Brokers**

| Foreign Brokers | Exhibits $ | Acq Balance Sheet $ | Difference $ |
|---|---|---|---|
| Total per Exhibit 2 | 265,986,962.50 | | |
| Total per Exhibit 3 | 99,300,047.51 | | |
| | | | |
| *Acq Balance Sheet* | | | |
| T-bills held at foreign brokers | | 154,804,198.81 | |
| Foreign brokers (Customer positions) | | 206,308,929.20 | |
| **Difference** | 365,287,010.01 | 361,113,128.01 | 4,173,882.00  Note A |

*Note A*
The figures in the exhibit were based on the statement figures once the accounts had been closed out.
The figures in the acquisition balance sheet were based on the statement figures as at close of business 19th September 2008
We have not fully reconciled the remaining difference, but there are various reasons that would explain the movement due to the difference in timing that the two sets of information were prepared based on.
These differences would include interest on collateral and MTM movements on any open trades.
Also, the acquisition balance sheet figures for foreign brokers were prepared from the Lehman RISC system rather than directly from the statement.
Adjustments were then posted to correct significant known trade and pricing errors, however, we did not always post all the adjustments that would bring the balances fully in-line with the statements.

## Reconciliation of Exhibits 1-3 with the Acquisition Balance Sheet
## Lehman Affiliates

| Lehman Affiliates | Exhibits $ | Acq Balance Sheet $ | Difference $ |
|---|---|---|---|
| Cash total per Exhibit 3 | 289,239,642.95 | | |
| T-Bills total per Exhibit 3 | 95,000,000.00 | | |
| | | | |
| *Acq Balance Sheet* | | | |
| T-bills held at Lehman affiliates | | 94,654,042.00 | |
| Lehman affiliates receivables | | 288,259,446.58 | |
| Lehman affiliates provision | | (168,879,081.91) | |
| **Difference** | **384,239,642.95** | **214,034,406.67** | **170,205,236.28**  See below |

| Reconciliation of Difference | $ | |
|---|---|---|
| Lehman Brothers Futures Asia | 5,955,828.87 | Note A |
| Lehman Brothers SA | 1,289,014.08 | Note A |
| Lehman Brothers International (Europe) | 157,705,652.19 | Note A |
| Other differences | 5,254,741.09 | Note B |
| | **170,205,236.23** | |

**Note A**
These items were included within the exhibits 2-3, but not included in the acquisition balance sheet.
The exhibits included amounts irrespective of any assessment of collectability.
No amounts were recorded against these Lehman affiliates in the acquisition balance sheet due to uncertainty around the ability of those entities to pay the due amounts.

**Note B**
The figures in the exhibit were based on the statement figures once the accounts had been closed out.
The figures in the acquisition balance sheet were based on the statement figures as at close of business 19th September 2008.
We have not fully reconciled the remaining difference, but there are various reasons that would explain the movement due to the difference in timing that the two sets of information were prepared based on.
These differences would include interest on collateral and MTM movements on any open trades.
Also, the acquisition balance sheet figures for Lehman affiliates were prepared from the Lehman RISC system rather than directly from the statement.
Adjustments were then posted to correct significant known trade and pricing errors, however, we did not always post all the adjustments that would bring the balances fully in-line with the statements.