# BCI Exhibit 514

**From:** Frelinghuysen, Anson
**Sent:** Thu, 25 Sep 2008 21:40:21 GMT
**To:** Blackwell, Alastair
**CC:** Giddens, James W.; Kobak, James B.; Kiplok, Christopher
**Subject:** Representation re LBI-Barclays Assets for Sale

Alastair,

Please see the enclosed letter, which will be necessary before the SIPC Trustee can authorize the movement of the positions discussed earlier that are due as part of the LBI/Barclays transaction. Once the letter and position list is received, we will take appropriate action to assist in effectuating the transfer.

Please feel free to contact me or Jim Kobak (kobak@hugheshubbard.com; 212.837.6757) if you have any questions.

Thanks,

Anson

<<Representation re LBI-Barclays Assets for Sale.DOCX>>

Anson B. Frelinghuysen
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Tel: 212.837.6208
Fax: 212.299.6208
Cell: 646.404.3033

***************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
***************************************************************



EXHIBIT
671 B
Blumberg No. 5118

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00004199

LBI Letterhead

September 25, 2008

James W. Giddens
Trustee, Securities Investor
Protection Corporation Liquidation
of Lehman Brothers Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Re: Transfer of Lehman Brothers Inc. Assets to Barclays Capital Inc.

Dear Mr. Giddens,

I represent and confirm to you that the inventory and accounts listed in the schedule attached as Exhibit A to this letter are assets of Lehman Brothers Inc., which were sold to Barclays Capital Inc. pursuant to the Asset Purchase Agreement dated as of September 16, 2008, as amended.

Sincerely,

Alastair Blackwell
Senior Vice President,
Lehman Brothers Inc.

[Filename]

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00004200