# BCI Exhibit 517

| | |
|---|---|
| To: | Frelinghuysen, Anson[frelingh@hugheshubbard.com] |
| From: | Ullman, Neal (NY) |
| Sent: | Mon 9/29/2008 3:50:33 PM |
| Importance: | Low |
| Sensitivity: | None |
| Subject: | RE: Re-sending |
| Categories: | urn:content-classes:message |

Confirmed

-----Original Message-----
From: Frelinghuysen, Anson [mailto:frelingh@hugheshubbard.com]
Sent: Monday, September 29, 2008 3:31 PM
To: Ullman, Neal (NY)
Subject: RE: Re-sending

Neal,

Please confirm that the attachments to the email below represent assets of Lehman Brothers Inc. that were sold to Barclays Capital Inc. pursuant to the Asset Purchase Agreement dated as of September 16, 2008.

Thank you.

Anson

-----Original Message-----
From: Ullman, Neal (NY) [mailto:Neal.Ullman@barclayscapital.com]
Sent: Monday, September 29, 2008 3:21 PM
To: Frelinghuysen, Anson
Subject: FW: Re-sending

Anson - I am seeking authorization to transfer the securities in the attached spreadsheets as part of the transfer of assets to Barclays capital.

The worksheet labeled equity 5101 represents equity collateral which should be delivered from DTC #074 to DTC #5101.

> <<equity5101.xls>>
>
>

The worksheet labeled DTC 074 Available COLL represents fixed income collateral which should be delivered from DTC #074 to DTC #7256.



> <<DTC 074 AVAILABLE COLL .xls>>
>
>
>
Please let me know if you have any questions or require additional information,


Confidential

HHR_00001074

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended
recipient of this e-mail, do not duplicate or redistribute it by any
means. Please delete it and any attachments and notify the sender that
you have received it in error. Unless specifically indicated, this
e-mail is not an offer to buy or sell or a solicitation to buy or sell
any securities, investment products or other financial product or
service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those
of the author and do not necessarily represent those of Barclays. This
e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing. Barclays Capital is the investment banking division of
Barclays Bank PLC, a company registered in England (number 1026167) with
its registered office at 1 Churchill Place, London, E14 5HP. This email
may relate to or be sent from other members of the Barclays Group
--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or
written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending
to another party any transaction or matter addressed herein.

********************************************************************

This email and any files transmitted with it may contain privileged or
confidential information. Use, disclosure, copying or distribution of
this message by anyone other than the intended recipient is strictly
prohibited. If you have received this email in error please notify the
sender by reply email and destroy all copies of this message in your
possession, custody or control.
********************************************************************

-------------------------------------------

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure.
If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please
delete it and any attachments and notify the sender that you have received it in error. Unless specifically
indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment
products or other financial product or service, an official confirmation of any transaction, or an official
statement of Barclays. Any views or opinions presented are solely those of the author and do not
necessarily represent those of Barclays. This e-mail is subject to terms available at the following link:
www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays
Capital is the investment banking division of Barclays Bank PLC, a company registered in England
(number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate
to or be sent from other members of the Barclays Group
--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including
any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding
U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction
or matter addressed herein.