# BCI Exhibit 523

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

## DECLARATION OF LAURA VECCHIO

I, Laura Vecchio, declare as follows:

1. I make this declaration on my personal knowledge. If called to testify, I would testify competently as follows.

2. I am employed by Barclays Capital, Inc. ("Barclays"). Before the September 22, 2008 transaction in which Barclays acquired certain assets of Lehman Brothers Inc. ("LBI"), I was employed by Lehman Brothers. At both banks, my duties included regulatory compliance issues.

3. I had no involvement in the negotiation of the sale transaction that closed on September 22, 2008. In the days and weeks immediately following the closing of that transaction, however, I was asked to serve as a liaison between Barclays and representatives of the SIPA Trustee, transmitting information and other communications between the two parties.

4. On September 26, 2008, I was asked to transmit to the Trustee a request that he authorize the DTC to transfer approximately $269 million in securities in LBI's 636 account to Barclays' 7256 account. Attached hereto as Exhibit A is a true and correct copy of my email to Christopher Kiplok, the Trustee's representative, transmitting that request. Neither in that email, nor in any other communication with Mr. Kiplok or

any other representative of the Trustee, did I represent that these securities were customer assets.

5.  Contrary to the assertions made by the Trustee's representatives, they did not tell me at the outset of this process that only customer assets were to be moved. Rather, I distinctly recall discussions concerning moving non-customer assets that Barclays had purchased in the transaction.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April, 2010, at Boynton Beach, Florida.

_Laura Vecchio_
Laura Vecchio

2

# Exhibit A

| | |
|---|---|
| To: | Kiplok, Christopher[Kiplok@HughesHubbard.COM] |
| From: | Vecchio, Laura M |
| Sent: | Fri 9/26/2008 1:48:00 PM |
| Importance: | Low |
| Sensitivity: | None |
| Subject: | FW: 636 collateral |
| Categories: | urn:content-classes:message |

Chris: Here are the instructions for the Barclays collateral.

We just confirmed with Barclays the following

We need to deliver the 269mm DTC 636 collat to Barclays corporate DTC box 7256. They have asked us to deliver on DTC Code 30 for free. Please ref 09.26.08 dtc 636 on the deliveries. Any questions please call.

Thanks
Jim

----------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



Confidential

HHR_00009059