UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**INDEX TO APPENDIX TO REPLY MEMORANDUM OF BARCLAYS CAPITAL INC.
IN FURTHER SUPPORT OF MOTION OF BARCLAYS CAPITAL INC. TO ENFORCE
THE SALE ORDER AND SECURE DELIVERY OF ALL UNDELIVERED ASSETS**

# APPENDIX VOLUME X

**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 630 | Transcript of the Deposition of Anson Frelinghuysen, March 4, 2010 |
| 631 | Transcript of the Deposition of Victor I. Lewkow, February 10, 2010 |
| 632 | Transcript of the Deposition of Robert Messineo, April 1, 2010 |
| 633 | Transcript of the Deposition of Isaac Montal, February 9, 2010 |
| 634 | Transcript of the Deposition of Kenneth Raisler, March 1, 2010 |
| 635 | Transcript of the Deposition of Edward J. Rosen, February 19, 2010 |
| 636 | Transcript of the Deposition of James Seery, March 3, 2010 |
| 637 | October 31, 2008 Debtors' Response to the Motion of Federal Home Loan Bank of Pittsburgh for Clarification and Relief, Pursuant to Federal Rule of Civil Procedure 60(b) and Section 105(A) of the Bankruptcy Code, from the Court's Order Approving the Sale of Assets to Barclays Capital Inc. |
| 638 | *Excerpts of* December 15, 2009 Movants' Statement of Undisputed Material Facts |
| 639 | Resume of James W. Giddens from Hughes Hubbard & Reed Website |
| 640 | Resume of James B. Kobak, Jr. from Hughes Hubbard & Reed Website |
| 641 | September 25, 2008 2:16 pm email from A. Blackwell to M. Forrest, et al. re Bar Cap Remaining $1.1bn of Value from the Purchase agreement (BCI-EX-(S)-00004168) |
| 642 | September 22, 2008 5:22 am email from R. Messineo to M. Ford re Pls print out the two attachms, with attachments (WGM-LEHMAN-E 00013390 – 00013411) |
| 643 | September 25, 2008 3:35 pm email from M. Forrest to P. Tonucci, et al., re Bar Cap Remaining $1billion, with attachment (BCI-EX-(S)-00004184 – 00004185) [Attachments truncated] |
| 644 | Transcript of the Deposition of Anthony J. Leitner, February 25, 2010 |
| 645 | February 2, 2010 Declaration of Robert L. Messineo |
| 646 | Chart of OCC accounts from Sept. 15, 2008 through Oct. 31, 2008 (Dep. Ex. 677A, BCI-EX-00297576) |
| 647 | April 5, 2010 Declaration of Robert Martini |
| 648 | *Excerpt of* December 10, 2009 Hearing Transcript |

| BCI Exhibit No. | DESCRIPTION |
|---|---|
| 649 | March 11, 2010, Barclays's 2nd Supplemental Response to the Trustee's Second 30(b)(6) Notice |