# BCI Exhibit 639





**James W. Giddens**
Partner

New York
P: (212) 837-6060
F: (212) 422-4726
giddens@hugheshubbard.com

### Areas of Concentration

- *Co-Chair of Bankruptcy and Corporate Reorganization Group*, Hughes Hubbard & Reed LLP.

- *Securities and Corporate matters*, with emphasis on entities involved in financial restructurings.

### Court Admissions

- U.S. Court of Appeals for the Second Circuit 1974

- U.S. District Court (SDNY) 1972

- U.S. District Court (EDNY) 1988

### Professional Activities

- ABA Committee on Business Bankruptcy

- Association of the Bar of the City of New York

- International Bar Association Committee on Insolvency and Creditors' Rights

- New York State Bar Association

- President and member of Board of Trustees, Berkshire Theatre Festival

### Honors & Recognitions

- Ranked by *Chambers USA* 2009 as one of the top Bankruptcy/Restructuring lawyers in the United States.

**Practice Areas**
Corporate Reorganization and Bankruptcy
Latin America

**Education Information**
Yale Law School, LL.B., 1966
Dartmouth College, A.B., 1959

**Bar Admissions**
New York, 1967

**Language Expertise**
French
Spanish