# BCI Exhibit 641

| | |
|---|---|
| **From:** | Blackwell, Alastair |
| **Sent:** | Thu, 25 Sep 2008 18:16:50 GMT |
| **To:** | Forrest, Monty |
| **CC:** | Tonucci, Paolo; Ullman, Neal (NY); Rudofker, Beth; Lowitt, Ian T; Larocca, Gerard |
| **Subject:** | Bar Cap Remaining $1.1bn of Value from the Purchase agreement |

---

Monty,

I have spoken to SIPC (Anson Frelinghuysen from Hughes Hubbard).
He is prepared and will have his organization work through this.

Can you send Paolo the file when you are ready so he can check the asset schedule and Neal so he can check it as well.

Thanks,
Alastair


> _____
Alastair Blackwell            Tel: +1 212 526 7666
                              Fax: +1 646 758 2940
>                             Mob: +1 917 622 9455
> Lehman Brothers
> Email:ablackwe@lehman.com
>
>
>

HIGHLY CONFIDENTIAL                                                        BCI-EX-(S)-00004168