# BCI Exhibit 646

Δ π EXHIBIT 677
Deponent JONES
Date 3/4/10 Rptr. KK
WWW.DEPOBOOK.COM

| 31-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | 0.0 | (23.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (84.0) | (1,335.2) | (449.7) | (12.0) | 0.0 | 0.0 | (371.0) | (2275.0) |
| Cash | 43.8 | 29.5 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 139.3 | 1,098.9 | 0.0 | 303.1 | 1.4 | 83.1 | 218.5 | 680.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,098.9 | 486.8 | 298.2 | 287.5 | 67.8 | 152.7 | 2531.2 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 43.8 | 6.3 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 55.3 | 15.9 | 37.1 | 589.3 | 288.9 | 150.9 | 0.2 | 1189.1 |
| Net Pay/Coll | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (12.6) | (206.4) | (1.5) | 0.0 | 0.0 | 0.0 | 0.0 | (220.1) |
| Net Settler | 43.8 | 6.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 42.7 | (190.5) | 35.6 | 589.3 | 288.9 | 150.9 | 0.2 | 969.0 |

| 30-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | 0.0 | (23.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (128.4) | (1,306.7) | (455.6) | (14.4) | 0.0 | 0.0 | (371.0) | (2299.4) |
| Cash | 43.8 | 34.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 127.3 | 0.0 | 0.0 | 303.1 | 1.4 | 83.1 | 218.5 | 685.3 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,349.9 | 565.2 | 299.6 | 288.8 | 68.1 | 152.6 | 2851.6 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 43.8 | 10.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (1.1) | 295.4 | 109.6 | 588.3 | 290.2 | 151.3 | 0.1 | 1489.7 |
| Net Pay/Coll | 0.0 | (4.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.4 | (68.6) | 1.0 | (0.0) | 0.0 | 0.0 | 0.0 | (65.6) |
| Net Settler | 43.8 | 6.3 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 5.3 | 226.8 | 110.6 | 588.3 | 290.2 | 151.3 | 0.1 | 1424.1 |

| 29-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | 0.0 | (21.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (117.4) | (1,375.2) | (524.3) | (17.0) | 0.0 | 0.0 | (371.0) | (2426.6) |
| Cash | 43.8 | 26.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 127.1 | 0.0 | 0.0 | 314.8 | 1.4 | 83.1 | 218.5 | 689.0 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,019.9 | 622.9 | 300.3 | 292.9 | 68.4 | 152.6 | 2584.0 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 43.8 | 4.2 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 9.7 | (103.1) | 98.6 | 598.2 | 294.3 | 151.5 | 0.1 | 1098.6 |
| Net Pay/Coll | 0.0 | 8.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.7) | (224.5) | (2.4) | (11.7) | 0.0 | 0.0 | 0.0 | (232.3) |
| Net Settler | 43.8 | 12.2 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 8.0 | (327.5) | 96.2 | 278.9 | 294.3 | 151.5 | 0.1 | 558.8 |

| 28-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | 0.0 | (26.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (96.6) | (1,216.5) | (574.5) | (37.5) | 0.0 | 0.0 | (371.0) | (2322.1) |
| Cash | 43.8 | 24.6 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 127.2 | 0.0 | 0.0 | 316.3 | 1.4 | 83.1 | 218.5 | 689.1 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 919.7 | 624.9 | 303.9 | 292.9 | 69.3 | 152.6 | 2490.5 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 43.8 | (1.4) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 30.6 | (44.5) | 50.4 | 582.7 | 294.3 | 152.4 | 0.1 | 1109.7 |
| Net Pay/Coll | 0.0 | (4.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.2) | 10.1 | 4.5 | (1.5) | 0.0 | 0.0 | 0.0 | 8.5 |
| Net Settler | 43.8 | (5.7) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 30.3 | (34.5) | 54.9 | 581.2 | 294.3 | 152.4 | 0.1 | 1118.2 |

| 27-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.7) | (24.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (82.5) | (1,145.9) | (568.7) | (41.8) | (0.2) | 0.0 | (371.0) | (2236.4) |
| Cash | 45.3 | 28.2 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 214.9 | 0.0 | 0.0 | 300.6 | 1.2 | 83.1 | 218.5 | 678.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 955.4 | 806.7 | 305.5 | 294.7 | 69.5 | 152.5 | 2799.2 |

