UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                            :
           Debtors.                                  :    (Jointly Administered)
                                                            :
---------------------------------------------------------------x   Ref. Docket Nos. 7872-7876, 7886-
                                                                 7893, 7902, 7905-7906

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK  )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     /s/ Christopher Simco
Sworn to before me this                                    Christopher Simco
5th day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT "A"

```
In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
                 Debtors.                        |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   MERRILL LYNCH JAPAN SECURITIES CO. LTD
          TRANSFEROR: MISUZU INDUSTRY CO. LTD
          NIHONBASHI 1-CHOME BUILDING
          1-4-1 NIHONBASHI, CHUO-KU
          TOKYO    103-8230
          JAPAN

Please note that your claim # 46849 in the above referenced case and in the amount of
        $957,946.16        has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH INTERNATIONAL
          TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD
          ATTN: JAMES RUSSELL
          WARWICK COURT
          2 KING EDWARD STREET
          LONDON    EC1A 1HQ
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7872    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 31, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                                |
In re                                           |   Chapter 11 Case No.
                                                |
                                                |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                                |   (Jointly Administered)
                                                |
                Debtors.                        |
                                                |
_____|

                NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                            BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   MISUZU INDUSTRY CO., LTD.
              969, KAMIZUE, KOMAKI-SHI
              AICHI-KEN    485-0822
              JAPAN

Please note that your claim # 4876 in the above referenced case and in the amount of
              $0.00        has been transferred (**unless previously expunged by court order**)

              MERRILL LYNCH INTERNATIONAL
              TRANSFEROR: MISUZU INDUSTRY CO., LTD.
              ATTN: JAMES RUSSELL
              WARWICK COURT
              2 KING EDWARD STREET
              LONDON     EC1A 1HQ
              UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7873     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                            Vito Genna, Clerk of Court


                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 31, 2010.

```
_____
                                                  |
In re                                             |   Chapter 11 Case No.
                                                  |
                                                  |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,            |
                                                  |   (Jointly Administered)
                                                  |
              Debtors.                            |
                                                  |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA
          TRAVESERA DE GRACIA, 11
          BARCELONA     08021
          SPAIN

Please note that your claim # 37030-01 in the above referenced case and in the amount of
      $2,130,150.00       has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH INTERNATIONAL
          TRANSFEROR: BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA
          ATTN: JAMES RUSSELL
          WARWICK COURT
          2 KING EDWARD STREET
          LONDON     EC1A 1HQ
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7874    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                           Vito Genna, Clerk of Court

                                           /s/ Christopher Simco
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 31, 2010.

```
In re                                              | Chapter 11 Case No.
                                                   |
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
                                                   |
              Debtors.                             |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
         To:  BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA
              TRAVESERA DE GRACIA, 11
              BARCELONA    08021
              SPAIN
```

Please note that your claim # 37033 in the above referenced case and in the amount of
         $2,130,150.00        has been transferred **(unless previously expunged by court order)**

```
              MERRILL LYNCH INTERNATIONAL
              TRANSFEROR: BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA
              ATTN: JAMES RUSSELL
              WARWICK COURT
              2 KING EDWARD STREET
              LONDON    EC1A 1HQ
              UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7875       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                              Vito Genna, Clerk of Court


                                              /s/ Christopher Simco
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 31, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
                                            |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |   (Jointly Administered)
                                            |
              Debtors.                      |
                                            |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
         To:   CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, INC
               D/B/A SHELL POINT VILLAGE
               C/O BARBRA PARLIN, ESQ
               HOLLAND & KNIGHT LLP
               31 WEST 52ND STREET
               NEW YORK NY 10019
```

