UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | x<br>:<br>: | |
| Lehman Brothers Holdings Inc. | :<br>: | Chapter 11 |
|  | : | Case No. 08-13555 (JMP) |
| Debtor. | :<br>: | |
|  | x | |

## WITHDRAWAL OF CLAIM

I, BOTTAZZI G., CAIRANTI G., hereby withdrawal my proof of claim number 5194 filed as an unsecured claim in the amount of $ 22,002.37 on July 8, 2009.

By: [signature] Bottazzi Giuseppe - Cairanti Graziella

Name: BOTTAZZI GIUSEPPE E CAIRANTI GRAZIELLA

APR - 5 2010

**Extremely Urgent**

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**.

- For UPS Next Day Air services, there is no weight limit for envelopes containing letters, business correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.
- For UPS Worldwide Express, the UPS Express Envelope may be used only for documents of no commercial value. There is no limit on the weight or number of pages you can enclose.
- For UPS 2nd Day Air services, UPS Express Envelopes weighing one pound or more are subject to the corresponding rates for the applicable weight.
- Do not send cash or cash equivalent.

Apply shipping documents on this side

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

66204-1    DRK2    14595



SHIP TO:
BRIDGET GALLERIE
LEHMAN BROTHERS HOLDINGS INC
EPIQ BANKRUPTCY SOLUTIONS, LLC
757 3RD AVE., 3RD FL.
NEW YORK NY 10017

MAILROOM 468-8154
(212) 468-8154
MORRISON & FOERSTER LLP
1290 6TH AVENUE
NEW YORK NY 10104

LTR 1 OF 1

UPS NEXT DAY AIR
TRACKING #: 1Z E12 397 01 6829 1766

NY 100 7-02

BILLING: P/P

Client Matter #: 066204-0000001
Timekeeper: 14595

WS 12.0.14

LP2844 99.0A 01