UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
In re                                                                                               :
Lehman Brothers Holdings Inc., et al.,                                    :
                              Debtors.                                                   :
------------------------------------------------------------------------ X

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 5th day of April 2010, the Objection of Certain LBSF Derivative Creditors to Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rule 6004(h) of the Bankruptcy Rules for Authorization to Enter into Certain Asset Management and Related Agreements was served by hand upon:

> Lori R. Fife, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY  10153
>
> Harvey R. Miller, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY  10153
>
> Attn: Tracy Hope Davis, Esq.
> Office of the United States Trustee
> for the Southern District of New York
> 33 Whitehall Street, 21st Floor
> New York, NY  10004
>
> Attn: Brian Masumoto, Esq.
> Office of the United States Trustee
> for the Southern District of New York
> 33 Whitehall Street, 21st Floor
> New York, NY  10004

Attn: Andy Velez-Rivera, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Attn: Paul Schwartzberg, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:   New York, New York
         April 5, 2010

                                          /s/Richard V. Conza
                                          Richard V. Conza