Duane Morris LLP
A Delaware Limited Liability Partnership
1540 Broadway
New York, NY 10036
Tel: (212) 692.1000
Fax: (212) 208.4521
Lawrence J. Kotler, Esq.
ljkotler@duanemorris.com
Patricia H. Heer, Esq.
phheer@duanemorris.com

30 South 17th Street
Philadelphia, PA 19103-4196
Rudolph J. Di Massa, Jr., Esq.
DiMassa@duanemorris.com

*Counsel for Pennsylvania Public School Employees'
Retirement System*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
**In re:**                                                    :    **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*                    :    **Case Nos. 08-13555 (JMP)**
                                                              :    **(Jointly Administered)**
                                    **Debtor.**               :
---------------------------------------------------------------- x

**SUPPLEMENT TO REPLY OF PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM TO DEBTOR'S OBJECTION TO MOTION FOR ENTRY OF
AN ORDER THAT ITS TIMELY FILED GUARANTEE QUESTIONNAIRE BE
CONSIDERED A TIMELY FILED PROOF OF CLAIM, OR, IN THE ALTERNATIVE,
TO PERMIT A LATE CLAIM FILING PURSUANT TO FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 9006(b)(1)</u>**

1.      On January 7, 2010, Pennsylvania Public School Employees' Retirement System

("PSERS") filed a motion for authorization that its timely filed Guarantee Questionnaire be

considered a timely filed proof of claim or, in the alternative, to permit a late claim filing

pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), dated January 7, 2010 (the

"Motion").

2.      On February 3, 2010, the Debtors objected to the relief PSERS seeks in its Motion.

DM3\1343749.1

3. On March 17, 2010, the Court held a hearing in relation to the Motion (the "Hearing").

4. At the Hearing, counsel to the Debtors disputed LBHI's obligation in regard to the Euro Medium-Term Note.

5. As asserted by PSERS, LBHI has unconditionally guaranteed all of the Euro Medium-Term Notes to be issued by Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG. A true and correct copy of LBHI's guarantee is attached hereto as Exhibit A.

**DUANE MORRIS LLP**

Dated: April 6 , 2010

By: */s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esq.
Patricia H. Heer, Esq.
Rudolph J. Di Massa, Jr., Esq.
1540 Broadway
New York, NY 10036
Telephone:  (212) 692.1000
Facsimile:  (212) 208.4521
*Counsel for Pennsylvania Public School Employees' Retirement System*

2