UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                    :

In re                              :       **Chapter 11 Case No.**

                                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**

                                    :

                **Debtors.**        :      **(Jointly Administered)**

                                    :

                                    :

-------------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF SERAFIN U. SALVADOR, JR.,

## ON BEHALF OF SALVADOR & ASSOCIATES, ATTORNEYS-AT-LAW

REPUBLIC OF THE PHILIPPINES )
                              ) ss:
CITY OF MAKATI             )

      I, **Serafin U. Salvador, Jr.**, being duly sworn, upon his oath, deposes and says:

      1.      I am the Managing Partner of Salvador & Associates, Attorneys-At-Law, located at 815-816 Tower One & Exchange Plaza, Ayala Triangle, Ayala Avenue, 1226 Makati City, Philippines (the "Firm").

      2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide Philippine tax advisory and corporate legal services to the Debtors, and the Firm has consented to provide such services.

      3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.    The Debtors owe the Firm $ zero/nil for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1] Furthermore, we wish to mention that the Philippine rules of legal ethics prevent us from accepting engagements involving the prosecution or defense of the interest of the Debtors adverse to those of another retainer client of the Firm, without the consent of such other client, where we have previously represented such client in respect of the same set of facts or events. In some cases where an actual or potential conflict of interest exists, such conflict may not be readily discernible at the time we accept this specific engagement from the Debtors, and accordingly, we wish to reserve

---

[1] If necessary.

2

the right to withdraw from such engagement should any conflict of interest develop or become

apparent.

By: Serafin U. Salvador, Jr.

**SUBSCRIBED AND SWORN** to before me this _____ day of ___**MAR 2 9 2010**___ 2010, by
the affiant, personally known to me, exhibiting to me his Social Security System ID No. 33-
2021772-2 bearing his photograph and signature.

Doc. No. _150_ ;
Page No. _51_ ;
Book No. _1_ ;
Series of 2010.

**MARY ELIZABETH (MARYBEE) M. BELMONTE**
Notary Public for Makati City
Appointment no. M-613 until December 31, 2010
PTR no. 1771871 ; 5-14-2009 ; Makati City
IBP no. 788500 ; 4-17-2009 ; Quezon City Chapter
S&A Law ; 815-816 Tower One & Exchange Plaza
Ayala Triangle, Ayala Avenue
Makati City, Metro Manila, Philippines

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                     :

**In re**                                  :    **Chapter 11 Case No.**

                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**

                                     :

                   **Debtors.**       :    **(Jointly Administered)**

                                     :

                                     :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn:   Jennifer Sapp
                   Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as
appropriate. If more space is needed, please complete on a separate page and attach.

1.     Name and address of firm:

       Salvador & Associates, Attorneys-At-Law

       815-816 Tower One & Exchange Plaza, Ayala Triangle, Ayala Avenue,

       1226 Makati, City Philippines

2.     Date of retention:    N/A

3.     Type of services provided (accounting, legal, etc.):

       Philippine tax advisory and corporate legal services

4.    Brief description of services to be provided:

Advisory services on Philippine tax and corporate law

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

    (a)    Average hourly rate (if applicable):

        Senior Partner: USD 225.00

        Senior Associate: USD 145.00

        Junior Associate: USD 120.00

    (b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

        N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:    $ zero/nil

Date claim arose:    N/A

Source of Claim:    N/A

7.    Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  None

Status:  N/A

Amount of Claim:  $ zero/nil

Date claim arose:  N/A

Source of claim:  N/A

8.    Stock of the Debtors currently held by the firm:

Kind of shares:  None

No. of shares:  N/A

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  None _____

Status: N/A _____

Kind of shares:  N/A _____

No. of shares:  N/A _____

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None _____

11.   Name of individual completing this form:

Serafin U. Salvador, Jr.