UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                    :
              Debtors.                                        :   (Jointly Administered)
                                                                    :
                                                                    :
-------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF Leon Kwong Wing,

### ON BEHALF OF KhattarWong (UEN 53130928B)

I, Leon Kwong Wing (NRIC no S1601078B), do affirm and say as follows:

1. I am a partner of KhattarWong, located at 80 Raffles Place #25-01, UOB Plaza 1, Singapore 048624, (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 (Zero Dollars) for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____

Subscribed and sworn to before me
this 26th day of March, 2010

_____
Notary Public

*NOTARY PUBLIC*
Anparasan
s/o Kamachi
N2009/0473
1 Oct 2009 – 30 Sep 2010
SINGAPORE

---

[1] If necessary.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.    2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
                Debtors. : (Jointly Administered)
:
:
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   KhattarWong

   80 Raffles Place #25-01

   UOB Plaza 1

   Singapore 048624

2. Date of retention: 26 March 2010

3. Type of services provided (accounting, legal, etc.):

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

Legal.

4. Brief description of services to be provided:

   Repatriation of funds, liquidation and termination of entities, and other general international tax matters.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly.

   (a) Average hourly rate (if applicable):

   S$850 (presently about US$605).

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   NA

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $0

   Date claim arose:   NA

   Source of Claim:   NA

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: NA

   Status: NA

   Amount of Claim: $0

   Date claim arose: NA

   Source of claim: NA

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.        4

8. Stock of the Debtors currently held by the firm:

   Kind of shares: NA

   No. of shares: NA

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: NA

   Status: NA

   Kind of shares: NA

   No. of shares: NA

10. Disclose the nature and provide a brief description of any interest adverse to
    the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    NA

11. Name of individual completing this form:

    LEON Kwong Wing.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.                    5