UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF SANDRA FORBES

## ON BEHALF OF BURGES SALMON LLP

SANDRA FORBES declares and says:

1. I am a Partner of Burges Salmon LLP, located at Narrow Quay House, Narrow Quayy, Bristol, BS1 4AH, UK (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide banking and restructuring legal advice services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 0_____ for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: BRISTOL, UK
31 March____, 2010

_____
SANDRA FORBES

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                            Debtors.                :    (Jointly Administered)
                                                    :
                                                    :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Burges Salmon LLP

   Narrow Quay House

   Narrow Quay, Bristol, BS1 4AH

   United Kingdom

2. Date of retention:   23 March 2010

3. Type of services provided (accounting, legal, etc.):

Legal

4. Brief description of services to be provided:

Restructuring of UK facilities and security and related legal advice relating to Lehman Brothers Holdings Inc and Lehman Commercial Paper Inc., London Branch.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly (we have no expectation of exceeding the monthly cap of US$150,000)

(a) Average hourly rate (if applicable):

£330

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

N/A

6. Prepetition claims against the Debtors held by the firm:

Amount of claim: $0

Date claim arose: N/A

Source of Claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: None known following due enquiry

Status: N/A

Amount of Claim:  $N/A

Date claim arose:  N/A

Source of claim:  N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  None

   No. of shares:  None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:  None known after making due enquiry

   Status:  As above

   Kind of shares:  As above

   No. of shares:  As above

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Following due investigation, we are not aware of any interest adverse to the Debtors or to their estates with respect to the matters on which we are to be instructed.

    However, in relation to the chapter 11 cases, we act for various institutions which have purchased sub-participations in debt pursuant to certain

facilities originated by various Lehman entities, and where various Lehman entities, including Lehman Commercial Paper, Inc., have been involved as Agents, Security Agents and/or Swap Counterparties. Some facilities are continuing, others have been restructured, and others may be restructured in future.

In addition, we have advised, and may be requested to advise in future, in relation to ISDA, bond and note close-outs where the Counterparty may be Lehman Brothers Holdings Inc or a related entity.

To confirm, the retainers mentioned above are not related to the matters on which we are to be instructed by LBHI

11. Name of individual completing this form:

Sandra Forbes