UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding Case No.<br><br>08-01420 (JMP) |

**Affidavit of Service**

State of New York    )
                     ) ss.:
County of New York   )

NICHOLAS R. KEMP, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022, attorneys for Barclays Capital, Inc.

3. On April 6, 2010 I served true copies of the Reply Memorandum Of Barclays Capital Inc. In Further Support Of Motion Of Barclays Capital Inc. To Enforce The Sale Order And Secure Delivery Of All Undelivered Assets, dated April 5, 2010, with its appendix of exhibits via the court's CM/ECF system and by causing said copies to be personally delivered to the following parties:

    a.    Office of the United States Trustee
            for the Southern District of New York
            33 Whitehall Street, 21st Floor
            New York, NY 10004
            Attn: Andy Velez-Rivera

    b.    Jones Day
22 East 41st Street
New York, NY 10017
Attn: Robert Gaffey

*Attorneys for the Debtors*

    c.    Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: James Tecce

*Attorneys for the Official Committee of Unsecured Creditors*

    d.    Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James W. Giddens

*Attorneys for the SIPA Trustee*

                                  NICHOLAS R. KEMP

Sworn to before me this
6th day of April, 2010

_____
Notary Public

SUSAN REDDINGTON
Notary Public, State of New York
No. 31-4829932
Qualified in New York County
Commission Expires May 31, 2011