WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' MOTION PURSUANT TO SECTIONS**
**105(a) AND 363 OF THE BANKRUPTCY CODE AND RULE 6004(h)**
**OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO ENTER**
**INTO CERTAIN ASSET MANAGEMENT AND RELATED AGREEMENTS**

**PLEASE TAKE NOTICE** that the hearing to consider the relief requested in the motion of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, pursuant to sections 105(a) and 363(b)(1) of title 11 of the United States Code and Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, for authorization to enter into certain asset management and related agreements [Docket No. 7579] (the "Motion"), which was scheduled for April 14, 2010 at 10:00 a.m., **has been adjourned to April 15, 2010 at 2:00 p.m.**, or as soon thereafter as counsel may be heard. The hearing to consider the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may

be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: April 6, 2010
       New York, New York

                                          /s/ Lori R. Fife
                                          Lori R. Fife

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession