UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :         Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                                                 :
                      Debtors.                              :         (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH
MERIT, LLC MAY FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion, dated March 31, 2010 (the "Motion") [Docket No. 7966], of Merit, LLC ("Merit), LB Somerset LLC and LB Preferred Somerset LLC (together, the "Somerset Entities" and with Merit, the "New Debtor Entities") and their affiliated debtors in the above-referenced chapter 11 cases as debtors and debtors in possession, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), to extend the exclusive periods during which only the New Debtor Entities may file chapter 11 plans (the "Plan Period") and solicit acceptances thereof (the "Solicitation Period," and together with the Plan Period, the "Exclusive Periods") through and including September 15, 2010 and November 15, 2010, respectively, all as more fully described in the Motion; and the next scheduled omnibus hearing is to be held on April 14, 2010, which is after the date Merit's current Plan Period expires; and the Court having determined that it is appropriate to enlarge Merit's Exclusive Periods until such time as the Court considers and enters an order determining the Motion, it is hereby

ORDERED that Merit's Exclusive Periods are extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
April 7, 2010

                                         *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE