UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                                 :
In re:                                   :        Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS  :        Case No 08-13555 (JMP)
Inc., *et al.*,                        :
                                               :        Jointly Administered
            Debtors.               :
-----------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE THAT the Ad Hoc Committee of Bondholders ("Bondholder Committee"), through its counsel Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), hereby files this Notice of Withdrawal of Appearance in the above-referenced, jointly administered bankruptcy cases.

1. The Bondholder Committee requests that it, Munsch Hardt, including but not limited to the undersigned attorneys be removed from the official service list for the Debtors' bankruptcy cases, and be removed as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system.

2. There are currently no motions, applications, or other proceedings by or against the Bondholder Committee pending before this Court in the Debtors' bankruptcy cases.

Respectfully submitted, this 7th day of April, 2010.

By:   /s/ Raymond J. Urbanik
Russell L. Munsch
Texas Bar No. 14671500
Kevin M. Lippman
Texas Bar No. 00784479
Raymond J. Urbanik
NY Bar No. RU 1842
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone (214) 855-7500
Telecopy (214) 855-7584

## CERTIFICATE OF SERVICE

This is to certify that the undersigned personally caused a true and correct copy of the foregoing Notice of Withdrawal to be served via the Court's CM/ECF System upon the parties that have requested service on the 7th day of April, 2010.

By:   /s/ Raymond J. Urbanik
Raymond J. Urbanik