Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Royal Bank of Canada*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
: 
In re: : Chapter 11
: Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., : (Jointly Administered)
et al., :
:
       Debtors. :
----------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF MOTION OF ROYAL BANK OF CANADA FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 GRANTING RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

**PLEASE TAKE NOTICE** that the hearing with respect to the Motion of Royal Bank of Canada For Entry of an Order Pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief From the Automatic Stay to Effect Setoff [Docket No. 7268] (the "Motion") which was scheduled for April 14, 2010 at 10:00 a.m., **has been adjourned to May 12, 2010 at 10:00 a.m.**, or as soon thereafter as counsel can be heard. The hearing will be held before the Honorable James M. Peck, in Room 601 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York. Such hearing

may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: New York, New York
April 7, 2010

                              KATTEN MUCHIN ROSENMAN LLP

*Attorneys for Royal Bank of Canada*

By:   */s/ Merritt A. Pardini*
        Jeff J. Friedman
        Merritt A. Pardini
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800