Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Limited Objection to Debtors' Motion For Claims Hearings and Alternative Dispute Resolution Procedures, was filed on the ECF docket for this case, and mailed by first class mail, postage prepaid, this 7th day of April, 2010 and to:

The Honorable James M. Peck
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
Courtroom 601
New York, New York 10004

The Office of the United States Trustee
For The Southern District of New York
Attn:
Andy Velez-Rivera, Esq
Paul Schwartzberg, Esq
Brian Masumoto, Esq
Linda Rifkin, Esq.
Tracy Hope Davis, Esq
33 Whitehall Street, 21st Floor
New York, New York 10004

Weil Gotschal & Manges LLP
Richard P Krasnow, Esq
767 Fifth Avenue
New York, New York 10153
*ATTORNEY TO BE NOTICED for Lehman Brothers Holdings Inc.*

Milbank, Tweed, Hadley & McCloy, LLP
Dennis F. Dunne, Esq
Dennis O'Donnell, Esq
Evan Fleck, Esq
1 Chase Manhattan Plaza
New York, New York 10005
*ATTORNEYS TO BE NOTICED for The Official Committee of Unsecured Creditors*

Coblentz, Patch, Duffy & Bass LLP
Richard R. Patch, Howard A. Slavett, Norene M. Lew
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email: ef-rrp@cpdb.com

Email: ef-has@cpdb.com
Email: ef-nml@cpdb.com
*ATTORNEYS TO BE NOTICED for Openwave Systems, Inc.*

Simpson Thatcher & Bartlett LLP
James Glenn Kreissman
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650-251-5025
Fax: 650-251-5002
Email: jkreissman@stblaw.com
ATTORNEY TO BE NOTICED *for Richard S. Fuld, Michael L. Ainslie, Rolan A. Hernandez, David Goldfard, John F. Akers, Roger S. Berlind, Jospeh M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas Russo, Chistopher M. O'Meara, Michael Gelband, Alex Kirk, Melissa Conroy Whitney, Tim Ford*

Allen & Overy LLP
Patricia M. Hynes, Todd S. Fishman
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-610-6300
Fax: 212-610-6399
Email: patricia.hynes@allenovery.com
Email: todd.fishman@allenovery.com
*PRO HAC VICE ATTORNEYS TO BE NOTICED for Richard S. Fuld*

Jones Day
John Khai Ly, Phil E. Cook
555 South Flower St., 50th fl.
Los Angeles, CA 90071
Tel: 213-243-2331
Fax: 213.243.2539
Email: jly@jonesday.com
Email: Pcook@jonesday.com
*ATTORNEYS TO BE NOTICED for Melissa Conroy Whitney and Tim Ford*

Hughes Hubbard & Reed LLP
Beatrice Hamza Bassey
Christopher K. Kiplock
Jeffrey S. Margolin
John N. Poulos
Neil J. Oxford
Robert W. Brundigem Jr.
Sarah K. Loomis Cave
WilliamR Maguire
1 Battery Park Plaza

New York, NY 10004
(212) 837-6778
Fax : (212) 422-4726
Email: bassey@hugheshubbard.com
Email: kiplok@hugheshubbard.com
Email: margolin@hugeshubbard.com
Email: Lubell@hugheshubbard.com
Email: poulos@hugeshubbard.com
Email: oxford@hugheshubbard.com
Email: brundige@hugeshubbard.com
Email: cave@hugeshubbard.com
Email: Maguire@hugeshubbard.com
*ATTORNEYS TO BE NOTICED for Trustee for SIPA Liquidation of Lehman Brothers, Inc.*

Menaker & Herrmann LLP
Rebecca Northey
10 East 40th Street
43rd Floor
New York, NY 10016
(212) 545-1900
Fax : (212) 545-1656
Email: rnorthey@mhjur.com
*ATTORNEYS TO BE NOTICED for Trustee for SIPA Liquidation of Lehman Brothers, Inc.*

          */s/ Kenneth J. Kelly*
          ―――――――――――――――
          Kenneth J. Kelly