UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:              Deutsche Bank SA/NV ("Transferor")
                       Avenue Marnix 13-15
                       1000 Burxelles
                       Belgium
                       Telephone: +32 2 551 6307
                       Email: belgium.lehman-claim@db.com

2.    Please take notice that the transfer of a portion of your claim against LEHMAN BROTHERS
HOLDINGS INC., et al, Case No. 08-13555 (JMP) arising from and relating to Proof of Claim No. 50475
(attached as Exhibit A hereto), has been transferred to:

                       Barclays Bank PLC ("Transferee")
                       745 Seventh Avenue
                       New York, NY 10019
                       Telephone: (212) 412-2865
                       Email: daniel.crowley@barclayscapital.com
                              jessica.fainman@barclayscapital.com

      An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions
and notices regarding the transferred portion of the claim should be sent to the Transferee.

3.    No action is required if you do not object to the partial transfer of your claim. However, **IF YOU
OBJECT TO THE PARTIAL TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE
DATE OF THIS NOTICE, YOU MUST:**

--    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

      United States Bankruptcy Court
      Southern District of New York
      Attn: Clerk of Court
      Alexander Hamilton Custom House
      One Bowling Green
      New York, NY 10004-1408

--      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

--      Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
        correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                         CLERK
-------------------------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.

INTERNAL CONTROL NO._____

Copy: (check) Claims Agent__ Transferee__ Debtors' Attorney__


                                          _____
                                          Deputy Clerk

## EXHIBIT A

[Proof of Claim]

| United States Bankruptcy Court/Southern District of New York | LEHMAN SECURITIES PROGRAMS |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | PROOF OF CLAIM |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000050475 |
|---|---|---|

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor): Deutsche Bank SA/NV<br>    Avenue Marnix 13-15<br>    1000 Bruxelles<br>    Belgium<br>Telephone number: + 32 2 551 6307     Email Address: belgium.lehman-claim@db.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>    Deutsche Bank SA/NV<br>    Avenue Marnix 13-15<br>    1000 Bruxelles<br>    Belgium<br>Telephone number: + 32 2 551 6307     Email Address: belgium.lehman-claim@db.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: see attached annex**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): see attached annex**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
**see attached annex**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
  12841

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>OCT 2 8 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| **Date.**<br>27 October 2009 | **Signature:** For Deutsche Bank SA, Cécile Counet, risk officer, see Power of Attorney attached to annex |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re                                      :

                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)

                                           :

Debtors.                                   :    (Jointly Administered)

                                           :

## ANNEX TO
## PROGRAM SECURITIES PROOF OF CLAIM OF DEUTSCHE BANK SA/NV

This proof of claim (the "Proof of Claim") is filed by Deutsche Bank SA/NV ("Deutsche Bank") against Lehman Brothers Holdings Inc. ("LBHI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, the "Debtors") for amounts owed under certain Lehman Program Securities (as that term is used in the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code, Bankruptcy Rules 2012(a)(7), (f), (l), and 3003(c)(3), and Local Rule 2002-1(e) Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof (the "Bar Date Order"), entered on July 2, 2009 [Docket No. 4271]). In support of its Proof of Claim, Deutsche Bank states as follows:

## A.    Background

1.    On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. ("LBHI") commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On July 2, 2009, the Court entered the Bar Date Order. The Bar Date Order, among other things, established November 2, 2009, at 5:00 p.m. (prevailing Eastern Time) as the last date and time for each person or entity to file a proof of claim based on securities identified on the Lehman Program Securities list to be

available on http://www.lehman-docket.com as of July 17, 2009 (the "Lehman Program Securities").

## B.    Nature of the Claims

2.    Deutsche Bank is the holder of record of 72,133,000.00 € of principal amount of Lehman Program Securities (the "DB Record Securities"). As of the Petition Date, the principal amount of the DB Record Securities, expressed in U.S. dollars, was $102,349,513.70.[1] Deutsche Bank is also the beneficial holder of certain of these DB Record Securities, and certain of Deutsche Bank's customers are the beneficial holders of other DB Record Securities. As discussed below, some of Deutsche Bank's customers have instructed Deutsche Bank not to file this Proof of Claim on their behalf. Deutsche Bank asserts this Proof of Claim in respect of all of the DB Record Securities other than those DB Record Securities held by those customers who have instructed it to refrain from filing a proof of claim on their behalf.[2]

3.    The attached schedule lists, for each series of DB Record Securities (other than those beneficially held by customers who have instructed Deutsche Bank not to file a proof of claim on their behalf), (i) the applicable International Securities Identification Number, (ii) the issuer, (iii) the principal amount (in Euros and U.S. dollars, and exclusive of accrued interest) owed to Deutsche Bank and/or its customers as of the Petition Date, and (iv) the related Euroclear Electronic Instruction Reference Number, Clearstream Blocking Reference Number, or other depository blocking reference number, as appropriate.

