WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FURTHER HEARING ON**
**CERTAIN LIMITED ISSUES RELATING TO INTERIM APPLICATIONS**
**FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

    **PLEASE TAKE NOTICE** that the hearing to further consider any remaining issues related to the applications for allowance of compensation and reimbursement of expenses set forth on Exhibit A annexed hereto (collectively, the "Interim Applications"), which was scheduled for April 9, 2010 at 2:00 p.m., **has been adjourned to April 14, 2010 at 2:00 p.m.**, or as soon thereafter as counsel may be heard. The hearing on the Interim Applications will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: April 7, 2010
   New York, New York

                   /s/ Shai Y. Waisman
                   Shai Y. Waisman

                   WEIL, GOTSHAL & MANGES LLP
                   767 Fifth Avenue
                   New York, New York 10153
                   Telephone: (212) 310-8000
                   Facsimile: (212) 310-8007

                   Attorneys for Debtors
                   and Debtors in Possession

## **EXHIBIT A**

| Applicant | Docket No. |
|---|---|
| Reilly Pozner LLP | 6102 |
| Bortstein Legal LLC | 6157 |
| Ernst & Young LLP | 6167 |
| Windels Marx Lane & Mittendorf, LLP | 6173 |
| Bingham McCuthchen LLP | 6177 |
| McKenna Long & Aldridge LLP | 6179 |
| Pachulski Stang Ziehl & Jones LLP | 6180 |
| Jenner & Block LLP | 6188 |
| Duff & Phelps LLC | 6189 |
| FTI Consulting, Inc. | 6190 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | 6194 |
| Simpson Thacher & Bartlett LLP | 6198 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 6202 |
| Milbank, Tweed, Hadley & McCloy LLP | 6203 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | 6204 |
| Weil, Gotshal & Manges LLP | 6205 |
| Jones Day | 6216 |
| Lazard Frères & Co. LLC | 6218 |
| Huron Consulting Group | 6235 |