## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 24, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **CVI GVF (LUX) MASTER S.A.R.L.**, a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under the Global Master Repurchase Agreement between Assignor as assignee of Black River Asia Fund Ltd. and LBIE dated September 19, 2006, and the right to payment, if any, under the Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005, and the Guarantee of Lehman Brothers Holdings Inc. dated January 4, 2008 (collectively, the "Claim"), in the principal amount of $6,709,388 and related proof of claim number 54849 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 24th day December 2009.

**(Assignor)**                                              **(Assignee)**

BLACK RIVER EMERGING MARKETS                  CVI GVF (LUX) MASTER S.A.R.L.
CREDIT FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____                    By: _____
Name: __**Curtis Kenkel**__                    Name: _____
Title: __**Authorized Signatory**__            Title: _____
Telephone: _____             Telephone: _____


**WITNESS:**

By: _____
Name: _____Akshay Kaura_____
Title: ___Authorized Signatory___
Telephone: _____

## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **CVI GVF (LUX) MASTER S.A.R.L.**, a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under the Global Master Repurchase Agreement between Assignor as assignee of Black River Asia Fund Ltd. and LBIE dated September 19, 2006, and the right to payment, if any, under the Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005, and the Guarantee of Lehman Brothers Holdings Inc. dated January 4, 2008 (collectively, the "Claim"), in the principal amount of $6,709,388 and related proof of claim number 54849 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29 day December 2009.

(Assignor)                                    (Assignee)

BLACK RIVER EMERGING MARKETS               CVI GVF (LUX) MASTER S.A.R.L.
CREDIT FUND LTD.

By Black River Asset Management LLC         BY CARVAL INVESTORS UK LIMITED
Its Investment Advisor

By: _____               By: _____
Name: _____               Name: ____WARD____
Title: _____               Title: ____DIRECTOR____
Telephone: _____               Telephone: _____


**WITNESS:**

By: _____
Name: _____
Title: _____
Telephone: _____