Lisa Milas
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Assert Management Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTIONS FOR**
**RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY**
**SITUATED AT VARIOUS LOCATIONS IN THE STATE OF NEW YORK**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the following motions:

- Motion for Relief from Stay as to the Property located at 116-69 233rd Street, Cambria Heights, NY 11411 [Docket No. 6335]

- Motion for Relief from Stay as to the property located at 1219 E 59th Street, Brooklyn, NY 11234 [Docket No. 6350]

(together, the "Motions") which was scheduled for April 14, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to May 12, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: April 8, 2010
      Plainview, New York

_____
Lisa Milas

Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Telephone: (516) 741-2585

Attorneys for Property Asset Management Inc.