## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to **CVI GVF (LUX) MASTER S.A.R.L.**, a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under that certain ISDA Master Agreement dated as of June 1, 2006 ("ISDA"), between Lehman Brothers International (Europe) and Assignor as assignee of Black River Commodity Select Fund Lt. ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA ("Claim"), in the principal amount of $1,395,962 and related proof of claim number 22704 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 24th day December 2009.

(Assignor)

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: Curtis Kenkel
Title: Authorized Signatory
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

By: _____
Name: _____
Title: _____
Telephone: _____

WITNESS:

By: _____
Name: Akshay Kaura
Title: Authorized Signatory
Telephone: _____

# EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to CVI GVF (LUX) MASTER S.A.R.L., a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under that certain ISDA Master Agreement dated as of June 1, 2006 ("ISDA"), between Lehman Brothers International (Europe) and Assignor as assignee of Black River Commodity Select Fund Lt. ("ISDA Claim"), and the right to payment, if any, under that certain Guarantee of Lehman Brothers Holdings Inc. dated as of the date of the ISDA ("Claim"), in the principal amount of $1,395,962 and related proof of claim number 22704 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29th day December 2009.

(Assignor)

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: _____
Title: _____
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

BY CARVAL INVESTORS UK LIMITED

By: R Ward
Name: R WARD
Title: DIRECTOR
Telephone: _____

WITNESS:

By: _____
Name: _____
Title: _____
Telephone: _____