## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to CVI GVF (LUX) MASTER S.A.R.L., a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under that certain ISDA Master Agreement between Assignor and Lehman Brothers International (Europe) ("LBIE") dated as of December 2, 2003, and the Global Master Repurchase Agreement between Assignor and LBIE dated as of March 19, 2004, and the right to payment, if any, a guaranty dated as of the date of the ISDA Master Agreement, the Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005, and the Guarantee of Lehman Brothers Holdings Inc. dated January 4, 2008 (collectively, the "Claim"), in the principal amount of $4,095,558 and related proof of claim number 22702 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP) and amended by claim number 45148.

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29th day December 2009.

(Assignor)

BLACK RIVER FIXED INCOME RELATIVE
VALUE FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: **Curtis Kenkel**
Title: **Authorized Signatory**
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

By: _____
Name: _____
Title: _____
Telephone: _____

WITNESS:

By: _____
Name: _____Akshay Kaura_____
Title: _____Authorized Signatory_____
Telephone: _____

## EVIDENCE OF TRANSFER OF CLAIM

BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to CVI GVF (LUX) MASTER S.A.R.L., a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under that certain ISDA Master Agreement between Assignor and Lehman Brothers International (Europe) ("LBIE") dated as of December 2, 2003, and the Global Master Repurchase Agreement between Assignor and LBIE dated as of March 19, 2004, and the right to payment, if any, a guaranty dated as of the date of the ISDA Master Agreement, the Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005, and the Guarantee of Lehman Brothers Holdings Inc. dated January 4, 2008 (collectively, the "Claim"), in the principal amount of $4,095,558 and related proof of claim number 22702 filed against Lehman Brothers Holdings Inc. in its bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555(JMP) and amended by claim number 45148.

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29th day December 2009.

(Assignor)

BLACK RIVER FIXED INCOME RELATIVE
VALUE FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: _____
Title: _____
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

BY CARVAL INVESTORS UK LIMITED

By: R Ward
Name: R WARD
Title: DIRECTOR
Telephone: _____

WITNESS:

By: _____
Name: _____
Title: _____
Telephone: _____