**EXHIBIT B**
**NOTICE AND EVIDENCE OF TRANSFER OF CLAIM**

BLACK RIVER EMERGING MARKETS CREDIT FUND LTD., a Cayman Islands exempted company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Assignment of Claim dated as of December 29, 2009, has hereby absolutely and unconditionally sold, transferred and assigned to CVI GVF (LUX) MASTER S.A.R.L., a Luxembourg company, its successors and assigns (collectively, "Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its right to payment under that certain ISDA Master Agreement dated as of March 16, 2004 ("ISDA"), between Lehman Brothers Special Financing Inc. ("LBSF") and Assignor as assignee of Black River Global Credit Fund Ltd. ("ISDA Claim"), and the right to payment, if any, under that certain guarantee of Lehman Brothers Holdings Inc. dated March 24, 2004 ("Claim"), in the principal amount of $397,582 and related proof of claim numbers 26159 and 26162 filed against LBSF and Lehman Brothers Holdings Inc. in their bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, case nos. 08-13888(JMP) and 08-13555(JMP), jointly administered under case no. 08-13555(JMP).

Assignor hereby stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative as of this 29th day December 2009.

(Assignor)

BLACK RIVER EMERGING MARKETS
CREDIT FUND LTD.

By Black River Asset Management LLC
Its Investment Advisor

By: _____
Name: __Curtis Kenkel__
Title: __Authorized Signatory__
Telephone: _____

(Assignee)

CVI GVF (LUX) MASTER S.A.R.L.

BY CARVAL INVESTORS UK LIMITED

By: _____
Name: __KEVIN BAKER__
Title: __CONTROLLER__
Telephone: _____

WITNESS:

By: _____
Name: __Akshay Kaura__
Title: __Authorized Signatory__
Telephone: _____