**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                  :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 8015** |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | SIPA Proceeding |
| | : | |
| LEHMAN BROTHERS INC., | : | Case No. 08-01420 (JMP) |
| | : | |
| Debtor. | : | **Ref. Docket No. 2957** |
| | : | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 2, 2010, I caused to be served the "Notice of Hearing of Motion *In Limine* for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer," dated April 2, 2010, to which was attached the "Motion *In Limine* for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer," dated April 2, 2010 [Docket No. 8015 in Case No. 08-13555 and Docket No. 2957 in Case No. 08-01420], by causing true and correct copies to be:

       i.     enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

      ii.    delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
2nd day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

T:\Clients\LBH\Affidavits\In Limine Mtn&NOH - Pfleiderer Testimony Exc_DI 8015_AFF_4-2-10.doc

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

## LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@kayescholer.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | avi.gesser@dpw.com |
| amenard@tishmanspeyer.com | awasserman@lockelord.com |
| andrew.brozman@cliffordchance.com | azylberberg@whitecase.com |
| andrew.lourie@kobrekim.com | bankr@zuckerman.com |
| angelich.george@arentfox.com | bankruptcy@goodwin.com |

### LBH Email Service List

| | |
|---|---|
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcymatters@us.nomura.com | cbelmonte@ssbb.com |
| barbra.parlin@hklaw.com | cbrotstein@bm.net |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | cgreen@bsfllp.com |
| bguiney@pbwt.com | chammerman@paulweiss.com |
| bhinerfeld@sbtklaw.com | charles@filardi-law.com |
| bill.freeman@pillsburylaw.com | charles_malloy@aporter.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| bpershkow@profunds.com | cmontgomery@salans.com |
| brendan.collins@dlapiper.com | cmtb_lc11@chuomitsui.jp |
| brian.corey@greentreecreditsolutions.com | cohenr@sewkis.com |
| bromano@willkie.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bspector@jsslaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | crogers@orrick.com |
| btupi@tuckerlaw.com | cs@stevenslee.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolfe@sheppardmullin.com | cshore@whitecase.com |
| bzabarauskas@crowell.com | cshulman@sheppardmullin.com |
| cahn@clm.com | ctatelbaum@adorno.com |
| canelas@pursuitpartners.com | cward@polsinelli.com |
| carol.weinerlevy@bingham.com | cweber@ebg-law.com |

## LBH Email Service List

| | |
|---|---|
| cweiss@ingramllp.com | dfelder@orrick.com |
| dallas.bankruptcy@publicans.com | dflanigan@polsinelli.com |
| daniel.guyder@allenovery.com | dgrimes@reedsmith.com |
| dave.davis@isgria.com | dhayes@mcguirewoods.com |
| david.bennett@tklaw.com | dheffer@foley.com |
| david.crichlow@pillsburylaw.com | diconzam@gtlaw.com |
| david.heller@lw.com | dirk.roberts@ots.treas.gov |
| davids@blbglaw.com | dkleiner@velaw.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbalog@intersil.com | dladdin@agg.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dludman@brownconnery.com |
| dcahn@cahnlaw.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |
| deryck.palmer@cwt.com | drosner@goulstonstorrs.com |

**LBH Email Service List**

| | |
|---|---|
| drosner@kasowitz.com | ezweig@optonline.net |
| dshemano@pwkllp.com | fbp@ppgms.com |
| dtatge@ebglaw.com | fdellamore@jaspanllp.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ehret-vanhorn@mbaum.com | gkaden@goulstonstorrs.com |
| ekbergc@lanepowell.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| eric.johnson@hro.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | heim.steve@dorsey.com |
| ezujkowski@emmetmarvin.com | heiser@chapman.com |

