Hearing Date and Time: April 14, 2010 at 10:00 a.m.
Objection Deadline: April 9, 2010 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                                              Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>                                                              Debtor. | Case No. 08-01420 (JMP) |

**JOINDER OF BARCLAYS CAPITAL INC.**
**IN THE TRUSTEE'S MOTION FOR AN ORDER**
**UNSEALING THE TRANSCRIPT OF THE DEPOSITION OF MR. ISAAC MONTAL**

Barclays Capital Inc. ("Barclays") hereby joins in The Trustee's Motion For An Order Unsealing The Transcript Of The Deposition Of Mr. Isaac Montal.

1.     Barclays has never taken the position that Mr. Montal's deposition transcript requires confidential treatment. Barclays' counsel attended Mr. Montal's deposition, and did not request that the deposition transcript be treated as confidential at that time.

2.     When the Trustee's counsel asked Barclays' counsel on March 16, 2010, whether it was Barclays' position that portions of the transcript should be treated as confidential, Barclays' counsel promptly responded that it was Barclays' position that they did not.

3. In light on the foregoing, Barclays joins in the Trustee's motion, and requests that the Court grant the relief requested in the motion.

Dated: New York, New York
April 8, 2010

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Jonathan D. Schiller
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

*Attorneys for Barclays Capital Inc.*