**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 8094-8098**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 6, 2010, I caused to be served the:

    a)  "Notice of Forty-Fifth Supplemental List of Ordinary Course Professionals," dated April 6, 2010 [Docket No. 8094],

    b)  "Affidavit and Disclosure Statement of Fatah Boudjelida, on Behalf of Atoz S.A.," filed April 6, 2010 [Docket No. 8095],

    c)  "Affidavit and Disclosure Statement of Serafin U. Salvador, Jr., on Behalf of Salvador & Associates, Attorneys-At-Law," filed April 6, 2010 [Docket No. 8096],

    d)  "Affidavit and Disclosure Statement of Leon Kwong Wing, on Behalf of Khattarwong (UEN 53130928b)," filed April 6, 2010 [Docket No. 8097], and

    e)  "Declaration and Disclosure Statement of Sandra Forbes, on Behalf of Burges Salmon L.P.," filed April 6, 2010 [Docket No. 8098],

    by causing true and correct copies to be:

    a)  delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
7th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

-2-

**EXHIBIT "A"**

### Exhibit A - Counsel To The Official Committee Of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional E-mail Parties

1.    Fatah Boudjelida, on Behalf of Atoz S.A.:
      Jean-Michel.Chamonard@atoz.lu (Docket No. 8095 only)

2.    Serafin U. Salvador, Jr., on Behalf of Salvador & Associates, Attorneys-At-Law:
      MRBernardo@salvadorlaw.com (Docket No. 8096 only)

3.    Leon Kwong Wing, on Behalf of Khattarwong (UEN 53130928b):
      leonkwongwing@khattarwong.com (Docket No. 8097 only)

4.    Sandra Forbes, on Behalf of Burges Salmon L.P.:
      sandra.forbes@burges-salmon.com (Docket No. 8098 only)

**Exhibit "C"**

## Exhibit C – U.S. Trustee and Chambers

1.  OFFICE OF THE US TRUSTEE
    ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
    BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
    33 WHITEHALL STREET, 21ST FLOOR
    NEW YORK, NY 10004

2.  UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    ATTN: THE HONORABLE JAMES M. PECK
    ONE BOWLING GREEN, COURTROOM 601
    NEW YORK, NY 10004