**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------------x    Ref. Docket No. 8019

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On April 2, 2010, I caused to be served the "Notice of Filing of Updated Master Service List," dated April 2, 2010 [Docket No. 8019], by causing true and correct copies to be:

    a.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.    delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    c.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
2nd day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT B**

**Fax Service List**

INTERNAL REVENUE SERVICE                                    212-436-1931

OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA          212-668-2255

**EXHIBIT C**

## Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@kayescholer.com | anthony_boccanfuso@aporter.com |
| abraunstein@riemerlaw.com | aoberry@bermanesq.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adarwin@nixonpeabody.com | araboy@cov.com |
| adg@adorno.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| agolianopoulos@mayerbrown.com | ashmead@sewkis.com |
| ahammer@freebornpeters.com | asnow@ssbb.com |
| aisenberg@saul.com | atrehan@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| alesia.pinney@infospace.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | avi.gesser@dpw.com |
| amenard@tishmanspeyer.com | awasserman@lockelord.com |
| andrew.brozman@cliffordchance.com | azylberberg@whitecase.com |
| andrew.lourie@kobrekim.com | bankr@zuckerman.com |
| angelich.george@arentfox.com | bankruptcy@goodwin.com |

## Email Service List

| | |
|---|---|
| bankruptcy@morrisoncohen.com | cbelisle@wfw.com |
| bankruptcymatters@us.nomura.com | cbelmonte@ssbb.com |
| barbra.parlin@hklaw.com | cbrotstein@bm.net |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bhinerfeld@sbtklaw.com | charles_malloy@aporter.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmontgomery@salans.com |
| bpershkow@profunds.com | cmtb_lc11@chuomitsui.jp |
| brendan.collins@dlapiper.com | cohenr@sewkis.com |
| brian.corey@greentreecreditsolutions.com | cp@stevenslee.com |
| bromano@willkie.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | crmomjian@attorneygeneral.gov |
| bspector@jsslaw.com | crogers@orrick.com |
| btrust@mayerbrown.com | cs@stevenslee.com |
| btupi@tuckerlaw.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| bzabarauskas@crowell.com | ctatelbaum@adorno.com |
| cahn@clm.com | cward@polsinelli.com |
| canelas@pursuitpartners.com | cweber@ebg-law.com |
| carol.weinerlevy@bingham.com | cweiss@ingramllp.com |

## Email Service List

| | |
|---|---|
| dallas.bankruptcy@publicans.com | dflanigan@polsinelli.com |
| daniel.guyder@allenovery.com | dgrimes@reedsmith.com |
| dave.davis@isgria.com | dhayes@mcguirewoods.com |
| david.bennett@tklaw.com | dheffer@foley.com |
| david.crichlow@pillsburylaw.com | diconzam@gtlaw.com |
| david.heller@lw.com | dirk.roberts@ots.treas.gov |
| davids@blbglaw.com | dkleiner@velaw.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbalog@intersil.com | dladdin@agg.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dludman@brownconnery.com |
| dcahn@cahnlaw.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |
| deryck.palmer@cwt.com | drosner@goulstonstorrs.com |
| dfelder@orrick.com | drosner@kasowitz.com |

## Email Service List

| | |
|---|---|
| dshemano@pwkllp.com | fbp@ppgms.com |
| dtatge@ebglaw.com | fdellamore@jaspanllp.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gbray@milbank.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ehret-vanhorn@mbaum.com | gkaden@goulstonstorrs.com |
| ekbergc@lanepowell.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| eobrien@sbchlaw.com | gspilsbury@jsslaw.com |
| eric.johnson@hro.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | heim.steve@dorsey.com |
| ezujkowski@emmetmarvin.com | heiser@chapman.com |
| ezweig@optonline.net | hirsch.robert@arentfox.com |

## Email Service List

| | |
|---|---|
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| hweg@pwkllp.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jeff.wittig@coair.com |
| icatto@kirkland.com | jeffrey.sabin@bingham.com |
| igoldstein@dl.com | jeldredge@velaw.com |
| ilevee@lowenstein.com | jen.premisler@cliffordchance.com |
| info2@normandyhill.com | jennifer.demarco@cliffordchance.com |
| ira.herman@tklaw.com | jennifer.gore@shell.com |
| isgreene@hhlaw.com | jeremy.eiden@state.mn.us |
| israel.dahan@cwt.com | jessica.fink@cwt.com |
| iva.uroic@dechert.com | jfalgowski@reedsmith.com |
| jacobsonn@sec.gov | jfinerty@pfeiferlaw.com |
| jafeltman@wlrk.com | jflaxer@golenbock.com |
| james.mcclammy@dpw.com | jfox@joefoxlaw.com |
| jamestecce@quinnemanuel.com | jfreeberg@wfw.com |
| jar@outtengolden.com | jg5786@att.com |
| jason.jurgens@cwt.com | jgarrity@shearman.com |
| jay.hurst@oag.state.tx.us | jgenovese@gjb-law.com |
| jay@kleinsolomon.com | jguy@orrick.com |
| jbecker@wilmingtontrust.com | jhellman@zeislaw.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |

## Email Service List

| | |
|---|---|
| jhiggins@fdlaw.com | joseph.cordaro@usdoj.gov |
| jhorgan@phxa.com | joseph.scordato@dkib.com |
| jhuggett@margolisedelstein.com | joshua.dorchak@bingham.com |
| jhuh@ffwplaw.com | jowen769@yahoo.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jstoll@mayerbrown.com |
| jmaddock@mcguirewoods.com | jtimko@allenmatkins.com |
| jmazermarino@msek.com | jtougas@mayerbrown.com |
| jmcginley@wilmingtontrust.com | judy.morse@crowedunlevy.com |
| jmelko@gardere.com | jwallack@goulstonstorrs.com |
| jmerva@fult.com | jwang@sipc.org |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.monaghan@hklaw.com | jwest@velaw.com |
| john.rapisardi@cwt.com | jwh@njlawfirm.com |
| joli@crlpc.com | jwhitman@entwistle-law.com |
| jorbach@hahnhessen.com | k4.nomura@aozorabank.co.jp |

## Email Service List

| | |
|---|---|
| karen.wagner@dpw.com | landon@streusandlandon.com |
| karol.denniston@dlapiper.com | lawallf@pepperlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.kraidin@allenovery.com |
| kiplok@hugheshubbard.com | ljkotler@duanemorris.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| klippman@munsch.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| kreynolds@mklawnyc.com | lubell@hugheshubbard.com |
| kristin.going@dbr.com | lwhidden@salans.com |
| krosen@lowenstein.com | lwong@pfeiferlaw.com |
| krubin@ozcap.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@standardchartered.com |

## Email Service List

| | |
|---|---|
| margolin@hugheshubbard.com | mitchell.ayer@tklaw.com |
| mark.deveno@bingham.com | mjacobs@pryorcashman.com |
| mark.ellenberg@cwt.com | mjedelman@vedderprice.com |
| mark.houle@pillsburylaw.com | mjr1@westchestergov.com |
| mark.sherrill@sutherland.com | mkjaer@winston.com |
| martin.davis@ots.treas.gov | mlahaie@akingump.com |
| marvin.clements@ag.tn.gov | mlandman@lcbf.com |
| matthew.klepper@dlapiper.com | mmendez@hunton.com |
| matthew.morris@lovells.com | mmickey@mayerbrown.com |
| mbenner@tishmanspeyer.com | mmooney@deilylawfirm.com |
| mberman@nixonpeabody.com | mmorreale@us.mufg.jp |
| mbienenstock@dl.com | mmurphy@co.sanmateo.ca.us |
| mbossi@thompsoncoburn.com | mneier@ibolaw.com |
| mcademartori@sheppardmullin.com | monica.lawless@brookfieldproperties.com |
| mcordone@stradley.com | mpage@kelleydrye.com |
| mcto@debevoise.com | mpfeifer@pfeiferlaw.com |
| mdorval@stradley.com | mpucillo@bermanesq.com |
| meltzere@pepperlaw.com | mrosenthal@gibsondunn.com |
| metkin@lowenstein.com | mruetzel@whitecase.com |
| mfeldman@willkie.com | mschimel@sju.edu |
| mgordon@briggs.com | mshiner@tuckerlaw.com |
| mgreger@allenmatkins.com | mspeiser@stroock.com |
| mhopkins@cov.com | mstamer@akingump.com |
| michael.kim@kobrekim.com | mvenditto@reedsmith.com |
| mimi.m.wong@irscounsel.treas.gov | mwarren@mtb.com |

## Email Service List

| | |
|---|---|
| nasreen.bulos@dubaiic.com | pnichols@whitecase.com |
| ncoco@mwe.com | ppascuzzi@ffwplaw.com |
| neal.mann@oag.state.ny.us | ppatterson@stradley.com |
| ned.schodek@shearman.com | psp@njlawfirm.com |
| newyork@sec.gov | ptrostle@jenner.com |
| nfurman@scottwoodcapital.com | pwirt@ftportfolios.com |
| nherman@morganlewis.com | pwright@dl.com |
| nissay_10259-0154@mhmjapan.com | r.stahl@stahlzelloe.com |
| nlepore@schnader.com | raj.madan@bingham.com |
| notice@bkcylaw.com | rajohnson@akingump.com |
| oipress@travelers.com | ramona.neal@hp.com |
| omeca.nedd@lovells.com | ranjit.mather@bnymellon.com |
| paronzon@milbank.com | rbeacher@daypitney.com |
| patrick.potter@pillsburylaw.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.simmons@friedfrank.com | rfriedman@silvermanacampora.com |
| peter@bankrupt.com | rgmason@wlrk.com |
| pfeldman@oshr.com | rgraham@whitecase.com |
| phayden@mcguirewoods.com | rhett.campbell@tklaw.com |
| pmaxcy@sonnenschein.com | rhs@mccallaraymer.com |

## Email Service List

| | |
|---|---|
| richard.lear@hklaw.com | rwyron@orrick.com |
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| rjones@boultcummings.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rmunsch@munsch.com | sara.tapinekis@cliffordchance.com |
| rnetzer@willkie.com | sbernstein@hunton.com |
| rnies@wolffsamson.com | scargill@lowenstein.com |
| rnorton@hunton.com | schannej@pepperlaw.com |
| robert.bailey@bnymellon.com | schepis@pursuitpartners.com |
| robert.dombroff@bingham.com | schnabel.eric@dorsey.com |
| robert.henoch@kobrekim.com | schristianson@buchalter.com |
| robert.malone@dbr.com | scottshelley@quinnemanuel.com |
| robert.yalen@usdoj.gov | scousins@armstrongteasdale.com |
| robertdakis@quinnemanuel.com | sdnyecf@dor.mo.gov |
| robin.keller@lovells.com | sehlers@armstrongteasdale.com |
| ronald.silverman@bingham.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| rtrust@cravath.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |

## Email Service List

| | |
|---|---|
| sheehan@txschoollaw.com | susan.schultz@newedgegroup.com |
| shgross5@yahoo.com | susheelkirpalani@quinnemanuel.com |
| shumaker@pursuitpartners.com | swolowitz@mayerbrown.com |
| shumaker@pursuitpartners.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| slerner@ssd.com | tarbit@cftc.gov |
| sloden@diamondmccarthy.com | tbrock@ssbb.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas_noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephanie.wickouski@dbr.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| suomi_murano@chuomitsui.jp | ttracy@crockerkuno.com |

## Email Service List

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp