**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for 469 Bergman Properties LLC*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :   Chapter 11 Case No.
                                                            :
                                                            :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :
                                                            :   (Jointly Administered)
                    Debtors.                                :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that *469 Bergman Properties LLC* ("Bergman Properties") enters its appearance as a creditor and party in interest by and through its counsel, Becker, Glynn, Melamed & Muffly LLP ("Becker Glynn") under 11 U.S.C. § 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Becker Glynn requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith be given to and served upon, and that Becker Glynn be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171
Tel: (212) 888-3033
Fax: (212) 888-0255
Email: csalomon@beckerglynn.com

**PLEASE TAKE FURTHER NOTICE** that under 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit will waive any of Bergman Properties' substantive or procedural rights, including any right: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Bergman Properties is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments Bergman Properties expressly reserves.

Dated: New York, New York
April 8, 2010

                **BECKER, GLYNN, MELAMED & MUFFLY LLP**
                *Attorneys for 469 Bergman Properties LLC*

By: /s/Chester B. Salomon
     Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
csalomon@beckerglynn.com

*139592v1*