WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                         :

**In re**                                  :        **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                           :

                    **Debtors.**      :        **(Jointly Administered)**
                                           :
                                           :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTIONS (I) TO FILE**
**PROOFS OF CLAIM AFTER CLAIMS BAR DATE; (II) DEEM**
**PROOFS OF CLAIM TO BE TIMELY FILED; (III) EXTEND TIME**
**FOR CLAIM (IV) TO AMEND PROOF OF CLAIMS; AND (V) OTHER**
**RELATED RELIEF; INCLUDING RELIEF FROM THE AUTOMATIC STAY**

      **PLEASE TAKE NOTICE** that, at the direction of the Court, the hearing on

relief requested in the Motions listed below (the "Motions"), which were scheduled for April 14,

2010, at 10:00 a.m., **have been adjourned to April 20, 2010 at 10:00 a.m.** (the "Hearing"), or

as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable

James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the hearing.

<u>Motions</u>

- Pacific Life Insurance Company's Motion to File Proof of Claim After Claims Bar Date **[Docket Nos. 5590 and 5599]**;

- Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date **[Docket No. 6150]**;

- Mark Glasser's First Motion to Extend Time for Claim **[Docket No. 6386]**;

- PA Public School Employees' Retirement System's Motion for Entry of Order Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim **[Docket No. 6558]**;

- Motion of Palmyra Capital Fund, Palmyra Capital Institutional Fund, and Palmyra Capital Offshore Fund, to Amend Proof of Claims **[Docket No. 6747]**.

- Dynegy Power Marketing's Motion for Entry of an Order that its Timely Filed Guarantee Questionnaire be Deemed a Timely Filed Proof of Claim **[Docket No. 7008]**;

- Tensor Opportunity Ltd.'s Motion to Permit Filing a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) **[Docket Nos. 7032 and 7162]**;

- Santa Fe Partners' Motion to Treat Their Claims as Timely Filed and Memorandum of Points and Authorities in Support Thereof **[Docket No. 7144]**;

- C.V.I. G.V.F. (Lux) Master S.a.r.l.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed **[Docket No. 7290]**;

- Motion of Simeon Moreno to File Proof of Claim After Claims Bar Date *Nunc Pro Tunc*, and Motion for Relief from Stay **[Docket No. 7366]**; and

- Motion of Simeon Moreno to Confirm Termination or Absence of Stay (Simeon Moreno's Motion for Declaration That the Automatic Stay Does Not Apply and That His Claims Constitute Administrative Expenses of the Estate) **[Docket No. 7924]**.


Dated:  April 8, 2010
        New York, New York


                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession