**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Ira Wertentiel*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                     :     Chapter 11 Case No.
                                                           :
                                                           :     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :
                                                           :     (Jointly Administered)
               Debtors.                                    :
-----------------------------------------------------------x

Certificate of Service

I hereby certify that on April 8, 2010 I filed, and thereby caused, the Notice of Appearance and Request for Service of Notices and Documents, dated April 8, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                              BECKER, GLYNN, MELAMED & MUFFLY LLP

                              By:    /s/Chester B. Salomon
                                     Chester B. Salomon
                              299 Park Avenue
                              New York, New York 10171
                              Telephone: (212) 888-3033
                              Facsimile: (212) 888-0255
                              csalomon@beckerglynn.com

*138602v1*