BECKER, GLYNN, MELAMED & MUFFLY LLP
*Attorneys for Shamah 2000 Family Trust*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                     :     Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :     08-13555 (JMP)
                                                           :
                                                           :     (Jointly Administered)
                     Debtors.                              :
-----------------------------------------------------------x

Certificate of Service

I hereby certify that on April 8, 2010 I filed, and thereby caused, the Notice of Appearance and Request for Service of Notices and Documents, dated April 8, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

BECKER, GLYNN, MELAMED & MUFFLY LLP

By:   /s/Chester B. Salomon
       Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
csalomon@beckerglynn.com

*138602v1*