**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Isaac Shamah*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                     :         Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :         08-13555 (JMP)
                                                           :
                    Debtors.                               :         (Jointly Administered)
-----------------------------------------------------------x

Certificate of Service

I hereby certify that on April 8, 2010 I filed, and thereby caused, the Notice of Appearance and Request for Service of Notices and Documents, dated April 8, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                                    BECKER, GLYNN, MELAMED & MUFFLY LLP

                                    By: ___/s/Chester B. Salomon___
                                         Chester B. Salomon
                                    299 Park Avenue
                                    New York, New York 10171
                                    Telephone: (212) 888-3033
                                    Facsimile: (212) 888-0255
                                    csalomon@beckerglynn.com

*138602v1*