
Louisiana Department of Revenue

March 5, 2010

Lehman Brothers Holdings, Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Ave.
3rd Floor
New York, New York 70017

Gentlemen:

Subject:    Lehman Brothers Holdings, Inc.
            Bankruptcy Case Number: 08-13555
            Account Number: 9027921001
            Amount: $193.23
            Claim Number: #6252

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed be withdrawn due to the fact that the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Sarah Posada
Tax Specialist
Collection Division
Bankruptcy Section
Phone: (225) 219-2900

FILED / RECEIVED
APR - 8
EPIQ BANKRUPTCY SOLUTIONS, LLC

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70896*
*225-219-2255- 225-219-2250 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*



March 5, 2010

Lehman Brothers Holdings, Inc.
c/o Epiq Bankruptcy Solutions, LLC
757 Third Ave.
3rd Floor
New York, New York 70017

Gentlemen:

Subject:    Lehman Brothers Holdings, Inc.
Bankruptcy Case Number: 08-13555
Account Number: 9027921001
Amount: $193.23
Claim Number: #6252

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed be withdrawn due to the fact that the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Sarah Posada
Tax Specialist
Collection Division
Bankruptcy Section
Phone: (225) 219-2900

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70896*
*225-219-2255- 225-219-2250 Fax*
*TDD# 225-219-2114 ▪ www.revenue.louisiana.gov*