UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )

Marie A. Siena, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP..

On April 8, 2010, I caused the following document in the above captioned matter to be served via Electronic Mail on the service list attached hereto as **Exhibit A** and via Federal Express on the service list attached hereto as **Exhibit B**.

- **NOTICE OF ADJOURNMENT OF MOTION OF ROYAL BANK OF CANADA FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 GRANTING RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF**

84437933v2

# EXHIBIT A
## Served via Electronic Mail

acker@chapman.com
adg@adorno.com
aeckstein@blankrome.com
AMcMullen@BoultCummings.com
Andrew.Brozman@cliffordchance.com
angelich.george@arentfox.com
aoberry@bermanesq.com
arosenblatt@chadbourne.com
bambacha@sec.gov
cahn@clm.com
carol.weinerlevy@bingham.com
cbrotstein@bm.net
charles_malloy@aporter.com
christopher.schueller@bipc.com
cohena@sec.gov
ctatelbaum@adorno.com
daniel.guyder@allenovery.com
davids@blbglaw.com
dbarber@bsblawyers.com
ddunne@milbank.com
deryck.palmer@cwt.com
dladdin@agg.com
dlemay@chadbourne.com
dludman@brownconnery.com
dodonnell@milbank.com
dworkman@bakerlaw.com
efleck@milbank.com
ellen.halstead@cwt.com
eschwartz@contrariancapital.com
ffm@bostonbusinesslaw.com
fishere@butzel.com
frank.white@agg.com
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
hanh.huynh@cwt.com
heiser@chapman.com
hirsch.robert@arentfox.com
howard.hawkins@cwt.com
hseife@chadbourne.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jacqueline.marcus@weil.com
jason.jurgens@cwt.com
jbromley@cgsh.com
Jdrucker@coleschotz.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jg5786@att.com

jlevitin@cahill.com
john.rapisardi@cwt.com
joli@crlpc.com
joshua.dorchak@bingham.com
jtimko@allenmatkins.com
jwang@sipc.org
jwh@njlawfirm.com
jwilliamson@bsblawyers
k4.nomura@aozorabank.co.jp
Ken.Coleman@allenovery.com
kiplok@hugheshubbard.com
kobak@hugheshubbard.com
kurt.mayr@bgllp.com
lgranfield@cgsh.com
lisa.kraidin@allenovery.com
Lmay@coleschotz.com
lori.fife@weil.com
lschweitzer@cgsh.com
MAOFILING@CGS.COM
MAOFILING@CGSH.COM
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mgordon@briggs.com
mgreger@allenmatkins.com
mlahaie@akingump.com
mmurphy@co.sanmateo.ca.us

monica.lawless@brookfieldproperties.com
mpucillo@bermanesq.com
mstamer@akingump.com
neal.mann@oag.state.ny.us
newyork@sec.gov
notice@bkcylaw.com
paronzon@milbank.com
pdublin@akingump.com
peter@bankrupt.com
psp@njlawfirm.com
raj.madan@bingham.com
rbernard@bakerlaw.com
richard.krasnow@weil.com
RJones@BoultCummings.com
robert.dombroff@bingham.com
Robert.yalen@usdoj.gov
ronald.silverman@bingham.com
rrussell@andrewskurth.com
rwasserman@cftc.gov
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
Sara.Tapinekis@cliffordchance.com
schristianson@buchalter.com
scousins@armstrongteasdale.com
sehlers@armstrongteasdale.com
sgordon@cahill.com
shai.waisman@weil.com

william.m.goldman@dlapiper.com
woconnor@crowell.com
aalfonso@kayescholer.com
acaton@kramerlevin.com
afriedman@irell.com
aglenn@kasowitz.com
agolianopoulos@mayerbrown.com
alex.torres@infospace.com
amarder@msek.com
andrew.lourie@kobrekim.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
awasserman@lockelord.com
boneill@kramerlevin.com
bspector@jsslaw.com
btrust@mayerbrown.com
chris.donoho@lovells.com
christian.spieler@lehman.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dallas.bankruptcy@pulicans.com
david.heller@lw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbesikof@loeb.com
deggermann@kramerlevin.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dmurray@jenner.com
douglas.bacon@lw.com
drosner@kasowitz.com
eglas@mccarter.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ezweig@optonline.com
fdellamore@jaspanllp.com
fhyman@mayerbrown.com
gabriel.delvirginia@verizon.net
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
helmut.olivier@lehman.com
ian.levy@kobrekim.com
icatto@kirkland.com
ilevee@lowenstein.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jfox@joefoxlaw.com
jhuggett@margolisedelstein.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmr@msf-law.com
Joseph.Cordaro@usdoj.com
jowen769@yahoo.com
jpintarelli@mofo.com
jprol@lowenstein.com
jsheerin@mcguirewoods.com
jtougas@mayerbrown.com

KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
klyman@irell.com
kmayer@mccarter.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
loizides@loizides.com
martin.bury@lehman.com
matthew.morris@lovells.com
metkin@lowenstein.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
MLandman@lcbf.com
mmickey@mayerbrown.com
mneier@ibolaw.com
mpage@kelleydrye.com
mwarren@mtb.com
ncoco@mwe.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
omeca.nedd@lovells.com
patrick.schmitzmorkramer-morkramer@lehman.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
phayden@mcguirewoods.com
ptrostle@jenner.com
rbyman@jenner.com
rchoi@kayescholer.com
rhs@mccallaraymer.com
richard.levy@lw.com
robert.henoch@kobrekim.com
Robin.Keller@Lovells.com
scargill@lowenstein.com
sdnyecf@dor.mo.gov
sfineman@lchb.com
sfox@mcguirewoods.com
sheehan@txschoollaw.com
snewman@katskykorins.com
squigley@lowenstein.com
SRee@lcbf.com
steele@lowenstein.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
swolowitz@mayerbrown.com
teresa.oxford@invescoaim.com
tkiriakos@mayerbrown.com
tmayer@kramerlevin.com

toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
twheeler@lowenstein.com
vdagostino@lowenstein.com,
vrubinstein@loeb.com
WBallaine@lcbf.com
wcurchack@loeb.com
wswearingen@llf-law.com
wtaylor@mccarter.com

sharbeck@sipc.org
sidorsky@butzel.com
smulligan@bsblawyers
spiotto@chapman.com
steven.wilamowsky@bingham.com
tarbit@cftc.gov
Thomas_Noguerola@calpers.ca.gov
timothy.palmer@bipc.com
wanda.goodloe@cbre.com
wfoster@milbank.com
wzoberman@bermanesq.com
aaaronson@dilworthlaw.com
ADiamond@DiamondMcCarthy.com
aentwistle@entwistle-law.com
agold@herrick.com
ahammer@freebornpeters.com
araboy@cov.com
arthur.rosenberg@hklaw.com
aseuffert@lawpost-nyc.com
avi.gesser@dpw.com
barbra.parlin@hklaw.com

brian.corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bzabarauskas@crowell.com
charles@filardi-law.com
cpappas@dilworthlaw.com
cweber@ebg-law.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
dheffer@foley.com
diconzam@gtlaw.com
dove.michelle@dorsey.com
DPiazza@HodgsonRuss.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dtatge@ebglaw.com
efriedman@friedumspring.com
eric.johnson@hro.com
esmith@dl.com
ezujkowski@emmetmarvin.com
francois.janson@hklaw.com
GGraber@HodgsonRuss.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
heim.steve@dorsey.com
igoldstein@dl.com
isgreene@hhlaw.com
iva.uroic@dechert.com
james.mcclammy@dpw.com
jbeemer@entwistle-law.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jflaxer@golenbock.com
jgenovese@gjb-law.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jlee@foley.com
jlipson@crockerkuno.com

jliu@dl.com
jmelko@gardere.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
jporter@entwistle-law.com
jschwartz@hahnhessen.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jweiss@gibsondunn.com
jwhitman@entwistlelaw-law.com
karen.wagner@dpw.com
karol.denniston@dlapiper.com
keckhardt@hunton.com
ken.higman@hp.com
kkelly@ebglaw.com
kristin.going@dbr.com
LJKotler@duanemorris.com
lscarcella@farrellfritz.com
matthew.klepper@dlapiper.com
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mrosenthal@gibsondunn.com
MSchleich@fraserstryker.com
Nasreen.Bulos@dubaiic.com
pbattista@gjb-law.com
peter.simmons@friedfrank.com
ppascuzzi@ffwplaw.com
pwirt@ftportfolios.com
pwright@dl.com
ramona.neal@hp.com
rbeacher@daypitney.com
relgidely@gjb-law.com
richard.lear@hklaw.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnorton@hunton.com
robert.malone@dbr.com
RTrust@cravath.com
sagolden@hhlaw.com
sandyscafaria@eaton.com
sbernstein@hunton.com
schnabel.eric@dorsey.com
sfelderstein@ffwplaw.com
sgubner@ebg-law.com
shari.leventhal@ny.frb.org
SLoden@DiamondMcCarthy.com
sory@fdlaw.com
sselbst@herrick.com
stephanie.wickouski@dbr.com
tannweiler@greerherz.com
tduffy@andersonkill.com
thomas.califano@dlapiper.com
timothy.brink@dlapiper.com
tkarcher@dl.com
tnixon@gklaw.com
ttracy@crockerkuno.com
wbenzija@halperinlaw.net
wheuer@dl.com

agbanknewyork@ag.tn.gov
amenard@tishmanspeyer.com
apo@stevenslee.com
aquale@sidley.com
arwolf@wlrk.com
aunger@sidley.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bmanne@tuckerlaw.com
bromano@willkie.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cbelisle@wfw.com
cgoldstein@stcwlaw.com
CMTB_LC11@chuomitsui.jp
cp@stevenslee.com
cs@stevenslee.com
cschreiber@winston.com
cshore@whitecase.com
david.bennett@tklaw.com
dbaumstein@whitecase.com
demetra.liggins@tklaw.com
dkleiner@velaw.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmcguire@winston.com
dneier@winston.com
dravin@wolffsamson.com
dwildes@stroock.com
easmith@venable.com
echang@steinlubin.com
efile@willaw.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
eobrien@sbchlaw.com
feldsteinh@sullcrom.com
fyates@sonnenschein.com;
guzzi@whitacase.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hsnovikoff@wlrk.com
ira.herman@tklaw.com
jafeltman@wlrk.com
Jbecker@wilmingtontrust.com
jchristian@tobinlaw.com
jeldredge@velaw.com
jfreeberg@wfw.com
jhellman@zeislaw.com
jlawlor@wmd-law.com
jlovi@steptoe.com
jmcginley@wilmingtontrust.com
jwest@velaw.com
kpiper@steptoe.com
kstahl@whitecase.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lee.stremba@troutmansanders.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lromansic@steptoe.com
lthompson@whitecase.com
mabrams@willkie.com
Marc.Chait@standardchartered.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
mbenner@tishmanspeyer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mdorval@stradley.com
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mkjaer@winston.com
mmorreale@us.mufg.jp
mruetzel@whitecase.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
oipress@travelers.com
paul.turner@sutherland.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppatterson@stradley.com
r.stahl@stahlzelloe.com
ranjit.mather@bnymellon.com
rcarlin@breslowwalker.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
ritkin@steptoe.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
Robert.Holladay@youngwilliams.com
rreid@sheppardmullin.com
rterenzi@stcwlaw.com
sabramowitz@velaw.com
Sally.Henry@skadden.com
schapman@willkie.com
shgross@yahoo.com
slerner@ssd.com
smayerson@ssd.com
smillman@stroock.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
szuch@wiggin.com
tlauria@whitecase.com
tmacwright@whitecase.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
yamashiro@sumitomotrust.co.jp

abraunstein@riemerlaw.com
adarwin@nixonpeabody.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
ann.reynaud@shell.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
ashmead@sewkis.com
asnow@ssbb.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
BMiller@mofo.com
bpershkow@profunds.com
broy@rltlawfirm.com
cbelmonte@ssbb.com
chammerman@paulweiss.com
chipford@parkerpoe.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cshulman@sheppardmullin.com
cward@polsinelli.com
david.crichlow@pillsburylaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com;
dirk.roberts@ots.treas.gov
drose@pryorcashman.com
dshemano@pwkllp.com
dwdykhouse@pbwt.com
ecohen@russell.com
egeekie@schiffhardin.com
eschaffer@reedsmith.com
fbp@ppgms.com
fsosnick@shearman.com
gmoss@riemerlaw.com
harveystrickon@paulhastings.com
hweg@pwkllp.com
info2@normandyhill.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jbird@polsinelli.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us

jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jgarrity@shearman.com
jguy@orrick.com
jhorgan@phxa.com
jkehoe@sbtklaw.com
jlscott@reedsmith.com
jpintarelli@mofo.com
jrabinowitz@rltlawfirm.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
kgwynne@reedsmith.com
Klippman@munsch.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krubin@ozcap.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lwhidden@salans.com
lwong@pferiferlaw.com
mark.houle@pillsburylaw.com
martin.davis@ots.treas.gov
mberman@nixonpeabody.com
meltzere@pepperlaw.com
Millee12@nationwide.com
mjacobs@pryorcashman.com
MJR1@westchestergov.com
mpfeifer@pfeiferlaw.com
mschimel@sju.edu
mvenditto@reedsmith.com
ned.schodek@shearman.com
nlepore@schnader.com
patrick.potter@pillsburylaw.com
pbosswick@ssbb.com
pfeldman@oshr.com
pquinn@orrick.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rmunsch@munsch.com
robertdakis@quinnemanuel.com
rqureshi@reedsmith.com
rroupinian@outtengolden.com
Russj4478@aol.com
rwyron@orrick.com
schannej@papperlaw.com
scottshelley@quinnemanuel.com
shumaker@pursuitpartners.com
splatzer@platzerlaw.com
sshimshak@paulweiss.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tbrock@ssbb.com
TGoren@mofo.com
thomaskent@paulhastings.com
tjfreedman@pbnlaw.com
twatanabe@mofo.com
vmilione@nixonpeabody.com
wisotska@pepperlaw.com
wsilverm@oshr.com

**Exhibit B**

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Paul Schwartzberg
Office of the United States Trustee
The Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow, Esq.
Denise Alvarez, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Marie A. Siena

Sworn to before me this
____ day of April 2010.

_____
Notary Public

MERRITT A. PARDINI
NOTARY PUBLIC, State of New York
NO. 02PA6104083
Qualified in New York County
Commission Expires January 12, 2012