# **EXHIBIT 1**

**Supplemental Identified Parties**

<u>Exhibit 1</u>
Supplemental Identified Parties

**Potential Parties in Interest**

1. A/P Hotel, LLC
2. AB Svensk Exportkredit
3. Abu Dhabi Investment Authority
4. Access Asia Investment Holdings (BVI) Ltd.
5. ACE America Insurance Company
6. Advanced Portfolio Technologies, Inc.
7. AG Financial Products, Inc.
8. Airlie Opportunity Master Fund Lt.d
9. Aladdin Relative Value Credit Master Fun Limited
10. Alexander Leytman
11. Alix Egloff
12. Alliance Laundry Equipment Receivable Trust 2005-A
13. Alliance Laundry Equipment Receivables 2005 LLC
14. AllianceBernstein LP
15. Almtaler Volksbank
16. AM International E Mac 63 Limited
17. Amber Master Fund (Cayman) SPC
18. American Express Travel Related Services Co., Inc.
19. Amuala S.L.
20. Ana Serratosa Lujan
21. Anchorage Crossover Credit Offshore Master Fund
22. Anchorage Short Credit Offshore Master Fund, Ltd.
23. Andreas Brandes
24. Andromeda Global Credit Fund, Ltd.
25. Anne-Marie Oliveri
26. Anthony J. Napolitano & Associates
27. Anthracite Balanced Company (R-26) Limited
28. Anthracite Balanced Company 46 Limited
29. Anthracite Investments (Ireland) PC
30. Anthracite Related Invesments (Cayman) Limited
31. Arche Master Fund, L.P
32. Aristeia International Limited
33. Aristeia Master, L.P.
34. Arizona ex rel Arizona State Treasurer
35. Aron Oliner
36. Arthur T. Bent c/o Reserve Management Company
37. Asian CRC Hedge Fund
38. Asian Multi Finance Hedge Fund
39. Asian SBC Hedge Fund
40. Asian Special Finance Hedge Fund
41. Aspecta Assurance International Luxembourg S.A.
42. Aspen Creek Financial Advisors LLC
43. Assurance Corporation
44. Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)

<u>Exhibit 1</u>
Supplemental Identified Parties

| | |
|---|---|
| 45. | Autonomy Capital Research LLP |
| 46. | Autonomy Master Fund Limited |
| 47. | Autonomy Rochevera One Limtied |
| 48. | Aviva Assicurazioni S.p.A. |
| 49. | Aviva Investors North America, Inc. |
| 50. | Aviva Italia Holding S.p.A. |
| 51. | Aviva Italia S.p.A. |
| 52. | Aviva Life S.p.A. |
| 53. | Aviva Previdenza S.p.A. |
| 54. | Aviva S.p.A. |
| 55. | Aviva Vita S.p.A. |
| 56. | Axis - ACM Inc. |
| 57. | B.I. OEI |
| 58. | Bacar Constructors, Inc. |
| 59. | Baker & Hostetler LLP |
| 60. | Balestra Capital Partners, L.P. |
| 61. | Banc of America Securities LLC |
| 62. | Banca Akros S.p.A |
| 63. | Banca Carige, S.p.A. |
| 64. | Banca Monte dei Paschi di Seina S.p.A. |
| 65. | Banca Popolare di Milano Societa Coopertiva a r.l. |
| 66. | Banco Banif, S.A. |
| 67. | Banco Bilbao Vizcaya Argentaria, S.A. |
| 68. | Banco Inversis, S.A |
| 69. | Banco Popolare Societa Coopertiva |
| 70. | Banco Popular Espanol, S.A. |
| 71. | Banesco Banco Universal |
| 72. | Banif-Banco de Investimento, S.A. |
| 73. | Bank of New York Mellon Trust Company, N.A. |
| 74. | Barbara Peonio |
| 75. | Barclays Bank PLC |
| 76. | Barclays Global Investors National Association |
| 77. | Basso Capital Management L.P. |
| 78. | Baxter International Inc. |
| 79. | BE Smith & Others |
| 80. | BE Smith & Others |
| 81. | Beaver Country Day School (The) |
| 82. | Begoa Serratosa Lujan |
| 83. | BIM Vita S.p.A. |
| 84. | BKW FMB Energie SA |
| 85. | Black River Asia Fund Ltd. |
| 86. | Black River Commodity Select Fund Ltd. |
| 87. | Black River EMCO Master Fund Ltd. |
| 88. | Black River Emerging Markets Credit Fund Ltd. |
| 89. | Black River Emerging Markets Fixed Income Fund Ltd. |
| 90. | Black River Global Credit Fund Ltd. |

2

<u>Exhibit 1</u>
Supplemental Identified Parties

91. Black River Global Investments Fund Ltd.
92. Blue Angel Claims, LLC
93. Blue Chip Multi-Strategy Master Fund, L.P.
94. BlueMountain Capital Management LLC
95. BlueMountain Credit Alternatives Master Fund L.P.
96. BlueMountain Equity Alternatives Master Fund L.P.
97. BlueMountain Timberline Ltd.
98. BMO Nesbitt Burns, Inc
99. Board of Education of the City of Chicago
100. Boultbee (Helsinki) AB
101. Boultbee (Vasteras) AB
102. BP Capital Energy Equity Fund Master II, L.P.
103. BP Capital Energy Equity Fund, L.P.
104. BP Capital Energy Equity International Holdings I
105. BP Capital Energy Fund LP
106. Brian Monahan
107. Brigadier Capital Master Fund, Ltd.
108. Brigatta von Wendorr
109. Bruce R. Bent
110. Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
111. Bundesverband deutscher Banken e.V.
112. Bunge SA
113. C.V.I. G.V.F. (Lux) Master S.a.r.l.
114. Cadwalader, Wickersham & Taft LLP
115. Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
116. Calabri Elena
117. Canyon Value Realization Mac 18 Ltd
118. Carlos Quintero Abella
119. Carlyle Credit Partners Master Fund
120. Carlyle High Yield Partners IX, Ltd.
121. Carlyle Loan Investment
122. Carnegie Bank A/S
123. Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
124. CASAM ADI CD Arbitrage Fund Limited
125. Casam Adi Cd Arbitrage Fund Limited
126. Cassa Di Risparmio Di Saluzzo SPA
127. CBW LLC
128. CCP Credit Acquisition Holdings, LLC
129. Centerbridge Credit Partners LP
130. Centerbridge Credit Partners Master LP
131. Centerbridge Special Credit Partners, L.P.
132. Central European Industrial Development Company
133. Central European Media Enterprises Ltd.
134. Ceradyne, Inc.
135. Charles River School (The)
136. Chinatrust Commercial Bank, et al.

3

Exhibit 1
Supplemental Identified Parties

137. Chris or Nancy Stovic
138. Christine Coleman
139. Citadel Equity Fund, Ltd.
140. Citadel Equity Fund, Ltd.
141. Citibank International PLC
142. Citigroup Global Market Limited
143. Coblentz, Patch, Duffy & Bass LLP
144. Collins Steward (CL) Ltd.
145. Commonwealth Bank of Australia
146. Compass Bank
147. Concordia Mac 29 Ltd
148. Conduit Capital Markets Ltd.
149. Constellation Capital Management LLC
150. Core Laboratories, LP
151. Corporation Trust Company
152. Corus Bank, N.A.
153. Countrywide Home Loans
154. County of Westchester
155. Credit Suisse Loan Funding LLC
156. Credit Suisse Securities (USA) LLC
157. Cynthia Swabsin
158. D.E. Shaw Dihedral Portfolios, L.L.C.
159. DAB Bank AG
160. Delaware Port River Authority
161. Delek US Holdings Inc.
162. Dell Global B.V.
163. Denver Public Schools Retirement System
164. Department of Labor and Industries
165. DEPFA Bank PLC
166. Desdner Kleinwort Group Holdings LLC
167. Deutsche Bank AG
168. Deutsche Bank AG (London Branch)
169. Deutsche Bank National Trust Company
170. Deutsche Borse AG
171. Deutsche Pfandbriefbank AG
172. Deutsche Postbank AG
173. Deutscher Sparkassen Und Giroverband (The)
174. Dexia Banque Internationale a Luxembourg S.A.
175. Diakon Lutheran Social Ministries
176. Division of Taxation for Corporation Tax (State of Rhode Island and Providence Plantations)
177. Don Engel
178. Don Wing Liang
179. Dow Jones & Company, Inc.
180. Dr. Monika Thuermer-Grant
181. Drawbridge Global Macro Commodities Ltd.

Exhibit 1
Supplemental Identified Parties

182. DuPont Capital Management
183. E*TRADE Bank
184. E. Schuddeboom
185. EAC Partners Master Fund, Ltd.
186. Easdaq N.V. (Artur Fischer)
187. Easton Investments II
188. ECP International S.A.
189. Edward Jones
190. EF Securities LLC
191. EFG Bank AG
192. Eletrabel n.v./s.a.
193. Elizabeth Yee
194. Ellington Credit Fund, Ltd.
195. Ellington Mortgage Fund S/C, Ltd.
196. Ellington Mortgage Partners, LP
197. Ellington Special Opportunities Ltd.
198. Elliot Management Corporation
199. EM Opportunities Bond Fund, Inc.
200. Empiricurve Fund Limited
201. EnBW Trading GmbH
202. Energy Income and Growth Fund
203. eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
204. Eric and Margaret Mace-Tessler
205. Espin & Alter, LLP
206. Eurohypo AG, New York Branch
207. European Credit (Luxembourg) S.A.
208. European Credit Management Limited
209. Eurosai Finanziaria Partecipazioni S.r.l.
210. Evelyn Clair
211. Everest Capial Asia Fund, L.P.
212. Everest Capial Emerging Markets Fund, L.P.
213. Evergreen Core Bond Trust
214. Evergreen High Income Fund
215. Evergreen Income Advantage Fund
216. Evergreen Intermediate Bond Trust
217. Evergreen Investment Management Company, LLC
218. Evergreen Long Duration Trust
219. Evergreen Multi-Sector Income Fund
220. Evergreen Select high Yield Bond Trust
221. Evergreen Solar, Inc.
222. EXCO Operating Company, LP
223. Export Development Canada
224. Fabio Castrovillari
225. Fabio Liotti
226. Factiva Limited
227. Fairway Fund Limited

Exhibit 1
Supplemental Identified Parties

228. FCDB LBU 2009 LLC
229. FCDB LBU LLC
230. Federal Home Loan Bank of New York
231. Federal National Mortgage Association
232. Fidelity Balanced Fund
233. Field Point IV S.a.r.l.
234. Fifth Third Bank, N.A.
235. Finlandia Group plc
236. Finmaser Diversifacin S.L.
237. Firma Modena Financing S.A.
238. FOLIOfn Investment, Inc.
239. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
240. Fondazione Cassa Risparmio della Spezia
241. Fondazione Enasarco
242. Fondo Pensione Per Il Personale Della Banca Di Roma
243. Forest Hills Trading Ltd. c/o Curacao Int. Trust
244. FPB Bank, Inc.
245. FPCM Inflation-Linked Opportunities Fund Limited
246. Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V.
247. Galileo Fund Limited
248. Galliard Capital Management
249. Gaselys
250. Genworth Life Insurance Company (f/k/a General Electric Capital
251. Georg Degelmann
252. George E. Di Russo
253. GFA I LLC
254. GFI Securities, Ltd.
255. GHB Karnten AG
256. Gilmartin, Poster & Shafto LLP
257. Giorgio Marinelli
258. Glencore Commodities Ltd.
259. Global Credit Hedge Fund
260. Global Opportunity Master Fund, Ltd.
261. GMAC Mortgage, LLC
262. GoldenTree Master Fund II, Ltd.
263. GoldenTree Master Fund, Ltd.
264. Goldman Sachs (Asia) Finance
265. Goldman Sachs (Japan) Ltd.
266. Goldman Sachs Asset Management International,
267. Goldman Sachs Asset Management, L.P.
268. Goldman Sachs Bank USA
269. Goldman Sachs International
270. Goldman Sachs International Bank, Seoul Branch
271. Goldman Sachs Japan Co. Ltd.
272. Goldman Sachs Lending Partners LLC
273. Good Steward Trading SPC

Exhibit 1
Supplemental Identified Parties

274. Gosford City Council
275. Grassi Marco
276. Greywolf Capital Management L.P.
277. Groupama Asset Management
278. GS Investment Strategies, LLC
279. GSW Grundbesitz GmbH & Co. KG
280. GTAM Fund I, Ltd.
281. Hain Capital Group, LLC
282. Hakone Fund II
283. Harpen Immobilien GmbH & Co. KG
284. Hartfield Fund Limited
285. Hebron Academy Incorporated
286. Heike Goetz
287. Highland Capital Management, L.P.
288. Hillside Apex Fund Limited
289. Hodgson Russ LLP
290. Hogan & Hartson LLP
291. Holger Jackisch
292. Holland & Knight LLP
293. Home Loan Mortgage Corporation
294. Horizon II International Limited
295. HSH Nordbank AG, Luxembourg Branch
296. Hua An International Balanced Fund
297. Humerick Environmental Constructions, Inc.
298. Humerick Environmental Constructions, Inc.
299. HWA 555 Owners, LLC
300. Hybrid Capital K.K.
301. Hypo Alpe-Adria Bank International AG
302. Ignis Asset Management
303. III Credit Bias Hub Fund Ltd.
304. III Enhanced Credit Bias Hub Fund Ltd.
305. III Finance Ltd.
306. III Global Ltd.
307. III Relative Value Credit Strategies Hub Fund Ltd.
308. III Relative Value/Macro Hub Fund Ltd.
309. III Select Credit Hub Fund Ltd.
310. Indian Pacific Ltd.
311. ING Life Insurance and Annuity Company
312. Institutional Benchmarck Series (Augustus Conv Arb.)
313. Institutional Benchmarck Series (Centaur Seg. Acct)
314. Institutional Benchmarck Series (Taks Seg Acct)
315. Institutional Benchmarck Series [Augustus Global]
316. Inter-American Development Bank
317. International Bank for Reconstruction and Development
318. International Swaps and Derivatives Association, Inc.
319. Internationale Kapitalanlagegesellschaft mbH

<u>Exhibit 1</u>
Supplemental Identified Parties

320. Intersil Europe SaRL, Inc.
321. Intersil Holding GmbH
322. Intersil Investment Company
323. Intesa Sanpaolo S.p.A.
324. Inversiones Esser 2007 S.L.
325. Investec Capital Accumulator Trust Limited
326. Investec Funds Series IV - Capital Accumulator Fund
327. Investkredit AG
328. Ironbridge Homes, LLC
329. Ironbridge Mountain Cottages, LLC
330. Ironbridge Poperty Owners Association
331. Ironbridgte Aspen Collection, LLC
332. Italease Finance S.p.A.
333. Jamie Desmond
334. Jarett Wait
335. Jason Siner
336. Jason Wallace
337. Jeanes Hospital
338. JMG Capital Partners, LP
339. JMG Triton Offshore Fund Limited
340. Johnson, Killen & Seiler
341. Jordan International Bank PLC
342. Josef Hoette
343. Juice Energy, Inc.
344. Julie Verstraete
345. Jurgen Lindermann
346. Jyske Bank A/S
347. K2 Diversified Portable Alpha Fund II, LTD
348. Kalaimoku-Kuhio Development Corp.
349. Kantatsu Co. Ltd.
350. Katten Muchin Rosenman LLP
351. Kensington International Limited
352. KeyBank National Association
353. KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
354. KFW Bankengruppe
355. King Street Capital , L.P.
356. King Street Capital Master Fund, Ltd.
357. Kle Euribor Prime
358. Knighthead Master Fund, L.P.
359. Kontrabecki Group Limited Partnership
360. Korea Development Bank
361. Kraus Partner Investment Solutions AG
362. Kroger Co. (The)
363. Lai-han Cheung
364. Landwirtschaftliche Rentenbank
365. Laplace Fund Equities Limited (from)

Exhibit 1
Supplemental Identified Parties

366. Laurel Cove Development, LLC
367. Lawrence & Carolyn Fogarazzo
368. LBBW Asset Management Investmentgesellschaft MBH
369. Leveraged Loans Europe & Term Loans Europe
370. Levine Leichtman Capital Partners Deep Value Fund, L.P.
371. LibertyView Arbitrage Fund, L.P.
372. LibertyView Capital Management, LLC
373. LibertyView Credit Opportunities Fund
374. LibertyView Credit Select Fund, L.P.
375. LibertyView Focus Fund, L.P.
376. LibertyView Funds, L.P.
377. Liquidity Solutions, Inc.
378. LM ISIS Opportunities Master Fund Ltd.
379. Longacre Master Fund II, L.P.
380. Longacre Master Fund Ltd
381. Longacre Opportunity Fund, L.P.
382. Loretta Wan Ling Huo
383. Louise Nervo
384. Lovells LLP
385. Ludwig Merckle
386. Lusardi Construction Company
387. M&G Investment Management Limited
388. M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
389. Magnus Scaddan
390. Majestic Fund Limited
391. Manufacturers and Traders Trust Company
392. Marfin Popular Bank Public Company
393. Marie Hunter
394. Mark Glasser
395. Martha Chilton Mueller
396. Massdevelopment/Saltonstall Building Redevelopment Corporation
397. Matthew Hudson
398. Maureen Mason
399. Mediolanum Vita S.p.A.
400. Merrill Lynch & Co.
401. Merrill Lynch Credit Products
402. Merrill Lynch International
403. Merrill Lynch Japan Securities Co. Ltd.
404. MHB-Bank AG
405. Michael C. Frege
406. Michael Vana
407. Michigan Department of Treasury
408. Michigan State Housing Development Authority
409. MicroHedge LLC

Pg 11 of 18

Exhibit 1
Supplemental Identified Parties

410. Milano Assicurazioni S.p.A.
411. Millenium Management, LLC
412. Millenium USA, L.P.
413. Minnesota Masonic Home Care Center
414. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
415. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
416. Mitsui-MOL
417. Mizuho Investors Securities Co., Ltd.
418. Mizuho Trust & Banking (Luxembourg S.A.)
419. Mok, Ping Yu Francis
420. Morgan Stanley & Co. International plc
421. Morgan Stanley Senior Funding, Inc.
422. Mount Kellett Master Fund II, L.P.
423. Multi Asset Platform Master Fund SPC
424. Municipal Electric Authority of Georgia
425. National Agricultural Cooperative Federation
426. National Bank of Fujairah psc
427. National Power Corporation
428. New York Institute of Finance, Inc.
429. New York State Common Retirement Fund
430. Newport Global Credit Fund (Master) L.P.
431. Newport Global Opportunities Fund LP
432. Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
433. Niederosterreich-Mitte
434. Nomura Capital Markets plc
435. Nomura International PLC and its affiliates
436. Norma Delepine
437. NorthStar Real Estate Securities Opportunity Master Fund L.P.
438. NYFIX, Inc.
439. Oaktree Capital Management, L.P.
440. Oaktree High Yield Plus Fund, L.P.
441. Oaktree Huntington Investment Fund, L.P.
442. Oaktree Opportunities Fund VIII Delaware, L.P.
443. OCM Opportunities Fund VII Delaware, L.P.
444. OCM Opportunities Fund VIIb Delaware, L.P.
445. ONEOK Energy Services Company, L.P.
446. Onex Debt Opportunity Fund, Ltd.
447. Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading,
448. Optim Energy, LLC (f/k/a Energy Co., LLC)
449. Orrick, Herrington & Sutcliffe LLP
450. Pablo Serratosa Lujan
451. Palmyra Capital Fund, L.P.
452. Palmyra Capital Institutional Fund, L.P.
453. Palmyra Capital Offshore Fund, L.P.
454. Panagiota Manatakis

Exhibit 1
Supplemental Identified Parties

455. Panton Master Fund, LP
456. Partnership Life Assurance Company Ltd.
457. Patricia O'Reilly
458. PB Capital Corporation
459. Pennsylvania Public School Employees' Retirement System
460. PEP Credit Investor L.P.
461. Perella Weinberg Partners LP
462. Perry Partners International, Inc.
463. Perry Partners L.P.
464. Phoenix Life Limited
465. PIMCO Real Return Fund
466. PIMCO Real Return Fund (M)
467. Pioneer Europe Mac 70 Ltd
468. Popolare Vita S.p.A.
469. Popular Gestion S.G.I.I.C., S.A.
470. Popular High Grand Fixed Income Fund, Inc.
471. Power Sector Assets & Liabilities Management Corporation
472. PRGS 1407 BWAY LLC
473. PricewaterhouseCoopers AG, Zurich
474. Primeshares
475. Programma Dinamico S.p.A.
476. Providence TMT Special Situations Fund L.P.
477. Public Bank Berhad
478. Public Employees' Retirement Association of Colorado
479. Public Utility District No. 1 of Chelan County, WA
480. Punjab National Bank (International) Limited
481. Putnam Investments, LLC and Affiliates
482. Quadrifoglio Vita S.p.A.
483. Quantitative Enhanced Decisions Master Fund
484. Quinlan Private European Strategic Property Fund
485. R3 Capital Partners Master, LP
486. Randolph H. Emerson
487. Raymond F. Kravis Center for Performing Arts (The)
488. Relative European Value S.A.
489. Reserve Management Company Inc.
490. Resrv Partners, Inc.
491. Retirement Housing Foundation
492. Richard Clair
493. Right Management, Inc.
494. Robert A. Schoellhorn Trust
495. Robert Franz
496. Rock Creek Group LP, as Asset Manager
497. Roger B. Nagioff
498. Roger Leveille
499. Rogge Global Partners PLC (on behalf of its customers)
500. Ronald P. Zemenak

Exhibit 1
Supplemental Identified Parties

501. Ross Financial Company
502. Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
503. RWE Supply & Trading GmbH
504. Sally-Anne E. Osborne
505. Salzburg Munchen Bank
506. San Diego-Frazee, LLC
507. Sarasin Investmentfonds
508. SAS Institute Inc.
509. Satterlee Stephens Burke & Burke LLP
510. Saverio Panerai
511. Seattle Pacific University
512. Seneca Center
513. Serengeti Overseas Ltd.
514. Serengeti Partners LP
515. Serengeti Rapax MM LP
516. Shiga Bank, Ltd. (The)
517. Shin Kong Life Insurance Company Ltd
518. Shinkin Central Bank
519. Short Credit Master Fund, LP
520. Sidley Austin LLP
521. Simeon Moreno
522. Slim Baccar
523. Smolanksy Fund Limited
524. Solent Credit Opportunities Master Fund
525. Southeastern Golf, Inc.
526. Southern Community Bank and Trust
527. Southern Community Financial Corporation
528. Sparda-Bank Hessen eG
529. Sparebank 1 SR-Bank
530. Sparkasse Heidelberg
531. Sparkasse Saarbruecken
532. SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital Offshore Fund, Ltd.)
533. Springfield Associates LLC
534. Sprint Solutions, Inc
535. SR GGI Master MA, Ltd.
536. SR Latigo Master MA, Ltd.
537. Stagg, Terenz, Confusione & Wabnik, LLP
538. Standard Bank Plc
539. Standard Chartered Bank (Hong Kong) Limited
540. State Bank of Long Island
541. Stephen L. Hopkins
542. Steptoe & Johnson LLP
543. Steven G. Holder Living Trust
544. Steven Mehos
545. Stone Lion Portfolio L.P.

12

Exhibit 1
Supplemental Identified Parties

546. Strategic Value Master Fund, Ltd.
547. SunCal Debtors
548. Suncor Energy Marketing, Inc.
549. SunGard Assent LLC
550. SunGard Data Reference Solutions, LLC
551. SunGard Kiodex, Inc.
552. SunGard Securities Finance LLC
553. Sunrise Partners Limited Partnership
554. Sutherland Asbill & Brennan
555. Systema Vita Compagnia di Assicurizioni S.p.A.
556. Systema Vita Compagnia di Assicurizioni S.p.A.
557. Szeto Ting Hoi
558. T. Boone Pickens
559. Ta Chong Finance (Hong Kong) Limited
560. Taconic Market Dislocation Fund II, L.P.
561. Taconic Opportunity Fund L.P.
562. Taifook Securities Company Limited
563. Taishin International Bank
564. TAM YIN MUI
565. Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
566. Teachers' Retirement System of the State of Illinois
567. Temple Health System Transport Team, Inc.
568. Temple Physicians, Inc.
569. Temple University Health Systems, Inc. for itself and as Agent
570. Tennenbaum Multi Strategy Master Fund
571. Tensor Opportunity Limited
572. Tetra Tech, Inc.
573. The Arizona Department of Revenue
574. The Bank of New York Corporate Trustee Services Limited
575. The Co-operative Bank p.l.c.
576. The Iyo Bank, Ltd.
577. The Primary Fund of the Reserve Fund
578. The Related Companies
579. The Reserve International Liquidity Fund
580. The Reserve Yield Plus Fund
581. The Seaport Group LLC
582. Thompson Investment Management, Inc.
583. Tiffany & Co.
584. Tishman Speyer Real Estate Venture VII, L.P
585. Tobacco Settlement Financing Corporation
586. Tom Wolf
587. TPG-Axon Partners (Offshore) Ltd.
588. TPG-Axon Partners, LP
589. Treasurer of Douglas County, Colorado
590. Treasurer of Garfield County, Colorado (The)
591. TRG Global Opportunity Master Fund, Ltd.

Exhibit 1
Supplemental Identified Parties

592. TRG Local Currency Opportunity Master Fund, Ltd.
593. TriOptima AB
594. Triple Point Technology, Inc.
595. Tudor Global Emerging Markets Portfolio L.P.
596. Turnberry Leveraged Credit Master LP
597. U.S. Bank National Association
598. UBS AG
599. Union Investment Privatfonds GmbH
600. University of Pittsburgh
601. US Bus Pension Scheme
602. Uwe Schirrmeister
603. Varde Investment Partners, L.P.
604. Versorgungswerk der Apothekerkammer Nordrheim
605. Victoria Reinsurance Company Ltd.
606. Viktoiaplatz
607. Virtual Expo
608. Volksbank Aichfeld-Murboden
609. Volksbank Bad Goisern
610. Volksbank Enns-St. Valentin
611. Volksbank Feldkirchen
612. Volksbank Gmuend
613. Volksbank Graz-Bruck
614. Volksbank Obersdorf-Wolkersdorf-Dt
615. Volksbank Oetscherland
616. Volksbank Osttirol
617. Volksbank Ried im Innkreis
618. Volksbank Schaerding
619. Volksbank Slovenia
620. Volksbank Tullnerfeld eG
621. Volksbank Voklabruck-Bmunden e.Gen
622. VR-LIW GmbH on behalf of Deutsche Apotheker
623. Wagram
624. Water Pollution Control Authority for the City of Bridgeport
625. Waterstone Market Neutral Mac 51 Ltd
626. WCG Master Fund
627. Western Asset UK GBP Credit Plus Bond Fund
628. Western Digital Corporation
629. Westernbank Puerto Rico
630. WH 2005 / NIAM III East Holding OY
631. Whitworth College, d/b/a Whitworth University
632. William Kuntz, III
633. Wingecarribee Shire Council
634. Xicor, LLC
635. Yang Wei Ying
636. ZAIS Opportunity Master Fund, Ltd.
637. Zais Scepticus Fund I, Ltd.

14

Exhibit 1
Supplemental Identified Parties

    638.    Zwinger Opco 6 BV

**Committee Members**

    639.    Elliot Management Corp.
    640.    U.S. Bank N.A.

**Litigation Claimants**

    641.    American Family Life Assurance Company Of Columbus
    642.    Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
    643.    Bank of America Trust and Banking Corporation (Cayman) Limited
    644.    FCCD Limited
    645.    Harrier Finance Limited,
    646.    Metropolitan West Low Duration Bond Fund
    647.    Metropolitan West Low Duration Bond Fund
    648.    Nomura Global Financial Products Inc.
    649.    Olivia Bam
    650.    PNC Bank, National Association
    651.    Prudential Global Funding LLC
    652.    Rathgar Capital Corporation
    653.    Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank

**Principal Investments**

    654.    AlixPartners
    655.    Applebees
    656.    ASA McJunkin Red Man Corp. (F/K/A McJunkin Corp.)
    657.    C. Amer
    658.    Firth Rixson Limited
    659.    Greenbrier Petroleum Corp.
    660.    Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc.
    661.    Labarge Pipe & Steel Company
    662.    LBPS Holding Co.
    663.    LIM
    664.    McJunkin Nigeria Limited
    665.    McJunkin -Puerto Rico Corp.
    666.    McJunkin Red Man Development Corp. (F/K/A McJunkin Development Corporation)
    667.    McJunkin -West Africa Corp.
    668.    MEG Energy Corp.
    669.    Midway-Tristate Corp.
    670.    Milton Oil & Gas Co.
    671.    MRC Management Co. (F/K/A MRM West Virginia Management Company)
    672.    MRM Oklahoma Management LLC
    673.    Oceana

Exhibit 1
Supplemental Identified Parties

674. Pinnacle Entertainment Corp.
675. Red Man Pipe & Supply Co.
676. Regents
677. Ruffner Realty Co.
678. SBS
679. Sheridan Healthcare
680. Universal Pegusus
681. Veyance
682. Vought
683. Wesco Acquisition Partners, Inc.
684. Yankee Candle

**Professionals Retained by the Company**

685. Balcomb & Green, P.C.
686. Bickerton Lee Dang & Sullivan, LLP
687. Bih Li & Lee
688. BLP Abogados
689. BlueGate Partners, LLC
690. Bonchonsky & Zaino, LLP
691. Bonelli Erede Pappalardo
692. Broad & Cassel
693. Chun Rair & Yoshimoto LLP
694. Clyde Click
695. David Marks QC
696. Dickstein Shapiro LLP
697. DTZ Rockwood LLC
698. Epiq
699. Ernst & Young LLP
700. Herzfeld & Rubin, P.C.
701. Hoegen & Associates, P.C.
702. Hunt Leibert Jacobson, P.C.
703. International Legal Counselors Thailand Ltd.
704. Jackson Lewis LLP
705. Jeffery Peter Onions QC
706. Juris Law Offices
707. Kelly Matthew Wright
708. Krebsbach & Snyder, P.C.
709. Mandel, Katz & Brosnan LLP
710. Mannheimer Swartling Advokatbyrå Ab
711. Mayo Crowe LLC
712. Mazars LLP
713. McCann FitzGerald Solicitors
714. McDermott Will & Emery LLP
715. Merra & Kanakis, P.C.
716. Mourant du Feu & Jeune

<u>Exhibit 1</u><br>Supplemental Identified Parties

717. Natixis Capital Markets
718. Pachulski Stang Ziehl & Jones LL
719. PetroVal, Inc.
720. Richard Sheldon QC
721. Salvadore Auctions & Appraisals, Inc.
722. Snyder Valuation
723. Sutherland Asbill & Brennan LLP
724. The Madden Law Firm
725. Travers Smith LLP
726. Valentine S. Grimes & Co.
727. Wachtel & Masyr LLP
728. Watson, Farley & Williams (Thailand) Limited
729. Wilmer Cutler Pickering Hale and Dorr LLP
730. Worldwide Trade Partners
731. Wynn & Wynn, P.C.