**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. |  |

### NOTICE OF APPEARANCE AND DEMAND
### FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE THAT:

Kramer Levin Naftalis & Frankel LLP, as counsel for **Stonehill Institutional Partners, L.P and Stonehill Offshore Partners Limited** files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned at the following address:

> **Stephen Zide, Esq.**
> **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
> **1177 Avenue of the Americas**
> **New York, New York 10036**
> **Telephone: (212) 715-9492**
> **Fax: (212) 715-8000**
> **E-mail: szide@kramerlevin.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

KL2 2646609.1

Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

Dated:  April 9, 2010
       New York, New York

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
/s/   Stephen Zide
Stephen Zide
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Counsel for Stonehill Institutional Partners, L.P and Stonehill Offshore Partners Limited

KL2 2646609.1