**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        08-13555 (JMP)
                                                    :
                                    Debtors.        :        (Jointly Administered)
-------------------------------------------------------------------x

### AMENDED ORDER GRANTING APPLICATIONS
### FOR THE ALLOWANCES OF INTERIM COMPENSATION
### FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2009
### FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
### OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Whereas on September 25, 2009, the Court entered an Order Granting Applications

for the Allowances of Interim Compensation for the Period of February 1, 2009 through May 31,

2009 for Professional Services Performed and Reimbursement of Actual and Necessary Expenses

Incurred and Other Relief [Docket No. 5274] (the "Order");

Now, therefore, to correct the allocation between the total fees and total expenses

awarded, it is hereby ordered that Schedule A(2) of the Order is hereby amended and superseded by

the schedule attached hereto.


Dated:  New York, New York
        April 9, 2010


                                    _s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE

**<u>AMENDED SCHEDULE A(2)</u>**

## Summary:  All Fee Periods (Including This Period)

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bingham McCutchen LLP (Successor in Interest to McKee Nelson LLP) | $5,695,534.25 | $5,398,737.03 | $276,951.77 | $276,951.77 |
| Bortstein Legal LLC | $1,889,577.75 | $1,744,764.25 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $8,841,722.00 | $8,412,231.25 | $316,083.92 | $316,083.92 |
| Duff & Phelps LLC | $9,434,868.30 | $8,491,381.47 | $149,258.09 | $149,258.09 |
| Ernst & Young LLP | $1,235,674.50 | $1,119,869.30 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $11,951,727.20 | $11,239,581.79 | $380,397.49 | $380,210.96 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | $3,986,666.66 | $3,588,000.00 | $258,336.40 | $258,336.40 |
| Huron Consulting Group | $606,674.20 | $546,006.78 | $115,258.89 | $115,258.89 |
| Jenner & Block LLP | $11,410,992.00 | $10,331,257.84 | $442,608.03 | $442,608.03 |

Schedule A(1)                          **Date:  April 9, 2010**                          **Initials:  _JMP_, USBJ**