UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :

In re                                            :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                               :
                       Debtors.            :        (Jointly Administered)
------------------------------------------------------------------x

**AMENDED ORDER GRANTING APPLICATIONS
FOR THE ALLOWANCES OF INTERIM COMPENSATION
FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2009
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF**

        Whereas on September 25, 2009, the Court entered an Order Granting Applications for the Allowances of Interim Compensation for the Period of February 1, 2009 through May 31, 2009 for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief [Docket No. 5275] (the "Order");

        Now, therefore, to correct the allocation between the total fees and total expenses awarded, it is hereby ordered that Schedule A(2) of the Order is hereby amended and superseded by the schedule attached hereto.

Dated:  New York, New York
          April 9, 2010

                                          *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE

**AMENDED SCHEDULE A(2)**

**Summary:  All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Jones Day | $5,377,850.00 | $4,965,870.60 | $141,093.18 | $141,093.18 |
| Lazard Freres & Co. LLC | $13,929,000.00 | $13,196,100.00 | $59,778.49 | $59,778.49 |
| McKenna Long & Aldridge LLP | $2,087,919.00 | $1,941,720.70 | $183,810.45 | $183,810.45 |
| Milbank, Tweed, Hadley & McCloy LLP | $28,961,897.00 | $27,208,997.40 | $1,688,143.33 | $1,688,100.79 |
| Pachulski Stang Ziehl & Jones LLP | $189,797.67 | $170,817.90 | $6,538.14 | $6,538.14 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | $2,949,993.00 | $2,858,636.05 | $69,218.06 | $69,218.06 |
| Reilly Pozner LLP | $912,433.00 | $864,689.30 | $108,787.93 | $108,787.93 |
| Simpson Thacher & Bartlett LLP | $1,544,187.10 | $1,522,104.32 | $35,718.42 | $35,718.42 |
| Weil, Gotshal & Manges LLP | $100,368,623.50 | $95,845,246.28 | $2,571,664.20 | $2,571,664.20 |

Schedule A(1)                                    **Date:  April 9, 2010**                                    **Initials:  _JMP_, USBJ**