UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                            :        Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                                 :
                         Debtors.               :        (Jointly Administered)
------------------------------------------------------------------x

**AMENDED ORDER GRANTING REMAINING HOLDBACK REGARDING
APPLICATIONS FOR THE ALLOWANCES OF INTERIM COMPENSATION
FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2009
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF**

Whereas on December 23, 2009, the Court entered an Order Granting Remaining Holdback Regarding Applications for the Allowances of Interim Compensation for the Period of February 1, 2009 through May 31, 2009 for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief [Docket No. 6354] (the "Order");

Now, therefore, to correct the allocation between the total fees and total expenses awarded, it is hereby ordered that Schedule A(2) of the Order is hereby amended and superseded by the schedule attached hereto.

Dated:  New York, New York
            April 9, 2010

                                                      *s/ James M. Peck*
                                                      UNITED STATES BANKRUPTCY JUDGE

**AMENDED SCHEDULE A(2)**

**Summary:  All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bingham McCutchen LLP (Successor in Interest to McKee Nelson LLP) | $5,695,534.25 | $5,641,185.48 | $276,951.77 | $244,882.36 |
| Bortstein Legal LLC | $1,889,577.75 | $1,886,215.25 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $8,841,722.00 | $8,821,510.50 | $316,083.92 | $283,765.89 |
| Duff & Phelps LLC | $9,434,868.30 | $9,316,007.05 | $149,258.09 | $146,155.10 |
| Ernst & Young LLP | $1,235,674.50 | $1,176,968.75 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $11,951,727.20 | $11,872,874.56 | $380,397.49 | $379,868.86 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | $3,986,666.66 | $3,763,333.33 | $258,336.40 | $241,434.20 |
| Huron Consulting Group | $606,674.20 | $580,970.70 | $115,258.89 | $113,522.58 |
| Jenner & Block LLP | $11,410,992.00 | $11,346,721.61 | $442,608.03 | $442,608.03 |

Schedule A(1)                    Date:  April 9, 2010                    Initials:  *JMP*, USBJ