**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                            :
In re                                                       :          Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :          **08-13555 (JMP)**
                                                            :
                          Debtors.              :          (Jointly Administered)
------------------------------------------------------------------x

**AMENDED ORDER GRANTING REMAINING HOLDBACK REGARDING**
**APPLICATIONS FOR THE ALLOWANCES OF INTERIM COMPENSATION**
**FOR THE PERIOD OF FEBRUARY 1, 2009 THROUGH MAY 31, 2009**
**FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT**
<u>**OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF**</u>

    Whereas on December 23, 2009, the Court entered an Order Granting Remaining

Holdback Regarding Applications for the Allowances of Interim Compensation for the Period of

February 1, 2009 through May 31, 2009 for Professional Services Performed and Reimbursement of

Actual and Necessary Expenses Incurred and Other Relief [Docket No. 6356] (the "<u>Order</u>");

    Now, therefore, to correct the allocation between the total fees and total expenses

awarded, it is hereby ordered that <u>Schedule A(2)</u> of the Order is hereby amended and superseded by

the schedule attached hereto.


Dated:  New York, New York
   April 9, 2010

           <u>   *s/ James M. Peck*   </u>
           Honorable James M. Peck
           United States Bankruptcy Judge

**<u>AMENDED SCHEDULE A(2)</u>**

## Summary:  All Fee Periods (Including This Period)

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Jones Day | $5,377,850.00 | $5,353,223.00 | $141,093.18 | $137,909.70 |
| Lazard Freres & Co. LLC | $13,929,000.00 | $13,929,000.00 | $59,778.49 | $59,708.17 |
| McKenna Long & Aldridge LLP | $2,087,919.00 | $1,984,940.00 | $183,810.45 | $178,560.19 |
| Milbank, Tweed, Hadley & McCloy LLP | $28,961,897.00 | $28,593,794.21 | $1,688,143.33 | $1,674,521.26 |
| Pachulski Stang Ziehl & Jones LLP | $189,797.67 | $181,564.17 | $6,538.14 | $4,874.99 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | $2,949,993.00 | $2,882,087.00 | $69,218.06 | $69,048.79 |
| Reilly Pozner LLP | $912,433.00 | $903,541.02 | $108,787.93 | $108,643.42 |
| Simpson Thacher & Bartlett LLP | $1,544,187.10 | $1,523,874.09 | $35,718.42 | $34,652.74 |
| Weil, Gotshal & Manges LLP | $100,368,623.50 | $100,106,972.50 | $2,571,664.20 | $2,561,534.58 |

Schedule A(1)                    **Date:  April 9, 2010**                    **Initials:  _JMP_, USBJ**