UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
                                              :
In re:                                        :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
              Debtors.                        :   (Jointly Administered)
                                              :
-------------------------------------------------------------------

**FEE COMMITTEE REPORT REGARDING FEE COMMITTEE PROCESSES
AND EFFORTS TO RESOLVE OUTSTANDING ISSUES RELATED TO
THE THIRD INTERIM FEE APPLICATIONS OF RETAINED PROFESSIONALS**

Pursuant to the Court's request that the Fee Committee and the Retained Professionals meet to attempt to resolve outstanding issues in regard to the Fee Committee's Report Pertaining to the Third Interim Fee Applications and to Fee Committee procedures generally, the Fee Committee and various Retained Professionals met in New York on March 31, 2010 and had multiple communications thereafter. The Fee Committee and the Retained Professionals agree as follows:

**I.   Objections to the Fee Committee's Recommended Deductions for the Third Interim Fee Applications.**

The Fee Committee recommends a total final deduction of fees and expenses for the Third Interim Fee Applications in the amount of: $2,200,073.19.[1] After the Fee Committee's meeting with the Retained Professionals and subsequent efforts to resolve any dispute between the Fee Committee and the Retained Professionals, there are no objections to be resolved by the

---

[1] The final deduction recommended by the Fee Committee in this Report differs from the amount previously submitted to the Court on March 10, 2010 due to the following: (1) Reilly Pozner did not participate in the reconciliation process due to an inadvertent deletion of the Committee's Report. The Fee Committee accordingly reviewed Reilly Pozner's explanations regarding the Committee's recommended deductions and agreed to reduce the deductions by $46,399.25; (2) Jones Day submitted supplementary information curing $11,542.04 of outstanding duplicating charges; (3) Weil, Gotshal & Manges LLP agreed to the deduction of the difference between business class air tickets and coach class air tickets and to provide explanations of computerized research sessions above $1,000. The Fee Committee accordingly reduced the deductions by $107,124.62.

Court at this time. Attached hereto is a spreadsheet summarizing the Fee Committee's Recommendations (Exhibit A). The Retained Professionals reserve their rights to object at the time of the Final Fee Application Hearing, to the deductions contained in the attached Exhibit A. In response to a request from the Retained Professionals, the Fee Committee has circulated to the Retained Professionals a statement of what constitutes "administrative" work and examples of time and expense entries that the Fee Committee considers inadequately described. The Fee Committee has sent such examples to the Retained Professionals (Exhibit B).

## II. Fee Committee Process

### a. Proposed Timeline:

Pursuant to the Court's suggestion, a timeline for the consideration of Interim Fee Applications was agreed upon by the Fee Committee and the Retained Professionals (Exhibit C). The Timeline provides adequate time for the Fee Committee to prepare its Recommendations Pertaining to the Interim Fee Applications and also provides the Retained Professionals adequate time to object to the Recommendations prior to the Court's hearing regarding the Applications.

### b. Deductions in Fourth Interim Applications and Thereafter for Repeated Disregard of Fee Guidelines:

As a result of consistent and repeated failures by the respective Retained Professionals to comply with the Fee Guidelines, the Fee Committee has unanimously determined that the Committee will recommend automatic deductions in the Fourth Interim Applications, and thereafter, for repeated failure to comply with the Fee Guidelines. For the Fourth Interim Fee Applications, the Committee will recommend a deduction of 50 percent of the fees/expenses that the Retained Professionals submit with inadequate descriptive information. For the Fifth Interim Fee Applications and thereafter, the Committee will recommend a deduction of 100 percent in such cases. The Retained Professionals reserve their rights to object to these automatic deductions at the time of the Final Fee Application Hearing.

2

The Retained Professionals request that they receive notice regarding these recommended deductions in the Fourth Interim Application for repeated disregard of the Fee Guidelines. The Committee agrees that it will note in its confidential written report to each of the Retained Professionals those fees/expenses that the Committee concludes represent repeated violations by the Retained Professional of the Fee Guidelines.

### III. Conclusion

This Report is accepted in its entirety by all Retained Professionals, subject to the reservation of their rights to object, at the time of the Final Fee Application Hearing, to the deductions contained in the attached Exhibit A, as well as the automatic deductions set forth above in Part II, section b.

A unanimous Fee Committee hereby requests Court approval of this Report in its entirety without objection.

Dated: April 9, 2010                                Respectfully Submitted,

/s/ Kenneth R. Feinberg
Kenneth R. Feinberg
Chairman, Fee Committee


/s/ John K. Suckow
John K. Suckow
President, Lehman Brothers Holdings, Inc.


/s/ Noel Purcell
Noel Purcell
Representative, Official Committee of the
Unsecured Creditors


/s/ Andrew D. Velez-Rivera
Andrew D. Velez-Rivera
The Office of the United States Trustee

3

EXHIBIT A

| Retained Professionals | Final Deductions | Disputes to be resolved by the Court at this time.[1] |
|---|---:|---:|
| Bingham McCutchen LLP | $81,492.80 | $0.00 |
| Bortstein Legal, LLC | $795.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $149,005.65 | $0.00 |
| Duff & Phelps | $453,959.23 | $0.00 |
| Ernst & Young LLP | $8,704.57 | $0.00 |
| FTI Consulting, Inc. | $11,024.14 | $0.00 |
| Houlihan Lokey Howard & Zurkin Capital Inc. | $21,861.65 | $0.00 |
| Huron Consulting Group, Inc. | $126,320.01 | $0.00 |
| Jenner & Block LLP | $226,467.85 | $0.00 |
| Jones Day LLP | $281,585.93 | $0.00 |
| Lazard & Frères | $430.82 | $0.00 |
| McKenna Long & Aldridge LLP | $50,903.27 | $0.00 |
| Milbank Tweed Hadley & McCloy LLP | $292,555.40 | $0.00 |
| Pachulski Stang Ziehl & Jones LLP | $3,316.11 | $0.00 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | $76,875.07 | $0.00 |
| Reilly Pozner LLP | $30,853.65 | $0.00 |
| Simpson Thacher & Bartlett LLP | $16,591.03 | $0.00 |
| Weil, Gotshal & Manges LLP | $348,767.65 | $0.00 |
| Windels Marx Lane & Mittendorf LLP | $18,563.36 | $0.00 |
| **Totals** | **$2,200,073.19** | **$0.00** |

---

[1] The Retained Professionals reserve their rights to object to the deductions contained in this Exhibit A, and to the automatic deductions described above in Part II, section b, at the time of the Final Fee Application Hearing.

EXHIBIT B

Examples of Fees Billed and Deducted by the Fee Committee as Administrative and Non-compensable:

- Printing documents
- Scanning documents
- Organizing/preparing binders
- Calls with administrative staff/calls regarding administrative issues.
- Scheduling meetings
- Collating documents
- Assembling/organizing files
- Organize/archive email
- Training interns
- Updating calendars
- Organizing files/setting up folders on shared network drives
- Reviewing timesheets – contract attorneys
- Planning for team member changes
- Discussing contract attorney sign in sheets
- Collecting time sheets from contract attorneys
- Contacting staffing agencies
- Preparing/updating binders
- Reviewing attorney hours and staffing requirements
- Quality checking binders
- Creating contact lists
- Updating contact lists/document service lists
- Copying/Duplicating documents
- Arranging documents to be sent out
- Updating deposition schedules
- Updating production logs
- Coordinating additional assistance/staffing needs
- Coordinating the distribution of documents
- Preparing documents for courier/fedex
- Distributing documents
- Assembling electronic files
- Copying electronic files
- Burning electronic files to DVD/CD
- Attending team administrative meetings
- Preparing binder indices
- Formatting documents
- Uploading/retrieving electronic files to/from shared network databases
- Bates-stamping documents
- Delivering documents
- Chronologically organizing documents

B-1

EXHIBIT B

# Administrative

### First Interim Fee Application

| 4. | 1.1 | Research regarding payment of administrative expenses. | Administrative |
|---|---|---|---|
| 1. | 6.1 | Prepared for contract attorney orientation | Administrative |

### Second Interim Fee Application

| 28. | 3/9/09 | 4.3 | Logging, recording and filing of incoming documents | Administrative |
|---|---|---|---|---|
| 1. | 3/17/09 | 2 | Printing e-mails for file. Transposing voicemails from yesterday to include in file. | Administrative |
| 2. | 3/31/09 | 0.2 | Mailing tax return file to US. Updating current file for new final return sent to client. | Administrative |
| 1. | 5/1/09 | 2.5 | Attention to administrative issues. | Administrative |
| 2. | 5/19/09 | 0.7 | Various administrative matter related tasks. | Administrative |

### Third Interim Fee Application

| 5. | 6/18/09 | 0.3 | Update productivity reports of attorneys reviewing Lehman documents identifying privilege and relevance tagging (.30) | Administrative |
|---|---|---|---|---|
| 12. | 6/4/09 | 1.2 | attended several calls with administrative staff re: the same (0.6). | Administrative |
| 30. | 6/29/09 | 1.9 | Conducted administrative activities including scheduling meetings and collating material provided by team members. | Administrative |
| 59. | 7/9/09 | 4.8 | Assemble files and file into filing cabinets. | Administrative |
| 7. | 6/1/09 | 9.5 | Retrieve And Organize Documents From Internal And External Databases | Administrative |

| 25. | 8/25/09 | 5 | Scanned and emailed title documents to Ms. XXXXXXX | Administrative |
|---|---|---|---|---|

## Insufficient Detail

**First Interim Fee Application**

| 15. | 0.90 | | Contract Review/Summary | Insufficient Detail of Services Provided |
|---|---|---|---|---|

**Second Interim Fee Application**

| 249. | 5/29/09 | 10.1 | Revise protest | Insufficient Detail of Services Provided |
|---|---|---|---|---|
| 97. | 2/13/09 | 7.5 | Develop workplan | Insufficient Detail of Services Provided |
| 7. | 4/5/09 | 9 | Drafting supplemental submission. | Insufficient Detail of Services Provided |
| 71. | 3/4/09 | 1 | Review project status and next steps. | Insufficient Detail of Services Provided |
| 84. | 3/3/09 | 7.3 | CONTINUE RESEARCHING MATTERS RELATED TO DOCUMENT PRODUCTION. | Insufficient Detail of Services Provided |
| 13. | 2/18/09 | 0.3 | Review Court filings. | Insufficient Detail of Services Provided |
| 64. | 5/1/09 | 15 | Prepare for closing. | Insufficient Detail of Services Provided |

EXHIBIT B

**Third Interim Fee Application**

| | | | | |
|---|---|---|---|---|
| **62.** | 7/7/09 | 0.2 | Discuss Lehman files with XXXXXXX | Insufficient Detail of Services Provided |
| **55.** | 6/17/09 | 0.8 | Discuss document review with XXXXXXXX | Insufficient Detail of Services Provided |
| **76.** | 9/30/09 | 0.1 | Reviewed and responded to emails. | Insufficient Detail of Services Provided |
| **87.** | 6/25/09 | 1.3 | Updated tracking spreadsheet. | Insufficient Detail of Services Provided |
| **18.** | 6/2/09 | 0.4 | Prepare draft April Exhibit C. | Insufficient Detail of Services Provided |
| **21.** | 6/24/09 | 0.6 | Update workplan. | Insufficient Detail of Services Provided |
| **88.** | 6/10/09 | 3.7 | Agenda for team meeting` | Insufficient Detail of Services Provided |
| **104.** | 6/17/09 | 2 | Review prior year process | Insufficient Detail of Services Provided |
| **643.** | 7/2/2009 | 9.00 | Review conflicts | Insufficient Detail of Services Provided |
| **53.** | 7/29/09 | 1.1 | Telephone conference with Mr.XXXXX and Ms.XXXXXX. | Insufficient Detail of Services Provided |

EXHIBIT C

**In re Lehman Brothers Holdings Inc., *et al.* (Case No. 08-13555)**
**Proposed Revised Procedures Regarding Fee Disputes**

| Procedures | Proposed Deadlines |
|---|---|
| Deadline to file interim or final fee application pursuant to the Interim Compensation Order (the "Fee Application").[1] | Day 0 |
| Fee Application objection deadline for all parties in interest except Fee Committee. | Day 30 |
| Deadline for Fee Committee to distribute to Retained Professional a confidential written report as to any comments or objections made by the Fee Committee to a particular Fee Application (the "Individual Summary Report"). | Day 60<br>Written report will include notice of any entry subject to 50%/100% deduction of fees and expenses |
| Deadline for Retained Professional to respond in writing to Individual Summary Report ("Retained Professional Response"). Day 75 completes all dialogue and other communication between the Fee Committee and the Retained Professionals regarding the Retained Professionals' questions/comments/responses. | Day 75 |
| Deadline for Fee Committee to submit to each Retained Professional a Draft of the Fee Committee's Final Report to the Court regarding the Recommended Deductions as to that Retained Professional. The Draft will be considered final barring omissions or mistakes by the Fee Committee. | Day 90 |
| In the event that the Fee Committee and the Retained Professional cannot reach a resolution with respect to any issue(s) raised in the Fee Committee's Final Recommended Deductions, deadline for Fee Committee to file with the Court and serve (through the claims agent appointed in the Chapter 11 Cases) upon the relevant Retained Professional, the Debtors, the United States Trustee, and Committee (the "Interested Parties") a report outlining the Fee Dispute, the recommended deductions, and reasonable basis for such deductions (the "Fee Committee Report"). Fee Committee to provide copies of the Individual Summary Report, | Day 95 |

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Order Appointing Fee Committee and Approving Fee Protocol, dated May 26, 2009 [Docket No. 3651].

C-1

EXHIBIT C

| | |
|---|---|
| Retained Professional Response, and Fee Committee Reply under letter submission to Chambers, and such documents shall not be filed on the docket or otherwise disseminated. | |
| Deadline for Retained Professional to file with the Court and serve on the Interested Parties a reply to the Fee Committee Report. | Day 100 |
| Fee hearing. | Fee hearing scheduled by court. |