UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                            Debtors.            :    (Jointly Administered)
---------------------------------------------------------------------x

ORDER GRANTING APPLICATIONS
FOR THE ALLOWANCES OF INTERIM COMPENSATION
FOR THE PERIOD OF JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009
FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Upon consideration of the applications (collectively, the "Third Interim Applications") for allowances of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period of June 1, 2009 through September 30, 2009 (the "Application Period"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed by the professionals listed on Schedule A(1) annexed hereto (the "Retained Professionals"), and the report (the "Third Fee Report") of the appointed fee committee in these chapter 11 cases ("Fee Committee"), dated and filed on March 10, 2010 with respect thereto; and upon consideration of the Fee Committee's recommended deductions (the "Recommended Deductions") from fees and expenses incurred during the Application Period, as set forth in the Third Fee Report, rendered after the Fee Committee received and reviewed written comments and/or conferred with Retained Professionals who responded to the issues raised by the Fee Committee's Initial Recommended Deductions (as defined in the Third Fee Report); and after due notice pursuant to the amended order dated February 13, 2009 governing case management and administrative procedures [Docket No. 2387]; and a hearing having been held on March 17, 2010 to consider the Third Interim Applications; and there being no objections to the allowance of the amounts set forth

on Schedule (A)(1); and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

ORDERED:

1. The Recommended Deductions shall be applied provisionally to the Third Interim Applications pending a hearing on April 9, 2010 to consider the Recommended Deductions. Nothing herein shall prejudice the rights of any Retained Professional to challenge the Recommended Deductions.

2. The Third Interim Applications of the Retained Professionals are granted to the extent provided in Schedule A(1).

3. Interim compensation to the Retained Professionals for professional services performed during the Application Period is allowed and awarded in the amounts set forth on Schedule A(1) in the column entitled "Fees Awarded" pursuant to section 331 of the Bankruptcy Code.

4. Reimbursement to the Retained Professionals for expenses incurred during the Application Period is allowed and awarded in the amounts set forth on Schedule A(1) in the column entitled "Expenses Awarded."

5. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees Awarded," the "Expenses Awarded," which amounts are totaled in Schedule A(2) in the columns entitled "Total Fees Awarded" and "Total Expenses Awarded," to the respective Retained Professionals, to the extent not previously paid pursuant to the order dated June 25, 2009 governing interim compensation in these cases [Docket No. 4165].

Dated:  New York, New York
         April 9, 2010

                                          *s/ James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE

## **SCHEDULE A(1)**

08-13555-mg    Doc 8211    Filed 04/09/10    Entered 04/09/10 16:45:51    Main Document
Pg 3 of 6

## **SCHEDULE A(1)**

**Current Fee Period: June 1, 2009 to September 30, 2009**

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded[1] | Expenses Requested | Expenses Awarded[2] |
|---|---|---|---|---|---|
| Bingham McCutchen LLP | Dec. 14, 2009 6177 | $2,674,901.00 | $2,594,831.51 | $108,636.71 | $107,213.40 |
| Bortstein Legal LLC | Dec. 14, 2009 6157 | $671,275.00 | $670,480.00 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Dec. 14, 2009 6202 | $4,664,248.00 | $4,551,471.48 | $188,127.18 | $151,898.05 |
| Duff & Phelps LLC | Dec. 14, 2009 6189 | $15,562,452.38 | $15,109,656.16 | $304,367.41 | $303,204.40 |
| Ernst & Young LLP | Dec. 14, 2009 6167 | $237,643.10 | $228,938.53 | $0.00 | $0.00 |
| FTI Consulting, Inc. | Dec. 14, 2009 6190 | $7,684,069.40 | $7,673,489.59 | $211,418.60 | $210,974.27 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Dec. 14, 2009 6194 | $1,600,000.00 | $1,600,000.00 | $70,239.57 | $48,378.32 |
| Huron Consulting Group | Dec. 15, 2009 6235 | $1,322,011.00 | $1,279,273.61 | $98,894.10 | $15,311.48 |
| Jenner & Block LLP | Dec. 14, 2009 6188 | $16,227,724.95 | $16,065,360.70 | $4,129,426.78 | $4,065,323.18 |

[1] Fees Awarded reflect Fees Requested less the Recommended Fee Deductions.

2 Expenses Awarded reflect Expenses Requested less the Recommended Expense Deductions.

Schedule A(1)                    **Date:  April 9, 2010**                    **Initials:  _JMP_, USBJ**

**SCHEDULE A(2)**

**Summary:  All Fee Periods (Including This Period)**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bingham McCutchen LLP | $8,370,435.25 | $8,236,016.99 | $385,588.48 | $352,095.76 |
| Bortstein Legal LLC | $2,560,852.75 | $2,556,695.25 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $13,505,970.00 | $13,372,981.98 | $504,211.10 | $435,663.94 |
| Duff & Phelps LLC | $24,997,320.68 | $24,425,663.21 | $453,625.50 | $449,359.50 |
| Ernst & Young LLP | $1,473,317.60 | $1,405,907.28 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $19,635,796.60 | $19,546,364.15 | $591,816.09 | $590,843.13 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | $5,586,666.66 | $5,363,333.33 | $328,575.97 | $289,812.52 |
| Huron Consulting Group | $1,928,685.20 | $1,860,244.31 | $214,152.99 | $128,834.06 |
| Jenner & Block LLP | $27,638,716.95 | $27,412,082.31 | $4,572,034.81 | $4,507,931.21 |

Schedule A(1)                                    **Date:  April 9, 2010**                                    **Initials:  _JMP_, USBJ**