**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                         :
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**         :        **08-13555 (JMP)**
                                                         :
                                        **Debtors.**     :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------------------x        **Ref. Docket Nos. 7954, 7959-7963,**
                                                                  **7763-7769**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK    )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    /s/ Christopher Simco
Sworn to before me this                             Christopher Simco
8th day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011


T:\Clients\LBH\Affidavits\Transfers 7954, 7959-7963, 7763-7769_Aff 04-06-10.doc

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: PANTON MASTER FUND, LP
              c/o Goldman, Sachs & Co. Attn: A. Caditz
              30 Hudson Street, 36th Floor
              Jersey City NJ 07302

Please note that your claim # 33276 in the above referenced case and in the amount of
        $10,580,967.00        has been transferred **(unless previously expunged by court order)**

              NEWTONVILLE PARTNERS L.L.C.
              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
              C/O ROPES & GRAY LLP
              ATTN: ADAM REISS
              1211 AVENUE OF THE AMERICAS
              NEW YORK NY 10036-8704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7954        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |          Chapter 11 Case No.
                                      |
                                      |          08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |          (Jointly Administered)
                                      |
                  Debtors.            |
                                      |
_____|
```

               NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                          BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   HONTAI LIFE INSURANCE CO., LTD
              4TH FL., 156, MINSHENG E. RD.,
              SEC. 3
              TAIPEI
              TAIWAN, PROVINCE OF CHINA

Please note that your claim # 41195-04 in the above referenced case and in the amount of
         $7,170,104.24       has been transferred **(unless previously expunged by court order)**

              BARCLAYS BANK PLC
              TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD
              ATTN: DANIEL CROWLEY & JESSICA FAINMAN
              745 SEVENTH AVENUE
              NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7962       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2010                        Vito Genna, Clerk of Court


                                        /s/ Christopher Simco
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |          Chapter 11 Case No.
                                               |
                                               |          08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |          (Jointly Administered)
                                               |
                    Debtors.                   |
                                               |
                                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  JPMORGAN CHASE BANK, N.A.
               TRANSFEROR: GFI SECURITIES LTD
               4 NEW YORK PLAZA
               ATTN: JASON LEDDY
               New York NY 10004

Please note that your claim # 46967-06 in the above referenced case and in the amount of
           $63,966.07        has been transferred **(unless previously expunged by court order)**

          HFR ED SELECT FUND IV MASTER TRUST DTD 7/16/01
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT
          767 FIFTH AVENUE, 17TH FLOOR
          NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7763        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2010                            Vito Genna, Clerk of Court


                                            /s/ Christopher Simco
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |     Chapter 11 Case No.
                                           |
                                           |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |     (Jointly Administered)
                                           |
                   Debtors.                |
                                           |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   JPMORGAN CHASE BANK, N.A.
              TRANSFEROR: GFI SECURITIES LTD
              4 NEW YORK PLAZA
              ATTN: JASON LEDDY
              New York NY 10004
```

Please note that your claim # 46967-07 in the above referenced case and in the amount of
          $272,227.70        has been transferred **(unless previously expunged by court order)**

```
        JORVIK MULTI-STRATEGY MASTER FUND, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT
        767 FIFTH AVENUE, 17TH FLOOR
        NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7764        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Christopher Simco
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
                                          |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |    (Jointly Administered)
                                          |
                  Debtors.                |
                                          |
                                          |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: GFI SECURITIES LTD
             4 NEW YORK PLAZA
             ATTN: JASON LEDDY
             New York NY 10004

Please note that your claim # 46967-08 in the above referenced case and in the amount of
         $104,130.81        has been transferred **(unless previously expunged by court order)**

             PERMAL YORK, LTD
             TRANSFEROR: JPMORGAN CHASE BANK, N.A.
             ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT
             767 FIFTH AVENUE, 17TH FLOOR
             NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7765        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Christopher Simco
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 2, 2010.

# EXHIBIT "B"

TIME: 20:41:08
DATE: 04/05/10                                                                                                           PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: LBVN HOLDINGS, L.L.C. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HFR ED SELECT FUND IV MASTER TRUST DTD 7/1 | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| HONTAI LIFE INSURANCE CO., LTD | 4TH FL., 156, MINSHENG E. RD., SEC. 3 TAIPEI TAIWAN, PROVINCE OF CHINA |
| JORVIK MULTI-STRATEGY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: GFI SECURITIES LTD 4 NEW YORK PLAZA ATTN: JASON LEDDY New York NY 10004 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 1 |
| PERMAL YORK, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| YORK GLOBAL VALUE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| YORK INVESTMENT MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| YORK SELECT, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |

Total Number of Records Printed        15

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153