**Exhibit "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                             Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.,*           Case No.: 08-13555 (JMP)

                                    Debtors.       (Jointly Administered)
---------------------------------------------------------------X

### ORDER AUTHORIZING EXAMINATIONAND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the Motion of Rosslyn Investors I, LLC ("Rosslyn"), a creditor and party in interest in the above-captioned Chapter 11 bankruptcy proceedings, by its attorneys Meister Seelig & Fein LLP, seeking an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requiring Lehman Brothers Specialty Finance Inc. ("Lehman") to appear for examination and to produce, prior to such examination, the documents listed on Schedule A to the annexed Motion, and no notice of this Motion being required, and no adverse interest being represented, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED,** that Lehman, be and hereby is directed to produce for inspection and copying by Rosslyn, all documents listed on Schedule A annexed to the Motion, at the offices of Meister Seelig & Fein LLP on or before _____, 2010 at 10:00 a.m.; and it further

**ORDERED,** that service of this Order, upon Lehman by overnight mail on or before _____, 2010, shall be deemed good and sufficient service.

Dated: April ___, 2010

                                    _____
                                    HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE

*3926-002 Doc#116*