**BUCHANAN INGERSOLL & ROONEY PC**
H. Marc Tepper
620 Eighth Avenue, 23rd floor
New York, NY  10018-1669

Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665 8700

and

Stanley Yorsz
(admitted *Pro Hac Vice*)
Kathleen Jones Goldman
(admitted *Pro Hac Vice*)
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410
(412) 562-1401

Attorneys for Defendant
PNC Bank, National Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| NEUBERGER BERMAN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | |
| PNC BANK, NATIONAL ASSOCIATION, LEHMAN BROTHERS INC., and LEHMAN BROTHERS COMMERCIAL CORP., | : | Adversary Proceeding No. 09-01258 (JMP) |
| Defendants. | : | |

**POSITION OF PNC BANK, NATIONAL ASSOCIATION**
**WITH REGARD TO JOINT MOTION PURSUANT TO**
**SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019**
**AUTHORIZING LEHMAN BROTHERS, INC. TO ASSIGN ITS CLAIMS AGAINST**
**NEUBERGER BERMAN, LLC IN RESPECT TO CERTAIN TRANSACTIONS TO LEHMAN**
**BROTHERS COMMERCIAL CORPORATION IN EXCHANGE FOR AN INDEMNITY**

Defendant PNC National Association ("PNC"), by and through its undersigned attorneys, respectfully submits its position with regard to the Joint Motion for Entry of an Order Authorizing the Assignment to Lehman Brothers Commercial Corporation of Lehman Brothers, Inc.'s claims against Neuberger Berman, LLC ( the "Joint Motion").

While PNC hereby has no objection to the Joint Motion, it does object to the Joint Motion's characterization of the currency exchange at issue in this litigation. (*See* ¶¶ 8 and 9 of Joint Motion and Section 1(i) of the Assignment Agreement attached thereto.)

Accordingly, the fact that PNC has not objected to the Joint Motion, shall not be construed as an acceptance by PNC of the Joint Motion's characterization of the facts at issue in this action.

Dated: April 12, 2010               Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

/s/ H. Marc Tepper
H. Marc Tepper
620 Eighth Avenue, 23rd floor
New York, NY   10018-1669

Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-8700

and

Stanley Yorsz
Kathleen Jones Goldman
One Oxford Centre, 20th floor
301 Grant Street
Pittsburgh, PA  15219-1410
(412) 562-8800