**BUCHANAN INGERSOLL & ROONEY PC**
H. Marc Tepper
620 Eighth Avenue, 23rd floor
New York, NY   10018-1669

Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665 8700

and

Stanley Yorsz
(admitted *Pro Hac Vice*)
Kathleen Jones Goldman
(admitted *Pro Hac Vice*)
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410
(412) 562-1401

Attorneys for Defendant
PNC Bank, National Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| NEUBERGER BERMAN, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Adversary Proceeding No. 09-01258 |
| PNC BANK, NATIONAL ASSOCIATION, | : | (JMP) |
| LEHMAN BROTHERS INC., and | : | |
| LEHMAN BROTHERS COMMERCIAL CORP., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached has been served upon the following counsel on the date below as follows:

Via ECF Notification:

Richard W. Slack, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
richard.slack@weil.com
Counsel for Debtors & Lehman Brothers Commercial Corporation


Russell D. Giancola
Frederick B. Goldsmith
Goldsmith & Ogrodowski, LLC
247 Fort Pitt Boulevard, 4th Floor
Pittsburgh, PA  15222
fbg@golawllc.com
Attorneys for Plaintiff Neuberger Berman, LLC


Melvin A. Brosterman
Quinlan D. Murphy
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
Attorneys for Plaintiff Neuberger Berman, LLC


Sara Loomis Cave, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Attorneys for Trustee for SIPA Liquidation of Lehman Brothers Inc.

Upon all other interested parties via ECF Notification

| | |
|---|---|
| Dated: April 12, 2010 | Respectfully submitted, |
| | BUCHANAN INGERSOLL & ROONEY PC |
| | /s/ H. Marc Tepper |
| | H. Marc Tepper |
| | 620 Eighth Avenue, 23rd floor |
| | New York, NY   10018-1669 |
| | Two Liberty Place |
| | 50 South 16th Street, Suite 3200 |
| | Philadelphia, PA 19102-2555 |
| | (215) 665-8700 |
| | and |
| | Stanley Yorsz |
| | Kathleen Jones Goldman |
| | One Oxford Centre, 20th floor |
| | 301 Grant Street |
| | Pittsburgh, PA  15219-1410 |
| | (412) 562-8800 |