Hearing Date: April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, NY 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for *European Credit Management Limited,*
*Relative European Value S.A., European Credit*
*(Luxembourg) S.A., Leveraged Loans Europe plc,*
*and Term Loans Europe plc*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                          :
**In re:**                                                :    **Chapter 11**
                                                          :
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,             :    **Case No. 08-13555 (JMP)**
                                                          :
                      **Debtors.**                        :    **(Jointly Administered)**
-----------------------------------------------------------:

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' MOTION
PURSUANT TO SECTION 105 OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390
AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING
PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES FOR CLAIMS AGAINST DEBTORS**

European Credit Management Limited, Relative European Value S.A., European Credit (Luxembourg) S.A., Leveraged Loans Europe plc, and Term Loans Europe plc, by and through their undersigned counsel, Klestadt & Winters, LLP, hereby withdraws their limited objection to the *Debtors' Motion Pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors* [Docket No. 7935].

1

Date: April 12, 2010  Respectfully submitted,

KLESTADT & WINTERS, LLP

By: ___/s/ John E. Jureller, Jr.___
    John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, NY 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for *EUROPEAN CREDIT MANAGEMENT LIMITED, RELATIVE EUROPEAN VALUE S.A., EUROPEAN CREDIT (LUXEMBOURG) S.A., LEVERAGED LOANS EUROPE PLC, AND TERM LOANS EUROPE PLC.*

**CERTIFICATE OF SERVICE**

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2. On the 12th day of March, 2010, I served a copy of Notice of Withdrawal of Limited Objection to the Debtors' Motion Pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Shai Y. Waisman, Esq.

/s/ John E. Jureller, Jr.
John E. Jureller, Jr.

Dated: April 12, 2010