EXECUTION COPY

# FORM OF EVIDENCE OF TRANSFER OF CLAIM

To: The Debtor and the Bankruptcy Court for the Southern District of New York

On March 9, 2010 ADM Galleus Fund Limited changed its name to ADM Galleus Fund I Limited and a certified copy of the Certificate of Incorporation on Change of Name is attached.

For good and valuable consideration received, the adequacy and sufficiency of which is hereby acknowledged, ADM Galleus Fund I Limited ("Seller") hereby unconditionally and irrevocably sells, transfers, assigns, grants and conveys to UBS AG ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 commenced on 15 September 2008 in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the proofs of claim (Claim Nos. 9450 and 10236) filed by Seller with the Bankruptcy Court (Claim no 9450 being acknowledged by Epiq Bankruptcy Solutions LLC by Acknowledgments of Receipt of Proof of Claim dated October 7 2009 and Claim no 10236 being received by Epic Bankruptcy Solutions LLC on September 3 2009) in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this....31......day of ...March...:.2010.

Executed by ADM GALLEUS FUND I LIMITED
acting through its lawful attorney and Investment Adviser
Asia Debt Management Hong Kong Limited

By:
Name:
Title:    Mei Yun Colean Li            Grace Tan
          Authorised Signatory          Signatory

Executed by UBS AG

By:
Name:
Title:    PAULA McFARLANE              H. French
          ASSOCIATE DIRECTOR            Director