**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------------------x    Ref. Docket No. 8177

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Case No. |
|  | : |  |
| LEHMAN BROTHERS INC., | : | 08-01420 (JMP) (SIPA) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

---------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2012, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 9, 2010 at 10:00 A.M.," dated April 8, 2010 [Docket No. 8177], by causing true and correct copies to be:

    a)  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b)  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>.

                                                        /s/ Brittany Whalen
                                                        Brittany Whalen

Sworn to before me this
9th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Amended Agenda_DI_8177_Aff_4-8-10.doc

**EXHIBIT A**

stephanie.goldstein@friedfrank.com
egrillo@goodwinprocter.com
mcostello@goodwinprocter.com
ktomer@goodwinprocter.com
acaton@kramerlevin.com
ghorowitz@kramerlevin.com
vcoscino@allenmatkins.com
jtimko@allenmatkins.com
amarder@msek.com
jmazermarino@msek.com
metkin@lowenstein.com
scargill@lowenstein.com
squigley@lowenstein.com
dmolton@brownrudnick.com
adash@brownrudnick.com
hsteel@brownrudnick.com
hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com
jamestecce@quinnemanuel.com,
susheelkirpalani@quinnemanuel.com,
ericataggart@quinnemanuel.com,
tylerwhitmer@quinnemanuel.com,
erickay@quinnemanuel.com,
oxford@hugheshubbard.com,
maguire@hugheshubbard.com,
rothman@hugheshubbard.com
brosenblum@jonesday.com
jbougiamas@oshr.com
pfeldman@oshr.com
hlevison@kasowitz.com
jminsker@kasowitz.com
kbialo@emmetmarvin.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |