**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | ) |
| | ) Case No. 08-13555-JMP |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Sara E. Lorber to be admitted, *pro hac vice*, to represent the City of Chicago (the "Client") in the above captioned cases (the "Cases"), and upon movant's certification that she is a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, it is hereby

ORDERED that Sara E. Lorber is admitted to practice *pro hac vice* in the Cases to represent the Client in the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE