William J. Factor (IL 6205675)
Sara E. Lorber (IL 6229740)
**THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, Illinois  60062
Tel:    (847) 239-7248
Fax:   (847) 574-8233
Email: wfactor@wfactorlaw.com
         slorber@wfactorlaw.com
*Counsel for City of Chicago*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | ) ) | Case No. 08-13555-JMP |
| | ) | |
| Debtors. | ) | |
| | ) ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William J. Factor, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the City of Chicago, a creditor and party-in-interest, in the above captioned cases.

I certify that I am a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 12, 2010
Chicago, Illinois

Respectfully submitted,

By: /s/ William J. Factor
**THE LAW OFFICE OF
   WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, Illinois 60062
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email:   wfactor@wfactorlaw.com