RECEIVED APR - 7 2010 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

To US BC SDNY

To the Court

We blew the whistle on these attorneys pretending to be the actual shareholders they have attempted to take all our homes please file we will do better

Robert Ebern