**IMPORTANT NOTICE**

**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

Trustee Sale No. : 20090159902760        Title Order No.: 090102526-CA-MSI

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**INDYMAC FEDERAL BANK FSB**
c/o NDEx West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:** NDEx West, LLC is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated 06/29/2007, executed by ANTHONY MAZUROWSKI, as Trustor, to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), as Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust. Including a Note(s)/ Unconditional Guaranty which had a principal amount of $490,500.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 5/1/2008 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES, IF ANY.

NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: 2/18/2009

NDEx West, LLC as Agent for Beneficiary

By: **Cheryl L. Asher**

FCUS_NoticeOfDefault.rpt(09/05/2008)Ver-24

<u>ANTHONY MAZUROWSKI</u>

## <u>DECLARATION PURSUANT TO CAL. CIV. CODE SECTION 2923.5(b):</u>

The undersigned mortgagee, beneficiary or authorized agent hereby declares under penalty of perjury, under the laws of the State of California, as follows:

☒     The mortgagee, beneficiary or authorized agent has contacted the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure in compliance with Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since the borrower was contacted.

☐     The mortgagee, beneficiary or authorized agent has tried with due diligence to contact the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since these due diligence efforts were completed.

☐     The mortgagee, beneficiary or authorized agent was not required to comply with Cal. Civ. Code Section 2923.5 because:

       ☐     the borrower has surrendered the property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, trustee, beneficiary or authorized agent.

       ☐     the borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries.

       ☐     the borrower has filed for bankruptcy, and the proceedings have not yet been finalized.

INDYMAC FEDERAL BANK, FSB

Date: 2/17/2009        By: _____

Recording requested by:
*LPS Default Title & Closing*

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



2009036278

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
04/21/2009 10:53 SBST
RECORDING FEE: 11.00
PAID

2 PGS



SUB20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760        Title Order No.: 090102526-CA-MSI

# SUBSTITUTION OF TRUSTEE

WHEREAS, ANTHONY MAZUROWSKI was the original Trustor, FINANCIAL TITLE COMPANY was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was the original Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust.; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, NDEx West, L.L.C., WHOSE ADDRESS IS: 15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: 4-1-09

State of Minnesota
County of Dakota

INDYMAC FEDERAL BANK FSB

Bethany Hood        Assistant Secretary

On 4-1-09 before me, Christine Seluere , Notary Public, personally appeared Bethany Hood who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: 1-31-14

Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

Page 1 of 1

NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone: (866) 795-1852
Telecopier: (972) 661-7800

# AFFIDAVIT

**TRUSTEE'S SALE NUMBER:** 20090159902760

**I,** Patrick De Jesus, the undersigned, a United States Citizen declare that:

**I am an employee, over the age of eighteen years, of**

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

**In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.**

**NDEx West, L.L.C., and/or NDEX**


_____              _____April 2, 2009_____
Patrick De Jesus                         DATED
**(Declarant)**


State of    TEXAS      }
County of  DALLAS   }


On April 2, 2009 before me, Shane Russell McCaslin Notary Public, personally appeared Patrick De Jesus personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____  (Seal)

My commission expires: _____

Shane Russell McCaslin
Notary Public
State of Texas
My Comm. Exp. 04-11-2012



SBC20090159902760

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**



GENERAL PUBLIC
11/04/2009 10:57 ASGTTD
RECORDING FEE: 8.00
PAID

**2009108185**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

**1** PG



## *ASSG20090159

ASSG20090159902760

Space above this line for Recorder's use only

Trustee Sale No.: 20090159902760    Title Order No.: 090102526-CA-MSI

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to IMB REO LLC all beneficial interest under that certain Deed of Trust dated 06/29/2007, executed by ANTHONY MAZUROWSKI, as Trustor to FINANCIAL TITLE COMPANY, Trustee, and Recorded on 07/03/2007 as Instrument No. 2007075120 of Official Records in the County Recorder's office of SONOMA County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

10-26-09

ONEWEST BANK FSB

Suchan Murray    Authorized Signatory

State of    T..as
County of    Travis

NOTARY PUBLIC

Before me    Mai Thao    , the undersigned Notary Public, on this day personally
appeared    Suchan Murray    , who is the    Authorized Signatory    of ONEWEST BANK FSB, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 26 day of OCT    , 2009.

My Commission Expires:
6-15-2011

Notary Public Signature

Mai Thao
Printed Name of Notary Public

CAASGNDOT.rpt - (01/25/08) / Ver-12

MAI LA THAO
Notary Public, State of Texas
My Commission Expires
June 15, 2011

Page 1 of 1

3/

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009056421**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
06/10/2009 11:23 ASGTTD
RECORDING FEE: 8.00        **1**    PG
PAID



ASSG20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760    Title Order No.: 090102526-CA-MSI

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to ONEWEST BANK, FSB all beneficial interest under that certain Deed of Trust dated **06/29/2007**, executed by ANTHONY MAZUROWSKI, as Trustor to FINANCIAL TITLE COMPANY, Trustee, and **Recorded on 07/03/2007 as Instrument No. 2007075120** of Official Records in the County Recorder's office of SONOMA County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

**5-18-09**

INDYMAC FEDERAL BANK, FSB



ERICA JOHNSON - SECK, VICE PRESIDENT

State of <u>Texas</u>         §

County of <u>Williamson</u>    §

*Notary public*

Before me, **Kal Haines**             , the undersigned Notary Public, on this day personally appeared **ERICA JOHNSON-SECK**, who is the **VICE PRESIDENT** of **INDYMAC FEDERAL BANK, FSB**, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this **18** day of **May**, 2009.

My Commission Expires:

**4-3-2013**

Notary Public Signature

*Kal Haines*

Printed Name of Notary Public

KAL J. HAINES
Notary Public, State of Texas
My Commission Expires
April 03, 2013

NDEx West, L.L.C
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone:  (866) 795-1852
Telecopier:  (972) 661-7800

## AFFIDAVIT

**TRUSTEE'S SALE NUMBER:**   20090159902760

I, Patrick De Jesus, the undersigned, a United States Citizen declare that:

**I am an employee, over the age of eighteen years, of**

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

**In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.**

**NDEx West, L.L.C., and/or NDEX**


_____            _____April 2, 2009_____
Patrick De Jesus                                                    DATED
(Declarant)


State of    TEXAS     }
County of  DALLAS    }


On April 2, 2009 before me, Shane Russell McCaslin Notary Public, personally appeared Patrick De Jesus personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature:_____ (Seal)

My commission expires: _____

Shane Russell McCaslin
Notary Public
State of Texas
My Comm. Exp. 04-11-2012



SBC20090159902760

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009036278**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
04/21/2009 10:53 SBST
RECORDING FEE: 11.00
PAID

**2** PGS



SUB20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760     Title Order No.: 090102526-CA-MSI

# SUBSTITUTION OF TRUSTEE

WHEREAS, ANTHONY MAZUROWSKI was the original Trustor, FINANCIAL TITLE COMPANY was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was the original Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust.; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, **NDEx West, L.L.C., WHOSE ADDRESS IS:    15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: 4-1-09

State of ___Minnesota___ }
County of ___Dakota___ }

INDYMAC FEDERAL BANK, FSB

Bethany Hood     Assistant Secretary

On 4-1-09 before me, Christine Sauere, Notary Public, personally appeared ___Bethany Hood___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: ___1-31-14___



Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

Page 1 of 1

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852



**2009049986**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
05/26/2009  11:12  NTTS        **1**  PG
RECORDING FEE: 0.00
PAID





NOTS20090159902760

Space above this line for Recorder's use only

Trustee Sale No.: 20090159902760     Title Order No.: 090102526-CA-MSI     FHA/VA/PMI No.:

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 06/29/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

NDEx West, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the office of the County Recorder of SONOMA County, State of CALIFORNIA.

EXECUTED BY:     ANTHONY MAZUROWSKI,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE:     06/10/2009     TIME OF SALE:     11:30 AM
PLACE OF SALE:    AT THE ADMINISTRATION DRIVE ENTRANCE TO THE ADMINISTRATION BUILDING, 575 ADMINISTRATION DRIVE, SANTA ROSA, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
9662 BODEGA HWY AKA 117, MONTGOMERY, SEBASTOPOL, CALIFORNIA 95472
APN#:     077-110-057-000

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $553,498.51. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
AGENCY SALES & POSTING
3210 EL CAMINO REAL, SUITE 200
IRVINE, CA 92602
714-730-2727
www.lpsasap.com

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NDEx West, L.L.C. as Authorized Agent

_____          Dated: 05/21/2009
BY: Randy Middleton

FCUS_NoticeOfTrusteeSale.rpt - Record - 01/09/2009 - Ver-20                                        Page 1 of 1

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
IMB REO LLC
c/o ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA 91101





**2009108186**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
11/04/2009 10:57 TDEED
RECORDING FEE: 14.00
PAID

**3**  PGS



TDUS20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1)  The Grantee herein WAS the foreclosing beneficiary
2)  The amount of the unpaid debt together with cost was          $579,702.09
3)  The amount paid by the grantee at the trustee sale was          $332,853.58
4)  The documentary transfer tax is N/A
5)  Said property is in the city of  SEBASTOPOL
6)  APN# 077-110-057-000

NDEX West, L.L.C. , as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty,  express or implied, to:

  IMB REO LLC

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SONOMA, State of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

| Trustee Sale No. : 20090159902760 | Title Order No.: 090102526-CA-MSI |
|---|---|

**RECITALS:**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **06/29/2007** and executed by **ANTHONY MAZUROWSKI** Trustor(s), and **Recorded on 07/03/2007 as Instrument No. 2007075120** of official records of **SONOMA** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **10/20/2009**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being 332,853.58 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 11/02/2009

**NDEx West, L.L.C., as Trustee**

_____ Authorized Agent
Randy Middleton

11/2/2009
DATED

State of    TEXAS    }
County of    DALLAS    }

On _____ 11/2/2009 _____ before me, **Jerry J. Howell** _____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____

JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

Trustee Sale No. : 20090159902760        Title Order No.: 090102526-CA-MSI

## EXHIBIT "A"

BEGINNING AT A POINT IN THE CENTERLINE OF SEBASTOPOL TO FREESTONE COUNTY ROAD AS
SHOWN ON THE MAP RECORDED IN BOOK 43 OF MAPS AT PAGES 45-51, INCLUSIVE, SONOMA COUNTY
RECORDS, AT ITS INTERSECTION WITH THE EAST LINE OF THAT 2.02 ACRE PARCEL DESCRIBED IN
THE DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS, BEING ALSO THE SOUTHWEST
CORNER OF THE LANDS OF STONE, SAID POINT BEARS SOUTH 29° 58' 50" EAST, 25.8 FEET FROM A ¼"
PIPE SET IN THE FENCE; THENCE FROM SAID POINT OF BEGINNING AND ALONG SAID CENTERLINE
NORTH 70° 52' EAST (DEED SHOWN NORTH 70° 45' EAST, MAP SHOWS NORTH 71° 39' EAST) 35.26 FEET;
THENCE ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 1600 FEET, A DISTANCE OF 160.17 FEET
TO A POINT WHICH BEARS SOUTH 29° 42' 10" EAST, 21.8 FEET FROM A 4 BY 4 REDWOOD FENCE
CORNER POST; THENCE LEAVING SAID CENTERLINE NORTH 29° 42' 10" WEST, 21.8 FEET TO A SAID 4
BY 4 REDWOOD FENCE POST; THENCE CONTINUING NORTH 29° 42' 10" WEST AND ALONG A FENCE
LINE, 118.71 FEET TO A FENCE CORNER; THENCE ALONG A FENCE SOUTH 62° 42' 30" WEST, 58.78 FEET
TO A FENCE CORNER; THENCE ALONG A FENCE LINE NORTH 31° 10' 50" WEST, 145.00 FEET TO A POINT
WHICH BEARS SOUTH 31° 10' 50" EAST, 105.21 FEET FROM A ½" IRON PIPE SET IN AN ANGLE
POINT IN SAID FENCE, SAID PIPE BEING THE MOST EASTERLY CORNER OF THE AFORESAID DEED
RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE LEAVING SAID FENCE SOUTH 67°
08' 10" WEST, 134.37 FEET TO A POINT IN THE WESTERLY LINE OF SAID LANDS OF STONE, SAID POINT
BEARS SOUTH 29° 58' 50" EAST, 15.00 FEET FROM A ¼" IRON PIPE AS DESCRIBED IN THE AFORESAID
DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE ALONG SAID WESTERLY
LINE 29° 58' 50" (DEED SHOWS SOUTH 30° 05' EAST) 259.49 FEET TO A ¼" IRON PIPE; THENCE
CONTINUING SOUTH 29° 58' 50" EAST, 25.8 FEET TO THE POINT OF BEGINNING.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT  NORTHERN | DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
RAYMOND L. DOBARD

Case Number
99-34016

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
CHALEDEEANNKA DOC PPPR COUSN

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
CHALEDEEANNKA DOC PRPR
1853 9th Ave Lower
Oakland Ca 94606
Telephone number: 510-836-0460

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**FILED**

JUL 07 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:  3672

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:

**1.  Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:
  Unpaid compensation for services performed
  from _____ to _____
      (date)        (date)

**2.  Date debt was incurred:**
June 23, 2024

**3.  If court judgment, date obtained:**
TO BE AMENDED

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff)-

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Value of Collateral: $ 414,000.00

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 240,000.00 96 BStr BRRKFISFORM

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Total Amount of Claim at Time Case Filed:**

| | $ | 414,000.00 | | 0.00 | |
|---|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) | |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6.  Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7.  Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.  Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
7/8/2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Chaledeeannka Deborah Gayow Bell

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

American LegalNet, Inc.
www.USCourtForms.com

JOHN C. SAGINAW
Attorney Bar No. 67385
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612-2698
(949) 854-2244

Attorney for Plaintiff

**FILED**

Route To Imaging

MAR 1 6 2010

Clerk of the Superior Court of California
County of Sonoma
By _____
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA – CIVIL DEPARTMENT JUDICIAL DISTRICT

| | |
|---|---|
| IMB REO LLC, | Case No.: MCV207806 |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ANTHONY MAZUROWSKI; et al. | |
| Defendant. | **DATE:** March 16, 2010 |
| | **TIME:** 8:30 AM |
| | **DEPT.:** 15 |

This matter came on regularly for hearing in **Department** 15 of the above-entitled Court, the Honorable GARY NADLER , (Judge) (Commissioner) presiding. GLEN M, NAVIS specially appeared for Robert J. Jackson & Associates, Inc., Attorney for Plaintiff, Defendant ANTHONY MAZUROWSKI (appeared) (did not appear).

The default of All Occupants having been entered, and based upon the pleadings and evidence, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Plaintiff IMB REO LLC recover from Defendant ANTHONY MAZUROWSKI, all tenants, subtenants, named claimants, and other occupants the restitution and possession of the property located at 117 MONTGOMERY RD, SEBASTOPOL CA 95472.

MAR 1 6 2010

Dated: _____    _____
                              (JUDGE) (COMMISSIONER)
                                    GARY NADLER

Judgment (trial) OWCA6608                    - 1 -

Proof of Service by Mail

I certify that I am an employee of the Superior Court of California, County of Sonoma, and that my business address is 600 Administration Drive, Room 107-J, Santa Rosa, California 95403; that I am not a party to this cause; that I am over the age of 18 years; that I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that on the date shown below I placed a true copy of the Notice Pursuant to CCP 1161.2, in an envelope, sealed and addressed as shown below, for collection and mailing at Santa Rosa, California, first class, postage fully prepaid, following ordinary business practices.

Date:  12/18/2009

JOSÉ OCTAVIO GUILLÉN

COURT EXECUTIVE OFFICER,

by _____

IVONNE COTTO,
DEPUTY CLERK

-Addressees-

ALL OCCUPANTS
117 MONTGOMERY RD
SEBASTOPOL, CA 95472

ANTHONY MAZUROWSKI
117 MONTGOMERY RD
SEBASTOPOL, CA 95472

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property interm in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record  special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4735 Jutland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

[✓] Debtor     [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor   [ ] Trustee     [ ] Other

**PARTY** (Check One Box Only)

[✓] Debtor     [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor   [ ] Trustee     [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957.  Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[X] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
[X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[X] 71 - Injunctive relief - imposition of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
[X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

**FORM B10 (Official Form 10) (04/04)**

UNITED STATES BANKRUPTCY COURT _NORTHERN_ DISTRICT OF _CALIFORNIA_ | **PROOF OF CLAIM**

Name of Debtor: _KAMAAL ROMAN GOYENS_
Case Number: _09-72390-E05-13_

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**ORIGINAL FILED FEB 02 2010 BANKRUPTCY COURT OAKLAND, CALIFORNIA**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
_AFFILIATED BROKERS_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
_HAL HUTCHENS_
_3630 35th AVE_
_OAKLAND, CA 94619_

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
_A.P.N 004-0015-015_

Check here ☐ replaces ☐ amends if this claim a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other _REAL ESTATE_

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:** _1-20-2010_

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____
(unsecured)        (secured)        (priority)        (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _0_
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _SEE Attachment 1_

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925,* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: _1-30-2010_
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _LISA MORRIS   LISA MORRIS_

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

The Following Case files are applicable to this case also / PROOF of CLAIM

09-70509-EDJ-13

09-72390-EDJ-13

05-cv-07097-

05-32521

10-4019

10-4020

10-4021

09-4560

06-3063

99-34016

06-3129

06-3130

09-23690

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LISA MORRIS, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PROPERTY ASSET MANAGEMENT, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**"BY FAX"**

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>1225 FALLON STREET<br>OAKLAND, CA 94612<br>RENE C. DAVIDSON COURTHOUSE  LIMITED CIVIL CASE | **CASE NUMBER**<br>*(Número del caso):*<br>**0 9 4 7 0 4 4 4** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DAVID R. ENDRES, APC (CA Bar No. 123564)          (530) 750-3700
THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION   (530) 750-3344
2121 2ND STREET, SUITE C105
DAVIS, CA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date:<br>*(Fecha)* AUG 2 5 2009 | Pat S. Sweeten | Clerk, by ___Tasha Perry___ | , Deputy |
|---|---|---|---|
| | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunt corporation)    ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)              ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER–EVICTION**

Code of Civil Procedure, §§ 412.20,41
5,456.1 167
www.courtinfo.ca.gov


COPY

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State bar number, and address):*

DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
2121 2ND STREET, SUITE C105
DAVIS, CA  95618

TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR *(Name):* PLAINTIFF

**CM-010**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA  94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME:   PROPERTY ASSET MANAGEMENT INC., v. LISA MORRIS, and DOES 1-5

| **CIVIL CASE COVER SHEET** | | Complex Case Designation | CASE NUMBER |
|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | RG 0947044 4 |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* ONE
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: AUGUST 17, 2009

DAVID R. ENDRES, APC
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions CA Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740
Cal. Standards of Judicial Administration, std. 3.10

"BY FAX"

COPY

PLAINTIFF *(Name):* PROPERTY ASSET MANAGEMENT INC.

DEFENDANT *(Name):* LISA MORRIS

CASE NUMBER:

6. c. [X] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [X] other *(specify):* ALL UNKNOWN OCCUPANTS

  d. [ ] The agreement was later changed as follows *(specify):*

  e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
    and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. [ ] *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant *(name each):* LISA MORRIS, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other *(specify):*
  b. (1) On *(date):* AUGUST 11, 2009    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different
    manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on *(date):*
    (2) [ ] by leaving a copy with *(name or description):*
    a person of suitable age and discretion, on *(date):*    at defendant's
    [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on
    *(date):*    because defendant cannot be found at defendant's residence or usual
    place of business.
    (3) [X] by posting a copy on the premises on *(date):* AUGUST 6, 2009 [X] AND giving a copy to a person found
    residing at the premises AND mailing a copy to defendant at the premises on
    *(date):* AUGUST 6, 2009
    (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
    (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail
    addressed to defendant on *(date):*
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written
    commercial lease between the parties.
  b. [ ] *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

**COMPLAINT—UNLAWFUL DETAINER**

1

## VERIFICATION

2    I, the undersigned, declare:

3    I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4    I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT, INC.,

5 a party to this action. Such is absent from the county where I or such attorneys have their offices and

6 is unable to verify the document described above. For that reason, I am making this verification for

7 and behalf of that party. I am informed and believe and on that basis allege that the matters stated

8 in said document are true and correct.

9    I declare under penalty of perjury under the laws of the State of California that the foregoing

10 is true and correct.

11    Executed this 17th day of August, 2009, at Davis, California.

12

13

14                                    By: _____

15                                    David R. Endres, Attorney at Law

16

17

18

19

20

21

22

23

24

25

26

27

28

"BY FAX"

4

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: **LISA MORRIS**
ADDRESS: **1056 10TH Street, OAKLAND, CA 94607**

[ ] 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:
(1) on:
(2) at:

[X] 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

[X] By posting a copy for each of the above named parties on 8/6/2009 at 6:10 PM in a conspicuous place on the property;

[X] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **August 6th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                          **Granville Smith**
b. Address:                       **304 12th St, Suite 4A, Oakland, CA 94607**
c. Telephone number:              **510-832-0701**
d. The fee for service was:       **$89.50**
e. I am:
(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [X] registered California process server:

(i) [ ] owner   [ ] employee   [X] Independent contractor
(ii) [X] Registration No.:   **1014**
(iii) [X] County:            **Alameda**

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
        or

[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **8/7/2009**

_____
**Granville Smith**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)


(SIGNATURE)

"BY FAX"

----

## PROOF OF SERVICE

Page 1 of 1

Order No. 6007189 SEA FIL

# Exhibit 3

| PLAINTIFF *(Name):* PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* LISA MORRIS, and DOES 1-5 | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

> ▶

. . . . . . . . . . . . . . . . . . . . . . . .

(TYPE OR PRINT NAME)                    (SIGNATURE OF CLAIMANT)

---

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

"BY FAX"

---

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE** if all the following are true:
   1. You are **NOT** named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]                    **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**                    Page two

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LISA MORRIS, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PROPERTY ASSET MANAGEMENT, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que le corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

"BY FAX"

1.  The name and address of the court is:
    *(El nombre y dirección de la corte es):*
    SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
    1225 FALLON STREET
    OAKLAND, CA 94612
    RENE C. DAVIDSON COURTHOUSE   LIMITED CIVIL CASE

    CASE NUMBER:
    *(Número del caso):* 09470444

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
    *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
    DAVID R. ENDRES, APC (CA Bar No. 123564)                 (530) 750-3700
    THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION           (530) 750-3344
    2121 2ND STREET, SUITE C105
    DAVIS, CA 95618

3.  *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:
*(Fecha)* AUG 25 2009        Pat S. Sweeton        Clerk, by Tasha Perry        , Deputy
                             *(Secretario)*                                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4.  NOTICE TO THE PERSON SERVED: You are served
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as an occupant
    d. ☐ on behalf of *(specify):*
       under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunt corporation)    ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
              ☐ CCP 416.46 (occupant)              ☐ other *(specify):*
5.  ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS–UNLAWFUL DETAINER–EVICTION**

Page 1 of 2

Code of Civil Procedure, §§ 412.20,41
5.486.1 167
www.courtinfo.ca.gov

COPY

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*:
DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
2121 2ND STREET, SUITE C105
DAVIS, CA 95618

TELEPHONE NO: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR *(Name)*: PLAINTIFF

*FOR COURT USE ONLY*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME: PROPERTY ASSET MANAGEMENT INC. v. LISA MORRIS, and DOES 1-5

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: RG 0947044 |
|---|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: ONE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: AUGUST 17, 2009

DAVID R. ENDRES, APC
*(TYPE OR PRINT NAME)*        ▶        *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]        **CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Legal Solutions CA Plus

Page 1 of 2

"BY FAX"

COPY

| PLAINTIFF (Name): PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): LISA MORRIS | |

6. c. [X] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [X] other (specify): ALL UNKNOWN OCCUPANTS

  d. [ ] The agreement was later changed as follows (specify):

  e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

  f. [ ] (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): LISA MORRIS, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other (specify):

  b. (1) On (date): AUGUST 11, 2009    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on (date):
    (2) [ ] by leaving a copy with (name or description):
    a person of suitable age and discretion, on (date):    at defendant's
    [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on (date):    because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on (date): AUGUST 6, 2009 [X] ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises on (date): AUGUST 6, 2009
      (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
      (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

  b. [ ] (Name):
    was served on behalf of all defendants who signed a joint written rental agreement.

  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

## VERIFICATION

I, the undersigned, declare:

I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT, INC., a party to this action. Such is absent from the county where I or such attorneys have their offices and is unable to verify the document described above. For that reason, I am making this verification for and behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of August, 2009, at Davis, California.


By: _____
David R. Endres, Attorney at Law

"BY FAX"

**4**

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **LISA MORRIS**
ADDRESS:    **1056 10TH Street, OAKLAND, CA 94607**

[    ] 1. PERSONAL SERVICE           By delivering a copy of the Notice(s) to each of the above personally:
                                     (1) on:
                                     (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE        After due and diligent effort, by service of said Notice(s) as authorized by
                                     C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                     manner set forth below:

      [ X ] By posting a copy for each of the above named parties on **8/6/2009** at **6:10 PM** in a conspicuous place
      on the property;

      [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
      (date): **August 6th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid,
      addressed to each said party at their place where the property is situated or,

      [    ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a.  Name:                    **Granville Smith**
b.  Address:                 **304 12th St, Suite 4A, Oakland, CA 94607**
c.  Telephone number:        **510-832-0701**
d.  The fee for service was: **$99.50**
e.  I am:
    (1) [    ] not a registered California process server.
    (2) [    ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:
        (i)  [    ] owner  [    ] employee  [ X ] independent contractor
        (ii) [ X ] Registration No.:   **1014**
        (iii)[ X ] County:             **Alameda**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or

[    ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  8/7/2009

_____            _____
     **Granville Smith**                        *Granville E Smith*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

"BY FAX"

_____

                    PROOF OF SERVICE                    Page 1 of 1

                                    Order No. 6007189 SEA FIL

# Exhibit 3

| PLAINTIFF *(Name):* PROPERTY ASSET MANAGEMENT INC.<br><br>DEFENDANT *(Name):* LISA MORRIS, and DOES 1-5 | CASE NUMBER: |
| --- | --- |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .              ▶
(TYPE OR PRINT NAME)                                                      (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

"BY FAX"

### - NOTICE TO OCCUPANTS -

YOU MUST ACT AT ONCE if all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Page two

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property interen in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys not standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4735 Jutland, San Diego, CA ( )
Sara Käitler USDOJ Region 17 ( )
Special Appearing Attorneys  for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957.  Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
- [ ] SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

FROM                                    (WED)NOV 26 2008 16:43/ST. 16:40/No. 7522531344 P  3

## PITE DUNCAN LLP

**San Diego**

Steven W. Pite CA/NV/HI
John D. Duncan CA/NV
Peter J. Salmon
CA/HI/UT/WA
David E. McAllister
AK/CA/WA/ON/UT/NV

Michelle A. Mierzva CA
Rochelle L. Stanford
AK/CA/OK/HI
Josephine S. Salmon
AK/AZ/CA/NV
Lauryl I. Headley
CA/CA/ID/NV
Daniel R. Coates CA/TX
Eddie N. Jimenez CA/NV/TX
Sean E. Pitt AK/CA/NV
Douglas A. Toleno AK/CA
Chong M. Neyon CA/NV
Casper J. Rankin CA
Charles A. Correia CA
Melodie A. Wilson CA
Brian A. Paino CA/NV
Christopher M. McDermott
CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Parisa Baharestandeh CA
Tracy D. Maley TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Alyssa K. McCombs AK/CA
Caroline M. Robert CA
Genell M. Anderson CA
Viken Che CA/HI
Jose A. Correia CA

**Malibu · Bankruptcy**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**Mailing · Division**
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph: (858) 750-7600
Fax: (619) 590-1385

**Orange County**
Steven J. Salmon CA
Steven A. Godinez CA
Kerry W. Franich CA/NV
Diane J. Winter CA
Bryan D. Brown CA
Michael J. Fox CA

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-7575
Fax: (714) 285-3483

**Arizona Office**
Darius L. Firoozi
Phoenix, AZ

**Hawaii Office**
David R. Rosen
Honolulu, HI

**Washington Office**
Seattle, WA

**Texas Office**
William F. Warner, Jr.
San Antonio, TX

---

November 20, 2008

Francis H. Alingas and
3331 Martin Luther King Jr. Way
Oakland, CA 94609
**All Occupants of the Premises**

RE:  Rent Payments

Dear Occupant:

Please be advised that a foreclosure sale took place on the above-referenced property on June 20, 2008.  As a result of the foreclosure sale, Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-76 Mortgage Pass-Through Certificates Series 2005-76 is now the owner of the property (enclosed please find a copy of the recorded Trustee's Deed Upon Sale). If you occupy the property as a tenant or subtenant, you may under certain circumstances have the option of remaining as a tenant or subtenant, as long as you continue to make your rental payments timely and comply with the provisions of your lease or rental agreement. If you fall under certain guidelines, we also may be able to offer a "cash for keys" incentive in exchange for your voluntary move out.  If you are not a tenant or subtenant, in accordance with local rent control laws, you may be subject to eviction.  You may want to confer with your own legal advisor to determine what your legal rights may be.

**To help us determine your status as a tenant or a subtenant: PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING INFORMATION WITHIN TEN (10) DAYS OF THE DATE OF THIS LETTER.**

I.    Current names of all tenants or subtenants occupying the premises.
II.   Copy of your lease or rental agreement under which you claim the right to occupy the premises.
III.  Amount of your monthly rental payment as per your rental agreement.
IV.   Proof of your rent payment (i.e., receipts, cancelled checks, Money order receipts, etc. indicating rent paid).
V.    Work and home telephone number.
VI.   Mailing address if different from the above address.

**If you want to remain living in the premises – What you need to do:**  If you qualify for the protections of the Oakland Rent Stabilization Ordinance, you need to do the following:

1.    Please mail to the address below, for the new owner's benefit, your first rent payment. Please send a certified check or money order.  Make the checks payable to Pite Duncan, LLP Trust Account.

2.    To determine how much you need to pay, look at the first date your rent was due after (the foreclosure date) and count the number of payments due through the first day of this month.

3.    To remain as a tenant or subtenant, you must also continue to make your payments timely to the new owners.  Your rent will be due and payable by the 1st of every month, beginning with the Payment due on December 15, 2008..

4.    Your payments should be sent directly to the following address:

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii

FROM                                    (WED)NOV 26 2008 16:43/ST. 16:40/No. 7622531344 P  4

PITE
  DUNCAN, LLP
_____

November 20, 2008
Page 2


PITE DUNCAN, LLP
ATTN: EVICTION DEPT.
RE: FILE NO. 000035-011517
P.O. BOX 12289
EL CAJON, CALIFORNIA 92022-2289

**Remember, providing the above-requested information and your rent payments are very important**

If you have any questions regarding the above-information, please contact Ashley at (619) 590-1300.


Dated: November 20, 2008                    PITE DUNCAN, LLP

                                            _Ashley Bailey for_
                                            _____
                                            ARIANNA BLACK

TS No. 08-13063

Title Order No. 08-8-069579

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/20/2008. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 293,250.00.

DATE:     June 20, 2008·

RECONTRUST COMPANY

BY: _____

Abraham Bartamian, Assistant Secretary

State of California          )

County of Ventura            )

On ___JUL 1 7 2008_____ before me; Katherine L. Breeden, notary public, personally appeared Abraham Bartamian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)

Katherine L. Breeden

KATHERINE L. BREEDEN
Commission # 1628889
Notary Public · California
Ventura County
My Comm. Expires Dec 11, 2009

Form trusteedeed (01/02)

EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA,
CITY OF OAKLAND, COUNTY OF ALAMEDA AND IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHERN LINE OF 34TH STREET WITH THE
WESTERN LINE OF GROVE STREET, AND RUNNING THENCE WESTERLY ALONG THE SOUTHERN
LINE OF 34THE STREET, 117.10 FEET, THENCE SOUTHERLY, PARALLEL WITH THE WESTERN LINE
OF GROVE STREET, 36.19 FEET; THENCE AT RIGHT ANGLES EASTERLY 116.56 FEET TO SAID
WESTERN LINE OF GROVE STREET; THENCE NORTHERLY ALONG THE LAST NAMED LINE, 25
FEET TO THE POINT OF BEGINNING.

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property interem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking (  )
Pite Duncan LLP  4735 Jutland, San Diego, CA (  )
Sara Kistler USDOJ Region 17 (  )
Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner – § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
- SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

April 11, 2008

**PITE**

**DUNCAN**
LLP

San Diego

Steven W. Pite CA/NY/BA
John R. Duncan CA/WA
Peter J. Salmon
CA/ND/UT/AZ
David E. McAllister
AZ/CA/ID/OR/WA

Michelle A. Mierzwa CA
Rochelle L. Stanford
AZ/CA OR/WA
Jocephine E. Salmon
AZ/CA/UT/NV
Laurel J. Handley
AZ/CA/ID/NV
Daniel H. Garner CA/TX
Eddie R. Jimenez CA/NV/TX
Adam R. Arnold CA
Daniel L. Hembree CA/WA
Susan L. Pitti AZ/CA/WA
Douglas A. Toleno AZ/CA
Amanda M. Lorenz AZ
Melissa L. Carter TX
Alison J. Maloof CA
Christopher E. Chuoine
AZ/CA
Chong K. Nguyen CA
Casper J. Rankin CA
Anne L. Wagner CA
Charles A. Correia CA
Amanda A. Whitson CA
Brant A. Paino CA/NV
Christopher M. McDermott
CA

Mailing Address
P.O. Box 12289
El Cajon, CA
92022-2289

Overnight Delivery
525 E. Main Street
El Cajon, CA 92020

Contact Nos.
Ph.: (619) 590-1300
Fax. (619) 590-1385

Orange County

Steven J. Melmet CA

Bruce J. Ondingan CA
Kerry W. Franich CA
Elaad A. Klueser CA
Bryant T. Brown TX

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph. (714) 285-3633
Fax. (714) 285-2603

Khari Clemens
All Occupants of the Premises
1056 10th Street
Oakland, CA 94607

RE: Rent Payments

Dear Occupant:

Please be advised that a foreclosure sale took place on the above-referenced property on July 18, 2007. As a result of the foreclosure sale, Property Asset Management Inc. is now the owner of the property (enclosed please find a copy of the recorded Trustee's Deed Upon Sale). If you occupy the property as a tenant or subtenant, you may under certain circumstances have the option of remaining as a tenant or subtenant, as long as you continue to make your rental payments timely and comply with the provisions of your lease or rental agreement. If you fall under certain guidelines, we also may be able to offer a "cash for keys" incentive in exchange for your voluntary move out. If you are not a tenant or subtenant, in accordance with local rent control laws, you may be subject to eviction. You may want to confer with your own legal advisor to determine what your legal rights may be.

**To help us determine your status as a tenant or a subtenant: PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING INFORMATION WITHIN TEN (10) DAYS OF THE DATE OF THIS LETTER.**

I.    Current names of all tenants or subtenants occupying the premises.
II.   Copy of your lease or rental agreement under which you claim the right to occupy the premises.
III.  Amount of your monthly rental payment as per your rental agreement.
IV.   Proof of your rent payment (i.e., receipts, cancelled checks, Money order receipts, etc. indicating rent paid).
V.    Work and home telephone number.
VI.   Mailing address if different from the above address.

**If you want to remain living in the premises – What you need to do:** If you qualify for the protections of the Oakland Rent Stabilization Ordinance, you need to do the following:

1.    Please mail to the address below, for the new owner's benefit, your first rent payment. Please send a certified check or money order.  Make the checks payable to Pite Duncan, LLP Trust Account.
2.    To determine how much you need to pay, look at the first date your rent was due after (the foreclosure date) and count the number of payments due through the first day of this month.
3.    To remain as a tenant or subtenant, you must also continue to make your payments timely to the new owners.  Your rent will be due and payable by the 1st of every month, beginning with the Payment due on May 1, 2008.
4.    Your payments should be sent directly to the following address:

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
See above or visit www.piteduncan.com re individual attorney admissions.

NOTIFICATION TO OCCUPANT(S) CONCERNING THE PROPERTY LOCATED AT

1056 10TH STREET
OAKLAND, CA 94607

TO:  UNKNOWN, AND ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE
REAL PROPERTY AT THE ABOVE ADDRESS:

YOU ARE HEREBY NOTIFIED that on July 18, 2007, Property Asset Management, Inc. took ownership
of the above-referenced property through foreclosure.  Property Asset Management, Inc., has retained HAL
HUTCHENS, its agent, to manage the property.

YOU ARE FURTHER NOTIFIED that a representative from HAL HUTCHENS intends to enter the
property on, Thursday February 26, 2009, at 9:00 am to inspect it in accordance with Civil Code §1954. Because
the Bank acquired title to this property through foreclosure, it does not have keys to the property and it will be
necessary for you to arrange to provide access to HAL HUTCHENS at that time. Please be at the front door
of the property at that time or contact HAL HUTCHENS to make other arrangements for the agent to gain access in
your absence. They may be reached at 510-530-8558.

Oakland has a Residential Rent Adjustment Program (Oakland Municipal Code Chapter 8.22) that
regulates certain residential rents.  Oakland's Residential Rent Adjustment Program Office ( "Rent
Program"), is located at 250 Frank H. Ogawa Plaza, 5th Floor, Suite 5313, Oakland CA 94612 - (510) 238-
3721.  The Rent Program assists property owners and tenants by administering a hearing process and
offering mediation for rent increases. These services are available at the Rent Program Office.  Although
the Rent Program offers means for resolving disputes, tenants and owners are encouraged to talk and resolve
their disputes between themselves. The Rent Ordinance and Rent Program Regulations, which provide more
details  on  the  Rent  Program,  are  available  at  the  Rent  Office  and  on  line  at
www.oaklandnet.com/government/hcd/. This notice provides limited information. For more information
contact the Rent Program.  See attached forms entitled, Notice to Tenants Regarding Oakland's Rent
Adjustment Program and Notice Increasing Rent or Changing Terms of Tenancy.

DATED: February 20, 2009

THE ENDRES LAW FIRM

DAVID R. ENDRES, APC
(530) 750-3700

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMI BROWN, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PROPERTY ASSET MANAGEMENT, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER:
*(Número del caso):*
RG 09481107

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
   1225 FALLON STREET
   OAKLAND, CA 94612
   RENE C. DAVIDSON COURTHOUSE  LIMITED CIVIL CASE

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   DAVID R. ENDRES, APC (CA Bar No. 123564)          (530) 750-3700
   THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION    (530) 750-3344
   2121 2ND STREET, SUITE C105
   DAVIS, CA 95618

3. *(Must be Answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:                        Clerk, by   *Tasha Perry*              , Deputy
*(Fecha)*    OCT 26 2009  Pat S. Sweeten    *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)

4. NOTICE TO THE PERSON SERVED: You are served

[SEAL]

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant ALL UNKNOWN OCCUPANTS
   d. ☒ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)            ☐ other *(specify):*
   5. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

Page 1 of 2

BY FAX

COPY

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DAVID R. ENDRES, APC (CA Bar No. 123564)<br>THE ENDRES LAW FIRM<br>2121 2ND STREET, SUITE C105<br>DAVIS, CA 95618 | |

TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR *(Name)*: PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME: PROPERTY ASSET MANAGEMENT INC. v. AMI BROWN, *and* DOES 1-5

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 09481107 |
|---|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: ONE
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: OCTOBER 22, 2009
DAVID R. ENDRES, APC
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.7;
Cal. Standards of Judicial Administration, std. 3.10

| PLAINTIFF (Name): PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): AMI BROWN | |

6. c. [X] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [X] other (specify): ALL UNKNOWN OCCUPANTS

    d. [ ] The agreement was later changed as follows (specify):

    e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

    f. [X] (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) [X] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): AMI BROWN, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit          (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit                     (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit                     (6) [ ] Other (specify):
    b. (1) On (date): OCTOBER 15, 2009                the period stated in the notice expired at the end of the day.
       (2) Defendants failed to comply with the requirements of the notice by that date.
    c. All facts stated in the notice are true.
    d. [X] The notice included an election of forfeiture.
    e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
    f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on (date):
    (2) [ ] by leaving a copy with (name or description):                        at defendant's
        a person of suitable age and discretion, on (date):
        [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on
        (date):                        because defendant cannot be found at defendant's residence or usual
        place of business.
    (3) [X] by posting a copy on the premises on (date): OCTOBER 10, 2009    [X] AND giving a copy to a person found
        residing at the premises AND mailing a copy to defendant at the premises on
        (date): OCTOBER 10, 2009
        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail
        addressed to defendant on (date):
    (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written
        commercial lease between the parties.
    b. [ ] (Name):
        was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
    d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

### VERIFICATION

1  I, the undersigned, declare:

2  I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

3  I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT INC.,

4  a party to this action. Such is absent from the county where I or such attorneys have their office and

5  is unable to verify the document described above. For that reason, I am making this verification for

6  and behalf of that party. I am informed and believe and on that basis allege that the matters stated

7  in said document are true and correct.

8  I declare under penalty of perjury under the laws of the State of California that the foregoing

9  is true and correct.

10 Executed this 22ND day of October, 2009, at Davis, California.

By: _____
David R. Endres, Attorney at Law

"BY FAX"

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

4

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:        AMI BROWN
ADDRESS:        1054 10TH Street, OAKLAND, CA 94607

[  ] 1. PERSONAL SERVICE        By delivering a copy of the Notice(s) to each of the above personally:
                                (1) on:
                                (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice(s) as authorized by
                                C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                manner set forth below:

        [ X ] By posting a copy for each of the above named parties on **10/10/2009** at **7:50 AM** in a conspicuous place
        on the property;

        [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
        (date): **October 10th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid,
        addressed to each said party at their place where the property is situated or,

        [  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name:                Granville Smith
b. Address:            304 12th St, Suite 4A, Oakland,  CA 94607
c. Telephone number:    510-832-0701
d. The fee for service was:    $89.50
e. I am:
    (1) [  ]  not a registered California process server.
    (2) [  ]  exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ]  registered California process server:

        (i)  [  ] owner   [  ] employee   [ X ] independent contractor
        (ii) [ X ] Registration No.:        1014
        (iii) [ X ] County:        Alameda

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  10/10/2009

**Granville Smith**        *(SIGNATURE)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

"BY FAX"

PROOF OF SERVICE                Page 1 of 1

Order No.: 6111002 SEA FIL

# Exhibit 3

| | |
|---|---|
| PLAINTIFF *(Name)*:  PROPERTY ASSET MANAGEMENT INC.<br><br>DEFENDANT *(Name)*:  AMI   BROWN, and DOES 1-5 | CASE NUMBER: |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11.  *(Response required within five days after you file this form)*  I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this *Pre*judgment Claim of Right to Possession form.

12.  **Rental agreement.  I have** *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:  Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

....................................................                          _____
        (TYPE OR PRINT NAME)                                              (SIGNATURE OF CLAIMANT)

**"BY FAX"**

**NOTICE:**  If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.  At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**  *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*  You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*  If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court.  *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]                **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**                          Page two

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **ALL PERSONS IN POSSESSION, C/O AMI BROWN**
ADDRESS:   **1054 10TH Street, OAKLAND, CA 94607**

[   ] 1. PERSONAL SERVICE                By delivering a copy of the Notice(s) to each of the above personally:
                                         (1) on:
                                         (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE            After due and diligent effort, by service of said Notice(s) as authorized by
                                         C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                         manner set forth below:

   [ X ]  By posting a copy for each of the above named parties on 10/10/2009 at 7:50 AM in a conspicuous place
   on the property;

   [ X ]  and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
   (date): October 10th, 2009, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid,
   addressed to each said party at their place where the property is situated or,

   [   ]  a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a.  Name:                Granville Smith
b.  Address:             **304 12th St, Suite 4A, Oakland, CA 94607**
c.  Telephone number:    **510-832-0701**
d.  The fee for service was:    $
e.  I am:
    (1) [   ] not a registered California process server.
    (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i)  [   ] owner  [   ] employee  [ X ] independent contractor
        (ii) [ X ] Registration No.:   **1014**
        (iii)[ X ] County:             **Alameda**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  10/10/2009

_____          _____
        **Granville Smith**                              (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

"BY FAX"

_____
                    PROOF OF SERVICE                              Page 1 of 1

Order No. 6111002 SEA FIL

B104  (FORM 104)  (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property interm in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record  special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4735 Jutland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages. Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Creditor
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Creditor
- [ ] Trustee
- [ ] Other

**CAUSE OF ACTION**  (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

clearly identify and all witnesses, documents, and other evidence of any kind that are to be presented at the Fairness Hearing in connection with such objections, and also must set forth the substance of any testimony to be given by such witnesses, if any. The pertinent addresses are as follows:

**Court:**
Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**Class Counsel:**
Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer, et al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd
Tampa, FL 33609-2589

**Ameriquest Defendants' Attorneys:**
Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

## 10. WHERE CAN I FIND ADDITIONAL INFORMATION?

This Notice contains only a summary of the terms of the proposed Settlement. You may find the complete Settlement Agreement, the Distribution Plan and other information at www.AmeriquestMDLSettlement.com.

Updates will be posted on the Settlement Administrator's website at www.AmeriquestMDLSettlement.com as information about the settlement process becomes available. Obtaining final settlement approval and accurately reviewing the filed claims and exclusions is a slow process. Please be patient.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE, OR AMERIQUEST OR AMERIQUEST'S ATTORNEYS CONCERNING THIS CASE.**

Any Class Member who does not comply with these requirements will be deemed to have waived such objection, and will be forever foreclosed from making any objection to the proposed Settlement.

Date: January 8, 2010

**BY ORDER OF THE COURT**

/s/ Marvin E. Aspen
Judge, United States District Court

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715
Lead Case No. 05-cv-07097

Centralized before the
Honorable Marvin E. Aspen

**THIS IS LEGAL NOTICE OF A CLASS ACTION SETTLEMENT INVOLVING MORTGAGE LOANS MADE OR SERVICED BY AMERIQUEST, ARGENT OR ONE OF THEIR AFFILIATES ON OR AFTER DECEMBER 14, 2001.**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

*Una copia de este aviso está disponible en español en www.AmeriquestMDLSettlement.com. Usted puede también obtener una copia escrita de este aviso en español si se comunica con el administrador por teléfono, 1-877-872-3812.*

THE SETTLEMENT COVERS MORTGAGE LOANS MADE BY AMERIQUEST MORTG... COMPANY, AMC MORTGAGE SERVICES, INC., BEDFORD HOME LOANS, INC., T... & COUNTRY CREDIT CORPORATION, OLYMPUS MORTGAGE COMPANY, AND ARG... MORTGAGE COMPANY, LLC. (IN THIS NOTICE, THIS GROUP OF COMPANIES... CALLED "AMERIQUEST.") YOU ARE GETTING THIS NOTICE BECAUSE ACCORD... TO AMERIQUEST'S RECORDS, YOU ARE A CLASS MEMBER WHO IS AFFECTED... THIS SETTLEMENT.

**Your Legal Rights and Options in This Settlement:**

| File a Claim | If you file a claim by March 9, 2010 and the claim is determined to be val... you will be entitled to receive a payment from the Settlement Fund. Mo... information about the Settlement Fund is provided in section 5A below. Y... will also release your claims. More information about the release is provid... attached to this Notice and in section 7 below. |
|---|---|
| Exclude Yourself | If you choose to exclude yourself from the Settlement, you must do so... February 22, 2010. You will not receive payments from the Settlement Fun... This is the only option that allows you to retain the claims you have again... Ameriquest and to pursue your claims in another case at your own cost an... expense. More information about excluding yourself from the Settlement... provided in section 8 below. |
| Object | If you wish to object to the Settlement, you must meet the requirements fo... objections described below by February 22, 2010. You (or your attorney... may also appear in Court provided you file a timely objection and a notice o... appearance. More information about objecting to the Settlement is provided... in section 9 below. |
| Do Nothing | If you do nothing, you will release claims against Ameriquest, but you wi... not receive a payment from the Settlement Fund. However, you will sti... be eligible to receive foreclosure prevention counseling. More informatio... about the release is provided in section 5B below. |

## This Notice answers the following questions:

1. Why should I read this Notice?
2. What is this lawsuit about?
3. What are the Classes?
4. How do I know if I am a Class Member?
5. What are the terms of the Settlement?
6. Why are Plaintiffs' attorneys recommending this Settlement?
7. What are the procedures for participating in the Settlement?
8. What if I don't want to participate in the Settlement?
9. What are the procedures relating to Court review and approval of the Settlement?
10. Where can I find additional information?

### 1.    WHY SHOULD I READ THIS NOTICE?

This Notice is given pursuant to an Order of the United States District Court for the Northern District of Illinois (the "Court"), dated December 8, 2009. The purpose of this Notice is to inform you of the Settlement of a Class Action, entitled *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097 (the "Action"), which concerns residential mortgage loans in the United States originated or serviced by the following entities (collectively, "Ameriquest"): Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc.); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.); and Argent Mortgage Company, LLC.

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court about the merits of the claims or defenses of any party to the Action.

### 2.    WHAT IS THIS LAWSUIT ABOUT?

The Class Action lawsuit was brought against Ameriquest for alleged improper mortgage lending and mortgage loan servicing activities in violation of numerous federal and state laws, including the Truth in Lending Act ("TILA"), breach of contract, unjust enrichment, and state Consumer Protection and Deceptive Trade Practices Acts. Ameriquest denies all allegations made against it, denies that its lending or loan servicing practices violated any law, and denies that it financially harmed any of its customers.

### 3.    WHAT ARE THE CLASSES?

There are five (5) Classes. You are a Class Member if you fall into *any* of these Classes. *You received this Notice because Ameriquest's records show that you are a member of at least one Class.* The following is a summary of the Classes.

---

Note: If you received a payment in the 2006 Settlement between 49 state Attorneys General and Ameriquest or if you released your claims in a prior case against Ameriquest,* you are excluded from all of the Classes in this Settlement.

### CLASS ONE: TILA RESCISSION CLASS

The TILA Rescission Class is a nationwide class of borrowers who at any time on or after February 8, 2003, (or, for residents of Massachusetts, at any time on or after February 2002) have actually requested rescission in writing of their loans pursuant to applicable provisions of the Truth in Lending Act or state disclosure laws on or before December 1, 20...

### CLASS TWO: BAIT AND SWITCH CLASS

The Bait and Switch Class is a nationwide class of borrowers who meet one or more of the following criteria:

(i) loan records establish a final disclosed annual percentage rate that is at least 0.9% higher (as calculated pursuant to TILA) than the disclosed annual percentage rate (calculated pursuant to TILA) contained in preclosing written disclosures made to the borrower;

(ii) loan records establish that the borrower received a loan containing a prepayment penalty, but preclosing written disclosures made to the borrower described a loan without a prepayment penalty; or

(iii) loan records establish that the borrower received a loan containing a variable rate, but preclosing written disclosures made to the borrower described a loan containing a fixed rate.

### CLASS THREE: DISCOUNT POINTS CLASS

The Discount Points Class is a nationwide class of borrowers who either entered into loan (i) made after December 14, 2001, and before February 3, 2003, on which they had to pay discount points in any amount; or (ii) made on or after February 3, 2003 on which they had to pay at least three discount points.

### CLASS FOUR: WHOLESALE BORROWER CLASS

The Wholesale Borrower Class is a nationwide class of borrowers who paid an amount constituting more than 3% of their funded loan amount in settlement charges to Ameriquest or a mortgage broker.

### CLASS FIVE: LOAN SERVICING CLASS

The Loan Servicing Class is a nationwide class of borrowers who paid Ameriquest default and delinquency fees or costs in an amount in excess of a total of $1,000. These fees and costs include fees listed in Ameriquest's records as late fees, legal fees, phone pay non sufficient fund (NSF) fees, bad check non sufficient fund (NSF) fees, appraisal fees, inspection fees, and recoverable corporate advance fees.

* These settlements include: Rocic v. Ameriquest Mortgage Co., Civil File Case No. 05-2546 (State of Minnesota, Hennepin County) and Pratcell v. Ameriquest, Judicial Council Coordination Proceeding No. 4162 (Superior Court of the State of California, San Mateo County).

4. You are receiving this Notice because, according to Ameriquest's records, Ameriquest originated and/or serviced your loan during the Class Period (which is from December 14, 2001, to the present unless otherwise stated) and because its records indicate that you fall into at least one of the Classes summarized above.

## 5. WHAT ARE THE TERMS OF THE SETTLEMENT?

After more than three years of hard-fought litigation followed by two years of intensive mediation with an experienced retired judge acting as a third-party mediator, the parties have reached a Settlement Agreement on the following terms:

### A. Settlement Fund

The Settlement provides a monetary fund of $22 Million ("Settlement Fund"), which will be used for (1) Settlement Payments to Class Members, (2) Foreclosure Prevention Services, (3) Notice and Claims Administration Costs, (4) Service Payments to the plaintiffs who brought these lawsuits (the "Class Representatives"), and (5) Attorneys' Fees and Costs approved by the Court. Each item is described more fully below.

#### 1. Settlement Payments

After payments of other items covered by the Settlement, the entire balance of the fund will be divided, according to a formula, among Class Members who file timely valid claims. A Claim Form is included with this Notice. Please follow the instructions carefully and submit the form no later than March 9, 2010 if you wish to be paid. If you do not file a timely valid claim, you will not be paid. As explained below, you can submit your claim by mail or online or by facsimile at 1-866-590-8535.

The amount of your payment will be determined by a formula that is contained in the Distribution Plan included with the Settlement Agreement. The formula is based on expert evaluation of data contained in Ameriquest's records. In general, the formula is designed to reflect the amount of average potential harm associated with the claims of each Class adjusted for the legal strengths and weaknesses of those claims.

You will be entitled to a payment for the harm associated with each Class for which you are a member. Your payment will be based on the number of points assigned to your claim in relation to the total number of points assigned to all claimants.

There are more than 700,000 Class Members. Because we do not know how many claims will be filed (or how many points will ultimately be assigned), we cannot accurately tell you the size of your likely Settlement Payment. Although you can receive more information about the Settlement Agreement and the Distribution Plan (see section 10, below), the Settlement Administrator will not be able to answer inquiries about the exact amount of your payment until shortly before payments are made.

#### 2. Foreclosure Prevention Services

In addition to Settlement Payments, $200,000 of the Settlement Fund will be used to provide foreclosure prevention counseling services to eligible Class Members. Eligible Class Members are those who still have a loan originated by Ameriquest, regardless of what company is currently servicing your loan. Plaintiffs have designated Neighborhood Housing Services of Chicago ("NHS") to provide foreclosure prevention counseling to such eligible Class Members. These services will be available to eligible Class Members if and when the Settlement becomes effective (see 9 below).

Once the Settlement is final, eligible Class Members will be able to access the foreclosure prevention counseling by contacting NHS at 1-866-690-8562. Counseling will be on a first come-first served basis until funding for the program is fully expended or until one year from the date of Settlement approval, whichever is earlier. You may access this benefit whether or not you file a claim.

#### 3. Donation of Amounts Left Over in the Settlement Fund to Charities

Any amounts left over in the Settlement Fund (uncashed checks, for example) will be donated to one or more charities that serve similar populations to Ameriquest borrowers. The charities will be selected by Ameriquest and approved by Plaintiffs.

#### 4. Plaintiffs' Litigation Costs and Fees

The Court will determine what fees to award to the attorneys who have brought these actions. Plaintiffs intend to apply for attorneys' fees and costs in an amount not to exceed $7.35 million. The attorneys expect to show that they have expended more than that amount in time and costs on this litigation. The attorneys' fees and costs awarded by the Court will be paid from the Settlement Fund.

### B. Service Payments

The Court will determine what Service Payment to make to the Class Representatives in these actions. Plaintiffs intend to apply for fees and costs from the Settlement Fund in an amount not to exceed $7,500 per Class Representative household. Service payments awarded by the Court will be paid from the Settlement Fund.

### B. Release By Class Members

*The following is a summary of the Release. A complete description of the release can be found in the Settlement Agreement. See section 10, below.*

Unless you opt out of the Settlement, you will release all known or unknown claims against Ameriquest and related parties. Related parties include owners, executives, officers, investors and attorneys working for Ameriquest as well as affiliated companies. Despite the release, you will retain your right to bring defenses to any foreclosure action on an Ameriquest loan, except that those defenses cannot result in an affirmative award of damages to you.

Ameriquest

**6.    WHY ARE PLAINTIFFS' ATTORNEYS RECOMMENDING THIS SETTLEMENT?**

Class Counsel recommends this Settlement because it provides real, substantial monetary and equitable benefits to the Classes, and the additional value provided by Ameriquest's payment of attorneys' fees, costs, notice, and administration. This case has been extensively prosecuted for more than five years – following a period of very active and hard-fought litigation, the parties engaged in extensive and also hard-fought mediation. Based on this litigation, and in the judgment of Class Counsel, who have extensive experience in such litigation, the Settlement is fair and reasonable in light of the risks, difficulties, delays, and uncertainties of trial and appeal. In particular, at trial, the Class would have had the burden of proof to establish liability and entitlement to relief. Even if the Class obtained a favorable judgment at trial, there was a known risk that Ameriquest would file an appeal, resulting in a delay of payment to the Class, and/or the potential that the trial judgment would be reversed, or the amount of monetary relief to be paid to the Class reduced.

Class Counsel also recommends the Settlement because Ameriquest, like many other subprime lenders, went out of business during the litigation. Ameriquest has transferred all of its interests in almost all of the loans in question. Even if the Class had prevailed, based on the current and expected future financial condition of Ameriquest, there is a material risk that Ameriquest would not have had the resources to satisfy such a judgment. Under the Settlement described above, Class Members will receive substantial benefits that are both immediate and certain, thus avoiding the many obstacles that might have prevented them from obtaining relief through trial.

**7.    WHAT ARE THE PROCEDURES FOR PARTICIPATING IN THE SETTLEMENT?**

If you wish to participate in the Settlement, **you must complete and submit the** accompanying Claim Form in accordance with the instructions provided on that form no later than **March 9, 2010**. If you submit the claim form by mail it must be postmarked by **March 9, 2010**. You may also complete and submit your Claim Form online by visiting www.AmeriquestMDLSettlement.com, or by facsimile at 1-866-590-8535 no later than **March 9, 2010**.

If you are eligible to receive money, but do not mail, fax or electronically submit your Claim Form on time, **you will be barred** from sharing in the distribution of the Settlement Fund, but will nonetheless be subject to the Release, unless you have opted out as described in Section 8, below.

**8.    WHAT IF I DON'T WANT TO PARTICIPATE IN THE SETTLEMENT?**

If you wish, you can exclude yourself from the Class Settlement ("opt out"). **If you choose to opt out, you will not receive any benefit through the Settlement, and you will not be bound by the Final Order and judgment which may be entered dismissing this lawsuit against Ameriquest.** You would then be free to pursue whatever legal rights you may have by pursuing your own lawsuit against Ameriquest at your own cost and expense.

---

Ameriquest has reserved the right to terminate the Settlement in certain circumstances. If events occur that give Ameriquest the right to terminate the Settlement and it exercises that right, there will be no Final Approval Hearing and the litigation will continue. In the event of termination, information will be posted on the Settlement Administrator's website. (See section 10, below).

To opt out, you must send a Request for Exclusion by first class mail, postage prepaid, to Ameriquest MDL Settlement Administrator at P.O. Box 2278, Faribault, MN 55021-2413. Your Request for Exclusion must be in writing and postmarked by **February 22, 2010** to be effective, a Request for Exclusion must include: (1) the name of this Class Action (*In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097), (2) your name, address, and telephone number; (3) a statement that you wish to be excluded from this Class Action. Note that your may not exclude any other person, including your co-borrowers, or any class of individuals from the Settlement.

If the Request for Exclusion is not timely submitted and you are a Class Member, you will be automatically included in the Class and will be legally bound by the proposed Settlement, including its Release provisions. *You may not submit a Claim Form and also exclude yourself from the Settlement.*

**9.    WHAT ARE THE PROCEDURES RELATING TO COURT REVIEW AND APPROVAL OF THE SETTLEMENT? HOW CAN I OBJECT?**

A hearing will be held on April 15, 2010, at 10:30 a.m. before the Honorable Marvin E. Aspen, Judge of the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL 60604, in Courtroom #2658 (the "Fairness Hearing").

The purpose of the Fairness Hearing is to determine, among other things, (1) whether the terms of the Settlement are fair, reasonable, and adequate; (2) whether the application of Class Counsel for an award of attorneys' fees and costs should be approved and, if so, the amount to be awarded; (3) whether the Class Representatives' application for an award of service payments should be approved; and (4) whether a Final Order and judgment should be entered dismissing this Class Action with prejudice and on the merits against the Class Representatives and all members of the Class (except for those persons who timely and properly request to be excluded from the Settlement). The Court has the power to adjourn or reschedule the Fairness Hearing from time to time without further notice of any kind.

**There is no need for you to attend the Fairness Hearing if you wish to participate in the proposed Settlement, as Plaintiffs' attorneys will represent your rights.**

**Objections/Appearances in Court**

Any Class Member who has not provided a timely written request for exclusion and who wishes to object to the proposed Settlement must provide to Class Counsel and statement specifically describing his/her objection, together with any legal support the Class Member wishes to bring to the Court's attention and any evidence the Class Member wishes to introduce in support of the objection.

Any Class Member and/or his/her attorney who intends to make an appearance in court at the Fairness Hearing must, no later than February 22, 2010 or as the Court may otherwise direct, both (1) file a notice of appearance with the Clerk of the Court and (2) serve a copy of the notice of appearance on Plaintiffs' attorneys and Ameriquest's attorneys. All such objections, papers, and briefs shall expressly refer to the Class Action as it appears at the top of this Notice, as well as to the Honorable Marvin E. Aspen and the case number. All written objections must clearly identify the name and address of the Class Member making the objection, and must provide documentation demonstrating that the person making the objection is in fact a Class Member. All written objections also must

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property interm in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record  special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4735 Jetland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys  for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957.  Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge – § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flasc pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
- [ ] SS-SIPA Case - 15 U.S.C. §§ 78aaa *et. seq.*
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.



*CHICAGO TITLE COMPANY*

# PRELIMINARY REPORT

Dated as of: October 19, 2007    at 7:30 AM

Order No.: 76082075 - A43

Reference: 07-02623-MH

Regarding:  2514 RINCONIA DRIVE
LOS ANGELES, CA

**CHICAGO TITLE COMPANY**                    hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception in Schedule B or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said Policy forms.

The printed Exceptions and Exclusions from the coverage of said Policy or Policies are set forth in the attached list. Copies of the Policy forms are available upon request.

Please read the exceptions shown or referred to in Schedule B and the exceptions and exclusions set forth in the attached list of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of title insurance policy and should be carefully considered. It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects and encumbrances affecting title to the land.

THIS REPORT (AND ANY SUPPLEMENTS OR AMENDMENTS HERETO) IS ISSUED SOLELY FOR THE PURPOSE OF FACILITATING THE ISSUANCE OF POLICY OF TITLE INSURANCE AND NO LIABILITY IS ASSUMED HEREBY. IF IT IS DESIRED THAT LIABILITY BE ASSUMED PRIOR TO THE ISSUANCE OF POLICY OF TITLE INSURANCE, A BINDER OR COMMITMENT SHOULD BE REQUESTED

The form of policy of title insurance contemplated by this report is:
AMERICAN LAND TITLE ASSOCIATION LOAN POLICY (6-17-06)

ALTA HOMEOWNERS POLICY OF TITLE INSURANCE (10-17-98)

Title Department:

*CHICAGO TITLE COMPANY*
535 N. BRAND BLVD., 3RD FL
GLENDALE, CA 91203
(818)548-0222    Fax: (818)550-3214



MARCIA
ALL ESCROW SERVICES
21049 DEVONSHIRE ST., #201
CHATSWORTH, CA 91311

DAREN JOHNSON
Title Officer
E-mail: johnsondar@ctt.com

PFPG – 02/11/04 AA

# CHICAGO TITLE



Recording Requested By
S. DANZIGER



12/06/07

**20072675529**

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O. Box 10423
Van Nuys, CA 91410-0423

Prepared By
DONNA ALEXANDER

*7600 82675 PA43*
*5585-005-077*

——————— [Space Above This Line For Recording Data] ———————

| | |
|---|---|
| 07-02623-MH | 00018070594811007 |
| [Escrow/Closing #] | [Doc ID #] |

## DEED OF TRUST AND ASSIGNMENT OF RENTS

MIN 1001337-0002671719-2

This Deed of Trust secures an obligation which calls for payment of interest at a variable interest rate
THIS DEED OF TRUST is made this 28th                    day of NOVEMBER, 2007   , between
DARRYL GORDON, A SINGLE MAN

whose address is,
319 7TH STREET, HUNTINGTON BEACH, CA 92615
herein called "Trustor,"
RECONTRUST COMPANY, N.A.
225 W HILLCREST DRIVE, MSN: TO-02 THOUSAND OAKS, CA 91360-
herein called "Trustee," and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")
a Delaware corporation with an address of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
MERS is the "Beneficiary" under this Deed of Trust and is acting solely as a nominee for
Countrywide Bank, FSB.

("Lender" or "you") and its successors and assigns, with an address of
1199 North Fairfax St. Ste.500, Alexandria, VA 22314
Trustor irrevocably grants, transfers and assigns to Trustee, in trust and with power of sale, all of the real
property in the City or Town of LOS ANGELES                             . County of
LOS ANGELES                         , State of California, having the street address of
2514 RINCONIA DRIVE, LOS ANGELES, CA 90068

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)(d4)                    Page 1 of 10





 *CHICAGO TITLE COMPANY*

Date:    October 26, 2007

RETAIN FOR
YOUR RECORDS

MARCIA
ALL ESCROW SERVICES
21049 DEVONSHIRE ST., #201
CHATSWORTH, CA 91311

Order No.:    76082075 - A43

Property:    2514 RINCONIA DRIVE, LOS ANGELES, CA

RE:    07-02623-MH

In response to a request for our issuance of a Policy of Title Insurance, we enclose herewith
our Preliminary Report for your review.

Should you have any questions in connection with this or any other matter concerning the
above referenced order, please do not hesitate to contact our office.

Thank you for choosing  CHICAGO TITLE COMPANY.

Title Department:

*CHICAGO TITLE COMPANY*
535 N. BRAND BLVD., 3RD FL
GLENDALE, CA 91203
(818)548-0222    Fax: (818)550-3214

DAREN JOHNSON
TITLE OFFICER

PRELTR -03/18/01ph



*21049 Devonshire Street Suite 201 Chatsworth, California 91311*
*Telephone (818) 998-7476 Facsimile (818) 998-5346*

A
L
L

A
E
S

E
S
C
R
O
W

SERVICES, Inc.

**RETAIN FOR
YOUR RECORDS**

## ADDITIONAL ESCROW INSTRUCTIONS AND GENERAL PROVISIONS

Escrow No.: 07-02623-MH
Escrow Officer: **Marcia Hunt**
Date: October 25, 2007

ESCROW SUMMARY:

| | | |
|---|---|---|
| Escrow has on deposit for account of buyer | $ | |
| Buyer will deposit prior to close of escrow | $ | 152,500.00 |
| Buyer paid seller outside escrow (receipt acknowledged by seller) | $ | |
| Deed of Trust of Record | $ | |
| Deed of Trust to Record | $ | 1,220,000.00 |
| Deed of Trust to Record | $ | 152,500.00 |
| TOTAL CONSIDERATION: | $ | 1,525,000.00 |

**Escrow closing date to be on  November 21, 2007 .**

Lot 16 in Block 11 of Tract 7011 in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 105, Page(s) 93 To 98 inclusive of Maps in the Office of the County Recorder of said County

Property Address:   2514 Rinconia Drive, Los Angeles, CA  90068

Title on the Grant Deed shall be conveyed to: **Darryl Gordon, complete vesting to be determined prior to the close of escrow**

INSTRUCTIONS/COUNTERS/SUPPLEMENTS/ADDENDUMS:  Escrow Holders responsibility is limited to the items listed in Paragraph 28 of the Residential Purchase Agreement and Joint Escrow Instructions (and Receipt for Deposit) dated **October 25, 2007.**

To the extent these instructions are inconsistent or conflict with the Residential Purchase Agreement and Joint Escrow Instructions (and Receipt for Deposit), these instructions will control as to the duties and obligations of Escrow Holder only.

### DEPOSIT OF FUNDS INTO ESCROW:

Each of the undersigned hereby acknowledges and understands that pursuant to State of California Assembly Bill 512 ("Good Funds Legislation") which became effective January 1, 1990, funds deposited into escrow and/or deposited with the Title Company for use in this escrow by the Property Owner, Buyer or New Lender in any form other than a wire transfer may cause a delay in the close of escrow and/or disbursement of funds at the time of closing. **Each of the undersigned hereby indemnifies and holds All Escrow Services, Inc. and its Owners, Officers and/or Employees harmless with respect to any delay in closing and/or disbursement of funds due to compliance with the Provisions of "AB 512".**

In the event Buyer elects to deposit funds herein in the form of a Cashier's Check, Buyer will do so **no later than 48 hours prior to the anticipated date of close of escrow.**

### FUNDING THE NEW LOAN:

If lender issues loan, funds other than by wire transfer, said funds may not be immediately available for distribution.  This may result in a delay in the close of escrow unless all parties hereto sign a written authorization for the title company instructing that this escrow be closed and disbursement of funds withheld until they become available.  All parties herein release and hold harmless Escrow Holder and Title Company from any and all liability and/or responsibility

Page 1 of 5

DOC ID #: 00018370594811007

The undersigned Trustors request that a copy of any notice of default, and of any notice of sale hereunder, be mailed to their respective addresses set forth below

By signing below, Trustor agrees to all the terms and conditions of this Deed of Trust.

Mailing Address For Notices

DARRYL GORDON
319 7TH STREET
HUNTINGTON BEACH, CA 92615

---

State of California
County of Los Angeles
On November 28, 2007 , before me Jennifer Gordon, Notary Public

, personally appeared

Darryl Gordon

, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal

JENNIFER GORDON
Commission # 1498196
Notary Public - California
Los Angeles County
My Comm. Expires Jul 2, 2008

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)

Page 10 of 10



**This page is part of your document - DO NOT DISCARD**



**20072675529**    Pages: 012

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

12/06/07 AT 08:00AM

| | |
|---|---|
| Fee: | 52.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Total: | 52.00 |

Title Company

**TITLE(S) :** _____



L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**



303111401 REV1 02/09 8810013776

# OFFICIAL CHECK

62-20/311    2468406066

 **WaMu**

WASHINGTON MUTUAL    SEVEN 7 1 4 0 00 CTSCTS

***Jul 29, 2009 SEVEN THOUSAND ONE HUNDRED FORTY DOLLARS AND 00 CENTS **

Drawer: Washington Mutual, a division of JPMorgan Chase Bank, N.A

Pay to the order of:

CHALEDEEANNKA D A W GOYENS-BELL EBERWEIN
A/O 09-2230 A/O 09-23690 AKA A/O
CHALEDEEANNKA GOYENS ADQ PRTN A/O 394717

AUTHORIZED SIGNATURE

REMITTER
ROBERT D EBERWEIN

9565 102

Citibank, N.A. - One Penn's Way - New Castle DE 19720

⑈2468406066⑈  ⑈031100209⑈    38769931⑈



# WACHOVIA

## LOAN STATEMENT

33,070

| | | |
|---|---|---|
| **Property Address:** | **205 MADRONE AVE** | |
| | **LARKSPUR** | **CA 94939-1912** |
| **Loan Number:** | **40042632** | |
| **Payment Due Date:** | **03/15/10** | |
| **Statement Date:** | **03/05/10** | |

**Questions about your loan?**
For quick answers, call . . . . . . . . . . . . . . . . . . . . . . 800-642-0257
9 a.m. – 9 p.m. Mon. – Fri., 9 a.m. – 6 p.m. Sat, Eastern Time
*(Please have your loan and Social Security numbers ready.)*

033070 YNNNNNN M9DLLSTB

VIRGINIA L LAFLEUR
205 MADRONE AVE
LARKSPUR                CA 94939-1912

## 1 PAYMENT OPTIONS

*Select your option on the Payment Coupon below. Please see*
*CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.*

) Minimum Payment                    27,042.12

To check the status of your Wachovia loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . . . . . . . Wachovia.com

For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . 800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | |
|---|---|
| Interest Due | 1,342.05 |
| Deferred Interest† | |
| Principal Paid | 760.88 |
| Escrow/Other | 207.02 |
| Total Past Due | 24,732.17 |
| Total Payment | 27,042.12 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 23,942.35 | 789.82 | 24,732.17 | 42,863.39 | 3.638 |

†*See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.*

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | | Year-to-Date Escrow Disbursements | |
|---|---|---|---|
| Principal | | Taxes | |
| Interest | | Additional Assessments | |
| Late Charges/ Fees | | Homeowners Insurance | |
| | | Other | |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 2/04 | BEGINNING BALANCE | | +444,926.42 | | | -1,549.38 | | | |
| 3/02 | LATE CHARGE | 105.15 | | | | | | | |
| 3/05 | ENDING BALANCE | | +444,926.42 | | | -1,549.38 | | 105.15 | |

## 5 IMPORTANT MESSAGES

## Wachovia.com

Your loan is 11 payment(s) past due.  Your oldest payment was due  04/15/09.
*********If you are having difficulties making your mortgage payments, we encourage you to contact Wachovia at
1-888-345-1354.  Some of our payment plans may pleasantly surprise you.  If your payment has already been
made, please disregard this message.

Get a headstart on your taxes!  View and print your 2009 Mortgage Interest Statement (IRS form 1098)
through Wachovia's Online Services.  Not yet enrolled? Call 800-950-2296 today.
--- 

*Please detach coupon and return with payment. Thank you.*

**WACHOVIA**

NOTICE OF INTENT TO FORECLOSE

November 24, 2009          Loan Number: 0040042632

*By Dec. 24-09*

Virginia L Lafleur
205 Madrone Ave
Larkspur, CA 94939 1912


Re: Property Address: 205 Madrone Ave,
                       Larkspur CA 94939

Dear Virginia L Lafleur :

Our records indicate we have not received the last 8 mortgage
payment(s). This loan is in default and due for the April 15, 2009
payment, and all subsequent payments that have come due and late
charges. The total amount due is $ 17,697.16, which includes $ 391.24
in late charges. Charges may also be assessed for any additional
amounts we may incur including, but not limited to, attorney fees,
property tax and insurance payments, property inspections and other
assessments.

Payment must be received in the form of a cashier's check, money
order or certified check within thirty days of the date of this
notice. Any funds received, that are less than the total amount
due, will be considered a partial payment and will be applied
towards the arrearages due on the delinquent loan. Application
of a partial payment is not an acceptance in full satisfaction of
the delinquent amount due and is not sufficient to cure the default.
Please mail payment(s) to: Wachovia Mortgage, Cashiering Dept T7416-023,
PO Box 659568, San Antonio, TX 78265-9568.

Failure to cure this default, on or before December 24, 2009,
may result in the acceleration of the sums secured by the Note and
Security Instrument, making the entire loan immediately due and
payable. The lender may seek foreclosure, which may result in
the forced sale of the property. You have the right to reinstate
after the acceleration and the right to bring a court action to
assert the non-existence of a default or any other defense available
to the acceleration and forced sale.

You may have contacted Wachovia Mortgage and made a promise to pay
by a certain date, in order to bring the loan to a current status.
If the promise to pay is fulfilled, please disregard this notification.
Failure to make the full promised payment in good funds, by
6:00 p.m., Eastern Time, on or before the promised date, or any
other violation of any other terms of the Note and Security
Instrument, will keep this notice in full force and effect.

You may be eligible for Home Ownership Counseling through the
Housing and Community Development Act of 1987. Please call
the Community Development Agency at 800-569-4287. Section 6050J
of the 1984 Tax Reform Act requires lenders to report foreclosures
and abandonments to the Internal Revenue Service.

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

12/02/09

101588-009739

MARY C RICHARDS

881 HAWTHORNE DR

WALNUT CREEK        CA 94596-0000



RE:  Account Number    0359422149
     Property Address   881 HAWTHORNE DR

                        WALNUT CREEK CA 94596-0000

Dear MARY C RICHARDS

Our records indicate the above-referenced mortgage loan is in
default.

Your account is due for 10/01/09, and succeeding payments. This
is a demand for payment of the total amount due and owing as of
the date of this letter, which is as follows:

| | |
|---|---:|
| Payments ............................... $ | 8653.05 |
| Late Charges ........................... $ | 458.01 |
| Fees, Costs, and other amounts accrued | |
| to date ............................. $ | 97.50 |
| Suspense ............................... $ | 115.98 |
| Total Amount Due ..................... $ | 9092.58 |

You may cure the default by paying the total amount due,
indicated above, within thirty (30) days from the date of this
letter.  You are also responsible for paying any additional
payments, fees, and charges that become due during this 30-day
period.  Payments must be made in certified funds or cashier's
check.  If funds tendered are not honored for any reason, the
default will not be cured.  Our acceptance of any funds less
than the total amount due shall not constitute a waiver of our
rights and/or remedies under the loan documents or applicable
law.

(continued on back)

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/02/09

089960-004783

MARY C RICHARDS

881 HAWTHORNE DR

WALNUT CREEK        CA 94596-0000



RE:    Account Number      0359422149
       Property Address    881 HAWTHORNE DR

                           WALNUT CREEK CA 94596-0000

Dear MARY C RICHARDS

Our records indicate the above-referenced mortgage loan is in
default.

Your account is due for 09/01/09, and succeeding payments. This
is a demand for payment of the total amount due and owing as of
the date of this letter, which is as follows:

| | |
|---|---:|
| Payments ............................. $ | 8653.05 |
| Late Charges ......................... $ | 469.26 |
| Fees, Costs, and other amounts accrued to date ............................ $ | 56.25 |
| Suspense ............................. $ | 0.00 |
| Total Amount Due ..................... $ | 9178.56 |

You may cure the default by paying the total amount due,
indicated above, within thirty (30) days from the date of this
letter.  You are also responsible for paying any additional
payments, fees, and charges that become due during this 30-day
period.  Payments must be made in certified funds or cashier's
check.  If funds tendered are not honored for any reason, the
default will not be cured.  Our acceptance of any funds less
than the total amount due shall not constitute a waiver of our
rights and/or remedies under the loan documents or applicable
law.

(continued on back)

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

12/30/09

MARY C RICHARDS

881 HAWTHORNE DR

WALNUT CREEK        CA 94596-0000

RE:      Account Number      0359422149
         Property Address    881 HAWTHORNE DR

                             WALNUT CREEK      CA 94596-0000

Dear    MARY C RICHARDS

In response to your inquiry, enclosed is the information you requested regarding your account.

If you have any questions, please contact Customer Care at 866-725-0782.


Customer Care
Loan Servicing

Enclosure(s)

2:01

# NOTICE TO VACATE PROPERTY

TO:   ANTHONY MAZUROWSKI &
      All occupants residing at
      117 MONTGOMERY RD
      SEBASTOPOL, CA 95472

NOTICE IS HEREBY GIVEN THAT IMB REO LLC ("IMB REO LLC"), or its predecessor in interest, purchased the property located at 117 MONTGOMERY RD, SEBASTOPOL, CA 95472 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 7/03/2007 as Instrument Number 2007075120 in the Official Records of SONOMA County, and that title to the Premises is duly perfected in IMB REO LLC.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to IMB REO LLC through ROSALIE MARTINONO, its agent, who can be reached at 707-291-5057 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, IMB REO LLC will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

### (NOTICE HAS A SECOND PAGE)

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: December 4, 2009

Robert J. Jackson & Associates, Inc.

AMY E. STARRETT
Attorney for IMB REO LLC
OWCA6608

## TENANT INFORMATION

**IF YOU ARE A TENANT** of the prior owner, you must provide the following documents:

- A copy of your lease
- A return phone number and hours to reach you
- The receipt for the last six (6) payments made to the landlord for the residence

by mail, fax, or in person to:

Robert J. Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612

Fax: 949.892.1336

For any questions, please call 949.854.2244, Ext. 208

PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.

DISCLAIMER:

**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.**
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in
writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from
the current creditor **or** that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to
you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

**CAUTION:** Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the
Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this
disclaimer.

B104 (FORM 104) (8/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR | | BANKRUPTCY CASE NO.<br>**10-40860-EDJ** |
| DISTRICT IN WHICH CASE IS PENDING<br>Multi-district litigation see 08-13555 ET Seq | DIVISION OFFICE<br>Oakland | NAME OF JUDGE<br>Edward Jellen |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF<br>see attached class actions | DEFENDANT<br>see attached class actions parties to my loan | ADVERSARY PROCEEDING NO.<br>**Hearing to determine transfer of**<br>~~loan servicer~~ ⊞ |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>see attached class actions | DIVISION OFFICE<br>see attached class actions ⊞ | NAME OF JUDGE<br>Marvin Aspen a/or to be determined |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Mary C. Richards* (Allegations of ineffective assistance of counsel to shareholders.) | | |
| DATE<br>4/4/10 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Mary Richards and/or Brian Giorgi medical power of attorney | |

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.