B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property inrem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue. | Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555 |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales. | Miles Bauer, Bergstrom, Winters, Ryan Stocking ( ) Pite Duncan LLP  4735 Jutland, San Diego, CA ( ) Sara Kistler USDOJ Region 17 ( ) Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages. Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| [✓] Debtor   [ ] U.S. Trustee/Bankruptcy Admin  [ ] Creditor   [ ] Trustee   [ ] Other | [✓] Debtor   [ ] U.S. Trustee/Bankruptcy Admin  [ ] Creditor   [ ] Trustee   [ ] Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

### NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[X] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
[X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[X] 71 - Injunctive relief - imposition of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
[X] 01 - Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**
An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

This page is part of your document - DO NOT DISCARD



**20072675529**  Pages: 012



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

12/06/07 AT 08:00AM

Fee: 52.00
Tax: 0.00
Other: 0.00
Total: 52.00

Title Company

TITLE(S) :



LEAD SHEET

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.       Number of AIN's Shown

THIS FORM IS NOT TO BE DUPLICATED

303111401 REV1 02-09 8810013775

**OFFICIAL CHECK**    62-20/311    2468406066

 WaMu

WASHINGTON MUTUAL    SEVEN ONE FOUR ZERO CTS CTS

***Jul 29, 2009   SEVEN THOUSAND ONE HUNDRED FORTY DOLLARS AND 00 CENTS**

Drawer: Washington Mutual, a division of JPMorgan Chase Bank, N.A

Pay to the order of:   CHALEDEEANNKA D A W GOYENS-BELL EBERWEIN
A/O 09-2230 A/O 09-23690 AKA A/O
CHALEDEEANNKA GOYENS ADQ PRTN A/O 394717

AUTHORIZED SIGNATURE

REMITTER
ROBERT D EBERWEIN

9565 102

Citibank, N.A. - One Penn's Way - New Castle DE 19720

⑈2468406066⑈   ⑆031100209⑆   3876993⑈

# WACHOVIA

# LOAN STATEMENT

33,070

**Property Address:** 205 MADRONE AVE
LARKSPUR    CA 94939-1912

**Loan Number:** 40042632

**Payment Due Date:** 03/15/10

**Statement Date:** 03/05/10

Questions about your loan?
For quick answers, call. . . . . . . . . . . . . . . . . . . . . 800-642-0257
9 a.m. - 9 p.m. Mon. - Fri., 9 a.m. - 6 p.m. Sat, Eastern Time
*(Please have your loan and Social Security numbers ready.)*

033070  YNNNNN  M9DLLSTB

VIRGINIA L LAFLEUR
205 MADRONE AVE
LARKSPUR                    CA 94939-1912

## 1 PAYMENT OPTIONS

Select your option on the Payment Coupon below. Please see
CHOOSING YOUR PAYMENT OPTIONS on reverse side for explanations.

) Minimum Payment                             27,042.12

To check the status of your Wachovia loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . . . . . . . . . Wachovia.com
For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . 800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | |
|---|---|
| Interest Due | 1,342.05 |
| Deferred Interest† | |
| Principal Paid | 760.88 |
| Escrow/Other | 207.02 |
| Total Past Due | 24,732.17 |
| Total Payment | 27,042.12 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 23,942.35 | 789.82 | 24,732.17 | 42,863.39 | 3.638 |

†See explanation of deferred interest on reverse side under CHOOSING YOUR PAYMENT OPTIONS.

## 3 YEAR-TO-DATE INFORMATION

| | Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|---|
| Principal | | Taxes |
| Interest | | Additional Assessments |
| Late Charges/ Fees | | Homeowners Insurance |
| | | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 2/04 | BEGINNING BALANCE | | +444,926.42 | | | -1,549.38 | | | |
| 3/02 | LATE CHARGE | 105.15 | | | | | | 105.15 | |
| 3/05 | ENDING BALANCE | | +444,926.42 | | | -1,549.38 | | | |

## 5 IMPORTANT MESSAGES                                                     Wachovia.com

Your loan is 11 payment(s) past due.  Your oldest payment was due 04/15/09.
********If you are having difficulties making your mortgage payments, we encourage you to contact Wachovia at
1-888-345-1354.  Some of our payment plans may pleasantly surprise you.  If your payment has already been
made, please disregard this message.

Get a headstart on your taxes!  View and print your 2009 Mortgage Interest Statement (IRS form 1098)
through Wachovia's Online Services.  Not yet enrolled?  Call 800-950-2296 today.

---

*Please detach coupon and return with payment. Thank you.*

 CHICAGO TITLE COMPANY

# PRELIMINARY REPORT

Dated as of: October 19, 2007   at 7:30 AM

Order No.: 76082075 - A43

Reference: 07-02623-MH

Regarding: 2514 RINCONIA DRIVE
LOS ANGELES, CA

**CHICAGO TITLE COMPANY** hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception in Schedule B or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said Policy forms.

The printed Exceptions and Exclusions from the coverage of said Policy or Policies are set forth in the attached list. Copies of the Policy forms are available upon request.

Please read the exceptions shown or referred to in Schedule B and the exceptions and exclusions set forth in the attached list of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of title insurance policy and should be carefully considered. It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects and encumbrances affecting title to the land.

THIS REPORT (AND ANY SUPPLEMENTS OR AMENDMENTS HERETO) IS ISSUED SOLELY FOR THE PURPOSE OF FACILITATING THE ISSUANCE OF POLICY OF TITLE INSURANCE AND NO LIABILITY IS ASSUMED HEREBY. IF IT IS DESIRED THAT LIABILITY BE ASSUMED PRIOR TO THE ISSUANCE OF POLICY OF TITLE INSURANCE, A BINDER OR COMMITMENT SHOULD BE REQUESTED

The form of policy of title insurance contemplated by this report is:
AMERICAN LAND TITLE ASSOCIATION LOAN POLICY (6-17-06)

ALTA HOMEOWNERS POLICY OF TITLE INSURANCE (10-17-98)

Title Department:

**CHICAGO TITLE COMPANY**
535 N. BRAND BLVD., 3RD FL
GLENDALE, CA 91203
(818)548-0222    Fax: (818)550-3214



MARCIA
ALL ESCROW SERVICES
21049 DEVONSHIRE ST., #201
CHATSWORTH, CA 91311

DAREN JOHNSON
Title Officer
E-mail: johnsondar@ctt.com

PFPG – 02/11/04 AA

# CHICAGO TITLE

𝒴

Recording Requested By
S. DANZIGER



12/06/07

**20072675529**

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423

Prepared By
DONNA ALEXANDER

7608267SA43
5585-015-077                    [Space Above This Line For Recording Data]

07-02623-MH                    00018070594811007

[Escrow/Closing #]                    [Doc ID #]

## DEED OF TRUST AND ASSIGNMENT OF RENTS

MIN 1001337-0002671719-2

This Deed of Trust secures an obligation which calls for payment of interest at a variable interest rate
THIS DEED OF TRUST is made this 28th              day of NOVEMBER, 2007   , between
DARRYL GORDON, A SINGLE MAN

whose address is,
319 7TH STREET, HUNTINGTON BEACH, CA 92615

herein called "Trustor,"
RECONTRUST COMPANY, N.A.
225 W HILLCREST DRIVE, MSN: TO-02 THOUSAND OAKS, CA 91360-

herein called "Trustee," and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, ("MERS")
a Delaware corporation with an address of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
MERS is the "Beneficiary" under this Deed of Trust and is acting solely as a nominee for
Countrywide Bank, FSB.
("Lender" or "you") and its successors and assigns, with an address of
1199 North Fairfax St. Ste.500, Alexandria, VA 22314

Trustor irrevocably grants, transfers and assigns to Trustee, in trust and with power of sale, all of the real
property in the City or Town of LOS ANGELES                    , County of
LOS ANGELES                    , State of California, having the street address of
2514 RINCONIA DRIVE, LOS ANGELES, CA 90068

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)(d/i)                    Page 1 of 10


*23991*


*18070594800000 1D988*



# CHICAGO TITLE COMPANY

Date:   October 26, 2007

*RETAIN FOR YOUR RECORDS*

MARCIA
ALL ESCROW SERVICES
21049 DEVONSHIRE ST., #201
CHATSWORTH, CA 91311

Order No.:   76082075 - A43

Property:   2514 RINCONIA DRIVE, LOS ANGELES, CA

RE:   07-02623-MH

In response to a request for our issuance of a Policy of Title Insurance, we enclose herewith our Preliminary Report for your review.

Should you have any questions in connection with this or any other matter concerning the above referenced order, please do not hesitate to contact our office.

Thank you for choosing CHICAGO TITLE COMPANY.

Title Department:

CHICAGO TITLE COMPANY
535 N. BRAND BLVD., 3RD FL.
GLENDALE, CA 91203
(818)548-0222    Fax: (818)550-3214

DAREN JOHNSON
TITLE OFFICER

PRELTR -03/18/01oh

DOC ID #: 00018370594811007

The undersigned Trustors request that a copy of any notice of default, and of any notice of sale hereunder, be mailed to their respective addresses set forth below.

By signing below, Trustor agrees to all the terms and conditions of this Deed of Trust.

Mailing Address For Notices

DARRYL GORDON
319 7TH STREET
HUNTINGTON BEACH, CA 92615

State of California
County of Los Angeles
On November 28, 2007, before me Jennifer Gordon, Notary Public, personally appeared Darryl Gordon

, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

JENNIFER GORDON
Commission # 1498196
Notary Public - California
Los Angeles County
My Comm. Expires Jul 2, 2008

● MERS HELOC - CA Deed of Trust
1D988-CA (10/06)

Page 10 of 10



21049 Devonshire Street Suite 201 Chatsworth, California 91311
Telephone (818) 998-7476 Facsimile (818) 998-5346

**RETAIN FOR YOUR RECORDS**

## ADDITIONAL ESCROW INSTRUCTIONS AND GENERAL PROVISIONS

Escrow No.: 07-02623-MH
Escrow Officer: Marcia Hunt
Date: October 25, 2007

ESCROW SUMMARY:

| | | |
|---|---|---|
| Escrow has on deposit for account of buyer | $ | |
| Buyer will deposit prior to close of escrow | $ | 152,500.00 |
| Buyer paid seller outside escrow (receipt acknowledged by seller) | $ | |
| Deed of Trust of Record | $ | |
| Deed of Trust to Record | $ | 1,220,000.00 |
| Deed of Trust to Record | $ | 152,500.00 |
| TOTAL CONSIDERATION: | $ | 1,525,000.00 |

Escrow closing date to be on November 21, 2007.

Lot 16 in Block 11 of Tract 7011 in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 105, Page(s) 93 To 98 inclusive of Maps in the Office of the County Recorder of said County

Property Address:  2514 Rinconia Drive, Los Angeles, CA 90068

Title on the Grant Deed shall be conveyed to: **Darryl Gordon, complete vesting to be determined prior to the close of escrow**

INSTRUCTIONS/COUNTERS/SUPPLEMENTS/ADDENDUMS: Escrow Holders responsibility is limited to the items listed in Paragraph 28 of the Residential Purchase Agreement and Joint Escrow Instructions (and Receipt for Deposit) dated October 25, 2007.

To the extent these instructions are inconsistent or conflict with the Residential Purchase Agreement and Joint Escrow Instructions (and Receipt for Deposit), these instructions will control as to the duties and obligations of Escrow Holder only.

**DEPOSIT OF FUNDS INTO ESCROW:**
Each of the undersigned hereby acknowledges and understands that pursuant to State of California Assembly Bill 512 ("Good Funds Legislation") which became effective January 1, 1990, funds deposited into escrow and/or deposited with the Title Company for use in this escrow by the Property Owner, Buyer or New Lender in any form other than a wire transfer may cause a delay in the close of escrow and/or disbursement of funds at the time of closing. Each of the undersigned hereby indemnifies and holds All Escrow Services, Inc. and its Owners, Officers and/or Employees harmless with respect to any delay in closing and/or disbursement of funds due to compliance with the Provisions of "AB 512".

In the event Buyer elects to deposit funds herein in the form of a Cashier's Check, Buyer will do so no later than 48 hours prior to the anticipated date of close of escrow.

**FUNDING THE NEW LOAN:**
If lender issues loan funds other than by wire transfer, said funds may not be immediately available for distribution. This may result in a delay in the close of escrow unless all parties hereto sign a written authorization for the title company instructing that this escrow be closed and disbursement of funds withheld until they become available. All parties herein release and hold harmless Escrow Holder and Title Company from any and all liability and/or responsibility

Page 1 of 5