IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SONOMA

The HONORABLE GARY NADLER, Judge

---oOo---

**CERTIFIED COPY**

IMB REO LLC,

      Plaintiff,

           vs.

                        ) No. MCV-207806

ANTHONY MAZUROWSKI,

      Defendant.

---oOo---

REPORTER'S TRANSCRIPT OF

PROCEEDINGS AT TIME OF HEARING

---oOo---

Santa Rosa, California
Tuesday, March 16, 2010
9:10 o'clock a.m.

---oOo---

Reported by:

RENEE L. WHITNEY, RPR, CSR No. 11231

1                              ---oOo---

2                      A P P E A R A N C E S

3                              ---oOo---

4

5    For the Plaintiff:     LAW OFFICE OF GLEN NAVIS
                            513 Labrador Way
6                            Suisun City, California  94585

7                            BY:  GLEN NAVIS
                                  Attorney at Law
8

9    For the Defendant:     ANTHONY MAZUROWSKI
                            IN PROPRIA PERSONA
10

11                             ---oOo---

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>MARCH 16, 2010</u>                                          <u>9:10 A.M.</u>

---oOo---

The above-entitled matter came on regularly this day for hearing before the Honorable GARY NADLER, Judge.

LAW OFFICE OF GLEN NAVIS, 513 Labrador Way, Suisun City, California   94585, represented by GLEN NAVIS, Attorney at Law, appeared as Counsel on behalf of the Plaintiff.

ANTHONY MAZUROWSKI, Defendant, appeared IN PROPRIA PERSONA.

The Honorable GARY NADLER, Judge presiding.

RENEE L. WHITNEY, RPR, CSR No. 11231, Official Shorthand Reporter for the County of Sonoma was duly present and acting.

The following proceedings were then and there had and taken, to wit:

P R O C E E D I N G S

THE COURT:  IMB REO LLC versus Mazurowski.

If you could state your appearances, please.

MR. NAVIS:  Good morning, your Honor.  Glen Navis, N-a-v-i-s, for Plaintiff.

MR. MAZUROWSKI:  Good morning, your Honor. Anthony Mazurowski in pro per.

THE COURT:  Okay.  Mr. Mazurowski, I just wanted to address your issue with the motion for a

1    continuance.

2                    MR. MAZUROWSKI:  Yes, sir.  This is all

3    quite overwhelming.  I have a lawyer who's willing to get

4    on board.  He's finishing a case in L.A.  If you can do

5    that, I'll have somebody next time.

6                    As I walked in the hallway this morning the

7    other counsel handed me a packet.  It's, like, 20 papers.

8    I'm trying to go through it.  It's just got a lot more

9    overwhelming.  I really don't understand this stuff.  I

10   don't think it's fair if I go forward on my own.

11                   THE COURT:  Okay.

12                   MR. MAZUROWSKI:  I did give the other side

13   a continuance the last time I was here.

14                   THE COURT:  Okay.  All right.  Let me hear

15   from counsel.

16                   MR. NAVIS:  Thank you, your Honor.  The

17   continuance was so we could fly in from Texas the Vice

18   President of One West Bank regarding the 2923.5

19   declaration, and he is here now.  He did fly in from Texas

20   this morning.

21                   The second thing is, the notice of default

22   was filed in February of last year, 14 months ago.  The

23   notice of trustee's sale was filed in June of last year,

24   nine months ago.  That's a long time that payments haven't

25   been made.  It's also a long time that if Mr. Mazurowski

26   believed that he was defrauded or something was wrong with

27   his loan, he could have hired an attorney.

28                   Today was -- when you get foreclosed on,

1   eventually the bank is going to want possession of the

2   property back, and today was very foreseeable.  It would

3   have been -- as for -- in his moving papers he says that,

4   my case has merit.  I have a meritorious defense, which is

5   discrimination, retaliation, and I'm the true owner.

6          I can't think of any facts which support

7   him as a member of any protected class with regards to

8   discrimination as to why he was foreclosed on nor that he

9   did any acts that was -- protected acts which would result

10  in the foreclosure being a retaliation; furthermore, as

11  for the claim that he's the owner, that's the proper venue

12  of a -- in a limited jurisdiction action for quiet title

13  decision, declaratory relief, and so on.

14          There's no attorney -- he is in pro per,

15  and there's no attorney that subbed in.  So there's no

16  attorney who's unavailable within the meaning of -- I want

17  to say 661.  I forgot what the Code Section is for

18  continuances.

19          THE COURT:  Mr. Mazurowski, the last

20  hearing in this matter was February 16th where the

21  continuance was granted, and that's about a month ago.

22          MR. MAZUROWSKI:  Sir -- you know, your

23  Honor, since then I've been looking into the law.  I've

24  been trying to do this on my own with people that are

25  going through the same thing.  And, again, it is

26  overwhelming.  The money is an issue.  I have an attorney.

27  He helped me on another matter.  He will be here the next

28  time if you can grant the continuance.  It will help me.

1    I don't feel fairly that -- again, I walked in.  There's

2    20 pages that -- I need to know what's in here to go

3    forward today.

4              THE COURT:  The concern the Court has, sir,

5    just is, as follows:  The continuance was granted a month

6    ago to allow a gentleman to fly out from Texas to testify

7    at today's hearing, and that gentleman is here to testify

8    at today's hearing.  There's a concern the Court has that

9    there would be prejudice to the Plaintiff.

10             Number two, there has been considerable

11   time for you to obtain counsel; and number three, this is

12   a summary proceeding.  And what that means is -- as a

13   matter of law is that there are rights for this and,

14   actually, requirements that these proceed promptly.  Like

15   it or not, I mean -- when I say, like it are not, I don't

16   make the law.  I'm just charged with following the law.

17             MR. MAZUROWSKI:  You know, sir, the last

18   time they asked for a continuance because -- they didn't

19   mention anything about flying anybody in.  I asked this

20   attorney in the hall who he represented, One West or IMB

21   REO.  I still don't really know.

22             THE COURT:  In any event, the last hearing

23   was a month ago.  This is the summary proceeding.  There

24   are certain rights that the Plaintiff has to proceed

25   promptly, and that's the concern the Court has.

26             MR. MAZUROWSKI:  Yes, sir.

27             THE COURT:  Okay.  I understand that it's

28   overwhelming, as it typically is.  And I wish there was a

1    way for me to avoid that with people that are in this

2    particular court, because it's a difficult process; not an

3    easy one to go through.

4              That being said, the law does require that

5    it's a summary proceeding and that I have to bare that in

6    mind when orders are made.  And what I'm going to ask you

7    to do at this time is to go outside and work with the

8    mediators and see if you can reach some agreement in this

9    case.  And then come back, and let me know what's going

10   on.

11             MR. MAZUROWSKI:  Yes, your Honor.

12             MR. NAVIS:  Thank you, your Honor.

13             MR. MAZUROWSKI:  Thank you.

14             (Brief recess taken at 9:15 a.m.)

15             THE COURT:  IMB REO LLC versus Mazurowski.

16             MR. NAVIS:  Good morning, your Honor.  Glen

17   Navis for Plaintiff.

18             MR. MAZUROWSKI:  Good morning, your Honor.

19   Anthony Mazurowski, Defendant.

20             THE COURT:  Okay.

21             MR. MAZUROWSKI:  Before we go forward, your

22   Honor, I'd ask for this trial to be dismissed.  I've got a

23   copy for you and for the other attorney.

24             THE COURT:  Give it to the bailiff, and

25   we'll take a look at it.

26             MR. NAVIS:  Thank you.

27             THE COURT:  Okay.  There's a request for

28   judicial notice.  Counsel, you've received a copy of that?

1          MR. NAVIS:  Yes, I have -- no, not -- I
2     have his motion to dismiss.
3          THE COURT:  The motion to dismiss is based
4     upon what appears to be a request for judicial notice of
5     the --
6          MR. NAVIS:  I see the -- yes, I do, your
7     Honor.  I do see the results from the Secretary of State.
8          THE COURT:  Okay.  And the Court
9     understands the motion that since the Plaintiff, as argued
10    by the Defendant, is not authorized to conduct business in
11    California, it cannot prosecute the suit.
12         MR. NAVIS:  Thank you, your Honor.  Um, I
13    am somewhat blind-sided by this.  But it's a -- state
14    chartered banks must be registered with the Secretary of
15    State.  These banks are nationally chartered and,
16    therefore, they don't have to register with the Secretary
17    of State.
18         THE COURT:  All right.  Very well.  Well, I
19    will deny the motion to dismiss, and I will take judicial
20    notice of the information that was provided in Exhibit A.
21         MR. MAZUROWSKI:  Thank you, your Honor.
22         THE COURT:  All right.  And before we go,
23    we have three witnesses total, including the Defendant?
24         MR. NAVIS:  I have three witnesses -- three
25    witnesses, your Honor, yes.
26         THE COURT:  Who's the third?
27         MR. NAVIS:  Sitting over there.
28         THE COURT:  Okay.  So, why don't we start

1  with having the three of these seats -- if you'd stand,

2  please, and the clerk will administer the oath if you

3  intend to testify.  You, too, sir.  Go ahead.

4             THE CLERK:  Please right your right hand.

5        JENNIFER BAZEMORE, ROSALIE MARTINONI,

6    JOSE CARLOS SAN PEDRO, and ANTHONY MAZUROWSKI,

7             having been solemnly sworn to tell the

8        truth, the whole truth, and nothing but the

9        truth, testified as follows:

10            THE CLERK:  Thank you.

11            THE COURT:  Okay.

12            MR. NAVIS:  If you don't mind, so these

13  people can get out of here, I'm going to take them out of

14  order.

15            First, I'm going to call Jennifer Bazemore.

16            DIRECT EXAMINATION

17  BY MR. NAVIS:

18       Q    Would you please state and spell your name?

19       A    Jennifer Bazemore, J-e-n-n-i-f-e-r,

20  B-a-z-e-m-o-r-e.

21       Q    Ms. Bazemore, are you a registered process

22  server?

23       A    Yes.

24       Q    How long have you been a registered process

25  server?

26       A    Approximately over 10 years.

27       Q    I'm showing this document -- these two

28  documents here entitled, proof of service, which would be

SONOMA COUNTY OFFICIAL REPORTERS

1    Plaintiff's 1 for, by reference.  Are you familiar with

2    these documents?

3          A     Yes.

4          Q     Is that your signature on the bottom of

5    each?

6          A     Yes.

7          Q     And what do they reflect?

8          A     They reflect the information on the serving

9    of the 90-day notice to vacate property.

10         Q     Is that this notice?

11         A     Yes.

12         Q     And does it show that a notice to vacate

13   property was served on December 6th of 2009?

14         A     Yes.

15         Q     By posting and mailing at the property

16   located at 117 Montgomery Road in Sebastopol?

17         A     Yes.

18         Q     Is it your policy and practice to knock on

19   the door first before you serve these notices?

20         A     Yes.

21         Q     And did you knock on the door?

22         A     Yes.

23         Q     Did anybody answer?

24         A     No.

25         Q     What did you do next?

26         A     I posted -- um, well, I usually make a

27   standard practice of knocking on the door three times.  If

28   nobody answers, I post the notice on the front door.

```
 1          Q      Did you also mail a copy?

 2          A      Yes.

 3          Q      By first class mail, postage prepaid?

 4          A      Yes.

 5          Q      Did you address the envelope yourself?

 6          A      Yes.

 7          Q      Was it addressed -- who was it addressed

 8    to?

 9          A      To -- I'm not sure of the correct

10    pronunciation -- but to the Defendant in this matter,

11    Anthony Mazurowski -- sorry if I'm mispronouncing that --

12    and to any of all occupants listed at that residence.

13          Q      And properly addressed to that residence?

14          A      Correct.

15          Q      Is this a true and accurate copy of that

16    notice to vacate the property?

17          A      Yes.

18          Q      Plaintiff's 2, by reference, will be the --

19                 MR. NAVIS:  I'm sorry, your Honor.

20    Plaintiff's 2 will be the notice to vacate property.

21                 THE COURT:  Let's get those marked.

22                 MR. NAVIS:  Thank you.  May I approach?

23                 I don't have any further questions of

24    Ms. Bazemore.

25                 THE COURT:  Okay.  Do you have any

26    questions of the process server?

27                 MR. MAZUROWSKI:  No, your Honor.

28                 THE COURT:  Okay.  Very well.
```

1          MR. NAVIS:  My next witness will be
2   Ms. Martinoni.
3          THE WITNESS:  Rosalie Martinoni.
4          THE COURT:  If you could spell that,
5   please, ma'am?
6          THE WITNESS:  R-o-s-a-l-i-e,
7   M-a-r-t-i-n-o-n-i.
8                    DIRECT EXAMINATION
9   BY MR. NAVIS:
10         Q     Ms. Martinoni, are you the authorized agent
11  for IMB REO LLC regarding the property located at 117
12  Montgomery Road in Sebastopol?
13         A     Yes.
14         Q     And is it your understanding this property
15  was sold at a trustee's sale on October 20th, 2009?
16         A     Yes.
17         Q     As evidenced by the certified copy of the
18  trustee's deed upon sale?
19         A     Yes.
20         MR. NAVIS:  Plaintiff's 3 will be the
21  trustee's deed upon sale.
22         THE COURT:  Would you like to have Exhibit
23  3 marked?  Is there an Exhibit 3?
24         MR. NAVIS:  Yes, there is, and I'm sorry.
25         THE COURT:  Let's get that marked for
26  identification.
27         MR. NAVIS:  Thank you.
28  ///

```
 1              (Plaintiff's Exhibit 3 was
               marked for identification.)
 2

 3   BY MR. NAVIS:

 4          Q      There's an assessor's parcel number on that

 5   of 77 -- on the trustee's deed upon sale of 77-110-57?

 6          A      Yes.

 7          Q      And what does that address of that

 8   correspond to?

 9          A      117 Montgomery Road, Sebastopol,

10   California, 95472.

11          Q      What are you reading from?

12          A      I'm reading from a property detail report.

13          Q      Where did you -- was that from a --

14          A      It's from RealList, a program that I get

15   through my multiple listing service.

16          Q      How long have you been using this program

17   -- this database?

18          A      Probably 17 years.

19          Q      Have you found it to be accurate?

20          A      Yes.

21          Q      And it, in fact, does show that the -- that

22   assessor's parcel corresponds to the property address

23   that's being litigated today?

24          A      Yes.

25          Q      Is it your understanding that

26   Mr. Mazurowski is the former owner of the property?

27          A      Yes.

28          Q      And within three days after the service of
```

1    the notice to quit he didn't move out?

2         A    Yes.

3         Q    He's still living there?

4         A    Yes.

5         Q    Do you want him to move out?

6         A    Yes.

7         Q    Do you waive all monetary damages seeking

8    possession only?

9         A    Yes.

10        MR. NAVIS:  I don't have any further

11   questions, your Honor.

12        THE COURT:  Are there any questions you'd

13   like to ask of this witness, sir?

14        MR. MAZUROWSKI:  No, your Honor.

15        THE COURT:  Okay.  Very well, thank you.

16        MR. NAVIS:  My next witness will be

17   Mr. San Pedro.

18        THE COURT:  Mr. San Pedro, you're going to

19   have to come and sit up in the witness box.

20        THE WITNESS:  Okay.

21        THE COURT:  If you could state your name,

22   please, sir, and spell it?

23        THE WITNESS:  My full legal name is Jose

24   Carlos San Pedro.  J-o-s-e, C-a-r-l-o-s, S-a-n, P-e-d-r-o.

25        MR. NAVIS:  Your Honor, Plaintiff's 4, for

26   identification, will be a notice of default and election

27   to sell under deed of trust.

28        THE COURT:  Okay.  Would you like to get it

1    marked?

2                    MR. NAVIS:  Mr. Bailiff?  Thank you very

3    much.

4                    (Plaintiff's Exhibit 4 was
                    marked for identification.)
5

6    BY MR. NAVIS:

7            Q        Who's your employer?

8            A        IndyMac Mortgage Services, a division of

9    One West Bank.

10            Q        The former lender to the property?

11            A        IndyMac Bank.

12            Q        What is your job there?

13            A        I'm an assistant Vice President.

14            Q        What is your job responsibilities?

15            A        My responsibilities fall under home loan

16    servicing, everything with regard to customer service;

17    collections, foreclosure, bankruptcy, REO.

18            Q        And in that job in or about February of

19    last year --

20            A        We recorded a notice of default February

21    25th.

22            Q        2009?

23            A        2009.

24            Q        There's a declaration pursuant to CCP --

25    Civil Code 2923.5 at the last page of that.  Did you

26    review the records of IndyMac Bank regarding any

27    communication between IndyMac and Mr. Mazurowski regarding

28    his non-payment of his mortgage?

1    A    I did.

2    Q    And what did you find out?

3    A    I found that we haven't received a payment
4    from the borrower since May of 2008.  And since then we
5    have made -- or prior to foreclosure referral we made
6    about 85 phone calls to him where we were in constant
7    communication with the borrower to see what solutions we
8    could come to to avoid foreclose.

9    Q    What did Mr. Mazurowski tell you?

10    A    That he was a roofer; that business had
11    slowed.  From one month to the next there was always that
12    he was going to gain full-time employment of some type.
13    He was doing handyman jobs.  Um, right at the -- at the
14    initiation of his default, he indicated that his pet had
15    become ill.  He really wanted to keep his home, he just
16    didn't have the business to continue to do roofing.

17    Um, and so from June of 2008 all the way up
18    until we completed this declaration of -- to be in
19    compliance with Civil Code 2923-and-a-half, we tried to do
20    modifications; we tried to talk to him about doing any
21    type of repayment plans to get him back on board but --
22    just, his income wasn't sufficient.  There was too large a
23    deficit for us to be able to do my type of work out.

24    MR. NAVIS:  Thank you.  I have no further
25    questions.

26    THE COURT:  Any questions of this
27    gentleman?

28    MR. MAZUROWSKI:  Yes, sir.  I do, your

1    Honor.

2                    CROSS-EXAMINATION

3    BY MR. MAZUROWSKI:

4        Q        You said that you offered me modification

5    and tried to work it out.  Um, do you have any proof of

6    that with you?  Because I don't recollect that.

7        A        Right.  We have -- all I have with me are

8    notes regarding the call logs.  I have my laptop with me

9    that has the consolidated notes, all the mailings that we

10   sent you.  You inquired about Hope How.  We sent you a DVD

11   regarding that program.  For well over a year we tried to

12   do something with you.

13               As it stands, your payment is close to

14   4,000.  At best -- I think in your best month you made

15   $2,500 a month.  You just didn't have sustainable income

16   to approve a modification for you.  We reviewed

17   modifications for you.  We denied you for modifications

18   based on income.

19               Um, the reality of it is that, you know,

20   the numbers just didn't work for you to stay, you know, in

21   the house, and that's why we ultimately went to

22   foreclosure sale.

23        Q        You never did send an offer of

24   modification.

25        A        We sent you letters to apply for

26   modification.  We -- you know, we lead you to the website.

27   We discussed several times with you on the phone what

28   would be required to qualify, and several times it was

1    your understanding that -- you knew what was going to be

2    needed, which would be income, you know, to show

3    affordability for the home.

4           And, you know, time and time again you just

5    told us that -- next month, next month, next month.  It

6    was always next month.  As I've already mentioned to the

7    Court we have not received payment since May of 2008.  Um,

8    during the course of that time there's also been a

9    bankruptcy filing that was discharged.

10           THE COURT:  Any others questions?

11           MR. MAZUROWSKI:  Yes.

12    BY MR. MAZUROWSKI:

13        Q     As a representative of IndyMac and One West

14    Bank, did you happen to bring the original documents with

15    you today?

16           MR. NAVIS:  Objection; relevance.

17           THE COURT:  There's an objection on

18    relevance, and that is really not -- this whole subject

19    matter really is not relevant to the proceeding here

20    today.

21           MR. MAZUROWSKI:  Yes, your Honor.

22           THE COURT:  I mean, I heard what you said,

23    but it's really not relevant.  So I'll sustain that

24    objection.

25           MR. MAZUROWSKI:  I have no further

26    questions, your Honor.

27           THE COURT:  All right.

28           MR. NAVIS:  I don't have any further

1   questions.

2          THE COURT:  Okay.  Thank you.

3          MR. NAVIS:  I do request that Plaintiff's

4   exhibits be entered into evidence.

5          THE COURT:  Okay.  That's 1 through 4, is

6   it?

7          MR. NAVIS:  Yes, it is, your Honor.

8          THE COURT:  I haven't seen Exhibit 4.

9          Do you have that, sir?

10          THE WITNESS:  This one?

11          THE COURT:  Thank you.

12          Is there an objection to this?

13          MR. MAZUROWSKI:  Pardon me, your Honor?

14          THE COURT:  Well, I'm asking if there's an

15   objection to these being received in evidence.

16          MR. MAZUROWSKI:  Not to being received.  I

17   object to the facts presented by the witness.

18          THE COURT:  All right.  Exhibits 1 through

19   4 will be received.

20          (Plaintiff's Exhibits 1-4 were
             received into evidence.)
21

22          THE COURT:  Any other witnesses?

23          MR. NAVIS:  No, we rest, your Honor.

24   Request judgment for possession.  Thank you, your Honor.

25          THE COURT:  All right.

26          And, sir, this is your opportunity to

27   present your case.

28          MR. MAZUROWSKI:  Thank you, your Honor.

1   It's my contention that IMB REO LLC is not the rightful

2   owner.  It's never been proven that they have possession

3   or a stay in this.  I've been a victim of predatory

4   lending.  They changed the promissory note.  They endorsed

5   the promissory note to pay off the loan.  They

6   fragmentized and sold off the note.  They did not comply

7   with 2924 where they did not offer to refinance, and they

8   did not offer any form of modification.

9           MR. NAVIS:  I do object.  This is not

10   really -- I suppose it is testimony.

11           THE COURT:  It is testimony.

12           MR. NAVIS:  Half and half.

13           THE COURT:  Your objection is overruled.

14           MR. NAVIS:  Thank you, your Honor.

15           MR. MAZUROWSKI:  They do have to produce

16   the original document, and they are guilty of

17   counterfeiting by sending me copies of this and stating

18   that it's the original document.  It was an unlawful sale;

19   a fraudulent sale.  The seller cannot prove they have stay

20   in the property in order to lawfully foreclose and sell.

21   That's my contention, your Honor.  They shouldn't even be

22   here in this position.

23           THE COURT:  Exhibit 4 is the notice of

24   default and election to sell?

25           MR. NAVIS:  Correct, your Honor.

26           THE COURT:  Without a deed of trust?

27           MR. NAVIS:  That would be the notice of

28   default of the deed of trust.  It's not the deed of trust,

1   itself.  But I do have the deed of trust, if the Court

2   wishes it.

3           THE COURT:  Are you asking to reopen?

4           MR. NAVIS:  Um, well, if the Court needs

5   the deed of trust then, yes, I am.  My understanding is

6   that it would be going behind the foreclosure, itself.

7   However, if the Court wishes, I do request to reopen, and

8   I have a copy of the -- certified copy of the deed of

9   trust for the premises and offer it as Plaintiffs 5.

10          THE COURT:  Okay.  Plaintiff's 5.

11          MR. NAVIS:  Thank you, your Honor.

12          THE COURT:  Where's does it say compliant

13  with 2924?

14          MR. NAVIS:  Um, the compliance would be on

15  the trustee's deed upon sale --

16          THE COURT:  Where is that?

17          MR. NAVIS:  I think that would be my

18  Plaintiff's 3, I think.

19          THE COURT:  Here it is.  Okay.

20          The Court determines that Plaintiff is

21  entitled to judgment in this matter.  No damages, having

22  been waived.  Plaintiff shall receive immediate

23  restitution of the premises located at 117 Montgomery

24  Road, Sebastopol, California, 95472, in Sonoma County; and

25  a writ to issue, forthwith.

26          MR. NAVIS:  I have a judgment, your Honor.

27          THE COURT:  Okay.  Well, the judgment

28  doesn't reflect the status of the case -- I'm sorry, it

1   did.   My apologies.

2          All right.  I wish you the best of luck.

3          MR. MAZUROWSKI:  Your Honor, I'd ask if you

4   could stay your decision so I can have time to file an

5   appeal, please?

6          THE COURT:  Well, at this point I'm not

7   going to stay it.  They're entitled to get their

8   possession, so you need to file your papers and do what

9   you need to do.

10          MR. MAZUROWSKI:  Thank you, your Honor.

11          THE COURT:  All right.

12          (Proceedings concluded at 11:05 a.m.)

```
1    STATE OF CALIFORNIA    )
                            ) ss.
2    COUNTY OF SONOMA       )

3

4              CERTIFICATE OF SHORTHAND REPORTER

5

6              I, RENEE L. WHITNEY, RPR, CSR No. 11231, a

7    duly qualified and acting Official Shorthand Reporter of

8    the Superior Court of the State of California, in and for

9    the County of Sonoma, do hereby certify:

10             That on Tuesday, March 16, 2010, I reported

11   in shorthand writing the proceedings had in the case of

12   IMB REO LLC vs. ANTHONY MAZUROWSKI, Sonoma Superior Court

13   No. MCV-207806.

14             That I thereafter caused my said shorthand

15   writing to be transcribed into typewriting.

16             That the foregoing proceedings pages 1

17   through 20 constitute a full, true, correct and accurate

18   transcription of my said shorthand writing, and a correct

19   and verbatim record of the proceedings so had and taken,

20   as aforesaid.

21             Dated this 23rd day of March, 2010.

22

23

24             _____
               RENEE L. WHITNEY, RPR, CSR No. 11231
25             Official Shorthand Reporter
               County of Sonoma
26             State of California

27                         ---oOo---

28   *CERTIFICATION OF THIS TRANSCRIPT IS VALID ONLY WITH AN
     ORIGINAL SIGNATURE.
```

B104  (FORM 104)  (08/07)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

---

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property intem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record  special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

---

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP   4735 Jutland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys  for REO's appearing as attorneys of record for the trustees on the bond securitization packages. Glen N. Navis, John Debois, Alameda County Counsel - Raymond Lara

---

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

---

**CAUSE OF ACTION**  (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P.  Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

---

## NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property - other

**FRBP 7001(2) –  Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

---

- [✓] Check if this case involves a substantive issue of state law
- [✓] Check if a jury trial is demanded in complaint

- [✓] Check if this is asserted to be a class action under FRCP 23

Demand $

---

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

JOHN C. SAGINAW
Attorney Bar No. 67385
DOUG V. PHAM
Attorney Bar No. 216482
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612
(949) 854-2244

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SONOMA COUNTY – CIVIL DEPARTMENT JUDICIAL DISTRICT

| | |
|---|---|
| IMB REO LLC | CASE NO.: MCV207806 |
| Plaintiff, | **COMPLAINT IN UNLAWFUL DETAINER** |
| | LIMITED CIVIL JURISDICTION |
| vs. | POST-FORECLOSURE EVICTION |
| ANTHONY MAZUROWSKI; | AMOUNT DEMANDED DOES NOT |
| and DOES 1 through 100, inclusive | EXCEED $10,000 |
| | Property Address: |
| Defendant. | 117 MONTGOMERY RD |
| | SEBASTOPOL, CA 95472 |

Plaintiff IMB REO LLC ("IMB REO LLC") alleges as follows:

1. IMB REO LLC is now and at all times relevant was an entity qualified to commence this action.

2. The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are
unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.*
§ 415.46.

3. The property of which Plaintiff seeks possession is located at 117 MONTGOMERY RD,

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN
BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING
MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR
INFORMATIONAL PURPOSES ONLY.

SEBASTOPOL, CA 95472 (the "Premises").  Said Premises is located within this Superior Court Judicial District.

4.  Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a.  Plaintiff obtained title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

    A.  ANTHONY MAZUROWSKI executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 07/03/2007 in the Official Records of Sonoma County as Instrument Number 2007075120, which Deed of Trust encumbered the Premises.

    B.  Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to IMB REO LLC, pursuant to a Trustee's Deed Upon Sale recorded on or about 11/04/2009 in the Official Records of Sonoma County as Instrument Number 09-108186, a copy of which is attached hereto as Exhibit 'A' and incorporated herein by reference.

5.  Title is and has been perfected in IMB REO LLC on or around 11/04/2009.

6.  Plaintiff is informed, believes, and thereon alleges that Defendants ANTHONY MAZUROWSKI and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7.  Plaintiff is informed, believes, and based upon such information and belief, alleges that none of the Defendants herein is entitled to any protection under the terms of the Protecting Tenants at Foreclosure Act of 2009 ("PTFA"). To the extent such rights may exist, Plaintiff is informed, believes, and based upon such information and belief, alleges that it has complied with the terms of PTFA, and is entitled to possession of the subject Premises. Plaintiff is further informed, believes, and based on such information and belief, alleges that none of the Defendants herein constitutes a legitimate tenant under California law.

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

8. On or about 12/06/2009, Plaintiff caused to be served on Defendants ANTHONY MAZUROWSKI and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'B' and incorporated herein by reference.

9. The Notice expired at midnight on 12/09/2009, and since 12/10/2009 Plaintiff is and has been entitled to immediate possession of the Premises.

10. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;

2. For costs of suit; and

3. For such other and further relief as the Court deems appropriate.

Date: December _16_, 2009

Robert J. Jackson & Associates. Inc.

DOUG V. PHAM
Attorney for Plaintiff

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE. NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA6608                                    -3-

EXHIBIT "A"

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
IMB REO LLC
c/o ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA  91101

TDUS20090159902760

---

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE:  **$14.00**

RECORDED ON:  **November 4, 2009**

AS DOCUMENT NO:  **09-108186**

BY:  **s/ Peter Sar**

LSI TITLE COMPANY (CA)

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760      Title Order No.:  090102526-CA-MSI

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was          $579,702.09
3) The amount paid by the grantee at the trustee sale was        $332,853.58
4) The documentary transfer tax is N/A
5) Said property is in the city of  SEBASTOPOL
6) APN# 077-110-057-000

NDEX West, L.L.C. , as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

**IMB REO LLC**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of  SONOMA, State of California, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

TCUS  TrusteeDeedUponSale.rp (09/24/08) / Ver-18                                      Page 1 of 3

Trustee Sale No.: 20090159902760          Title Order No.: 090102526-CA-MSI

RECITALS:

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 06/29/2007 and executed by ANTHONY MAZUROWSKI Trustor(s), and Recorded on 07/03/2007 as Instrument No. 2007075120 of official records of SONOMA County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 10/20/2009. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being 332,853.58 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 11/02/2009

NDEx West, L.L.C., as Trustee


_____ Authorized Agent        11/2/2009
Randy Middleton                                          DATED

State of    TEXAS        }
County of   DALLAS       }

On _____ 11/2/2009 _____ before me, Jerry J. Howell _____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____        (Seal)

My commission expires: _____

JERRY J HOWELL
Notary Public
State of Texas
My Comm Exp: 02-20-2013

1113  TrusteeDeedUponSale.rpt (09/24/08) / Ver-18

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

## EXHIBIT "A"

BEGINNING AT A POINT IN THE CENTERLINE OF SEBASTOPOL TO FREESTONE COUNTY ROAD AS SHOWN ON THE MAP RECORDED IN BOOK 43 OF MAPS AT PAGES 45-51, INCLUSIVE, SONOMA COUNTY RECORDS, AT ITS INTERSECTION WITH THE EAST LINE OF THAT 2.02 ACRE PARCEL DESCRIBED IN THE DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS, BEING ALSO THE SOUTHWEST CORNER OF THE LANDS OF STONE, SAID POINT BEARS SOUTH 29° 58' 50" EAST, 25.8 FEET FROM A ¾" PIPE SET IN THE FENCE; THENCE FROM SAID POINT OF BEGINNING AND ALONG SAID CENTERLINE NORTH 70° 52' EAST (DEED SHOWN NORTH 70° 45' EAST, MAP SHOWS NORTH 71° 39' EAST) 35.26 FEET; THENCE ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 1600 FEET, A DISTANCE OF 160.17 FEET TO A POINT WHICH BEARS SOUTH 29° 42' 10" EAST, 21.8 FEET FROM A 4 BY 4 REDWOOD FENCE CORNER POST; THENCE LEAVING SAID CENTERLINE NORTH 29° 42' 10" WEST, 21.8 FEET TO A SAID 4 BY 4 REDWOOD FENCE POST; THENCE CONTINUING NORTH 29° 42' 10" WEST AND ALONG A FENCE LINE, 118.71 FEET TO A FENCE CORNER; THENCE ALONG A FENCE SOUTH 62° 42' 30" WEST, 58.78 FEET TO A FENCE CORNER; THENCE ALONG A FENCE LINE NORTH 31° 10' 50" WEST, 145.00 FEET TO A POINT WHICH BEARS SOUTH 31° 10' 50" EAST, 105.21 FEET FROM A ¾" IRON PIPE SET IN AN ANGLE POINT IN SAID FENCE, SAID PIPE BEING THE MOST EASTERLY CORNER OF THE AFORESAID DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE LEAVING SAID FENCE SOUTH 67° 08' 10" WEST, 134.37 FEET TO A POINT IN THE WESTERLY LINE OF SAID LANDS OF STONE, SAID POINT BEARS SOUTH 29° 58' 50" EAST, 15.00 FEET FROM A ¾" IRON PIPE AS DESCRIBED IN THE AFORESAID DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE ALONG SAID WESTERLY LINE 29° 58' 50" (DEED SHOWS SOUTH 30° 05' EAST) 259.49 FEET TO A ¾" IRON PIPE; THENCE CONTINUING SOUTH 29° 58' 50" EAST, 25.8 FEET TO THE POINT OF BEGINNING.

EXHIBIT "B"

# NOTICE TO VACATE PROPERTY

TO:    ANTHONY MAZUROWSKI &
       All occupants residing at
       117 MONTGOMERY RD
       SEBASTOPOL, CA 95472

   NOTICE IS HEREBY GIVEN THAT IMB REO LLC ("IMB REO LLC"), or its predecessor in interest, purchased the property located at 117 MONTGOMERY RD, SEBASTOPOL, CA 95472 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 7/03/2007 as Instrument Number 2007075120 in the Official Records of SONOMA County, and that title to the Premises is duly perfected in IMB REO LLC.

   NOTICE IS FURTHER GIVEN THAT:

   1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

   2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

   You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to IMB REO LLC through ROSALIE MARTINONO, its agent, who can be reached at 707-291-5057 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

   If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, IMB REO LLC will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

### (NOTICE HAS A SECOND PAGE)

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: December 4, 2009

Robert J. Jackson & Associates, Inc.

AMY E. STARRETT
Attorney for JMB REO LLC
OWCA6608

## TENANT INFORMATION

IF YOU ARE A TENANT of the prior owner, you must provide the following documents:

- A copy of your lease
- A return phone number and hours to reach you
- The receipt for the last six (6) payments made to the landlord for the residence

by mail, fax, or in person to:

Robert J. Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612

Fax: 949.892.1336

For any questions, please call 949.854.2244, Ext. 208

PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.

DISCLAIMER:
**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.**
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in
writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from
the current creditor or that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to
you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

**CAUTION:** Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the
Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this
disclaimer.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | (949) 854-2244 | |
| Irvine          CA          92612 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1834671   (HEARING) Date   Time   Dept | Case Number |
|---|---|
| | REFERENCE NO<br>OWCA5608 |

### PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

   3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:   ANTHONY MAZUROWSKI

ON:   12/6/2009        TIME OF DELIVERY:  3:40:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  117 Montgomery Rd
          Sebastopol          CA          95472          ON  12/6/2009

| 7a. Person Serving:   Jennifer          Bazemore | d. The fee for service was          $127.00<br>e. I am: |
|---|---|
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (1)          not a registered California process server<br>(3) X          registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:          181<br>(i) County:   MARIN |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Jennifer          Bazemore          X

12/8/2009                                                        SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

### PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | (949) 854-2244 | |
| Irvine              CA              92612 | | |
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | |

| 1835977       (HEARING) Date       Time       Dept | Case Number |
|---|---|
| | REFERENCE NO<br>OWCA6608 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:       ALL OCCUPANTS

ON:    12/6/2009       TIME OF DELIVERY:  3:40:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  117 Montgomery Rd<br>        Sebastopol              CA              95472              ON  12/6/2009

| | | | |
|---|---|---|---|
| 7a. Person Serving:       Jennifer              Bazemore | | d. The fee for service was<br>e. I am: | $0.00 |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | (1)       not a registered California process server:<br>(3) X     registered California process server:<br>        (i) Independent Contractor | |
| c. (714) 662-5555 | | (i) Registration No:                                            181<br>(i) County:   MARIN | |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Jennifer        Bazemore                    X

12/8/2009                                                                    SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

                                                                    CRC 982(A)(23)

## VERIFICATION

I, DOUG V. PHAM, declare:

    1.  I am an attorney duly licensed to practice before this court.

    2.  My office is located in Orange County, CA, and Plaintiff has no officers in said county who have any personal knowledge of this matter.

    3.  I have read the foregoing Complaint and know the contents thereof.  I am informed and believe the matters therein to be true and on that ground allege that the matters stated therein are true.

    I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct.

    Executed this _16th_ day of _December_, 2009 at Irvine, California.

_____
DOUG V. PHAM

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

Complaint in Unlawful Detainer
OWCA6608

-4-

| | |
|---|---|
| **SONOMA COUNTY SUPERIOR COURT, CIVIL DIVISION**<br>600 Administration Drive, Room 107-J<br>Santa Rosa, California 95403<br>(707) 521-6500<br>www.SonomaSuperiorCourt.com | FOR COURT USE ONLY<br>**F I L E D**<br>12/18/2009<br>Clerk of the Superior Court of California<br>County of Sonoma<br>By<br>*JC*<br>Deputy Clerk |
| **PLAINTIFF(S):** IMB REO LLC | |
| **DEFENDANT(S): ANTHONY MAZUROWSKI, Does 1-100** | CASE NUMBER:<br>MCV-207806 |

## NOTICE PURSUANT TO CODE OF CIVIL PROCEDURE §1161.2(c)

### TO ALL DEFENDANTS AND ALL OCCUPANTS:

An unlawful detainer complaint (eviction action) has been filed naming <u>ANTHONY MAZUROWSKI, Does 1-100</u> as defendant(s). The complaint was filed on December 17, 2009.

Access to the court file will be delayed for 60 days from the date of filing except to a party (any one of the persons named above as either PLAINTIFF or DEFENDANT), an attorney for one of the parties, or any other person (such as an occupant not named above) who **(1)** provides to the clerk the names of at least one plaintiff **and** one defendant in the action **and** provides to the clerk the address, including any applicable apartment, unit, or space number, of the subject premises, **or (2)** provides to the clerk the name of one of the parties in the action or the case number **and** can establish through proper identification that he or she lives at the subject premises.

Access to the court index, register of actions, or other records by any one other than such persons described in the above paragraph is not permitted until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause therefor.

The following telephone numbers may be called for legal services regarding this case:

| | | |
|---|---|---|
| **California Rural Legal Assistance**<br>**(707) 528-9941** | **Fair Housing of Sonoma County**<br>**(707) 579-5033** | **Petaluma People's Services Center**<br>(Petaluma residents only)<br>**(707) 765-8488** |
| **Legal Aid of Sonoma County**<br>**(707) 542-1290** | **Sonoma County Bar Association**<br>**(707) 542-1190** | |

---

**If you would like someone to help you talk to the other party about your dispute, you may call: RECOURSE MEDIATION SERVICES at (707) 525-8545** *M  i-5*

---

Case # MCV-207806

MISC-124 [October 1, 2001, Rev]                    NOTICE                    Code of Civil Procedure §1161.2 (c)

JOHN C. SAGINAW
Attorney Bar No. 67385
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700        Route To Imaging
Irvine, California 92612-2698
(949) 854-2244

Attorney for Plaintiff

# FILED

MAR 1 6 2010

Clerk of the Superior Court of California
County of Sonoma
By_____
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA – CIVIL DEPARTMENT JUDICIAL DISTRICT

| | |
|---|---|
| IMB REO LLC, | ) Case No.: MCV207806 |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| ANTHONY MAZUROWSKI; et al. | ) |
| | ) |
| Defendant. | ) **DATE:** March 16, 2010 |
| | ) **TIME:** 8:30 AM |
| | ) **DEPT.:** 15 |

This matter came on regularly for hearing in **Department** 15 of the above-entitled Court, the Honorable GARY NADLER , (Judge) (Commissioner) presiding. GLEN M. NAVIS specially appeared for Robert J. Jackson & Associates, Inc., Attorney for Plaintiff, Defendant ANTHONY MAZUROWSKI (appeared) (did not appear).

The default of All Occupants having been entered, and based upon the pleadings and evidence, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  Plaintiff IMB REO LLC recover from Defendant ANTHONY MAZUROWSKI, all tenants, subtenants, named claimants, and other occupants the restitution and possession of the property located at 117 MONTGOMERY RD, SEBASTOPOL CA 95472.

Dated: MAR 1 6 2010 _____          _____
                                                (JUDGE) (COMMISSIONER)
                                                GARY NADLER

Judgment (trial) OWCA6608                    - 1 -

# NOTICE TO VACATE PROPERTY

TO:    ANTHONY MAZUROWSKI &
          All occupants residing at
          117 MONTGOMERY RD
          SEBASTOPOL, CA 95472

     NOTICE IS HEREBY GIVEN THAT IMB REO LLC ("IMB REO LLC"), or its predecessor in interest, purchased the property located at 117 MONTGOMERY RD, SEBASTOPOL, CA 95472 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 7/03/2007 as Instrument Number 2007075120 in the Official Records of SONOMA County, and that title to the Premises is duly perfected in IMB REO LLC.

     NOTICE IS FURTHER GIVEN THAT:

     1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

     2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

     You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to IMB REO LLC through ROSALIE MARTINONO, its agent, who can be reached at 707-291-5057 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

     If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, IMB REO LLC will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

<u>**(NOTICE HAS A SECOND PAGE)**</u>

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE
TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE
EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S)
BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161,
1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90
day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.


Dated:  December 4, 2009                          Robert J. Jackson & Associates, Inc.

                                                  AMY E. STARRETT
                                                  Attorney for JMB REO LLC
                                                  OWCA6608



## TENANT INFORMATION

IF YOU ARE A TENANT of the prior owner, you must provide the following documents:

- A copy of your lease
- A return phone number and hours to reach you
- The receipt for the last six (6) payments made to the landlord for the
  residence

by mail, fax, or in person to:

Robert J. Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612

Fax:  949.892.1336

For any questions, please call 949.854.2244, Ext. 208

PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.

DISCLAIMER:

**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.**
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in
writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from
the current creditor **or** that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to
you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

**CAUTION:** Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the
Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this
disclaimer.

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**



**2009014685**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
02/20/2009 11:07 NTDF
RECORDING FEE: 14.00
PAID

**3**   PGS




DFF20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

<div align="center">

**IMPORTANT NOTICE**

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

</div>

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $46,972.97 as of 2/18/2009 and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

IMPORTANT NOTICE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

INDYMAC FEDERAL BANK FSB
c/o NDEx West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT:** NDEx West, LLC is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated 06/29/2007, executed by ANTHONY MAZUROWSKI, as Trustor, to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), as Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust. Including a Note(s)/ Unconditional Guaranty which had a principal amount of $490,500.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 5/1/2008 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES, IF ANY.

NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: 2/18/2009

NDEx West, LLC as Agent for Beneficiary

By: **Cheryl L. Asher**

ANTHONY MAZUROWSKI

### DECLARATION PURSUANT TO CAL. CIV. CODE SECTION 2923.5(b):

The undersigned mortgagee, beneficiary or authorized agent hereby declares under penalty of perjury, under the laws of the State of California, as follows:

☒    The mortgagee, beneficiary or authorized agent has contacted the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure in compliance with Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since the borrower was contacted.

☐    The mortgagee, beneficiary or authorized agent has tried with due diligence to contact the borrower to discuss the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by Cal. Civ. Code Section 2923.5. Thirty days or more have elapsed since these due diligence efforts were completed.

☐    The mortgagee, beneficiary or authorized agent was not required to comply with Cal. Civ. Code Section 2923.5 because:

    ☐    the borrower has surrendered the property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, trustee, beneficiary or authorized agent.

    ☐    the borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries.

    ☐    the borrower has filed for bankruptcy, and the proceedings have not yet been finalized.

INDYMAC FEDERAL BANK, FSB

Date:   2/17/2009                    By: _____

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009036278**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
04/21/2009 10:53 SBST    **2** PGS
RECORDING FEE: 11.00
PAID



SUB20090159902760

Space above this line for Recorder's use only

Trustee Sale No.: 20090159902760    Title Order No.: 090102526-CA-MSI

# SUBSTITUTION OF TRUSTEE

WHEREAS, ANTHONY MAZUROWSKI was the original Trustor, FINANCIAL TITLE COMPANY was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was the original Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust.; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, NDEx West, L.L.C., WHOSE ADDRESS IS: 15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: 4-1-09

State of Minnesota
County of Dakota

INDYMAC FEDERAL BANK FSB

Bethany Hood    Assistant Secretary

On 4-1-09 before me, Christine Sauere, Notary Public, personally appeared Bethany Hood who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: 1-31-14

Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

Page 1 of 1

NDEx West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone: (866) 795-1852
Telecopier: (972) 661-7800

## AFFIDAVIT

**TRUSTEE'S SALE NUMBER:**   20090159902760

I, Patrick De Jesus, the undersigned, a United States Citizen declare that:

**I am an employee, over the age of eighteen years, of**

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

**In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.**

**NDEx West, L.L.C., and/or NDEX**

_____                    _____April 2, 2009_____
Patrick De Jesus                                                        DATED
(Declarant)

State of    TEXAS       }
County of  DALLAS    }

On April 2, 2009 before me, Shane Russell McCaslin Notary Public, personally appeared Patrick De Jesus personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____   (Seal)

My commission expires: _____

Shane Russell McCaslin
Notary Public
State of Texas
My Comm. Exp. 04-11-2012



SBC20090159902760

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**



**2009108185**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
11/04/2009 10:57 ASGTTD      **1** PG
RECORDING FEE: 8.00
PAID



**\*ASSG20090159**
ASSG20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760    Title Order No.: 090102526-CA-MSI

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to IMB REO LLC all beneficial interest under that certain Deed of Trust dated **06/29/2007**, executed by **ANTHONY MAZUROWSKI**, as Trustor to FINANCIAL TITLE COMPANY, Trustee, and Recorded on **07/03/2007** as Instrument No. 2007075120 of Official Records in the County Recorder's office of **SONOMA** County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

10-26-09

ONEWEST BANK FSB

Suchan Murray          Authorized Signatory

State of ___Texas___ }

County of ___Travis___ }

NOTARY PUBLIC

Before me _____Mai Thao_____, the undersigned Notary Public, on this day personally appeared ___Suchan Murray___, who is the ___Authorized Signatory___ of ONEWEST BANK FSB, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _26_ day of _OCT_____, 2009.

My Commission Expires:

**6·15·2011**

Notary Public Signature

**Mai Thao**

Printed Name of Notary Public

CAASGNDOT.rpt - (01/25/08) / Ver-12

MAI LA THAO
Notary Public, State of Texas
My Commission Expires
June 15, 2011

Page 1 of 1

3¹

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009056421**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
06/10/2009 11:23 ASGTTD      **1**   PG
RECORDING FEE: 8.00
PAID



ASSG20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : **20090159902760**    Title Order No.: **090102526-CA-MSI**

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to ONEWEST BANK, FSB all beneficial interest under that certain Deed of Trust dated **06/29/2007**, executed by **ANTHONY MAZUROWSKI**, as Trustor to FINANCIAL TITLE COMPANY, Trustee, and **Recorded on 07/03/2007 as Instrument No. 2007075120** of Official Records in the County Recorder's office of SONOMA County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated                                        INDYMAC FEDERAL BANK, FSB

___5-18-09___

ERICA JOHNSON - SECK, VICE PRESIDENT

State of <u>Texas</u>              §

County of <u>Williamson</u>      §      

Before me___Kar   Haines___, the undersigned Notary Public, on this day personally appeared **ERICA JOHNSON-SECK**, who is the **VICE PRESIDENT** of **INDYMAC FEDERAL BANK, FSB**, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this <u>18</u> day of ___May___, 2009.

My Commission Expires:

___4-3-2013___

Notary Public Signature

Kar   Haines

Printed Name of Notary Public

KAL J. HAINES
Notary Public, State of Texas
My Commission Expires
April 03, 2013

NDEx West, L.L.C
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone:  (866) 795-1852
Telecopier:  (972) 661-7800

## AFFIDAVIT

**TRUSTEE'S SALE NUMBER:**   20090159902760

**I,** Patrick De Jesus, **the undersigned, a United States Citizen declare that:**

**I am an employee, over the age of eighteen years, of**

NDEx West, L.L.C., and/or NDEX,

**whose business address is:**

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

**In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.**

**NDEx West, L.L.C., and/or NDEX**

_____          _____April 2, 2009_____
Patrick De Jesus                                                    DATED
**(Declarant)**

State of     TEXAS      }
County of   DALLAS    }

On April 2, 2009 before me, Shane Russell McCaslin Notary Public, personally appeared Patrick De Jesus personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____

Shane Russell McCaslin
Notary Public
State of Texas
My Comm. Exp. 04-11-2012



SBC20090159902760

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009036278**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
04/21/2009 10:53 SBST
RECORDING FEE: 11.00
PAID

**2** PGS



SUB20090159902760

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760    Title Order No.: 090102526-CA-MSI

# SUBSTITUTION OF TRUSTEE

WHEREAS, ANTHONY MAZUROWSKI was the original Trustor, FINANCIAL TITLE COMPANY was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) was the original Beneficiary Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the Office of the Recorder of SONOMA County, California, as more fully described on said Deed of Trust.; and WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said prior Trustee.

NOW, THEREFORE, the undersigned hereby substitutes, NDEx West, L.L.C., WHOSE ADDRESS IS: 15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: 4-1-09

State of    Minnesota    }
County of    Dakota    }

INDYMAC FEDERAL BANK FSB

Bethany Hood    Assistant Secretary

On 4-1-09    before me, Christine Sauere    , Notary Public, personally appeared Bethany Hood    who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: 1-31-14

Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

FCUS_SubstituteOfTrustee.rpt - 12/28/2007 - Ver-24

Page 1 of 1

Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852



**2009049986**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
05/26/2009 11:12 NTTS
RECORDING FEE: 8.00
PAID

1 PG


NOTS20090159902760

Space above this line for Recorder's use only

Trustee Sale No.: 20090159902760        Title Order No.: 090102526-CA-MSI        FHA/VA/PMI No.:

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 06/29/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

NDEx West, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 07/03/2007 as Instrument No. 2007075120 of official records in the office of the County Recorder of SONOMA County, State of CALIFORNIA.

EXECUTED BY:    ANTHONY MAZUROWSKI,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE:    06/10/2009        TIME OF SALE:    11:30 AM
PLACE OF SALE:    AT THE ADMINISTRATION DRIVE ENTRANCE TO THE ADMINISTRATION BUILDING, 575 ADMINISTRATION DRIVE, SANTA ROSA, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
9662 BODEGA HWY AKA 117, MONTGOMERY, SEBASTOPOL, CALIFORNIA 95472
APN#:        077-110-057-000

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $553,498.51. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
**AGENCY SALES & POSTING**
3210 EL CAMINO REAL, SUITE 200
IRVINE, CA 92602
714-730-2727
www.lpsasap.com

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NDEx West, L.L.C. as Authorized Agent

_____    Dated: 05/21/2009

BY: Randy Middleton

FCUS_NoticeOfTrusteeSale.rpt - Record - 01/09/2009 - Ver-20

Page 1 of 1

Recording requested by:
**NDEx West, L.L.C.**
**15000 Surveyor Boulevard, Suite 500**
**Addison, Texas 75001-9013**

When Recorded Mail to and Mail Tax Statement to:
IMB REO LLC
c/o ONEWEST BANK, FSB
888 E. WALNUT STREET
PASADENA, CA 91101



GENERAL PUBLIC
11/04/2009 10:57 TDEED
RECORDING FEE: 14.00
PAID

**2009108186**
OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
**3** PGS



TDUS20090159902760

---

Space above this line for Recorder's use only

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was          $579,702.09
3) The amount paid by the grantee at the trustee sale was          $332,853.58
4) The documentary transfer tax is N/A
5) Said property is in the city of **SEBASTOPOL**
6) APN# **077-110-057-000**

NDEX West, L.L.C. , as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

   **IMB REO LLC**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of  SONOMA, State of California, described as follows:

   SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

**RECITALS:**

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **06/29/2007** and executed by **ANTHONY MAZUROWSKI** Trustor(s), and **Recorded on 07/03/2007** as **Instrument No. 2007075120** of official records of **SONOMA** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on **10/20/2009**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **332,853.58** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 11/02/2009

NDEx West, L.L.C., as Trustee

_____ Authorized Agent
Randy Middleton

11/2/2009
DATED

State of     TEXAS     }
County of   DALLAS   }

On _____ 11/2/2009 _____ before me, **Jerry J. Howell** _____ Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____ (Seal)

My commission expires: _____

JERRY J. HOWELL
Notary Public
State of Texas
My Comm. Exp. 02-20-2013

FCUS_TrusteeDeedUponSale.rpt- (09/24/08) / Ver-18

Trustee Sale No. : 20090159902760          Title Order No.: 090102526-CA-MSI

## EXHIBIT "A"

BEGINNING AT A POINT IN THE CENTERLINE OF SEBASTOPOL TO FREESTONE COUNTY ROAD AS
SHOWN ON THE MAP RECORDED IN BOOK 43 OF MAPS AT PAGES 45-51, INCLUSIVE, SONOMA COUNTY
RECORDS, AT ITS INTERSECTION WITH THE EAST LINE OF THAT 2.02 ACRE PARCEL DESCRIBED IN
THE DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS, BEING ALSO THE SOUTHWEST
CORNER OF THE LANDS OF STONE, SAID POINT BEARS SOUTH 29° 58' 50" EAST, 25.8 FEET FROM A ¾"
PIPE SET IN THE FENCE; THENCE FROM SAID POINT OF BEGINNING AND ALONG SAID CENTERLINE
NORTH 70° 52' EAST (DEED SHOWN NORTH 70° 45' EAST, MAP SHOWS NORTH 71° 39' EAST) 35.26 FEET;
THENCE ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 1600 FEET, A DISTANCE OF 160.17 FEET
TO A POINT WHICH BEARS SOUTH 29° 42' 10" EAST, 21.8 FEET FROM A 4 BY 4 REDWOOD FENCE
CORNER POST; THENCE LEAVING SAID CENTERLINE NORTH 29° 42' 10" WEST, 21.8 FEET TO A SAID 4
BY 4 REDWOOD FENCE POST; THENCE CONTINUING NORTH 29° 42' 10" WEST AND ALONG A FENCE
LINE, 118.71 FEET TO A FENCE CORNER; THENCE ALONG A FENCE SOUTH 62° 42' 30" WEST, 58.78 FEET
TO A FENCE CORNER; THENCE ALONG A FENCE LINE NORTH 31° 10' 50" WEST, 145.00 FEET TO A POINT
WHICH BEARS SOUTH 31° 10' 50" EAST, 105.21 FEET FROM A ½" IRON PIPE SET IN AN ANGLE
POINT IN SAID FENCE, SAID PIPE BEING THE MOST EASTERLY CORNER OF THE AFORESAID DEED
RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE LEAVING SAID FENCE SOUTH 67°
08' 10" WEST, 134.37 FEET TO A POINT IN THE WESTERLY LINE OF SAID LANDS OF STONE, SAID POINT
BEARS SOUTH 29° 58' 50" EAST, 15.00 FEET FROM A ¾" IRON PIPE AS DESCRIBED IN THE AFORESAID
DEED RECORDED IN BOOK 395 AT PAGE 404, OFFICIAL RECORDS; THENCE ALONG SAID WESTERLY
LINE 29° 58' 50" (DEED SHOWS SOUTH 30° 05' EAST) 259.49 FEET TO A ¾" IRON PIPE; THENCE
CONTINUING SOUTH 29° 58' 50" EAST, 25.8 FEET TO THE POINT OF BEGINNING.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT NORTHERN | DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: RAYMOND L. DOBARD | Case Number 99-34016 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**FILED**

JUL 0 7 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

THIS SPACE IS FOR COURT USE ONLY

Name of Creditor (The person or other entity to whom the debtor owes money or property):
CHALEDEEANNKA DOC PPR GoVen

Name and address where notices should be sent:
CHALEDEEANNKA DOC PRPR
1853 9th Ave Lower
Oakland Ca 94606
Telephone number: 510-836-0760

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: 3672

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)            (date)

2. **Date debt was incurred:** June 23, 2004

3. **If court judgment, date obtained:** To Be Amended

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☒ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate    ☐ Motor Vehicle    ☐ Other
Value of Collateral: $ 414,000.00

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 290,000.00 960 B Str Berkeley Ca

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ _____ 414,000.00 _____ 0.00
   (unsecured)    (secured)    (priority)    (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 7/8/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Chaledeeannka Deborah Gayon Bell |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

American LegalNet, Inc.
www.USCourtForms.com

JOHN C. SAGINAW
Attorney Bar No. 67385
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612-2698
(949) 854-2244

Route To Imaging

# FILED

MAR 1 6 2010

Clerk of the Superior Court of California
County of Sonoma
By_____
Deputy Clerk

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA – CIVIL DEPARTMENT JUDICIAL DISTRICT

| | |
|---|---|
| IMB REO LLC, | ) Case No.: MCV207806 |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| ANTHONY MAZUROWSKI; et al. | ) |
| | ) **DATE:** March 16, 2010 |
| Defendant. | ) **TIME:** 8:30 AM |
| | ) **DEPT.:** 15 |

This matter came on regularly for hearing in **Department** 15 of the above-entitled Court, the Honorable GARY NADLER , (Judge) ~~(Commissioner)~~ presiding. GLEN M. NAVIS specially appeared for Robert J. Jackson & Associates, Inc., Attorney for Plaintiff, Defendant ANTHONY MAZUROWSKI (appeared) ~~(did not appear)~~.

The default of All Occupants having been entered, and based upon the pleadings and evidence, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Plaintiff IMB REO LLC recover from Defendant ANTHONY MAZUROWSKI, all tenants, subtenants, named claimants, and other occupants the restitution and possession of the property located at 117 MONTGOMERY RD, SEBASTOPOL CA 95472.

Dated: **MAR 1 6 2010** _____

_____
(JUDGE) (COMMISSIONER)
GARY NADLER

Judgment (trial) OWCA6608

Proof of Service by Mail

I certify that I am an employee of the Superior Court of California, County of Sonoma, and that my business address is 600 Administration Drive, Room 107-J, Santa Rosa, California 95403; that I am not a party to this cause; that I am over the age of 18 years; that I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that on the date shown below I placed a true copy of the Notice Pursuant to CCP 1161.2, in an envelope, sealed and addressed as shown below, for collection and mailing at Santa Rosa, California, first class, postage fully prepaid, following ordinary business practices.

Date: 12/18/2009

JOSÉ OCTAVIO GUILLÉN

COURT EXECUTIVE OFFICER,

by _____

IVONNE COTTO,
DEPUTY CLERK

-Addressees-

ALL OCCUPANTS
117 MONTGOMERY RD
SEBASTOPOL, CA 95472

ANTHONY MAZUROWSKI
117 MONTGOMERY RD
SEBASTOPOL, CA 95472

B104  (FORM 104)  (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property in rem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking  ( )
Pite Duncan LLP  4735 Jutland, San Diego, CA (   )
Sara Kistler USDOJ Region 17 (   )
Special Appearing Attorneys  for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

[✓] Debtor          [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor        [ ] Trustee          [ ] Other

**PARTY** (Check One Box Only)

[✓] Debtor          [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor        [ ] Trustee          [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[X] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
[X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[X] 71 - Injunctive relief - imposition of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
[X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [✓] Check if this case involves a substantive issue of state law | [✓] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [✓] Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

ORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT _NORTHEN_ DISTRICT OF _CALIFORLIA_ | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
_KAMAAL Roman GOYENS_

**Case Number**
_09-72390-EDS-15_

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

_AFFiLiATED BROKERS_

**Name and address where notices should be sent:**
_HAL HutcheNS_
_3630 35th AVE_
_OAKLAND, CA 94619_
**Telephone number:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☑ Check box if the address differs from the address on the envelope sent to you by the court.

*ORIGINAL FILED*
*FEB 02 2010*
*BANKRUPTCY COURT*
*OAKLAND, CALIFORNIA*

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**
_A.P.N   004-0015-015_

Check here ☐ replaces    a previously filed claim, dated:_____
if this claim ☐ amends

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other _REAL ESTATE_

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:**
_1-20-2010_

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:  $ _____**
_____          _____          _____          _____
(unsecured)      (secured)        (priority)       (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
  ☐ Other _____

Value of Collateral:  $ _0_
_SEE Attachment 1_
Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ _____

**6. Unsecured Nonpriority Claim  $ _____**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority  $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**Date**
_1-30-2010_

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Lisa Morris_   _LISA MORRIS_

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

The Following Case files are applicable to this case also / Proof of claim

09-70509-EDJ-13

09-72390-EDJ-13

05-cv-07097-

05-32521

10-4019

10-4020

10-4021

09-4560

06-3063

99-34016

06-3129

06-3130

09-23690

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

**SUM-130**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LISA MORRIS, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PROPERTY ASSET MANAGEMENT, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**"BY FAX"**

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
   1225 FALLON STREET
   OAKLAND, CA 94612
   RENE C. DAVIDSON COURTHOUSE  LIMITED CIVIL CASE

   **CASE NUMBER**
   *(Número del Caso):*
   **09470444**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléphono del abogado del demandante, o del demandante que no tiene abogado, es):*
   DAVID R. ENDRES, APC (CA Bar No. 123564)       (530) 750-3700
   THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION   (530) 750-3344
   2121 2ND STREET, SUITE C105
   DAVIS, CA 95618

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:
*(Fecha)*  AUG 2 5 2009        Pat S. Sweeten          Clerk, by  Tasha Perry        , Deputy
                                                        *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunt corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)            ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 2

**SUMMONS—UNLAWFUL DETAINER–EVICTION**

Code of Civil Procedure, §§ 412.20,41
5.456.1.167
www.courtinfo.ca.gov


COPY

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
2121 2ND STREET, SUITE C105
DAVIS, CA  95618

TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR *(Name)*: PLAINTIFF

*FOR COURT USE ONLY*

AUG 9 2009

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA  94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME: PROPERTY ASSET MANAGEMENT INC, v. LISA MORRIS, and DOES 1-5

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RG 09470444 |
|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: ONE
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: AUGUST 17, 2009

DAVID R. ENDRES, APC
*(TYPE OR PRINT NAME)*                    ▶ *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Legal Solutions CA Plus

"BY FAX"

COPY

PLAINTIFF *(Name):*    PROPERTY ASSET MANAGEMENT INC.

DEFENDANT *(Name):*  LISA MORRIS

CASE NUMBER:

6. c. [X] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [X] other *(specify):* ALL UNKNOWN OCCUPANTS

  d. [ ] The agreement was later changed as follows *(specify):*

  e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. [ ] *(For residential property)* A copy of the written agreement is not attached because *(specify reason):*
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant *(name each):* LISA MORRIS, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other *(specify):*
  b. (1) On *(date):* AUGUST 11, 2009    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on *(date):*
    (2) [ ] by leaving a copy with *(name or description):*
    a person of suitable age and discretion, on *(date):*    at defendant's
    [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence on *(date):*    because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on *(date):* AUGUST 6, 2009  [X] ~~AND giving a copy to a person found residing at the premises~~ AND mailing a copy to defendant at the premises on *(date):* AUGUST 6, 2009
    (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
    (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
  b. [ ] *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

**COMPLAINT—UNLAWFUL DETAINER**

## VERIFICATION

I, the undersigned, declare:

I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT, INC., a party to this action. Such is absent from the county where I or such attorneys have their offices and is unable to verify the document described above. For that reason, I am making this verification for and behalf of that party. I am informed and believe and on that basis allege that the matters stated in said document are true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of August, 2009, at Davis, California.


By: _____
David R. Endres, Attorney at Law

"BY FAX"

**4**

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **LISA MORRIS**
ADDRESS:    **1056 10TH Street, OAKLAND, CA 94607**

[   ] 1. PERSONAL SERVICE          By delivering a copy of the Notice(s) to each of the above personally:
                                   (1) on:
                                   (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice(s) as authorized by
                                   C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                   manner set forth below:

    [ X ] By posting a copy for each of the above named parties on **8/6/2009 at 6:10 PM** in a conspicuous place on the property;

    [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **August 6th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

    [   ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                **Granville Smith**
b. Address:             **304 12th St, Suite 4A, Oakland, CA 94607**
c. Telephone number:    **510-832-0701**
d. The fee for service was:    **$89.50**
e. I am:
    (1) [   ] not a registered California process server.
    (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i)  [   ] owner   [   ] employee   [ X ] independent contractor
        (ii) [ X ] Registration No.:   **1014**
        (iii)[ X ] County:   Alameda

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

[   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  8/7/2009

_____
**Granville Smith**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

"BY FAX"

---

**PROOF OF SERVICE**                                   Page 1 of 1

Order No. 6007189 SEA FIL

# Exhibit 3

| PLAINTIFF *(Name):* PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* LISA MORRIS, and DOES 1-5 | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:  Perjury is a felony punishable by imprisonment in the state prison.**

Date:

. . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME)                                    ▶                    (SIGNATURE OF CLAIMANT)

**"BY FAX"**

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.  At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE** if all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.  *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]            **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**            Page two

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LISA MORRIS, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PROPERTY ASSET MANAGEMENT, INC.

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

"BY FAX"

1.  The name and address of the court is:
    *(El nombre y dirección de la corte es):*
    SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
    1225 FALLON STREET
    OAKLAND, CA 94612
    RENE C. DAVIDSON COURTHOUSE  LIMITED CIVIL CASE

    CASE NUMBER:
    *(Número del Caso):*  09470444

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
    *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
    DAVID R. ENDRES, APC (CA Bar No. 123564)                    (530) 750-3700
    THE ENDRES LAW FIRM, A PROFESIONAL CORPORATION              (530) 750-3344
    2121 2ND STREET, SUITE C105
    DAVIS, CA 95618

3.  (Must be Answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:
*(Fecha)*  AUG 2 5 2009        Pat S. Sweeton    Clerk, by  Tasha Perry  , Deputy
                                                  *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4.  NOTICE TO THE PERSON SERVED: You are served
    a.  ☐ as an individual defendant.
    b.  ☐ as the person sued under the fictitious name of (specify):
    c.  ☐ as an occupant
    d.  ☐ on behalf of (specify):
        under:  ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
                ☐ CCP 416.20 (defunt corporation)    ☐ CCP 416.70 (conservatee)
                ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
                ☐ CCP 416.46 (occupant)              ☐ other (specify):
5.  ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS–UNLAWFUL DETAINER–EVICTION

Page 1 of 2

Code of Civil Procedure, §§ 412.20,41
5.436.1 167
www.courtinfo.ca.gov

COPY

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
2121 2ND STREET, SUITE C105
DAVIS, CA 95618

FOR COURT USE ONLY

TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR *(Name):* PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME: PROPERTY ASSET MANAGEMENT INC., v. LISA MORRIS, and DOES 1-5

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER 09470444 |
|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* ONE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: AUGUST 17, 2009
DAVID R. ENDRES, APC
(TYPE OR PRINT NAME)                    ▶    *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Legal Solutions Plus
Page 1 of 2
Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

"BY FAX"

COPY

| PLAINTIFF *(Name)*: PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: LISA MORRIS | |

6. c. [X] The defendants not named in item 6a are
    (1) [ ] subtenants.
    (2) [ ] assignees.
    (3) [X] other *(specify)*: ALL UNKNOWN OCCUPANTS

  d. [ ] The agreement was later changed as follows *(specify)*:

  e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
    and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. [ ] *(For residential property)* A copy of the written agreement is not attached because *(specify reason)*:
    (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant *(name each)*: LISA MORRIS, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other *(specify)*:
  b. (1) On *(date)*: AUGUST 11, 2009    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.
  c. All facts stated in the notice are true.
  d. [X] The notice included an election of forfeiture.
  e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc.,
    § 1166.)*
  f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different
    manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by
    items 7a–e and 8 for each defendant.)*

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on *(date)*:
    (2) [ ] by leaving a copy with *(name or description)*:
    a person of suitable age and discretion, on *(date)*:    at defendant's
    [ ] residence [ ] business AND mailing a copy to defendant at defendant's place of residence on
    *(date)*:    because defendant cannot be found at defendant's residence or usual
    place of business.
    (3) [X] by posting a copy on the premises on *(date)*: AUGUST 6, 2009 [X] AND giving a copy to a person found
    residing at the premises AND mailing a copy to defendant at the premises on
    *(date)*: AUGUST 6, 2009
    (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
    (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail
    addressed to defendant on *(date)*:
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written
    commercial lease between the parties.
  b. [ ] *(Name)*:
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

1

## VERIFICATION

2       I, the undersigned, declare:

3       I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4       I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT, INC.,

5 a party to this action. Such is absent from the county where I or such attorneys have their offices and

6 is unable to verify the document described above. For that reason, I am making this verification for

7 and behalf of that party. I am informed and believe and on that basis allege that the matters stated

8 in said document are true and correct.

9       I declare under penalty of perjury under the laws of the State of California that the foregoing

10 is true and correct.

11       Executed this 17th day of August, 2009, at Davis, California.

12

13

14                     By:

15                   David R. Endres, Attorney at Law

16

17

18

19

20

21

22

23

24

25

26

27

28

"BY FAX"

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **LISA MORRIS**
ADDRESS:    **1056 10TH Street, OAKLAND, CA 94607**

[  ] 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:
                            (1) on:
                            (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice(s) as authorized by
                                C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                manner set forth below:

   [ X ] By posting a copy for each of the above named parties on **8/6/2009** at **6:10 PM** in a conspicuous place
   on the property;

   [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
   (date): **August 6th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid,
   addressed to each said party at their place where the property is situated or,

   [  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a.  Name:    **Granville Smith**
b.  Address:    **304 12th St, Suite 4A, Oakland, CA 94607**
c.  Telephone number:    **510-832-0701**
d.  The fee for service was:    **$89.50**
e.  I am:
   (1) [  ] not a registered California process server.
   (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ] registered California process server:
      (i) [  ] owner    [  ] employee    [ X ] independent contractor
      (ii) [ X ] Registration No.:    **1014**
      (iii) [ X ] County:    **Alameda**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  8/7/2009

_____
**Granville Smith**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

"BY FAX"

-  -  -  -  -  -    **PROOF OF SERVICE**    Page I of I

Order No. 6007189 SEA FIL

# Exhibit 3

| PLAINTIFF (Name): PROPERTY ASSET MANAGEMENT INC. | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): LISA MORRIS, and DOES 1-5 | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . .    ►
(TYPE OR PRINT NAME)                                              (SIGNATURE OF CLAIMANT)

"BY FAX"

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE** if all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Page two

B104  (FORM 104)  (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

---

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defendants filed nationwide involving transfer of property inrem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record  special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

---

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking (   )
Pite Duncan LLP   4735 Juiland, San Diego, CA (   )
Sara Kisler USDOJ Region 17 (   )
Special Appearing Attorneys  for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

---

**PARTY** (Check One Box Only)

[✓] Debtor          [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor        [ ] Trustee          [ ] Other

**PARTY** (Check One Box Only)

[✓] Debtor          [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor        [ ] Trustee          [ ] Other

---

**CAUSE OF ACTION**  (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957. Also 11 USC 362 through 1300 et seq and the SEC.

---

## NATURE OF SUIT

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[X] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
[X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[X] 71 - Injunctive relief - imposition of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
[X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

---

[✓] Check if this case involves a substantive issue of state law

[✓] Check if this is asserted to be a class action under FRCP 23

[✓] Check if a jury trial is demanded in complaint

Demand $

---

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

FROM                                    (WED)NOV 26 2008 16:43/ST. 16:40/No. 7522531344 P  3

**PITE**
**DUNCAN**
LLP

_San Diego_
Steven W. Pite CA/HI/WA
John D. Duncan CA/WA
Peter J. Salmon
CA/HI/UT/WA
David E. McAlister
AZ/CA/HI/OH/UT/WA

Michelle A. Mierzwa CA
Rochelle L. Stanford
AZ/CA/NV/WA
Josephine E. Salmon
AK/AZ/CA/NV
Lauryl L. Hawley
AZ/CA/ID/NV
Daniel R. Cortez CA/TX
Eddie H. Jimenez CA/HI/TX
Susan G. Pirie AK/CA/WA
Douglas A. Toleno AZ/CA
Cuong M. Nguyen CA/HI
Casper J. Rankin CA
Charles A. Correia CA
Meladie A. Wilson CA
Brian A. Paino CA/HI
Christopher M. McDermott
CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Parisa Sadeghianazadeh CA
Tracy D. Maley TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Alyssa K. McCorkle AZ/CA
Caroline M. Robert CA
Gevell M. Anderson CA
Allen Che CA/HI
Jose A. Correia CA

_Malibu - Redondo_
4375 Jutland Drive, Suite 200
P.O. Box 17953
San Diego, CA 92177-0935

_Malibu - Debtors_
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934

Ph: (858) 750-7600
Fax: (619) 590-1385

_Orange County_
Steven J. Nataani CA
Steven A. Ogilbaye CA
Kerry W. Franich CA/NV
Elena J. Maleki CA
Bryan T. Brown NV
Michael A. Fox CA

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 395-3915
Fax: (714) 285-3948

_Arizona Office_
Charles L. Firetto
Phoenix, AZ

_Hawaii Office_
David B. Rosen
Honolulu, HI

_Washington Office_
Seattle, WA

_Texas Office_
William F. Werner, Jr.
San Antonio, TX

November 20, 2008

Francis H. Alingas and
3331 Martin Luther King Jr. Way
Oakland, CA 94609
All Occupants of the Premises

RE:  Rent Payments

Dear Occupant:

Please be advised that a foreclosure sale took place on the above-referenced property on June 20, 2008.  As a result of the foreclosure sale, Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-76 Mortgage Pass-Through Certificates Series 2005-76 is now the owner of the property (enclosed please find a copy of the recorded Trustee's Deed Upon Sale).  If you occupy the property as a tenant or subtenant, you may under certain circumstances have the option of remaining as a tenant or subtenant, as long as you continue to make your rental payments timely and comply with the provisions of your lease or rental agreement.  If you fall under certain guidelines, we also may be able to offer a "cash for keys" incentive in exchange for your voluntary move out.  If you are not a tenant or subtenant, in accordance with local rent control laws, you may be subject to eviction.  You may want to confer with your own legal advisor to determine what your legal rights may be.

To help us determine your status as a tenant or a subtenant:  PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING INFORMATION WITHIN TEN (10) DAYS OF THE DATE OF THIS LETTER.

I.      Current names of all tenants or subtenants occupying the premises.
II.     Copy of your lease or rental agreement under which you claim the right to occupy the premises.
III.    Amount of your monthly rental payment as per your rental agreement.
IV.     Proof of your rent payment (i.e., receipts, cancelled checks, Money order receipts, etc. indicating rent paid).
V.      Work and home telephone number.
VI.     Mailing address if different from the above address.

If you want to remain living in the premises — What you need to do:  If you qualify for the protections of the Oakland Rent Stabilization Ordinance, you need to do the following:

1.      Please mail to the address below, for the new owner's benefit, your first rent payment. Please send a certified check or money order.   Make the checks payable to Pite Duncan, LLP Trust Account.

2.      To determine how much you need to pay, look at the first date your rent was due after (the foreclosure date) and count the number of payments due through the first day of this month.

3.      To remain as a tenant or subtenant, you must also continue to make your payments timely to the new owners.  Your rent will be due and payable by the 1st of every month, beginning with the Payment due on December 15, 2008..

4.      Your payments should be sent directly to the following address:

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii

**PITE DUNCAN, LLP**
**ATTN: EVICTION DEPT.**
**RE: FILE NO. 000035-011517**
**P.O. BOX 12289**
**EL CAJON, CALIFORNIA 92022-2289**

****Remember, providing the above-requested information and your rent payments are very important****

If you have any questions regarding the above-information, please contact Ashley at (619) 590-1300.

Dated: November 20, 2008

PITE DUNCAN, LLP

Ashley Balley for
ARIANNA BLACK

FROM

(WED)NOV 26 2008 16:44/ST. 16:40/No. 7522531344 P 7

TS No. 08-13043

Title Order No. 08-8-069579

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/20/2008. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 293,250.00.

DATE:    June 20, 2008

RECONTRUST COMPANY

BY:    _Abraham Bartanian_
Abraham Bartanian, Assistant Secretary

State of California    )

County of Ventura    )

On _JUL 17 2008_ _____ before me, Katherine L. Breeden, notary public, personally appeared Abraham Bartanian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Katherine L Breeden_ _____ (Seal)
Katherine L. Breeden



Form trustdeed (01/02)

FROM                                    (WED) NOV 26 2008 16:44/ST. 16:40/No. 7522531344 P 8

## EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF OAKLAND, COUNTY OF ALAMEDA AND IS DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHERN LINE OF 34TH STREET WITH THE WESTERN LINE OF GROVE STREET, AND RUNNING THENCE WESTERLY ALONG THE SOUTHERN LINE OF 34THE STREET, 117.10 FEET, THENCE SOUTHERLY, PARALLEL WITH THE WESTERN LINE OF GROVE STREET, 36.19 FEET, THENCE AT RIGHT ANGLES EASTERLY 116.56 FEET TO SAID WESTERN LINE OF GROVE STREET: THENCE NORTHERLY ALONG THE LAST NAMED LINE, 25 FEET TO THE POINT OF BEGINNING.

PAGE 4

B104  (FORM 104)  (08/07)

# ADVERSARY PROCEEDING COVER SHEET
## (Instructions on Reverse)

| ADVERSARY PROCEEDING NUMBER (Court Use Only) |
| --- |

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388883 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property inrem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4375 Jutland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**PARTY** (Check One Box Only)

- [✓] Debtor
- [ ] Creditor
- [ ] U.S. Trustee/Bankruptcy Admin
- [ ] Trustee
- [ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957.  Also 11 USC 362 through 1300 et seq and the SEC.

## NATURE OF SUIT

(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [ ] 11 - Recovery of money/property - § 542 turnover of property
- [ ] 12 - Recovery of money/property - § 547 preference
- [X] 13 - Recovery of money/property - § 548 fraudulent transfer
- [ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
- [X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
- [ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61 - Dischargeability - § 523(a)(5), domestic support
- [ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
- [ ] 63 - Dischargeability - § 523(a)(8), student loan
- [ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [X] 71 - Injunctive relief - imposition of stay
- [ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
- [ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
- [ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
- [X] 01 - Determination of removed claim or cause

**Other**
SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
- [ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

- [✓] Check if this case involves a substantive issue of state law
- [✓] Check if a jury trial is demanded in complaint

- [✓] Check if this is asserted to be a class action under FRCP 23

Demand $

**Other Relief Sought**

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

April 11, 2008

**PITE DUNCAN LLP**

San Diego

Steven W. Pite *CA/NV/WA*
John D. Duncan *CA/WA*
Peter J. Salmon *CA/HI/NV/WA*
David E. McAllister *AZ/CA/HI/OR/WA/WA*

Michelle A. Mierzwa *CA*
Rochelle L. Stanford *AZ/CA/OR/WA*
Josephine E. Salmon *AZ/CA/HI/NV*
Laurel I. Handley *AZ/CA/ID/NV*
Daniel R. Gamez *CA/TX*
Eddie R. Jimenez *CA/NV/TX*
Adam R. Arnold *CA*
Daniel L. Hembree *CA/WA*
Susan L. Petit *AK/CA/WA*
Douglas A. Toleno *AZ/CA*
Amanda M. Torres *AZ*
Melissa L. Carter *TX*
Allison J. Malouf *CA*
Christopher L. Ciccone *AZ/CA*
Cuong M. Nguyen *CA*
Casper J. Rankin *CA*
Anne L. Warner *CA*
Charles A. Correia *CA*
Melodie A. Whitson *CA*
Brian A. Paino *CA/HI*
Christopher M. McDermott *CA*

*Mailing Address:*
P.O. Box 12289
El Cajon, CA
92022-2289

*Overnight Delivery*
525 E. Main Street
El Cajon, CA 92020

*Contact Nos.*
Ph.: (619) 590-1300
Fax: (619) 590-1385

**Orange County**

Steven J. Melmet *CA*

Bruce J. Quiligan *CA*
Kerry W. Franich *CA*
Elana J. Mueller *CA*
Bryant T. Brown *TX*

18101 E. First St., Ste. 420
Santa Ana, CA 92705
Ph. (714) 285-2631
Fax (714) 285-2685

Khari Clemens
All Occupants of the Premises
1056 10th Street
Oakland, CA 94607

RE: Rent Payments

Dear Occupant:

Please be advised that a foreclosure sale took place on the above-referenced property on July 18, 2007. As a result of the foreclosure sale, Property Asset Management Inc. is now the owner of the property (enclosed please find a copy of the recorded Trustee's Deed Upon Sale). If you occupy the property as a tenant or subtenant, you may under certain circumstances have the option of remaining as a tenant or subtenant, as long as you continue to make your rental payments timely and comply with the provisions of your lease or rental agreement. If you fall under certain guidelines, we also may be able to offer a "cash for keys" incentive in exchange for your voluntary move out. If you are not a tenant or subtenant, in accordance with local rent control laws, you may be subject to eviction. You may want to confer with your own legal advisor to determine what your legal rights may be.

**To help us determine your status as a tenant or a subtenant: PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING INFORMATION WITHIN TEN (10) DAYS OF THE DATE OF THIS LETTER.**

I.    Current names of all tenants or subtenants occupying the premises.
II.   Copy of your lease or rental agreement under which you claim the right to occupy the premises.
III.  Amount of your monthly rental payment as per your rental agreement.
IV.   Proof of your rent payment (i.e., receipts, cancelled checks, Money order receipts, etc. indicating rent paid).
V.    Work and home telephone number.
VI.   Mailing address if different from the above address.

**If you want to remain living in the premises – What you need to do:** If you qualify for the protections of the Oakland Rent Stabilization Ordinance, you need to do the following:

1.   Please mail to the address below, for the new owner's benefit, your first rent payment. Please send a certified check or money order. Make the checks payable to Pite Duncan, LLP Trust Account.
2.   To determine how much you need to pay, look at the first date your rent was due after (the foreclosure date) and count the number of payments due through the first day of this month.
3.   To remain as a tenant or subtenant, you must also continue to make your payments timely to the new owners. Your rent will be due and payable by the 1st of every month, beginning with the Payment due on May 1, 2008.
4.   Your payments should be sent directly to the following address:

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii,
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington.
See above or visit www.piteduncan.com re individual attorney admissions.

NOTIFICATION TO OCCUPANT(S) CONCERNING THE PROPERTY LOCATED AT

1056 10TH STREET
OAKLAND, CA 94607

TO:  UNKNOWN, AND ALL PERSONS WHO ARE IN THE POSSESSION OF AND OCCUPY THE
REAL PROPERTY AT THE ABOVE ADDRESS:

YOU ARE HEREBY NOTIFIED that on, July 18, 2007, Property Asset Management, inc. took ownership of the above-referenced property through foreclosure.  Property Asset Management, inc., has retained HAL HUTCHENS, its agent, to manage the property.

YOU ARE FURTHER NOTIFIED that a representative from HAL HUTCHENS intends to enter the property on, Thursday February 26, 2009, at 9:00 am to inspect it in accordance with Civil Code §1954.  Because the Bank acquired title to this property through foreclosure, it does not have keys to the property and it will be necessary for you to arrange to provide access to HAL HUTCHENS at that time.  Please be at the front door of the property at that time or contact HAL HUTCHENS to make other arrangements for the agent to gain access in your absence.  They may be reached at 510-530-8558.

Oakland has a Residential Rent Adjustment Program (Oakland Municipal Code Chapter 8.22) that regulates certain residential rents.  Oakland's Residential Rent Adjustment Program Office ( "Rent Program"), is located at 250 Frank H. Ogawa Plaza, 5th Floor, Suite 5313, Oakland CA 94612 - (510) 238-3721.  The Rent Program assists property owners and tenants by administering a hearing process and offering mediation for rent increases.  These services are available at the Rent Program Office.  Although the Rent Program offers means for resolving disputes, tenants and owners are encouraged to talk and resolve their disputes between themselves. The Rent Ordinance and Rent Program Regulations, which provide more details on the Rent Program, are available at the Rent Office and on line at www.oaklandnet.com/government/hcd/.  This notice provides limited information. For more information contact the Rent Program.  See attached forms entitled, Notice to Tenants Regarding Oakland's Rent Adjustment Program and Notice Increasing Rent or Changing Terms of Tenancy.

DATED: February 20, 2009

THE ENDRES LAW FIRM

_____
DAVID R. ENDRES, APC
(530) 750-3700

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
DAVID R. ENDRES, APC (CA Bar No. 123564)
THE ENDRES LAW FIRM
2121 2ND STREET, SUITE C105
DAVIS, CA 95618

TELEPHONE NO.: (530)750-3700    FAX NO.: (530)750-3344
ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALLON STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: OAKLAND, CA 94612
BRANCH NAME: RENE C. DAVIDSON COURTHOUSE    LIMITED CIVIL CASE

CASE NAME: PROPERTY ASSET MANAGEMENT INC. v. AMI BROWN, and DOES 1-5

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 09481107 |
|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): ONE
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: OCTOBER 22, 2009
DAVID R. ENDRES, APC
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740
Cal. Standards of Judicial Administration, std.

COPY

| | |
|---|---|
| PLAINTIFF *(Name)*:   PROPERTY ASSET MANAGEMENT INC.<br><br>DEFENDANT *(Name)*: AMI BROWN | CASE NUMBER: |

6.  c. [X] The defendants not named in Item 6a are
      (1) [ ]  subtenants.
      (2) [ ]  assignees.
      (3) [X] other *(specify)*:  ALL UNKNOWN OCCUPANTS

    d. [ ] The agreement was later changed as follows *(specify)*:

    e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
    f. [X] *(For residential property)* A copy of the written agreement is not attached because *(specify reason)*:
      (1) [X] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
      (2) [ ] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant *(name each)* AMI BROWN, ALL UNKNOWN OCCUPANTS

    was served the following notice on the same date and in the same manner:
    (1) [X] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
    (2) [ ] 30-day notice to quit    (5) [ ] 3-day notice to quit
    (3) [ ] 60-day notice to quit    (6) [ ] Other *(specify)*:
    b. (1) On *(date)*: OCTOBER 15, 2009    the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.
    c. All facts stated in the notice are true.
    d. [X] The notice included an election of forfeiture.
    e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
    f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8.  a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ] by personally handing a copy to defendant on *(date)*:
    (2) [ ] by leaving a copy with *(name or description)*:
      a person of suitable age and discretion, on *(date)*:    at defendant's
      [ ] residence [ ] business  AND mailing a copy to defendant at defendant's place of residence on
      *(date)*:    because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] by posting a copy on the premises on *(date)*:OCTOBER 10, 2009  [X] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
      *(date)*: OCTOBER 10, 2009
      (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
      (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date)*:
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
    b. [ ] *(Name)*:
      was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
    d. [X] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

"BY FAX"

1  VERIFICATION

2    I, the undersigned, declare:

3    I have read the foregoing Verified Complaint For Unlawful Detainer and know its contents.

4    I am the attorney or one of the attorneys for PROPERTY ASSET MANAGEMENT INC.,

5  a party to this action. Such is absent from the county where I or such attorneys have their offices and

6  is unable to verify the document described above. For that reason, I am making this verification for

7  and behalf of that party. I am informed and believe and on that basis allege that the matters stated

8  in said document are true and correct.

9    I declare under penalty of perjury under the laws of the State of California that the foregoing

10  is true and correct.

11    Executed this 22ND day of October, 2009, at Davis, California.

12

13

14    By: _____

15    David R. Endres, Attorney at Law

16

"BY FAX"

17

18

19

20

21

22

23

24

25

26

27

28

4

**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **AMI BROWN**
ADDRESS:    **1054 10TH Street, OAKLAND, CA 94607**

[ ] 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:
(1) on:
(2) at:

[ X ] 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice(s) as authorized by
C.C.P. Section 1162 (2,3) on each of the above named parties in the
manner set forth below:

[ X ] By posting a copy for each of the above named parties on 10/10/2009 at 7:50 AM in a conspicuous place
on the property;

[ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
(date): October 10th, 2009, from (city): OAKLAND, CA, in a sealed envelope with postage fully prepaid,
addressed to each said party at their place where the property is situated or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name:    Granville Smith
b. Address:    304 12th St, Suite 4A, Oakland, CA 94607
c. Telephone number:    510-832-0701
d. The fee for service was:    $89.50
e. I am:
(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [ X ] registered California process server:
(i) [ ] owner   [ ] employee   [ X ] independent contractor
(ii) [ X ] Registration No.:    1014
(iii) [ X ] County:    Alameda

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/10/2009

_____    _____
**Granville Smith**    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

"BY FAX"

PROOF OF SERVICE    Page 1 of 1

Order No: 6111002 SEA FIL

# Exhibit 3

PLAINTIFF (Name): PROPERTY ASSET MANAGEMENT INC.

CASE NUMBER:

DEFENDANT (Name): AMI  BROWN, and DOES 1-5

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                           (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

"BY FAX"

---

**- NOTICE TO OCCUPANTS -**

YOU MUST ACT AT ONCE if all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Page two

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
**Three Day Notice to Pay Rent or Quit**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:    **ALL PERSONS IN POSSESSION, C/O AMI BROWN**
ADDRESS:    **1054 10TH Street, OAKLAND, CA 94607**

[   ] 1. PERSONAL SERVICE              By delivering a copy of the Notice(s) to each of the above personally:
                                                          (1) on:
                                                          (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice(s) as authorized by
                                                          C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                                          manner set forth below:

     [ X ] By posting a copy for each of the above named parties on **10/10/2009** at **7:50 AM** in a conspicuous place
     on the property;

     [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on
     (date): **October 10th, 2009**, from (city): **OAKLAND, CA**, in a sealed envelope with postage fully prepaid,
     addressed to each said party at their place where the property is situated or,

     [   ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                              **Granville Smith**
b. Address:                          **304 12th St, Suite 4A, Oakland, CA 94607**
c. Telephone number:            **510-832-0701**
d. The fee for service was:      $
e. I am:
     (1) [   ] not a registered California process server.
     (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ X ] registered California process server:
          (i)  [   ] owner  [   ] employee  [ X ] independent contractor
          (ii) [ X ] Registration No.:      **1014**
          (iii) [ X ] County:                **Alameda**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
[   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  **10/10/2009**

_____                _____
          **Granville Smith**                                                          _(signature)_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

"BY FAX"

---

## PROOF OF SERVICE
Page 1 of 1

Order No. 6111002 SEA FIL

B104 (FORM 104) (08/07)

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

---

**PLAINTIFFS**

Lehman Brothers bankruptcy and/or 3109 King St. Property Management 394717/388833 Robert Eberwein and/or mortgage defaults, unlawful detainers filed nationwide involving transfer of property inrem in the attached court documents from Solano, Marin, Alameda, Contra Costa, Los Angeles, Sacramento, nationwide by non-appearing certificate holders due to sworn declarations signed by debt collector attorneys with no standing to sue.

**DEFENDANTS**

Attorney Generals predatory lenders attorneys of record special appearing for debt collectors - see attached attached state court actions - Supreme Court, Court of Appeals, multi-district litigation 08-13555

---

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

for each class action participant in removed actions will be filing motions for substitution of counsel and motions to avoid judicial liens and trustee sales.

**ATTORNEYS** (If Known)

Miles Bauer, Bergstrom, Winters, Ryan Stocking ( )
Pite Duncan LLP  4735 Jutland, San Diego, CA ( )
Sara Kistler USDOJ Region 17 ( )
Special Appearing Attorneys for REO's appearing as attorneys of record for the trustees on the bond securitization packages.  Glen N. Navis, John Dubois, Alameda County Counsel - Raymond Lara

---

**PARTY** (Check One Box Only)

[✓] Debtor   [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor   [ ] Trustee   [ ] Other

**PARTY** (Check One Box Only)

[✓] Debtor   [ ] U.S. Trustee/Bankruptcy Admin
[ ] Creditor   [ ] Trustee   [ ] Other

---

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See USDOJ Attorney Karen P. Hewitt conviction for public official participation in unlawful taking of money. See attached. Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activities in violation of Title 18, United States Code, Section 1957.  Also 11 USC 362 through 1300 et seq and the SEC.

---

## NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11 - Recovery of money/property - § 542 turnover of property
[ ] 12 - Recovery of money/property - § 547 preference
[X] 13 - Recovery of money/property - § 548 fraudulent transfer
[ ] 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[X] 21 - Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31 - Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41 - Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51 - Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66 - Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
[X] 62 - Dischargeability - § 523(a)(2), flase pretenses, false representation, actual fraud
[ ] 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61 - Dischargeability - § 523(a)(5), domestic support
[ ] 68 - Dischargeability - § 523(a)(6), willful and malicious injury
[ ] 63 - Dischargeability - § 523(a)(8), student loan
[ ] 64 - Dischargeability - § 523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65 - Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[X] 71 - Injunctive relief - imposition of stay
[ ] 72 - Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
[ ] 81 - Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
[ ] 91 - Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
[X] 01 - Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§ 78aaa et. seq.
[ ] 02 - Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

---

[✓] Check if this case involves a substantive issue of state law

[✓] Check if this is asserted to be a class action under FRCP 23

[✓] Check if a jury trial is demanded in complaint

Demand $

---

Other Relief Sought

An accounting of the transfer to the new loan servicer and actual bond securitization trust account on the date of default.

clearly identify any and all witnesses, documents, and other evidence of any kind that are to be presented at the Fairness Hearing in connection with such objections, and also must set forth the substance of any testimony to be given by such witnesses, if any. The pertinent addresses are as follows:

**Court:**
Hon. Marvin E. Dermody
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**Class Counsel:**

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Gary Klein
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111

Rachel Geman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street
8th Floor
New York, NY 10013

Jill Bowman
James Hoyer, et. al.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589

**Ameriquest Defendants' Attorneys:**
Bernard E. LeSage
Buchalter Nemer, A Professional Corporation
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017

## 10. WHERE CAN I FIND ADDITIONAL INFORMATION?

This Notice contains only a summary of the terms of the proposed Settlement. You may find the complete Settlement Agreement, the Distribution Plan and other information at www.AmeriquestMDLSettlement.com.

Any Class Member who does not comply with these requirements will be deemed to have waived such objection, and will be forever foreclosed from making any objection to the proposed Settlement.

Updates will be posted on the Settlement Administrator's website at www.AmeriquestMDLSettlement.com as information about the settlement process becomes available. Obtaining final settlement approval and accurately reviewing the filed claims and exclusions is a slow process. Please be patient.

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE, OR AMERIQUEST OR AMERIQUEST'S ATTORNEYS CONCERNING THIS CASE.

BY ORDER OF THE COURT

Date: January 8, 2010

/s/ Marvin E. Aspen
Judge, United States District Court

---

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE AMERIQUEST MORTGAGE CO.
MORTGAGE LENDING PRACTICES
LITIGATION

MDL No. 1715
Lead Case No. 05-cv-07097
Centralized before the
Honorable Marvin E. Aspen

THIS IS LEGAL NOTICE OF A CLASS ACTION SETTLEMENT INVOLVING MORTGAGE LOANS MADE OR SERVICED BY AMERIQUEST, ARGENT OR ONE OF THEIR AFFILIATES ON OR AFTER DECEMBER 14, 2001.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

Una copia de este aviso está disponible en español en www.AmeriquestMDLSettlement.com. Usted puede también obtener una copia escrita de este aviso en español si se comunique con el administrador por teléfono, 1-877-872-3812.

THE SETTLEMENT COVERS MORTGAGE LOANS MADE BY AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., BEDFORD HOME LOANS, INC., TOWN & COUNTRY CREDIT CORPORATION, OLYMPUS MORTGAGE COMPANY, AND ARGENT MORTGAGE COMPANY, LLC. (IN THIS NOTICE, THIS GROUP OF COMPANIES IS CALLED "AMERIQUEST.") YOU ARE GETTING THIS NOTICE BECAUSE, ACCORDING TO AMERIQUEST'S RECORDS, YOU ARE A CLASS MEMBER WHO IS AFFECTED BY THIS SETTLEMENT.

**Your Legal Rights and Options in this Settlement:**

| | |
|---|---|
| FILE A CLAIM | If you file a claim by March 9, 2010 and the claim is determined to be valid, you will be entitled to receive a payment from the Settlement Fund. More information about the Settlement Fund is provided in section 5A below. You will also release your claims. More information about the release is provided in section 5B below. Instructions for filing a claim are on the Claim Form attached to this Notice and in section 7 below. |
| EXCLUDE YOURSELF | If you choose to exclude yourself from the Settlement, you must do so by February 22, 2010. You will not receive payments from the Settlement Fund. This is the only option that allows you to retain the claims you have against Ameriquest and to pursue your claims in another case at your own cost and expense. More information about excluding yourself from the Settlement is provided in section 8 below. |
| OBJECT | If you wish to object to the Settlement, you must meet the requirements for objections described below by February 22, 2010. You (or your attorney, if any) may also appear in Court provided you file a timely objection and a notice of appearance. More information about objecting to the Settlement is provided in section 9 below. |
| DO NOTHING | If you do nothing, you will release claims against Ameriquest, but you will not receive a payment from the Settlement Fund. However, you will still be eligible to receive foreclosure prevention counseling. More information about the release is provided in section 5B below. |

## This Notice answers the following questions:

1. Why should I read this Notice?
2. What is this lawsuit about?
3. What are the Classes?
4. How do I know if I am a Class Member?
5. What are the terms of the Settlement?
6. Why are Plaintiffs' attorneys recommending this Settlement?
7. What are the procedures for participating in the Settlement?
8. What if I don't want to participate in the Settlement?
9. What are the procedures relating to Court review and approval of the Settlement?
10. How can I object?
11. Where can I find additional information?

### 1. WHY SHOULD I READ THIS NOTICE?

This Notice is given pursuant to an Order of the United States District Court for the Northern District of Illinois (the "Court"), dated December 8, 2009. The purpose of this Notice is to inform you of the Settlement of a Class Action, entitled *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097 (the "Action"), which concerns residential mortgage loans in the United States originated or serviced by the following entities (collectively, "Ameriquest"): Ameriquest Mortgage Company; AMC Mortgage Services, Inc. (FKA Bedford Home Loans, Inc.); Town & Country Credit Corporation; Olympus Mortgage Company (NKA Bedford Home Loans, Inc.); and Argent Mortgage Company, LLC.

The Settlement is subject to final approval by the Court. If the Court grants final approval, the Settlement will result in: (1) the distribution of money and other relief to the Classes (as described below); and (2) the dismissal of the Action and the release of claims (as described below) against Ameriquest and other related entities and individuals as defined below.

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court about the merits of the claims or defenses of any party to the Action.

### 2. WHAT IS THIS LAWSUIT ABOUT?

The Class Action lawsuit was brought against Ameriquest for alleged improper mortgage lending and mortgage loan servicing activities in violation of numerous federal and state laws, including the Truth in Lending Act ("TILA"), breach of contract, unjust enrichment, and state Consumer Protection and Deceptive Trade Practices Acts. Ameriquest denies all allegations made against it, denies that its lending or loan servicing practices violated any law, and denies that it financially harmed any of its customers.

### 3. WHAT ARE THE CLASSES?

There are five (5) Classes. You are a Class Member if you fall into *any* of these Classes. *You received this Notice because Ameriquest's records show that you are a member of at least one Class.* The following is a summary of the Classes.

Note: If you received a payment in the 2006 Settlement between 49 State Attorneys General and Ameriquest or if you released your claims in a prior case against Ameriquest, you are excluded from all of the Classes in this Settlement.

### CLASS ONE: TILA RESCISSION CLASS

The TILA Rescission Class is a nationwide class of borrowers who at any time on or after February 8, 2003, (or, for residents of Massachusetts, at any time on or after February 8, 2002) have actually requested rescission in writing of their loans pursuant to applicable provisions of the Truth in Lending Act or state disclosure laws on or before December 1, 20

### CLASS TWO: BAIT AND SWITCH CLASS

The Bait and Switch Class is a nationwide class of borrowers who meet one or more of the following criteria:

(i)   loan records establish a final disclosed annual percentage rate that is at least 0.9% higher (as calculated pursuant to TILA) than the disclosed annual percentage rate (calculated pursuant to TILA) contained in preclosing written disclosures made to the borrower; or

(ii)  loan records establish that the borrower received a loan containing a prepayment penalty, but preclosing written disclosures made to the borrower described a loan without a prepayment penalty; or

(iii) loan records establish that the borrower received a loan containing a variable rate, but preclosing written disclosures made to the borrower described a loan containing a fixed rate.

### CLASS THREE: DISCOUNT POINTS CLASS

The Discount Points Class is a nationwide class of borrowers who either entered into loans (i) made after December 14, 2001, and before February 3, 2003, on which they had to pay discount points in any amount; or (ii) made on or after February 3, 2003 on which th... had to pay at least *three* discount points.

### CLASS FOUR: WHOLESALE BORROWER CLASS

The Wholesale Borrower Class is a nationwide class of borrowers who paid an amount constituting more than 3% of their funded loan amount in settlement charges ... Ameriquest or a mortgage broker.

### CLASS FIVE: LOAN SERVICING CLASS

The Loan Servicing Class is a nationwide class of borrowers who paid Ameriquest defau... and delinquency fees or costs in an amount in excess of a total of $1,000. These fee... and costs include fees listed in Ameriquest's records as late fees, legal fees, phone pa... non sufficient fund (NSF) fees, bad check non sufficient fund (NSF) fees, appraisal fee... inspection fees, and recoverable corporate advance fees.

* These settlements include: Ricci v. Ameriquest Mortgage Co., Civil File No. 05-2546 (State of Minnesota, Hennepin County) and Pierceall v. Ameriquest, Judicial Council Coordination Proceeding No. 4162 (Superior Court of the State of California, San Mateo County).

## 4. HOW DO I KNOW IF I AM A CLASS MEMBER?

You are receiving this Notice because, according to Ameriquest's records, Ameriquest originated and/or serviced your loan during the Class Period (which is from December 14, 2001, to the present unless otherwise stated) and because its records indicate that you fall into at least one of the Classes summarized above.

## 5. WHAT ARE THE TERMS OF THE SETTLEMENT?

After more than three years of hard-fought litigation followed by two years of intensive mediation with an experienced retired judge acting as a third-party mediator, the parties have reached a Settlement Agreement on the following terms:

### A. Settlement Fund

The Settlement provides a monetary fund of $22 Million ("Settlement Fund"), which will be used for (1) Settlement Payments to Class Members, (2) Foreclosure Prevention Services, (3) Notice and Claims Administration Costs, (4) Service Payments to the plaintiffs who brought these lawsuits (the "Class Representatives"), and (5) Attorneys' Fees and Costs approved by the Court. Each item is described more fully below.

#### 1. Settlement Payments

After payments of other items covered by the Settlement, the entire balance of the fund will be divided, according to a formula, among Class Members who file timely, valid claims. A Claim Form is included with this Notice. Please follow the instructions carefully and submit the form no later than March 9, 2010 if you wish to be paid. If you do not file a timely valid claim, you will not be paid. As explained below, you can submit your claim by mail or online or by facsimile at 1-866-590-8535.

The amount of your payment will be determined by a formula that is contained in the Distribution Plan included with the Settlement Agreement. The formula is based on expert evaluation of data contained in Ameriquest's records. In general, the formula is designed to reflect the amount of average potential harm associated with the claims of each Class adjusted for the legal strengths and weaknesses of those claims.

You will be entitled to a payment for the harm associated with each Class for which you are a member. Your payment will be based on the number of points assigned to your claim in relation to the total number of points of all claimants.

There are more than 700,000 Class Members. Because we do not know how many claims will be filed or how many points will ultimately be assigned, we cannot accurately tell you the size of your likely Settlement Payment. Although you can receive more information about the Settlement Agreement and the Distribution Plan (see section 10, below), the Settlement Administrator will not be able to answer inquiries about the exact amount of your payment until shortly before payments are made.

#### 2. Foreclosure Prevention Services

In addition to Settlement Payments, $200,000 of the Settlement Fund will be used to provide foreclosure prevention counseling services to eligible Class Members. Eligible Class Members are those who still have a loan originated by Ameriquest, regardless of what company is currently servicing your loan. Plaintiffs have designated Neighborhood Housing Services of Chicago ("NHS") to provide foreclosure prevention counseling to such eligible Class Members. These services will be available to eligible Class Members if and when the Settlement becomes effective (see 9 below).

Once the Settlement is final, eligible Class Members will be able to access the foreclosure prevention counseling by contacting NHS at 1-866-690-8562. Counseling will be on a first come-first served basis until funding for the program is fully expended or until one year from the date of settlement approval, whichever is earlier. You may access this benefit whether or not you file a claim.

#### 3. Donation of Amounts Left Over in the Settlement Fund to Charities

Any amounts left over in the Settlement Fund (uncashed checks, for example) will be donated to one or more charities that serve similar populations to Ameriquest borrowers. The charities will be selected by Ameriquest and approved by Plaintiffs.

#### 4. Plaintiffs' Litigation Costs and Fees

The Court will determine what fees to award to the attorneys who have brought these actions. Plaintiffs intend to apply for attorneys' fees and costs in an amount not to exceed $7.53 million. The attorneys expect to show that they have expended more than that amount in time and costs on this litigation. The attorneys' fees and costs awarded by the Court will be paid from the Settlement Fund.

#### 5. Service Payments

The Court will determine what Service Payment to make to the Class Representatives in these actions. Plaintiffs intend to apply for fees and costs from the Settlement Fund in an amount not to exceed $7,500 per Class Representative household. Service payments awarded by the Court will be paid from the Settlement Fund.

### B. Release By Class Members

*The following is a summary of the Release. A complete description of the release can be found in the Settlement Agreement. See section 10, below.*

Unless you opt out of the Settlement, you will release all known or unknown claims against Ameriquest and related parties. Related parties include owners, executives, officers, investors and attorneys working for Ameriquest as well as affiliated companies. Despite the release, you will retain your right to bring defenses to any foreclosure claim on an Ameriquest loan, except that those defenses cannot result in an affirmative award of damages to you.

Ameriquest has reserved the right to terminate the Settlement in certain circumstances. If events occur that give Ameriquest the right to terminate the Settlement and it exercises that right, there will be no Final Approval Hearing and the litigation will continue. In the event of termination, information will be posted on the Settlement Administrator's website. (See section 10, below).

### 6. WHY ARE PLAINTIFFS' ATTORNEYS RECOMMENDING THIS SETTLEMENT?

Class Counsel recommends this settlement because it provides real, substantial monetary and equitable benefits to the Classes, and the additional value provided by Ameriquest's payment of attorneys' fees, costs, notice, and administration. This case has been extensively prosecuted for more than five years – following a period of very active and hard-fought litigation, the parties engaged in extensive and also hard-fought mediation. Based on the litigation, so far and in the judgment of Class Counsel, who have extensive experience in such litigation, the Settlement is fair and reasonable in light of the risks, difficulties, delays, and uncertainties of trial and appeal. In particular, at trial, the Class would have had the burden of proof to establish liability and entitlement to relief. Even if the Class obtained a favorable judgment at trial, there was a known risk that Ameriquest would file an appeal, resulting in a delay of payment to the Class, and/or the potential that the trial judgment would be reversed, or the amount of monetary relief to be paid to the Class reduced.

Class Counsel also recommends the Settlement because Ameriquest, like many other subprime lenders, went out of business during the litigation. Ameriquest has transferred all of its interest in almost all of the loans in question. Even if the Class had prevailed, based on the current and expected future financial condition of Ameriquest, there is a material risk that Ameriquest would not have had the resources to satisfy such a judgment. Under the Settlement described above, Class Members will receive substantial benefits that are both immediate and certain, thus avoiding the many obstacles that might have prevented them from obtaining relief through trial.

### 7. WHAT ARE THE PROCEDURES FOR PARTICIPATING IN THE SETTLEMENT?

If you wish to participate in the Settlement, **you must complete and submit the accompanying Claim Form** in accordance with the instructions provided on that form no later than **March 9, 2010**. If you submit the claim form by mail it must be postmarked by **March 9, 2010**. You may also complete and submit your Claim Form online by visiting www.AmeriquestMDLSettlement.com, or by facsimile at 1-866-590-8535 no later than **March 9, 2010**.

If you are eligible to receive money, but do not mail, fax or electronically submit your Claim Form on time, **you will be barred** from sharing in the distribution of the Settlement Fund, but will nonetheless be subject to the Release, unless you have opted out as described in Section 8, below.

### 8. WHAT IF I DON'T WANT TO PARTICIPATE IN THE SETTLEMENT?

If you wish, you can exclude yourself from the Class Settlement ("opt out"). **If you choose to opt out, you will not receive any benefit through the Settlement, and you will not be bound by the Final Order and Judgment which may be entered dismissing this lawsuit against Ameriquest.** You would then be free to pursue whatever legal rights you may have by pursuing your own lawsuit against Ameriquest at your own cost and expense.

To opt out, you must send a Request for Exclusion by first class mail, postage prepaid, to Ameriquest MDL Settlement Administrator at P.O. Box 2278, Faribault, MN 55021-9413. Your Request for Exclusion must be in writing and postmarked by **February 22, 2010** to be effective. A Request for Exclusion must include: (1) the name of this Class Action (the *Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715, Lead Case No. 05-cv-07097); (2) your name, address and telephone number; (3) a statement that you wish to be excluded from this Class Action. Note that you may not exclude any other person, including your co-borrowers, or any class of individuals from the Settlement.

If the Request for Exclusion is not timely submitted and you are a Class Member, you will be automatically included in the Class and will be legally bound by the proposed Settlement, including its Release provisions. *You may not submit a Claim Form and also exclude yourself from the Settlement.*

### 9. WHAT ARE THE PROCEDURES RELATING TO COURT REVIEW AND APPROVAL OF THE SETTLEMENT? HOW CAN I OBJECT?

A hearing will be held on April 15, 2010, at 10:30 a.m. before the Honorable Marvin E. Aspen, Judge of the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, IL 60604, in Courtroom #2658 (the "Fairness Hearing").

The purpose of the Fairness Hearing is to determine, among other things, (1) whether the terms of the Settlement are fair, reasonable, and adequate; (2) whether the application of amount to be awarded; (3) whether the Class Representatives' application for an award of service payments should be approved; and (4) whether a Final Order and Judgment should be entered dismissing this Class Action with prejudice and on the merits against the Class Representatives and all members of the Class (except for those persons who timely and properly request to be excluded from the Settlement). The Court has the power to adjourn or reschedule the Fairness Hearing from time to time without further notice of any kind.

**There is no need for you to attend the Fairness Hearing if you wish to participate in the proposed Settlement as Plaintiffs' attorneys will represent your rights.**

#### Objections/Appearances in Court

Any Class Member who has not provided a timely written request for exclusion and who wishes to object to the proposed Settlement must provide to Class Counsel and Ameriquest's attorneys, and file with the Court, no later than **February 22, 2010**, a statement specifically describing his/her objection, together with any legal support or wishes to introduce in support of the objection.

Any Class Member and/or his/her attorney who intends to make an appearance in court at the Fairness Hearing must, no later than February 22, 2010 or as the Court may otherwise direct, both (1) file a notice of appearance with the Clerk of the Court and (2) serve a copy of the notice of appearance on Plaintiffs' attorneys and Ameriquest's attorneys. All such objections; papers, and briefs shall expressly refer to the name of this Class Action as it appears on the top of this Notice, as well as to the Honorable Marvin E. Aspen and the case number. All written objections must clearly identify the name and address of the Class Member making the objection, and must provide documentation demonstrating that the person making the objection is in fact a Class Member. All written objections also must