**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                         :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
:
Debtors.                        :        **(Jointly Administered)**
:
-------------------------------------------------------------------------x        **Ref. Docket Nos. 7770, 7972, 7974-**
**7979, 7981-7987, 7989-7991, 8020-**
**8023, 8024-8026, 8028, 8030-8039,**
**8042, 8044, 8047-8056, 8065, 8069**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK    )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 7, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Christopher Simco
Sworn to before me this                          Christopher Simco
12th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
            Debtors.                 |
                                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP   MICHAEL FRIEDMAN, ESQ.
     25, CABOT SQUARE                                    RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
     LONDON     E14 4QA                                  NEW YORK NY 10281
     UNITED KINGDOM
```

Please note that your claim # 62931-09 in the above referenced case and in the amount of
       $215,238.00        has been transferred **(unless previously expunged by court order)**

```
     CVI GVF (LUX) MASTER S.A.R.L.
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
     C/O CARVAL INVESTORS UK LIMITED
     ATTN: ANNEMARIE JACOBSEN
     KNOWLE HILL PARK
     FAIRMILE LANE
     COBHAM, SURREY     KT11 2PD
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7972        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2010                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |        Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |        (Jointly Administered)
                Debtors.        |
                                |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
     ATTN: BRIAN CRIPPS                              RICHARDS KIBBE & ORBE LLP
     25 CABOT SQUARE, CANARY WHARF                   ATTN: MICHAEL FRIEDMAN, ESQ.
     LONDON     E14 4QA                              ONE WORLD FINANCIAL CENTER
     UNITED KINGDOM                                  NEW YORK NY 10281

Please note that your claim # 58709 in the above referenced case and in the amount of
       $358,730.49        has been transferred **(unless previously expunged by court order)**

     CVI GVF (LUX) MASTER S.A.R.L.
     TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
     C/O CARVAL INVESTORS UK LIMITED
     ATTN: ANNEMARIE JACOBSEN
     KNOWLE HILL PARK
     FAIRMILE LANE
     COBHAM, SURREY    KT11 2PD
     UK

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7975      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2010               Vito Genna, Clerk of Court


                               /s/ Christopher Simco
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |      Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                 |
                                 |      (Jointly Administered)
              Debtors.           |
                                 |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
           C/O CARVAL INVESTORS, UK, LTD
           KNOWLE HILL PARK, FAIRMILE LANE
           COBHAM
           SURREY    KT11 2PD
           UNITED KINGDOM
```

Please note that your claim # 59098-02 in the above referenced case and in the amount of
       $19,807,700.00        has been transferred **(unless previously expunged by court order)**

```
      MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
      TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. C/O RICHARDS KIBBE & ORBE L.L.P.
      25, CABOT SQUARE                                ATTN: MANAGING CLERK
      CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
      LONDON    E14 4QA                               NEW YORK NY 10281-1003
      UK
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7976       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2010                    Vito Genna, Clerk of Court


                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  AGGREGATING TRUST 1, L.L.C.
           C/O ROPES & GRAY LLP
           ATTN: JEFFREY R. KATZ
           ONE INTERNATIONAL PLACE
           BOSTON MA 02110
```

Please note that your claim # 28969-02 in the above referenced case and in the amount of $1,849,473.33      has been transferred **(unless previously expunged by court order)**

```
           MOORE MACRO FUND, L.P.
           TRANSFEROR: AGGREGATING TRUST 1, L.L.C.
           ATTN: LEGAL DEPARTMENT
           1251 AVENUE OF THE AMERICAS, 53RD FLOOR
           NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7987      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2010                    Vito Genna, Clerk of Court

                                    /s/ Christopher Simco
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,


                    Debtors.
_____

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     GOLDMAN SACHS LENDING PARTNERS LLC
                TRANSFEROR: SACHER FUNDING LTD.
                30 HUDSON STREET, 36TH FL
                JERSEY CITY NJ 07302


Additional:     GOLDMAN SACHS LENDING PARTNERS LLC
                RICHARDS KIBBE & ORBE LLC
                ATTN: MANAGING CLERK
                ONE WORLD FINANCIAL CENTER
                NEW YORK NY 10281


Transferee:     CCP CREDIT ACQUISITION HOLDINGS, LLC
                ATTN: LISA MURRAY
                375 PARK AVENUE, 13TH FLOOR
                NEW YORK NY 10152


**Your transfer  of claim #    3618   is defective for the reason(s) checked below:**

Expunged By Court Order


Docket Number 8020              Date 04/02/10


/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 6, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
          Debtors.                  |
                                    |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: SACHER FUNDING LTD.
              30 HUDSON STREET, 36TH FL
              JERSEY CITY NJ 07302

Additional:   GOLDMAN SACHS LENDING PARTNERS LLC
              RICHARDS KIBBE & ORBE LLC
              ATTN: MANAGING CLERK
              ONE WORLD FINANCIAL CENTER
              NEW YORK NY 10281

Transferee:   CCP CREDIT ACQUISITION HOLDINGS, LLC
              ATTN: LISA MURRAY
              375 PARK AVENUE, 13TH FLOOR
              NEW YORK NY 10152

**Your transfer   of claim #   3618   is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 8022              Date 04/02/10

/s/ Christopher Simco
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 6, 2010.

**EXHIBIT "B"**

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| AGGREGATING TRUST 1, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 1,L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 10, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 2, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 2, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 3, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 3, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 6, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 7, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 7,L.L.C. | C/O ROPES & GRAY, LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 8, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 8, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 9, L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA)  06049 ITALY |
| BANCARIO BANK PLC | |
| C.V.I. (G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM |
| CASSA DI RISPARMIO DELLA REPUBBLICA DI SANMARINO | PESA.TITANO, 2 CITY OF SAN MARINO  47890 SAN MARINO |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 10, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 6, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 7, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 8, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK FAIRMILE LANE COBHAM, SURREY |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LA |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE L |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O CARVAL INVESTORS UK INTERNATIONAL ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE L |
| DELTA LLOYD BANK N.V. | POSTBUS 231  1000 AE AMSTERDAM  NETHERLANDS |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STONE LION PORTFOLIO, L.P. ATTN: KAIRI JAMES WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TCM ABSOLUTE RETURN CREDIT FD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TCM ABSOLUTE RETURN CREDIT FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH 60 WALL STREET 3RD FLOOR NEW |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VR-LEASING ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET |
| DEUTSCHE BANK SA/NV | WHITE & CASE LLP ATTN: EVAN HOLLANDER, ESQ 1155 AVE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE BANK SA/NV | AVENUE MARNIX 13-15 BRUXELLES  1000 BELGIUM |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLC ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SACHER FUNDING LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: MASTER TRUST BANK OF JAPAN, LTD, THE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HONTAI LIFE INSURANCE CO., LTD | 4TH FL., 156, MINSHENG E. RD., SEC. 3 TAIPEI  TAIWAN, PROVINCE OF CHINA |

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ILLIQUIDX | TRANSFEROR: POZAVAROVALNICA SAVA D.D. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM |
| ILLIQUIDX | TRANSFEROR: POZAVAROVALNICA, SAVA, D.D. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB |
| ILLIQUIDX LTD | TRANSFEROR: DELTA LLOYD BANK N.V. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: GFI SECURITIES LTD 4 NEW YORK PLAZA ATTN: JASON LEDDY New York NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LYXOR/YORK FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER NEW YORK NY 10153 |
| LYXOR/YORK FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 1015 |
| MASTER TRUST BANK OF JAPAN, LTD, THE | ACTING AS TRUSTEE FOR FUND NO. 400037066 ATTN: TAKESHI SHIBATA 11-3, HAMAMATSU-CHO, 2-CHOME MINATO-KU TOKYO 105-8579 JAPAN |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: MIDFIRST BANK ATTN: ANTE JAKIC/RONALD TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA - 3RD FLOOR ONE BRYANT N |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 1, L.L.C. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 10, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLO |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLO |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 4, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 5, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 6, LLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 7, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLO |
| MOORE MACRO FUND, L.P. | TRANSFEROR: AGGREGATING TRUST 8, L.L.C. C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLO |
| MOORE MACRO FUND, L.P. | ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGIN CLERK NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1801 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1801 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UK |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: DEUTSCHE BANK SA/NV 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: DZ PRIVATBANK ( SCHWEIZ ) AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: FCDB LBU LLC C/O FORTRESS INVESTMENT GROUP 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| POZAVAROVALNICA SAVA D.D. | MATTHEW BRUCKNER, ASSOCIATE ALLEN & OVERY 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| POZAVAROVALNICA SAVA D.D. | DUNAJSKA CESTA 56 LJUBLJANA 1000 SLOVENIA |
| RAIFFEISEN CENTROBANK AG | ATTN: MR. SIEGHARD SIMONITSCH REGISTERED OFFICE DUNAJSKA CESTA 56 LJUBLJANA 1000 SLOVENIA |
| SCHRODER ALTERNATIVE SOLUTIONS | TEGETHOFFSTRASSE 1 VIENNA, 1015 AUSTRIA |
| STONE LION PORTFOLIO, L.P. | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| TCW ABSOLUTE RETURN CREDIT FD | 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| TCW ABSOLUTE RETURN CREDIT FD | 11100 SANTA MONICA BLVD 2000 LOS ANGELES CA 90025 |
| TCW ABSOLUTE RETURN CREDIT FUND LP | ATTN: MELISSA WEILER C/O TRUST COMPANY OF THE WEST 11100 SANTA MONICA BOULEVARD, SUITE 2000 LOS ANGELES CA 90025 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 101 |

Total Number of Records Printed        99

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE:   1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SACHER FUNDING LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLC ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed     3

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153