

590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

Michael V. Blumenthal
(212) 895-4241
MBlumenthal@crowell.com

April 7, 2010

RECEIVED
APR 12 2010
U.S. [BANKRUPTCY COURT] SDNY

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
**Attn: Clerk of the Court
Correction Department**

    Re: <u>Lehman Brothers Holdings Inc., et al./Case No. 08-13555 (JMP)</u>

Dear Sir/Madam:

    Kindly remove my name from the list of those receiving ECF Alerts in the above referenced case at your earliest convenience. My e-mail address is mblumenthal@crowell.com.

    If you have any questions or concerns, please feel free to contact me. Thank you for your cooperation.

Very truly yours,

Michael V. Blumenthal

NYIWDMS: 11541946_1
Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ Los Angeles ▪ Orange County ▪ London ▪ Brussels