UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                :

In re                            :       Chapter 11 Case No.
                                :

LEHMAN BROTHERS COMMODITY SERVICES INC.,     :       08-13885 (JMP)
                                :

               Debtors.                 :
                                :

---------------------------------------------------------------------------x      **Ref. Docket Nos. 8125-8135,**
                                                **8137-8147, 8157, 8158,**
                                                **8165, 8169-8171**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                         ) ss.:
COUNTY OF NEW YORK  )

LINDSAY DANAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 9, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Lindsay Danas
Sworn to before me this                       Lindsay Danas
12th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**Exhibit A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STRATEGIC VALUE MASTER FUND, LTD.                STRATEGIC VALUE MASTER FUND, LTD.
     C/O STRATEGIC VALUE PARTNERS, LLC                CADWALADER, WICKERSHAM & TAFT LLP
     ATTN ALAN J CARR                                 ATTN JILL KAYLOR
     100 WEST PUTNAM AVENUE                            ONE WORLD FINANCIAL CENTER
     GREENWICH CT 06830                                NEW YORK NY 10281

Please note that your claim # 63566 in the above referenced case and in the amount of
     $17,905,934.72       has been transferred **(unless previously expunged by court order)**

          BARCLAYS BANK PLC
          TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD.
          745 SEVENTH AVENUE
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8121       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                          Vito Genna, Clerk of Court

                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  THE YAMAGATA BANK, LTD
         TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
         3-1-2 NANOKAMACHI
         YAMAGATA-CITY, YAMAGATA  990-8642
         JAPAN

Please note that your claim # 62783-06 in the above referenced case and in the amount of
     $9,562,057.75        has been transferred **(unless previously expunged by court order)**

         MORGAN STANLEY & CO INTERNATIONAL PLC
         TRANSFEROR: THE YAMAGATA BANK, LTD
         25 CABOT SQUARE
         CANARY WHARF
         LONDON  E14 4QA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8115      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO. INTERNATIONAL PLC                   MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: DZ PRIVATBANK ( SCHWEIZ ) AG                 RICHARDS KIBBE & ORBE L.L.P.
     25, CABOT SQUARE                                         ONE WORLD FINANCIAL CENTER
     CANARY WHARF                                             ATTN: MANAGING CLERK
     LONDON     E14 4QA                                       NEW YORK NY 10281-1801
     ENGLAND

Please note that your claim # 60347-01 in the above referenced case and in the amount of
     $7,171,083.00       has been transferred (**unless previously expunged by court order**)

     ROYAL BANK OF SCOTLAND PLC
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
     ATTN: ANDREW SCOTLAND, SAM GRIFFITHS
     SPECIAL SITUATIONS GROUP
     RBS GLOBAL BANKING AND MARKETS
     135 BISHOPSGATE
     LONDON  EC2M 3UR

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8124       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                         Vito Genna, Clerk of Court


                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
                Debtors.                |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   VR-LIW GMBH
              GUNNAR MANGEL-GENERAL MANAGER
              GABELSBERGERSTRASSE 1A
              HAMM    59069
              GERMANY
```

Please note that your claim # 55205-01 in the above referenced case and in the amount of
$1,444,809.87      has been transferred **(unless previously expunged by court order)**

```
        MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
        TRANSFEROR: VR-LIW GMBH                         RICHARDS KIBBE & ORBE LLP
        25 CABOT SQUARE                                 ATTN: MANAGING CLERK
        CANARY WHARF                                    ONE WORLD FINANCIAL CENTER
        LONDON   E14 4QA                                NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8123      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010              Vito Genna, Clerk of Court


                              /s/ L.Danas
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2010.

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

               Debtors.

---

| Chapter 11 Case No.

| 08-13555 (JMP)

| (Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  YAMAGATA BANK LTD., THE
             ATTN: KOUICHI SEKIMOTO
             1-2 NANOKAMACHI 3-CHOME
             YAMAGATA-SHI   990-8642
             JAPAN

Please note that your claim # 51780 in the above referenced case and in the amount of
    $9,562,057.75      has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO INTERNATIONAL PLC
        TRANSFEROR: YAMAGATA BANK LTD., THE
        25 CABOT SQUARE
        CANARY WHARF
        LONDON  E14 4QA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8116    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010             Vito Genna, Clerk of Court

             /s/ L.Danas

             By: Epiq Bankruptcy Solutions, LLC
                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

GOLDMAN SACHS INTERNATIONAL
SETH GROSSHANDLER, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 58814 in the above referenced case and in the amount of
$600,000.00      has been transferred **(unless previously expunged by court order)**

SOROS FUND MANAGEMENT LLC
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE
33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8110      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                                Vito Genna, Clerk of Court

/s/ L.Danas
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    GOLDMAN SACHS INTERNATIONAL                     GOLDMAN SACHS INTERNATIONAL
       ATTN: JOHN TRIBOLATI & CAROLINE CARR            SETH GROSSHANDLER, ESQ.
       PETERBOROUGH COURT                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
       133 FLEET STREET                                ONE LIBERTY PLAZA
       LONDON     EC4A 2BB                             NEW YORK NY 10006
       UNITED KINGDOM

Please note that your claim # 58815 in the above referenced case and in the amount of
$520,000.00      has been transferred **(unless previously expunged by court order)**

SOROS FUND MANAGEMENT LLC
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE
33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8112      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                          Vito Genna, Clerk of Court

                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

```
_____
                                          |
In re                                     |     Chapter 11 Case No.
                                          |
                                          |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |     (Jointly Administered)
                                          |
              Debtors.                    |
                                          |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL            GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR   SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                       ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                     NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58817 in the above referenced case and in the amount of
$980,000.00       has been transferred **(unless previously expunged by court order)**

```
SOROS FUND MANAGEMENT LLC
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE
33RD FLOOR
NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8114       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                    Vito Genna, Clerk of Court

                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)          LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     ATTN: STEVEN ANTHONY PEARSON                                       PRICEWATERHOUSECOOPERS LLP
     25 BANK STREET                                                     ATTN: STEVEN ANTHONY PEARSON
     LONDON      E14 5LE                                                PLUMTREE COURT
     UNITED KINGDOM                                                     LONDON EC4A 4HT UNITED KINGDOM

Please note that your claim # 62783-06 in the above referenced case and in the amount of
     $9,562,057.75          has been transferred **(unless previously expunged by court order)**

THE YAMAGATA BANK, LTD
TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
3-1-2 NANOKAMACHI
YAMAGATA-CITY, YAMAGATA   990-8642
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8113       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                         Vito Genna, Clerk of Court


                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                                          |
                    Debtors.              |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STRATEGIC VALUE MASTER FUND, LTD.                STRATEGIC VALUE MASTER FUND, LTD.
     CADWALADER, WICKERSHAM & TAFT LLP                C/O STRATEGIC VALUE PARTNERS, LLC
     ATTN JILL KAYLOR                                 ATTN ALAN J CARR
     ONE WORLD FINANCIAL CENTER                       100 WEST PUTNAM AVENUE
     NEW YORK NY 10281                                 GREENWICH CT 06830

Please note that your claim # 63566 in the above referenced case and in the amount of
    $17,905,934.72      has been transferred **(unless previously expunged by court order)**

                                                BARCLAYS BANK PLC
                                                TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD
                                                745 SEVENTH AVENUE
                                                NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8121      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                          Vito Genna, Clerk of Court


                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                  |
In re                             |   Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                  |
                                  |   (Jointly Administered)
          Debtors.               |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
     RICHARDS KIBBE & ORBE L.L.P.                     TRANSFEROR: DZ PRIVATBANK ( SCHWEIZ ) AG
     ONE WORLD FINANCIAL CENTER                       25, CABOT SQUARE
     ATTN: MANAGING CLERK                             CANARY WHARF
     NEW YORK NY 10281-1801                           LONDON    E14 4QA
                                                      ENGLAND

Please note that your claim # 60347-01 in the above referenced case and in the amount of
     $7,171,083.00       has been transferred **(unless previously expunged by court order)**

                                                      ROYAL BANK OF SCOTLAND PLC
                                                      TRANSFEROR: MORGAN STANLEY & CO. INTERNATION
                                                      ATTN: ANDREW SCOTLAND, SAM GRIFFITHS
                                                      SPECIAL SITUATIONS GROUP
                                                      RBS GLOBAL BANKING AND MARKETS
                                                      135 BISHOPSGATE
                                                      LONDON   EC2M 3UR

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8124      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                       Vito Genna, Clerk of Court


                                       /s/ L.Danas
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                               |
                               |    (Jointly Administered)
              Debtors.         |
                               |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL            GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP   PETERBOROUGH COURT
     ONE LIBERTY PLAZA                      133 FLEET STREET
     NEW YORK NY 10006                      LONDON    EC4A 2BB
                                            UNITED KINGDOM
```

Please note that your claim # 58814 in the above referenced case and in the amount of
         $600,000.00        has been transferred **(unless previously expunged by court order)**

```
                                            SOROS FUND MANAGEMENT LLC
                                            TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                            ATTN: JAY SCHOENFARBER
                                            888 SEVENTH AVENUE
                                            33RD FLOOR
                                            NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8110    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                Vito Genna, Clerk of Court


                                /s/ L.Danas
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |      Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                 |
                                 |      (Jointly Administered)
                Debtors.         |
                                 |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ONE LIBERTY PLAZA                              133 FLEET STREET
     NEW YORK NY 10006                              LONDON    EC4A 2BB
                                                    UNITED KINGDOM

Please note that your claim # 58815 in the above referenced case and in the amount of
       $520,000.00      has been transferred **(unless previously expunged by court order)**

                                                    SOROS FUND MANAGEMENT LLC
                                                    TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                    ATTN: JAY SCHOENFARBER
                                                    888 SEVENTH AVENUE
                                                    33RD FLOOR
                                                    NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8112      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
————————————————————————————————|
                                 |
In re                            |   Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                 |
                                 |   (Jointly Administered)
                                 |
              Debtors.           |
                                 |
————————————————————————————————|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN SACHS INTERNATIONAL                           GOLDMAN SACHS INTERNATIONAL
         SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATI & CAROLINE CARR
         CLEARY GOTTLIEB STEEN & HAMILTON LLP       PETERBOROUGH COURT
         ONE LIBERTY PLAZA                             133 FLEET STREET
         NEW YORK NY 10006                            LONDON    EC4A 2BB
                                                   UNITED KINGDOM

Please note that your claim # 58817 in the above referenced case and in the amount of
      $980,000.00     has been transferred **(unless previously expunged by court order)**

                                                                     SOROS FUND MANAGEMENT LLC
                                                        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                        ATTN: JAY SCHOENFARBER
                                                        888 SEVENTH AVENUE
                                                        33RD FLOOR
                                                        NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8114     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                Vito Genna, Clerk of Court

                                /s/ L.Danas
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |     Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                    |
                                    |     (Jointly Administered)
         Debtors.                   |
                                    |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)          LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     PRICEWATERHOUSECOOPERS LLP                                         ATTN: STEVEN ANTHONY PEARSON
     ATTN: STEVEN ANTHONY PEARSON                                      25 BANK STREET
     PLUMTREE COURT                                                    LONDON   E14 5LE
     LONDON EC4A 4HT UNITED KINGDOM                                    UNITED KINGDOM

Please note that your claim # 62783-06 in the above referenced case and in the amount of
         $9,562,057.75      has been transferred **(unless previously expunged by court order)**

                                                                     THE YAMAGATA BANK, LTD
                                                                     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                                     3-1-2 NANOKAMACHI
                                                                     YAMAGATA-CITY, YAMAGATA  990-8642
                                                                     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8113     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                         Vito Genna, Clerk of Court


                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)          LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
      PRICEWATERHOUSECOOPERS LLP                                          ATTN: STEVEN ANTHONY PEARSON
      ATTN: STEVEN ANTHONY PEARSON                                       25 BANK STREET
      PLUMTREE COURT                                                     LONDON    E14 5LE
      LONDON EC4A 4HT UNITED KINGDOM                                     UNITED KINGDOM

Please note that your claim # 62783-05 in the above referenced case and in the amount of
      $9,411,321.82       has been transferred **(unless previously expunged by court order)**

THE MASTER TRUST BANK OF JAPAN, LTD. ACTING
TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
11-3 HAMAMATSU-CHO, 2-CHOME
MINATO-KU, TOKYO  105-8579
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8089       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
     LINKLATERS LLP
     ATTN: TITIA HOLTZ
     KIAH BEVERLY-GRAHAM
     1345 AVENUE OF THE AMERICAS
     NEW YORK NY 10105

LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
ATTN: STEVEN ANTHONY PEARSON
25 BANK STREET
LONDON   E14 5LE
UNITED KINGDOM

Please note that your claim # 62783-05 in the above referenced case and in the amount of
     $9,411,321.82     has been transferred **(unless previously expunged by court order)**

THE MASTER TRUST BANK OF JAPAN, LTD. ACTING
TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
11-3 HAMAMATSU-CHO, 2-CHOME
MINATO-KU, TOKYO  105-8579
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8089      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                         Vito Genna, Clerk of Court

                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |

LEHMAN BROTHERS HOLDINGS INC., et al.,             |

                              Debtors.             |

---

|    Chapter 11 Case No.

|    08-13555 (JMP)

|    (Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)          LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     LINKLATERS LLP                                                      ATTN: STEVEN ANTHONY PEARSON
     ATTN: TITIA HOLTZ                                                   25 BANK STREET
     KIAH BEVERLY-GRAHAM                                                 LONDON    E14 5LE
     1345 AVENUE OF THE AMERICAS                                         UNITED KINGDOM
     NEW YORK NY 10105

Please note that your claim # 62783-06 in the above referenced case and in the amount of
     $9,562,057.75     has been transferred **(unless previously expunged by court order)**

                                                   THE YAMAGATA BANK, LTD
                                                   TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                   3-1-2 NANOKAMACHI
                                                   YAMAGATA-CITY, YAMAGATA  990-8642
                                                   JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8113       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 8, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |      Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                        |
                                        |      (Jointly Administered)
            Debtors.                    |
                                        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

                To:                              VR-LIW GMBH
                                                 GUNNAR MANGEL-GENERAL MANAGER
                                                 GABELSBERGERSTRASSE 1A
                                                 HAMM    59069
                                                 GERMANY

Please note that your claim # 55205-01 in the above referenced case and in the amount of
        $1,444,809.87      has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
        RICHARDS KIBBE & ORBE LLP                      TRANSFEROR: VR-LIW GMBH
        ATTN: MANAGING CLERK                           25 CABOT SQUARE
        ONE WORLD FINANCIAL CENTER                     CANARY WHARF
        NEW YORK NY 10281                              LONDON  E14 4QA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8123      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2010                 Vito Genna, Clerk of Court


                                 /s/ L.Danas
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail. postage prepaid on  April 8, 2010.

<u>Exhibit B</u>

```
TIME: 14:03:33                                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/12/10                                                     CREDITOR LISTING
```

| Name | Address |
|------|---------|
| BARCLAYS BANK PLC | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS INTERNATIONAL | ATTN. JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN, SACHS, & CO. | TRANSFEROR: THE MASTER TRUST BANK OF JAPAN, LTD. ACTING AS TRUSTEE FOR 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (INADMINISTRATION)ATTN:ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (INADMINISTRATION)PRICEWATERHOUSECOOPERS LLP ATTN. STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (INLIQUIDATION)ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: THE YAMAGATA BANK, LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: VR-LIW GMBH 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: YAMAGATA BANK LTD., THE 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1801 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: DZ PRIVATBANK ( SCHWEIZ ) AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ANDREW SCOTLAND, SAM GRIFFITHS SPECIAL SITUATIONS GROUP RBS GLOBAL BANKING AND |
| SOROS FUND MANAGEMENT LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN. JAY SCHOENFARBER 888 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10106 |
| STRATEGIC VALUE MASTER FUND, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| THE MASTER TRUST BANK OF JAPAN, LTD. ACTING | AS TRUSTEE FORLEHMANBROTHERSINTERNATIONAL (EUROPE) (IN ADMINISTRATION) 11-3 HAMAMATSU-CHO, 2-CHOME MINATO-KU, TOKYO 105-8579 JAPAN |
| THE YAMAGATA BANK, LTD | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 3-1-2 NANOKAMACHI YAMAGATA-CITY, YAMAGATA 990-8642 JAPAN |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE IA HAMM 59069 GERMANY |
| YAMAGATA BANK LTD., THE | ATTN: KOUICHI SEKIMOTO 1-2 NANOKAMACHI 3-CHOME YAMAGATA-SHI 990-8642 JAPAN |

Total Number of Records Printed        21

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Exhibit C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153