FILED
U.S. BANKRUPTCY COURT
2010 APR -7 A 9:00
S.D. OF N.Y.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**In re : Chapter 11 Case No.**

:

**LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)**

:

**Debtors. : (Jointly Administered)**

---------------------------------------------------------------x

**PROOF OF MAILINGS**

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Wm Kunz
Bx 1801
Nantucket Ma 02554

One piece of ordinary mail addressed to:
Dechert, LLP
1095 Ave of Americas
Ny Ny 10036
Wessen, Marne, Esq

PS Form 3817, January 2001

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 MAR 06, 10 AMOUNT $1.15 00051513-02

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Wm Kunz
Bx 1801
Nantucket, MA 02554-1801

One piece of ordinary mail addressed to:
Milbank Tweed
1 Chase Plaza
Ny Ny 10005
Dunne, Donnell

PS Form 3817, January 2001

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 MAR 06, 10 AMOUNT $1.15 00051513-02

UNITED STATES POSTAL SERVICE® Certificate of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Wm Kunz
Bx 1801
Nantucket Ma 02554

To: Milbank Tweed
1 Chase Plaza
Ny Ny 10005

HYANNIS MA 02601 FEB 18 2010 USPS

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 FEB 18, 10 AMOUNT $1.15 00051513-09

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Kunz
Bx1801
Nantucket MA 02584

One piece of ordinary mail addressed to:

US Trustee (21)
33 Whitehall
NY NY
10004

HYANNIS MA 02601 FEB 25 2010

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 FEB 25, 10 AMOUNT **$1.15** 00051513-09

PS Form **3817**, January 2001

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Kunz
Bx1801
Nantucket MA 02584

One piece of ordinary mail addressed to:

McBane? Tweed ODonnell/Den
1 Chase Plaza
NY NY 10005

HYANNIS MA 02601 FEB 25 2010 USPS

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 FEB 25, 10 AMOUNT **$1.15** 00051513-09

PS Form **3817**, January 2001

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Wm Kunz
Bx1801
Nantucket MA 02584-1801

One piece of ordinary mail addressed to:

US Trustee #21
33 Whitehall
NY NY 10004

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 MAR 06, 10 AMOUNT **$1.15** 00051513-02

PS Form **3817**, January 2001

**UNITED STATES POSTAL SERVICE** **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

Wm Kunz
Bx1801
Nantucket MA 02584-1801

To:

US Trustee
33 Whitehall
NY NY 10004

HYANNIS MA FEB 16 2010 USPS

UNITED STATES POSTAL SERVICE 1000

U.S. POSTAGE PAID HYANNIS, MA 02601 FEB 18, 10 AMOUNT **$1.15** 00051513-09

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Kunz
Bx 1801
Nantucket MA 02554-18

One piece of ordinary mail addressed to:

White & Case
1155 Ave of the Americas
NY NY 10036-2787

PS Form **3817**, January 2001

UNITED STATES POSTAL SERVICE

1000

U.S. POSTAGE PAID NANTUCKET, MA 02554 MAR 09, '10 AMOUNT

**$1.15**

00098413-08

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Wm Kunz
Bx 1801
Nantucket MA 02554

One piece of ordinary mail addressed to:

S. DiScepolo, Esq
1050 Winter St #1000
Waltham Ma 02451

PS Form **3817**, January 2001

UNITED STATES POSTAL SERVICE

1000

U.S. POSTAGE PAID NANTUCKET, MA 02554 MAR 09, '10 AMOUNT

**$1.15**

00098413-08

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

Search Results

Label/Receipt Number: **7009 1680 0000 3272 3837**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Enter Label/Receipt Number.

Your item was delivered at 11:53 AM on March 9, 2010 in NEW YORK, NY 10153.

Detailed Results:

- **Delivered, March 09, 2010, 11:53 am, NEW YORK, NY 10153**
- **Arrival at Unit, March 09, 2010, 7:55 am, NEW YORK, NY 10022**
- **Acceptance, March 06, 2010, 10:32 am, HYANNIS, MA 02601**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.61 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.41 |

0601
HYANNIS MA 02601 MAR 6 2010 USPS
Postmark Here
03/06/2010

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7009 1680 0000 3272 3837



 USPS - Track & Confirm Page 1 of 1
Pg 5 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 3170 1607**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:42 AM on February 22, 2010 in NEW YORK, NY 10270.

Detailed Results:

- **Delivered, February 22, 2010, 11:42 am, NEW YORK, NY 10270**
- **Acceptance, February 18, 2010, 12:36 pm, HYANNIS, MA 02601**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Track & Confirm**
Enter Label/Receipt Number.
Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10005

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

0601
09
Postmark Here
02/18/2010
HYANNIS MA 02601

Sent To: M.T. O'Donnell
Street, Apt. No.; or PO Box No.: 1 Chase Plaza
City, State, ZIP+4: NY NY 10005

7009 2820 0003 3170 1607

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 4/5/2010



USPS - Track & Confirm Page 1 of 1
Pg 6 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 3170 1638**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:44 PM on February 22, 2010 in NEW YORK, NY 10153.

Detailed Results:

- **Delivered, February 22, 2010, 12:44 pm, NEW YORK, NY 10153**
- **Arrival at Unit, February 22, 2010, 9:58 am, NEW YORK, NY 10022**
- **Acceptance, February 18, 2010, 12:32 pm, HYANNIS, MA 02601**

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go>

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
NEW YORK NY 10153

| | |
|---|---|
| Postage | $ $1.39 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.19 |

0601
Postmark Here
02/18/2010

Sent To: Weil Gotshal
Street, Apt. No.; or PO Box No. 767 5th Ave
City, State, ZIP+4 NY NY 10153

7009 2820 0003 3170 1638

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 4/5/2010



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 3170 3571**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 1:24 PM on March 1, 2010 in NEW YORK, NY 10153.

Detailed Results:

- **Delivered, March 01, 2010, 1:24 pm, NEW YORK, NY 10153**
- **Arrival at Unit, March 01, 2010, 9:02 am, NEW YORK, NY 10022**
- **Acceptance, February 25, 2010, 10:29 am, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.
Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
NEW YORK NY 10153 OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.24 |

0601 HYANNIS MA 02601 09 Postmark FEB 25 2010 02/25/2010 USPS

Sent To
Street, Apt. No.; or PO Box No. 767 5th Ave
City, State, ZIP+4 New York 10153

7009 2820 0003 3170 3571



USPS - Track & Confirm Page 1 of 1
Pg 8 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 3170 1768**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:39 AM on February 19, 2010 in BOSTON, MA 02110.

Detailed Results:

- **Delivered, February 19, 2010, 11:39 am, BOSTON, MA 02110**
- **Acceptance, February 18, 2010, 12:34 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

BOSTON MA 02110-2012

| | | |
|---|---|---|
| Postage | $ $0.44 | 0601 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | 02/18/2010 |

Sent To: US Bank Corp Trust LMfsoy
Street, Apt. No.; or PO Box No.: 1 Fed Exel
City, State, ZIP+4: Boston MA

7009 2820 0003 3170 1768

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 4/5/2010



USPS - Track & Confirm Page 1 of 1
Pg 9 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0003 3169 2011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:36 PM on February 25, 2010 in NEW YORK, NY 10036.

Detailed Results:

- **Delivered, February 25, 2010, 12:36 pm, NEW YORK, NY 10036**
- **Acceptance, February 23, 2010, 1:16 pm, HYANNIS, MA 02601**

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

NEW YORK NY 10036 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.61 | 0601 |
| Certified Fee | $2.80 | 02 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.41 | 02/23/2010 |

Sent To: White + Case - DNB
Street, Apt. No.; or PO Box No.: 1155 Ave of America
City, State, ZIP+4: NY NY 10036

7009 2820 0003 3169 2011

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 4/5/2010



USPS - Track & Confirm Page 1 of 1
Pg 10 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 1680 0000 3272 3950**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:13 PM on March 10, 2010 in NEW YORK, NY 10019.

Detailed Results:

- **Delivered, March 10, 2010, 2:13 pm, NEW YORK, NY 10019**
- **Acceptance, March 08, 2010, 2:48 pm, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
NEW YORK NY 10019
OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.61 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.41 |

0601
05
HYANNIS MA 02601
Postmark Here
03/08/2010
USPS

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7009 1680 0000 3272 3950

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 4/5/2010





Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH12 9570 236U S**
Guaranteed Delivery Date/Time: **March 8, 2010, 3:00 PM**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 9:50 AM on March 8, 2010 in NEW YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed for by K CAPPIELLO.

Detailed Results:

- **Delivered, March 08, 2010, 9:50 am, NEW YORK, NY 10004**
- **Sorting Complete, March 08, 2010, 9:25 am, NEW YORK, NY 10004**
- **Arrival at Post Office, March 08, 2010, 7:13 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, March 07, 2010, 8:42 am, NEW YORK, NY 10199**
- **Processed through Sort Facility, March 06, 2010, 5:05 pm, WAREHAM, MA 02571**
- **Acceptance, March 06, 2010, 10:31 am, HYANNIS, MA 02601**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

Track & Confirm

Enter Label/Receipt Number.

Go >

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EH 129570236 US

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 02601 | ☐ Next ☑ 2nd ☐ 2nd Del. Day | $ 18.30 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 3 Day 6 Year 10 | Month Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 10:30 ☐AM ☐PM | ☐ Noon ☒ 3 PM | $ / $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 18.30 |
| Flat Rate ☐ or Weight lbs. 8 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

DELIVERY (POSTAL USE ONLY)

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

Wm Kunz
Box 1001
Nantucket, MA
02554

TO: (PLEASE PRINT) PHONE ( )

Clerk
US Bankruptcy Court
1 Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

1 0 0 0 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

 UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

Label/Receipt Number: **0309 1830 0000 7001 3984**
Class: **Package Services**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Enter Label/Receipt Number.

Your item was delivered at 10:37 AM on March 23, 2010 in NEW YORK, NY 10005.

Detailed Results:

- **Delivered, March 23, 2010, 10:37 am, NEW YORK, NY 10005**
- **Arrival at Post Office, March 23, 2010, 10:30 am, NEW YORK, NY 10005**
- **Processed through Sort Facility, March 19, 2010, 3:02 pm, NEW YORK, NY 10199**
- **Acceptance, March 16, 2010, 10:05 am, HYANNIS, MA 02601**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0309 1830 0000 7001 3984

Postmark Here

HYANNIS MA 02601 MAR 16 2010 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at *www.usps.com®*
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**

- [ ] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [x] Package Services parcel

PS Form 152, May 2002 (See Reverse)


USPS - Track & Confirm

Pg 13 of 18

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

Label/Receipt Number: **0309 1830 0000 7000 1486**
Class: **Package Services**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Enter Label/Receipt Number.

Your item was delivered at 10:30 AM on March 24, 2010 in NEW YORK, NY 10005.

Detailed Results:

- **Delivered, March 24, 2010, 10:30 am, NEW YORK, NY 10005**
- **Missent, March 20, 2010, 9:40 am**
- **Arrival at Post Office, March 20, 2010, 9:40 am, NEW YORK, NY 10003**
- **Processed through Sort Facility, March 19, 2010, 2:57 pm, NEW YORK, NY 10199**
- **Acceptance, March 16, 2010, 10:06 am, HYANNIS, MA 02601**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

DELIVERY CONFIRMATION NUMBER: 0309 1830 0000 7000 1486

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

O'Donnell - McBride Reed
(Please Print Clearly)
1 Chase Plaza
NY NY 10005

Postmark Here: HYANNIS MA 02601 MAR 16 2010 USPS

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [ ] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [x] Package ~~Services~~ parcel

PS Form 152, May 2002 (See Reverse)

1 of 1 4/5/2010 8:53 AM

Contact Us | Sitemap

Ship | Track | Services | About DHL | Help

DHL USA Home DHL Global Search

# Track results detail

Print this page

Track

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

Log in to DHL

User ID

Password

Remember my User ID

Log in

- Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
- Sign up now

## Current status for 6779474122...

Help

Shipment delivered. ✓

View signature

Delivered on: 2/9/2010 11:45 am
Delivered to:
Signed for by: M GRAM What is this?
Want to get the status of all your shipments in one place? Learn more about DHL ProView™

## Tracking history...

Help

| Date and time | Status | Location Service Area |
|---|---|---|
| 2/9/2010 11:45 am | Shipment delivered. | Boston, MA Why is this? |
| 10:41 am | With delivery courier. | Boston, MA |
| 5:01 am | Processed at DHL Location. | Cincinnati Hub, OH |
| 2:09 am | Transit through DHL facility | Cincinnati Hub, OH |
| 2/8/2010 10:45 pm | Depart Facility | Miami Gateway, FL |
| 10:07 pm | Processed at DHL Location. | Miami Gateway, FL |
| 9:25 pm | Clearance processing complete | Miami Gateway, FL |
| 9:25 pm | Transit through DHL facility | Miami Gateway, FL |
| 6:40 pm | Depart Facility | Nassau, Bahamas |
| 6:25 pm | Processed at DHL Location. | Nassau, Bahamas |
| 5:56 pm | Departing origin. | Nassau, Bahamas |
| 1:11 pm | Shipment picked up | Nassau, Bahamas |

## Shipment details...

Help

| From | To | Shipment information |
|---|---|---|
| Harbour Island, Bahamas | WJ CLINTON FOUNTAIN<br>Boston, MA 02127<br>United States | Ship date: 2/8/2010<br>Pieces: 1<br>Total weight: 2.0 lbs Note on weight<br>Service: Next Day More info |

Track new shipment

Tracking detail provided by DHL: 2/17/2010, 9:37:33 am pt.

**Business is waiting.**
Across the street and around the globe with One World Yellow Pages.
- Learn more

**Questions?**
We're here to help!
- Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy

Copyright © 2009 DHL International, Ltd. All Rights Reserved.

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL *In USA only*

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

677 9474 122

6779474122

ORIGIN | DESTINATION CODE: NAS

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No.

☐ Cash ☐ Check ☐ Credit Card

Shipment Value Protection (see reverse) 735509826

☐ Yes Declared Value for Carriage (in US $)

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number: 735509826

Contact Name: W Kurtz

Shipper's Reference (up to 35 characters)

Company Name: DUNMORE RENTALS

Address: HARBOUR ISLAND NASSAU, BAHAMAS

Post/ZIP Code (required): NAS

Phone, Fax, or E-mail (required): 242-333-2372

**3 To (Receiver)**

Company Name: WJ Clinton Foundation

Contact Person: — Haiti — Project —

Delivery Address *DHL Cannot Deliver to a PO Box*: 383 Dorchester #400 Boston MA

Country: USA

Post/ZIP Code (required): 02127

Phone, Fax, or E-mail (required): 202-501-4444

**4 Shipment Details**

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| | | @ | x | x | |
| | | @ | x | x | |
| | lbs | @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*

Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes *If left blank, Receiver pays duties/taxes.* ☐ Receiver ☐ Shipper ☐ Other (Specify approved account number)

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required): [signature] Date: 2/5/10

**8 Products & Services**

☐ Domestic ☐ International Document ☐ International Non-Document

Products (not all are available to and from all locations): ☐ EXPRESS 9:00 ☐ EXPRESS 10:30 ☐ EXPRESS 12:00 ☐ EXPRESS / WORLDWIDE ☐ ECONOMY SELECT ☐ EXPRESS ENVELOPE ☐ OTHER

Optional Services (extra charges may apply): ☐ Saturday Delivery ☐ Non-standard Pickup ☐ Delivery Notification ☐ Payable Packaging ☐ Other

Globalmail Business: ☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT lbs

| SERVICES | CHARGES |
|---|---|
| | 56.96 |
| Drop Box # | TOTAL 56.96 |

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.) No.: Type Expires Auth.

PICKED UP BY Route No. Time Date

© 2002



# Track & Confirm

## Search Results

Label/Receipt Number: **EG09 2142 585U S**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 11:05 AM on February 19, 2010 in NEW YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed for by M PORTER.

Detailed Results:

- **Delivered, February 19, 2010, 11:05 am, NEW YORK, NY 10004**
- **Arrival at Post Office, February 19, 2010, 9:15 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, February 18, 2010, 4:18 pm, WAREHAM, MA 02571**
- **Acceptance, February 18, 2010, 12:30 pm, HYANNIS, MA 02601**

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®
Customer Copy
Label 11-B, March 2004
Post Office To Addressee

EG 092142585 US

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 02601 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 18.30 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 2 18 10 (Mo. Day Year) | Month 2 Day 19 | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 1231 ☐ AM ☑ PM | ☑ Noon ☐ 3 PM | $ / $ |
| Flat Rate ☐ or Weight | Military | Total Postage & Fees |
| 3.70 lbs. ozs. | ☐ 2nd Day ☐ 3rd Day | $ 18.30 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |
| | | M |

DELIVERY (POSTAL USE ONLY)

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

Wm Kuntz
Box 1901
Nantucket MA
02554

TO: (PLEASE PRINT) PHONE ( )

Clerk
U.S. Bankruptcy Court
1 Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
10004 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS





# Track & Confirm

## Search Results

Label/Receipt Number: **EB64 3594 912U S**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 11:14 AM on February 18, 2010 in NEW YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed for by M PORTER.

Detailed Results:

- **Delivered, February 18, 2010, 11:14 am, NEW YORK, NY 10004**
- **Sorting Complete, February 18, 2010, 9:18 am, NEW YORK, NY 10004**
- **Arrival at Post Office, February 18, 2010, 7:07 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, February 18, 2010, 4:07 am, NEW YORK, NY 10199**
- **Processed through Sort Facility, February 17, 2010, 6:25 pm, WAREHAM, MA 02571**
- **Acceptance, February 17, 2010, 12:56 pm, HYANNIS, MA 02601**

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.

EB 643594912 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 02601 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 18.30 |
| Date Accepted: 2/17/10 (Mo. Day Year) | Scheduled Date of Delivery (Month Day) | Return Receipt Fee $ |
| Time Accepted: 1:00 ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| Flat Rate ☐ or Weight: lbs. 6 ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 18.30 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

DELIVERY (POSTAL USE ONLY)

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

Wm Kuntz
Bx 1801
[illegible] MA 02[illegible]

TO: (PLEASE PRINT) PHONE ( )

Clerk
US Bankruptcy Court
1 Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

10004 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS



# Track & Confirm

## Search Results

Label/Receipt Number: **EG09 2138 056U S**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 9:31 AM on March 1, 2010 in NEW YORK, NY 10004 to US BANKRUPTCY COURT . The item was signed for by M PORTER.

Detailed Results:

- **Delivered, March 01, 2010, 9:31 am, NEW YORK, NY 10004**
- **Notice Left, February 26, 2010, 10:28 am, NEW YORK, NY 10004**
- **Out for Delivery or Available at PO Box, February 26, 2010, 10:26 am, NEW YORK, NY 10004**
- **Sorting Complete, February 26, 2010, 9:56 am, NEW YORK, NY 10004**
- **Arrival at Post Office, February 26, 2010, 9:13 am, NEW YORK, NY 10004**
- **Processed through Sort Facility, February 25, 2010, 6:32 pm, WAREHAM, MA 02571**
- **Acceptance, February 25, 2010, 10:28 am, HYANNIS, MA 02601**

**Track & Confirm**
Enter Label/Receipt Number.
Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. Go >

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®
Customer Copy
Label 11-B, March 2004
Post Office To Addressee

EG 092138056 US

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 02601 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 18.30 |
| Date Accepted 2 25 10 (Mo. Day Year) | Scheduled Date of Delivery Month 2 Day 26 | Return Receipt Fee $ |
| Time Accepted 1027 ☒ AM ☐ PM | Scheduled Time of Delivery ☑ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 18.30 |
| Flat Rate ☐ or Weight 5.50 lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials MV |

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

HYANNIS MA 02601 FEB 25 2010 USPS

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )
Wm Kuntz
Bx1801
Nantucket, MA 02554

TO: (PLEASE PRINT) PHONE ( )
Clerk
US Bankruptcy Court
Bowling Green
NY NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
10004 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS