

590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

Bruce Zabarauskas
(212) 895-4255
BZabarauskas@crowell.com

April 7, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
**Attn:  Clerk of the Court
         Correction Department**

Re:  <u>Lehman Brothers Holdings Inc., et al./Case No. 08-13555 (JMP)</u>

Dear Sir/Madam:

Kindly remove my name from the list of those receiving ECF Alerts in the above referenced case at your earliest convenience. My e-mail address is bzabarauskas@crowell.com.

If you have any questions or concerns, please feel free to contact me. Thank you for your cooperation.

Very truly yours,

*Bruce J. Zabarauskas*

Bruce J. Zabarauskas