SEAN A. O'KEEFE – NY Bar No. 1980853, CA State Bar No. 122417
sokeefe@winthropcouchot.com
PAUL J. COUCHOT – CA State Bar No. 131934
pcouchot@winthropcouchot.com
PETER W. LIANIDES – CA State Bar No. 160517
plianides@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
General Insolvency Counsel for Administratively
Consolidated Debtors-in-Possession and Counsel
to SCC Acquisitions, Inc.

WILLIAM N. LOBEL – State Bar No. 93202
wlobel@thelobelfirm.com
MIKE D. NEUE - State Bar No. 179303
mneue@thelobelfirm.com
THE LOBEL FIRM
840 Newport Center Dr Ste 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870
Counsel for Steven M. Speier, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                    :
**In re**                                           :   **Chapter 11 Case No.**
                                                    :
                                                    :   **08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**:
                                                    :   **(Jointly Administered)**
         **Debtors.**                               :
                                                    :
-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I Susan Connor certify as follows:

1.      I am an employee of Winthrop Couchot Professional Corporation, General

Insolvency Counsel for Administratively Consolidated Debtors and Debtors-in-

Possession and Counsel to SCC Acquisitions, Inc. I am over the age of eighteen years

and am not a party to this action; and my business address is 660 Newport Center Drive,

62791.5

Fourth Floor, Newport Beach, California 92660, in said County and State.  The matters

stated herein are within my knowledge and, if called as a witness, I could and would

competently testify thereto.

2.      On April 9, 2010, I served a true and complete copy of *LIMITED*

*JOINDER OF STEVEN M. SPEIER, CHAPTER 11 TRUSTEE IN THE OPPOSITION OF*

*SUNCAL DEBTORS TO MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR*

*AUTHORITY TO COMPROMISE CONROVERSY IN CONNECTION WITH A*

*REPURCHASE TRANSACTION WITH FENWAY CAPITAL, LLC AND A*

*COMMERCIAL PAPER PROGRAM WITH FENWAY FUNDING, LLC* on the following

people and via the mode indicated:

## VIA FEDERAL EXPRESS

Office of the U.S. Trustee
Attn:  Andrew D. Velez-Rivera
33 Whitehall Street, 21st. Floor
New York, NY 10004

United States Bankruptcy Court                                       Courtesy Copy
Southern District of New York
Attn:  The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Securities and Exchange Commission
Attn:  Bonnie L. Gauch
Division of Market Regulation
450 5th Street, NW
Washington, DC 20549-1001

## VIA FACSIMILE

Office of the Trustee          212-668-2255

Internal Revenue Service     212-436-1931

## VIA E-MAIL

**SEE EXHIBIT "1"**

1

I declare under penalty of Perjury under the laws of the United States that
the foregoing is true and correct.

Executed this 12 day of April, 2010, at Newport Beach, California.

Susan L. Connor

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC

## EXHIBIT "1"

| | |
|---|---|
| Alfredo.perez@weil.com | Debtor's counsel |
| jschreiber@dl.com | Counsel to Fenway |
| rreinthaler@dl.com | Counsel to Fenway |
| clevy@dl.com | Counsel to Fenway |
| ddunne@milbank.com | Counsel to Creditors' Committee |
| robertdakis@quinnemanuel.com | Counsel to Creditors' Committee |
| wlobel@thelobelfirm.com | Counsel to Steve Speier |
| mneue@thelobelfirm.com | Counsel to Steve Speier |
| smiller@millerbarondess.com | Co-counsel |

Anne Marie Aaronson     aaaronson@dilworthlaw.com
Marc Abrams     maosbny@willkie.com, mabrams@willkie.com
Ann E. Acker     acker@chapman.com
David J. Adler     dadler@mccarter.com
Luma Al-Shibib     lalshibib@reedsmith.com
Ana M. Alfonso     aalfonso@kayescholer.com,
daniel.bloom@kayescholer.com;rcappiello@kayescholer.com;gjeanlouis@kayeschol
er.com;tania.ingman@kayescholer.com
Darryl J. Alvarado     dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
D. Sam Anderson     sanderson@bernsteinshur.com,
acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
George Angelich     angelich.george@arentfox.com,
angelich.george@arentfox.com;lane.katie@arentfox.com
Tara B. Annweiler     tannweiler@greerherz.com
Rick Antonoff     rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Bruce G. Arnold     barnold@whdlaw.com, chandy@whdlaw.com
John R. Ashmead     ashmead@scwkis.com
Lee Stein Attanasio     emcdonnell@sidley.com
Lauren Attard     lattard@kayescholer.com, lattard@kayescholer.com
Douglas Bacon     douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
Donald M. Badaczewski     donald.badaczewski@dechert.com
Ingrid Bagby     ingrid.bagby@cwt.com,
betty.comerro@cwt.com;michele.maman@cwt.com
Helen Ball     hball@ba-boult.com, mtaylor@ba-boult.com
William G. Ballaine     wballaine@lcbf.com
Elizabeth Banda Calvo     rgleason@pbfcm.com, ebcalvo@pbfcm.com
Duncan E. Barber     dbarber@bsblawyers.com
David L. Barrack     dbarrack@fulbright.com
Lawrence Bass     lawrence.bass@hro.com
Beatrice Hamza Bassey     bassey@hugheshubbard.com
Paul M. Basta     pbasta@kirkland.com, jacob.goldfinger@kirkland.com
Paul A. Batista     batista007@aol.com
Ronald Scott Beacher     rbeacher@daypitney.com
Anne E. Beaumont     abeaumont@fklaw.com, lehmanbros@fklaw.com

T. Scott Belden    sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Howard S. Beltzer    hbeltzer@morganlewis.com
Evan J. Benanti    evan.benanti@bingham.com
Walter Benzija    wbenzija@halperinlaw.net
Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com
Leslie Ann Berkoff    lberkoff@moritthock.com
Ronit J. Berkovich    ronit.berkovivh@weil.com
Mark N. Berman    mberman@nixonpeabody.com
Richard J. Bernard    rbernard@bakerlaw.com
Darren Elliot Bernstein    bernsted@lbitrustee.com
Scott Howard Bernstein    sbernstein@hunton.com
Daniel B. Besikof    dbesikof@loeb.com
Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
Joshua R. Blackman    jBlackman@morganlewis.com
Benjamin Blaustein    bblaustein@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com
Daniel S. Bleck    dbleck@mintz.com
Michael V. Blumenthal    mblumenthal@crowell.com
Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
Hilary B. Bonial    notice@bkcylaw.com
Mark V. Bossi    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
Maria A. Bove    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
Jerrold Lyle Bregman    jbregman@curtis.com,
cmanthei@curtis.com;ghertzberg@curtis.com
Lawrence Jay Brenner    lbrenner@crowell.com
Timothy W. Brink    timothy.brink@dlapiper.com
James L. Bromley    maofiling@cgsh.com
Luke O. Brooks    lukeb@rgrdlaw.com, e_file_sf@rgrdlaw.com
Melvin A. Brosterman    mbrosterman@stroock.com,
docketing@stroock.com;insolvency@stroock.com
Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
Andrew P. Brozman    andrew.brozman@cliffordchance.com
Robert W. Brundige    brundige@hugheshubbard.com
Martin G. Bunin    marty.bunin@alston.com
Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
Michael G. Busenkell    mbusenkell@wcsr.com
Aaron R. Cahn    cahn@clm.com
Daniel K. Cahn    dcahn@cahnlaw.com
Carollynn H.G. Callari    ccallari@venable.com
Donald F. Campbell    dcampbell@ghclaw.com
Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC

Matthew Allen Cantor    info2@normandyhill.com
John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
Scott Cargill    scargill@lowenstein.com
Roy H. Carlin    carlin@thshlaw.com
Lawrence F. Carnevale    bankruptcy@clm.com
James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
Gerard Sylvester Catalanello    gcatalanello@duanemorris.com,
gcatalanello@duanemorris.com
Iskender Catto    icatto@kirkland.com
Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us
Shelley C. Chapman    maosbny@willkie.com
Thomas E. Chase    tchase@rlrpclaw.com
Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com,
kurt.vellek@allenovery.com
Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
Robert N. H. Christmas    rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com
Jeffrey Chubak    jchubak@dl.com
Jared Riley Clark    jared.clark@bingham.com,
david.marcus@bingham.com,pat.wright@bingham.com
Marvin E. Clements    agbanknewyork@ag.tn.gov
Hollace T. Cohen    hollace.cohen@troutmansanders.com
Ronald L. Cohen    cohenr@sewkis.com
Joshua D. Cohn    joshua.cohn@allenovery.com, kurt.vellek@allenovery.com
Michael H. Cohn    mcohn@cohnroth.com,
scaba@cohnroth.com;tburns@cohnroth.com
Jeffrey R. Coleman    coleman@hugheshubbard.com
Kenneth P. Coleman    evelyn.rodriguez@allenovery.com,
kurt.vellek@allenovery.com
Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
Patrick Collins    pcollins@farrellfritz.com
Christopher Combest    ccombest@quarles.com, fbf@quarles.com
Dena Copulsky    dlcopulsky@hhlaw.com, nduncan@hhlaw.com
Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
Jeffrey Costell    jlc@costell-law.com
Patrick M. Costello    pcostello@bbslaw.com, Timothe@bbslaw.com
Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
David N. Crapo    dcrapo@gibbonslaw.com
David A. Crichlow    dcrichlow@pillsburywinthrop.com
Maureen A. Cronin    macronin@debevoise.com, mao-
ecf@debevoise.com;mbrice@debevoise.com
Leo T. Crowley    leo.crowley@pillsburylaw.com
Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
Louis A. Curcio    lcurcio@sonnenschein.com
Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
Robert K. Dakis    robertdakis@quinnemanuel.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com
J. Patrick Darby    pdarby@babc.com
George A. Davis    wendy.kane@cwt.com;michael.schrader@cwt.com
Jason C. Davis    jdavis@rgrdlaw.com, e_file_sf@rgrdlaw.com
Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com
Louis T. DeLucia    ldelucia@schiffhardin.com,
lbonilla@schiffhardin.com;sodavis@schiffhardin.com;smartin@schiffhardin.com
Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
John Dellaportas    dellajo@duanemorris.com
Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com
Paul H. Deutch    harriet.cohen@troutmansanders.com
Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-
law.com
Maria J. DiConza    diconzam@gtlaw.com,
baddleyd@gtlaw.com;petermann@gtlaw.com
Daryl L. Diesing    ddiesing@whdlaw.com,
lramirez@whdlaw.com;pbartoli@whdlaw.com
Gianni Dimos    gianni.dimos@pillsburylaw.com
Sara Discepolo    Sara_Discepolo@verizon.net
Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
Joshua Dorchak    joshua.dorchak@bingham.com
Mark J. Dorval    mdorval@stradley.com
Amish R. Doshi    adoshi@daypitney.com
Mary Joanne Dowd    dowd.mary@arentfox.com,
rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
Thomas Alan Draghi    tdraghi@westermanllp.com
Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com
Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,dchristian@seyfarth.com,
Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
Matthew Dyer    BkMail@prommis.com
David W. Dykhouse    mcobankruptcy@pbwt.com
Lawrence P. Eagel    eagel@bragarwexler.com
Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
Michael James Edelman    mjedelman@vedderprice.com,
ecfnydocket@vedderprice.com
Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com
Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
Susan K. Ehlers    sehlers@armstrongteasdale.com
Steven B. Eichel    seichel@crowell.com
Jeremy D. Eiden    jeremy.eiden@state.mn.us
Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Mark C. Ellenberg    mark.ellenberg@cwt.com,
allison.dipasqua@cwt.com;betty.comerro@cwt.com
Kristin Elliott    kelliott@kelleydrye.com
Bertin C. Emmons    bemmons@sovereignbank.com
Michael R. Enright    menright@rc.com
Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-
law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
law.com;jporter@entwistle-law.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Edward J. Estrada    eestrada@reedsmith.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Michael A. Fagone    mfagone@bernsteinshur.com
Jessica Fainman    jessica.fainman@barclayscapital.com
Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
William L. Farris    farrisw@sullcrom.com
Gregg M. Ficks    gmf@cpdb.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Steven E. Fineman    sfineman@lchb.com
Steven J. Fink    sfink@orrick.com, nymao@orrick.com
Harden Alexander Fisch    afisch@stutman.com
Eric Fisher    fishere@butzel.com, richarda@butzel.com
Steven B. Flancher    flanchers@michigan.gov
Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
Jonathan L. Flaxer    jflaxer@golenbock.com,
ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com
Robert M. Fleischer    rfleischer@pryorcashman.com,
docketing@pryorcashman.com
Martin N. Flics    martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com
Shawn Randall Fox    sfox@mcguirewoods.com
Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
Jane M. Freeberg    jfreeberg@wfw.com
Mark Freedlander    mfreedlander@mcquirewoods.com,
hhickman@mcguirewoods.com
Rachel Freeman    rfreeman@dealysilberstein.com
Elise Scherr Frejka    efrejka@kramerlevin.com
David M. Friedman    DFriedman@kasowitz.com, courtnotices@kasowitz.com
Ellen A. Friedman    mmyles@friedumspring.com
Jeff J. Friedman    jeff.friedman@kattenlaw.com
Kenneth Friedman    kfriedman@manatt.com, efrasiolas@manatt.com
Michael Friedman    mfriedman@rkollp.com,
mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
Joseph Froehlich    jfroehlich@lockelord.com

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC

Thomas M. Gaa     tgaa@bbslaw.com, catherine@bbslaw.com
Amanda J. Gallagher     amanda.gallagher@linklaters.com
Alan E. Gamza     Agamza@mosessinger.com,
dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com
Samir Gebrael     sgebrael@klestadt.com
Barry S. Gedan     gedanman@gedanlaw.com
Karl Geercken     kgeercken@alston.com,
kgeercken@alston.com;plewis@alston.com
Lawrence V. Gelber     lawrence.gelber@srz.com
Jan B. Geller     jbgesq@bway.net
Anthony I. Giacobbe     agiacobbe@zeklaw.com
Christopher J. Giaimo     giaimoc@arentfox.com
Steven D. Ginsburg     sdg@adorno.com,
ctatelbaum@adorno.com;jalper@adorno.com
Steven A. Ginther     sdnyecf@dor.mo.gov
Joseph M. Gitto     jgitto@nixonpeabody.com
Eduardo J. Glas     eglas@mccarter.com
Andrew K. Glenn     aglenn@kasowitz.com, courtnotices@kasowitz.com
Jay M. Goffman     JGoffman@skadden.com, mmirkovi@skadden.com
Andrew C. Gold     agold@herrick.com
Matthew J. Gold     mgold@kkwc.com, mattgoldesq@optonline.nct
Adam J. Goldberg     adam.goldberg@lw.com
Seth Goldman     seth.goldman@mto.com
Irena M. Goldstein     igoldstein@dl.com, pabelson@dl.com;jlevinepstein@dl.com
Stephanie J. Goldstein     stephanie.goldstein@friedfrank.com
Brett D. Goodman     brett.goodman@troutmansanders.com,
harriet.cohen@troutmansanders.com
Todd M. Goren     tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
Andrew R. Gottesman     agottesman@secondmarket.com,
gsalamone@secondmarket.com
Lindsee Paige Granfield     lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.co
m;bmorag@cgsh.com;jmoss@cgsh.com;ashajnfeld@cgsh.com;smcmillan@cgsh.com
;efrost@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com
Ira S. Greene     isgreene@hhlaw.com, nduncan@hhlaw.com
Brian E. Greer     brian.greer@dechert.com
Stefanie Birbrower Greer     stefanie.greer@bingham.com,
joshua.mclaughlin@bingham.com;joyce.gilroy@bingham.com
Emanuel C. Grillo     egrillo@goodwinprocter.com
Howard J. Grossman     howard.j.grossman@chase.com
Steven T. Gubner     ecf@ebg-law.com
Philip M. Guess     philg@klgates.com, rhonda.hinman@klgates.com
Paul C. Gunther     pgunther@salans.com, nkhalatova@salans.com
Daniel J. Guyder     daniel.guyder@allenovery.com, kurt.vellek@allenovery.com
Robert R. Hall     robert.hall@azag.gov
Thomas J. Hall     thall@chadbourne.com

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC

Alan D. Halperin    ahalperin@halperinlaw.net,
spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
William Hao    william.hao@alston.com
Lee Harrington    lharrington@nixonpeabody.com
Christopher Harris    Christopher.harris@lw.com
Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
Lynn P. Harrison    lharrison@curtis.com,
jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com
Diane Harvey    diane.harvey@weil.com
Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com
Patrick L. Hayden    phayden@mcguirewoods.com
Dion W. Hayes    dhayes@mcguirewoods.com,
phayden@mcguirewoods.com;kcain@mcguirewoods.com
Nava Hazan    nhazan@mwe.com
Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
Douglas S. Heffer    dheffer@foley.com
Christopher R. Heinrich    cheinrich@hslegalfirm.com
James M. Heiser    heiser@chapman.com
Jay S. Hellman    jsh@spallp.com
Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
Ira L. Herman    ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com
Neil E. Herman    Nherman@morganlewis.com
Jennifer B. Herzog    jherzog@gklaw.com,
mroufus@gklaw.com;zraiche@gklaw.com
William Heuer    wheuer@duanemorris.com
Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
David J. Hoffman    djhoffman@djhoffmanlaw.com
Evan C. Hollander    ehollander@whitecase.com,
rlipman@mcleodusa.com;mcosbny@whitecase.com;jdisanti@whitecase.com
Pamela Smith Holleman    pholleman@sandw.com
Ross A. Hoogerhyde    hoogerhr@pepperlaw.com
Jonathan Hook    jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
Casey B. Howard    choward@lockelord.com
Hamish Hume    hhume@bsfllp.com,
NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkem
p@bsfllp.com
Stephen C. Hunt    shunt@arnstein.com,
sch.ecfnotices@gmail.com;amroot@arnstein.com
Jay W. Hurst    jay.hurst@oag.state.tx.us
Frederick D. Hyman    fhyman@mayerbrownrowe.com
Jeremiah Iadevaia    jiadevaia@vladeck.com
Adam H. Isenberg    aisenberg@saul.com

Robbin L. Itkin     ritkin@steptoe.com,
kpiper@steptoe.com,khollingsworth@steptoe.com
Jennifer M. Jackson     jacksonj5@michigan.gov
Steve Jakubowski     sjakubowski@colemanlawfirm.com
Eric E. Johnson     eric.johnson@hro.com, alicia.berry@hro.com
Robert Alan Johnson     rajohnson@akingump.com
John J. Jolley     jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
Roger G. Jones     rjones@bccb.com
John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com
Gregory O. Kaden     gkaden@goulstonstorrs.com
William Wade Kannel     wkannel@mintz.com
Richard S. Kanowitz     rkanowitz@cooley.com
Alex J. Kaplan     ajkaplan@sidley.com,
mkilby@sidley.com;emcdonnell@sidley.com
Gary Kaplan     gary.kaplan@ffhsj.com, jennifer.rodburg@ffhsj.com
Martin H. Kaplan     mkaplan@gkblaw.com
Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com,
kristina.bunker@goldbergkohn.com
Diane J. Kasselman     dkasselman@kasselman-law.com
Elyssa Suzanne Kates     ekates@bakerlaw.com
Jordan Kaye     jkaye@kramerlevin.com
Robert J. Keach     rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinsh
ur.com;astewart@bernsteinshur.com
Robin Elizabeth Keller     robin.keller@lovells.com, omeca.nedd@lovells.com
Craig I. Kelley     craig@kelleylawoffice.com, sarah@kelleylawoffice.com
J. Michael Kelly     kellyjm@cooley.com
Kenneth J. Kelly     kkelly@ebglaw.com, nyma@ebglaw.com
Michael John Kelly     mkelly@willkie.com, maosbny@willkie.com
Thomas L. Kent     tomkent@paulhastings.com
Christopher K. Kiplok     kiplok@hugheshubbard.com
Paul Kizel     pkizel@lowenstein.com, jkramer@lowenstein.com
Barry R. Kleiner     dkleiner@vclaw.com
Howard Koh     hkoh@meisterseelig.com
Samuel S. Kohn     skohn@dl.com, dcunsolo@winston.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Deborah Kovsky-Apap     kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
Bryan Krakauer     bkrakauer@sidley.com, emcdonnell@sidley.com
Bennette D. Kramer     bdk@schlamstone.com
Richard P. Krasnow     richard.krasnow@weil.com,
richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
Michael M. Krauss     mkrauss@faegre.com,
charayda@faegre.com;cdougherty@faegre.com
Julia S. Kreher     jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com
J. Alex Kress     akress@riker.com

Martin Krolewski    mkrolewski@kelleydrye.com,
docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
Paul J. Labov    plabov@eapdlaw.com
Robinson B. Lacy    Lacyr@sullcrom.com
Darryl S. Laddin    bkrfilings@agg.com
Michael C. Lambert    mclambert@lawpost-nyc.com
Mark Landman    mlandman@lcbf.com
David P. Langlois    david.langlois@sablaw.com
Robert Laplaca    rlaplaca@levettrockwood.com
Kevin J. Larner    klarner@riker.com
Francis J. Lawall    lawallf@pepperlaw.com
James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
David M. LeMay    dlemay@chadbourne.com
Mark G. Ledwin    mark.ledwin@wilsonelser.com
David H. Lee    dlee@nixonpeabody.com
Robert J. Lemons    gillad.matiteyahu@weil.com
Stephen D. Lerner    slerner@ssd.com
Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
Shari D. Leventhal    shari.leventhal@ny.frb.org
Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
Joel H. Levitin    JLevitin@cahill.com,
MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
Ian N. Levy    ian.levy@kobrekim.com
Leo V. Leyva    lleyva@coleschotz.com
Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com
Valdi Licul    vlicul@vladeck.com
David Liebov    liebovd@sullcrom.com
Demetra Liggins    demetra.liggins@tklaw.com
Joanne K. Lipson    jlipson@crockerkuno.com,
ttracy@crockerkuno.com;nancy@crockerkuno.com
Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
Edward J. LoBello    elobello@blankrome.com
Stephen T. Loden    sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com
Joli A. Lofstedt    joli@crlpc.com
Sarah K. Loomis Cave    cave@hugheshubbard.com
Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
Mark L. Lubelsky    mark@mllassociates.com
Donald K. Ludman    dludman@brownconnery.com
Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
Kerri Anne Lyman    klyman@ircll.com
John H. Maddock    jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

11

George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
William R. Maguire    maguire@hugheshubbard.com
John S. Mairo    jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis
@pbnlaw.com;kdcurtin@pbnlaw.com
Christopher J. Major    cmajor@rc.com, tgorrell@rc.com
Robert K. Malone    robert.malone@dbr.com
Ray A. Mandlekar    raym@csgrr.com, e_file_sd@csgrr.com
Beverly Weiss Manne    bmanne@tuckerlaw.com
Julie A. Manning    bankruptcy@goodwin.com
Jacqueline Marcus    jacqueline.marcus@weil.com,
jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@w
eil.com
Alan E. Marder    lgomez@msek.com
Jeffrey S. Margolin    margolin@hugheshubbard.com
Lorenzo Marinuzzi    lmarinuzzi@mofo.com
D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;s
thompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;kpr
imm@hahnhessen.com;jsmith@hahnhessen.com
Laurence May    lmay@coleschotz.com
Douglas Kirk Mayer    dkmayer@wlrk.com, calcrt@wlrk.com
Sandra E. Mayerson    smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
Kurt A. Mayr    kurt.mayr@bgllp.com
Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
Mark McDermott    brian.mcdermott@skadden.com
Hugh M. McDonald    hmcdonald@sonnenschein.com,
mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com
Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
Douglas J. McGill    douglas.mcgill@dbr.com
Frank McGinn    ffm@bostonbusinesslaw.com
Lorraine S. McGowen    lmcgowen@orrick.com
Michelle McMahon    michelle.mcmahon@bryancave.com,
dortiz@bryancave.com;wcrenshaw@pogolaw.com
Austin L. McMullen    amcmullen@babc.com
John P. McNicholas    john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dla
piper.com;mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.wa
re@dlapiper.com;kristin.rosella@dlapiper.com;jeremy.johnson@dlapiper.com
John P. Melko    jmelko@gardere.com
Michelle A. Mendez    mmendez@hunton.com
Michael T. Mervis    Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com
Richard M. Meth    msteen@foxrothschild.com, spmicklich@daypitney.com
Robert N. Michaelson    rmichaelson@klgates.com

12

Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
Brett H. Miller    bmiller@mofo.com
David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
Ralph I. Miller    ralph.miller@weil.com
Anne Miller-Hulbert    ahulbert@logs.com
Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
Thomas J. Moloney    maofiling@cgsh.com,
tmoloncy@cgsh.com;dlivshiz@cgsh.com
David Molton    dmolton@brownrudnick.com,
jcalagione@brownrudnick.com;jelstad@brownrudnick.com
Christopher R. Momjian    crmomjian@attorneygeneral.gov
Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
Martin A. Mooney    mmooney@deilylawfirm.com,
tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
Matthew P. Morris    matthew.morris@lovells.com,
hugh.hill@lovells.com;daniel.lanigan@lovells.com
Joshua D. Morse    morsej@hbdlawyers.com
Judy Hamilton Morse    judy.morse@crowedunlevy.com
Steven T. Mulligan    smulligan@bsblawyers.com
Michael F. Murphy    murphym2@michigan.gov
David L. Neale    kjm@lnbrb.com
David Neier    dneier@winston.com, dcunsolo@winston.com
Melissa Z. Neier    mneier@ibolaw.com
Laura E. Neish    lneish@zuckerman.com
Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com
Steven H. Newman    snewman@katskykorins.com
Robert E. Nies    rnies@wolffsamson.com, ecf@wolffsamson.com
Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Rebecca Northey    rnorthey-lbi@mhjur.com
Richard P. Norton    morton@hunton.com
Robert M. Novick    rnovick@kasowitz.com, courtnotices@kasowitz.com
Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com
Anne Faith O'Berry    jputnam@bermanesq.com
Edmond P. O'Brien    eobrien@sbchlaw.com
Brian Edward O'Connor    maosbny@willkie.com, boconnor@willkie.com
Sean A. O'Neal    soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.co
m
Paul B. O'Neill    boneill@kramerlevin.com
Carl W. Oberdier    coberdier@schiffhardin.com,
lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com
Kalman Ochs    ochska@ffhsj.com
Harold Olsen    holsen@stroock.com
Matthew Olsen    molsen@morganlewis.com

Karen Ostad     kostad@mofo.com
Jody Michelle Oster     ECF.Oster@huntington.com
Alec P. Ostrow     apo@stevenslee.com
Neil J. Oxford     oxford@hugheshubbard.com
R. Stephen Painter     spainter@cftc.gov
Charles Palella     cpalella@kurzman.com
Deryck A. Palmer     deryck.palmer@cwt.com,
allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scot
t.greenberg@cwt.com;elizabeth.walker@cwt.com
Charles N. Panzer     cpanzer@sillscummis.com
Merritt A. Pardini     merritt.pardini@kattenlaw.com,
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenla
w.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
Barbra R. Parlin     barbra.parlin@hklaw.com, chip.lancaster@hklaw.com
Peter S. Partee     ppartee@hunton.com
Alfredo R. Perez     alfredo.perez@weil.com,
Michele.meises@weil.com;ilusion.rodriguez@weil.com;Chris.lopez@weil.com;gayle
.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etien
ne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
Steven W. Perlstein     steven.perlstein@kobrekim.com
Robert E. Pershes     rpershes@bdblaw.com,
sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdblaw.
com
Gregory M. Petrick     gregory.petrick@cwt.com,
diana.perez@cwt.com;david.forsh@cwt.com;allison.dipasqua@cwt.com
Olya Petukhova     opetukhova@foley.com
Brian D. Pfeiffer     brian.pfeiffer@friedfrank.com
Deborah J. Piazza     dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com
Andrea Pincus     apincus@reedsmith.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
Sydney G. Platzer     splatzer@platzerlaw.com
Frederick B. Polak     lml@ppgms.com
Dana Post     dpost@kramerlevin.com
John N. Poulos     poulos@hugheshubbard.com
Constantine Pourakis     cp@stevenslee.com
Jennifer Premisler     Jen.Premisler@cliffordchance.com
Patricia Williams Prewitt     pwp@pattiprewittlaw.com
William C. Price     wprice@mcguirewoods.com
Madlyn Gleich Primoff     mprimoff@kayescholer.com, maosbny@kayescholer.com
Jeffrey D. Prol     jprol@lowenstein.com
Jacob S. Pultman     jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
Deborah Quinn     dquinn@garfield-county.com
Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
Amanda Raboy     araboy@cov.com
Paul A. Rachmuth     prachmuth@gerstensavage.com
Jack A. Raisner     jar@outtengolden.com

John J. Rapisardi    john.rapisardi@cwt.com,
megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;
betty.comerro@cwt.com
Craig V. Rasile    crasile@hunton.com,
mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com
Paul L. Ratelle    pratelle@fwhtlaw.com
Gary Ravert    gravert@mwe.com
Sophia Ree    sree@lcbf.com
Ira A. Reid    ira.a.reid@bakernet.com
Russell Lowell Reid    rreid@sheppardmullin.com, ERotenberg-
Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com
Steven J. Reisman    sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vh
odeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com
Kenneth A. Reynolds    kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com
Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
Marc E. Richards    mrichards@blankrome.com
Paul J. Ricotta    pricotta@mintz.com
Michael J. Riela    michael.riela@lw.com
Dirk S. Roberts    dirk.roberts@ots.treas.gov
Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@fried
frank.com;aaron.kleinman@friedfrank.com
Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com
Courtney Rogers    crogers@orrick.com
Theodore O. Rogers    rogerst@sullcrom.com
William J.F. Roll    wroll@shearman.com
Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
Jeffrey M. Rosenberg    jeff@kleinsolomon.com
Kermit A. Rosenberg    krosenberg@tighepatton.com
Benjamin Rosenblum    brosenblum@jonesday.com
Jeffrey A. Rosenthal    maofiling@cgsh.com
Michael A. Rosenthal    mrosenthal@gibsondunn.com,
jcontreras@gibsondunn.com;ayork@gibsondunn.com
Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
David A. Rosenzweig    DRosenzweig@Fulbright.com
David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Melissa-Jean Rotini    mjr1@westchestergov.com
Rene S. Roupinian    rroupinian@outtengolden.com
Alex R. Rovira    arovira@sidley.com, cmcdonnell@sidley.com
Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
Samuel H. Rudman    srudman@csgrr.com, kstadelmann@csgrr.com

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC

Abby Rudzin    arudzin@omm.com
Scott K. Rutsky    srutsky@proskauer.com
Jeffrey S. Sabin    jeffrey.sabin@bingham.com
Jay G. Safer    jsafer@lockelord.com
Jeffrey D. Saferstein    jsaferstein@paulweiss.com
Chester B. Salomon    csalomon@beckerglynn.com,
jholdridge@beckerglynn.com;lmueller@beckerglynn.com
Diane W. Sanders    austin.bankruptcy@publicans.com
Lori K. Sapir    lsapir@sillscummis.com
Jennifer Savion    jsavion@ci.syracuse.ny.us
Robert Scannell    rscannell@morganlewis.com
Louis A. Scarcella    lscarcella@farrellfritz.com
Jonathan D. Schiller    jschiller@bsfllp.com
Michael L. Schleich    mschleich@fslf.com
Carey D. Schreiber    cschreiber@winston.com
Christopher P. Schueller    christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com
Dan Jeremy Schulman    dschulman@salans.com
Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;stho
mpson@hahnhessen.com;jorbach@hahnhessen.com
Lisa M. Schweitzer    lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com
Brendan M. Scott    bscott@klestadt.com
John Scott    jscott@reedsmith.com
Howard Seife    arosenblatt@chadbourne.com
Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
John T. Shaban    jshaban@wbamct.com
Nolan E. Shanahan    nshanahan@coleschotz.com
Andrea Sheehan    sheehan@txschoollaw.com,
coston@txschoollaw.com;asheel@yahoo.com;garza@txschoollaw.com
Thomas I. Sheridan    tsheridan@hanlyconroy.com
Mark Sherrill    mark.sherrill@sablaw.com
Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
Mark Shinderman    mark.shinderman@mto.com, paula.ayers@mto.com
Michael A. Shiner    mshiner@tuckerlaw.com
J. Christopher Shore    cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwi
nters@whitecase.com
Carren B. Shulman    cshulman@sheppardmullin.com,
mdunn@sheppardmullin.com;jqin@sheppardmullin.com
Glenn E. Siegel    Glenn.Siegel@dechert.com
Paul H. Silverman    PSilverman@mclaughlinstern.com
Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
Peter L. Simmons    peter.simmons@friedfrank.com
Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson     lsimonson@faegre.com
Charles E. Simpson     csimpson@windelsmarx.com,
detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
Howard G. Sloane     pfarren@cahill.com
Thomas R. Slome     lgomez@msek.com
Edward Smith     easmith@venable.com
Elizabeth Page Smith     esmith@llgm.com, strum@dl.com
Abigail Snow     asnow@ssbb.com
Eric J. Snyder     esnyder@sillerwilk.com
John Wesley Spears     john.spears@alston.com
Mark A. Speiser     mspeiser@stroock.com, insolvency2@stroock.com
Douglas E. Spelfogel     dspelfogel@foley.com
James H.M. Sprayregen     jsprayregen@kirkland.com, wguerrieri@kirkland.com
Marvin E. Sprouse     msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Jack G. Stern     jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
Malani Sternstein     msternstein@sheppardmullin.com
J. Robert Stoll     jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
Brent C. Strickland     bstrickland@wtplaw.com
Harvey A. Strickon     harveystrickon@paulhastings.com
David A. Sullivan     david.sullivan@cliffordchance.com
Walter E. Swearingen     wswearingen@llf-law.com
Matthew S. Tamasco     mtamasco@schnader.com
Sara M. Tapinekis     sara.tapinekis@cliffordchance.com
Robert E. Tarcza     bobt@tglaw.net
James Tecce     jamestecce@quinnemanuel.com
Samuel Jason Teele     jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com
Jay Teitelbaum     jteitelbaum@tblawllp.com
H. Marc Tepper     marc.tepper@bipc.com, donna.curcio@bipc.com
Ronald M. Terenzi     rterenzi@stcwlaw.com
April J. Theis     april.theis@azag.gov
Richard Tisdale     marianne.mortimer@friedfrank.com,
Aaron.Rothman@ffhsj.com;richard.tisdale@ffhsj.com
My Chi To     mcto@debevoise.com, mao-ecf@debevoise.com
Kenneth B. Tomer     ktomer@goodwinprocter.com
Amit K. Trehan     atrehan@mayerbrown.com,
atrehan@mayerbrown.com;cwalsh@mayerbrown.com
Curtis V. Trinko     ctrinko@trinko.com
Patrick J. Trostle     ptrostle@jenner.com
Thomas R. Trowbridge, III     thomas.trowbridge@bakerbotts.com
Sarah Trum     strum@dl.com, lsaal@dl.com;kkeen@dl.com;tjeffries@dl.com;jlcvin-epstein@dl.com
Brian Trust     btrust@mayerbrown.com
Raymond J. Urbanik     rurbanik@munsch.com

Gerard Uzzi    guzzi@whitecase.com,
mcosbny@whitecase.com;jdisanti@whitecase.com
Ehret A. Van Horn    ehret-vanhorn@mbaum.com, bkincoming@mbaum.com
Shmuel Vasser    shmuel.vasser@dechert.com
Michael J. Venditto    mvenditto@reedsmith.com
Raymond W. Verdi    rwvlaw@yahoo.com
Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com
James J. Vincequerra    jvincequerra@wolfblock.com
Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.tou
b@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.
com;michele.meises@weil.com
Adrienne Walker    awalker@mintz.com
Josephine Wang    jwang@sipc.org
Mark W. Warren    mwarren@mtb.com
Mary Warren    mary.warren@linklaters.com
W. Clark Watson    cwatson@balch.com
Corey R. Weber    ecf@ebg-law.com
Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
William P. Weintraub    wweintraub@fklaw.com,
vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
Rochelle R. Weisburg    rochellew@shiboleth.com
John W. Weiss    john.weiss@alston.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
David B. Wheeler    davidwheeler@mvalaw.com
Timothy Raymond Wheeler    twheeler@lowenstein.com
Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.c
om,swickous@aol.com
Erin E. Wietecha    ewietecha@coleschotz.com
Michael E. Wiles    mewiles@debevoise.com, mao-ecf@debevoise.com
Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com
Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
L. Matt Wilson    efile@willaw.com
Steven R. Wirth    swirth@wmd-law.com
Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com
Joshua Matthew Wolf    jowolf@law.nyc.gov
Blanka K. Wolfe    bwolfe@sheppardmullin.com
Steven Wolowitz    swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
Libby Wong    lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com
James Addison Wright    james.wright@ropesgray.com
David Farrington Yates    fyates@sonnenschein.com
Jack Yoskowitz    yoskowitz@sewkis.com

18

Bruce J. Zabarauskas    bzabarauskas@crowell.com
Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com
Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
N. Theodore Zink    tzink@chadbourne.com,
tzink@chadbourne.com;crivera@chadbourne.com
Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
ezujkowski@emmetmarvin.com
Ellen Zweig    ezweig@optonline.net
Abraham L. Zylberberg    azylberberg@whitecase.com,
mcosbny@whitecase.com;jdisanti@whitecase.com

MAINDOCS-#144075-v1-SCC-CertificateofServiceofJoinderbyTrustee.DOC