UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                          :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :       08-13555 (JMP)
:
            Debtors.                            :       (Jointly Administered)
:
:
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF BENJAMIN (BYUNG-OK) KIM,

### ON BEHALF OF SOJONG PARTNERS

SEOUL,                )
                      )
REPUBLIC OF KOREA     )

I, Byung-Ok Kim, being duly sworn, upon his oath, deposes and says:

1. I am a Managing Partner of Sojong Partners, located at Gangnam Finance Center, 9th Fl., 737, Yeoksam 1-Dong, Gangnam-Gu, Seoul, 135-984, Republic of Korea (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal and tax services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ zero/nil for prepetition services.

REPUBLIC OF KOREA )
SPECIAL CITY OF SEOUL )
EMBASSY OF THE ) S.S
UNITED STATES OF AMERICA )

By: _____
Byung-Ok Kim

Subscribed and sworn to before me
this ___ th day of April, 2010
APR ___ 2010

_____
Notary Public

Sheila R. Jefferson
Vice Consul

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :
                Debtors.                                      :    (Jointly Administered)
                                                              :
                                                              :
---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Sojong Partners

        Gangnam Finance Center, 9th Fl.

        737, Yeoksam 1-Dong

        Gangnam-Gu, Seoul, 135-984

        Republic of Korea

2. Date of retention: <u>Upon approval of Sojong Partners as an ordinary course professional</u>

3. Type of services provided (accounting, legal, etc.):

   <u>Legal and tax advisory services</u>

4. Brief description of services to be provided:

   <u>Legal and tax advisory services regarding repatriation of funds from, and liquidation and termination of, Debtor's Korean entities, as well as international tax matters pertinent thereto.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   <u>$350</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   <u>N/A</u>

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $ zero/nil

   Date claim arose:  N/A

   Source of Claim:   N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim:    $ zero/nil

   Date claim arose:   N/A

   Source of claim:   N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  N/A

   No. of shares:   None.

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares:  N/A

   No. of shares:   None

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None.

3

_____

11. Name of individual completing this form:

Byung-Ok Kim