# EXHIBIT "14"

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Shirley S. Cho (CA Bar No 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910; Facsimile: 310/201-0760

-and-

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000; Facsimile: (212) 310-8007

Attorneys for Lehman ALI, Inc., Lehman Commercial Paper
Inc., Northlake Holdings LLC and OVC Holdings LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Palmdale Hills Property, LLC, and its Related Debtors,<br><br>    Jointly Administered Debtors and Debtors-In-Possession<br><br>Affects:<br><br>☑ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd. | Case No.: 8:08-bk-17206-ES<br>Chapter 11<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17224-ES;<br>8:08-bk-17225-ES; 8:08-bk-17227-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES<br>8:08-bk-17236-ES; 8:08-bk-17240-ES<br>8:08-bk-17242-ES; 8:08-bk-17245-ES<br>8:08-bk-17246-ES; 8:08-bk-17548-ES<br>8:08-bk-17549-ES; 8:08-bk-17404-ES<br>8:08-bk-17407-ES; 8:08-bk-17408-ES;<br>8:08-bk-17409-ES; 8:08-bk-17458-ES;<br>8:08-bk-17465-ES; 8:08-bk-17470-ES;<br>8:08-bk-17472-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17588-ES |

52063-001\DOCS_LA:203893.1

| | |
|---|---|
| 1    ☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>2    ☐ SunCal Communities I, LLC<br>3    ☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>4    ☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>5    ☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>6    ☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>7    ☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>8    ☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>9    ☐ SunCal Oak Knoll, LLC | **DECLARATION OF IRENA GOLDSTEIN IN SUPPORT OF CONSOLIDATED OPPOSITION OF LEHMAN COMMERCIAL PAPER, INC., LEHMAN ALI, INC., NORTHLAKE HOLDINGS, LLC AND OVC HOLDINGS, LLC TO: (1) DEBTORS' OBJECTION TO AND MOTION FOR ORDER STRIKING CLAIMS FILED BY THE LEHMAN ENTITIES; AND (2) MOTION FOR ORDER STRIKING PLEADINGS FILED BY THE LEHMAN ENTITIES**<br><br>Date: June 30, 2009-06-15<br>Time: 2:00 p.m.<br>Place: Courtroom 5A |

<u>DECLARATION OF IRENA GOLDSTEIN</u>

I, Irena Goldstein, hereby declare and state as follows:

1. I am admitted to practice before the highest courts of the States of New York and New Jersey and am a member of the law firm Dewey & LeBoeuf LLP. I submit this declaration, in my capacity as counsel to Fenway Capital LLC ("<u>Fenway Capital</u>") and Fenway Funding LLC ("<u>Fenway Funding</u>," and together with Fenway Capital, "<u>Fenway</u>") to clarify the record in the above captioned matter and in support of the Consolidated Opposition of Lehman Commercial Paper, Inc., Lehman ALI, Inc., Northlake Holdings, LLC and OVC Holdings, LLC to: (1) Debtors' Objection to and Motion for Order Striking Claims Filed by the Lehman Entities; and (2) Motion for Order Striking Pleadings Filed by the Lehman Entities (the "<u>Pleading Objection</u>").

2. On May 1, 2009, I received an email from Sean A. O'Keefe, counsel to Palmdale Hills, LLC and its affiliated debtors (collectively, the "<u>Debtors</u>") regarding certain commercial papers notes ("<u>CP Notes</u>") issued by Fenway Funding to Lehman Brothers Holdings Inc. ("<u>LBHI</u>") which were later pledged by LBHI to JPMorgan Chase,

1  N.A. ("JPM"). See May 1, 2009 email attached hereto as Exhibit "A." In such email,

2  counsel stated that "Rather than expend Fenway's time and SunCal's money [taking a

3  deposition of Fenway], we would like to simply address these matters with you in a

4  telephone conference on Monday."

5

6   3. As a courtesy to counsel and to avoid Fenway personnel from being

7  distracted by discovery in a litigation in which they have no economic interest, as further

8  described below, I spoke with Mr. O'Keefe on Monday, May 4, 2009.

9   4. On May 12, 2009, counsel for LBHI and other Lehman entities

10  (collectively, "Lehman"), provided to me a copy of the unilateral status report filed by the

11  Debtors in these cases, purporting to describe my conversation with Debtors' counsel. In

12  response, I sent the email attached hereto as Exhibit "B" to Debtors' counsel alerting him

13  to my disagreement with his characterization of my statements. Days later, Fenway was

14

15  served with subpoenas.

16   5. Notwithstanding my May 12 email, Debtors' counsel continues to omit

17  important facts communicated to him regarding Fenway's interest in the subject loans.

18  For example, while it is correct that Fenway purchased interests in the loans pursuant to a

19  repurchase agreement, it is not true that "the Lehman Entities relinquished all right, title

20  and interest" in the loans. Pleading Obj., 3, 5, 12-15. As set forth in my May 12 email,

21  the loans serve as the ultimate collateral for the CP Notes issued by Fenway Funding to

22

23  LBHI. LBHI pledged the CP Notes to JPM. As acknowledged by Mr. O'Keefe in his

24  email to Amy Wolf, Esq., counsel for JPM, dated May 1, 2009, which he had forwarded

25  to me with his email request to speak to me (see Exhibit A), JPM did not foreclose on the

26  commercial paper notes, and they are accordingly, the property of LBHI, subject to

27

28

1  JPM's lien. While Fenway Capital may have legal title to interests in the loans in

2  question, LBHI has the beneficial interest.

3      6.    It is this very important fact which underlies my statement in an email to

4  Debtors' counsel that "Fenway has been working hard (and still negotiating) to extricate

5

6  itself from the middle of the transaction since September of 2008," a fact which Debtors'

7  counsel fails to mention. Pleading Obj., 5, 11. As I stated to Debtors' counsel, in both

8  writing and during our conversation, if loan proceeds are paid to Fenway Capital, those

9  same proceeds will be transferred ultimately to LBHI. Conversely, neither Fenway

10  Capital nor Fenway Funding is liable for amounts under the CP Notes under the

11  governing agreements in the event there are insufficient proceeds from the loans to repay

12  in full the CP Notes. The holder of the CP Notes ultimate recourse is only to the

13  underlying collateral. Simply put, Fenway has no "skin" in the game.

14

15      7.    Most importantly, however, Fenway purchased loans governed by loan

16  agreements under which a Lehman entity serves as agent. Fenway has not terminated

17  such entity's role as agent and fully supports Lehman's efforts in the Debtors' cases in

18  connection with the loans.

19      I declare under penalty of perjury that the foregoing is true and correct.

20  Executed this 18th day of June 2009, in New York, New York.

21

22

23  [signature]

24  Irena Goldstein

25

26  NY3 3030794.2 100562 000001 6/18/2009 01:53pm

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

### Goldstein, Irena

| | |
|---|---|
| From: | Sean O'Keefe [sokeefe@winthropcouchot.com] |
| Sent: | Friday, May 01, 2009 6:04 PM |
| To: | Goldstein, Irena |
| Cc: | 'bprocel@millerbarondess.com'; 'mpritkin@millerbarondess.com' |
| Subject: | FW: SunCal/Lehman |

Dear Ms. Goldstein:

As you are aware, this firm represents certain SunCal entities in an ongoing litigation matter against certain Lehman Brothers entities here in the United States Bankruptcy Court Central District of California. Certain Commercial Paper Notes issued by Fenway Funding, LLC were pledged by one or more Lehman Brothers entities to JP Morgan Chase. This pledge was further collateralized by the a series of loans that Lehman Brothers entities made to the SunCal entities (the "SunCal Loans").

We have received discovery from JP Morgan Chase relating to the above transactions. This discovery confirms that the SunCal Loans were sold to Fenway Capital, Inc. pursuant to a repurchase transaction governed by that certain *Master Repurchase Contract* dated August 22, 2008. Although Lehman Brothers retains possession of the SunCal Loans in its capacity as the Hold-In-Custody Agent for Fenway Capital, counsel for JP Morgan Chase has confirmed that Fenway Capital is obligated to turnover to JP Morgan Chase, as the pledgee of the Commercial Paper Notes, any collections paid to Fenway Capital as title holder.

There are certain facts regarding these transactions that we need to clarify and counsel for JP Morgan Chase has indicated that Fenway would be the right party to address these issues. Since the pending litigation is moving rapidly, we need to clarify these points of information with you as soon as possible, or alternatively arrange a PMK deposition for Fenway Funding and Fenway Capital. Rather than expend Fenway's time and SunCal's money in this regard, we would like to simply address these matters with you in a telephone conference on Monday.

Please let me know when you would be available.


Sean A. OKeefe
Winthrop Couchot, P.C.
Co-counsel to certain SunCal entities

**From:** Sean O'Keefe
**Sent:** Friday, May 01, 2009 12:34 PM
**To:** 'arwolf@wlrk.com'
**Cc:** 'mpritkin@millerbarondess.com'
**Subject:** SunCal/Lehman

Dear Ms. Wolf:


6/18/2009

It was a pleasure speaking with you this morning. During our conversation you confirmed that JPMorgan Chase did not foreclose on the commercial paper notes as referenced in the letter of September 25, 2008 from Ms. Sharf to Deutsche Bank Trust Company Americas (the "Sharf Letter"). The pledge of the notes from Lehman remains effective. You also confirmed that the two guarantees and the security agreement referenced the Sharf Letter do not convey upon JPMorgan Chase a lien against the mortgage loans that Lehman made to the various SunCal entities (the "SunCal Loans"), which are the subject of the Master Repurchase Agreement dated August 22, 2008 (the "MRA"). The SunCal Loans remain subject to the repo under the MRA, and your recourse with respect to these loans is only against Fenway, when the same collects whatever is payable on these repo'd obligations.

Based on your representations, it appears that the information we are seeking is apparently in the possession of Fenway. Accordingly, we will contact them regarding this matter.

Again, we appreciate your time and consideration

Sincerely,
Sean A. OKeefe,
Co-counsel to the Palmdale Hills, LLC, et. al.

6/18/2009

# EXHIBIT B

**Goldstein, Irena**

| | |
|---|---|
| **From:** | Goldstein, Irena |
| **Sent:** | Tuesday, May 12, 2009 6:05 PM |
| **To:** | 'Sean O'Keefe'; 'bprocel@millerbarondess.com'; 'mpritikin@millerbarondess.com' |
| **Cc:** | 'daniel.mette@weil.com'; 'edward.soto@weil.com' |
| **Subject:** | RE: SunCal/Lehman |

All,

Weil Gotshal forwarded to me the "supplemental unilateral status report" you filed in the adversary proceeding pending between your clients and Lehman ALI, Inc. and other Lehman debtors.

Your statement concerning our conversation is misleading. More importantly, your conclusion that Lehman has no "legal interest" in the sold loans as a result of the Fenway transaction does not comport at all with our discussions.

To start from the beginning, Fenway Funding issued CP Notes to LBHI. We have been advised that LBHI pledged its interest in the CP Notes to JPM. The collateral for the CP Notes are the proceeds of the Series 2008-2 Note issued by Fenway Capital. The Series 2008-2 Note is secured by Fenway Capital's rights under a master repurchase agreement between LCPI and Fenway Capital. Under the master repurchase agreement, LCPI sold its interests in certain loans and securities to Fenway Capital.

You contend in your report to the court that by selling such loans under the repurchase agreement, LCPI and LBHI have no rights in the loans. What you gloss over, among other things, is that it is our understanding that LBHI is the *owner* of the CP Notes and the collateral for the CP Notes is ultimately the sold loans. To the best of my knowledge, JPM has not foreclosed on the CP Notes. Accordingly, LBHI as the owner of the CP Notes, is the beneficiary of the collateral ultimately securing such CP Notes, which includes the sold loans.

In this regard, and as I stated to you, Fenway has been working hard (and is still negotiating) to extricate itself from the middle of the transaction since September 2008. Prior to LBHI's bankruptcy proceeding, LCPI and Fenway entered into a termination agreement, the intent of which was to terminate the repurchase agreement, leave LCPI with the sold loans and return the cancelled CP Notes to Fenway. LBHI filed for bankruptcy protection prior to returning the CP Notes. If the repurchase agreement was terminated, LCPI is the owner of the sold loans. If the repurchase agreement was not terminated and the CP Notes not cancelled, then as owner of the CP Notes, LBHI ultimately has the right to the sold loans. The fact that LBHI may, at the end of the day, have to turn over some or all of the proceeds of the CP Notes to JPM does not change the fact that LBHI is the owner of the CP Notes

It is apparent that the purpose of your "unilateral status report" is to create a question around whether LCPI or LBHI have the authority to pursue remedies against SunCal under the sold loans. (Interestingly, you do not even mention Lehman's status as agent bank.) Make no mistake about it, without waiving any rights that Fenway may have against LBHI, LCPI any Lehman entity, JPM or the SunCal debtors, Fenway does not object to LBHI's and LCPI's enforcement of the rights of the "lenders" under the sold loans.

Regards,

6/18/2009

Irena

Irena Goldstein
Partner, Business Solutions and Governance
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Direct: +1 212 259 7035
General: +1 212 259 8000
Fax: +1 212 259 6333
igoldstein@dl.com
www.dl.com

6/18/2009

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

The foregoing document described **DECLARATION OF IRENA GOLDSTEIN IN SUPPORT CONSOLIDATED OPPOSITION OF LEHMAN ALI, INC., LEHMAN COMMERCIAL PAPER INC. NORTHLAKE HOLDINGS LLC AND OVC HOLDINGS LLC TO: (1) DEBTORS' OBJECTIONS TO AND MOTION FOR ORDER STRIKING CLAIMS FILED BY THE LEHMAN ENTITIES; AND (2) DEBTORS' MOTION FOR ORDER STRIKING PLEADINGS FILED BY THE LEHMAN ENTITIES** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___June 18, 2009___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___June 18, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Mail satisfies *all* service conditions]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___June 18, 2009___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 18, 2009 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                       F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

## I. SERVED BY NEF

### 8:08-bk-17206-ES Notice will be electronically mailed to:

- Joseph M Adams for Defendant The City of San Juan Capistrano
  jadams@sycr.com

- Raymond H Aver for Interested Party Dou Family Trust Dated November 12, 1992
  ray@averlaw.com

- James C Bastian for Creditor ARB, Inc.
  jbastian@shbllp.com

- John A Boyd for Interested Party Oliphant Golf Inc
  fednotice@tclaw.net

- Dan E Chambers for Creditor EMR Residential Properties LLC
  dchambers@jmbm.com

- Shirley Cho for Creditor Lehman ALI, Inc.
  scho@pszjlaw.com

- Vonn Christenson for Interested Party Courtesy NEF
  vrc@paynefears.com

- Vincent M Coscino for Petitioning Creditor CST Environmental Inc
  emurdoch@allenmatkins.com

- Paul J Couchot for Debtor ACTON ESTATES, LLC
  pcouchot@winthropcouchot.com, pj@winthropcouchot.com

- Jonathan S Dabbieri for Interested Party Courtesy NEF
  dabbieri@shlaw.com

- Ana Damonte for Creditor Top Grade Construction, Inc.
  ana.damonte@pillsburylaw.com

- Melissa Davis for Creditor City of Orange
  mdavis@shbllp.com

- Daniel Denny for Interested Party Courtesy NEF
  ddenny@gibsondunn.com

- Caroline Djang for Creditor Lehman ALI, Inc.
  crd@jmbm.com

- Donald T Dunning for Creditor Hertz Equipment Rental Corporation
  ddunning@dunningLaw.com

- Joseph A Eisenberg for Creditor Lehman ALI, Inc.
  jae@jmbm.com

- Lei Lei Wang Ekvall for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
  lekvall@wgllp.com

- Richard W Esterkin for Debtor Palmdale Hills Property, LLC
  resterkin@morganlewis.com

- Marc C Forsythe for Attorney Robert Goe
  kmurphy@goeforlaw.com

- Alan J Friedman for Attorney Irell & Manella LLP
  afriedman@irell.com

- Robert P Goe for Attorney Robert Goe
  kmurphy@goeforlaw.com

- Eric D Goldberg for Interested Party Courtesy NEF
  egoldberg@stutman.com

- Kelly C Griffith for Interested Party Courtesy NEF
  bkemail@harrisbeach.com

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

- Asa S Hami for Debtor Palmdale Hills Property, LLC
  ahami@morganlewis.com

- Michael J Hauser for U.S. Trustee United States Trustee (SA)
  michael.hauser@usdoj.gov

- D Edward Hays for Creditor Philip Dowse
  ehays@marshackhays.com

- Michelle Hribar for Plaintiff EMR Residential Properties LLC
  mhribar@rutan.com

- Lawrence A Jacobson for Creditor BKF Engineers
  laj@cohenandjacobson.com

- Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
  sjudson@fablaw.com

- David I Katzen for Interested Party Bethel Island Municipal Improvement District
  katzen@ksfirm.com

- Christopher W Keegan for Creditor SC Master Holdings II LLC
  ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

- Irene L Kiet for Creditor BNB Engineering, Inc.
  ikiet@hkclaw.com

- Mark J Krone for Creditor Bond Safeguard Insurance Co
  mk@amclaw.com

- Leib M Lerner for Creditor Steiny and Company, Inc.
  leib.lerner@alston.com

- Peter W Lianides for Debtor Palmdale Hills Property, LLC
  pj@winthropcouchot.com

- Charles Liu for Debtor Palmdale Hills Property, LLC
  cliu@winthropcouchot.com

- Kerri A Lyman for Attorney Irell & Manella LLP
  klyman@irell.com

- Mariam S Marshall for Creditor RGA Environmental, Inc.
  mmarshall@marshallramoslaw.com

- Robert C Martinez for Creditor TC Construction Company, Inc
  rmartinez@mclex.com

- Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
  hmeltzer@wgllp.com

- Joel S. Miliband for Creditor RBF CONSULTING
  jmiliband@rusmiliband.com

- James M Miller for Debtor Palmdale Hills Property, LLC
  jmiller@millerbarondess.com

- Louis R Miller for Plaintiff Palmdale Hills Property, LLC
  smiller@millerbarondess.com

- Douglas M Neistat for Defendant Desert Pipeline, Inc.
  twilliams@greenbass.com

- Mike D Neue for Trustee Steven Speier
  mneue@thelobelfirm.com

- Robert Nida for Creditor Kirk Negrete, Inc
  Rnida@castlelawoffice.com

- Penelope Parmes for Creditor Rubidoux 60 LLC
  pparmes@rutan.com

- Ronald B Pierce for Creditor Griffith Company
  ronald.pierce@sdma.com

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

- Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
  hausermouzes@sbcglobal.net
- Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
  cmartin@pprlaw.net
- Debra Riley for Interested Party City of Palmdale
  driley@allenmatkins.com
- Martha E Romero for Creditor San Bernardino County Tax Collector
  Romero@mromerolawfirm.com
- William D Schuster for Creditor HD Supply Construction Supply LTD
  bills@allieschuster.org
- Michael St James for Creditor MBH Architects, Inc.
  ecf@stjames-law.com
- Todd L Turoci for Creditor Philip Dowse
  tturoci@aol.com
- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach for Interested Party Courtesy NEF
  jwallach@bergerkahn.com
- Christopher T Williams for Creditor Danske Bank A/S London Branch
  ctwilliams@venable.com
- David M Wiseblood for Creditor Bethel Island Municipal Improvement District
  dwiseblood@seyfarth.com
- Arnold H Wuhrman for Creditor Wayne Lee
  Wuhrman@serenitylls.com
- Dean A Ziehl for Creditor Lehman ALI, Inc.
  dziehl@pszjlaw.com, dziehl@pszjlaw.com

## II. SERVED BY U.S. MAIL

### 8:08-bk-17206-ES Notice will not be electronically mailed to:

Tab L K Artis
301 N Lake Ave 7th Fl
Pasadena, CA 91101

Sharon A Bangs
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

William G Bissell
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

John W Busby
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Brent S Clemmer
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

Wayne W Call
Call, Jensen & Ferrell
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Adrianna Corrado
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Donald B Devirian
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Steven M Garber
1901 Ave Of The Stars #1100
Los Angeles, CA 90067

Stanley Haren
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Andrew C Kienle
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

Vivian Le
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Michael D. May
250 W First St, Ste 256
Claremont, CA 91711

Mark E McKane
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Raymond D Scott
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

Theresa Crawford Tate
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

Weiland Golden Smiley Wang Ekvall & Strok, LLP
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

### III. SERVED BY E-MAIL

Paul Couchot - pcouchot@winthropcouchot.com

William Lobel - wlobel@thelobelfirm.com

Louis Miller - smiller@millerbarondess.com

Steven N. Speier - sspeier@squarmilner.com (Chapter 11 Trustee, c/o Squar Nilner)

Edward Soto - Edward.soto@weil.com

Carrolynn H. G. Callari - ccallari@venable.com

Timothy J. Gorry - tgorry@venable.com

Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1