UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     08-13555 (JMP)
                                                            :
          Debtors.                                          :     (Jointly Administered)
                                                            :
------------------------------------------------------------------------x     Ref. Docket No. 8196

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 9, 2010, I caused to be served the "Debtors' Reply In Further Support of Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB," dated April 9, 2010 [Docket No. 8196], by causing true and correct copies to be:

    a) enclosed securely in postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b) delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c) delivered via facsimile to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         /s/ Panagiota Manatakis
Sworn to before me this                                         Panagiota Manatakis
12th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Debtors Reply_DI 8196_4-9-10.doc

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

SALANS LLP
CLAUDE D. MONTGOMERY
LEE P. WHIDDEN
MICHAEL KAUFFMAN
ROCKEFELLER CENTER
620 FIFTH AVENUE
NEW YORK, NY 10020-2457

**EXHIBIT B**

Email Addresses
cmontgomery@salans.com
lwhidden@salans.com
mkauffman@salans.com

**EXHIBIT C**

| Name | Fax |
|---|---|
| SALANS LLP C MONTGOMERY | 212-632-5555 |