ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Wilmington Trust Company, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------x

**WITHDRAWAL OF JOINDER OF WILMINGTON TRUST COMPANY, AS TRUSTEE, TO THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY CORPORATE TRUSTEE SERVICES LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE <u>RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS</u>**

Wilmington Trust Company, as trustee for the holders of certain certificates ("<u>Wilmington</u>"), by its undersigned counsel, hereby withdraws without prejudice its Joinder (Docket No. 7944) to the Objection (Docket No. 7916) of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors (Docket No. 7581) in

LEGAL02/31859201v2

- 2 -

reliance and conditioned upon the above-captioned Debtors submitting for the Court's approval an agreed upon revised proposed order which addresses the objections raised by Wilmington.

Dated: April 13, 2010

Respectfully submitted,

ALSTON & BIRD LLP

By:    /s/ J. William Boone
      J. William Boone, Esq.
      1201 West Peachtree Street
      Atlanta, Georgia 30309
      Telephone: (404) 881-7000
      Fax: (404) 881-7777