| | |
|---|---|
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| J. William Boone | Peter S. Partee |
| 1201 West Peachtree Street | Scott H. Bernstein |
| Atlanta, Georgia 30309 | 200 Park Avenue, 53rd Floor |
| Telephone: (404) 881-7000 | New York, New York 10166-0136 |
| Fax: (404) 881-7777 | (212) 309-1000 |
| | |
| | and |
| | |
| | J.R. Smith (admitted *pro hac vice*) |
| | Riverfront Plaza, East Tower |
| | 951 East Byrd Street |
| | Richmond, Virginia 23219-4074 |
| | (804) 788-8200 |

*Co-Counsel for Bank of America, National Association,*
*successor by merger to LaSalle Bank National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**WITHDRAWAL OF JOINDER OF BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, TO THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY CORPORATE TRUSTEE SERVICES LIMITED TO DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9014, AND GENERAL ORDER M-390 AUTHORIZING THE DEBTORS TO IMPLEMENT CLAIMS HEARING PROCEDURES AND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR CLAIMS AGAINST DEBTORS**

Bank of America, National Association, successor by merger to LaSalle Bank National Association, as trustee for the holders of certain certificates ("Bank of America"), by its undersigned counsel, hereby withdraws without prejudice its Joinder (Docket No. 7946) to the Objection (Docket No. 7916) of the Bank of New York Mellon, the Bank of New York Mellon

Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors (Docket No. 7581) in reliance and conditioned upon the above-captioned Debtors submitting for the Court's approval an agreed upon revised proposed order which addresses the objections raised by Bank of America.

Respectfully submitted this 13th day of April 2010.

| | |
|---|---|
| ALSTON & BIRD LLP | HUNTON & WILLIAMS LLP |
| | Peter S. Partee |
| /s/ J. William Boone | Scott H. Bernstein |
| J. William Boone | 200 Park Avenue, 53rd Floor |
| 1201 West Peachtree Street | New York, New York 10166-0136 |
| Atlanta, Georgia 30309 | (212) 309-1000 |
| Telephone: (404) 881-7000 | |
| Fax: (404) 881-7777 | and |
| | |
| | J.R. Smith (admitted *pro hac vice*) |
| | Riverfront Plaza, East Tower |
| | 951 East Byrd Street |
| | Richmond, Virginia 23219-4074 |
| | (804) 788-8200 |

*Co-Counsel for Bank of America, National Association,
successor by merger to LaSalle Bank National Association, as Trustee*