# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:
Nomura Capital Markets plc, with offices located at Nomura House, 1 St Martin's-le-Grand, London EC1A 4NP, United Kingdom ("Seller"), pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nomura International plc, its successors and assigns, with offices located at 25 Bank Street, London E14 5LS, United Kingdom ("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings, Inc. and its affiliates docketed as Claim Nos. 56898 (the "Claims") in the United States Bankruptcy Court for the Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of April, 2010.

WITNESS:

(Signature)
Name: RIO POHAN
Title:

SELLER: NOMURA CAPITAL MARKETS plc

By: _____
Name: STEVEN MARSHALL
Title: MANAGING DIRECTOR