ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.      I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.      On the 13th of April 2010, I caused a true and correct copy of the following documents served upon the parties as indicated on the attached service list:

- Withdrawal of Joinder of Wilmington Trust Company, as Trustee, to the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors [Docket No. 8266];

- Withdrawal of Joinder of Bank of America, National Association, Successor by Merger to Lasalle Bank National Association, as Trustee, to the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Corporate Trustee Services Limited to Debtors' Motion Pursuant To Section 105 of The Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures

and Alternative Dispute Resolution Procedures for Claims Against Debtors [Docket No. 8267].

/s/ Leslie Salcedo_____
Leslie Salcedo

Sworn to before me this
13th April, 2010

/s/ John W. Weiss_____
John W. Weiss
Notary Public State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires 07/26/2012

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Judge<br>for the Southern District of New York<br>One Bowling Green, 5th Floor<br>New York, NY  10004 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn: Shai Y. Waisman, Esq. |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn: Andy Velez-Rivera, Esq.<br>        Paul Schwartzberg, Esq.<br>        Brian Masumoto, Esq.<br>        Linda Riffkin, Esq.<br>        Tracy Hope Davis, Esq | Milbank, Tweed Hadley & McLoy LLP<br>One Chase Manhattan Plaza<br>New York, NY  10005<br>Attn: Dennis F. Dunne, Esq.<br>        Dennis O'Donnell, Esq.<br>         Evan Fleck |