Scheduled Hearing Date and Time: April 14, 2010 at 10:00 a.m.

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL FUND, L.P.,
PALMYRA CAPITAL INSTITUTIONAL FUND, L.P.,
and PALMYRA CAPITAL OFFSHORE FUND, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF MOTION OF CLAIMANTS PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND, L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P. FOR LEAVE TO AMEND THEIR PROOFS OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

**PLEASE TAKE NOTICE** that claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P., by and through their

undersigned counsel, hereby withdraw their *Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P. for Leave to Amend their Proofs of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)* [Docket No. 6747].

Dated: April 13, 2010                    Respectfully submitted,

/s/ *Thomas L. Kent*

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL
FUND, L.P., PALMYRA CAPITAL
INSTITUTIONAL FUND, L.P., and
PALMYRA CAPITAL OFFSHORE FUND,
L.P.