MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910

71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on April 13, 2010, I caused copies of the Second Amended Verified Statement (the "Statement") of Mayer Brown LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 to be served by hand delivery upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq., Paul K. Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

I further certify that on April 13, 2010, I caused copies of the Statement to be served by first class mail upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York

17626820

10153 (Attn: Shai Y. Waisman, Esq., Jacqueline Marcus, Esq., Richard P. Krasnow, Esq., and

Lori R. Fife, Esq.), and (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,

New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan

Fleck, Esq.).

     I further certify that on April 13, 2010, I caused copies of the Statement to be served by

electronic mail upon all parties who receive electronic notice of filings in this case via this

Court's ECF filing system.

     I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
       April 13, 2010

/s/ James Hennessey    
James Hennessey

17626820

2