**Exhibit E**

| STATE OF INDIANA | ) | BARTHOLOMEW COUNTY SUPERIOR COURT |
|---|---|---|
| COUNTY OF BARTHOLOMEW | )SS: ) | CAUSE NO.: 03D01-0609-MF-1601 |

AURORA LOAN SERVICES, LLC )
)
    Plaintiff )
)
vs. )
)
DERRICK FOIST and SECRETARY OF )
HOUSING AND URBAN DEVELOPMENT )
)
    Defendants )
)

## ASSIGNMENT OF JUDGMENT

Comes the Plaintiff, Aurora Loan Services, LLC, by counsel, and hereby assigns and quitclaims, without recourse, warranty or representation, to Lehman Brothers Bank, FSB, all of its right, title, and interest in and to a certain Judgment Entry and Decree of Foreclosure, dated January 7, 2008, rendered by the Superior Court, Bartholomew County, State of Indiana, in Cause No. 03D01-0609-MF-1601, and captioned "Aurora Loan Services, LLC vs. Derrick Foist and Secretary of Housing and Urban Development".

                                                           James E. Shinaver, Attorney for Plaintiff

James E. Shinaver
NELSON & FRANKENBERGER
3105 E. 98th Street, Suite 170
Indianapolis, In. 46280
Atty. No. 17553-29

STATE OF INDIANA )
                               ) SS:
COUNTY OF HAMILTON )

       Before me, a Notary Public in and for said County and State, personally appeared James E. Shinaver, Attorney for Plaintiff, who acknowledged execution of the foregoing Assignment of Judgment.

       Witness my hand and Notarial Seal this 7th day of March, 2008.

My Commission Expires:        Signature _____

                                                          KELLY A. TRITTIPO, Notary Public
                                                          My Commission Expires: Jun. 24, 2009
Residing in _____            County of Resident: HAMILTON

This instrument was prepared by James E. Shinaver, Attorney at Law

H:\FORECLOSURE\AURORA\FoistDerrick-0108\ASSIGNJUDG.doc