**Exhibit F**

```
200800004395
04-09-2008 At 11:07 am.
SHERIF DEED        18.00
BETTY JEAN BESHEAR
COUNTY RECORDER
```

Sale No.: 15

## SHERIFF'S DEED

THIS INDENTURE WITNESSETH, that Mark E. Gorbett, as Sheriff of Bartholomew County, State of Indiana, conveys to Lehman Brothers Bank, FSB, in consideration of the sum of $104,641.36, the receipt of which is hereby acknowledged, on sale made by virtue of a decree judgment, issued from The Superior Court of Bartholomew County, in the State of Indiana, pursuant to the laws of said State on January 7, 2008, in Cause Number 03D01-0609-MF-1601, wherein Aurora Loan Services, LLC, was the Plaintiff and Derrick Foist (owner of record) and Secretary of Housing and Urban Development were the Defendants, in consideration of said sum, aforesaid, the following described real estate in Bartholomew County, Indiana, to-wit:

> Lot Numbered One Hundred Ninety-five (195) in Northbrook, Phase III, as recorded September 30, 1998 in Plat Book "Q", Page 399B in the Office of the Recorder of Bartholomew County, Indiana
>
> Commonly known as 4621 Autumn Ridge Drive, Columbus, Indiana 47203 (hereafter referred to as "Real Estate").
>
> Parcel No.: 19-96-05-34-156

To have and to hold the premises aforesaid with the privileges and appurtenances to said purchaser, their grantees and assigns, forever, in full and ample manner with all rights, title and interest held or claimed by the aforesaid Defendants. This is an attempt to collect a debt and any information obtained will be used for that purpose.

IN WITNESS WHEREOF, I, THE UNDERSIGNED, Sheriff aforesaid have hereunto set my hand and seal this 12th day of March, 2008.

SHERIFF OF BARTHOLOMEW COUNTY, INDIANA

_____
Mark E. Gorbett

STATE OF INDIANA         )
                         ) SS.:
COUNTY OF BARTHOLOMEW    )

On the 12un day of March, 2008, personally appeared Mark E. Gorbett, in the capacity of Sheriff of said County, and acknowledged the execution of the foregoing deed.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:
October 5, 2011

County of Residence:
Bartholomew

Dalene H. Pettingill
Printed Name

Grantee's Address:
Lehman Brothers Bank, FSB
Countrywide Home Loans
Tax Department – SV3-24
P.O. Box 10211
Van Nuys, CA 91410-0211

Send Tax Statements To:
Lehman Brothers Bank, FSB
Countrywide Home Loans
Tax Department – SV3-24
P.O. Box 10211
Van Nuys, CA 91410-0211

THIS INSTRUMENT PREPARED BY and Return Deed to: James E. Shinaver, Nelson & Frankenberger, 3105 East 98th Street, Suite 170, Indianapolis, Indiana 46280, (317) 844-0106

Pursuant to IC 36-2-11-15(b)(2), I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law – James E. Shinaver.

H:\FORECLOSURE\AURORA\Foist\Derrick-0108\ssd.doc

DULY ENTERED FOR TAXATION
SUBJECT TO FINAL ACCEPTANCE
FOR TRANSFER

APR 0 9 2008

Nancy McKinney
Auditor Bartholomew Co., Indiana