Exhibit H

## APPLICATION FOR CERTIFICATE OF TITLE • STATE OF INDIANA • BUREAU OF MOTOR VEHICLES

State Form 44049 (R4 / 3-02)    Approved by State Board of Accounts 2002

TO BE COMPLETED BY A POLICE OFFICER, BMV OFFICIAL OR BMV CERTIFIED DEALER SIGNEE FOR OUT OF STATE TITLES. I HEREBY CERTIFY THAT I PERSONALLY EXAMINED THE FOLLOWING VEHICLE AND FIND THE IDENTIFICATION NUMBER TO BE AS FOLLOWS.

I/WE THE UNDERSIGNED SWEAR OR AFFIRM THAT THE INFORMATION ENTERED ON THIS FORM IS CORRECT. I/WE UNDERSTAND THAT MAKING A FALSE STATEMENT ON THIS FORM MAY CONSTITUTE THE CRIME OF PERJURY. FUTHERMORE, I/WE AGREE TO INDEMNIFY AND HOLD HARMLESS THE INDIANA BMV FROM ANY LIABILITY ARISING FROM THIS TRANSACTION.

VEHICLE IDENTIFICATION NUMBER

| YR. | MAKE | MODEL | TYPE | DATE |
|---|---|---|---|---|

INSPECTOR'S PRINTED NAME & TITLE    CITY

INSPECTOR'S SIGNATURE    BADGE, BRANCH OR DEALER PLATE NO.

DATE:

The law requires that you apply for Certificate of Title within thirty-one days from the date of purchase of a motor vehicle. There is a delinquent fee for failure to do so. Attach Certificate of Title assigned by seller. On endorsed Titles, liens must be released. Supporting documents surrendered with this application cannot be returned to the applicant. In accordance with Federal Code 315.

1. TITLE NUMBER / BRANCH NO. / INVOICE NO. — BMV USE ONLY

2. SOC. SEC./FEDERAL I.D.NO. **132631719** | APPLICANT'S NAME **Lehman Brothers Holdings, Inc.** | BMV USE ONLY

3. STREET ADDRESS **4621 Autumn Ridge Drive.** | CITY **Columbus** | STATE **IN** | ZIP CODE **47203**

4. VEHICLE I.D. NUMBER **2F310369X** | VEH. YEAR **1988** | VEH. MAKE **Skyline** | VEH. MODEL NO. | VEH TYPE **dblewide** | ODOMETER

5. FORMER TITLE NUMBER | PURCHASE DATE **3/12/2008** | LIEN | SPEED | PICK UP | MAIL | DEALER NO. | BMV USE ONLY

6. FIRST LIEN'S NAME OR SPECIAL MAILING ADDRESS **Lehman Brothers Holdings, Inc.** | STREET ADDRESS **Countrywide Home Loans Tax Dept. SV3-24, PO Box 10211**

7. CITY **Van Nuys** | STATE **CA** | ZIP CODE **91410-0211** | BMV USE ONLY

8. SECOND LIEN'S NAME | STREET ADDRESS

9. CITY | STATE | ZIP CODE | LICENSE NUMBER | LICENSE YEAR | FORMS USED | BMV USE ONLY

10. GROSS RETAIL & USE TAX AFFIDAVIT - I/WE HEREBY CERTIFY THAT SALES OR USE TAX ON THIS VEHICLE WAS PAID AS INDICATED BELOW.

| SELLING PRICE $ | LESS TRADE-IN $ | AMOUNT SUBJECT TO TAX $ | AMOUNT OF TAX $ | DEALER | BRANCH | EXEMPT | IF EXEMPT PLACE PARA.# |

*Your Social Security number / Federal I.D. number is being requested by this agency under IC 4-1-8-1. Disclosure is mandatory and this document cannot be processed without it.

### APPLICANT RESPONSIBLE FOR ACCURACY OF INFORMATION
### APPLICATION FOR CERTIFICATE OF TITLE • STATE OF INDIANA • BUREAU OF MOTOR VEHICLES
### BUREAU - TO BE MAILED WITH TITLE REPORT

## APPLICATION FOR AFFIDAVIT TO TRANSFER TO REAL ESTATE
*(SF51408)*

**Home Owner Information:**

| Applicant Name | Lehman Brothers Holdings, Inc. |
|---|---|
| Current Address | c/o Countrywide Home Loans Tax Dept, SV3-24, PO Box 10211 |
| City, State, Zip code | Van Nuys, CA 91410-0211 |
| County | |

**Return Packet to (Title Company, Bank, etc.):**

| Name | Nelson & Frankenberger, Attn: Kim A. Riley |
|---|---|
| Address | 3105 E. 98th Street, Suite 170 |
| City, State, Zip code | Indianapolis, IN 46280 |

**Manufactured Home Information:**

| Current Address | 4621 Autumn Ridge Drive |
|---|---|
| City, State, Zip code | Columbus, IN 47203 |
| County | Bartholomew |
| Description of Home | Doublewide |
| HUD Certification Number | PFS733813; PFS733814 |
| Year | 1988 |
| Manufacturer Name | Skyline |
| Serial Number | 2F310369X |

**Real Estate Information:**

| Parcel Number | |
|---|---|
| | 19-96-05-34-156 |
| Description of Real Estate | Lot Numbered One Hundred Ninety-five (195) in Northbrook, Phase III, as recorded September 30, 1998 in Plat Book "Q", Page 399B in the Office of the Recorder of Bartholomew County, Indiana. |

**Attestation to permanent attachment to real estate of a manufactured home**

*"The manufactured home, aforementioned in this application, is permanently attached to real estate, as described in the legal description of the real estate. I swear or affirm that the information I have entered on this form is correct. I understand that making a false statement on this form may constitute the crime of perjury."*

| Printed Name | Signature | Date |
|---|---|---|
| Printed Name | Signature | Date |

**Notary Certification**

STATE OF _____        } SS:

                                                                    (SEAL)

COUNTY OF _____        } SS:

Sworn to before me, a Notary Public, in and for said County, this _____ day of _____, 20 _____

Printed Name and Signature of Notary Public: _____

*Per IC 36-2-11-15(d): "I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law."*

| Printed Name | Signature | Date |
|---|---|---|

## *** ATTESTATION TO PERMANENT ATTACHMENT TO REAL ESTATE OF A MANUFACTURED HOME LOCATED AT:

*ADDRESS OF PROPERTY:*

STREET  4621 Autumn Ridge Drive

CITY  Columbus

STATE  Indiana            ZIP CODE  47203

"THE MANUFACTURED HOME, AFOREMENTIONED IN THIS APPLICATION, IS PERMANENTLY ATTACHED TO REAL ESTATE, AS DESCRIBED IN THE LEGAL DESCRIPTION OF THE REAL ESTATE."

"I swear or affirm that the information I have entered on this form is correct. I understand that making a false statement on this form may constitute the crime of perjury."

_____  Date: ___/___/___
Signature

_____  Date: ___/___/___
Printed Name

_____  Date: ___/___/___
Signature

_____  Date: ___/___/___
Printed Name


*NOTARY CERTIFICATION:*

STATE OF _____ } SS: (SEAL)

COUNTY OF _____ } SS:

Sworn to before me, a Notary Public, in and for said County, this _____ day of _____, 20___.


Signature of Notary Public: _____

Printed Name of Notary Public: _____

Date Commission Expires: _____

County of Residence: _____

Prepared By: _____

State Form _____ (R/02/05)

# POWER OF ATTORNEY AFFIDAVIT

STATE OF INDIANA

COUNTY OF _____

Lehman Brothers Holdings, Inc.
NAME

Countrywide Home Loans Tax Dept., SV3-24, PO Box 10211, Van Nuys, CA 91410-0211
ADDRESS

I certify that, presented Power of Attorney is a true and correct copy of the original document.

I swear of affirm that the information I have entered on this form is correct. I understand that making a false statement on this form may constitute the crime of perjury.

_____     _____
SIGNED                                                  DATE