**Exhibit I**

## SPECIAL WARRANTY DEED

THIS INDENTURE WITNESSETH, that Lehman Brothers Holdings, Inc., (hereafter referred to as "Grantor"), CONVEYS AND WARRANTS to United States Department of Housing and Urban Development, (hereafter referred to as "Grantee"), of Marion County, in the State of Indiana, for the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, the following described real estate in Bartholomew County, in the State of Indiana:

> Lot Numbered One Hundred Ninety-five (195) in Northbrook, Phase III, as recorded September 30, 1998 in Plat Book "Q", Page 399B in the Office of the Recorder of Bartholomew County, Indiana (hereafter "Real Estate")

THIS CONVEYANCE IS SUBJECT TO ALL DELINQUENT REAL ESTATE TAXES.

Subject to any and all easements, agreements and restrictions of record. The address of such real estate is commonly known as 4621 Autumn Ridge Drive, Columbus, Indiana 47203.

THIS CONVEYANCE IS NOT SUBJECT TO THE PAYMENT OF INDIANA CORPORATE GROSS INCOME TAX.

The undersigned person executing this deed on behalf of Grantor represents and certifies that they are duly authorized and fully empowered to execute and deliver this deed as the _Assistant Vice Pres._ (title) of _Lehman Brothers Holdings Inc_ (Company).

Grantor, for itself and its heirs, executors and administrators, does hereby covenant with Grantee, his heirs and assigns, that Grantor, has not made, done, executed or suffered any act or thing whereby the above described premises or any part thereof now are or at any time hereafter shall or may be imperiled, charged, or encumbered in any manner whatsoever; and Grantor will forever warrant and defend the title to the above granted premises against all persons lawfully claiming the same from, through or under Grantor.

IN WITNESS WHEREOF, Grantor has executed this deed this _11_ day of _February_, 2008.

Lehman Brothers Holdings, Inc.

By: _[signature]_
_Assistant Vice President_ (name)
_Aida Y. Sarmast_ (title)
_Lehman Brothers Holdings_ (Company)
_INC_

STATE OF __COLORADO__        )
                             )SS:
COUNTY OF __DOUGLAS__        )

Before me a Notary Public in and for said County and State, personally appeared __AIDA Y. STEWART__ (name), __ASSISTANT VICE PRES.__ (title), __LEHMAN BROTHERS HOLDINGS__ (Company) __INC.__ who acknowledged the execution of the foregoing Deed for an on behalf of said Grantor, and who, having been duly sworn, stated that any representations therein contained are true.

WITNESS my hand and Notarial Seal this __17__ day of __FEBRUARY__, 2008.

My Commission Expires: __12/19/09__

Notary Public

Residing in __DOUGLAS__ County

__EMILY DARDEN__
Printed Name

Grantee's Address:
United States Department of Housing
and Urban Development
c/o HMBI REO
8600 West Bryn Mawr Avenue
Chicago, IL 60631

Send Tax Statements To:
United States Department of Housing
and Urban Development
c/o HMBI REO
8600 West Bryn Mawr Avenue
Chicago, IL 60631

THIS INSTRUMENT PREPARED BY and Return Deed to: James E. Shinaver, NELSON & FRANKENBERGER, 3105 East 98th Street, Suite 170, Indianapolis, Indiana 46280, (317) 844-0106

Pursuant to IC 36-2-11-15(b)(2), I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law – James E. Shinaver.

H:\FORECLOSURE\AURORA\FoistDerrick-0108\special warranty deed.doc