**Exhibit J**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                          ORDER VACATING
                                                AUTOMATIC STAY

LEHMAN BROTHERS HOLDING INC.                    CHAPTER 11
                                           .    CASE 08-13555
                                                Bankruptcy Judge:
                                                Hon. James M. Peck

                              Debtors.
----------------------------------------------------------------X

        This matter having come before this Court on motion by McCabe, Weisberg & Conway,

P.C., attorneys for the secured party, secured creditor BAC Home Loans Servicing, LP FKA

Countrywide Home Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc.

and United States of America Department of Housing and Urban Development  seeking relief

from the automatic stay pursuant to 11 U.S.C. Sec 362(d)-(f)  in order to permit secured creditor

BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP  as servicing

agent for Lehman Brothers Holding Inc. and United States of America Department of Housing

and Urban Development , to  1) filing a Corrective Sheriff Deed vesting title in Lehman Brothers

Holding Inc.; 2)filing of application with the State of Indiana Bureau of Motor Vehicles to retire

the Mobile Home Certificate; and 3) recording of special warranty  deed conveying title from

Lehman Brothers Holding Inc. to United States of America Department of Housing and Urban

Development, against the real property known as 4621 Autumn Ridge Drive, Columbus, Indiana

47203 , and after due notice to the Debtors, Debtors' Attorney; Trustee and US Trustee, and no

objection having been filed, and the motion having been heard on May 12, 2010, and having

reviewed the moving papers of Lisa L. Wallace, member of the law firm of McCabe, Weisberg &

Conway, P.C., attorneys for BAC Home Loans Servicing, LP FKA Countrywide Home Loans

Servicing LP  as servicing agent for Lehman Brothers Holding Inc. and United States of America

Department of Housing and Urban Development ,   pursuant to 11 U.S.C. §362(d)-(f), it is

hereby

ORDERED, that the automatic stay in this case afforded by 11 U.S.C. §362(a) be and it

hereby is terminated as to BAC Home Loans Servicing, LP FKA Countrywide Home Loans

Servicing LP  as servicing agent for Lehman Brothers Holding Inc. and United States of America

Department of Housing and Urban Development ,  so as to permit BAC Home Loans Servicing,

LP FKA Countrywide Home Loans Servicing LP  as servicing agent for Lehman Brothers

Holding Inc. and United States of America Department of Housing and Urban Development , to

1) file a Corrective Sheriff Deed vesting title in Lehman Brothers Holding Inc.; 2)file an

application with the State of Indiana Bureau of Motor Vehicles to retire the Mobile Home

Certificate; and 3) record a special warranty  deed conveying title from Lehman Brothers Holding

Inc. to United States of America Department of Housing and Urban Development, against the

real property known as 4621 Autumn Ridge Drive, Columbus, Indiana 47203 ; and it is further

ORDERED that F.R.B.P. Rule 4001(a)(3)  is not applicable and BAC Home Loans

Servicing, LP FKA Countrywide Home Loans Servicing LP  as servicing agent for Lehman

Brothers Holding Inc. and United States of America Department of Housing and Urban

Development , may immediately enforce and implement this order granting relief from the

automatic stay; and it is further

Dated:              , New York
                       , 2010

                                                            _____

                                                            United States Bankruptcy Judge
                                                            Hon. James M. Peck