AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER)

    Jamie Taratunio, duly sworn says: I am not a party to this action, am more than 18 years of age and reside in Queens, NY:

    On April 13, 2010, I served a true copy of the annexed Notice Of Motion & Motion in this action by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

TO:    Lehman Brothers Holdings Inc.
       745 Seventh Avenue
       New York, NY 10019

*represented by:*

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY 10017

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Jerrold Lyle Bregman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ralph I. Miller
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005

Robert J. Lemons
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Thomas T. Janover
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

William J. Hine
Jones Day
222 East 41st Street
New York, NY 10017-6702

Petitioning Creditor
A/P Hotel, LLC

*represented by:*

Gregg L. Weiner
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Trustee
James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.

*represented by:*

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Neil J. Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004


Sarah K. Loomis Cave
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

William R. Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Trustee
Citibank, N.A., In Its Capacity As Trustee
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*represented by:*

D. Sam Anderson
Bernstein Shur Sawyer & Nelson
100 MIddle Street
P.O. Box 9729
Portland, ME 04101

Michael A. Fagone
Bernstein Shur Sawyer & Nelson
100 Middle Street
Portland, ME 04104

Trustee
Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

*represented by:*

William Heuer
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

*represented by:*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC, Craig Fallon
757 Third Avenue
New York, NY 10017

Creditor Committee
Official Committee of Unsecured Creditors represented by Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Robert K. Dakis
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Ave
22nd Floor
New York, NY 10010

*/s/ Joyce Celano*
Notary Public
Joyce Celano
Notary Public-State of New York
No. 01CE5084032
Qualified in Queens County
My Commission Expires August 25, 2013