DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,**                        :    **08-13555 (JMP)**
*et al.*                                                  :
            **Debtors.**                                  :    **(Jointly Administered)**
                                                          :
---------------------------------------------------------- x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

   Laura Saal, being duly sworn, deposes and says:

  1.  I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

  2.  On the 13th of April, 2010, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via Hand Delivery and served upon the parties listed in the service list attached hereto as Exhibit B, at the addresses set forth therein via electronic mail:

- Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee, thereto, to the Debtors' Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital and a Commercial Paper Program with Fenway Funding[Docket No. 8273]

/s/ Laura Saal
Laura Saal

Sworn to before me the
13th day of April, 2010

/s/ Heather L. Aaronson
Notary Public

HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, 2012

**Exhibit A**
**Via Hand Delivery**

Office of the US Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Andrew Velez-Rivera, Esq.

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Exhibit B**
**Via Electronic Mail**

'alfredo.perez@weil.com'; 'ddunne@milbank.com'; 'dodonnell@milbank.com'; 'efleck@milbank.com'; 'sokeefe@winthropcouchot.com'; 'pcouchot@winthropcouchot.com'; 'plianides@winthropcouchot.com'; 'smiller@millerbarondess.com'; 'mpritikin@millerbarondess.com'; 'bprocel@millerbarondess.com'; 'wlobel@thelobelfirm.com'; 'mneue@thelobelfirm.com'

NY3 3052706.1