Christopher R. Belmonte, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Counsel for Latshaw Drilling Company, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors, | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2010, I caused to be electronically filed the ""Sur-Response of Latshaw Drilling Company, LLC to Debtors' Reply to Latshaw Response to Objection to Proof of Claim" with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities.

And, I hereby further certify that on April 13, 2010, I sent the aforementioned document by email to:

John Strasburger, Esq. at john.strasburger@weil.com
Jacqueline Marcus, Esq. at jacqueline.marcus@weil.com
Dennis F. Dunne, Esq. at ddunne@milbank.com
Dennis O'Donnell, Esq. at dodonnell@milbank.com
Evan R. Fleck, Esq. at efleck@milbank.com

and caused it to be mailed by the United States Postal Service, first class mail, to the following parties:

800848_1

John Strasburger, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian S. Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis; Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed,Hadley & McCloy LLP
*Attorneys for the Official Committee of*
*Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005

Dated: New York, New York
April 13, 2010

    /s/ Abigail Snow
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

800848_1