WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING TO**
**CONSIDER DEBTORS' MOTION PURSUANT TO BANKRUPTCY**
**RULE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY IN**
**CONNECTION WITH A REPURCHASE TRANSACTION WITH FENWAY CAPITAL,**
**LLC AND A COMMERCIAL PAPER PROGRAM WITH FENWAY FUNDING, LLC**

**PLEASE TAKE NOTICE** that the hearing to consider the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection With a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC* [Docket No. 7831] (the "Fenway Motion"), scheduled for April 14, 2010 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 20, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy

Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: April 13, 2010
      New York, New York

      /s/ Alfredo R. Pérez
      Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possessi