# EXHIBIT A

Summary of the total fees and expenses for October 1, 2009 through January 31, 2010 (Fourth Interim Period)

# EXHIBIT A

## 4TH INTERIM APPLICATION SUMMARY
## SUMMARY OF SERVICES BY PROFESSIONAL

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | 2009 HOURS | RATE | 2010 HOURS | RATE | FEES |
|---|---|---|---|---|---|---|---|
| Kent C. Modessitt | Partner | 1999 (CO) | 0.40 | 375.00 | 0.00 | 375.00 | 150.00 |
| Dan M. Reilly | Partner | 1981 (CO) | 0.00 | 500.00 | 1.70 | 500.00 | 850.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 38.00 | 375.00 | 3.40 | 375.00 | 15,525.00 |
| Kyle Velte | Partner | 1999 (CO) | 158.40 | 350.00 | 15.80 | 350.00 | 60,970.00 |
| Mark Bailey | Associate | 2005 (CO) | 105.20 | 290.00 | 38.30 | 300.00 | 41,998.00 |
| Farrell Carfield | Associate | 2006 (CO) | 26.10 | 250.00 | 1.20 | 300.00 | 6,885.00 |
| Caleb Durling | Associate | 2007 (CO) | 19.40 | 240.00 | 7.80 | 260.00 | 6,684.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 102.80 | 310.00 | 52.70 | 325.00 | 48,995.50 |
| Glenn Roper | Associate | 2007 (CO) | 79.10 | 290.00 | 9.80 | 300.00 | 25,879.00 |
| Katie Roush | Associate | 2007 (CO) | 164.60 | 240.00 | 83.20 | 260.00 | 61,136.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 363.90 | 310.00 | 124.80 | 325.00 | 153,369.00 |
| Kelly March | Contract Attorney | 2009 (CO) | 0.00 | 200.00 | 45.00 | 200.00 | 9,000.00 |
| Echo Ryan | Contract Attorney | 2007 (CO) | 311.90 | 200.00 | 117.80 | 200.00 | 85,940.00 |
| Jennifer Bulmer | Paralegal | N/A | 329.60 | 170.00 | 99.30 | 180.00 | 73,906.00 |
| Kenneth Nakamura | Paralegal | N/A | 43.90 | 105.00 | 6.00 | 110.00 | 5,269.50 |
| Camilla O'Keefe | Paralegal | N/A | 15.40 | 150.00 | 0.00 | 150.00 | 2,310.00 |
| Kathleen Porter | Paralegal | N/A | 413.60 | 170.00 | 84.50 | 180.00 | 85,522.00 |
| Elizabeth Wimmer | Paralegal | N/A | 0.80 | 180.00 | 7.90 | 190.00 | 1,645.00 |
| Larry Walsh | Contract Paralegal | N/A | 183.60 | 85.00 | 46.40 | 95.00 | 20,014.00 |
| Alejandra Duflos | Administration | N/A | 31.00 | 70.00 | 0.00 | 70.00 | 2,170.00 |
| Lisa Hunter | Administration | N/A | 17.00 | 70.00 | 16.00 | 70.00 | 2,310.00 |
| | | | **2,404.70** | | **761.60** | | **$710,528.00** |

## 4TH INTERIM APPLICATION SUMMARY
## SUMMARY OF SERVICES BY TASK CODEL

| Task Code | Description | HOURS | TOTAL |
|---|---|---:|---:|
| L100 | Case Assessment, Development and Adminis | 2.7 | 603.00 |
| L110 | Fact Investigation/Development | 386.8 | 52,926.00 |
| L120 | Analysis/Strategy | 218.8 | 54,015.00 |
| L130 | Experts/Consultants | 2.0 | 600.00 |
| L140 | Document/File Management | 668.1 | 114,466.50 |
| L150 | Budgeting | 5.7 | 2,137.50 |
| L160 | Settlement/Non-binding ADR | 85.2 | 25,670.50 |
| L190 | Other Case Assessment, Dev. and Administration | 173.4 | 30,037.00 |
| L200 | Pre-Trial Pleadings and Motions | 8.5 | 2,389.50 |
| L210 | Pleadings | 393.1 | 121,966.50 |
| L230 | Court Mandated Conferences | 55.6 | 17,615.00 |
| L240 | Dispositive Motions | 122.8 | 37,476.50 |
| L250 | Other Written Motions and Submissions | 52.9 | 12,825.00 |
| L260 | Class Action Certification and Notice | 1.2 | 288.00 |
| L300 | Discovery | 7.9 | 2,364.50 |
| L310 | Written Discovery | 282.3 | 71,755.50 |
| L320 | Document Production | 378.6 | 73,347.00 |
| L330 | Depositions | 122.8 | 35,085.00 |
| L340 | Expert Discovery | 32.6 | 8,116.00 |
| L350 | Discovery Motions | 41.6 | 11,324.00 |
| L390 | Other Discovery | 21.7 | 5,012.00 |
| L400 | Trial Preparation and Trial | 5.6 | 1,247.00 |
| L420 | Expert Witnesses | 11.9 | 3,471.50 |
| L430 | Written Motions and Submissions | 1.4 | 420.00 |
| L440 | Other Trial Preparation and Support | 11.3 | 3,470.00 |
| L460 | Post-Trial Motions and Submissions | 1.2 | 372.00 |
| L470 | Enforcement | 70.6 | 21,527.50 |
| | | **3,166.3** | **710,528.00** |

### 4TH INTERIM APPLICATION SUMMARY
### SUMMARY OF DISBURSEMENTS BY TASK CODE

| Task Code | Description | TOTAL |
|---|---|---|
| E101 | Copying | 4,763.95 |
| E102 | Outside printing | 1,453.56 |
| E105 | Telephone | 185.19 |
| E106 | Online research | 16,535.41 |
| E107 | Delivery services/messengers | 9,320.59 |
| E109 | Local Travel | 84.33 |
| E110 | Out-of-town travel | 9,914.81 |
| E111 | Meals | 934.84 |
| E112 | Court Fees | 3,693.81 |
| E113 | Supoena Fees | 2,076.67 |
| E114 | Witness Fees | 3,835.79 |
| E115 | Deposition Transcripts | 2,462.19 |
| E118 | Litigation support vendors | 3,083.51 |
| E120 | Private Investigators | 1,120.00 |
| E123 | Other professionals | 332.50 |
| E124 | Other | 2,225.99 |
| | **DISBURSEMENT TOTAL:** | **$62,023.14** |