WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| Debtors. | **(Jointly Administered)** |

| | |
|---|---|
| In re | |
| | Case No. |
| **LEHMAN BROTHERS INC.**, | |
| | 08-01420 (JMP) (SIPA) |
| Debtor. | |

**NOTICE OF SECOND AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 14, 2010 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. EXAMINER'S MATTERS:

1. Order to Establish a Procedure to Unseal the Examiner's Report, to Establish a Briefing Schedule to Resolve Remaining Confidentiality Issues, and to Establish a Procedure to Provide Access to Documents Cited in the Examiner's Report **[Docket No. 7530]**

   Response Deadline: March 19, 2010 at 5:00 p.m.

   Responses Received:

       A.    Response of CME Group Inc. **[Docket No. 7681]**

       B.    Letter from the National Futures Association in Support of CME Group Inc. **[Docket No. 7815]**

       C.    Letter from the Futures Industry Association in Support of CME Group Inc. **[Docket No. 7816]**

   Replies Filed:

       D.    Examiner's Response to the Objection of the CME Group Inc. **[Docket No. 7727]**

   Related Documents: None.

   Status: This matter is going forward.

## II. CASE CONFERENCE

2. Claims Status Conference

## III. UNCONTESTED MATTERS:

3. Motion of LSF6 Mercury REO Investments Trust Series 2008-1 for Relief from the Automatic Stay **[Docket No. 7832]**

   Response Deadline:

   Responses Received: None.

      Related Documents:   None.

      Status: A stipulation and agreed order will be submitted to the Court.

4.   Motion of Lehman Brothers Holdings Inc. for Authorization and Approval of Certain Settlements with the Internal Revenue Service **[Docket No. 7734]**

      Response Deadline:   April 7, 2010 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:

          A.   Declaration of Jeffry Ciongoli in Support of Motion **[Docket No. 7735]**

          B.   Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 8224]**

          C.   SIPA Trustee's Statement Regarding the Motion **[Docket No. 8238]**

      Status: This matter is going forward.

5.   Debtors' Motion for Approval of a Settlement Agreement with Metavante Corporation **[Docket No. 7780]**

      Response Deadline:   April 7, 2010 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:

          A.   Declaration of Daniel Ehrmann in Support of Debtors' Motion **[Docket No. 7781]**

      Status: This matter is going forward.

## IV.   **CONTESTED MATTERS:**

6.   Motion of Mizuho Corporate Bank, Ltd., as Agent, on Behalf of Itself and Certain Lenders, Seeking Authority to Assign Certain Interests in a Credit Agreement **[Docket No. 7903]**

      Response Deadline:   April 9, 2010 at 4:00 p.m.

      Responses Received:

          A.   Debtors' Response **[Docket No. 8161]**

    Related Documents:   None.

    Status: This matter is going forward.

7.    Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB **[Docket No. 6734]**

    Response Deadline:   February 3, 2010 at 4:00 p.m.

    Responses Received:

        A.    Swedbank's Objection **[Docket No. 6976]**

    Related Documents:

        B.    Declaration of Adrian Teng in Support of Debtors' Motion **[Docket No. 6736]**

        C.    Declaration of Johan Stenberg in Support of Swedbank's Objection **[Docket No. 6978]**

        D.    Debtors' Reply **[Docket No. 8196]**

    Status: This matter is going forward.

8.    Debtors' Objection to Proof of Claim filed by Latshaw Drilling Company, LLC **[Docket No. 6729]**

    Response Deadline:   February 24, 2010 at 4:00 p.m.

    Responses Received:

        A.    Response of Latshaw Drilling Company, LLC **[Docket No. 7253]**

    Related Documents:

        B.    Reply in Support of Debtor's Objection to Proof of Claim **[Docket No. 8223]**

        C.    Statement of Official Committee of Unsecured Creditors in Support of Debtor's Objection **[Docket No. 8279]**

        D.    Sur-Response of Latshaw Drilling Company, LLC to Debtors' Reply to Latshaw Response to Objection to Proof of Claim **[Docket No. 8290]**

    Status: This matter is going forward.

9. Debtors' Motion Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures **[Docket No. 7581]**

   Response Deadline: March 31, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection Of Edward Simon Middleton, et al. **[Docket No. 7930]**

   B. Omnibus Limited Objection of Derivative Counterparties **[Docket No. 7932]**

   C. Limited Objection of Standard Chartered Bank PLC **[Docket No. 7937]**

   D. Limited Objection of BRE Bank SA **[Docket No. 7938]**

   E. Objection of Objection of Wells Fargo Bank, National Association **[Docket No. 7941]**

   F. Limited Objection of ABC Assicura Società per Azioni, et al. **[Docket No. 7952]**

   G. Linn Energy, LLC's Limited Objection **[Docket No. 7953]**

   H. Joint Administrators of the Lehman European Group Administration Companies **[Docket No. 8012]**

   I. Joinder of Stonehill Funds to Objection of Optim Energy Marketing and Trading, LLC **[Docket No. 8203]**

   Resolved Objections:

   J. Objection of The Bank of New York Mellon **[Docket No. 7916]**

   K. Limited Objection of Bundesverband Deutscher Banken E.V. **[Docket No. 7921]**

   L. Objection of European Credit Management Limited **[Docket No. 7935]**

   M. Objection of Optim Energy Marketing and Trading, LLCs F/K/A Energy Marketing and Trading, LLC, **[Docket No. 7939]**

   N. Objection of Taconic Capital Partners 1.5 L.P. and Taconic Opportunity Fund L.P. **[Docket No. 7940]**

5

O.     Objection of Limited Objection of Phoenix Life Limited **[Docket No. 7943]**

P.     Joinder of Wilmington Trust Company, as Trustee **[Docket No. 7944]**

Q.     Limited Objection Of Sabmiller PLC**[Docket No. 7945]**

R.     Joinder of Bank of America, National Association **[Docket No. 7946]**

S.     Limited Objection of U.S. Bank National Association, as Trustee **[Docket No. 7947]**

T.     First Choice Power, L.P.S Joinder in Objection by Optim Energy Marketing and Trading, LLC, F/K/A Energyco Marketing and Trading, LLC**[Docket No. 7948]**

U.     Joinder of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company to the Objection of Bank of New York Mellon **[Docket No. 7949]**

V.     Joinder to Optim Energy Marketing and Trading LLC's Objection **[Docket No. 7950]**

W.     NRG Energy, Inc.'s Joinder in Objection by Optim Energy Marketing and Trading, LLC, F/K/A Energyco Marketing and Trading, LLC **[Docket No. 7951]**

X.     Joinder of Libertyview to Optim Energy Marketing and Trading LLC's Objection **[Docket No. 7957]**

Y.     Limited Objection of Lehman Re, Ltd. **[Docket No. 8014]**

Z.     Joinder of Citibank, N.A., as Trustee, to the Objection of the Bank of New York Mellon **[Docket No. 8027]**

AA.     Objection of Intersil Europe SaRL, Inc., et al. **[Docket No. 8111]**

BB.     Objection of InfoSpace **[Docket No. 8119]**

<u>Related Documents</u>:

CC.     Debtors' Omnibus Response to Objections **[Docket No. 8277]**

DD.     Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion **[Docket No. 8296]**

<u>Status</u>: This matter is going forward.

**V.      MATTERS TO BE HEARD AT 2:00 P.M.**

**A.     Adversary Proceedings:**

10.     LBSF v. BNY Corporate Trustee Services Ltd. **[Adv. Case No. 09-01242]**

**Status Conference**

Related Documents:

   A.     Memorandum Decision Signed on 1/25/10 Granting Motion for Summary Judgment and Declaring Applicable Payment Priorities **[Docket No. 86]**

   B.     Scheduling Order Regarding Status Conference **[Docket No. 87]**

Status: This matter is going forward.

**VI.     ADJOURNED MATTERS:**

**A.     Lehman Brothers Holdings Inc.**

11.     Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay [**Docket No. 3182**]

Response Deadline:     May 5, 2009 at 4:00 p.m.

Responses Received:

   A.     Debtors' Objection [**Docket No. 3387**]

   B.     Joinder of the Official Committee of Unsecured Creditors **[Docket No. 3389]**

Related Documents:

   C.     Declaration of Alan Worden [**Docket No. 3184**]

Status: This matter has been adjourned to May 12, 2010.

12.     Motion of Cascan Construction, LLC for Relief from Automatic Stay **[Docket No. 7226]**

Objection Deadline:     May 5, 2010 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to May 12, 2010.

13. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

   Response Deadline: May 5, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 12, 2010.

14. Motion of Royal Bank of Canada for Relief from the Automatic Stay **[Docket No. 7268]**

   Response Deadline: April 9, 2010

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 12, 2010.

15. Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Skandinaviska Enskilda Banken AB **[Docket No. 6737]**

   Response Deadline: April 23, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 12, 2010.

16. Motion of Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC for an Order Compelling Actions by Debtors as Agent and Lender Under Loan Facility **[Docket No. 1435]**

   Response Deadline: March 31, 2009

   Responses Received: None.

   Related Documents:

   A. Letter to the Court **[Docket No. 2621]**

   Status: This matter has been adjourned without date.

17. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6335]**

    Response Deadline:    April 9, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter has been adjourned to May 12, 2010.

18. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6350]**

    Response Deadline:    April 9, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:    None.

    Status: This matter has been adjourned to May 12, 2010.

19. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline:    May 5, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

        A.    Notice of Amendment of Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. **[Docket No. 7834]**

    Status: This matter has been adjourned to May 12, 2010.

20. Debtors' Motion for Authorization to Enter into Certain Asset Management and Related Agreements **[Docket No. 7579]**

    Response Deadline:    April 5, 2010 at 4:00 p.m.

    Responses Received:

        A.    Objection of Certain LBSF Derivative Creditors **[Docket No. 8029]**

        B.    Objection of the UK Administration Companies **[Docket No. 8043]**

9

Related Documents:

  C. Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion **[Docket No. 8017]**

Status: This matter has been adjourned to April 15, 2010.

21. Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC **[Docket No. 7831]**

Response Deadline: April 7, 2010 at 4:00 p.m.

Responses Received:

  A. SunCal Debtors' Joint Opposition **[Docket No. 8105]**

  B. Limited Joinder of Steven M. Speier, Chapter 11 Trustee, in the Opposition of SunCal Debtors **[Docket No. 8252]**

Related Documents:

  C. Declaration of Alfredo R. Perez in Support of Order to Show Cause **[Docket No. 7836]**

  D. Order to Show Cause **[Docket No. 7839]**

  E. Statement of Official Committee of Unsecured Creditors **[Docket No. 8220]**

  F. Debtors' Response **[Docket No. 8260]**

  G. Declaration of Robert Roesch in Support of Debtors' Response **[Docket No. 8261]**

  H. Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee **[Docket No. 8273]**

Status: This matter has been adjourned to April 20, 2010.

22. Motion of the Official Committee of Unsecured Creditors of LBHI for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

Response Deadline: October 13, 2008 at 4:00 p.m.

Responses Received:

  A. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

10

        B.        Statement of the Informal Noteholder Group **[Docket No. 887]**

Related Documents:

        C.        Stipulation and Consent Order (i) Governing Interim Production of Documents and (ii) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors for **[Docket No. 1402]**

Status: This matter has been adjourned to May 12, 2010.

23.    Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

Response Deadline:    December 1, 2009 at 4:00 p.m.

Responses Received:

        A.        Objection of Norton Gold Fields Limited **[Docket No. 6062]**

Related Documents:

        B.        Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6063]**

        C.        Debtors' Reply in Support **[Docket No. 7012]**

        D.        Declaration of James K. Goldfarb in Support of Debtors' Reply **[Docket No. 7013]**

        E.        Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion **[Docket No. 7527]**

        F.        Sur-Reply of Norton Gold Fields Limited to Debtors' Reply **[Docket No. 7679]**

        G.        Debtors' Response to the Sur-Reply of Norton Gold Fields Limited **[Docket No. 8219]**

Status: This matter has been adjourned to May 12, 2010.

24.    Debtors' Motion, Requesting Extensions of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 7966]**

Response Deadline:    April 7, 2010 at 4:00 p.m.

Responses Received:

        A.      Objection of Somerset Properties SPE, LLC **[Docket No. 8107]**

Related Documents:

        B.      Bridge Order **[Docket No. 8106]**

Status: This matter has been adjourned to May 12, 2010 as it relates to the relief request with respect to LB Somerset LLC and LB Preferred Somerset LLC.

**B.    Adversary Proceedings**

25.    Michigan State Housing Development Authority v. Lehman Brothers Derivative Products Inc., et al. **[Case No. 09-01728]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to June 16, 2010.

26.    LBSF v. Millennium USA, L.P. **[Adv. Case No. 10-02351]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to May 12, 2010.

27.    Turnberry et al v. LBHI **[Case No. 09-01062]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to May 12, 2010.

28.    LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

Status: This matter has been adjourned to May 12, 2010.

29. LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to May 12, 2010.

30. PT Bank Negara Indonesia (Persero) Tbk v. LBSF **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to May 12, 2010.

31. Berenshteyn v. Lehman Brothers Holdings Inc. **[Adv. Case No. 08-01654]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to May 12, 2010.

**C.    Lehman Brothers Inc.**

32. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

    Responses Received: None.

    Related Documents:

    A. Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608, 2993]**

    Status: This matter has been adjourned to May 12, 2010.

33. Trustee's Motion for an Order Enforcing the Automatic Stay and the Stays in the LBI Liquidation Order and Holding Israel Discount Bank Limited and Bank Leumi Le-Israel B.M. in Contempt for Violating the Automatic Stay, Interfering with the Trustee's Administration and Property of the Debtor's Estate, and Commencing Foreign Legal Proceedings against the Debtor **[Docket No. 2288]**

    Response Deadline: April 23, 2010 at 4:00 p.m. for certain parties.

    Responses Received: None.

    Related Documents:

    A. Declaration of Robert W. Brundige, Jr. in Support of the Motion **[Docket No. 2289]**

    B. Statement of LBHI in Support of the Motion **[Docket No. 2367]**

    C. Stipulation for Extension of Time **[Docket No. 2391]**

    D. Stipulation for Further Extension of Time **[Docket No. 2523]**

    E. Notices of Adjournment **[Docket Nos. 2378, 2526, 2619, 2730, 2920]**

    Status: This matter has been adjourned to May 12, 2010.

**D. Claims Matters**

34. Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

    Response Deadline: November 10, 2009 at 12:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 5773]**

    B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 5820]**

    Related Documents:

    C. Joseph J. Tortorelli in Support of Motion of Pacific Life Insurance Company **[Docket No. 5939]**

    D. Debtors' Supplement to Objections **[Docket No. 5960]**

    Status: This matter has been adjourned to April 20, 2010.

14

35. Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date **[Docket No. 6150]**

    Response Deadline:    January 13, 2010 at 10:00 a.m.

    Responses Received:

    A.    Debtors' Objection **[Docket No. 6566]**

    Related Documents:

    B.    Declaration of Samuel Stucki in Support of the Joint Motion **[Docket No. 6343]**

    Status:  This matter has been adjourned to April 20, 2010.

36. Motion of Palmyra Capital Fund, Palmyra Capital Institutional Fund, and Palmyra Capital Offshore Fund to Amend Proof of Claims **[Docket No. 6747]**

    Response Deadline:    March 10, 2010.

    Responses Received:

    A.    Debtors' Omnibus Objection **[Docket No. 7499]**

    B.    Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

    Related Documents:  None.

    Status:  This matter has been adjourned to April 20, 2010.

37. Motion of Simeon Moreno to (1) Deem Proof of Claim as Timely Filed; (2) for Relief from the Automatic Stay; (3) for Permission to Attend Hearing via Telephone Conference; and (4) for Exemption from Service Requirements as to Certain Parties in the Master Service List **[Docket No. 7366]**

    Response Deadline:    March 10, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter has been adjourned to April 20, 2010.

38. Motion of Simeon Moreno to Confirm Termination or Absence of Stay (Simeon Moreno's Motion for Declaration That the Automatic Stay Does Not Apply and

15

        That His Claims Constitute Administrative Expenses of the Estate) **[Docket No. 7924]**

        Response Deadline:   April 7, 2010 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:  None.

        Status: This matter has been adjourned to April 20, 2010.

39.   Motion of Pennsylvania Public School Employees' Retirement System for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim **[Docket No. 6558]**

        Response Deadline:   February 3, 2010 at 4:00 p.m.

        Responses Received:

            A.    Debtors' Objection **[Docket No. 6974]**

        Related Documents:

            B.    Reply of Pennsylvania Public School Employees' Retirement System **[Docket No. 7011]**

        Status:  This matter has been adjourned to April 20, 2010.

40.   First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

        Response Deadline:   April 16, 2010 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:  None.

        Status:  This matter has been adjourned to April 20, 2010.

41.   Motion of Dynegy Power Marketing Inc. for Entry of an Order that its Timely Filed Guarantee Questionnaire be Deemed a Timely Filed Proof of Claim **[Docket No. 7008]**

        Response Deadline:   March 10, 2010 at 12:00 p.m.

        Responses Received:

            A.    Debtors' Omnibus Objection **[Docket No. 7499]**

      B.      Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

Related Documents:

      C.      Reply to Motion of Dynegy Power Marketing Inc. **[Docket No. 7589]**

Status:  This matter has been adjourned to April 20, 2010.

42. Amended Motion of Tensor Opportunity Limited to Permit it to File a Late Proof of Claim **[Docket No. 7162]**

    Response Deadline:    March 10, 2010 at 5:00 p.m.

    Responses Received:

      A.      Debtors' Omnibus Objection **[Docket No. 7499]**

      B.      Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

    Related Documents:  None.

    Status:  This matter has been adjourned to April 20, 2010.

43. Motion to Authorize Santa Fe Entities to Treat Their Claims as Timely Filed **[Docket No. 7144]**

    Response Deadline:    March 10, 2010 at 4:00 p.m.

    Responses Received:

      A.      Debtors' Omnibus Objection **[Docket No. 7499]**

      B.      Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

    Related Documents:

      C.      Santa Fe Entities Reply to the Omnibus Objection **[Docket No. 7558]**

    Status:  This matter has been adjourned to April 20, 2010.

44. CVI GVF (LUX) Master S.A.R.L.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed **[Docket No. 7290]**

    Response Deadline:    March 10, 2010 at 4:00 p.m.

<u>Responses Received</u>:

      A.     Debtors' Omnibus Objection **[Docket No. 7499]**

      B.     Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

<u>Related Documents</u>:

      C.     CVI GVF (LUX) Master S.A.R.L.'s Reply to the Omnibus Objection **[Docket No. 7559]**

<u>Status</u>: This matter has been adjourned to April 20, 2010.

45.   Debtors' First Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 6873]**

<u>Response Deadline</u>:    March 1, 2010 at 4:00 p.m.

<u>Responses Received</u>:

      A.     Response of MTR Corporation Limited **[Docket No. 7601]**

Related Documents:   None.

Status:   This matter has been adjourned to May 12, 2010.


Dated: April 14, 2010
       New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

Dated: April 14, 2010
       New York, New York

                /s/ Jeffrey S. Margolin
                James B. Kobak, Jr.
                Jeffrey S. Margolin

                HUGHES HUBBARD & REED LLP
                One Battery Park Plaza
                New York, New York 10004
                Telephone: (212) 837-6000
                Facsimile: (212) 422-4726

                Attorneys for James W. Giddens, Trustee for
                the SIPA Liquidation of Lehman Brothers Inc.