WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU – 2297)
Eric K. Stodola (ES – 1111)

ATTORNEYS FOR THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | Case No. 08-13555 (JMP) |
| | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  s.s.:
NEW YORK COUNTY      )

  Lyudmyla Polyova, being duly sworn, deposes and states that she resides in Palisades Park, New Jersey; that she is over the age of twenty-one years and that she is not a party to this proceeding.

  On the 14th day of April, 2010, deponent caused a copy of the *Statement of Ad Hoc Group of Lehman Brothers Creditors Regarding Debtors' Motion for Authorization To Enter Into Certain Asset Management and Related Agreement* to be served by First Class Mail on the parties shown on the attached Service List.

             */s/ Lyudmyla Polyova*
             Lyudmyla Polyova

Sworn to before me the 14th day of April, 2010
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2010

NEWYORK 7613720 (2K)

Pg 2 of 2

## SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

DENNIS F. DUNNE
EVAN R. FLECK
DENNIS C. O'DONNELL
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005

SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
FREDRIC SOSNICK

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019
ALAN W. KORNBERG
JEFFREY D. SAFERSTEIN

DEWEY LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019
IRENA M. GOLDSTEIN

CRAVATH SWAINE & MOORE
825 EIGHTH AVENUE
NEW YORK, NEW YORK 10019
RICHARD LEVIN

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NEW YORK 10006
THOMAS J. MOLONEY
SETH GROSSHANDLER

CADWALADER, WICKERSHAM & TAFT LLP
700 SIXTH STREET, N.W.
WASHINGTON, D.C. 20001
MARK C. ELLENBERG
PETER FRIEDMAN

CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
HOWARD R. HAWKINS, JR.

BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NEW YORK 10019
JOSHUA DORCHAK

MARTIN FLICS
PAUL S. HESSLER
LINKLATERS LLP
1345 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10105