JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Robert L. Byman (Admitted Pro Hac Vice)
Daniel R. Murray (Admitted Pro Hac Vice)

919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Patrick J. Trostle
Heather D. McArn

Attorneys for Anton R. Valukas, Esq., Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    Case No. 08-13555 (JMP)
                                            :
                        Debtors.            :    (Jointly Administered)
---------------------------------------------------------------------x

**NOTICE OF FILING**
**UNREDACTED VOLUME 5 OF EXAMINER'S REPORT**

PLEASE TAKE NOTICE that Anton R. Valukas, Esq., the Examiner appointed for Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned bankruptcy cases, has filed the attached unredacted version of Volume 5 of the Report of Anton R. Valukas, Examiner. Pending the resolution of certain confidentiality issues, the Examiner previously filed a redacted version of Volume 5 of the Report when he filed his Report on March 11, 2010. [Docket No. 7531].

Dated: April 14, 2010
New York, New York

                Respectfully submitted,


                By: */s/ Robert L. Byman*

                JENNER & BLOCK LLP
                353 North Clark Street
                Chicago, Illinois 60654-3456
                Telephone: (312) 222-9350
                Facsimile: (312) 527-0484
                Robert L. Byman (Admitted *Pro Hac Vice*)
                Daniel R. Murray (Admitted *Pro Hac Vice*)

                919 Third Avenue, 37th Floor
                New York, New York 10022-3908
                Telephone: (212) 891-1600
                Facsimile: (212) 891-1699
                Patrick J. Trostle
                Heather D. McArn

                Attorneys for Anton R. Valukas, Esq., Examiner