# <u>SARA DISCEPOLO, ESQ.</u>*
ATTORNEY AT LAW

1050 Winter Street  
Suite 1000  
Waltham, MA 02451

*Admitted in  
Massachusetts,  
Pennsylvania &  
Connecticut

Tel. (617) 549-4537  
Fax (978) 478-4589

Email Address: Sara_Discepolo@verizon.net

April 14, 2010

The Honorable James M. Peck  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

RE:  *In re Lehman Brothers Holdings, Inc.*,  
U.S. Bankruptcy Court for the Southern District of New York  
Case No. 08-13555(JMP)  
Motions filed by Simeon Moreno to be heard on April 20, 2010

Dear Judge Peck:

On behalf of Simeon Moreno, I filed two separate motions in this case. One motion (Doc # 7924) is a request for a declaration by the Court that the automatic stay does not apply to Mr. Moreno's claims against the Debtor and that his claims are administrative expenses under Section 959 of Title 28 of the United States Code. The other motion (Doc # 7366) seeks relief from the automatic stay and to have his prior filed claim deemed timely. The latter motion was filed in the alternative if the Court does not grant Mr. Moreno's motion under Section 959. Both motions are scheduled to be heard by you on April 20, 2010.

On April 20, 2010, I will seek to be heard first on the Section 959 Motion (Doc # 7924). If the Court grants that motion, I believe the other motion (Doc # 7366) will be moot. I write this letter in case it assists the Court in the management of its docket.

Thank you very much for your attention to this matter.

1

Very truly yours,

Sara Discepolo

cc:  M. Bernstein, Esq. (via email only)
     Weil Gotschal & Manges LLP

     B. Friedman, Esq. (via email only)
     Milbank Tweed