UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,             Case No. 08-13555 (JMP)

Debtors.
---------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF TONY M. DAVIS

UPON the motion of Tony M. Davis dated April 1, 2010, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that Tony M. Davis is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.

Dated: New York, New York
         April 14, 2010

                                    s/ James M. Peck
                                    UNITED STATES BANKRUPTCY JUDGE