**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
        Debtors.                                                :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

**SECOND SUPPLEMENTAL DECLARATION OF**
**ADAM TRUE IN CONNECTION WITH RETENTION AND**
**EMPLOYMENT OF NATIXIS NORTH AMERICA INC. AS STRATEGIC ADVISOR**

Adam True makes this declaration under 28 U.S.C. § 1746, and states:

1. I am an attorney in the U.S. Legal Department of Natixis North America Inc. (successor by merger to Natixis Capital Markets Inc., "Natixis").

2. I make this declaration in support of my September 1, 2009 declaration (the "September Declaration") [Docket No. 5032], and the November 10, 2008 declaration of Joshua Laterman in support of Lehman Brothers Holdings Inc.'s ("LBHI,") motion pursuant to sections 105(a) and 363 of title 11 of the United States Code for authorization to employ Natixis as strategic advisor [Docket No. 1469]. The retention and employment of Natixis was approved by order of this court on December 18, 2008 [Docket No. 2308].

3. As set forth in the September Declaration, and pursuant to that certain letter agreement, dated August 24, 2009 (the "Phase II Services Letter Agreement"),

LBHI and Natixis agreed that Natixis would perform the Phase II Services and be compensated pursuant to the Incentive Fee Structure.[1]

4. As further set forth in the September Declaration, one of the components of the Incentive Fee Structure is the Success Fees. The Success Fees are, in the first instance, capped at $3,625,000.00. However, the September Declaration inadvertently neglected to explain that, notwithstanding the $3,625,000.00 cap, Natixis may earn an additional $500,000.00 for each additional Counterparty after the first that enters into a Transaction.

5. In all other material respects, the description of the Incentive Fee Structure set forth in the September Declaration is accurate and complete.

6. I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated this [] day of April, 2010

By: /s/ Adam True
Adam True
Natixis North America Inc.

---

[1] Capitalized terms that are used but not defined herein have the meanings ascribed to them in the September Declaration.

2