WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON APRIL 15, 2010 AT 2:00 P.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I. CONTESTED MATTERS:**

1. Debtors' Motion for Authorization to Enter into Certain Asset Management and Related Agreements **[Docket No. 7579]**

   Response Deadline: April 5, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of Certain LBSF Derivative Creditors **[Docket No. 8029]**

   B. Objection of the UK Administration Companies **[Docket No. 8043]**

Related Documents:

  C. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 8017]**

  D. Statement of Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 8300]**

  E. Debtors' Reply in Further Support **[Docket No. 8313]**

Status: This matter is going forward.

Dated: April 14, 2010
   New York, New York

               /s/ Harvey R. Miller
               Harvey R. Miller

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Debtors
               and Debtors in Possession