BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding Case No.<br><br>08-01420 (JMP) |

**Affidavit of Hamish Hume in Support of Motion By Barclay's Capital Inc.
For An Order Compelling Documents From LBHI, The Trustee, The
Creditors' Committee And Their Financial Advisors Deloitte, FTI,
<u>Alvarez & Marsal, And Houlihan Lokey</u>**

Hamish P.M. Hume, being duly sworn, declares under penalty of perjury that the following statements are true:

1.  I am a partner at the law firm Boies, Schiller & Flexner LLP, attorneys for Barclays Capital, Inc. ("Barclays"). I submit this affidavit in support of Motion By Barclays Capital Inc. For An Order Compelling Documents From LBHI, The Trustee,

The Creditors' Committee And Their Financial Advisors Deloitte, FTI, Alvarez & Marsal, and Houlihan Lokey.

2. On April 14, 2010, the parties held a conference before the Court by telephone regarding this discovery dispute. The parties advised the Court that they had engaged in a good-faith effort to resolve by agreement the issues raised in this motion, as required by Local Rule 7007-1(a), but they had been unable to reach an agreement and did not feel that further discussions would be likely to resolve this dispute. The Court instructed the parties to file their motions and attend a hearing scheduled for April 26, 2010.

3. Attached hereto as Exhibit 1 is a true and correct copy of a March 22, 2010 letter from Todd Thomas, counsel for Barclays, to Movants' counsel.

4. Attached hereto as Exhibits 2-13 are true and correct copies of Requests for Production of Documents and Subpoena's served on Movants and Movants' financial advisors.

5. Attached hereto as Exhibit 14 is a true and correct copy of a March 25, 2010 letter from James Tecce, counsel for Creditors' Committee, to Todd Thomas, counsel for Barclays.

6. Attached hereto as Exhibit 15 is a true and correct copy of a March 25, 2010 letter from William Hine, Special Counsel for LBHI, to Todd Thomas, counsel for Barclays.

7. Attached hereto as Exhibit 16 is a true and correct copy of a March 26, 2010 letter from Seth Rothman, counsel for the Trustee, to Todd Thomas, counsel for Barclays.

8. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript of this Court's hearing on December 16, 2009.

9. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the transcript of this Court's hearing on April 9, 2010.

10. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the deposition of Marlo Karp, taken on January 20, 2010.

11. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the deposition of James Fogarty, taken on January 15, 2010.

12. Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the deposition of Saul Burian, taken on December 17, 2009.

13. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the deposition of Michael Fazio, taken on February 12, 2010.

14. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the deposition of Philip Kruse, taken on December 17, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

_____
HAMISH P.M. HUME

Sworn to before me
This 14TH day of April, 2010

_____
Notary Public

GEORGE PERKINS
Notary Public, State of New York
No. 01PE6091495
Qualified in Queens County
Commission Expires 4/28/2011