B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc._____,        Case No. 08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVI GVF (Lux) Master S.a.r.l.
c/o CarVal Investors UK Ltd.                 Pond View Credit (Master), L.P.
_____        _____
         Name of Transferee                          Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):  66098____
should be sent:                                     Amount of Claim:  $3,171,994.00____
  Knowle Hill Park, FAIRMILE LANE, COBHAM,          Date Claim Filed: _____
  Surrey KT11 2PD
  United Kingdom
  Attention: David Short
Phone:  00-44-1932-86-1194_____             Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date:  14th April 2010_____
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:   Clerk

AND TO: Lehman Brothers Holdings Inc. ("LBHI") ("Debtors")
            Case No. 08-13555

Claim #: 66098

DiMaio Ahmad Capital LLC, as investment advisor to Pond View Credit (Master), L.P. its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

>        CVI GVF (Lux) Master S.a.r.l.
>        c/o CarVal Investors UK Ltd.
>        Knowle Hill Park
>        Surrey KT11 2PD
>        United Kingdom
>        Attn: David Short
>        Phone: 00-44-1932-86-1194

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $3,171,994 ("Claim") against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 13, 2010.

DOC ID-11029078.8

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated Dec. 18, 2009.

Pond View Credit (Master), L.P.
By: DiMaio Ahmad Capital LLC, as investment advisor

By: _Nasser Ahmad_
Name:    Nasser Ahmad
Title:    Managing Partner

CVI GVF (LUX) MASTER S.A.R.L.
BY CARVAL INVESTORS UK L.

By: _____

Name:
Title:      DAVID SHORT
            OPERATIONS MANAGER