B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings Inc.            ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVI GVF (Lux) Master S.a.r.l.<br>c/o CarVal Investors UK Ltd. | Staple Street Aviation (Master), L.P. |
| _____<br>Name of Transferee | _____<br>Name of Transferor |

Name and Address where notices to transferee
should be sent:
  Knowle Hill Park, FAIRMILE LANE, COSHAM,
  Surrey KT11 2 PD
  United Kingdom
  Attention: David Short

Phone:   00-44-1932-86-1194
Last Four Digits of Acct #: _____

Court Claim # (if known):  ___13753___
Amount of Claim:  ___$2,785,774.00___
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date:   14ᵗʰ April  2010
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:  Clerk

AND TO:  Lehman Brothers Holdings Inc. ("LBHI") ("Debtors")
            Case No. 08-13555

Claim #:  13753

Staple Street Aviation (Master), L.P. its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

>           CVI GVF (Lux) Master S.a.r.l.
>           c/o CarVal Investors UK Ltd.
>           Knowle Hill Park
>           Surrey KT11 2PD
>           United Kingdom
>           Attn: David Short
>           Phone: 00-44-1932-86-1194

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,785,774 ("Claim") against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 18, 2009.

**Staple Street Aviation (Master), L.P.**
**By: DiMaio Ahmad Capital LLC, as investment advisor**

By: _____

Name:   Nasser Ahmad

Title    Managing Partner

CVI GVF (LUX) MASTER S.A.R.L.
BY CARVAL INVESTORS UK ...

By: _____

Name:

Title:     DAVID SHORT
          OPERATIONS MANAGER