**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :
              Debtors.                :    (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------------------x

### BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH LB SOMERSET LLC AND LB PREFERRED SOMERSET LLC MAY FILE CHAPTER 11 PLANS AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the motion, dated March 31, 2010 (the "Motion") [Docket No. 7966], of Merit, LLC ("Merit"), LB Somerset LLC, and LB Preferred Somerset LLC (together, the "Somerset Debtors," and collectively with Merit, the "New Debtor Entities") and their affiliated debtors in the above-referenced chapter 11 cases as debtors and debtors in possession, pursuant to section 1121(d) of title 11 of the United States Code, to extend the exclusive periods during which only the New Debtor Entities, respectively, may file chapter 11 plans (the "Plan Period") and solicit acceptances thereof (the "Solicitation Period," and together with the Plan Period, the "Exclusive Periods") through and including September 15, 2010, and November 15, 2010, respectively, all as more fully described in the Motion; and an objection to the Motion having been filed by Somerset Associates LLC and Somerset Properties SPE, LLC (collectively, "Somerset Associates," and together with the Somerset Debtors, the "Parties" ) on April 7, 2010 (the "Objection") [Docket No. 8107] as to the relief requested by the Somerset Debtors; and the Parties having agreed to adjourn the hearing on the Motion with respect to the relief

2

requested by the Somerset Debtors until the May 12, 2010 omnibus hearing, which is after the date the Somerset Debtors' current Plan Period expires; and the Court having determined that it is appropriate to enlarge the Somerset Debtors' Exclusive Periods until such time as the Court considers and enters an order determining the Motion, it is hereby

ORDERED that the Somerset Debtors' Exclusive Periods are extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
April 15, 2010

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge