Judge James M. Peck
One Bowling Green
New York, NY 10004-1408
Courtroom 601



march 31, 2010

08-13555 (JMP)

Dear Sir,

I believe you are under pressure to make all your decisions based on the law alone.

However, if it may come to a place where you have the option of operating from the center of your own good consience. It would much improve the conditions of the worlds economic crisis. If Lehman Brothers were to be ordered to use the estimated $260 billion in assets left after liabilities to pay dividends to all shareholders from the onset of Bankruptcy, as well as give current shareholders the amount that is left after all else is paid.

Imagine the relief and hope it would bring to all of us to see justice finally served to the good

(new pen) citezens of the US & elsewhere.

I hope you had a chance to read this letter.

There are few times in history when one man can decide on the fate of so many. I hope this is one of the Heroic opportunities that awaits you and your team.

Blessed are they who listen to their hearts.

Kelly McGehee