2 - April - 2010

Honorable James M. Peck,

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

**Lehman Brothers was not given the opportunity as all the other financial institutions to receive a Government bailout or even Tarp Funds?! The 4th largest investment bank was allowed to fail for reason I and others will never truly know. Sir I am seriously asking your help in getting a (EC) equity committe form for the sake of us common and preferred share holders. The current financial burden of my family, my self and my friends can all be tied to the domino effect of Lehman's allowed failure. Through documents available online and else where it is easy to conclude that major competing financial institution colluded and helped to push them off the edge when times were most shaky for them all. I am listing my holding stake below for your consideration and hopefully respect.**

**LEHJQ - 700,000 shares (Preferred Stock), with a face value of $17,500,000.00 U.S.**

Sincerely

Eric C. Giles

