1244 SE 22 Avenue
Ocala, Fl 34471
April 6, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10004-1408
Courtroom: 601

RE: Lehman Brothers Holdings, Inc., 08-13555 USBC
Claim # 11069 $1,100,000.
Claim # 11068 $   50,000.

Honorable James M. Peck,

I am writing to request that you appoint an Official Equity Committee to represent and
protect the rights of the equity owners of Lehman Brothers Holdings, Inc.. I have filed the
above cited claims with respect to my holdings of Lehman Brothers Holdings, Inc. 7.5%
Series P Convertible Preferred Stock.

I wanted to thank you for your efforts to determine whether or not I was in your Court on
June 6th, last year. I'm living in Florida now and was dissuaded from coming to New
York by attorneys from the Pension Benefits Trust Corporation and the Weil law firm.
I was given to understand that separate claim was not germane to the Lehman pension
resolve.

I can't tell your Honor how shocked I was to read of the Lehman accounting
machinations of "Repo 105" and the questionable behavior of Ernst and Young, who
gave their approval of the SEC filings with regard to the Lehman Preferred stock I
put a considerable amount of my savings into. Please consider an Official Equity
Committee with the interests of persons like myself getting treatment expected by
Bond holders.

Again, thank you for your courtesy with regard to my last submission.

Respectfully yours,

George E. Di Russo

RECEIVED
APR - 8 2010
U.S. BANKRUPTCY COURT, SDNY
JMP