April 6. 2010

30 Beach Walker Road
Fernandina, FL  32034

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

Dear Judge Peck,

The enclosed document copies show my proof of interest in the case of Lehman Brothers Holding, Inc., 08-13555, U. S. Bankruptcy Court, Southern District of New York. The Lehman Brothers ETN that I purchased through Charles Schwab is in my IRA account. It is now shown in the Schwab account with a value of $50.—a far cry from my initial purchase price of $53,129.00.

I would very much appreciate any aid that can be given my claim as I am a retired individual and my wife and I depend on these IRA investments for our living expenses.

Sincerely,

Don Boyd

Donald L. Boyd



CLAIM FORM FILING CONFIRMATION

Your claim form was successfully filed on 8/20/2009 1:03:03 AM Pacific. Please print this page as proof of your filing.

**Donald L. Boyd, IRA**
**30 Beach Walker Rd.**
**Fernandina, FL 32034**

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers Financial Products Inc. (08-13902) |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | LEHMAN BROTHERS 2038 Cusip # 52522L-74-9 OPTA ETN Due 02/25/38 Subj to Xtro Redemption Quantity 1000 price $53.12 Commission $8.95 TOTAL $53,129 Symbol EOH Trade date 2/25/08 |
| Amount of claim against Obligor | $53,129.00 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Financial Products Inc. (08-13902) |
| Amount of claim against the Guarantor | $53,129.00 |

# SCHWAB

**Trade Confirmation**

101 Montgomery Street, San Francisco, CA 94104   1-800-435-4000   www.schwab.com

Retain for Your Records

**Account Number:** 1759-6088
Page 1 of 2

**Mail To**

L TRR <6 00011139 000000016876 0001 20080229
DONALD L BOYD
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
2512 WESTGATE DR UNIT 37
ALBANY GA 31707



Going paperless is easy. Log on to **www.schwab.com/paperless**.

## Security Description

**Action**   **BOUGHT**

| | | |
|---|---|---|
| LEHMAN BROTHERS 2038 | Symbol: EOH | Trade Date: 2/29/08 |
| OPTA ETN  DUE 02/25/38 | Security No./Cusip: 52522L-74-9 | Settlement Date: 3/05/08 |
| SUBJ TO XTRO REDEMPTION | Branch Code: ATYY | Type: Cash |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 1,000 | $53.12 | $53,120.00 | Commission: $8.95 | $53,128.95 |

**For all of the above:**
Unless you have already instructed us differently, we will: hold this security in your account.
Executed Over The Counter
Unsolicited trade
Capacity code A

©2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR   1
L TRR <6 00011139 000000016876 0001 20080229

SIPC