April 3, 2010

Rogelio Beltran
2000 David Ave Apt 26
Monterey, CA 93940

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan).

I currently hold all my shares in a long position. I hold: LEHGQ- 200 SHARES, LEHJQ - 200 SHARES,
LEHMQ - 100 SHARES, LEHPQ - 8 SHARES, AND LHHMQ - 100 SHARES.

Sincerely,

Rogelio Beltran

