Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511
618-925-3567

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Best Regards,

Carolyn J. Bessler



RECEIVED
APR 1 3 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

Carolyn J Bessler Lehman Shares @ 04/08/10

| | |
|---|---|
| LEHKQ | 1950 |
| LEHLQ | 1600 |
| LEHMQ | 1000 |
| LEHMQ | 1500 |
| LEHPQ | 200 |
| LEHJQ | 5000 |