# KOESTLER TILE COMPANY

*Since 1924*

436 Highway 82 East
Greenville, MS  38702
Phone 662-332-2634
Fax 662-335-0034
Email ktc1@koestlertile.com

---

April 6, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers:  (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and
request that you appoint an Official Equity Committee to represent and protect the rights
of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests. I own 5050 shares of one
of the preferred shares, LEHPQ and have a copy of my TD Ameritrade account
enclosed. Thank you for your consideration.

Sincerely,

Rak Koestler
President
Koestler Tile Company
Greenville, Ms. 38701
662-332-2634

RECEIVED
APR 1 2 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

## Statement for Account # 884-308701
### 03/01/10 - 03/31/10

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Qualified Dividends | $ 0.00 | $ 156.65 |
| IDA Interest | 0.31 | 0.36 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| DELTA PETROLEUM CORP COM | DPTR | 5,000 | $ 1.41 | $7,050.00 | 09/23/09 | $ 10,139.68 | $ 2.03 | $ (3,089.68) $ | | |
| GENERAL ELECTRIC CO COM | GE | 1,012.79 | 18.20 | 18,432.78 | 02/27/03 | 23,105.96 | 22.81 | (4,673.18) | 405.12 | 2.2% |
| LEHMAN BROTHERS HOLDINGS PFD 7.25%/CONV/PERP | LEHPQ | 5,050 | 2.49 | 12,574.50 | 05/12/09 | 15,609.96 | 3.09 | (3,035.46) | | |
| MBIA INC COM | MBI | 8,000 | 6.27 | 50,160.00 | 05/09/08 | 53,813.81 | 6.73 | (3,653.81) | | |
| PRUDENTIAL FINANCIAL INC COM | PRU | 210.899 | 60.50 | 12,759.39 | 02/05/08 | 15,816.87 | 75.00 | (3,057.48) | 147.63 | 1.2% |
| REGIONS FINANCIAL CORP COM | RF | 4,612.617 | 7.85 | 36,209.04 | 03/07/08 | 37,849.93 | 8.21 | (1,640.89) | 184.50 | 0.5% |
| **Total Stocks** | | | | $137,185.71 | | $156,336.21 | | $(19,150.50) | $737.25 | 0.5% |
| **Total Cash Account** | | | | $137,185.71 | | $156,336.21 | | $(19,150.50) | $737.25 | 0.5% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 03/08/10 | 03/11/10 | Cash | Sell - Securities Sold | LEHMAN BROS HLDGS INC COM | LEHMQ | 50,000- | $ 0.15 | $ 7,489.91 | 7,489.91 |

# TD AMERITRADE
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
03/01/10 - 03/31/10

**Statement for Account # 884-308701**

ROBERT KOESTLER
480 ANNE STOKES RD
GREENVILLE, MS 38701-6901

**Announcements:**
IS IT TIME FOR A FRESH APPROACH TO
RETIREMENT INVESTING? LEARN ABOUT
CONSOLIDATING YOUR ASSETS WITH A
TD AMERITRADE EASY IRA. VISIT
TDAMERITRADE.COM OR YOUR LOCAL
BRANCH. START TODAY!

## Portfolio Allocation



Insrd Dep Acct 6.0%

Stocks 94.0%

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | | $ - | - |
| Insrd Dep Acct | 8,814.38 | 270.15 | 8,544.23 | 3162.8% | - | 0.05% |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 137,185.71 | 124,738.79 | 12,446.92 | 10.0% | 737.25 | 0.5% |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$146,000.09** | **$125,008.94** | **$20,991.15** | **16.8%** | **$737.25** | **0.5%** |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | (15,449.97) | (17,416.61) |
| Securities Sold | 23,993.89 | 25,644.87 |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | 156.65 |
| Expense | - | - |
| Other | (8,543.92) | (8,384.91) |
| **Closing Balance** | **$ 0.00** | **$0.00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $156.65 |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$156.65** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 03/31/10 | $156,336.21 |
| Unrealized Gains | - |
| Unrealized Losses | (19,150.50) |
| Funds | - |
| Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | 156.65 |
| Securities | |
| Received/(Delivered) YTD | 0.00 |