UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    Case No. 08-13555 (JMP)
                                                                        :
            Debtors.                                                    :    (Jointly Administered)
------------------------------------------------------------------------x

### ORDER DENYING THE OBJECTION
### OF THE CME GROUP INC. TO THE
### UNSEALING OF THE EXAMINER'S REPORT

Upon the Objection of the CME Group Inc. to the unsealing of the Examiner's Report (the "Objection"); and the Court having reviewed the Objection and the Examiner's Response, it is hereby ORDERED:

1. The Objection is overruled.

2. The unredacted version of Volume 5 of the Examiner's Report, previously filed under seal, shall be released to the public.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
        April 15, 2010                              _____*s/ James M. Peck*_____
                                                    Honorable James M. Peck
                                                    United States Bankruptcy Judge