# EXHIBIT B

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY TIMEKEEPER)**

## PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN USD

### From May 1, 2009 through May 31, 2009

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Amy R. Forbes | Partner—Real Estate | 1984 CA | 6/1/1984 | 18.65 | $840 | $15,666.00 |
| Jesse Sharf | Partner—Real Estate | 1986 CA | 6/1/1986 | 10.00 | $890 | $8,900.00 |
| Shireen B. Rahnema | Of Counsel—Real Estate | 1998 CA | 2/6/2006 | 7.8 | $635 | $4,953.00 |
| Daniel D. Ball | Associate—Real Estate | 2002 CA | 10/7/2002 | 1.7 | $590 | $1,003.00 |
| Steven W. Williford | Associate—Real Estate | 2002 CA | 05/08/2006 | 12.3 | $590 | $7,257.00 |
| Janna M. Boelke | Associate—Real Estate | 2003 CA | 10/07/2003 | 6.45 | $570 | $3,676.50 |
| David S. Egdal | Associate—Real Estate | 2003 CA | 11/03/2003 | 0.5 | $570 | $285.00 |
| Farshad E. More | Associate—Real Estate | 2003 CA | 09/02/2003 | 22.0 | $570 | $12,540.00 |
| Meredith C. Shaughnessy | Associate—Tax | 2005 CA | 09/02/2003 | 8.1 | $570 | $4,617.00 |
| Claire L. Vigil | Associate—Real Estate | 2006 CA | 04/25/2005 | 1.7 | $525 | $892.50 |
| Douglas M. Champion | Associate—Real Estate | 2006 CA | 09/05/2006 | 33.8 | $470 | $15,886.00 |
| Erika R. Randall | Associate—Real Estate | 2006 CA | 09/05/2006 | 28.4 | $470 | $13,348.00 |
| Erica H. Weber | Associate—Real Estate | 2006 CA | 11/06/2006 | 4.9 | $470 | $2,303.00 |
| Kelsey M. Lestor | Associate—Real Estate | 2007 CA | 10/01/2007 | 33.3 | $400 | $13,320.00 |
| Mark J. Gleason | Associate—Litigation | 2007 CA | 10/01/2007—01/05/2010 | 5.4 | $400 | $2,160.00 |
| Raymond J. Leung | Associate—Real Estate | 2007 CA | 11/5/2007—9/1/2009 | 32.0 | $400 | $12,800.00 |
| Julie Arnaoutova | Associate—Real Estate | 2007 CA | 08/06/2007 | 0.7 | $470 | $329.00 |
| Michael A. Zellen | Associate—Real Estate | 2008 CA | 10/01/2007 | 5.05 | $400 | $2,020.00 |
| Mary Beth Maloney | Associate—Unassigned | 2008 CA | 11/03/2008 | 32.0 | $400 | $12,800.00 |
| Sonam Makker | Associate—Real Estate | 2008 CA | 09/02/2008 | 7.3 | $345 | $2,518.50 |

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Carol A. Fabrizio | Associate—Real Estate | 2008 CA | 11/03/2008 | 25.8 | $345 | $8,901.00 |
| Allison H. Kidd | Associate—Real Estate | 2008 CA | 11/03/2008 | 53.6 | $345 | $18,492.00 |
| Samuel K. Kim | Associate—Unassigned | 2008 CA | 10/06/2008 | 55.1 | $345 | $19,009.50 |
| Irene Hymanson | Senior Paralegal—Real Estate | N/A | 11/02/1987 | 0.75 | $330 | $247.50 |
| **TOTAL:** | | | | **407.3** | | **$183,924.50** |

### PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN GBP

### From May 1, 2009 through May 31, 2009

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Wayne P. McArdle | Partner—Corporate | 1995 UK | 06/16/2001 | 36.5 | £625 | £22,812.50 |
| Dorothee Fischer-Appelt | Partner—Corporate | 1997 NY 2001 UK | 11/27/2006 | 5.8 | £555 | £3,219.00 |
| Gregory A. Campbell | Partner—Corporate | 1999 UK 2004 NY | 6/2/2008 | 1.0 | £505 | £505.00 |
| Justin K. McAnaney | Associate—Corporate | 2000 NY | 9/5/2005—7/31/2009 | 10.5 | £465 | £4,882.50 |
| Milena Radoycheva | Associate—Corporate | 2006 UK | 10/9/2006 | 23.1 | £355 | £8,200.50 |
| Waltter Kulvik | Associate—Corporate | 2008 UK | 9/23/2008 | 4.5 | £315 | £1,417.50 |
| **TOTAL:** | | | | **81.4** | | **£41,037.00** |