## **EXHIBIT C**

**SUMMARY OF EXPENSE REIMBURSEMENTS SOUGHT**

## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN USD FROM MAY 1, 2009 THROUGH MAY 31, 2009

| DISBURSEMENT | AMOUNT |
|---|---|
| In House Duplication | $1,972.85 |
| Messenger and Courier Expense | $138.13 |
| Telephone Charges | $15.65 |
| **TOTAL:** | **$2,126.63** |

## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN GBP FROM MAY 1, 2009 THROUGH MAY 31, 2009

| DISBURSEMENT | AMOUNT |
|---|---|
| Travel – Taxi & Other Modes/Miles | £42.00 |
| **TOTAL:** | **£42.00** |