## EXHIBIT D

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY MATTER)**

**SUMMARY OF SERVICES BY TASK CODE FOR SERVICES
RENDERED IN USD FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00196 | Phx Tech | 14.8 | $9,482.00 |
| 52279-00273 | New Pacific Master LLC | 2.8 | $1,982.00 |
| 52279-00280 | SunCal General | 325.65 | $140,329.00 |
| 52279-00323 | Villa Master | 8.35 | $5,367.50 |
| 52279-00324 | VCC Workout | 11.3 | $6,851.00 |
| 52279-00325 | Capstone | 44.4 | $19,913.00 |
| | **TOTAL** | **407.3** | **$183,924.50** |

**SUMMARY OF SERVICES BY TASK CODE FOR SERVICES
RENDERED IN USD FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00326 | Excalibur | 78.4 | £39,267.00 |
| 52279-00327 | 1000 Islands Mall Restructuring | 3.0 | £1,770.00 |
| | **TOTAL** | **81.4** | **£41,037.00** |