# EXHIBIT E

## CONTEMPORANEOUS TIME RECORDS

# Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00196 | 05/06/09 | Sharf, Jesse | USD | $ 623.00 | 0.70 | Telephone conference with J. Nastasi; reviewing documents. |
| 52279 | 00196 | 05/07/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Telephone conference with J. Nastasi; reviewing documents. |
| 52279 | 00196 | 05/08/09 | Sharf, Jesse | USD | $ 1,829.00 | 3.10 | Revise Modification Agreement; review loan documents; review term sheet |
| 52279 | 00196 | 05/07/09 | Willford, Steven W. | USD | $ 1,652.00 | 2.80 | Revise Modification Agreement and distribute; various correspondence with J. Sharf regarding same |
| 52279 | 00196 | 05/11/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Telephone conference with client. |
| 52279 | 00196 | 05/11/09 | Sharf, Jesse | USD | $ 828.00 | 1.40 | [52279-196] Conference all with J. Sharf and J. Nastasi regarding Modification Agreement; revise same and distribute. |
| 52279 | 00196 | 05/14/09 | Willford, Steven W. | USD | $ 1,180.00 | 2.00 | [52279-196] Draft Pre-Negotiation Agreement. |
| 52279 | 00196 | 05/15/09 | Willford, Steven W. | USD | $ 295.00 | 0.50 | [52279-196] Draft Pre-Negotiation Agreement and distribute same. |
| 52279 | 00196 | 05/19/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing PNLA and exchange of emails |
| 52279 | 00196 | 05/26/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing comments. |
| 52279 | 00196 | 05/26/09 | Willford, Steven W. | USD | $ 236.00 | 0.40 | Review revised PNA and revise same; correspondence with client |
| 52279 | 00196 | 05/27/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00196 | 05/27/09 | Willford, Steven W. | USD | $ 1,239.00 | 2.10 | Review loan documents and proposals of Borrower; draft letter to Borrower |
| 52279 | 00196 | 05/29/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Reviewing documents; exchange of emails; telephone conference with Taylor. |
| 52279 | 00196 | 05/29/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Review revised termination agreement. |
| 52279 | 00196 Total: | | | USD | $ 9,482.00 | 14.80 | |
| 52279 | 00273 | 05/11/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Telephone conference with client. |
| 52279 | 00273 | 05/13/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Telephone conferences with T. Clasulli. |
| 52279 | 00273 | 05/18/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing documents. |
| 52279 | 00273 | 05/27/09 | Ball, Daniel D. | USD | $ 767.00 | 1.30 | Review and comment on termination agreement. |
| 52279 | 00273 | 05/27/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Revising agreement; exchange of emails. |
| 52279 | 00273 | 05/28/09 | Ball, Daniel D. | USD | $ 236.00 | 0.40 | Review and comment on termination agreement. |
| 52279 | 00273 Total: | | | USD | $ 1,982.00 | 2.80 | |
| 52279 | 00280 | 05/01/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Calls with N. Camerik, A. Forbes, S. Rahnema re resuming engagement; e-mails with J. Sharf re same |
| 52279 | 00280 | 05/01/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Discuss SunCal subdivision bond issues; telephone conference with D. Champion regarding approach to bonds and issues in each land use memo. Discuss any updated information available to Lehman as to status of the property on the ground. |
| 52279 | 00280 | 05/04/09 | Champion, Douglas Martin | USD | $ 3,478.00 | 7.40 | Review of file for property diligence documents; draft of disclaimer; e-mail to working group re resuming deal and availability of documents; follow-up e-mails with individual attorneys re status of specific properties; e-mail to N. Camerik re same;organization of memoranda for A. Forbes review; meeting with S. Rahnema. |
| 52279 | 00280 | 05/04/09 | Weber, Erica Hewes | USD | $ 141.00 | 0.30 | Email conference with D. Champion regarding memorandum regarding status of entitlements on the Ritter Ranch development; assess status of entitlement review for Ritter Ranch development; email conference with J. Amaoulova regarding same. |
| 52279 | 00280 | 05/04/09 | Zellen, Michael Andrew | USD | $ 80.00 | 0.20 | Review request to update diligence memo and background correspondence. |
| 52279 | 00280 | 05/04/09 | Leung, Raymond J. | USD | $ 1,640.00 | 4.10 | Review records to locate and update title review memo. |
| 52279 | 00280 | 05/05/09 | Gleason, Mark James | USD | $ 240.00 | 0.60 | Review of e-mail from N. Camerik re responses to inquiries; responses to same; call with S. Rahnema; e-mail with M. Gleason re Ritter Ranch; research into tax inquiry regarding appeal of reassessment. |
| 52279 | 00280 | 05/05/09 | Champion, Douglas Martin | USD | $ 846.00 | 1.80 | Discuss status of memos with D. Champion; pull and review old emails on bonds and other issues. Review how best to update the information regarding entitlement status in each jurisdiction. |
| 52279 | 00280 | 05/05/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Gleason re Ritter Ranch; research into tax inquiry regarding appeal of reassessment. |
| 52279 | 00280 | 05/05/09 | Leung, Raymond J. | USD | $ 1,880.00 | 4.70 | Review documents and prepare memoranda; call with M.B. Maloney re: Marblehead; office conference with D. Champion regarding Marblehead |
| 52279 | 00280 | 05/05/09 | Maloney, Mary Beth | USD | $ 1,460.00 | 3.60 | Review memo and identify needed documents for Marblehead memorandum; review file for documents needed to revise prior Marblehead memo and begin outlining revisions to same. |
| 52279 | 00280 | 05/05/09 | Vigil, Claire L. | USD | $ 157.50 | 0.30 | Discuss Heartland memorandum with D. Champion. |
| 52279 | 00280 | 05/06/09 | Leung, Raymond J. | USD | $ 1,240.00 | 3.10 | Review documents and prepare memoranda. |
| 52279 | 00280 | 05/07/09 | Champion, Douglas Martin | USD | $ 705.00 | 1.50 | Meeting with K. Lestor re Delta Coves; meeting with S. Kim re Del Amo; call with A. Kidd re Oak Knoll. |

# Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 05/07/09 | Kidd, Allison Hamstra | USD | $ 241.50 | 0.70 | Confer with D. Champion regarding entitlement documents received from Lehman in preparation for review. |
| 52279 | 00280 | 05/07/09 | Kim, Samuel Key-Won | USD | $ 241.50 | 0.70 | Entitlement due diligence for the Johansen Ranch project; meeting with D. Champion re same [Johansen Ranch] |
| 52279 | 00280 | 05/07/09 | Lestor, Kelsey M. | USD | $ 80.00 | 0.20 | Meet with D. Champion regarding entitlements review for Delta Coves |
| 52279 | 00280 | 05/07/09 | Leurig, Raymond J. | USD | $ 1,280.00 | 3.20 | Review documents and prepare memoranda. |
| 52279 | 00280 | 05/07/09 | Maloney, Mary Beth | USD | $ 2,080.00 | 5.20 | Review new entitlement documents including bonds; review City of Palm Springs General Plan; review Mitigated Negative Declaration; review zoning map for City of Palm Springs; review staff report for adoption of amendment to zoning requirements; begin timeline to determine status of activity at site relative to expiration of entitlements. |
| 52279 | 00280 | 05/08/09 | Champion, Douglas Martin | USD | $ 1,410.00 | 3.00 | Review of California case law and statutes regarding liability of subsequent property owner to surety. |
| 52279 | 00280 | 05/08/09 | Forbes, Amy R. | USD | $ 420.00 | 0.50 | Review and edit bond issue response; discuss with D. Champion. |
| 52279 | 00280 | 05/08/09 | Randall, Erika Ruth | USD | $ 828.00 | 2.40 | Entitlements due diligence for the Johansen Ranch project [Johansen Ranch] |
| 52279 | 00280 | 05/08/09 | Kim, Samuel Key-Won | USD | $ 655.50 | 1.90 | Entitlements due diligence for the Del Amo project [Del Amo] |
| 52279 | 00280 | 05/08/09 | Lestor, Kelsey M. | USD | $ 1,520.00 | 3.80 | Review entitlement documents for Delta Coves |
| 52279 | 00280 | 05/08/09 | Leurig, Raymond J. | USD | $ 800.00 | 2.00 | Review documents and prepare memoranda. |
| 52279 | 00280 | 05/09/09 | Kidd, Allison Hamstra | USD | $ 2,829.00 | 8.20 | Analyze environmental impact reports and entitlement memos prepared by prior counsel to Oak Knoll developers to determine existing entitlements for Oak Knoll Property. |
| 52279 | 00280 | 05/10/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Complete draft of bond analysis; e-mail to A. Forbes and S. Rahnema. |
| 52279 | 00280 | 05/10/09 | Lestor, Kelsey M. | USD | $ 1,880.00 | 4.70 | Lehman/SunCal: Review entitlement documents for Delta Coves; draft Delta Coves entitlements memorandum |
| 52279 | 00280 | 05/10/09 | Kidd, Allison Hamstra | USD | $ 931.50 | 2.70 | Analyze Oakland, LA general plan and redevelopment plans to determine conformance of Oak Knoll project thereto. |
| 52279 | 00280 | 05/11/09 | Kidd, Allison Hamstra | USD | $ 1,035.00 | 3.00 | Research rezoning procedures and entitlement approval process in City of Oakland, Ca in connection with development of Oak Knoll property. |
| 52279 | 00280 | 05/11/09 | Maloney, Mary Beth | USD | $ 560.00 | 1.40 | Review updated bonding information and past entitlement memos for revisions to entitlement memo re: Palm Springs Village/Avalon. |
| 52279 | 00280 | 05/11/09 | Randall, Erika Ruth | USD | $ 2,726.00 | 5.80 | Review memorandum regarding Heartland property; update memorandum regarding Oak Valley. |
| 52279 | 00280 | 05/11/09 | Vigil, Claire L. | USD | $ 577.50 | 1.10 | Review memorandum regarding Heartland property; discuss memorandum regarding Oak Valley. |
| 52279 | 00280 | 05/11/09 | Weber, Erica Hewes | USD | $ 47.00 | 0.10 | Follow up on status of project. |
| 52279 | 00280 | 05/11/09 | Zellen, Michael Andrew | USD | $ 80.00 | 0.20 | Entitlements memo, review of personal records. |
| 52279 | 00280 | 05/12/09 | Champion, Douglas Martin | USD | $ 2,350.00 | 5.00 | Mark-up of Marblehead memo and transmit comments to R. Leurig; online research re current status of Marblehead entitlements; review of file for OVC diligence |
| 52279 | 00280 | 05/12/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Review issues in San Clemente. |
| 52279 | 00280 | 05/12/09 | Kidd, Allison Hamstra | USD | $ 2,311.50 | 6.70 | Research and draft position of Oak Knoll entitlement review memorandum regarding proposed development project description and land entitlements obtained to date. |
| 52279 | 00280 | 05/12/09 | Kim, Samuel Key-Won | USD | $ 1,104.00 | 3.20 | Perform entitlements due diligence for the Del Amo project; determine the (a) status of entitlements for the Del Amo project, (b) impediments to the development of the Del Amo Project and (c) next steps required to obtain the entitlements for the Del Amo project. |
| 52279 | 00280 | 05/12/09 | Lestor, Kelsey M. | USD | $ 3,000.00 | 7.50 | Lehman/SunCal: Review entitlement documents for Delta Coves; draft Delta Coves entitlements memorandum |
| 52279 | 00280 | 05/12/09 | Leurig, Raymond J. | USD | $ 400.00 | 1.00 | Review documents and prepare memoranda. |
| 52279 | 00280 | 05/12/09 | Rahnema, Shireen B. | USD | $ 698.50 | 1.10 | Email communication with D. Champion and A. Forbes regarding Marblehead entitlements; review documents regarding same. |
| 52279 | 00280 | 05/12/09 | Randall, Erika Ruth | USD | $ 1,645.00 | 3.50 | Perform entitlements due diligence regarding Oak Valley. |
| 52279 | 00280 | 05/13/09 | Champion, Douglas Martin | USD | $ 188.00 | 0.40 | Meet with C. Fabrizio re Beaumont Heights and Summit Valley |
| 52279 | 00280 | 05/13/09 | Kidd, Allison Hamstra | USD | $ 3,898.50 | 11.30 | Research and draft portion of Oak Knoll entitlement review memorandum regarding environmental permits required from some agencies and city re proposed development, and owner obligations imposed by existing CEDA documents. |

# Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 05/13/09 | Kim, Samuel Key-Won | USD | $ | 1,587.00 | 4.60 | Perform entitlements due diligence for the Del Amo project; determine the (a) status of entitlements for the Del Amo project, (b) impediments to the development of the Del Amo Project and (c) next steps required to obtain the entitlements for the Del |
| 52279 | 00280 | 05/13/09 | Lestor, Kelsey M. | USD | $ | 960.00 | 2.40 | Lehman Bros/SunCal: Review entitlement documents for Delta Coves; draft Delta Coves entitlements memorandum |
| 52279 | 00280 | 05/13/09 | Leung, Raymond J. | USD | $ | 3,000.00 | 7.50 | Review documents and prepare memoranda. |
| 52279 | 00280 | 05/13/09 | Randall, Erika Ruth | USD | $ | 1,034.00 | 2.20 | Perform entitlements due diligence regarding Oak Valley |
| 52279 | 00280 | 05/14/09 | Champion, Douglas Martin | USD | $ | 1,081.00 | 2.30 | Response to A. Kidd re Oak Knoll memo questions; e-mails to A. Forbes, D. Arnold, S. Rahrema re status of Development Agreement when BK automatic stay in place; call with D. Denny re same; research re same; e-mail to A. Forbes re status of open items; Review of Pacifica memo and transmittal of comments to R. Leung |
| 52279 | 00280 | 05/14/09 | Forbes, Amy R. | USD | $ | 630.00 | 0.75 | Review memos and issues lists for the various properties. |
| 52279 | 00280 | 05/14/09 | Maloney, Mary Beth | USD | $ | 480.00 | 1.20 | Analyze and draft portions of Oak Knoll entitlement review memorandum regarding environmental remediation obligations imposed by Navy transfer documents and affordable housing obligations imposed by state law. |
| 52279 | 00280 | 05/14/09 | Kidd, Allison Hamstra | USD | $ | 2,173.50 | 6.30 | Draft executive summary of Oak Knoll entitlement review memorandum; revise entire memorandum. |
| 52279 | 00280 | 05/15/09 | Kim, Samuel Key-Won | USD | $ | 1,897.50 | 5.50 | Perform entitlements due diligence to the development of the Del Amo project, determine the (a) status of entitlements for the Del Amo project, (b) impediments to the development of the Del Amo Project and (c) next steps required to obtain the entitlements for the Del Amo project. |
| 52279 | 00280 | 05/15/09 | Lestor, Kelsey M. | USD | $ | 1,320.00 | 3.30 | Lehman/SunCal: Draft Delta Coves entitlements memorandum and email same to D. Champion |
| 52279 | 00280 | 05/15/09 | Kidd, Allison Hamstra | USD | $ | 2,518.50 | 7.30 | Lehman/SunCal: Complete outline of Plan Springs Village/ Avalon entitlement memorandum and begin drafting memorandum re same. |
| 52279 | 00280 | 05/15/09 | Maloney, Mary Beth | USD | $ | 3,080.00 | 7.70 | Lehman/SunCal: Review entitlement documents for Delta Coves; draft Delta Coves entitlements memorandum |
| 52279 | 00280 | 05/15/09 | Champion, Douglas Martin | USD | $ | 940.00 | 2.00 | Meet with A. Forbes re bond issues; Marblehead DA, review memos and other matters; e-mail to N. Camerik re bond analysis; treatment of Marblehead DA in BK proceeding; discuss with A. Kidd re tree removal permit (Oak Knoll) |
| 52279 | 00280 | 05/15/09 | Maloney, Mary Beth | USD | $ | 720.00 | 1.80 | Lehman/SunCal: Begin drafting outline of issues for entitlement memorandum for Plan Springs Village/ Avalon. |
| 52279 | 00280 | 05/16/09 | Champion, Douglas Martin | USD | $ | 94.00 | 0.20 | Review of entitlements tracker provided by N. Camerik; e-mail to working group re same |
| 52279 | 00280 | 05/16/09 | Maloney, Mary Beth | USD | $ | 400.00 | 1.00 | Lehman/SunCal: Continue drafting entitlement report for Palm Springs Village/Avalon. |
| 52279 | 00280 | 05/16/09 | Randall, Erika Ruth | USD | $ | 188.00 | 0.40 | Perform entitlements due diligence regarding Oak Valley. |
| 52279 | 00280 | 05/16/09 | Rahrema, Shireen B. | USD | $ | 868.00 | 1.40 | Conference call with D. Champion regarding entitlements review and bankruptcy issues; review email communications regarding same; research regarding Northlake. |
| 52279 | 00280 | 05/17/09 | Champion, Douglas Martin | USD | $ | 470.00 | 1.00 | Review and comment upon review memos for Del Amo and Delta Coves |
| 52279 | 00280 | 05/17/09 | Maloney, Mary Beth | USD | $ | 320.00 | 0.80 | Lehman/SunCal: Continue drafting entitlement report for Palm Springs Village/Avalon. |
| 52279 | 00280 | 05/18/09 | Randall, Erika Ruth | USD | $ | 2,632.00 | 5.60 | Perform entitlements due diligence regarding Oak Valley, review e-mail from M. Shaughnessy; call with N. Camerik re timing and next steps; meet with S. Rahrema re same |
| 52279 | 00280 | 05/18/09 | Champion, Douglas Martin | USD | $ | 1,175.00 | 2.50 | Call with E. Weber re Bickford Ranch; review and comment upon Oak Knoll memo; e-mail to A. Kidd re same; meet with C. Fabrizio re Beaumont Heights and Arbor Ridge; review e-mail from M. Shaughnessy; call with N. Camerik re timing and next steps; meet with S. Rahrema re same |
| 52279 | 00280 | 05/18/09 | Fabrizio, Carol Ann | USD | $ | 1,104.00 | 3.20 | Review S. Sadighi's old memos on two SunCal properties; attempt to obtain documents reviewed by S. Sadighi; discussions with D. Champion regarding same; perform internet searches for any changed circumstances on either property. |
| 52279 | 00280 | 05/18/09 | Forbes, Amy R. | USD | $ | 420.00 | 0.50 | Review Bickford Ranch memo. |
| 52279 | 00280 | 05/18/09 | Kim, Samuel Key-Won | USD | $ | 1,104.00 | 3.20 | Research application procedures for Streamlined Alteration Agreement; confer with D. Champion regarding same; revise memorandum regarding Oak Knoll entitlements to reflect new information received from Lehman. |
| 52279 | 00280 | 05/18/09 | Lestor, Kelsey M. | USD | $ | 640.00 | 1.60 | Revise Delta Coves entitlements memorandum; email correspondence with D. Champion regarding same |

## Lehman Brothers Inc. Time Details
### Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 05/18/09 | Rahnema, Shireen B. | USD $ | 1,016.00 | 1.60 | Meeting with D. Champion regarding entitlement memos; conference call with M. Shaughnessy regarding Acton. |
| 52279 | 00280 | 05/18/09 | Randall, Erika Ruth | USD $ | 141.00 | 0.30 | Perform entitlements due diligence regarding Oak Valley. |
| 52279 | 00280 | 05/18/09 | Shaughnessy, Meredith C. | USD $ | 570.00 | 1.00 | Telephone conference with S. Rahnema regarding tract map matters on Acton Estates; review tract map and title reports; |
| 52279 | 00280 | 05/18/09 | Weber, Erica Hewes | USD $ | 893.00 | 1.90 | Review updated entitlement chart; update chart per entitlement chart (SunCal). |
| 52279 | 00280 | 05/18/09 | Zellen, Michael Andrew | USD $ | 80.00 | 0.20 | Review entitlements spreadsheet for property updates. |
| 52279 | 00280 | 05/19/09 | Champion, Douglas Martin | USD $ | 564.00 | 1.20 | Meet with A. Forbes re review memos, call with M. Maloney re Avalon, e-mail to A. Kidd re Oak Knoll; e-mail to S. Rahnema. |
| 52279 | 00280 | 05/19/09 | Forbes, Amy R. | USD $ | 1,008.00 | 1.20 | Continue review and editing of memoranda. |
|  |  | 05/19/09 | Hymanson, Irene | USD $ | 247.50 | 0.75 | Meet with S. Rahnema and M. Shaughnessy to go over tract map issues; log in legal description and excel summary of status; prepare request for search for tract maps and certain modifications thereof and call S. Ryan at First American; log in track maps and confirm no modifications found; forward maps to S. Rahnema and M. Shaughnessy. |
|  |  | 05/19/09 | Kidd, Allison Hamstra | USD $ | 1,794.00 | 5.20 | Revise memorandum regarding Oak Knoll entitlements per D. Champion comments. |
|  |  | 05/19/09 | Leung, Raymond J. | USD $ | 200.00 | 0.50 | Review documents and revise memorandum. |
| 52279 | 00280 | 05/19/09 | Maloney, Mary Beth | USD $ | 1,120.00 | 2.80 | Teleconference w/ D. Champion to discuss reaching further actions by City of Palm Springs relative to Avalon property; research same; revise memo to reflect same; review entitlement tracker and confirm deadline for entitlements. |
| 52279 | 00280 | 05/20/09 | Fabrizio, Carol Ann | USD $ | 931.50 | 2.70 | (52279-00280) Review Water Supply Assessment and Biological Assessment and Biological Assessment review for Ritter, Marblehead, Avalon, Bickford Ranch and Delta |
| 52279 | 00280 | 05/20/09 | Lestor, Kelsey M. | USD $ | 80.00 | 0.20 | Coves properties |
| 52279 | 00280 | 05/20/09 | Champion, Douglas Martin | USD $ | 235.00 | 0.50 | Call w/ A. Forbes re review memoranda; meeting w/ S. Rahnema re same. |
| 52279 | 00280 | 05/20/09 | Fabrizio, Carol Ann | USD $ | 552.00 | 1.60 | Meet with D. Champion and J. Hymanson regarding Acton tract maps, review emails and research regarding same. |
| 52279 | 00280 | 05/20/09 | Maloney, Mary Beth | USD $ | 520.00 | 1.30 | Revise entitlement memos; follow up discussion with both re: my specific situation, quick review of memo to make note of changes to be made. |
| 52279 | 00280 | 05/20/09 | Forbes, Amy R. | USD $ | 588.00 | 0.70 | Meet with D. Champion and A. Forbes, among others, discussing Lehman/SunCal review memos; follow up discussion |
| 52279 | 00280 | 05/20/09 | Shaughnessy, Meredith C. | USD $ | 285.00 | 0.50 | Telephone conference with D. Champion re memoranda and common concerns; review edits. |
| 52279 | 00280 | 05/21/09 | Fabrizio, Carol Ann | USD $ | 517.50 | 1.50 | Review copies of filed tract maps related to Acton Estates. |
| 52279 | 00280 | 05/22/09 | Champion, Douglas Martin | USD $ | 2,160.00 | 5.40 | Lehman - Continue revising entitlement memo with particular emphasis on status of bonds and status of mitigation measures; |
| 52279 | 00280 | 05/26/09 | Champion, Douglas Martin | USD $ | 235.00 | 0.50 | Meeting w/ A. Forbes re global comments to review memoranda; voicemail from WGM re discovery request in SunCal lawsuit; meeting w/ S. Rahnema re same; e-mail to A. Forbes, J. Sharf, S. Rahnema re same. |
| 52279 | 00280 | 05/26/09 | Fabrizio, Carol Ann | USD $ | 1,551.00 | 3.30 | Revise entitlements due diligence memorandum regarding Oak Valley. |
| 52279 | 00280 | 05/26/09 | Forbes, Amy R. | USD $ | 1,079.50 | 1.70 | Meeting w/ A. Forbes regarding entitlement memos; email communication with A. Wilson regarding same; review memo regarding Northlake; review email correspondence regarding same. |
| 52279 | 00280 | 05/26/09 | Maloney, Mary Beth | USD $ | 940.00 | 2.00 | Continued revising entitlement memo based on suggestions from D. Champion. |
| 52279 | 00280 | 05/26/09 | Rahnema, Shireen B. | USD $ | 379.50 | 1.10 | Review of entitlements memorandum; checking specific draft plan for certain assertions in previous memo. |
| 52279 | 00280 | 05/26/09 | Forbes, Amy R. | USD $ | 3,780.00 | 4.50 | Read memos and edit same; review Marblehead; continue reading/review of memos; team call is standardizing work product. |
| 52279 | 00280 | 05/27/09 | Gleason, Mark James | USD $ | 1,600.00 | 4.00 | Review memo re status of entitlements of the Ritter Ranch development, noting upcoming deadlines; email conferences with D. Champion re upcoming and past deadlines re Ritter Ranch entitlements; participate in conference call with A. Forbes re revision of memos re status of entitlements on SunCal properties. |
| 52279 | 00280 | 05/27/09 | Kidd, Allison Hamstra | USD $ | 276.00 | 0.80 | Participate in meeting with A. Forbes regarding entitlement memos review |
| 52279 | 00280 | 05/27/09 | Kim, Samuel Key-Won | USD $ | 207.00 | 0.60 | Meeting with A. Forbes regarding entitlements memorandum for Lehman-SunCal development projects |
| 52279 | 00280 | 05/27/09 | Lestor, Kelsey M. | USD $ | 320.00 | 0.80 | Meeting with A. Forbes regarding entitlements memorandum. |
| 52279 | 00280 | 05/27/09 | Leung, Raymond J. | USD $ | 280.00 | 0.70 | Office conference with A. Forbes and S. Rahnema regarding diligence memoranda. |

## Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 05/27/09 | Makker, Sonam | USD | $ 448.50 | 1.30 | Office conference with A. Forbes regarding SunCal memoranda; review documents regarding Emerald Meadows. |
| 52279 | 00280 | 05/27/09 | Maloney, Mary Beth | USD | $ 1,880.00 | 4.70 | Complete final entitlement memos; confer with A. Forbes and team re additional points of analysis for entitlement memos; confer with D. Champion regarding need for additional revisions. |
| 52279 | 00280 | 05/27/09 | Rahrema, Shireen B. | USD | $ 952.50 | 1.50 | Meetings with A. Forbes, D. Champion and team regarding entitlements memos; email communication with A. Wilson regarding same; meeting with D. Champion regarding same; email communication with team regarding entitlements; meeting with A. Forbes regarding entitlements. |
| 52279 | 00280 | 05/27/09 | Randall, Erika Ruth | USD | $ 1,598.00 | 3.40 | Revise entitlements due diligence memorandum regarding Oak Valley; meet with A. Forbes regarding the same. |
| 52279 | 00280 | 05/28/09 | Champion, Douglas Martin | USD | $ 141.00 | 0.30 | E-mail to E. Weber re Bickford memo; e-mails w/ S. Kim, A. Kidd, A. Forbes, S. Rahrema and D. Champion to discuss global comments to entitlement memos. |
| 52279 | 00280 | 05/28/09 | Fabrizio, Carol Ann | USD | $ 1,345.50 | 3.90 | Making changes to memo per A. Forbes's comments at yesterday's meeting. Reviewing, editing, and proofing the same; send to D. Champion; discussion with him re: the same. |
| 52279 | 00280 | 05/28/09 | Forbes, Amy R. | USD | $ 2,100.00 | 2.50 | Read Ritter Ranch memo and revise; review review of A. Forbes comments. |
| 52279 | 00280 | 05/28/09 | Gleason, Mark James | USD | $ 320.00 | 0.80 | Update memo re entitlements for the Ritter Ranch development to reflect current status and any expired entitlements. |
| 52279 | 00280 | 05/28/09 | Lestor, Kelsey M. | USD | $ 440.00 | 1.10 | Meet with A. Forbes to discuss specific comments to entitlement memo on Acton Estates; revise memo. |
| 52279 | 00280 | 05/28/09 | Leung, Raymond J. | USD | $ 1,200.00 | 3.00 | Discuss comments to memorandum with A. Forbes. |
| 52279 | 00280 | 05/28/09 | Zellen, Michael Andrew | USD | $ 1,480.00 | 3.70 | Revise Del Rio entitlement memo. |
| 52279 | 00280 | 05/28/09 | Champion, Douglas Martin | USD | $ 94.00 | 0.20 | Transmittal of memos for Heartland, Acton Estates and Bickford Ranch. |
| 52279 | 00280 | 05/29/09 | Forbes, Amy R. | USD | $ 4,200.00 | 5.00 | Review Acton Estates and give comments; review memo with Irving; revise and edit; read Oak Knoll. |
| 52279 | 00280 | 05/29/09 | Kim, Samuel Key-Won | USD | $ 414.00 | 1.20 | Revise the entitlements memo for the Del Amo and Johansen Ranch projects per A. Forbes' comments. |
| 52279 | 00280 | 05/29/09 | Leung, Raymond J. | USD | $ 880.00 | 2.20 | Review documents and prepare memorandum. |
| 52279 | 00280 | 05/29/09 | Makker, Sonam | USD | $ 172.50 | 0.50 | Review documents regarding Emerald Meadows. |
| 52279 | 00280 | 05/29/09 | Randall, Erika Ruth | USD | $ 517.00 | 1.10 | Revise entitlements due diligence memorandum regarding Oak Valley. |
| 52279 | 00280 | 05/29/09 | Shaughnessy, Meredith C. | USD | $ 517.00 | 1.10 | Revising memo. |
| 52279 | 00280 | 05/29/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing memo. |
| 52279 | 00280 | 05/29/09 | Shaughnessy, Meredith C. | USD | $ 1,995.00 | 3.50 | Revise entitlements memo on Acton Estates and distribute to A. Forbes. |
| 52279 | 00280 | 05/29/09 | Weber, Erica Hewes | USD | $ 517.00 | 1.10 | Revise diligence memorandum per comments from A. Forbes. |
| 52279 | 00280 | 05/31/09 | Makker, Sonam | USD | $ 1,483.50 | 4.30 | Review key documents in connection with revising entitlements memorandum for Emerald Meadows. |
| | **00280 Total** | | | USD | $ 140,329.00 | 325.65 | |
| 52279 | 00323 | 05/01/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Telephone conference with client. |
| 52279 | 00323 | 05/03/09 | Boelke, Janna M. | USD | $ 427.50 | 0.75 | Draft term sheet for sale of LB/Lakeside interests. |
| 52279 | 00323 | 05/04/09 | Boelke, Janna M. | USD | $ 1,425.00 | 2.50 | Draft term sheet for sale of LB/Lakeside interests. |
| 52279 | 00323 | 05/04/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing ts. |
| 52279 | 00323 | 05/05/09 | Boelke, Janna M. | USD | $ 570.00 | 1.00 | Draft and circulate term sheet for sale of LB/Lakeside interests. |
| 52279 | 00323 | 05/05/09 | Boelke, Janna M. | USD | $ 623.00 | 0.70 | lehmanvista re lakewood; Revising ts. |
| 52279 | 00323 | 05/06/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Email to client. |
| 52279 | 00323 | 05/18/09 | Boelke, Janna M. | USD | $ 285.00 | 0.50 | Exchange emails regarding term sheet relating to sale of LB/Lakeside membership interests; revise term sheet and circulate for comments. |
| 52279 | 00323 | 05/26/09 | Boelke, Janna M. | USD | $ 427.50 | 0.75 | Revise term sheet and circulate for comments. |
| 52279 | 00323 | 05/26/09 | Boelke, Janna M. | USD | $ 114.00 | 0.20 | Revise term sheet and circulate to T. Hasley for review by Lakeside. |
| 52279 | 00323 | 05/27/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing comments; email re same. |

## Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00323 | 05/28/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails re comments. |
| 52279 | 00323 | 05/29/09 | Boelke, Jenna M. | USD | $ 427.50 | 0.75 | Revise term sheet and circulate to J. Nastasi and T. Hasley for review and approval. |
| 52279 | 00323 | 05/29/09 | Sharf, Jesse | USD | $ 456.00 | 0.80 | Exchange emails regarding Centennial Hills; draft default letters. |
| 52279 | 00323 | 05/29/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00323 | 05/29/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing revised ts. |
| | | **00323 Total** | | **USD** | **$ 5,567.50** | **8.35** | |
| 52279 | 00324 | 05/04/09 | Egdal, David S. | USD | $ 285.00 | 0.50 | Communications with F. More regarding Centennial Hills Construction contract and title insurance. |
| 52279 | 00324 | 05/11/09 | More, Farshad E. | USD | $ 570.00 | 1.00 | [LEHMAN/OCWORKOUT] Exchange emails; review VCC proposal; telephone call with D. Arnold. |
| 52279 | 00324 | 05/11/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00324 | 05/18/09 | Amaoulova, Joulia | USD | $ 188.00 | 0.40 | Exchange emails; revise Spanish Springs notice of default letter and Elk Grove notice of default letter. |
| 52279 | 00324 | 05/18/09 | Amaoulova, Joulia | USD | $ 94.00 | 0.20 | Revise and distribute notice of default |
| 52279 | 00324 | 05/07/09 | More, Farshad E. | USD | $ 285.00 | 0.50 | Review Centennial loan documents; exchange emails. |
| 52279 | 00324 | 05/14/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence. |
| 52279 | 00324 | 05/06/09 | More, Farshad E. | USD | $ 178.00 | 0.20 | Reviewing default letter. |
| 52279 | 00324 | 05/06/09 | More, Farshad E. | USD | $ 1,026.00 | 1.80 | Lascher, N. Horsfield, K. Ravulo, D. Egdal. |
| 52279 | 00324 | 05/12/09 | More, Farshad E. | USD | $ 1,425.00 | 2.50 | Exchange emails; finalize Spanish Springs default letter; review bond assessment documentation; telephone calls with M. |
| 52279 | 00324 | 05/27/09 | Sharf, Jesse | USD | $ 47.00 | 0.10 | Distribute Elk Grove notice of default letter |
| | | **00324 Total** | | **USD** | **$ 6,855.00** | **11.30** | |
| 52279 | 00325 | 05/12/09 | More, Farshad E. | USD | $ 342.00 | 0.60 | [LEHMAN/OCWORKOUT] Exchange emails; telephone call with G. Taylor regarding CFD assessments and foreclosure process; telephone call with Nevada Title regarding Centennial Hills. |
| 52279 | 00325 | 05/04/09 | More, Farshad E. | USD | $ 342.00 | 0.60 | Exchange emails and calls with N. Horsfield re: buy-sell notices. |
| 52279 | 00325 | 05/08/09 | More, Farshad E. | USD | $ 855.00 | 1.50 | Break out Assignment Agreements for 18 entities; proof same; review LLC agreements for pertinent information; correspond with F. More and S. Kim regarding same. |
| 52279 | 00325 | 05/05/09 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails with N. Horsfield re: assignment documents. |
| 52279 | 00325 | 05/07/09 | More, Farshad E. | USD | $ 570.00 | 1.00 | Exchange emails with E. Blume; revise assignment documents; telephone calls with E. Blum regarding same. |
| 52279 | 00325 | 05/06/09 | More, Farshad E. | USD | $ 445.00 | 0.50 | Exchange of emails; telephone conference with F. More. |
| 52279 | 00325 | 05/05/09 | More, Farshad E. | USD | $ 798.00 | 1.40 | Exchange emails with E. Blume regarding Assignment and Assumption Agreements; review and comment on same. |
| 52279 | 00325 | 05/13/09 | Kim, Samuel Key-Won | USD | $ 138.00 | 0.40 | Revise Assignments of Interests for various Capstone Residential Venture entities that Lehman is purchasing. |
| 52279 | 00325 | 05/13/09 | Vigil, Claire L. | USD | $ 157.50 | 0.30 | Meet with C. Fabrizio to discuss buy/sell notices under the Capstone joint venture agreements; review table summarizing buy/sell notices to verify accuracy and content. |
| 52279 | 00325 | 05/12/09 | More, Farshad E. | USD | $ 342.00 | 0.60 | Finalize forms of assignment; telephone calls with S. Kim and C. Fabrizio regarding same. |
| 52279 | 00325 | 05/12/09 | Kim, Samuel Key-Won | USD | $ 1,759.50 | 5.10 | Draft Assignments of Interests for various Capstone Residential Venture entities that Lehman is purchasing. |
| 52279 | 00325 | 05/12/09 | Fabrizio, Carol Ann | USD | $ 1,966.50 | 5.70 | Revisions to Assignments requested by Capstone's attorneys. |
| 52279 | 00326 | 05/18/09 | Fabrizio, Carol Ann | USD | $ 379.50 | 1.10 | Revisions to Assignments requested by Capstone's attorneys. |
| 52279 | 00326 | 05/13/09 | More, Farshad E. | USD | $ 855.00 | 1.50 | Exchange emails with E. Blume, S. Kim, C. Fabrizio and N. Horsfield re: assignment documents; revise assignment documents; prepare for Closing of buy-sell transactions. |
| 52279 | 00325 | 05/18/09 | Kim, Samuel Key-Won | USD | $ 793.50 | 2.30 | Revise assignments of interests for various Capstone Residential Venture entities pursuant to Capstone's comments |
| 52279 | 00325 | 05/18/09 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails with E. Blume, S. Kim, C. Fabrizio and N. Horsfield re: assignment documents; revise assignment documents; prepare for Closing of buy-sell transactions. |
| 52279 | 00325 | 05/18/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Reviewing comments. |

# Lehman Brothers Inc. Time Details

Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00325 | 05/19/09 | Fabrizio, Carol Ann | USD $ | 1,656.00 | 4.80 | Revise Assignment break-outs per request; review for accuracy with partnership and license agreements; create list of discrepancies between requested changes and agreements; correspond with Capstone's counsel, F. More, S. Kim and client regarding same; final review, create execution versions and circulate. |
| 52279 | 00325 | 05/19/09 | Kim, Samuel Key-Won | USD $ | 2,104.50 | 6.10 | Revise assignments of interests for various Capstone Residential Venture entities pursuant to Capstone Residential Venture's ownership interest is in in the various Capstone Residential Venture entities and revise the assignments of interests accordingly. |
| 52279 | 00325 | 05/19/09 | More, Farshad E. | USD $ | 1,425.00 | 2.50 | Exchange emails with E. Blume, S. Kim, C. Fabrizio and N. Horsfield re: assignment documents; prepare for Closing of buy-sell transactions. |
| 52279 | 00325 | 05/19/09 | Sharf, Jesse | USD $ | 445.00 | 0.50 | Reviewing revised documents; exchange of emails re same. |
| 52279 | 00325 | 05/20/09 | More, Farshad E. | USD $ | 855.00 | 1.50 | Exchange emails and telephone calls with J. Nastasi and E. Blum. |
| 52279 | 00325 | 05/20/09 | Sharf, Jesse | USD $ | 178.00 | 0.20 | Reviewing documents. |
| 52279 | 00325 | 05/21/09 | Fabrizio, Carol Ann | USD $ | 69.00 | 0.20 | Telephone conference with S. Kim to discuss work assignment for signature pages. |
| 52279 | 00325 | 05/21/09 | Kim, Samuel Key-Won | USD $ | 759.00 | 2.20 | Compile signature pages for all the assignments of interests; confirm that all assignments of interests have been fully executed; correspond with client regarding missing signature pages. |
| 52279 | 00325 | 05/21/09 | More, Farshad E. | USD $ | 570.00 | 1.00 | Exchange emails and telephone calls with J. Nastasi and E. Blum; prepare for Closing of buy-sell transactions. |
| 52279 | 00325 | 05/21/09 | Sharf, Jesse | USD $ | 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00325 | 05/20/09 | Sharf, Jesse | USD $ | 445.00 | 0.50 | Reviewing documents; reviewing revised documents. |
| **00325 Total** | | | | USD $ | 19,913.00 | 44.40 | |
| 52279 | 00326 | 05/11/09 | McArdle, Wayne PJ | GBP £ | 468.75 | 0.75 | Engagement regarding set up of new matter. |
| 52279 | 00326 | 05/19/09 | McArdle, Wayne PJ | GBP £ | 625.00 | 1.00 | Engaged re new deal and sorting documents; telephone conversation with J. Blakemore. |
| 52279 | 00326 | 05/20/09 | McArdle, Wayne PJ | GBP £ | 1,250.00 | 2.00 | Prepare for and attend meeting. |
| 52279 | 00326 | 05/21/09 | McArdle, Wayne PJ | GBP £ | 312.50 | 0.50 | Office conference with M. Radoycheva to discuss project. |
| 52279 | 00326 | 05/21/09 | McArdle, Wayne PJ | GBP £ | 312.50 | 0.50 | Engaged re emails. |
| 52279 | 00326 | 05/21/09 | Radoycheva, Milena | GBP £ | 443.75 | 1.25 | Internal meeting with W. McArdle regarding Excalibur, reading background information and emails on this matter. |
| 52279 | 00326 | 05/22/09 | Fischer-Appelt, Dorothee | GBP £ | 1,942.50 | 3.50 | Discussion McArdle and briefing on transaction; review of emails from client for questions and structure; review of documentation, in particular with a view to termination of ISDA agreements, including set-off, netting, termination events and related questions and email summary of position. |
| 52279 | 00326 | 05/22/09 | Kulvik, Waltter | GBP £ | 1,417.50 | 4.50 | Review Excalibur intercreditor agreement for provisions which may impact upon the A and B notes; draft e-mail to M. Radoycheva providing provisions of the intercreditor agreement which may have an impact upon the notes; Review the Excalibur prospectus for references to the intercreditor agreement; review subscription agreements for the A and B Notes; draft e-mail to M. Radoycheva providing comments on the subscription agreements. |
| 52279 | 00326 | 05/22/09 | McArdle, Wayne PJ | GBP £ | 1,250.00 | 2.00 | Engaged on terms of OCP order and whether mandate qualifies; emails. |
| 52279 | 00326 | 05/22/09 | McArdle, Wayne PJ | GBP £ | 312.50 | 0.50 | Engaged on conflicts search. |
| 52279 | 00326 | 05/22/09 | McArdle, Wayne PJ | GBP £ | 625.00 | 1.00 | Engaged on hedging issues and instruct D. Fischer-Appelt, email to client. |
| 52279 | 00326 | 05/22/09 | McArdle, Wayne PJ | GBP £ | 468.75 | 0.75 | Engaged preparing summary email and road map. |
| 52279 | 00326 | 05/22/09 | Radoycheva, Milena | GBP £ | 266.25 | 0.75 | Internal call with W. McArdle regarding review of the Excalibur subscription agreements and inter-creditor agreement. |
| 52279 | 00326 | 05/22/09 | Radoycheva, Milena | GBP £ | 621.25 | 1.75 | Reviewing the Excalibur securitisation documents. |
| 52279 | 00326 | 05/24/09 | McArdle, Wayne PJ | GBP £ | 1,875.00 | 3.00 | Engaged reviewing papers. |
| 52279 | 00326 | 05/24/09 | Radoycheva, Milena | GBP £ | 4,082.50 | 11.50 | Reviewing the Excalibur securitisation documents and drafting a memorandum addressing questions in connection with Notes Events of Default, rights and obligations of the Class B Noteholders and Notes transfer requirements. |
| 52279 | 00326 | 05/24/09 | Fischer-Appelt, Dorothee | GBP £ | 168.50 | 0.30 | Email correspondence; locating precedents for loan sale agreements. |
| 52279 | 00326 | 05/25/09 | McArdle, Wayne PJ | GBP £ | 1,875.00 | 3.00 | Further reading into deal. |
| 52279 | 00326 | 05/25/09 | McArdle, Wayne PJ | GBP £ | 625.00 | 1.00 | Consider structure of acquisition and prepare note to client. |
| 52279 | 00326 | 05/25/09 | McArdle, Wayne PJ | GBP £ | 1,250.00 | 1.00 | Engaged re hedging termination issues. |
| 52279 | 00326 | 05/25/09 | Radoycheva, Milena | GBP £ | 2,396.25 | 6.75 | Reviewing further the Excalibur securitisation documents, finalising the first draft of the memorandum regarding Notes Events of Default, rights and obligations of the Class B Noteholders and Notes transfer requirements and circulating internally. |

## Lehman Brothers Inc. Time Details
Time Period: 5/11/2009 through 5/31/2009

| Client # | Matter # | Date | Timekeeper | Currency | | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00326 | 05/26/09 | McAnaney, Justin K. | GBP | £ | 1,743.75 | 3.75 | Review Series B transaction documents and background correspondence; meetings with W. McArdle regarding the same; draft term sheet for proposed loan transaction, conference call with W. McArdle and J. Stott regarding the same. |
| 52279 | 00326 | 05/26/09 | McArdle, Wayne PJ | GBP | £ | 1,562.50 | 2.50 | Revise memo on deal and send. |
| 52279 | 00326 | 05/26/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Telephone conversation with J. Blakemore on current status. |
| 52279 | 00326 | 05/26/09 | McArdle, Wayne PJ | GBP | £ | 937.50 | 1.50 | Engaged on call with J. Stott and further funding of B Notes and office conference with J. McAnaney on structure of deal. |
| 52279 | 00326 | 05/26/09 | McArdle, Wayne PJ | GBP | £ | 625.00 | 1.00 | Consider issue of further funding of B Notes and office conference with W. Radoycheva |
| 52279 | 00326 | 05/26/09 | Radoycheva, Milena | GBP | £ | 390.50 | 1.10 | Reviewing the Excalibur Administration Agency Agreement, internal calls with W McArdle and emails. |
| 52279 | 00326 | 05/27/09 | Campbell, Gregory A. | GBP | £ | 505.00 | 1.00 | Speaking with J. McAnaney; review of term sheet, speaking with W McArdle. |
| | | | **00326 Total :** | | £ | 39,287.00 | 78.40 | |
| 52279 | 00326 | 05/27/09 | McAnaney, Justin K. | GBP | £ | 1,278.75 | 2.75 | Meeting with W. McArdle regarding draft loan term sheet; revise and distribute the same with cover note, conference call regarding the same with J. Stott and W. McArdle; further revise and distribute the same. |
| 52279 | 00326 | 05/27/09 | McArdle, Wayne PJ | GBP | £ | 1,250.00 | 2.00 | Engaged revising term sheet and discuss with J. McAnaney. |
| 52279 | 00326 | 05/27/09 | McArdle, Wayne PJ | GBP | £ | 1,250.00 | 2.00 | Office conference with M. Radoycheva on issue of further funding under B Note and prepare email and send following review of documents. |
| 52279 | 00326 | 05/27/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Telephone conversation with J. Stott to discuss term sheet and funding under B Note. |
| 52279 | 00326 | 05/27/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Engaged re OCP order and billing for file. |
| 52279 | 00326 | 05/27/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Engaged on funding issue. |
| 52279 | 00326 | 05/28/09 | McAnaney, Justin K. | GBP | £ | 1,511.25 | 3.25 | Meetings with G. Campbell and W. McArdle regarding administration aspects of the draft loan term sheet; conference call with J. Stott and W. McArdle regarding the same; review, revise and distribute draft loan term sheet. |
| 52279 | 00326 | 05/28/09 | McArdle, Wayne PJ | GBP | £ | 1,875.00 | 3.00 | Revise Term Sheet and various telephone conversations with J. Stott and J. McAnaney. |
| | | | **00326 Total :** | | £ | | | |
| 52279 | 00327 | 05/25/09 | Fischer-Appelt, Dorothee | GBP | £ | 277.50 | 0.50 | Follow up email regarding swaps and email correspondence with W. McArdle, updating client on proposed LBHI deadline for derivatives claims and process. |
| 52279 | 00327 | 05/29/09 | McAnaney, Justin K. | GBP | £ | 348.75 | 0.75 | Call from J. Stott regarding draft loan term sheet; review and revise the same per comments of J. Stott. |
| 52279 | 00327 | 05/29/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Engaged re email. |
| 52279 | 00326 | 05/29/09 | McArdle, Wayne PJ | GBP | £ | 1,250.00 | 2.00 | Engaged reviewing emails and various documents. |
| 52279 | 00326 | 05/29/09 | McArdle, Wayne PJ | GBP | £ | 625.00 | 1.00 | Review M. Radoycheva memo and comment. |
| 52279 | 00327 | 05/25/09 | Fischer-Appelt, Dorothee | GBP | £ | 832.50 | 1.50 | Follow up call to M. Stueck in relation to further work on 1000 Mail project and negotiations with senior lender and discussion; correspondence with W. McArdle. |
| 52279 | 00327 | 05/29/09 | McArdle, Wayne PJ | GBP | £ | 312.50 | 0.50 | Engaged re email on status. |
| | | | **00327 Total :** | | £ | **1,750.00** | **3.00** | |
| | | | **Grand Total** | USD | $ | 183,924.50 | 488.70 | |
| | | | | GBP | £ | 41,037.00 | 407.3 | |
| | | | | | | | 81.4 | |