# EXHIBIT F

## BREAKDOWN OF DISBURSEMENTS

## Lehman Brothers Inc. Cost Summary
Time Period: 5/1/2009 through 5/31/2009

| Client # | Matter # | Cost Description | Currency | Amount |
|---|---|---|---|---|
| 52279 | 00163 | In House Duplication | USD | $ 6.00 |
| 52279 | 00163 | In House Duplication | USD | $ 0.40 |
| **00163 Total** | | | | **$ 6.40** |
| 52279 | 00196 | Telephone Charges | USD | $ 3.56 |
| **00196 Total** | | | | **$ 3.56** |
| 52279 | 00280 | Telephone Charges | USD | $ 9.43 |
| 52279 | 00280 | In House Duplication | USD | $ 6.20 |
| 52279 | 00280 | In House Duplication | USD | $ 686.70 |
| 52279 | 00280 | In House Duplication | USD | $ 1,261.75 |
| 52279 | 00280 | In House Duplication | USD | $ 9.90 |
| **00280 Total** | | | | **$ 1,973.98** |
| 52279 | 00324 | Messenger and Courier Expense | USD | $ 138.13 |
| 52279 | 00324 | Telephone Charges | USD | $ 2.66 |
| **00324 Total** | | | | **$ 140.79** |
| 52279 | 00325 | In House Duplication | USD | $ 1.90 |
| **00325 Total** | | | | **$ 1.90** |
| 52279 | 00326 | Travel - Taxi & Other Modes/Miles | GBP | £ 42.00 |
| **00326 Total** | | | | **£ 42.00** |

| | | |
|---|---|---|
| USD | | |
| Telephone Charges | | $ 15.65 |
| In House Duplication | | $ 1,972.85 |
| Messenger and Courier Expense | | $ 138.13 |
| **TOTAL USD** | | **$ 2,126.63** |
| GBP | | |
| Travel - Taxi & Other Modes/Miles | | £ 42.00 |