# EXHIBIT B

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY TIMEKEEPER)**

## PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN USD

### From June 1, 2009 through June 30, 2009

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Amy R. Forbes | Partner—Real Estate | 1984 CA | 6/1/1984 | 14.5 | $840 | $12,180.00 |
| Jesse Sharf | Partner—Real Estate | 1986 CA | 6/1/1986 | 5.3 | $890 | $4,717.00 |
| Shireen B. Rahnema | Of Counsel—Real Estate | 1998 CA | 2/6/2006 | 49.1 | $635 | $31,178.50 |
| Daniel D. Ball | Associate—Real Estate | 2002 CA | 10/7/2002 | 1.1 | $590 | $649.00 |
| Steven W. Williford | Associate—Real Estate | 2002 CA | 05/08/2006 | 2.2 | $590 | $1,298.00 |
| Janna M. Boelke | Associate—Real Estate | 2003 CA | 10/07/2003 | 9.75 | $570 | $5,557.50 |
| Farshad E. More | Associate—Real Estate | 2003 CA | 09/02/2003 | 3.8 | $570 | $2,166.00 |
| Meredith C. Shaughnessy | Associate—Tax | 2005 CA | 09/02/2003 | 0.2 | $570 | $114.00 |
| Claire L. Vigil | Associate—Real Estate | 2006 CA | 04/25/2005 | 0.2 | $525 | $105.00 |
| Douglas M. Champion | Associate—Real Estate | 2006 CA | 09/05/2006 | 32.8 | $470 | $15,416.00 |
| Erika R. Randall | Associate—Real Estate | 2006 CA | 09/05/2006 | 2.1 | $470 | $987.00 |
| Erica H. Weber | Associate—Real Estate | 2006 CA | 11/06/2006 | 0.4 | $470 | $188.00 |
| Kelsey M. Lestor | Associate—Real Estate | 2007 CA | 10/01/2007 | 12.0 | $400 | $4,800.00 |
| Mark J. Gleason | Associate—Litigation | 2007 CA | 10/01/2007—01/05/2010 | 2.4 | $400 | $960.00 |
| Raymond J. Leung | Associate—Real Estate | 2007 CA | 11/5/2007—9/1/2009 | 13.8 | $400 | $5,520.00 |
| Julie Arnaoutova | Associate—Real Estate | 2007 CA | 08/06/2007 | 4.8 | $470 | $2,256.00 |
| Michael A. Zellen | Associate—Real Estate | 2008 CA | 10/01/2007 | 1.8 | $400 | $720.00 |
| Mary Beth Maloney | Associate—Unassigned | 2008 CA | 11/03/2008 | 0.5 | $400 | $200.00 |
| Sonam Makker | Associate—Real Estate | 2008 CA | 09/02/2008 | 4.9 | $345 | $1,690.50 |
| Carol A. Fabrizio | Associate—Real Estate | 2008 CA | 11/03/2008 | 1.2 | $345 | $414.00 |

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Allison H. Kidd | Associate—Real Estate | 2008 CA | 11/03/2008 | 2.7 | $345 | $931.50 |
| Samuel K. Kim | Associate—Unassigned | 2008 CA | 10/06/2008 | 20.0 | $345 | $6,900.00 |
| Vania M. Gauthreaux | Summer Associate—Unassigned | N/A | 5/18/2009—7/25/2009 | 75.0 | $275 | $20,625.00 |
| Carla H. Jones | Research Analyst—Library | N/A | 11/1/1999 | 1.0 | $165 | $165.00 |
| | TOTAL: | | | 261.55 | | $119,738.00 |

## PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN GBP

### From June 1, 2009 through June 30, 2009

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Andrew S.V. Thomas | Partner—Corporate | 1990 UK | 5/1/2000 | 0.5 | £625 | £312.50 |
| Wayne P. Mcardle | Partner—Corporate | 1995 UK | 06/16/2001 | 18.25 | £625 | £11,406.25 |
| Dorothee Fischer-Appelt | Partner—Corporate | 1997 NY 2001 UK | 11/27/2006 | 2.0 | £555 | £1,110.00 |
| Gregory A. Campbell | Partner—Corporate | 1999 UK 2004 NY | 6/2/2008 | 4.0 | £505 | £2,020.00 |
| Justin K. McAnaney | Associate—Corporate | 2000 NY | 9/5/2005—7/31/2009 | 10.0 | £465 | £4,650.00 |
| Milena Radoycheva | Associate—Corporate | 2006 UK | 10/9/2006 | 12.35 | £355 | £4,384.25 |
| | TOTAL: | | | 47.1 | | £23,883.00 |

2