3

## EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENTS SOUGHT

## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN USD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| **DISBURSEMENT** | **AMOUNT** |
|---|---|
| In House Duplication | $91.50 |
| Messenger and Courier Expense | $8.61 |
| On-Line Research (Lexis) | $2,470.26 |
| On-Line Research (Westlaw) | $806.00 |
| On-Line Research Nexis – Main | $192.08 |
| Telephone Charges | $5.70 |
| Travel – Taxi & Other Modes/Miles | $20.00 |
| **TOTAL:** | **$3,594.15** |

## ACTUAL AND NECESSARY DISBURSEMENTS
## INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN GBP FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| **DISBURSEMENT** | **AMOUNT** |
|---|---|
| Travel – Taxi & Other Modes/Miles | £28.45 |
| **TOTAL:** | **£28.45** |