## **EXHIBIT D**

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY MATTER)**

## SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00196 | Phx Tech | 4.5 | $3,405.00 |
| 52279-00271 | OCP | 3.3 | $1,719.00 |
| 52279-00273 | New Pacific Master LLC | 1.9 | $1,361.00 |
| 52279-00280 | SunCal General | 234.60 | $103,094.50 |
| 52279-00323 | Villa Master | 11.35 | $6,921.50 |
| 52279-00324 | VCC Workout | 5.3 | $2,831.00 |
| 52279-00325 | Capstone | 0.4 | $228.00 |
| 52279-00328 | CRV II Foreclosure | 0.2 | $178.00 |
| | **TOTAL** | **261.55** | **$119,738.00** |

## SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED IN GBP FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00326 | Excalibur | 29.0 | £16,045.00 |
| 52279-00327 | 1000 Islands Mall Restructuring | 4.25 | £2,516.25 |
| 52279-00329 | Thunderbird | 13.85 | £5,321.75 |
| | **TOTAL** | **47.1** | **£23,883.00** |