# Lehman Brothers Inc. Time Details

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00196 | 06/01/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Telephone conference with Taylor (5/29); email to client. |
| 52279 | 00196 | 06/01/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence; exchange of emails. |
| 52279 | 00196 | 06/02/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00196 | 06/09/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence; email to client. |
| 52279 | 00196 | 06/10/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing email and attachments. |
| 52279 | 00196 | 06/11/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Telephone conference with J. Nastasi; reviewing letter; reviewing correspondence; exchange of emails. |
| 52279 | 00196 | 06/11/09 | Williford, Steven W. | USD | $ 354.00 | 0.60 | Conference call with J. Nastasi and J. Sharf; prepare for call and review documents sent by M. Taylor. |
| 52279 | 00196 | 06/15/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00196 | 06/15/09 | Williford, Steven W. | USD | $ 118.00 | 0.20 | Conference with M. Taylor regarding pre-negotiation agreement and response to his emails |
| 52279 | 00196 | 06/17/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing comments on PNLA. |
| 52279 | 00196 | 06/17/09 | Williford, Steven W. | USD | $ 59.00 | 0.10 | Revise PNA and distrbute |
| 52279 | 00196 | 06/18/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing revised PNLA; reviewing letter. |
| 52279 | 00196 | 06/18/09 | Williford, Steven W. | USD | $ 177.00 | 0.30 | Various correspondence with M. Taylor and J. Nastasi; call with M. Taylor |
| 52279 | 00196 | 06/18/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing agreement; exchange of emails. |
| 52279 | 00196 | 06/22/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing revised PNA; revise same |
| 52279 | 00196 | 06/24/09 | Williford, Steven W. | USD | $ 413.00 | 0.70 | Review revised PNA; revise same |
| 52279 | 00196 | 06/24/09 | Sharf, Jesse | USD | $ 59.00 | 0.10 | Distribute revised draft of Pre-Negotiation Agreement |
| | **00196 Total** | | | | **$ 3,405.00** | **4.50** | |
| 52279 | 00271 | 06/22/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Telephone conference with Garrison. |
| 52279 | 00271 | 06/22/09 | Arnaoutova, Joulia | USD | $ 141.00 | 0.30 | Locate senior loan docs in connection with notice of default |
| 52279 | 00271 | 06/22/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence. |
| 52279 | 00271 | 06/23/09 | Arnaoutova, Joulia | USD | $ 752.00 | 1.60 | Review loan documents for reserves; email with senior lender's counsel to locate relevant docs, gather information re senior loan |
| 52279 | 00271 | 06/24/09 | Arnaoutova, Joulia | USD | $ 235.00 | 0.50 | Review senior loan documents in connection with possible borrower default and question regarding state of debt service and interest reserve |
| 52279 | 00271 | 06/25/09 | Arnaoutova, Joulia | USD | $ 235.00 | 0.50 | Send email to senior lender re latest reserves |
| | **00271 Total** | | | | **$ 1,719.00** | **3.30** | |
| 52279 | 00273 | 06/10/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00273 | 06/09/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails; telephone conference with T. Ciasulli. |
| 52279 | 00273 | 06/04/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00273 | 06/03/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00273 | 06/22/09 | Ball, Daniel D. | USD | $ 649.00 | 1.10 | Review intercreditor agreement regarding defaults under senior loan; email correspondence to client. |
| | **00273 Total** | | | | **$ 1,361.00** | **1.90** | |
| 52279 | 00280 | 06/01/09 | Forbes, Amy R. | USD | $ 420.00 | 0.50 | Review revised Oak Knoll memorandum. |
| 52279 | 00280 | 06/01/09 | Kidd, Allison Hamstra | USD | $ 862.50 | 2.50 | Revise memorandum regarding Oak Knoll entitlements per A. Forbes comments. |
| 52279 | 00280 | 06/01/09 | Leung, Raymond J. | USD | $ 1,120.00 | 2.80 | Meet with S. Rahnema regarding diligence memorandum; review documents and prepare memorandum. |
| 52279 | 00280 | 06/01/09 | Makker, Sonam | USD | $ 1,035.00 | 3.00 | Review documents regarding Emerald Meadows entitlements; review and revise legal memorandum regarding the same. |
| 52279 | 00280 | 06/01/09 | Rahnema, Shireen B. | USD | $ 3,048.00 | 4.80 | Meetings with R. Leung and A. Forbes regarding Marblehead entitlement memo; review entitlement documents; provide comments on memo regarding Marblehead; meeting with D. Champion regarding status and strategy. |
| 52279 | 00280 | 06/01/09 | Zellen, Michael Andrew | USD | $ 480.00 | 1.20 | Revisions to entitlement memo; review of development agreement and operating memoranda. |
| 52279 | 00280 | 06/02/09 | Champion, Douglas Martin | USD | $ 47.00 | 0.10 | Transmittal of Oak Knoll review memorandum to client |
| 52279 | 00280 | 06/02/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Review Del Amo memorandum. |
| 52279 | 00280 | 06/02/09 | Lestor, Kelsey M. | USD | $ 80.00 | 0.20 | Meet with A. Forbes regarding revisions to Delta Coves entitlements memorandum |
| 52279 | 00280 | 06/02/09 | Leung, Raymond J. | USD | $ 1,800.00 | 4.50 | Review documents and prepare memorandum; meet with S. Rahnema regarding same. |
| 52279 | 00280 | 06/02/09 | Makker, Sonam | USD | $ 207.00 | 0.60 | Review documents regarding Emerald Meadows entitlements; review and revise legal memorandum regarding the same. |
| 52279 | 00280 | 06/02/09 | Rahnema, Shireen B. | USD | $ 3,111.50 | 4.90 | Meetings with R. Leung and D. Champion regarding Marblehead; review and revise memo and documents regarding Marblehead. |
| 52279 | 00280 | 06/03/09 | Lestor, Kelsey M. | USD | $ 1,160.00 | 2.90 | Revise Delta Coves entitlements memorandum |

# Lehman Brothers Inc. Time Details

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 06/03/09 | Leung, Raymond J. | USD | $ 560.00 | 1.40 | Review documents and prepare memorandum. |
| 52279 | 00280 | 06/03/09 | Rahnema, Shireen B. | USD | $ 3,365.50 | 5.30 | Meetings with R. Leung and K. Lestor regarding entitlements for Marblehead and Delta Coves; review and revise memo regarding same; research regarding CEQA, review documents regarding Delta Coves. |
| 52279 | 00280 | 06/04/09 | Leung, Raymond J. | USD | $ 80.00 | 0.20 | Review documents regarding CEQA; correspondence with S. Rahnema regarding same. |
| 52279 | 00280 | 06/04/09 | Rahnema, Shireen B. | USD | $ 2,667.00 | 4.20 | Research and revise entitlement memo regarding Marblehead; email communication with R. Leung regarding same. |
| 52279 | 00280 | 06/05/09 | Kim, Samuel Key-Won | USD | $ 241.50 | 0.70 | Meeting with A. Forbes regarding revisions to the Del Amo and Johansen Ranch entitlements memos |
| 52279 | 00280 | 06/05/09 | Lestor, Kelsey M. | USD | $ 440.00 | 1.10 | Revise Delta Coves entitlements memorandum |
| 52279 | 00280 | 06/08/09 | Champion, Douglas Martin | USD | $ 141.00 | 0.30 | Meet with A. Forbes re memoranda to be reviewed. |
| 52279 | 00280 | 06/08/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Work on review of memos. |
| 52279 | 00280 | 06/08/09 | Kim, Samuel Key-Won | USD | $ 2,277.00 | 6.60 | Revise Del Amo entitlements memo per A. Forbes comments; research political opposition to the Del Amo project; review diligence materials to determine what uses, if any, the Del Amo property is currently entitled for. |
| 52279 | 00280 | 06/08/09 | Lestor, Kelsey M. | USD | $ 720.00 | 1.80 | Revise Delta Coves entitlements memorandum |
| 52279 | 00280 | 06/09/09 | Champion, Douglas Martin | USD | $ 940.00 | 2.00 | Meeting with S. Kim re Johansen Ranch, Del Amo, meet with A. Forbes re global coordination of memoranda; prepare for client teleconference; meet with K. Lester, J. Boelke re Delta Coves subdivision agreements; meet with M. Zellen re Del Rio memo |
| 52279 | 00280 | 06/09/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Review revisions to memos. |
| 52279 | 00280 | 06/09/09 | Kim, Samuel Key-Won | USD | $ 4,174.50 | 12.10 | Revise the Del Amo entitlements memo per A. Forbes comments; research political opposition to the Del Amo project; review diligence materials to determine what uses, if any, the Del Amo property is currently entitled for; revise the Johansen Ranch entitlements memo per A. Forbes comments; determine what impact the termination of the memorandum of understanding between developers will have on the Johansen Ranch project; review the City's updated General Plan to determine what impact the updated General Plan will have on the Johansen Ranch project; determine the current zoning for the Johansen Ranch property; review diligence materials to determine whether the Johansen Ranch property is subject to Williamson Act contracts. |
| 52279 | 00280 | 06/09/09 | Lestor, Kelsey M. | USD | $ 2,200.00 | 5.50 | Revise Delta Coves entitlements memorandum |
| 52279 | 00280 | 06/10/09 | Champion, Douglas Martin | USD | $ 1,410.00 | 3.00 | Conference call with R. Brusco, A. Wilson, A. Forbes and N. Camerik re entitlements, review memos; follow-up call with A. Forbes re: same; follow-up e-mail to N. Camerik re same |
| 52279 | 00280 | 06/10/09 | Fabrizio, Carol Ann | USD | $ 207.00 | 0.60 | Search documents for mortgagee protection clause requiring notice of default. |
| 52279 | 00280 | 06/10/09 | Forbes, Amy R. | USD | $ 1,890.00 | 2.25 | Team call with Weil and Lehman to discuss comments on the memos; follow up with Doug Champion and S. Rahnema regarding memos. |
| 52279 | 00280 | 06/10/09 | Gleason, Mark James | USD | $ 960.00 | 2.40 | Review development agreements, subdivision improvement agreements, and other relevant documents for lender protection and notice provisions; email conference with D. Champion re same. |
| 52279 | 00280 | 06/10/09 | Kim, Samuel Key-Won | USD | $ 207.00 | 0.60 | Review of development agreement to determine existing mortgagee protection provisions. |
| 52279 | 00280 | 06/10/09 | Lestor, Kelsey M. | USD | $ 120.00 | 0.30 | Review Johansen Ranch and Del Amo due diligence materials to obtain agreements that contain mortgagee protection provisions. |
| 52279 | 00280 | 06/10/09 | Leung, Raymond J. | USD | $ 1,880.00 | 4.70 | Review DeltaCoves entitlements documents to determine whether any documents contain express mortgage protection provisions; email correspondence with D. Champion regarding same |
| 52279 | 00280 | 06/10/09 | Makker, Sonam | USD | $ 103.50 | 0.30 | Review documents and prepare memorandum. |
| 52279 | 00280 | 06/10/09 | Maloney, Mary Beth | USD | $ 200.00 | 0.50 | Review Emerald Meadows documents for mortgagee protection provisions. |
| 52279 | 00280 | 06/10/09 | Randall, Erika Ruth | USD | $ 423.00 | 0.90 | Per D. Champion's request, review documents related to Palm Springs Village for mortgagee protections. |
| 52279 | 00280 | 06/10/09 | Shaughnessy, Meredith C. | USD | $ 114.00 | 0.20 | Review Oak Valley entitlements due diligence documents for Mortgagee Protection clauses. |
| 52279 | 00280 | 06/10/09 | Weber, Erica Hewes | USD | $ 188.00 | 0.40 | Review memorandum and related entitlement materials regarding any mortgage protection provisions. |
| 52279 | 00280 | 06/10/09 | Zellen, Michael Andrew | USD | $ 240.00 | 0.60 | Review of development agreement to determine existing mortgage protections. |
| 52279 | 00280 | 06/11/09 | Champion, Douglas Martin | USD | $ 564.00 | 1.20 | Preparation of form of notice letter to municipalities; preparation of matrix of notice parties and agreements with mortgage protection provisions; calls with E. Randall, S. Kim re same |
| 52279 | 00280 | 06/11/09 | Fabrizio, Carol Ann | USD | $ 207.00 | 0.60 | Internet research regarding notice parties for demand letters. |
| 52279 | 00280 | 06/11/09 | Forbes, Amy R. | USD | $ 1,260.00 | 1.50 | Continue to review memos with emphasis on mortgagee protection notices and ability to cure. |
| 52279 | 00280 | 06/11/09 | Kidd, Allison Hamstra | USD | $ 69.00 | 0.20 | Confer with D. Champion regarding absence of mortgagee protection provisions in Oak Knoll documents received from Lehman. |
| 52279 | 00280 | 06/11/09 | Makker, Sonam | USD | $ 345.00 | 1.00 | Review Emerald Meadows documents for mortgagee protection provisions; email correspondence with D. Champion regarding the same. |
| 52279 | 00280 | 06/11/09 | Randall, Erika Ruth | USD | $ 188.00 | 0.40 | Review Oak Valley entitlements due diligence documents for Mortgagee Protection clauses. |
| 52279 | 00280 | 06/12/09 | Champion, Douglas Martin | USD | $ 1,645.00 | 3.50 | Revision of Del Amo memo |

## Lehman Brothers Inc. Time Details
Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 06/15/09 | Forbes, Amy R. | USD | $ 1,470.00 | 1.75 | Continue memo review; review draft notices; review lawsuit regarding Delta Shores. |
| 52279 | 00280 | 06/15/09 | Jones, Carla H. | USD | $ 33.00 | 0.20 | Searched for SunCal case mentioned in a Sacramento Business Journal article (D. Champion). |
| 52279 | 00280 | 06/15/09 | Lestor, Kelsey M. | USD | $ 80.00 | 0.20 | Review complaint filed in connection with Delta Shores project; email correspondence with D. Champion regarding whether complaint is related to Delta Coves project. |
| 52279 | 00280 | 06/16/09 | Champion, Douglas Martin | USD | $ 47.00 | 0.10 | E-mail to A. Forbes re notice letter to SCLV Ritter Ranch |
| 52279 | 00280 | 06/16/09 | Gauthreaux, Vania M. | USD | $ 467.50 | 1.70 | Meeting with P. Jura regarding new assignment (.25); review case and assignment materials for new project (.75); meeting with D. Champion regarding performance bond project (.70). |
| 52279 | 00280 | 06/17/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Meeting with V. Gauthreaux re performance bond research memo; meeting with C. Vigil re same; e-mail to D. Katzir re same |
| 52279 | 00280 | 06/17/09 | Gauthreaux, Vania M. | USD | $ 192.50 | 0.70 | Meeting with D. Champion regarding performance bond project. |
| 52279 | 00280 | 06/17/09 | Gauthreaux, Vania M. | USD | $ 1,705.00 | 6.20 | Perform research regarding performance bonds. |
| 52279 | 00280 | 06/17/09 | Vigil, Claire L. | USD | $ 105.00 | 0.20 | Discuss performance bond issues with D. Champion. |
| 52279 | 00280 | 06/18/09 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Conference with Nellie, et al., with comments on memos and method for moving forward. |
| 52279 | 00280 | 06/18/09 | Gauthreaux, Vania M. | USD | $ 962.50 | 3.50 | Perform research regarding performance bonds. |
| 52279 | 00280 | 06/18/09 | Jones, Carla H. | USD | $ 82.50 | 0.50 | Searched news and litigation for information related to "10000 Santa Monica Blvd.," "Century City North Specific Plan," "West Los Angeles Transportation Improvement and Mitigation Plan," and "floor area ratio" (M. Maloney). |
| 52279 | 00280 | 06/18/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Call with N. Camerik, R. Brusco and A. Wilson re notice letters; e-mail with P. Razavilar re same; meet with S. Rahnema re same |
| 52279 | 00280 | 06/19/09 | Gauthreaux, Vania M. | USD | $ 2,035.00 | 7.40 | Perform research regarding performance bonds; compile relevant City and County codes for inclusion in memo. |
| 52279 | 00280 | 06/19/09 | Jones, Carla H. | USD | $ 16.50 | 0.10 | Downloaded full text of articles related to 10000 Santa Monica Boulevard and Suncal (M. Maloney) |
| 52279 | 00280 | 06/19/09 | Jones, Carla H. | USD | $ 33.00 | 0.20 | Searched state dockets on Westlaw and the Los Angeles Superior Court civil index for cases involving Tract No. 7260 Association (M. Maloney) |
| 52279 | 00280 | 06/19/09 | Rahnema, Shireen B. | USD | $ 825.50 | 1.30 | Meeting with D. Champion regarding notices, entitlement memos, status and strategy; email communication with N. Camerick, D. Champion and team regarding entitlement documents regarding Marblehead and Pac Point; communication with A. Forbes regarding status and strategy. |
| 52279 | 00280 | 06/20/09 | Champion, Douglas Martin | USD | $ 3,760.00 | 8.00 | Preparation of notice letters regarding failure to close Lehman/SunCal JV |
| 52279 | 00280 | 06/21/09 | Champion, Douglas Martin | USD | $ 2,115.00 | 4.50 | Preparation of notice letters regarding failure to close Lehman/SunCal JV |
| 52279 | 00280 | 06/22/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Meeting with S. Rahnema re transaction update; meet with A. Forbes |
| 52279 | 00280 | 06/22/09 | Gauthreaux, Vania M. | USD | $ 1,815.00 | 6.60 | Conduct research regarding performance bonds. |
| 52279 | 00280 | 06/22/09 | Randall, Erika Ruth | USD | $ 376.00 | 0.80 | Review Oak Valley entitlements due diligence documents for Mortgagee Protection clauses. |
| 52279 | 00280 | 06/22/09 | Rahnema, Shireen B. | USD | $ 3,111.50 | 4.90 | Research regarding Northlake; review notice letters and related documents; email communication with D. Champion and A. Forbes; revise memos regarding Marblehead and Northlake; meeting with A. Forbes regarding entitlement memos and notice letters; meeting with C. Vigil regarding entitlements. |
| 52279 | 00280 | 06/23/09 | Champion, Douglas Martin | USD | $ 940.00 | 2.00 | Revision of notice letters based on A. Forbes comments |
| 52279 | 00280 | 06/23/09 | Forbes, Amy R. | USD | $ 1,680.00 | 2.00 | Conference with Doug Champion to go over form of notices and other related issues; discuss information regarding bonds and defaults; review updates to the memos. |
| 52279 | 00280 | 06/23/09 | Gauthreaux, Vania M. | USD | $ 2,062.50 | 7.50 | Conduct research regarding performance bonds. |
| 52279 | 00280 | 06/23/09 | Rahnema, Shireen B. | USD | $ 2,921.00 | 4.60 | Revise entitlements memo regarding Marblehead; review and revise notice letters; meeting with D. Champion; email communication with D. Champion and A. Forbes regarding status and strategy. |
| 52279 | 00280 | 06/24/09 | Champion, Douglas Martin | USD | $ 705.00 | 1.50 | Call with N. Camerik re surety bond litigation; meeting with C. Vigil re same; summary e-mail to GDC working group |
| 52279 | 00280 | 06/24/09 | Gauthreaux, Vania M. | USD | $ 1,870.00 | 6.80 | Read cases and performed research for memo on performance bonds. |
| 52279 | 00280 | 06/24/09 | Rahnema, Shireen B. | USD | $ 1,778.00 | 2.80 | Research and revise entitlements memorandum re Northlake and Marblehead; e-mail communications with D. Champion and team re entitlements. |
| 52279 | 00280 | 06/25/09 | Champion, Douglas Martin | USD | $ 235.00 | 0.50 | Review of draft outline for summer associate bonds memo with V. Gauthreaux |
| 52279 | 00280 | 06/25/09 | Champion, Douglas Martin | USD | $ 705.00 | 1.50 | Meeting with Amy Forbes re Marblehead memo, general strategy issues; draft of transmittal e-mail for S. Rahnema; review of Oak Knoll entitlements to respond to inquiry from S. Rahnema |
| 52279 | 00280 | 06/25/09 | Forbes, Amy R. | USD | $ 1,260.00 | 1.50 | Continue review of memos; go over with Shireen Rahnema and Doug Champion; discuss subdivision bond issue and status of notices; discuss contacts with City. |
| 52279 | 00280 | 06/25/09 | Gauthreaux, Vania M. | USD | $ 2,557.50 | 9.30 | Read cases for memo on performance bonds. |

# Lehman Brothers Inc. Time Details

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 06/25/09 | Rahnema, Shireen B. | USD | $ 3,111.50 | 4.90 | Revise memo regarding Oak Knoll entitlements; meeting with A. Forbes and D. Champion regarding entitlement memos, Marblehead, Pac Point, contacts with cities, status and strategy; revise memo regarding Marblehead. |
| 52279 | 00280 | 06/26/09 | Champion, Douglas Martin | USD | $ 47.00 | 0.10 | E-mails with client, WGM re status meeting |
| 52279 | 00280 | 06/26/09 | Forbes, Amy R. | USD | $ 420.00 | 0.50 | Review updated information from Shireen Rahnema and Doug Champion. |
| 52279 | 00280 | 06/26/09 | Gauthreaux, Vania M. | USD | $ 742.50 | 2.70 | Shepardize cases for memo on performance bonds; print clean copies of cases and statutes to turn in with memo; organize memo for further drafting. |
| 52279 | 00280 | 06/26/09 | Gauthreaux, Vania M. | USD | $ 1,292.50 | 4.70 | Draft memo regarding performance bonds. |
| 52279 | 00280 | 06/26/09 | Rahnema, Shireen B. | USD | $ 2,349.50 | 3.70 | Research and revise memo regarding Marblehead; email communication with R. Brusco, N. Camerick, A. Forbes and D. Champion regarding same; telephone conference call with D. Champion regarding same. |
| 52279 | 00280 | 06/30/09 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Review of summer associate memo |
| 52279 | 00280 | 06/30/09 | Forbes, Amy R. | USD | $ 420.00 | 0.50 | Conference with Doug Champion regarding bonds, memos, defaults and other items for Lehman call. |
| 52279 | 00280 | 06/30/09 | Gauthreaux, Vania M. | USD | $ 1,375.00 | 5.00 | Draft memo on performance bonds. |
| 52279 | 00280 | 06/30/09 | Gauthreaux, Vania M. | USD | $ 235.00 | 0.50 | Meet with S. Rahnema re status of transaction |
| 52279 | 00280 | 06/30/09 | Gauthreaux, Vania M. | USD | $ 2,145.00 | 7.80 | Draft memo on performance bonds. |
| 52279 | 00280 | 06/30/09 | Leung, Raymond J. | USD | $ 80.00 | 0.20 | Correspondence with S. Rahnema regarding diligence memoranda; review documents regarding same. |
| 52279 | 00280 | 06/30/09 | Gauthreaux, Vania M. | USD | $ 1,402.50 | 5.10 | Draft memo on performance bonds. |
| 52279 | 00280 | 06/30/09 | Rahnema, Shireen B. | USD | $ 2,349.50 | 3.70 | Research and revise memo regarding Pacifica San Juan; email communication with R. Leung regarding same; review EIR and entitlements. |
| 52279 | 00280 | 06/30/09 | Rahnema, Shireen B. | USD | $ 2,540.00 | 4.00 | Research and revise memo entitlement memo regarding Pacifica San Juan; meeting with D. Champion regarding status and strategy. |
| | 00280 Total | | | | $ 103,094.50 | 234.60 | |
| 52279 | 00323 | 06/03/09 | Boelke, Janna M. | USD | $ 285.00 | 0.50 | Revise and circulate term sheet for execution. |
| 52279 | 00323 | 06/09/09 | Boelke, Janna M. | USD | $ 997.50 | 1.75 | Draft Assignment of Membership Interest. |
| 52279 | 00323 | 06/09/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing documents. |
| 52279 | 00323 | 06/10/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing documents. |
| 52279 | 00323 | 06/22/09 | Boelke, Janna M. | USD | $ 855.00 | 1.50 | Draft Purchase Agreement of LLC Interests |
| 52279 | 00323 | 06/23/09 | Boelke, Janna M. | USD | $ 2,422.50 | 4.25 | Draft Purchase Agreement of LLC Interests and Net Profits Agreement |
| 52279 | 00323 | 06/23/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Exchange of emails; reviewing documents. |
| 52279 | 00323 | 06/24/09 | Boelke, Janna M. | USD | $ 997.50 | 1.75 | Revise Purchase Agreement of LLC Interests and Net Profits Agreement; circulate to J. Nastasi and T. Halsey for review |
| 52279 | 00323 | 06/24/09 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Reviewing and revising documents. |
| 52279 | 00323 | 06/30/09 | Williford, Steven W. | USD | $ 118.00 | 0.20 | Revise assignment documents and distribute same |
| | 00323 Total | | | | $ 6,921.50 | 11.35 | |
| 52279 | 00324 | 06/10/09 | More, Farshad E. | USD | $ 114.00 | 0.20 | Exchange emails. |
| 52279 | 00324 | 06/25/09 | More, Farshad E. | USD | $ 456.00 | 0.80 | Telephone call with N. Horsfield and A. Picallo regarding Centennial Hills; exchange emails. |
| 52279 | 00324 | 06/26/09 | More, Farshad E. | USD | $ 570.00 | 1.00 | Telephone call with N. Horsfield and Nevada title company regarding Centennial Hills. |
| 52279 | 00324 | 06/29/09 | More, Farshad E. | USD | $ 228.00 | 0.40 | Exchange emails; telephone call with D. Egdal. |
| 52279 | 00324 | 06/29/09 | More, Farshad E. | USD | $ 893.00 | 1.90 | Meet with F. More; draft letters re protective advances by lender |
| 52279 | 00324 | 06/30/09 | Arnaoutova, Joulia | USD | $ 570.00 | 1.00 | Exchange emails regarding protective advance letters; meet with J. Arnaoutova regarding same. |
| | 00324 Total | | | | $ 2,831.00 | 5.30 | |
| 52279 | 00325 | 06/29/09 | More, Farshad E. | USD | $ 228.00 | 0.40 | Review loan documents; exchange emails with J. Nastasi and N. Horsfield re: same. |
| | 00325 Total | | | | $ 228.00 | 0.40 | |
| 52279 | 00326 | 06/01/09 | McAnaney, Justin K. | GBP | £ 813.75 | 1.75 | Calls to W. McArdle and M. Radoycheva regarding replacement of special servicer; review Servicing Agreement and Offering Circular regarding the same; meeting with W. McArdle regarding the same. |
| 52279 | 00326 | 06/01/09 | McArdle, Wayne PJ | GBP | £ 937.50 | 1.50 | Engaged on issue of appointment of LBHI as special servicer; office conference with J. McAnaney and email to client; review trust deed. |
| 52279 | 00326 | 06/03/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Telephone conversation with J. Stott to discuss PwC position. |
| 52279 | 00326 | 06/04/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Engaged re matter. |
| 52279 | 00326 | 06/05/09 | Campbell, Gregory A. | GBP | £ 1,010.00 | 2.00 | Call and emails with J McAnaney; review of term sheet comments from Linklaters; review of emails back and forth and catch up on deal structure. |

# Lehman Brothers Inc. Time Details

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00326 | 06/08/09 | Campbell, Gregory A. | GBP | £ 631.25 | 1.25 | Call with J McAnaney; call with J McAnaney and Linklaters; email from J McAnaney re update. |
| 52279 | 00326 | 06/05/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Review mark-up of term sheet from PwC. |
| 52279 | 00326 | 06/05/09 | McAnaney, Justin K. | GBP | £ 348.75 | 0.75 | Review comments of Linklaters/PWC to the draft Loan Term Sheet; e-mail correspondence with the working group regarding the same; call from R. Page regarding the same; call to G. Campbell regarding the same. |
| 52279 | 00326 | 06/08/09 | McAnaney, Justin K. | GBP | £ 813.75 | 1.75 | Review comments of Linklaters to the draft loan term sheet; conference call with G. Campbell and T. Evans regarding the same; e-mail correspondence with the working group regarding the same. |
| 52279 | 00326 | 06/08/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Call with J. Stott. |
| 52279 | 00326 | 06/09/09 | McAnaney, Justin K. | GBP | £ 697.50 | 1.50 | Review, revise and distribute draft loan term sheet internally for review. |
| 52279 | 00326 | 06/10/09 | McAnaney, Justin K. | GBP | £ 348.75 | 0.75 | Call from W. McArdle; revise and distribute draft loan term sheet to J. Stott. |
| 52279 | 00326 | 06/10/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Engaged reviewing term sheet and telephone conversation with J. McAnaney. |
| 52279 | 00326 | 06/11/09 | McAnaney, Justin K. | GBP | £ 378.75 | 0.75 | Emails; review of draft term sheet. |
| 52279 | 00326 | 06/11/09 | Campbell, Gregory A. | GBP | £ 1,250.00 | 2.00 | Meeting with W. McArdle and conference call with J. Stott regarding comments to draft loan term sheet; revise the same; distribute to the full working group. |
| 52279 | 00326 | 06/11/09 | McAnaney, Justin K. | GBP | £ 348.75 | 0.75 | Office conference with J. McAnaney on term sheet; telephone conversation with J. Stott on term sheet. |
| 52279 | 00326 | 06/11/09 | McArdle, Wayne PJ | GBP | £ 468.75 | 0.75 | Meeting with W. McArdle and conference call with J. Stott regarding the servicing standard; review servicing agreement regarding the same. |
| 52279 | 00326 | 06/15/09 | McAnaney, Justin K. | GBP | £ 116.25 | 0.25 | Engaged re email. |
| 52279 | 00326 | 06/16/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Engaged on email; call with J. Stott. |
| 52279 | 00326 | 06/19/09 | McAnaney, Justin K. | GBP | £ 468.75 | 0.75 | Engaged reviewing servicing standard in Servicing Agreement and related provisions; telephone conversation with J. Stott. |
| 52279 | 00326 | 06/17/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | |
| 52279 | 00326 | 06/19/09 | McAnaney, Justin K. | GBP | £ 465.00 | 1.00 | Review marked draft term sheet received from PwC; call to W. McArdle and e-mail to J. Stott regarding the same. |
| 52279 | 00326 | 06/19/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Call into CC; review revised TS from PwC; discuss with J. McAnaney. |
| 52279 | 00326 | 06/22/09 | McAnaney, Justin K. | GBP | £ 116.25 | 0.25 | E-mail correspondence with and call to J. Stott regarding draft loan term sheet. |
| 52279 | 00326 | 06/22/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Telephone conversation with J. McAnaney on status. |
| 52279 | 00326 | 06/23/09 | McAnaney, Justin K. | GBP | £ 348.75 | 0.75 | Conference call with W. McArdle and J. Stott; meeting with W. McArdle. |
| 52279 | 00326 | 06/23/09 | McArdle, Wayne PJ | GBP | £ 1,250.00 | 2.00 | Prepare for and attend call on term sheet. |
| 52279 | 00326 | 06/25/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Telephone conversation with J. Stott; engaged re duty of care issue. |
| 52279 | 00326 | 06/29/09 | McAnaney, Justin K. | GBP | £ 232.50 | 0.50 | Meeting with W. McArdle and conference call with W. McArdle and J. Stott regarding LBRE duty of care. |
| 52279 | 00326 | 06/29/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Office conference with M. Radoycheva on interest point and call with J. Stott. |
| 52279 | 00326 | 06/29/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Email from J. Stott; discuss with J. Stott on duty of care and conflicts. |
| 52279 | 00326 | 06/30/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Telephone conversation with J. Stott; review PwC email. |
| **00326 Total** | | | | | **£ 16,045.00** | **29.00** | |
| 52279 | 00327 | 06/01/09 | McArdle, Wayne PJ | GBP | £ 468.75 | 0.75 | Office conference with D. Fischer-Appelt to discuss deal and to consider NMM. |
| 52279 | 00327 | 06/04/09 | Fischer-Appelt, Dorothee | GBP | £ 693.75 | 1.25 | Email correspondence E. Stueck and W. McArdle; looking into valuation / appraisal for mezzanine and senior loans; review of letter received from DekaBank and cross-default provisions in mezzanine loan. |
| 52279 | 00327 | 06/04/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Engaged re engagement letter and related matters. |
| 52279 | 00327 | 06/09/09 | Fischer-Appelt, Dorothee | GBP | £ 277.50 | 0.50 | Call to M. Stueck to prepare for meeting tomorrow. Call W. McArdle. Looking at account provisions/cash sweep. |
| 52279 | 00327 | 06/18/09 | Thomas, Andrew S.V. | GBP | £ 312.50 | 0.50 | Discuss with D. Fischer-Appelt. |
| 52279 | 00327 | 06/19/09 | Fischer-Appelt, Dorothee | GBP | £ 138.75 | 0.25 | Briefing A. Thomas. |
| **00327 Total** | | | | | **£ 2,516.25** | **4.25** | |
| 52279 | 00328 | 06/30/09 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails re foreclosure. |
| **00328 Total** | | | | | **$ 178.00** | **0.20** | |
| 52279 | 00329 | 06/26/09 | Radoycheva, Milena | GBP | £ 1,242.50 | 3.50 | Reviewing various documents in connection with the Thunderbird and Firebird Tranche B Loans (including, among others, an offering circular, facility agreements, intercreditors agreements, a master loan sale agreement). |
| 52279 | 00329 | 06/28/09 | Radoycheva, Milena | GBP | £ 568.00 | 1.60 | Reviewing various documents in connection with the Thunderbird and Firebird Tranche B Loans (including, among others, an offering circular, facility agreements, intercreditors agreements, a master loan sale agreement). |
| 52279 | 00329 | 06/29/09 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Office conference with M. Radoycheva on matter. |

## Lehman Brothers Inc. Time Details

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Date | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|
| 52279 | 00329 | 06/29/09 | Radoycheva, Milena | GBP | £ 1,242.50 | 3.50 | Reviewing various documents in connection with the Thunderbird and Firebird Tranche B Loans (including, among others, an offering circular, facility agreements, intercreditors agreements, a master loan sale agreement), preparing answers to questions in connection with the Tranche B Loans. |
| 52279 | 00329 | 06/30/09 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Meeting with M. Radoycheva on various issues related to Capex facility from LCP. |
| 52279 | 00329 | 06/30/09 | Radoycheva, Milena | GBP | £ 1,331.25 | 3.75 | Firebird/Thunderbird Loans: Internal meeting with W. McArdle in connection with questions on the Firebird and Thunderbird Loans, drafting a memo with answers to questions regarding the B Tranche Firebird and Thunderbird Loans. |
| 00329 Total | | | | | £ 5,321.75 | 13.85 | |
| Grand Total | | | | | | 308.65 | |