# Lehman Brothers Inc. Cost Summary

Time Period: 6/1/2009 through 6/30/2009

| Client # | Matter # | Cost Description | Currency | Amount |
|---|---|---|---|---|
| 52279 | 00254 | In House Duplication | USD | $ 0.40 |
| | 00254 Total | | | $ 0.40 |
| 52279 | 00280 | Travel - Taxi & Other Modes/Miles | USD | $ 20.00 |
| 52279 | 00280 | On-Line Research (Lexis) | USD | $ 2,470.26 |
| 52279 | 00280 | On-Line Research (Westlaw) | USD | $ 806.00 |
| 52279 | 00280 | On-Line Research Nexis - Main | USD | $ 192.08 |
| 52279 | 00280 | In House Duplication | USD | $ 7.60 |
| 52279 | 00280 | In House Duplication | USD | $ 10.60 |
| | 00280 Total | | | $ 3,506.54 |
| 52279 | 00324 | Telephone Charges | USD | $ 5.70 |
| | 00324 Total | | | $ 5.70 |
| 52279 | 00325 | Messenger and Courier Expense | USD | $ 8.61 |
| 52279 | 00325 | In House Duplication | USD | $ 19.40 |
| 52279 | 00325 | In House Duplication | USD | $ 53.50 |
| | 00325 Total | | | $ 81.51 |
| 52279 | 00326 | Travel - Taxi & Other Modes/Miles | GBP | £ 28.45 |
| | 00326 Total | | | £ 28.45 |

| | Amount |
|---|---|
| USD TOTAL | $ 3,594.15 |
| GBP TOTAL | £ 28.45 |
| USD: | |
| On-Line Research (Lexis) | $ 2,470.26 |
| Messenger and Courier.. | $ 8.61 |
| Telephone Charges | $ 5.70 |
| In House Duplication | $ 91.50 |
| Travel-Taxi & Other.. | $ 20.00 |
| on-line research (westlaw) | $ 806.00 |
| on-line research nexis.. | $ 192.08 |