## EXHIBIT B

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY TIMEKEEPER)**

## PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN USD

### From August 1, 2009 through August 31, 2009

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Joel A. Feuer | Partner—Litigation | 1981 CA | 6/1/1981 | 0.75 | $840 | $630.00 |
| Amy R. Forbes | Partner—Real Estate | 1984 CA | 6/1/1984 | 25.25 | $840 | $21,210.00 |
| Jesse Sharf | Partner—Real Estate | 1986 CA | 6/1/1986 | 3.5 | $890 | $3,115.00 |
| Shireen B. Rahnema | Of Counsel—Real Estate | 1998 CA | 2/6/2006 | 17.3 | $635 | $10,985.50 |
| Jesse I. Shapiro | Associate—Real Estate | 2000 NJ 2001 NY 2006 CA | 9/12/2005 | 4.2 | $610 | $2,562.00 |
| Janna M. Boelke | Associate—Real Estate | 2003 CA | 10/07/2003 | 3.0 | $570 | $1,710.00 |
| Farshad E. More | Associate—Real Estate | 2003 CA | 09/02/2003 | 40.4 | $570 | $23,028.00 |
| Claire L. Vigil | Associate—Real Estate | 2006 CA | 04/25/2005 | 15.1 | $525 | $7,927.50 |
| Jeffrey D. Tyrrell | Associate—Real Estate | 2006 CA | 10//17/2005—4/1/2010 | 3.5 | $495 | $1,732.50 |
| Douglas M. Champion | Associate—Real Estate | 2006 CA | 09/05/2006 | 14.1 | $470 | $6,627.00 |
| Erika R. Randall | Associate—Real Estate | 2006 CA | 09/05/2006 | 26.9 | $470 | $12,643.00 |
| Erica H. Weber | Associate—Real Estate | 2006 CA | 11/06/2006 | 0.1 | $470 | $47.00 |
| Serineh Baghdasarian | Associate—Real Estate | 2006 CA | 9/5/2006—4/1/2010 | 5.5 | $470 | $2,585.00 |
| Julie Arnaoutova | Associate—Real Estate | 2007 CA | 08/06/2007 | 45.7 | $470 | $21,479.00 |
| Carol A. Fabrizio | Associate—Real Estate | 2008 CA | 11/03/2008 | 55.7 | $345 | $19,216.50 |
| Allison H. Kidd | Associate—Real Estate | 2008 CA | 11/03/2008 | 1.4 | $345 | $483.00 |
| Deborah D. Hoxie | Paralegal—Real Estate | N/A | 2/15/1996 | 21.25 | $315 | $6,693.75 |
| TOTAL: | | | | 283.65 | | $142,674.75 |

2

**PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN GBP**

**From August 1, 2009 through August 31, 2009**

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Andrew S.V. Thomas | Partner—Corporate | 1990 UK | 5/1/2000 | 0.1 | £625 | £62.50 |
| Wayne P. McArdle | Partner—Corporate | 1995 UK | 06/16/2001 | 6.0 | £625 | £3,750.00 |
| Weir, Michael | Associate—Corporate | 2002 UK | 6/13/2005 | 31.6 | £430 | £13,588.00 |
| Milena Radoycheva | Associate—Corporate | 2006 UK | 10/9/2006 | 7.95 | £355 | £2,822.25 |
| Campbell, Victor | Associate—Corporate | 2007 UK | 10/8/2007 | 31.75 | £335 | £10,636.25 |
| Thompson, Stephen | Associate—Corporate | 2009 UK | 4/20/2009 | 37.75 | £295 | £11,136.25 |
| Farrag, Sherif | Paralegal—Bankr. | N/A | 6/17/2009 | 0.2 | £160 | £32.00 |
| **TOTAL:** | | | | **115.35** | | **£42,027.25** |