## EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENTS SOUGHT**

**ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN USD FROM AUGUST 1, 2009
THROUGH AUGUST 31, 2009**

| DISBURSEMENT | AMOUNT |
|---|---|
| Freight and Shipping | $12.90 |
| In House Duplication | $135.40 |
| Messenger and Courier Expense | $48.02 |
| On-Line Research (Lexis) | $849.54 |
| Telephone Charges | $11.74 |
| **TOTAL:** | **$1,057.60** |

**ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN GBP FROM AUGUST 1, 2009
THROUGH AUGUST 31, 2009**

| DISBURSEMENT | AMOUNT |
|---|---|
| In House Duplication | £46.34 |
| Specialized Research/Filing Fees | £ 33.71 |
| Telephone Charges | £1.66 |
| Travel – Taxi & Other Modes/Miles | £37.60 |
| **TOTAL:** | **£119.31** |