## EXHIBIT D

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY MATTER)**

08-13555-mg    Doc 8380-4    Filed 04/15/10    Entered 04/15/10 23:23:18    Exhibit D
Pg 1 of 2

**SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED IN USD FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00196 | Phx Tech | 9.55 | $5,903.50 |
| 52279-00229 | Montelucia | 0.7 | $623.00 |
| 52279-00263 | Centra Clark County | 0.2 | $178.00 |
| 52279-00280 | SunCal General | 155.85 | $79,139.50 |
| 52279-00323 | Villa Master | 3.2 | $1,888.00 |
| 52279-00324 | VCC Workout | 93.2 | $45,527.50 |
| 52279-00325 | Capstone | 0.2 | $114.00 |
| 52279-00328 | CRV II Foreclosure | 12.9 | $5,520.50 |
| 52279-00330 | El Centro – Foreclosure | 7.85 | $3,780.75 |
| | **TOTAL** | **283.65** | **$142,674.75** |

**SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED IN GBP FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00326 | Excalibur | 106.9 | £38,595.50 |
| 52279-00329 | Thunderbird | 8.35 | £3,369.25 |
| 52279-00331 | Silverleaf | 0.1 | £62.50 |
| | **TOTAL** | **115.35** | **£42,027.25** |