# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00196 | 08/03/09 | 13926068 | 13608 | Shapiro, Jesse I. | USD | $ 305.00 | 0.50 | Attend to letter from Crown |
| 52279 | 00196 | 08/03/09 | 13224493 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00196 | 08/04/09 | 13938640 | 01183 | Feuer, Joel A. | USD | $ 630.00 | 0.75 | Review draft letter; review correspondence; comment on draft letter. |
| 52279 | 00196 | 08/04/09 | 13926093 | 13608 | Shapiro, Jesse I. | USD | $ 854.00 | 1.40 | Attend to letters to Borrower; email communication and telephone conference J. Feuer, J. Sharf and J. Tyrrell re same |
| 52279 | 00196 | 08/04/09 | 13924537 | 04068 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Exchange of emails; reviewing documents; reviewing notices of default/response letter. |
| 52279 | 00196 | 08/04/09 | 13943515 | 12913 | Tyrrell, Jeffrey D. | USD | $ 1,732.50 | 3.50 | Telephone conference with J.Shapiro; review loan documents; draft notice of default and letter in response to borrower's counsel. |
| 52279 | 00196 | 08/05/09 | 13926148 | 13608 | Shapiro, Jesse I. | USD | $ 610.00 | 1.00 | Attend to notice of default and response letter; email communication and telephone conference J. Nastasi and J. Feuer re same |
| 52279 | 00196 | 08/06/09 | 13938454 | 13608 | Shapiro, Jesse I. | USD | $ 305.00 | 0.50 | Attend to letters |
| 52279 | 00196 | 08/06/09 | 13926261 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing changes to letter. |
| 52279 | 00196 | 08/11/09 | 13944908 | 13471 | Vigil, Claire L. | USD | $ 157.50 | 0.30 | Review research into performance bonds from C. Fabrizio. |
| 52279 | 00196 | 08/11/09 | 13414410 | 04068 | Sharf, Jesse | USD | $ 488.00 | 0.80 | Attend to letters to borrower and Kasowitz |
| 52279 | 00196 | 08/11/09 | | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing letter. |
| 52279 | 00196 Total | | | | | | $ 5,903.50 | 9.55 | |
| 52279 | 00229 | 08/10/09 | 13941593 | 13608 | Shapiro, Jesse I. | USD | $ 178.00 | 0.20 | Reviewing documents. |
| 52279 | 00229 | 08/31/09 | 13996461 | 04068 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Conference call; reviewing comments. |
| 52279 | 00229 Total | | | | | | $ 623.00 | 0.70 | |
| 52279 | 00263 | 08/12/09 | 13946873 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence. |
| 52279 | 00263 Total | | | | | | $ 178.00 | 0.20 | |
| 52279 | 00280 | 08/04/09 | 13961000 | 01102 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Various telephone conferences, emails and review of issues regarding DA as executory contract. |
| 52279 | 00280 | 08/07/09 | 13938916 | 14625 | Fabrizio, Carol Ann | USD | $ 2,173.50 | 6.30 | Review bonds for all projects and chart certain bond characteristics requested; edit the same for consistency; forward to C. Vigil for review; discussion w C. Vigil regarding changes requested by A. Forbes. |
| 52279 | 00280 | 08/07/09 | 14003195 | 01102 | Forbes, Amy R. | USD | $ 6,930.00 | 8.25 | Review bond issue; telephone conference with Burscoe regarding coordination with bankruptcy counsel; review Marblehead DA; respond to email regarding flow chart for bonds; discuss with D. Champion and C. Vigil; telephone conference with Nellie C. regarding bond issues; work on revisions to memorandum on subdivision bonds and liability of successors in interest. |
| 52279 | 00280 | 08/06/09 | 13988800 | 01102 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Telephone conference regarding bonds and status; review memorandum regarding bonds. |
| 52279 | 00280 | 08/06/09 | 13938787 | 14625 | Fabrizio, Carol Ann | USD | $ 1,656.00 | 4.80 | Enter Marblehead bonds into comprehensive excel sheet of all bonds related to matter; discussion with C. Vigil regarding next steps and assignment of bond provisions; review bonds and create chart for Oak Valley bonds, Bickford Ranch, etc. |
| 52279 | 00280 | 08/03/09 | 13938457 | 14625 | Fabrizio, Carol Ann | USD | $ 1,414.50 | 4.10 | Continued research regarding bond premiums, bond termination, and statute of limitations; draft memo to A. Forbes and C. Vigil regarding research findings; revise/edit draft memo and forward same to A. Forbes and C. Vigil. |
| 52279 | 00280 | 08/03/09 | 13224510 | 01102 | Forbes, Amy R. | USD | $ 1,470.00 | 1.75 | Telephone conference with Nellie Camenik regarding bankruptcy and DA; review memorandum on bonds. |
| 52279 | 00280 | 08/07/09 | 13933997 | 13471 | Vigil, Claire L. | USD | $ 840.00 | 1.60 | Draft revisions to table summarizing performance bonds status and issues; discuss table summarizing performance bonds status and issues with A. Forbes; review correspondence relating to table summarizing performance bonds status and issues. |
| 52279 | 00280 | 08/10/09 | 13961249 | 13340 | Champion, Douglas Martin | USD | $ 658.00 | 1.40 | Revise notice letters; review of e-mails; voicemails from A. Forbes, C. Vigil re bond issues |
| 52279 | 00280 | 08/10/09 | 13953295 | 14625 | Fabrizio, Carol Ann | USD | $ 793.50 | 2.30 | Modify chart of all bonds related to SunCal entities per C. Vigil and A. Forbes's request. |
| 52279 | 00280 | 08/10/09 | 13953276 | 14625 | Fabrizio, Carol Ann | USD | $ 69.00 | 0.20 | Get assignment from D. Champion; A. Forbes regarding subdivision improvement agreements. |
| 52279 | 00280 | 08/10/09 | 13955667 | 14647 | Kidd, Allison Hamstra | USD | $ 483.00 | 1.40 | Revise notice letters. |
| 52279 | 00280 | 08/11/09 | 13961198 | 13340 | Champion, Douglas Martin | USD | $ 940.00 | 2.00 | Meeting with C. Vigil, S. Rahnema, C. Fabrizio re bond research; circulation of revised notice letters; call with A. Wilson re same |
| 52279 | 00280 | 08/11/09 | 13953258 | 14625 | Fabrizio, Carol Ann | USD | $ 379.50 | 1.10 | Meet with D. Champion, S. Rahnema, C. Vigil to discuss chart, tasks, and research results. |
| 52279 | 00280 | 08/11/09 | 13946079 | 13817 | Rahnema, Shireen B. | USD | $ 2,222.50 | 3.50 | Meetings with D. Champion, C. Vigil and C. Fabrizio regarding status, strategy and bonds chart; email communication with D. Champion and team regarding notice letters; research regarding bonds chart, Pacifica and Actor; meeting with E. Randall regarding bonds chart. |
| 52279 | 00280 | 08/11/09 | 13981064 | 13421 | Randall, Erika Ruth | USD | $ 188.00 | 0.40 | Perform due diligence regarding remaining obligations under performance bonds. |
| 52279 | 00280 | 08/11/09 | 13940763 | 13471 | Vigil, Claire L. | USD | $ 1,942.50 | 3.70 | Discuss review of underlying subdivision agreements with S. Rahnema, C. Fabrizio, E. Randall and D. Champion; review underlying improvement agreements and performance bonds; discuss research with C. Fabrizio. |
| 52279 | 00280 | 08/11/09 | 13936537 | 13375 | Weber, Erica Hewes | USD | $ 47.00 | 0.10 | Correspond with D. Champion about necessary diligence documents. |
| 52279 | 00280 | 08/12/09 | 13961144 | 13340 | Champion, Douglas Martin | USD | $ 470.00 | 1.00 | Meeting with C. Vigil re mortgagee protection provisions and other bond analysis matters |
| 52279 | 00280 | 08/12/09 | 13953176 | 14625 | Fabrizio, Carol Ann | USD | $ 1,173.00 | 3.40 | Research case regarding subdivision improvement agreements; edit chart per S. Rahnema's request; telephone call with Claire to discuss new column in bond chart; research Subdivision Improvement Agreements running with the land. |

# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 08/12/09 | 14004184 | 01102 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Go over preliminary bond chart with D. Champion; discuss subdivision improvement agreements with C. Fabrizio. |
| 52279 | 00280 | 08/12/09 | 13946084 | 13817 | Rahnema, Shireen B. | USD | $ 3,111.50 | 4.90 | Email communication with D. Champion, C. Vigil, E. Randall and C. Fabrizio regarding same; revise bonds chart; review documents regarding Acton and Pacifica; meeting with C. Vigil regarding bonds chart. |
| 52279 | 00280 | 08/12/09 | 13951072 | 13421 | Randall, Erika Ruth | USD | $ 2,209.00 | 4.70 | Perform due diligence regarding remaining obligations under performance bonds. |
| 52279 | 00280 | 08/12/09 | 13952065 | 13471 | Vigil, Claire L. | USD | $ 2,047.50 | 3.90 | Review bonds and subdivision improvement agreements. |
| 52279 | 00280 | 08/13/09 | 13961109 | 13340 | Champion, Douglas Martin | USD | $ 1,504.00 | 3.20 | Preparation of bond chart for Bickford Ranch and PSV |
| 52279 | 00280 | 08/13/09 | 13952996 | 14625 | Fabrizio, Carol Ann | USD | $ 552.00 | 1.60 | Research regarding subdivision improvement agreements and "running with the land" statutes; add parts completed by S. Rahnema, D. Champion, E. Randall, and C. Vigil to master chart at request of A. Forbes; correspondence regarding individual insertions and questions; sending to A. Forbes for review. |
| 52279 | 00280 | 08/13/09 | 13951616 | 13817 | Rahnema, Shireen B. | USD | $ 2,984.50 | 4.70 | Review bonds, obligation documents and subdivision improvement agreements; update bonds chart; email communication with D. Champion, C. Vigil, E. Randall, C. Fabrizio regarding same; meeting with C. Fabrizio regarding bond chart. |
| 52279 | 00280 | 08/13/09 | 13981093 | 13421 | Randall, Erika Ruth | USD | $ 1,551.00 | 3.30 | Perform due diligence regarding remaining obligations under performance bonds. |
| 52279 | 00280 | 08/13/09 | 13952010 | 13471 | Vigil, Claire L. | USD | $ 1,785.00 | 3.40 | Review memorandum and underlying agreements and update excel table. |
| 52279 | 00280 | 08/14/09 | 13952967 | 14625 | Fabrizio, Carol Ann | USD | $ 3,484.50 | 10.10 | Discussion with A. Forbes regarding research found thus far; conduct further research based on her comments; draft first version of memorandum regarding when SIAs run with the land; revise and edit memo multiple times; send to A. Forbes for review. |
| 52279 | 00280 | 08/14/09 | 14004691 | 01102 | Forbes, Amy R. | USD | $ 762.00 | 1.20 | Update entitlements status chart regarding Marblehead and Pacifica; email communication with team regarding bonds chart; revise bonds chart. |
| 52279 | 00280 | 08/14/09 | 14055894 | 01102 | Forbes, Amy R. | USD | $ 840.00 | 1.00 | Review interim bond chart; discuss issue of "running with the land" review cases. |
| 52279 | 00280 | 08/14/09 | 13981103 | 13421 | Randall, Erika Ruth | USD | $ 1,363.00 | 2.90 | Perform due diligence regarding remaining obligations under performance bonds. |
| 52279 | 00280 | 08/15/09 | 13967968 | 13817 | Rahnema, Shireen B. | USD | $ 254.00 | 0.40 | Telephone conference calls with E. Randall regarding bonds chart and entitlements status chart. |
| 52279 | 00280 | 08/15/09 | 13935522 | 01102 | Forbes, Amy R. | USD | $ 1,260.00 | 1.50 | Review memorandum on whether subdivision improvement agreements run with the land. |
| 52279 | 00280 | 08/18/09 | 13980635 | 13421 | Randall, Erika Ruth | USD | $ 2,303.00 | 4.90 | Perform due diligence regarding remaining obligations under performance bonds; prepare summary of existing and expiring entitlements for SunCal development projects. |
| 52279 | 00280 | 08/18/09 | 13971102 | 13471 | Vigil, Claire L. | USD | $ 420.00 | 0.80 | Review City of San Clemente municipal code in response to query regarding ability of City to call performance bonds; review minutes of meeting of City Council; review memo of C. Fabrizio. |
| 52279 | 00280 | 08/19/09 | 13980229 | 13340 | Champion, Douglas Martin | USD | $ 329.00 | 0.70 | Review of mortgagee protection provisions in Del Amo and Ritter Ranch DAs; transmittal of mortgagee protection chart |
| 52279 | 00280 | 08/19/09 | 13980999 | 14625 | Fabrizio, Carol Ann | USD | $ 1,897.50 | 5.50 | Review C. Vigil's email regarding additional information on Mortgagee protection provisions for notice chart; review development agreements for provisions and add detail to chart; correspondence wiih Lehman land use team regarding the same; reviewing Preliminary Title Reports for any Development Agreements not referenced in notice chart; discuss C. Vigil and D. Champion regarding additional documents found; edit notice chart per our conversation; discuss with A. Forbes regarding changes to memo on SIA's running with the land; edit bond chart per E. Randall's entries and D. Champion's request. |
| 52279 | 00280 | 08/19/09 | 13963537 | 01102 | Forbes, Amy R. | USD | $ 3,780.00 | 4.50 | Prepare for and participate in call regarding interaction of bankruptcy plan vis-a-vis development agreements and other entitlements; review memorandum regarding whether subdivision improvement agreements run with the land; review charts regarding DAs and permits and approvals; draft email to Nellie. |
| 52279 | 00280 | 08/19/09 | 13980665 | 13421 | Randall, Erika Ruth | USD | $ 2,162.00 | 4.60 | Perform due diligence regarding remaining obligations under performance bonds and mortgagee protection provisions; prepare summary of existing and expiring entitlements for SunCal development projects. |
| 52279 | 00280 | 08/19/09 | 13967752 | 13471 | Vigil, Claire L. | USD | $ 472.50 | 0.90 | Review Development Agreements to determine mortgagee protection provisions; discuss with A. Forbes; review title policies for recorded Development Agreement information. |
| 52279 | 00280 | 08/20/09 | 13980168 | 13340 | Champion, Douglas Martin | USD | $ 235.00 | 0.50 | Review of Bickford Ranch DA |
| 52279 | 00280 | 08/20/09 | 13980950 | 14625 | Fabrizio, Carol Ann | USD | $ 1,863.00 | 5.40 | Do further case law research for memo regarding subdivision improvement agreements per A. Forbes's request; edit in light of research found. |
| 52279 | 00280 | 08/20/09 | 13980925 | 13421 | Randall, Erika Ruth | USD | $ 1,551.00 | 3.30 | Prepare summary of existing and expiring entitlements for SunCal development projects. |
| 52279 | 00280 | 08/21/09 | 13980032 | 13340 | Champion, Douglas Martin | USD | $ 188.00 | 0.40 | Meet with A. Forbes; transmittal of updated mortgagee protection chart |
| 52279 | 00280 | 08/21/09 | 13980864 | 14625 | Fabrizio, Carol Ann | USD | $ 1,207.50 | 3.50 | Review certain subdivision and development agreements for mortgagee protection provisions and editing chart accordingly per C. Vigil's request; review all available title reports for properties to determine if there are any additional development agreements beyond those already discussed; correspond with C. Vigil and D. Champion regarding the same; edit notice chart to account for new properties; discuss with A. Forbes regarding changes to memo on subdivision improvement agreements running with the land. |
| 52279 | 00280 | 08/21/09 | 14061177 | 01102 | Forbes, Amy R. | USD | $ 1,680.00 | 2.00 | Go over memorandum on obligations running with land; edit. |
| 52279 | 00280 | 08/21/09 | 13968046 | 13817 | Rahnema, Shireen B. | USD | $ 1,651.00 | 2.60 | Review DA regarding Northlake; update chart regarding mortgagee protection; email and telephone communication to D. Champion, A. Forbes and team regarding same; review and revise chart regarding entitlements. |

# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 08/24/09 | 13980315 | 14625 | Fabrizio, Carol Ann | USD | $ 1,414.50 | 4.10 | Making significant revisions to memo on Subdivision improvements running with the land. |
| 52279 | 00280 | 08/25/09 | 13986066 | 13340 | Champion, Douglas Martin | USD | $ 47.00 | 0.10 | E-mail to A. Wilson re status of notice letters |
| 52279 | 00280 | 08/25/09 | 14006768 | 14625 | Fabrizio, Carol Ann | USD | $ 1,138.50 | 3.30 | Revise, edit and proof memo for A. Forbes regarding Subdivision improvement agreements and development agreements running with the land; sending final memo to Lehman/Suncal team. |
| 52279 | 00280 | 08/26/09 | 14003783 | 13421 | Randall, Erika Ruth | USD | $ 658.00 | 1.40 | Prepare summary of existing and expiring entitlements for SunCal development projects. |
| 52279 | 00280 | 08/28/09 | 13986025 | 13340 | Champion, Douglas Martin | USD | $ 1,880.00 | 4.00 | Completion of bond chart |
| 52279 | 00280 | 08/31/09 | 13988955 | 13340 | Champion, Douglas Martin | USD | $ 376.00 | 0.80 | Revisions to bond chart; meetings with A. Forbes, C. Vigil |
| 52279 | 00280 | 08/31/09 | 14003351 | 01102 | Forbes, Amy R. | USD | $ 2,100.00 | 2.50 | Review materials to prepare for call; update memorandum on subdivision improvement agreements; telephone conference with Nellie and Darryl to go over bond issues. |
| 52279 | 00280 | 08/31/09 | 14004153 | 13421 | Randall, Erika Ruth | USD | $ 658.00 | 1.40 | Perform due diligence regarding remaining obligations under performance bonds. |
| 52279 | 00280 | 08/19/09 | 13963300 | 14068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails. |
| 52279 | 00280 | 08/31/09 | 14003455 | 13471 | Vigil, Claire L. | USD | $ 262.50 | 0.50 | Respond to and answer email questions of A. Forbes regarding bonds. |
| 52279 | 00280 Total | | | | | | $ 79,139.50 | 155.85 | |
| 52279 | 00323 | 08/31/09 | 14003170 | 12043 | Boelke, Janna M | USD | $ 285.00 | 0.50 | Conference call with J. Sharf, M. Ross, B. Gross & T. Halsey. |
| 52279 | 00323 | 08/12/09 | 13953175 | 12043 | Boelke, Janna M. | USD | $ 570.00 | 1.00 | Exchange emails. |
| 52279 | 00323 | 08/17/09 | 13978096 | 12043 | Boelke, Janna M. | USD | $ 285.00 | 0.50 | Call with M. Ross to review comments; exchange emails regarding same. |
| 52279 | 00323 | 08/06/09 | 13938911 | 12043 | Boelke, Janna M. | USD | $ 1,140.00 | 2.00 | Revise and circulate Sale and Participation documents. |
| 52279 | 00323 Total | | | | | | $ 1,888.00 | 3.20 | |
| 52279 | 00324 | 08/10/09 | 13937235 | 14883 | Arnaoutova, Joulia | USD | $ 517.00 | 1.10 | Meet with F. More re settlement agreement |
| 52279 | 00324 | 08/10/09 | 13948596 | 12070 | More, Farshad E. | USD | $ 855.00 | 1.50 | Exchange emails; telephone call with N. Horsfield and M. Lascher; revise term sheet; meet with J. Arnaoutova. |
| 52279 | 00324 | 08/11/09 | 13937264 | 12070 | More, Farshad E. | USD | $ 893.00 | 1.90 | Draft settlement agreement |
| 52279 | 00324 | 08/11/09 | 13948746 | 12070 | More, Farshad E. | USD | $ 741.00 | 1.30 | Exchange emails; review documents; telephone calls with M. Osher. |
| 52279 | 00324 | 08/12/09 | 13953176 | 14883 | Arnaoutova, Joulia | USD | $ 2,068.00 | 4.40 | Draft settlement agreement |
| 52279 | 00324 | 08/12/09 | 13948801 | 12070 | More, Farshad E. | USD | $ 570.00 | 1.00 | Exchange emails. |
| 52279 | 00324 | 08/13/09 | 13953212 | 14883 | Arnaoutova, Joulia | USD | $ 1,645.00 | 3.50 | draft settlement agreement |
| 52279 | 00324 | 08/13/09 | 13948810 | 12070 | More, Farshad E. | USD | $ 855.00 | 1.50 | Exchange emails; review and comment on Consulting Agreement; telephone call with N. Horsfield. |
| 52279 | 00324 | 08/14/09 | 13953232 | 14883 | Arnaoutova, Joulia | USD | $ 2,820.00 | 6.00 | Draft settlement agreement |
| 52279 | 00324 | 08/14/09 | 13948818 | 12070 | More, Farshad E. | USD | $ 684.00 | 1.20 | Exchange emails; revise Consulting Agreement. |
| 52279 | 00324 | 08/15/09 | 13953237 | 14883 | Arnaoutova, Joulia | USD | $ 1,880.00 | 4.00 | Draft settlement agreement |
| 52279 | 00324 | 08/15/09 | 13948861 | 12070 | More, Farshad E. | USD | $ 570.00 | 1.00 | Exchange emails regarding Settlement Agreement comments and revisions. |
| 52279 | 00324 | 08/15/09 | 13948854 | 12070 | More, Farshad E. | USD | $ 2,280.00 | 4.00 | Exchange emails; review and comment on Settlement Agreement. |
| 52279 | 00324 | 08/16/09 | 13953239 | 14883 | Arnaoutova, Joulia | USD | $ 2,585.00 | 5.50 | Draft settlement agreement |
| 52279 | 00324 | 08/17/09 | 13965526 | 07303 | Hoxie, Deborah D. | USD | $ 157.50 | 0.50 | Email exchange regarding title searches; telephone conference regarding structure and issues. |
| 52279 | 00324 | 08/17/09 | 13969977 | 12070 | More, Farshad E. | USD | $ 2,280.00 | 4.00 | Exchange emails; review and revise Settlement Agreement; review and revise tax Consulting Agreement; telephone calls with N. Horsfield and M. Lascher. |
| 52279 | 00324 | 08/17/09 | 13951040 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing and revising settlement agreement. |
| 52279 | 00324 | 08/18/09 | 13965534 | 07303 | Hoxie, Deborah D. | USD | $ 393.75 | 1.25 | Access and order title files for the 19 properties; telephone conferences and emails M. Owens regarding WA State title quote. |
| 52279 | 00324 | 08/19/09 | 13971439 | 14883 | Arnaoutova, Joulia | USD | $ 658.00 | 1.40 | Call with Lehman; revise settlement agreement per Lehman's comments |
| 52279 | 00324 | 08/19/09 | 13955546 | 07303 | Hoxie, Deborah D. | USD | $ 1,417.50 | 4.50 | Review diligence and title files to locate copies of loan policies/title reports; scan and pdf copies of same to M. Owens; telephone conferences and emails M. Owens regarding search issues; commence draft of property location and policies listing and issues. |
| 52279 | 00324 | 08/19/09 | 13969257 | 12070 | More, Farshad E. | USD | $ 1,026.00 | 1.80 | Exchange emails; telephone call with M. Lascher, N. Horsfield and J. Arnaoutova; review and revise draft settlement agreement. |
| 52279 | 00324 | 08/20/09 | 13971457 | 14883 | Arnaoutova, Joulia | USD | $ 1,222.00 | 2.60 | Draft protective advance letters |
| 52279 | 00324 | 08/20/09 | 13976780 | 07303 | Hoxie, Deborah D. | USD | $ 1,338.75 | 4.25 | Telephone conference M. Owens regarding New Mexico pricing; review diligence and title files to locate copies of loan policies; scan and pdf copies of same to M. Owens; telephone conferences and emails M. Owens regarding search issues; complete property location and policies listing and email same and copies of policies to M. Owens. |
| 52279 | 00324 | 08/20/09 | 13969281 | 12070 | More, Farshad E. | USD | $ 1,425.00 | 2.50 | Exchange emails; conference call with Weil; review Elk Grove suit. |
| 52279 | 00324 | 08/20/09 | 13965720 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Exchange of emails; telephone conference with Weil Bankruptcy lawyer. |
| 52279 | 00324 | 08/21/09 | 13971465 | 14883 | Arnaoutova, Joulia | USD | $ 1,927.00 | 4.10 | Draft management agreement; draft Dublin additional capital contribution letter |
| 52279 | 00324 | 08/21/09 | 13977002 | 07303 | Hoxie, Deborah D. | USD | $ 157.50 | 0.50 | Telephone conferences and email exchanges regarding title searches delivery and invoicing. |
| 52279 | 00324 | 08/21/09 | 13969297 | 12070 | More, Farshad E. | USD | $ 1,995.00 | 3.50 | Exchange emails; attend to file. |
| 52279 | 00324 | 08/24/09 | 13971470 | 14883 | Arnaoutova, Joulia | USD | $ 2,538.00 | 5.40 | Draft management agreement |
| 52279 | 00324 | 08/24/09 | 14003898 | 12070 | More, Farshad E. | USD | $ 855.00 | 1.50 | Telephone calls with J. Halperin, J. Sharf and B. Hackett; exchange emails. |
| 52279 | 00324 | 08/24/09 | 13971018 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing pleadings; telephone call with Halperin and more. |
| 52279 | 00324 | 08/25/09 | 14002013 | 14883 | Arnaoutova, Joulia | USD | $ 799.00 | 1.70 | Revise protective advance letters |

# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00324 | 08/25/09 | 14004777 | 12070 | More, Farshad E. | USD | $ 1,710.00 | 3.00 | Exchange emails; telephone call with B. Hackett; review and comment on drafts of motion to BK court for settlement agreement. |
| 52279 | 00324 | 08/26/09 | 14002512 | 14883 | Arnaoutova, Joulia | USD | $ 846.00 | 1.80 | Call with Sam Farb re settlement agreement; draft management agreement |
| 52279 | 00324 | 08/26/09 | 14005082 | 12070 | More, Farshad E. | USD | $ 2,793.00 | 4.90 | Exchange emails; telephone call with N. Horsfield regarding motion, review and comment on same; revise term sheet; calls with B. Hackett, telephone call with S. Farb. |
| 52279 | 00324 | 08/26/09 | 13822668 | 04068 | Sharf, Jesse | USD | $ 445.00 | 0.50 | Reviewing correspondence and exchange of emails. |
| 52279 | 00324 | 08/27/09 | 14002771 | 14883 | Arnaoutova, Joulia | USD | $ 987.00 | 2.10 | Draft management agreement; revise protective advance letters |
| 52279 | 00324 | 08/28/09 | 14002939 | 14883 | Arnaoutova, Joulia | USD | $ 94.00 | 0.20 | Send protective advance letters |
| 52279 | 00324 | 08/28/09 | 13898818 | 04068 | Sharf, Jesse | USD | $ 178.00 | 0.20 | Reviewing correspondence. |
| 52279 | 00324 | 08/31/09 | 14002233 | 07303 | Hoxie, Deborah D. | USD | $ 787.50 | 2.50 | Email exchange F. Moré regarding review of delivered title materials; commence review of updated title reports/information and insert comments/issues in updated title chart. |
| | 00324 Total | | | | | USD | $ 45,527.50 | 93.20 | |
| 52279 | 00325 | 08/25/09 | 14004883 | 12070 | More, Farshad E. | USD | $ 114.00 | 0.20 | Exchange emails. |
| | 00325 Total | | | | | USD | $ 114.00 | 0.20 | |
| 52279 | 00326 | 08/12/09 | 13943962 | 11808 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Engaged regarding signing by PwC; office conference with S. Cochrane; email to J. Stott. |
| 52279 | 00326 | 08/14/09 | 13947112 | 11808 | McArdle, Wayne PJ | GBP | £ 937.50 | 1.50 | Engaged on final changes and liaise with M. Weir on drafting docs, and providing background. |
| 52279 | 00326 | 08/14/09 | 13953993 | 14965 | Campbell, Victor | GBP | £ 418.75 | 1.25 | Call with M. Weir, and meeting with him re matter background and transaction brief; commencing review of term sheet; emails with M. Weir. |
| 52279 | 00326 | 08/13/09 | 13947590 | 13550 | Weir, Michael | GBP | £ 473.00 | 1.10 | Speaking with W. McArdle; reviewing Term Sheet; calls with Linklaters. |
| 52279 | 00326 | 08/13/09 | 13947151 | 11808 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Review TS draft and discuss with J. Stott and send comments to Linklaters. |
| 52279 | 00326 | 08/12/09 | 13949877 | 15685 | Thompson, Stephen | GBP | £ 147.50 | 0.50 | Prepare a rider for exclusivity for TS. |
| 52279 | 00326 | 08/12/09 | 13949878 | 15685 | Thompson, Stephen | GBP | £ 958.75 | 3.25 | Background discussion of transaction and further involvement as transaction progresses) and explanation of task with Wayne McArdle re. signing requirements and signing authority/DD required re. signature of LB RE Financing No. 3 (in administration). Discussing results of research with Wayne McArdle then summarising and sending in email to Wayne. Further email correspondence regarding the same. |
| 52279 | 00326 | 08/14/09 | 13949887 | 15685 | Thompson, Stephen | GBP | £ 221.25 | 0.75 | Discussion of role in transaction with Michael Weir, request to assist with drafting Option Agreement, locating precedents and notes and beginning the same. Short discussion with Michael Weir regarding research task for Wayne McArdle earlier in the week. Explanation of research results and sending research email to Michael for his information and review. |
| 52279 | 00326 | 08/14/09 | 13947603 | 13550 | Weir, Michael | GBP | £ 1,505.00 | 3.50 | Reviewing Term Sheet, finalising amendments with Linklaters; arranging execution; speaking with W. McArdle, S. Thompson and V. Campbell regarding drafting of principal documents; call with J. Stott. |
| 52279 | 00326 | 08/15/09 | 13953996 | 14965 | Campbell, Victor | GBP | £ 3,015.00 | 9.00 | Completing review of transaction term sheet, commencing initial draft of facilities agreement; including travel to and from office. |
| 52279 | 00326 | 08/16/09 | 13954000 | 14965 | Campbell, Victor | GBP | £ 2,763.75 | 8.25 | Progressing initial draft of facilities agreement, email to M. Weir; including travel to and from office. |
| 52279 | 00326 | 08/16/09 | 13960082 | 15685 | Thompson, Stephen | GBP | £ 590.00 | 2.00 | Drafting option agreement. |
| 52279 | 00326 | 08/17/09 | 13954003 | 14965 | Campbell, Victor | GBP | £ 2,261.25 | 6.75 | Weir, emails with S. Thompson. progressing and completing initial draft of facilities agreement, and emailing the same to M. Weir, emails with S. Thompson. |
| 52279 | 00326 | 08/17/09 | 13660085 | 15685 | Thompson, Stephen | GBP | £ 1,180.00 | 4.00 | Drafting Advisory Agreement. |
| 52279 | 00326 | 08/17/09 | 13973396 | 13550 | Weir, Michael | GBP | £ 2,365.00 | 5.50 | Circulating Term Sheet; speaking with V. Campbell and S. Thompson regarding principal transaction documents; reviewing and preparing mark-up of Option Agreement. |
| 52279 | 00326 | 08/17/09 | 13660083 | 15685 | Thompson, Stephen | GBP | £ 1,032.50 | 3.50 | Drafting option agreement and passing to Mike Weir for review. |
| 52279 | 00326 | 08/17/09 | 13660084 | 15685 | Thompson, Stephen | GBP | £ 295.00 | 1.00 | Discussions and email correspondence with Mike Weir re. status, progress and tasks generally, including approach for drafting Option Agreement and clarification of some matters from Term Sheet, and the precedent agreement to use as base for Advisory Agreement. |
| 52279 | 00326 | 08/18/09 | 13954004 | 14965 | Campbell, Victor | GBP | £ 2,177.50 | 6.50 | Reviewing transaction bible documents, including sections of deal prospectus; considering transaction security issues; meeting with M. Weir to work through his comments on initial draft facilities agreement, incorporating the same changes and adding further clauses to draft; producing redline re changes, and handing over to M. Weir. |
| 52279 | 00326 | 08/18/09 | 13660089 | 15685 | Thompson, Stephen | GBP | £ 73.75 | 0.25 | Emails with Mike Weir re. comments and proposed amendments to Advisory Agreement. |
| 52279 | 00326 | 08/18/09 | 13660088 | 15685 | Thompson, Stephen | GBP | £ 1,401.25 | 4.75 | Drafting Advisory Agreement and passing to Mike Weir for review. |

# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00326 | 08/18/09 | 13960086 | 15685 | Thompson, Stephen | GBP | £ 1,253.75 | 4.25 | Inputting comments and proposed amendments from Mike Weir into Option Agreement, and passing revised Agreement to Mike for review. |
| 52279 | 00326 | 08/18/09 | 13973400 | 13550 | Weir, Michael | GBP | £ 4,085.00 | 9.50 | Correspondence regarding Term Sheet; update email to W. McArdle; reviewing and preparing mark-ups of Loan Agreement, Option Agreement and Advisory Agreement speaking with V. Campbell and S. Thompson. |
| 52279 | 00326 | 08/19/09 | 13960094 | 15685 | Thompson, Stephen | GBP | £ 147.50 | 0.50 | Beginning drafts of Power of Attorney and Letter of Indemnity following brief discussion with Mike Weir re. the same. |
| 52279 | 00326 | 08/19/09 | 13960093 | 15685 | Thompson, Stephen | GBP | £ 295.00 | 1.00 | Review of draft Advisory and Option Agreement for sense and consistency check. Passing comments to Mike Weir for review. |
| 52279 | 00326 | 08/19/09 | 13960092 | 15685 | Thompson, Stephen | GBP | £ 1,475.00 | 5.00 | Inputting further comments and amends to Advisory Agreement and Option Agreement from Mike Weir and passing to Mike for review, including discussion of amends proposed and general approach. |
| 52279 | 00326 | 08/19/09 | 13973404 | 13550 | Weir, Michael | GBP | £ 2,924.00 | 6.80 | Amending Loan Agreement, Option Agreement and Advisory Agreement; speaking to V. Campbell and S. Thompson. |
| 52279 | 00326 | 08/20/09 | 13960098 | 15685 | Thompson, Stephen | GBP | £ 811.25 | 2.75 | Drafting Power of Attorney and Letter of Indemnity, and reviewing email correspondence from Mike Weir to client. |
| 52279 | 00326 | 08/20/09 | 13973409 | 13550 | Weir, Michael | GBP | £ 430.00 | 1.00 | Speaking to P. Coles; internal emails regarding principal transaction documents; arranging distribution of drafts. |
| 52279 | 00326 | 08/26/09 | 13985208 | 15685 | Farraj, Sherif | GBP | £ 32.00 | 0.20 | Drafting Power of Attorney and Letter of Indemnity, reviewing and amending execution blocks for Advisory Agt and Option Agt, sending all to Mike Weir for review along with cover explanation email. |
| 52279 | 00326 | 08/21/09 | 13966263 | 15685 | Thompson, Stephen | GBP | £ 258.00 | 0.60 | Call and email to P Coles |
| 52279 | 00326 | 08/21/09 | 13973414 | 13550 | Weir, Michael | GBP | £ 516.00 | 1.20 | Reviewing PoA and Indemnity. |
| 52279 | 00326 | 08/27/09 | 13922160 | 14349 | Radoycheva, Milena | GBP | £ 390.50 | 1.10 | Reviewing the Offering Circular in connection with a query on coverage tests, emails. |
| 52279 | 00326 | 08/27/09 | 14008742 | 13550 | Weir, Michael | GBP | £ 215.00 | 0.50 | Correspondence regarding Term Sheet. |
| 52279 | 00326 Total | | | | | | £ 38,595.50 | 106.90 | |
| 52279 | 00328 | 08/03/09 | 13941337 | 07303 | Hoxie, Deborah D. | USD | $ 393.75 | 1.25 | Discussions with Mike Weir, Milena Radoycheva and Victor Campbell about the status of documents and progression of transaction. |
| 52279 | 00328 | 08/04/09 | 13941473 | 07303 | Hoxie, Deborah D. | USD | $ 236.25 | 0.75 | Find application for ECF login on new york bankruptcy court website (0.1); save and send to G. Herrmann (0.1). |
| 52279 | 00328 | 08/05/09 | 13930372 | 12070 | More, Farshad E. | USD | $ 399.00 | 0.70 | Review additional documents received from M. Owens; telephone conference M. Owens regarding properties issues. |
| 52279 | 00328 | 08/06/09 | 13941666 | 07303 | Hoxie, Deborah D. | USD | $ 78.75 | 0.25 | Exchange emails; initiate foreclosure process. |
| 52279 | 00328 | 08/10/09 | 13948598 | 12070 | More, Farshad E. | USD | $ 114.00 | 0.20 | Email exchange M. Owens regarding removal of Parcel V from title search request. |
| 52279 | 00328 | 08/11/09 | 13948754 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails. |
| 52279 | 00328 | 08/12/09 | 13949565 | 13324 | Baghdasarian, Serineh | USD | $ 987.00 | 2.10 | Review memo on foreclosure process; call with D. Hoxie; review title policies and PTRs; email exchanges with F. More |
| 52279 | 00328 | 08/12/09 | 13953604 | 07303 | Hoxie, Deborah D. | USD | $ 236.25 | 0.75 | Telephone conference M. Owens regarding status of Lerno-Verhagen updated title information and foreclosure pricing; peruse copy of quote and distribute same; meet with S. Baghdasarian regarding certain title materials for the Riverside County and Imperial County properties; review archives, locate and email S. Baghdasarian copies of same. |
| 52279 | 00328 | 08/12/09 | 13948786 | 12070 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails; prepare for foreclosure. |
| 52279 | 00328 | 08/18/09 | 13966530 | 07303 | Hoxie, Deborah D. | USD | $ 157.50 | 0.50 | Telephone conference and email exchange M. Owens regarding status of title search; distribute copy of report and maps. |
| 52279 | 00328 | 08/18/09 | 13967873 | 13324 | Baghdasarian, Serineh | USD | $ 235.00 | 0.50 | Draft demand letter |
| 52279 | 00328 | 08/19/09 | 13969280 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails. |
| 52279 | 00328 | 08/20/09 | 13969304 | 13324 | Baghdasarian, Serineh | USD | $ 188.00 | 0.40 | Draft NOD request; e-mails with F. Moré |
| 52279 | 00328 | 08/21/09 | 13976218 | 13324 | Baghdasarian, Serineh | USD | $ 470.00 | 1.00 | Revisions to request to NOD; emails to F. More; calls with Title Company. |
| 52279 | 00328 | 08/24/09 | 13990078 | 07303 | Hoxie, Deborah D. | USD | $ 630.00 | 2.00 | Telephone conferences and email exchanges regarding foreclosure pricing and issues. |
| 52279 | 00328 | 08/24/09 | 14004158 | 12070 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails; review and comment on nod and default letter, telephone call with S. Baghdasarian. |
| 52279 | 00328 | 08/25/09 | 14004807 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails; telephone call with S. Baghdasarian. |
| 52279 | 00328 | 08/28/09 | 13990011 | 13324 | Baghdasarian, Serineh | USD | $ 141.00 | 0.30 | Review Deed of Trust; revisions to letter. |
| 52279 | 00328 Total | | | | | | $ 5,520.50 | 12.90 | |
| 52279 | 00329 | 08/18/09 | 13967511 | 14349 | Radoycheva, Milena | GBP | £ 266.25 | 0.75 | Call with J. Leekha, review of facility agreements re query on security agent appointment, email. |
| 52279 | 00329 | 08/21/09 | 13967554 | 14349 | Radoycheva, Milena | GBP | £ 532.50 | 1.50 | Review of the Firebird Facility Agreement and email with reply to query in connection with change of control provisions. |
| 52279 | 00329 | 08/24/09 | 13970328 | 11808 | McArdle, Wayne PJ | GBP | £ 625.00 | 1.00 | Conference with M. Radoycheva on current position and issues. |

# Lehman Brothers Inc. Time Details
Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Date | ID | Emp. # | Timekeeper | Currency | Amount | Hours | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00329 | 08/24/09 | 13992133 | 14349 | Radoycheva, Milena | GBP | £ 355.00 | 1.00 | Internal meeting with W McArdle in connection with queries on change of control of borrower in Firebird and related matters. |
| 52279 | 00329 | 08/25/09 | 13992136 | 14349 | Radoycheva, Milena | GBP | £ 887.50 | 2.50 | Review of securitisation and underlying documents in preparation for a meeting with current owners of the Firebird borrower and incoming owners, call with J Leekha, post-meeting review of intercreditor arrangements, emails. |
| 52279 | 00329 | 08/26/09 | 13982056 | 11808 | McArdle, Wayne PJ | GBP | £ 312.50 | 0.50 | Engaged with M. Radoycheva on transfer of equity. |
| 52279 | 00329 | 08/26/09 | 13992140 | 14349 | Radoycheva, Milena | GBP | £ 390.50 | 1.10 | Internal meeting with W McArdle and review of securitisation and underlying documents in connection with ranking of B Lender. |
| 52279 | 00329 Total | | | | | | £ 3,369.25 | 8.35 | |
| 52279 | 00330 | 08/03/09 | 13930295 | 12070 | More, Farshad E. | USD | $ 228.00 | 0.40 | Exchange emails w/ S. Baghdasarian, M. Owens, D. Hoxie and N. Horsfield re: foreclosure. |
| 52279 | 00330 | 08/06/09 | 13930437 | 12070 | More, Farshad E. | USD | $ 228.00 | 0.40 | Exchange emails w/ S. Baghdasarian, M. Owens, D. Hoxie and N. Horsfield re: foreclosure. |
| 52279 | 00330 | 08/06/09 | 13930440 | 12070 | More, Farshad E. | USD | $ 114.00 | 0.20 | Exchange emails w/ S. Baghdasarian, M. Owens, D. Hoxie and N. Horsfield re: foreclosure. |
| 52279 | 00330 | 08/11/09 | 13948761 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails w/ S. Baghdasarian, M. Owens, D. Hoxie and N. Horsfield re: foreclosure. |
| 52279 | 00330 | 08/12/09 | 13948791 | 12070 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails w/ S. Baghdasarian, M. Owens, D. Hoxie and N. Horsfield re: foreclosure; prepare for foreclosure. |
| 52279 | 00330 | 08/18/09 | 13969247 | 12070 | More, Farshad E. | USD | $ 228.00 | 0.40 | Exchange emails with First American Title Company regarding notice of default. |
| 52279 | 00330 | 08/19/09 | 13967754 | 13324 | Baghdasarian, Serineh | USD | $ 235.00 | 0.50 | Review datasite documents; draft NOD request; e-mails with F. Moré |
| 52279 | 00330 | 08/20/09 | 13969278 | 12070 | More, Farshad E. | USD | $ 399.00 | 0.70 | Exchange emails with S. Baghdasarian; review Preliminary Title Report. |
| 52279 | 00330 | 08/21/09 | 13969303 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails and telephone call with S. Baghdasarian. |
| 52279 | 00330 | 08/24/09 | 14004121 | 12070 | More, Farshad E. | USD | $ 285.00 | 0.50 | Exchange emails with First American Title Company; review and comment on notice of default; telephone call with S. Baghdasarian. |
| 52279 | 00330 | 08/25/09 | 13976304 | 13324 | Baghdasarian, Serineh | USD | $ 141.00 | 0.30 | Call with D. Hoxie; revisions to NOD requests; email exchanges. |
| 52279 | 00330 | 08/25/09 | 13990185 | 07303 | Hoxie, Deborah D. | USD | $ 315.00 | 1.00 | Telephone conferences and email exchanges regarding foreclosure pricing and issues. |
| 52279 | 00330 | 08/25/09 | 14004825 | 12070 | More, Farshad E. | USD | $ 171.00 | 0.30 | Exchange emails and telephone call with S. Baghdasarian. |
| 52279 | 00330 | 08/26/09 | 13990217 | 07303 | Hoxie, Deborah D. | USD | $ 393.75 | 1.25 | Telephone conferences and email exchanges regarding final foreclosure pricing and issues; forward copy of Fidelity's quote to A. Bowditch; locate title report and email same to N. Manuel. |
| 52279 | 00330 | 08/27/09 | 13985550 | 13324 | Baghdasarian, Serineh | USD | $ 188.00 | 0.40 | Revisions to demand letter, emails to Title Company. |
| 52279 | 00330 | 08/27/09 | 14005464 | 12070 | More, Farshad E. | USD | $ 228.00 | 0.40 | Exchange emails and meet with S. Baghdasarian re: foreclosure. |
| 52279 | 00330 Total | | | | | | $ 3,780.75 | 7.85 | |
| 52279 | 00331 | 08/07/09 | 13934370 | 10772 | Thomas, Andrew S.V. | GBP | £ 62.50 | 0.10 | Review update from L. Mayhew. |
| 52279 | 00331 Total | | | | | | £ 62.50 | 0.10 | |
| | | | | | | USD | $ 142,674.75 | 283.65 | |
| | | | | | | GBP | £ 42,027.25 | 115.35 | |
| Grand Total | | | | | | | | 399.00 | |