# Lehman Brothers Inc. Cost Summary

Time Period: 8/1/2009 through 8/31/2009

| Client # | Matter # | Cost Description | Currency | Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00163 | In House Duplication | USD | $ 9.30 | | | | |
| **00163 Total** | | | | **$ 9.30** | | | | |
| 52279 | 00196 | Messenger and Courier Expense | USD | $ 12.01 | | | | |
| **00196 Total** | | | | **$ 12.01** | | | | |
| 52279 | 00202 | In House Duplication | USD | $ 6.60 | | | | |
| 52279 | 00202 | In House Duplication | USD | $ 6.60 | | | | |
| **00202 Total** | | | | **$ 13.20** | | | | |
| 52279 | 00223 | In House Duplication | USD | $ 1.70 | | | | |
| 52279 | 00223 | In House Duplication | USD | $ 1.70 | | | | |
| **00223 Total** | | | | **$ 3.40** | | | | |
| 52279 | 00229 | Telephone Charges | USD | $ 3.43 | | | | |
| **00229 Total** | | | | **$ 3.43** | | | | |
| 52279 | 00210 | In House Duplication | USD | $ 2.60 | | | | |
| **00210 Total** | | | | **$ 2.60** | | | | |
| 52279 | 00238 | In House Duplication | USD | $ 3.30 | | | | |
| **00238 Total** | | | | **$ 3.30** | | | | |
| 52279 | 00280 | On-Line Research (Lexis) | USD | $ 849.54 | | | | |
| 52279 | 00280 | In House Duplication | USD | $ 0.10 | | | | |
| 52279 | 00280 | Freight and Shipping | USD | $ 73.90 | | | | |
| 52279 | 00280 | In House Duplication | USD | $ 8.50 | | | | |
| **00280 Total** | | | | **$ 932.04** | | | | |
| 52279 | 00323 | Telephone Charges | USD | $ 7.73 | | | | |
| **00323 Total** | | | | **$ 7.73** | | | | |
| 52279 | 00324 | Messenger and Courier Expense | USD | $ 36.01 | | | | |
| 52279 | 00324 | Telephone Charges | USD | $ 0.58 | | | | |
| 52279 | 00324 | Specialized Research/Filing Fees | GBP | £ 33.71 | | | | |
| 52279 | 00324 | Travel - Taxi & Other Modes/Miles | GBP | £ 37.60 | | | | |
| **00324 Total** | | | | **$ 51.09** | | | | |
| 52279 | 00326 | Telephone Charges | GBP | £ 1.66 | | | | |
| 52279 | 00326 | In House Duplication | GBP | £ 46.34 | | | | |
| 52279 | 00326 | In House Duplication | USD | $ 8.50 | | | | |
| **00326 Total** | | | | **£ 119.31** | | | | |
| 52279 | 00328 | Freight and Shipping | USD | $ 12.90 | | | | |
| 52279 | 00328 | In House Duplication | USD | $ 0.40 | | | | |
| 52279 | 00328 | In House Duplication | USD | $ 0.20 | | | | |
| **00328 Total** | | | | **$ 13.50** | | | | |
| | | | | $ 1,057.60 | USD TOTAL | | | |
| | | | | £ 119.31 | GBP TOTAL | | | |

| | USD | | | GBP | |
|---|---|---|---|---|---|
| In House Duplication | $ 135.40 | | Travel-Taxi... | £ 37.60 | |
| Messenger and Courier | $ 48.02 | | Specialized Research | £ 33.71 | |
| Telephone Charges | $ 11.74 | | Telephone Charges | £ 1.66 | |
| On-Line Research (Lexis) | $ 849.54 | | In House Duplication | £ 46.34 | |
| Freight and Shipping | $ 12.90 | | | | |
| TOTAL | $ 1,057.60 | | | £ 119.31 | |