# EXHIBIT B

**SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY TIMEKEEPER)**

**PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN USD**

**From September 1, 2009 through January 31, 2010**

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE[*] | AMOUNT |
|---|---|---|---|---|---|---|
| Amy R. Forbes | Partner—Real Estate | 1984 CA | 6/1/1984 | 16.25 | $840 | $13,650.00 |
| Jesse Sharf | Partner—Real Estate | 1986 CA | 6/1/1986 | 11.8<br>5.0 | $890<br>$925 | $15,127.00 |
| Wayne P. McArdle | Partner—Corporate | 1995 UK | 6/16/2001 | 6.8<br>1.0 | $1,065.00<br>$1,110.00 | $8,352.00 |
| Jesse I. Shapiro | Associate—Real Estate | 2000 NJ<br>2001 NY<br>2006 CA | 9/12/2005 | 27.3<br>1.9 | $610<br>$650 | $17,888.00 |
| Samuel A. Newman | Partner—Corporate | 2001 CA | 9/4/2001 | 1.5 | $610 | $915.00 |
| Austin V. Schwing | Associate—Litigation | 2000 CA | 11/6/2000 | 23.1 | $635 | $14,668.50 |
| Janna M. Boelke | Associate—Real Estate | 2003 CA | 10/7/2003 | 2.0 | $570 | $1,140.00 |
| David S. Egdal | Associate—Real Estate | 2003 CA | 11/3/2003 | 91.0<br>33.2 | $570<br>$615 | $72,288.00 |
| Farshad E. More | Associate—Real Estate | 2003 CA | 9/2/2003 | 126.4<br>9.9 | $570<br>$615 | $78,136.50 |
| Douglas M. Champion | Associate—Real Estate | 2006 CA | 9/5/2006 | 1.7 | $470 | $799.00 |
| Erika R. Randall | Associate—Real Estate | 2006 CA | 9/5/2006 | 7.3<br>3.4 | $470<br>$515 | $5,182.00 |
| Erica H. Weber | Associate—Real Estate | 2006 CA | 11/6/2006 | 0.1 | $470 | $47.00 |
| Serineh Baghdasarian | Associate—Real Estate | 2006 CA | 9/5/2006 | 6.0 | $470 | $2,820.00 |
| Jeffrey D. Tyrrell | Associate—Real Estate | 2006 CA | 10/17/2005 | 40.0<br>0.3 | $495<br>$515 | $19,954.50 |
| Charles Patrick Floyd | Associate—Litigation | 2006 TX | 9/5/2006 | 23.8 | $470 | $11,186.00 |
| Julie A. Smith | Associate—Corporate | 2006 TX | 9/5/2006 | 11.2 | $470 | $5,264.00 |

---

[*] This column indicates rate increases as of January 1, 2010. These rate increases are based upon numerous factors, including increases in years of legal experience.

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE* | AMOUNT |
|---|---|---|---|---|---|---|
| Milena Radoycheva | Associate—Corporate | 2006 UK | 10/9/2006 | 5.0 | $600 | $3,000.00 |
| Kelsey M. Lestor | Associate—Real Estate | 2007 CA | 10/1/2007 | 16.4<br>0.2 | $400<br>$490 | $6,658.00 |
| Jeremy L. Graves | Associate—Litigation | 2007 TX | 10/6/2008 | 68.0<br>2.6 | $400<br>$490 | $28,474.00 |
| Julie Arnaoutova | Associate—Real Estate | 2007 CA | 8/6/2007 | 56.5<br>4.2 | $470<br>$515 | $28,718.00 |
| Michael A. Zellen | Associate—Real Estate | 2008 CA | 10/1/2007 | 10.0<br>0.7 | $400<br>$490 | $4,343.00 |
| Sonam Makker | Associate—Real Estate | 2008 CA | 9/2/2008 | 0.5 | $345 | $172.50 |
| Carol A. Fabrizio | Associate—Real Estate | 2008 CA | 11/3/2008 | 34.5<br>2.1 | $345<br>$415 | $12,774.00 |
| Kelly Anne Bohne | Associate—Litigation | 2008 TX | 9/2/2008 | 33.4 | $345 | $11,523.00 |
| Travis S. Souza | Associate—Corporate | 2008 TX | 9/2/2008 | 1.8 | $345 | $621.00 |
| Daniel J. Aleshire | Associate—Real Estate | 2009 CA | 11/30/2009 | 2.6 | $360 | $936.00 |
| Sarah R. Garber | Associate—Real Estate | 2009 CA | 11/16/2009 | 12.8 | $360 | $4,608.00 |
| Michael Szczurek | Associate—Real Estate | 2009 CA | 11/30/2009 | 1.3<br>1.1 | $360<br>$360 | $864.00 |
| Irene Hymanson | Senior Paralegal—Real Estate | N/A | 11/02/1987 | 0.25 | $330 | $82.50 |
| Deborah D. Hoxie | Paralegal—Real Estate | N/A | 2/15/1996 | 37.25<br>2.25 | $315<br>$330 | $12,476.25 |
| Jennifer M. Contreras | Paralegal—Bankr. | N/A | 2/23/2004 | 13.7 | $290 | $3,973.00 |
| Robert King | Corporate Research Manager—Library | N/A | 11/06/2000 | 0.5 | $185 | $92.50 |
| Bette J. Page | Research Analyst—Library | N/A | 3/03/1986 | 0.2 | $180 | $36.00 |
| **TOTAL:** | | | | **757.7** | | **$386,329.25** |

2

**PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES IN GBP**

**From September 1, 2009 through January 31, 2010**

| NAME | POSITION | YEAR ADMITTED TO BAR | DATE OF EMPLOYMENT | HOURS | RATE[*] | AMOUNT |
|---|---|---|---|---|---|---|
| Philip Rocher | Partner—Litigation | 1981 UK | 8/1/2005 | 3.2 | £625 | £2,000.00 |
| Nicholas P.B. Aleksander | Partner—Tax | 1986 UK | 2/5/2001 | 2.0 | £625 | £1,250.00 |
| Andrew S.V. Thomas | Partner—Corporate | 1990 UK | 5/1/2000 | 16.4 0.55 | £625 £625 | £10,593.75 |
| Wayne P. Mcardle | Partner—Corporate | 1995 UK | 6/16/2001 | 188.65 40.4 | £625 £625 | £143,156.25 |
| James Barabas | Partner—Corporate | 1998 UK | 1/2/2007 | 0.6 | £555 | £333.00 |
| Gregory A. Campbell | Partner—Corporate | 1999 UK 2004 NY | 6/2/2008 | 22.15 1.25 | £505 £505 | £11,817.00 |
| Niloufar Goharian | Associate—Corporate | 2000 FR 2007 UK | 10/3/2005 | 34.5 | £400 | £13,800.00 |
| Allan R. W. Neil | Associate—Litigation | 2001 UK | 10/6/2005 | 9.7 0.9 | £430 £430 | £4,558.00 |
| Michael Weir | Associate—Corporate | 2002 UK | 6/13/2005 | 156.2 | £430 | £67,166.00 |
| Milena Radoycheva | Associate—Corporate | 2006 UK | 10/9/2006 | 225.7 36.1 | £355 £355 | £92,939.00 |
| David Yoon | Associate—Corporate | 2006 UK | 9/4/2006 | 6.0 | £355 | £2,130.00 |
| Victor Campbell | Associate—Corporate | 2007 UK | 10/8/2007 | 30.75 | £335 | £10,301.25 |
| Linn Nathalie Mayhew | Associate—Corporate | 2007 UK | 1/1/2008 | 36.75 3.75 | £335 £335 | £13,567.50 |
| Stephen Thompson | Associate—Corporate | 2009 UK | 4/20/2009 | 25.25 | £295 | £7,448.75 |
| **TOTAL:** | | | | **840.8** | | **£381,060.50** |

---

[*]  This column indicates rate increases as of January 1, 2010.  These rate increases are based upon numerous factors, including increases in years of legal experience.

3