## EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENTS SOUGHT**

08-13555-mg    Doc 8381-3    Filed 04/15/10    Entered 04/15/10 23:36:51    Exhibit C
Pg 1 of 2

## ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN USD FROM SEPTEMBER 1, 2009 THROUGH JANUARY 31, 2010

| DISBURSEMENT | AMOUNT |
|---|---|
| Document Retrieval Service | $105.00 |
| Freight and Shipping | $295.95 |
| In House Duplication | $671.45 |
| Messenger and Courier Expense | $534.90 |
| On-Line Research (Lexis) | $4.99 |
| On-Line Research Nexis – Main | $131.51 |
| Postage | $0.61 |
| Searches-(UCC & Others) | $3,446.80 |
| Specialized Research/Filing Fees | $290.36 |
| Telephone Charges | $213.59 |
| **TOTAL:** | **$5,695.16** |

## ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY GIBSON, DUNN & CRUTCHER LLP IN GBP FROM SEPTEMBER 1, 2009 THROUGH JANUARY 31, 2010

| DISBURSEMENT | AMOUNT |
|---|---|
| In House Duplication | £1,014.58 |
| Meals | £21.75 |
| Messenger and Courier Expense | £32.61 |
| On-Line Research (Westlaw) | £124.71 |
| Outside Process Server | £706.20 |
| Outside Service/Consultants | £14.00 |
| Specialized Research/Filing Fees | £62.23 |
| Telephone Charges | £180.47 |
| Travel – Taxi & Other Modes/Miles | £1,733.45 |
| **TOTAL:** | **£3,890.00** |