# **EXHIBIT D**

SUMMARY OF PROFESSIONAL COMPENSATION SOUGHT (BY MATTER)

08-13555-mg    Doc 8381-4    Filed 04/15/10    Entered 04/15/10 23:36:51    Exhibit D
Pg 1 of 2

### SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED IN USD FROM SEPTEMBER 1, 2009 THROUGH JANUARY 31, 2010

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00196 | Phx Tech | 90.0 | $47,713.00 |
| 52279-00249 | Centra Las Vegas | 0.5 | $157.50 |
| 52279-00254 | Troxler | 0.1 | $47.00 |
| 52279-00263 | Centra Clark County | 0.7 | $623.00 |
| 52279-00271 | OCP | 0.7 | $329.00 |
| 52279-00280 | Suncal General | 37.75 | $22,770.50 |
| 52279-00323 | Villa Master | 13.6 | $6,688.00 |
| 52279-00324 | VCC Workout | 248.2 | $129,157.75 |
| 52279-00325 | Capstone | 8.7 | $4,330.00 |
| 52279-00328 | Crv II – Foreclosure | 5.05 | $2,815.75 |
| 52279-00330 | Re Holdings Strategy Advice | 3.05 | $1,686.75 |
| 52279-00332 | Centra | 165.75 | $87,314.50 |
| 52279-00335 | Retention and Fee Applications | 167.3 | $72,393.00 |
| 52279-00337 | Centra Pilot Restructuring | 16.4 | $10,303.50 |
| | **TOTAL** | **757.7** | **$386,329.25** |

### SUMMARY OF SERVICES BY TASK CODE FOR SERVICES RENDERED IN GBP FROM SEPTEMBER 1, 2009 THROUGH JANUARY 31, 2010

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 52279-00326 | Excalibur | 543.65 | £239,539.25 |
| 52279-00327 | 1000 Islands Mall Restructuring | 43.95 | £19,783.75 |
| 52279-00329 | Thunderbird | 21.55 | £9,742.75 |
| 52279-00331 | Silverleaf | 21.7 | £9,502.50 |
| 52279-00334 | Re Holdings Strategy Advice | 151.45 | £74,301.25 |
| 52279-00336 | Cerep III Custody Issues | 58.5 | £28,191.00 |
| | **TOTAL** | **840.8** | **£381,060.50** |