08-13555-mg    Doc 8381-6    Filed 04/15/10    Entered 04/15/10 23:36:51    Exhibit F
Pg 1 of 3

# Lehman Brothers Inc. Cost Summary
Time Period: 9/1/2009 through 1/31/2010

| Client # | Matter # | Cost Description | Currency | Amount |
|---|---|---|---|---|
| 52279 | 00078 | Searches-(UCC & Others) | USD | $ 609.00 |
| 52279 | 00078 | Filing Fees | USD | $ 238.00 |
| | **00078 Total** | | | **$ 847.00** |
| 52279 | 00196 | Messenger and Courier Expense | USD | $ 180.17 |
| 52279 | 00196 | Freight and Shipping | USD | $ 17.86 |
| 52279 | 00196 | Telephone Charges | USD | $ 62.78 |
| 52279 | 00196 | In House Duplication | USD | $ 1.90 |
| 52279 | 00196 | In House Duplication | USD | $ 5.60 |
| | **00196 Total** | | | **$ 268.31** |
| 52279 | 00231 | Telephone Charges | USD | $ 10.28 |
| 52279 | 00231 | In House Duplication | USD | $ 69.20 |
| | **00231 Total** | | | **$ 79.48** |
| 52279 | 00249 | In House Duplication | USD | $ 33.00 |
| | **00249 Total** | | | **$ 33.00** |
| 52279 | 00254 | Messenger and Courier Expense | USD | $ 6.29 |
| | **00254 Total** | | | **$ 6.29** |
| 52279 | 00280 | On-Line Research (Lexis) | USD | $ 4.97 |
| 52279 | 00280 | Telephone Charges | USD | $ 3.04 |
| | **00280 Total** | | | **$ 8.01** |
| 52279 | 00323 | Specialized Research/Filing Fees | USD | $ 31.89 |
| | **00323 Total** | | | **$ 31.89** |
| 52279 | 00324 | Specialized Research/Filing Fees | USD | $ 20.47 |
| 52279 | 00324 | Postage | USD | $ 0.61 |
| 52279 | 00324 | Messenger and Courier Expense | USD | $ 276.94 |
| 52279 | 00324 | Freight and Shipping | USD | $ 130.14 |
| 52279 | 00324 | Telephone Charges | USD | $ 102.40 |
| 52279 | 00324 | Searches-(UCC & Others) | USD | $ 1,008.80 |
| 52279 | 00324 | In House Duplication | USD | $ 235.70 |
| 52279 | 00324 | In House Duplication | USD | $ 130.85 |
| 52279 | 00324 | In House Duplication | USD | $ 139.30 |
| | **00324 Total** | | | **$ 2,045.21** |
| 52279 | 00325 | On-Line Research (Lexis) | USD | $ 0.02 |
| 52279 | 00325 | On-Line Research Nexis - Main | USD | $ 131.51 |
| | **00325 Total** | | | **$ 131.53** |
| 52279 | 00326 | Travel - Taxi & Other Modes/Miles | GBP | £ 61.49 |
| 52279 | 00326 | Outside Services/Consultants | GBP | £ 6.00 |
| 52279 | 00326 | On-Line Research (Westlaw) | GBP | £ 82.40 |
| 52279 | 00326 | Specialized Research/Filing Fees | GBP | £ 44.57 |

## Lehman Brothers Inc. Cost Summary
Time Period: 9/1/2009 through 1/31/2010

| Client # | Matter # | Cost Description | Currency | | Amount |
|---|---|---|---|---|---|
| 52279 | 00326 | Messenger and Courier Expense | GBP | £ | 11.50 |
| 52279 | 00326 | Telephone Charges | GBP | £ | 48.30 |
| 52279 | 00326 | In House Duplication | GBP | £ | 207.27 |
| **00326 Total** | | | | **£** | **461.53** |
| 52279 | 00327 | Outside Process Server | GBP | £ | 542.19 |
| 52279 | 00327 | In House Duplication | GBP | £ | 0.42 |
| 52279 | 00327 | In House Duplication | GBP | £ | 0.49 |
| **00327 Total** | | | | **£** | **543.10** |
| 52279 | 00328 | Freight and Shipping | USD | $ | 13.02 |
| **00328 Total** | | | | **$** | **13.02** |
| 52279 | 00329 | Travel - Taxi & Other Modes/Miles | GBP | £ | 58.57 |
| 52279 | 00329 | Telephone Charges | GBP | £ | 3.57 |
| **00329 Total** | | | | **£** | **62.14** |
| 52279 | 00332 | Messenger and Courier Expense | USD | $ | 71.50 |
| 52279 | 00332 | Travel - Taxi & Other Modes/Miles | USD | $ | 1,550.24 |
| 52279 | 00332 | Freight and Shipping | USD | $ | 134.93 |
| 52279 | 00332 | Outside Services/Consultants | USD | $ | 8.00 |
| 52279 | 00332 | Telephone Charges | USD | $ | 35.09 |
| 52279 | 00332 | On-Line Research (Westlaw) | USD | $ | 42.31 |
| 52279 | 00332 | Searches-(UCC & Others) | USD | $ | 1,829.00 |
| 52279 | 00332 | Document Retrieval Service | USD | $ | 105.00 |
| 52279 | 00332 | In House Duplication | USD | $ | 14.30 |
| 52279 | 00332 | In House Duplication | USD | $ | 4.20 |
| **00332 Total** | | | | **$** | **2,194.02** |
| 52279 | 00333 | Meals | GBP | £ | 21.75 |
| 52279 | 00333 | Specialized Research/Filing Fees | GBP | £ | 17.66 |
| 52279 | 00333 | Messenger and Courier Expense | GBP | £ | 21.11 |
| 52279 | 00333 | Telephone Charges | GBP | £ | 122.04 |
| 52279 | 00333 | Outside Process Server | GBP | £ | 164.01 |
| 52279 | 00333 | In House Duplication | GBP | £ | 256.41 |
| 52279 | 00333 | In House Duplication | GBP | £ | 549.99 |
| **00333 Total** | | | | **£** | **2,753.52** |
| 52279 | 00335 | In House Duplication | USD | $ | 13.70 |
| 52279 | 00335 | In House Duplication | USD | $ | 5.70 |
| 52279 | 00335 | In House Duplication | USD | $ | 18.00 |
| **00335 Total** | | | | **$** | **37.40** |
| 52279 | 00336 | Travel - Taxi & Other Modes/Miles | GBP | £ | 63.15 |
| 52279 | 00336 | Telephone Charges | GBP | £ | 6.56 |

# Lehman Brothers Inc. Cost Summary
Time Period: 9/1/2009 through 1/31/2010

| Client # | Matter # | Cost Description | Currency | Amount |
|---|---|---|---|---|
| | 00336 Total | | £ | 69.71 |
| | | $: Searches-(UCC & Others) | $ | 3,446.80 |
| | | $: Specialized Research/Filing Fees | $ | 290.36 |
| | | $: Messenger and Courier Expense | $ | 534.90 |
| | | $: Frieght and Shipping | $ | 295.95 |
| | | $: Telephone Charges | $ | 213.59 |
| | | $: In House Duplication | $ | 671.45 |
| | | $: On-Line Research (Lexis) | $ | 4.99 |
| | | $: Postage | $ | 0.61 |
| | | $: On-Line Research Nexis - Main | $ | 131.51 |
| | | $: Document Retrieval Service | $ | 105.00 |
| | | TOTAL | $ | 5,695.16 |
| | | £: Travel - Taxi & Other Modes/Miles | £ | 1,733.45 |
| | | £: Specialized Research/Filing Fees | £ | 62.23 |
| | | £: Outside Service/Consultants | £ | 14.00 |
| | | £: On-Line Research (Westlaw) | £ | 124.71 |
| | | £: Messenger and Courier Expenses | £ | 32.61 |
| | | £: Telephone Charges | £ | 180.47 |
| | | £: In House Duplication | £ | 1,014.58 |
| | | £: Outside Process Server | £ | 706.20 |
| | | £: Meals | £ | 21.75 |
| | | TOTAL | £ | 3,890.00 |