# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **SIIT EXTENDED DURATION FUND LIQUIDITING TRUST (MW# 764)** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:  Alisa Mumola<br>Telephone:  203-862-8211<br>Email: amumola@contrariancapital.com | SIIT EXTENDED DURATION FUND<br>LIQUIDITING TRUST (MW# 764)<br>SEI INSTITUTIONAL INVESTMENTS TRUST<br>EXTENDED DURATION TRUST FUND<br># 88028830<br>11766 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90025 |

**Claim No. 22330 for $7,568,232.39**
**Claim No. 44185 for $7,568,232.39**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____     Date: _____April 16, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: CONTRARIAN FUNDS, LLC

SIIT Extended Duration Fund Liquidating Trust (as assignee of SEI Institutional Investments Trust – Extended Duration Fund), a trust subject to and governed by the laws of the Commonwealth of Pennsylvania located at 1 Freedom Valley Drive, Oaks, PA 19456 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CONTRARIAN FUNDS, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the net claim of Seller against

(i) LEHMAN BROTHERS SPECIAL FINANCING INC.; and

(ii) LEHMAN BROTHERS HOLDINGS INC. (arising under a Guarantee)

each in the amount of not less than $7,568,232.39 (collectively the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of October, 2009.

SIIT Extended Duration Fund Liquidating Trust
By: SEI Global Services Inc., as Liquidation Trustee

By: _____
Name: Bernadette Sporling
Title: V.P.


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

- 10 -