UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555(JMP)

(Jointly Administered)

-------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF MITCHELL J. ALBERT

ON BEHALF OF ALBERT & WILL, LLP

STATE OF NEW YORK    )
                                         )ss:
COUNTY OF NEW YORK  )

Mitchell J. Albert, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Albert & Will, LLP located at 2601 Airport Drive, Suite 345, Torrance, California (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested, as of March 4, 2010, that the Firm provide legal services to the Debtors involving the prosecution of collection cases in arbitration and/or bankruptcy court, as required, involving outstanding amounts due and owing by former Lehman employees arising from Promissory Notes executed by said former employers, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of

whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm is not currently representing any such person in any matter in which they are adverse to Debtors and the Firm is not currently adverse to Debtors in any manner.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors do not owe anything to the firm for prepetition services.

7. If at any time the Firm should discovery any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit, if necessary.

By: _[signature]_

Subscribed and sworn to before me
This 9 day of APRIL, 2010
_[signature]_
Notary Public

ALAN A. VIEWEG
Commission # 1861957
Notary Public - California
Los Angeles County
My Comm. Expires Aug 20, 2013

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555(JMP)

(Jointly Administered)

-----------------------------------------------------------------X

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors") DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete a separate page and attach.

1. Name and address of firm:

   Mitchell J. Albert, Esq.
   Albert & Will, LLP
   2601 Airport Drive, Suite 345
   Torrance, California 90505

2. Date of retention: March 4, 2010

3. Type of services provided (accounting, legal, etc.):

   Legal/Litigation

4. Brief description of services to be provided.:

   Prosecute collection cases in arbitration and/or bankruptcy court, as required, involving outstanding amounts due and owing by former Lehman Brothers, Inc. employees arising from Promissory Notes executed by said former employees.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

    (a) Average hourly rate (if applicable):

    $300/hour

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    N/A

6. Prepetition claims against the Debtors held by the firm:

    Amount of claim: 0

    Date claim arose: N/A

    Source of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

8. Stock of the Debtors currently held by the firm: N/A

    Kind of shares: _____

    No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

2

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates and respect to the matter on which the above-named firm is to be employed.

None.

Name of individual completing this form:

Mitchell J. Albert, Esq.

3