# Exhibit B

Summary of Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Position | Total Hours Billed | Rate | Total Amount Billed | Billing Year |
|---|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal I | 74.2 | 230.00 | 17,066.00 | 2009 |
| Abdel-Nour, Francesca | N/A | Paralegal I | 5.9 | 240.00 | 1,416.00 | 2010 |
| Amanti, Lena | 2004 | Associate | 129.6 | 620.00 | 80,352.00 | 2009 |
| Amanti, Lena | 2004 | Associate | 3 | 670.00 | 2,010.00 | 2010 |
| Banvard, Honor | 2008 | Associate | 23.9 | 420.00 | 10,038.00 | 2009 |
| Bohls, Dawn | N/A | Lib. Rsrchr | 12.4 | 325.00 | 4,030.00 | 2009 |
| Bohls, Dawn | N/A | Lib. Rsrchr | 11 | 325.00 | 3,575.00 | 2010 |
| Bowers, Christopher P. | 1999 | Partner | 128 | 895.00 | 114,560.00 | 2009 |
| Bowers, Christopher P. | 1999 | Partner | 107.5 | 940.00 | 101,050.00 | 2010 |
| Bridgeman, James D. | 1981 | Partner | 91.5 | 970.00 | 88,755.00 | 2009 |
| Bridgeman, James D. | 1991 | Partner | 14 | 995.00 | 13,930.00 | 2010 |
| Brockway, David | 1972 | Partner | 95.5 | 995.00 | 95,022.50 | 2009 |
| Brockway, David | 1972 | Partner | 88.9 | 1,065.00 | 94,678.50 | 2010 |
| Buch, Ronald L. | 1993 | Partner | 53.5 | 780.00 | 41,730.00 | 2009 |
| Buch, Ronald L. | 1993 | Partner | 2.7 | 820.00 | 2,214.00 | 2010 |
| Campbell, Chad | N/A | Lit Sup Spec | 16.9 | 280.00 | 4,732.00 | 2009 |
| Campbell, Chad | N/A | Lit Sup Spec | 9.7 | 220.00 | 2,134.00 | 2010 |
| Capato, Gina M. | N/A | Paralegal V | 4.5 | 325.00 | 1,462.50 | 2009 |
| Capato, Gina M. | N/A | Paralegal V | 0.7 | 340.00 | 238.00 | 2010 |
| Currin, Alan | N/A | Lit Sup Spec | 22.6 | 325.00 | 7,345.00 | 2009 |
| Currin, Alan | N/A | Lit Sup Spec | 2.2 | 250.00 | 550.00 | 2010 |
| Desmond, Michael | 1994 | Partner | 2 | 950.00 | 1,900.00 | 2009 |
| Desmond, Michael | 1994 | Partner | 1.4 | 995.00 | 1,393.00 | 2010 |
| Dillon, Sheri A. | 1999 | Partner | 213.2 | 815.00 | 173,758.00 | 2009 |
| Dillon, Sheri A. | 1999 | Partner | 105.3 | 855.00 | 90,031.50 | 2010 |
| Farmer, Scott | 1989 | Partner | 1 | 995.00 | 995.00 | 2009 |
| Fitzgerald, Brian W. | 1981 | Partner | 1 | 785.00 | 785.00 | 2010 |
| Flickinger, Peter F. | N/A | Lit Sup Spec | 1.9 | 255.00 | 484.50 | 2009 |
| Flickinger, Peter F. | N/A | Lit Sup Spec | 1.2 | 220.00 | 264.00 | 2010 |
| Glass, Jason E. | 2009 | Associate | 24.6 | 330.00 | 8,118.00 | 2009 |
| Glass, Jason E. | 2009 | Associate | 7 | 400.00 | 2,800.00 | 2010 |
| Goldman, Gerald | 1968 | Of Counsel | 5.4 | 995.00 | 5,373.00 | 2009 |

| Timekeeper | Admission Date | Position | Total Hours Billed | Rate | Total Amount Billed | Billing Year |
|---|---|---|---|---|---|---|
| Gouwar, James A. | 1985 | Partner | 0.3 | 995.00 | 298.50 | 2010 |
| Greer, Stefanie | 2002 | Of Counsel | 16.1 | 635.00 | 10,223.50 | 2009 |
| Greer, Stefanie | 2002 | Of Counsel | 9.9 | 665.00 | 6,583.50 | 2010 |
| Hagan, Robert P. | 2007 | Associate | 9.5 | 510.00 | 4,845.00 | 2009 |
| Hensel, Jeannie H. | N/A | Con. Para | 131.9 | 325.00 | 42,867.50 | 2009 |
| Hensel, Jeannie H. | N/A | Con. Para | 49.1 | 340.00 | 16,694.00 | 2010 |
| Herald, Asa | 2002 | Counsel | 0.5 | 665.00 | 332.50 | 2009 |
| Hintmann, Brooke | 2002 | Con. Atty | 60.2 | 665.00 | 40,033.00 | 2009 |
| Hintmann, Brooke | 2002 | Con. Atty | 8.6 | 665.00 | 5,719.00 | 2010 |
| Howard, Jasper A. | 1989 | Partner | 1 | 970.00 | 970.00 | 2009 |
| Jaramillo, Victor | 2008 | Associate | 108.8 | 420.00 | 45,696.00 | 2009 |
| Jaramillo, Victor | 2008 | Associate | 10.1 | 470.00 | 4,747.00 | 2010 |
| Jewett, Susan | 1977 | Of Counsel | 1 | 950.00 | 950.00 | 2009 |
| Johnson, Jeffrey R. | 1993 | Partner | 24.6 | 730.00 | 17,958.00 | 2009 |
| Johnson, Jeffrey R. | 1993 | Partner | 7.2 | 765.00 | 5,508.00 | 2010 |
| Katcher, Bob | 1978 | Partner | 1 | 970.00 | 970.00 | 2009 |
| Katcher, Bob | 1978 | Partner | 0.3 | 995.00 | 298.50 | 2010 |
| Kehoe, Paul | N/A | Paralegal V | 52.1 | 325.00 | 16,932.50 | 2009 |
| Kehoe, Paul | N/A | Paralegal V | 14.8 | 340.00 | 5,032.00 | 2010 |
| Killian, Bryan M. | 2006 | Associate | 4 | 560.00 | 2,240.00 | 2009 |
| Killian, Bryan M. | 2006 | Associate | 7.2 | 650.00 | 4,680.00 | 2010 |
| Laughlin, Anne M. | 2008 | Associate | 0.4 | 440.00 | 176.00 | 2009 |
| Leonard, Bob | 2007 | Associate | 73.1 | 440.00 | 32,164.00 | 2009 |
| Leonard, Bob | 2007 | Associate | 123.8 | 535.00 | 66,233.00 | 2010 |
| Levin, Michelle A. | 2005 | Associate | 17.6 | 560.00 | 9,856.00 | 2009 |
| Levy, Michael | 1991 | Partner | 3.4 | 910.00 | 3,094.00 | 2010 |
| Leyva, Natan J. | 1991 | Partner | 71 | 760.00 | 53,960.00 | 2009 |
| Leyva, Natan J. | 1991 | Partner | 47.7 | 815.00 | 38,875.50 | 2010 |
| Madan, Raj | 1993 | Partner | 222.7 | 895.00 | 199,316.50 | 2009 |
| Madan, Raj | 1993 | Partner | 60.1 | 940.00 | 56,494.00 | 2010 |
| Magee, John B. | 1972 | Partner | 47.3 | 995.00 | 47,063.50 | 2009 |
| Margulies, Oren | 2006 | Associate | 137.8 | 510.00 | 70,278.00 | 2009 |
| Margulies, Oren | 2006 | Associate | 65.1 | 590.00 | 38,409.00 | 2010 |
| Martin, Elizabeth L. | 2004 | Associate | 0.2 | 670.00 | 134.00 | 2010 |
| Mears, Veronica | 2008 | Associate | 1.3 | 440.00 | 572.00 | 2009 |
| Mears, Veronica | 2008 | Associate | 1.8 | 535.00 | 963.00 | 2010 |
| Mezei, Saul | 2003 | Associate | 70 | 510.00 | 35,700.00 | 2009 |
| Mezei, Saul | 2003 | Associate | 9.3 | 580.00 | 5,394.00 | 2010 |

| Timekeeper | Admission Date | Position | Total Hours Billed | Rate | Total Amount Billed | Billing Year |
|---|---|---|---|---|---|---|
| Mohan, Anand | 2008 | Associate | 12.4 | 420.00 | 5,208.00 | 2009 |
| Mohan, Anand | 2008 | Associate | 5.5 | 470.00 | 2,585.00 | 2010 |
| Murphy, Christopher P. | 2007 | Associate | 0.2 | 510.00 | 102.00 | 2009 |
| Nelson, Will | 1972 | Partner | 0.9 | 995.00 | 895.50 | 2009 |
| Nelson, Will | 1972 | Partner | 1 | 1,065.00 | 1,065.00 | 2010 |
| Otero, Kevin | 2005 | Associate | 69.9 | 590.00 | 41,241.00 | 2009 |
| Otero, Kevin | 2005 | Associate | 58.7 | 650.00 | 38,155.00 | 2010 |
| Owens, Angela M. | N/A | Paralegal IV | 137.8 | 255.00 | 35,139.00 | 2009 |
| Owens, Angela M. | N/A | Paralegal IV | 66.3 | 265.00 | 17,569.50 | 2010 |
| Peppelman, David | 2008 | Associate | 3.1 | 440.00 | 1,364.00 | 2009 |
| Peppelman, David | 2008 | Associate | 3.1 | 535.00 | 1,658.50 | 2010 |
| Rankin, Kiara | 2007 | Associate | 283.7 | 440.00 | 124,828.00 | 2009 |
| Rankin, Kiara | 2007 | Associate | 137.1 | 535.00 | 73,348.50 | 2010 |
| Rodriguez, Michelle | N/A | Paralegal IV | 20.7 | 300.00 | 6,148.00 | 2009 |
| Rodriguez, Michelle | N/A | Paralegal IV | 9.3 | 315.00 | 2,929.50 | 2010 |
| Ross, Mark | N/A | Paralegal III | 1.9 | 295.00 | 560.50 | 2010 |
| Salmons, David B. | 1998 | Partner | 9.1 | 800.00 | 7,280.00 | 2009 |
| Salmons, David B. | 1998 | Partner | 4.5 | 765.00 | 3,442.50 | 2010 |
| Stults, Kevin R. | 2005 | Associate | 334 | 560.00 | 187,040.00 | 2009 |
| Stults, Kevin R. | 2005 | Associate | 199 | 620.00 | 123,380.00 | 2010 |
| Sweet, Charles A. | 1986 | Partner | 2.3 | 845.00 | 1,943.50 | 2009 |
| Tidwell, Royce | 2007 | Associate | 40 | 440.00 | 17,600.00 | 2009 |
| Tidwell, Royce | 2007 | Associate | 27.5 | 535.00 | 14,712.50 | 2010 |
| Trevicano, Luis | N/A | Paralegal II | 2 | 255.00 | 510.00 | 2009 |
| Wilson, Justin T. | 2007 | Associate | 125.1 | 440.00 | 55,044.00 | 2009 |
| **Subtotal of Fees** | | | **4,288.1** | | **$2,628,801.00** | |
| **Less Applicable Credit Reflected on December Monthly Statement** | | | | | **($23,309.23)** | |
| **Total** | | | | | **$2,605,491.77** | |