# Exhibit C

Summary of Hours and Fees Incurred by Category

| Category | Exhibit | Hours | Fees |
|---|---|---|---|
| 1101400001 | C1 | 36.5 | $16,488.00 |
| 1101400001 | C2 | 30.2 | $18,231.00 |
| 1101400001 | C3 | 26.4 | $14,682.00 |
| 1101400001 | C4 | 23.2 | $14,133.00 |
| 1101400015 | C1 | 20.2 | $8,414.00 |
| 1101400015 | C2 | 13.5 | $6,832.00 |
| 1101400015 | C3 | 40.1 | $22,423.50 |
| 1101400015 | C4 | 22.7 | $11,260.50 |
| 1101400382 | C1 | 67.3 | $38,123.00 |
| 1101400382 | C2 | 437 | $296,606.00 |
| 1101400382 | C3 | 33.8 | $21,234.00 |
| 1101400382 | C4 | 65.9 | $50,713.00 |
| 1101400395 | C1 | 27.7 | $19,861.50 |
| 1101400395 | C2 | 15 | $9,742.00 |
| 1101400395 | C3 | 39.7 | $27,721.00 |
| 1101400395 | C4 | 3.7 | $2,598.00 |
| 1101400397 | C3 | 0.3 | $76.50 |
| 1101400402 | C1 | 8.8 | $6,077.50 |
| 1101400402 | C2 | 16.4 | $10,760.00 |
| 1101400402 | C3 | 16.7 | $8,044.00 |
| 1101400402 | C4 | 11.6 | $7,775.50 |
| 1101400474 | C1 | 60.3 | $35,660.00 |
| 1101400474 | C2 | 105.9 | $52,953.50 |
| 1101400474 | C3 | 83.1 | $32,034.00 |
| 1101400474 | C4 | 124.9 | $80,573.00 |
| 1101400489 | C1 | 31.5 | $18,886.50 |
| 1101400489 | C2 | 4 | $2,304.00 |
| 1101400489 | C3 | 41.1 | $24,633.00 |
| 1101400489 | C4 | 8.1 | $5,647.50 |
| 1101400502 | C1 | 72 | $54,423.00 |
| 1101400502 | C2 | 106 | $85,438.00 |
| 1101400502 | C3 | 113.6 | $70,756.00 |
| 1101400502 | C4 | 212.9 | $125,317.50 |
| 1101400561 | C1 | 235.8 | $139,624.50 |
| 1101400561 | C2 | 24.3 | $9,135.00 |
| 1101400561 | C3 | 3.9 | $1,876.00 |

| Category | Exhibit | Hours | Fees |
|---|---|---|---|
| 1101400561 | C4 | 7.2 | $3,829.50 |
| 1101400667 | C1 | 26.9 | $13,567.50 |
| 1101400667 | C2 | 56.9 | $29,192.50 |
| 1101400667 | C3 | 75.1 | $39,149.00 |
| 1101400667 | C4 | 285.7 | $195,498.50 |
| 1101400750 | C1 | 10.7 | $4,670.00 |
| 1101400750 | C2 | 48.8 | $23,534.50 |
| 1101400750 | C3 | 162.1 | $80,218.50 |
| 1101400750 | C4 | 49.4 | $28,081.50 |
| 1101400798 | C2 | 0.7 | $444.50 |
| 1101400798 | C3 | 0.6 | $276.00 |
| 1101400798 | C4 | 8 | $5,495.00 |
| 1101400810 | C1 | 5.8 | $2,050.00 |
| 1101400902 | C1 | 68.8 | $32,231.00 |
| 1101400902 | C2 | 62.7 | $23,735.00 |
| 1101400902 | C3 | 117.4 | $48,500.50 |
| 1101400902 | C4 | 82.3 | $35,927.00 |
| 1101400903 | C1 | 10 | $4,211.50 |
| 1101400903 | C2 | 23.9 | $8,941.00 |
| 1101400903 | C3 | 15.7 | $6,227.00 |
| 1101400903 | C4 | 15.8 | $9,676.00 |
| 1101400910 | C1 | 6.6 | $4,493.50 |
| 1101400910 | C2 | 83.6 | $54,913.00 |
| 1101400910 | C3 | 81.6 | $47,466.00 |
| 1101400910 | C4 | 203 | $126,166.50 |
| 1101400911 | C1 | 24.4 | $19,901.50 |
| 1101400911 | C2 | 9 | $5,747.00 |
| 1101400912 | C1 | 23.6 | $13,408.50 |
| 1101400912 | C2 | 111.5 | $94,443.00 |
| 1101400912 | C3 | 211.5 | $125,091.00 |
| 1101400912 | C4 | 66.1 | $44,453.50 |
| 1101400913 | C3 | 4 | $1,856.00 |
| 1101400913 | C4 | 0.2 | $107.00 |
| 342678 | C3 | 40.8 | $35,861.00 |
| 342678 | C4 | 103.6 | $108,380.00 |
| **SUBTOTAL:** | | **4,288.10** | **$2,628,801.00** |
| **Less Applicable Credit Reflected on December Monthly Statement** | | | **($23,309.23)** |
| **TOTAL** | | | **$2,605,491.77** |