# Exhibit D

Summary of Expenses

| Expense Category | Amount |
|---|---:|
| Consulting | $42,191.00 |
| Facsimile | $117.00 |
| Filing Fee | $676.15 |
| Index/Binding | $374.25 |
| Meals: Client Meetings | $3,017.19 |
| Meals: Overtime | $52.86 |
| Messenger/Courier | $1,041.60 |
| Online Legal Research | $20,609.83 |
| Other Legal Research | $1,337.06 |
| Photocopies | $5,387.25 |
| Photocopies: Color | $3,155.15 |
| Photocopies: Outside Vendor | $439.60 |
| Teleconferencing Charges | $164.15 |
| Telephone Charge | $688.86 |
| Travel: Air Transportation | $7,083.36 |
| Travel: Ground Transportation | $3,558.13 |
| Travel: Lodging | $7,302.15 |
| Travel: Meals | $668.25 |
| Travel: Miscellaneous | $18.00 |
| Travel: Parking | $162.00 |
| Travel: Rail Transportation | $1,510.60 |
| **Subtotal of Expenses** | **99,554.44** |
| **Less Applicable Credit Reflected on November Statement** | **($2,070.74)** |
| **Total** | **$97,483.70** |