# EXHIBIT D1

Voluntary Reductions Taken on Monthly Fee Statements for the Fourth Interim Fee Period

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| A. Herald | 9/14/2009 | SeamlessWebInvNo: 570905 OrderID: 126890532 Date: 9/14/2009 23:01 OrderedBy: Herald Geordie OrderedFrom: Domino's Pizza (KStreet) (Voluntary Reduction of $10.35 taken to bring charge within Fee Committee guidelines.) | 1101400015 | 10.35 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $20 per overtime meal. | Overtime Meals |
| C. Bowers | 9/09/2009 | Travel: Rail (Matter); Washington DC to New York, NY 09 Sep 2009; Acela Train; First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. | 1101400489 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| C. Bowers | 9/10/2009 | Travel: Rail (Matter); New York, NY to Washington DC 10 Sep 2009; Acela Train; First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. | 1101400489 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| C. Bowers | 9/10/2009 | Hotel (Matter); New York, NY (9/9 thru 9/10/09) (1 night); 09 Sep 2009; 10 Sep 2009; St. Regis; Bank ID: PAYMODE Check Number: 166415. (Rate exceeded the $500 per night stay but due to nature of business and attendance at meetings it was required. Bingham has agreed to a voluntary reduction.) | 1101400489 | 353.87 | Rate exceeded $500 per night. Bingham has taken a voluntary reduction to bring cost into compliance with Fee Committee guidelines. | Travel: Lodging |

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| J. Magee | 11/18/2009 | Meals: Dinner (Matter); New York, John Magee, Nov. 18-20, 2009 ; 18 Nov 2009; Lodging; Dinner; Magee, John B Bank ID: PAYMODE Check Number: 169330 | 1101400382 | 10.22 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| J. Magee | 11/19/2009 | Meals: Breakfast (Matter); New York, John Magee, Nov. 18-20, 2009 ; 19 Nov 2009; Lodging; Breakfast; Magee, John B Bank ID: PAYMODE Check Number: 169330 | 1101400382 | 8.32 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| J. Magee | 11/20/2009 | Meals: Breakfast (Matter); New York, John Magee, Nov. 18-20, 2009 ; 20 Nov 2009; Lodging; Breakfast; Magee, John B Bank ID: PAYMODE Check Number: 169330 | 1101400382 | 10.85 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| J. Magee | 11/18/2009 | Travel: Rail (Matter); New York, John Magee, Nov. 18-20, 2009 ; 18 Nov 2009; 20 Nov 2009; Rail travel to New York; ; Magee, John B.; Washington, DC; New York, NY; AT; First Class Bank ID: PAYMODE Check Number: 169330 | 1101400382 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings.  However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| J. Wilson | 9/17/2009 | SeamlessWebInvNo: 570905 OrderID: 127196796 Date: 9/17/2009 18:31 OrderedBy: Wilson Justin OrderedFrom: Luigi's (Voluntary  Cost Reduction from $36.41 to $20 to comply with Fee Committee Guidelines) | 1101400912 | 16.41 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $20 per overtime meal. | Overtime Meals |
| K. Stults | 11/18/2009 | Meals: Dinner (Matter); New York, NY 11/18 thru 11/20/09; 18 Nov 2009; Lodging, Battery Park; In-room dinner; Stults, Kevin R Bank ID: PAYMODE Check Number: 169599 | 1101400382 | 29.25 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| K. Stults | 11/19/2009 | Meals: Breakfast (Matter); New York, NY 11/18 thru 11/20/09; 19 Nov 2009; Lodging, Battery Park; In-room breakfast; Stults, Kevin R Bank ID: PAYMODE Check Number: 169599 | 1101400382 | 14.03 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| K. Stults | 11/20/2009 | Meals: Breakfast (Matter); New York, NY 11/18 thru 11/20/09; 20 Nov 2009; Lodging, Battery Park; In-room breakfast; Stults, Kevin R Bank ID: PAYMODE Check Number: 169599 | 1101400382 | 14.03 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| K. Stults | 11/20/2009 | Travel: Rail (Matter); New York, NY 11/18 thru 11/20/09; 18 Nov 2009; 20 Nov 2009; Round trip train; ; Stults, Kevin R.; Baltimore, MD; Penn Station, NY; AT; First Class Bank ID: PAYMODE Check Number: 169599 | 1101400382 | 200.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings.  However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| K. Rankin | 10/8/2009 | Meals: Dinner (Matter); New York, NY 10/8 thru 10/10/09; 08 Oct 2009; lodging Battery Park; In-room dining; Rankin, Kiara L Bank ID: PAYMODE Check Number: 167419. (Voluntary Cost Reduction from $42.61 to $40 to comply with Fee Committee Guidelines) | 1101400561 | 2.61 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| K. Stults | 10/9/2009 | Meals: Breakfast (Matter); New York, NY 10/8 thru 10/9/09; 09 Oct 2009; Lodging, Battery Park; In-room breakfast; Stults, Kevin R Bank ID: PAYMODE Check Number: 168526 | 1101400561 | 14.03 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| L. Amanti | 11/9/2009 | Travel: Rail (Matter); Amtrak - 11/9/09; 09 Nov 2009; 09 Nov 2009; Amtrak to New Jersey; ; Amanti, Lena; Washington, DC; Newark, NJ; AT; First Class Bank ID: PAYMODE Check Number: 168542. | 1101400910 | 200.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| N. Leyva | 9/4/2009 | AmexTrav - InvDate: 9/4/2009 Departure Date: TicketNo: 3352459504 Passenger: BRIER/BRUCE Routing: AMTRAK Bank ID: 01FLDISB Check Number: 10158832 (Voluntary reduction of $100 was taken to comply with Fee Committee guidance on class of service in rail travel.) | 1101400489 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| R. Madan | 11/18/2009 | Meals: Dinner (Matter); New York, NY 18 Nov 2009; In-room dinner; Madan, Ra Bank ID: PAYMODE Check Number: 169830. Voluntary reduction taken to comply with fee committee guidelines. | 1101400382 | 39.40 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| R. Madan | 11/19/2009 | Meals: Breakfast (Matter); New York, NY 19 Nov 2009; In-room breakfast; Madan, Ra Bank ID: PAYMODE Check Number: 169830 Voluntary reduction taken to comply with fee committee guidelines. | 1101400382 | 14.03 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| R. Madan | 11/18/2009 | Travel: Rail (Matter); New York, NY 11/18 thru 11/20/09; 18 Nov 2009; 18 Nov 2009; One-way train; Upgraded to First Class to allow for private attorney conversations in preparation for Appeals Conference; Madan, Raj; Washington, DC; Penn Station, NY; AT. | 1101400382 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| K. Rankin | 1/19/2010 | Travel Meals (Matter); London, UK 1/19/10 (Voluntary Reduction of $5.20 taken to bring change in compliance with Fee Committee guidelines.) | 1101400474 | 5.20 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| K. Rankin | 1/21/2010 | Travel: Air (Matter); London, UK 1/18 through 1/21/2010; 18 Jan 2010; 21 Jan 2010; United Airlines; ; Rankin, Kiara L.; Washington, DC; London, UK; UA; Business Class (Voluntary Reduction taken of $5,830.40 to coach class fare of $2,587.20) | 1101400474 | 5,830.40 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of coach class air travel. | Travel: Air Transportation |
| R. Madan | 10/9/2009 | Meals: Breakfast (Matter); New York, NY 10/7 thru 10/9/09; 09 Oct 2009; lodging Battery Park; In room breakfast; Madan, Raj Bank ID: PAYMODE Check Number: 167351.  (Voluntary Cost Reduction from $54.03 to $40 to comply with Fee Committee Guidelines) | 1101400561 | 14.03 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| S. Dillon | 11/18/2009 | Meals: Dinner (Matter); Trip to New York - November 18-20, 2009; 18 Nov 2009; Hotel; In Room Dinner; Dillon, Sheri A Bank ID: PAYMODE Check Number: 169523 | 1101400382 | 31.98 | Bingham has taken a voluntary reduction to bring this charge in compliance with Fee Committee guidelines of $40 per meal while on travel. | Travel: Meals |
| S. Dillon | 11/20/2009 | Travel: Rail (Matter); Trip to New York - November 18-20, 2009; 18 Nov 2009; 20 Nov 2009; One way from DC to New York; One way fare from DC to NY; Dillon, Sheri A.; Economy/Coach Bank ID: PAYMODE Check Number: 169523.  Voluntary reduction taken to comply with fee committee guidelines. | 1101400382 | 100.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings.  However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |

| Name | Cost Date | Cost Description | Matter Number | Voluntary Reduction Taken on Monthly Invoice | Explanation of Voluntary Reduction | Category |
|---|---|---|---|---|---|---|
| S. Dillon | 11/9/2009 | Travel: Rail (Matter); Trip to Newark on November 9, 2009; 09 Nov 2009; 09 Nov 2009; R/T train fare from DC to Newark; R/T train fare from DC to Newark, NJ; Dillon, Sheri A.; DC; Newark, NJ; AT; First Class Bank ID: PAYMODE Check Number: 168446. | 1101400910 | 200.00 | First class rail travel was necessary in this instance to ensure privacy and allow attorneys to work while traveling in preparation for client meetings. However, to comply with Fee Committee guidelines Bingham has taken a voluntary reduction to regular Acela fare. | Travel: Rail Transportation |
| | | **Total Voluntary Reductions:** | | **7,619.01** | | |