# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### Office: Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone 516-741-2585
### Facsimile 516-622-9434

BY ELECTRONIC FILING AND
BY FIRST CLASS MAIL

April 16, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:   **Debtor: BNC Mortgage LLC**
               **Bankruptcy Case No.: 08-13555 (jmp)**
               **Chapter 11**

Dear Sirs/Madam:

  Our office represents Property Asset Management Inc., a secured creditor of the above referenced Debtor. We submitted a Motion for Relief from the Automatic Stay, scheduled for May 12, 2010.

      With regard to the above referenced case, kindly allow this letter to confirm that we have withdrawn our Motion.

      Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Patrick Lamberti
Paralegal

*Please see attached Servicer List*