## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Examiner for October 1, 2009 - January 31, 2010

## ATTORNEYS

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 1968 | 2009 | 925 | 332.4 | $307,470.00 |
| Partner | Anton R. Valukas | 1968 | 2010 | 975 | 194.9 | $190,027.50 |
| Partner | Stephen L. Ascher | 1991 | 2009 | 750 | 439.2 | $329,400.00 |
| Partner | Stephen L. Ascher | 1991 | 2010 | 775 | 141.4 | $109,585.00 |
| Partner | Matt D. Basil | 1997 | 2009 | 575 | 577.0 | $331,775.00 |
| Partner | Matt D. Basil | 1997 | 2010 | 600 | 320.7 | $192,420.00 |
| Partner | Robert L. Byman | 1970 | 2009 | 800 | 580.1 | $464,080.00 |
| Partner | Robert L. Byman | 1970 | 2010 | 850 | 310.6 | $264,010.00 |
| Partner | Timothy J. Chorvat | 1986 | 2009 | 625 | 336.0 | $210,000.00 |
| Partner | Timothy J. Chorvat | 1986 | 2010 | 650 | 137.3 | $89,245.00 |
| Partner | David W. DeBruin | 1980 | 2009 | 750 | 115.1 | $86,325.00 |
| Partner | David W. DeBruin | 1980 | 2010 | 775 | 9.9 | $7,672.50 |
| Partner | Larry P. Ellsworth | 1973 | 2009 | 700 | 2.8 | $1,960.00 |
| Partner | Jerome L. Epstein | 1986 | 2009 | 700 | 312.1 | $218,470.00 |
| Partner | Jerome L. Epstein | 1986 | 2010 | 725 | 197.9 | $143,477.50 |
| Partner | Gabriel A. Fuentes | 1993 | 2009 | 575 | 197.5 | $113,562.50 |
| Partner | Gabriel A. Fuentes | 1993 | 2010 | 590 | 127.0 | $74,930.00 |
| Partner | Marc B. Hankin | 1992 | 2009 | 725 | 672.2 | $487,345.00 |
| Partner | Marc B. Hankin | 1992 | 2010 | 750 | 262.0 | $196,500.00 |
| Partner | William D. Heinz | 1973 | 2010 | 825 | 11.9 | $9,817.50 |
| Partner | Katya Jestin | 1996 | 2009 | 675 | 151.2 | $102,060.00 |
| Partner | Katya Jestin | 1996 | 2010 | 700 | 122.8 | $85,960.00 |
| Partner | Carter H. Klein | 1972 | 2010 | 675 | 9.0 | $6,075.00 |
| Partner | Tobias L. Knapp | 1998 | 2009 | 675 | 72.8 | $49,140.00 |
| Partner | C. John Koch | 1981 | 2010 | 775 | 3.3 | $2,557.50 |
| Partner | David C. Layden | 1993 | 2009 | 575 | 507.4 | $291,755.00 |
| Partner | David C. Layden | 1993 | 2010 | 600 | 323.7 | $194,220.00 |
| Partner | Vincent E. Lazar | 1990 | 2009 | 700 | 343.9 | $240,730.00 |
| Partner | Vincent E. Lazar | 1990 | 2010 | 750 | 277.2 | $207,900.00 |
| Partner | Michael K. Lowman | 1993 | 2009 | 600 | 0.9 | $540.00 |
| Partner | James T. Malysiak | 1973 | 2009 | 625 | 506.2 | $316,375.00 |

---

[1] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Attorney Time amount.

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Partner | James T. Malysiak | 1973 | 2010 | 650 | 207.1 | $134,615.00 |
| Partner | Ronald L. Marmer | 1977 | 2009 | 900 | 232.3 | $209,070.00 |
| Partner | Ronald L. Marmer | 1977 | 2010 | 925 | 48.5 | $44,862.50 |
| Partner | Heather D. McArn | 1992 | 2009 | 550 | 550.1 | $302,555.00 |
| Partner | Heather D. McArn | 1992 | 2010 | 575 | 293.2 | $168,590.00 |
| Partner | John J. Molenda | 1999 | 2009 | 550 | 564.8 | $310,640.00 |
| Partner | John J. Molenda | 1999 | 2010 | 580 | 211.0 | $122,380.00 |
| Partner | Daniel R. Murray | 1970 | 2009 | 800 | 270.1 | $216,180.00 |
| Partner | Daniel R. Murray | 1970 | 2010 | 850 | 272.3 | $231,455.00 |
| Partner | Thomas C. Newkirk | 1966 | 2009 | 850 | 146.5 | $124,525.00 |
| Partner | Thomas C. Newkirk | 1966 | 2010 | 875 | 85.4 | $74,725.00 |
| Partner | Robert S. Osborne | 1979 | 2010 | 950 | 9.0 | $8,550.00 |
| Partner | Adam Petravicius | 1995 | 2010 | 675 | 1.0 | $675.00 |
| Partner | Suzanne J. Prysak | 1997 | 2009 | 575 | 582.4 | $334,880.00 |
| Partner | Suzanne J. Prysak | 1997 | 2010 | 600 | 152.2 | $91,320.00 |
| Partner | Catherine L. Steege | 1982 | 2009 | 725 | 32.1 | $23,272.50 |
| Partner | Catherine L. Steege | 1982 | 2010 | 775 | 67.8 | $52,545.00 |
| Partner | Howard S. Suskin | 1983 | 2009 | 750 | 0.5 | $375.00 |
| Partner | Howard S. Suskin | 1983 | 2010 | 775 | 18.0 | $13,950.00 |
| Partner | William L. Tolbert | 1988 | 2009 | 900 | 48.5 | $43,650.00 |
| Partner | William L. Tolbert | 1988 | 2010 | 925 | 15.2 | $14,060.00 |
| Partner | Seth A. Travis | 1996 | 2009 | 575 | 48.3 | $27,772.50 |
| Partner | Seth A. Travis | 1996 | 2010 | 575 | 50.3 | $28,922.50 |
| Partner | Patrick J. Trostle | 1992 | 2009 | 725 | 598.1 | $433,622.50 |
| Partner | Patrick J. Trostle | 1992 | 2010 | 750 | 275.5 | $206,625.00 |
| Partner | Andrew Weissmann | 1985 | 2009 | 900 | 5.5 | $4,950.00 |
| Partner | Elaine Wolff | 1979 | 2009 | 700 | 29.9 | $20,930.00 |
| Partner | Richard F. Ziegler | 1976 | 2009 | 900 | 9.0 | $8,100.00 |
| Partner | Richard F. Ziegler | 1976 | 2010 | 950 | 6.4 | $6,080.00 |
| **Partner Total** | | | | | **12,427.4** | **$8,585,262.50** |
| Of Counsel | Ronald DeKoven | 1968 | 2009 | 925 | 31.9 | $29,507.50 |
| Of Counsel | Ronald DeKoven | 1968 | 2010 | 925 | 3.6 | $3,330.00 |
| Of Counsel | Brent E. Kidwell | 1993 | 2009 | 525 | 6.3 | $3,307.50 |
| Of Counsel | Brent E. Kidwell | 1993 | 2010 | 525 | 1.2 | $630.00 |
| Staff Attorney | Laura B. Duchesne | 2006 | 2010 | 235 | 17.0 | $3,995.00 |

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Staff Attorney | Edward P. McKenna | 2003 | 2009 | 280 | 619.4 | $173,432.00 |
| Staff Attorney | Edward P. McKenna | 2003 | 2010 | 315 | 345.9 | $108,958.50 |
| **Of Counsel/Staff Attorney Total** | | | | | **1,025.3** | **$323,160.50** |
| Associate | Anne M. Alexander | 2008 | 2009 | 325 | 81.7 | $26,552.50 |
| Associate | Anne M. Alexander | 2008 | 2010 | 370 | 92.3 | $34,151.00 |
| Associate | Angela M. Allen | 2008 | 2009 | 325 | 306.2 | $99,515.00 |
| Associate | Angela M. Allen | 2008 | 2010 | 370 | 193.6 | $71,632.00 |
| Associate | Sarah S. Ansari | 2009 | 2010 | 325 | 18.5 | $6,012.50 |
| Associate | Thomas G. Appleman | 2009 | 2010 | 325 | 39.1 | $12,707.50 |
| Associate | Anna L. Barreiro | 2009 | 2010 | 325 | 19.6 | $6,370.00 |
| Associate | Chad E. Bell | 2006 | 2009 | 400 | 130.7 | $52,280.00 |
| Associate | Chad E. Bell | 2006 | 2010 | 445 | 120.1 | $53,444.50 |
| Associate | Christine P. Benavente | 2009 | 2010 | 325 | 24.4 | $7,930.00 |
| Associate | Sofia E. Biller | 2008 | 2009 | 325 | 814.5 | $264,712.50 |
| Associate | Sofia E. Biller | 2008 | 2010 | 370 | 333.2 | $123,284.00 |
| Associate | Anthony B. Borich | 2009 | 2010 | 325 | 72.6 | $23,595.00 |
| Associate | Cori F. Brown | 2005 | 2009 | 400 | 51.7 | $20,680.00 |
| Associate | Eric P. Brown | 2009 | 2009 | 325 | 485.4 | $157,755.00 |
| Associate | Eric P. Brown | 2009 | 2010 | 370 | 250.5 | $92,685.00 |
| Associate | Stephen R. Brown | 2008 | 2010 | 370 | 21.8 | $8,066.00 |
| Associate | Jessica A. Burke | 2008 | 2009 | 325 | 48.2 | $15,665.00 |
| Associate | Adam M. Caldwell | 2009 | 2010 | 325 | 20.5 | $6,662.50 |
| Associate | Penelope P. Campbell | 2009 | 2010 | 325 | 20.0 | $6,500.00 |
| Associate | Erin K. Cannon | 2009 | 2010 | 370 | 10.8 | $3,996.00 |
| Associate | Walter H. Chen | 2010 | 2010 | 370 | 133.8 | $49,506.00 |
| Associate | Anjan Choudhury | 2004 | 2009 | 475 | 654.7 | $310,982.50 |
| Associate | Anjan Choudhury | 2004 | 2010 | 510 | 192.1 | $97,971.00 |
| Associate | Tiffany E. Clements | 2008 | 2009 | 325 | 474.6 | $154,245.00 |
| Associate | Tiffany E. Clements | 2008 | 2010 | 370 | 163.8 | $60,606.00 |
| Associate | Jonathan D. Conley | 2008 | 2009 | 325 | 494.6 | $160,745.00 |
| Associate | Jonathan D. Conley | 2008 | 2010 | 370 | 156.2 | $57,794.00 |
| Associate | Angela L. Davis | 2009 | 2009 | 325 | 12.6 | $4,095.00 |
| Associate | Angela L. Davis | 2009 | 2010 | 325 | 19.0 | $6,175.00 |
| Associate | Matthew R. Devine | 2004 | 2009 | 475 | 481.2 | $228,570.00 |
| Associate | Matthew R. Devine | 2004 | 2010 | 510 | 215.3 | $109,803.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 2009 | 370 | 150.4 | $55,648.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 2010 | 400 | 5.9 | $2,360.00 |

08-13555-mg    Doc 8404-2    Filed 04/16/10    Entered 04/16/10 15:59:36    Exhibit B
Pg 5 of 10

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Irina Y. Dmitrieva | 2003 | 2009 | 495 | 197.2 | $97,614.00 |
| Associate | Irina Y. Dmitrieva | 2003 | 2010 | 540 | 73.6 | $39,744.00 |
| Associate | Brandon J. Dodgen | 2008 | 2009 | 325 | 71.8 | $23,335.00 |
| Associate | Robert E. Downey | 2006 | 2009 | 400 | 33.4 | $13,360.00 |
| Associate | Joseph R. Dunn | 2009 | 2010 | 325 | 16.4 | $5,330.00 |
| Associate | Genevieve J. Essig | 2009 | 2010 | 325 | 18.3 | $5,947.50 |
| Associate | Daniel T. Fenske | 2008 | 2009 | 325 | 163.4 | $53,105.00 |
| Associate | Daniel T. Fenske | 2008 | 2010 | 370 | 212.3 | $78,551.00 |
| Associate | Kristina Filipovich | 2008 | 2009 | 370 | 409.1 | $151,367.00 |
| Associate | Kristina Filipovich | 2008 | 2010 | 400 | 258.7 | $103,480.00 |
| Associate | Grant R. Folland | 2008 | 2009 | 325 | 504.4 | $163,930.00 |
| Associate | Grant R. Folland | 2008 | 2010 | 370 | 220.8 | $81,696.00 |
| Associate | Ilya Fradkin | 2006 | 2009 | 425 | 703.3 | $298,902.50 |
| Associate | Ilya Fradkin | 2006 | 2010 | 445 | 275.6 | $122,642.00 |
| Associate | Anne M. Gardner | 2008 | 2009 | 325 | 208.6 | $67,795.00 |
| Associate | Michelle A. Groman | 2006 | 2009 | 435 | 445.0 | $193,575.00 |
| Associate | Michelle A. Groman | 2006 | 2010 | 490 | 96.1 | $47,089.00 |
| Associate | Gabriel A. Gutierrez | 2009 | 2010 | 325 | 12.8 | $4,160.00 |
| Associate | Drew R. Haase | 2009 | 2010 | 325 | 12.8 | $4,160.00 |
| Associate | Sarah E. Haddy | 2009 | 2010 | 325 | 4.3 | $1,397.50 |
| Associate | Sean C. Herring | 2005 | 2009 | 435 | 432.2 | $188,007.00 |
| Associate | Melissa M. Hinds | 2003 | 2009 | 495 | 60.5 | $29,947.50 |
| Associate | Hayley E. Horowitz | Not Yet Admitted | 2010 | 325 | 19.9 | $6,467.50 |
| Associate | Justin A. Houppert | 2007 | 2010 | 400 | 7.3 | $2,920.00 |
| Associate | Kaija K. Hupila | 2008 | 2009 | 325 | 375.9 | $122,167.50 |
| Associate | Kaija K. Hupila | 2008 | 2010 | 370 | 266.3 | $98,531.00 |
| Associate | David E. Hutchinson | 2009 | 2010 | 325 | 16.9 | $5,492.50 |
| Associate | Precious S. Jacobs | 2009 | 2009 | 325 | 21.1 | $6,857.50 |
| Associate | Precious S. Jacobs | 2009 | 2010 | 325 | 18.9 | $6,142.50 |
| Associate | Omar Jafri | 2008 | 2009 | 325 | 573.8 | $186,485.00 |
| Associate | Omar Jafri | 2008 | 2010 | 370 | 151.1 | $55,907.00 |
| Associate | Stacy S. Jakobe | 2003 | 2009 | 525 | 136.6 | $71,715.00 |
| Associate | Stacy S. Jakobe | 2003 | 2010 | 540 | 83.6 | $45,144.00 |
| Associate | Marc A. Katz | 2009 | 2010 | 325 | 12.6 | $4,095.00 |
| Associate | Michael J. Kelly | 2006 | 2010 | 445 | 77.3 | $34,398.50 |
| Associate | Andrew D. Kennedy | 2008 | 2009 | 325 | 404.2 | $131,365.00 |
| Associate | Andrew D. Kennedy | 2008 | 2010 | 370 | 197.7 | $73,149.00 |

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Travis A. Kennedy | 2009 | 2010 | 325 | 71.7 | $23,302.50 |
| Associate | Stephen Kang Kinslow | 2006 | 2009 | 400 | 409.4 | $163,760.00 |
| Associate | Gregory S. Knudsen | 2008 | 2009 | 325 | 252.9 | $82,192.50 |
| Associate | Gregory S. Knudsen | 2008 | 2010 | 370 | 76.1 | $28,157.00 |
| Associate | Andrew Kopelman | 2006 | 2009 | 425 | 702.3 | $298,477.50 |
| Associate | Andrew Kopelman | 2006 | 2010 | 445 | 246.0 | $109,470.00 |
| Associate | Matthew R. Kopp | 2008 | 2009 | 325 | 165.1 | $53,657.50 |
| Associate | Matthew R. Kopp | 2008 | 2010 | 370 | 8.5 | $3,145.00 |
| Associate | Rodney L. Lewis | 2005 | 2009 | 400 | 483.8 | $193,520.00 |
| Associate | Rodney L. Lewis | 2005 | 2010 | 445 | 309.2 | $137,594.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 2009 | 370 | 245.1 | $90,687.00 |
| Associate | Elizabeth L. Liebschutz | 2008 | 2010 | 400 | 79.6 | $31,840.00 |
| Associate | Mark A. Lightner | 2007 | 2009 | 370 | 543.6 | $201,132.00 |
| Associate | Mark A. Lightner | 2007 | 2010 | 400 | 262.3 | $104,920.00 |
| Associate | Matthew J. Mason | 2008 | 2009 | 325 | 437.4 | $142,155.00 |
| Associate | Matthew J. Mason | 2008 | 2010 | 370 | 118.7 | $43,919.00 |
| Associate | Asha V. Mathai | 2003 | 2009 | 400 | 50.9 | $20,360.00 |
| Associate | Alexander J. May | 2009 | 2010 | 325 | 19.2 | $6,240.00 |
| Associate | Douglas F. McMeyer | 2007 | 2010 | 370 | 10.4 | $3,848.00 |
| Associate | Sarah R. McNally | 2008 | 2009 | 325 | 548.3 | $178,197.50 |
| Associate | Sarah R. McNally | 2008 | 2010 | 370 | 247.1 | $91,427.00 |
| Associate | Christopher Meservy | 2008 | 2009 | 325 | 586.7 | $190,677.50 |
| Associate | Christopher Meservy | 2008 | 2010 | 370 | 182.8 | $67,636.00 |
| Associate | Deanne B. Millison | 2008 | 2009 | 325 | 353.7 | $114,952.50 |
| Associate | Deanne B. Millison | 2008 | 2010 | 370 | 160.3 | $59,311.00 |
| Associate | Andrew J. Olejnik | 2004 | 2009 | 475 | 325.3 | $154,517.50 |
| Associate | Andrew J. Olejnik | 2004 | 2010 | 510 | 198.8 | $101,388.00 |
| Associate | Andrea C. Otto-Classon | 2008 | 2009 | 325 | 437.5 | $142,187.50 |
| Associate | Andrea C. Otto-Classon | 2008 | 2010 | 370 | 198.6 | $73,482.00 |
| Associate | William E. Parker | 2007 | 2009 | 370 | 295.6 | $109,372.00 |
| Associate | William E. Parker | 2007 | 2010 | 400 | 38.2 | $15,280.00 |
| Associate | Brij B. Patnaik | 2009 | 2010 | 325 | 21.4 | $6,955.00 |
| Associate | Laura E. Pelanek | 2004 | 2009 | 475 | 493.6 | $234,460.00 |
| Associate | Laura E. Pelanek | 2004 | 2010 | 510 | 255.9 | $130,509.00 |
| Associate | Tarsha A. Phillibert | 2006 | 2009 | 400 | 685.9 | $274,360.00 |
| Associate | Tarsha A. Phillibert | 2006 | 2010 | 445 | 268.2 | $119,349.00 |
| Associate | Keith V. Porapaiboon | 2002 | 2009 | 525 | 472.8 | $248,220.00 |

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Keith V. Porapaiboon | 2002 | 2010 | 540 | 226.8 | $122,472.00 |
| Associate | John M. Power | 2008 | 2009 | 325 | 472.7 | $153,627.50 |
| Associate | John M. Power | 2008 | 2010 | 370 | 147.1 | $54,427.00 |
| Associate | Joshua Rafsky | 2005 | 2010 | 490 | 5.8 | $2,842.00 |
| Associate | Landon S. Raiford | 2008 | 2010 | 370 | 38.5 | $14,245.00 |
| Associate | Jonathan W. Riley | 2009 | 2010 | 325 | 18.7 | $6,077.50 |
| Associate | Adam C.G. Ringguth | 2008 | 2009 | 325 | 449.3 | $146,022.50 |
| Associate | Adam C.G. Ringguth | 2008 | 2010 | 370 | 98.5 | $36,445.00 |
| Associate | Aaron-Michael H. Sapp | 2008 | 2009 | 325 | 617.9 | $200,817.50 |
| Associate | Aaron-Michael H. Sapp | 2008 | 2010 | 370 | 263.7 | $97,569.00 |
| Associate | Shorge K. Sato | 2002 | 2009 | 495 | 559.2 | $276,804.00 |
| Associate | Shorge K. Sato | 2002 | 2010 | 540 | 170.3 | $91,962.00 |
| Associate | David P. Saunders | 2007 | 2010 | 400 | 9.7 | $3,880.00 |
| Associate | Trevor F. Schrage | 2008 | 2009 | 325 | 534.2 | $173,615.00 |
| Associate | Trevor F. Schrage | 2008 | 2010 | 370 | 186.6 | $69,042.00 |
| Associate | Eric J. Schwab | 2007 | 2009 | 370 | 450.9 | $166,833.00 |
| Associate | Eric J. Schwab | 2007 | 2010 | 400 | 143.1 | $57,240.00 |
| Associate | Anwar T. Shatat | 2006 | 2010 | 445 | 10.7 | $4,761.50 |
| Associate | Michele L. Slachetka | 2008 | 2009 | 325 | 156.3 | $50,797.50 |
| Associate | Michele L. Slachetka | 2008 | 2010 | 370 | 176.8 | $65,416.00 |
| Associate | Valery K. Slosman | 2008 | 2009 | 325 | 128.7 | $41,827.50 |
| Associate | Sarah F. Terman | 2008 | 2009 | 325 | 423.0 | $137,475.00 |
| Associate | Sarah F. Terman | 2008 | 2010 | 370 | 106.8 | $39,516.00 |
| Associate | Adam G. Unikowsky | 2008 | 2009 | 370 | 22.0 | $8,140.00 |
| Associate | Adam G. Unikowsky | 2008 | 2010 | 400 | 46.9 | $18,760.00 |
| Associate | Andrew W. Vail | 2003 | 2009 | 495 | 274.7 | $135,976.50 |
| Associate | Andrew W. Vail | 2003 | 2010 | 540 | 209.3 | $113,022.00 |
| Associate | Krishanti Vignarajah | 2009 | 2010 | 370 | 165.1 | $61,087.00 |
| Associate | Richard M. Wallace | 2008 | 2009 | 325 | 261.9 | $85,117.50 |
| Associate | Richard M. Wallace | 2008 | 2010 | 370 | 85.7 | $31,709.00 |
| Associate | William P. Wallenstein | 2006 | 2009 | 400 | 404.3 | $161,720.00 |
| Associate | William P. Wallenstein | 2006 | 2010 | 445 | 135.6 | $60,342.00 |
| Associate | Chelsea L. Warren | 2009 | 2010 | 325 | 68.3 | $22,197.50 |
| Associate | Erinn L. Wehrman | 2003 | 2009 | 495 | 88.0 | $43,560.00 |
| Associate | Daniel I. Weiner | 2006 | 2010 | 490 | 5.0 | $2,450.00 |
| Associate | Benjamin P. Wieck | 2006 | 2010 | 445 | 9.1 | $4,049.50 |
| Associate | Brian J. Wilson | 2007 | 2009 | 370 | 58.5 | $21,645.00 |

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Fee Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|---|
| Associate | Brian J. Wilson | 2007 | 2010 | 400 | 16.4 | $6,560.00 |
| Associate | Thomas M. Winegar | 2008 | 2009 | 325 | 596.8 | $193,960.00 |
| Associate | Thomas M. Winegar | 2008 | 2010 | 370 | 112.4 | $41,588.00 |
| Associate | Jacob P. Zipfel | 2008 | 2009 | 325 | 563.7 | $183,202.50 |
| Associate | Jacob P. Zipfel | 2008 | 2010 | 370 | 310.4 | $114,848.00 |
| **Associate Total** | | | | | **32,195.7** | **$12,392,976.00** |
| **Total Attorney Time** | | | | | **45,648.4** | **$21,301,399.00** |
| **Less 10% Reduction** | | | | | | **($2,130,139.90)** |
| **Total Attorney Time at Reduced Rate** | | | | | | **$19,171,259.10** |
| **Blended Hourly Rate for Attorneys** | | | | | | **$419.98** |

PARAPROFESSIONALS

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 2009 | 270 | 109.4 | $29,538.00 |
| Senior Paralegal | Michael H. Matlock | 2010 | 275 | 36.6 | $10,065.00 |
| Senior Paralegal | Shawn K. McGee | 2009 | 270 | 33.7 | $9,099.00 |
| Senior Paralegal | Shawn K. McGee | 2010 | 275 | 18.5 | $5,087.50 |
| Senior Paralegal | Cheryl L. Olson | 2009 | 270 | 1.9 | $513.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | 255 | 607.6 | $154,938.00 |
| Senior Paralegal | Christopher R. Ward | 2010 | 255 | 301.1 | $76,780.50 |
| Technology Ass't | Daniel Biemer | 2009 | 275 | 44.5 | $12,237.50 |
| Technology Ass't | Kelly A. Laughran | 2009 | 275 | 13.6 | $3,740.00 |
| Technology Ass't | Kelly A. Laughran | 2010 | 275 | 11.5 | $3,162.50 |
| Technology Ass't | Lory I. Manheimer | 2009 | 275 | 462.0 | $127,050.00 |
| Technology Ass't | Lory I. Manheimer | 2010 | 275 | 196.9 | $54,147.50 |
| Technology Ass't | Zulaikha Master | 2009 | 275 | 276.9 | $76,147.50 |
| Technology Ass't | Zulaikha Master | 2010 | 275 | 132.9 | $36,547.50 |
| Technology Ass't | Robert R. Ohton, Jr. | 2009 | 275 | 14.0 | $3,850.00 |
| Paralegal | Lamia K. Azize | 2009 | 270 | 113.6 | $30,672.00 |
| Paralegal | Lamia K. Azize | 2010 | 270 | 115.5 | $31,185.00 |
| Paralegal | Wenette Belcher | 2009 | 255 | 266.4 | $67,932.00 |
| Paralegal | Wenette Belcher | 2010 | 255 | 190.4 | $48,552.00 |

---

[2] These rates do not reflect the 10% reduction in the standard hourly rates. The 10% reduction is applied to the Total Paraprofessional Time amount.

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Jeanne C. Haske | 2009 | 255 | 13.4 | $3,417.00 |
| Paralegal | Jeanne C. Haske | 2010 | 255 | 49.6 | $12,648.00 |
| Paralegal | Micah B. Horan | 2009 | 270 | 152.2 | $41,094.00 |
| Paralegal | Micah B. Horan | 2010 | 270 | 41.6 | $11,232.00 |
| Paralegal | W. Michael Hughes | 2009 | 230 | 61.0 | $14,030.00 |
| Paralegal | W. Michael Hughes | 2010 | 230 | 61.6 | $14,168.00 |
| Paralegal | Cleopatra S. Murray | 2009 | 230 | 139.6 | $32,108.00 |
| Paralegal | Cleopatra S. Murray | 2010 | 230 | 52.1 | $11,983.00 |
| Paralegal | Jeffrey K. Phillips | 2009 | 230 | 122.0 | $28,060.00 |
| Paralegal | Jeffrey K. Phillips | 2010 | 230 | 190.9 | $43,907.00 |
| Paralegal | Aubrey L. Rettig | 2009 | 255 | 209.7 | $53,473.50 |
| Paralegal | Aubrey L. Rettig | 2010 | 255 | 165.6 | $42,228.00 |
| Paralegal | Shannon R. Roberts | 2009 | 220 | 121.8 | $26,796.00 |
| Paralegal | Shannon R. Roberts | 2010 | 220 | 83.1 | $18,282.00 |
| Paralegal | Mark R. Scholl | 2009 | 270 | 346.1 | $93,447.00 |
| Paralegal | Mark R. Scholl | 2010 | 270 | 168.9 | $45,603.00 |
| Paralegal | Julie H. Shaw | 2009 | 255 | 5.0 | $1,275.00 |
| Paralegal | Julie H. Shaw | 2010 | 255 | 124.1 | $31,645.50 |
| Project Assistant | Catherine L. Chu | 2010 | 160 | 49.6 | $7,936.00 |
| Project Assistant | Emily A. Flores | 2009 | 160 | 483.9 | $77,424.00 |
| Project Assistant | Emily A. Flores | 2010 | 160 | 240.0 | $38,400.00 |
| Project Assistant | Casey J. Gioielli | 2009 | 170 | 45.4 | $7,718.00 |
| Project Assistant | Casey J. Gioielli | 2010 | 170 | 19.9 | $3,383.00 |
| Project Assistant | Arjumand Hamid | 2009 | 160 | 4.0 | $640.00 |
| Project Assistant | Jonathan Hollis | 2009 | 160 | 19.9 | $3,184.00 |
| Project Assistant | Omar N. Khan | 2009 | 170 | 3.5 | $595.00 |
| Project Assistant | Yong Joon Lee | 2009 | 160 | 129.4 | $20,704.00 |
| Project Assistant | Yong Joon Lee | 2010 | 160 | 151.4 | $24,224.00 |
| Project Assistant | Alexander S. Malson | 2009 | 160 | 6.3 | $1,008.00 |
| Project Assistant | Alexander S. Malson | 2010 | 160 | 25.2 | $4,032.00 |
| Project Assistant | Marc A. Patterson | 2010 | 170 | 6.4 | $1,088.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | 160 | 195.6 | $31,296.00 |
| Project Assistant | Gretchen J. Pinnick | 2010 | 160 | 134.6 | $21,536.00 |
| Project Assistant | Panagiota Ramos | 2009 | 170 | 91.9 | $15,623.00 |
| Project Assistant | Panagiota Ramos | 2010 | 170 | 110.3 | $18,751.00 |
| Project Assistant | Alexander M. Righi | 2009 | 160 | 337.5 | $54,000.00 |
| Project Assistant | Alexander M. Righi | 2010 | 160 | 195.4 | $31,264.00 |

8

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Fee Year | Rate[2] | Hours | Amount |
|---|---|---|---|---|---|
| Project Assistant | Jonathan W. Striegel | 2010 | 170 | 17.2 | $2,924.00 |
| Project Assistant | Adrienne P. Thacher | 2009 | 160 | 8.8 | $1,408.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | 160 | 31.3 | $5,008.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | 170 | 298.8 | $50,796.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | 170 | 122.0 | $20,740.00 |
| Project Assistant | Lauren E. Wang | 2009 | 160 | 129.5 | $20,720.00 |
| Project Assistant | Lauren E. Wang | 2010 | 160 | 40.4 | $6,464.00 |
| **Total Paraprofessional Time** | | | | **7,953.5** | **$1,777,507.50** |
| **Less 10% Reduction** | | | | | **$177,750.75** |
| **Total Paraprofessional Time at Reduced Rate** | | | | | **$1,599,756.75** |

9