# EXHIBIT C

Summary by Project Matters

Exhibit C
Summary by Project Matters

### Schedules of Fees by Project Matter

## MATTER NUMBER 10012  CASE ADMINISTRATION

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Daniel R. Murray | 2009 | $800.00 | 3.6 | $2,980.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 0.9 | $652.50 |
| Associate | Jessica A. Burke | 2009 | $325.00 | 12.5 | $4,062.50 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 11.4 | $5,415.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 5.2 | $2,652.00 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 0.1 | $40.00 |
| Senior Paralegal | Shawn K. McGee | 2009 | $270.00 | 0.5 | $135.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 2.0 | $510.00 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 0.5 | $135.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 1.3 | $331.50 |
| Paralegal | Jeanne C. Haske | 2010 | $255.00 | 1.2 | $306.00 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 1.0 | $230.00 |
| Paralegal | Jeffrey K. Phillips | 2009 | $230.00 | 0.2 | $46.00 |
| Paralegal | Aubrey L. Rettig | 2009 | $255.00 | 1.8 | $459.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 1.0 | $270.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 8.2 | $1,312.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 88.9 | $15,113.00 |
| **TOTAL** | | | | 140.3 | $34,649.50 |
| **Less 10% Reduction** | | | | | ($3,464.95) |
| **Total Fees at Reduced Rate** | | | | | $31,184.55 |

## MATTER NUMBER 10020  EXAMINER

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 2009 | $925.00 | 320.5 | $296,462.50 |
| Partner | Anton R. Valukas | 2010 | $975.00 | 182.1 | $177,547.50 |
| **TOTAL** | | | | 502.6 | $474,010.0 |
| **Less 10% Reduction** | | | | | ($47,401.00) |
| **Total Fees at Reduced Rate** | | | | | $426,609.00 |

Exhibit C
Summary by Project Matters

## MATTER NUMBER 10039  COURT HEARINGS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2010 | $850.00 | 4.0 | $3,400.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 0.7 | $402.50 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 4.0 | $2,900.00 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 1.2 | $900.00 |
| Associate | Sarah R. McNally | 2009 | $325.00 | 8.4 | $2,730.00 |
| **TOTAL** | | | | 18.3 | $10,332.50 |
| **Less 10% Reduction** | | | | | ($1,033.25) |
| **Total Fees at Reduced Rate** | | | | | $9,299.25 |

## MATTER NUMBER 10047  REPORT PREPARATION AND DRAFTING

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Stephen L. Ascher | 2009 | $750.00 | 1.7 | $1,275.00 |
| Partner | Matt D. Basil | 2009 | $575.00 | 29.4 | $16,905.00 |
| Partner | Matt D. Basil | 2010 | $600.00 | 231.0 | $138,600.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 213.9 | $171,120.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 232.1 | $197,285.00 |
| Partner | Timothy J Chorvat | 2010 | $650.00 | 2.5 | $1,625.00 |
| Partner | Jerome L. Epstein | 2009 | $700.00 | 7.5 | $5,250.00 |
| Partner | Jerome L. Epstein | 2010 | $725.00 | 99.7 | $72,282.50 |
| Partner | Marc B. Hankin | 2009 | $725.00 | 10.5 | $7,612.50 |
| Partner | Marc B. Hankin | 2010 | $750.00 | 195.5 | $146,625.00 |
| Partner | David C. Layden | 2009 | $575.00 | 8.0 | $4,600.00 |
| Partner | Vincent E. Lazar | 2009 | $700.00 | 1.5 | $1,050.00 |
| Partner | James T. Malysiak | 2009 | $625.00 | 499.8 | $312,375.00 |
| Partner | James T. Malysiak | 2010 | $650.00 | 206.0 | $133,900.00 |
| Partner | Ronald L. Marmer | 2009 | $900.00 | 3.8 | $3,420.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 7.0 | $3,850.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 105.5 | $60,662.50 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 15.7 | $12,560.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 81.3 | $69,105.00 |
| Partner | Robert S. Osborne | 2010 | $950.00 | 9.0 | $8,550.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 25.0 | $18,125.00 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 179.9 | $134,925.00 |
| Partner | Richard F. Ziegler | 2009 | $900.00 | 9.0 | $8,100.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Associate | Angela M. Allen | 2009 | $325.00 | 12.1 | $3,932.50 |
| Associate | Angela M. Allen | 2010 | $370.00 | 160.1 | $59,237.00 |
| Associate | Chad E. Bell | 2010 | $445.00 | 59.4 | $26,433.00 |
| Associate | Sofia E. Biller | 2010 | $370.00 | 224.1 | $82,917.00 |
| Associate | Anthony B. Borich | 2010 | $325.00 | 54.3 | $17,647.50 |
| Associate | Angela L. Davis | 2010 | $325.00 | 2.7 | $877.50 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 18.0 | $8,550.00 |
| Associate | Matthew R. Devine | 2010 | $510.00 | 146.8 | $74,868.00 |
| Associate | Jennifer L. Dlugosz | 2010 | $400.00 | 5.0 | $2,000.00 |
| Associate | Michael J. Kelly | 2010 | $445.00 | 65.5 | $29,147.50 |
| Associate | Travis A. Kennedy | 2010 | $325.00 | 55.5 | $18,037.50 |
| Associate | Rodney L. Lewis | 2009 | $400.00 | 237.7 | $95,080.00 |
| Associate | Rodney L. Lewis | 2010 | $445.00 | 282.3 | $125,623.50 |
| Associate | Mark A. Lightner | 2010 | $400.00 | 140.8 | $56,320.00 |
| Associate | Christopher Meservy | 2010 | $370.00 | 97.0 | $35,890.00 |
| Associate | Deanne B. Millison | 2010 | $370.00 | 13.5 | $4,995.00 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 14.9 | $7,077.50 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 92.8 | $47,328.00 |
| Associate | William E. Parker | 2010 | $400.00 | 29.5 | $11,800.00 |
| Associate | Brij B. Patnaik | 2010 | $325.00 | 7.5 | $2,437.50 |
| Associate | Landon S. Raiford | 2010 | $370.00 | 38.5 | $14,245.00 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 0.1 | $40.00 |
| Associate | William P. Wallenstein | 2010 | $445.00 | 0.9 | $400.50 |
| Associate | Chelsea L. Warren | 2010 | $325.00 | 62.1 | $20,182.50 |
| Associate | Brian J. Wilson | 2010 | $400.00 | 13.0 | $5,200.00 |
| Senior Paralegal | Shawn K. McGee | 2010 | $275.00 | 13.0 | $3,575.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 20.7 | $5,278.50 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 81.1 | $20,680.50 |
| Paralegal | Lamia K. Azize | 2010 | $270.00 | 82.1 | $22,167.00 |
| Paralegal | Wenette Belcher | 2010 | $255.00 | 115.7 | $29,503.50 |
| Paralegal | Jeanne C. Haske | 2010 | $255.00 | 44.1 | $11,245.50 |
| Paralegal | W. Michael Hughes | 2010 | $230.00 | 61.0 | $14,030.00 |
| Paralegal | Cleopatra S. Murray | 2010 | $230.00 | 17.4 | $4,002.00 |
| Paralegal | Jeffrey K. Phillips | 2010 | $230.00 | 67.5 | $15,525.00 |
| Paralegal | Aubrey L. Rettig | 2010 | $255.00 | 88.8 | $22,644.00 |
| Paralegal | Shannon R. Roberts | 2010 | $220.00 | 39.6 | $8,712.00 |
| Paralegal | Mark R. Scholl | 2010 | $270.00 | 89.4 | $24,138.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Julie H. Shaw | 2010 | $255.00 | 56.4 | $14,382.00 |
| Project Assistant | Catherine L. Chu | 2010 | $160.00 | 43.1 | $6,896.00 |
| Project Assistant | Emily A. Flores | 2010 | $160.00 | 69.9 | $11,184.00 |
| Project Assistant | Yong Joon Lee | 2010 | $160.00 | 106.1 | $16,976.00 |
| Project Assistant | Gretchen J. Pinnick | 2010 | $160.00 | 93.1 | $14,896.00 |
| Project Assistant | Panagiota Ramos | 2010 | $170.00 | 80.8 | $13,736.00 |
| Project Assistant | Alexander M. Righi | 2010 | $160.00 | 121.6 | $19,456.00 |
| Project Assistant | Jonathan W. Striegel | 2010 | $170.00 | 17.2 | $2,924.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | $160.00 | 10.5 | $1,680.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | $170.00 | 27.7 | $4,709.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 11.7 | $1,872.00 |
| **TOTAL** | | | | 5,367.9 | $2,570,281.50 |
| **Less 10% Reduction** | | | | | ($257,028.15) |
| **Total Fees at Reduced Rate** | | | | | $2,313,253.35 |

MATTER NUMBER 10055  GOVERNANCE AND FIDUCIARY DUTIES

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Stephen L. Ascher | 2009 | $750.00 | 428.6 | $321,450.00 |
| Partner | Stephen L. Ascher | 2010 | $775.00 | 141.4 | $109,585.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 19.4 | $15,520.00 |
| Partner | Timothy J. Chorvat | 2009 | $625.00 | 315.7 | $197,312.50 |
| Partner | Timothy J. Chorvat | 2010 | $650.00 | 134.8 | $87,620.00 |
| Partner | David W. DeBruin | 2009 | $750.00 | 115.1 | $86,325.00 |
| Partner | David W. DeBruin | 2010 | $775.00 | 9.9 | $7,672.50 |
| Partner | Larry P. Ellsworth | 2009 | $700.00 | 2.8 | $1,960.00 |
| Partner | Jerome L. Epstein | 2009 | $700.00 | 64.9 | $45,430.00 |
| Partner | Jerome L. Epstein | 2010 | $725.00 | 16.3 | $11,817.50 |
| Partner | Gabriel A. Fuentes | 2009 | $575.00 | 184.0 | $105,800.00 |
| Partner | Gabriel A. Fuentes | 2010 | $590.00 | 127.0 | $74,930.00 |
| Partner | William D. Heinz | 2010 | $825.00 | 11.9 | $9,817.50 |
| Partner | Tobias L. Knapp | 2009 | $675.00 | 72.8 | $49,140.00 |
| Partner | C. John Koch | 2010 | $775.00 | 3.3 | $2,557.50 |
| Partner | David C. Layden | 2009 | $575.00 | 7.5 | $4,312.50 |
| Partner | Michael K. Lowman | 2009 | $600.00 | 0.9 | $540.00 |
| Partner | Ronald L. Marmer | 2009 | $900.00 | 203.9 | $183,510.00 |
| Partner | Ronald L Marmer | 2010 | $925.00 | 48.5 | $44,862.50 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Heather D. McArn | 2009 | $550.00 | 5.3 | $2,915.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 1.6 | $920.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 40.6 | $32,480.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 23.1 | $19,635.00 |
| Partner | Thomas C. Newkirk | 2009 | $850.00 | 94.2 | $80,070.00 |
| Partner | Thomas C. Newkirk | 2010 | $875.00 | 85.4 | $74,725.00 |
| Partner | Suzanne J. Prysak | 2009 | $575.00 | 532.4 | $306,130.00 |
| Partner | Suzanne J. Prysak | 2010 | $600.00 | 152.2 | $91,320.00 |
| Partner | Howard S. Suskin | 2009 | $750.00 | 0.5 | $375.00 |
| Partner | Howard S. Suskin | 2010 | $775.00 | 18.0 | $13,950.00 |
| Partner | William L. Tolbert | 2009 | $900.00 | 3.6 | $3,240.00 |
| Partner | Elaine Wolff | 2009 | $700.00 | 1.3 | $910.00 |
| Partner | Richard F. Ziegler | 2010 | $950.00 | 6.4 | $6,080.00 |
| Associate | Anne M. Alexander | 2009 | $325.00 | 81.7 | $26,552.50 |
| Associate | Anne M. Alexander | 2010 | $370.00 | 92.3 | $34,151.00 |
| Associate | Tiffany E. Clements | 2009 | $325.00 | 466.4 | $151,580.00 |
| Associate | Tiffany E. Clements | 2010 | $370.00 | 155.3 | $57,461.00 |
| Associate | Jonathan D. Conley | 2009 | $325.00 | 469.0 | $152,425.00 |
| Associate | Jonathan D. Conley | 2010 | $370.00 | 53.6 | $19,832.00 |
| Associate | Jennifer L. Dlugosz | 2009 | $370.00 | 150.4 | $55,648.00 |
| Associate | Jennifer L. Dlugosz | 2010 | $400.00 | 0.9 | $360.00 |
| Associate | Irina Y. Dmitrieva | 2009 | $495.00 | 197.2 | $97,614.00 |
| Associate | Irina Y. Dmitrieva | 2010 | $540.00 | 23.2 | $12,528.00 |
| Associate | Brandon J. Dodgen | 2009 | $325.00 | 71.8 | $23,335.00 |
| Associate | Daniel T. Fenske | 2010 | $370.00 | 11.2 | $4,144.00 |
| Associate | Grant R. Folland | 2009 | $325.00 | 1.1 | $357.50 |
| Associate | Anne M. Gardner | 2009 | $325.00 | 197.1 | $64,057.50 |
| Associate | David E. Hutchinson | 2010 | $325.00 | 3.8 | $1,235.00 |
| Associate | Omar Jafri | 2009 | $325.00 | 573.8 | $186,485.00 |
| Associate | Omar Jafri | 2010 | $370.00 | 151.1 | $55,907.00 |
| Associate | Stacy S. Jakobe | 2009 | $525.00 | 136.6 | $71,715.00 |
| Associate | Stacy S. Jakobe | 2010 | $540.00 | 83.6 | $45,144.00 |
| Associate | Andrew D. Kennedy | 2009 | $325.00 | 395.7 | $128,602.50 |
| Associate | Andrew D. Kennedy | 2010 | $370.00 | 197.7 | $73,149.00 |
| Associate | Stephen Kang Kinslow | 2009 | $400.00 | 409.4 | $163,760.00 |
| Associate | Gregory S. Knudsen | 2009 | $325.00 | 252.9 | $82,192.50 |
| Associate | Gregory S. Knudsen | 2010 | $370.00 | 19.6 | $7,252.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|----------|------|----------|------|-------|--------|
| Associate | Matthew R. Kopp | 2009 | $325.00 | 153.8 | $49,985.00 |
| Associate | Matthew R. Kopp | 2010 | $370.00 | 8.5 | $3,145.00 |
| Associate | Elizabeth L. Liebschutz | 2009 | $370.00 | 75.4 | $27,898.00 |
| Associate | Elizabeth L. Liebschutz | 2010 | $400.00 | 79.3 | $31,720.00 |
| Associate | Mark A. Lightner | 2009 | $370.00 | 0.5 | $185.00 |
| Associate | Matthew J. Mason | 2009 | $325.00 | 429.3 | $139,522.50 |
| Associate | Matthew J. Mason | 2010 | $370.00 | 118.7 | $43,919.00 |
| Associate | Christopher Meservy | 2009 | $325.00 | 557.2 | $181,090.00 |
| Associate | Christopher Meservy | 2010 | $370.00 | 71.6 | $26,492.00 |
| Associate | Deanne B. Millison | 2009 | $325.00 | 353.7 | $114,952.50 |
| Associate | Deanne B. Millison | 2010 | $370.00 | 124.4 | $46,028.00 |
| Associate | Andrea Otto-Classon | 2009 | $325.00 | 437.5 | $142,187.50 |
| Associate | Andrea Otto-Classon | 2010 | $370.00 | 131.6 | $48,692.00 |
| Associate | William E. Parker | 2009 | $370.00 | 295.6 | $109,372.00 |
| Associate | William E. Parker | 2010 | $400.00 | 8.7 | $3,480.00 |
| Associate | Laura E. Pelanek | 2009 | $475.00 | 475.6 | $225,910.00 |
| Associate | Laura E. Pelanek | 2010 | $510.00 | 255.9 | $130,509.00 |
| Associate | Keith V. Porapaiboon | 2009 | $525.00 | 466.0 | $244,650.00 |
| Associate | Keith V. Porapaiboon | 2010 | $540.00 | 226.8 | $122,472.00 |
| Associate | John M. Power | 2009 | $325.00 | 461.6 | $150,020.00 |
| Associate | John M. Power | 2010 | $370.00 | 147.1 | $54,427.00 |
| Associate | Adam C.G. Ringguth | 2009 | $325.00 | 419.8 | $136,435.00 |
| Associate | Adam C.G. Ringguth | 2010 | $370.00 | 98.5 | $36,445.00 |
| Associate | Aaron-Michael H. Sapp | 2009 | $325.00 | 590.0 | $191,750.00 |
| Associate | Aaron-Michael H. Sapp | 2010 | $370.00 | 263.7 | $97,569.00 |
| Associate | Trevor F. Schrage | 2009 | $325.00 | 534.2 | $173,615.00 |
| Associate | Trevor F. Schrage | 2010 | $370.00 | 186.6 | $69,042.00 |
| Associate | Eric J. Schwab | 2009 | $370.00 | 438.9 | $162,393.00 |
| Associate | Eric J. Schwab | 2010 | $400.00 | 137.2 | $54,880.00 |
| Associate | Valery K. Slosman | 2009 | $325.00 | 128.7 | $41,827.50 |
| Associate | Sarah F. Terman | 2009 | $325.00 | 414.5 | $134,712.50 |
| Associate | Sarah F. Terman | 2010 | $370.00 | 14.5 | $5,365.00 |
| Associate | Adam G. Unikowsky | 2009 | $370.00 | 0.2 | $74.00 |
| Associate | Andrew W. Vail | 2009 | $495.00 | 274.7 | $135,976.50 |
| Associate | Andrew W. Vail | 2010 | $540.00 | 209.3 | $113,022.00 |
| Associate | Richard M. Wallace | 2009 | $325.00 | 261.9 | $85,117.50 |
| Associate | Richard M. Wallace | 2010 | $370.00 | 85.7 | $31,709.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Associate | William P. Wallenstein | 2009 | $400.00 | 372.0 | $148,800.00 |
| Associate | William P. Wallenstein | 2010 | $445.00 | 134.7 | $59,941.50 |
| Associate | Erinn L. Wehrman | 2009 | $495.00 | 88.0 | $43,560.00 |
| Associate | Brian J. Wilson | 2009 | $370.00 | 58.5 | $21,645.00 |
| Associate | Brian J. Wilson | 2010 | $400.00 | 3.4 | $1,360.00 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 96.1 | $31,232.50 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 131.8 | $33,609.00 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 3.5 | $892.50 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 76.0 | $19,380.00 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 33.6 | $7,728.00 |
| Paralegal | Aubrey L. Rettig | 2009 | $255.00 | 31.1 | $7,930.50 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 82.0 | $22,140.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 5.8 | $928.00 |
| Project Assistant | Panagiota Ramos | 2009 | $170.00 | 18.0 | $3,060.00 |
| Project Assistant | Alexander M. Righi | 2009 | $160.00 | 28.9 | $4,624.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | $160.00 | 7.3 | $1,168.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 0.5 | $85.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 39.0 | $6,240.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 0.4 | $64.00 |
| **TOTAL** | | | | 17,216.5 | $7,289,377.50 |
| **Less 10% Reduction** | | | | | ($728,937.75) |
| **Total Fees at Reduced Rate** | | | | | $6,560,439.75 |

MATTER NUMBER 10063  INTERCOMPANY TRANSACTIONS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Matt D. Basil | 2009 | $575.00 | 475.8 | $273,585.00 |
| Partner | Matt D. Basil | 2010 | $600.00 | 80.5 | $48,300.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 22.5 | $18,000.00 |
| Partner | Jerome L. Epstein | 2009 | $700.00 | 6.6 | $4,620.00 |
| Partner | Marc B. Hankin | 2009 | $725.00 | 656.9 | $476,252.50 |
| Partner | Marc B. Hankin | 2010 | $750.00 | 7.1 | $5,325.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 459.1 | $252,505.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 142.8 | $82,110.00 |
| Partner | John J. Molenda | 2009 | $550.00 | 564.8 | $310,640.00 |
| Partner | John J. Molenda | 2010 | $580.00 | 211.0 | $122,380.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 70.6 | $56,480.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Daniel R. Murray | 2010 | $850.00 | 36.7 | $31,195.00 |
| Partner | Thomas C. Newkirk | 2009 | $850.00 | 45.6 | $38,760.00 |
| Partner | William L. Tolbert | 2009 | $900.00 | 44.9 | $40,410.00 |
| Partner | William L. Tolbert | 2010 | $925.00 | 15.2 | $14,060.00 |
| Partner | Elaine Wolff | 2009 | $700.00 | 28.6 | $20,020.00 |
| Staff Attorney | Edward P. McKenna | 2009 | $280.00 | 619.4 | $173,432.00 |
| Staff Attorney | Edward P. McKenna | 2010 | $315.00 | 345.9 | $108,958.50 |
| Associate | Angela M. Allen | 2010 | $370.00 | 4.0 | $1,480.00 |
| Associate | Thomas G. Appleman | 2010 | $325.00 | 39.1 | $12,707.50 |
| Associate | Chad E. Bell | 2009 | $400.00 | 130.7 | $52,280.00 |
| Associate | Chad E. Bell | 2010 | $445.00 | 60.7 | $27,011.50 |
| Associate | Sofia E. Biller | 2009 | $325.00 | 766.8 | $249,210.00 |
| Associate | Sofia E. Biller | 2010 | $370.00 | 109.1 | $40,367.00 |
| Associate | Cori F. Brown | 2009 | $400.00 | 51.7 | $20,680.00 |
| Associate | Eric P. Brown | 2009 | $325.00 | 476.0 | $154,700.00 |
| Associate | Eric P. Brown | 2010 | $370.00 | 250.5 | $92,685.00 |
| Associate | Stephen R. Brown | 2010 | $370.00 | 9.4 | $3,478.00 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 0.5 | $237.50 |
| Associate | Robert E. Downey | 2009 | $400.00 | 23.3 | $9,320.00 |
| Associate | Kristina Filipovich | 2009 | $370.00 | 379.8 | $140,526.00 |
| Associate | Kristina Filipovich | 2010 | $400.00 | 258.7 | $103,480.00 |
| Associate | Ilya Fradkin | 2009 | $425.00 | 703.3 | $298,902.50 |
| Associate | Ilya Fradkin | 2010 | $445.00 | 275.6 | $122,642.00 |
| Associate | Gabriel A. Gutierrez | 2010 | $325.00 | 12.8 | $4,160.00 |
| Associate | Drew R. Haase | 2010 | $325.00 | 5.1 | $1,657.50 |
| Associate | Sean C. Herring | 2009 | $435.00 | 432.2 | $188,007.00 |
| Associate | Melissa M. Hinds | 2009 | $495.00 | 19.0 | $9,405.00 |
| Associate | Precious S. Jacobs | 2009 | $325.00 | 12.0 | $3,900.00 |
| Associate | Andrew Kopelman | 2009 | $425.00 | 702.3 | $298,477.50 |
| Associate | Andrew Kopelman | 2010 | $445.00 | 246.0 | $109,470.00 |
| Associate | Rodney L. Lewis | 2010 | $445.00 | 3.0 | $1,335.00 |
| Associate | Mark A. Lightner | 2009 | $370.00 | 534.6 | $197,802.00 |
| Associate | Mark A. Lightner | 2010 | $400.00 | 121.2 | $48,480.00 |
| Associate | Christopher Meservy | 2010 | $370.00 | 14.2 | $5,254.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 1.5 | $765.00 |
| Associate | Brij B. Patnaik | 2010 | $325.00 | 6.2 | $2,015.00 |
| Associate | Tarsha A. Phillibert | 2009 | $400.00 | 685.9 | $274,360.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Associate | Tarsha A. Phillibert | 2010 | $445.00 | 268.2 | $119,349.00 |
| Associate | Joshua Rafsky | 2010 | $490.00 | 5.8 | $2,842.00 |
| Associate | Jonathan W. Riley | 2010 | $325.00 | 9.0 | $2,925.00 |
| Associate | Shorge K. Sato | 2009 | $495.00 | 559.2 | $276,804.00 |
| Associate | Shorge K. Sato | 2010 | $540.00 | 170.3 | $91,962.00 |
| Associate | Michele L. Slachetka | 2009 | $325.00 | 156.3 | $50,797.50 |
| Associate | Michele L. Slachetka | 2010 | $370.00 | 176.8 | $65,416.00 |
| Associate | Adam G. Unikowsky | 2009 | $370.00 | 1.1 | $407.00 |
| Associate | Krishanti Vignarajah | 2010 | $370.00 | 165.1 | $61,087.00 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 1.5 | $600.00 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 7.9 | $2,567.50 |
| Associate | Thomas M. Winegar | 2010 | $370.00 | 5.4 | $1,998.00 |
| Associate | Walter H. Chen | 2010 | $370.00 | 133.8 | $49,506.00 |
| Associate | Hayley E. Horowitz | 2010 | $325.00 | 19.9 | $6,467.50 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 59.3 | $15,121.50 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 7.5 | $1,912.50 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 11.0 | $2,970.00 |
| Paralegal | Lamia K. Azize | 2010 | $270.00 | 1.8 | $486.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 3.5 | $892.50 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 1.4 | $322.00 |
| Paralegal | Aubrey L. Rettig | 2009 | $255.00 | 1.2 | $306.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 70.8 | $19,116.00 |
| Project Assistant | Jonathan Hollis | 2009 | $160.00 | 10.5 | $1,680.00 |
| Project Assistant | Panagiota Ramos | 2009 | $170.00 | 12.3 | $2,091.00 |
| Project Assistant | Alexander M. Righi | 2009 | $160.00 | 18.0 | $2,880.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | $160.00 | 6.8 | $1,088.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 47.9 | $7,664.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 22.5 | $3,600.00 |
| **TOTAL** | | | | 12,124.0 | $5,344,686.00 |
| **Less 10% Reduction** | | | | | ($534,468.60) |
| **Total Fees at Reduced Rate** | | | | | $4,810,217.40 |

Exhibit C
Summary by Project Matters

MATTER NUMBER 10071  BARCLAYS TRANSACTIONS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2009 | $800.00 | 2.8 | $2,240.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 0.9 | $765.00 |
| Partner | Carter H. Klein | 2010 | $675.00 | 5.0 | $3,375.00 |
| Partner | David C. Layden | 2009 | $575.00 | 467.1 | $268,582.50 |
| Partner | David C. Layden | 2010 | $600.00 | 323.7 | $194,220.00 |
| Partner | Vincent E. Lazar | 2009 | $700.00 | 308.0 | $215,600.00 |
| Partner | Vincent E. Lazar | 2010 | $750.00 | 277.2 | $207,900.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 6.0 | $3,300.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 1.6 | $920.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 18.1 | $14,480.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 25.3 | $21,505.00 |
| Partner | Adam Petravicius | 2010 | $675.00 | 1.0 | $675.00 |
| Associate | Eric P. Brown | 2009 | $325.00 | 9.4 | $3,055.00 |
| Associate | Jonathan D. Conley | 2010 | $370.00 | 37.7 | $13,949.00 |
| Associate | Irina Y. Dmitrieva | 2010 | $540.00 | 50.4 | $27,216.00 |
| Associate | Daniel T. Fenske | 2009 | $325.00 | 163.4 | $53,105.00 |
| Associate | Daniel T. Fenske | 2010 | $370.00 | 201.1 | $74,407.00 |
| Associate | Kaija K. Hupila | 2009 | $325.00 | 337.1 | $109,557.50 |
| Associate | Kaija K. Hupila | 2010 | $370.00 | 266.3 | $98,531.00 |
| Associate | Marc A. Katz | 2010 | $325.00 | 2.1 | $682.50 |
| Associate | Gregory S. Knudsen | 2010 | $370.00 | 17.8 | $6,586.00 |
| Associate | Mark A. Lightner | 2010 | $400.00 | 0.3 | $120.00 |
| Associate | Deanne B. Millison | 2010 | $370.00 | 22.4 | $8,288.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 0.9 | $459.00 |
| Associate | Andrea Otto-Classon | 2010 | $370.00 | 39.1 | $14,467.00 |
| Associate | Sarah F. Terman | 2010 | $370.00 | 92.3 | $34,151.00 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 2.6 | $1,040.00 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 0.1 | $32.50 |
| Associate | Thomas M. Winegar | 2010 | $370.00 | 0.4 | $148.00 |
| Associate | Jacob P. Zipfel | 2009 | $325.00 | 563.7 | $183,202.50 |
| Associate | Jacob P. Zipfel | 2010 | $370.00 | 310.4 | $114,848.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 17.5 | $4,462.50 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 1.1 | $280.50 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 15.5 | $4,185.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 2 | $510.00 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 1.4 | $322.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 6.1 | $1,647.00 |
| Project Assistant | Panagiota Ramos | 2009 | $170.00 | 1.2 | $204.00 |
| Project Assistant | Alexander M. Righi | 2009 | $160.00 | 1.0 | $160.00 |
| Project Assistant | Adrienne P. Thacher | 2009 | $160.00 | 8.8 | $1,408.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 13.7 | $2,329.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | $170.00 | 12.0 | $2,040.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 13.3 | $2,128.00 |
| **TOTAL** | | | | 3,647.8 | $1,697,083.50 |
| **Less 10% Reduction** | | | | | ($169,708.35) |
| **Total Fees at Reduced Rate** | | | | | $1,527,375.15 |

MATTER NUMBER 10080  BANK AND OTHER THIRD PARTY TRANSACTIONS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2009 | $800.00 | 5.3 | $4,240.00 |
| Partner | Jerome L. Epstein | 2009 | $700.00 | 233.1 | $163,170.00 |
| Partner | Jerome L. Epstein | 2010 | $725.00 | 81.9 | $59,377.50 |
| Partner | Katya Jestin | 2009 | $675.00 | 150.8 | $101,790.00 |
| Partner | Katya Jestin | 2010 | $700.00 | 122.8 | $85,960.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 8.8 | $4,840.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 1.1 | $632.50 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 54.6 | $43,680.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 76.8 | $65,280.00 |
| Partner | Thomas C. Newkirk | 2009 | $850.00 | 3.6 | $3,060.00 |
| Partner | Catherine L. Steege | 2009 | $725.00 | 30.6 | $22,185.00 |
| Partner | Catherine L. Steege | 2010 | $775.00 | 67.8 | $52,545.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 552.1 | $400,272.50 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 77.9 | $58,425.00 |
| Partner | Andrew Weissmann | 2009 | $900.00 | 5.5 | $4,950.00 |
| Associate | Angela M. Allen | 2009 | $325.00 | 285.4 | $92,755.00 |
| Associate | Angela M. Allen | 2010 | $370.00 | 29.5 | $10,915.00 |
| Associate | Anthony B. Borich | 2010 | $325.00 | 4.3 | $1,397.50 |
| Associate | Jessica A. Burke | 2009 | $325.00 | 35.7 | $11,602.50 |
| Associate | Anjan Choudhury | 2009 | $475.00 | 649.2 | $308,370.00 |
| Associate | Anjan Choudhury | 2010 | $510.00 | 192.1 | $97,971.00 |
| Associate | Jonathan D. Conley | 2010 | $370.00 | 64.9 | $24,013.00 |
| Associate | Angela L. Davis | 2009 | $325.00 | 12.6 | $4,095.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Associate | Angela L. Davis | 2010 | $325.00 | 16.3 | $5,297.50 |
| Associate | Grant R. Folland | 2009 | $325.00 | 463.8 | $150,735.00 |
| Associate | Grant R. Folland | 2010 | $370.00 | 214.7 | $79,439.00 |
| Associate | Michelle A. Groman | 2009 | $435.00 | 434.2 | $188,877.00 |
| Associate | Michelle A. Groman | 2010 | $490.00 | 96.1 | $47,089.00 |
| Associate | Precious S. Jacobs | 2009 | $325.00 | 9.1 | $2,957.50 |
| Associate | Michael J. Kelly | 2010 | $445.00 | 11.8 | $5,251.00 |
| Associate | Andrew D. Kennedy | 2009 | $325.00 | 8.5 | $2,762.50 |
| Associate | Travis A. Kennedy | 2010 | $325.00 | 16.2 | $5,265.00 |
| Associate | Gregory S. Knudsen | 2010 | $370.00 | 32.8 | $12,136.00 |
| Associate | Asha V. Mathai | 2009 | $400.00 | 50.9 | $20,360.00 |
| Associate | Sarah R. McNally | 2009 | $325.00 | 499.6 | $162,370.00 |
| Associate | Sarah R. McNally | 2010 | $370.00 | 247.1 | $91,427.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 5.9 | $3,009.00 |
| Associate | Andrea Otto-Classon | 2010 | $370.00 | 22.0 | $8,140.00 |
| Associate | Eric J. Schwab | 2010 | $400.00 | 5.9 | $2,360.00 |
| Associate | Adam G. Unikowsky | 2009 | $370.00 | 2.0 | $740.00 |
| Associate | Adam G. Unikowsky | 2010 | $400.00 | 46.9 | $18,760.00 |
| Associate | Chelsea L. Warren | 2010 | $325.00 | 6.2 | $2,015.00 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 481.5 | $156,487.50 |
| Associate | Thomas M. Winegar | 2010 | $370.00 | 106.6 | $39,442.00 |
| Senior Paralegal | Cheryl L. Olson | 2009 | $270.00 | 1.9 | $513.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 15.2 | $3,876.00 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 4.6 | $1,173.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 34.8 | $8,874.00 |
| Paralegal | Jeffrey K. Phillips | 2009 | $230.00 | 86.0 | $19,780.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 4.2 | $1,134.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 12.2 | $1,952.00 |
| Project Assistant | Arjumand Hamid | 2009 | $160.00 | 4.0 | $640.00 |
| Project Assistant | Jonathan Hollis | 2009 | $160.00 | 1.0 | $160.00 |
| Project Assistant | Omar N. Khan | 2009 | $170.00 | 3.5 | $595.00 |
| Project Assistant | Yong Joon Lee | 2009 | $160.00 | 129.4 | $20,704.00 |
| Project Assistant | Alexander S. Malson | 2009 | $160.00 | 6.3 | $1,008.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | $160.00 | 4.0 | $640.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 7.3 | $1,168.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 0.5 | $80.00 |
| **TOTAL** | | | | 5,839.4 | $2,688,743.50 |
| **Less 10% Reduction** | | | | | ($268,874.35) |
| **Total Fees at Reduced Rate** | | | | | $2,419,869.15 |

### MATTER NUMBER 10101  GENERAL BANKRUPTCY MATTERS & OTHER RESEARCH

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2009 | $800.00 | 0.8 | $640.00 |
| Partner | Carter H. Klein | 2010 | $675.00 | 4.0 | $2,700.00 |
| Partner | Vincent E. Lazar | 2009 | $700.00 | 5.7 | $3,990.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 10.8 | $5,940.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 4.5 | $2,587.50 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 8.5 | $6,800.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 4.5 | $3,825.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 5.1 | $3,697.50 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 10.5 | $7,875.00 |
| Associate | Angela M. Allen | 2009 | $325.00 | 8.7 | $2,827.50 |
| Associate | Anthony B. Borich | 2010 | $325.00 | 14.0 | $4,550.00 |
| Associate | Melissa M. Hinds | 2009 | $495.00 | 41.5 | $20,542.50 |
| Associate | Elizabeth L. Liebschutz | 2009 | $370.00 | 5.9 | $2,183.00 |
| Associate | Mark A. Lightner | 2009 | $370.00 | 5.8 | $2,146.00 |
| Associate | Sarah R. McNally | 2009 | $325.00 | 10.1 | $3,282.50 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 35.8 | $17,005.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 40.5 | $20,655.00 |
| Associate | Adam G. Unikowsky | 2009 | $370.00 | 18.2 | $6,734.00 |
| Senior Paralegal | Michael H. Matlock | 2009 | $270.00 | 44.6 | $12,042.00 |
| Senior Paralegal | Michael H. Matlock | 2010 | $275.00 | 19.1 | $5,252.50 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 6.0 | $1,530.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 3.9 | $1,053.00 |
| Paralegal | Mark R. Scholl | 2010 | $270.00 | 1.6 | $432.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 10.0 | $1,600.00 |
| Project Assistant | Emily A. Flores | 2010 | $160.00 | 1.2 | $192.00 |
| Project Assistant | Marc A. Patterson | 2010 | $170.00 | 6.4 | $1,088.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 69.1 | $11,747.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | $170.00 | 19.5 | $3,315.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 2.4 | $384.00 |
| **TOTAL** | | | | 418.7 | $156,616.00 |
| **Less 10% Reduction** | | | | | ($15,661.60) |
| **Total Fees at Reduced Rate** | | | | | $140,954.40 |

MATTER NUMBER 10128  COMM'CNS AND MEETINGS WITH PARTIES IN INTEREST

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2009 | $800.00 | 20.7 | $16,560.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 15.4 | $13,090.00 |
| Partner | Vincent E. Lazar | 2009 | $700.00 | 2.7 | $1,890.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 6.0 | $3,450.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 3.1 | $2,480.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 9.4 | $7,990.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 2.1 | $1,522.50 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 5.4 | $4,050.00 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 3.8 | $1,805.00 |
| Associate | Rodney L. Lewis | 2009 | $400.00 | 0.4 | $160.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 0.9 | $459.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 0.3 | $76.50 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 84.8 | $22,896.00 |
| Paralegal | Lamia K. Azize | 2010 | $270.00 | 1.0 | $270.00 |
| Paralegal | Cleopatra S. Murray | 2010 | $230.00 | 1.5 | $345.00 |
| Paralegal | Shannon R. Roberts | 2009 | $220.00 | 121.8 | $26,796.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 11.7 | $3,159.00 |
| Paralegal | Mark R. Scholl | 2010 | $270.00 | 0.7 | $189.00 |
| Project Assistant | Catherine L. Chu | 2010 | $160.00 | 4.2 | $672.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 5.0 | $800.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | $160.00 | 23.6 | $3,776.00 |
| Project Assistant | Adrienne P. Thacher | 2010 | $160.00 | 6.7 | $1,072.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 3.5 | $560.00 |
| **TOTAL** | | | | 334.7 | $114,068.00 |
| **Less 10% Reduction** | | | | | ($11,406.80) |
| **Total Fees at Reduced Rate** | | | | | $102,661.20 |

Exhibit C
Summary by Project Matters

MATTER NUMBER 10136  NON-WORKING TRAVEL TIME

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Anton R. Valukas | 2009 | $925.00 | 11.9 | $11,007.50 |
| Partner | Anton R. Valukas | 2010 | $975.00 | 12.8 | $12,480.00 |
| Partner | Stephen L. Ascher | 2009 | $750.00 | 5.6 | $4,200.00 |
| Partner | Matt D. Basil | 2009 | $575.00 | 43.3 | $24,897.50 |
| Partner | Robert L. Byman | 2009 | $800.00 | 50.5 | $40,400.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 17.5 | $14,875.00 |
| Partner | Timothy J. Chorvat | 2009 | $625.00 | 20.3 | $12,687.50 |
| Partner | Gabriel A. Fuentes | 2009 | $575.00 | 9.5 | $5,462.50 |
| Partner | David C. Layden | 2009 | $575.00 | 20.8 | $11,960.00 |
| Partner | Vincent E. Lazar | 2009 | $700.00 | 26.0 | $18,200.00 |
| Partner | Ronald L. Marmer | 2009 | $900.00 | 13.5 | $12,150.00 |
| Partner | Suzanne J. Prysak | 2009 | $575.00 | 50.0 | $28,750.00 |
| Associate | Sofia E. Biller | 2009 | $325.00 | 42.4 | $13,780.00 |
| Associate | Anjan Choudhury | 2009 | $475.00 | 5.5 | $2,612.50 |
| Associate | Tiffany E. Clements | 2009 | $325.00 | 8.2 | $2,665.00 |
| Associate | Tiffany E. Clements | 2010 | $370.00 | 8.5 | $3,145.00 |
| Associate | Jonathan D. Conley | 2009 | $325.00 | 25.6 | $8,320.00 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 43.9 | $20,852.50 |
| Associate | Robert E. Downey | 2009 | $400.00 | 10.1 | $4,040.00 |
| Associate | Kristina Filipovich | 2009 | $370.00 | 29.3 | $10,841.00 |
| Associate | Grant R. Folland | 2009 | $325.00 | 10.7 | $3,477.50 |
| Associate | Anne M. Gardner | 2009 | $325.00 | 11.5 | $3,737.50 |
| Associate | Michelle A. Groman | 2009 | $435.00 | 10.8 | $4,698.00 |
| Associate | Kaija K. Hupila | 2009 | $325.00 | 38.8 | $12,610.00 |
| Associate | Matthew R. Kopp | 2009 | $325.00 | 11.3 | $3,672.50 |
| Associate | Mark A. Lightner | 2009 | $370.00 | 2.7 | $999.00 |
| Associate | Matthew J. Mason | 2009 | $325.00 | 8.1 | $2,632.50 |
| Associate | Sarah R. McNally | 2009 | $325.00 | 28.7 | $9,327.50 |
| Associate | Christopher Meservy | 2009 | $325.00 | 29.5 | $9,587.50 |
| Associate | Laura E. Pelanek | 2009 | $475.00 | 18.0 | $8,550.00 |
| Associate | Keith V. Porapaiboon | 2009 | $525.00 | 6.8 | $3,570.00 |
| Associate | John M. Power | 2009 | $325.00 | 11.1 | $3,607.50 |
| Associate | Adam C.G. Ringguth | 2009 | $325.00 | 29.4 | $9,555.00 |
| Associate | Aaron-Michael H. Sapp | 2009 | $325.00 | 27.9 | $9,067.50 |
| Associate | Eric J. Schwab | 2009 | $370.00 | 12.0 | $4,440.00 |
| Associate | Sarah F. Terman | 2009 | $325.00 | 8.5 | $2,762.50 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Associate | William P. Wallenstein | 2009 | $400.00 | 27.5 | $11,000.00 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 11.1 | $3,607.50 |
| **TOTAL** | | | | 759.6 | $370,228.00 |
| **Less 10% Reduction** | | | | | ($37,022.80) |
| **Total Fees at Reduced Rate** | | | | | $333,205.20 |
| **Less 50% Reduction** | | | | | ($166,602.60) |
| **Total Fees at Reduced Rate** | | | | | $166,602.60 |

MATTER NUMBER 10144  DOCUMENT MANAGEMENT AND REVIEW

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Matt D. Basil | 2009 | $575.00 | 6.0 | $3,450.00 |
| Partner | Matt D. Basil | 2010 | $600.00 | 7.8 | $4,680.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 34.2 | $27,360.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 8.7 | $7,395.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 33.2 | $18,260.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 26.3 | $15,122.50 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 0.8 | $640.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 5.2 | $4,420.00 |
| Partner | Seth A. Travis | 2009 | $575.00 | 48.3 | $27,772.50 |
| Partner | Seth A. Travis | 2010 | $575.00 | 50.3 | $28,922.50 |
| Of Counsel | Brent E. Kidwell | 2009 | $525.00 | 6.3 | $3,307.50 |
| Of Counsel | Brent E. Kidwell | 2010 | $525.00 | 1.2 | $630.00 |
| Staff Attorney | Laura B. Duchesne | 2010 | $235.00 | 17.0 | $3,995.00 |
| Associate | Sarah S. Ansari | 2010 | $325.00 | 18.5 | $6,012.50 |
| Associate | Anna L. Barreiro | 2010 | $325.00 | 19.6 | $6,370.00 |
| Associate | Christine P. Benavente | 2010 | $325.00 | 24.4 | $7,930.00 |
| Associate | Sofia E. Biller | 2009 | $325.00 | 5.3 | $1,722.50 |
| Associate | Stephen R. Brown | 2010 | $370.00 | 12.4 | $4,588.00 |
| Associate | Adam M. Caldwell | 2010 | $325.00 | 20.5 | $6,662.50 |
| Associate | Penelope P. Campbell | 2010 | $325.00 | 20.0 | $6,500.00 |
| Associate | Erin K. Cannon | 2010 | $370.00 | 10.8 | $3,996.00 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 45.1 | $21,422.50 |
| Associate | Matthew R. Devine | 2010 | $510.00 | 20.8 | $10,608.00 |
| Associate | Joseph R. Dunn | 2010 | $325.00 | 16.4 | $5,330.00 |
| Associate | Genevieve J. Essig | 2010 | $325.00 | 18.3 | $5,947.50 |
| Associate | Grant R. Folland | 2009 | $325.00 | 28.8 | $9,360.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|----------|------|----------|------|-------|--------|
| Associate | Grant R. Folland | 2010 | $370.00 | 6.1 | $2,257.00 |
| Associate | Drew R. Haase | 2010 | $325.00 | 7.7 | $2,502.50 |
| Associate | Sarah E. Haddy | 2010 | $325.00 | 4.3 | $1,397.50 |
| Associate | Justin A. Houppert | 2010 | $400.00 | 7.3 | $2,920.00 |
| Associate | David E. Hutchinson | 2010 | $325.00 | 13.1 | $4,257.50 |
| Associate | Precious S. Jacobs | 2010 | $325.00 | 18.9 | $6,142.50 |
| Associate | Marc A. Katz | 2010 | $325.00 | 10.5 | $3,412.50 |
| Associate | Rodney L. Lewis | 2009 | $400.00 | 224.1 | $89,640.00 |
| Associate | Rodney L. Lewis | 2010 | $445.00 | 23.9 | $10,635.50 |
| Associate | Alexander J. May | 2010 | $325.00 | 19.2 | $6,240.00 |
| Associate | Douglas F. McMeyer | 2010 | $370.00 | 10.4 | $3,848.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 0.9 | $459.00 |
| Associate | Brij B. Patnaik | 2010 | $325.00 | 7.7 | $2,502.50 |
| Associate | Jonathan W. Riley | 2010 | $325.00 | 9.7 | $3,152.50 |
| Associate | Adam C.G. Ringguth | 2009 | $325.00 | 0.1 | $32.50 |
| Associate | David P. Saunders | 2010 | $400.00 | 9.7 | $3,880.00 |
| Associate | Anwar T. Shatat | 2010 | $445.00 | 10.7 | $4,761.50 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 0.1 | $40.00 |
| Associate | Daniel I. Weiner | 2010 | $490.00 | 5.0 | $2,450.00 |
| Associate | Benjamin P. Wieck | 2010 | $445.00 | 9.1 | $4,049.50 |
| Associate | Thomas M. Winegar | 2009 | $325.00 | 0.1 | $32.50 |
| Senior Paralegal | Shawn K. McGee | 2009 | $270.00 | 33.2 | $8,964.00 |
| Senior Paralegal | Shawn K. McGee | 2010 | $275.00 | 5.5 | $1,512.50 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 246.1 | $62,755.50 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 146.4 | $37,332.00 |
| Technology Ass't | Daniel Biemer | 2009 | $275.00 | 44.5 | $12,237.50 |
| Technology Ass't | Kelly A. Laughran | 2009 | $275.00 | 13.6 | $3,740.00 |
| Technology Ass't | Kelly A. Laughran | 2010 | $275.00 | 11.5 | $3,162.50 |
| Technology Ass't | Lory I. Manheimer | 2009 | $275.00 | 462.0 | $127,050.00 |
| Technology Ass't | Lory I. Manheimer | 2010 | $275.00 | 196.9 | $54,147.50 |
| Technology Ass't | Zulaikha Master | 2009 | $275.00 | 276.9 | $76,147.50 |
| Technology Ass't | Zulaikha Master | 2010 | $275.00 | 132.9 | $36,547.50 |
| Technology Ass't | Robert R. Ohton, Jr. | 2009 | $275.00 | 14.0 | $3,850.00 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 0.8 | $216.00 |
| Paralegal | Lamia K. Azize | 2010 | $270.00 | 30.6 | $8,262.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 139.8 | $35,649.00 |
| Paralegal | Wenette Belcher | 2010 | $255.00 | 74.7 | $19,048.50 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Jeanne C. Haske | 2010 | $255.00 | 5.0 | $1,275.00 |
| Paralegal | Micah B. Horan | 2009 | $270.00 | 26.2 | $7,074.00 |
| Paralegal | W. Michael Hughes | 2010 | $230.00 | 61.6 | $14,168.00 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 33.0 | $7,590.00 |
| Paralegal | Cleopatra S. Murray | 2010 | $230.00 | 12.6 | $2,898.00 |
| Paralegal | Jeffrey K. Phillips | 2009 | $230.00 | 35.8 | $8,234.00 |
| Paralegal | Jeffrey K. Phillips | 2010 | $230.00 | 123.4 | $28,382.00 |
| Paralegal | Aubrey L. Rettig | 2009 | $255.00 | 168.8 | $43,044.00 |
| Paralegal | Aubrey L. Rettig | 2010 | $255.00 | 76.8 | $19,584.00 |
| Paralegal | Shannon R. Roberts | 2010 | $220.00 | 43.5 | $9,570.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 127.3 | $34,371.00 |
| Paralegal | Mark R. Scholl | 2010 | $270.00 | 71.7 | $19,359.00 |
| Paralegal | Julie H. Shaw | 2009 | $255.00 | 5.0 | $1,275.00 |
| Paralegal | Julie H. Shaw | 2010 | $255.00 | 67.7 | $17,263.50 |
| Project Assistant | Catherine L. Chu | 2010 | $160.00 | 2.3 | $368.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 87.8 | $14,048.00 |
| Project Assistant | Emily A. Flores | 2010 | $160.00 | 88.5 | $14,160.00 |
| Project Assistant | Casey J. Gioielli | 2009 | $170.00 | 19.8 | $3,366.00 |
| Project Assistant | Yong Joon Lee | 2010 | $160.00 | 45.3 | $7,248.00 |
| Project Assistant | Alexander S. Malson | 2010 | $160.00 | 25.2 | $4,032.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | $160.00 | 139.2 | $22,272.00 |
| Project Assistant | Gretchen J. Pinnick | 2010 | $160.00 | 41.5 | $6,640.00 |
| Project Assistant | Panagiota Ramos | 2009 | $170.00 | 60.1 | $10,217.00 |
| Project Assistant | Panagiota Ramos | 2010 | $170.00 | 29.5 | $5,015.00 |
| Project Assistant | Alexander M. Righi | 2009 | $160.00 | 289.6 | $46,336.00 |
| Project Assistant | Alexander M. Righi | 2010 | $160.00 | 73.8 | $11,808.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 39.3 | $6,681.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | $170.00 | 41.8 | $7,106.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 5.3 | $848.00 |
| Project Assistant | Lauren E. Wang | 2010 | $160.00 | 1.8 | $288.00 |
| **TOTAL** | | | | 4,583.40 | $1,262,160.00 |
| **Less 10% Reduction** | | | | | ($126,216.00) |
| **Total Fees at Reduced Rate** | | | | | $1,135,944.00) |

Exhibit C
Summary by Project Matters

MATTER NUMBER 10152  BILLING AND FEE APPLICATIONS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Robert L. Byman | 2009 | $800.00 | 4.2 | $3,360.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 0.1 | $55.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 18.3 | $14,640.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 2.8 | $2,380.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 3.5 | $2,537.50 |
| Partner | Patrick J. Trostle | 2010 | $750.00 | 0.6 | $450.00 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 188.5 | $89,537.50 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 33.0 | $16,830.00 |
| Senior Paralegal | Michael H. Matlock | 2009 | $270.00 | 64.8 | $17,496.00 |
| Senior Paralegal | Michael H. Matlock | 2010 | $275.00 | 17.5 | $4,812.50 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 0.5 | $127.50 |
| Paralegal | Micah B. Horan | 2009 | $270.00 | 126.0 | $34,020.00 |
| Paralegal | Micah B. Horan | 2010 | $270.00 | 41.6 | $11,232.00 |
| Project Assistant | Casey J. Gioielli | 2009 | $170.00 | 25.6 | $4,352.00 |
| Project Assistant | Casey J. Gioielli | 2010 | $170.00 | 19.9 | $3,383.00 |
| **TOTAL** | | | | 546.9 | $205,213.00 |
| **Less 10% Reduction** | | | | | ($20,521.30) |
| **Total Fees at Reduced Rate** | | | | | $184,691.70 |

MATTER NUMBER 10160  CONSULTATIONS WITH FINANCIAL ADVISORS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| Partner | Robert L. Byman | 2009 | $800.00 | 19.5 | $15,600.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 3.1 | $1,705.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 8.7 | $6,960.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 3.1 | $2,635.00 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 0.3 | $217.50 |
| Associate | Gregory S. Knudsen | 2010 | $370.00 | 5.9 | $2,183.00 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 1.5 | $712.50 |
| Associate | Andrea Otto-Classon | 2010 | $370.00 | 5.9 | $2,183.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 0.4 | $64.00 |
| **TOTAL** | | | | 48.4 | $32,260.00 |
| **Less 10% Reduction** | | | | | ($3,226.00) |
| **Total Fees at Reduced Rate** | | | | | $29,034.00 |

<u>Exhibit C</u>
Summary by Project Matters

MATTER NUMBER 10187   WITNESS INTERVIEWS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Matt D. Basil | 2009 | $575.00 | 7.2 | $4,140.00 |
| Partner | Matt D. Basil | 2010 | $600.00 | 1.1 | $660.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 170.6 | $136,480.00 |
| Partner | Robert L. Byman | 2010 | $850.00 | 32.0 | $27,200.00 |
| Partner | Marc B. Hankin | 2010 | $750.00 | 59.4 | $44,550.00 |
| Partner | Katya Jestin | 2009 | $675.00 | 0.4 | $270.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 1.2 | $660.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 2.3 | $1,322.50 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 4.7 | $3,760.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 2.5 | $2,125.00 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 357.8 | $169,955.00 |
| Associate | Matthew R. Devine | 2010 | $510.00 | 39.3 | $20,043.00 |
| Associate | Rodney L. Lewis | 2009 | $400.00 | 21.6 | $8,640.00 |
| Associate | Elizabeth L. Liebschutz | 2009 | $370.00 | 163.8 | $60,606.00 |
| Associate | Elizabeth L. Liebschutz | 2010 | $400.00 | 0.3 | $120.00 |
| Associate | Sarah R. McNally | 2009 | $325.00 | 1.5 | $487.50 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 40.4 | $19,190.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 12.8 | $6,528.00 |
| Associate | William P. Wallenstein | 2009 | $400.00 | 0.4 | $160.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 72.6 | $18,513.00 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 48.2 | $12,291.00 |
| Paralegal | Lamia K. Azize | 2009 | $270.00 | 1.0 | $270.00 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 7.0 | $1,785.00 |
| Paralegal | Jeanne C. Haske | 2009 | $255.00 | 12.7 | $3,238.50 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 65.3 | $15,019.00 |
| Paralegal | Cleopatra S. Murray | 2010 | $230.00 | 20.6 | $4,738.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 14.0 | $3,780.00 |
| Project Assistant | Emily A. Flores | 2009 | $160.00 | 354.5 | $56,720.00 |
| Project Assistant | Emily A. Flores | 2010 | $160.00 | 80.4 | $12,864.00 |
| Project Assistant | Jonathan Hollis | 2009 | $160.00 | 8.4 | $1,344.00 |
| Project Assistant | Gretchen J. Pinnick | 2009 | $160.00 | 28.8 | $4,608.00 |
| Project Assistant | Panagiota Ramos | 2009 | $170.00 | 0.3 | $51.00 |

Exhibit C
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 5.0 | $850.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 13.5 | $2,160.00 |
| **TOTAL** | | | | 1,651.6 | $645,128.50 |
| **Less 10% Reduction** | | | | | ($64,512.85) |
| **Total Fees at Reduced Rate** | | | | | $580,615.65 |

MATTER NUMBER 10195  INVESTIGATION PLANNING AND COORDINATION

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Partner | Stephen L. Ascher | 2009 | $750.00 | 3.3 | $2,475.00 |
| Partner | Matt D. Basil | 2009 | $575.00 | 15.3 | $8,797.50 |
| Partner | Matt D. Basil | 2010 | $600.00 | 0.3 | $180.00 |
| Partner | Robert L. Byman | 2009 | $800.00 | 15.7 | $12,560.00 |
| Partner | Gabriel A. Fuentes | 2009 | $575.00 | 4.0 | $2,300.00 |
| Partner | Marc B. Hankin | 2009 | $725.00 | 4.8 | $3,480.00 |
| Partner | David C. Layden | 2009 | $575.00 | 4.0 | $2,300.00 |
| Partner | James T. Malysiak | 2009 | $625.00 | 6.4 | $4,000.00 |
| Partner | James T. Malysiak | 2010 | $650.00 | 1.1 | $715.00 |
| Partner | Ronald L. Marmer | 2009 | $900.00 | 11.1 | $9,990.00 |
| Partner | Heather D. McArn | 2009 | $550.00 | 15.5 | $8,525.00 |
| Partner | Heather D. McArn | 2010 | $575.00 | 0.8 | $460.00 |
| Partner | Daniel R. Murray | 2009 | $800.00 | 22.8 | $18,240.00 |
| Partner | Daniel R. Murray | 2010 | $850.00 | 1.6 | $1,360.00 |
| Partner | Thomas C. Newkirk | 2009 | $850.00 | 3.1 | $2,635.00 |
| Partner | Catherine L. Steege | 2009 | $725.00 | 1.5 | $1,087.50 |
| Partner | Patrick J. Trostle | 2009 | $725.00 | 5.1 | $3,697.50 |
| Associate | Matthew R. Devine | 2009 | $475.00 | 12.1 | $5,747.50 |
| Associate | Matthew R. Devine | 2010 | $510.00 | 8.4 | $4,284.00 |
| Associate | Andrew J. Olejnik | 2009 | $475.00 | 32.8 | $15,580.00 |
| Associate | Andrew J. Olejnik | 2010 | $510.00 | 4.4 | $2,244.00 |
| Associate | Adam G. Unikowsky | 2009 | $370.00 | 0.5 | $185.00 |
| Senior Paralegal | Christopher R. Ward | 2009 | $255.00 | 35.6 | $9,078.00 |
| Senior Paralegal | Christopher R. Ward | 2010 | $255.00 | 8.7 | $2,218.50 |
| Paralegal | Wenette Belcher | 2009 | $255.00 | 2.0 | $510.00 |
| Paralegal | Cleopatra S. Murray | 2009 | $230.00 | 3.9 | $897.00 |
| Paralegal | Aubrey L. Rettig | 2009 | $255.00 | 6.8 | $1,734.00 |
| Paralegal | Mark R. Scholl | 2009 | $270.00 | 25.1 | $6,777.00 |

<u>Exhibit C</u>
Summary by Project Matters

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paralegal | Mark R. Scholl | 2010 | $270.00 | 5.5 | $1,485.00 |
| Project Assistant | Kenneth S. Waldmann | 2009 | $170.00 | 82.3 | $13,991.00 |
| Project Assistant | Kenneth S. Waldmann | 2010 | $170.00 | 21.0 | $3,570.00 |
| Project Assistant | Lauren E. Wang | 2009 | $160.00 | 0.8 | $128.00 |
| **TOTAL** | | | | 366.3 | $151,231.50 |
| **Less 10% Reduction** | | | | | ($15,123.15) |
| **Total Fees at Reduced Rate** | | | | | $136,108.35 |

MATTER NUMBER 10217  U.K. MATTERS

| Position | Name | Fee Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Of Counsel | Ronald DeKoven | 2009 | $925.00 | 31.9 | $29,507.50 |
| Of Counsel | Ronald DeKoven | 2010 | $925.00 | 3.6 | $3,330.00 |
| **TOTAL** | | | | 35.5 | $32,837.50 |
| **Less 10% Reduction** | | | | | ($3,283.75) |
| **Total Fees at Reduced Rate** | | | | | $29,553.75 |