# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which the Examiner and Jenner & Block Seek Reimbursement

| Description | Amount |
|---|---|
| Photocopy and Related Expenses | $237,460.88 |
| Network Printing | $52,265.18 |
| Teleconference Services | $1,856.10 |
| UPS Overnight Delivery | $4,097.10 |
| In-City Transportation | $20,375.37 |
| Airfare | $62,191.35 |
| Hotel | $131,338.04 |
| Out of Town Travel - Miscellaneous Expenses | $14,043.56 |
| Business Meal Expenses | $24,014.24 |
| Lexis Research | $22,063.90 |
| Westlaw Research | $105,378.89 |
| Strategic Legal Solutions - Contract Attorney Wages | $2,279,408.19 |
| Court Reporter Charges | $1,147.55 |
| Other | $3,047.38 |
| Docket and Service Expenses | $51,896.15 |
| Special Messenger Service | $1,613.61 |
| Service of Process - Subpoenas | $2,284.50 |
| **TOTAL EXPENSES** | **$3,014,481.99** |

<u>Exhibit D</u><br>Schedule of Expense Categories

## Additional Detail for Contract Attorney Wage Expenses

| Date of Disbursement | Disbursement Amount | Wages for Week Ending | Number of Contract Attorneys | Number of Regular Hours | Number of Overtime Hours |
|---|---|---|---|---|---|
| 9/6/2009 | $11,049.02 | 8/30/2009 | 4 | 180.00 | 50.50 |
| 10/4/2009 | $181,418.59 | 10/4/2009 | 70 | 3,032.75 | 773.05 |
| 10/4/2009 | $2,762.25 | 10/4/2009 | 3 | 63.50 | 0.00 |
| 10/11/2009 | $179,200.77 | 10/11/2009 | 71 | 3,020.75 | 737.50 |
| 10/11/2009 | $3,870.00 | 10/11/2009 | 1 | 45.00 | 30.00 |
| 10/18/2009 | $4,120.70 | 10/18/2009 | 2 | 88.50 | 4.25 |
| 10/18/2009 | $185,832.75 | 10/18/2009 | 71 | 3,055.50 | 830.15 |
| 10/25/2009 | $500.25 | 10/25/2009 | 1 | 11.50 | 0.00 |
| 10/25/2009 | $161,247.17 | 10/25/2009 | 71 | 3,002.25 | 480.80 |
| 11/1/2009 | $177,146.63 | 11/1/2009 | 71 | 2,982.00 | 744.05 |
| 11/8/2009 | $181,636.90 | 11/8/2009 | 69 | 3,046.75 | 770.00 |
| 11/15/2009 | $1,718.25 | 11/15/2009 | 1 | 39.50 | 0.00 |
| 11/15/2009 | $182,181.75 | 11/15/2009 | 72 | 3,043.75 | 780.90 |
| 11/22/2009 | $179,053.24 | 11/22/2009 | 70 | 2,980.25 | 775.15 |
| 11/29/2009 | $123,574.82 | 11/29/2009 | 68 | 2,373.25 | 319.05 |
| 12/6/2009 | $630.75 | 12/6/2009 | 1 | 14.50 | 0.00 |
| 12/6/2009 | $185,381.27 | 12/6/2009 | 71 | 2,972.00 | 880.05 |
| 12/13/2009 | $194,259.59 | 12/13/2009 | 68 | 2,897.75 | 1,070.00 |
| 12/20/2009 | $1,370.25 | 12/20/2009 | 1 | 31.50 | 0.00 |
| 12/20/2009 | $189,970.68 | 12/20/2009 | 63 | 2,710.50 | 1,130.50 |
| 12/27/2009 | $4,036.88 | 12/27/2009 | 2 | 52.50 | 27.50 |
| 12/27/2009 | $136,223.18 | 12/27/2009 | 60 | 2,275.75 | 584.00 |
| 12/27/2009 | $706.88 | 12/27/2009 | 1 | 16.25 | 0.00 |