LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/14/09 | KF | 6.30 | Reviewed additional materials from interviews with ███ ███ and ████████ in preparation for drafting portion of Report (.8): Reviewed ████████████████████████████ ████████████████████████████ ████████████████████████ in preparation for drafting portion of Report (3.4); reviewed █████████ ████████████████████████ and emails from ████████ in preparation for ████ 's interview (2.1). | 2,331.00 |
| 10/14/09 | JJM | 1.50 | Reviewed and analyzed background materials, including Order Directing Appointment of Examiner and notes from discussions with M. Lightner to prepare for analysis of Team 2 issues. | 825.00 |
| 10/14/09 | AXK | 12.60 | Drafted methodology section of Report concerning avoidance analysis (3.0); drafted working notes concerning avoidance analysis for Debtor entity (.3); reviewed materials for and drafted section of Report concerning ████████ issues (.7); conferred with M. Lightner and G. Hewitt of Duff & Phelps concerning avoidance analysis for Debtor entities (1.6); reviewed materials re same (.4); conferred with M. Lightner and D. Casey of Duff & Phelps concerning avoidance analysis of Debtor entity (.7); conferred with H. McArn, M. Lightner and Duff & Phelps personnel concerning intercompany avoidance analysis issues (.4); reviewed materials in preparation for (.5) and conferred with R. Erlich and A. Busse of Duff & Phelps concerning ████████████ issues and Report drafting (.7); drafted █████████ questions for witness interview (.1); drafted section of Report concerning avoidance analysis for Debtor entities (1.8); conferred with M. Lightner and K. Balmer of Duff & Phelps concerning avoidance analysis and Report drafting for Debtor entity (2.4). | 5,355.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 251

| 10/14/09 | MZH | 9.40 | Telephone conference with S. Sato re adequate capitalization analysis (.5); telephone conference with M. Vitti re commercial real estate valuation issues (.5); met with R. Byman re ▮▮▮▮▮▮▮ (.4); met with R. Byman re memorandum to A. Valukas re investigation progress (.1); drafted email to Team 2 associates re same (.3); telephone conference with M. Basil re same (.1); reviewed Team 5 form of Report (.3); continued reviewing and commenting on ▮▮▮▮▮▮ memorandum (1.3); analyzed methodology for ▮▮▮▮▮ and ▮▮▮▮▮ analysis (2.1); reviewed ▮▮▮▮ interview outline (.7); reviewed and revised ▮▮▮▮ outline (3.1). | 6,815.00 |
| --- | --- | --- | --- | --- |
| 10/14/09 | HDM | 2.30 | Prepared for and participated in weekly call with Duff & Phelps' T.C. Fleming and R. Erlich re avoidance (.5); discussed remaining ▮▮▮▮ interview outlines with A. Kopelman (.3); reviewed memorandum from T. Kabler re outstanding ▮▮▮▮ documents (.2); drafted Team 2 daily report (.1); reviewed and communicated with A. Allen re solvency and avoidance legal memoranda (1.0); discussed staffing with C. Wager (.2). | 1,265.00 |
| 10/14/09 | SEB | 10.30 | Wrote ▮▮▮▮ section of ▮▮▮▮ Examiner Report (9.6); conferred with T. Winegar re ▮▮▮▮ memorandum (.1); communicated with ▮▮▮▮ re ▮▮▮▮ interview (.1); conferred with M. Basil re substantive issue (.1); conferred with A. Sapp re ▮▮▮▮ interview (.1); conferred with A. Ringguth re commercial real estate substantive issue (.3). | 3,347.50 |
| 10/14/09 | TAP | 10.20 | Reviewed Duff & Phelps comments to discussions of post-petition cash transfers and cash management (3.0); met with K. Balmer at Duff & Phelps to discuss post-petition cash transfers and cash management (3.9); edited notes re meeting with Duff & Phelps (3.3). | 4,080.00 |
| 10/14/09 | IF | 10.40 | Reviewed Duff & Phelps comments to discussions of post-petition cash transfers and cash management (3.0); met with K. Balmer at Duff & Phelps to discuss post-petition cash transfers and cash management (3.9); reviewed and revised discussion of post-petition cash transfers (3.5). | 4,420.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/14/09 | MAL | 9.00 | Continued to draft intercompany piece based on information provided by Duff & Phelps (4.1); met with G. Hewitt and A. Kopelman re smaller Lehman entity intercompany transfers (1.6); attended part of teleconference meeting lead by H. McArn re ███████ analysis (.3); attended intercompany meeting with M. Hankin, A. Kopelman, H. McArn and Duff & Phelps personnel (.4); reviewed top-side journal entries with K. Balmer and A. Kopelman (1.4); met with G. Casey and A. Kopelman re intercompany transfer analysis (.3); reviewed several large intercompany transfers with K. Balmer and A. Kopelman (.9). | 3,330.00 |
| 10/14/09 | EPB | 7.10 | Edited draft of ███████ section of Report (1.9); researched ███████ and drafted memorandum re same (5.2). | 2,307.50 |
| 10/15/09 | DRM | .80 | Participated telephonically in meeting with A. Valukas, M. Hankin, S. Ascher, R. Marmer and R. Byman re ███████ (.6); conferred with V. Lazar re substantive consolidation issues raised by Debtors' counsel (.2). | 640.00 |
| 10/15/09 | MDB | 4.90 | Continued to review materials and prepare for ███████ interview (2.0); continued to review case materials and prepare for ███████ interview (1.3); conferred numerous times with S. Biller re ███████ investigation and Report drafting (.6); continued to review and analyze ███████-related documents and testimony re drafting ███████ Report (1.0). | 2,817.50 |
| 10/15/09 | EXM | 10.10 | Participated in Team 2 interview of ███████ (4.2); reviewed interview outline for ███████ interview (.5); reviewed binder of documents for use in ███████ interview (.5); revised valuation witness schedule (.1); drafted cover letter for documents sent to ███████'s counsel (.2); reviewed binder for sending to ███████ (.8); reviewed September 2009 Team 2 proof memoranda from Duff & Phelps (1.7); drafted outline of valuation section of Report (1.5); reviewed new documents for placing in ███████ binder (.6). | 2,828.00 |
| 10/15/09 | TCN | 1.20 | Emailed M. Basil re ███████ issues (.2); reviewed outline for ███████ issues (1.0). | 1,020.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/15/09 | SCH | 6.30 | Reviewed documents in Stratify involving ███████ re ████████████████████ and ████████████ in preparation for interview. | 2,740.50 |
|---|---|---|---|---|
| 10/15/09 | SKS | 7.20 | Reviewed case law and articles re ████████████████ ████████████████████ in draft version of Team 2 ████████████ memorandum (3.5); telephone conference with M. Hankin re organization of legal portion of Team 2 ████████ memorandum for Examiner's Report (.8); drafted and revised legal portion of Team 2 ████████████ and ████████ memorandum re Examiner's Report per M. Hankin comments (2.9). | 3,564.00 |
| 10/15/09 | KF | 6.90 | Reviewed Lehman's financial documents to locate facts for commercial real estate portion of the Report (1.3); researched case law and secondary sources re ████████████ ████████████████████████████████ (5.6). | 2,553.00 |
| 10/15/09 | JJM | 9.40 | Reviewed background materials, including memorandum re relevant statutory provisions and notes from meeting with M. Lightner (3.1); attended meeting with M. Lightner and A. Kopelman (partial) to discuss background information re intercompany transfers and avoidable transfers (3.6); conferred with A. Kopelman and M. Lightner of J&B and K. Balmer (partial) and D. Casey of Duff & Phelps re intercompany transfers for avoidance analysis of Debtor entity (2.3); prepared task chart (.4). | 5,170.00 |
| 10/15/09 | AXK | 7.70 | Drafted methodology section of Report concerning avoidance analysis (2.2); conferred with M. Lightner re drafting of avoidance analysis section of Report (.1); conferred with H. McArn re ████████ issues (.7); conferred with M. Lightner and J. Molenda re drafting of avoidance analysis section of Report (1.9); conferred with M. Lightner, J. Molenda and K. Balmer of Duff & Phelps re drafting of avoidance section of Report (.1); prepared for and conferred with J. Molenda, M. Lightner and D. Casey of Duff & Phelps re intercompany transfers for avoidance analysis for specific Debtor entity (2.5); conferred with M. Lightner and K. Balmer of Duff & Phelps re avoidance analysis of report (.2). | 3,272.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/15/09 | MZH | 13.00 | Telephone conference with S. Sato re adequate capitalization analysis (.7); video conference with A. Valukas, R. Byman, S. Ascher re ███████ (.5); prepared for same (.8); met with M. Vitti re same (.2); drafted emails to M. Vitti and Z. Saeed re same (.4); drafted memorandum to A. Valukas re same (4.1); telephone conference with M. Vitti re ███████ and ███████ (.4); prepared for ███ interview (1.7); interviewed ███████ (4.0). | 9,425.00 |
| 10/15/09 | HDM | 4.10 | Communicated with Duff & Phelps' T. Kabler, R. Erlich, T.C. Fleming, J. Leiwant and K. Balmer re drafting (1.4); communicated with Team 2 associates A. Kopelman and M. Lightner re same (1.0); discussed legal research assignment re fraudulent transfers with M. Hinds, reviewed A. Allen memorandum re same (.3); reviewed ███████ re ███████ (.2); discussed and circulated guide to Duff and J&B teams re style of draft Report (.3); reviewed production on cash request and discussed same with K. Balmer (.2); reviewed production on partnership redemptions and discussed same with T.C. Fleming (.2); followed up on progress with associates (.3); drafted Team 2 daily report (.1); reviewed daily report (.1). | 2,255.00 |
| 10/15/09 | SEB | 11.70 | Wrote ███████ sections of ███████ Report (9.7); conducted research on ███████ (.5); read ███████ (1.5). | 3,802.50 |
| 10/15/09 | TAP | 10.10 | Reviewed draft cash management and intercompany transactions narratives with I. Fradkin and communicated with Duff & Phelps team (4.2); discussed progress with I. Fradkin (.4); edited cash management overview section of Report (4.2); reviewed documents re same (1.3). | 4,040.00 |
| 10/15/09 | IF | 8.90 | Reviewed court order re Norwegian intercompany transaction and drafted description of transaction (3.0); conferred with Duff & Phelps and T. Phillibert re draft cash management and intercompany transactions narratives (4.2); discussed progress of Report drafting with T. Phillibert (.4); reviewed draft cash management narrative (1.0); drafted various emails re cash management and intercompany transactions (.3). | 3,782.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/15/09 | MAL | 9.20 | Met with J. Molenda and A. Kopelman re intercompany transfer analysis and worked to explain Duff & Phelps' methodology (2.0); continued to work with J. Molenda on intercompany transfer analysis (1.9); met with A. Kopelman, J. Molenda, and D. Casey on intercompany transfer analysis (2.2); continued drafting methodology section of Report (2.2); reviewed memoranda on avoidance analysis (.7); met with H. McArn re progress of avoidance analysis (.2). | 3,404.00 |
| 10/15/09 | EPB | 4.00 | Reviewed materials for ███████ interview (1.6); reviewed Duff & Phelps ███████ and ███████ ███████ to ███████████ (2.4). | 1,300.00 |
| 10/15/09 | JHX | 5.50 | Updated ███████ interview binder per E. McKenna's request (1.5); prepared documents for ███████ interview per E. McKenna's request (4.0). | 880.00 |
| 10/15/09 | LEW | .40 | Communicated re witness binders for upcoming interviews of ███████ and ███████. | 64.00 |
| 10/15/09 | MRS | 2.70 | Revised binders for review by S. Biller in advance of latest ███████ witness interview (.6); coordinated preparation of documents from electronic collection for latest ███████ witness interview and corresponded by email with W. Bradford re same (1.2); reviewed ███████ document binder and ███████ electronic document collection to determine size of files, and corresponded with M. Hankin re same (.9). | 729.00 |
| 10/16/09 | DRM | .20 | Conferred with A. Allen re ███████ (.1); conferred with V. Lazar re substantive consolidation memorandum (.1). | 160.00 |
| 10/16/09 | MDB | 6.20 | Continued to review materials and prepare for ███████ ███████ interview (1.0); conducted the ███████ interview of ███████ (2.5); reviewed materials in preparation for ███████ interview (1.2); reviewed materials in preparation for ███████ interview (1.0); reviewed and edited flash summary of ███████ interview (.5). | 3,565.00 |
| 10/16/09 | EXM | 8.60 | Drafted flash summary of ███████ interview (5.2); drafted outline of valuation section of Report (1.1); researched bankruptcy cases on ███████ ███████ (2.3). | 2,408.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/09 | TCN | 1.80 | Telephone conference with M. Basil re ███████ interview (.2); conducted research re ███████ ██████████ (.4); conducted research re ████████████ re same (1.0); emailed M. Basil re same (.2). | 1,530.00 |
|---|---|---|---|---|
| 10/16/09 | SCH | 6.70 | Reviewed documents in Stratify involving ████ re ████████████. | 2,914.50 |
| 10/16/09 | SKS | 7.50 | Drafted and revised legal portion of Team 2 capital adequacy and solvency memorandum for Examiner's Report per M. Hankin comments (5.5); reviewed articles analyzing ███████████████ ███████ and incorporated framework and analysis into ████████ memorandum (2.0). | 3,712.50 |
| 10/16/09 | KF | 6.20 | Conferred with S. Rivera of Duff & Phelps re ███████████████ ██████ (1.1); researched case law and secondary sources re ████ ███████████ ████████ and drafted section of Report re ████ (5.1). | 2,294.00 |
| 10/16/09 | JJM | 6.00 | Attended meeting with A. Kopelman and M. Lightner of J&B and K. Balmer (partial attendance) and D. Casey of Duff & Phelps re intercompany transfers and avoidance analysis portion of Report (3.0); reviewed memorandum by A. Allen re applicability of ████████ (3.0). | 3,300.00 |
| 10/16/09 | AXK | 7.00 | Conferred with J. Molenda, M. Lightner and K. Balmer (partial attendance) and D. Casey of Duff & Phelps re intercompany adjustments for avoidance analysis section of Report (3.0); reviewed Duff & Phelps work product in preparation for drafting of ████████ section of Report (2.3); conferred with R. Erlich of Duff & Phelps re investigation and results concerning ████████ (1.3); conferred with M. Lightner and K. Balmer of Duff & Phelps re avoidance analysis (.4). | 2,975.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/09 | MZH | 7.00 | Reviewed article on ███████████ (.9); drafted email to K. Filipovich re ███████ (.1); reviewed emails re ███████ and analysis of same (.6); prepared for interview (1.7); interviewed ███████ (2.5); meeting with J. Pimbley and E. Brown re same (.5); prepared for ███████ interview (.7). | 5,075.00 |
| --- | --- | --- | --- | --- |
| 10/16/09 | HDM | 5.20 | Drafted Team 2 daily report (.1); reviewed draft outline re postpetition cash transfers and discussed same with T. Phillibert and I. Fradkin (1.4); discussed same with K. Balmer and M. Hankin (.4); communicated with A. Kopelman, M. Hinds and R. Erlich re avoidance actions (.6); reviewed separation agreements of ███████ and ███████ (.3); discussed same with R. Erlich (.2); office conference with M. Lighter re potential preferences (1.0); reviewed correspondence re ███████ inquiry (.3); reviewed and reconciled document requests re same (.6); revised memorandum re open issues for investigation (.3). | 2,860.00 |
| 10/16/09 | SEB | 8.50 | Reviewed outline and documents for ███████ interview (.8); revised background context section of ███████ Examiner Report (.4); interviewed ███████ re ███████ (2.5); conferred with M. Basil re repo ███████ interview (.5); wrote email to K. Balmer re ███████ substantive issues (.2); wrote flash summary for Team 2 interview of ███████ re ███████ (3.4); researched ███████ (.7). | 2,762.50 |
| 10/16/09 | TAP | 9.70 | Discussed draft narrative with I. Fradkin (.2); continued to draft and edit cash management and cash transfer narrative of Report (4.4); reviewed documents re same (4.8); discussed cash management narrative with I. Fradkin (.3). | 3,880.00 |
| 10/16/09 | IF | 3.80 | Reviewed draft discussion of intercompany transactions (1.7); reviewed draft cash management narrative (1.1); discussed intercompany transactions with H. McArn (.1); drafted emails to K. Balmer re cash management (.3); discussed draft narrative with T. Phillibert (.2); drafted email to K. Balmer re ███████ (.1); discussed cash management narrative with T. Phillibert (.3). | 1,615.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/16/09 | MAL | 7.00 | Attended meeting at Duff & Phelps with J. Molenda, A. Kopelman and K. Balmer (only attended part of meeting) and D. Casey of Duff & Phelps re intercompany adjustments for avoidance analysis (3.1); conferred with A. Kopelman and K. Balmer of Duff & Phelps re avoidance analysis (.5); met with G. Hewitt re potential intercompany preferences (1.1); continued analyzing insider preferences and drafting related section of Examiner Report (2.1); discussed with D. Casey potential insider preference (.2). | 2,590.00 |
|---|---|---|---|---|
| 10/16/09 | EPB | 7.20 | Prepared materials for ▮▮▮▮ interview (.5); attended ▮▮▮▮ interview (2.2); discussed ▮▮▮▮ interview with M. Hankin and J. Pimbley (.2); drafted flash summary of ▮▮▮▮ interview (1.5); reviewed materials and drafted ▮▮▮▮ Report (2.8). | 2,340.00 |
| 10/16/09 | LEW | .80 | Updated documents re ▮▮▮▮ in anticipation of upcoming witness interview. | 128.00 |
| 10/16/09 | MRS | .40 | Prepared additional materials for use by A. Sapp during ▮▮▮▮ witness interview. | 108.00 |
| 10/17/09 | RLB | .90 | Reviewed ▮▮▮▮ materials. | 720.00 |
| 10/17/09 | MDB | .70 | Conferred with M. Hankin, A. Kopelman and S. Biller several times re ▮▮▮▮ interview (.3); drafted email to A.▮▮▮▮, ▮▮▮▮'s counsel, re interview (.1); conferred with R. Byman, T. Newkirk, M. Hankin and S. Biller re ▮▮▮▮ (.3). | 402.50 |
| 10/17/09 | TCN | 1.50 | Emailed M. Basil, et al. re ▮▮▮▮ (.1); emailed ▮▮▮▮ re availability (.2); reviewed and evaluated ▮▮▮▮ interview (.9); drafted email to team re follow-up issues re same (.3). | 1,275.00 |
| 10/17/09 | SCH | 4.20 | Reviewed documents in Stratify involving ▮▮▮▮ re ▮▮▮▮. | 1,827.00 |
| 10/17/09 | JJM | 2.40 | Reviewed memoranda by A. Allen of J&B re ▮▮▮▮. | 1,320.00 |
| 10/17/09 | AXK | 5.40 | Drafted Report section concerning insider avoidance analysis (2.8); reviewed ▮▮▮▮ work product for drafting of Report section concerning insider avoidance analysis (2.6). | 2,295.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/17/09 | MZH | 3.40 | Drafted email to M. Basil and R. Byman re ███ analysis (.3); reviewed and revised ███████ flash summary (1.2); reviewed and revised ██████ interview (1.9). | 2,465.00 |
| 10/17/09 | HDM | .70 | Reviewed ██████ flash summary (.1); communicated with K. Hupila and M. Lightner re ███ ████ interviews and legal entity analysis (.2); reviewed SOFA 3b request from Team 4 and Duff & Phelps (.1); reviewed flash interview summaries of ███ and ██████ (.2); communicated with and circulated ██████ to ████████ team (.1). | 385.00 |
| 10/17/09 | SEB | 1.70 | Prepared ██████ interview file (.9); read emails from Team 2 leaders re ██████ (.5); conferred with Team 2 leaders re ████████ interview (.3). | 552.50 |
| 10/17/09 | IF | .20 | Drafted email to K. Balmer re cash management (.1); drafted email to T. Phillibert re cash management (.1). | 85.00 |
| 10/17/09 | EPB | 3.10 | Drafted CDO section of Report. | 1,007.50 |
| 10/18/09 | RLB | .40 | Reviewed materials re FAS 140 expert. | 320.00 |
| 10/18/09 | DRM | .80 | Read V. Lazar and D. Layden memorandum to A. Valukas and R. Byman re substantive consolidation and equitable subordination and R. Byman comments re same (.3); read follow-up memoranda of R. Byman and V. Lazar re same (.3); read memorandum from M. Hankin summarizing interview with ███████ ████████████████████ (.2). | 640.00 |
| 10/18/09 | WLT | 1.00 | Reviewed interview notes for █████████ ████. | 900.00 |
| 10/18/09 | SCH | 5.70 | Reviewed documents in Stratify involving ████ re ████████████████. | 2,479.50 |
| 10/18/09 | JJM | 5.10 | Reviewed memoranda by A. Allen of J&B re applicable causes of action and solvency analysis (3.7); reviewed background materials concerning financial instruments (1.4). | 2,805.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 260

| 10/18/09 | AXK | 11.20 | Conferred with M. Lightner and J. Molenda concerning issues with drafting of Report sections on avoidance analysis (.2); drafted Report section concerning insider avoidance analysis (9.9); drafted short memorandum concerning progress re insider avoidance analysis (.3); reviewed new Duff & Phelps work product concerning insider avoidance analysis (.6); communicated with Duff & Phelps personnel concerning insider avoidance analysis (.2). | 4,760.00 |
| 10/18/09 | MZH | 7.00 | Reviewed and commented on Duff & Phelps memorandum re ▮▮▮▮▮▮ (2.9); reviewed email from I. Fradkin re cash transfer review and reply (.1); prepared for ▮▮▮ interview (3.7); drafted emails to Weil Gotshal re scheduling ▮▮ and ▮▮▮ interviews (.2); drafted emailed to M. Vitti re ▮▮▮ interview (.1). | 5,075.00 |
| 10/18/09 | HDM | 3.30 | Reviewed cash management update from I. Fradkin and communicated with M. Hankin and K. Balmer re same (.7); communicated with A. Kopelman re insider transfer support and followed up with R. Erlich and A. Busse re same (1.0); attended to document reconciliation requests for Team 4 re ▮▮▮ claims (.2); attended to document reconciliation for Team 2 re journal entry support (.2) and ▮▮▮ production (.1); revised memorandum re open issues for investigation (1.1). | 1,815.00 |
| 10/18/09 | SEB | 6.70 | Wrote ▮▮▮ interview outline (3.8); wrote updated open issues memorandum to R. Byman (.8); wrote M. Basil email re ▮▮▮▮▮▮ (.1); worked on ▮▮▮ section of ▮▮▮ ▮▮▮ (2.0). | 2,177.50 |
| 10/18/09 | IF | .60 | Drafted email to K. Balmer re cash management (.2); drafted email to M. Hankin re cash management (.2); drafted emails to T. Phillibert re cash management and intercompany transactions (.2). | 255.00 |
| 10/18/09 | MAL | 3.10 | Reviewed LBHI intercompany branch accounts and sent detailed email to K. Balmer of Duff & Phelps re same (2.1); reviewed law on ▮▮▮ ▮▮▮ (.5); attended teleconference with A. Kopelman and J. Molenda re same (.2); sent email to H. McArn re intercompany analysis (.1); sent email to A. Kopelman re ▮▮▮ (.2). | 1,147.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/18/09 | EPB | 2.70 | Drafted ██████████ of Report (1.5); reviewed Duff & Phelps ██████████████ (.2); reviewed ██████████ interview materials (.5); reviewed correspondence from M. Hankin and J. Pimbley re █ ████████ interview questions, ████████ flash summary, and ██████████ (.5). | 877.50 |
| 10/18/09 | ALR | .20 | Conferred with S. Biller re ██████████ interview binders. | 51.00 |
| 10/19/09 | DRM | 1.00 | Studied A. Unikowsky memorandum summarizing legal research on ████████████████████████. | 800.00 |
| 10/19/09 | MDB | 4.60 | Continued to review materials and prepare for ████████ interview (1.3); began to review and edit outline for ████ ████████ interview (2.0); conferred several times with S. Biller re ██████████ (.6); reviewed A. Unikowsky legal research memorandum re ██████████████████████████ (.5); participated in weekly Team 2 conference call re status of assignments (.2). | 2,645.00 |
| 10/19/09 | WLT | .50 | Discussed open issues re ████████████████ and ██████████████████████ with T. Valukas, R. Byman and T. Newkirk. | 450.00 |
| 10/19/09 | EXM | 9.60 | Researched valuation issues related to ████████ and reasonableness standard (2.2); drafted portion of Report on factors for reasonableness consideration (4.2); reviewed ████████ interview notes (.8); reviewed ████████ interview notes (.3); reviewed documents related to ████████ interview (.5); drafted revisions to memorandum to A. Valukas on outstanding items for Team 2 (1.6). | 2,688.00 |
| 10/19/09 | TCN | 2.40 | Prepared for telephone conference with ████████ re ████ ████████ (.3); telephone conference with ████████ re ██████████████ (.5); telephone conference with A. Valukas, R. Byman and W. Tolbert re ██████████ (.2); follow-up call with W. Tolbert re same (.2); studied S. Biller outline re ██████████ (1.2). | 2,040.00 |
| 10/19/09 | SCH | 7.40 | Conferred with Team 2 re assignment status and update on progress (.3); reviewed documents in Case Logistix involving ████████ re ████████████████████ (7.1). | 3,219.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 262

| | | | | |
|---|---|---|---|---|
| 10/19/09 | SKS | 3.00 | Reviewed ██████████████████████ for analyzing ███████████████████████████████ (.7); reviewed ███████████████████████████████ re ████████████████ (1.0); researched federal and state case law re the ████████████████████ (1.0); participated in Team 2 status update call (.3). | 1,485.00 |
| 10/19/09 | CFB | .30 | Participated in Team 2 status call. | 120.00 |
| 10/19/09 | JJM | 11.50 | Reviewed task-related memoranda, memorandum re interpretation of statutory provisions, and notes from meetings with M. Lightner (5.4); reviewed Enron Report as part of preparing intercompany transfers and avoidable transfers portion of Examiner's Report (1.0); conferred with M. Lightner and A. Kopelman re drafting of intercompany transfers and avoidable transfers portion of Report (.5); conferred with A. Kopelman and M. Lightner of J&B and K. Balmer of Duff & Phelps re intercompany transfers for avoidance analysis of key Debtor entities (3.1); attended conference call with M. Hankin, H. McArn, M. Lightner and A. Kopelman re drafting of intercompany transfers and avoidable transfers portion of Report (.8); met with H. McArn and M. Hankin individually to discuss case status (.7). | 6,325.00 |
| 10/19/09 | AXK | 10.60 | Coordinated with paralegal team re production of documents to counsel for witness in preparation for interview (.4); conferred with M. Lightner and J. Molenda re avoidance analysis and Report drafting (1.3); conferred with K. Balmer of Duff & Phelps re results of avoidance analysis (.2); conferred with M. Lightner, J. Molenda, and K. Balmer of Duff & Phelps re avoidance analysis (3.0); drafted section of reporting concerning intercompany transfers (3.9) and ████████████-related issues (1.0); conferred with M. Hankin, H. McArn, M. Lightner, J. Molenda, and K. Balmer of Duff & Phelps re avoidance analysis issues (.8). | 4,505.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/19/09 | MZH | 9.90 | Met with H. McArn, T. Phillibert and I. Fradkin re cash transfer review (.5); telephone conference with A. Pfeiffer and H. McArn re same (.2); telephone conference with Team 2 associates, H. McArn and M. Basil re assignments (.2); telephone conference with H. McArn, M. Lightner, A. Kopelman, J. Molenda, K. Balmer re intercompany transfer analysis (.6); reviewed ███████████ memorandum (1.6); telephone conference with E. Brown re same (.2); reviewed ███ ████████ outline (1.2); prepared for ███████ interview (1.4); conducted interview of ████████ (3.5); meeting with E. Brown, J. Pimbley and J. D'Almeida re same (.5). | 7,177.50 |
| 10/19/09 | HDM | 4.50 | Reviewed V. Lazar memorandum to Examiner re intercompany claims (.2); revised memorandum to Examiner re open issues for investigation (1.0); communicated with Team 2 associates re same (.4); met with M. Basil re status of draft Report (.1); reviewed and communicated with Team 2 associates re drafting on tasks 7 and 2 (1.4); reviewed and discussed postpetition cash requests with K. Balmer (.3); reviewed and discussed journal entry updates with K. Balmer (.3); participated in Team 2 call with Duff & Phelps re intercompany transfers (.5); participated in Team 2 call with associates re staffing and assignments (.2); drafted Team 2 daily report (.1). | 2,475.00 |
| 10/19/09 | SEB | 9.00 | Read ██████ ███████████ (.3); emailed M. Basil re ████ ███████ (.1); wrote ██████████████ section of █████████████████████ (2.4); wrote emails to K. Balmer re █████████████ related to ███████ ████████ (.2); conferred with M. Basil re ████████████████ (.2); revised ████████ memorandum for A. Valukas (1.2); edited factual section of █████████████████ (3.2); revised █████ interview outline (1.4). | 2,925.00 |
| 10/19/09 | TAP | 11.20 | Reviewed cash management memorandum and draft in preparation of drafting Report (1.2); discussed Report progress with I. Fradkin (.3); discussed draft narrative with H. McArn and M. Hankin (.5); participated in status meeting (.2); continued drafting section of Report re cash management (4.5); continued drafting section of Report re intercompany transactions (4.5). | 4,480.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 264

| 10/19/09 | IF | 11.20 | Reviewed memorandum re cash management legal precedent (.4); reviewed Duff & Phelps comments to cash management draft and intercompany transactions draft in preparation for meeting with M. Hankin (.8); discussed Examiner's Report progress with T. Phillibert (.3); discussed draft narrative with H. McArn and M. Hankin (.5); participated in status meeting with M. Hankin (.2); drafted section of Report re cash management narrative (4.5); drafted section of Report re intercompany transaction narrative (4.5). | 4,760.00 |
| --- | --- | --- | --- | --- |
| 10/19/09 | MAL | 8.50 | Sent extended and separately detailed emails to K. Balmer and D. Hewitt re progress of intercompany preference analysis (1.2); conferred twice with J. Molenda and A. Kopelman re avoidance analysis and intercompany branch accounts (1.0); reviewed memoranda from ███████████ interview (.9); continued to draft preference section of Examiner Report (1.1); met twice with K. Balmer of Duff & Phelps, J. Molenda, and A. Kopelman re macro view intercompany transfer analysis (3.5); attended conference call with M. Hankin, H. McArn, K. Balmer, A. Kopelman, and J. Molenda re drafting of intercompany section of Examiner Report (.8). | 3,145.00 |
| 10/19/09 | EPB | 8.40 | Reviewed questions and materials for ███████ interview (1.0); attended ███████ interview (3.5); conferred with M. Hankin, J. Pimbley, and J. D'Almeida re ███████ interview (.5); discussed ███████ ███ draft with M. Hankin (.1); corresponded with J. Pimbley re ███████ section of Report (.1); drafted flash summary of ███████ interview (2.7); reviewed draft of ████████████ section of Report (.5). | 2,730.00 |
| 10/19/09 | MRS | 1.10 | Reviewed emails for correspondence to ████████ counsel attaching documents (.3); prepared index to ████ documents for use by Duff & Phelps in formulating interview questions (.8). | 297.00 |
| 10/19/09 | ALR | .50 | Prepared ███████ ███████ binder per S. Biller request. | 127.50 |
| 10/20/09 | RLB | .60 | Reviewed ███████████ memorandum. | 480.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 265

| | | | | |
|---|---|---|---|---|
| 10/20/09 | DRM | 1.70 | Conference call with A. Pfeiffer, J. Leiwant, J. Pimbley, P. Marcus, M. Vitti, C. Steege, P. Trostle, M. Hankin and A. Allen re solvency issues (1.6); read memorandum from R. Byman re his discussion with J. Polkes on ▮▮▮▮▮▮▮▮▮▮ (.1). | 1,360.00 |
| 10/20/09 | MDB | 4.00 | Continued to review materials and prepare for ▮▮▮▮ interview (1.0); continued to review case materials re ▮▮▮▮ interview (1.5); conferred several times with S. Biller re ▮▮▮▮▮▮ (.5); continued to review ▮▮▮▮ re preparation of Examiner's Report (1.0). | 2,300.00 |
| 10/20/09 | EXM | 8.00 | Drafted valuation-specific questions for interviews of ▮▮▮▮ (1.5); drafted portion of Report on factors for reasonableness analysis (1.5); drafted outline on ▮▮▮▮ (1.2); reviewed September 2009 memoranda from Duff & Phelps on ▮▮▮▮ (2.2); reviewed ▮▮▮▮-related documents for drafting questions for ▮▮▮▮ (1.6). | 2,240.00 |
| 10/20/09 | TCN | .40 | Emailed M. Basil re ▮▮▮▮ (.1); telephone conference with ▮▮▮▮ re same (.3). | 340.00 |
| 10/20/09 | SCH | 7.30 | Reviewed documents in Case Logistix involving ▮▮▮▮ re ▮▮▮▮. | 3,175.50 |
| 10/20/09 | SKS | 6.50 | Telephone conference with M. Hankin re status of legal portion of Team 2 solvency and capital adequacy memorandum (1.0); forwarded ▮▮▮▮ re ▮▮▮▮ s and summarized key points in email to M. Hankin (1.0); revised legal portion of Team 2 capital adequacy memorandum for Examiner's Report (2.5); reviewed ▮▮▮▮ re ▮▮▮▮ (2.0). | 3,217.50 |
| 10/20/09 | KF | 8.30 | Conferred with M. Hankin re ▮▮▮▮ (.2); reviewed Duff & Phelps documents and underlying financial documents re ▮▮▮▮ (3.5); reviewed legal research re ▮▮▮▮ (1.3); researched and wrote section of Report re ▮▮▮▮ (3.3). | 3,071.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/20/09 | JJM | 5.00 | Conferred with M. Lightner and A. Kopelman re drafting of intercompany transfers and avoidable transfers portion of Report (1.2); met with K. Balmer and K. Smith of Duff & Phelps re preparation of charts depicting intercompany balances (1.1); reviewed memoranda re meaning of terms colorable claim and reasonably equivalent value (2.7). | 2,750.00 |
| 10/20/09 | AXK | 11.30 | Drafted section of Report concerning ▮▮▮▮▮ investigation (7.7); conferred with R. Erlich of Duff & Phelps re same (.7); attended meeting with ▮▮▮▮ ▮▮▮▮▮▮ and R. Erlich, M. Goering of Duff & Phelps (1.0); conferred with M. Lightner and J. Molenda re drafting of avoidance analysis section of Report (1.9). | 4,802.50 |
| 10/20/09 | MZH | 11.30 | Telephone conferences with D. Murray, C. Steege (partial), A. Pfeiffer, J. Leiwant, P. Trostle re LBHI solvency (1.6); telephone conference with S. Sato re adequate capitalization analysis (.5); reviewed draft memorandum re cash transfers as per task one of Examiner Order (1.9); telephone conference with K. Filipovich re ▮▮▮▮▮▮ issues (.3); drafted memorandum to A. Valukas re status of investigation (2.1); drafted email to E. Brown re same (.1); reviewed and distributed ▮▮▮▮ flash summary (.9); drafted emails re ▮▮▮▮ interview (.3); prepared for ▮▮▮▮ interview (2.1); reviewed ▮▮▮▮ interview summary (.5); meeting with R. Byman re ▮▮▮▮ interview (.2); reviewed ▮▮▮▮▮ interview outline (.7); drafted email to M. Vitti re ▮▮▮▮▮ interview (.1). | 8,192.50 |
| 10/20/09 | HDM | 4.50 | Reviewed and communicated with M. Hankin and M. Lightner re JPMorgan intercompany claim issue (.4); discussed Team 2 participation in ▮▮▮▮ call (.2); communicated with Team 2 associates re avoidance action inquiry (.6); communicated with M. Hankin and T. Phillibert re cash transfers (.3); reviewed and responded to ▮▮▮▮▮▮ (.4); finalized open issues memorandum to Examiner (.3); communicated with Duff & Phelps and A. Kopelman re B. McCarthy interview (.2); participated in solvency call with Teams 1, 2, 4 and Duff & Phelps (1.6); reviewed I. Fradkin and T. Phillibert drafts (.5). | 2,475.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/20/09 | SEB | 8.50 | Edited factual section of ▮▮▮▮▮▮ (8.0); researched ▮▮▮▮▮▮▮▮▮ (.5). | 2,762.50 |
| 10/20/09 | TAP | 9.90 | Continued drafting section of Report re Lehman cash transactions (3.0); reviewed and revised cash management (1.9); communicated with Duff & Phelps to discuss cash management narrative (.5); reviewed and revised draft narrative in connection with new information provided by Duff & Phelps (4.0); continued to discuss cash narrative with Duff & Phelps (.5). | 3,960.00 |
| 10/20/09 | IF | 9.90 | Drafted section of Report re cash management system and intercompany transfers (3.0); reviewed and revised draft cash management narrative for Duff & Phelps' comment (1.9); communicated with Duff & Phelps to discuss cash management narrative (.5); reviewed and revised draft narrative in connection with new information provided by Duff & Phelps (4.0); communicated with Duff & Phelps to discuss cash management narrative (.5). | 4,207.50 |
| 10/20/09 | MAL | 8.90 | Met with J. Molenda and A. Kopelman re intercompany transfer analysis (1.7); continued drafting insider preference section of the Report, including review of potential findings with Duff & Phelps personnel, review of several emails re intercompany preferences and transfers, and review of two memoranda re intercompany transfers (6.9); discussed intercompany transfer finding with A. Kopelman and J. Molenda (.1); responded to multiple emails from M. Hankin re same (.2). | 3,293.00 |
| 10/20/09 | EPB | 7.10 | Revised ▮▮▮▮▮▮ draft section of Report (3.5); researched and reviewed literature on securitization of ▮▮▮▮▮▮▮▮ (2.2); reviewed Duff & Phelps' update of ▮▮▮▮▮▮ report (.8); reviewed Duff & Phelps report (.6). | 2,307.50 |
| 10/20/09 | LEW | 1.00 | Updated witness binders in anticipation of upcoming ▮ ▮▮▮ interview. | 160.00 |
| 10/20/09 | MRS | 1.30 | Assembled balance sheet documents outlined in A. Kennedy email for review by S. Biller. | 351.00 |
| 10/20/09 | ALR | .50 | Conferred with S. Biller and M. Scholl re preparation and delivery of ▮▮▮ ▮▮▮ binders. | 127.50 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/20/09 | CRW | .90 | Performed specific searches within Case Logistix re ███████████████████████, in preparation of H. McArn's call with Duff & Phelps re same. | 229.50 |
| 10/21/09 | MDB | 6.10 | Continued to review materials and prepare for ████ interview (1.0); conducted the ████ interview of ████ (1.7); conferred several times with Duff & Phelps' A. Taddei re ███████ issues (.9); continued to review case materials re ██████ interview (1.5); conferred several times with S. Biller re ██████ issues (.7); reviewed and edited ██████ interview flash summary (.3). | 3,507.50 |
| 10/21/09 | WLT | .70 | Reviewed email from S. Biller on ██████████████ ████████ (.3); reviewed ████ interview of ███████████████ ████████ (.4). | 630.00 |
| 10/21/09 | EXM | 10.10 | Participated in interview of ██████ (4.5); reviewed draft of outline for ████████ interview (1.1); reviewed binder of documents to show for ████████ interview (.6); legal research of ██████████████████████ (1.2); drafted portion of the Report related to ██████████████ ████████████████ (.5); drafted outline of portion of Report related to ████████ (2.2). | 2,828.00 |
| 10/21/09 | TCN | 1.60 | Email exchange and telephone conference with ████ re ██████████████ (.3); telephone conference with ████████ re same (.3); emailed ████████ re same (.2); telephoned ████████ re same (left message) (.1); researched ████████ re same (.6); telephone conference with A. Valukas re ████████ (.1). | 1,360.00 |
| 10/21/09 | SCH | 6.40 | Reviewed documents in Case Logistix involving ████ re ████████████. | 2,784.00 |
| 10/21/09 | SKS | 6.10 | Revised legal memorandum on ████████████ ████████████████████ and M. Hankin comments for Team 2 ████████ portion of Examiner's Report (2.1); reviewed and briefed ████████████ per M. Hankin comment and incorporated into memorandum (4.0). | 3,019.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/21/09 | CEB | 2.90 | Worked on draft of memorandum on ██████ ████████████ for inclusion in Examiner's Report (2.4); participated in teleconference with H. McArn and R. Erlich, T. Kabler, and T.C. Fleming at Duff & Phelps re memorandum re ████████████ (.5). | 1,160.00 |
|---|---|---|---|---|
| 10/21/09 | WPW | 1.50 | Drafted ████████████████ sections of memorandum re interview with ████████. | 600.00 |
| 10/21/09 | KF | 8.50 | Researched case law re ██████████████████ ████████████████████████████ (5.2); drafted section of Report re (3.3). | 3,145.00 |
| 10/21/09 | JJM | 10.00 | Conferred with M. Lightner and A. Kopelman re drafting of intercompany transfers and avoidable transfers portion of Report (3.7); met with K. Balmer of Duff & Phelps re preparation of charts depicting intercompany balances (.5); reviewed memorandum re ████████ and notes from meetings with M. Lightner (3.0); reviewed and edited intercompany transfers and avoidable transfers portion of Examiner's Report (2.8). | 5,500.00 |
| 10/21/09 | AXK | 10.50 | Conferred with H. McArn re section of Report concerning ████████████ (.4); drafted the same (1.7); participated in telephone interview of witness with M. Hankin, M. Lightner and other J&B personnel, and K. Balmer and other Duff & Phelps personnel (.5); conferred with J. Molenda and M. Lightner re analysis and drafting of section Report concerning avoidance analysis (3.7); drafted the same (4.0); conferred with M. Lightner re drafting of avoidance analysis section of Report (.2). | 4,462.50 |
| 10/21/09 | MZH | 11.30 | Analyzed ████████████████████ and ████████████████ re same (1.0); drafted email to M. Vitti re same (.1); telephone conference with M. Vitti re ████████ (.5); prepared for ████████ interview (4.7); interviewed ████████ (4.5); drafted email to ████ re interview documents (.1); reviewed new ██ documents and drafted email re same (.4). | 8,192.50 |

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/21/09 | HDM | 3.40 | Communicated with Team 2 associates re partnership interests (.2); reviewed and discussed legal research on avoidance actions with A. Kopelman and circulated same to team (.8); continued to review cash transfer draft and emailed I. Fradkin re same (.5); continued to review and reconcile cash and journal entry productions with K. Balmer and C. Lawson (.9); participated in weekly call with Duff & Phelps ███████ team (.5); reviewed and discussed ████████ flash summary and circulated to team (.3); received final updates from Duff & Phelps as to ██████████ priority requests (.2). | 1,870.00 |
| 10/21/09 | SEB | 14.30 | Edited fact section of Examiner Report on ██████████ (2.9); interviewed ██████████ with M. Basil (1.7); participated in conference call with M. Basil and A. Taddei re ██████████████████████ (1.0); conferred with A. Taddei re ██████████████ (.3); wrote summary of ████████████████████████ (.4); wrote ████████ flash summary (1.0); wrote email to M. Basil re ████████████ (.2); conferred with M. Basil re Examiner's Report (.3); conferred with G. Folland re se███████████████████████████████████ (.5); conferred with A. Taddei re ██████████████████████ (.3); wrote ████████████████ section of Examiner's ██████████ (3.7); reviewed ████████ key documents for Examiner's Report (2.0). | 4,647.50 |
| 10/21/09 | TAP | 11.60 | Continued drafting section of Report re cash management and cash transactions (1.9); continued drafting section of Report re cash management and cash transactions (4.5); continued drafting section of Report re intercompany transfers (5.2). | 4,640.00 |
| 10/21/09 | IF | 14.10 | Reviewed draft cash management narrative (1.5); conferred with K. Balmer and T. Phillibert and continued to draft section of Report re cash management system and intercompany transfers (11.6); reviewed draft cash management narrative and numerical data provided by K. Balmer (1.0). | 5,992.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/21/09 | MAL | 9.30 | Edited top-side journal entry section of Examiner Report (1.5); attended teleconference with various individual from Barclay's, Duff & Phelps, and J&B re intercompany transfers (.8); met with A. Kopelman re status of intercompany transfers (.2); conferred with M. Hankin re intercompany transfers (.2); conferred with J. Molenda and A. Kopelman re status of intercompany transfer analysis and Duff & Phelps methodology (3.7); continued to draft insider preference section of Examiner order and review Duff & Phelps' analysis (2.9). | 3,441.00 |
|---|---|---|---|---|
| 10/21/09 | EPB | 7.50 | Revised draft section of Report re ▮▮▮▮▮ ▮▮ (6.2); reviewed Enron Examiner's Report (.5); prepared materials for meeting with Duff & Phelps re same (.5); corresponded with J. Pimbley, et al. re same (.3). | 2,437.50 |
| 10/21/09 | MRS | 2.40 | Coordinated transmittal of ▮▮▮▮ interview materials to Chicago office (.3); provided ▮▮▮▮ interview materials to S. Biller for review (.2); prepared electronic set of ▮▮▮ documents for review by M. Hankin and corresponded with M. Hankin re same (1.4); coordinated preparation of ▮▮▮ document binders for review by M. Hankin, Duff & Phelps and other team members (.5). | 648.00 |
| 10/22/09 | RLB | .90 | Office conference with M. Hankin re valuation issues (.2); reviewed valuation materials (.7). | 720.00 |
| 10/22/09 | DRM | .10 | Telephone conference with M. Basil re ▮▮▮▮▮ ▮▮. | 80.00 |
| 10/22/09 | MDB | 5.90 | Conferred with M. Hankin and H. McArn re Team 2 investigation and drafting of Report (.4); reviewed Duff & Phelps memorandum re ▮▮▮▮▮ ▮▮▮▮▮ (.5); drafted email to R. Byman, D. Murray and M. Hankin re Duff & Phelps ▮▮▮▮ memorandum (.4); conferred with D. Murray re ▮▮▮▮▮ (.2); continued to review materials and prepare for ▮▮▮ interview (1.7); conferred several times with S. Biller re ▮▮▮ issues (1.0); conferred with R. Byman re ▮▮▮ issues (.2); continued to review ▮▮▮ materials and witness interview summaries re preparation of Examiner's Report (1.5). | 3,392.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 272

| 10/22/09 | EXM | 7.90 | Drafted flash summary of ███████ interview (4.5); reviewed ██████████ documents for drafting questions for potential interview (1.1); drafted questions for ████████████ interview (.7); drafted outline of ████████████ (.8); drafted portion of the Report on ██████████ (.8). | 2,212.00 |
| 10/22/09 | TCN | 1.90 | Conducted research re ████████████████ (.8); reviewed ████████ (.3); telephone conference with ████████ re same (.2); telephone conference with ████████ re same (.2); emailed J&B team ████████████ re same (.4). | 1,615.00 |
| 10/22/09 | SKS | 6.50 | Revised legal memorandum re ████████ for Team 2 ████████████ portion of Examiner's Report and forwarded to M. Hankin for review and comment. | 3,217.50 |
| 10/22/09 | CEB | 3.40 | Worked on draft of memorandum on ████████ ████████████ for inclusion in Examiner's Report. | 1,360.00 |
| 10/22/09 | CFB | 2.80 | Drafted interview outline for ████████ (.8); updated interview list and tracker (2.0). | 1,120.00 |
| 10/22/09 | RZD | 7.40 | Reviewed interview materials in preparation of ████ interview (2.1); participated in ████ interview (1.1); drafted flash summary of ████ interview (4.2). | 2,960.00 |
| 10/22/09 | KF | 8.70 | Conferred with A. Ringguth re ████████ (.3); reviewed memoranda and other documents generated by Team 3 re ████████ (2.5); researched ████████████ and reviewed relevant documents to prepare for writing section of final Report (5.9). | 3,219.00 |
| 10/22/09 | JJM | 8.30 | Met with M. Lightner and A. Kopelman of J&B and K. Balmer of Duff & Phelps re preparation of charts depicting intercompany balances (.7); prepared draft of charts for K. Balmer, and conferred with K. Balmer re same (.3); reviewed and edited intercompany transfers and avoidable transfers portion of Examiner's Report, and conferred with M. Lightner re same (7.3). | 4,565.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/22/09 | AXK | 6.90 | Conferred with J. Molenda, M. Lightner and K. Balmer of Duff & Phelps concerning avoidance analysis (.7); drafted section of Report concerning flagged transactions (3.9); conferred with R. Erlich of Duff & Phelps concerning ████████ issues (1.2); drafted section of Report concerning ████████ issues (1.1). | 2,932.50 |
| 10/22/09 | MZH | 8.90 | Met with R. Byman re A. Valukas report for ████ ████ memorandum and meeting (.2); drafted emails to Duff & Phelps re same (.2); telephone conference with A. Pfeiffer and M. Vitti re same (.7); telephone conference with J. D'Almeida, S. Fliegler and E. Brown re ████████████ (.8); telephone conference with E. Brown re ████████ analysis and analysis of same (.7); prepared for ████████ interview (1.9); interviewed ████████ (1.5); prepared for ████████ interview (2.9). | 6,452.50 |
| 10/22/09 | HDM | 1.80 | Met with M. Basil and M. Hankin re Team 2 work plan (.4); reviewed and communicated with R. Erlich and A. Kopelman re ████ and re ████████ interview summaries (.5); revised work plan re ████████ and discussed same with Team 2 and R. Erlich (.3); reviewed and discussed ████████████ with A. Kopelman (.5); drafted Team 2 daily report (.1). | 990.00 |
| 10/22/09 | SEB | 13.00 | Conferred with M. Basil re ████████ interview (.3); reviewed ████████ documents for the Examiner's Report (4.1); wrote ████████████ and ████ portions of ████████████ (7.6); reviewed valuation outline and documents for ████████ interview (1.0). | 4,225.00 |
| 10/22/09 | TAP | 11.60 | Drafted cash management narrative for Report (6.0); met with K. Balmer and I. Fradkin re drafting same (4.4); reviewed intangible assets memorandum (.5); participated in telephone conference with J. Pimbley of Duff & Phelps re effect of LBHI bankruptcy on Debtor entities (.2); reviewed back data provided by K. Balmer of Duff & Phelps (.5). | 4,640.00 |
| 10/22/09 | IF | 11.40 | Continued to draft cash management narrative (6.0); met with K. Balmer re same (4.4); reviewed draft memorandum re Lehman intangible assets (.5); reviewed backup data provided by K. Balmer (.5). | 4,845.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/22/09 | MAL | 9.00 | Reviewed and edited top-side journal entry section of Examiner Report (3.7); continued to draft insider preference section of Examiner Report and how balance sheets were created (5.1); met with G. Hewitt of Duff & Phelps re findings on insider preferences (.2). | 3,330.00 |
| 10/22/09 | EPB | 7.90 | Reviewed materials for meeting with Duff & Phelps (1.5); met with J. Pimbley, A. Shukhon, P. Ramesh, and J. D'Almeida re draft section of Report re ▮▮▮▮▮ ▮▮▮▮▮▮ (1.1); reviewed notes from meeting and drafted email summarizing next steps on ▮▮▮▮▮ ▮▮▮▮▮ draft (.7); discussed Duff & Phelps meeting and next steps with M. Hankin (.2); telephone conference with M. Hankin, S. Fliegler, J. D'Almeida, M. Vitti, and P. Marcus re Debtor analysis (.4); discussed insolvency analysis with M. Hankin (.2); reviewed draft Debtor analysis and email from S. Fliegler (1.0); reviewed documents for ▮▮▮▮ interview (.4); reviewed ▮▮▮▮ ▮▮▮▮▮▮▮▮ (.5); edited draft section of Report re ▮▮▮▮▮▮▮▮ (.9); reviewed ▮▮▮▮▮▮▮▮ (.7); reviewed J. Pimbley edits to ▮▮▮▮▮▮▮▮ draft section of Report (.3). | 2,567.50 |
| 10/22/09 | MRS | 2.90 | Continued preparation of electronic set of ▮▮▮▮ documents for review by M. Hankin, Duff & Phelps and other team members, and corresponded with C. Ward re same (1.7); prepared index to ▮▮▮▮ documents listing binder tab numbers, bates numbers and file names for review by Duff & Phelps (1.2). | 783.00 |
| 10/22/09 | CRW | 1.00 | Pulled and bates stamped documents from Case Logistix and Lehman Live re global cash and collateral management, then sent to T. Phillibert and K. Balmer. | 255.00 |
| 10/23/09 | MDB | 4.20 | Reviewed materials in preparation for ▮▮▮▮▮ interview (1.0); conducted the ▮▮▮▮ interview of ▮▮▮ (2.2); continued to review ▮▮▮ materials re preparation of Examiner's Report (.8); drafted email to team leaders re ▮▮▮▮▮ and ▮▮▮▮▮ (.2). | 2,415.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/23/09 | EXM | 8.00 | Drafted ██████████ questions for interviews of ██████████ (1.5); reviewed ██████████-related documents for drafting questions for ██████ (2.5); drafted portion of Report on factors for ██████████ analysis (3.0); drafted ██████ flash summary (.5); drafted ██████ schedule (.5). | 2,240.00 |
| 10/23/09 | TCN | .50 | Telephone conference with ██████ re ██████████ ██████ (.3); emailed J&B team re same (.2). | 425.00 |
| 10/23/09 | SKS | 2.30 | Reviewed and organized cases, articles and source materials for further revisions of legal portion of ██████████ memorandum. | 1,138.50 |
| 10/23/09 | CEB | 4.80 | Worked on draft of memorandum on ██████ ██████████ for inclusion in Examiner's Report. | 1,920.00 |
| 10/23/09 | KF | 9.20 | Conferred with M. Hankin re research progress (.2); reviewed notes from ██████ interview (.2); researched ██████████████████████████ (4.5); researched issues related to ██████ to prepare for writing Report (4.3). | 3,404.00 |
| 10/23/09 | JJM | 8.60 | Conferred with K. Balmer of Duff & Phelps re preparation of charts depicting intercompany balances (.5); drafted and revised intercompany transfers and avoidable transfers portion of Examiner's Report, and conferred with M. Lightner and A. Kopelman re same (8.1). | 4,730.00 |
| 10/23/09 | AXK | 11.90 | Conferred with K. Balmer of Duff & Phelps re avoidance analysis (2.2); conferred with J. Molenda and M. Lightner re the same (.5); drafted section of Report concerning avoidance analysis and ██████ issues (8.9); conferred with H. McArn re same (.3). | 5,057.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/23/09 | MZH | 8.60 | Participated in call with J. Epstein, P. Trostle, V. Lazar re ███████████████ (.6); telephone conference with K. Filipovich re ███████████ and analysis of same in light of ██████ and ████ interviews (.7); telephone conference with M. Vitti re ████████ interview issues re █████████████████ (.5); reviewed and commented on intercompany transfer draft memorandum (1.2); prepared for █████████ interview (1.9); interviewed ████████ (2.6); revised █ ████ flash summary (1.0); drafted email to R. Byman re same (.1). | 6,235.00 |
| 10/23/09 | HDM | 1.90 | Reviewed and communicated with P. Daley re issues to cover with ███████ (.3); communicated with C. Bell and R. Erlich re draft ██████████ Report (.3); communicated with M. Hinds re ████████████ and additional legal research (.3); communicated with A. Kopelman re avoidance analysis (.6); discussed task 7 progress with J. Molenda (.3); reviewed ████████ and ██████ flash summaries (.1). | 1,045.00 |
| 10/23/09 | SEB | 9.00 | Interviewed ████████ re ██████████ and valuation issues with M. Basil and M. Hankin (4.3); reviewed notes of ██████████ interview (1.0); conferred with O. Jafri re ████████ issue (.1); read emails re █████████ (.1); reviewed ███████████ legal research for Examiner's Report (.4); edited draft of Examiner's Report on ██████████ (2.6); began drafting flash summary of ████████ interview (.5). | 2,925.00 |
| 10/23/09 | TAP | 14.40 | Continued drafting section of Report re cash management (4.0); continued drafting section of Report re intercompany transactions (4.4); reviewed and edited cash management narrative with I. Fradkin (1.7); discussed progress of drafting Report with I. Fradkin (.3); reviewed court documents re Alvarez & Marsal's motion to continue cash management system (1.2); drafted summary for incorporation in Report re same (2.8). | 5,760.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/23/09 | IF | 13.60 | Continued to draft section of Report re cash management narrative (4.4); continued to draft section of Report re intercompany transactions (4.0); reviewed and edited cash management narrative with T. Phillibert (1.7); continued to revise cash management and intercompany transaction narrative (3.2); discussed drafting progress with T. Phillibert (.3). | 5,780.00 |
| --- | --- | --- | --- | --- |
| 10/23/09 | MAL | 9.50 | Continued drafting insider preference section of Examiner Report (1.6); reviewed top-side journal entries flagged by Duff & Phelps (.4); reviewed Duff & Phelps memorandum re avoidance analysis (1.5); continued drafting intercompany transaction section of the Examiner Report including review of multiple intercompany transactions identified by Duff & Phelps (6.0). | 3,515.00 |
| 10/23/09 | EPB | 6.30 | Corresponded with J. Pimbley and J. D'Almeida re form of final Report (.5); reviewed Team 2 proof outline (1.2); searched for articles on ▮▮▮▮▮ (1.5); reviewed ▮▮▮ memorandum (.4); reviewed ▮▮▮ and accompanying notes (.8); corresponded with M. Scholl re binder for ▮▮ interview (.1); searched legal research database for memoranda on preference analysis (.6); reviewed outline and documents for ▮▮ interview (1.2). | 2,047.50 |
| 10/23/09 | MRS | 2.30 | Provided ▮▮ interview document binder and index to E. Brown for review (.3); coordinated forwarding ▮▮ interview document binder and CD to J. D'Almeida at Duff & Phelps for review and corresponded with M. Hankin re same (.6); coordinated conference room logistics for ▮▮ interview with M. Hankin and J. DeGraw (.2); prepared additional documents for use during ▮▮ interview and incorporated into binders for review by M. Hankin and E. Brown (.7); revised ▮▮ document index to include new documents (.5). | 621.00 |
| 10/24/09 | MDB | 2.90 | Reviewed and edited ▮▮ interview summary (.3); conferred with S. Biller re numerous ▮▮ issues (.5); conferred with S. Ascher re ▮▮ issues (.1); began to review and edit draft ▮▮ section of the Examiner's Report (2.0). | 1,667.50 |
| 10/24/09 | TCN | .10 | Emailed M. Basil re ▮▮▮▮▮. | 85.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/24/09 | JJM | 8.20 | Drafted and revised intercompany transfers and avoidable transfers portion of Examiner's Report, and conferred with M. Lightner and A. Kopelman re same (7.7); meeting with A. Kopelman and M. Lightner re drafting strategy (.5). | 4,510.00 |
|---|---|---|---|---|
| 10/24/09 | AXK | 9.60 | Conferred with J. Molenda re drafting of section of Report concerning ███████ issues and avoidance analysis (.2); conferred with M. Lightner and J. Molenda re drafting of avoidance analysis section of Report (.5); drafted sections of Report concerning avoidable transfers (8.9). | 4,080.00 |
| 10/24/09 | MZH | 7.50 | Reviewed and commented on ███████ memorandum (2.9); reviewed and commented on ███████ interview outline (3.7); reviewed and revised ███████ flash summary re ███████ (.7); drafted email to ██ re additional documents (.1); drafted email to M. Vitti re ███████ interview (.1). | 5,437.50 |
| 10/24/09 | SEB | 9.30 | Wrote flash summary for ███████ interview (3.6); wrote Examiner's Report on ███████ (5.4); revised flash summary for ███████ interview (.3). | 3,022.50 |
| 10/24/09 | TAP | 7.60 | Drafted section of Report re ███████ (3.3); drafted section of Report re effect of bankruptcy on Debtor entities (3.2); discussed progress with I. Fradkin re drafting of Report (.1); reviewed draft Report and supporting documents re relationship between ███████ ███████ (1.0). | 3,040.00 |
| 10/24/09 | IF | 10.00 | Drafted cash management and intercompany transaction narrative (8.1); discussed ███████ with K. Balmer (1.8); discussed ███████ with T. Phillibert (.1). | 4,250.00 |
| 10/24/09 | MAL | 8.60 | Continued drafting insider preference section of the Examiner Report, including review of several memoranda re avoidance actions (4.1); reviewed various ███████ and ███████ (2.2); drafted methodology sections of Examiner Report dealing with intercompany transactions (2.3). | 3,182.00 |
| 10/24/09 | EPB | 3.10 | Revised draft section of Report re ███████, incorporating edits from J. Pimbley. | 1,007.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 279

| 10/25/09 | JJM | 9.40 | Drafted and revised intercompany transfers and avoidable transfers portion of Examiner's Report, and conferred with M. Lightner and A. Kopelman re same (8.3); attended meeting with A. Kopelman and M. Lightner re drafting strategy (.3); attended portion of meeting with A. Kopelman and R. Erlich of Duff & Phelps to discuss avoidance analysis and ███████ issues (.8). | 5,170.00 |
| --- | --- | --- | --- | --- |
| 10/25/09 | AXK | 10.30 | Conferred with M. Lightner and J. Molenda re drafting of avoidance analysis section of Report (.3); drafted section of Report concerning avoidance analysis (1.5); drafted section of Report concerning ███████ issues and avoidance analysis (7.4); conferred with J. Molenda and R. Erlich of Duff & Phelps concerning avoidance analysis (1.1). | 4,377.50 |
| 10/25/09 | SEB | 6.30 | Wrote about key documents in Examiner's Report (6.0); conferred with M. Lightner re ███████ issues (.3). | 2,047.50 |
| 10/25/09 | TAP | 12.20 | Continued drafting section of Report re cash management (3.8); continued drafting section of Report re intercompany transfers (3.7); reviewed numerical analysis provided by Duff & Phelps with I. Fradkin (4.2); discussed cash management issues with K. Balmer and I. Fradkin (.5). | 4,880.00 |
| 10/25/09 | IF | 12.20 | Continued drafting section of Report re cash management narrative (3.8); continued drafting section of Report re intercompany transactions (3.7); reviewed numerical analysis provided by Duff & Phelps with T. Phillibert (4.2); discussed cash management issues with K. Balmer (.5). | 5,185.00 |
| 10/25/09 | MAL | 8.30 | Continued drafting intercompany transaction section of Examiner Report (4.0); incorporated legal standards for avoidance transactions into Examiner Report (1.1); reviewed various insider preferences flagged by Duff & Phelps (1.5); categorized potentially avoidable transactions flagged by Duff & Phelps (1.2); met with K. Balmer to discuss revisions to intercompany draft section of Examiner Report (.5). | 3,071.00 |
| 10/26/09 | RLB | .80 | Reviewed Duff & Phelps valuation draft memorandum (.7); office conference with M. Hankin re same (.1). | 640.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/26/09 | MDB | 4.40 | Conferred with M. Hankin and H. McArn re Team 2 investigation and drafting of Report (.3); conferred with S. Biller numerous times re ████ investigation and Report drafting (.8); continued to review documents re ████ section of Examiner's Report (1.5); participated in Team 2 weekly call with associates re status of investigation and assignments (.3); participated in weekly call with M. Hankin, H. McArn and Duff & Phelps's K. Balmer re intercompany transfer analysis (.6); reviewed draft ████ section of the Examiner's Report (.9). | 2,530.00 |
| 10/26/09 | WLT | 1.50 | Reviewed memorandum prepared by Duff & Phelps related to ████. | 1,350.00 |
| 10/26/09 | EXM | 6.70 | Drafted outline of ████ portion of Report (3.5); drafted introduction to ████ portion of Report (1.5); participated in weekly Team 2 conference call (.3); participated in weekly conference call with Duff & Phelps re valuation issues (1.1); drafted questions for ████ interviews (.3). | 1,876.00 |
| 10/26/09 | SCH | 8.20 | Conferred with Team 2 re assignment status and update on progress (.3); reviewed documents in Case Logistix involving ████ re ████ (7.9). | 3,567.00 |
| 10/26/09 | MMH | 1.90 | Participated in Team 2 coordination call re draft of Report and witness interviews (.2); conferred with M. Hankin re ████ issue (.2); reviewed memorandum on same (.5); began research (1.0). | 940.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/26/09 | SKS | 6.30 | Telephone conference with M. Hankin re progress in drafting ██████████ portion of Examiner's Report (.4); telephone conference with Team 2 re update on status (.3); conferred with and forwarded documents to M. Slachetka to discuss and review of ██████ ██████ memoranda and documents in support of drafting of Examiner's Report (.7); identified and forwarded documents to M. Hankin re post-bankruptcy assessments of role of ████████████████ ██████████████ (.3); reviewed proof outline re ████████████ in preparation for drafting ███████ portion of Examiner's Report (1.0); drafted fact section of ██████████████ portion of Examiner's Report (3.6). | 3,118.50 |
| 10/26/09 | CEB | 5.20 | Worked on draft of memorandum on ██████████ ████████████ for inclusion in Examiner's Report. | 2,080.00 |
| 10/26/09 | CFB | .30 | Participated in Team 2 status call. | 120.00 |
| 10/26/09 | KF | 9.40 | Reviewed interview notes from ██████, ██████ and ████████ re ████████ valuation (.5); reviewed memorandum re ████████████████████, chronology of ████████████, Duff & Phelps ██████████████, and other documents re ████████████████ to prepare for drafting Report (5.1); began drafting sections of Report re ████████ ████████ (3.5); conferred with A. Ringguth re ████ (.3). | 3,478.00 |
| 10/26/09 | JJM | 5.80 | Drafted and revised intercompany transfers and avoidable transfers portion of Examiner's Report, and conferred with A. Kopelman of J&B and T.C. Fleming of Duff & Phelps re same (2.6); conferred with A. Kopelman and M. Lightner re intercompany transfers and avoidable transfers portion of Examiner's Report (.7); attended meeting with H. McArn, A. Kopelman, and M. Lightner re avoidable transfers and ██████ issue (.7); attended team status report meeting (.2); attended meeting with M. Hinds and A. Kopelman re avoidable transfers and ████████ issue (.7); attended meeting with A. Kopelman and M. Lightner of J&B and K. Balmer of Duff & Phelps re preference analysis (.9). | 3,190.00 |

| 10/26/09 | AXK | 7.40 | Participated in Team 2 meeting with H. McArn, J. Molenda and M. Lighter re avoidable transfers and ████████ issues (.7); conferred with J. Molenda, M. Lightner and K. Balmer of Duff & Phelps re preference analysis (.4); conferred with team re status (.2); conferred with M. Hinds re avoidable transfers and ████████ issue (.5); conferred with J. Molenda and T.C. Fleming of Duff & Phelps re avoidance analysis (.2); drafted avoidance analysis section of Report with J. Molenda and M. Lightner (.7); reviewed source material and drafted section of Report concerning avoidance analysis issues (4.7). | 3,145.00 |
|---|---|---|---|---|
| 10/26/09 | MZH | 11.30 | Met with V. Lazar, H. McArn re Debtor specific financial analysis (.2); analyzed and telephone conference with E. Brown re ████████████████ ████████████████████ (.2); telephone conference with M. Hinds re ████████████████████ (.4); met with M. Lightner re same (.1); drafted email to A. Pfeiffer re ████████████████████ (.1); reviewed and commented on same (.9); telephone conference with M. Vitti, A. Pfeiffer re same (1.2); telephone conference with H. McArn, M. Basil and Team 2 associates re assignments (.2); telephone conference with S. Sato re ████████████████ analysis (.4); analyzed ██████ ████████ in light of ██████ interview (1.2); prepared for ██████ interview (2.7); interviewed ██ ████ (3.0); meeting with J. Pimbley and E. Brown re same (.7). | 8,192.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/26/09 | HDM | 8.60 | Reviewed ▮▮▮ documents re ▮▮▮▮▮ (1.2); corresponded with Team 3 and Duff & Phelps re same (1.4); participated in call with Team 2 associates re staffing and assignments (.2); followed up with A. Kopelman, J. Molenda and M. Lightner re avoidance actions (.7); communicated with R. Erlich re same (.4); drafted daily report (.1); followed up with M. Basil re cash transfers (.1); communicated with T. Phillibert re same (.1); reviewed and communicated with R. Downey re ▮▮▮ interview notes (.3); communicated with R. Erlich re ▮▮ (1.0); reviewed master witness list re ▮▮▮ and ▮▮ interviews (.2); discussed legal entity analysis with Team 2 and Team 5 (.3); discussed legal entity interview notes with K. Hupila and circulated same to Team 2 associates (.5), communicated with C. Bell re legal entity analysis, ▮▮▮▮ (.1); continued review of agreements re same (2.0). | 4,730.00 |
| 10/26/09 | SEB | 7.90 | Conferred with M. Basil re ▮▮▮▮ section of ▮▮▮▮ (.2); read ▮▮▮ flash summary (.2); reviewed ▮▮▮ documents for ▮▮▮ (2.7); wrote ▮▮▮ (4.3); conferred with H. McArn, M. Basil and M. Hankin re ▮▮▮ issues (.1); conferred with M. Basil re possible document request for ▮▮▮ (.1); participated in Team 2 conference call re status of investigation (.2); conferred with M. Basil re substantive ▮▮▮ issues related to ▮▮▮ and ▮▮▮ (.1). | 2,567.50 |
| 10/26/09 | MLS | 2.80 | Conferred with Team 2 re scheduled interviews and valuation and liquidity issues (.3); conferred with S. Sato and M. Hankin re ▮▮▮ (.4); reviewed Team 2's current version of proof outline re ▮▮▮ (1.4); reviewed Team 2's current version of legal analysis re ▮▮▮ (.7). | 910.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/26/09 | TAP | 15.80 | Discussed intercompany transactions with Duff & Phelps staff and I. Fradkin (1.0); continued drafting section of Report re cash management (4.0); continued drafting section of Report re intercompany transactions (4.5); reviewed data provided by Duff & Phelps with I. Fradkin (3.8); reviewed and revised cash management and intercompany transactions Report for review by H. McArn and M. Hankin (2.3); reviewed Duff & Phelps edits of cash management narrative (.2). | 6,320.00 |
|---|---|---|---|---|
| 10/26/09 | IF | 16.30 | Reviewed the draft cash management narrative (.7); discussed intercompany transactions with Duff & Phelps staff and T. Phillibert (1.0); continued drafting section of Report re cash management narrative (4.0); continued drafting section of Report re intercompany transactions narrative (4.5); reviewed data provided by Duff & Phelps with T. Phillibert (3.8); reviewed and revised cash management and intercompany transactions Report for review by M. Hankin and H. McArn (2.3). | 6,927.50 |
| 10/26/09 | MAL | 5.90 | Reviewed draft of intercompany section of Examiner Report (.4); met with A. Kopelman and J. Molenda re same (.5); called J. Levitske of Duff & Phelps re avoidance analysis (.1); conferred with J. Molenda re same (.1); emailed A. Pfeiffer re draft Report (.1); attended status report conference call for intercompany transfers (.2); met with A. Kopelman, J. Molenda, and H. McArn re status of intercompany transfer piece (.7); continued to work on draft of insider preference piece (1.8); conferred with K. Balmer and C. Lawson re same (2.0). | 2,183.00 |
| 10/26/09 | EPB | 9.10 | Reviewed ▮▮▮ interview outline (.5); reviewed Team 2 proof outline (.5); conferred with M. Hankin re ▮▮▮▮▮▮▮▮▮ draft section of Report (.2); prepared materials for ▮▮▮ interview (.4); reviewed memorandum on solvency of Debtor entities and related questions (1.1); edited ▮▮▮▮▮▮ draft section of Report (1.0); attended interview of ▮▮▮ (3.3); met with M. Hankin and J. Pimbley re ▮▮▮ interview and ▮▮▮▮▮▮ analysis (.8); drafted flash summary of ▮▮▮ interview (1.3). | 2,957.50 |
| 10/26/09 | CRW | 1.10 | Performed specific searches within Stratify and Case Logistix and created review sets for S. Biller in preparation of ▮▮▮ interview. | 280.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/27/09 | RLB | 2.40 | Conference call with A. Valukas and Duff & Phelps re valuation findings (1.4); telephone conference with A. Valukas and M. Hankin re Duff & Phelps findings (.6); conference call with Duff & Phelps, et al. re solvency findings (.4). | 1,920.00 |
|---|---|---|---|---|
| 10/27/09 | DRM | .60 | Read memorandum from M. Hinds containing summary of interview of ▮▮▮ (.3); read memorandum from M. Hinds containing summary of ▮▮▮▮▮ (.3). | 480.00 |
| 10/27/09 | MDB | 5.90 | Reviewed Duff & Phelps memorandum re ▮▮▮ activity and the rating agencies (.4); drafted email to R. Byman and M. Hankin re Duff's ▮▮▮ rating agencies memorandum (.3); conferred with S. Biller numerous times re ▮▮▮ investigation and Report drafting (.7); continued to review ▮▮▮-related documents and witness interview summaries re preparation of Examiner's Report (1.5); reviewed and edited factual background section of draft ▮▮▮ section of Examiner's Report (3.0). | 3,392.50 |
| 10/27/09 | WLT | 1.10 | Continued review of memorandum prepared by Duff & Phelps related to ▮▮▮▮▮▮▮. | 990.00 |
| 10/27/09 | EXM | 6.50 | Reviewed documents re ▮▮▮ ▮▮▮ for drafting Report (2.5); reviewed documents on ▮▮▮ ▮▮▮ (1.2); drafted outline for ▮▮▮ portion of Report (.8); drafted introduction to ▮▮▮ portion of Report (2.0). | 1,820.00 |
| 10/27/09 | TCN | .80 | Corresponded with Lehman team re ▮▮▮ (.3); telephone conference with ▮▮▮ re same (.3); emailed ▮▮▮ re same (.2). | 680.00 |
| 10/27/09 | SCH | 7.50 | Reviewed documents in Case Logistix involving ▮▮▮ re ▮▮▮▮▮. | 3,262.50 |
| 10/27/09 | SKS | 6.50 | Conferred with M. Slachetka re review of proof outline and legal analysis re ▮▮▮▮▮ of Examiner's Report (1.0); drafted and outlined fact and background sections of ▮▮▮▮▮ ▮▮▮ of Examiner's Report (5.5). | 3,217.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/27/09 | KF | 10.90 | Conferred with Z. Saeed re ███████ (.5); reviewed documents re ████████ (2.2); researched ██████ (1.0); reviewed ████ (.8); conferred with S. Rivera re ███ (.6); emailed with M. Hankin (.1); reviewed ████████ to research ████ (4.2); drafted section of Report re ██████ (1.5). | 4,033.00 |
|---|---|---|---|---|
| 10/27/09 | JJM | 7.60 | Drafted and revised intercompany transfers and avoidable transfers portion of Examiner's Report (2.9); attended meeting with A. Kopelman of J&B and T.C. Fleming, R. Erlich, A. Busse, and T. Kabler of Duff & Phelps re avoidance analysis and ████ issues (1.7); attended meeting with T.C. Fleming to discuss avoidance analysis and ████ issues (1.3); reviewed statutes and interview memorandum re as part of drafting intercompany transfers and avoidable transfers portion of Examiner's Report (1.7). | 4,180.00 |
| 10/27/09 | AXK | 3.90 | Conferred with J. Molenda, T.C. Fleming, R. Erlich, A. Busse, T. Kabler of Duff & Phelps re avoidance analysis and ████ issues (1.7); corresponded with M. Hinds re avoidance analysis (.2); drafted work product concerning avoidance analysis and ████ issues and distributed to J. Molenda and M. Hinds (1.1); conferred with J. Molenda re avoidance analysis and ████ issues (.9). | 1,657.50 |
| 10/27/09 | MZH | 10.70 | Telephone conference with V. Lazar, H. McArn, D. Layden and Duff & Phelps re ████ (.8); reviewed Duff & Phelps ████ memorandum (.9); telephone conference with A. Valukas, R. Byman, A. Pfeiffer re same (2.2); telephone conference with D. Murray, C. Steege, P. Trostle, A. Pfeiffer, J. Leiwant, P. Marcus, M. Vitti re ████ (.7); met with R. Byman re same (.2); met with H. McArn re cash transfer analysis (.2); telephone conference with M. Vitti re valuation issues, including ████ (.5); telephone conference with A. Valukas and R. Byman re valuation analysis (.7); prepared for ████ interview (3.2); reviewed and commented on ████ flash summary (.7); drafted email to E. Brown and J. Pimbley re same (.1); telephone conference with S. Prysak re ████ interview (.5). | 7,757.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/27/09 | HDM | 3.60 | Communicated with Duff & Phelps re edits to drafts (.3); participated in Team 2/Team 5 conference re legal entity analysis (.8); continued to edit draft avoidance action Report and discuss same with Team 2 associates (1.7); reviewed and circulated overview re LBFP and LBDP (.2); drafted daily report (.1); reviewed I. Fradkin draft re cash (.3); drafted document requests for ███████ and meeting request for ███████ (.2). | 1,980.00 |
| 10/27/09 | SEB | 12.30 | Conferred with M. Basil re Examiner's Report (.3); reviewed A. Taddei ███████ memorandum (.4); wrote Examiner's Report (7.3); reviewed documents for ███████ Examiner's Report (1.3); revised fact section of Examiner's Report on ███████ (3.0). | 3,997.50 |
| 10/27/09 | MLS | 3.00 | Met with S. Sato for debriefing re revisions to Team 2's ███████ legal analysis and proof outline (1.0); reviewed ███████ witness outline (.8); reviewed materials addressing ███████, including ███████ ███████, and ███████ (1.2). | 975.00 |
| 10/27/09 | TAP | 11.00 | Reviewed cash transaction and cash management information provided by Duff & Phelps (1.3); revised draft cash management narrative (.7); continued drafting section of Report re cash management narrative (3.8); continued drafting section of Report re intercompany transactions narrative (3.7); reviewed Duff & Phelps comments to cash management narrative with I. Fradkin (1.5). | 4,400.00 |
| 10/27/09 | IF | 12.30 | Reviewed cash transaction and cash management information provided by Duff & Phelps (2.3); revised draft cash management narrative (1.0); continued drafting section of Report re cash management narrative (3.8); continued drafting section of Report re intercompany transactions narrative (3.7); reviewed Duff & Phelps comments to cash management narrative with T. Phillibert (1.5). | 5,227.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/27/09 | MAL | 7.10 | Conferred with A. Kopelman re intercompany transactions (.2); sent email to C. Lawson of Duff & Phelps re insider preference question (.2); emailed J. Levitsky re avoidance analysis (.2); sent extensive email to K. Balmer re intercompany analysis (.2); reviewed draft of Examiner Report addressing cash issues (2.9); continued to review draft of intercompany transfer analysis (3.0); spoke to H. McArn re intercompany transfer section of Examiner Report (.2); emailed M. Hankin and H. McArn re status of insider preference work at Duff & Phelps (.2). | 2,627.00 |
| 10/27/09 | EPB | 6.90 | Emailed J. Pimbley re ███████ interview (.2); reviewed ████████████████ (1.1); reviewed ███████ section of Report (.6); reviewed emails re ███████ ██████ (.4); reviewed spreadsheets re ███████ (.4); edited ███████ section of Report (4.2). | 2,242.50 |
| 10/27/09 | LEW | 2.70 | Prepared documents in anticipation of upcoming ███████ witness interview. | 432.00 |
| 10/27/09 | CRW | 4.90 | Reviewed emails and attachments in Stratify re ███████ ████████████████, and sent examples to S. Biller for review and analysis (3.4); pulled and bates stamped documents re ████████████████ for S. Biller and M. Devine (1.5). | 1,249.50 |
| 10/28/09 | DRM | 1.50 | Reviewed numerous avoidance action memoranda sent by Duff & Phelps and other materials in preparation for solvency conference with Duff & Phelps. | 1,200.00 |
| 10/28/09 | MDB | 8.00 | Continued to review and edit draft ████████████████ ██ Examiner's Report (7.0); conferred with S. Biller numerous times re ████████████████ and Report drafting (1.0). | 4,600.00 |
| 10/28/09 | EXM | 4.90 | Drafted outline of ████████████████ portion of Report (2.5); reviewed documents for ███████ interview (1.2); participated in conference call on Report drafting (.5); reviewed documents of ████████████████████████ (.7). | 1,372.00 |
| 10/28/09 | TCN | .30 | Telephone conference with ███████ re ███████ ███. | 255.00 |
| 10/28/09 | SCH | 7.80 | Reviewed documents in Stratify involving ███████ re ████████████████. | 3,393.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/28/09 | SKS | 9.20 | Continued drafting and outlining fact and background sections of ███████████████ portion of Examiner's Report (8.0); reviewed Duff & Phelps memorandum re ████████████████████████ ███████████████████████████ (1.2). | 4,554.00 |
|---|---|---|---|---|
| 10/28/09 | KF | 9.40 | Participated in conference call with Team 2 re drafting Report (.8); researched ██████████████ ████████████████████████████████ ███████████ (2.8); reviewed ████████████ ████████████████████████ to research ████████████████████ (2.2); drafted section of Report re ████████ (3.6). | 3,478.00 |
| 10/28/09 | JJM | 9.60 | Drafted and revised avoidable transfers and ████ █████████ portion of Examiner's Report, and conferred with A. Kopelman re same (7.3); attended meeting with A. Kopelman and M. Lightner of J&B and K. Balmer of Duff & Phelps re preference analysis (1.3); attended meeting with A. Kopelman and M. Lightner to discuss drafting assignments (.5); attended meeting with A. Kopelman and M. Lightner of J&B and T.C. Fleming of Duff & Phelps re intercompany accounts and avoidable transfers (.5). | 5,280.00 |
| 10/28/09 | AXK | 7.80 | Conferred with J. Molenda and revised section of Report concerning avoidance analysis and ████████ issues (2.3); drafted and revised section of Report concerning avoidance analysis and ███████ issues (2.4); conferred with M. Lightner and J. Molenda, and T.C. Fleming of Duff & Phelps re avoidable analysis (.5); conferred with M. Lightner and J. Molenda re drafting of avoidance analysis section of Report (.5); conferred with M. Lightner and J. Molenda and K. Balmer of Duff & Phelps re section of Report concerning avoidance analysis (1.3); drafted work product for analysis of transactions concerning avoidance analysis and ████████████ issues (.8). | 3,315.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/28/09 | MZH | 2.30 | Met with M. Vitti re ███████████████ ██████████ (.5); met with R. Byman re same (.2); telephone conference with J. Pimbley re ████████████████████████ (.3); telephone conference with J. Pimbley and E. Brown re ████████████ ██████████ (.5); telephone conference with Team 2 associates, J. D'Almeida re ██████ report drafting (.8). | 1,667.50 |
| 10/28/09 | HDM | 5.30 | Continued to edit draft cash and draft intercompany reports and attend to questions re same (5.0); communicated with B. Kidwell and R. Erlich re ████ ████████████████████ (.2); drafted daily report (.1). | 2,915.00 |
| 10/28/09 | SEB | 11.70 | Wrote and revised ███████████ sections of Examiner's Report on ███████ (9.2); reviewed key ███████ documents for Examiner's Report (1.0); conferred with M. Basil re substantive issues re Examiner's Report on ███████ (.3); reviewed Enron Examiner's Report re ███████████████ and ████████ ████ (1.0); conferred with O. Jafri re ████ issues (.2). | 3,802.50 |
| 10/28/09 | MLS | 5.30 | Reviewed materials addressing ████████████ ████████████████████████████ ██████████ (.7); reviewed ██████████ and ███████████████ interview summary for ██████ issues (2.6); reviewed ██████ interview summary for ████████████ (.9); reviewed ████████████████████ flash interview summary for ████████████ (.4); reviewed ████████ interview summary for ████████████ (.7). | 1,722.50 |
| 10/28/09 | TAP | 11.10 | Discussed Lehman's in-house bank account structure with I. Fradkin and K. Balmer (.3); continued drafting section of Report re cash management narrative (3.8); continued drafting section of Report re intercompany transactions narrative (3.9); reviewed Duff & Phelps responses to information requests with I. Fradkin (2.7); reviewed and edited narrative re ████████████ ████████████ (.4). | 4,440.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/28/09 | IF | 11.60 | Drafted email to K. Balmer re status of cash management narrative (.2); discussed Lehman's in-house bank account structure with T. Phillibert and K. Balmer (.3); continued drafting section of Report re cash management narrative (3.8); continued drafting section of Report re intercompany transactions narrative (4.2); reviewed Duff & Phelps responses to information requests with T. Phillibert (2.7); revised structure of discussion of Lehman accounts in cash management narrative (.4). | 4,930.00 |
|---|---|---|---|---|
| 10/28/09 | MAL | 9.00 | Continued to review potential insider preferences and draft section of Examiner Report re same (6.8); met with K. Balmer, A. Kopelman, and J. Molenda re intercompany transfer analysis (1.3); met with A. Kopelman, J. Molenda and T.C. Fleming re potential avoidable preference (.9). | 3,330.00 |
| 10/28/09 | EPB | 6.20 | Edited draft section of Report re ███████ (3.1); met with M. Hankin re ████████████████ draft sections of Report (.2); telephone conference with M. Hankin, J. D'Almeida, et al. re reports (.8); telephone conference with M. Hankin and J. Pimbley re ███████ analysis (.4); reviewed source documents for ██████████ (1.7). | 2,015.00 |
| 10/28/09 | MRS | .90 | Conducted searches in Stratify database for documents relating to █████ and created folder of results for review by S. Herring and M. Hankin (.7); corresponded with S. Herring re same (.2). | 243.00 |
| 10/29/09 | DRM | .80 | Read memorandum from M. Hinds containing summary of interview of ████████ and ensuing memoranda from R. Byman and M. Hinds (.3); memorandum from M. Basil re █████████ and review materials re same (.5). | 640.00 |
| 10/29/09 | MDB | 11.50 | Continued to review and edit █████████ draft Report (11.0); conferred several times with S. Biller re ██████████████ draft Report (.5). | 6,612.50 |
| 10/29/09 | EXM | 11.30 | Reviewed documents in preparation for ████████ interview (2.2); drafted outline of ███████ portion of Report (5.6); reviewed ████████ for drafting Report (1.5); reviewed ████ material for interview questions (.5); drafted introduction to ████████████ portion of Report (1.5). | 3,164.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/29/09 | SCH | 7.90 | Reviewed documents in Stratify involving ██████ re ████████████████████ and prepared for interview. | 3,436.50 |
| 10/29/09 | MMH | 1.50 | Participated in phone conference re draft of Team 2 Report and additional information needed. | 742.50 |
| 10/29/09 | SKS | 10.00 | Continued drafting and outlining fact and background sections of ████████████████████ of Examiner's Report (7.0); updated legal section of ████████████████ of Examiner's memorandum to include recent I██████████████ ████████ and reorganize legal framework (3.0). | 4,950.00 |
| 10/29/09 | KF | 9.70 | Conferred with M. Hankin twice re ██████ ███ (.5); conferred with Z. Saeed re ██████ (.4); researched ████████████████████████ ████████████████, and case law re ████ ████████ (4.8); drafted section of Report re ████████ (4.0). | 3,589.00 |
| 10/29/09 | JJM | 9.80 | Attended ████████ interview with M. Lightner of J&B, K. Balmer and C. Lawson of Duff & Phelps, and representatives from Alvarez & Marsal (.9); drafted and revised avoidable transfers and ████████████ portion of Examiner's Report (4.0); conferred with A. Kopelman and M. Lightner of J&B and J. Levitske and K. Balmer of Duff & Phelps re avoidance analysis (.6); conferred with K. Balmer and T.C. Fleming (partial) of Duff & Phelps and A. Kopelman and M. Lightner of J&B re avoidance analysis (2.0); conferred with M. Hankin, H. McArn, J. Molenda, M. Lightner, I. Fradkin, T. Phillibert, C. Bell and other J&B associates concerning drafting of Examiner's Report (1.7); conferred with A. Kopelman concerning avoidance analysis and ████████████████ issues (.6). | 5,390.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/29/09 | AXK | 7.10 | Reviewed source materials concerning avoidance analysis and ███████ issues (1.6); drafted work product concerning the same (.7); conferred with J. Levitske and K. Balmer of Duff & Phelps and J. Molenda, M. Lightner re avoidance analysis work product (.6); conferred with K. Balmer and T.C. Fleming (partial) of Duff & Phelps, and J. Molenda, M. Lightner re the same (1.5); conferred with M. Lightner, H. McArn, J. Molenda, M. Lightner, I. Fradkin, T. Phillibert, C. Bell and other J&B associates concerning drafting of Report (1.7); conferred with J. Molenda concerning avoidance analysis and ███████ issues (.2); participated in meeting with Alvarez & Marsal personnel over teleconference with I. Fradkin and T. Phillibert (.8). | 3,017.50 |
| 10/29/09 | MZH | 8.30 | Telephone conference with J. Pimbley re ████████ analysis (.4); met with P. Trostle re same (.1); drafted email to H. McArn re intercompany transfer review (.1); reviewed and commented on intercompany transfer section of Report (2.9); met with M. Lightner, A. Kopelman, H. McArn and J. Molenda re analysis of intercompany transfers (1.7); met with H. McArn re intercompany transfer analysis (.3); analyzed cash transfer issues, including ████████ ████████ (.7); telephone conference with S. Sato re ████████ analysis (.3); telephone conference with K. Filipovich re ████████ analysis (.2); telephone conference with R. Byman re ████████ ████████ (.2); telephone conference with A. Pfeiffer re ████████ presentation to A. Valukas (.5); drafted email to M. Lightner re ████████ ████████ (.2); reviewed chart setting forth ████████ and drafted email to J. D'Almeida re same (.7). | 6,017.50 |
| 10/29/09 | HDM | 5.70 | Reviewed draft cash and intercompany questions for Alvarez & Marsal ████████ interview (.2); discussed same with Team 2 associates and Duff & Phelps' K. Balmer (2.1); participated in Team 2 associates meeting to discuss draft Report (2.5); followed up with Team 2 associates and K. Balmer re same (.3); drafted daily report (.1); communicated with C. Bell and R. Erlich re ████████ draft (.3); communicated with Team 1 and Duff & Phelps re ████████████ (.2). | 3,135.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/29/09 | SEB | 10.40 | Wrote and revised ███████████ portions of Examiner's ████ Report. | 3,380.00 |
|---|---|---|---|---|
| 10/29/09 | MLS | 3.10 | Reviewed and analyzed ███████ interview outline exhibits and matched them to facts in the proof outline (2.8); conferred with M. Lightner re research assignment addressing whether ██████████ ████████ (.3). | 1,007.50 |
| 10/29/09 | TAP | 14.50 | Edited cash narrative to incorporate changes from H. McArn (1.2); attended status meeting with Team 2, M. Hankin and H. McArn (2.0); discussed cash management narrative with H. McArn (.5); continued drafting section of Report re cash management (4.4); continued drafting section of Report re intercompany transfers (4.0); discussed Lehman bank account structure with Duff & Phelps and I. Fradkin (.3); analyzed and summarized Lehman in house and external account structure with I. Fradkin (1.0); reviewed and discussed comments of H. McArn re cash management narrative with I. Fradkin (1.1). | 5,800.00 |
| 10/29/09 | IF | 13.60 | Attended status meeting with M. Hankin and H. McArn (2.0); discussed cash management narrative with H. McArn (.5); continued drafting section of Report re cash management narrative (4.4); continued drafting section of Report re intercompany transactions narrative (4.0); discussed Lehman bank account structure with Duff & Phelps and T. Phillibert (.3); analyzed and summarized Lehman in-house and external account system with T. Phillibert (1.0); reviewed and discussed comments of H. McArn re cash management narrative with T. Phillibert (1.1); drafted email correspondence to Team 2 and Duff & Phelps re team progress with respect to cash management narrative (.3). | 5,780.00 |
| 10/29/09 | MAL | 8.70 | Met with Alvarez & Marsal representatives at Alvarez & Marsal to discuss intercompany cash transfers (.8); met with K. Balmer re intercompany transfer analysis (2.3); conducted teleconference with J. Levitske re intercompany transfer analysis (.6); continued to work on and draft intercompany transfer draft of Examiner Report including review of substantive comments made thereon (5.0). | 3,219.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/29/09 | EPB | 7.60 | Reviewed ███████████████████ (.8); reviewed ███████████████████ (.7); reviewed ████████████ (.3); reviewed ███████████ report (.6); reviewed ███████████ (1.0); reviewed ███████ (.5); researched articles and other sources for ██████ Report (.7); telephone conference with J. D'Almeida re ██████████ Report (.3); edited ████████ Report (2.7). | 2,470.00 |
| 10/29/09 | LEW | .30 | Prepared documents in anticipation of upcoming ██████ witness interview. | 48.00 |
| 10/29/09 | MRS | 3.20 | Prepared supplemental document binder in advance of ██ ████ interview and forwarded to counsel for ████ (1.5); prepared additional copy of first ███████ document binder and CD and forwarded to A. Besio at Duff & Phelps (1.4); corresponded with E. McKenna re ████████ materials (.3). | 864.00 |
| 10/29/09 | CRW | 1.20 | Performed specific searches for ███████████ ██████████████, within Case Logistix, and reported findings to T. Phillibert and I. Fradkin. | 306.00 |
| 10/30/09 | DRM | 1.00 | Conferred with A. Olejnik re ████████████████████ ██████████████████████ (.5); conferred with M. Basil re ██████████████████████ (.2); reviewed additional material re ██████████████████████ (.3). | 800.00 |
| 10/30/09 | MDB | 8.40 | Continued to review and edit █████████ draft Report (8.0); conferred several times with S. Biller re ██████████████ draft Report (.4). | 4,830.00 |
| 10/30/09 | EXM | 7.30 | Drafted outline of ████████████████ portion of Report (4.2); performed legal research on standard for ████████████████████ (2.5); reviewed ███████ documents on target review of Lehman (.6). | 2,044.00 |
| 10/30/09 | SCH | 6.90 | Reviewed documents in Case Logistix involving ██ ███████ re ████████████████. | 3,001.50 |
| 10/30/09 | SKS | 7.50 | Continued drafting and outlining fact and background sections re ███████████████ portion of Examiner's Report. | 3,712.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/30/09 | CEB | 3.70 | Worked on edits to ███████ memorandum incorporating changes from H. McArn. | 1,480.00 |
|---|---|---|---|---|
| 10/30/09 | KF | 8.60 | Researched case law re ████████████████████ ████████████████████████ ██████████ (5.5); drafted outline of section of Report (2.0); researched historical context of ████████ and edited section of Report re ████████████ (1.1). | 3,182.00 |
| 10/30/09 | JJM | 8.30 | Drafted and revised avoidable transfers and ████████ ████████ portion of Examiner's Report, and conferred with A. Kopelman re same (3.8); drafted memorandum of interview with ████████, and conferred with I. Fradkin of J&B and K. Balmer of Duff & Phelps re same (4.5). | 4,565.00 |
| 10/30/09 | AXK | 9.00 | Reviewed underlying documentation and drafted work-product concerning avoidance analysis and ████████ issues (2.8) and conferred with J. Molenda re the same (.3); drafted and communicated work-product specific to review of ████████ investigation (4.8); conferred with H. McArn re the same (.5) conferred with T.C. Fleming of Duff & Phelps re same (.6). | 3,825.00 |
| 10/30/09 | MZH | 7.50 | Reviewed Lehman presentation re ████████ and other ████████████████ (.8); met with M. Lightner re ████████ (.3); drafted email to S. Sato re same (.1); drafted email to K. Filipovich re ████████████ ████████ (.1); telephone conference with H. McArn and A. Pfeiffer re cash transfer analysis (.3); met with M. Lightner re preference analysis findings (.3); reviewed and commented on cash transfer section (1.7); reviewed and commented on preference analysis (3.9). | 5,437.50 |
| 10/30/09 | HDM | 9.30 | Communicated with Team 2 associates re formal meeting memoranda (.5); follow up meetings at Alvarez & Marsal (.2) and draft reports (2.3); continued to edit avoidance action, cash transfers and ████████ draft Report (5.4); communicated with Duff & Phelps re Team 2 and Team 4 avoidance action methodologies (.3); discussed same with M. Lightner and P. Trostle (.5); drafted daily report (.1). | 5,115.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/30/09 | SEB | 7.50 | Made revisions to ██████████████ (3.0); wrote ████████████ section of Report (4.5). | 2,437.50 |
|---|---|---|---|---|
| 10/30/09 | MLS | .10 | Conferred with M. Lightner about research assignment re ████████████████████████. | 32.50 |
| 10/30/09 | TAP | 10.60 | Edited draft Report to incorporate comments of Team Leaders re LBHI cash transfers (3.8); reviewed and edited summary of defined terms for cash management section of Report (1.3); revised draft Report re ████████████ (2.3); conferred with I. Fradkin re progress on incorporating edits in draft Report (.1); revised summary of Lehman internal and external accounts (1.8); reviewed and revised summary of ████████ (1.3). | 4,240.00 |
| 10/30/09 | IF | 11.90 | Reviewed and revised cash management narrative to conform with Examiner Report format (3.5); reviewed comments of H. McArn to cash management narrative and reviewed notes from ████████ interview (1.2); discussed ████████ interview with J. Molenda and Duff & Phelps team (1.2); reviewed court documents and bank account data in connection with ████████ (2.0); reviewed discussion of ████████████ in cash management narrative (.7); discussed cash management narrative with T. Phillibert (.1); reviewed cash management and intercompany transactions narrative (3.2). | 5,057.50 |
| 10/30/09 | MAL | 5.10 | Reviewed comments on ████████████, ████████████, and ████████ (3.5); discussed ████████ with M. Hankin and other J&B attorneys (.2); attended teleconference with H. McArn and T.C. Fleming re methodologies for identifying fraudulent transfers (.3); discussed methodologies for identifying fraudulent transfers with P. Trostle (.1); reviewed additional potential preferences re ████ (.5); conferred with M. Slachetka re cash management systems and ████████████ (.2); reviewed email from M. Hinds re ████████ (.3). | 1,887.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/30/09 | EPB | 7.30 | Edited and revised ██████████ Report (5.5); reviewed ████████████ report (.5); reviewed Debtor ██████ analysis (.5); reviewed ██████ memorandum (.4); telephone conference with J. D'Almeida re ██████████ (.3); telephone conference with M. Hankin re schedule (.1). | 2,372.50 |
| 10/30/09 | LEW | .10 | Corresponded with M. Scholl re preparation of ██████ documents in anticipation of upcoming witness interview. | 16.00 |
| 10/30/09 | MRS | 1.20 | Assembled complete sets of ██████ materials for review by M. Hankin and E. McKenna in advance of interview. | 324.00 |
| 10/31/09 | MDB | 7.00 | Continued to review and edit ██████████████ draft Report. | 4,025.00 |
| 10/31/09 | JJM | 1.80 | Drafted and revised avoidable transfers and ██████████ portion of Examiner's Report (1.3); drafted emails to H. McArn re status of avoidable transfers and ██████████████ portion of Examiner's Report (.5). | 990.00 |
| 10/31/09 | MZH | 7.10 | Drafted email to C. Steege re avoidance claim analysis (.3); met with T. Phillibert and I. Fradkin re cash transfer analysis (1.1); reviewed and commented on Report section addressing ██████████████ (4.9); reviewed and commented on ██████████ flash summary (.8). | 5,147.50 |
| 10/31/09 | HDM | 2.70 | Communicated with J. Molenda re revised avoidance action draft (.1); reviewed revised intercompany draft (.4); reviewed and drafted follow-up requests re ██████ ██ (.2); corresponded with Team 2 and Duff & Phelps re same (.3); reviewed A. Allen memoranda re solvency (1.0); communicated with T. Phillibert and I. Fradkin re cash draft and open issues (.7). | 1,485.00 |
| 10/31/09 | SEB | 1.90 | Revised Examiner's Report on ██████████ (.5); outlined ██████████████ section of Examiner's Report on ██████████ and analyzed potential claims (1.4). | 617.50 |
| 10/31/09 | MLS | 1.80 | Reviewed and analyzed background materials re cash management account systems, including October 16 memorandum by V. Lazar and D. Layden re intercompany claims. | 585.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 299

| | | | | |
|---|---|---|---|---|
| 10/31/09 | TAP | 10.80 | Conferred with M. Hankin re edits to Team 2 draft Report (.4); reviewed team leader edits to draft Report with I. Fradkin (1.0); revised draft Report to incorporate comments of team leaders re intercompany transactions (4.0); continued drafting section of Report re cash transfer among Debtor entities (4.0); reviewed and revised summary of Debtor financial schedules provided by Duff & Phelps with I. Fradkin (1.4). | 4,320.00 |
| 10/31/09 | IF | 12.10 | Reviewed draft discussion of LBHI cash management systems (1.3); conferred with M. Hankin re edits to Team 2 draft Report (.4); reviewed team leader edits to draft Report with T. Phillibert (1.0); revised draft Report to incorporate comments of team leaders re intercompany transactions (4.0); continued to draft section of Report re cash transfers among Debtor entities (4.0); reviewed and revised summary of Debtor financial schedules provided by Duff & Phelps with T. Phillibert (1.4). | 5,142.50 |
| 10/31/09 | MAL | 3.80 | Continued to revise insider preference analysis for draft of Examiner Report. | 1,406.00 |
| | | 3,097.10 | PROFESSIONAL SERVICES | 1,378,233.00 |

MATTER TOTAL          $ 1,378,233.00          LESS DISCOUNT          -137,823.30

NET PROFESSIONAL SERVICES                    1,240,409.70

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

BARCLAYS TRANSACTIONS                                 MATTER NUMBER -    10071

| | | | | |
|---|---|---|---|---|
| 10/01/09 | DRM | .30 | Read memoranda from R. Byman, P. Trostle, M. Devine re response to request of C. Green, counsel for Barclays, for information as a source of documents. | 240.00 |
| 10/01/09 | VEL | 6.30 | Reviewed daily report (.2); attended team meeting (partial) (.5); reviewed ▮▮▮▮ transcript and prepared notes of conflicting version of events for report (1.5); office conference with M. Basil re ▮▮▮▮ interview (.2); prepared for and conducted interview (2.5); prepared clean-up questions from JPMorgan witness and office conference with P. Trostle re same (.3); telephone conference with D. Layden re J. Zipfel redeployment (.2); telephone conference with D. Layden re ▮▮▮▮ highlights (.2); coordinated ▮▮▮▮ interviews with Boies Schiller (.2); email to Duff & Phelps and JPMorgan team re ▮▮▮▮ (.3); reviewed ▮▮▮▮ flash summary (.2). | 4,410.00 |
| 10/01/09 | KW | .80 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 136.00 |
| 10/01/09 | DCL | 7.40 | Emailed V. Lazar re topics for JPMorgan clean up interview (.2); drafted daily report (.1); reviewed consolidated daily report (.1); reviewed J. Pimbley, V. Lazar, J. Epstein, and A. Choudhury emails re JPMorgan issues and ▮▮▮▮ interview (.5); emailed J. Pimbley and V. Lazar re same (.2); worked on drafting report (5.8); reviewed ▮▮▮▮ letter to ▮▮▮▮ (.2); reviewed ▮▮▮▮ flash summary (.1); reviewed ▮▮▮▮ and ▮ flash summaries (.2). | 4,255.00 |
| 10/01/09 | KKH | 3.90 | Revised narrative description of Lehman Debtor entities (.3); attended ▮▮▮▮ interview and took notes at same (1.4 ); drafted interview memorandum of ▮▮▮▮ interview (1.1); reviewed documents re ▮▮▮▮ emails to identify ▮▮▮▮ (1.1). | 1,267.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/01/09 | JPZ | 9.20 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (1.6); reviewed emails, spreadsheets, and schedules in Case Logistix for documents re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (2.9); reviewed and drafted notes of transcript of sale hearing (4.6); conferred with T. Winegar re liabilities assumed by Barclays (.1). | 2,990.00 |
| 10/01/09 | CRW | 3.90 | Completed pulling and bates stamping Barclays' documents for J. Zipfel in preparation for upcoming interviews (2.5); created two binders for K. Hupila in preparation of ▇▇▇▇ interview (1.4). | 994.50 |
| 10/02/09 | VEL | 3.80 | Reviewed daily report (.2); attended call with Duff & Phelps re securities tracing and balance sheet analysis (.5); reviewed Alvarez & Marsal charts re ▇▇▇▇ (.3); reviewed and edited ▇▇▇▇ and ▇▇▇▇ interview summaries (.5); emails re to-do list and gaps in report (.3); emails with ▇▇▇▇ re ▇▇▇▇ interviews (.2); office conferences with D. Layden re gaps in report and interview topics (.3); worked on outline for draft report (1.0); office conference with K. Hupila new interview schedule for next week (.2); skimmed balance sheets provided by T.C. Fleming (.3). | 2,660.00 |
| 10/02/09 | KW | 1.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 170.00 |
| 10/02/09 | DCL | 5.40 | Drafted daily report (.1); emailed V. Lazar re ▇▇▇▇ ▇▇▇▇ analysis (.1); reviewed consolidated daily report (.2); reviewed ▇▇▇▇ flash summary (.1); reviewed financial statements for legal entities (.2); emailed J. Zipfel re report drafting issues (.1); met with J. Zipfel re same (.1); reviewed R. Byman email re open issues (.1); conferred with V. Lazar re same (.2); reviewed JPMorgan document re ▇▇▇▇ (.2); reviewed ▇▇▇▇ flash summary (.1); emailed V. Lazar re open issues (.5); worked on drafting report (2.7); participated in conference call with J. Pimbley, T.C. Fleming, V. Lazar, and K. Hupila re outstanding Duff & Phelps deliverables (.5); met with V. Lazar and K. Hupila re legal entity analysis (.2). | 3,105.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 302

| | | | | |
|---|---|---|---|---|
| 10/02/09 | KKH | 8.10 | Revised summaries from ███ and ███ interviews (1.2); reviewed documents re emails to identify ███ (3.2); reviewed documents re ███ emails to identify ███ (1.4); attended status update with V. Lazar, D. Layden, and Duff & Phelps representatives re ███ analyses (.7); reviewed documents re ███ emails to identify functions ███ (1.6). | 2,632.50 |
| 10/02/09 | JPZ | 9.00 | Reviewed the transcript of the September 19, 2008 sale hearing (4.1); drafted notes in preparation for a summary of the September 19, 2008 sale hearing (3.6); reviewed team reports (.1); reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report (1.2). | 2,925.00 |
| 10/03/09 | VEL | .30 | Emails with D. Layden re open examination issues. | 210.00 |
| 10/03/09 | DCL | .60 | Drafted daily report (.1); reviewed consolidated daily report (.2); emailed V. Lazar re issues for close-out interviews (.3). | 345.00 |
| 10/03/09 | KKH | 3.90 | Reviewed ███ emails to identify ███. | 1,267.50 |
| 10/03/09 | JPZ | 1.50 | Reviewed in Case Logistix emails, spreadsheets, and schedules produced by Barclays for documents to include in Team 5's interim report. | 487.50 |
| 10/03/09 | WB | 2.00 | Reviewed ███ documents tagged in client database (.7); retrieved key documents from Stratify and prepared documents for imaging and bates stamping (1.3). | 510.00 |
| 10/04/09 | VEL | 1.70 | Emails with R. Byman, et al. re additional witnesses (.2); reviewed ███ and ███ follow-up, and ███ flash and interview summaries and supporting documents (1.5). | 1,190.00 |
| 10/04/09 | DCL | .80 | Reviewed deposition transcripts to identify excerpts for inclusion in report. | 460.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/04/09 | KKH | 3.50 | Reviewed ████████ emails to identify ████ ██████ (1.9); reviewed ████████ emails to identify ████████████████ (1.6). | 1,137.50 |
|---|---|---|---|---|
| 10/05/09 | VEL | 4.60 | Emails with J. Epstein re ██████████ (.2); office conferences with K. Hupila re ██████ and miscellaneous other interviews (.2); finalized █████ and ████████ interview summaries (.3); office conference with D. Layden re to-do list (.3); emails with J. Schiller re coordination of Barclays interviews (.2); prepared draft memorandum to A. Valukas, et al. re remaining tasks (3.0); reviewed circulated materials (.4). | 3,220.00 |
| 10/05/09 | DCL | 4.50 | Conferred with V. Lazar re outstanding tasks (.2); reviewed draft memorandum re legal entity balance sheet analysis (.4); emailed K. Hupila re same (.1); worked on drafting report (3.5); reviewed V. Lazar memorandum re open issues of investigation (.3). | 2,587.50 |
| 10/05/09 | KKH | 5.80 | Reviewed documents re ██████ emails to identify ████████████ (2.6); followed up with other teams to collect interview summaries from Debtor entity director interviews (.3); coordinated production of documents yielded from email review for D. Layden (.2); reviewed report prepared by Duff & Phelps re legal entity analysis (.3); drafted narrative description of the Debtor entities' business and functions (2.4). | 1,885.00 |
| 10/05/09 | JPZ | 10.10 | Reviewed transcript of September 19, 2008 sale hearing (3.9); drafted notes in preparation for a summary of September 19, 2008 sale hearing (3.1); began drafting summary of September 19, 2008 sale hearing (1.5); edited summary of September 19, 2008 sale hearing (1.2); conferred with D. Layden re Team 5 interim report and short positions in sale transaction (.4). | 3,282.50 |
| 10/05/09 | AMR | 1.00 | Downloaded Stratify documents for ████████ and ██ ████ interview binders for K. Hupila (.8); instructed Pitney re binder production (.2). | 160.00 |
| 10/06/09 | DRM | .20 | Conferred with V. Lazar re Barclays post-petition transfer issues and memorandum from V. Lazar re forthcoming interviews. | 160.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/06/09 | VEL | 2.60 | Reviewed daily report (.2); office conference with K. Hupila re ████████ and ██████ and preparation for interview (.3); telephone conference with D. Layden re preparation for updated witness interviews (.2); office conference with D. Layden re revisions to remaining open projects memorandum and revised and finalized same (1.0); emails with J. Schiller and T. Hummel re ████████ interviews (.2); emails with ████ re ██████████ and followup with R. Byman re same (.2); office conference with D. Murray, et al. re third party transfer analysis and potential overlap with Team 5 projects (.3); reviewed letter to ██████ re ██████ (.2). | 1,820.00 |
| 10/06/09 | KW | .30 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 51.00 |
| 10/06/09 | DCL | 6.40 | Drafted daily report (.2); reviewed consolidated daily report (.1); reviewed ████████ letter to ████████ (.2); reviewed deposition transcripts to identify excerpts for report (3.5); worked on drafting report (2.4). | 3,680.00 |
| 10/06/09 | KKH | 5.20 | Incorporated information from review of employee emails into narrative description of Debtor entities (5.1); reviewed Team 5 memorandum re items yet to be completed for finalization of report (.1). | 1,690.00 |
| 10/06/09 | JPZ | 11.90 | Reviewed transcript of September 19, 2008 sale hearing (2.5); continued drafting summary of September 19, 2008 sale hearing for Team 5's interim report (7.4); edited summary of September 19, 2008 sale hearing (2.0). | 3,867.50 |
| 10/07/09 | DRM | .90 | Read memorandum from K. Hupila re summary of interview with ████████ (.5); read memorandum from K. Hupila re summary of interview with ████████ (.4). | 720.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/07/09 | VEL | 4.40 | Reviewed daily report (.2); office conference with D. Layden and K. Hupila re preparation of materials for interviews and analysis of materials prepared by Duff & Phelps including preliminary intangible asset review and balance sheets (1.0); conference call with Duff & Phelps re status meeting and ██████████████ (.4); telephone conference with ███████ re ████████ and preliminary information (.3); follow up with J. Schiller re adjusting schedules (.2); follow up with T. Hummel re Lehman witnesses for interview (.2); reviewed █████ email from D. Layden (.2); reviewed Hughes Hubbard objections to Barclays subpoena (.2); reviewed █ ████████ interview summary (.2); reviewed generic interview outline for ██████████ interviews from K. Hupila (.3); prepared email to team leaders re interviews and request for questions (.4); reviewed ████████ flash summary, ████████ re timeline, ██████ flash summary, ███████ flash summary, ████████ flash summary, updated ████████ flash summary, ████████ flash summary, ████████ flash summary, ████████ flash summary, ████████ flash summary, ████████ flash summary and ██████████ flash summary (.8). | 3,080.00 |
| 10/07/09 | KW | 1.30 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 221.00 |
| 10/07/09 | DCL | 3.60 | Email correspondence with J. Zipfel re ███████████ ████████ (.2); drafted daily report (.1); drafted email to T.C. Fleming re ██████████ (.1); participated in call with J. Pimbley, T.C. Fleming, V. Lazar, and K. Hupila re Duff & Phelps' deliverables (.7); identified documents for inclusion in report (2.5). | 2,070.00 |
| 10/07/09 | KKH | 6.60 | Prepared binder of materials for V. Lazar in preparation for upcoming witness interviews of Debtor entity employees (3.2); updated narrative draft of Debtor entity descriptions to include information from other teams' interview summaries (2.6); met with V. Lazar and D. Layden to review and discuss memorandum from Duff & Phelps re transfer of intangible assets to Barclays (.6); participated in weekly Duff & Phelps status call re ██████████████ and legal entity analyses (.2). | 2,145.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/07/09 | JPZ | 11.80 | Reviewed transcript of September 19, 2008 sale hearing (1.6); continued drafting summary of September 19, 2008 sale hearing for Team 5's interim report (2.8); edited summary of September 19, 2008 sale hearing (6.1); reviewed emails and spreadsheets in Case Logistix for information re ██████████ (.7); conferred with D. Layden re Team 5's interim report (.6). | 3,835.00 |
| 10/08/09 | DRM | .20 | Telephone conference with V. Lazar re preparation of Team 5 report and memorandum to D. Layden re witness list for Team 5. | 160.00 |
| 10/08/09 | VEL | 4.30 | Reviewed Hughes Hubbard and Alvarez & Marsal objections to Barclays subpoenas (.2); telephone conferences and emails with J. Schiller and T. Hummel re scheduling of interviews, identification of ██████, and ████████ witnesses (.6); telephone conferences with K. Hupila re updates to outline and witness scheduling (.3); emails with Duff & Phelps team re ████████ for ██████, ██████, update to interview and potential lines of questions (.8); reviewed background materials circulated by Team 1 (1.0); telephone conference with D. Layden re follow up on team meeting (.2); telephone conferences with D. Layden re report preparation, reviewed outline and follow up re drafting and outline issues (1.0); email to R. Byman and A. Olejnik re additional witnesses for clearance (.2). | 3,010.00 |
| 10/08/09 | KW | 2.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 340.00 |
| 10/08/09 | DCL | 6.90 | Drafted daily report (.1); reviewed draft report on securities tracing analysis (.2); reviewed V. Lazar, M. Hankin, and K. Balmer emails re witness interviews (.5); conferred with V. Lazar re outstanding tasks (.4); prepared chart allocating responsibility for selecting deposition excerpts for inclusion in report (.4); reviewed deposition transcripts to select excerpts for report (3.2); drafted report (2.1). | 3,967.50 |
| 10/08/09 | WPW | .10 | Conferred with K. Hupila re ██████ interview memorandum. | 40.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 307

| 10/08/09 | KKH | 4.90 | Incorporated results of other teams' interviews into Debtor entity narrative descriptions (4.1); coordinated selection of interview subjects from each Debtor entity with V. Lazar and other teams and prepared for same (.8). | 1,592.50 |
|---|---|---|---|---|
| 10/08/09 | JPZ | 9.60 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (8.7); reviewed team reports (.2); reviewed ███ and ███ interview memoranda (.6); conferred with D. Layden re summary of September 19, 2008 sale hearing (.1). | 3,120.00 |
| 10/09/09 | VEL | 5.50 | Reviewed ███ analysis (.3); reviewed daily report (.2); telephone conferences with T. Hummel re witnesses no longer at Lehman and potential changes in interview and follow up with team re same (.5); attended Team 5 call with Duff & Phelps re update on securities tracing and other progress (.4); reviewed draft tracing report from T.C. Fleming (.4); follow up with Duff & Phelps personnel re balance sheet questions and balance sheets for interviews (.6); office conference with M. Hankin re additional questions for ███ interviews (.2); reviewed email from A. Valukas re consolidation telephone conference with H. Miller and follow up emails re same (.4); follow up with T.C. Fleming team re securities tracing work (.3); emails re Weil Gotshal transfer (.2); follow up re LBIE, U.K. assistance in running tracing system (.3); telephone conference with D. Layden and K. Hupila re rescheduling and rearrangement of depositions by LBHI (.3); reviewed ███ and email to Team 1 re same (.2); reviewed stipulation re unsealing motions (.2); reviewed D. Layden outline and telephone conferences with D. Layden re structure of report and drafting of same and reviewed key documents re outline (1.0). | 3,850.00 |
| 10/09/09 | KW | 1.30 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 221.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/09/09 | DCL | 5.50 | Conferred with V. Lazar re report (.3); emailed V. Lazar re ██████████ interviews (.3); met with J. Zipfel re report (.1); reviewed A. Valukas and R. Byman emails re consolidation issue (.1); drafted daily report (.1); participated in call with Duff & Phelps (.7); reviewed responses to Rule 60 motions (.2); worked on drafting report (3.7). | 3,162.50 |
| --- | --- | --- | --- | --- |
| 10/09/09 | KKH | 5.60 | Incorporated information from other teams' witness interviews into narrative description of Debtor entities for the report (2.2); updated master list of interview questions for Team 5 legal entity analysis interviews (.6); participated in weekly status meeting with V. Lazar, D. Layden, and Duff & Phelps representatives re securities tracing and legal entity analyses (.9); conferred with D. Layden re report drafting assignment (.1); assembled and shipped background materials to V. Lazar for upcoming interview preparation (.3); gathered materials yielded from Debtor entity employee email review project for D. Layden (.1); incorporated information from Debtor entity employee email review project into the report (1.4). | 1,820.00 |
| 10/09/09 | JPZ | 8.70 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (7.4); reviewed team reports (.4); conferred with D. Layden re summary of September 19, 2008 sale hearing (.1); conferred with D. Layden re summary of September 17, 2008 sale procedure hearing (.1); reviewed transcript of September 17, 2008 sale procedure hearing (.7). | 2,827.50 |
| 10/10/09 | DCL | 4.70 | Drafted daily report (.2); worked on drafting report (4.5). | 2,702.50 |
| 10/10/09 | JPZ | 2.10 | Reviewed transcript of September 17, 2008 sale procedure hearing. | 682.50 |
| 10/11/09 | VEL | .30 | Follow up emails re interview of ██████████ and potential documents from LBIE. | 210.00 |
| 10/11/09 | DCL | 3.80 | Reviewed deposition transcripts to identify excerpts for report (2.6); worked on drafting report (1.2). | 2,185.00 |
| 10/12/09 | RLB | .30 | Reviewed memorandum re open issues for Team 5 investigation. | 240.00 |
| 10/12/09 | DRM | .20 | Conferred with R. Byman re pendency of Rule 60(b) motion and timing of possible interim report. | 160.00 |

LAW OFFICES

Page 309

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/12/09 | VEL | 5.70 | Telephone conference with T.C. Fleming re information exchange protocol with ███████ and follow up re same (.3); reviewed U.S. Trustee statement and limited objections to Debtors and committee's motion re unfeeling 60(b) motion (.3); reviewed stipulation concerning unsealed motions (.2); office conference with K. Hupila re balance sheets for interviews, reviewed drafts of same, and follow up re revised exhibits for interviews (.7); reviewed SIPC Trustee motion to allocate re customer fund issue and Barclay sale transaction (.7); office conference with H. McArn re request for PriceWaterhouseCoopers UK assistance and additional request from Duff & Phelps (.4); prepared last know address information request for ███████ for Alvarez & Marsal (.3); coordination with S. Fliegler, et al. re Duff & Phelps participation in ███████ interviews (.2); reviewed T.C. Fleming email to D. Layden re ███████ analysis and follow up re same (.3); reviewed D. Layden deposition review topic list and commented on same (.3); follow up re access to ███████ (.2); emails with J. Zipfel re ███████ interview (.2); prepared email to M. Warren re requesting LBIE administrator assistance (.3); office conference with R. Byman and telephone conference with D. Murray re potential additional assistance on Team 5 sections (.2); reviewed responses re last known addresses and email to T. Hummel re same (.2); follow up with ███████ re preparation for ███████ (.2); reviewed ███████ flash summary re preparation for Tuesday interviews (.4); reviewed balance sheets for J. Schiller and forwarded same (.3). | 3,990.00 |
| 10/12/09 | DCL | 9.70 | Reviewed key documents to identify exhibits for inclusion in report (4.8); reviewed T.C. Fleming and V. Lazar emails re ███████ analysis (.2); reviewed ███████ flash interview summary (.1); conferred with V. Lazar re outstanding tasks and report drafting (.5); worked on drafting report (4.1). | 5,577.50 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/12/09 | HDM | 2.80 | Reviewed and corresponded with ███████, ███████ and ███████ re ███████ request and LBIE protocol re system owner and access (1.6); corresponded with V. Lazar re same (.3); communicated with P. Daley re ███████ interview and ███████ (.7); reviewed and drafted Alvarez & Marsal document request re ███████ (.2). | 1,540.00 |
| 10/12/09 | KKH | 8.40 | Prepared materials for upcoming Debtor ███████ interviews with V. Lazar and Duff & Phelps (.6); drafted report section re history of allegations of improper asset transfers to Barclays in conjunction with the sale (7.5); updated Debtor ███████ chart to include ███████ ███████ (.3). | 2,730.00 |
| 10/12/09 | JPZ | 9.70 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (4.1); reviewed team reports (.1); drafted notes on September 17, 2008 sale procedure hearing (3.6); drafted outline of September 17, 2008 sale procedure hearing (1.9). | 3,152.50 |
| 10/13/09 | RLB | .20 | Office conference with V. Lazar re Team 5 status of investigation. | 160.00 |
| 10/13/09 | DRM | .60 | Read memorandum from V. Lazar and D. Layden re tasks still to be performed with respect to Team 5 investigation (.3); read stipulation between parties to unseal most of Rule 60(b) record and related filing of U.S. Trustee (.2); read memorandum from V. Lazar to M. Warren re information from LBIE administrators (.1). | 480.00 |

LAW OFFICES                                                                          Page 311

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/13/09 | VEL | 8.20 | Prepared for and conducted ███████ interviews of ███, ███████ and ███████ (5.5); office conference with K. Hupila re dismissed Debtor cases and telephone conference with T. Hummel re same (.3); telephone conference with T.C. Fleming re Alvarez & Marsal response on ███████ data request (.2); reviewed daily report (.2); prepared email to Team 1 re additional witnesses for interview (.4); follow up re H. Miller telephone conference with A. Valukas re potential assistance on substantive consolidation issue and email with R. Byman re same (.3); attended weekly call (.5); telephone conference with D. Layden re ████████████ ████████████ (.4); emails with J. Schiller re rescheduling ███████ (.2); office conference with R. Byman and follow up with M. Hankin re SIPC Trustee's motion re customer property (.2). | 5,740.00 |
| 10/13/09 | DCL | 8.80 | Reviewed R. Byman and V. Lazar emails re report drafting (.1); reviewed J. Pimbley email re list of securities at JPMorgan (.1); reviewed ███ interview flash summary (.1); drafted daily report (.3); reviewed consolidated daily report (.1); reviewed T.C. Fleming and H. McArn emails re ███████ request (.2); participated in call with J. Pimbley, T.C. Fleming, J. Jacobs and V. Lazar re Duff & Phelps deliverables (.6); conferred with R. Byman and V. Lazar re Disney claims (.3); conferred with V. Lazar re ████████ ████████████ analysis (.3); reviewed key documents to identify exhibits for report (3.1); drafted report (3.3); conferred with W. Hine re status of Rule 60 motions (.2); conferred with R. Byman re same (.1). | 5,060.00 |
| 10/13/09 | HDM | .30 | Communicated with E. Flores re Team 5 ███████ interviews (.1); communicated with Duff & Phelps' T.C. Fleming re same (.2). | 165.00 |
| 10/13/09 | KKH | 7.40 | Prepared for Debtor ███████ interviews (1.4); attended and took notes at ███████ interview (1.0); attended and took notes at ██████ interview (.6); attended and took notes at ██████ interview (1.6); discussed results of ███████ interviews with V. Lazar, M. Hankin, and S. Fliegler (.3); drafted interview memorandum for ███████ interview (1.4); drafted interview memorandum for ███████ interview (1.1). | 2,405.00 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/13/09 | JPZ | 9.70 | Drafted outline of September 17, 2008 sale procedure hearing (4.8); reviewed team reports (.1); reviewed notes of September 17, 2008 sale procedure hearing (2.6); reviewed transcript of September 17, 2008 sale procedure hearing (2.2). | 3,152.50 |
|---|---|---|---|---|
| 10/14/09 | DRM | .20 | Conferred with V. Lazar re production of report and related matters and review memoranda between R. Byman and V. Lazar re same. | 160.00 |
| 10/14/09 | VEL | 2.80 | Reviewed daily report (.2); attended to issues re R. DeKoven billing and discount for Lehman application, including telephone conference with A. Velez-Rivera (.4); follow up emails re designation of entities as regulated (.2); office conference with K. Hupila re ▮ witnesses (.2); emails with D. Layden re sharing to-do list with Duff & Phelps (.2); email to K. Hupila re follow up interviews week of October 26 (.3); skimmed draft summaries of Tuesday interviews (.3); reviewed materials circulated by team leaders and articles including ▮ (1.0). | 1,960.00 |
| 10/14/09 | VEL | 1.50 | Reviewed and highlighted ▮ deposition for report. | 1,050.00 |
| 10/14/09 | DCL | 4.80 | Drafted daily report (.2); conferred with V. Lazar re drafting of report (.2); reviewed deposition transcripts to identify excerpts for inclusion in report (4.4). | 2,760.00 |
| 10/14/09 | DTF | 5.80 | Telephone conference with D. Layden, V. Lazar re drafting section of report on Barclays transaction (.1); reviewed memoranda describing Examiner duties and outlining legal and factual issues to be examined, upon joining Lehman Brothers Examiner team (4.9); reviewed memoranda containing draft outline of Team 5's portion of Examiner Report in preparation for drafting portion of Team 5 section of Examiner Report (.8). | 1,885.00 |
| 10/14/09 | KKH | 4.80 | Drafted summary of ▮ witness interview (1.6); revised summaries of ▮, ▮, and ▮ interviews (1.8); coordinated production of information re which Debtor entities are regulated with Duff & Phelps (.2); drafted and revised report section re allegations of inclusion of improper assets in the Barclays transaction (1.2). | 1,560.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/14/09 | JPZ | 9.90 | Drafted outline of September 17, 2008 sale procedure hearing (1.2); reviewed notes of September 17, 2008 sale procedure hearing (.5); reviewed transcript of September 17, 2008 sale procedure hearing (.3); drafted summary of September 17, 2008 sale procedure hearing (5.2); edited summary of September 17, 2008 sale procedure hearing (2.6); reviewed team reports (.1). | 3,217.50 |
|---|---|---|---|---|
| 10/15/09 | VEL | 6.80 | Reviewed daily report (.2); attended weekly team meeting (.8); office conference with D. Layden and D. Fenske re drafting of report and background materials (.7); office conference with D. Layden re report drafting and organization (.4); office conference with J. Zipfel re preparation for ▮▮▮▮▮ and prepared for same (.7); attended call with Duff & Phelps re status of ▮▮▮▮▮, ▮▮▮▮▮, and substantive consolidation issues (.5); conference call with J. Pimbley and K. Balmer re preliminary conclusions concerning substantive consolidation (.4); email with W. Wallenstein and reviewed ▮▮▮▮▮ interview in preparation for ▮▮▮▮▮ (.4); emails with R. Ankalkoti re JPMorgan information (.2); worked on ▮▮▮▮▮ memorandum (2.5). | 4,760.00 |
| 10/15/09 | KW | 7.00 | Worked on preparation of deposition exhibit database per C. Murray's instructions. | 1,190.00 |
| 10/15/09 | DCL | 6.60 | Drafted daily report (.1); reviewed daily report (.1); reviewed stipulation re Rule 60 motion (.1); met with V. Lazar and D. Fenske re status of investigation and drafting of report (1.0); met with J. Zipfel re drafting of report (.2); participated in call with V. Lazar, J. Pimbley, J. Jacobs and T.C. Fleming re status of Duff & Phelps deliverables (.5); participated in call with J. Pimbley, K. Balmer and V. Lazar re ▮▮▮▮▮ and ▮▮▮▮▮ (.6); conferred with V. Lazar and M. Hankin re same (.2); reviewed Barclays documents to select exhibits for report (2.6); worked on drafting report (1.2). | 3,795.00 |
| 10/15/09 | WPW | 2.30 | Drafted ▮▮▮▮▮-related section of memorandum re interview with ▮▮▮▮▮ (2.2); corresponded with V. Lazar re same (.1). | 920.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 314

| | | | | |
|---|---|---|---|---|
| 10/15/09 | DTF | 6.60 | Met with D. Layden, V. Lazar re overview of Team 5 responsibilities and received assignment to draft portion of Team 5 section of Examiner Report (.9); met with D. Layden, J. Zipfel re chronology of events surrounding changing of key terms in Asset Purchase Agreement, in preparation for draft of section of Examiner Report re same (.3); reviewed J&B work product, and various documents produced, describing chronology of events surrounding changing of key terms in Asset Purchase Agreement, in preparation for draft of section of Examiner Report re same (5.4). | 2,145.00 |
| 10/15/09 | JPZ | 9.60 | Reviewed transcript of September 17, 2008 sale procedure hearing (.5); drafted summary of September 17, 2008 sale procedure hearing (1.8); edited summary of September 17, 2008 sale procedure hearing (6.2); reviewed team reports (.1); conferred with D. Layden and D. Fenske re analysis of draft deal documents (.3); reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (.7). | 3,120.00 |
| 10/15/09 | CRW | 3.10 | Created two sets of Barclays' production documents for J. Zipfel to review in preparation of Team 5 proof outline. | 790.50 |
| 10/16/09 | VEL | 5.40 | Prepared for and conducted interview of ████████ (4.0); reviewed daily reports (.2); office conference with D. Layden re report preparation and impact of unusual securitization structures on replacement transaction collateral (.4); follow up with T.C. Fleming re Barclays assistance on loan net data access (.2); reviewed SIPC trustee document request ████████ ████████ (.3); emails with J. Schiller and T. Hummel re follow up interviews and additional ████████ interview scheduling (.3). | 3,780.00 |
| 10/16/09 | DCL | 6.40 | Drafted daily report (.2); reviewed daily report (.2); drafted fact section for memorandum to A. Valukas re investigation of ████████ and ████ ████ (1.5); reviewed documents produced by JPMorgan re ████████ (2.0); met with V. Lazar and revised memorandum to A. Valukas (2.5). | 3,680.00 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/09 | WPW | .10 | Reviewed correspondence from V. Lazar re edits to ███████████ section of ███████ interview memorandum. | 40.00 |
|---|---|---|---|---|
| 10/16/09 | DTF | 3.50 | Reviewed J&B work product, and various documents produced, describing chronology of events surrounding changing of key terms in Asset Purchase Agreement, in preparation for draft of section of Examiner Report re same. | 1,137.50 |
| 10/16/09 | JPZ | 8.60 | Attended ███████ witness interview along with V. Lazar (2.4); reviewed █████ witness interview notes (.4); drafted flash summary of ██████ witness interview (3.8); edited flash summary of ████████ witness interview (1.1); reviewed team reports (.3); reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (.6). | 2,795.00 |
| 10/16/09 | PXR | 1.20 | Organized and assembled various Barclays key documents (.8); placed same in binder for D. Fenske review (.4). | 204.00 |
| 10/16/09 | MRS | 1.80 | Reviewed spreadsheet provided by D. Fenske and prepared electronic versions of relevant Barclays documents for inclusion in binders (1.4); corresponded with D. Fenske, C. Ward and P. Ramos re same (.4). | 486.00 |
| 10/17/09 | VEL | 2.20 | Prepared ██████ flash summary for daily report (.4); reviewed daily reports (.2); reviewed interview lists circulated by A. Olejnik and email to J. Zipfel and K. Hupila re missing flash and interview summaries (.3); follow up emails with A. Olejnik re government witness list (.2); prepared email to Team 1 re additional witness interviews for Fed clearing list (.2); prepared email to J. Schiller re ████████████ interviews and transmission of exhibits for same (.6); office conference with D. Layden re report preparation issues related to ███████ ██████ (.3). | 1,540.00 |
| 10/17/09 | DCL | 5.10 | Reviewed key documents to select exhibits for report (4.8); conferred with V. Lazar re report (.3). | 2,932.50 |
| 10/17/09 | JPZ | 3.90 | Reviewed Debtors' sale motion (1.9); drafted notes on Debtors' sale motion (2.0). | 1,267.50 |
| 10/18/09 | RLB | 1.00 | Reviewed substantive consolidation memorandum (.8); communicated with V. Lazar re memorandum (.2). | 800.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/18/09 | VEL | 1.20 | Emails with R. Byman, et al. re follow up on substantive consolidation memorandum and offer of assistance to Debtor and committee (.3); email to S. Fliegler re Duff & Phelps assistance on ▮▮▮▮▮ interviews (.2); emails with D. Layden re legal entity analysis followup and employee emails (.2); worked on editing ▮▮▮ ▮▮▮ summary memoranda from K. Hupila (.5). | 840.00 |
| 10/18/09 | JPZ | 1.60 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report. | 520.00 |
| 10/19/09 | VEL | 5.10 | Reviewed ▮▮▮▮▮ and email with D. Layden re same (.2); telephone conference with J. Zipfel re updating master persona list (.2); revised ▮▮▮▮▮ memoranda for circulation (.2); office conference with D. Layden re close-out interviews, outline of report, and identification of additional witnesses and interviews (2.0); emails with ▮▮▮▮ re ▮▮▮▮▮ and telephone conference with D. Layden re conforming same (.2); reviewed and finalized ▮▮▮▮▮ interview memoranda (.4); email to ▮▮▮▮ re ▮▮ system information follow up (.2); email with J. Schiller re ▮▮▮ follow up interview (.2); prepared Excel spreadsheet of interviews for review and incorporation into Team 5 report (1.0); assessed emails re potential relevance to report (.5). | 3,570.00 |
| 10/19/09 | DCL | 3.50 | Reviewed V. Lazar and A. Olejnik emails re witnesses (.1); emailed V. Lazar re ▮▮▮▮▮ (.1); met with V. Lazar re report drafting and upcoming witness interviews (2.5); worked on drafting report (.8). | 2,012.50 |
| 10/19/09 | DTF | 11.10 | Reviewed drafts of Asset Purchase Agreement to determine when key changes were made in Asset Purchase Agreement in preparation for drafting portion of Examiner Report re same (3.2); drafted outline of key changes made in Asset Purchase Agreement, focusing on Sections 1.1 Purchased Assets, (d), 1.1 Excluded Assets (k), 2.3(i), 2.5, and 3.3 (6.9); reviewed emails produced by Weil Gotshal and Simpson Thatcher from September 16 to determine origin of changes in key provisions in Asset Purchase Agreement (1.0). | 3,607.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 10/19/09 | KKH | .90 | Assembled and circulated legal entity analyses to H. McArn (.3); coordinated collection of Team 5 flash summaries and interview memoranda with J. Zipfel (.2); conferred with V. Lazar and D. Layden re upcoming Debtor entity interviews (.2); drafted follow up ▮▮▮▮ interview questions for ▮▮▮▮ re ▮▮▮▮ (.2). | 292.50 |
| 10/19/09 | JPZ | 9.50 | Began drafting a summary of Debtors' September 17, 2008 motion (4.8); reviewed Debtors' September 17, 2008 motion (1.3); reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (3.1); reviewed team reports (.3). | 3,087.50 |
| 10/20/09 | RLB | .40 | Telephone conference with V. Lazar re substantive consolidation (.2); telephone conference with H. Miller re same (.2). | 320.00 |
| 10/20/09 | VEL | 2.80 | Attended call with Duff & Phelps re update (.5); met with team re preparation of report (1.0); reviewed daily report (.2); reviewed ▮▮▮▮ (.2); emails re ▮▮▮▮ and property interest issue (.2); email to R. Byman and A. Olejnik re Duff & Phelps ▮▮▮▮ interview (.2); emails with joint administrator counsel re meeting with Duff & Phelps to discuss ▮▮▮▮ (.2); reviewed press distributed by teams (.3). | 1,960.00 |
| 10/20/09 | DCL | 3.70 | Emailed with M. Devine re ▮▮▮▮ and calendar (.1); drafted daily report (.2); reviewed consolidated daily report (.4); participated in conference call with Duff & Phelps (.5); participated in team meeting (.5); met with V. Lazar (.3); worked on drafting report (1.7). | 2,127.50 |
| 10/20/09 | HDM | .30 | Reviewed and attended to ▮▮▮▮ with V. Lazar and T.C. Fleming. | 165.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/20/09 | DTF | 4.20 | Reviewed emails produced by Barclays from September 16 to determine origin of changes in key provisions in Asset Purchase Agreement and edited outline of section of Team 5 portion of Examiner Report (3.1); met with D. Layden, V. Lazar, K. Hupila, and J. Zipfel re status of Team 5 responsibilities and new assignments (.6); edited outline of section of Team 5 portion of Examiner Report with summary of key changes made to ███████ ███████ portions of Asset Purchase Agreement (.5). | 1,365.00 |
| 10/20/09 | KKH | 6.70 | Drafted and revised narrative descriptions of Debtor entities and affiliates for the report (2.1); drafted and revised report section re factual background of allegations of improper transfer of assets to Barclays (3.5); participated in weekly status update with V. Lazar, D. Layden, and Duff & Phelps representatives re legal entity analysis and securities tracing (.5); attended Team 5 meeting re drafting and interview summary review assignments (.6). | 2,177.50 |
| 10/20/09 | JPZ | 9.00 | Continued drafting a summary of Debtors' September 17, 2008 motion (2.2); reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (.7); drafted ███████ interview memorandum (4.0); edited ███████ interview memorandum (1.5); conferred with D. Fenske, K. Hupila, V. Lazar, and D. Layden re Team 5's interim report (.6). | 2,925.00 |
| 10/21/09 | VEL | 3.90 | Reviewed daily report (.2); prepared for and conducted ███████ interview (1.0); telephone conference with T. Hummel, H. McArn, M. Basil and L. Sheridan re identification of witnesses for ███████ interviews and scheduling of same (.8); edited ███████ interview memorandum (.3); reviewed memorandum from J. Epstein re ███████ issue (.2); emails with ███████ re document destruction (.2); worked on report outline (.8); office conference with D. Layden re witness lists, report outline and timing for preparation (.4). | 2,730.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/21/09 | DCL | 6.00 | Emailed V. Lazar re report drafting (.1); participated in conference call with ████████, J. Schiller, D. Hayes, T.C. Fleming, K. Balmer and M. Lightner re transfers of securities between Lehman entities (.8); conferred with T.C. Fleming re same (.2); drafted daily report (.2); reviewed consolidated daily report (.1); reviewed ██ flash summary (.1); reviewed ████████ flash summary (.1); drafted report (4.4). | 3,450.00 |
| 10/21/09 | HDM | .10 | Continued to discuss access of ████████ with Team 5. | 55.00 |
| 10/21/09 | DTF | 8.70 | Edited outline of section of Team 5 portion of Examiner Report with summary of key changes made to ████████ portions of Asset Purchase Agreement (2.5); drafted portion of Examiner Report re chronology of key changes made to Asset Purchase Agreement (6.2). | 2,827.50 |
| 10/21/09 | KKH | 3.70 | Attended ████████████ interview (.6); drafted interview summary re same (1.6); gathered and circulated previous interview summaries to Duff & Phelps (.2); compiled Debtor entity fact sheets (1.3). | 1,202.50 |
| 10/21/09 | JPZ | 10.20 | Drafted summary of Debtors' September 17, 2008 motion (3.8); edited summary of Debtors' September 17, 2008 motion (1.7); reviewed Debtors' September 17, 2008 motion (.4); reviewed team reports (.3); began drafting summary of post-bankruptcy LBHI Board meetings re Barclays transaction (1.4); reviewed LBHI Board meeting minutes (2.1); conferred with D. Fenske re Asset Purchase Agreement drafts (.2); conferred with D. Layden re long and short positions in Asset Purchase Agreement (.3). | 3,315.00 |
| 10/21/09 | CRW | 2.00 | Pulled Asset Agreements between Lehman Brothers and Barclays, from Stratify and Case Logistix, then sent to D. Fenske for review. | 510.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/22/09 | VEL | 5.70 | Attended meeting with Duff & Phelps re securities tracing (.5); attended weekly team meeting (.8); reviewed daily report (.2); conducted interview of ▉▉▉ (.7); emails with S. Fliegler, Duff & Phelps re additional questions for ▉▉▉▉ interviews (.3); prepared email to Team 1 re next week interviews (.2); telephone conference with D. Layden re report preparation issues, witness notes and related matters (.4); skimmed ▉▉▉ draft memorandum and email with W. Wallenstein re same (.2); reviewed sample fact sheet and materials forwarded by K. Hupila (.2); reviewed report and deposition excerpts re ▉▉▉ section of report (2.0); reviewed letter from ▉▉▉ re privileged log and 2004 documents (.2). | 3,990.00 |
| 10/22/09 | DCL | 6.20 | Drafted daily report (.2); reviewed consolidated daily report and attachments (.3); reviewed ▉▉▉ flash summary (.1); conferred with V. Lazar re outstanding tasks and preparation of report (.2); conferred with M. Basil re ▉▉▉ interview (.1); conferred with K. Hupila re director and officer interviews (.1); conferred with J. Zipfel re report drafting (.2); drafted report (4.7); emailed V. Lazar re witness interviews (.3). | 3,565.00 |
| 10/22/09 | WPW | .10 | Corresponded with V. Lazar re ▉▉▉ interview memorandum. | 40.00 |
| 10/22/09 | DTF | 4.70 | Drafted portion of Examiner Report re chronology of key changes made to Asset Purchase Agreement. | 1,527.50 |
| 10/22/09 | KKH | 4.80 | Participated in interview of ▉▉▉ (.6); drafted interview summary re same (1.8); compiled Debtor entity fact sheets (2.4). | 1,560.00 |
| 10/22/09 | JPZ | 9.70 | Drafted summary of post-bankruptcy LBHI Board meetings re Barclays transaction (4.8); reviewed team reports (.1); reviewed LBHI Board meeting minutes (.6); edited summary of post-bankruptcy LBHI Board meetings re Barclays transaction (3.1); conferred with D. Layden re summary of post-bankruptcy LBHI Board meetings (.1); edited ▉▉▉ interview summary (.5); corresponded with V. Lazar re ▉▉▉ interview summary (.2); reviewed notes re ▉▉▉ interview summary (.3). | 3,152.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/23/09 | VEL | 6.10 | Reviewed ████, ████ and ████ deposition transcripts from Boies Schiller (.3); reviewed ████ interview summary (.4); reviewed September 14 draft Duff & Phelps third party and intercompany asset transfer memorandum for potential application to Team 5 (.3); reviewed ████, ████, ████, ████, and ████ interviews and flash summaries (.8); reviewed ████, ████, ████, ████, and ████ flash and interview summaries (1.0); reviewed Duff & Phelps deployment of securitizations, revised avoidance, and litigation spread sheet memoranda (.4); reviewed daily report (.2); email to D. Layden re review of pending adversary proceedings and customer intangible project (.2); office conference with J. Epstein, et al. re ████ transaction (.6); edited ████ interview summary and added new paragraphs (.8); edited ████ and ████ interview memoranda (.7); emails with D. Layden re litigation review and identification of potential assets (.2); reviewed emails from K. Hupila re ████ facts and responded re same (.2). | 4,270.00 |
|---|---|---|---|---|
| 10/23/09 | DCL | 3.10 | Drafted daily report (.1); reviewed K. Hupila emails re ████ (.1); reviewed consolidated daily report and attached chart of adversary proceedings (.2); reviewed memorandum comparing ████ and ████ (.2); emailed V. Lazar re adversary proceedings chart (.1); reviewed ████ flash summary (.1); reviewed M. Hankin and R. Byman emails re same (.1); worked on drafting report (2.2). | 1,782.50 |
| 10/23/09 | HDM | .40 | Reviewed and communicated with P. Daley re ████ and ████ information from Alvarez & Marsal and Team 5 (.3); communicated with M. Basil re same (.1). | 220.00 |
| 10/23/09 | KKH | 5.50 | Drafted and revised narrative descriptions of Debtor entities for the report (4.3); prepared for upcoming Debtor ████ interviews (1.1); circulated ████ and ████ interview summaries to Duff & Phelps and other team leaders (.1). | 1,787.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 322

| | | | | |
|---|---|---|---|---|
| 10/23/09 | JPZ | 8.40 | Edited summary of post-bankruptcy LBHI Board meetings re Barclays transaction (.8); edited ███ interview summary (1.6); reviewed team reports (.1); reviewed Barclays email, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (4.5); conferred with D. Layden re interview summary assignment (.1); began drafting Team 5 summary of interviews (1.3). | 2,730.00 |
| 10/24/09 | VEL | 1.20 | Reviewed daily report (.2); reviewed summaries and interview notes of ███████ and follow up summary, ███████ and (1.0). | 840.00 |
| 10/24/09 | DCL | .30 | Emailed V. Lazar re adversary proceeding review (.2); drafted daily report (.1). | 172.50 |
| 10/25/09 | VEL | 1.00 | Reviewed ███ article re ███ and other background materials. | 700.00 |
| 10/25/09 | DCL | 6.50 | Reviewed consolidated daily report (.4); reviewed ███ flash summary (.1); worked on drafting report (6.0). | 3,737.50 |
| 10/26/09 | VEL | 6.10 | Reviewed daily report (.2); prepared for and attended interview of ███ (4.0); office conference with K. Hupila re company description project and related matters (.3); telephone conference with D. Layden re remaining interviews (.3); reviewed comments from D. Layden re Team 5 fact section and Team 5 interviews (.3); emails re confidentiality stamp on exhibits (.2); telephone conference with D. Layden and office conference with M. Hankin re coordination of entity review and Duff & Phelps work product re intercompany receivables and asset allocations (.4); emails with A. Olejnik re review of adversary proceedings (.2); emails with T.C. Fleming re LBIE contact (.2). | 4,270.00 |
| 10/26/09 | DCL | 8.40 | Reviewed ███ flash summary (.1); reviewed ███ flash summary (.1); prepared chart of remaining interviews (.3); met with J. Zipfel re report drafting (.2); worked on drafting report (7.7). | 4,830.00 |

LAW OFFICES                                                                    Page 323
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/26/09 | KKH | 9.30 | Gathered documents required for ▇▇▇▇ interview with V. Lazar and S. Fliegler (.6); attended interview of ▇▇▇▇ (2.7); drafted interview summary of same (1.9); drafted and revised narrative description of Debtor entities for report (3.9); coordinated identification of Lehman employees with M. Hinds (.2). | 3,022.50 |
|---|---|---|---|---|
| 10/26/09 | JPZ | 8.70 | Drafted Team 5's summary of interviews (3.4); reviewed ▇▇▇▇, ▇▇▇▇, and ▇▇▇▇ interview memoranda (3.1); reviewed team reports (.2); reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (2.0). | 2,827.50 |
| 10/27/09 | VEL | 6.00 | Reviewed daily report (.2); attended joint Team 2/Team 5 meeting with Duff & Phelps (1.0); prepared for and attended meeting with Weil Gotshal, Creditors' Committee and R. Byman re substantive consolidation and intercompany accounts receivable analysis meeting (2.0); office conference with K. Hupila re preparation of her section of report (.2); reviewed litigation chart and office conference with K. Hupila re reviewing same (.2); telephone conference with H. McArn and follow up with S. Ascher re request for European regulator report and forwarded same to LBIE administrator (.3); edited ▇▇▇▇ memorandum (.8); telephone conference with D. Layden re report preparation status and assignment of projects (.3); office conference with S. McNally re ▇▇▇▇ and reviewed same (.3); worked on ▇▇▇▇ summary (.7). | 4,200.00 |
| 10/27/09 | DCL | 9.30 | Reviewed Barclays subpoena directed to JPMorgan (.1); drafted daily report (.3); reviewed consolidated daily report (.3); met with J. Zipfel re document production question (.2); reviewed ▇▇▇▇ flash summary (.1); reviewed KDB flash summary (.1); worked on drafting report (8.2). | 5,347.50 |
| 10/27/09 | HDM | .10 | Drafted contact request for ▇▇▇▇. | 55.00 |
| 10/27/09 | DTF | 3.80 | Reviewed Barclays' Sale Order and Sale Motion in preparation for drafting section of Examiner Report describing written objections to Sale Motion (1.0); began reviewing written objections to Sale Motion (2.8). | 1,235.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/27/09 | KKH | 7.10 | Drafted and revised summary of ███████ interview (3.8); participated in Team 2, Team 5, and Duff & Phelps conference call re coordination of remaining legal entity analysis tasks and drafting assignments (.7); drafted and revised narrative description of Debtor entities and corresponding exhibits (2.6). | 2,307.50 |
| 10/27/09 | JPZ | 9.80 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (6.7); reviewed team reports (.3); reviewed emails and schedules in Case Logistix for documents re ████████████████████████ (2.8). | 3,185.00 |
| 10/28/09 | DRM | .10 | Read memorandum from A. Olejnik summarizing scheduling order for consideration of Rule 60(b) motions. | 80.00 |
| 10/28/09 | VEL | 3.00 | Reviewed daily report (.2); telephone conference with D. Layden re report preparation issues (.3); revised and finalized ████████ interview notes (.4); emails with S. McNally re ██████ and confirmation of same (.2); telephone conference with D. Layden re ████████████ (.2); telephone conference with D. Layden and follow up office conference with D. Layden and K. Hupila re preparation for ███ deposition and outline of documents (.4); telephone conference with D. Layden re preparation for JPMorgan follow up interview (.3); skimmed ██ ██ and ████████████ interview memoranda, ████ flash summary, ██, █████, and underlying documents (1.0). | 2,100.00 |
| 10/28/09 | DCL | 8.90 | Telephone conference with V. Lazar re report drafting (.2); reviewed A. Olejnik email re Rule 60 scheduling order (.1); reviewed R. Byman email re ████ meeting (.1); emailed A. Olejnik re proofs of claim (.1); emailed V. Lazar re ████████ (.1); drafted same (1.2); conferred with ████████ re same (.3); met with D. Fenske re report drafting (.2); drafted daily report (.2); reviewed consolidated daily report (.3); worked on drafting report (6.1). | 5,117.50 |
| 10/28/09 | DTF | 5.70 | Reviewed written objection to Sale Motion (2.3); drafted portion of report describing written objections to Sale Motion (3.4). | 1,852.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 325

| | | | | |
|---|---|---|---|---|
| 10/28/09 | KKH | 2.90 | Drafted and revised narrative description of Debtor entities. | 942.50 |
| 10/28/09 | JPZ | 9.50 | Reviewed emails and schedules in Case Logistix for documents re securities transferred for replacement transaction (6.9); reviewed emails, spreadsheets, and schedules produced by JPMorgan and Barclays re ███████████ (2.3); reviewed team reports (.1); conferred with D. Layden re ███████████ ██████ (.2). | 3,087.50 |
| 10/29/09 | VEL | 7.10 | Reviewed daily report (.2); reviewed █████ interview memorandum, JPMorgan updated claims position materials, Curtis Mallet memorandum re JPMorgan actions, █████ interview memorandum, █ █████ interview memorandum, █████ interview memorandum, Duff & Phelps memoranda re █████ and ███████, Duff & Phelps memoranda re ██████, and written response of JPMorgan to Examiner technical questions (1.5); reviewed █████, █████ and █████ interview memoranda (.4); worked on rough draft of ALI sections of report (1.0); telephone conference with █████ re preparation for interview (.3); telephone conferences with D. Layden re review of charts, preparation of interview materials and refinement of tracing analysis (.5); email with A. Allen and C. Steege re █████ research (.2); follow up with D. Layden re █████ ███████ (.3); worked on draft of ALI sections (1.5); telephone conference with Duff & Phelps team re securities tracing analysis refinement and preliminary results of review (1.2). | 4,970.00 |
| 10/29/09 | DCL | 11.70 | Emailed V. Lazar re Debtors' demand for return of █████ ██████ (.1); drafted daily report (.1); reviewed consolidated daily report (.1); participated in call with T.C. Fleming, J. Pimbley and V. Lazar re ongoing Duff & Phelps work (1.0); worked on drafting report (9.5); revised draft ███████████ stipulation (.8); emailed same to ██████ (.1). | 6,727.50 |
| 10/29/09 | DTF | 5.40 | Drafted portion of Examiner Report re written objections to Sale Motion. | 1,755.00 |

| 10/29/09 | KKH | 3.50 | Participated in weekly status update conference call with V. Lazar, D. Layden, and Duff & Phelps (1.1); incorporated tax and asset information into the narrative descriptions of the Debtor entities (2.4). | 1,137.50 |
|----------|-----|------|---|---------|
| 10/29/09 | JPZ | 10.30 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (10.1); conferred with D. Layden re ███████████████████████████████ (.2). | 3,347.50 |
| 10/29/09 | CRW | 2.50 | Created one set of documents relating to ███████ ███████ and timing of securities, for J. Zipfel in preparation of upcoming interviews. | 637.50 |
| 10/30/09 | VEL | 3.20 | Reviewed daily report (.2); office conference with D. Layden re review of short position analysis and strategy for approaching same (1.0); reviewed emails forwarded by D. Layden re factual investigation (.3); reviewed preliminary findings re ███████████ from Duff & Phelps and email re same (.3); worked on shell of report (.8); reviewed JPMorgan materials re identification of ████████████ (.6). | 2,240.00 |
| 10/30/09 | DCL | 7.60 | Drafted daily report (.1); reviewed consolidated daily report (.1); met with V. Lazar re report (1.0); worked on drafting report (6.4). | 4,370.00 |
| 10/30/09 | KKH | 1.30 | Updated narrative description of Debtor entities to include recent ██████████████ interview information. | 422.50 |
| 10/30/09 | JPZ | 8.10 | Reviewed Barclays emails, schedules, and spreadsheets in Case Logistix for documents to include in Team 5's interim report (5.8); reviewed spreadsheets produced by the JPMorgan and Barclays re replacement transaction (2.3). | 2,632.50 |
| 10/31/09 | VEL | 2.20 | Researched Creditors' Committee materials (.4); reviewed illustrative report and emails with T.C. Fleming, et al. re ███████████████████ (.3); reviewed preliminary findings from Duff & Phelps re ██████████████████████ and email with D. Layden re same (.3); reviewed █████ and ██████ emails from D. Layden re relevance to report (.2); reviewed ████████, ██████, and █████ flash summaries (.5); reviewed daily report (.2); reviewed ██████████ and ████████ follow up interview (.3). | 1,540.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/31/09 | DCL | .80 | Emailed V. Lazar re report drafting (.4); drafted daily report (.1); reviewed consolidated daily report (.3). | 460.00 |
|---|---|---|---|---|
| | | 723.80 | PROFESSIONAL SERVICES | 322,121.50 |
| MATTER TOTAL | | $ 322,121.50 | LESS DISCOUNT | -32,212.15 |
| NET PROFESSIONAL SERVICES | | | 289,909.35 | |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

BANK AND OTHER THIRD PARTY TRANSACTIONS                    MATTER NUMBER -    10080

| 10/01/09 | RLB | .50 | Reviewed materials re ███████ and Alvarez & Marsal responses (.3); telephone conference with J. Polkes re ████████ (.2). | 400.00 |
|---|---|---|---|---|
| 10/01/09 | DRM | 1.30 | Telephone conference with R. Byman re ████████████████████ (.1); discussed avoidance analysis undertaken by Duff & Phelps with C. Steege and M. Hankin (.1); read memorandum from R. Byman and J. Epstein re response of J. Polkes concerning ████████████ (.1); read memorandum from P. Trostle re interviews with ████████, █████ and ████████ (.1); read memorandum from M. Basil re █████████ (.1); read memorandum from T. Winegar containing summary of █████ interview and reviewed interview outline for ██████ (.3); discussed █████████ and follow-up with P. Trostle (.3); read memorandum from J. Epstein containing summary of interview of ██████████████ (.2). | 1,040.00 |
| 10/01/09 | JE | 2.50 | Reviewed ██████ flash summary and exchanged messages with P. Trostle, A. Choudhury, M. Groman re follow up issues from same (.2); conferred with A. Choudhury re additional JPMorgan interviews (.1); reviewed team meeting agenda (.1); attended team leaders meeting and discussed ██████████ and other issues (.8); conferred with D. DeBruin re deposition scheduling changes (and met with L. Ellsworth re settlement issues and impact on deposition scheduling (.5); reviewed and analyzed summaries of recent ██████ ██████████ interviews and recent Lehman executive interviews (.8). | 1,750.00 |
| 10/01/09 | MXG | 7.30 | Reviewed P. Trostle's notes from ██████ witness interview (.2); drafted ██████ witness interview summary (3.7); drafted ██████ witness interview summary (3.2); teleconference with J. Pimbley re █ ██████ witness interview (.2). | 3,175.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/01/09 | AC | 12.10 | Conferred with J. Epstein re witness interviews of ▮ ▮ and ▮ (.1); reviewed correspondence from J. Epstein re draft of report (.2); reviewed J. Pimbley edits to draft flash summary of interview of ▮ (.2); reviewed correspondence of J. Pimbley and D. Layden re ▮ interview discussion of ▮ (.4); reviewed handwritten notes produced by Wachtell in connection with witness interview (.3); correspondence with C. Ward re processing of witness notes into Case Logistix system (.1); reviewed JPMorgan and Lehman documents re ▮ (5.3); drafted witness interview outline for ▮ (5.5). | 5,747.50 |
| 10/01/09 | KJ | 1.40 | Reviewed and revised summary of Team 4 interview of ▮ re ▮ (1.1); conferred with P. Trostle re Team 4 interviews of HSBC witnesses and status of document production (.3). | 945.00 |
| 10/01/09 | PJT | 13.20 | Prepared for ▮ and ▮ interviews and reviewed exhibit binder re same (2.8); prepared summary of ▮ interview (1.1); prepared summary of ▮ interview (1.0); conference call with K. Jestin re HSBC interviews (.2); reviewed memorandum from J. Pimbley re Duff & Phelps' analysis of avoidance claims (.4); reviewed summary of ▮ interview (.2); reviewed draft outline for ▮ interview (.5); conference call with D. Murray re analysis of avoidance claims (.3); reviewed draft summary of ▮ interview (.3); emailed J. Epstein re interviewing ▮ (.2); office conference with M. Basil re interview summary (.2); emailed counsel for Barclays re protective order question (.3); prepared daily report for Team 4 (.8); reviewed flash summary of ▮ interview (.1); reviewed consolidated team report (.1); reviewed ▮ (.3); reviewed emails from J. Pimbley re ▮ analysis (.3); emailed R. Byman and J. Epstein re ▮ document request to Alvarez & Marsal (.2); emailed G. Folland re review of ▮ (.2); interviewed ▮ (2.6); interviewed ▮ (1.1). | 9,570.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/01/09 | AMA | .40 | Began compiling excel spreadsheet re causes of actions within adversary actions filed in association with main case. | 130.00 |
|---|---|---|---|---|
| 10/01/09 | HDM | .20 | Reviewed correspondence and communicated with R. Byman and Team 4 re ███████████. | 110.00 |
| 10/01/09 | JZB | 9.40 | Met with T. Winegar re HSBC document production (.1); reviewed 270 HSBC documents for information re ████████████████████████ (9.3). | 3,055.00 |
| 10/01/09 | GRF | 9.70 | Reviewed recently-produced ██████ documents re ██ ████████████████████ (2.8); prepared for ████████ and ████████ interviews by reviewing and making final changes to witness interview binders (1.7); drafted ██████████ interview summary email memorandum (1.8); drafted ████████ interview summary email memorandum (1.1); participated in ██ ██████ witness interview ████████ (1.4); participated in ████████ witness interview ██████ (.9). | 3,152.50 |
| 10/01/09 | SRM | 3.80 | Reviewed ████████ documents re ████████████ (.4); drafted memorandum re ████████ interview (.8); drafted outline re ████████ interview (1.2); reviewed Team 4 liquidity memorandum and Citigroup section of proof outline (1.4). | 1,235.00 |
| 10/01/09 | TMW | 8.20 | Reviewed documents from HSBC production re ████████████████████ (4.6); prepared background material for J. Burke re review of HSBC document production (.4) conferred with J. Burke re HSBC document production (.1); updated ████████ interview summary re comments from K Jestin and B. Fischer (1.8); prepared circulation copy of ██████ interview summary with supporting documents (1.2); conferred with J. Zipfel re liabilities assumed by Barclays (.1). | 2,665.00 |
| 10/01/09 | LEW | .80 | Reviewed and organized exhibits for ████████ witness interview. | 128.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/01/09 | JKP | 4.60 | Assembled and proofread  redwells with exhibit copies for ███████ witness interview (1.8); prepared electronic copy set of exhibits shown during interview to witness ███████ to affix to attorney summary of witness interview (1.6); prepared exhibit separator sheets to insert between exhibits affixed to witness interview summaries (.5); worked on gathering electronic copies of exhibits shown during interview to witness ███████ (.7). | 1,058.00 |
| --- | --- | --- | --- | --- |
| 10/02/09 | CS | 1.20 | Reviewed Duff & Phelps analysis of JPMorgan transfers (1.0); telephone conference with J. Pimbley re Duff & Phelps transfer analysis (.2). | 870.00 |
| 10/02/09 | JE | 4.30 | Reviewed J. Pimbley memorandum on avoidance analysis (.3); reviewed latest interview summary of ███ ███ (.1); exchanged messages with P. Trostle, A. Choudhury re upcoming JPMorgan interviews (.2); discussed report drafting planning with P. Trostle (.2); reviewed outline for interview of ███████ and documents relating to ███████ (1.6); reviewed other recent interview summaries relating to ███████ issues (.8); began analyzing missing information for Team 4 issues (1.1). | 3,010.00 |
| 10/02/09 | MXG | 6.20 | Reviewed ███████ witness interview outline (.3); reviewed emails re Team 4 project status (.2); drafted ███ ███████ witness interview summary (1.1); reviewed exhibits prepared for ███████ witness interview (.4); drafted ███████ witness interview summary (2.2); drafted memorandum re open issues in JPMorgan analysis (1.5); drafted memorandum re open issues in ███████ transactions analysis (.5). | 2,697.00 |
| 10/02/09 | AC | 5.30 | Drafted and revised witness interview outline for JPMorgan witness ███████ (3.8); reviewed exhibits for use in ███████ interview (.6); corresponded with J. Phillips and M. Groman re preparation of exhibits for ███████ JPMorgan witness interviews (.3); reviewed correspondence re memorandum re open issues in Team 4 investigation (.3); conferred with M. Groman re memorandum re open issues in Team 4 investigation (.1); reviewed ███████████ analysis circulated by J. Epstein (.2). | 2,517.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/02/09 | KJ | .90 | Conferred with P. Trostle about status of Team 4 investigation of ███████ (.2); conferred with T. Winegar about status of Team 4 investigation of ███████ (.2); assembled information and drafted an email to H. McArn re document request to Alvarez & Marsal for ███████ (.5). | 607.50 |
| 10/02/09 | PJT | 7.70 | Emailed Team 4 re revisions to proof outline (.4); prepared daily summary for Team 4 (.8); emailed and telephoned ███████ re ███████ (.4); read emails from Team 2 re ███████ (.4); reviewed consolidated daily report (.2); conference calls with Examiner and R. Byman re ███████ and ███████ interviews (.3); reviewed draft outline for ███████ interview (1.1); reviewed revised draft outline re interview of ███████ (.9); telephone calls to and from ███████ re protective order questions (.5); reviewed status of witness availability from Team 1 (.1); telephoned J. Epstein re Team 4 proof outline and required revisions thereto (.3); reviewed JPMorgan document re ███████ (1.0); office conference with G. Folland re discovery from ███████ and remaining witness interviews (.2); read HSBC emails re ███████ and discussed same with K. Jestin (.2); reviewed flash summary of ███████ interview (.1); analyzed proof outline drafts and revised same (.8). | 5,582.50 |
| 10/02/09 | AMA | 3.00 | Continued compiling excel spreadsheet re causes of actions within adversary actions filed in association with main case (2.2); reviewed LBHI statement of financial affairs re potential preferential transactions (.8). | 975.00 |
| 10/02/09 | HDM | .30 | Reviewed and attended to Team 4 ███████ production. | 165.00 |
| 10/02/09 | JZB | 6.30 | Reviewed 148 HSBC documents for information re ███████ (4.6); drafted written report re ███████ (1.7). | 2,047.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/02/09 | GRF | 4.60 | Reviewed Lehman Brothers proofs of claim filed by JPMorgan (1.2); reviewed Lehman Brothers proofs of claim filed by Citigroup (.9); coordinated with Team 4 associates re drafting of memorandum highlighting open factual issues requiring further development or resolution (1.2); began drafting portion of memorandum re same (1.3). | 1,495.00 |
| 10/02/09 | SRM | 3.50 | Reviewed Citigroup documents re ███████████ (.6); drafted memorandum re ████████ interview (2.9). | 1,137.50 |
| 10/02/09 | TMW | 10.30 | Reviewed HSBC production re ████████ (8.7); teleconference with K. Jestin re HSBC interviews (.2); collected documents for K. Jestin re HSBC interviews (.4); drafted summary of pending factual investigations re Citigroup proof outline (1.0). | 3,347.50 |
| 10/02/09 | LEW | .70 | Prepared sections of proof outline for review by Team 4 associates. | 112.00 |
| 10/02/09 | JKP | 4.30 | Prepared ████████ interview binders for delivery to attorneys (.2); prepared attorney binders, exhibit copy sets and an updated interview outline for the attorney interview of ████████ (2.0); proofread and forwarded to M. Groman electronic set of exhibits from ████████ interview (.8); organized by custodian saved material from the JPMorgan interview preparations (1.3). | 989.00 |
| 10/02/09 | MRS | 2.30 | Researched bankruptcy claims registry for proofs of claim filed by banks in connection with Lehman Brothers case and corresponded with G. Folland re same (1.8); prepared copies of proofs of claim with extensive supporting documents and provided to P. Trostle and G. Folland for review (.5). | 621.00 |
| 10/03/09 | DRM | .90 | Read outline prepared by J. Epstein for second half of ████ interview (.2); read outline prepared by J. Epstein for interview with ████████ (.3); read memorandum from P. Trostle re summary of interviews with ████ and ███ ████████ (.4). | 720.00 |
| 10/03/09 | JE | 1.70 | Worked on analysis of unresolved JPMorgan-related issues and plan for resolution for deliverable to A. Valukas. | 1,190.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/03/09 | JZB | 1.60 | Drafted written report re ███████████████ ████████████ and areas where more information was needed. | 520.00 |
|----------|-----|------|---|--------|
| 10/03/09 | TMW | 9.10 | Drafted summary of HSBC document production for O. Jafri (.4); reviewed HSBC production re ████████ ██ (8.7). | 2,957.50 |
| 10/04/09 | DRM | 2.30 | Read memorandum from J. Epstein and studied attachment re analysis prepared by JPMorgan re ████████████████████████████████████ ██████████████████ (1.2); read memorandum from J. Pimbley at Duff & Phelps and related chart re latest avoidance analysis with respect to JPMorgan from Duff & Phelps (.2); read memorandum from P. Trostle re ██████████████████, ████████████████ and ███ (.9). | 1,840.00 |
| 10/04/09 | JE | 1.30 | Worked on analysis of JPMorgan issues and open factual questions for presentation to A. Valukas. | 910.00 |
| 10/04/09 | MXG | .40 | Reviewed ████████████ open issues list (.1); reviewed ██ witness interview outline (.1); reviewed JPMorgan open issues list (.2). | 174.00 |
| 10/04/09 | AC | 7.80 | Reviewed and revised draft interview outline of ██ ████████ (1.3); reviewed M. Groman draft of Team 4 memorandum re open issues re JPMorgan (.3); reviewed witness interview notes for all JPMorgan witnesses to identify open issues remaining in Team 4 investigation of JPMorgan (2.4); revised Team 4 memorandum re open issues re JPMorgan to include review of Lehman witness summaries, Team 4 work protocol, and open issues flagged by Team 4 attorneys (3.8). | 3,705.00 |
| 10/04/09 | KJ | 3.60 | Reviewed document summary of additional HSBC documents produced re ████████████ in order to formulate list of open items for Team 4 memorandum (1.5); conferred with T. Winegar re open areas of factual investigation re ████████████████ and ███ (1.4); reviewed and revised memorandum to P. Trostle re open areas of factual investigation re ████████████ ███ and ████████████ (.7). | 2,430.00 |
| 10/04/09 | AMA | 2.80 | Continued reviewing LBHI statement of financial affairs re potential preferential transactions. | 910.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/04/09 | GRF | 2.40 | Reviewed emails re ███████████'s knowledge of or participation in Team 4 issues such ████████████████████████████████████████████████████████████████████████████████████ (1.6); drafted questions re same for ████████████ witness interview (.8). | 780.00 |

| 10/04/09 | TMW | 3.30 | Teleconference with K. Jestin re HSBC proof outline (1.4); reviewed documents from HSBC production re terms and ████████████ (.5); drafted memorandum for P. Trostle re pending factual investigations re HSBC proof outline (1.2); emailed J. Burke re researching ████████████ (.2). | 1,072.50 |

| 10/05/09 | CS | 1.10 | Attended Team 4 meeting re coordination of ongoing investigation. | 797.50 |

| 10/05/09 | JE | 4.00 | Worked on identifying and analyzing open fact issues relating to JPMorgan and to ████████ and revised outlines and plan of resolution for same (2.3); participated in conference call with P. Trostle and other members of Team 4 re plan for resolving open fact issues for Team 4 (1.1); met with M. Groman and A. Choudhury re additional fact questions to resolve (.1); participated in telephone conference with P. Trostle, J. Pimbley re Team 4 tasks (.5). | 2,800.00 |

| 10/05/09 | MXG | 6.80 | Reviewed ████████ exhibits in preparation for █ ████████ interview (1.0); compiled list of key documents for ████████ interview to send to JPMorgan counsel (.4); searched document databases for updated versions of certain ████████ witness interview exhibits (.7); participated in Team 4 conference call re open issues and Team 4 project status (1.1); conferred with J. Epstein and A. Choudhury re same (.1); reviewed and revised open issues memorandum re ████████ claims (.4); prepared for ████████ witness interview (3.1). | 2,958.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 336

| | | | | |
|---|---|---|---|---|
| 10/05/09 | AC | 7.80 | Conferred with Team 4 leaders re open items in Team 4 investigation (1.1); conferred with J. Epstein and M. Groman re open issues in investigation re JPMorgan transactions with Lehman (.1); reviewed exhibits for witness interview of ███████ (1.3); drafted correspondence re same (.2); researched ████████ ██████ (1.6); drafted correspondence re same (.4); reviewed correspondence re native file production of ██████████ analyses by JPMorgan (.5); reviewed native file production of ███████████ analyses by JPMorgan (2.3); reviewed documents circulated by J. Pimbley re ███████ (.3). | 3,705.00 |
| 10/05/09 | KJ | 2.00 | Participated in Team 4 conference call about remaining areas requiring factual investigation into third party transfers and liquidity (1.1); conferred with K. Coleman re scheduling of remaining HSBC interviews and conference re documents outstanding (.5); prepared for Team 4 conference call about remaining areas requiring factual investigation into third party transfers and liquidity (.4). | 1,350.00 |
| 10/05/09 | PJT | 9.10 | Prepared draft memorandum for Examiner re remaining Team 4 open matters, including pending interviews and document requests (4.1); conference call with Team 4 leaders and associates re remaining open issues re JPMorgan, Citigroup, HSBC and avoidable transfers (1.1); reviewed flash summary of ████████ interview (.2); reviewed binder and outline for ████████ interview (1.0); read emails from J. Epstein and M. Groman re ████████ interview (.4); read emails from J. Epstein re ████████ interview (.2); telephone calls to and from ██████ re ██████ interview topics (.4); reviewed memorandum from Duff & Phelps re avoidable transfer analysis (.4); emails to and from J██ re meeting with Creditors' Committee (.2); reviewed draft outline for ████████ interview (.8); sent emails to K. Jestin re HSBC open issues (.3). | 6,597.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/05/09 | AMA | 7.20 | Continued reviewing LBHI statement of financial affairs re potential preferential transactions and began compiling document re entries of interest (5.3); summarized status of investigation and open issues in email to P. Trostle (.2); participated in telephone conference re status of investigation and open issues (1.1); reviewed docket re Bank of America adversary and emailed H. McArn relevant docket entries (.6). | 2,340.00 |
| 10/05/09 | JZB | 1.10 | Conference call with P. Trostle, C. Steege, G. Folland, T. Winegar, A. Allen, K. Jestin, and others re Team 4 update on banks and open issues. | 357.50 |
| 10/05/09 | GRF | 6.40 | Drafted memorandum re areas for further factual development for ███████████ Team 4's investigation (1.3); analyzed memorandum from J. Burke re areas of further factual development for the Bank of America portion of Team 4's investigation (.2); collected work product from other Team 4 associates re areas for further factual development re issues arising from Lehman Brothers' interactions with HSBC, Bank of America, and Citigroup and compiled into a single memorandum (.4); participated in conference call with Team 4 partners and associates re open issues with respect to HSBC, Bank of America, Citigroup, ███████, and JPMorgan areas of the investigation (1.1); reviewed documents re ██████████████████████ (.6); reviewed documents re ██████████████████████ (.5); drafted emails re same (.3); reviewed material re ████████████████ to be incorporated Team 4's draft narrative re ████████ (2.0). | 2,080.00 |
| 10/05/09 | SRM | 8.20 | Reviewed summary re ████████ interview (.1); participated in Team 4 conference call re open issues in proof outline (1.1); researched common law re bank's right to offset (.8); drafted outline re ████████ interview (3.1); reviewed Lehman documents re ████████████████ (.8); reviewed Lehman documents re ████████████ (.6); reviewed Citigroup documents re ████████████████ (1.7). | 2,665.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/05/09 | TMW | 7.40 | Reviewed memorandum re contract claims (.6); conference call with G. Folland and S. McNally re pending fact investigations (.3); teleconference with Team 4 re fact development (1.1); drafted supplemental questions re HSBC production (5.4). | 2,405.00 |
| 10/05/09 | JKP | 4.80 | Assisted in final preparation for ▮▮▮▮ interview re searching for supplemental exhibits, preparing additional exhibit copies and updating attorney binders and interview exhibit set. | 1,104.00 |
| 10/05/09 | WB | 4.00 | Reviewed ▮▮▮▮ interview outline (.7); searched Stratify and retrieved key documents referenced in outline (2.3); prepared documents for imaging and bate stamping for attorney review (1.0). | 1,020.00 |
| 10/06/09 | DRM | 2.70 | Studied update on preliminary findings re identifying third-party and intercompany asset transfers for avoidance analysis prepared by Duff & Phelps (.3); conference call with J. Pimbley, A. Pfeiffer, et al. from Duff & Phelps, C. Steege, A. Allen and P. Trostle from J&B re identifying third-party and intercompany asset transfers for avoidance analysis (1.3); conference call with P. Trostle and M. Hankin re solvency analysis and its relevance to preferences (.5); conferred with C. Steege and A. Allen, as well as V. Lazar and A. Olejnik, re Duff & Phelps work on avoidance analysis (.6). | 2,160.00 |
| 10/06/09 | CS | 3.20 | Attended meeting with Duff & Phelps re avoidance analysis (1.3); attended internal meeting re insolvency analysis (.8); prepared and discussed strategy re analysis of avoidance actions (.9); revised work plan memorandum (.2). | 2,320.00 |
| 10/06/09 | JE | 2.20 | Reviewed and analyzed A. Olejnik memorandum on colorable claims and impact on Team 4 issues and emailed D. Murray, R. Byman re same (1.2); reviewed recent interview summaries for issues relevant to Team 4 (1.0). | 1,540.00 |
| 10/06/09 | MXG | 5.50 | Prepared for ▮▮▮▮ witness interview (.5); interviewed ▮▮▮▮ of JPMorgan (3.4); discussed same with P. Trostle and J. Pimbley (.5); drafted and revised flash summary of ▮▮▮▮ witness interview (1.1). | 2,392.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/06/09 | AC | 8.90 | Reviewed and prepared exhibits for interview of ▮ ▮ (.5); coordinated processing of spreadsheets re ▮ (.4); correspondence re same (.2); reviewed handwritten notes of ▮ produced by JPMorgan in connection with witness interview (1.0); reviewed handwritten notes of ▮ produced by JPMorgan in connection with witness interview (.2); reviewed J. Pimbley edits for ▮ interview (.3); reviewed draft summary of ▮ interview (.2); prepared for ▮ interview by reviewing draft interview outline and exhibits (3.2); drafted interview questions for Lehman witness ▮ (1.3); drafted part of summary of ▮ witness interview (1.6). | 4,227.50 |
| 10/06/09 | KJ | .70 | Reviewed Team 4 memorandum re open items for investigation for accuracy and completeness (.2); reviewed and revised written questions for HSBC counsel and conferred with T. Winegar re same (.5). | 472.50 |
| 10/06/09 | PJT | 14.40 | Revised memorandum to Examiner re Team 4's open issues (3.7); emailed and telephone J. Epstein and C. Steege re open issues memorandum (.5); reviewed flash summary of ▮ interview (.2); reviewed outline and exhibits for ▮ interview (1.9); drafted daily report for Team 4 (.9); participated in conference call with Duff & Phelps, D. Murray and C. Steege re analysis of avoidable transfers involving third parties (1.3); reviewed consolidated team report (.2); reviewed list of Duff & Phelps deliverables for Team 4 (.2); reviewed ▮ (.3); reviewed email from M. Devine re document issue involving ▮ (.2); conference call with D. Murray and M. Hankin re solvency analysis (.4); read email from ▮ re ▮ (.1); attended interview of ▮ of JPMorgan (4.5). | 10,440.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/06/09 | AMA | 6.90 | Participated in telephone conference with P. Trostle, D. Murray, C. Steege and Duff & Phelps re analysis of transfers for avoidance (1.3); participated in office conference with C. Steege, D. Murray, P. Trostle, and M. Hankin re same (.8); participated in office conference with C. Steege and D. Murray re same (.9); participated in telephone conference with Duff & Phelps re LBHI statement of financial affairs re potential preferences (.4); continued reviewing LBHI statement of financial affairs re potential preferential transactions and continued compiling document re entries of interest (3.5). | 2,242.50 |
| 10/06/09 | HDM | 1.90 | Reviewed and discussed Team 4 avoidance action production updates with T.C. Fleming and J. Pimbley and Team 1. | 1,045.00 |
| 10/06/09 | JZB | 1.80 | Discussed applicability of ███████████ ████████████ with T. Winegar (.4); researched applicability of ch███████████████████ ████ (.9); drafted list of possible contract claims (.3); discussed research re ██████████████████ ████████ with T. Winegar (.2). | 585.00 |
| 10/06/09 | GRF | 5.10 | Discussed with M. Devine and E. Liebschutz documents ████████████████ and designated as significant by Team 4 associates (.5); collected and forwarded to M. Devine and E. Liebschutz a large number of such documents as well as Team 4's analysis of same (.4); reviewed ████████████ re ███████████████ (3.2); reviewed and made edits to P. Trostle memorandum re open issues in Team 4's areas of investigation (.6); reviewed HSBC bar date filings (.4). | 1,657.50 |
| 10/06/09 | SRM | 8.10 | Reviewed Citigroup documents re ██████ ████ (3.2); drafted outline re ████████ interview (3.3); researched case law re ████████ (1.6). | 2,632.50 |
| 10/06/09 | TMW | 5.60 | Drafted supplementary questions re HSBC production (2.6); researched ████████████ provisions (1.6); reviewed letter from counsel re clawback requests (.1); drafted email to J. Burke re █████████████████ (.2); drafted HSBC personnel interview outlines (1.1). | 1,820.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 341

| | | | | |
|---|---|---|---|---|
| 10/06/09 | JKP | 1.90 | Assisted in final preparation for ███████ interview (1.6); proofread exhibits attachment set for ████ witness interview summary memorandum (.3). | 437.00 |
| 10/06/09 | CRW | 1.30 | Pulled and bates stamped specific Citigroup documents from Stratify for Team 4, in preparation of upcoming interviews re same. | 331.50 |
| 10/07/09 | DRM | .30 | Read memorandum from M. Groman containing summary of interview with ████ of JPMorgan (.2); read memorandum from P. Trostle re team assignments (.1). | 240.00 |
| 10/07/09 | MXG | 2.40 | Reviewed emails re Lehman-JPMorgan derivatives agreements (.2); reviewed open issues memorandum and assigned open tasks (.4); reviewed emails re Team 4 project status (.2); conferred with K. Filipovich re Lehman case structure and organization (.2); drafted █ ████ witness interview summary (1.4). | 1,044.00 |
| 10/07/09 | AVM | 3.90 | Performed second level review of documents from mid-September 2008 re ██████████ ████████████. | 1,560.00 |
| 10/07/09 | AC | 9.80 | Correspondence with J. Pimbley and P. Trostle re ██ ████ interview (.1); reviewed J. Pimbley correspondence re ████████ (.3); reviewed M. Groman proposed division of investigation re JPMorgan open issues (.2); conferred with M. Groman re same (.1); reviewed outline and exhibits to prepare for interview of ████████ (2.2); drafted Team 4 questions for interview of ████ (2.3); attended witness interview of ████████ (2.8); conferred with P. Trostle and J. Pimbley re same (.2); reviewed and revised interview notes of ████ (.5); drafted and revised flash summary of ██████ interview (1.1). | 4,655.00 |
| 10/07/09 | KJ | 4.80 | Telephone conferences with K. Coleman re HSBC document production re collateral calls and other matters (1.5); telephone conferences with T. Winegar re HSBC factual development (.3); reviewed and revised written questions to K. Coleman re ████████ and related matters (2.5); telephone conference with P. Trostle re HSBC claims and status of interviews and document production and surrounding strategy (.5). | 3,240.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/07/09 | PJT | 10.90 | Prepared for interview of ███████ and reviewed exhibit binder re same (3.2); email to Team 4 re completing tasks on open matters list (.3); drafted daily summary for Team 4 (.5); reviewed revised flash summary of ███████ interview (.3); reviewed flash summaries of ███████ and ███████ interviews (.3); read colorable claim memorandum from A. Olejnik (.4); reviewed outline and exhibits re interview of ██ (1.1); reviewed emails from L. Sheridan re Team 4 document request re ███████ (.2); conference call with K. Jestin re HSBC document request (.4); reviewed revised document request to HSBC (.4); email to J. Pimbley re ███████ (.2); interviewed ██ ███████ (3.6). | 7,902.50 |
| --- | --- | --- | --- | --- |
| 10/07/09 | AMA | 6.90 | Continued reviewing LBHI statement of financial affairs re potential preferential transactions and continued compiling document re entries of interest (.9); emailed T.C. Fleming and E. Timaeva of Duff & Phelps re entries of interest and inquiries for Alvarez & Marsal re LBHI statement of financial affairs (.4); began reviewing statement of financial affairs of non LBHI Lehman entities (5.6). | 2,242.50 |
| 10/07/09 | GRF | 5.00 | Reviewed memorandum re breach of fiduciary duties, prepared by Team 3, with a view to identifying potential breaches under facts developed by Team 4 (1.0); reviewed proofs of claim filed on Lehman Brothers Holdings Inc. bankruptcy website (.4); reviewed public domain materials re function of ███████ in order to incorporate such information in draft sections of the report re ███████ (1.2); reviewed scholarly and industry articles re ███████ in order to incorporate such information in draft section of the report re ███████ (1.6); reviewed final open issues memorandum prepared by P. Trostle and Team 4 (.2); reviewed ███████ interview summary and analyzed ways in which facts developed in that interview affected tentative conclusions reached by Team 4 (.3); reviewed ███████ interview summary and analyzed ways statements elicited in that interview might effect the conclusions reached in Team 4's memoranda re ███████ (.3). | 1,625.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/07/09 | SRM | 9.70 | Reviewed outline re ████ interview and accompanying documents in preparation for interview (1.3); drafted outline re ████ interview (.3); reviewed Citigroup documents re proposed ████ (2.9); reviewed Citigroup documents re ████ (2.6); drafted questions to send to Citigroup's counsel re ████ (.7); reviewed background information re ████ (1.9). | 3,152.50 |
| 10/07/09 | TMW | 7.90 | Reviewed memorandum from P. Trostle re open questions of fact (.1); drafted outline re interview of ████ (2.5); teleconference with K. Jestin re HSBC interrogatories (.1); revised and proofread draft interrogatories re teleconference with HSBC counsel (1.1); reviewed memorandum re ████ (.4); researched ████ (.3); teleconference with K. Jestin, HSBC counsel re document production and witness interviews (1.0); teleconference with K. Jestin re HSBC fact investigation (.1); teleconference with R. Rathi re HSBC production (.1); reviewed documents from HSBC production re ████ (2.2). | 2,567.50 |
| 10/07/09 | LEW | 1.00 | Prepared witness binders in anticipation of ████ interview. | 160.00 |
| 10/07/09 | CRW | 1.30 | Performed specific relevancy searches with Stratify for A. Mathai and M. Groman, then created review sets for each re same. | 331.50 |
| 10/08/09 | DRM | .40 | Read memorandum from A. Choudhury containing summary of interview with ████. | 320.00 |
| 10/08/09 | CS | .70 | Attended conference with Duff & Phelps re insolvency. | 507.50 |
| 10/08/09 | JE | .60 | Exchanged messages with counsel for ████ re interview of ████ (.2); telephone conference with P. Trostle re Team 4 report and ████ (.2); reviewed and analyzed flash summary of ████ interview (.2). | 420.00 |
| 10/08/09 | MXG | 4.30 | Reviewed summary of ████ witness interview (.3); drafted ████ witness interview summary (3.6); conferred with A. Choudhury re case status (.4). | 1,870.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 344

| 10/08/09 | AC | 8.90 | Conferred with M. Groman re status of Team 4 draft report and interview of ███████ (.3); reviewed J. Pimbley correspondence re ███████ (.3); drafted correspondence to J. Epstein re ███████ (.2); reviewed JPMorgan and Lehman documents re agreement negotiations and collateral requests re involvement of ███ (3.4); drafted witness interview outline questions for Team 4 JPMorgan issues for ███ (3.2); drafted part of witness interview memorandum re JPMorgan witness ███ (1.5). | 4,227.50 |
| 10/08/09 | KJ | 4.00 | Reviewed and amended written questions to HSBC re ███████ (1.5); conferred with K. Coleman, HSBC counsel re status of document production (.5); drafted an email summary of the status of HSBC document production and other open issues for Team 4 leader (.4); conferred with T. Winegar re claims for HSBC proof of claim (.2); conferred with R. DeKoven re ███████ (.3); conferred with P. Trostle re status of HSBC investigation and role of Duff & Phelps in analyzing ███████ (.2); reviewed HSBC documents, including a proof of claim for analysis of ███████ (.9). | 2,700.00 |
| 10/08/09 | PJT | 11.70 | Reviewed consolidated team report (.2); prepared for interview of ███████ and reviewed exhibit binder (3.5); prepared daily report for Team 4 (.9); reviewed and revised draft summary of ███████ interview (.4); conference call with Duff & Phelps, C. Steege and D. Murray re insolvency issues and avoidance claims (1.0); emailed R. Byman re document request from SEC (.2); emails with K. Jestin re HSBC and Citigroup documents (.3); reviewed emails from H. McArn re Team 4 document requests to Alvarez & Marsal (.3); read securitization narrative from J. Pimbley (1.0); discussed securitization narrative with S. Ascher re possible claims (.2); reviewed written questions for HSBC (.4); conference calls and meeting with Team 4 associates re report drafting (.4); interviewed ███████ ███████ (2.9). | 8,482.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 345

| 10/08/09 | AMA | 4.80 | Participated in telephone conference with E. Timaeva of Duff & Phelps re entries of interest and status of inquiries for Alvarez & Marsal re LBHI statement of financial affairs (.3); conference with C. Steege re same (.1); continued reviewing statement of financial affairs of non LBHI Lehman entities (4.0); reviewed Duff & Phelps draft memorandum of avoidance analysis of ███ ███████ (.4). | 1,560.00 |
| 10/08/09 | HDM | .30 | Discussed journal entry production with R. Byman and M. Basil (.2); communicated re same with Alvarez & Marsal (.1). | 165.00 |
| 10/08/09 | GRF | 9.10 | Drafted a document request to ██████ for ███████ ███████████ and ███████████ (.3); reviewed ███████ witness interview outline (.5); reviewed documents to and from witness ███████ evidencing ███████████ █████████████████ practices (3.9); reviewed ██████████ (.5); drafted sections of the ███████ witness interview outline re ███████████ (1.2); drafted section of the ████████ interview outline re ███████████████████; (2.0); corresponded with paralegal team re identification of significant documents discovered in review of recent ██████████████ (.1); read ████████ witness interview summary (.2); reviewed documents related to witnesses ███████ and █████████, identified by contract attorneys, re ████████ (.4). | 2,957.50 |
| 10/08/09 | SRM | 9.70 | Reviewed outline re ████████ interview and accompanying documents in preparation for interview (1.6); reviewed Citigroup documents re ████████ █████████ (3.4); attended ████████████ interview with P. Trostle, M. Basil and S. Ascher (2.0); drafted flash summary re ███████ interview (2.7). | 3,152.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/08/09 | TMW | 10.90 | Reviewed court filings re HSBC proofs of claims (2.9) teleconference with K. Jestin re HSBC proof of claims (.2); drafted outline for interview of ▮▮▮▮ interview (7.3); reviewed documents re teleconference with R. Rathi re HSBC production (.1); teleconference with R. Rathi re HSBC production(.4). | 3,542.50 |
| --- | --- | --- | --- | --- |
| 10/08/09 | LEW | .50 | Prepared witness binders in anticipation of ▮▮▮ interview. | 80.00 |
| 10/09/09 | DRM | .40 | Telephone conference with C. Steege re her conference call with Duff & Phelps re avoidance actions (.1); met with C. Steege and A. Allen re review of SOFAs and analysis of possible avoidable transfers (.3). | 320.00 |
| 10/09/09 | CS | .50 | Attended meeting with Duff & Phelps re status of avoidance analysis (.3); office conference with A. Allen re insolvency issues (.2). | 362.50 |
| 10/09/09 | JE | 6.90 | Reviewed and analyzed recent daily reports and interview summaries for issues relevant to Team 4 (1.1); conferred several times with A. Choudhury re Team 4 issues and report (.3); met with M. Groman and A. Choudhury re drafting of JPMorgan section of report (.4); reviewed and analyzed and edited supplemental questions for ▮▮▮ interview (1.3); prepared message to Team 1 re outstanding Alvarez & Marsal item (.1); reviewed emails re issue of ▮▮▮▮ ▮▮▮▮ (.3); exchanged emails with P. Trostle, V. Lazar on avoidance issues (.2); worked on identification of open factual issues and remaining questions to raise with JPMorgan (3.0); exchanged messages with Wachtell Lipton re interview (.2). | 4,830.00 |
| 10/09/09 | MXG | 4.10 | Drafted ▮▮▮▮ witness interview summary (2.4); met with J. Epstein and A. Choudhury to discuss draft report and upcoming deadlines (.4); conferred with A. Choudhury re same (.2); reviewed ▮▮▮▮ witness interview summary (.3); drafted questions re ▮▮▮▮ (.6); reviewed email re possible ▮▮▮ interview (.1); reviewed memorandum re ▮▮▮▮ (.1). | 1,783.50 |
| 10/09/09 | AVM | 5.20 | Performed second level review of documents identified by contract attorneys from September 2008 re ▮▮▮ ▮▮▮▮▮. | 2,080.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/09/09 | AC | 11.40 | Conferred with J. Epstein re ███████ and JPMorgan open issues (.1); conferred with J. Epstein and M. Groman re draft Team 4 report re JPMorgan (.3); conferred with T. Clements re interview of ███████ (.2); conferred with M. Groman re witness interview summaries and draft of Team 4 report (.3); conferred with M. Groman re document requests and questions to JPMorgan counsel (.1); revised G. Folland Team 4 questions re ██████ interview (1.1); revised draft ██ ██████ outline by T. Schrage including incorporating edits and revisions by J. Epstein and J. Pimbley and revising outline re collateral requests and returns between Lehman and JPMorgan (7.3); corresponded with L. Ellsworth and J. Epstein re ███████ ███████ (.2); reviewed summary of ███████ witness interview (.3); conferred and corresponded with J. Epstein re same (.3); drafted correspondence to J. Epstein re ███████████████ (.2); revised draft questions for JPMorgan counsel re posting of collateral and Lehman accounts with JPMorgan (1.0). | 5,415.00 |
| 10/09/09 | KJ | 1.80 | Conferred with T. Winegar re structure and content of HSBC section of the draft report (.3); emailed K. Coleman, HSBC counsel, with questions re ██████ ██ and other matters specifically queries re availability of ██████ for an interview and timing of the production of documents (.1); reviewed Duff & Phelps preliminary avoidance analysis in preparation for conference call re the same (.5); reviewed background documents on ██ ████████████ in preparation for interview of ████████████ and in preparation for the review of the draft sections of the report on the same (.5); began review of ██████ interview outline re ████████ and other matters (.4). | 1,215.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/09/09 | PJT | 6.10 | Conference call with ███████ re ███████ (.3); telephone calls to and from ███ re ███ (.2); emails with ███ re ███████ and scheduling conference call re same (.3); emailed J. Epstein and C. Steege re conference call with Debtors to discuss Debtor's claims (.3); reviewed email update from K. Jestin re HSBC document productions (.2); prepared daily report for Team 4 (.8); reviewed memorandum re colorable claims retention (.6); reviewed written questions to HSBC (.2); reviewed update from J. Pimbley re avoidance analysis (.2); reviewed summary of ███████ interview (.3); reviewed emails from Examiner and V. Lazar re substantive consolidation analysis (.2); reviewed J. Epstein email to JPMorgan re additional questions for ███████ (.1); reviewed consolidated daily report (.1); read summary of ███████ interview (.2); read summary of ███████ interview (.2); reviewed Duff & Phelps' findings re ███████ (.8); reviewed draft questions for JPMorgan re remaining open issues (.3); read ███████ report re ███████ (.8). | 4,422.50 |
|---|---|---|---|---|
| 10/09/09 | AMA | 7.10 | Continued reviewing statement of financial affairs of non-LBHI Lehman entities (1.5); participated in telephone conference with C. Steege and Duff & Phelps re draft memorandum of Avoidance Analysis of ███████ (.4); participated in telephone conference with E. Timaeva of Duff & Phelps re inquiries for Alvarez & Marsal re various Lehman entities' statements of financial affairs (.2); office conference with C. Steege and D. Murray re same (.2); began research of case law re ███████ (4.8). | 2,307.50 |
| 10/09/09 | SRM | 6.50 | Reviewed background information re ███████ in preparation for writing Citigroup section of the report (.6); drafted memorandum re ███████ interview (5.9). | 2,112.50 |
| 10/09/09 | TMW | 12.60 | Drafted HSBC factual narrative of draft report (6.7); teleconference with K. Jestin re draft report (.3); drafted outline for interview of ███████ (4.5); removed documents from files re HSBC clawback letter (1.1). | 4,095.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/10/09 | DRM | .60 | Read correspondence between T.C. Fleming and L. Sheridan, as well as R. Byman and H. McArn re Alvarez & Marsal response to requests for transfer information (.3); read memoranda from V. Lazar, J. Epstein and memorandum to V. Lazar and J. Epstein re avoidance transfers (.3). | 480.00 |
| 10/10/09 | AC | 10.30 | Reviewed notes and drafted part of witness interview summary memorandum of ▮▮▮▮ (3.6); drafted JPMorgan fact narrative report concerning ▮▮▮▮ (4.2); reviewed Quinn Emanuel June memorandum re possible claims against JPMorgan in preparation for conference call (1.2); reviewed notes and drafted part of witness interview summary memorandum of ▮▮▮▮ (1.3). | 4,892.50 |
| 10/10/09 | KJ | .60 | Reviewed and revised portion of draft section of Team 4 report re ▮▮▮▮ and ▮▮▮▮. | 405.00 |
| 10/10/09 | PJT | .60 | Reviewed status of witness interviews and updated witness list from A. Olejnik (.2); reviewed consolidated daily report (.2); reviewed updated from R. Byman re ▮ ▮▮▮▮ interview (.1); read email from K. Jestin re removal from system of HSBC's privileged documents (.1). | 435.00 |
| 10/10/09 | SRM | 5.10 | Drafted Citigroup section of report draft re comfort deposit negotiations (4.9); reviewed Team 4 email correspondence re document review, interview scheduling, and status of investigation (.2). | 1,657.50 |
| 10/10/09 | TMW | 2.10 | Drafted factual narrative of draft report re HSBC. | 682.50 |
| 10/11/09 | MXG | 5.30 | Drafted ▮▮▮▮ witness interview summary (2.2); drafted ▮▮▮▮ witness interview summary (3.1). | 2,305.50 |
| 10/11/09 | AC | 7.50 | Reviewed notes and drafted part of witness interview summary memorandum of ▮▮▮▮ (2.8); reviewed J. Pimbley correspondence re Lehman pledged collateral (.2); reviewed J. Pimbley edits to document requests and follow up questions for JPMorgan counsel (.3); reviewed notes and drafted part of witness interview summary memorandum of ▮▮▮▮ (4.2). | 3,562.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/11/09 | PJT | 1.50 | Reviewed table from J. Pimbley re ███████████ ███████ (.3); read email from J. Pimbley re questions for JPMorgan re ███████████ and related matters (.2); reviewed email from T.C. Fleming re ███████████ analysis (1.0). | 1,087.50 |
|---|---|---|---|---|
| 10/11/09 | SRM | 5.80 | Reviewed Lehman documents re ███████████ (.7); reviewed Citigroup documents re ███████████ (.6); reviewed memorandum re ███████████ interview (.2); drafted Citigroup section of report draft re ███████████ (2.7); reviewed Citigroup documents re ███████████ (1.6). | 1,885.00 |
| 10/11/09 | TMW | .60 | Reviewed proofs of claim re HSBC. | 195.00 |
| 10/12/09 | RLB | .50 | Reviewed memorandum re open issues for Team 4 investigation. | 400.00 |
| 10/12/09 | DRM | .60 | Read memorandum from T.C. Fleming and attached report on preliminary findings on avoidance analysis with respect to ███████████ ███ (.3); read memorandum from T.C. Fleming and attached report on preliminary findings on avoidance analysis with respect to ███████████ (.2); read memorandum from T.C. Fleming and attached report on preliminary findings on avoidance analysis with respect to ███████ (.1). | 480.00 |
| 10/12/09 | JE | 5.90 | Participated in telephone conference with J. Tece of Quinn Emanuel and Team 4 re updates to Quinn Emanuel contentions and discussed same with A. Choudhury, M. Groman (.6); reviewed and analyzed portions of Quinn Emanuel original analysis of potential claims (.4); reviewed and analyzed recent flash summaries including ███████████ and ███████████ (1.7); reviewed and analyzed J. Pimbley comments on draft questions to JPMorgan counsel (.3); reviewed emails relating to ███████████ (.5); reviewed and analyzed string of emails on ███████████ (.3); worked on open Team 4 issues for report (2.1). | 4,130.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/12/09 | MXG | 7.20 | Drafted, reviewed, and revised follow-up questions to JPMorgan (1.9); teleconference with counsel from Quinn Emanuel (.5); conferred with A. Choudhury and J. Epstein re same (.1); drafted ███████ witness interview summary (2.5); reviewed ███████ witness interview notes (.7); drafted ███████ witness interview summary (1.5). | 3,132.00 |
|----------|-----|------|---|----------|
| 10/12/09 | AC | 11.30 | Conference call with J. Teece of Quinn Emanuel and P. Trostle, J. Epstein, M. Groman re possible claims against JPMorgan (.5); conferred with J. Epstein and M. Groman re same (.3); correspondence with G. Folland and M. Groman re Quinn call (.4); reviewed notes and drafted part of witness interview summary memorandum of ███ ███ (3.5); reviewed notes and drafted part of witness interview summary memorandum of ███████ (3.2); drafted part of draft report re JPMorgan and clearing agreement with Lehman (3.0); reviewed JPMorgan documents re ███████ and Korean Development Bank (.3); correspondence with J. Epstein re same (.1). | 5,367.50 |
| 10/12/09 | KJ | 1.70 | Review outline in preparation for interview of ███████ from HSBC re ███████ and other matters (1.6); drafted email to HSBC counsel about upcoming interview with ███████ and other matters (.1). | 1,147.50 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/12/09 | PJT | 9.10 | Reviewed claims analysis from Quinn Emanuel (1.1); conference call with J. Teece and J. Epstein re potential claims against third-party transferees (.5); reviewed document request to ███████ (.2); reviewed draft memorandum re ███████ (1.5); emailed K. Jestin re conference call to discuss HSBC and Citigroup findings with Duff & Phelps (.2); emailed L. Harrison re conference call to discuss Debtors' claim theories re third-party transfers (.2); emailed J. Epstein re JPMorgan proof of claim (.2); reviewed summary of interview of ███████ (.2); read emails from S. Ascher and R. Byman re ███████ (.3); read email from K. Jestin to K. Coleman re HSBC document production (.1); reviewed Duff & Phelps analysis of potentially avoidable transfers (1.0); read email from S. Ascher re ███████ (.1); reviewed ███████ re ███████ (1.0); prepared Team 4's daily report (.9); reviewed chart showing ███████ (.5); reviewed JPMorgan's proof of claim (1.1). | 6,597.50 |
| 10/12/09 | AMA | 7.40 | Continued researching case law re ███████ and application of analysis to ███████. | 2,405.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/09 | GRF | 8.50 | Participated in conference call with Team 4 attorneys and counsel from Quinn Emanuel re status update on claims against clearing banks (.5); reviewed Lehman-JPMorgan clearing agreement and related amendments to resolve question ███████████████ (.6); reviewed interrogatories for █████ prepared by J&B attorneys M. Devine and E. Liebschutz (.3); added questions to list of interrogatories for ████████ (.9); reviewed ███████████ interview notes and memoranda to create outline for draft ██████████ section of the report (1.6); reviewed ████████ documents ████████ and ████████████████████████ (1.5); reviewed ██████ re ████████ section of the report (1.0); drafted overview of the draft ████████ section of the report (2.1) | 2,762.50 |
| 10/12/09 | SRM | 13.40 | Participated in Team 4 conference call with counsel for creditors committee re update on claims against clearing banks (.5); drafted Citigroup section of report draft re ██████████████ (4.4); drafted Citigroup section of report draft re ████████████ (.8); reviewed Citigroup documents re ████████████ (.7); reviewed Citigroup documents re █████████ (.4); drafted Citigroup section of report draft re ████████ (6.6). | 4,355.00 |
| 10/12/09 | TMW | 12.80 | Drafted ████████ interview outline re comments from K. Jestin (2.7);  reviewed court filings re HSBC proofs of claims (.6); edited ████████ interview re incorporation of exhibits (.5); conferred with E. Flores re HSBC exhibit binder (.4); drafted email to C. Ward re clawed-back emails (.1); researched and drafted ████████ outline re draft report (8.2); reviewed HSBC production re ████████ (.3). | 4,160.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 354

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/09 | EAF | 9.10 | Conferred with T. Winegar re HSBC exhibit binder (.4); obtained all documents referenced in ▮▮▮▮▮▮ interview outline (8.2); prepared email correspondence to Pitney Bowes re duplication production of ▮▮▮▮▮'s interview outline documents (.1); updated ▮▮▮▮▮'s interview outline with exhibit tabs (.4). | 1,456.00 |
| 10/12/09 | JKP | 2.10 | Prepared documents shown to witness for inclusion as exhibits to attorney summary memorandum on ▮▮▮▮ witness interview (.5); prepared documents shown to witness for inclusion as exhibits to attorney summary memorandum on ▮▮▮▮▮▮ witness interview (1.6). | 483.00 |
| 10/13/09 | RLB | .50 | Reviewed Team 4 proof outline. | 400.00 |
| 10/13/09 | DRM | .70 | Read memorandum from C. Steege, J. Elegant and P. Trostle re tasks still to be performed with respect to Team 4 investigation (.5); conferred with C. Steege re discussions with Duff & Phelps on solvency (.2). | 560.00 |
| 10/13/09 | CS | .70 | Attended team meeting re insolvency analysis. | 507.50 |
| 10/13/09 | JE | 5.50 | Reviewed liquidity documents and Duff & Phelps comments on liquidity issues (1.0); worked on ▮▮▮▮▮ interview issues including discussion with counsel for ▮▮▮▮, discussion with P. Trostle re same, and email to R. Byman re same (.6); reviewed and analyzed numerous flash interview summaries from past month for Team 4 relevance (1.8); participated in telephone conference with J. Pimbley and Duff & Phelps re Team 4 issues (.5); worked on revisions to questions to JPMorgan counsel and other open issues for Team 4 report (1.6). | 3,850.00 |
| 10/13/09 | MXG | 7.10 | Reviewed and revised follow-up questions sent to JPMorgan (1.1); drafted ▮▮▮▮▮ witness interview summary (4.6); reviewed memorandum re definition of colorable claim (.2); drafted ▮▮▮▮▮▮ witness interview summary (1.2). | 3,088.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 355

| 10/13/09 | AC | 11.80 | Corresponded and conferred with J. Phillips re exhibits for interview summary memoranda (.3); correspondence with J. Pimbley and M. Groman re draft of follow up questions and document requests for counsel for JPMorgan (.5); reviewed draft narrative re ██████ ██████████ (.7); studied prior Examiner Reports to assist in drafting of JPMorgan section of report (2.2); reviewed A. Olejnik memorandum re colorable claim definition (.3); drafted JPMorgan fact narrative sections re ████████████████ ████████████████ and ████████████████████ (7.8). | 5,605.00 |
| 10/13/09 | KJ | 6.20 | Conferred with J. Pimbley, P. Trostle re Duff & Phelps avoidance analysis of transfers to HSBC and Citigroup (.8); conferred with P. Trostle and T. Winegar re investigation of claims re transfers to HSBC and Citigroup (.4); conferred with T. Winegar re HSBC claims, interview of HSBC's ███████, and Duff & Phelps avoidance analysis of transfers (.9); reviewed outline and HSBC documents in preparation for interview of ████████████ re ████████████ and other matters (4.1). | 4,185.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/13/09 | PJT | 10.00 | Analyzed ███ re ███████ (.8); conference call with J. Pimbley and J. Epstein re Team 4 review of avoidance claims (.5); conference call with K. Jestin and Duff & Phelps re Lehman's transfers to Citigroup and HSBC (.5); reviewed interview summary re ███ (.2); conference call with C. Steege, D. Murray and Duff & Phelps re solvency analysis (.5); conference call with K. Jestin re open issues involving HSBC and Citigroup (.5); emails with J. Epstein re ██████ (.3); telephone call from J. Epstein re interviewing ███ (.2); reviewed consolidated team report (.2); drafted Team 4's daily report (1.0); analyzed ███ issue re ████████ (.8); reviewed draft written discovery questions to JPMorgan's counsel (.3); emails to and from L. Harrison re conference call with Debtors to discuss third-party transfers (.2); reviewed document request to Alvarez & Marsal re all third-party transfers (.3); read email from G. Folland re ███ and related chart (.5); reviewed flash summary of ███ interview (.2); read cover letter re Citigroup document production (.1); reviewed draft interview outline for ██████ (.8); reviewed table re ████ (.3); reviewed memorandum for Duff & Phelps re ████ (.7); read SIPA Trustee's motion re customer property (.4); emailed D. Layden re ██████ (.2); sent email G. Folland re ██████ (.2); sent email A. Choudhury re ███ from ████ (.3). | 7,250.00 |
| 10/13/09 | AMA | 5.50 | Continued researching case law re ████ and ██████ (5.0); participated in telephone conference with J. Leiwant of Duff & Phelps re ███ (.5). | 1,787.50 |
| 10/13/09 | JZB | 5.80 | Researched elements of ████ and ██████ . | 1,885.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/13/09 | GRF | 10.90 | Assisted S. McNally in confirming facts re ███████ ██████████████ for the Citigroup section of the report (.4); researched Lehman's calculation of ██ ███████████ to help Team 3 and Team 4 attorneys understand ████████ ██████████ (.5); reviewed Duff & Phelps' memorandum re ████████████████████████████████ in order to draft section of the report on ██████ █████████████████ (.2); researched ████████████ correspondence concerning the ██████████ re same (1.1); researched secondary material re t████████████ ████████ in order to draft █████████ section of the report (.8); researched internal Lehman correspondence re █████████████████████ in order to draft █████████ section of the report (1.0); began drafting the █████████ section of the report, focusing on █ ████████████████████ (6.0); reviewed Duff & Phelps memorandum re ████████████████████████ (.2); drafted follow up questions for J. Pimbley re same (.3); reviewed Duff & Phelps memorandum re avoidance actions and transfers ████████ with an eye towards incorporating findings into █████████████ section of the report (.4). | 3,542.50 |
| 10/13/09 | SRM | 10.30 | Drafted Citigroup section of report draft re ████████ █████████████████ (1.7); drafted Citigroup section of report draft re colorable claims (1.9); drafted Citigroup section of report draft re ███████ ████████████████████ (1.7); reviewed Citigroup documents re ███████████████████████████ ████████ (1.2); reviewed Citigroup and Lehman documents ██████████████ re ████████████████████████████ (2.6); drafted memorandum re █████████ interview (.3); participated in Team 4 call re HSBC and Citigroup avoidable transfers analysis (.9). | 3,347.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/13/09 | TMW | 7.40 | Drafted sections of draft report re █████████ ██████ (4.3); redacted confidential material for witness exhibit binder (1.7); telephone conference with J. Pimbley, K. Jestin, and S. McNally re transfers and avoidance (1.2); telephone conference with K. Jestin re identification of transfers (.1); conferred with S. Biller re ████████████ memorandum (.1). | 2,405.00 |
|---|---|---|---|---|
| 10/13/09 | EAF | 2.90 | Reviewed all production request of all documents referenced in ██████'s interview outline for accuracy and created index for ██████ interview binder. | 464.00 |
| 10/13/09 | YJL | 1.50 | Quality checked attorney's notes from witness interviews for final exhibit preparation per J. Phillips request. | 240.00 |
| 10/13/09 | JKP | 3.80 | Proofread and forwarded to M. Groman ██████ and ██████ witness interview material (.3); met with A. Choudhury re draft witness interview memoranda preparation and worked with A. Lee re same (3.5). | 874.00 |
| 10/14/09 | JE | 5.40 | Reviewed emails relating to Lehman collateral (.8); reviewed Duff & Phelps analysis of ██████ ████████ (.2); reviewed and analyzed detailed summary of ██████ interview and compared to notes taken in interview and edited same, and analyzed for purposes of identifying issues for draft of report (3.9); reviewed and analyzed JPMorgan open issues list and status of each (.3); exchanged messages with G. Folland, M. Groman, A. Choudhury re supplemental requests to Alvarez & Marsal (.2). | 3,780.00 |
| 10/14/09 | MXG | 8.50 | Emailed J. Pimbley re ██████ collateral chart (.3); drafted ██████ witness interview summary (1.0); drafted fact section of JPMorgan section of Examiner's Report (7.2). | 3,697.50 |
| 10/14/09 | AVM | .90 | Reviewed documents identified by contract attorneys from ██████ re ████████████ ██████████████████████████. | 360.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/14/09 | AC | 11.90 | Drafted JPMorgan fact narrative sections re ███████ ███████, and ███████, and ███████ (6.4); corresponded multiple times with M. Groman re JPMorgan fact narrative (.4); corresponded multiple times with J. Epstein, M. Groman and G. Folland re document requests to Alvarez & Marshal re ███████ (.5); drafted legal analysis for draft report re ███████ (4.6). | 5,652.50 |
|---|---|---|---|---|
| 10/14/09 | KJ | 2.80 | Review of emails and other HSBC documents in preparation for Team 4 interview of ███████ re ███████ and related matters. | 1,890.00 |
| 10/14/09 | PJT | 7.60 | Reviewed draft ███████ section for Team 4 report (.5); drafted summary of meeting with SIPA Trustee's counsel (.9); prepared daily summary of Team 4's progress (.9); reviewed consolidated team reports (.2); reviewed Duff & Phelps memorandum re ███████ (.8); revised written questions for ███████ and sent email to ███████ re same (.7); reviewed lead plaintiff's motion for access to Examiner discovery (1.0); analyzed JPMorgan's proof of claim (.8); reviewed draft agenda re team leader meeting with Examiner (.3); reviewed document request to Alvarez & Marsal re third-party transfers (.2); telephone call from K. Jestin re analysis of ███████ (.3); reviewed cover letter from JPMorgan's counsel re redacted documents (.1); reviewed chart of Lehman's collateral pledges (.2); emailed Duff & Phelps re ███████ (.2); reviewed outline of Lehman transfers to HSBC (.3); emailed T. Winegar re chart of Team 4 open issues (.2). | 5,510.00 |
| 10/14/09 | AMA | 6.00 | Continued researching case law re ███████ and ███████ (5.4); reviewed email from J. Pimbley of Duff & Phelps re ███████ (.1); reviewed LBHI SOFA analysis provided by Duff & Phelps re transactions of interest for inquiry to Alvarez & Marsal (.4); office conference with C. Steege re same (.1). | 1,950.00 |
| 10/14/09 | HDM | .30 | Reviewed and discussed Team 4 collateral document request with Duff & Phelps. | 165.00 |

LAW OFFICES

Page 360

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/14/09 | GRF | 13.90 | Researched Lehman's efforts to ███████████████ ████ (2.4); researched ████ re same (2.0); drafted subsection for report re ████████ (3.8); researched circumstances surrounding, and rationale for, ████████ (1.8); researched press and industry statements re ████ (1.7); drafted subsection for report re same (1.2); researched number of occasions ████ and ████ (.6); drafted subsection of ████ report re same (.4). | 4,517.50 |
| 10/14/09 | TMW | 3.40 | Composed draft report section re HSBC transfers (2.8); drafted memorandum re HSBC transfers identified to date (.6). | 1,105.00 |
| 10/14/09 | JHX | 1.00 | Prepared redacted ████ binder for K. Jestin's review per T. Winegar's request. | 160.00 |
| 10/14/09 | YJL | 9.00 | Pulled electronic documents for final witness interview exhibits from Case Logistix database (2.0); quality checked pulled electronic documents from Case Logistix database with hard copy witness interview exhibits (1.0); prepared and organized final witness interview exhibits for attorney review per J. Phillips request (6.0). | 1,440.00 |
| 10/14/09 | LEW | .10 | Retrieved document in anticipation of ████ interview. | 16.00 |
| 10/14/09 | JKP | 2.00 | Assisted A. Lee in preparation of exhibits attachments to JPMorgan witness interview summary memoranda. | 460.00 |
| 10/15/09 | RLB | .30 | Reviewed Team 4 status report. | 240.00 |
| 10/15/09 | CS | 1.00 | Attended weekly team leaders' meeting re coordination of investigation. | 725.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/15/09 | JE | 1.20 | Reviewed and analyzed team meeting agenda and attached brief re plaintiffs' request for access to Examiner materials (.4); participated in team leader meeting and discussed issues including upcoming interviews and drafting of report (.7); prepared email to M. Groman, A. Choudhury re report drafting (.1). | 840.00 |
|---|---|---|---|---|
| 10/15/09 | MXG | 9.90 | Reviewed JPMorgan clawed back documents (.4); conferred with A. Choudhury re narrative drafting (.2); drafted, reviewed, and revised fact section of JPMorgan narrative (2.6); drafted legal section of JPMorgan fact narrative re ███████████ (4.2); drafted █ ███████ witness interview summary (2.5). | 4,306.50 |
| 10/15/09 | AVM | 4.20 | Performed second level review of documents identified by contract attorneys from ████████ re ██████████████████████████████████████. | 1,680.00 |
| 10/15/09 | AC | 10.90 | Corresponded with A. Lee re exhibits for witness interview summaries (.2); corresponded multiple times with M. Groman re status of draft fact narrative and legal analysis of claims re JPMorgan (.3); corresponded with M. Groman and J. Epstein re review of third party productions in Case Logistix (.3); reviewed exhibit inserts prepared by A. Lee for witness interview summary memoranda (.4); drafted legal analysis of invalidation and contract claims re JPMorgan for draft report (7.8); revised fact narrative re JPMorgan for draft report (1.9). | 5,177.50 |
| 10/15/09 | KJ | 4.60 | Conferred with K. Coleman re status of document production from HSBC re collateral calls and other matters (.4); reviewed documents to prepare for interview of ███████ re ████████ and other matters (.9); conducted interview of ███████ re ████████ and other matters (3.0); reviewed and revised flash summary of interview with ████████ (.3). | 3,105.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/15/09 | PJT | 8.50 | Reviewed flash summary of ▮▮▮▮ interview (.2); read revised draft of ▮▮▮▮ from Duff & Phelps (1.2); read emails from A. Olejnik and R. Byman re discovery from ABN-AMRO (.4); read emails from J. Pimbley re JPMorgan's proof of claim (.2); drafted Team 4's daily report (.5); read consolidated daily report (.2); read lead securities plaintiff's motion re possible discovery from Examiner (.8); emailed R. Byman and J. Epstein re ▮▮▮▮ interview (.4); read memorandum from Curtis Mallet re potential claims against JPMorgan (2.4); analyzed Team 4 document review issues re reallocating contract attorneys to Case Logistix (.5); read ▮▮▮▮ interview summary (.2); reviewed revised draft of open issues memorandum re Team 4 matters (1.0); office conferences with Team 4 associates re report drafting (.5). | 6,162.50 |
| 10/15/09 | AMA | 8.00 | Continued researching case law re ▮▮▮▮ and ▮▮▮▮ (6.7); participated in telephone conference with J. Leiwant of Duff & Phelps re ▮▮▮▮ (1.0); conferred with K. Timaeva of Duff & Phelps re SOFA analysis provided by Duff & Phelps re transactions of interest for inquiry to Alvarez & Marsal (.2); emailed H. McArn various avoidance action memorandum (.1). | 2,600.00 |
| 10/15/09 | HDM | .30 | Followed up with Alvarez & Marsal re HSBC production (.1); revised ▮▮▮▮ and ▮▮▮▮ interview outlines and discussed with A. Kopelman (.2). | 165.00 |
| 10/15/09 | JZB | 9.70 | Researched elements of ▮▮▮▮ (5.6); drafted summary memorandum re same (1.1); reviewed documents re ▮▮▮▮ (3.0). | 3,152.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/15/09 | GRF | 12.60 | Reviewed ████████████ ████ to draft narrative re ████ (3.2); drafted narrative re same for report (2.0); analyzed ████ emails re ████ (2.4); drafted part of ████ report re same (1.5); reviewed and organized summaries for citations to include in ████ report (.9); compared ████ witness statements re ████ with similar statements ████ (.6); began drafting subsection of report re ████ (2.0). | 4,095.00 |
| 10/15/09 | TMW | 10.30 | Prepared chart of open factual questions re HSBC for P. Trostle (2.1); conferred with K. Jestin re preparation for ████ interview (.7); interviewed ████ re ████ and related transactions (3.3); drafted preliminary summary of ████ interview (1.7); drafted email to K. Jestin re status of legal research of ████ (.2); incorporated facts from ████ interview into factual narrative of draft report (2.3). | 3,347.50 |
| 10/15/09 | YJL | 9.50 | Pulled electronic documents for final witness interview exhibits from Case Logistix database (1.5); quality checked pulled electronic documents from Case Logistix database with hard copy witness interview exhibits (.5); prepared and organized final witness interview exhibits for attorney review per J. Phillips request (4.5); prepared final exhibit summary inserts for attorney reference per J. Phillips request (3.0). | 1,520.00 |
| 10/15/09 | JKP | 1.70 | Proofread and forwarded to A. Choudhury interview exhibits attachments to the draft witness interview summary memoranda of ████, ████, ████, and ████. | 391.00 |
| 10/16/09 | JE | 2.00 | Participated in conference call with Curtis Mallet re updates to Lehman contentions, and follow-up call with P. Trostle, M. Groman re same and email to R. Byman re same (.4); continued review and analysis of recent interview summaries for Team 4 related issues (1.6). | 1,400.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 364

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 10/16/09 | MXG | 9.60 | Drafted ▮▮▮▮▮ witness interview summary (1.6); researched ▮▮▮▮▮ for JPMorgan section of Examiner's Report (1.1); drafted legal analysis of ▮▮▮▮▮ for JPMorgan section of Examiner's Report (4.7); conferred with J. Epstein re Curtis Mallet call (.2); participated in teleconference with Curtis Mallet re claims against JPMorgan (.3); reviewed and revised fact narrative for JPMorgan section of Examiner's Report (.5); reviewed and revised witness interview summaries for ▮▮▮, ▮▮▮, and ▮▮▮ (.5); reviewed and revised witness interview summary (.7). | 4,176.00 |
| 10/16/09 | AVM | 2.10 | Performed second level review of documents identified by contract attorneys from ▮▮▮▮▮ re ▮▮▮▮▮. | 840.00 |
| 10/16/09 | AC | 8.50 | Telephone conference with J. Epstein re legal analysis of ▮▮▮▮▮ for draft report (.2); drafted legal analysis of ▮▮▮▮▮ re JPMorgan (5.8); revised factual narrative re JPMorgan for draft report (2.3); corresponded with M. Groman re draft report (.2). | 4,037.50 |
| 10/16/09 | KJ | 1.10 | Conducted telephone conference with K. Coleman, counsel to HSBC re status of document production and witness interviews re ▮▮▮▮▮ and other matters. | 742.50 |
| 10/16/09 | PJT | 5.90 | Reviewed memorandum from Curtis Mallet re ▮▮▮▮▮ (1.3); reviewed JPMorgan proof of claim (1.0); conference call with Debtor's conflicts counsel re potential claims against JPMorgan (.3); conference call with ▮▮▮ re document production and Examiner's written questions (.3); prepared daily report re Team 4 (.8); read consolidated team report (.1); read email to Alvarez & Marsal re request for transfer information (.1); emailed A. Olejnik re ▮▮▮▮▮ (.2); read emails from Team 4 associates re reallocating contract attorneys to Case Logistix (.5); read summary of ▮▮▮▮▮ interview (.2); read Duff & Phelps' memorandum re Lehman's transfers to Citigroup (.8); read email from J. Epstein re conference call with Debtor's counsel concerning claims against JPMorgan (.1); reviewed revised master interview list (.2). | 4,277.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/16/09 | AMA | 7.60 | Continued researching case law re ███████ ████ and █████████ (7.3); participated in telephone conference with K. Timaeva of Duff & Phelps re SOFA analysis provided by Duff & Phelps re transactions of interest for inquiry to Alvarez & Marsal (.2); office conference with D. Murray re same (.1). | 2,470.00 |
|---|---|---|---|---|
| 10/16/09 | HDM | .70 | Reviewed and attended to priority issues on Team 4 production re collateral. | 385.00 |
| 10/16/09 | GRF | 5.00 | Drafted email memorandum re whether or not Team 4 should assign contract attorneys to review documents on the Case Logistix platform (.3); reviewed █████████ ███████████ in order to prepare questions for █████ (.3); reviewed ████████ witness interview outline (.4); researched emails significant to Team 4 issues relevant to ████████ (2.0); drafted questions for █ ████ interview outline re ████████████ ████, as well as ████████ 's view, ████████████████████████████████ (1.0); reviewed NY Fed documents re ██████████████████████████ █████████ (1.0) | 1,625.00 |
| 10/16/09 | TMW | 6.80 | Drafted ████████ sections of draft report (5.7); telephone conference with K. Jestin and K. Coleman re HSBC interrogatories (1.1). | 2,210.00 |
| 10/17/09 | AC | 2.70 | Drafted and revised partial interview summary memorandum of interview of ████████ (1.3); reviewed draft report legal analysis and fact narrative re JPMorgan (1.4). | 1,282.50 |
| 10/17/09 | KJ | .60 | Reviewed and revised interview outline for ████████ re ██████████████████████. | 405.00 |
| 10/17/09 | PJT | 1.70 | Read flash summary of ████████ interview re ████████ (.3); reviewed emails from J. Pimbley and S. Ascher re ████████████████████ (.2); reviewed substantive consolidation memorandum from V. Lazar (1.0); reviewed flash summaries of ████████ and ████████ interviews (.2). | 1,232.50 |

LAW OFFICES

Page 366

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/17/09 | GRF | 3.20 | Reviewed ████ documents re ████████████ (1.0); drafted subsection of section of the report on ████████████████████████████ and ████████ (1.6); drafted Team 4 questions for witness interview (.6). | 1,040.00 |
| 10/17/09 | TMW | 2.00 | Composed draft report sections re ████████. | 650.00 |
| 10/18/09 | DRM | .10 | Read memorandum from J. Epstein re conference with Curtis Mallet and their proposed filing of complaint against JPMorgan. | 80.00 |
| 10/18/09 | JE | 2.40 | Began review and analysis and edits to initial portions of draft fact discussion for JPMorgan section of report and prepared email to M. Groman, A. Choudhury re reorganizing same. | 1,680.00 |
| 10/18/09 | GRF | 9.20 | Researched ████████████ and ███ (1.6); drafted subsection of preliminary report section on ██████████████ re same (.8); reviewed N ██ re ████ (1.5); drafted ████████ report re same (2.4); reviewed ██████████ re ████ (1.2); drafted ██████ section of report re same (1.7). | 2,990.00 |
| 10/18/09 | TMW | 10.20 | Researched and drafted analysis of ████████████ ████████████ for draft report. | 3,315.00 |
| 10/19/09 | DRM | 3.60 | Studied legal research memorandum on appropriate solvency analysis for LBHI prepared by A. Allen (1.5); conferred with C. Steege and A. Allen re further refinements to solvency memorandum and appropriate form of analysis for Duff & Phelps (1.7); discussed briefly solvency issues with J. Leiwant (.1); read memoranda between M. Solinger, R. Byman, J. Epstein, P. Trostle and H. McArn re request for information concerning ████████ transfers (.3). | 2,880.00 |
| 10/19/09 | CS | 3.30 | Revised insolvency report (1.0); met with D. Murray and A. Allen re insolvency (1.5); met with Team 4 re progress (.8). | 2,392.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/19/09 | JE | 2.60 | Worked on investigation of ███████ issues including exchange of correspondence with Alvarez & Marsal and J&B team re same (1.1); edited memorandum on missing information (.2); worked on open issues for draft Team 4 report (1.3). | 1,820.00 |
| 10/19/09 | MXG | 6.20 | Reviewed emails re Team 4 project status (.1); conferred with A. Choudhury re same (.1); reviewed J. Epstein edits to ███████ witness interview summary (.3); drafted fact narrative re JPMorgan for Examiner Report (5.7). | 2,697.00 |
| 10/19/09 | AVM | 4.10 | Performed second level review of documents identified by contract attorneys from ███████ re ███████ ███████████████████. | 1,640.00 |
| 10/19/09 | AC | 12.10 | Drafted interview summary of ███████ (3.2); drafted interview outline for second interview of ███████ (4.9); conferred with J. Epstein re second interview of █ ███████ (.3); summarized interview notes from interview of ███████ re ███████████ ██ (1.3); reviewed edits and revised draft JPMorgan fact narrative for Examiner Report (2.4). | 5,747.50 |
| 10/19/09 | KJ | 3.90 | Reviewed outline and HSBC documents in preparation for interview of ███████ re ████████ and other deposits (1.3); conducted interview of ███████ re ███████ and other deposits (.8); reviewed and revised flash summary of Team 4 interview of ███████ re ███████ and other deposits (.3); reviewed and revised draft report re facts ████████████████████ (1.5). | 2,632.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 10/19/09 | PJT | 10.50 | Reviewed flash summary of ██████ interview (.2); read draft sections of report re ██████████ matters (4.4); conference call with Duff & Phelps re Team 4 deliverables and avoidance claims (.8); revised chart for R. Byman re remaining Team 4 document review and interviews (1.7); reviewed emails from Lehman and Alvarez & Marsal re ██████ documents (.5); drafted Team 4's daily report (.5); read emails from J. Pimbley re ██████████ analysis (.3); telephone call and emails to T. Winegar re written questions to Citigroup (.2); read email from H. McArn re JPMorgan documents from Alvarez & Marsal (.1); emailed J. Pimbley re Team 4 document request to Alvarez & Marsal (.2); emailed A. Vail re SIPA documents (.1); reviewed interview notes re ██████████ re Team 4 section of report (1.5). | 7,612.50 |
| 10/19/09 | AMA | 6.30 | Continued researching case law and drafting memorandum re ████████████████████ ████████████ (5.1); participated in office conference with D. Murray and C. Steege re same (.6); participated in telephone conference with J. Leiwant of Duff & Phelps re various methodologies to solvency analysis (.6). | 2,047.50 |
| 10/19/09 | GRF | 9.00 | Drafted section of the Examiner's Report on ████████ ████████████████ concerning potential avoidance actions (.8); drafted section of the Examiner's Report on ████████████████████████ ██████████ (1.4); drafted section of same re ████████████████████████ (1.7); reviewed, edited and made additions to S. McNally's draft section on the Lehman-Citigroup relationship and associated colorable claims (1.5); reviewed newly-loaded Citigroup documents re ████████████████████ (3.6). | 2,925.00 |

LAW OFFICES

Page 369

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/19/09 | TMW | 6.00 | Prepared redacted exhibit binder for ▮▮▮▮▮ interview re ▮▮▮▮▮▮▮▮▮ (.3); proofread draft report section re ▮▮▮▮▮▮ (2.9); updated chart of open factual investigations (.9); interviewed ▮▮▮ with K. Jestin re ▮▮▮▮▮▮ ▮▮▮ (.8); telephone conference with K. Jestin re ▮▮▮ interview (.1); drafted preliminary summary of interview with ▮▮▮ (1.0). | 1,950.00 |
| 10/19/09 | YJL | 1.50 | Prepared and organized witness interview summary binder for attorney reference per A. Choudhury request. | 240.00 |
| 10/20/09 | DRM | .20 | Read memoranda from J. Epstein, P. Trostle and M. Hankin re ▮▮▮▮▮ issues. | 160.00 |
| 10/20/09 | CS | 1.00 | Attended meeting with Duff & Phelps re insolvency. | 725.00 |
| 10/20/09 | JE | 5.50 | Conferred with ▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ re ▮▮▮▮▮ issues and prepared email to M. Groman, P. Trostle, R. Byman re results of same (.7); exchanged emails with V. Lazar, M. Hankin re potential bankruptcy law issues relating to ▮▮▮▮▮ and analyzed new information on same (.4); reviewed additional fact material on ▮▮▮▮▮ issues (.7); prepared for supplemental interview of ▮▮▮▮▮ (1.1); interviewed ▮▮▮▮▮ (1.5); exchanged emails with P. Trostle, ▮▮▮ re JPMorgan document issues (.2); conferred with P. Trostle re JPMorgan responses to Examiner questions (.2); discussed JPMorgan issues with A. Choudhury (.2); reviewed materials on ▮▮▮▮▮ and ▮▮ for purposes of preparing draft report and emailed M. Groman, J. Pimbley re same (.8). | 3,850.00 |
| 10/20/09 | MXG | 7.30 | Drafted fact narrative section of JPMorgan section of Examiner's Report (6.8); conferred with A. Choudhury re prioritizing custodians in document review (.2); conferred with J. Epstein re ▮▮▮▮▮ claims (.1); reviewed emails re same (.2). | 3,175.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 10/20/09 | AC | 12.30 | Analyzed priority custodians for remaining review of documents by contract attorneys for custodians in Stratify and Case Logistix systems (1.2); conferred with M. Groman re same (.2); drafted correspondence re same (.3); reviewed J. Epstein correspondence and attached article re ▮▮▮▮ (1.1); attended telephonic interview with JPMorgan witness ▮▮▮▮ (1.6); conferred with J. Epstein re ▮▮▮ interview (.2); drafted multiple correspondences re witness interviews of ▮▮▮ and ▮▮▮ (.5); drafted flash summary of interview of ▮▮▮ (1.1); drafted partial interview summary memorandum of ▮▮▮ (1.8); drafted partial interview summary memorandum of ▮▮▮ (4.3). | 5,842.50 |
| 10/20/09 | KJ | 3.30 | Reviewed and revised draft section of the report re ▮▮▮. | 2,227.50 |
| 10/20/09 | PJT | 8.80 | Conference call with Duff & Phelps to discuss solvency issues (1.6); reviewed and revised draft Team 4 sections of report (4.0); reviewed email from A. Choudhury re ▮▮▮ interview (.1); reviewed emails from J. Epstein re ▮▮▮ interview (.2); telephone conferences with JPMorgan's counsel re ▮▮▮ (.3); drafted daily report for Team 4 (.8); reviewed consolidated team report (.2); office conference with H. McArn re JPMorgan documents (.2); telephone calls to and from L. Sheridan re JPMorgan documents from Lehman (.2); telephone conference with J. Epstein re JPMorgan's responses to Examiner's written questions (.3); reviewed ▮▮▮ from Duff & Phelps (.2); reviewed flash summary of ▮▮▮ interview (.1); read emails from J. Epstein re ▮▮▮ issue (.3); reviewed ▮▮▮ re ▮▮▮ (.2); reviewed summary of ▮▮▮ interview (.1). | 6,380.00 |
| 10/20/09 | AMA | 7.70 | Continued researching case law and secondary sources and drafting memorandum re ▮▮▮ and ▮▮▮ (5.6); participated in telephone conference with Duff & Phelps ▮▮▮ (1.6); began reviewing avoidance analysis provided by Duff & Phelps re ▮▮▮ (.5). | 2,502.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/20/09 | HDM | 1.00 | Reviewed and communicated with L. Sheridan and P. Trostle re confidentiality issue on Alvarez & Marsal production (.4); reviewed and communicated with J. Epstein re ███████ interview issue (.3); communicated with Alvarez & Marsal re ongoing priority Team 4 requests (.3). | 550.00 |
| 10/20/09 | GRF | 1.20 | Reviewed JPMorgan documents to confirm that J&B has received all the Rule 2004 productions JPMorgan has made to the Creditors' Committee (.4); reviewed documents identified by contract attorneys relevant to witness ██████████ (.6); reviewed documents related to ████████████████████████ forwarded by other J&B associates (.2). | 390.00 |
| 10/20/09 | SRM | 6.20 | Reviewed Citigroup documents re ███████████ (4.6); reviewed ██████████ documents re ██████████ (1.6). | 2,015.00 |
| 10/20/09 | TMW | 7.10 | Reviewed and responded to contract attorneys' summaries of significant documents re ███████████ (.3); drafted memorandum re interview with ██████ (3.2); reviewed ███████ responses to questions re ██████████ (.4); compiled notes from ████████ interview (1.0); drafted ███████ interview summary (1.7); reviewed interview schedules re interview of █████████ (.2); drafted email to O. Jafri, S. Biller, and K. Jestin re scope of potential interview of ██████████ (.3). | 2,307.50 |
| 10/21/09 | JE | 3.50 | Worked on review and analysis of current information on ██████████ issues and T. Winegar legal analysis and sent email to M. Groman re summary needed for conference call (1.2); worked on coordination for ██ interview (.2); reviewed recent interview summaries from other teams (.5); prepared summary of ███████ interview of █████████ (.9); reviewed selected documents relevant to Team 4 draft report (.7). | 2,450.00 |
| 10/21/09 | MXG | 7.00 | Drafted summary of ██████████ issues in preparation for Friday call (1.5); reviewed ██████████ documents in preparation for witness interview (1.1); drafted JPMorgan fact section for Examiner's Report (4.4). | 3,045.00 |
| 10/21/09 | AVM | 3.20 | Reviewed documents identified by contract attorneys from ████████████ re ████████████████████. | 1,280.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 10/21/09 | AC | 12.00 | Conferred with A. Vail re ▮▮▮▮▮ interview (.3); drafted correspondence re ▮▮▮▮▮ interview and ▮▮▮▮▮ (.2); drafted correspondence to S. Travis re contract attorney review of remaining custodians in Stratify and Case Logistix (.2); reviewed and drafted correspondence re JPMorgan privilege issue (.3); reviewed and revised draft JPMorgan fact narrative (.9); drafted witness interview summary memorandum of first interview of ▮▮▮▮▮ (4.7); drafted partial witness interview summary memorandum of ▮▮▮▮▮ (5.4). | 5,700.00 |
| 10/21/09 | KJ | 2.10 | Reviewed and revised draft section of the report re ▮▮▮▮▮ (1.8); reviewed and revised memorandum summarizing interview with ▮▮▮▮▮ re ▮▮▮▮▮ (.3). | 1,417.50 |
| 10/21/09 | PJT | 9.70 | Reviewed Team 4's draft sections of report (2.9); discussed ▮▮▮▮▮ report with G. Folland (.6); reviewed and revised Citigroup section of Team 4's section of the report (2.3); read emails from J. Epstein and ▮▮▮▮▮ re ▮▮▮▮▮ interview (.4); read emails from J. Epstein re ▮▮▮▮▮ documents from Alvarez & Marsal (.2); reviewed avoidance analysis from Duff & Phelps re JPMorgan and Bank of America (1.0); read ▮▮▮▮▮ interview summary (.1); read email from A. Choudhury re ▮▮▮▮▮ interview (.2); drafted daily report for Team 4 (.8); reviewed consolidated team report (.1); read flash summary of ▮▮▮▮▮ interview (.2); conference calls with S. Ascher re ▮▮▮▮▮ (.2); reviewed team leader meeting agenda (.2); reviewed status of documents to be reviewed by Team 4 (.2); read email from SIPA trustee's counsel re document sharing (.1); reviewed ▮▮▮▮▮ notes re ▮▮▮▮▮ (.2). | 7,032.50 |
| 10/21/09 | AMA | 7.30 | Continued researching case law and secondary sources and drafting memorandum re ▮▮▮▮▮ and ▮▮▮▮▮ (7.0); reviewed secondary sources for revisions to memorandum re ▮▮▮▮▮ and ▮▮▮▮▮ (.3). | 2,372.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/21/09 | HDM | .30 | Reconciled Team 4 journal entry production issues with Duff & Phelps. | 165.00 |
| 10/21/09 | GRF | 4.10 | Corresponded with E. Liebschutz re ▮▮▮ interview statements on ▮▮▮ (.4); searched Case Logistix for documents reflecting witness ▮▮▮ (1.4); researched function of ▮▮▮ (1.0); researched distinction between ▮▮▮ (1.3). | 1,332.50 |
| 10/21/09 | SRM | 8.20 | Drafted follow-up Citigroup questions re ▮▮▮ (.4); reviewed Citigroup documents re proposed ▮▮▮ (5.1); reviewed Citigroup documents re ▮▮▮ (2.7). | 2,665.00 |
| 10/21/09 | TMW | 4.70 | Telephone conference with K. Jestin re ▮▮▮ of draft report (.1); incorporated comments from K. Jestin into ▮▮▮ of draft report (2.8); emailed G. Folland and S. McNally re ▮▮▮ (.2); drafted letter to HSBC counsel re resolution of pending interrogatories (1.3); reviewed Citigroup section of draft report re ▮▮▮ (.3). | 1,527.50 |
| 10/21/09 | LEW | 1.00 | Ran specific relevancy searches re ▮▮▮ per M. Groman's request. | 160.00 |
| 10/22/09 | RLB | 1.00 | Reviewed Duff & Phelps memoranda re transfers to JPMorgan and Bank of America. | 800.00 |
| 10/22/09 | JE | .50 | Exchanged messages with R. Byman and P. Trostle and conferred with R. Byman re interview of ▮▮▮ and documents for same (.3); exchanged messages with M. Devine and reviewed prior emails on JPMorgan clawback issue (.2). | 350.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 10/22/09 | MXG | 6.40 | Reviewed email re Team 4 project status (.2); drafted fact section of JPMorgan section of Report (2.8); reviewed ▉▉▉ documents in preparation for witness interview (1.8); conferred with G. Folland re same (.2); emailed J. Epstein and P. Trostle re same (.1); reviewed ▉▉▉ witness interview summary (.4); reviewed ▉ witness interview summary (.3); reviewed ▉ witness interview summary (.3); conferred with A. Choudhury re status of JPMorgan fact section (.1); emailed J. Epstein and M. Devine re clawed-back JPMorgan documents (.2). | 2,784.00 |
| 10/22/09 | AC | 13.90 | Reviewed contract attorney reports and key documents from review for Lehman custodians (1.0); corresponded with A. Righi re contract attorney review of Lehman custodians (.1); reviewed correspondence re JPMorgan privilege issue and clawback (.2); correspondence with J. Phillips re exhibits for ▉▉▉ witness interview memorandum (.2); drafted witness interview summary memorandum for ▉▉▉ (2.6); drafted witness interview summary memorandum for JPMorgan witness ▉▉▉ (5.5); revised JPMorgan fact narrative for Examiner Report (4.3). | 6,602.50 |
| 10/22/09 | KJ | 3.90 | Conferred with P. Trostle re status of HSBC draft and fact development on ▉▉▉ (.2); conferred with HSBC counsel, K. Coleman re status of document production (.3); reviewed and revised draft report re ▉▉▉ (3.4). | 2,632.50 |
| 10/22/09 | PJT | 9.50 | Teleconference with ▉▉▉ re ▉▉▉ (.3); reviewed draft confidentiality letter from ▉▉▉ (.2); reviewed and revised draft Citigroup section of report (2.6); reviewed Duff & Phelps avoidance memoranda re ▉▉▉ (1.2); prepared for interview of ▉▉▉ (1.1); reviewed background facts re ▉▉▉ claim (.6); reviewed avoidance analysis status from Duff & Phelps (.5); drafted Team 4's daily report (.8); reviewed consolidated daily report (.2); reviewed ▉▉▉ unredacted calendar re Team 4 issues (.6); reviewed ▉▉▉ for ▉▉▉ interview (.5); reviewed draft HSBC section of the report (.9). | 6,887.50 |