LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/24/10 | KVP | 13.30 | Edited Report sections on ▮ (1.8); found citations for same (1.3); edited sections of Report re ▮▮▮▮ (1.9); found citations for same (1.6); telephone conferences with W. Wallenstein re same (.3); telephone conferences with S. Ascher re same (.2); communicated with O. Jafri, T. Clements, and T. Schrage re missing citations (.9); reviewed new citations suggested by same (.9); inputted changes to Report suggested by S. Ascher (1.9); filled in citations missing in same (.8); inputted changes to Report suggested by G. Fuentes (1.7). | 7,182.00 |
| 1/24/10 | SLA | 7.00 | Revised ▮▮▮▮ section of Report, including removed appendices and revised ▮▮▮▮ portion of ▮ section (2.0); revised and incorporated ▮▮ portion of ▮ section (1.6); office conferences and emails with G. Fuentes re ▮▮▮ ▮▮▮ section (.4); reviewed background information re ▮▮ section (1.0); revised ▮▮ portion of ▮ section (1.3); reviewed ▮▮▮ memorandum and documents (.7). | 5,425.00 |
| 1/24/10 | EZS | 9.70 | Assembled and cite-checked documents for E. Liebschutz for ▮▮ Appendix (.5); prepared chart of cross-references to ▮▮▮▮ section in other teams' sections of draft Examiner's Report (1.0); reviewed Introduction and Executive Summary of draft Examiner's Report for cross-references to ▮▮▮ ▮▮▮ section (1.2); reviewed ▮▮▮s section of draft Examiner's Report for cross-references to ▮▮▮ section (2.0); reviewed ▮▮ section of draft Examiner's Report for cross-references to ▮▮▮ section (1.9); reviewed ▮▮ section of draft Examiner's Report for cross-references to ▮▮ section (1.5); reviewed ▮▮▮ section of draft Examiner's Report for cross-references to ▮▮▮ section (1.3); drafted email to A. Vail re cross-reference chart (.3). | 3,880.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/24/10 | TEC | 8.60 | Proofread and cite-checked ██████████████ section of Report (1.5); reviewed documents to find citations to insert in ██████████████ section of Report (1.4); cite-checked and proofread ████████████ section of Report (3.0); reviewed documents to find citations to include in ██████████ section of Report (2.7). | 3,182.00 |
|---|---|---|---|---|
| 1/24/10 | ADK | 7.80 | Researched applicability of ████████████ ████████████ (1.7); researched ████████████ (1.5); researched liability of ████████████████████████ ████████████ (1.5); researched ██████████ (1.9); summarized research re ██████████████ (1.2). | 2,886.00 |
| 1/24/10 | MRK | .50 | Reviewed excerpts of the ████ Report for the proper use of ████████████ and the appropriate citations thereof. | 185.00 |
| 1/24/10 | MZM | 2.80 | Worked on citations for Report section re Lehman ████ ██████████████████ issues. | 1,036.00 |
| 1/24/10 | CVM | .20 | Reviewed edits to the ████████ interview memorandum. | 74.00 |
| 1/24/10 | ACO | 3.30 | Reviewed hundreds of documents in Case Logistix from Weil Gotshal production re ██████████████ ██████. | 1,221.00 |
| 1/24/10 | JXP | 10.90 | Cite-checked September 11 of September narrative appendix (1.2); cite-checked September 12 of September narrative appendix (1.5); cite-checked September 13 of September narrative appendix (1.8); cite-checked September 14 of September narrative appendix (1.8); cite-checked September 15 of September narrative appendix (2.0); reviewed other sections of Report for citations to ████████████ issues (1.5); drafted cross reference chart to other sections of Report that cite ████████████ issues (1.1). | 4,033.00 |
| 1/24/10 | ACG B | 1.20 | Responded to I. Dmitrieva's questions about ██████████████████████ | 444.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/24/10 | AHS | 3.90 | Completed final interview summary memorandum of █ █████ (3.3); edited and revised language in final summary review memorandum (.6). | 1,443.00 |
|---|---|---|---|---|
| 1/24/10 | TFS | 8.40 | Located citations for S. Ascher's rewrite of section re ████ (1.8); located citations for S. Ascher's rewrite of section re ████ ████ (1.6); located citations for S. Ascher's rewrite of section re ████ (2.0); located various citations for W. Wallenstein re ████ (1.5); located various citations for W. Wallenstein re ████ (1.5). | 3,108.00 |
| 1/24/10 | RMW | 2.20 | Proofread and uploaded to the system revised draft of ████ section of Examiner's Report to be incorporated into ████ portion of Examiner's Report. | 814.00 |
| 1/24/10 | EXL | 8.90 | Cite-checked ████ appendix section re ████ (1.8); cite-checked ████ appendix section re ████ (2.0); cite-checked ████ appendix section re ████ (1.9); cite-checked ████ appendix section re ████ (1.7); cite-checked ████ appendix section re ████ (1.5). | 3,560.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | DRM | 2.00 | Met with C. Meservy re his progress in preparation of Report on ███████████████ and reviewed with him draft Report and prepared revisions (.8); telephone conference with C. Meservy (.1); memoranda to and from J. Pimbley and M. Kresslein and telephone conference with J. Pimbley ████████████████ ███████████████ (.5); memorandum from M. Lightner commenting upon analysis of M. Kresslein of Duff & Phelps concerning ███████████ (.2); read memorandum from C. Meservy re ████████████ (.2); read response of J. Pimbley to M. Lightner comments on Duff & Phelps analysis of ████████ (.1); read memorandum from P. Trostle re ████ (.1). | 1,700.00 |
| 1/25/10 | RLM | 3.00 | Worked on ██████████ section of Report (2.3); met with T. Chorvat re same (.7). | 2,775.00 |
| 1/25/10 | JE | .30 | Reviewed T. Newkirk comments on draft ████████ section and emailed comment re same. | 217.50 |
| 1/25/10 | TJC | 11.20 | Revised legal appendix (2.2); reviewed and prepared email correspondence re same (.2); revised ███████ appendix (2.0); conferred with L. Pelanek re same (.3); met with R. Marmer re Report section (.3); worked on same (1.4); reviewed and prepared email messages re same (.3); revised narrative chronology (.9); reviewed draft introduction (.4); reviewed and prepared email correspondence re cross-references (.3); reviewed email correspondence re legal issues (.4); reviewed drafts re same (.5); reviewed email correspondence re citation issues (.2); telephone conference with D. Murray re ████████ issues (.2); reviewed C. Meservy email message re ████████ memorandum (.1); reviewed case materials re ██████ section of Report (.4); met with A. Vail re ████ status (.2); conferred with R. Marmer re status (.3); reviewed materials re damages insert (.3); met with L. Pelanek re drafting status (.3). | 7,280.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/25/10 | GAF | 8.70 | Conducted secondary review of latest iteration of draft Report sections for consistency, redundancy, and cross-reference issues (2.5); prepared chart setting forth issues re inconsistencies (.7); reviewed and revised draft appendices to ███████ portions of ███ Report (4.5); extended office conference with S. Jakobe re revisions to draft appendices (1.0). | 5,133.00 |
| 1/25/10 | IYD | .50 | Corresponded with A. Ringguth, M. Kopp and K. Porapaiboon re balance sheet numbers for ███████ ███████. | 270.00 |
| 1/25/10 | AWV | 12.20 | Reviewed and edited footnotes to ███████ section of Report (2.0); reviewed and edited ███████ to ███████ section of Report (1.0); reviewed and edited analysis to ███████ section of Report (1.5); reviewed and edited fact part of ███████ section of Report (1.0); reviewed and edited draft appendices to Report (1.5); worked on Report cross-reference table re consistency throughout Report and prepared table re same (4.0); worked on ███████████ issues (.5); worked on protective order compliance issues (.5); studied news and third-party reports re ███████ issues (.2). | 6,588.00 |
| 1/25/10 | LEP | 11.80 | Revised Narrative, September 4 (.9); revised Narrative, September 5 (1.3); revised Narrative, September 10 (1.9); revised Narrative, September 15 (1.5); revised ███████████ section of ███████ appendix (1.8); revised Legal appendix, ███████ (2.3); revised divergent views section of ███████ Report (.7); revised other partners section of ███████ Report (1.4). | 6,018.00 |
| 1/25/10 | TCN | 1.60 | Reviewed Lehman ███████████████████████ ███████████████ (1.4); emailed J. Epstein re same (.2). | 1,400.00 |
| 1/25/10 | SSJ | 7.10 | Drafted memoranda to J. Thompson re ███████ volumes (.3); conferred with G. Fuentes, M. Mason and R. Wallace re ███████ section (.5); reviewed and revised draft Report (1.0); reviewed and revised draft appendices (2.5); conferred with G. Fuentes re edits to Report and appendices (2.5); telephone conferences with M. Mason and R. Wallace re finalizing Report (.3). | 3,834.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | KVP | 10.10 | Conferred with W. Wallenstein re open items (.1); telephone conferences with T. Clements re proofreading Report (.2); telephone conference with D. Millison re same (.1); telephone conference with O. Jafri re same (.1); edited Report to reflect changes suggested by S. Ascher (1.9); edited Report to reflect changes suggested by G. Fuentes (2.0); edited Report to reflect changes suggested by J. Malysiak (1.9); edited chart re ███████████ (1.2); edited ███████████ text in Report (.2); looked for missing information for Report (1.4); communicated with junior associates re same (1.0). | 5,454.00 |
| --- | --- | --- | --- | --- |
| 1/25/10 | SLA | 7.00 | Revised ███████████ section of Report, including appendix re ███████ (1.5), appendix re ███████ (1.3), appendix re ███████████ limit (1.2), appendix re ███████████ (1.0), appendix re ███████ (.8); appendix re ███████████ (.7); conferred with K. Porapaiboon, J. Malysiak, and W. Wallenstein re same (.5). | 5,425.00 |
| 1/25/10 | EZS | 6.90 | Proofread and cite-checked draft Examiner's Report re ███████████ (2.0); cross-referenced ███████ section with other sections of Examiner's Report (2.7); drafted chart re cross-checked sections of Examiner's Report re ███████████ (2.2). | 2,760.00 |
| 1/25/10 | HDM | .10 | Followed up on data access claims database stipulation. | 57.50 |
| 1/25/10 | TEC | 5.60 | Added missing citations to the ███████████ sections of the Report (1.9); proofread and cite-checked the analysis portion of the ███ and ███████ section of Report (1.9); reviewed the protocol to citations and form-checked the citations in the analysis portion of the ███ and ███████ section of the Report (1.8). | 2,072.00 |
| 1/25/10 | OJ | 9.50 | Reviewed ███████████████ (3.5); edited Examiner's Report to ensure there was consistency in references to dates re ███████████ (3.6); cite-checked and proofread pages 1-39 of Examiner's Report re ███████████ (2.4). | 3,515.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | ADK | 7.80 | Met with C. Meservy to discuss ███████ ███████ (.5); researched New York fiduciary duty law (1.8); edited legal component of Report section re ███████ (1.2); met with S. Biller to discuss ███████ (.4); researched various methods of ███████ (2.3); met with D. Layden, D. Fenske and V. Lazar to discuss ███████ (.3); researched ███████ (1.3). | 2,886.00 |
| 1/25/10 | MRK | 1.00 | Continued to review excerpts of the ███ Report for the proper use of balance sheet numbers and the appropriate citations thereof. | 370.00 |
| 1/25/10 | MZM | 7.10 | Worked on citations for revised draft section of Examiner's Report re ███████ (1.9); proofread revised draft section of Examiner's Report re ███████ (2.0); revised and edited draft section of Examiner's Report re ███████ (1.2); met with R. Wallace re revisions to draft section re ███████, appendices, and citations (1.6); emailed S. Jakobe re citation of ███████ appendix to ███████ section of Examiner's Report (.4). | 2,627.00 |
| 1/25/10 | ACO | 2.30 | Reviewed several documents in Case Logistix from Weil Gotshal production re ███████ ███████. | 851.00 |
| 1/25/10 | JXP | 5.80 | Edited ███████ appendix (1.0); cite-checked September Narrative appendix (1.5); reviewed other sections of Report for references to ███████ issues (2.3); cite-checked draft ███████ section of Report (1.0). | 2,146.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/25/10 | ACG B | 8.60 | Proofread and cite-checked section of Examiner's Report dealing with ██████ (1.5); proofread and cite-checked section of Examiner's Report dealing with the ██████ ██████ (1.2); proofread and cite-checked section of Examiner's Report dealing with a ██ of ██████ (2.0); proofread and cite-checked section of Examiner's Report dealing with ██████; proofread and cite-checked section of Examiner's Report dealing with ██████ (1.8); conferred with M. Kopp about editing section of Report dealing with ██████ (.2). | 3,182.00 |
| 1/25/10 | AHS | 9.50 | Identified documents cited in first half of ██████ section of the Examiner's Report that were contained on Case Logistix (2.1); confirmed that cited propositions or quotations of Case Logistix documents were accurate (2.0); revised inaccurate citations re same (2.0); added witness interview citations to support factual statements in ██████ analysis section of the Report (2.8); compiled documents cited in ██████ analysis section of the Report (.6). | 3,515.00 |
| 1/25/10 | TFS | 8.10 | Located cites for ██████ section of the ██ and ██████ portion of the Report for K. Porapaiboon (2.0); located cites for ██████ limit section for W. Wallenstein (1.8); reviewed a small amount of leftover documents in Stratify from various custodians on various issues (1.2); reviewed ██████ emails with ██████ from custodian ██████ in Case Logistix (1.9); reviewed attachments to ██████ emails (1.2). | 2,997.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | RMW | 6.20 | Cite-checked draft section of Examiner's Report re ███ ███████ (1.6); proofread revised draft section of Examiner's Report re ████████ (2.0); revised and edited draft section of Examiner's Report re ███ ██████████ (1.0); conferred with M. Mason re revisions to ████████████ portion of Examiner's Report (1.6). | 2,294.00 |
| 1/25/10 | EXL | 6.80 | Drafted email to reference librarians re search for sources ██████████████ (.1); reviewed same (1.4); drafted cites incorporating same (.6); reviewed Team 4 ██████████ insert to Report (1.1); drafted edits to same (1.0); reviewed other team Report sections discussing ███████████████████████ (1.1); inserted cite-checking edits to ████████████ appendix (1.5). | 2,720.00 |
| 1/25/10 | CRW | 2.10 | Performed searches re Lehman ████████████ and reviewed documents re specific material relating to ████████ then reported to G. Fuentes re same. | 535.50 |
| 1/26/10 | DRM | 1.70 | Conferred with M. Kelly, C. Meservy re progress with respect to preparation a Report on possible █████████████████████ and ██████████████ telephone conference with T. Chorvat and C. Klein to consider legal research concerning same (.4); conferred with M. Kelly and C. Meservy re results of factual research concerning ███████████████████ ████████████████████ (.4); telephone conference with C. Meservy re same (.1); memorandum to and from C. Meservy and A. Kennedy re ████████████ and discuss implications of same with C. Meservy (.4); read memoranda from J. Pimbley re information on █████████████ and telephone conference with J. Pimbley re same (.4). | 1,445.00 |
| 1/26/10 | CJK | 1.80 | Conferred with D. Murray and T. Chorvat re fiduciary duty issues (.5); reviewed materials re ████████████████ (1.0); corresponded with T. Chorvat re fiduciary duty issues (.3). | 1,395.00 |
| 1/26/10 | RLM | 4.00 | Worked on █████████████ section of Report (3.0); met with T. Chorvat re same (1.0). | 3,700.00 |
| 1/26/10 | HSS | 2.00 | Reviewed draft Report re ████████████████████ (1.5); office conference with S. Biller re same (.5). | 1,550.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | TJC | 11.80 | Conferred with D. Murray and C. Kamin re ███████ ████ (.4); reviewed cases re same (.3); worked on draft ████ (.5); conferred with R. Marmer re ████████ section (.3); conferred with A. Vail re cross-references (.3); met with L. Pelanek re ████████ ████████ (.3); met with A. Ringguth re research (.3); reviewed and prepared numerous email messages re status of Report preparation (.5); reviewed and prepared email correspondence re cross-references (.4); reviewed public reports re ████████ (.3); conferred with R. Marmer re developments (.2); reviewed and prepared email correspondence re ████████████ (.3); met with R. Marmer re same (.2); worked on issues re ████ section (.8); met with A. Vail and L. Pelanek re same (.3); reviewed revised draft Report re ████ issues (1.8); reviewed draft ████ section (1.0); worked on further drafts of ████ section (.8); reviewed and prepared email correspondence re logistics (.4); conferred by email with D. Murray and A. Ringguth re research results (.2); reviewed R. Marmer email message re citations (.2); telephone conference with A. Vail re same (.2); further email correspondence re Report drafting and logistics (.3); worked on appendix re ████████ (.5); worked on ████████ appendix (1.0). | 7,670.00 |
|---|---|---|---|---|
| 1/26/10 | GAF | 5.50 | Telephone conference with Team 3 members re plan for final editing of Report section (.7); telephone conference with J. Malysiak re plan for harmonizing separate Report sections (.2); telephone conference with S. Jakobe re tasks for origination team members arising from telephone conference with Team 3 (.2); telephone conferences with C. Ward and M. Devine re process of extracting ████████████ references from Report drafts (.5); reviewed excerpted references to ████ from separate sections of Report draft and incorporated them into single document for ████████ ████ (3.3); office conference with S. Jakobe, M. Mason, and R. Wallace re editing and revising appendices to origination section of Report (.6). | 3,245.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | SJP | 7.00 | Conferred with S. Ascher, et. al re Report drafting (.5); researched issues re ███████████ ███████████ (2.0); drafted section of Report re same (2.0); reviewed ███████████ (1.0); drafted section of Report re same (1.5). | 4,200.00 |
|---|---|---|---|---|
| 1/26/10 | IYD | 1.00 | Corresponded with K. Porapaiboon, A. Ringguth and M. Kopp re cite-checking for Team 3 Report section on ███████████ (.5); participated in telephone conference with S. Ascher, K. Porapaiboon, W. Wallenstein, J. Malysiak and S. Prysak re preparing Team 3 Report (.5). | 540.00 |
| 1/26/10 | AWV | 15.20 | Reviewed and edited footnotes to ███████████ section of Report (2.0); reviewed and edited ██████ section of Report (2.0); reviewed and edited analysis to ██████ section of Report (2.0); reviewed and edited fact part of ██████ section of Report (1.5); reviewed and edited draft appendices to Report (2.0); conferred with J&B attorneys re ██████ confidentiality agreement issues (1.5); conferred with J&B attorneys re protective order compliance issues (.5); worked on Report cross reference consistency check with section on ███ (1.5); worked on Report cross reference consistency check with remaining sections (1.5); conferred with T. Chorvat and L. Pelanek re ██████ section (.5); studied news and third-party reports re Lehman ███████████ (.2). | 8,208.00 |
| 1/26/10 | LEP | 13.10 | Revised ███████████ Report (.3); revised ███████████ Report (1.1); revised ██████ section of ██████ Report (.6); revised ██████ section of ██████ Report (1.6); revised Barclays section of ██████ Report (2.0); cite-checked ███████████ section of Legal Appendix (1.9); revised Legal Appendix, ███████████ (2.0); revised bankruptcy sections of Legal Appendix (1.9); revised Narrative, September 15 (1.7). | 6,681.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | TCN | 4.90 | Reviewed, revised and commented on draft ▮▮▮▮ Report (4.3); emailed M. Basil, et al. re use of subcertifications in connection with preparing ▮▮▮▮ (.3); telephone conference with P. Trostle and W. Tolbert re ▮▮▮▮▮▮▮▮▮▮▮▮ issue (.3). | 4,287.50 |
| 1/26/10 | SSJ | 3.70 | Conferred with G. Fuentes, R. Wallace and M. Mason re ▮▮▮▮ section of Report (.6); reviewed and edited ▮▮▮▮ appendices (1.5); prepared for and participated in Team 3 telephone conference re finalizing Report (.6); telephone conference with K. Porapaiboon re finalizing draft Report and appendices and drafted correspondence to G. Fuentes re same (.3); drafted correspondence re ▮▮▮▮ appendices (.3); drafted correspondence to G. Fuentes re Duff & Phelps work product related to ▮▮▮▮ (.4). | 1,998.00 |
| 1/26/10 | KVP | 10.30 | Edited new draft of Report per S. Ascher's suggestions (1.9); proofread changed sections of Report (1.8); edited section headings (.4); edited ▮▮▮▮ section of Report to reflect changes suggested by I. Dmitrieva and A. Ringguth (1.9); filled in missing citations (1.9); communicated with junior associates re same (1.4); telephone conference with S. Ascher, J. Malysiak, S. Prysak, W. Wallenstein, G. Fuentes, S. Jakobe, and I. Dmitrieva re status of Report (.6); looked for graphics for Report and communicated with S. Ascher re same (.4). | 5,562.00 |
| 1/26/10 | SLA | 4.00 | Revised draft ▮▮ Report (3.0); reviewed R. Byman edits to same (.3); conferred with J. Malysiak, K. Porapaiboon, W. Wallenstein, S. Prysak, I. Dmitrieva, G. Fuentes, and S. Jakobe re finalizing ▮▮ Report (.7). | 3,100.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | EZS | 8.30 | Proofread introductory sections of ███████ chapter of Examiner's Report (.7); proofread ████████ section of ███████████ chapter of Examiner's Report (1.0); proofread ██████ section of ███████████ chapter of Examiner's Report (2.0); proofread ██████ chapter of Examiner's Report (2.0); proofread bankruptcy section of ███████ chapter of Examiner's Report (1.1); cite-checked ████████ chapter documents for E. Flores (1.2); conferred with A. Vail and L. Pelanek re proofread and cite-checked ██████ Section of Examiner's Report (.3). | 3,320.00 |
|---|---|---|---|---|
| 1/26/10 | TEC | 11.50 | Reviewed the protocol to citations and form-checked the citations in the analysis portion of the ███ and ██████ section of the Report (1.9); form-checked the citations in the ████████████ section of the Report (1.8); substantively cite-checked the documents cited in the ████████ section of the Report (2.0); substantively cite-checked the cases cited in the analysis section of the ███ and ██████████ section of the Report (1.9); revised citations to accurately reflect the substance of the cases (1.9); line-edited the analysis portion of the ███ and ██████████ section of the Report (2.0). | 4,255.00 |
| 1/26/10 | AXA | 8.30 | Substantively checked citations for final draft of the Report (1.8); cite-checked citations of Report for conformity with citation protocol (1.7); responded to inquiries re ████ related documents (1.9); line edited ████ section of final Report (1.4); revised business line appendix (1.5). | 3,071.00 |
| 1/26/10 | OJ | 5.10 | Edited Examiner's Report re ██████████ to ensure there are consistent dates with respect to specifics of transactions (3.1); final cite-check of introduction to ████ ██████████ section for Examiner's Report (2.0). | 1,887.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/26/10 | ADK | 15.20 | Researched New York ███████████████ ███ (1.6); updated section of Legal Appendix to the Examiner's Report re ██████████████████████ ████████████████ (1.8); met with C. Meservy to discuss section of Examiner's Report re ██████ █████████████████████ (.8); researched availability of ████████████ (1.9); updated ██████████ subsection of Legal Appendix to Examiner's Report incorporating research (1.7); updated ██████████ subsection of Legal Appendix to Examiner's Report (1.1); checked accuracy of citations in sections of Legal Appendix to the Examiner's Report pertaining to fiduciary duty law (1.8); line edited section of legal appendix re fiduciary duty law (1.9); updated Legal Appendix to the Examiner's Report to correct errors in citations (1.6); met with S. Biller to discuss ██████████████ (.8); met with D. Fenske to discuss ███████████████████████ ████████ (.2). | 5,624.00 |
| 1/26/10 | MRK | 3.80 | Continued reviewing and updating the balance sheet number references and citations in the excerpts of the ████ Report. | 1,406.00 |
| 1/26/10 | MZM | 5.70 | Proofread appendices and citations to appendices re Report section on ██████████ issues (2.0); revised appendices re Report section on ████████ issues (1.0); revised citations to ██████████ issue appendices (1.7); met with G. Fuentes, S. Jakobe, and R. Wallace re work to be done on Report section on ██████████ issues (.7); reviewed documents re providing additional citations for Report section on ██████████ issues (.3). | 2,109.00 |
| 1/26/10 | JXP | 12.00 | Reviewed documents re ████████████ comments to ███ re ████████████████ (1.4); reviewed email of ███████ for documents re ███████ (1.1); reviewed email of ████████ for documents re ███ (1.4); reviewed email of ██████ for documents re ████ (1.8); reviewed email of ██████ for documents re ████ (1.6); reviewed interview memorandum re ████ (1.2); proofread text of ██████████ appendix (1.8); proofread footnotes of ██████ appendix (1.7). | 4,440.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | ACG B | 9.20 | Met with T. Chorvat to discuss assignment re ██████ ██████████ (.2); conducted Westlaw research on ██████████ (1.7); researched the ██████████ (.7); ██████████ (2.2); researched ██████████ (.8); conducted additional research on additional ██████████ (1.8); drafted insert to legal appendix re ██████████ (.9). | 3,404.00 |
| 1/26/10 | AHS | 13.40 | Added document citations to support factual statements in ██████ analysis section of the Examiner's Report (3.3); identified documents cited in second half of ██████████ section of the Examiner's Report that were contained on Case Logistix (2.3); confirmed that cited propositions or quotations of Case Logistix documents were accurate (1.9); revised inaccurate citations re same (1.2); reviewed case and statutory law cited and discussed in current draft of ██████ analysis section of Examiner's Report to determine which should be included in general Legal Appendix (1.3); drafted general statement of elements of ██████ claims for Legal Appendix (2.3); drafted general statement of potential damages in ██████ claims for Legal Appendix (1.1). | 4,958.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | TFS | 6.80 | Cite-checked section re ███ and ███ for the ███ and ███ portion of the Report (1.1); cite-checked section re ███ for the ███ and ███ portion of the Report (.9); cite-checked section re ███ for the ███ and ███ portion of the Report (1.9); cite-checked section re ███ and ███ for the ███ and ███ portion of the Report (1.8); cite-checked section re ███ for the ███ and ███ portion of the Report (1.1). | 2,516.00 |

| 1/26/10 | RMW | 6.00 | Reviewed and revised ███ of ███ s Appendix to ███ portion of Examiner's Report (1.2); reviewed and revised Definition of ███ portion of Examiner's Report (.9); reviewed and revised ███ and ███ portion of Examiner's Report (1.3); reviewed and revised ███ Volumes Appendix to ███ portion of Examiner's Report (.7); conferred with G. Fuentes, S. Jakobe and M. Mason re revising ███ appendices (.7); proofread and revised citations to ███ appendices (1.2). | 2,220.00 |

| 1/26/10 | EXL | 6.80 | Cite-checked ███ appendix section re ███ (1.2); cite-checked ███ appendix section re initiation of ███ (1.6); cite-checked ███ appendix section re ███ (1.5); proofread ███ Report section re ███ (.4); proofread ███ Report section re ███ (.9); proofread ███ Report section re ███ (.7); proofread ███ Report section re ███ (.5). | 2,720.00 |

LAW OFFICES
Page 296

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/27/10 | DRM | 4.00 | Read memorandum from ▌▌▌▌ and C. Meservy re fiduciary duty ▌▌▌▌ and discuss comments to same with ▌▌▌▌ and C. Meservy (.8); reviewed revised version of fiduciary duty discussion and reviewed same with ▌▌▌▌ and C. Meservy (.9); reviewed proposed discussions ▌▌▌▌ with V. Lazar and J. Pimbley (.8); telephone conference with S. Biller re coordinating fiduciary duty discussion with ▌▌▌▌ team (.1); read memorandum from S. Biller re recent Delaware case describing ▌▌▌▌ (.1); read memorandum from S. Ascher re New York law on same subject (.1); read and revised latest draft of fiduciary duty of ▌▌▌▌ (1.2). | 3,400.00 |
| 1/27/10 | RLM | 2.00 | Worked on ▌▌▌▌ section of Report (1.0); met with T. Chorvat re same (.7); corresponded via email re legal analysis (.2), and inferences (.1). | 1,850.00 |
| 1/27/10 | HSS | 7.50 | Reviewed draft Report re analysis of ▌▌▌▌ (6.5); office conferences with S. Prysak re same (1.0). | 5,812.50 |
| 1/27/10 | TJC | 10.50 | Reviewed and prepared email correspondence re ▌▌▌▌ (.3); worked on issues re ▌▌▌▌ (.9); worked on ▌▌▌▌ section and appendices (4.6); worked on legal appendix (4.2); reviewed email report re ▌▌▌▌ meeting (.2); reviewed and prepared email correspondence re ▌▌▌▌ issues (.3). | 6,825.00 |
| 1/27/10 | GAF | 6.60 | Reviewed and revised most current draft of ▌▌ section ▌▌▌▌ discussion and identified areas for further research by associates re citation support (4.9); emailed M. Mason and R. Wallace with instructions for additional footnote support and areas for further review and revision in ▌▌▌▌ discussion portion of ▌▌ Report (.5); reviewed S. Jakobe suggestions for edits to draft Report (.3); emailed S. Jakobe with instructions for suggested Report edits (.4); reviewed draft list of appendices and emailed M. Devine re changes to same based on revised origination appendices (.5). | 3,894.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | SJP | 6.30 | Emails with J. Epstein and A. Sapp re appendix re ▮▮▮ ▮▮▮ issues (.2); reviewed draft of same (.4); worked on analysis of ▮▮▮ against ▮▮▮ and revised Report section re same (3.4); email to ▮▮▮ re same (.1); reviewed draft ▮▮▮ section of Report (2.2). | 3,780.00 |
| 1/27/10 | IYD | 2.20 | Discussed appendices with K. Porapaiboon and A. Ringguth (.5); analyzed revised version of Team 3 Report to ensure that all ▮▮▮-related information is included in ▮▮▮ appendix (.7); revised ▮▮▮ Appendix (1.0). | 1,188.00 |
| 1/27/10 | AWV | 11.20 | Reviewed and edited ▮▮▮ section of Report (3.0); reviewed and edited ▮▮▮ appendices to Report (4.0); worked on ▮▮▮ confidentiality issues (.2); conferred with J&B associates re ▮▮▮ issues and Report tasks (1.2); conferred with M. Basil re ▮▮▮ interviews, including reviewed ▮▮▮ notes (.5); conferred with E. Liebschutz re ▮▮▮ research, including reviewed research (.5); studied news and third-party reports re ▮▮▮ issues (.3); edited, revised, finalized and circulated Team 3's cross references for new ▮▮▮ section of Report (1.5). | 6,048.00 |
| 1/27/10 | LEP | 14.70 | Proofread ▮▮▮ Report (2.4); revised introduction of ▮▮▮ Report (.2); revised ▮▮▮ section of ▮▮▮ Report (.7); revised ▮▮▮ section of ▮▮▮ Report (.4); revised ▮▮▮ section of ▮▮▮ Report (1.8); revised ▮▮▮ section of ▮▮▮ Report (.9); revised Barclays section of ▮▮▮ Report (1.1); proofread Legal appendix (1.9); revised Legal appendix, ▮▮▮ (1.9); revised Legal Appendix, ▮▮▮ (1.6); revised Legal appendix, ▮▮▮ (1.8). | 7,497.00 |
| 1/27/10 | TCN | 9.30 | Reviewed, revised and commented on draft ▮▮▮ section of Report (7.6); reviewed evidence re ▮▮▮ in preparation for telephone conference with A. Valukas (.6); telephone conference with A. Valukas, R. Byman, M. Basil, et al. re draft issues (.8); reviewed email summary re ▮▮▮ evidence (.3). | 8,137.50 |

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/27/10 | SSJ | 3.80 | Reviewed and edited draft Report re ███████ ███████s (3.0); drafted correspondence to M. Mason and R. Wallace re edits to ████████████ citations (.8). | 2,052.00 |
|---|---|---|---|---|
| 1/27/10 | KVP | 14.60 | Edited appendices to Report (1.9); compiled comprehensive list of proposed appendices (1.4); looked for support for general propositions re ████████ ███████████ (1.8); looked for definition of ████ (.4); communicated with J. Malysiak re citation protocol (.3); telephone conference with S. Ascher re appendices (.1); attended meetings with W. Wallenstein re same (.4); edited body of Report (1.9); proofread body of Report (1.8); edited chart re ████████'s effect on balance sheet (.9); added citations to Report (1.8); searched for documents re same (1.9). | 7,884.00 |
| 1/27/10 | SLA | 9.70 | Reviewed and revised ████████ interview memorandum (.7); reviewed and revised appendices to ████ Report re causes of ████████ increase (1.5) and ████████████ (1.0); reviewed legal research re fiduciary duty issues (.3); conferred with M. Basil re same (.1); conferred with A. Kennedy re same (.2); conferred with R. Byman re ████████ section (.1); revised ███████ section (.8); revised ████████ portion of ███ section (2.0); reviewed and revised ███████ section of Report (3.0). | 7,517.50 |
| 1/27/10 | EZS | 2.20 | Cite-checked draft Examiner's Report and appendix sections re ████████. | 880.00 |
| 1/27/10 | HDM | .50 | Reviewed Team 1 and Team 3 correspondence re ████████. | 287.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | TEC | 12.40 | Reviewed documents re ███████ to find missing citations to add to the ███████ and ███ section of the Report (1.8); reviewed documents re ███ to find missing citation to ███████ (1.2); line-edited the body of the ███████ ███████████████ section of the Report (1.9); line-edited the footnotes in the ███████ section of the Report (1.9); form-checked the footnotes in the ███████████ section of the Report (1.7); substantively cite-checked the citations in the ███████████ section of the Report (1.9); reviewed documents to insert missing citations re ███████████ section of the Report (2.0). | 4,588.00 |
| --- | --- | --- | --- | --- |
| 1/27/10 | AXA | 14.20 | Substantively checked citations for final Report (1.7); responded to questions for individual citation revisions (1.2); searched for ███ related documents in response to inquiries for specific citation corrections (1.9); cite-checked citations for conformity with protocol (1.8); reviewed Duff & Phelps email re ███████ (.8); read Duff & Phelps recommended articles re ███████████ (1.9); revised ███ section of Report related to Lehman's ███████ (1.6); line edited part of ███ section of Report (1.7); emailed with O. Jafri re ███ and ███████ related documents (.4); reviewed ███████ and ███ related documents for relevance to draft of ███ section of Report (1.2). | 5,254.00 |

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | OJ | 14.20 | Reviewed documents re changes in Lehman's ████ ███████ (2.2); added additional citations to the factual references in the executive summary per R. Byman's instructions (1.9); proofread and cite-checked section on ████████ exclusions (1.9); proofread and cite-checked section ████████ (1.8); proofread and cite-checked section on ████████ (1.7); proofread and cite-checked section on ████████ (1.6); proofread and cite-checked section on Lehman's ████████ (1.6); proofread and cite-checked section on ████████ (1.5). | 5,254.00 |
| 1/27/10 | ADK | 15.80 | Edited section of Examiner's Report ████████ (1.9); researched ████████ (1.2); met with C. Meservy to discuss ████████ (.5); cite-checked sections of Legal Appendix to the Examiner's Report re ████████ (1.9); checked citations in section of Legal Appendix to the Examiner's Report re ████████ (1.8); checked citations in section of Legal Appendix to the Examiner's Report re ████████ (.8); edited Legal Appendix to Examiner's Report to adapt to corrections to citations (1.7); researched ████████ (1.7); researched applicability ████████ (.7); researched availability of ████████ (1.4); conferred with S. Ascher re results of research ████████ (.3); researched availability of ████████ (1.9). | 5,846.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | MZM | 7.40 | Conducted searches for ████████████ ████████ documents per requests from G. Fuentes and S. Jakobe (1.5); reviewed documents re providing support for citations in ████████████ section of draft Report (1.9); emailed G. Fuentes, S. Jakobe, and R. Wallace re citations to be added to ████████████ section of draft Report (1.1); proofread and edited Report draft section on ████████████ re section on Lehman's growth strategy (2.0); proofread and edited Report draft section on ████████████ re analysis section (.9). | 2,738.00 |
| 1/27/10 | DBM | 8.10 | Proofread Section 6 of Report re ████████████ ████████ (1.5); cite-checked same (1.2); proofread Section 6 of ████████████████████ ████████ (1.7); cite-checked same (1.9); proofread Section 6 of ████████████████████ ████████ (1.8). | 2,997.00 |
| 1/27/10 | JXP | 12.30 | Proofread ████████████ appendix (.9); cite-checked Report (.7); cite-checked ████████████ section of appendix (2.0); cite-checked ████ ████████ section of ████████ appendix (1.8); cite-checked ████████ negotiations with ████ section of ████████████ appendix (2.0); cite-checked ████████ section of ████████ appendix (1.9); cite-checked ████████ section of ████████████ appendix (1.9); reviewed September narrative appendix for input of edits (1.1). | 4,551.00 |
| 1/27/10 | ACG B | 3.10 | Cite-checked appendix to Examiner's Report related to ████████████████ (2.5); proofread ████████████████ circulated by S. Ascher (.3); proofread ████████ appendix to Examiner's Report (.3). | 1,147.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 302



| | | | | |
|---|---|---|---|---|
| 1/27/10 | AHS | 10.70 | Conducted additional research re ███████ ████████████████████████████████ ████████████████ (2.1); updated Legal Appendix discussion of ████████████ to incorporate additional research (1.1); proofread Legal Appendix for typographical and grammatical errors (1.0); shepardized all cases cited in ████████████ section of Legal Appendix to confirm that they were still good law (1.7); edited all case law citations in ███████ ████████ section of Legal Appendix to conform with Bluebook standards (1.8); incorporated expert's comments into draft of ████████ analysis section of the Examiner's Report (2.4); conducted additional research re applicability of certain auditing standards to interim reviews (.6). | 3,959.00 |
| 1/27/10 | TFS | 13.90 | Located cite to ██████████████ for K. Porapaiboon (.3); cite-checked section re █████ for the █ and ████████ portion of the Report (1.4); cite-checked section re ███████████████████ for the █ and ████████ portion of the Report (1.2); cite-checked section re ██████████ for the █ and ██████████ portion of the Report (.7); cite-checked section re ████████ for the █ and ████████ portion of the Report (.8); cite-checked section re ████████ s for the █ and ████████ portion of the Report (1.8); cite-checked section re ████████ and ████████ for the █ and ████████ portion of the Report (1.2); cite-checked section ████████ for the █ and ████████ portion of the Report (1.4); cite-checked section re for the █ and ████████ portion of the Report (1.1); cite-checked section re ████████ and ████████ for the █ and ████████ portion of the Report (1.9); cite-checked section re the ████████ for the █ and ████████ portion of the Report (.7); cite-checked section re ████████ for the █ and ████ portion of the Report (1.4). | 5,143.00 |

LAW OFFICES

Page 303

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | RMW | 10.20 | Proofread and revised ████████ section of fiduciary duty portion of Examiner's Report (1.1); proofread and revised ████████ section of fiduciary duty portion of Examiner's Report (.9); proofread and revised ████████ section of fiduciary duty portion of Examiner's Report (1.8); proofread and revised board ████████ section of fiduciary duty portion of Examiner's Report (1.3); cite-checked ████████ section of fiduciary duty portion of Examiner's Report (1.4); cite-checked ████████ section of fiduciary duty portion of Examiner's Report (1.4); cite-checked ████████ section of fiduciary duty portion of Examiner's Report (1.3); cite-checked board ████████ section of fiduciary duty portion of Examiner's Report (1.0). | 3,774.00 |
| 1/27/10 | EXL | 11.60 | Researched ████████ (.9); cite-checked appendix section re ████████ (2.0); cite-checked appendix section re ████████ (1.8); proofread September 4-15 narrative appendix section re ████████ (1.5); proofread September 4-15 narrative appendix section re ████████ (.6); cite-checked chronology appendix section re ████████ (1.2); cite-checked chronology appendix section re ████████ (1.9); cite-checked chronology appendix section re ████████ (.7); cite-checked chronology appendix section re ████████ (1.0). | 4,640.00 |
| 1/28/10 | DRM | 3.80 | Worked on portion of Report relating to fiduciary duty of ████████ (2.0); conferred with M. Kelly re insertions to Report (.5); reviewed other sections of ████████ Report to incorporate into draft ████████ portion of Report (.6); telephone conference with M. Kelly re fiduciary duty portion of Report (.1); read memoranda from J. Pimbley re more background information on ████████ (.2); read memorandum from S. Ascher re ████████ law and discuss same with M. Kelly (.2); read memoranda from R. Marmer and S. Ascher re ████████ (.2). | 3,230.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | RLM | .50 | Corresponded via email re legal analysis (.2), and re ▮ (.1); met with S. Prysak re ▮ (.2). | 462.50 |
|---------|-----|-----|----|-------|
| 1/28/10 | HSS | 6.50 | Reviewed draft Report re analysis of ▮ issues, including ▮ (4.3); office conference with A. Valukas, R. Byman, M. Basil and S. Biller re same (.6); office conference with W. Heinz re same (.6); office conferences with S. Prysak re same (.2); corresponded with S. Biller re further edits to same (.8). | 5,037.50 |
| 1/28/10 | JE | .30 | Reviewed summary of meeting with ▮ counsel re ▮ and emailed R. Byman, M. Basil re issues from same. | 217.50 |
| 1/28/10 | TJC | 7.60 | Reviewed materials re ▮ section (.4); worked on draft Report re same (1.7); worked on legal appendices (1.3); worked on ▮ appendices (3.5); telephone conference with L. Pelanek re developments (.2); reviewed further email correspondence re preparation of ▮ section of Report and appendices (.5). | 4,940.00 |
| 1/28/10 | GAF | 5.70 | Reviewed team edits, additional footnotes, and comments re revised ▮ Report discussions on origination (2.6); extended office conference with R. Wallace re same (.8); emails with M. Mason and R. Wallace re additional assistance needed to complete ▮ draft (.5); telephone conferences with K. Porapaiboon re status of current draft and current deadlines (.5); telephone conferences with J. Malysiak, W. Wallenstein, and K. Porapaiboon re status of edited origination-related appendices (.5); made further edits to appendices for inclusion in Report (.8). | 3,363.00 |
| 1/28/10 | SJP | 3.40 | Worked on issues re ▮ documents (.3); conferred with ▮ re same (.2); email to J. Epstein and R. Byman re same (.1); worked on analysis of ▮ against ▮ and revised Report section re same (2.5); telephone conference with ▮ re ▮ (.1); conferred with A. Sapp re Report (.2). | 2,040.00 |
| 1/28/10 | IYD | .50 | Corresponded with S. Ascher, W. Wallenstein and A. Ringguth re verifying footnotes for Team 3 Report. | 270.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | AWV | 8.20 | Studied and edited ███████ section of draft Report (2.5); studied revised protocol rules and conferred with J&B associates re same (.5); studied and edited ███████ Narrative Appendix (2.0); studied and edited last week's appendix (2.0); studied news and third-party reports (.2); conferred with J&B attorneys re protective order compliance issues (.5); conferred with J&B attorneys re ███████ tasks (.5). | 4,428.00 |
|---|---|---|---|---|
| 1/28/10 | LEP | 13.30 | Revised Narrative, September 4 (.8); revised Narrative, September 5 (.5); revised Narrative, September 9 (1.3); revised Narrative, September 10 (.8); revised Narrative, September 12 (.9); revised Narrative September 14 (1.4); revised Narrative, September 15 (.5); revised Legal Appendix, securities (1.7); revised Legal Appendix, ███████ (.9); revised ███████ (.5); revised Barclays section of ███████ Report (2.0); revised ███████ section of ███████ Report (.9); revised ███████ section of ███████ Appendix (1.1). | 6,783.00 |
| 1/28/10 | TCN | 2.80 | Reviewed issues re ███████ latest document production (.3); telephone conference with J. Epstein re same (.1); telephone conference with M. Basil re same (.2); reviewed memorandum from A. Sapp re Appendix re legal analysis of potential ███████ (.5); reviewed, revised and commented on latest draft of ███████ section and question for ███████ re same (1.4); reviewed and considered changes in subsequent revised version from S. Prysak (.3). | 2,450.00 |
| 1/28/10 | KVP | 15.80 | Edited facts in draft ███ Report (1.9); proofread same (1.8); telephone conferences with W. Wallenstein re same (.9); telephone conferences with junior associates re proofreading and cite-checking (1.6); communicated with S. Ascher re editing Report and charts in Report (.4); edited analysis section of Report to reflect changes suggested by T. Clements (1.8); inputted changes suggested by S. Ascher (1.9); edited appendix re ███████ (1.9); proofread same (1.8); studied ███████ appendix and Report to determine if deletion of appendix would remove any critical information (1.8). | 8,532.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/28/10 | SLA | 5.00 | Reviewed and revised introduction of Report (.3); emailed team leaders re same including ███████████ standard (.2); conferred with K. Porapaiboon re Report (.2); reviewed ████████ meeting memorandum and emailed M. Basil re same (.2); reviewed and revised fiduciary duty law appendix and emailed team leaders re same (1.8); reviewed ████ Report (1.7); conferred with W. Wallenstein and K. Porapaiboon re citations (.2); reviewed and revised ██████████ section and conference with C. Brown re same (.4). | 3,875.00 |
| 1/28/10 | EZS | 13.50 | Proofread and cite-checked ████████████ chapter of final draft of Examiner's Report for consistency with Examiner's citation protocols (2); proofread and cite-checked ██████████ Chronology section of ███████████ Appendix to Examiner's Report for consistency with Examiner's citation protocols (2.0); proofread and cite-checked ███████ Narrative section of ████ Appendix to final draft of Examiner's Report for consistency with Examiner's citation protocols (1.5); checked and revised document citations in ██████████ section of ████████████ chapter of final draft of Examiner's Report (2.0); checked and revised document citations in other potential strategic investors section of ████████████████ chapter of final draft of Examiner's Report (1.5); checked and revised document citations in ████████████ section of ██████████████ chapter of final draft of Examiner's Report (1.6); revised ███████████████████████ Appendix to final draft of Examiner's Report (2.0); revised document citations in ██████████████ ████████████ to make consistent with Examiner's citation protocols (.9). | 5,400.00 |
| 1/28/10 | RFZ | 1.30 | Reviewed draft ████████████ section of Report. | 1,235.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | TEC | 13.30 | Line-edited the body of S. Ascher's recently revised ▮ ▮ section of the Report (1.9); line-edited the footnotes in the ▮ ▮ section of the Report (1.9); form-checked the footnotes in the ▮ section of the Report (1.8); substantively cite-checked citations in the ▮ section of the Report (1.9); reviewed documents to insert missing citations re ▮ in the ▮ section of the Report (2.0); line-edited the body of the ▮ Appendix (1.9); form-checked the footnotes in the ▮ Appendix (1.9). | 4,921.00 |
| 1/28/10 | JQC | 11.40 | Cite-checked Team 3's section of Report (2.0); proofread Team 5's section of Report re factual background of Barclays (1.9); cite-checked same for form compliance (2.0); proofread Team 5 section of Report re ▮ ▮ (1.8); cite-checked same for form compliance (1.8); cite-checked case law for substantive accuracy (1.9). | 4,218.00 |
| 1/28/10 | AXA | 14.10 | Responded to requests to revise individual citations (1.9); searched for ▮ ▮ appendix (1.6); emailed with W. Wallenstein re ▮ documents relevance to Report (.6); substantively checked citations for business line appendices (2.0); cite-checked Duff & Phelps appendix re increase in ▮ limit for conformity with citation protocol (1.7); cite-checked Duff & Phelps appendix re ▮ usage for conformity with citation protocol (1.8); reviewed board ▮ documents re accuracy of board ▮ of ▮ section of Report (1.9); conference with C. Meservy re ▮ of ▮ to the ▮ (.7); revised section of Report on fiduciary duty of ▮ (1.9). | 5,217.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | OJ | 9.90 | Reviewed documents to find the best definition of ███ █████ (2.0); revised definition of ██████████ for the body of the Report and the glossary (1.7); added citations on Lehman's ██████████ in the executive summary of the Report (1.3); added citations to the appendix on ██████████ (1.4); added citations to the appendix on ██████████ (1.9); added citations to the appendix on ██████████ (1.6). | 3,663.00 |
| 1/28/10 | ADK | 15.20 | Researched ████████████████ (1.1); researched ████████████ (.6); researched ████████████ (.7); cite-checked portions of the Legal Appendix re ████████████ (1.8); checked accuracy of citations in subsection of Legal Appendix to the Examiner's Report re ████████ (1.9); proofread ████████ Appendix to the Examiner's Report (1.8); checked accuracy of citations in ████ ████████ Appendix to the Examiner's Report (1.7); checked accuracy of citations in ████ Narrative Appendix to the Examiner's Report (1.7); line edited ████ Narrative Appendix to the Examiner's Report (1.5); line edited ████ Section of Examiner's Report (1.1); researched ████████████ (1.3). | 5,624.00 |
| 1/28/10 | GSK | 4.20 | Conferred with C. Meservy re cite-checking (.3); reviewed and cited-checked section of the Report re possible breaches of ████████ (3.6); sent cite-check edits to C. Meservy for review and conferred with C. Meservy re same (.3). | 1,554.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | MZM | 13.10 | Conducted searches for ███████████ ██████ documents per requests from G. Fuentes and S. Jakobe (1.4); reviewed documents re providing support for citations in ███████████ section of draft Report (1.4); emailed G. Fuentes, S. Jakobe, and R. Wallace re citations to be added to ███████ section of draft Report (1.5); proofread and edited Report appendix re Lehman's business lines (1.1); proofread and edited ██████████████ appendix re Lehman's ██████████████ (1.8); proofread and edited ████████ appendix re definitions of mortgage products (1.1); proofread and edited █████████ appendix re ██████████████ (1.8); proofread and edited appendix re ██████████ and ████████ usage in ████████████ (1.0); proofread and edited draft Report section on ███████████ (2.0). | 4,847.00 |
|---|---|---|---|---|
| 1/28/10 | CVM | 9.20 | Cite-checked ███████████ section of Report (3.7); added additional Board of Director cites to ███ section of Report (2.0); conferred with A. Kennedy re fiduciary duty law (.2); conferred with K. Hupila re ██████████ s (.1); conferred with A. Alexander re cite-checking (.1); conferred with K. Porapaiboon re cite-checking (.1); conferred with G. Knudsen re ██████████ section cite-checking (.1); edited and circulated draft of ██████████ section (2.8); conferred with ███ ████ re ███████████ section of Report (.1). | 3,404.00 |
| 1/28/10 | DBM | 10.20 | Cite-checked Section 6 of Report re ████████████████ (1.6); proofread Section 6 of Report re ████████████████████████ (2.0); cite-checked same (1.9); proofread Section 6 of Report re ████████ (1.8); cite-checked same (1.6); proofread Section 6 of Report re █████████████ (1.3). | 3,774.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/28/10 | JXP | 13.30 | Cite-checked introduction to September narrative appendix (1.1); cite-checked September 4 of September narrative appendix (.7); cite-checked September 5 of September narrative appendix (1.2); cite-checked September 7 of September narrative appendix (1.1); cite-checked September 9 of September narrative appendix (1.6); cite-checked September 10 of September narrative appendix (1.0); cite-checked September 11 of September narrative appendix (1.8); cite-checked September 12 of September narrative appendix (.9); cite-checked September 13 of September narrative appendix (1.5); cite-checked September 14 of September narrative appendix (1.5); cite-checked September 15 of September narrative appendix (.9). | 4,921.00 |
| 1/28/10 | ACGB | 6.20 | Cite-checked Examiner's Report appendix on ███████ ██████████ (1.3); proofread and cite-checked Examiner's Report section on ███████████████████████████████ (1.5); proofread and cite-checked the section of the Examiner's Report detailing the ████████████ ███████████████████████████ (1.1); proofread and cite-check Examiner's Report section dealing with Duff & Phelps' █████████ ██████████████████████████████ (1.7); responded to I. Dmitrieva's questions about Lehman's ███████████████████████ ██████ (.6). | 2,294.00 |

| 1/28/10 | AHS | 12.00 | Incorporated recently received comments from J. Epstein and T. Newkirk into ███████ analysis section of the Examiner's Report (.9); added additional case law citations to ███████ analysis section (1.7); revised fact citations to include citations to recently completed witness interviews (1.2); revised formatting to conform with Examiner's Report protocol (.4); reviewed text of ███████ analysis section of Examiner's Report for grammatical and typographical errors (1.3); reviewed footnotes of ███████ analysis section of Examiner's Report for grammatical and typographical errors (.8); updated ███████ section of Legal Appendix to conform with recent edits and additions to case law discussed in ███████ analysis section of Examiner's Report (1.5); edited added case law citations to conform with Bluebook standards (.6); reviewed fact section of ███████ section of Examiner's Report related to ███████ investigation (1.1); revised fact section of ███████ section of Examiner's Report related to investigation to conform with facts presented in ███████ analysis section of Examiner's Report (2.5). | 4,440.00 |
| 1/28/10 | TFS | 10.50 | Re-cite-checked analysis section on ███████ for M. Kelly (1.3); scanned the ███████ section of the Report for possible entries to the glossary for M. Devine (2.0); scanned the ███████ section of the Report for possible entries to the glossary for M. Devine (1.9); scanned the ███████ section of the Report for possible entries to the glossary for M. Devine (1.9); scanned the ███████ of the Report for possible entries to the glossary for M. Devine (1.8); consulted the terms and conditions table for entries to include in the glossary (1.6). | 3,885.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/28/10 | RMW | 12.70 | Conferred with G. Fuentes re revisions to ▮▮▮▮ portion of Examiner's Report (2.0); made additional revisions to ▮▮▮▮ portion of Examiner's Report based on conference with G. Fuentes and emailed changes to K. Porapaiboon (1.8); located documents for missing citations in ▮▮▮▮ appendix (1.8); filled-in missing citations in ▮▮▮▮ appendix (2.0); located documents for missing citations in Business Line appendix (1.1); filled-in missing citations in Business Line appendix (1.0); reviewed and revised ▮▮▮▮ of ▮▮▮▮ Appendix to ▮▮▮▮ portion of Examiner's Report and emailed revisions to W. Wallenstein and K. Porapaiboon (.8); reviewed and revised ▮▮▮▮ portion of Examiner's Report and emailed revisions to W. Wallenstein and K. Porapaiboon (.6); reviewed and revised ▮▮▮▮ and ▮▮▮▮ Appendix to ▮▮▮▮ portion of Examiner's Report and emailed revisions to W. Wallenstein and K. Porapaiboon (.8); reviewed and revised ▮▮▮▮ Volumes Appendix to ▮▮▮▮ portion of Examiner's Report and emailed revisions to W. Wallenstein and K. Porapaiboon (.8). | 4,699.00 |
| 1/28/10 | EXL | 14.30 | Cite-checked chronology appendix re ▮▮▮▮ (1.9); cite-checked chronology appendix re ▮▮▮▮ (2.0); cite-checked ▮▮▮▮ Report section re ▮▮▮▮ (1.9); cite-checked ▮▮▮▮ Report section re ▮▮▮▮ (2.0); cite-checked ▮▮▮▮ Report section re ▮▮▮▮ (1.6); cite-checked ▮▮▮▮ Report section re ratings agencies (1.6); cite-checked ▮▮▮▮ section of ▮▮▮▮ appendix section re development of ▮▮▮▮ plans (1.6); cite-checked ▮▮▮▮ section of appendix section re ▮▮▮▮ (.5); revised same (1.2). | 5,720.00 |
| 1/29/10 | DRM | .50 | Worked with M. Kelly and C. Meservy on section of Report dealing with breach of fiduciary duty by ▮▮▮▮ | 425.00 |

LAW OFFICES

Page 313

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | RLM | 4.50 | Read summary of meeting with counsel for █████ (.4); read summary of meeting with █████ and his counsel (.5); corresponded via email re legal analysis (.1); worked on █████ section of Report (2.5); corresponded via email re █████ (.1); telephone conference with S. Ascher re █████ (.3); met with S. Prysak re █████ (.6). | 4,162.50 |
| 1/29/10 | HSS | .50 | Office conferences with S. Prysak re █████ issues and █████ re █████ issues. | 387.50 |
| 1/29/10 | JE | .40 | Reviewed and analyzed two memoranda re interview of █████ and counsel. | 290.00 |
| 1/29/10 | TJC | 3.40 | Reviewed and prepared email correspondence re Report sections and appendices (.5); reviewed and revised draft insert for █████ section of Report (.5); reviewed email correspondence re █████ (.5); reviewed email correspondence re █████ section of Report (.3); reviewed email correspondence re █████ developments (.2); worked on issues re █████ Report and appendices (1.0); reviewed report re █████ meetings (.4). | 2,210.00 |
| 1/29/10 | DWD | 1.20 | Conferred with █████ , re confidentiality issues (.3); reviewed and responded to correspondence re same (.5); reviewed correspondence re revisions to Report (.4). | 930.00 |

LAW OFFICES

Page 314

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | GAF | 4.40 | Reviewed revised introduction and emailed S. Jakobe re proposed edits to same (.5); emailed R. Byman and team members re questions surrounding Appendix 45 developed by W. Wallenstein (.5); emailed team members re issue of ▮▮▮▮▮ appendices missing from those being reviewed by R. Byman (.5); telephone conference with W. Wallenstein and office conference with K. Porapaiboon re process of integrating ▮▮▮▮▮ appendices (.5); reviewed R. Wallace's draft of to-do list items for Report finalization (.3); office conference with R. Wallace re to-do list for Report finalization and editing of appendices (.4); emailed R. Wallace re need to renumber appendices (.2); reviewed list of Duff & Phelps appendix items on ▮▮▮▮ and responded to S. Ascher email re same and re duplicate or additional appendices (.5); prepared email to origination team members re R. Wallace's draft to-do list and items for priority attention over the weekend (.4); reviewed ▮▮▮▮ on draft Report and requested S. Jakobe to confirm ▮▮▮▮ of draft Report (.4); emailed team members re need to review Report ▮▮▮▮ (.2). | 2,596.00 |
| 1/29/10 | SJP | 7.20 | Met with A. Valukas, R. Byman, M. Basil, and ▮▮▮▮ re ▮▮▮▮ re ▮▮▮▮ (2.5); drafted summary of meeting with ▮▮▮▮ (.4); worked on analysis of ▮▮▮▮ against ▮▮▮▮ and reviewed and revised Report section re same (3.5); emails with J. Epstein re same (.5); worked on issues re ▮▮▮▮ document production (.3). | 4,320.00 |
| 1/29/10 | IYD | .30 | Corresponded with A. Ringguth re verifying numbers for section of Team 3 Report discussing ▮▮▮▮ ▮. | 162.00 |
| 1/29/10 | AWV | 5.00 | Reviewed and edited footnotes to ▮▮▮▮ section of Report (2.0); reviewed and edited ▮▮▮▮ to ▮▮▮▮ section of Report (2.0); studied news and third-party reports re ▮▮▮▮ issues (.2); conferred with J&B attorneys re ▮▮▮▮ issues (.3); worked on ▮▮▮▮ issues for Report and confidentiality (.5). | 2,700.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/29/10 | LEP | 6.50 | Revised Legal Appendix (3.1); reviewed █████ (.2); reviewed █████ appendix (3.2). | 3,315.00 |
| 1/29/10 | TCN | 4.70 | Telephone conference with J. Epstein and █████ re revising draft (.6); telephone conference with A. Valukas re █████ issues (.2); reviewed █████ proposed revisions (.4); reviewed █████ arguments re █████ (.8); telephone conference and email exchange with W. Tolbert re same (.2); emailed team re same (.2); telephone conference with S. Prysak re same (.2); telephone conference with M. Basil re █████ issues (.2); reviewed J. Epstein proposed revisions to section (1.6); conferred with team re my comments (.3). | 4,112.50 |
| 1/29/10 | KVP | 8.10 | Arranged for S. Ascher to receive draft Report (.1); met and conferred with W. Wallenstein re status of Report (.5); communicated with G. Fuentes, M. Mason, and R. Wallace re residential real estate section of Report (1.2); communicated with junior associates re document review protocol (.1); proofread Report re █████ (3.3); added citations to Report re █████ (2.6); communicated D. Hutchinson and M. Devine re shepardizing Report (.3). | 4,374.00 |
| 1/29/10 | SLA | 7.00 | Reviewed and revised legal appendix to Report (.5); reviewed and revised Board reporting portion of █████ Report (1.5); reviewed and revised Executive Summary portion of █████ Report (1.0); revised analysis portion of Report (2.5); conferred with J. Malysiak re █████ and status (.3); exchanged emails re citations (.2); reviewed █████ interview memoranda (.2); conferred with P. Trostle re Report (.3); conferred with R. Ziegler re █████ and Board reporting sections of Report (.2); conferred with L. Pelanek re legal research appendix (.3). | 5,425.00 |
| 1/29/10 | EZS | 4.90 | Cite-checked revisions to █████ █████ Chronology section of Appendix to Examiner's Report (1.8); cite-checked revisions to █████ █████ Chronology section of Appendix to Examiner's Report (1.5); cite-checked revisions to █████ █████ Appendix to Examiner's Report (1.6). | 1,960.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | HDM | .30 | Reviewed ████████ follow up memorandum (.1); reviewed ██████ follow up memorandum (.1), and discussed same with M. Basil (.1). | 172.50 |
|---|---|---|---|---|
| 1/29/10 | TEC | 5.90 | Reviewed Lehman's ████████████ (1.9); reviewed Stratify documents re ████████████ (1.9); discussed the Lehman's ████ with A. Taddei of Duff & Phelps (.4); reviewed Duff & Phelps' findings re ██████ (.6); edited and revised the Report to reflect the ██████ (1.1). | 2,183.00 |
| 1/29/10 | JQC | 2.30 | Cite-checked Team 3's section of Report. | 851.00 |
| 1/29/10 | AXA | 7.30 | Collected and emailed latest versions of four appendices to New York (.4); substantively checked citations for final appendices (1.9); edited section of Report on fiduciary duty of ██████████ (1.4); proofread business lines appendix Report (1.4); searched for documents in response to request for citations for events in Lehman chronology (1.4); reviewed Lehman ████████ related references (.8). | 2,701.00 |
| 1/29/10 | MZM | 4.10 | Proofread and edited Report draft appendix re Lehman's business lines (1.8); proofread and edited Report draft appendix re Lehman's ██████ (1.9); emailed G. Fuentes, S. Jakobe, R. Wallace, W. Wallenstein, and K. Porapaiboon re further edits to draft appendices re ██████ issues (.4). | 1,517.00 |
| 1/29/10 | DBM | 5.40 | Cite-checked Section 6 of Report re ████████ (1.5); proofread Section 6 of Report re ████████████ (1.8); cite-checked same (1.7); met with D. Layden, K. Hupila, D. Fenske, J. Zipfel, J. Conley, G. Knudsen and D. Millison re cite-checking Barclays Transaction section of the Report (.4). | 1,998.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | JXP | 1.10 | Reviewed ███ letter re citations (.6); reviewed documents re balance sheet reduction (.5). | 407.00 |
|---|---|---|---|---|
| 1/29/10 | ACGB | .20 | Responded to I. Dmitrieva's questions re Lehman's ██████████████████ (.1); responded to I. Dmitrieva's questions re ██████ (.1). | 74.00 |
| 1/29/10 | AHS | 4.20 | Confirmed, edited, and revised citations to ██████ in most recent draft ██████ section of the ██████ Report (3.3); conducted research re ██████ (.9). | 1,554.00 |
| 1/29/10 | TFS | 10.20 | Cite-checked section 1, ██████████████████ for W. Wallenstein (1.2); cite-checked section 2, ██ of ██ and ██████ Appendix G re ██ and ██ for W. Wallenstein (1.4); cite-checked section 3, ██ of ██ and ██████ Appendix G re ██ for W. Wallenstein (1.8); cite-checked section 4 ██ of ██ and ██████ Appendix G re ██ for W. Wallenstein (1.2); scanned the ██████ portion of the Report for entries to the glossary to the Report for M. Devine (1.5); continued scanning the clearing portion of the Report for entries to the glossary to the Report for M. Devine (2.0); scanned the bankruptcy law portion of the Report for terms to include in the glossary (1.1). | 3,774.00 |
| 1/29/10 | RMW | 7.70 | Reviewed and revised ██████ appendix (1.8); cite-checked ██████ appendix (2.0); reviewed and revised Business Line appendix (1.2); cite-checked Business Line appendix (1.9); conferred with G. Fuentes, K. Porapaiboon and W. Wallenstein re outstanding issues on appendices (.5); drafted outstanding issues list and emailed it to G. Fuentes (.3). | 2,849.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | EXL | 4.90 | Reviewed documents ███████████████ ████████████ with Lehman (1.7); reviewed documents produced by ████████████████████ (1.9); reviewed documents produced by ███████████ ██████████ (.5); cite-checked Report section re █████ (.8). | 1,960.00 |
|---|---|---|---|---|
| 1/30/10 | HSS | .50 | Office conference with S. Prysak re ██████████ issues and possible claims re ██████ issues. | 387.50 |
| 1/30/10 | TJC | 3.10 | Reviewed proposed revisions to Report re █████ issues (.3); worked on same (.5); reviewed and prepared email correspondence re ██████ section of Report (.4); reviewed materials re same (.4); reviewed and prepared email correspondence re █████████ (.3); reviewed and prepared multiple email messages re legal appendix (.7); worked on issues re factual research (.5). | 2,015.00 |
| 1/30/10 | GAF | 2.50 | Participated in team telephone conference re status of Report and appendix finalization (.5); emails with W. Wallenstein and S. Ascher re ████████████ materials contained within edited ███████ and business lines appendix (.5); emailed R. Wallace and S. Jakobe re need to review ██████ and business lines appendices for ███████████ appendices that were not included (.5); telephone conference with W. Wallenstein re need to include █████████ definition discussion in appendices and form of Duff & Phelps appendices concerning ███████████s (.4); emailed S. Jakobe and R. Wallace re steps necessary for inclusion of definitional appendix in ████████ appendix (.3); reviewed and responded to M. Mason email re discussion of ██████████ in draft Report (.3). | 1,475.00 |
| 1/30/10 | SJP | 5.00 | Conference call with S. Ascher, et al. re finalizing Report (.6); worked on proofreading and revising Report (3.5); worked on issues re █████████ documents (.3); reviewed additional documents produced by Debtor re █████████ issues (.6). | 3,000.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | IYD | .50 | Participated in telephone conference with S. Ascher, W. Wallenstein, K. Porapaiboon, S. Prysak and S. Jacobs re final editing of Team 3 Report. | 270.00 |
|---|---|---|---|---|
| 1/30/10 | AWV | 8.00 | Reviewed and edited ███████ section of draft Report (1.5); reviewed and edited J&B associate C. Warren's suggested edits to ███████ section of draft Report (3.0); conferred with J&B attorneys re tasks for draft Report, appendices and legal research (.8); reviewed and edited ██████ appendix to Report (2.5); studied news and third-party reports re ███████ issues (.2). | 4,320.00 |
| 1/30/10 | LEP | 6.10 | Revised Legal appendix, ██████████ (.6); revised Legal appendix, ████ (.4); revised Legal appendix, █████ ██████████ (2.0); revised ████████ (1.3); revised ████████ section of ███████ Report (.3); revised bankruptcy section of ██████ Report (1.5). | 3,111.00 |
| 1/30/10 | SSJ | 5.40 | Reviewed revised introduction and ███████████ and drafted memoranda to G. Fuentes re same (.8); reviewed and revised draft appendices and drafted correspondence re same (1.8); reviewed and revised draft Report (2.0); drafted correspondence to M. Mason and R. Wallace re outstanding projects related to finalizing Report (.3); telephone conference with Team 3 re finalizing Report (.5). | 2,916.00 |
| 1/30/10 | KVP | 15.00 | Telephone conference with S. Ascher, J. Malysiak, and other members of team re remaining open items (.6); telephone conferences with W. Wallenstein re appendices (.4); telephone conferences with S. Ascher re same (.2); telephone conferences with O. Jafri re ██ ██████ statements (.3); reviewed documents re same (1.1); edited ███ section of Report (1.9); proofread same (1.8); drafted summary of outstanding appendices (1.5); reviewed new numbers suggested by Duff & Phelps re ████████████ (1.6); reviewed edits to ████████ █████ section of Report and the associated appendices (1.8); coordinated cite-checking among junior associates (1.6); summarized how each appendix should be constructed (1.4); reviewed results of shepardizing Report (.5); checked that R. Byman edits had been inputted into document (.3). | 8,100.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | SLA | 7.50 | Revised description of business appendix to ▉ Report (1.5); revised ▉▉▉▉ section of Report (2.0); revised ▉▉ section of Report (1.0); revised analysis section of ▉ Report (1.0); reviewed appendices to ▉ Report, exchanged emails, and conference with W. Wallenstein and K. Porapaiboon re same (1.5); conferred with J. Malysiak, K. Porapaiboon, W. Wallenstein, S. Prysak, G. Fuentes, S. Jakobe, and I. Dmitrieva re revisions to ▉ Report (.5). | 5,812.50 |
|---|---|---|---|---|
| 1/30/10 | EZS | 10.30 | Reviewed citation format and revised citations in Narrative of ▉▉▉▉ Appendix (1.1); cite-checked revised evolution section of ▉▉ section of final draft of ▉▉▉▉ chapter of Examiner's Report (1.6); cite-checked revised ▉▉ section of final draft of ▉▉▉▉ chapter (2.4); cite-checked revised section of ▉▉ section of ▉▉▉▉ chapter (2.0); cite-checked revised section of final draft of ▉▉▉▉ chapter (2.0); cite-checked revised ▉▉ of assets section of ▉▉ section of final draft of ▉ chapter (1.2). | 4,120.00 |
| 1/30/10 | TEC | 14.00 | Line-edited the ▉▉ Exclusion section of the ▉▉ Appendix to the Report (1.9); line-edited the footnotes in the ▉▉ Exclusion section of the ▉▉▉ Appendix (1.9); form-checked the footnotes in the ▉▉ section of the ▉▉ Appendix (1.7); substantively cite-checked the citations in the ▉▉▉ section of the ▉▉▉ Appendix to the Report (1.9); line-edited the Cause of ▉▉▉ Increase section of the ▉▉▉ Appendix to the Report (1.9); line-edited the footnotes in the ▉▉ ▉▉ section of the ▉ Appendix (1.5); form-checked the footnotes in the ▉▉ section of the ▉ Appendix (1.3); substantively cite-checked the citations in the ▉▉ section of the ▉▉▉ Appendix to the Report (1.9). | 5,180.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/30/10 | JQC | 3.20 | Researched Team 3 issue re ███████ regulatory requirements. | 1,184.00 |
| 1/30/10 | AXA | 14.70 | Substantively checked citations for business line appendix (1.8); line edited ███████ appendix re drivers of ███████ (1.9); substantively checked footnote citations of ███████ ███ sections of appendices (1.5); reviewed newly produced documents from folder containing 5000 documents for relevance to Team 3 issues (2.0); reviewed newly produced documents from near-duplicates folder for relevance to Team 3 issues (2.0); searched for documents related to ███████ limit breaches (.6); drafted and emailed summary of new document contents (.6); proofread appendix re ███████ (1.3); revised appendix re drivers of ███████ (1.9); checked citations in new business lines appendix for conformity with citation protocol (1.1). | 5,439.00 |
| 1/30/10 | OJ | 2.50 | Reviewed documents re ███████ ███████ about ███████ (1.2); cite-checked and proofread section on ███████ for the Examiner's Report (1.3). | 925.00 |
| 1/30/10 | ADK | 12.00 | Researched ███████ ███████ (1.1); researched standard of ███████ (.7); researched ███████ (1.4); researched ███████ (.5); checked citations in ███ section of Appendix to the Examiner's Report (1.9) checked accuracy of citations in portion of Appendix to the Examiner's Report re ███████ (1.8); line edited portion of ███████ Appendix to Examiner's Report re ███ (1.2); corrected form of citations in ███████ sections to Appendix to the Examiner's Report (1.8); reviewed documents identified in ███████ sections of ███ ███████ Appendix to the Examiner's Report to ensure accuracy (1.6). | 4,440.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/30/10 | MZM | 7.90 | Reviewed Report draft section on ███████ re checking for possible hearsay statements from witnesses per request from G. Fuentes and S. Ascher (1.4); proofread and edited Report draft appendix re Lehman business lines per request from S. Jakobe (1.8); proofread and edited Report draft appendix re ███████ per integration by W. Wallenstein (2.0); proofread and edited Report draft section re analysis of fiduciary duty claims (1.9); emailed G. Fuentes, S. Jakobe, R. Wallace, and W. Wallenstein re inclusion of ███████ sections of appendices (.8). | 2,923.00 |
| 1/30/10 | JXP | 5.90 | Edited ███████ sections with ███████ edits (1.2); cite-checked executive summary of ███████ section of Report (2.0); cite-checked introduction of ███████ section of Report (1.8); proofread executive summary of ███████ section of Report (.9). | 2,183.00 |
| 1/30/10 | ACG B | 4.20 | In response to feedback received from Duff & Phelps and M. Hankin, drafted email to M. Hankin related to ███████ (2.6); at request of I. Dmitrieva, searched on Case Logistix for documents cited in Report that have not yet been located for cite-checking purposes (.7); at request of A. Sapp, cite-checked edited section of Report relating to ███████ against ███████ (.9). | 1,554.00 |
| 1/30/10 | AHS | 10.70 | Confirmed, edited, and revised citations to witness interviews in the ███████ section of the Examiner's Report (5.7); reviewed ███████ documents recently uploaded to Case Logistix (2.9); drafted email summary re same (.4); confirmed, edited, and revised law citations in ███████ analysis of ███████ section of the Examiner's Report (1.7). | 3,959.00 |
| 1/30/10 | TFS | 6.20 | Continued to cite-check ███████ and ███████ Appendix G, re ███████ for W. Wallenstein (2.6); continued to compile and edit entries to the glossary to the Report for M. Devine (3.6). | 2,294.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | RMW | 5.20 | Proofread and revised ███████████ section of fiduciary duty portion of Examiner's Report and emailed revisions to M. Mason for consolidated mark-up (1.0); proofread and revised ████████ section of fiduciary duty portion of Examiner's Report and emailed revisions to M. Mason for consolidated mark-up (1.5); proofread and revised ███████ section of fiduciary duty portion of Examiner's Report and emailed revisions to M. Mason for consolidated mark-up (1.1); proofread and revised ██████████ section of fiduciary duty portion of Examiner's Report and emailed revisions to M. Mason for consolidated mark-up (1.1); reviewed appendices to determine which portion of ███████████ information was not included and emailed findings to S. Jakobe (.5). | 1,924.00 |
|---|---|---|---|---|
| 1/30/10 | EXL | 1.00 | Reviewed ███████████ production re ██████████████████████. | 400.00 |
| 1/30/10 | DEH | 3.80 | Reviewed sufficiency of case law in ████████ section of the Examiner's Report, and edited citations and text re the same. | 1,235.00 |
| 1/31/10 | RLM | 1.00 | Corresponded via email re Report (.5); met with L. Pelanek re ██████████ section of Report (.2); met with S. Prysak re ████████ (.3). | 925.00 |
| 1/31/10 | TJC | 7.10 | Reviewed and prepared email correspondence re next steps (.3); revised portions of legal appendix (4.6); met with L. Pelanek re same (.3); revised interview memorandum (1.0); reviewed further email correspondence re Report (.3); conferred by email with D. Murray re colorable analysis (.3); reviewed materials re legal appendix (.3). | 4,615.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/31/10 | GAF | 3.80 | Emailed M. Mason and S. Jakobe re proposed changes to discussion of ██████████████████████████ reviewed proposed changes re same (.5); reviewed M. Mason email re problem with sequence of narrative in ████████████ discussion in appendix (.1); reviewed S. Jakobe's proposed revisions to text in ██████████ section of appendix (.3); reviewed J. Malysiak emails re Report format issues and timing of submission of tables of contents for Report and appendices (.2); conducted initial review of Report draft as returned for editing by R. Byman (.9); email to team re initial impressions from review of R. Byman Report draft and directives for further review and editing of Report, deadlines, and instructions for S. Jakobe, M. Mason, and R. Wallace to complete editing of Report (.7); emailed M. Mason and R. Wallace re directions for completing edits to origination-related appendices (.3); emailed M. Devine re status of lists of appendices from ██████████ ████████ investigation (.1); emailed S. Jakobe to confirm status of cite-checking footnotes to ensure authoritativeness of citations to ██████████████ ████████████ (.2); emailed M. Mason ██████████████████████████████████ ████████████████████████████████ and reviewed M. Mason email re same (.5). | 2,242.00 |
| 1/31/10 | SJP | 6.50 | Worked on analysis of ████████████ against ████████ ██████ (1.0); conferred with A. Valukas, R. Byman, M. Basil, and S. Biller re same (.5); telephone conference with ██████████ re same (.2); edited and proofread ████████████████████ portions of Report (2.0); edited and proofread ██ portions of Report (2.0); reviewed draft introduction to Report (.5); emailed J. Epstein, et al. re ██████████ issues (.3). | 3,900.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | AWV | 9.20 | Reviewed and edited J&B associate E. Schwab's edits to ▮▮▮ section of ▮▮▮ section of draft appendix (3.5); reviewed and edited ▮▮▮ appendix to Report (2.0); reviewed and edited J&B associate C. Warren's suggested edits to Report (2.0); conferred with J&B attorneys re ▮▮▮ issues (.5); conferred with J&B attorneys re tasks for draft Report, appendices and legal research (.5); reviewed E. Liebschutz's research ▮▮▮ section (.3); studied news and third-party reports re ▮▮▮ issues (.2); reviewed and responded to J&B attorneys' questions re ▮▮▮ (.2). | 4,968.00 |
| 1/31/10 | LEP | 13.30 | Revised Legal appendix, ▮▮▮ (1.7); revised Legal appendix, ▮▮▮ (1.7); revised introduction of ▮▮▮ Report (.4); revised ▮▮▮ section of Report (.7); revised ▮▮▮ section of Report (.2); revised ▮▮▮ section of Report (1.4); revised ▮▮▮ section of Report (.9); revised offerings section of ▮▮▮ Report (1.1); revised ▮▮▮ section of ▮▮▮ Report (1.7); revised Barclays section (.4); revised ▮▮▮ section (1.2); revised bankruptcy section of ▮▮▮ Report (1.3); drafted inserts for ▮▮▮ appendix (.6). | 6,783.00 |
| 1/31/10 | SSJ | 3.80 | Reviewed and edited draft Report sections related to ▮▮▮ and drafted correspondence to G. Fuentes re same (2.9); reviewed and revised appendices and drafted memoranda to R. Wallace and M. Mason re same (.9). | 2,052.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | KVP | 16.10 | Edited facts section re ███ in Report (1.7); edited ███ ███████ appendix (1.9); edited residential section of Report to reflect suggestions of G. Fuentes, M. Mason, and R. Wallace (1.9); proofread █████ section of the Report (1.8); assigned cite-checking to junior associates (.8); inputted changes submitted by S. Ascher (1.5); edited draft to reflect Duff & Phelps' ████████ (1.3); communicated with J. Malysiak and Word Processing re status of documents (.3); edited Report to ████ ████ (1.1); edited headings of Report (.3); proofread ███ charts in Report and communicated with Duff & Phelps re changes to same (.5); evaluated and inputted edits suggested by junior associates (1.8); telephone conferences with team re same (1.2). | 8,694.00 |
| 1/31/10 | SLA | 7.00 | Conference with K. Porapaiboon (.2); revised executive summary to draft ███ section of Report (2.0); revised analysis section of draft ███ section of Report (2.5); revised second half of 2007 section of Report (1.3); reviewed and revised appendices (.4); conferred with A. Valukas and R. Byman re draft Report (.6). | 5,425.00 |
| 1/31/10 | EZS | 10.70 | Cite-checked revised █████████████████████ section of final draft of ███████ chapter of Examiner's Report (1.5); cite-checked revised ███████████████ section of final draft of ██████ chapter (1.4); cite-checked ████████████ section of Team 3 section of Examiner's Report for M. Basil and S. Biller (2.0); cite-checked ████████████████████ section of Team 3 section of Examiner's Report for M. Basil and S. Biller (2.0); cite-checked ███████ ████████████ section of Team 3 section of Examiner's Report for M. Basil and S. Biller (1.5); cite-checked ███████████████████████ section of Team 3 section of Examiner's Report for M. Basil and S. Biller (1.8); reviewed cite-checking annotations for clarity and consistency (.5). | 4,280.00 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | TEC | 8.80 | Line-edited the ███████████████████ Appendix to the Report (1.9); line-edited the footnotes in the ███████████████████ Appendix (1.9); form-checked the footnotes in the ███████████ (1.7); substantively cite-checked the citations in the ██████████ Appendix to the Report (1.9); proofread the ████████ Appendix to the Report (1.4). | 3,256.00 |
| 1/31/10 | AXA | 12.30 | Substantively checked citations for ████████ appendix of Report (1.9); ███████ of Report (1.8); researched ███████ (1.8); substantively cite-checked chronology (2.0); cite-checked chronology to conform to citation protocol (1.4); blue book cite-checked ████████ appendix (1.5); line edited ████ section of ██ section of Report (1.9). | 4,551.00 |
| 1/31/10 | OJ | 11.90 | Reviewed appendix on ████████ (1.8); edited statements re ██ and █████ in the ████ appendix (1.9); edited statements re ██ and █████ ██████████ appendix (1.9); proofread and cite-checked section on Board involvement in the ████████ appendix (1.7); proofread and cite-checked section on ████████ incentives (1.6); corrected page references in footnotes for the ████████ appendix (2.0); inserted S. Ascher's edits to the ████████ appendix (1.0). | 4,403.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | ADK | 13.00 | Reviewed form of citations in section of ▆ Appendix to Examiner's Report re ▆▆▆▆ (1.7); researched ▆▆▆ section of ▆▆▆▆ Appendix to Examiner's Report (1.8); edited citations in ▆▆▆ section of ▆ ▆▆▆ Appendix to the Examiner's Report incorporating the results of research (1.9); met with K. Porapaiboon to discuss edits to citations in ▆ Appendix to the Examiner's Report (.2); researched ▆▆▆▆▆ (.5); reviewed citations in introduction to ▆▆▆ Section of the Examiner's Report (1.8); line edited introduction to ▆▆▆ Section of the Examiner's Report (1.8); reviewed citations in final days Narrative Appendix to the Examiner's Report (1.7); line edited final days Narrative Appendix to the Examiner's Report (1.6). | 4,810.00 |
| 1/31/10 | MZM | 6.80 | Reviewed documents re providing support for citations in ▆▆▆▆ sections of draft appendices (1.7); emailed G. Fuentes, S. Jakobe, and R. Wallace re citations to be added to ▆▆▆ sections of draft appendices (1.0); proofread and edited Report appendix re Lehman's ▆▆▆ (2.0); proofread and edited Report appendix re estimated losses from Lehman's ▆▆▆ positions (1.6); proofread and edited Report appendix re losses from ▆▆ (.5). | 2,516.00 |
| 1/31/10 | CVM | 6.60 | Cite-checked ▆ Appendix section of Report (3.5); reviewed Board citations re materiality (2.9); reviewed ▆▆▆ follow-up interview notes (.2). | 2,442.00 |
| 1/31/10 | JXP | 10.30 | Cite-checked ▆▆▆▆ section of Report (2.0); cite-checked Lehman's calculation of ▆▆▆ ▆ section of Report (1.7); cite-checked decision to ▆▆▆ section of Report (1.5); cite-checked ▆▆▆ section of Report (1.8); cite-checked ▆▆▆ section of Report (1.6); cite-checked ▆▆▆ section of Report (1.7).. | 3,811.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | ACG B | 4.60 | Responded to S. Ascher's questions about ▐▐▐ (.6); responded to S. Ascher's questions about ▐▐▐ (.5); edited section of Examiner's Report on ▐▐▐ based on feedback received from S. Ascher (1.4); responded to Duff & Phelps comments ▐▐▐ in Examiner's Report (2.1). | 1,702.00 |
| 1/31/10 | AHS | 10.40 | Revised facts section in ▐▐▐ section of Report to conform with facts presented in analysis section (5.6); reviewed D. Murray's edits to ▐▐▐ analysis section (.8); reviewed introduction of ▐▐▐ section to ensure statements agreed with ▐▐▐ analysis section (1.2); conducted searches on stratify for documents related to ▐▐▐ (1.0); reviewed case law re ▐▐▐ (1.3); drafted email re proposed changes to ▐▐▐ analysis section (.5). | 3,848.00 |
| 1/31/10 | TFS | 10.80 | Cite-checked section 5 of ▐▐▐ and Appendix G re ▐▐▐ for W. Wallenstein (1.2); cite-checked section 6 of ▐▐▐ and Appendix G re ▐▐▐ for W. Wallenstein (1.4); edited entries to the glossary to the Report for M. Devine (2.0); added entries to the glossary from defined terms found in the Report (1.9); prepared draft of glossary for M. Devine (1.8); compared edits to glossary from R. Lewis to edits already made (.9); incorporated edits to glossary from R. Lewis (1.6). | 3,996.00 |
| 1/31/10 | RMW | 7.10 | Reviewed and revised ▐▐▐ appendix (1.8); cite-checked ▐▐▐ appendix (2.0); reviewed and revised Business Line appendix (1.0); cite-checked Business Line appendix (1.9); located and provided citations to certain facts in ▐▐▐ portion of Examiner's Report per S. Jakobe's request (.4). | 2,627.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | EXL | 6.90 | Searched for recent news about ███████ ████████ (3.1); cite-checked ███████ section of Report (3.0); drafted summary of recent ████████ (.8). | 2,760.00 |
| | | 3,889.50 | PROFESSIONAL SERVICES | 1,848,997.50 |

MATTER TOTAL          $ 1,848,997.50          LESS DISCOUNT          -184,899.75

NET PROFESSIONAL SERVICES                    1,664,097.75

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | INTERCOMPANY TRANSACTIONS | MATTER NUMBER - 10063 |
|---|---|---|---|---|
| 1/01/10 | HDM | 4.20 | Communicated with I. Fradkin re cash and ██████ drafting issues (.2); reviewed materials re ██████ (1.6) and transfers outside ██████ (.6); reviewed ██████ (1.8). | 2,415.00 |
| 1/01/10 | SEB | 4.20 | Revised ██████ Report (1.7); drafted legal claims against ██████ and ██████ (1.0); reviewed ██████ key documents (1.0); reviewed revised Introduction to Examiner's Report and wrote M. Basil re edits and comments on same (.5). | 1,554.00 |
| 1/01/10 | MLS | 2.80 | Continued finding supporting documentation for text and revising text and footnotes for ██████ Overview Draft Report for E. McKenna. | 1,036.00 |
| 1/01/10 | IF | 5.60 | Reviewed and revised draft ██████ narrative based on comments from Duff & Phelps (3.4); reviewed and revised ██████ narrative based on comments from Duff & Phelps (2.2). | 2,492.00 |
| 1/02/10 | KF | 3.90 | Reviewed and edited ██████ draft of Examiner's Report and conferred with J. D'Almeida of Duff & Phelps re edits (3.8); emailed with M. Hankin re Report (.1). | 1,560.00 |
| 1/02/10 | HDM | 6.00 | Discussed status of ██████ draft with M. Lightner and reviewed same (1.6); reviewed Team edits to ██████ Report (1.2); drafted comments to ██████ narrative (.3); drafted comments to ██████ narrative (1.4); drafted list of SIPA Trustee discussion points re same (.3); drafted additional document requests re same (1.2). | 3,450.00 |
| 1/02/10 | SEB | 2.60 | Analyzed claims against ██████ and wrote on same for Examiner's ██████ Report. | 962.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/02/10 | MLS | 6.70 | Updated supporting documentation and revised text and footnotes in the ▮▮▮▮▮▮▮ Overview Draft Report for E. McKenna re ▮▮▮▮▮▮▮ (1.9); updated supporting documentation and revised text and footnotes in the ▮▮▮▮▮▮▮ Overview Draft Report for E. McKenna re ▮▮▮▮▮▮▮ (1.6); analyzed Lehman documents and materials ▮▮▮▮▮▮▮ (1.4); analyzed Lehman documents and materials, ▮▮▮▮▮▮▮ (1.8). | 2,479.00 |
| 1/02/10 | IF | 9.20 | Participated in conference call with Duff & Phelps re draft ▮▮▮▮▮▮▮ narrative (.8); reviewed and revised ▮▮▮▮▮▮▮ narrative based on comments from Duff & Phelps (3.2); drafted discussion of ▮▮▮▮▮▮▮ (2.5); reviewed citations in ▮▮▮▮▮▮▮ draft for completeness (1.8); reviewed ▮▮▮▮▮▮▮ narrative for discussion with H. McArn (.9). | 4,094.00 |
| 1/02/10 | MAL | 6.10 | Reviewed extensive email from M. Kresslein re ▮▮▮▮▮▮▮ (.3); reviewed master document and prepared consistency suggestions (.5); conferred with H. McArn re status of ▮▮▮▮▮▮▮ (.3); reviewed ▮▮▮▮▮▮▮ draft (2.0); reviewed ▮▮▮▮▮▮▮ draft (3.0). | 2,440.00 |
| 1/02/10 | EPB | 3.50 | Reviewed J. Pimbley edits to ▮▮▮▮▮▮▮ section (.4); emailed M. Hankin re J. Pimbley edits (.2); edited ▮▮▮▮▮▮▮ draft (1.5); edited ▮▮▮▮▮▮▮ document (1.4). | 1,295.00 |
| 1/03/10 | SKS | 2.50 | Provided written response to P. Marcus comments to executive summary of ▮▮▮▮▮▮▮ draft and forwarded same to M. Hankin. | 1,350.00 |
| 1/03/10 | JJM | .70 | Drafted and revised portion of Examiner's Report concerning the ▮▮▮▮▮▮▮ (.4); emailed E. Fairweather of Duff & Phelps re same (.3). | 406.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/03/10 | AXK | 1.10 | Reviewed suggested changes to section of Examiner's Report concerning ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ from H. McArn of J&B. | 489.50 |
|---------|-----|------|---|-------|
| 1/03/10 | HDM | 8.20 | Reviewed data collected on ▮▮▮▮▮ ▮▮▮▮▮▮▮ (2.4), and discussed same with M. Hankin (.1), and I. Fradkin (.3); drafted additional data request to LBI re same (.2); reviewed and edited ▮▮▮ draft (.5), and discussed both with I. Fradkin (1.5); reviewed and edited ▮▮▮▮▮▮ draft (3.0), and communicated with J. Molenda and A. Kopelman re same (.2). | 4,715.00 |
| 1/03/10 | TMW | 1.20 | Edited ▮▮▮ analysis ▮▮▮▮▮ subsection of Report. | 444.00 |
| 1/03/10 | IF | 17.00 | Met with H. McArn to discuss revisions to cash draft and questions for ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.5); participated in telephone conference with H. McArn re drafting progress (.2); revised Lehman ▮▮▮▮▮ narrative based on comments from Duff & Phelps (4.0); reviewed Duff & Phelps analysis of ▮▮▮▮▮ (4.0); created chart listing ▮▮▮▮▮ ▮▮▮▮▮▮▮ (4.0); revised draft ▮▮▮▮▮▮ narrative based on comments from H. McArn (2.8); reviewed draft narratives for discussion with H. McArn and M. Basil (.5). | 7,565.00 |
| 1/03/10 | MAL | 5.60 | Reviewed and edited section of Examiner Report on ▮▮▮▮▮ and provided comments and feedback (3.2); met with M. Hankin re status of ▮▮▮▮▮▮ (1.1); revised ▮▮▮▮▮ analysis section of Report (1.3). | 2,240.00 |
| 1/03/10 | EPB | 5.80 | Reviewed ▮▮▮▮▮▮ draft (.5); edited ▮▮▮▮▮ draft per M. Lightner and J. Pimbley edits (2.8); conferred with M. Hankin re drafts (.3); edited ▮▮▮▮▮ draft (.5); edited ▮▮▮▮▮ (1.7). | 2,146.00 |
| 1/04/10 | DRM | .50 | Telephone conference with M. Hankin re preparation of next draft of ▮▮▮▮▮ portion of Report and issues related thereto. | 425.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/04/10 | MDB | .30 | Conferred with S. Biller numerous times re ████ draft Report. | 180.00 |
|---|---|---|---|---|
| 1/04/10 | EXM | 10.80 | Participated in Team 2 weekly conference call (.2); drafted Report section on overview of ████ ████ (4.7); reviewed Duff & Phelps' ████ (3.6); reviewed interview binder documents for all witnesses related to ████ ████ to generate additional document citations for section of Report on ████ ████ (2.3). | 3,402.00 |
| 1/04/10 | SKS | 7.50 | Telephone conferences with M. Hankin and P. Marcus of Duff & Phelps re comments and revisions to ████ section of Report (1.7); telephone conference with M. Hankin and S. Fliegler of Duff & Phelps re Duff & Phelps comments re ████ and other edits (.7); reviewed Lehman ████ (.4); revised ████ section per Duff & Phelps comments re ████ (.7); revised ████ section per M. Hankin and Duff & Phelps comments re ████ (.8); revised ████ section re ████ (1.6); performed proofreading, cite-filling and cite-checking edits upon ████ section for inclusion into final draft Report for Examiner (1.6). | 4,050.00 |
| 1/04/10 | CEB | 7.10 | Reviewed comments by H. McArn and M. Basil to ████ section of Examiner's Report (1.6); revised introduction to ████ section of Examiner's Report (1.9); revised ████ section of ████ Report (1.8); discussed edits to ████ section of Examiner's Report with H. McArn (.6); revised and edited ████ ████ section of ████ Report (1.2). | 3,159.50 |

LAW OFFICES

Page 335

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/04/10 | KF | 7.40 | Reviewed interview outline for ▮▮▮▮ (.5); reviewed documents sent by Duff & Phelps re ▮▮▮▮ interview, ▮▮▮▮▮▮▮▮▮▮▮▮ and general documents for ▮▮▮▮ section of the Report (3.1); emailed with J. D'Almeida and M. Hankin re ▮▮▮▮ (.3); edited and drafted ▮▮▮▮ section of Examiner's Report (3.5). | 2,960.00 |
| 1/04/10 | JJM | 14.60 | Drafted and revised introduction to portion of Examiner's Report concerning ▮▮▮▮▮ and ▮▮ (1.4); conferred with H. McArn re same (.2); revised sections re severance payments to ▮▮▮ (1.9) and S. Butler (1.4) for ▮▮▮▮▮ portion of Report; reviewed ▮▮▮▮ documents as part of drafting sections re ▮▮▮▮ (1.5) and ▮▮▮ (1.9) for ▮▮▮ portion of Report; revised ▮▮▮ section (1.7) and applicable legal standards section (1.7) for ▮▮▮▮ portion of Report; conferred with A. Kopelman re same (.2); drafted ▮▮▮▮▮▮▮▮▮ portion of Report (2.0); drafted and revised portion of Examiner's Report concerning ▮▮▮▮▮ ▮▮▮, and prepared email to E. Fairweather of Duff & Phelps re same (.7). | 8,468.00 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/04/10 | AXK | 12.60 | Reviewed materials from E. Fairweather of Duff & Phelps re ███████████████ (.8); continued review of suggested changes to section of Examiner's Report concerning ██████████████ ████████████ payments from H. McArn of J&B (1.2); conferred with H. McArn re same (1.0); conferred with J. Molenda of J&B re same (1.3); further revised same in light of discussions with H. McArn and J. Molenda of J&B (1.7); reviewed materials from T.C. Fleming of Duff & Phelps re determination of ██████ ████████████████████████ and conferred with T.C. Fleming of Duff & Phelps re same (1.3); conferred with H. McArn of J&B re same (.3); conferred with J&B paralegals and Duff & Phelps personnel re supporting documents for same (1.8); fact cite-checked same (1.9); drafted memorandum of interview of former Lehman employee interviewed for section of Examiner's Report concerning ██████ issues (1.3). | 5,607.00 |
| 1/04/10 | MZH | .70 | Telephone conference with ████████████ ████████ re production of documents (.1); telephone conference with ████████████. re same (.1); telephone conference with D. Murray re ████████████████ ████████ (.5). | 525.00 |
| 1/04/10 | HDM | 5.30 | Communicated with R. Byman re chambers conference (.1); communicated with chambers re same (.1); met with M. Hankin re ████████████ draft Report (.2); redrafted ████████████ draft Report (1.5); communicated with C. Bell re ████████ draft Report (.2), and continued to edit and circulate edits of same to Duff & Phelps (2.0); communicated with I. Fradkin re Duff & Phelps ████████████ (.2), and reviewed same (.7); reviewed revised ████████████ (.2); drafted daily report (.1). | 3,047.50 |
| 1/04/10 | SEB | .40 | Reviewed Duff & Phelps Report on ████████████. | 148.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/04/10 | TAP | 12.00 | Reviewed and revised discussion of Lehman's ███████████████████ (1.0); revised discussion of Lehman's ███████████ (2.9); revised draft Report re ███████████████ to incorporate comments from team leaders (4.0); revised discussion of ██████████████████████████ (2.0); participated in conference with Duff & Phelps and I. Fradkin re Lehman ███████████████ (.6); participated in discussion with ███████████████████ (.5); participated in meeting with I. Fradkin re drafting progress with respect to ████████████ (1.0). | 5,340.00 |
|---|---|---|---|---|
| 1/04/10 | IF | 15.90 | Reviewed and revised ████████ narrative based on comments from H. McArn and M. Basil (4.0); reviewed and revised discussion of Lehman ██████ ██████████ based on comments from H. McArn and M. Basil (3.8); reviewed and edited draft Team 2 narrative for submission to Examiner (3.5); revised analysis of the ███████████████ (2.5); participated in conference with Duff & Phelps and T. Phillibert re Lehman ██████████████ (.6); participated in discussion with LBI trustee re Lehman ███████████████ (.5); participated in meeting with T. Phillibert re drafting progress with respect to ███████████ drafts (1.0). | 7,075.50 |
| 1/04/10 | MAL | 7.70 | Continued to revise and draft ██████████ ████ section of Examiner Report based on findings provided by Duff & Phelps analysts (6.5); conferred with M. Kresslein (several times) re status of ████ ████████████████ (.4); conferred with H. McArn (several times) re ████████████ (.4); conferred with T.C. Fleming re ████████████ (.2); conferred with A. Allen re ████████ issues (.2). | 3,080.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 338

| 1/04/10 | EPB | 10.70 | Conferred with M. Hankin re ▮▮▮ interview and drafts (.2); reviewed Duff & Phelps draft interview outline (.5); conferred with L. Wang re documents for ▮ ▮▮▮ interview (.4); reviewed Duff & Phelps ▮▮▮ draft (2.0); edited ▮▮▮ draft (2.0); edited ▮▮▮ draft (.6); conferred with L. McLoughlin re ▮▮▮ (.1); conferred with J. D'Almeida re ▮▮▮ (.9); prepared documents for interview (1.8); conferred with M. Hankin and M. Vitti re preparation for ▮▮▮ interview (.2); consolidated ▮▮▮ sections into single document (1.3); conferred with M. Hankin re Debtor ▮▮▮ section (.2); edited Debtor ▮▮▮ section (.3); conferred with M. Lightner re Debtor ▮▮▮ section (.2). | 3,959.00 |
| 1/04/10 | LEW | 8.80 | Communicated with E. Brown re upcoming ▮▮▮ witness interview (.4); reviewed outline of ▮▮▮ witness interview (.8); pulled documents referenced in same in anticipation of upcoming witness interview (2.8); prepared documents re ▮▮▮ for review by E. Brown (2.8); communicated with Z. Saeed, M. Vitti, and E. Brown re revisions to ▮▮▮ documents and organized revisions to same (2.0). | 1,408.00 |
| 1/05/10 | DRM | .70 | Telephone conference with M. Lightner re portion of draft on ▮▮▮ and next steps (.3); further telephone conference with M. Lightner re preparation of draft on ▮▮▮ confronted by Examiner and Duff & Phelps (.2); telephone conference with M. Hankin re form of Report to be incorporated on ▮▮▮ (.2). | 595.00 |
| 1/05/10 | MDB | 1.70 | Conferred with S. Biller numerous times re ▮▮▮ draft Report (.5); reviewed Duff & Phelps memorandum re ▮▮▮ (.4); conferred with A. Valukas and S. Biller re ▮▮▮ draft Report (.2); reviewed A. Valukas comments to ▮▮▮ draft Report (.5); reviewed J&B teams' daily summaries (.1). | 1,020.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 339

| 1/05/10 | EXM | 11.90 | Drafted Report section on history of Lehman's ███████████████ (5.5); drafted Report section on ███████████████ (3.0); reviewed Duff & Phelps' ███████ (1.2); drafted Report section on ███████████ (2.2). | 3,748.50 |
|---|---|---|---|---|
| 1/05/10 | SKS | 2.00 | Updated separate legal and factual appendices to ███████████ memorandum (1.7); researched and cite-checked case law on ███████ for legal appendix (.3). | 1,080.00 |
| 1/05/10 | CEB | 3.90 | Reviewed and updated ██████ section of Examiner's Report (1.2); worked on additional edits to ████████ section of Examiner's Report (2.7). | 1,735.50 |
| 1/05/10 | KF | 8.10 | Emailed and conferred with J. D'Almeida re ██████ (.5); conferred with M. Hankin re ██████ (.2); cite-checked sections of ████████ Report (2.1); wrote and edited █████████ portions of Report (3.3); researched outstanding factual issues in the ██████████ section and made related edits (2). | 3,240.00 |
| 1/05/10 | JJM | 1.70 | Drafted and revised portion of Examiner's Report concerning ████████. | 986.00 |
| 1/05/10 | AXK | 7.60 | Drafted memorandum of interview of █████████ interviewed for section of Examiner's Report concerning ██████ issues (.3); revised section of Examiner's Report concerning ████████████████ in light of newly received documentation re █████████ (1.4); reviewed fact sources ████████ (1.3), ████████ (1.9), ████████ (1.7); reviewed legal sources supporting analysis of ████████ (.6). | 3,382.00 |
| 1/05/10 | HDM | 3.00 | Drafted daily report (.1); continued to work with associates on revisions to Team 2 drafts (2.9). | 1,725.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/05/10 | SEB | 1.80 | Conferred with M. Basil re ███████████████ (.1); conferred with A. Taddei of Duff & Phelps re ███████████████ (.2); met with A. Valukas and M. Basil re ████████ Report (.3); conferred with M. Basil re ████████████ substantive issues (.2); reviewed comments from A. Valukas re ████████ Report (1.0). | 666.00 |
|---|---|---|---|---|
| 1/05/10 | MLS | .30 | Conferred with E. McKenna re status of ████████████ ████ overview draft Report. | 111.00 |
| 1/05/10 | TAP | 14.30 | Attended meeting with I. Fradkin re drafting progress in connection with ████████████ narrative (1.2); reviewed documents and prepared interview outline for ████████ interview (2.5); participated in telephone conference with I. Fradkin and Duff & Phelps re ████████ interview (1.0); edited draft Report re ███████████████████████ as described by ████████ (3.4); reviewed notes from ████████ interview and edited memorandum re same (.9); revised draft Report re Lehman's ███████████████ (3.4); revised draft Report re Lehman's ████████████ ████████████ (1.9). | 6,363.50 |
| 1/05/10 | IF | 9.10 | Attended meeting with T. Phillibert re drafting progress in connection with ████████████ narrative (1.2); reviewed and prepared interview questions in connection with interview of ████ (3.5); participated in telephone conference with T. Phillibert and Duff & Phelps re ████████ interview (1.0); reviewed and revised ████████ interview memorandum (.9); reviewed and revised draft narrative re ████████████ transactions (2.5). | 4,049.50 |
| 1/05/10 | MAL | 8.10 | Reviewed ████████████ section of Examiner Report (3.5); conferred with M. Kresslein (multiple times) re status of ████████████ analysis (1.3); conferred with K. Halperin at Duff & Phelps re ████████████ (.3); conferred with H. McArn re ████████████ (.1); reviewed Duff & ████████████ draft (1.9); reviewed emails re ████████████ (.2); conferred with D. Murray re ████████ (.4); conferred with A. Allen re ████████████ draft (.1); sent email to T.C. Fleming re ████████████ piece (.1); conferred with J. Molenda re ████████████████ (.2). | 3,240.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 341

| 1/05/10 | EPB | 12.70 | Reviewed M. Hankin email re ██████ interview preparation (.1); emailed documents for ██████ interview to L. Wang (.1); conferred with L. Wang re documents for ██████ interview (.7); prepared documents for ██████ interview (1.6); reviewed documents for ██████ interview to ensure completeness (.5); prepared cover letter to ██████ re documents for ██████ interview (.4); conferred with M. Hankin re ██████ interview preparation (.4); reviewed revised outline for ██████ interview (2.2); added tab references to ██████ interview outline (2.0); edited ██████ section of ██████ interview outline (1.8); edited ██████ sections of ██████ interview outline (1.9); proofread ██████ interview outline (.5); conferred with J. D'Almeida ██████ (.2); conferred with C. Ward re documents for ██████ interview (.1); conferred with M. Vitti re documents for ██████ outline (.2). | 4,699.00 |
| 1/05/10 | LEW | 8.00 | Communicated with E. Brown re revisions to ██████ witness interview documents (.6); reviewed revised outline of ██████ witness interview (.8); pulled documents referenced in same in anticipation of upcoming witness interview (2.9); prepared documents re ██████ for review by E. Brown (2.5); coordinated with vendor re preparation of ██████ documents (.7); coordinated delivery of ██████ interview documents to A. Valukas (.5). | 1,280.00 |
| 1/05/10 | CRW | 1.60 | Pulled and prepared documents from Case Logistix for Team 2 in preparation of ██████ interview. | 408.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/06/10 | DRM | 7.20 | Telephone conference with R. Byman re progress of Team 2 in preparation of draft portion of Report (.4); telephone conference with M. Hankin re same (.5); extensive review of portion of Report related to ███████ ███████████ (2.5); extensive review of portion of Report related ██████████ (1.5); read memorandum from M. Hankin re ██████ legal research (.2); conferred with R. Byman and M. Hankin re ████████████ section of Report (.5); conferred with A. Valukas, R. Byman, J. Malysiak, M. Basil and S. Biller re ██████ issues (1.0); conferred with A. Valukas, R. Byman and S. Prysak re ██████████ conclusions (.2); reviewed briefly ████████ analysis prepared by Duff & Phelps (.3); reviewed R. Byman proposed language to illustrate ████████ transaction (.1). | 6,120.00 |
| 1/06/10 | MDB | 3.00 | Conferred with S. Biller numerous times re ████████ draft Report (.8); reviewed R. Byman edits to draft Report (.4); met with A. Valukas, R. Byman and S. Biller re ██████ Report (1.5); conferred with H. McArn re Team 2 Report drafting (.2); reviewed J&B teams' daily summaries (.1). | 1,800.00 |
| 1/06/10 | EXM | 15.30 | Drafted Report section on ████████ ████████ (3.1); emailed Duff & Phelps attaching section of Report on ████████████ (.6); reviewed Duff & Phelps' ████████ (2.4); drafted Report section on ████████ (4.2); discussed with ████ ████ (.8); reviewed Duff & Phelps' ████████ (1.4) drafted outline of ████████ (2.8). | 4,819.50 |

# JENNER & BLOCK LLP

| 1/06/10 | SKS | 5.70 | Researched and cite-checked case law on ███████ ████████ (3.3); telephone conference with M. Hankin re D. Murray and Examiner comments to draft ████████████ memorandum (.6); drafted updated long-form research memorandum on ███████████████ legal framework (1.8). | 3,078.00 |
|---------|-----|------|---|---------|
| 1/06/10 | CEB | 2.10 | Worked on edits to ████████ section of Examiner's Report. | 934.50 |
| 1/06/10 | KF | 8.60 | Emailed and conferred with M. Hankin re ███████ (.2); reviewed and edited section of Report re ████████ (2.0); emailed with K. Vignarajah re ████████ (.1); reviewed interview memoranda (.8); edited and drafted █████████-related sections of Report (3.5); researched citations and cite-checked for ████████ ████-related sections of Report (2). | 3,440.00 |
| 1/06/10 | JJM | 12.30 | Conferred with H. McArn, A. Kopelman, and M. Lightner re revisions to portion of Examiner's Report ██████████ (1.3); drafted and revised ██████████ ████████ portion of Report (1.5); conferred with A. Kopelman of J&B (partial) and T.C. Fleming of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████ (1.2); analyzed intercompany transfers relating to LBHI for ██████████████ of Report (1.9); drafted and revised intercompany █████ (1.8); conducted █████ (1.9) and ████ (1.2) for ████ portion of Report. | 7,134.00 |
| 1/06/10 | AMA | 4.00 | Participated in telephone conference with M. Lightner re ██████████ (.9); drafted inserts for Report re same (3.1). | 1,480.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/06/10 | AXK | 11.30 | Conducted fact (1.3) and legal cite-checking (1.4) for draft of analysis of ███████████████████████████████████; revised section of Examiner's Report concerning ███████████████████████████████████████ (1.9); conferred with J. Molenda of J&B (.4), and T.C. Fleming of Duff & Phelps re same (.7); drafted subsections for section of Examiner's Report concerning ██████████████████████ (1.7), ████ (.7), and ██████████████ (1.5), ████ (.4); conferred with J. Molenda, H. McArn, M. Lightner of J&B re section of Examiner's Report concerning ██████████████████████████████ (1.3). | 5,028.50 |
| 1/06/10 | MZH | .50 | Telephone conference with R. Byman and D. Murray re ██████████████████ analysis. | 375.00 |
| 1/06/10 | HDM | 13.10 | Drafted daily report (.1); continued to work with associates on revisions to Team 2 drafts (3.8); attended to Duff & Phelps queries of Alvarez & Marsal re confidential information (.4); discussed same with I. Fradkin (.3); met with M. Lightner re status of ████████████ draft (.2); reviewed (1.5), and followed up with J. Schiller re ████████ and ████████ follow up questions (.2); discussed same with Team 2 associates and Duff & Phelps (1.0); communicated with C. Meservy re ████████████████████ and reviewed same (.4); prepared for (1.0), and conducted interview of ██████ (2.2); discussed ███████████████ task with I. Fradkin and T. Phillibert (.5); discussed █████ task with J. Molenda and A. Kopelman (.5); reviewed and revised ███████ draft as per M. Basil comments (1.0). | 7,532.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

Page 345

| 1/06/10 | SEB | 2.40 | Analyzed ████████████████████ from R. Byman (.4); conferred with A. Taddei of Duff & Phelps re ██████████████ █████ (.6); participated in ████████ meeting with A. Valukas, R. Byman, D. Murray, J. Malysiak and M. Basil (.7); conferred with M. Basil re ████████ Report revisions (.2); conferred with O. Jafri re ████████████ (.1); conferred with A. Ringguth re illiquid ████ inventory (.4). | 888.00 |
| 1/06/10 | MLS | 3.90 | Conferred with E. McKenna re finalizing interview summaries for ████████, ██████████, ████, ████, and ████████ (.2); created final interview summary templates for ████████, █████, ████████████, ████, ████, and ████ (3.7). | 1,443.00 |
| 1/06/10 | TAP | 9.00 | Edited ████ interview outline (.5); met with I. Fradkin re outstanding items with respect to draft ████ ████████ narrative (1.0); participated in interview of █ ████████ (2.2); attended meeting with I. Fradkin re Lehman ████████ (.9); participated in call with Duff & Phelps team re progress with respect to data analysis (.8); participated in conference with H. McArn re ████████████████ (.5); reviewed notes and drafted ████████ memorandum (1.7); reviewed and revised Lehman ████████ narrative to incorporate comments from ████ (1.4). | 4,005.00 |
| 1/06/10 | IF | 10.90 | Reviewed documents related to Lehman's ████ ████████████ in preparation for interview of ████ (1.5); attended meeting with T. Phillibert re outstanding items with respect to draft ████████ narrative (1.0); participated in interview of ████████ (2.2); reviewed Lehman ████████████████ interview (1.2); attended meeting with T. Phillibert re Lehman ████████ (.9); participated in call with Duff & Phelps team re progress with respect to data analysis (.8); participated in conference with H. McArn ████████████████ ████████ (.5); drafted emails to team members re analysis of Lehman ████████████ (.5); reviewed and revised Lehman ████████████ (2.3). | 4,850.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 1/06/10 | WHC | 3.00 | Met with E. Brown re editing ███████ section of Report (.3); edited ███████████████ Section for content, typos, and citations (2.7). | 1,110.00 |
| 1/06/10 | MAL | 9.30 | Continued to revise and update ████████████ ███████ section of Examiner Report based on analysis provided by Duff & Phelps and forwarded same to J&B team members (4.8); reviewed Duff & Phelps ███████████ analysis draft appendix, which was written by Duff & Phelps, and conferred with M. Kresslein (Duff & Phelps analyst) multiple times re same (3.5); conferred with A. Allen re ████████s for ██ ████████ (.9); conferred with J. Molenda re ███████████████ (.1). | 3,720.00 |
| 1/06/10 | EPB | 7.80 | Prepared documents for ████████ interview (.3); reviewed draft ████ interview outline and documents (.9); conferred with M. Hankin re ████ interview (.1); emailed ████████ re interview documents (.2); revised ████████ interview binders (1.0); emailed J. D'Almeida re Debtor ████████ section (.2); reviewed ████████ section (.4); emailed W. Chen re ███████ section (.2); conferred with W. Chen re ████████ section (.5); edited ████████ interview outline (3.1); conferred with J. D'Almeida re quality control of ████████ section (.2); divided ████████ section for quality control (.5); conferred with M. Vitti re documents for ████████ interview (.2). | 2,886.00 |
| 1/06/10 | LEW | 3.50 | Prepared ████████ witness documents in anticipation of upcoming interview. | 560.00 |
| 1/06/10 | LKA | 1.80 | Retrieved documents in preparation of Report per I. Fradkin. | 486.00 |
| 1/07/10 | DRM | 1.40 | Telephone conference with M. Lightner re ████████ ████████ portion of Report (.2); finalized and transmitted comments on ████████ portion of Report (.8); read memoranda from R. Byman, M. Basil and T. Newkirk re operation of ████████ (.2); read memoranda from R. Byman re graphic of operation of ████████ (.2). | 1,190.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | MDB | 2.00 | Conferred with S. Biller numerous times re ██████ draft Report (1.2); conferred with S. Biller and Duff & Phelps's A. Taddei re ██████ cost issues (.2); conferred several times with A. Valukas and R. Byman re ██████ related issues (.5); reviewed J&B teams' daily summaries (.1). | 1,200.00 |

| 1/07/10 | EXM | 12.80 | Drafted section of Report on overview of ██████ ██████ (3.3); reviewed ██████ as provided by Duff & Phelps to mark up for suggested revisions (3.2); drafted email to Duff & Phelps about revision process on ██████ (2.7); drafted fact section for ██████ (2.3); participated in conference call to discuss progress of ██████ (1.3). | 4,032.00 |

| 1/07/10 | SKS | 8.00 | Revised ██████ section re alternative definitions of ██████ (2.0); revised ██████ section re legal framework for ██████ per M. Hankin and Examiner comments (1.5); revised ██████ section per M. Hankin and Examiner comments to provide countervailing discussion based upon the equity adequacy framework (1.5); revised ██████ section per M. Hankin and Examiner comments to provide countervailing discussion based upon the ██████ (1.0); revised ██████ section to provide countervailing discussion of Lehman's ██████ (2.0). | 4,320.00 |

| 1/07/10 | CEB | 6.60 | Edited and revised ██████ section to Examiner's Report (1.6); cite-checked and verified sources of information for ██████ section of ██████ section to Examiner's Report (1.8); incorporated edits from H. McArn to ██████ section of Examiner's Report (1.5); reviewed and checked draft of ██████ section of Examiner's Report for errors (1.4); discussed edits to Report with H. McArn (.3). | 2,937.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | KF | 7.90 | Telephone conference with ▮▮▮▮▮▮ and conferred re citing to their materials (.4); drafted and edited letter to ▮▮▮▮▮ re citations and incorporated edits from M. Hankin and Duff & Phelps (2.0); conferred with M. Vitti and Z. Saeed (.3); emailed and conferred with J. D'Almeida re issues with drafting Report (.4); edited and drafted sections of Report re ▮▮▮▮▮▮ (2.8); researched issues related to Lehman's ▮▮▮▮▮▮ (2). | 3,160.00 |

| 1/07/10 | JJM | 14.90 | Drafted and revised overview section of portion of Examiner's Report concerning ▮▮▮▮▮ (1.6); conferred with T.C. Fleming re same (.2); reviewed and revised Appendix Tables A.1 (1.9) and A.2 (1.8) for ▮▮▮▮▮; analyzed ▮▮▮▮▮ relating to ▮▮▮▮▮ portion of Report (1.3); drafted and revised ▮▮▮▮▮ (.7) as part of preparing ▮▮▮▮▮; conducted ▮▮▮▮▮ relating to ▮▮▮▮▮ as part of preparing ▮▮▮▮▮ portion of Report (1.9); revised ▮▮▮▮▮ (1.8) as part of preparing ▮▮▮▮▮ portion of Report. | 8,642.00 |

| 1/07/10 | AXK | 13.30 | Reviewed supporting data for section of Examiner's Report re ▮▮▮▮▮ (1.0); continued drafting in regard to same for ▮▮▮▮▮ (2.0 ▮▮▮▮▮ (.9); conferred with E. Fairweather and T.C. Fleming of Duff & Phelps re same (1.7); conducted legal research ▮▮▮▮▮ section of Report (1.3); drafted work product concerning same for H. McArn of J&B (1.8); continued review of fact (1.7) and legal sources (1.0) supporting analysis of ▮▮▮▮▮ section of Report. | 5,918.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 349

| 1/07/10 | HDM | 5.40 | Continued to review follow up questions and responses to ████████████████████████████████████████ and Team 2 associates (2.3); continued to review and attend to production issues on follow up questions re ████████████████████████████████████████ (2.9); reviewed and attended to SIPA Trustee production re same (.2). | 3,105.00 |
| --- | --- | --- | --- | --- |
| 1/07/10 | SEB | .80 | Conferred with M. Basil re ████████ substantive issues (.2); conferred with A. Taddei re ████████ substantive issues (.2); conferred with M. Basil and R. Byman re ████████████████ (.1); conferred with M. Basil and A. Taddei re ████████████████ (.3). | 296.00 |
| 1/07/10 | MLS | 10.10 | Conferred with E. McKenna re status of ████████████ overview draft Report (.3); reviewed and analyzed ████████████ interview flash summary in preparation for drafting the final interview memorandum (.7); reviewed documents used to prepare ████████ witness interview outline, including emails between ████████ and ████████████, in preparation for drafting the final interview memorandum (1.7); reviewed documents sent to ████████ in advance of his interview with the Examiner, including pricing reports, in preparation for drafting the final interview memorandum (1.8); created initial draft of final interview memorandum for ████ ████████ (2); reviewed and analyzed ████ interview flash summary in preparation for drafting the final interview memorandum (.5); reviewed documents used to prepare ████████ witness interview outline, including ████████████ in preparation for drafting the final interview memorandum (.9); reviewed documents sent to ████████ in advance of her interview with the Examiner, ████████████████, in preparation for drafting the final interview memorandum (.6); created initial of draft final interview memorandum for ████████ (1.6). | 3,737.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | TAP | 13.00 | Participated in telephone conference with Duff & Phelps re Lehman ███████████ transactions (.7); attended meeting with I. Fradkin re drafting progress in connection with Lehman ████████ transactions (2.5); revised ████ interview memorandum (2.5); revised draft Report re ██████████████████ (2.2); revised draft Report re Lehman's ██████████████████ (2.7); reviewed ████████ and drafted summary re same (2.4). | 5,785.00 |
| 1/07/10 | IF | 14.80 | Participated in telephone conference with Duff & Phelps re Lehman ██████████ transactions (.7); drafted questions to Debtors re Lehman ████████ transactions (1.5); attended meeting with T. Phillibert re drafting progress in connection with Lehman ██████ transactions (2.5); reviewed draft ████████ (1.0); reviewed and revised draft narrative re Lehman ████████ transactions (4.0); reviewed and revised discussion of ██████████████ (3.8); reviewed various interview memoranda of Lehman personnel (1.3). | 6,586.00 |
| 1/07/10 | KV | 6.10 | Reviewed background emails for Lehman ████ (1.8); read old and new draft of ██████████ chapter and edited ████████ process sections (3.5); conferred with K. Filipovich about background of Lehman case and the topics covered in ██████████ chapter (.8). | 2,257.00 |
| 1/07/10 | MAL | 3.20 | Reviewed ██████████ analysis (1.8); conferred with A. Allen re status of ██████████████ (.9); reviewed emails from M. Kresslein re ██████ and discussed over the phone re same (.5). | 1,280.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | EPB | 7.70 | Edited ███████ outline (2.5); reviewed documents for ██ interview (.8); conferred with J. D'Almeida re ███████ (.2); conferred with M. Hankin re ███████ section (.1); reviewed Duff & Phelps analysis draft (.8); reviewed J&B ███████ draft (.5); emailed M. Hankin re ███████ outline (.1); reviewed D. Murray edits to ███████ section (.9); conferred with M. Hankin D. Murray edits to ███████ section (.2); reviewed ███████ (.3); edited ███████ section (1.1); conferred with J. D'Almeida re ███████ section (.2). | 2,849.00 |
|---|---|---|---|---|
| 1/07/10 | LEW | .20 | Coordinated delivery of ███████ witness documents to A. Valukas. | 32.00 |
| 1/08/10 | DRM | 1.00 | Conferred with M. Lightner re ███████ portion of Report (.3); telephone conference with M. Hankin and M. Lightner re A. Valukas comments on draft portion of Report dealing with ███████ (.5); telephone conference with H. McArn re ███████ portion of Report (.1); telephone conference with H. McArn re ███████ Report (.1). | 850.00 |
| 1/08/10 | MDB | .60 | Conferred with S. Biller numerous times re ███████ draft Report (.5); reviewed J&B teams' daily summaries (.1). | 360.00 |
| 1/08/10 | EXM | 15.20 | Revised Report section on overview of ███████ based on M. Hankin's suggested edits (2.9); drafted Report section on ███████ (3.3); researched ███████ (2.8); drafted Report section on ███████ (3.5); drafted Report section on Lehman's ███████ (2.7). | 4,788.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | SKS | 9.80 | Reviewed and forwarded recently published decision in re ███████████ (.4); discussed with M. Hankin (.3); revised memorandum to reflect new authority (.4); reviewed corresponding sections of Lehman draft final Report to ensure coordination with draft ███████████ section (1.5); updated and revised ███████ memorandum to reflect ███████ (2.3); telephone conference with P. Marcus of Duff & Phelps re comments and revisions (.2); revised section per D. Murray and A. Valukas comments and questions (1.3); created binder of applicable case law for legal framework of ███████████ applied in the Report (3.4). | 5,292.00 |
| 1/08/10 | CEB | 4.40 | Researched questions raised by M. Basil and A. Valukas re ███████ section of Examiner's Report (1.8); reviewed documents and interview witness notes related to Lehman's ███████████ (1.2); revised and edited ███████████ portion of Examiner's Report (1.4). | 1,958.00 |
| 1/08/10 | KF | 8.30 | Conferred with A. Unikowsky re ███████ section of Report and assisted with edits to section (1.6); conferred with E. Brown re drafting Report (.3); reviewed and gave input on section of Report re ███████ (1.5); conferred with M. Hankin (.2); conferred with K. Vignarajah (.2); edited and drafted ███████ related sections of Report (2.9); researched issues related to ███████████ (1.6). | 3,320.00 |
| 1/08/10 | JJM | 10.20 | Drafted and revised overview section of portion of Examiner's Report concerning ███████████ (.9); conferred with T.C. Fleming re same (.2); drafted and revised Appendix Tables A.2 (1.7), A.3 (1.8), and A.4 (1.9) for ███████████ portion of Report; conducted ███████████ as part of preparing ███████████ portion of Report (1.8); drafted and revised ███████████ (.5) and ███████ (1.4) for ███████ portion of Report. | 5,916.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | AXK | 14.70 | Continued review of fact (2.0) and legal sources (1.9) supporting analysis of ████████ for section of Report concerning potential avoidance of ████████; conducted legal research for drafting of same re ████████ (1.7), ████████ (1.5), legislative history of terms defined in 35 USC section 548 (1.6), case law re statutorily-defined terms ████████ (1.0), ████████ (1.6), ████████ (1.3), and ████████ (1.8); conferred with H. McArn of J&B re same (.3). | 6,541.50 |
|---|---|---|---|---|
| 1/08/10 | MZH | 1.40 | Reviewed 7th Circuit case on ████████, telephone conference with S. Sato re same and drafted email to D. Murray re same (.9); telephone conference with P. Marcus and S. Sato (partial) re ████████ analysis (.5). | 1,050.00 |
| 1/08/10 | HDM | 5.00 | Drafted daily report (.1); incorporated team leader's edits to ████████ draft and discussed same with C. Bell (.2); continued to review final interview memoranda re Team 2 witnesses (.2); reviewed and attended to follow up productions and requests re pre and post petition accounts and transfers (1.2); attended to logistics for Team 2 conference call re ████████ draft (.1); reviewed and attended to P. Trostle comments re insiders (.2), and discussed same with A. Kopelman (.2); contacted L. Berkowitz re pre-interview (.1); followed up with J. Schiller re additional witness (.1); communicated with A. Kopelman re ████████ issue (.5); communicated with I. Fradkin and T. Phillibert re outstanding data needs on ████████ (.4); reviewed and revised complexities Report (.9); reviewed and discussed production issues on currency swap agreements with Duff & Phelps and Team 2 associates (.5); discussed LBI confidentiality issues with Team 2 associates (.3). | 2,875.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | SEB | 2.30 | Reviewed ███████████ and conferred with J. Zipfel re same (.4); conferred with M. Basil re ████ substantive issue (.2); communicated with M. Hankin and S. Sato re ████████████ Draft (.2); reviewed R. Byman memorandum re ████████ (.3); reviewed draft ████ section of Examiner's Report distributed by J. Malysiak (1.2). | 851.00 |
| 1/08/10 | MLS | 12.20 | Updated supporting documentation for text and revised text and footnotes in the ████████████ Overview draft Report for E. McKenna re Lehman's ████████████ (1.1); updated supporting documentation for text and revised text and footnotes in the ████████ Overview draft Report for E. McKenna re Lehman's ████████████ (1.9); reviewed interview memoranda, including the ████████ and ████ interview memoranda, for references to ████████ (1.4); analyzed Lehman's ████████████ (.5); analyzed Lehman materials, including ████████████ (2.0); verified secondary sources documenting ████████ (1.9); conferred with Duff & Phelps re ████████ (1.0); incorporated Duff & Phelps' analysis into ████████ overview draft Report (1.6); verified sources cited by Duff & Phelps in its analysis of ████████████ using Case Logistix and Stratify (.8). | 4,514.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 355

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/08/10 | TAP | 13.20 | Edited draft Report re Lehman's ███████ ████ (2.0); revised discussion of Lehman's ████ (2.0); revised discussion of potential ██████████ (2.1); edited draft Report re ████████████ (2.3); attended meeting with I. Fradkin re Lehman ████ transactions (1.1); edited draft Report re Lehman's ████████ (3.7). | 5,874.00 |
| 1/08/10 | IF | 9.10 | Reviewed and revised draft narrative re Lehman ████ transactions (4.0); reviewed and revised draft ████ narrative (4.0); attended meeting with T. Phillibert re Lehman ████████ transactions (1.1). | 4,049.50 |
| 1/08/10 | KV | 8.90 | Reviewed and revised discussion of ████ ████ (1.2); ████ (1.5); ████ (2.0); ████ (.8); ████ (2.0); ████ (1.4). | 3,293.00 |
| 1/08/10 | WHC | 2.60 | Edited ████████ section of Examiner's Report for citation format and typos. | 962.00 |
| 1/08/10 | MAL | 1.10 | Conferred with M. Kresslein re ████████ analysis (.6); reviewed ████████ section of Examiner's Report (.5). | 440.00 |
| 1/08/10 | EPB | 5.20 | Conferred with M. Hankin re ████ interview (.2); checked binders for ████ interview (.6); conferred with L. Wang re materials for ████ interview (.1); conferred with K. Filipovich re ████ ████ (.5); reviewed documents for ████ interview (.6); emailed J. D'Almeida re tables for Report (.1); reviewed ████ interview outline (.9); reviewed ████ draft (1.3); reviewed J&B ████ draft (.9). | 1,924.00 |
| 1/08/10 | LEW | .50 | Prepared ████ witness documents for sending to co-counsel and client. | 80.00 |
| 1/09/10 | DRM | .50 | Read memorandum of H. McArn re interview with ████████ ████ (.2); read memoranda from R. Byman, S. Ascher, M. Basil and P. Trostle re ████████ ████ (.3). | 425.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/09/10 | EXM | 11.20 | Revised draft Report section overview of ███████ ███████ ███████ based on M. Hankin's suggested edits (2.5); drafted Report section on ███████ ███████ (2.0); drafted Report section related to ███████ ███████ (2.7); drafted Report section on nature of ███████ ███████ (4.0). | 3,528.00 |
|---|---|---|---|---|
| 1/09/10 | KF | 5.90 | Participated in conference call with M. Hankin and Duff & Phelps re ███████ section of Report (2.3); reviewed document to prepare for call (.4); emailed with M. Hankin and K. Vignarajah re same (.3); conferred with K. Vignarajah re same (.2); edited ███████ section of Report (2.7). | 2,360.00 |
| 1/09/10 | JJM | 10.50 | Conferred with A. Kopelman re revisions to introduction section of Examiner's Report concerning ███████ ███████ and ███████ (1.3); drafted and revised section re ███████ ███████ for ███████ portion of Report (1.6); revised summary table of ███████ and ███████ ███████ portion of Examiner's Report (.8); and conferred with A. Kopelman re same (.2); conferred with T.C. Fleming re revisions to portion of Examiner's Report concerning ███████ ███████ (1.5); revised overview section of ███████ portion of Report (2.0); drafted and revised Appendix Tables A.3 (1.2) and A.4 (1.9) for ███████ ███████ portion of Report. | 6,090.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/09/10 | AXK | 12.80 | Revised section of Report ████████████ (1.8); reviewed new materials from Alvarez & Marsal concerning support for severance payments made to insider employees (1.2); revised sections of Report concerning potential avoidance of ████████████ payments including introduction (1.9), and sections concerning ████████ (1.8), ██████ (1.7), ████████ (1.5), and ████████ (1.3); conferred with T.C. Fleming of Duff & Phelps re same (.3); conferred with H. McArn of J&B re same (.6); conferred with and revised same with J. Molenda of J&B (.7). | 5,696.00 |
| 1/09/10 | HDM | 3.10 | Reviewed, finalized and circulated the universe of ████████████ final interview memoranda (2.5), and discussed same with I. Fradkin and T. Phillibert (.6). | 1,782.50 |
| 1/09/10 | MLS | 10.90 | Incorporated edits from M. Hankin into ████████ overview draft Report (1.3); incorporated edits from E. McKenna into ████████████ overview draft Report (1.4); updated supporting documentation for text and revised text and footnotes in the ████████ overview draft Report for E. McKenna re the ████████████ (2.0); updated supporting documentation for text and revised text and footnotes in the ████████ overview draft Report for E. McKenna re ████████████ (2.0); updated supporting documentation for text and revised text and footnotes in the ████████ overview draft Report for E. McKenna re the ████████████ (1.9); drafted analysis of Lehman's ████████████ (1.8); verified documentation cited in support of ████████████ (.5). | 4,033.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/09/10 | TAP | 13.40 | Edited draft Report re ███████████████ (3.1); reviewed court documents re ███████ (.9); edited Report re ████████ (2.0); edited draft Report re analysis (2.0); reviewed Duff & Phelps analysis and revised draft Report re ███████████████ (4.1); reviewed Duff & Phelps analysis re ████████████ (1.3). | 5,963.00 |
| 1/09/10 | IF | 11.40 | Reviewed and revised draft discussion of Lehman's ████ system (4.0); drafted discussion of ████████ (4.0); reviewed and revised draft narrative re Lehman ████████████ transactions (3.4). | 5,073.00 |
| 1/09/10 | KV | 11.80 | Reviewed and edited sections ████████████ (2.0); ████████ (1.6); ████ (1.2); ██████ (1.4); ████████ (2.0); summarized recommended general revisions and prepared line edit of draft (1.1); conference call with M. Hankin and Duff & Phelps team about edits to analysis of ████████ (2.2); conferred re how to share master copy with financial analyst team (.2); corresponded with K. Filipovich and M. Hankin re same and prepared for conference call (.1). | 4,366.00 |
| 1/09/10 | MAL | 2.70 | Conferred with M. Kresslein re ████████████ (.5); emailed with J. Zipfel re agreements between ████████ (.1); conferred with M. Hankin re ████████ (.1); revised ████████ (.5); emailed with P. Trostle re CDO issue (.1); conferred with J. Molenda re ████ issue (.2); reviewed edits provided by another Lehman team to ████ section of Examiner Report (.2); revised ████ section ████████ (1.0). | 1,080.00 |
| 1/09/10 | EPB | .60 | Revised ████ section (.5); emailed J. D'Almeida, et al. re appendices (.1). | 222.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/10/10 | DRM | 4.10 | Read portion of draft Report relating to ███████ claims and prepared comments on same (3.5); read M. Lightner draft of ██████████████████████████ and prepared memorandum re same (.2); memoranda to and from S. Ascher, R. Byman, M. Basil and S. Biller re ██████████████████████ ███████████████ (.4). | 3,485.00 |
| 1/10/10 | MDB | 1.00 | Conferred with S. Biller re █████ draft Report (.4); reviewed T. Newkirk edits to █████ draft Report (.6). | 600.00 |
| 1/10/10 | AJO | 1.50 | Analyzed and commented on draft █████ memorandum (.6); emailed D. Murray re same (.2); reviewed spreadsheet summarizing ███████ ██████████ (.2); read D. Murray's comments to draft section of Report re Team 2 issues, including ████, ███████████, and potential █████████ (.5). | 765.00 |
| 1/10/10 | EXM | 7.20 | Drafted Report section on ██████████████ ████t and ████████████████████████ (3.4); drafted Report section on ███████████████ ███████████████████ (3.8). | 2,268.00 |
| 1/10/10 | JJM | 4.00 | Drafted and revised portion of Examiner's Report concerning ████████████████, and conferred with T.C. Fleming re same (2.8); attended team meeting led by D. Murray to discuss status of Examiner's Report (.8); conferred with A. Kopelman re portion of Examiner's Report concerning █████████ ██████████████████ (.4). | 2,320.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/10/10 | AXK | 11.30 | Continued revisions of section of Report concerning potential ███████████ in light of new information from Alvarez & Marsal (2.0); conducted legal research for same re ███████████ (1.1) and ███████████████ (1.7); drafted questions for follow up to same for Duff & Phelps personnel (.4); conferred with H. McArn of J&B re same (.3); conferred with J. Molenda of J&B re same (.4); revised section of Report concerning ██████████████ (2.0) including analysis of ██████ (1.0) and █████████ (.6); revised section of Report concerning ████████████ (1.3); conferred with D. Murray, M. Hankin, H. McArn, J. Molenda and others at J&B concerning ████████ section of Report (.5). | 5,028.50 |
|---|---|---|---|---|
| 1/10/10 | HDM | 10.30 | Continued to discuss revisions and data needs re ███████ inquiry (3.3); participated in call with bankruptcy group re ████████ Report (1.8); met with P. Trostle, M. Lightner re follow up on same (.3); continued to discuss revisions and data needs re ███████ with A. Kopelman (.5); reviewed chart re same (.3); reviewed and corresponded with J. Molenda and A. Kopelman re update on ███████████████ (.3); reviewed bankruptcy department comments to █████████ Report (3.4); reviewed M. Lightner draft re complexities (.2); discussed and reviewed ██████ Report format with M. Lightner (.2). | 5,922.50 |
| 1/10/10 | SEB | 3.40 | Conferred with A. Taddei re ████████████ (.8); analyzed ████████████████ Report on same (2.0); reviewed presentations to ██████ (.6). | 1,258.00 |
| 1/10/10 | MLS | 7.00 | Continued finding supporting documentation for text and revising text and footnotes for ████████ overview draft Report for E. McKenna (2.9); drafted section of ██████████ overview re ████████ (2.8); revised section of ████████████ overview re ████████████ (1.3). | 2,590.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/10/10 | TAP | 11.00 | Attended meeting with I. Fradkin re ███████████ transaction data provided by Duff & Phelps (.5); participated in conference with I. Fradkin and Duff & Phelps re Lehman ███████████ transactions (.7); participated in telephone conference with team leaders re draft ██████ narrative (1.3); participated in telephone conference with H. McArn and I. Fradkin re Duff & Phelps review of ███████ transaction data (.6); revised draft Report re ███████████ (2.5); reviewed Duff & Phelps analysis of the settlement of post-petition ████ transaction and drafted questions re same (3.0); reviewed Duff & Phelps comments in connection with discussion of ██████████ (1.4); edited discussion of ██████████ (1.0). | 4,895.00 |
| 1/10/10 | IF | 13.20 | Reviewed █████████ transaction data provided by Duff & Phelps (.7); attended meeting with T. Phillibert re ████████ transaction data provided by Duff & Phelps (.5); participated in conference with T. Phillibert and Duff & Phelps re ████████ (.7); participated in telephone conference with team leaders re draft ██████ narrative (1.3); participated in telephone conference with H. McArn and T. Phillibert re Duff & Phelps review of ████████ (.6); reviewed and revised draft discussion of Lehman's ████████ business (4.0); drafted analysis of Lehman's ████ transactions subsequent to the LBHI petition (4.0); drafted analysis of ██████████ (1.4). | 5,874.00 |
| 1/10/10 | MAL | 6.80 | Met with multiple J&B attorneys lead by D. Murray re status of ████████ (1.8); reviewed drafts of ██████████ in preparation for meeting (2.8); emailed M. Hankin re status of investigation (.2); met with P. Trostle, H. McArn, and G. Folland re status of Report (.3); revised ████████ analysis (1.5); discussed with M. Kresslein status of ████████ (.2). | 2,720.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 362

| | | | | |
|---|---|---|---|---|
| 1/10/10 | EPB | 3.90 | Edited Debtor ▮▮▮ draft (1.4); emailed J. D'Almeida and S. Fliegler re Debtor ▮▮▮ draft (.1); reviewed ▮▮▮ interview outline (.8); participated in bankruptcy issues conference call (partial) (.8); reviewed ▮▮▮ interview outline (.8). | 1,443.00 |
| 1/11/10 | DRM | 1.00 | Read memorandum from I. Fradkin and T. Phillibert re interview with ▮▮▮ (.2); read memorandum from I. Fradkin and T. Phillibert re interview with ▮▮▮ (.1); read memorandum from I. Fradkin re interview with ▮▮▮ (.1); read memorandum from R. Byman and J. Epstein re ▮▮▮ analysis and his comments on same (.4); brief review of comments of T. Newkirk re ▮▮▮ decision and memorandum from M. Basil re same (.2). | 850.00 |
| 1/11/10 | MDB | .50 | Conferred with S. Biller numerous times re ▮▮▮ draft Report. | 300.00 |
| 1/11/10 | WLT | 1.00 | Drafted email to S. Biller in response to questions re ▮▮▮ | 925.00 |
| 1/11/10 | EXM | 15.30 | Emailed questions to Duff & Phelps about technical concepts related to ▮▮▮ (1.5); reviewed responses from Duff & Phelps about technical concepts related to ▮▮▮ (1.6); reviewed fact section of ▮▮▮ to determine where graphs, data, or explanation need to be supplied by Duff & Phelps (3.5); cite-checked draft fact section for ▮▮▮ analysis (3.2); drafted Report section on witness statements of whether Lehman ▮▮▮ (3.5); drafted Report section on ▮▮▮ (2.0). | 4,819.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | SKS | 9.00 | Revised and forwarded draft ███████ analysis to Duff & Phelps for comment (1.2); telephone conference with S. Fliegler and P. Marcus of Duff & Phelps re comments to ████ section (1.1); reviewed ███████ (.7); revised ████ section per Duff & Phelps comments re new ████ discussion (.5); reviewed first draft ████ (.3); reviewed draft ████ section and revised ████ section per M. Hankin and A. Valukas comments re consistency of section and cross-references with ████ discussion (.4); researched and compiled case law cited in legal framework analysis of ████ section for D. Murray (1.4); researched and reviewed ████ decision on the ████ (.4); drafted email memorandum to M. Hankin re new ████ (.8); reviewed draft ████ section and implemented applicable usage protocol rules globally (1.6); reviewed Team 3 draft of ██ section of Report re description of Lehman business segments (.6). | 4,860.00 |
| 1/11/10 | CEB | 6.10 | Incorporated edits to ████ section of Examiner's Report suggested by H. McArn (1.7); incorporated edits to ████ section of Examiner's Report suggested by M. Basil (1.9); reviewed and discussed suggested edits from A. Valukas to ████ section of Examiner's Report with H. McArn (.7); finalized E. Sullivan interview memorandum and circulated to H. McArn and M. Basil for comment (1.4); drafted email to R. Erlich at Duff & Phelps re assistance with citations to sources in ████ section of Examiner's Report (.4). | 2,714.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | KF | 10.80 | Conferred and emailed with K. Vignarajah re editing Report (.5); telephone call with K. Vignarajah and Duff & Phelps re edits to ███████ section (1.3); emailed and conferred with J. D'Almeida re ████████ (.4); wrote and edited ███████████████████████ (2.7); wrote and edited ███████████ (2.8); wrote and edited ███████████ (3.1). | 4,320.00 |
| 1/11/10 | JJM | 16.30 | Conferred with H. McArn re revisions to portion of Examiner's Report concerning ███████████ and ███████████ (1.2); reviewed and revised introduction (2.0) and sections re ███████████ to ███████████ (1.5) and ███████ (1.9) for ███████████ portion of Report; reviewed related materials in drafting section re ███████████ to ███████ for ███████████ portion of Report (1.1); revised applicable legal standards section for ███████████ portion of Report (1.3); conferred with T.C. Fleming of Duff & Phelps re revisions to portion of Examiner's Report concerning ███████████, including ███████████ (1.3); drafted and revised overview section for ███████████ portion of Report (1.1); revised Appendix Tables A.1 (1.7) and A.4 (1.3) for ███████████ portion of Report; reviewed and revised ███████████ relating to ███████ for ███████████ portion of Report (1.9). | 9,454.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 365

| 1/11/10 | AXK | 12.90 | Conferred with R. Erlich of Duff & Phelps re follow-up questions concerning analysis ██████ for section of Report concerning potential avoidance of ██████ ██████████████ (.4); revised same (.3); drafted subsections of Report concerning ███████████████ ████████████████ (1.7), ████████ (1.9), ████ (1.8), ███████████ (1.8), and ████████ (1.2); reviewed underlying documentation in support of drafting of same for ████████ (1.1), ██████████ (1.0), ███ (1.0), and ██████████ (.7). | 5,740.50 |
| 1/11/10 | MZH | 1.00 | Met with W. Chen re ██████████ research (.4); telephone conference with W. Chen re same (.2); met with A. Valukas and P. Trostle re ██████ analysis (.4). | 750.00 |
| 1/11/10 | HDM | 5.80 | Met with J. Molenda to discuss strategy on revisions to ████████ (1.2); collected and reviewed complaint re ████ (.2); discussed same with C. Bell re ████████ ████████ draft Report (.2); circulated same to S. Ascher (.1); drafted daily report (.1); reviewed and discussed edits to ████████ Report (1.5); reviewed and discussed edits to ████████ business analysis (2.0); reviewed interview memoranda re same (.5). | 3,335.00 |
| 1/11/10 | SEB | 5.50 | Reviewed ████████ interview memorandum (.2); reviewed ████████ Report by S. Prysak (.4); reviewed ████████ interview memorandum (.2); analyzed potential ████████ against ████ (2.0); conferred with M. Basil re ████████ (.2); reviewed ████████ (.2); reviewed Lehman ████████ (2.0). | 2,035.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350



| 1/11/10 | MLS | 5.10 | Updated supporting documentation for text and revised text and footnotes in the factual section of the ▮ draft Report for E. McKenna re the ▮ (1.7); reviewed and analyzed documentation cited in the factual section of the ▮, including summaries of the Examiner's interviews with ▮, ▮, ▮, and ▮ (1.5); reviewed and analyzed documents cited in the factual section of the ▮ draft Report re ▮ ▮ (1.9). | 1,887.00 |
| 1/11/10 | TMW | .50 | Telephone conference with S. Biller re ▮ and ▮ ▮ agency analysis. | 185.00 |
| 1/11/10 | TAP | 17.40 | Edited discussion of Lehman's ▮ business (1.0); edited discussion of ▮ (3.0); edited discussion of ▮ (1.2); revised discussion of ▮ (2.6); reviewed discussion in draft Report of ▮ (1.0); edited discussion re same (2.5); edited draft Report re ▮ (1.6); edited discussion of ▮ (3.0); attended meeting with I. Fradkin re Duff & Phelps analysis of Lehman's post petition ▮ transactions (1.5). | 7,743.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | IF | 17.90 | Drafted discussion of ▮▮▮▮▮ ▮▮▮▮▮ (4.0); drafted discussion of the ▮▮▮▮▮ ▮▮▮▮▮ (3.8); reviewed and revised discussion of Lehman's ▮▮▮ transactions (3.5); reviewed analysis of Lehman's ▮▮▮ transactions provided by Duff & Phelps (3.6); attended meeting with T. Phillibert re same (1.5); drafted discussion of Examiner's analysis of Lehman's ▮▮▮ transactions (1.5). | 7,965.50 |
| 1/11/10 | KV | 6.60 | Read and edited the discussion of the ▮▮▮ ▮▮▮ for the facts section of ▮▮▮ chapter (2.2); edited Lehman's ▮▮▮ between commitment and closing of ▮▮▮ acquisition (2.1); conferred with K. Filipovich about Saturday's conference call with M. Hankin and team re Lehman's ▮▮▮ ▮▮▮ (1.3); reviewed draft sent by Duff & Phelps analysts re ▮▮▮ ▮▮▮ and read master draft of Lehman Report (.8); conferred with K. Filipovich about how to share master copy of draft of section on Lehman's ▮▮▮ ▮▮▮ (.2). | 2,442.00 |
| 1/11/10 | WHC | 11.40 | Received assignment from M. Hankin re ▮▮▮ (.9); discussed ▮▮▮ further with M. Hankin (.5); edited ▮▮▮ Section for typographical errors (2.0); edited ▮▮▮ Section for conformity to the uniform style protocols (1.0); reviewed already-drafted section on the applicability of ▮▮▮ for adequateness (1.2); researched the statutory ▮▮▮ provisions (1.9); researched ▮▮▮ ▮▮▮ (1.4); researched the factual background re the ▮▮▮ (1.7); discussed ▮▮▮ with A. Allen (.3); drafted email to M. Hankin re research findings (.5). | 4,218.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | MAL | 9.40 | Reviewed and revised ███████████ section of Examiner Report based on suggested changes provided by Duff & Phelps (3.0); incorporated newly learned information from Duff & Phelps re ██████████ ██████████ into the section of the Examiner Report addressing ██████████ (3.0); conferred with M. Kresslein (multiple times) re alternation to Duff & Phelps' ██████████ ██████████ appendix (.8); reviewed Duff & Phelps' appendix Report on ██████████ ██████████ (2.6). | 3,760.00 |

| 1/11/10 | EPB | 13.20 | Arranged travel and materials for ████████ interview (.4); reviewed corporate debt and equity drafts (.4); reviewed J. D'Almeida email re ██████████ draft (.2); reviewed Duff & Phelps edits to corporate debt draft (.2); conferred with J. D'Almeida re appendices (.2); drafted email to M. Hankin re corporate debt appendix (.2); reviewed revised ████████ interview outline and documents (2.1); interviewed ████████ (4.8); emailed K. Filipovich re ████████ interview (.1); reviewed notes of ████████ interview (1.8); drafted █ ████████ interview flash summary (2.0); proofread █ ████████ interview flash summary (.5); gathered summaries of interviews with individuals mentioned in ████████ interview (.3). | 4,884.00 |

| 1/12/10 | DRM | .50 | Read memorandum from M. Hankin summarizing interview with ██████████████████ | 425.00 |

| 1/12/10 | MDB | .80 | Conferred with S. Biller numerous times re ████████ draft Report (.7); reviewed J&B teams' daily summaries (.1). | 480.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/12/10 | EXM | 14.50 | Drafted Report section on Lehman's use of ███████ (3.5); drafted Report section on ████████ (3.7); revised Duff & Phelps' draft ████████ (3.2); revised Report section consisting of Duff & Phelps' ███████ (3.2); discussed with A. Besio at Duff & Phelps draft ██████ (.9). | 4,567.50 |
| 1/12/10 | SKS | 7.20 | Revised draft ███████ analysis for cite-checking and proofreading purposes (3.0); reviewed documents on Case Logistix re ██████ (2.9); conferred with G. Folland and M. Hankin re discovery of new documents re ██████ (.3); revised draft ██████ section per new documents discovered on Case Logistix (1.0). | 3,888.00 |
| 1/12/10 | CEB | 4.90 | Worked on edits to ██████ section of Examiner's Report incorporating suggested edits from R. Erlich at Duff & Phelps (3.1); drafted final ██████ interview memorandum and circulated to H. McArn for comment (1.2); discussed edits to ██████ section with H. McArn via telephone (.6). | 2,180.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 370

| 1/12/10 | KF | 9.60 | Conferred with ███████████ outside counsel re permission to use ████████ and emailed M. Hankin re the discussion (.6); reviewed ██████'s interview summary (.3); conferred and emailed with J. D'Almeida re ██████ (.8); emailed and conferred with K. Vignarajah re editing Report (.4); conferred with M. Hankin re ██████ (.2); incorporated edits from Duff & Phelps into ██████ section of Report (2.7); wrote and edited section of Report re ████████████████ (2.5); wrote and edited section of Report re ████████████ (2.1). | 3,840.00 |
|---|---|---|---|---|
| 1/12/10 | JJM | 12.60 | Conferred with H. McArn re revisions to portion of Examiner's Report concerning ████████ and ████████████ (.3); conferred with A. Kopelman of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████, including overview section (1.9); drafted and revised section re ██████████████████████s portion of Report (1.2); analyzed ████████████ portion of Report (1.4); reviewed and revised ████████████ of Report (1.8); conferred with T.C. Fleming of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████████ (1.5); reviewed and revised overview section for ██████████ portion of Report (1.0); drafted and revised Appendix Tables A.2 (1.7) and A.3 (1.8) for ██████████ portion of Report. | 7,308.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/12/10 | AXK | 15.00 | Conferred with R. Erlich of Duff & Phelps re questions concerning analysis of ███████████████ (.4); fact cite-checked section of Report concerning ████████████ (1.7); made revisions to same (1.3); reviewed underlying data for drafting of subsections of Examiner's Report re ████████████████████████ (1.6); conferred with J. Molenda of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re same (1.9). | 6,675.00 |
| 1/12/10 | HDM | 4.60 | Discussed follow up from U.S. Trustee meeting and chambers conference with Team 2 leaders (.2); discussed ████████ Report edits with C. Bell (.4); reviewed and discussed ████████████ draft Report with Team 2 associates (2.0); reviewed and discussed account adjustments analyses with Team 2 associates (2.0). | 2,645.00 |
| 1/12/10 | SEB | 3.40 | Conferred with M. Basil re ████████ substantive issues and ████████████ (.7); reviewed balance sheet documents (.3); emailed A. Sapp re ████████████ (.2); ran targeted searches through new Weil Gotshal production of ████████, ████████ and ████████ documents (.3); reviewed ████████ and reported on same to M. Basil (.9); communicated by e-mail with R. Byman, S. Ascher, P. Trostle, and M. Basil re ████████████ (.9); conferred with A. Taddei of Duff & Phelps re substantive issues re ████████████ (.1). | 1,258.00 |

LAW OFFICES

Page 372

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/12/10 | TAP | 12.40 | Edited draft ██████████████████████████████ ████████████ (3.0); revised discussion of █████████ ████████████ (1.0); reviewed Debtors' motion to ██████████ (.9); participated in telephone conference with I. Fradkin and Duff & Phelps re comments to Report re Lehman's ██████ system (.7); revised discussion of Lehman's ████████████ business to incorporate comments from Duff & Phelps (1.1); reviewed comments to draft from H. McArn and revised draft accordingly (1.3); reviewed ███████████████████████████ (1.0); revised draft Report re same (2.2); attended meeting with I. Fradkin re drafting progress in connection with Examiner's Report (1.2). | 5,518.00 |
| 1/12/10 | IF | 12.40 | Reviewed and revised draft discussion of Lehman's ██████ ████████ system for submission to Examiner (4.0); reviewed Duff & Phelps revisions to draft discussion of Lehman's ████████████ system (.5); participated in telephone conference with T. Phillibert and Duff & Phelps re same (.7); reviewed Duff & Phelps revisions to draft discussion of Lehman's ██████████ business (.7); reviewed team leader comments to draft ██████████ narrative (.4); reviewed team leader comments to draft ██████████ narrative (.4); reviewed and revised draft discussion of Lehman's ██████████ business for submission to Examiner (4.0); attended meeting with T. Phillibert re drafting progress in connection with Examiner's Report (1.2); prepared exhibit listing Lehman ██████████ transactions (.5). | 5,518.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/12/10 | KV | 10.90 | Reviewed and edited the facts section on ███ ████ (1.8); edited facts section on ████ article (1.1); reorganized and edited section on discussion among ████ about ██████████ (2.0); edited background discussion of ██████ (1.9); edited discussion of Lehman's actions ████████ (2.0); conferred with J. D'Almeida and Z. Saeed about how to clarify the technical language on ██████ (1.0); corresponded with J. D'Almeida and K. Filipovich in order to set up call (.1); reviewed previous draft of Lehman's ████████████ for purposes of helping to draft executive summary (.4); communicated with K. Filipovich about plan to divide master document and edit discussion in ██████████ and created plan for how to edit analysis section in coordination with Duff & Phelps (.6). | 4,033.00 |
| 1/12/10 | WHC | 9.00 | Discussed ████ s with M. Hankin (.2); researched ████████ (1.9); researched ██████ (1.8); researched ████ (1.8); edited Consolidated ████ Section for typographical errors (1.6); edited Consolidated ████ Section for conformity with the uniform style protocols (1.7). | 3,330.00 |
| 1/12/10 | MAL | 3.90 | Revised ████████ analysis (2.0); conferred with M. Kresslein (multiple times) re Duff & Phelps ████ ████ analysis (1.4); conferred with A. Allen re draft integration (.5). | 1,560.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/12/10 | EPB | 11.30 | Edited ████ flash summary (1.6); conferred with M. Hankin re ████ flash summary (.1); conferred with J. D'Almeida ████ (.2); conferred with M. Hankin re emails obtained from Weil Gotshal (.1); edited Debtor ████ section (1.8); conferred with M. Lightner re Debtor ████ section (.1); reviewed emails and documents obtained from Weil Gotshal and drafted summary (.8); conferred with M. Hankin re Debtor ████ section (.2); conferred with K. Filipovich re ████ draft (.1); conferred with P. Marcus re ████ draft (.1); reviewed ████ flash summary (.2); conferred with M. Hankin re interview summary (.1); assembled documents re ████ (.7); obtained bates stamped versions of documents obtained from Weil Gotshal (.3); assembled documents related to ████ for M. Hankin (.4); edited ████ (2.0); edited ████ section (1.5); edited ████ section (1.0). | 4,181.00 |
| 1/12/10 | LEW | 1.30 | Conducted searches in Case Logistix for documents re ██ ████ received from Weil Gotshal. | 208.00 |
| 1/13/10 | MDB | .70 | Conferred with S. Biller numerous times re ████ draft Report (.6); reviewed J&B teams' daily summaries (.1). | 420.00 |
| 1/13/10 | WLT | 2.60 | Researched ████████████ ████████ (2.1); discussed same with T. Newkirk (.5). | 2,405.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/13/10 | EXM | 13.00 | Telephone conference with Duff & Phelps re drafting Report section for ███████████ (.7); drafted Report section on ███████████ (2.1); drafted Report fact section on Lehman's ███████████ (3.4); reviewed interview summaries of Lehman witnesses for cites to support fact section for ███████████ (1.1); revised Duff & Phelps' ███████████ (3.2); revised Report section consisting of Duff & Phelps' ███████████ (2.5). | 4,095.00 |
| 1/13/10 | SKS | 1.30 | Conferred with M. Hankin, E. McKenna and M. Slachetka re ██████, ████████ and ████ ██████ section of Report. | 702.00 |
| 1/13/10 | CEB | 2.30 | Worked on edits to ████████ section of Examiner's Report. | 1,023.50 |
| 1/13/10 | KF | 9.80 | Participated in conference call with M. Vitti, Z. Saeed and J. D'Almeida (.3); conferred with K. Vignarajah re edits to Report (.4); emailed with Duff & Phelps re ████████ edits (.5); conferred with Z. Saeed re ████████ edits (.7); wrote Executive Summary and Roadmap for ████████ section of Report (2.7); wrote, researched and edited section of Report re Lehman's comparable company method for valuing ████████ (2.7); wrote, researched and edited section of Report re Lehman's ████████ of ████████ in the fourth quarter of 2007 (2.5). | 3,920.00 |

Page 376

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/13/10 | JJM | 6.60 | Drafted and revised portion of Examiner's Report concerning non-████████s in stub period, including Appendix Tables A.1 (1.1) and A.2 (1.8); performed intercompany analysis relating to ████████ ████████████████ portion of Report (1.3); reviewed and revised ██████████████ (.8) and ████ (.2) for ████ portion of Report; conferred with A. Kopelman of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning the ████████████ (1.4). | 3,828.00 |
| 1/13/10 | AXK | 5.20 | Cite-checked and revised drafts concerning ██████ ████████████ (2.8); reviewed and revised section of Report concerning ████████ ████████████ with J. Molenda and T.C. Fleming and E. Fairweather of Duff & Phelps (1.4); drafted further questions for Debtor concerning ████████ (.6), and conferred with T.C. Fleming of Duff & Phelps re same (.4). | 2,314.00 |
| 1/13/10 | HDM | 1.10 | Reviewed ████████ interview summary (.2); reviewed and revised ██████ and ██████ final interview memoranda (.2); communicated with M. Basil re update on Team 2 drafts (.1), and claim standard and analysis (.1); communicated with J. Molenda and Duff & Phelps re update on ████████████████████ (.2); attended to ████████████████ with A. Kopelman (.1); discussed other assets review with K. Halperin and timeframe re same (.2). | 632.50 |
| 1/13/10 | SEB | 3.50 | Reviewed ██████ documents for potential inclusion in Examiner's Report (2.0); conferred with M. Basil re substantive ██████ issues (.5); reviewed documents to and from assistants to ████████ and ██████ and wrote to M. Basil re same (1.0). | 1,295.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/13/10 | MLS | 6.40 | Consulted ███████████████, including ████ for information documenting ██████ (1.1); performed line edits of draft executive summary to the Examiner's █████████████ (1.3); performed line edits of the ████████████████ (1.7); conferred with E. McKenna re drafting interview summaries for ████, █████████, and ████ (.3); drafted final summaries of Examiner's interviews with ████, █████████, and ████ (1.0); conferred with E. McKenna and M. Vitti, A. Besio, and V. Thaker of Duff & Phelps re █████████ ████ fact and analysis structure and revisions (1.0). | 2,368.00 |
| 1/13/10 | TAP | 11.20 | Attended meeting with I. Fradkin re Duff & Phelps analysis of Lehman ████████ transactions (1.5); revised discussion of ███████████████████ (2.0); drafted discussion of Duff & Phelps methodology in analyzing Lehman's █████████ (2.5); revised draft discussion of ████████████ (3.1); revised draft Report ████████████ (2.1). | 4,984.00 |
| 1/13/10 | IF | 9.00 | Attended meeting with T. Phillibert re Duff & Phelps analysis of Lehman ████████ transactions (1.5); reviewed draft discussion of Lehman's █████████ business (4.0); reviewed draft discussion of Lehman's ████████████ system (3.5). | 4,005.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/13/10 | KV | 10.20 | Read analysis section sent by Duff & Phelps (1.1); edited discussion of ████████████████ (1.8); reorganized general discussion of Lehman's ████████ (.9); edited explanation of ████████ (1.4); conferred with Duff & Phelps analyst Z. Saeed re ████████████ (1.9); edited discussion of ████████████ (1.8); edited discussion of ████████ (.9); conferred with Lehman case team re Duff & Phelps reorganization of ████ methods discussion and moving parts to appendix (.2); reviewed citation protocol for chapter draft (.2). | 3,774.00 |
| 1/13/10 | WHC | 7.60 | Researched the legislative history of the ████ (2.0); researched the policy purpose of the ████ (1.7); researched the ████ (.9); drafted email to M. Hankin re ████s (1.7); cite-checked Consolidated ████ Section (1.3). | 2,812.00 |
| 1/13/10 | MAL | 4.20 | Reviewed Duff & Phelps ████████ Report (2.8); conferred with M. Kresslein (multiple times) re ████████ (.7); met with H. McArn (several times) re confidentiality issues for Lehman source systems (.5); reviewed stipulation re access to systems (.2). | 1,680.00 |
| 1/13/10 | EPB | 9.20 | Reviewed email re drafts of Report (.2); edited ████████ section (3.3); edited ████ introduction (1.8); conferred with M. Hankin re introduction (.1); conferred with K. Filipovich re ████ section (.1); conferred with E. McKenna re ████ section (.5); conferred with P. Marcus re ████ section (.2); conferred with W. Chen re ████ section cite-checking (.2); reviewed Duff & Phelps edits to ████ section (.4); emailed M. Hankin re ████ section (.1); emailed J. D'Almeida re ████ section (.1); drafted █ ████ interview memorandum (2.0); conferred with M. Hankin re drafts (.2). | 3,404.00 |
| 1/13/10 | CRW | 1.30 | Pulled together various response from Alvarez & Marsal re ████████ transactions, then placed into one complete response document for H. McArn. | 331.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | DRM | .10 | Telephone conference with M. Lightner re revisions to ████████████ portion of Report. | 85.00 |

| 1/14/10 | MDB | 2.90 | Conferred with S. Biller numerous times re ████████ draft Report (1.2); reviewed ████████ interview memorandum re potential ████████ analysis (.2); conferred with A. Valukas, R. Byman, T. Newkirk, J. Epstein, S. Prysak and S. Biller re ████████████ ████████████ (.5); conferred several times with A. Valukas and R. Byman re ████████ draft Report (1.0). | 1,740.00 |

| 1/14/10 | EXM | 16.30 | Drafted executive summary for ████████ ████████ (4.3); drafted Report section on ████████████ ████████████ (3.5); researched ████ ████████████ ████ (.5); drafted Report fact section on Lehman's ████████ (3.3); revised Report section consisting of Duff & Phelps' ████████████ ████████ (3.5); checked draft of Report section for ████████ for compliance with protective order (1.2). | 5,134.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | SKS | 8.30 | Reviewed ███████ section and proposed edits (.8); reviewed draft Report segment re ███████ (.5); telephone conference with M. Hankin re revisions to ███████ section and timing (.1); reviewed comments on ███████ from M. Vitti of Duff & Phelps re ███████ (.3); implemented changes in revision per M. Vitti comments (.2); conferred with Z. Saeed of Duff & Phelps re correct number for ███████ and placement in ███████ draft (.3); reviewed comments of P. Marcus of Duff & Phelps re ███████ introduction section (.4); revised ███████ introduction section to include factual ███████ (2.7); ███████ and incorporated into ███████ introduction section (1.3); obtained and reviewed comments by ███████ and incorporated into ███████ introduction section (1.0); performed redactions to ███████ segment of Report and ███████ introduction section per M. Devine request (.7). | 4,482.00 |
| 1/14/10 | CEB | 3.60 | Worked on edits to ███████ section of Examiner's Report. | 1,602.00 |
| 1/14/10 | KF | 15.70 | Conferred with K. Vignarajah re ███████ edits (.5); conferred and emailed with Z. Saeed re ███████ edits (.7); wrote, edited and redacted ███████ (4.2); incorporated edits from Duff & Phelps into sections of the Report re ███████ (3.2); conferred and emailed with M. Vitti re edits to and redrafting of ███████ section (1.5); incorporated edits from M. Hankin into ███████ section of Report (2.2); wrote, researched and edited section of Report re Lehman's ███████ (3.4). | 6,280.00 |

LAW OFFICES
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | JJM | 6.50 | Conferred with H. McArn re revisions to portion of Examiner's Report concerning ███████ and █, including sections re ███████ (.6), ███ (.7), and (.5); drafted and revised ███████ (.9) sections for ███████ portion of Report; conferred with T.C. Fleming of Duff & Phelps re revisions to portion of Examiner's Report ███████ (1.1). | 3,770.00 |
| 1/14/10 | AXK | 6.40 | Revised section of Report concerning ███████ in light of new materials from Alvarez & Marsal (3.4), and conferred via teleconference with T.C. Fleming of Duff & Phelps and ███████ re follow-up questions re new materials ███████ section of Report (.7); cite-checked ███████ section of Report (1.6); revised section of Report concerning ███████ (.7). | 2,848.00 |
| 1/14/10 | HDM | 8.40 | Reviewed data and document identification in ███████ Report and communicated same with C. Bell and Duff & Phelps (1.2); discussed witness identification issues with A. Olejnik (.1); discussed ███████ with M. Lightner and reviewed ███████ draft re overlap on same (2.0); reviewed and communicated with I. Fradkin and T. Phillibert re ███████ and ███████ claims analysis (.7); discussed same with M. Lightner and P. Trostle (.2); reviewed production from ███████ (.2); continued to review data collected on ███████ (4.0). | 4,830.00 |
| 1/14/10 | SEB | 2.80 | Conferred with A. Valukas, R. Byman, J. Epstein, T. Newkirk and S. Prysak re ███████ against ███████ (.5); conferred with M. Basil throughout the day re substantive ███████ issues (.8); conferred with A. Valukas, R. Byman, and M. Basil re substantive ███████ issues (.5); reviewed ███████ witness interview notes (1.0). | 1,036.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/14/10 | MLS | 8.80 | Incorporated edits from Duff & Phelps into ███████ ██████████ analysis section of the Examiner's Report (1.3); conferred with Duff & Phelps re sources showing Lehman's ████████████████████████████████ (.4); conferred with Duff & Phelps re sources showing Lehman's ████████████████████████ (.3); reviewed and analyzed for accuracy citations in the ██████████████████████████ ████████████████████████ (2.0); proofread and verified citations in the ████████████████████ (1.9); reviewed ██████████████ fact and analysis sections and ████████████ overview of draft Report for materials subject to protective orders ██████████ (2.0); reviewed and analyzed ████████████ interview flash summary in preparation for drafting the final interview memorandum (.9). | 3,256.00 |
| 1/14/10 | TMW | .90 | Updated research memorandum re ██████████████ ████████████ | 333.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/14/10 | TAP | 13.10 | Participated in telephone conference with Duff & Phelps re progress in review of Lehman ▮▮▮▮ transactions (1.5); participated in telephone conference with Duff & Phelps re ▮▮▮▮▮ (.3); participated in telephone conference with H. McArn and I. Fradkin re upcoming interview of ▮▮▮ (.2); edited Report re ▮▮▮ products Lehman offered to its clients (3.1); edited Report ▮▮▮ (1.5); reviewed interview memorandum of ▮▮▮ and ▮▮▮ re same (2.3); attended meeting with I. Fradkin re drafting progress (1.2); revised draft Report re Lehman's ▮▮▮ (3.0). | 5,829.50 |
|---|---|---|---|---|
| 1/14/10 | IF | 14.80 | Participated in telephone conference with Duff & Phelps re progress in review of Lehman ▮▮▮ transactions (1.5); participated in telephone conference with Duff & Phelps re ▮▮▮ (.3); participated in telephone conference with H. McArn and T. Phillibert re upcoming interview of ▮▮▮ (.2); reviewed and revised draft discussion of Lehman's ▮▮▮ (4.0); attended meeting with T. Phillibert re drafting progress (1.2); reviewed and revised draft discussion of Lehman's ▮▮▮ system (4.0); reviewed and revised draft discussion of Lehman's ▮▮▮ business (3.6). | 6,586.00 |
| 1/14/10 | KV | 7.70 | Conferred with E. Brown about formatting on ▮▮▮ chapter and logistics re incorporating draft into master document (.3); revised explanation of analysis of Lehman's ▮▮▮ (1.7) and Lehman's ▮▮▮ (.2); rewrote discussion about ▮▮▮ (1.9); conferred with Duff & Phelps analysts re ▮▮▮ article and analysis of Lehman's ▮▮▮ (1.4); reviewed and edited executive summary (.4). | 2,849.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | WHC | 7.90 | Researched previous versions of the bankruptcy code re ████████████ (1.1); drafted addition to ████████ analysis (1.8); retrieved documents cited in Consolidated ████ Section (2.0); requested and received documents from E. Brown cited in Consolidated ████ Section (1.1); cite-checked Consolidated ████ Section (1.9). | 2,923.00 |
| 1/14/10 | MAL | 3.80 | Replied to extensive email re intercompany transfer analysis (.3); revised ████████████ and provided changes to M. Hankin (3.5). | 1,520.00 |
| 1/14/10 | EPB | 13.00 | Conferred with J. D'Almeida re Duff & Phelps review of ████ sections (.1); conferred with K. Vignarajah re ████ draft (.2); conferred with W. Chen re cite-checking ████ sections (.1); emailed ████ team re process for editing drafts (.2); emailed K. Vignarajah re edits to ████ draft (.1); located documents for W. Chen cite-checking (.3); conferred with M. Lightner re Debtor ████ section (.1); edited ████ interview memorandum (1.9); organized consolidated section (1.0); edited introduction to ████ section (2.3); reviewed M. Vitti email on ████████ ████ (.4); edited ████ section (1.6); incorporated Duff & Phelps edits to ████ sections (3.0); redacted material from ████ sections (1.7). | 4,810.00 |
| 1/14/10 | CRW | 1.40 | Pulled and bates stamped documents from Case Logistix and Stratify in preparation of Team 2 ████ Report citations. | 357.00 |
| 1/15/10 | DRM | 1.10 | Telephone conference with M. Hankin re ████████ discussion (.1); telephone conference with M. Lightner and A. Allen re ████ portion of Report (.2); conferred with R. Byman and M. Hankin re ████████ discussion (.8). | 935.00 |
| 1/15/10 | MDB | 1.00 | Conferred with S. Biller numerous times re ████ draft Report (.8); conferred with R. Byman and S. Prysak re ████████ analysis (.2). | 600.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | WLT | 1.20 | Reviewed emails from J. Epstein, S. Prysak and T. Newkirk re ███████████████████████ ████████████████████ transactions. | 1,110.00 |
|---------|-----|------|---|---------|
| 1/15/10 | EXM | 10.80 | Drafted Report section on ███████████████ ████████████████ (2.2); drafted Report section on ███████████████████████████ ████████████████ (4.1); revised Duff & Phelps' ███████████████████████████ (4.5). | 3,402.00 |
| 1/15/10 | SKS | 6.60 | Telephone conference with P. Marcus of Duff & Phelps re comments to █████████ introduction section (.2); revised █████████ introduction section per P. Marcus of Duff & Phelps comments and M. Hankin comments (1.2); performed final revisions and redaction edits to ████████████████ segment (.3); telephone conference with W. Wallenstein re █████████ interview memorandum (.1); telephone conference with █ ████████████████ re █████████ interview (.1); conferred with █████████ of Duff & Phelps re ██████ (.2); conferred with M. Hankin and P. Marcus of Duff & Phelps to discuss Examiner comments to ████████████ segment (.3); reviewed circulated ████████ section for proper entry of edits (.2); drafted Examiner interview memorandum for ██████ (4.0). | 3,564.00 |
| 1/15/10 | CEB | 3.60 | Made final edits to █████████ section of Examiner's Report (2.3); checked sources and citations in ████████████ section to ensure no privilege or protective order material was included (1.3). | 1,602.00 |

LAW OFFICES

Page 386

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | KF | 15.60 | Edited and prepared draft of ███████████████ ██████████ (2.0); conferred with E. Brown re ████████ and ███████████ (.3); conferred and emailed throughout the day with K. Vignarajah, J. D'Almeida and Z. Saeed re ████████ edits (2.5); emailed and conferred with M. Vitti re edits ███████ ████████ sections of the Report (1.1); wrote, researched and edited section of Report re Lehman's ███████████████████████████ ████████████████████████████████████ ███████████ (3.0); wrote, researched and edited section of Report re Lehman's ████████████ ████████████████████████████ (3.3); wrote, researched and edited section of Report re Lehman's ███████████████████ ███████████ (3.4). | 6,240.00 |
| 1/15/10 | JJM | 6.50 | Prepared executive summaries of portions of Examiner's Report concerning ██████████████████████████ ███████████ (2.0), and conferred with T.C. Fleming of Duff & Phelps re same (2.3); conferred with A. Kopelman of J&B and T.C. Fleming of Duff & Phelps re revisions to portion of Examiner's Report concerning █████████ and ██████████████ (.3). | 3,770.00 |
| 1/15/10 | AXK | 10.10 | Reviewed new documentation received from Alvarez & Marsal concerning ███████████████████████ ████████████ (1.4); revised subsections of Examiner's Report concerning potential ████████ of ██████ ████████████ re same (1.9); conferred with J. Molenda of J&B and T.C. Fleming of Duff & Phelps re same (.3); conferred with R. Erlich of Duff & Phelps re same (.3); reviewed underlying documentation (1.1) and exhibits (1.2) for drafting memorandum of interview of former Lehman employee ████████████████ ████████████████████████████ (2.0); drafted executive summary for section of Report concerning ██████████████ section of Report (1.5); revised section of Examiner's Report concerning non-████████████████ (.4). | 4,494.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | MZH | 1.00 | Telephone conference with SIPA Trustee's counsel, D. Murray and P. Trostle (partial attendance) re status of investigation (.8); telephone conference with D. Murray re same (.2). | 750.00 |
|---------|-----|------|---|--------|
| 1/15/10 | HDM | 5.00 | Reviewed and circulated additional witness responses to follow up ▮▮▮▮ questions (.4); communicated with T. Phillibert and I. Fradkin re revisions to ▮▮ and ▮▮▮▮ executive summaries (1.1); finalized same with M. Lightner (3.5). | 2,875.00 |
| 1/15/10 | SEB | 4.10 | Conferred with A. Taddei re substantive issues (.3); reviewed key documents for ▮▮▮▮ Report (1.6); reviewed Team 3 ▮▮ Report for inconsistencies with Team 2 ▮▮▮▮ Report (1.0); reviewed ▮▮ ▮▮▮▮ interview memorandum (.2); reviewed Duff & Phelps ▮▮▮▮ memoranda (1.0). | 1,517.00 |
| 1/15/10 | MLS | 8.70 | Prepared ▮▮▮▮ overview and ▮▮▮▮ fact and analysis sections of Report for ▮▮▮▮ (.6); conferred with E. McKenna re ▮▮▮▮ for ▮▮▮▮ overview and ▮▮▮▮ fact and analysis sections of Report (.7); revised and edited ▮▮▮▮ fact and analysis section of ▮▮▮▮ draft Report to Examiner (1.6); reviewed documents used to prepare ▮▮▮▮ witness interview outline, including emails among ▮▮▮▮, ▮▮▮▮ and senior management, in preparation for drafting the final interview memorandum (.8); reviewed documents sent to ▮▮▮▮ in advance of his interview with the Examiner, including ▮▮▮▮, in preparation for drafting the final interview memorandum (1.1); reviewed and analyzed notes from the Examiner's interview with ▮▮▮▮ for inclusion in the final interview summary (2.0); created initial draft of final interview memorandum for ▮▮▮▮ (1.9). | 3,219.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | TAP | 12.00 | Reviewed interview outline and outstanding issues re Lehman's ███████ interview (1.0); participated in telephone conference with I. Fradkin and H. McArn re draft summaries of ███████ and ███████ narratives (1.1); revised draft Report re Lehman's ███████ (3.2); participated in interview of ███████ (1.1); participated in telephone conference with Duff & Phelps re ███████ interview (.2); attended meeting with I. Fradkin re revisions to draft ███████ narrative (.5); revised ███████ narrative re direct payment transactions (1.9); edited draft Report re ███████ (3.0). | 5,340.00 |
| 1/15/10 | IF | 9.40 | Reviewed draft ███████ narrative in preparation for ███████ interview (.5); participated in telephone conference with T. Phillibert and H. McArn re draft summaries of ███████ and ███████ narratives (1.1); reviewed and revised draft discussion of Lehman's ███████ transactions (3.8); participated in interview of ███████ (1.1); participated in telephone conference with Duff & Phelps re ███████ interview (.2); attended meeting with T. Phillibert re revisions to draft ███████ narrative (.5); participated in telephone conference with M. Lightner re draft ███████ document (.1); reviewed and revised draft ███████ narrative (2.1). | 4,183.00 |
| 1/15/10 | KV | 12.40 | Conferred with K. Filipovich about usage protocols to ensure uniformity of Report and sharing master document (.6); reviewed emails discussing redactions in Report submission (.2); conferred with J. D'Almeida about Lehman's ███████ (2.2) and Lehman's ███████ (2.1); reorganized and rewrote assessment of Lehman's ███████ (1.2); collected and completed missing citations in footnotes (.7). | 4,588.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | | | | |
|---|---|---|---|---|
| 1/15/10 | WHC | 6.30 | Discussed placement of ███████ analysis into Examiner's Report with M. Hankin (.1); pulled cited documents for Consolidated ███████ Section (1.7); checked the citation format of cites against the citation protocols for Consolidated ███████ section (.9); checked whether cited document supports the proposition for which it was cited (1.8); drafted email to E. Brown re progress and remaining cites to be checked (1.8). | 2,331.00 |
| 1/15/10 | MAL | .50 | Revised ██████████ section of Examiner's Report. | 200.00 |
| 1/15/10 | EPB | 7.90 | Reviewed emails re origin of documents for ██████ (.3); edited ███████ (.5); emailed K. Filipovich re ███████ (.2); emailed M. Lightner re ███████ (.1); conferred with M. Hankin re draft and L. Scicutella interview (.2); edited ███████ introduction (1.9); conferred with K. Filipovich re ███████ interview (.1); reviewed documents for ███████ interview (.5); joined ███████ interview (.4); drafted flash summary of ███████ interview (1.0); combined documents (1.2); conferred with E. McKenna re ██ (.1); reviewed Debtor ███████ section for ██ (.3); edited ███████ section (.5); conferred with word processing department re ███████ section (.4); emailed ███████ section (.2). | 2,923.00 |
| 1/15/10 | LEW | .20 | Conducted searches in Case Logistix re ███████ ███████ per E. Brown's request. | 32.00 |
| 1/16/10 | KF | 1.80 | Reviewed edits in ███████ section of Report (1.2); emailed with M. Vitti re editing section of Report (.3); reviewed emails from legal team and Duff & Phelps re ███████ (.3). | 720.00 |
| 1/16/10 | AXK | 5.50 | Continued review of underlying documentation (1.8) and exhibits (1.7) for drafting of memorandum of interview of former Lehman employee interviewed for section of Examiner's Report concerning ███████ issues; drafted same (2.0). | 2,447.50 |
| 1/16/10 | HDM | 2.00 | Communicated with Team 2 associates ███████ ███████ (.5); reviewed draft methodology section re same (1.5). | 1,150.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 1/16/10 | SEB | 1.40 | Worked with Word Processing to combine and code ████████ and ██████ sections of Examiner's Report (.1); emailed A. Sapp and S. Prysak re ████ Report substantive issues (.1); reviewed Team 3 Report for factual inconsistencies (1.2). | 518.00 |
| 1/16/10 | MLS | 3.80 | Incorporated line edits from January 14 into ███ fact and analysis section of ████████████ draft Report to Examiner (1.3); drafted final summary of Examiner's interview with ██████ (2.5). | 1,406.00 |
| 1/16/10 | MAL | 2.00 | Reviewed Duff & Phelps' ████████ analysis Report. | 800.00 |
| 1/16/10 | EPB | 1.30 | Conferred with M. Hankin re █████████ ██████ (.4); reviewed documents from M. Hankin re █████████ (.4); reviewed █ █████ interview memorandum (.4); reviewed M. Hankin email on █████████ (.1). | 481.00 |
| 1/17/10 | DRM | .10 | Read memorandum from M. Basil re ██████ Duff & Phelps deliverables. | 85.00 |
| 1/17/10 | MDB | .70 | Conferred with S. Biller numerous times re ████ draft Report (.5); analyzed R. Osborne edits to draft (.2). | 420.00 |
| 1/17/10 | WLT | 1.80 | Drafted email in response to question from M. Basil re whether ██████████████████ ██. | 1,665.00 |
| 1/17/10 | EXM | 4.80 | Revised Report section consisting of Duff & Phelps' reasonableness analysis of ████████ ███s analyzing Lehman's ███████ (2.3); revised Report section consisting of Duff & Phelps' ████████████ ███████████████████ (2.5). | 1,512.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/17/10 | SKS | 7.60 | Reviewed Team 2 interview binder for ▮▮▮ witness interview (2.0); reviewed interview notes from Team 2 ▮▮▮ witness interview and documents discussed with witness (2.0); drafted Team 2 interview memorandum for ▮▮▮ (2.0); inserted document references in Team 2 interview memorandum for ▮ ▮▮▮ (1.0); reviewed and implemented M. Basil suggested revisions to ▮▮▮ memorandum re ▮▮▮ ▮▮▮ (.6). | 4,104.00 |
| 1/17/10 | KF | 3.30 | Reviewed emails from legal team and Duff & Phelps re ▮▮▮ edits (.3); reviewed edits to ▮▮▮ section and began incorporating them into the Report (3.0). | 1,320.00 |
| 1/17/10 | HDM | 7.40 | Communicated with Team 4 and Team 1 re clawback issues (.3); communicated with M. Basil and S. Biller re edits to postpetition accounts and transfers draft (.3); discussed and coordinated same with M. Lightner, M. Hankin and J. Molenda (1.8); communicated with Team 2 and Team 4 associates re redactions (.3); reviewed and circulated final redactions to C. Ward and M. Devine (1.6); communicated with M. Lightner and M. Hankin re staffing on ▮▮▮ ▮▮▮ (.1), and reviewed same (3.0). | 4,255.00 |
| 1/17/10 | SEB | 2.90 | Reviewed R. Osborne comments to ▮▮▮ Report and made edits based on same (1.6); conferred with M. Basil re ▮▮▮ ▮▮▮ and fiduciary duty issues (.3); reviewed ▮▮▮ Report ▮▮▮ ▮▮▮ for factual consistency and wrote comments on same to H. McArn and M. Hankin (1.0). | 1,073.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/17/10 | EPB | 10.00 | Drafted section on ███████████████ ███████████████████ (1.7); drafted section on ███████████████████████ (2.0); reviewed documents from ██████ interview re ███████ (1.5); edited section on management involvement with ██████████ in the second quarter of 2008 (1.0); edited section ██████████████ (1.3); reviewed ██████ interview memorandum (.2); reviewed █████ interview memorandum (.2); reviewed ████ interview memorandum (.3); reviewed ████ interview memorandum (.3); reviewed ████ interview memorandum (.2); reviewed ████ interview memorandum (.2); reviewed ████ interview memorandum (.3); reviewed ███ interview memorandum (.2); reviewed ██████ interview memorandum (.2); reviewed ████████ interview memorandum (.2). | 3,700.00 |
| 1/18/10 | DRM | .20 | Read Duff & Phelps memorandum from J. Pimbley analyzing ███████████████████. | 170.00 |
| 1/18/10 | MDB | 1.70 | Conferred with S. Biller numerous times re █████ draft Report (1.0); reviewed T. Newkirk proposed edits to ███████ draft Report (.4); conferred several times with A. Valukas re ███████ draft (.3). | 1,020.00 |
| 1/18/10 | EXM | 10.20 | Revised Report section consisting of Duff & Phelps' █████████████████████████████████ (3.3); revised Report section consisting of Duff & Phelps' reasonableness analysis of ████████████████████████ (3.2); revised Report section consisting of Duff & Phelps' █████████████████ (1.6); researched ████████████████████████████ (2.1). | 3,213.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/18/10 | SKS | 9.70 | Drafted and revised Examiner interview memorandum for ███████ (3.5); reviewed and cited to ███████ interview documents (3.0); revised ███████ segment for Examiner's Report per M. Basil and M. Hankin comments (3.2). | 5,238.00 |
| 1/18/10 | KF | 5.30 | Edited and redrafted ███████ section of Report based on edits from Duff & Phelps (2.6); edited and redrafted ███████ section of Report based on edits from M. Hankin (1.9); researched citations in Report (.8). | 2,120.00 |
| 1/18/10 | JJM | 10.10 | Conferred with H. McArn re revisions to portion of Examiner's Report concerning the last 30 days prior to bankruptcy (1.0); conferred with T.C. Fleming of Duff & Phelps concerning section re ███████ ███████ (2.0); conducted ███████ relating to ███ (1.8) and ███ (1.8) for ███████ portion of Report; revised ███████ relating to ███ (1.8) and (1.7) for ███████ portion of Report. | 5,858.00 |
| 1/18/10 | HDM | 4.00 | Continued to analyze Duff & Phelps analyses of ███████ (1.9); continued to analyze Duff & Phelps analyses ███████ (.5); reviewed materials on ███████ re same (1.6). | 2,300.00 |
| 1/18/10 | SEB | 1.70 | Conferred with M. Basil re ███████ Report substantive issues throughout the day (.4); conferred with K. Jestin re ███████ ███████ (.1); reviewed notes of ███████ interview re ███████ (.8); communicated by email with J. Epstein, M. Basil and T. Newkirk re cost of ███████ (.4). | 629.00 |
| 1/18/10 | MLS | 3.10 | Incorporated E. McKenna's changes from January 18 to ███ fact section of ███████ draft Report to Examiner (1.6); incorporated ███████ ███████ and received from C. Ward into citations for ███████ fact and analysis sections of ███████ draft Report (1.5). | 1,147.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/18/10 | MAL | 9.50 | Read and reviewed section of Examiner Report discussing the Barclays transaction (4.0); provided comments to V. Lazar re same (.5); reviewed section of Examiner Report discussing ███████████████████ ████████████ (2.5); conferred with T.C. Fleming re ████████████████ (.5); continued reviewing appendix re ██████████ ████████████████████████████ (2.0). | 3,800.00 |
| 1/18/10 | EPB | 4.90 | Edited section on ████████████████ ███████████████ (1.7); edited section on ███████████████████ (2.0); proofread section on ████████████ (.5); conferred with M. Hankin re section ██████████ (.4); reviewed ████████ draft (.3). | 1,813.00 |
| 1/19/10 | DRM | .40 | Telephone conference with M. Hankin re ██████ ████████ appendix (.1); telephone conference with P. Trostle re ████████████████ discussion (.2); memorandum from M. Hankin re ████████████ ██████ appendix (.1). | 340.00 |
| 1/19/10 | MDB | .50 | Conferred with S. Biller numerous times re ████████ draft Report. | 300.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350



| 1/19/10 | EXM | 13.80 | Drafted Report section on ▮▮▮▮▮▮▮▮ (4.2); reviewed documents related to ▮▮▮▮▮▮ (2.1); reviewed changes to citations by M. Slachetka in draft Report section for ▮▮▮▮▮ (.4); reviewed emails from Duff & Phelps explaining ▮▮▮▮▮ (.3); emailed Duff & Phelps re questions about ▮▮▮ functions for ▮▮▮▮▮ (.5); drafted Report section on ▮▮▮ for ▮▮▮▮ (3.5); researched ▮▮▮▮▮ (.8); revised draft of ▮▮▮ Overview for ▮▮▮ analysis based on comments from R. Byman (1.2); revised draft of ▮▮▮▮ Overview for ▮▮ analysis to reflect inclusions of ▮▮▮ portions (.8). | 4,347.00 |
| 1/19/10 | SKS | 6.80 | Edited and shortened ▮▮▮▮▮ segment for Examiner's Report per M. Hankin request (2.3); conferred with J. Malysiak re usage protocol for references to Lehman financial statements (.4); reviewed and implemented line edits from M. Basil to ▮▮▮▮ segment (1.0); revised legal memorandum on ▮▮▮▮ and forwarded to M. Hankin (.7); performed proofreading and cite-checking to ▮▮▮ segment (2.4). | 3,672.00 |
| 1/19/10 | CEB | 2.90 | Worked on edits to ▮▮▮ section of Examiner's Report incorporating changes from H. McArn. | 1,290.50 |

# JENNER & BLOCK LLP
### 353 N. CLARK STREET
### CHICAGO, ILLINOIS 60654
### (312) 222-9350

| 1/19/10 | KF | 9.80 | Conferred and emailed with K. Vignarajah re edits to Report (.5); emailed and conferred with Z. Saeed and J. D'Almeida re edits (.5); conferred with E. Brown (.1); drafted and edited Executive Summary for █████ (1.7); incorporated edits from Duff & Phelps into ████████ section of the Report (2.2); edited and redrafted ████ section of Report based on edits from M. Hankin (3.4); researched outstanding issues re ██████████████████ (1.4). | 3,920.00 |
| 1/19/10 | JJM | 15.70 | Conferred with T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████████, including section re ████████████ (1.9); drafted and revised overview section for portion of Report (2.0); performed ████████ relating to ████ (1.9) and ████ (1.1) as part of preparing ████████ portion of Report; drafted and revised ████ (1.6) as part of preparing ████████ portion of Report; reviewed and analyzed ████ relating to ████ (1.8) and ████ (1.7) as part of preparing ████ portion of Report; attended conference call with H. McArn and M. Lightner of J&B and T.C. Fleming of Duff & Phelps (partial) re portions of Examiner's Report concerning ████████ ████████ (1.2); conferred with A. Kopelman of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████ (.7). | 9,106.00 |
| 1/19/10 | AXK | 6.40 | Revised sections of ████████ section of Report concerning interviews with Debtor (1.0), and conferred with R. Erlich of Duff & Phelps re same (.1); conferred with J. Molenda and T.C. Fleming, E. Fairweather of Duff & Phelps re section of Report concerning ████ ████████ (.7); cite-checked ████ section of Report (2.0), and conferred with J. Malysiak re same (.1); reviewed and revised section of Report concerning ████████ incorporating new material from Alvarez & Marsal (2.5). | 2,848.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/19/10 | MZH | .90 | Reviewed ██████ as per A. Valukas request (.8); drafted emails to R. Byman and S. Prysak re same (.1). | 675.00 |
|---|---|---|---|---|
| 1/19/10 | HDM | 3.20 | Met with T.C. Fleming, J. Molenda and M. Lightner re scope of pre and postpetition accounts and transfers data (1.2); met with Team 2 associates re protocols for Report (.2); met with T. Phillibert and I. Fradkin re ██████ and cash sweep data (1.8). | 1,840.00 |
| 1/19/10 | SEB | .70 | Conferred with A. Taddei of Duff & Phelps re costs (.3); advised I. Dmitrieva re Lehman ██████ ██████ (.2); conferred with M. Basil re substantive ██████ issues (.2). | 259.00 |
| 1/19/10 | MLS | .80 | Drafted summaries re outstanding ██████ analysis section of draft Report for E. McKenna and A. Besio of Duff & Phelps. | 296.00 |
| 1/19/10 | TAP | 10.50 | Attended meeting with H. McArn and I. Fradkin re drafting progress with respect to draft ██████ narrative (1.0); participated in telephone conference with Duff & Phelps and I. Fradkin re analysis of Lehman's ██████ transactions (.3); revised draft Report re effect of ██████ (2.7); revised draft Report re ██████ (3.2); reviewed Duff & Phelps analysis ██████ (1.2); reviewed responses to Examiner's request and revised draft Report re ██████ prioritization of Lehman's ██████ (2.1). | 4,672.50 |
| 1/19/10 | IF | 6.50 | Attended meeting with H. McArn and T. Phillibert re drafting progress with respect to draft ██████ narrative (1.0); participated in telephone conference with Duff & Phelps and T. Phillibert re analysis of Lehman's ██████ transactions (.3); reviewed and revised draft ██████ narrative to conform style protocols (1.7); reviewed and revised draft ██████ narrative to conform style protocols (1.2); reviewed Duff & Phelps analysis of Lehman's ██████ transactions (2.3). | 2,892.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/19/10 | KV | 10.90 | Incorporated ███████ interview memorandum into discussions of ████████████ (1.1); reviewed M. Hankin edits and incorporated suggestions for section on discussion ██████████████ ████ (1.6); section on Lehman's ████ (2); section on ████ (1.3); section on articles on ██████ (1.5); background discussion of ████ (1.8); reviewed emails and drafts of chapter sent by M. Hankin and Duff & Phelps about Lehman's ██████████ (1.0); conferred with K. Filipovich about introducing edits into master document (.6). | 4,033.00 |
| 1/19/10 | MAL | 3.30 | Met with H. McArn, J. Molenda and T.C. Fleming re ██████████████ (1.2); conferred with M. Kresslein re analysis (.3); reviewed Duff & Phelps ████ and drafting comments re same (1.8). | 1,320.00 |
| 1/19/10 | EPB | 5.70 | Reviewed M. Hankin edits to ██████████ draft (.4); conferred with M. Hankin re ████ (.5); incorporated M. Hankin edits to ██████████ (1.0); edited section on ██████ (.9); edited section on ████ (1.8); proofread ████ (.8); conferred with K. Filipovich re draft (.2); conferred with T. Clements re interview (.1). | 2,109.00 |
| 1/20/10 | DRM | 1.20 | Read R. Byman comments on ████ draft (.3); conferred with M. Lightner and A. Allen re modifications to ████ and ████ reports and appendices (.8); read memorandum from M. Lightner re ████ issue (.1). | 1,020.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 399

| 1/20/10 | MDB | 3.90 | Conferred with S. Biller numerous times re ██████ draft Report (1.3); conferred with A. Valukas and R. Byman several times re ██████ Report (.6); reviewed case materials, fiduciary duty law, and draft Report in preparation for call with ████████████ re ██████ analysis (.5); participated in conference call with A. Valukas, R. Byman, S. Biller and ████ ████████ re ██████ Report (1.0); reviewed and edited memorandum re meeting with ████ (.5). | 2,340.00 |
| 1/20/10 | EXM | 14.40 | Drafted Report section on ██████████ ████████████████ (2.5); drafted Report section on ████████████████████████ (2.3); reviewed emails from Duff & Phelps on impact of ████████████ (.4); emailed Duff & Phelps re impact of ██████████████ (.5); drafted interview summary memorandum on Examiner's interview of ██████ (4.5); reviewed notes from Examiner's interview of ██████ (1.2); reviewed notes from Examiner's interview of ████ for cites in Report section for ██████████████ analysis on ████████ (.4); reviewed notes from Examiner's interview of ██████ for cites in Report section for ████████████████ (.4); drafted Report section on overview of ██████ portfolio for ████████████ (2.2). | 4,536.00 |
| 1/20/10 | SKS | 4.20 | Revised and proofread Examiner interview memorandum for ██████ per M. Hankin comments (1.0); revised, cite-checked and proofread ██████ segment (3.2). | 2,268.00 |
| 1/20/10 | CEB | 3.20 | Edited ██████ section of Examiner's Report incorporating changes from H. McArn and others. | 1,424.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/20/10 | KF | 9.10 | Conferred with K. Vignarajah re edits (.5); conferred and emailed with Z. Saeed and M. Vitti editing and ███████ facts (.8); emailed and conferred with M. Hankin re ███████ (.2); researched issues related to citations of documents for ███████ (.3); met with K. Vignarajah re editing (.5); edited and redrafted ███████ section of Report based on edits from M. Hankin (3.5); incorporated edits from Duff & Phelps into ███████ section of Report (3.3). | 3,640.00 |
|---|---|---|---|---|
| 1/20/10 | JJM | 16.40 | Conferred with A. Kopelman of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning the last 30 days prior to bankruptcy, including overview (1.1) and section re ███████ (1.5); reviewed and revised ███████ relating to ███ (1.7), ███ (1.3), and ███████ (1.6) as part of preparing ███████ portion of Report; conducted ███████ relating to ███ as part of preparing ███████ portion of Report (1.7); drafted ███████ relating to ███ (1.9) and ███████ (1.9) for ███████ portion of Report; reviewed ███████ relating to ███████ (1.8) and ███████ (1.9) as part of preparing ███████ portion of Report. | 9,512.00 |
| 1/20/10 | AXK | 12.40 | Conferred with J. Molenda of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to section of Report concerning ███████ and reviewed support for same specific to ███████ (2.0), ███████ (1.8), ███████ (1.9), and ███████ (.9); reviewed new material concerning equity received by severed insider employees from Alvarez & Marsal for section of Report concerning ███████ (2.0); drafted subsections of Report concerning same re ███████ (1.2), ███████, (1.1), S. Butler (.5), and ███████ (.4); revised memorandum concerning interview of ███████ for section of Examiner's Report concerning ███████ issues (.6). | 5,518.00 |
| 1/20/10 | MZH | .90 | Met with H. McArn, T. Phillibert, I. Fradkin re ███████ ███████ (.6); reviewed I. Fradkin email and prepared for meeting re same (.3). | 675.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/20/10 | HDM | 6.50 | Met with M. Hankin and Team 2 associates re ████ ████ and ████████ claims analysis (2.0); met with Team 2 associates re additional ████ data production (1.0); discussed prepetition accounts and transfers with M. Lightner (1.5); reviewed Duff & Phelps appendix re same (2.0). | 3,737.50 |
|---------|-----|------|------|----------|
| 1/20/10 | SEB | 13.10 | Researched ████████ ████████ issue and wrote email summary for R. Byman and M. Basil on same (.7); read email and letter to outside counsel re confidentiality orders (.1); revised Examiner's conclusion section of ████████ Report (.8); revised ████████ counsel section of ████ Report (.1); participated in conference call with ████ and follow up call with R. Byman (1.2); conferred with M. Basil following ████ call (.5); conferred with M. Basil re ████ call re ████ (.3); read memorandum re ████ call (.1); revised ████████ (.8); wrote and revised interview memorandum re ████ interview (2.6); reviewed ████████ (.9); read ████ (.3); conferred with M. Basil re Lehman ████ (.3); conferred with M. Basil re ████ (.2); telephone conference with T. Winegar re ████ of ████ (.2); communicated with M. Devine re knowledge of ████ (.1); reviewed ████████ (1.2); revised footnotes in ████ Report (2.7). | 4,847.00 |

LAW OFFICES
Page 402
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/20/10 | MLS | 8.30 | Incorporated R. Byman's edits into ███████ ███ overview of draft Report (1.3); incorporated M. Hankin's comments re ████████ into ███ overview of draft Report (1.4); reviewed and analyzed ████████ ██████████ summary in preparation for drafting the final interview memorandum (.4); reviewed documents used to prepare ████████'s witness interview outline from 2009, in preparation for drafting the final interview memorandum (.6); reviewed documents sent to █ in advance of his ████████ 2009 interview with the Examiner, in preparation for drafting the final interview memorandum (.8); reviewed and analyzed notes from the Examiner's ████████ 2009 interview with ████████ for inclusion in the final interview summary (1.9); created initial draft of final interview memorandum from ██████, 2009, for ███████ (1.9). | 3,071.00 |
| 1/20/10 | TMW | .20 | Telephone conference with S. Biller re ████████ ████████ | 74.00 |
| 1/20/10 | TAP | 14.20 | Attended meeting with M. Hankin, H. McArn and I. Fradkin re ████████ claims (.6); attended meeting with H. McArn and I. Fradkin re comments to draft ████████ and ████████ transaction narratives (2.2); edited draft Report re Lehman's ████████ and ████████ (4.1); revised draft Report re Lehman's ████████ (3.7); revised draft Report re ████████s and related administrative claims (1.7); revised draft Report re Lehman's ████████ (1.9). | 6,319.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 1/20/10 | IF | 11.70 | Attended meeting with M. Hankin, H. McArn and T. Phillibert re ███████ (.6); attended meeting with H. McArn and T. Phillibert re comments to draft ███████ and ███████ transaction narratives (2.2); reviewed discussion of Lehman's pre-petition ███████ system (1.7); reviewed and revised analysis of ███████ (2.5); reviewed discussion of Lehman's ███████ (1.9); reviewed analysis of the effect of the LBHI bankruptcy on ███████ (2.1); revised draft narrative based on H. McArn comments (.7). | 5,206.50 |
| 1/20/10 | KV | 13.70 | Responded to suggestions for rewriting by M. Hankin on Lehman's ███████ (1.5) ███████ (1.8); ███████ (1.9); Lehman's ███████ (2.0); ███████ (1.2); Lehman's ███████ (1.4); conferred with Duff & Phelps for clarification on ███████ (2.0) and ███████ (1.4); conferred with K. Filipovich about M. Hankin edits to fact section discussion of ███████ (.5). | 5,069.00 |
| 1/20/10 | WHC | .40 | Followed up with M. Hankin re ███████ and the Examiner's Report. | 148.00 |
| 1/20/10 | HEH | 1.80 | Reviewed draft ███████ section and began making suggested edits (1.3); conferred with M. Hankin about revising ███████ section (.5). | 585.00 |
| 1/20/10 | MAL | 5.80 | Drafted extensive email to team members re Duff & Phelps reports and trade analysis (.5); conferred with M. Hankin re ███████ (.1); conferred with H. McArn re ███████ (.2); reviewed section of Examiner Report re ███████ (1.0); reviewed section of Examiner Report re ███████ generally (1.5); reviewed various Duff & Phelps exhibits re ███████ (2.5). | 2,320.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/20/10 | EPB | 1.20 | Conferred with M. Hankin re drafts (.1); conferred with E. McKenna re R. Byman edits (.1); reviewed R. Byman edits to introduction to ███████ section (.2); conferred with M. Hankin re ███████ section (.1); conferred with M. Vitti re ███████ section (.1); reviewed M. Hankin edits to ███████ section (.3); reviewed M. Hankin edits to ███████ interview memorandum (.3). | 444.00 |
|---------|-----|------|----|--------|
| 1/20/10 | CRW | .70 | Pulled ███████ for S. Biller. | 178.50 |
| 1/21/10 | DRM | 1.00 | Memoranda to and from J. Pimbley re further analysis of ███████ (.3); memorandum from A. Pfeiffer re legend on appendices to reports (.1); reviewed other reports re same (.3); memorandum to R. Byman, et al. re legend on reports (.1); memoranda from M. Lightner re production of reports (.2). | 850.00 |
| 1/21/10 | MDB | 5.10 | Conferred with S. Biller numerous times re ███████ draft Report (1.0); met twice with A. Valukas and S. Biller re status of ███████ draft Report (.8); reviewed and edited Duff & Phelps memorandum re ███████ entries for ███████ (.6); reviewed and edited Duff & Phelps memorandum re ███████ (.6); reviewed and edited Duff & Phelps memorandum re ███████ (.8); reviewed and edited Duff & Phelps memorandum re ███████ (.7); reviewed and edited Duff & Phelps memorandum re ███████ (.2); reviewed and edited Duff & Phelps memorandum re Lehman ███████ (.4). | 3,060.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 405

| 1/21/10 | EXM | 14.80 | Researched on SharePoint emails related to ██████ ██████████ (1.7); revised draft Report section for ████████████ based on comments from M. Hankin (4.7); ████████████ (3.3); discussed with A. Besio at Duff & ████████████ (.8); reviewed sample ████████ produced by ████ for valuing ████████ (2.5); reviewed industry literature on ████████████ (1.8). | 4,662.00 |
| 1/21/10 | SKS | 1.50 | Prepared exhibits to Examiner interview memorandum for ████████ for scanning up to SharePoint. | 810.00 |
| 1/21/10 | CEB | 2.70 | Revised ████████ section of Examiner's Report. | 1,201.50 |
| 1/21/10 | KF | 9.30 | Conferred with M. Hankin re edits (.1); conferred with K. Vignarajah throughout the day re edits (.5); conferred and emailed with W. Chen re cite-checking (.4); reviewed section of Report re ███ and ████████ for issues relevant to ████████ section (.5); edited and drafted Executive Summary for ████████ (1.7); edited and redrafted ████████ section of Report based on edits from M. Hankin (3.3); researched methodologies that Lehman used for its ████████████ (1.9); emailed and conferred with Z. Saeed re ████████ section of Report (.9). | 3,720.00 |
| 1/21/10 | JJM | 2.50 | Conferred with T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning ████████████, including overview (.5) and section re ████████████ (2.0). | 1,450.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 406

| 1/21/10 | AXK | 8.40 | Drafted section of Report concerning ███████████ in light of new material from Alvarez & Marsal concerning ████████ (2.7), and conferred with T.C. Fleming of Duff & Phelps re same (.4), and conferred with H. McArn re same (.5), and conferred with R. Erlich and D. O'Sullivan of Duff & Phelps re same (.6); revised ████████ section of Report (2.8); cite-checked section of Report concerning ███████████ ████████ (1.4). | 3,738.00 |
| 1/21/10 | HDM | 6.10 | Reviewed and communicated with I. Fradkin re ████ ████████████ (.8); reviewed Team 5 analysis re ████ (.2); discussed revisions to and outstanding tasks associated with ████ data (1.2); reviewed ████████ ████ Report (.7); discussed same with D. Murray (.1), and M. Basil (.1); reviewed Team 3 and Team 5 comments to Team 2 drafts and communicated same to Team 2 associates (3.0). | 3,507.50 |
| 1/21/10 | SEB | 4.70 | Conferred with A. Taddei of Duff & Phelps re ████████████ (.4); conferred with A. Valukas and M. Basil re substantive issues (.5); conferred with M. Basil throughout the day re various ████████ substantive issues (.8); met with A. Valukas re ████████ Report (.4); communicated with S. McNally re ████████ (.2); conferred with T. Winegar re ████████ (.2); reviewed ████████████ and prepared memorandum re data points for ████████ (1.1); reviewed key ████████ documents for inclusion in ████████ Report (1.1). | 1,739.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | MLS | 8.90 | Incorporated M. Hankin's comments re ███████ into the ████████ Overview of draft Report (.3); reviewed documents used to prepare ██████'s ████████, 2009 witness interview outline, in preparation for drafting the final interview memorandum (.5); reviewed documents sent to ████████ in advance of his ██████████, 2009 interview with the Examiner, including spreadsheets of ████████████, in preparation for drafting the final interview memorandum (.7); reviewed and analyzed notes from the Examiner's ████████, 2009 interview with ██████ for inclusion in the final interview summary (1.9); revised initial draft of final interview memorandum from ██████████, 2009, for ████████ (1.5); reviewed and analyzed ████████████, 2009 interview flash summary in preparation for drafting the final interview memorandum (.3); reviewed documents used to prepare ████████'s witness interview outline from ████████, 2009, in preparation for drafting the final interview memorandum (.6); reviewed documents sent to ████ in advance of his ████████, 2009 interview with the Examiner, in preparation for drafting the final interview memorandum (.5); reviewed and analyzed notes from the Examiner's ████████, 2009 interview with ████████ for inclusion in the final interview summary (1.2); created initial draft of final interview memorandum from ████████, 2009, for ████████ (1.4). | 3,293.00 |
| 1/21/10 | TMW | 2.20 | Reviewed Debtors' production re monthly data from global consolidated balance sheets. | 814.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | TAP | 14.10 | Revised draft Report re the ███████████████ ████████████ (2.1); revised Report re Lehman's settlement of ████████████ (3.7); participated in telephone conference with H. McArn and I. Fradkin re ███████████████████ (.6); participated in telephone conference with H. McArn and T. Phillibert re ████████████████ (.3); participated in telephone conference with Duff & Phelps and T. Phillibert re ██████████ (.3); summarized list of questions for interview with ██████████ re ██████████ ██ s (1.2); participated in telephone conference with ██████, Duff & Phelps and I. Fradkin re ███████████████ s (.2); met with I. Fradkin re ████████████ (1.0); revised Report to incorporate ██████████ (2.4); revised draft Report re Lehman's ██████████ (2.3). | 6,274.50 |
| 1/21/10 | IF | 12.00 | Participated in a telephone conference with H. McArn and T. Phillibert re ██████████ (.6); participated in telephone conference with H. McArn and T. Phillibert re ████████ (.3); participated in telephone conference with Duff & Phelps and T. Phillibert re ████████ (.3); participated in telephone conference with ██████, Duff & Phelps and T. Phillibert re ██████████ (.2); participated in telephone conference with M. Hankin re ████████ (.1); attended meeting with T. Phillibert re ████ (1.0); reviewed court record in connection with ██████████ (3.0); revised discussion of ████ based on team leader comments (1.7); revised analysis of the effect of the ██████████ (2.5); revised draft ██████████ narrative based on H. McArn comments (2.3). | 5,340.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | KV | 8.90 | Conferred with Duff & Phelps and rewrote sections about January 2008 ██████ ████████ update (1.8); ████████ (1.2); ████████ (2.0); ████ (1.9); ██████████ (2.0). | 3,293.00 |
|---|---|---|---|---|
| 1/21/10 | WHC | .30 | Met with M. Hankin and K. Filipovich re cite-checking ██████ section of Report. | 111.00 |
| 1/21/10 | HEH | 3.20 | Reviewed draft Report sections on ██████ and ██████████ overview (2.8); continued making suggested edits to ████ ██████ section (.4). | 1,040.00 |
| 1/21/10 | MAL | 6.50 | Conducted meeting with A. Allen, M. Kresslein, and T.C. Fleming re various Duff & Phelps exhibits (.6); followed-up with participants of previous meeting re same (.3); addressed various issues re bates stamps for ██████████ analysis and Duff & Phelps trade analysis (1.8); conferred with H. McArn, T. Phillibert, and I. Fradkin re ██████████ issue (.4); conferred with H. McArn and M. Hankin re ██████████ issue (.3); reviewed Duff & Phelps appendices for potential bates stamp issues (.8); completed review of section of Examiner Report re ██████████ (.5); discussed with H. McArn (multiple times) re ██████████ (1.0); confirmed with Duff & Phelps re exhibit for ██████████ (.2); conferred with D. Murray re ██████████ and drafted follow-up email re same (.3); reviewed with H. McArn section of Examiner Report addressing the ██████████ (.3). | 2,600.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | EPB | 10.00 | Reviewed documents for ███████ interview (.3); prepared for and attended ███████ interview (1.0); drafted ███████ interview memorandum (2.2); conferred with M. Hankin re ███████████████ ███████ draft (.1); reviewed ███████ interview materials (.5); conferred with M. Hankin re ███████ interview (.2); conferred with M. Vitti re ███████ draft (.1); conferred with K. Filipovich re ███████ (.1); conferred with P. Marcus re ███████ draft (.1); drafted ███████ interview memorandum (1.6); organized email and documents cited (.4); edited introduction to ███████ (.8); reviewed interview memoranda related to ███████████████ (.7); edited ███████ interview memorandum (1.9). | 3,700.00 |
|---|---|---|---|---|
| 1/22/10 | DRM | .20 | Read memoranda from M. Basil, J. Malysiak and S. Ascher re ███████████. | 170.00 |
| 1/22/10 | MDB | 3.20 | Conferred with S. Biller numerous times re ███████ draft Report (1.1); conferred several times with A. Valukas and R. Byman re ███████ draft Report (.3); participated in conference call with S. Biller and Duff & Phelps's A. Taddei re Duff & Phelps ███████-related memoranda and analysis (1.3); conferred with M. Lightner re Task 7 of order appointing Examiner (.5). | 1,920.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

1/22/10    EXM    16.20    Drafted Report section for █████████████ (3.5); revised draft Report section for █████ based on comments from M. Hankin (5.3); reviewed Consolidated █████ Section of Report to make sure draft section on █████ is consistent (2.2); emailed J. Duvoisin of Duff & Phelps re questions about data used in Report section for ████████ (.7); reviewed appendix to Report section for ████████ (1.1); edited appendix to Report section for █████████ (1.3); reviewed documents in interview binders for citing in draft Report section for █████ (.9); reviewed █████ interview summary for citations to draft Report section for █████ (.4); reviewed interview summary for citations to draft Report section for █████ (.4); reviewed █████ interview summary for citations to draft Report section for █████ (.4).    5,103.00

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/22/10 | SKS | 8.20 | Reviewed and attempted to locate documents cited in ███████████████████ section on Case Logistix and Stratify (2.0); conferred with M. Slachetka to find apparently missing or miscited documents cited in ███████████████ section of Report (.3); reviewed documents located by M. Slachetka (.2); conferred with J. Malysiak re references to Lehman ████████ per Examiner usage protocols and suggested minor modifications to protocol re publicly filed financial statements and ███████ witness interview memoranda (.7); conferred with M. Hankin re form of legal framework revised ████████ ██████ section to shorten legal discussion (.4); reviewed Report Legal Appendix re ███████████████ discussion (.1); discussed whether it should be included as part of the Report Legal Appendix (.3); revised Team 2 witness interview memorandum of █████████ and coordinated with Lehman paralegal team to load onto SharePoint (1.1); conferred with M. Hankin re availability in response to M. Basil and M. Devine requests for work coordination reports (.1); performed cite-checking and proofreading revisions to ████████ ████████ section per Lehman usage protocol (2.0); revised █████████ section to insert pin citations to interview memoranda (1.0). | 4,428.00 |
| 1/22/10 | CEB | 4.90 | Discussed revisions to █████████ section of Examiner's Report with H. McArn and A. Busse and R. Erlich of Duff & Phelps (.7); incorporated edits to ████████████ section of Examiner's Report suggested by V. Lazar (1.4); reviewed summary memoranda of interviews of ████████ and ████████ for potential relevance to ███████ section of Examiner's Report (1.1); edited tables relating to █████████████████████ based on advice from Duff & Phelps (1.7). | 2,180.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/22/10 | KF | 9.50 | Fact-checked portions of the Report related to ▮▮▮ of ▮▮▮ (1.5); cite-checked section of Report related to ▮▮ of ▮▮ (1.7); drafted and edited section of Report re ▮▮▮ (3.1); drafted and edited section of Report re ▮▮▮ (1.7); conferred with K. Vignarajah throughout the day re editing process (.5); emailed with Z. Saeed re ▮▮ (.2); conferred and emailed with W. Chen re ▮▮ citations (.3); reviewed documents from ▮▮ and ▮▮ interviews to do interview summary (.5). | 3,800.00 |
| 1/22/10 | JJM | 3.80 | Drafted appendix of ▮▮ in support of portion of Examiner's Report concerning ▮▮▮, and conferred with T.C. Fleming and E. Fairweather of Duff & Phelps re same (2.0); drafted discussion section ▮▮ portion of Report, and conferred with T.C. Fleming and E. Fairweather of Duff & Phelps re same (1.8). | 2,204.00 |
| 1/22/10 | AXK | 10.50 | Drafted sections of Report concerning ▮▮ in light of material from Alvarez & Marsal concerning ▮▮▮ (.4); reviewed work product from Duff & Phelps re same (2.0); reviewed supporting documents re ▮▮ (1.2), ▮▮ (1.9), ▮▮ (.7), ▮▮ (.8), ▮▮ (.7), and ▮▮ (.4) for section of Examiner's Report concerning ▮▮. | 4,672.50 |
| 1/22/10 | HDM | 1.90 | Discussed revisions to Duff & Phelps analysis of ▮▮ (.7); discussed Report logistics with C. Bell (.2); discussed Report logistics with M. Hankin (.1); worked with I. Fradkin re Team 2 outstanding analysis (.4); reviewed ▮▮ interview flash summary (.1); reviewed revised ▮▮ section (.4). | 1,092.50 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/22/10 | SEB | 2.80 | Conferred with M. Basil and T. Newkirk re financial statements issue (.1); conferred with A. Valukas, R. Byman and M. Basil re ███████ Report substantive issues (.5); conferred with A. Taddei re ███████ substantive issues (1.2); emailed S. Prysak and J. Epstein ███████████████████████ (.2); reviewed research ███████ (.2); emailed analysis re Lehman's periodic filings to A. Taddei (.3); conferred with A. Taddei re ████████████ (.2); conferred with A. Kennedy re ████████████████████ (.1). | 1,036.00 |
| 1/22/10 | MLS | 6.60 | Reviewed and analyzed ████'s interview flash summary in preparation for drafting the final interview memorandum (.5); reviewed documents used to prepare ████ witness interview outline in preparation for drafting the final interview memorandum (1.0); reviewed documents sent to ████ in advance of his interview with the Examiner, ████████████, in preparation for drafting the final interview memorandum (1.2); reviewed and analyzed notes from the Examiner's interview with ████ for inclusion in the final interview memorandum (1.9); created initial draft of final interview memorandum for ████ (2.0). | 2,442.00 |
| 1/22/10 | TAP | 12.10 | Revised draft Report re ████████████ (2.4); reviewed Duff & Phelps analysis re ████ (1.7); edited draft Report re ████████ (3.1); revised draft Report re ████████ (2.4); attended meeting with I. Fradkin re discussion of ████████ (1.2); attended meeting with I. Fradkin re Lehman ████ transactions (1.3). | 5,384.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/22/10 | IF | 9.70 | Attended meeting with T. Phillibert re discussion of ███ ███████████████████████ (1.2); revised discussion of Lehman's ███████████ system (1.5); revised discussion of ███████████████ ████████████ per H. McArn comments (1.3); revised discussion of Lehman's ████████ business in connection with Duff & Phelps analysis (2.2); attended meeting with T. Phillibert re Lehman ████████████████ (1.3); revised discussion of ███████████████████████ (1.2); incorporated draft narratives into draft document for submission to Examiner (1.0). | 4,316.50 |
| 1/22/10 | KV | 7.40 | Conferred with M. Vitti and Z. Saeed of Duff & Phelps ██████████ (1.1); inserted remaining comments from M. Hankin into facts section about ████████ ██████████ (2.0); conferred with K. Filipovich on edits of ███████ discussion and how to coordinate sharing master over weekend (.2); edited executive summary of ██████ chapter by reviewing documents for insertion as citations re ██████ methods and replacing missing footnotes re ████████ analysis (2.4). | 2,738.00 |
| 1/22/10 | WHC | 1.60 | Compiled and sent a list to E. Brown of sources required to complete cite-checking of Consolidated ██████ Section (.9); discussed citation form for bates numbers with C. Ward (.4); organized cite-checking for K. Filipovich's section of the Report (.3). | 592.00 |
| 1/22/10 | HEH | 2.10 | Continued making suggested edits to ████ ██████ section of draft Report (1.8); met with M. Hankin to discuss edits to ████ Report (.3). | 682.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

Page 416

| 1/22/10 | MAL | 4.10 | Continued working with H. McArn (multiple times) re ██████████ and assisted in drafting of said section (2.0); discussed with A. Allen (multiple times) re bates stamp issues for Duff & Phelps exhibits and various corrections that needed to be made to avoidance sections (1.5); gathered a list of exhibits to be included in ████ sections of the Examiner Report for the Examiner (.2); reviewed Duff & Phelps exhibits and provided comments re same (.4). | 1,640.00 |
| 1/22/10 | EPB | 7.70 | Conferred with P. Marcus re ████ section (.5); telephone interview of ████ (.5); conferred with M. Hankin re telephone interview of ████ (.3); conferred with J. D'Almeida re appendices (.1); drafted ████ interview memorandum (1.6); conferred with W. Chen re ████ section (.1); reviewed appendices and emailed M. Hankin re same (.5); edited management involvement in ████ section (2.3); reviewed and edited ████ section (1.6); emailed ████ re language on Examiner's ████ analysis (.2). | 2,849.00 |
| 1/23/10 | DRM | 1.30 | Reviewed ████ section and prepared comments on same for H. McArn (.6); telephone conference with M. Lightner re intercompany transfer status (.7). | 1,105.00 |
| 1/23/10 | MDB | .70 | Conferred with S. Biller numerous times re ████ draft Report (.5); conferred with R. Byman re ████ draft Report (.2). | 420.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/23/10 | EXM | 13.90 | Drafted Report section for ██████████████ ████████ (1.5); revised draft Report section for ████████████ ██████ based on comments from M. Hankin (6.3); drafted Report section for ████████████████████ ██████████ (3.5); reviewed ████████ interview summary for citations to draft Report section for ████████████ (.4); reviewed notes from ████████ interview for citations to draft Report section for ██████████████ (1.0); reviewed notes from ████████ interview for citations to draft Report section for ████ (1.2). | 4,378.50 |
| 1/23/10 | KF | 5.10 | Researched issues related to ████████ for R. Byman and emailed with him re the issue (.6); emailed with W. Chen re ████ citations (.2); line-edited sections of the Report re Lehman's ████ of ████████████ (2.3); added edits from M. Hankin and Duff & Phelps to the ████ section of the Report (2). | 2,040.00 |
| 1/23/10 | AXK | 9.00 | Reviewed and revised section of Examiner's Report concerning ██ and ████████ with regard to ████████ (1.9), ████ (1.1), ████████████ (2.0), and ████████ (1.2); revised sections of Report concerning ██████ payments (1.9); incorporated edits from H. McArn re same (.9). | 4,005.00 |
| 1/23/10 | MZH | .70 | Reviewed letter from third party analyst seeking confidentiality of Lehman reports, and emails with R. Byman re same. | 525.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 1/23/10 | HDM | 3.20 | Communicated with A. Kopelman re staffing and availability (.1); communicated with M. Lightner re █████ analysis (.3); reviewed revised draft re same and drafted summary (2.0); reviewed █████ summary and communicated with C. Bell re same (.2); reviewed Duff & Phelps interview notes re █████ (.2); communicated with A. Kopelman re same (.2); reviewed and circulated D. Murray's comments to █████ draft and █████ drafts (.2). | 1,840.00 |
| 1/23/10 | SEB | 1.30 | Reviewed R. Ziegler comments (.5); conferred with M. Basil re █████ and █████ (.1); emailed throughout the day with T. Newkirk, A. Valukas, and R. Byman re █████ (.7). | 481.00 |
| 1/23/10 | CVM | 14.20 | Met with D. Murray re drafting of the █████ section of the Report (.7); met with K. Hupila re the █████ (.3); reviewed the interview summaries of █████s █████ (2.0); reviewed the Barclays and █████ section of the Report (.9); reviewed the █████s (1.5); reviewed █████ re █████s (1.6); met with D. Murray, A. Kennedy, D. Layden, and V. Lazar re █████ (1.8); drafted introduction of the █████s breach of fiduciary duty section of the Report (2.0); drafted fiduciary duty law section of the █████s breach of fiduciary duty section of the Report (2.0); edited and proofread █████s breach of fiduciary duty section of the Report (1.4). | 5,254.00 |
| 1/23/10 | MLS | 5.90 | Revised final interview summaries of Examiner's interview with █████, Examiner's █████, 2009, interview with █████, Examiner's █████, 2009, interview with █████, and Examiner's █████, 2009, interview with █████ to incorporate E. McKenna's suggested changes (2.4); reviewed and revised interview notes re same for clarity (3.5). | 2,183.00 |
| 1/23/10 | IF | .50 | Reviewed and drafted emails to Duff & Phelps and J&B teams re Lehman █████ transactions. | 222.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/23/10 | WHC | 9.90 | Reviewed Stratify document review platform (.5); coordinated control over the master document with K. Filipovich (.2); retrieved cited document from E. Brown (.1); discussed sources needed with Z. Saeed (.4); pulled cited documents for ███████ facts section, footnotes 1 through 60 (1.7); checked the citation format of cites against the citation protocols for ███████ facts section, footnotes 1 through 60 (.8); checked whether cited document supports the proposition for which it was cited for ███████ facts section, footnotes 1 through 60 (2.0); pulled cited documents for ███████ facts section, footnotes 61 through 111 (.9); checked the citation format of cites against the citation protocols for ███████ facts section, footnotes 61 through 111 (.6); checked whether cited document supports the proposition for which it was cited for ███████ facts section, footnotes 61 through 111 (1.5); drafted email to K. Filipovich re cite-checking progress (1.2). | 3,663.00 |
| 1/23/10 | MAL | 7.30 | Began cite-checking, shepardizing, and fact-checking section of Examiner Report addressing ███████ ███████ against LBHI (5.3); worked with H. McArn to revise section of Examiner Report ███████ ███████ ███████ (2.0). | 2,920.00 |
| 1/23/10 | EPB | 6.30 | Reviewed ███████ section (1.4); edited section on ███████ ███████ (1.4); edited section on ███████ ███████ (1.9); reviewed fiduciary duty legal standard appendix (.8); proofread ███████ ███████ section (.7); conferred with M. Hankin re Debtor ███████ section (.1). | 2,331.00 |
| 1/24/10 | DRM | .10 | Memorandum from M. Basil re additional research on ███████. | 85.00 |
| 1/24/10 | MDB | .50 | Conferred with S. Biller numerous times re ███████ draft Report. | 300.00 |
| 1/24/10 | WLT | 1.00 | Reviewed emails re ███████ ███████. | 925.00 |