BCI-EX-00297576

1

| 24-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.0) | (18.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (93.2) | (1,170.2) | (517.8) | (40.5) | 0.0 | 0.0 | (371.0) | (2212.4) |
| Cash | 45.4 | 29.6 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 132.4 | 61.7 | 238.0 | 564.3 | 295.7 | 152.6 | 0.0 | 1493.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ex/Def | 43.5 | 3.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (5.0) | (1,170.2)* | 230.0** | 15.7 | 0.2 | 152.6 | 0.1 | (19.1)* |
| Net Pay/Co | (1.5) | (8.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (11.8) | 49.9 | (8.0) | 580.0 | 295.8 | 152.6 | 0.1 | |
| Net Settler | 42.1 | (4.9) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 127.4 | 49.9 | 230.0 | 580.0 | 295.8 | 152.6 | 0.1 | 1474.3 |

| 23-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.3) | (17.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (150.0) | (1,228.2) | (582.5) | (53.3) | 0.0 | 0.0 | (371.0) | (2403.4) |
| Cash | 46.1 | 32.1 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 216.7 | 971.0 | 813.8 | 300.4 | 1.2 | 83.1 | 218.5 | 682.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 859.8 | 0.0 | 314.7 | 303.7 | 71.9 | 152.5 | 2844.3 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 44.8 | 14.9 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 66.6 | (116.2) | 349.7 | 568.3 | 304.9 | 156.8 | 0.1 | 1546.6 |
| Net Pay/Co | (0.7) | (2.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (9.8) | (9.2) | 6.5 | (17.1) | (0.1) | 0.1 | 0.0 | (33.0) |
| Net Settler | 44.1 | 12.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 56.8 | (125.4) | 356.2 | 551.2 | 311.4 | 156.8 | 0.1 | 1364.9 |

| 22-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (22.2) | (33.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (175.7) | (1,068.1) | (886.4) | (222.7) | 0.0 | 0.0 | (371.0) | (2748.8)* |
| Cash | 46.3 | 33.6 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 309.1 | 2.4 | 83.1 | 218.5 | 694.5 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 307.0 | 1,053.4 | 659.2 | 318.3 | 306.9 | 72.6 | 152.6 | 2870.0 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 45.1 | 11.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 131.3 | 237.5 | (227.2) | 404.7 | 308.4 | 155.7 | 0.1 | 1068.5 |
| Net Pay/Co | (0.2) | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (13.6) | (240.4) | (3.1) | (8.8) | (1.1) | 0.0 | 0.2 | (268.7) |
| Net Settler | 44.9 | 9.9 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 117.7 | (2.9) | (230.2) | 396.0 | 307.3 | 155.7 | 0.2 | 799.8 |

| 21-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.2) | (33.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (303.1) | (1,209.3) | (617.3) | (390.8) | (1.7) | 0.0 | (371.0) | (2927.8) |
| Cash | 45.7 | 14.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 209.0 | 0.0 | 263.8 | 1.3 | 83.1 | 218.5 | 836.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 155.5 | 1,112.6 | 745.9 | 317.5 | 306.7 | 72.5 | 152.6 | 2863.3 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 44.7 | (19.6) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (147.6) | 364.5 | 128.7 | 190.5 | 306.2 | 155.6 | 0.2 | 1024.5 |
| Net Pay/Co | 0.6 | (3.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (4.0) | (276.2) | 1.2 | 45.3 | 1.1 | 0.0 | 0.0 | (235.6) |
| Net Settler | 45.3 | (23.2) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (151.6) | 88.2 | 129.8 | 235.8 | 307.4 | 155.6 | 0.2 | 788.9 |

BCI-EX-00297576

BCI-EX-00297576

| 20-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (2.6) | (5.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (129.7) | (1,567.8) | (705.8) | (385.7) | 0.0 | 0.0 | (371.0) | (3168.3) |
| Cash | 46.3 | 20.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 209.0 | 126.5 | 204.7 | 0.2 | 83.1 | 218.5 | 910.1 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 317.8 | 1,107.9 | 583.8 | 313.8 | 302.6 | 71.2 | 152.6 | 2849.8 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 43.7 | 14.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 188.1 | 1.4 | 4.5 | 132.8 | 302.7 | 154.3 | 0.2 | 843.8 |
| Net Pay/C | 0.6 | (9.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (82.4) | 126.9 | (23.3) | 56.1 | 1.1 | 0.0 | 0.0 | 69.6 |
| Net Settler | 44.3 | 5.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 105.8 | 128.3 | (18.8) | 188.8 | 303.8 | 154.3 | 0.2 | 913.4 |

| 17-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (2.2) | (20.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (307.8) | (1,559.3) | (691.3) | (444.4) | 0.0 | 0.0 | (371.0) | (3396.4) |
| Cash | 46.8 | 11.6 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 257.6 | 326.5 | 204.7 | 0.2 | 83.1 | 218.5 | 1150.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 320.1 | 1,107.9 | 585.5 | 311.0 | 299.9 | 70.6 | 152.6 | 2847.6 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 44.6 | (8.8) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 12.3 | 58.5 | 220.6 | 71.3 | 300.0 | 153.7 | 0.2 | 853.7 |
| Net Pay/C | (0.5) | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 95.6 | (48.6) | 8.6 | 56.1 | 0.0 | 0.0 | 0.0 | 60.1 |
| Net Settler | 44.1 | (3.8) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 107.9 | 9.9 | 229.2 | 71.4 | 300.0 | 153.7 | 0.2 | 913.9 |

| 16-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.9) | (11.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (314.8) | (1,588.5) | (732.8) | (507.1) | 0.0 | 0.0 | (371.0) | (3527.6) |
| Cash | 48.3 | 13.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 284.9 | 193.1 | 204.7 | 0.2 | 83.1 | 218.5 | 1047.6 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 321.4 | 1,118.2 | 406.3 | 313.8 | 302.6 | 71.1 | 152.7 | 2686.0 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 46.4 | 1.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 6.6 | 66.8 | (133.3) | 11.4 | 302.7 | 154.2 | 0.2 | 458.1 |
| Net Pay/C | (1.5) | (4.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (57.8) | (27.3) | 12.8 | 0.0 | 0.0 | 0.0 | 0.0 | (78.5) |
| Net Settler | 0.0 | (3.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (57.8) | (27.3) | (120.5) | 0.0 | 0.0 | 0.0 | 0.1 | (208.6) |

| 15-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.3) | (10.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (303.7) | (1,610.1) | (593.7) | (414.7) | 0.0 | 0.0 | (371.0) | (3305.4) |
| Cash | 48.3 | 13.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 164.6 | 188.2 | 204.7 | 0.2 | 83.1 | 218.5 | 922.3 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 286.3 | 908.0 | 394.6 | 311.4 | 300.0 | 70.2 | 152.5 | 2423.1 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 46.9 | 2.5 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (17.4) | (285.3) | (10.9) | 101.4 | 300.2 | 153.4 | 0.1 | 292.2 |
| Net Pay/C | 0.3 | (5.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (8.5) | 120.6 | 5.8 | 0.0 | 0.0 | 0.0 | 0.0 | 112.7 |
| Net Settler | 0.3 | (5.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (25.9) | (164.7) | (5.1) | (0.0) | 0.0 | 0.0 | 0.0 | (200.8) |

| 14-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.9) | (10.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (226.7) | (1,235.5) | (422.9) | (417.3) | 0.0 | 0.0 | (371.0) | (2685.9) |
| Cash | 48.6 | 16.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 214.6 | 308.2 | 202.9 | 0.2 | 83.1 | 218.5 | 1094.2 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 289.9 | 914.7 | 396.3 | 310.9 | 299.6 | 70.2 | 152.5 | 2434.1 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |

3

| 13-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (2.6) | (15.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (243.1) | (1,222.5) | (494.2) | (460.0) | 0.0 | 0.0 | (371.0) | (2809.2) |
| Cash | 48.6 | 16.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 214.6 | 308.2 | 202.9 | 0.2 | 83.1 | 218.5 | 1094.2 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 289.9 | 914.7 | 396.3 | 310.9 | 299.6 | 70.2 | 152.6 | 2434.1 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 46.1 | 0.9 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 46.8 | 158.9 | 210.3 | 53.8 | 299.7 | 153.4 | 0.1 | 971.3 |
| Net Pay/Co | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Net Settler | 0.6 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 63.2 | 145.9 | 281.7 | 96.5 | 299.7 | 153.4 | 0.1 | 1094.6 |
| | 46.7 | 6.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 63.2 | 145.9 | 281.7 | 96.5 | 299.7 | 153.4 | 0.1 | |
| | | | | | | | | | | | | | | | 72.6 |
| | | | | | | | | | | | | | | | 72.6 |

| 10-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.6) | (15.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (141.4) | (1,262.4) | (573.2) | (471.8) | 0.0 | 0.0 | (371.0) | (2836.6) |
| Cash | 48.6 | 17.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 214.6 | 253.5 | 143.3 | 0.2 | 83.1 | 218.5 | 980.6 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 534.0 | 817.1 | 265.0 | 316.1 | 304.6 | 71.4 | 152.5 | 2460.8 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 47.0 | 2.3 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 392.5 | 21.5 | (54.8) | (12.4) | 304.8 | 154.6 | 0.1 | 857.0 |
| Net Pay/Co | (1.0) | (3.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.4 | (0.2) | 11.7 | (1.7) | (0.2) | (0.0) | 0.0 | 12.0 |
| Net Settler | 0.0 | (0.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.4 | 0.0 | (54.8) | (14.1) | 0.0 | 0.0 | 0.1 | (63.2) |
| | | | | | | | | | | | | | | | 0.1 |

| 9-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.4) | (15.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (156.5) | (1,159.4) | (496.9) | (443.3) | 0.0 | 0.0 | (371.0) | (2737.3) |
| Cash | 49.6 | 17.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 227.1 | 222.8 | 143.3 | 0.4 | 83.1 | 218.5 | 963.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 640.8 | 735.9 | 245.2 | 318.5 | 306.8 | 72.1 | 152.6 | 2471.8 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 48.2 | 1.5 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 484.3 | (37.0) | 496.7 | 18.5 | 307.2 | 155.2 | 0.1 | 1476.0 |
| Net Pay/Co | (0.4) | (1.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.5 | (38.1) | 28.6 | 0.0 | 0.0 | 0.0 | 0.0 | (2.7) |
| Net Settler | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.5 | (75.8) | (0.3) | 0.0 | 0.0 | 0.0 | 0.1 | (67.5) |

| 8-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirement | (1.4) | (18.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (600.1) | (1,252.2) | (468.3) | (424.0) | (9.8) | (18.1) | (371.0) | (3070.7) |
| Cash | 50.0 | 18.7 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 279.4 | 247.3 | 143.3 | 0.0 | 83.1 | 218.5 | 1041.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 451.9 | 380.1 | 248.4 | 327.6 | 315.8 | 74.3 | 152.6 | 1950.6 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 48.7 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (148.2) | (77.4) | 3.0 | 47.0 | 305.9 | 139.3 | 0.1 | 319.7 |
| Net Pay/Co | (0.4) | (5.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34.0 | 170.3 | (24.5) | (0.1) | 0.4 | 0.0 | 0.0 | 174.7 |
| Net Settler | 0.0 | (3.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (114.2) | (77.4) | 0.0 | 0.0 | 0.4 | 0.0 | 0.1 | (194.5) |

BCI-EX-00297576

| 7-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.7) | (20.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (414.3) | (913.4) | (453.6) | (383.0) | (32.1) | (38.7) | (371.0) | (2627.1) |
| Cash | 50.7 | 18.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 250.0 | 250.0 | 143.5 | 474.9 | 84.1 | 218.5 | 1491.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 355.3 | 381.8 | 249.8 | 335.5 | 323.4 | 76.4 | 152.6 | 1874.7 |
| LC's | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 50.0 | (1.9) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (59.0) | (29.4) | 46.2 | 96.0 | 766.2 | 121.7 | 0.1 | 991.2 |
| Net Pay/C | (0.2) | (2.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 67.4 | 485.4 | (2.7) | (0.0) | (489.6) | (1.0) | 0.0 | 56.7 |
| Net Settler | 0.0 | (4.5) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 8.4 | 456.0 | 0.0 | 0.0 | (14.7) | 0.0 | 0.1 | 446.7 |

| 6-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.7) | (18.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (163.1) | 0.0 | (1.7) | (342.3) | (1,048.9) | (470.8) | (371.0) | (2416.9) |
| Cash | 50.8 | 17.9 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 611.7 | 334.1 | 218.5 | 1377.8 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 351.0 | 250.5 | 250.5 | 335.5 | 323.6 | 76.3 | 152.6 | 1739.9 |
| LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 252.2 |
| Ex/Def | 90.2 | (0.5) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 187.9 | 250.5 | 248.7 | 136.7 | (113.2) | 151.1 | 0.1 | 952.9 |
| Net Pay/C | (0.1) | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | 6.4 | 1.1 | 0.0 | 0.2 | 0.0 | 0.0 | 8.9 |
| Net Settler | 90.1 | (2.1) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 190.9 | 256.9 | 249.8 | 136.7 | (113.0) | 151.2 | 0.4 | 962.2 |

| 3-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.6) | (17.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (183.4) | 0.0 | (0.3) | (341.4) | (925.4) | (475.3) | (371.0) | (2315.4) |
| Cash | 51.3 | 16.1 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 611.7 | 334.1 | 200.0 | 1357.9 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 350.8 | 250.4 | 250.5 | 334.0 | 322.1 | 75.9 | 171.4 | 1755.2 |
| LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 90.8 | (1.9) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 167.4 | 250.4 | 248.7 | 136.1 | (8.9) | 146.2 | 0.4 | 1030.7 |
| Net Pay/C | (0.5) | (5.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (6.6) | 1.3 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | (11.0) |
| Net Settler | (0.5) | (7.1) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (6.6) | 1.3 | 0.1 | 0.0 | 0.0 | 0.0 | 0.4 | (11.1) |

| 2-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.6) | (16.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (208.8) | 0.0 | 0.0 | (308.9) | (843.4) | (421.5) | (371.0) | (2170.3) |
| Cash | 51.4 | 16.3 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 611.7 | 334.1 | 200.0 | 1358.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 348.5 | 250.4 | 250.5 | 331.1 | 319.2 | 75.2 | 171.4 | 1245.3 |
| LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 91.0 | 0.2 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 139.6 | 250.4 | 248.7 | 165.7 | 88.0 | 199.3 | 0.4 | 685.6 |
| Net Pay/C | (0.2) | (1.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.2 | 12.8 | 0.0 | (0.0) | (0.0) | (0.0) | 0.0 | 22.0 |
| Net Settler | 90.9 | (1.5) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 150.8 | 12.8 | 0.0 | 165.7 | 87.9 | 199.3 | 0.4 | 707.6 |

| 1-Oct | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.6) | (16.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (198.6) | 0.0 | 0.0 | (307.6) | (892.2) | (429.8) | (171.0) | (2016.2) |
| Cash | 41.9 | 1.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 2.8 | 0.0 | 143.2 | 611.7 | 334.1 | 200.0 | 1336.0 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 194.1 | 0.0 | 0.0 | 329.2 | 317.2 | 74.6 | 171.4 | 1086.5 |
| LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 81.5 | (15.3) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | (4.5) | 2.8 | 0.0 | 164.8 | 37.1 | 190.4 | 200.4 | 658.5 |

| | | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Sep | Requirement | (82.0) | (1.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (166.9) | (2.8) | 0.0 | (348.7) | (932.1) | (470.6) | (171.0) | Total |
| | Cash | 59.7 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 611.7 | 334.1 | 200.0 | 1350.2 |
| | Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 198.6 | 0.0 | 0.0 | 342.3 | 330.0 | 78.2 | 171.4 | 1120.4 |
| | LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 252.2 |
| | Ex/Def | 17.8 | 0.2 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 31.7 | (2.8) | 0.0 | 137.1 | 10.1 | 153.1 | 200.4 | 547.7 |
| | Net Pay/Co | (52.4) | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | (1.2) | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | (53.5) |
| | Net Settler | (34.6) | (0.8) | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 31.9 | (3.9) | 0.0 | 136.8 | 10.1 | 153.1 | 200.4 | 494.2 |
| | Net Pay/Co | 91.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (94.5) | (60.9) | 0.0 | 165.1 | 37.1 | 190.4 | 200.4 | 518.1 |
| 29-Sep | Requirement | (60.1) | 0.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | (154.7) | (0.0) | 0.0 | (280.2) | (650.1) | (293.4) | (171.0) | Total |
| | Cash | 35.2 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 913.0 | 334.0 | 0.0 | 1418.7 |
| | Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 194.4 | 0.0 | 0.0 | 336.3 | 324.2 | 76.2 | 171.4 | 908.0 |
| | LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 252.2 |
| | Ex/Def | 15.2 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 39.7 | (0.0) | 0.0 | 199.5 | 587.6 | 211.6 | 0.4 | 932.2 |
| | Net Pay/Co | (6.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.2) | (0.0) | 0.0 | (0.3) | 1.4 | 0.0 | 0.0 | (6.4) |
| | Net Settler | 8.9 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 39.6 | (0.0) | 0.0 | 199.5 | 589.0 | 211.6 | 0.4 | 925.8 |
| 26-Sep | Requirement | (62.8) | 0.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | (1.8) | 0.0 | 0.0 | (236.3) | (632.9) | (282.9) | (171.0) | Total |
| | Cash | 25.9 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.9 | 0.0 | 0.0 | 143.5 | 611.6 | 334.1 | 200.0 | 1325.7 |
| | Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 336.2 | 324.2 | 76.4 | 171.4 | 1102.7 |
| | LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 252.2 |
| | Ex/Def | 3.2 | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | (0.9) | 0.0 | 0.0 | 243.5 | 303.4 | 211.6 | 0.4 | 1129.9 |
| | Net Pay/Co | 9.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.8 |
| | Net Settler | 12.5 | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | (0.8) | 0.0 | 0.0 | 243.5 | 303.4 | 211.6 | 0.4 | 1140.7 |
| 25-Sep | Requirement | (66.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (307.2) | (720.7) | (316.0) | (171.0) | Total |
| | Cash | 21.1 | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 913.4 | 334.0 | 0.0 | 1413.5 |
| | Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 337.3 | 325.2 | 76.4 | 171.4 | 910.4 |
| | LC's | 40.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 252.2 |
| | Ex/Def | (4.7) | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 173.6 | 518.5 | 306.1 | 0.4 | 995.2 |
| | Net Pay/Co | 4.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.4) | 0.0 | 0.0 | (0.4) | 0.0 | 0.0 | 3.9 |
| | Net Settler | (0.4) | 0.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 173.6 | 518.1 | 306.1 | 0.4 | 999.1 |
| 24-Sep | Net Pay/Co | 9.5 | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | |
| | Net Settler | | (12.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | (140.4) |

BCI-EX-00297576

| 23-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.3) | (60.5) | 0.0 | 0.0 | (0.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (342.9) | (759.1) | (623.3) | (171.0) | (1957.9) |
| Cash | 0.1 | 31.1 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 927.7 | 245.4 | 0.0 | 1349.3 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 342.0 | 329.9 | 77.7 | 171.4 | 921.0 |
| LC's | 0.8 | 39.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 0.6 | 10.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 142.6 | 499.0 | (88.6) | 0.4 | 564.6 |
| Net Pay/C | (0.1) | (18.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | (14.3) | (0.1) | 0.0 | (32.9) |
| Net Settler | 0.4 | (8.4) | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 142.6 | 484.8 | (88.7) | 0.4 | 531.7 |

| 22-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.3) | (60.9) | 0.0 | 0.0 | (1.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (317.7) | (702.4) | (450.4) | (171.0) | (1703.6) |
| Cash | 0.3 | 47.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 143.5 | 937.4 | 245.5 | 0.0 | 1375.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 344.6 | 332.2 | 78.3 | 171.2 | 926.3 |
| LC's | 0.8 | 39.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 0.8 | 25.9 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 170.4 | 567.7 | 84.9 | 0.2 | 850.3 |
| Net Pay/C | (0.2) | (16.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | (9.7) | (0.1) | 0.0 | (26.2) |
| Net Settler | 0.6 | 9.6 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 170.4 | 558.0 | 84.9 | 0.2 | 824.1 |

| 19-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.4) | (57.7) | 0.0 | 0.0 | (3.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (320.1) | (641.9) | (379.1) | (171.0) | (1,571.05933775) |
| Cash | 0.0 | 46.4 | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 162.7 | 578.7 | 255.9 | 0.0 | 1081.7 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 344.7 | 332.6 | 78.4 | 171.1 | 926.8 |
| LC's | 0.8 | 39.4 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 211.6 | 0.0 | 252.2 |
| Ex/Def | 33.6 | 28.0 | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 187.3 | 269.8 | 166.7 | 0.1 | 689.7 |
| Net Pay/C | 0.0 | 9.2 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (9.7) | 358.9 | (3.2) | 0.0 | 355.2 |
| Net Settler | 33.6 | 37.2 | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 177.6 | 628.7 | 163.5 | 0.1 | 1044.8 |

| 18-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.3) | (59.4) | 0.0 | 0.0 | (3.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (472.5) | (547.5) | (439.0) | (171.0) | (1693.4) |
| Cash | 0.0 | 24.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 130.3 | 435.1 | 241.5 | 0.0 | 831.6 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 347.4 | 334.9 | 78.9 | 171.6 | 932.7 |
| LC's | 33.6 | 47.6 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.9 | 0.7 | 218.8 | 0.0 | 333.0 |
| Ex/Def | 33.3 | 12.2 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34.0 | 223.2 | 100.2 | 0.6 | 404.0 |
| Net Pay/C | 0.3 | 14.2 | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 143.4 | 7.2 | 0.0 | 169.3 |
| Net Settler | 33.6 | 26.4 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 37.5 | 366.6 | 107.4 | 0.6 | 573.3 |

| | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (0.4) | (71.6) | 0.0 | 0.0 | (3.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (509.0) | (773.3) | (539.9) | (171.0) | (2068.8) |
| Cash | 0.0 | 27.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 29.7 | 210.0 | 192.6 | 0.0 | 459.3 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 349.9 | 337.5 | 79.6 | 171.4 | 938.4 |
| LC's | 33.6 | 47.6 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.9 | 0.7 | 218.8 | 0.0 | 333.0 |
| Ex/Def | 33.2 | 3.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (100.6) | (225.0) | (48.9) | 0.4 | (338.1) |

7

BCI-EX-00297576

| 17-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (2.5) | (59.9) | 0.0 | 0.0 | (3.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (371.1) | (382.2) | (413.9) | (171.0) | (1404.0) |
| Cash | 0.0 | 12.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 35.9 | 123.7 | 0.0 | 172.5 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 487.1 | 171.5 | 109.8 | 171.3 | 939.7 |
| LC's | 33.6 | 44.6 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.9 | 0.7 | 221.8 | 0.0 | 333.0 |
| Ex/Def | 31.2 | (2.5) | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 144.8 | (174.1) | 41.4 | 0.3 | 41.2 |
| Net Pay/C | 0.1 | 4.5 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (4.0) | 221.2 | (3.0) | 0.0 | 219.0 |
| Net Settler | 33.1 | (11.6) | 0.0 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (99.5) | 1.1 | 36.1 | (33.8) | (10.6) |
|   | (0.2) | (14.6) | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (99.5) | (188.9) | (82.8) | 0.0 | (348.7) |

| 16-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (1.9) | (57.4) | 0.0 | 0.0 | (3.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (454.4) | (212.6) | (458.1) | (171.0) | (1359.0) |
| Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 115.0 | 65.0 | 0.0 | 180.0 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 674.5 | 0.0 | 112.7 | 171.1 | 958.2 |
| LC's | 33.6 | 44.6 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.9 | 0.7 | 221.8 | 0.0 | 333.0 |
| Ex/Def | 31.7 | (12.9) | 0.0 | 0.0 | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 248.9 | (96.9) | (58.7) | 0.1 | 112.2 |
| Net Pay/C | (12.5) | (9.5) | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 20.3 | 3.3 | (5.5) | 0.0 | (3.6) |
| Net Settler | 19.2 | (22.3) | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 269.2 | (93.6) | (64.3) | 0.1 | 108.6 |
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| Net Settler | 31.3 | 2.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 140.8 | 47.1 | 38.4 | 0.3 | 260.1 |

| 15-Sep | 084C | 084F | 084M | 084MP | 273C | 273F | 273M | 255C | 255F | 255M | 074C | 074F | 074M | 074 ZX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requireme | (33) | (43.8) | 0.0 | 0.0 | (3.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (272.6) | 0.0 | (292.1) | (144.6) | (789.6) |
| Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 938.4 | 0.0 | 0.0 | 938.4 |
| Treasuries | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 657.8 | 0.0 | 109.6 | 171.0 | 938.4 |
| LC's | 38.6 | 51.6 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23.9 | 0.0 | 207.8 | 0.0 | 333.0 |
| Ex/Def | 5.6 | 7.7 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 409.0 | 7.7 | 25.3 | 26.4 | 481.8 |
| Net Pay/C | 1.9 | (3.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | (28.8) | (10.5) | 0.0 | (31.6) |
| Net Settler | 7.6 | 4.5 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 418.0 | (21.1) | 14.7 | 26.4 | 450.2 |

BCI-EX-00297576