Please note that your claim # 15309 in the above referenced case and in the amount of
        $105,000.00         has been transferred **(unless previously expunged by court order)**

```
               LONGACRE OPPORTUNITY FUND, L.P.
               TRANSFEROR: CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, INC
               ATTN: VLADIMIR JELISAVCIC
               810 SEVENTH AVENUE, 33RD FLOOR
               NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7886      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2010                            Vito Genna, Clerk of Court


                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 31, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   KAGOME CO., LTD.
              FINANCE DEPARTMENT
              NIHONBASHI-HAMACHO F TOWER
              3-2-21 NIHONBASHI HAMACHO CHUO-KU
              TOKYO 103-8461 JAPAN

Additional:

Transferee:   MERRILL LYNCH JAPAN FINANCE CO. LTD.
              C/O MERRILL LYNCH CREDIT PRODUCTS, LTD.
              ATTN: GARY S. COHEN/JEFF BENESH/RON TOROK
              BANK OF AMERICA TOWER 3RD FLOOR, ONE BRYANT PARK
              NEW YORK NY 10036

Your transfer of claim #   1411   is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 7889            Date 03/30/10

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 31, 2010.

# EXHIBIT "B"

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA | CL TRAVESERA DE GRACIA, 11 BARCELONA 08021 SPAIN |
| BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA | TRAVESERA DE GRACIA, 11 BARCELONA 08021 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: DANIEL CROWLEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND LP ATTN: DANIEL CROWLEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, ANSHE | C/O ANSHEL POINT VILLAGE C/O BARBRA PARLIN, ESQ HOLLAND & KNIGHT LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, ANSHE | C/O ANSHEHEPOINT VILLAGE ATTN: TIM. K LOCHRIDGE, VICE PRESIDENT OF FINANCE/CFO 15000 SHELL POINT BLVD. FT. MYERS FL 33908 |
| CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, ANSHE | C/O ANSHEHEPOINT VILLAGE C/O BARBRA PARLIN, ESQ HOLLAND & KNIGHT 31 WEST 52ND STREET NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDO |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDO |
| ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI | C/O CLIFFORD CHANCE US LLP ATTN: CHRISTOPHER DONOHO, ESQ. 590 MADISON AVENUE NEW YORK NY 10022 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | C/O FIR TREE, INC. ATTN: JENNIFER B. PREMISLER, ESQ./ JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | C/O CLIFFORD CHANCE US LLP ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIRST INTERNATIONAL BANK OF ISRAEL LTD., THE | ATTN: YEHUDITH AGATSTEIN, LEGAL DEPARTMENT 42 ROTHSCHILD BLVD. TEL AVIV 66883 ISRAEL |
| KAGOME CO., LTD | FINANCE DEPARTMENT NIHONBASHI-HAMACHO F TOWER 3-2-21 NIHONBASHI HAMACHO CHUO-KU TOKYO 103-8461 JAPAN |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: CHRISTIAN AND MISSIONARY ALLIANCE FOUNDATION, INC., THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLOGI C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & ERA |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KI |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: FIRST INTERNATIONAL BANK OF ISRAEL LTD., THE ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KNGD |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: MISUZU INDUSTRY CO., LTD. ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: KAGOME CO., LTD C/O MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER 3R |
| MISUZU INDUSTRY CO., LTD. | TRANSFEROR: MISUZU INDUSTRY CO. LTD NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MISUZU INDUSTRY CO., LTD. | 969, KAMIZUE, KOMAKI-SHI AICHI-KEN 485-0822 JAPAN |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SVENSKA LITTERATURSALLSKAPET I FINLAND 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| SVENSKA LITTERATURSALLSKAPET I FINLAND | RIDDAREGATAN 5 HELSINKI FI-00170 FINLAND |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10055 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: NICK RAYMON, GLORIA GONZALEZ 55 EAST 52ND STREET NEW YORK NY 10055 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | ATTN: NICK RAYMOND, GLORIA GONZALEZ 55 EAST 52ND STREET LONDON EC3A 8EP UNITED KINGDOM |
| SWISS RE GLOBAL MARKETS LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 55 WEST 52ND STREET NEW YORK NY 10019 |
| SWISS RE GLOBAL MARKETS LIMITED | ATTN: NICK RAYMOND, GLORIA GONZALEZ 55 EAST 52ND STREET NEW YORK NY 10055 |
| VANGUARD FIDUCIARY TRUST CO CORPORATE BOND ATTN: MICHAEL DRAYO | PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY CORPORATE BOND MICHAEL DRAYO | PO BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE TERM CORP BOND ANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO | P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE TERM CORPORATE BOND ANGUARD FIDUCIARY TRUST COMPANY CORPORATE BOND TRUST ATTN: MICHAEL DRAYO | P.O. BOX 2600 VALLEY FORGE PA 19482 |

Total Number of Records Printed     40

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
LEHMAN BROTHERS HOLDING INC.
       CREDITOR LISTING                                                          PAGE:    1

Name                              Address
KAGOME CO., LTD.                  FINANCE DEPARTMENT NIHONBASHI-HAMACHO F TOWER 3-2-21 NIHONBASHI HAMACHO CHUO-KU TOKYO  103-8461 JAPAN
MERRILL LYNCH JAPAN FINANCE CO. LTD.  C/O MERRILL LYNCH CREDIT PRODUCTS, LTD. ATTN: GARY S. COHEN/JEFF BENESH/RON TOROK BANK OF AMERICA TOWER 3RD FLOOR, ONE BRYANT PARK
                                  NEW YORK NY 10036

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153