---

[1] The U.S. dollar equivalent stated herein was determined by applying the prevailing exchange rate as of the Petition Date of 1 EUR = 1.4189 USD.

[2] The Bar Date Order provides that "a Filing Entity that files a claim on behalf of multiple account holders or holders of any Lehman Program Security shall not be required to provide identifying information for such account holders or holders of any Lehman Program Security." Bar Date Order, at 14. Accordingly, Deutsche Bank has not in this Proof of Claim identified the customers on whose behalf it is filing this Proof of Claim.

4.    Using the exchange rates that prevailed on the Petition Date, Deutsche Bank calculates that, as of the Petition Date, the aggregate principal amount owed by LBHI to Deutsche Bank and/or the customers on whose behalf Deutsche Bank is filing this Proof of Claim was 68,254,000.00 €, or $96,845,600.60.  As of the Petition Date, LBHI was and still is indebted to Deutsche Bank for the following amounts and for all other amounts which have accrued since the Petition Date, including without limitation post-petition interest, fees and costs:

(a)    principal, interest, and any unpaid fees owing under the DB Record Securities as of the Petition Date;

(b)    fees and costs (including without limitation attorneys' fees and expenses) incurred in connection with recovering on the DB Record Securities to the extent allowable thereunder and under the Bankruptcy Code; and

(c)    all other amounts due and payable under or arising in connection with the DB Record Securities, including, without limitation, damages for breach, damages caused by acts or omissions by LBHI and its affiliates, post-petition interest, premiums, fees, and costs to the extent allowable under the Bankruptcy Code.

5.    The amounts described in paragraphs 4(a), 4(b) and 4(c) are made without prejudice to any other claims arising after the Petition Date or based upon facts and circumstances discovered by Deutsche Bank or any other party after the Petition Date.

6.    As noted above, certain of Deutsche Bank's customers, holding approximately 3,879,000.00 € (or $5,503,913.10) of DB Record Securities, through their respective advisor, Deminor International SCRL/CVBA ("Deminor") or Hugo Keulers, have instructed Deutsche Bank not to file a proof of claim on their behalf and have demanded that Deutsche Bank provide them with the applicable Euroclear Electronic Instruction Reference Number, Clearstream Blocking Reference Number, or other depository blocking reference number, as appropriate, so that Deminor or Hugo Keulers may file a proof of claim on behalf of these beneficial holders. Deutsche Bank has provided the requested information to Deminor and Hugo Keulers.

7.      The claims asserted herein are not subject to any setoff or counterclaim.   No judgment has been rendered on the claims asserted herein.   Deutsche Bank holds no security interests in connection with, and has not received any security for, the claims asserted herein.

**B.      Supporting Documentation**

8.      The Bar Date Order provides that persons or entities that file claims based on any Lehman Program Security need not attach or submit any documentation supporting any claim based on such Lehman Program Security.  Bar Date Order, at 14.  Accordingly, Deutsche Bank has not attached any supporting documentation to this Proof of Claim.  Deutsche Bank will, however, produce such supporting documents to the extent required by Rule 3001(c) of the Federal Rules of Bankruptcy Procedure upon a request from the Debtors as a part of the claims reconciliation process.

**B.      Reservation of Rights and Amendments**

9.      In filing this Proof of Claim, Deutsche Bank does not submit itself, or any of its affiliates or customers, to the jurisdiction of the Court for any purpose other than with respect to this Proof of Claim.  To the extent the claims asserted herein may also be asserted against any other Debtor in these jointly-administered proceedings under law or equity, including but not limited to, in the event of the substantive consolidation of some or all of the Debtors, this Proof of Claim also constitutes a claim by Deutsche Bank against any and all such other Debtors. Additionally, any common law indemnity claims against all such Debtors are expressly preserved.

10.      The execution and filing of this Proof of Claim is not intended to be and should not be construed as (a) a waiver or release of any rights of Deutsche Bank or any of Deutsche Bank's affiliates or customers against any other entity or person liable for all or part of the

claims asserted herein, (b) a waiver by Deutsche Bank or any of Deutsche Bank's affiliates or customers of the right to withdraw the reference with respect to the subject matter of the claims asserted herein, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in these cases against or otherwise involving Deutsche Bank or any of Deutsche Bank's affiliates or customers, (c) an election of remedy by Deutsche Bank or any of Deutsche Bank's affiliates or customers that waives or otherwise affects any other remedy of Deutsche Bank or any of Deutsche Bank's affiliates or customers, (d) a consent by Deutsche Bank or any of Deutsche Bank's affiliates or customers to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise, (e) a waiver of the right of Deutsche Bank of any of Deutsche Bank's affiliates or customers to a trial by jury in any proceeding so triable herein or in any case controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution, (f) a waiver of the right of Deutsche Bank or any of Deutsche Bank's affiliates or customers to have final orders in non-core matters entered only after de novo review by a District Court Judgment, (g) a waiver by Deutsche Bank or any of Deutsche Bank's affiliates or customers of any past, present or future event of default under any applicable indenture or other credit documentation, (h) a statement of all legal theories, causes of action or facts supporting the claims of Deutsche Bank or any of Deutsche Bank's affiliates or customers, (i) a waiver or limitation of any rights, claims or causes of action by Deutsche Bank or any of Deutsche Bank's affiliates or customers; or (j) duplicative of or replacing any other proof of claim filed either by

Deutsche Bank, any of Deutsche Bank's affiliates or customers or any other party, including

Deminor or Hugo Keulers.

11.    Deutsche Bank expressly reserves all rights, and does not waive any right with

respect to any claims asserted herein, including, without limitation, the rights (a) to file any

separate or additional proof of claim with respect to the claims set forth herein or otherwise

(which proof of claim, if so filed, shall not be deemed to supersede this proof of claim unless

expressly so stated therein), (b) to amend, modify or supplement this Proof of Claim in any

respect, including with respect to the filing of an additional or amended claim for the purpose of

fixing and liquidating any contingent or unliquidated claim set forth herein, (c) to file additional

proofs of claim in respect of additional amounts or for any other reason, and (d) to file proofs of

claim against third parties, including, without limitation, any affiliates of the Debtors.

12.    In the event that any order of the Bankruptcy Court is entered which effects (a) a

recharacterization or subordination of claims, (b) substantive consolidation of any or all of the

Debtors with any or all of the Debtors and/or the Debtors' affiliates, or (c) any other similar

remedy, the rights of Deutsche Bank to file additional proofs of claim or amended proofs of

claim against any or all of the Debtors and any or all of the Debtors' affiliates is reserved.


(remainder of page intentionally left blank)

E.    Notice

13.    All notices in respect of this claim should be forwarded to:

> DEUTSCHE BANK SA/NV
> Attn: Cécile Counet
> Avenue Marnix 13-15
> 1000 Brussels
> Belgium

> with a copy, which shall not constitute notice, to:

> WHITE & CASE LLP
> Attn:  Evan Hollander, Esq.
> 1155 Avenue of the Americas
> New York, New York 10036

Dated: October 2⅞, 2009
       New York, New York

DEUTSCHE BANK SA/NV

By:  _____

Name: Cécile Counet[3]
Title: Risk Officer

---

[3]    A copy of the Power of Attorney authorizing Cécile Counet to execute this Proof of Claim on behalf of Deutsche Bank is attached as an exhibit.

## SCHEDULE OF LEHMAN PROGRAM SECURITIES

| ISIN | Issuer | Principal Amount (EUR)[a] | Principal Amount (USD)[b] | Blocking Reference Number |
|---|---|---|---|---|
| XS0169028700 | (none provided in Lehman Program Securities list) | 7,000.00 € | $9,932.30 | 5992912 |
| XS0189741001 | LEHMAN BROTHERS HOLDINGS INC | 6,000.00 € | $8,513.40 | 5992946 |
| XS0213899510 | LEHMAN BROTHERS HOLDINGS INC | 2,524,000.00 € | $3,581,303.60 | 6046782 |
| XS0252834576 | LEHMAN BROTHERS HOLDINGS INC | 50,000.00 € | $70,945.00 | 5992956 |
| XS0307745744 | LEHMAN BROTHERS HOLDINGS INC | 100,000.00 € | $141,890.00 | 5992958 |
| XS0183944643 | LEHMAN BROTHERS HOLDINGS INC | 20,000.00 € | $28,378.00 | 6058252 |
| XS0215349357 | LEHMAN BROTHERS HOLDINGS PLC | 44,000.00 € | $62,431.60 | 5992951 |
| XS0185655445 | LEHMAN BROTHERS TREASURY CO. BV | 50,000.00 € | $70,945.00 | 5992945 |
| XS0210433206 | LEHMAN BROTHERS TREASURY CO. BV | 111,000.00 € | $157,497.90 | 5992948 |
| XS0213416141 | LEHMAN BROTHERS TREASURY CO. BV | 100,000.00 € | $141,890.00 | 5992949 |
| XS0218304458 | LEHMAN BROTHERS TREASURY CO. BV | 40,000.00 € | $56,756.00 | 5992952 |
| XS0229584296 | LEHMAN BROTHERS TREASURY CO. BV | 60,000.00 € | $85,134.00 | 5992954 |
| XS0323364868 | LEHMAN BROTHERS TREASURY CO. BV | 480,000.00 € | $681,072.00 | 5992955 |
| XS0271893694 | LEHMAN BROTHERS TREASURY CO. BV | 39,564,000.00 € | $56,137,359.60 | 6055128 |
| XS0278450027 | LEHMAN BROTHERS TREASURY CO. BV | 40,000.00 € | $56,756.00 | 6046783 |
| XS0293677281 | LEHMAN BROTHERS TREASURY CO. BV | 22,286,000.00 € | $31,621,605.40 | 6046775 |
| XS0335226659 | LEHMAN BROTHERS TREASURY CO. BV | 30,000.00 € | $42,567.00 | 6046784 |
| XS0355576475 | LEHMAN BROTHERS TREASURY CO. BV | 54,000.00 € | $76,620.60 | 5992960 |
| XS0346686719 | LEHMAN BROTHERS TREASURY CO. BV | 5,000.00 € | $7,094.50 | 6058253 |
| XS0211093041 | LEHMAN BROTHERS TREASURY CO. BV | 10,000.00 € | $14,189.00 | 6058254 |
| XS0229269856 | LEHMAN BROTHERS UK CAPITAL FUNDING II | 2,673,000.00 € | $3,792,719.70 | 5992953 |
| TOTAL | | 68,254,000.00 € | $96,845,600.60 | |

a   Amounts stated are as of the Petition Date.
b   Amount determined by applying prevailing exchange rate as of the Petition Date of 1 EUR = 1.4189 USD.

BRUSSELS 1742735 (2K)

## EXHIBIT

## POWER OF ATTORNEY OF CÉCILE COUNET

## POWER OF ATTORNEY

The undersigned,

Deutsche Bank N.V., a company incorporated under Belgian law, with its principal office at Avenue Marnix 13-15, 1000 Bruxelles (RPM Bxl BE0404.474.855) (the "Bank"), hereby represented by Mr. Alain Moreau, CCO and Managing Director of the Bank and Mr. François Waterplas, CFO and Managing Director of the Bank.

The Bank irrevocably authorises Ms Cecile Counet, Ms Valérie Vandervelde and Ms Nadine Vandenbremt, employees of the Bank, each of them individually and with the power of substitution, on behalf of the undersigned:

(i)     to sign the Lehman Securities Proof of Claims Forms to be filed in the context of the Lehman Brothers Holdings, Inc. Chapter 11 procedure and any and all documents relating thereto which might now and/or in the future become required in relation to filing any claim under such procedure;

(ii)    to do all things necessary or expedient to give effect to the relevant documents, including, but not limited to, completing any blanks therein, making any amendments, alterations and additions thereto which may be considered necessary by the attorney-in-fact.

(iii)   to do all such further acts and things as the attorney-in-fact may deem necessary or appropriate for the purposes of the proper implementation of the assignment concerned.

We represent and warrant that this power of attorney is valid and binding upon us, and has been duly authorised by any necessary corporate or other action. We undertake to indemnify each attorney-in-fact against any liability incurred in connection with this power of attorney, except to the extent attributable to such attorney's gross negligence or wilful misconduct.

This power of attorney is governed by and construed in accordance with the laws of Belgium.

Signed in Brussels, on 16 September  2009.

For Deutsche Bank N.V.

Name:   Alain Moreau
Title:      CEO and Managing Director

Name: François Waterplas
Title: CFO and Managing Director

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

DATE

TIME

## EXHIBIT B

[Executed Evidence of Transfer of Claim]

*Treasury B.V. Issued Program Securities -- Final Form 03/29/10*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank SA/NV** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Barclays Bank PLC** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage and nominal amount** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **50475** filed by or on behalf of **Deutsche Bank SA/NV** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) all amounts due and owing in respect of each Purchased Security have been declared due and payable in accordance with the terms of one or more agreements or instruments relating to any such Purchased Security.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery

and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of April 2009.

Deutsche Bank SA/NV

By:
Name:
Title:

[Address]
[City, State, Zip]

Olivier DELFOSSE
Director
Chief Investment Officer
Deutsche Bank S.A./N.V.

Jessica HEYSE
Head of Legal Department

Barclays Bank PLC

By:
Name: Jeff Psaki
Title:  Managing Director

745 7th Avenue
New York, NY 10019

Schedule 1

Transferred Claims

Purchased Claim

20.7259% or USD 11,634,980 of the USD 56,137,359.60 XS0271893694 claim reflected in the Proof of Claim, or

12.0139% of the total claim of USD 96,845,600.60 plus all pre & post petition accrued to be determined (the outstanding amount of the Proof of Claim as of April 1, 2010).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of up to EUR 200,000,000 Swing Notes due 2009 Linked to a basket of Shares | XS0271893694 | Lehman Brothers Treasury Co B.V. | Lehman Brothers Holdings Inc. | USD 11,634,980 Equivalent to EUR 8,200,000 | Non – Interest bearing | 27 January 2009 | Pre & Post petition accrued interest to be determined. |

Schedule 1-1