## LBH Email Service List

| | |
|---|---|
| hhume@bsfllp.com | jay@kleinsolomon.com |
| hirsch.robert@arentfox.com | jbecker@wilmingtontrust.com |
| hollace.cohen@troutmansanders.com | jbeemer@entwistle-law.com |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hweg@pwkllp.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jeff.wittig@coair.com |
| igoldstein@dl.com | jeffrey.sabin@bingham.com |
| ilevee@lowenstein.com | jeldredge@velaw.com |
| info2@normandyhill.com | jen.premisler@cliffordchance.com |
| ira.herman@tklaw.com | jennifer.demarco@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.gore@shell.com |
| israel.dahan@cwt.com | jeremy.eiden@state.mn.us |
| iva.uroic@dechert.com | jessica.fink@cwt.com |
| jacobsonn@sec.gov | jfalgowski@reedsmith.com |
| jacqueline.marcus@weil.com | jfinerty@pfeiferlaw.com |
| jafeltman@wlrk.com | jflaxer@golenbock.com |
| james.mcclammy@dpw.com | jfox@joefoxlaw.com |
| jamestecce@quinnemanuel.com | jfreeberg@wfw.com |
| jar@outtengolden.com | jg5786@att.com |
| jason.jurgens@cwt.com | jgarrity@shearman.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |

### LBH Email Service List

| | |
|---|---|
| jguy@orrick.com | john.rapisardi@cwt.com |
| jhellman@zeislaw.com | joli@crlpc.com |
| jherzog@gklaw.com | jorbach@hahnhessen.com |
| jhiggins@fdlaw.com | joseph.cordaro@usdoj.gov |
| jhorgan@phxa.com | joseph.scordato@dkib.com |
| jhuggett@margolisedelstein.com | joshua.dorchak@bingham.com |
| jhuh@ffwplaw.com | jowen769@yahoo.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschiller@bsfllp.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jshaw@bsfllp.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstern@bsfllp.com |
| jmcginley@wilmingtontrust.com | jstoll@mayerbrown.com |
| jmelko@gardere.com | jtimko@allenmatkins.com |
| jmerva@fult.com | jtougas@mayerbrown.com |
| jmr@msf-law.com | judy.morse@crowedunlevy.com |
| john.monaghan@hklaw.com | jwallack@goulstonstorrs.com |

### LBH Email Service List

| | |
|---|---|
| jwang@sipc.org | kreynolds@mklawnyc.com |
| jweiss@gibsondunn.com | kristin.going@dbr.com |
| jwest@velaw.com | krosen@lowenstein.com |
| jwh@njlawfirm.com | krubin@ozcap.com |
| jwhitman@entwistle-law.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| karol.denniston@dlapiper.com | lawallf@pepperlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.kraidin@allenovery.com |
| kiplok@hugheshubbard.com | ljkotler@duanemorris.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| klippman@munsch.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lori.fife@weil.com |
| kovskyd@pepperlaw.com | lromansic@steptoe.com |
| kpiper@steptoe.com | lscarcella@farrellfritz.com |
| kressk@pepperlaw.com | lschweitzer@cgsh.com |

## LBH Email Service List

| | |
|---|---|
| lthompson@whitecase.com | metkin@lowenstein.com |
| lubell@hugheshubbard.com | mfeldman@willkie.com |
| lwhidden@salans.com | mgordon@briggs.com |
| lwong@pfeiferlaw.com | mgreger@allenmatkins.com |
| mabrams@willkie.com | mhopkins@cov.com |
| maofiling@cgsh.com | michael.kim@kobrekim.com |
| marc.chait@standardchartered.com | mimi.m.wong@irscounsel.treas.gov |
| margolin@hugheshubbard.com | mitchell.ayer@tklaw.com |
| mark.deveno@bingham.com | mjacobs@pryorcashman.com |
| mark.ellenberg@cwt.com | mjedelman@vedderprice.com |
| mark.houle@pillsburylaw.com | mjr1@westchestergov.com |
| mark.sherrill@sutherland.com | mkjaer@winston.com |
| martin.davis@ots.treas.gov | mlahaie@akingump.com |
| marvin.clements@ag.tn.gov | mlandman@lcbf.com |
| matthew.klepper@dlapiper.com | mmendez@hunton.com |
| matthew.morris@lovells.com | mmickey@mayerbrown.com |
| mbenner@tishmanspeyer.com | mmooney@deilylawfirm.com |
| mberman@nixonpeabody.com | mmorreale@us.mufg.jp |
| mbienenstock@dl.com | mmurphy@co.sanmateo.ca.us |
| mbossi@thompsoncoburn.com | mneier@ibolaw.com |
| mcademartori@sheppardmullin.com | monica.lawless@brookfieldproperties.com |
| mcordone@stradley.com | mpage@kelleydrye.com |
| mcto@debevoise.com | mpfeifer@pfeiferlaw.com |
| mdorval@stradley.com | mpucillo@bermanesq.com |
| meltzere@pepperlaw.com | mrosenthal@gibsondunn.com |

## LBH Email Service List

| | |
|---|---|
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| nasreen.bulos@dubaiic.com | pnichols@whitecase.com |
| ncoco@mwe.com | ppascuzzi@ffwplaw.com |
| neal.mann@oag.state.ny.us | ppatterson@stradley.com |
| ned.schodek@shearman.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwirt@ftportfolios.com |
| nherman@morganlewis.com | pwright@dl.com |
| nissay_10259-0154@mhmjapan.com | r.stahl@stahlzelloe.com |
| nlepore@schnader.com | raj.madan@bingham.com |
| notice@bkcylaw.com | rajohnson@akingump.com |
| oipress@travelers.com | ramona.neal@hp.com |
| omeca.nedd@lovells.com | ranjit.mather@bnymellon.com |
| paronzon@milbank.com | rbeacher@daypitney.com |
| patrick.potter@pillsburylaw.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |

**LBH Email Service List**

| | |
|---|---|
| rfleischer@pryorcashman.com | robin.keller@lovells.com |
| rfrankel@orrick.com | ronald.silverman@bingham.com |
| rfriedman@silvermanacampora.com | rreid@sheppardmullin.com |
| rgmason@wlrk.com | rroupinian@outtengolden.com |
| rgraham@whitecase.com | rrussell@andrewskurth.com |
| rhett.campbell@tklaw.com | rterenzi@stcwlaw.com |
| rhs@mccallaraymer.com | rtrust@cravath.com |
| richard.krasnow@weil.com | rwasserman@cftc.gov |
| richard.lear@hklaw.com | rwyron@orrick.com |
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| rjones@boultcummings.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rmunsch@munsch.com | sara.tapinekis@cliffordchance.com |
| rnetzer@willkie.com | sbernstein@hunton.com |
| rnies@wolffsamson.com | scargill@lowenstein.com |
| rnorton@hunton.com | schannej@pepperlaw.com |
| robert.bailey@bnymellon.com | schepis@pursuitpartners.com |
| robert.dombroff@bingham.com | schnabel.eric@dorsey.com |
| robert.henoch@kobrekim.com | schristianson@buchalter.com |
| robert.malone@dbr.com | scottshelley@quinnemanuel.com |
| robert.yalen@usdoj.gov | scousins@armstrongteasdale.com |
| robertdakis@quinnemanuel.com | sdnyecf@dor.mo.gov |

## LBH Email Service List

| | |
|---|---|
| sehlers@armstrongteasdale.com | sselbst@herrick.com |
| sfelderstein@ffwplaw.com | sshimshak@paulweiss.com |
| sfineman@lchb.com | steele@lowenstein.com |
| sfox@mcguirewoods.com | stephanie.wickouski@dbr.com |
| sgordon@cahill.com | steve.ginther@dor.mo.gov |
| sgubner@ebg-law.com | steven.perlstein@kobrekim.com |
| shai.waisman@weil.com | steven.wilamowsky@bingham.com |
| sharbeck@sipc.org | streusand@streusandlandon.com |
| shari.leventhal@ny.frb.org | suomi_murano@chuomitsui.jp |
| sheehan@txschoollaw.com | susan.schultz@newedgegroup.com |
| shgross5@yahoo.com | susheelkirpalani@quinnemanuel.com |
| shumaker@pursuitpartners.com | swolowitz@mayerbrown.com |
| shumaker@pursuitpartners.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| sloden@diamondmccarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas_noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |

**LBH Email Service List**

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

## LBI Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angelich.george@arentfox.com |
| aalfonso@kayescholer.com | ann.reynaud@shell.com |
| abeaumont@fklaw.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| adiamond@diamondmccarthy.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| akihiko_yagyuu@chuomitsui.jp | austin.bankruptcy@publicans.com |
| alesia.pinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | avi.gesser@dpw.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |

### LBI Email Service List

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbelisle@wfw.com |
| barbra.parlin@hklaw.com | cbelmonte@ssbb.com |
| bbisignani@postschell.com | cbrotstein@bm.net |
| bdk@schlamstone.com | cgoldstein@stcwlaw.com |
| bguiney@pbwt.com | cgreen@bsfllp.com |
| bhinerfeld@sbtklaw.com | chammerman@paulweiss.com |
| bill.freeman@pillsburylaw.com | charles@filardi-law.com |
| bmanne@tuckerlaw.com | charles_malloy@aporter.com |
| bmiller@mofo.com | chipford@parkerpoe.com |
| boneill@kramerlevin.com | chris.donoho@lovells.com |
| bpershkow@profunds.com | christine.farrelly@dlapiper.com |
| brian.corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| bromano@willkie.com | cmontgomery@salans.com |
| broy@rltlawfirm.com | cmtb_lc11@chuomitsui.jp |
| bspector@jsslaw.com | cohenr@sewkis.com |
| btrust@mayerbrown.com | cp@stevenslee.com |
| btupi@tuckerlaw.com | cpappas@dilworthlaw.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | crogers@orrick.com |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carlin@thshlaw.com | cshore@whitecase.com |
| carol.weinerlevy@bingham.com | cshulman@sheppardmullin.com |
| cave@hugheshubbard.com | ctatelbaum@adorno.com |

### LBI Email Service List

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcahn@cahnlaw.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deborah.saltzman@dlapiper.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dfriedman@kasowitz.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dimassa@duanemorris.com

dirk.roberts@ots.treas.gov

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

douglas.mcgill@dbr.com

dove.michelle@dorsey.com

dpiazza@hodgsonruss.com

dravin@wolffsamson.com

### LBI Email Service List

| | |
|---|---|
| drose@pryorcashman.com | eric.johnson@hro.com |
| drosenzweig@fulbright.com | eschaffer@reedsmith.com |
| drosner@goulstonstorrs.com | eschwartz@contrariancapital.com |
| drosner@kasowitz.com | esmith@dl.com |
| dshemano@pwkllp.com | estodola@whitecase.com |
| dswan@mcguirewoods.com | ezavalkoff-babej@vedderprice.com |
| dtatge@ebglaw.com | ezujkowski@emmetmarvin.com |
| dwdykhouse@pbwt.com | ezweig@optonline.net |
| dwildes@stroock.com | fbp@ppgms.com |
| dworkman@bakerlaw.com | feldsteinh@sullcrom.com |
| eagel@bragarwexler.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | fishere@butzel.com |
| ecohen@russell.com | fjacobson@sonnenschein.com |
| efile@willaw.com | francois.janson@hklaw.com |
| efleck@milbank.com | frank.white@agg.com |
| efriedman@friedumspring.com | fsosnick@shearman.com |
| egeekie@schiffhardin.com | fyates@sonnenschein.com |
| eglas@mccarter.com | gabriel.delvirginia@verizon.net |
| ehollander@whitecase.com | gbray@milbank.com |
| ehret-vanhorn@mbaum.com | george_kielman@freddiemac.com |
| ekbergc@lanepowell.com | ggraber@hodgsonruss.com |
| eli.mattioli@klgates.com | giaimo.christopher@arentfox.com |
| ellen.halstead@cwt.com | giddens@hugheshubbard.com |
| eobrien@sbchlaw.com | gkaden@goulstonstorrs.com |

## LBI Email Service List

| | |
|---|---|
| glee@mofo.com | ira.herman@tklaw.com |
| glenn.siegel@dechert.com | isgreene@hhlaw.com |
| gmoss@riemerlaw.com | israel.dahan@cwt.com |
| gravert@mwe.com | iva.uroic@dechert.com |
| gschiller@zeislaw.com | jacobsonn@sec.gov |
| gspilsbury@jsslaw.com | jacqueline.marcus@weil.com |
| guzzi@whitecase.com | jafeltman@wlrk.com |
| harrisjm@michigan.gov | james.mcclammy@dpw.com |
| harveystrickon@paulhastings.com | jamestecce@quinnemanuel.com |
| heim.steve@dorsey.com | jar@outtengolden.com |
| heiser@chapman.com | jason.jurgens@cwt.com |
| hestioko@ffwplaw.com | jay.hurst@oag.state.tx.us |
| hhume@bsfllp.com | jay@kleinsolomon.com |
| hirsch.robert@arentfox.com | jbecker@wilmingtontrust.com |
| hollace.cohen@troutmansanders.com | jbeemer@entwistle-law.com |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hweg@pwkllp.com | jchristian@tobinlaw.com |
| ian.levy@kobrekim.com | jdrucker@coleschotz.com |
| icatto@kirkland.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |

## LBI Email Service List

| | |
|---|---|
| jennifer.demarco@cliffordchance.com | jlee@foley.com |
| jennifer.gore@shell.com | jlevitan@proskauer.com |
| jeremy.eiden@state.mn.us | jlevitin@cahill.com |
| jessica.fink@cwt.com | jlipson@crockerkuno.com |
| jfalgowski@reedsmith.com | jliu@dl.com |
| jfinerty@pfeiferlaw.com | jlovi@steptoe.com |
| jflaxer@golenbock.com | jlscott@reedsmith.com |
| jfox@joefoxlaw.com | jmaddock@mcguirewoods.com |
| jfreeberg@wfw.com | jmazermarino@msek.com |
| jg5786@att.com | jmcginley@wilmingtontrust.com |
| jgarrity@shearman.com | jmelko@gardere.com |
| jgenovese@gjb-law.com | jmerva@fult.com |
| jguy@orrick.com | jmr@msf-law.com |
| jharbour@hunton.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhs7@att.net | joseph.cordaro@usdoj.gov |
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |

## LBI Email Service List

| | |
|---|---|
| jrsmith@hunton.com | keckhardt@hunton.com |
| jschiller@bsfllp.com | keith.simon@lw.com |
| jschwartz@hahnhessen.com | ken.coleman@allenovery.com |
| jshaw@bsfllp.com | ken.higman@hp.com |
| jsheerin@mcguirewoods.com | kgwynne@reedsmith.com |
| jshickich@riddellwilliams.com | kiplok@hugheshubbard.com |
| jsmairo@pbnlaw.com | kkelly@ebglaw.com |
| jstern@bsfllp.com | klippman@munsch.com |
| jstoll@mayerbrown.com | klyman@irell.com |
| jteitelbaum@tblawllp.com | kmayer@mccarter.com |
| jtimko@allenmatkins.com | kobak@hugheshubbard.com |
| jtougas@mayerbrown.com | korr@orrick.com |
| judy.morse@crowedunlevy.com | kostad@mofo.com |
| jwallack@goulstonstorrs.com | kovskyd@pepperlaw.com |
| jwang@sipc.org | kpiper@steptoe.com |
| jweiss@gibsondunn.com | kressk@pepperlaw.com |
| jwest@velaw.com | kreynolds@mklawnyc.com |
| jwh@njlawfirm.com | kristin.going@dbr.com |
| jwhitman@entwistle-law.com | krosen@lowenstein.com |
| jwishnew@mofo.com | krubin@ozcap.com |
| k4.nomura@aozorabank.co.jp | kurt.mayr@bgllp.com |
| karen.wagner@dpw.com | lacyr@sullcrom.com |
| karol.denniston@dlapiper.com | landon@streusandlandon.com |
| kcaputo@sipc.org | lawallf@pepperlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |

## LBI Email Service List

| | |
|---|---|
| lee.stremba@troutmansanders.com | mark.deveno@bingham.com |
| lgranfield@cgsh.com | mark.ellenberg@cwt.com |
| lhandelsman@stroock.com | mark.houle@pillsburylaw.com |
| linda.boyle@twtelecom.com | mark.sherrill@sutherland.com |
| lisa.kraidin@allenovery.com | martin.davis@ots.treas.gov |
| ljkotler@duanemorris.com | marvin.clements@ag.tn.gov |
| lmarinuzzi@mofo.com | masaki_konishi@noandt.com |
| lmay@coleschotz.com | matthew.dyer@prommis.com |
| lmcgowen@orrick.com | matthew.klepper@dlapiper.com |
| lml@ppgms.com | matthew.morris@lovells.com |
| lnashelsky@mofo.com | mbass@hodgsonruss.com |
| loizides@loizides.com | mbenner@tishmanspeyer.com |
| lori.fife@weil.com | mberman@nixonpeabody.com |
| lromansic@steptoe.com | mbienenstock@dl.com |
| lscarcella@farrellfritz.com | mbossi@thompsoncoburn.com |
| lschweitzer@cgsh.com | mcademartori@sheppardmullin.com |
| lthompson@whitecase.com | mcordone@stradley.com |
| lubell@hugheshubbard.com | mcto@debevoise.com |
| lwhidden@salans.com | mdorval@stradley.com |
| lwong@pfeiferlaw.com | meltzere@pepperlaw.com |
| mabrams@willkie.com | metkin@lowenstein.com |
| macronin@debevoise.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mgordon@briggs.com |
| marc.chait@standardchartered.com | mgreger@allenmatkins.com |
| margolin@hugheshubbard.com | mhopkins@cov.com |

## LBI Email Service List

| | |
|---|---|
| michael.kim@kobrekim.com | mshiner@tuckerlaw.com |
| mimi.m.wong@irscounsel.treas.gov | msilberstein@dealysilberstein.com |
| mitchell.ayer@tklaw.com | mspeiser@stroock.com |
| mjacobs@pryorcashman.com | mstamer@akingump.com |
| mjedelman@vedderprice.com | mtamasco@schnader.com |
| mjr1@westchestergov.com | mvenditto@reedsmith.com |
| mkjaer@winston.com | mwarren@mtb.com |
| mlahaie@akingump.com | nasreen.bulos@dubaiic.com |
| mlandman@lcbf.com | ncoco@mwe.com |
| mmendez@hunton.com | neal.mann@oag.state.ny.us |
| mmervis@proskauer.com | ned.schodek@shearman.com |
| mmickey@mayerbrown.com | newyork@sec.gov |
| mmooney@deilylawfirm.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mmurphy@co.sanmateo.ca.us | nlepore@schnader.com |
| mneier@ibolaw.com | notice@bkcylaw.com |
| monica.lawless@brookfieldproperties.com | oipress@travelers.com |
| mpage@kelleydrye.com | omeca.nedd@lovells.com |
| mpfeifer@pfeiferlaw.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | patrick.potter@pillsburylaw.com |
| mrosenthal@gibsondunn.com | paul.turner@sutherland.com |
| mruetzel@frankfurt.whitecase.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbentley@kramerlevin.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| mschleich@fraserstryker.com | pdublin@akingump.com |

## LBI Email Service List

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

phheer@duanemorris.com

pmaxcy@sonnenschein.com

ppartee@hunton.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

pwirt@ftportfolios.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

rbeacher@daypitney.com

rbernard@bakerlaw.com

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.krasnow@weil.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmunsch@munsch.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

## LBI Email Service List

robin.keller@lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shai.waisman@weil.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

sheehan@txschoollaw.com

shumaker@pursuitpartners.com

sidorsky@butzel.com

slerner@ssd.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

sree@lcbf.com

## LBI Email Service List

| | |
|---|---|
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephanie.wickouski@dbr.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| strum@dl.com | ttracy@crockerkuno.com |
| susan.schultz@newedgegroup.com | twatanabe@mofo.com |
| susheelkirpalani@quinnemanuel.com | twheeler@lowenstein.com |
| swolowitz@mayerbrown.com | ukreppel@whitecase.com |
| szuch@wiggin.com | vdagostino@lowenstein.com |
| tannweiler@greerherz.com | villa@streusandlandon.com |
| tarbit@cftc.gov | vmilione@nixonpeabody.com |
| tbrock@ssbb.com | vrubinstein@loeb.com |
| tduffy@duffyandatkins.com | wanda.goodloe@cbre.com |
| tgoren@mofo.com | wballaine@lcbf.com |
| thomas.califano@dlapiper.com | wbenzija@halperinlaw.net |
| thomas_noguerola@calpers.ca.gov | wcurchack@loeb.com |
| thomaskent@paulhastings.com | weissjw@gtlaw.com |
| timothy.brink@dlapiper.com | wendy.rosenthal@cliffordchance.com |
| timothy.palmer@bipc.com | wfoster@milbank.com |
| tjfreedman@pbnlaw.com | william.m.goldman@dlapiper.com |
| tkarcher@dl.com | wilten@hugheshubbard.com |

**LBI Email Service List**

wisotska@pepperlaw.com

wjd@dealysilberstein.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp