LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/24/10 | EXM | 12.80 | Drafted Report section for ███████████████████████ ████████████████████████████████████ ██████ (2.5); revised draft Report section for ████ ██████████ ███████████████████████████████ based on comments from M. Hankin (1.2); drafted Report section for ███████████████████ █ ████████ ███████████████████████ (1.5); drafted Report section for █ (1.6); reviewed notes from █████████████ interview for citations to draft Report section for ████████████████████████ ███████████ (.6); reviewed notes from ███████ interviews for citations to draft Report section for ███████ (1.7); drafted Executive Summary to Report section for ████████████████████ ████████ ██████████████████ (3.7). | 4,032.00 |
| 1/24/10 | CEB | 2.40 | Worked on revisions to ██████████ section of Examiner's Report. | 1,068.00 |
| 1/24/10 | KF | 4.90 | Emailed with W. Chen re cite-checking sections of the Report and researched problems with particular citations (1.2); line-edited sections of the Report re Lehman's ██████████ of ████████████████ (2.2); researched issues related to ████████████████████████████ ██████████████ (1.5). | 1,960.00 |
| 1/24/10 | JJM | 1.50 | Attended telephone conference with H. McArn re revisions to portion of Examiner's Report concerning the ██████████████████████ (.3), and prepared for same (.4); attended telephone conference with M. Lightner re revisions to portion of Examiner's Report concerning ████████████████████████ (.8). | 870.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/24/10 | AXK | 6.50 | Continued review of and revisions to section of Report concerning ███████████████ (1.1) and ███████████████████████ (.9); reviewed and revised sections of Report concerning ███████ ██████████████████████████ (1.9); incorporated edits from H. McArn re same (1.5); cite-checked underlying documentation in support of same (1.1). | 2,892.50 |
| 1/24/10 | HDM | 6.30 | Discussed postpetition accounts and transfers and summaries re same with M. Lightner and J. Molenda and Duff team (.3), and continued to review same (4.0); continued to review ████████ document in advance of tomorrow's meeting (2.0). | 3,622.50 |
| 1/24/10 | SEB | 1.00 | Emailed throughout the day to Duff & Phelps re ██████ ████████████ | 370.00 |
| 1/24/10 | TMW | .30 | Emailed S. Biller re documents re changes in █████████ standards. | 111.00 |
| 1/24/10 | IF | .40 | Reviewed K. Jestin comments to draft ███████████ narrative. | 178.00 |
| 1/24/10 | KV | 6.30 | Reviewed and revised Report re ██████████████ ████████████████ (1.9); edited discounted cash flow method analysis for Report (2.0); edited discussion of ████████████████████ in Report (1.7); edited discussion of Lehman's preparation for syndication in Report (.7). | 2,331.00 |
| 1/24/10 | WHC | 5.90 | Cite-checked ████████████ cites from footnotes 1 through 111 (.7); pulled cited documents for ██████████ facts section, footnotes 111 through 281 (1.0); checked the citation format of cites against the citation protocols for ████████ facts section, footnotes 111 through 281 (1.0); checked whether cited document supports the proposition for which it was cited for ████████ facts section, footnotes 111 through 281 (1.8); drafted email to K. Filipovich re cite-checking progress (1.4). | 2,183.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/24/10 | MAL | 3.80 | Reviewed Duff & Phelps ███████ exhibit (2.6); conferred with M. Kresslein at Duff & Phelps re same (.4); conferred with J. Molenda re intercompany transfers (.8). | 1,520.00 |
|---|---|---|---|---|
| 1/24/10 | EPB | 6.10 | Reviewed Duff & Phelps ███████ draft (1.5); edited ████████ section (2.0); reviewed edits and proofread ████████ section (1.3); conferred with P. Marcus re ██████████ section (.2); emailed M. Lightner re Debtor ████████ section (.1); edited ██ ████████ interview summary (1.0). | 2,257.00 |
| 1/25/10 | DRM | .30 | Memoranda to and from M. Lightner concerning ████████ portion of Report and █████████ discussion and telephone conference with M. Lightner concerning same. | 255.00 |
| 1/25/10 | MDB | .50 | Conferred with S. Biller numerous times re ███████ draft Report. | 300.00 |
| 1/25/10 | WLT | 1.60 | Reviewed emails re potential █████████████ ████████. | 1,480.00 |
| 1/25/10 | EXM | 18.00 | Drafted Report section for ████████████████ ████████████████████ ████████ (1.0); drafted Report section for ████████████████ ████████ (1.0); revised fact section for ████████ (3.7); collected cross-references to other sections of Report in ████████████ (.9); researched ████████████████ (1.5); discussed with A. Besio progress of draft ████████ (.6); drafted Report section ████████████ (5.3); drafted Report section analyzing problems with ████████████ (4.0). | 5,670.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 423

| 1/25/10 | SKS | 9.50 | Reviewed and proofread ████████████ segment of ██████████ section of Examiner's Report, with revisions based on comments from M. Hankin, M. Basil and K. Jestin (5.0); drafted footnote on ████████ ██████████████ and forwarded to G. Folland for review (.7); reviewed ████████████████████████████████████ (.6); reviewed ████████████████ for footnote to section (.7); reviewed ████████████████████ section to identify and create table of internal cross-references (1.0); reviewed draft section on ████████████ ████████████ (.4); telephone conference with H. McArn to discuss M. Basil comment re ████████ ██████████ (.2); reviewed Examiner's Report introduction and forwarded comment to G. Folland and P. Trostle re ████████████████████████ (.5); telephone conference with M. Devine re proper designation of ████████████'s title in Report (.2); reviewed report from L. Pelanek and A. Vail re ████████████████████████ in Report (.2). | 5,130.00 |
| 1/25/10 | KF | 10.00 | Conferred and emailed with K. Vignarajah throughout the day re drafting and editing Report (.5); researched issues related to Lehman's ████████████████ ████ (.3); emailed with W. Chen re cite-checking (.1); emailed with M. Vitti and Z. Saeed re ████████ section of Report (.8); conferred and emailed with E. Brown re Report drafting (.2); edited ████████ appendix (.5); incorporated edits from M. Hankin into ████████ section of Report (3.3); incorporated edits from M. Vitti into ████████ section of Report (1.5); drafted and edited ████ section of Report re ████████████████████████ ████████████████████████████████ (2.8). | 4,000.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | JJM | 9.50 | Conferred with T.C. Fleming and E. Fairweather of Duff & Phelps redrafting of appendix of ████████ ████ in support of portion of Examiner's Report concerning the ██████████████████████, same, including overview (.5), ████████████ ██████ (.4), and ████████████████████ ████████████ (1.6); drafted portion of appendix re ████████████████ relating to the ████████████████████ (1.2) and ████ (1.9); attended meeting with M. Lightner re revisions to portion of Examiner's Report concerning ████████████ ████████ (1.3); attended meeting with P. Trostle, M. Hankin, H. McArn and M. Lightner re revisions to portion of Examiner's Report concerning ████████ ████████████████ (1.0) and ████████████ and ██████ (1.6). | 5,510.00 |
| 1/25/10 | AXK | 6.40 | Reviewed suggestions from D. Murray of J&B and others at J&B with regard to section of Report concerning potential ██████████ of ██████████ ████████ (.9); made revisions to same (1.0); cite-checked supporting documentation concerning same (.6); legal cite-checked same (1.5); conferred with H. McArn of J&B re same (1.5); reviewed ██████████ section of Report for corrections to cross-references to other sections of Report (.3); reviewed supporting documentation for resolution of issue concerning ████████████████████████████████ ████████ (.6). | 2,848.00 |
| 1/25/10 | HDM | 6.30 | Met with Team 2 leaders re ████████ document and notations to same (2.2); met with A. Kopelman re final edits to ████████████ section (2.0); reviewed ██████ ████████████████████████████ (.2); met with I. Fradkin and T. Phillibert to discuss revisions from bankruptcy team (1.6); reviewed ██████ interview summary re return to Lehman (.1); communicated with K. Halperin re ██████████ (.2). | 3,622.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/25/10 | SEB | 5.70 | Conferred with C. Meservy re ███████████ ██████████ throughout the day (.3); conferred with S. Terman re edits of Examiner's Report (.1); conferred with M. Basil re █████ substantive issues (.3); conferred with A. Taddei re various █████ substantive issues throughout the day (.5); conferred with A. Kennedy re breach of fiduciary duty (.4); researched ████████████ (1.0); wrote email explanation to K. Porapaiboon re and █████ (.3); conferred with M. Basil re interview (.2); conferred with A. Sapp re Report (.3); reviewed Delaware cases (1.3); researched Delaware (1.0). | 2,109.00 |
| 1/25/10 | MLS | 11.90 | Revised final interview memorandum of Examiner's interview with █████ to incorporate E. McKenna's suggested changes (1.4); revised final interview memorandum of Examiner's interview with █ ██████ to incorporate E. McKenna's suggested changes (1.5); revised final interview memorandum of Examiner's interview with █████ to incorporate E. McKenna's suggested changes (.9); revised final interview memorandum of Examiner's interview with █ █ to incorporate E. McKenna's suggested changes (.8); reviewed and revised notes from Examiner's interview of █████ for clarity (1.9); reviewed and revised notes from Examiner's interview of █ ██████ for clarity (2.0); reviewed and revised notes from Examiner's interview of █████ for clarity (1.8); reviewed and revised notes from Examiner's interview of █████ for clarity (1.6). | 4,403.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | TAP | 13.20 | Met with H. McArn and I. Fradkin re edits to Report re ███████████ and ███████████ (1.6); met with I. Fradkin re Duff & Phelps data analysis of ███████████ ███████████ (1.5); met with I. Fradkin re editing ███████████ Report (1.0); participated in telephone conference with H. McArn and I. Fradkin re Duff & Phelps analysis of ███████████ (.3); participated in telephone conference with Duff & Phelps I. Fradkin re analysis of ███████████ ███████████ (.3); edited document to incorporate changes from team leaders re ███████ discussion in draft Report (3.5); edited draft Report re Lehman's ███████████ system (3.8); reviewed comments from K. Jestin to draft Report re ███████████ and ███████████ (1.2). | 5,874.00 |
| 1/25/10 | IF | 11.20 | Attended meeting with H. McArn and T. Phillibert re comments to draft ███████████ document (1.6); participated in telephone conference with H. McArn and T. Phillibert re Duff & Phelps analysis of Lehman's ███████████ transactions (.3); attended meeting with T. Phillibert re Duff & Phelps analysis of Lehman's ███████████ transactions (1.5); attended meeting with T. Phillibert re drafting progress (1.2); attended meeting with T. Phillibert re Lehman's ███████████ system (1.0); participated in telephone conference with Duff & Phelps re analysis of Lehman's ███████████ transactions (.3); revised discussion of Lehman's ███████████ system in connection with H. McArn comments (2.5); revised discussion of Lehman's ███████████ transactions in connection with H. McArn comments (1.7); reviewed K. Jestin comments to draft ███████████ document (1.1). | 4,984.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | KV | 11.80 | Rewrote description of ████████████ ████████ (1.5); researched and clarified in lay terms discussion of ████████████████ ████ (2.6); conferred with Duff & Phelps personnel Z. Saeed and M. Vitti to clarify ████████████ ████████████ (2.0); edited ██████ analysis (1.8); edited ██████ analysis conducted by Lehman (1.7) and comparison of this Lehman analysis to Examiner's ██████ analysis (1.5); conferred with K. Filipovich re what documents needed to be sent to E. Brown and how to edit the master document (.5); prepared and sent appendix for compilation into one joint appendix (.2). | 4,366.00 |
|---|---|---|---|---|
| 1/25/10 | WHC | 7.00 | Requested cited book from library (.3); corresponded with A. Ringguth re getting access to cited book (.3); emailed J. D'Almeida re ████ data (.1); retrieved cited documents from C. Ward (.6); retrieved cited document from K. Vignarajah (.1); pulled cited interview memoranda off of SharePoint (.4); walked through outstanding footnotes from ██████ facts section with Z. Saeed (.5); pulled cited documents off of Case Logistix for ██████ facts section (.8); cite-checked footnotes between 1 and 281 from ██████ facts section with sources provided by Z. Saeed (1.9); emailed Z. Saeed and K. Filipovich with combined sources and propositions with remaining issues from footnotes 1 through 281 of the ██████ facts section (2.0). | 2,590.00 |
| 1/25/10 | MAL | 3.10 | Met with J. Molenda re ████████████ ████ (2.3); reviewed ████ section of Examiner Report addressing ████████████████ (.8). | 1,240.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/25/10 | EPB | 12.20 | Reviewed emails re Debtor ████ section (.5); edited Debtor ████ section (1.5); edited ████ section (3.9); prepared interview memoranda (1.6); conferred with M. Hankin and R. Byman re ████ section (.3); conferred with D. Layden re ████ (.1); emailed S. Fliegler and J. D'Almeida re ████ (.2); reviewed Team 5 draft re ████ (.3); conferred with Duff & Phelps re ████ (.4); emailed Teams 2 and 5 re ████ (.1); prepared appendices for submission (1.6); edited ████ section (.5); prepared list of internal cross-references (1.2). | 4,514.00 |
| 1/25/10 | APT | 6.00 | Reviewed ████ interview memorandum for exhibits per E. Brown (2.4); reviewed ████ interview memorandum for exhibits per E. Brown (2.0); reviewed ████ interview memoranda for exhibits per E. Brown (1.6). | 960.00 |
| 1/26/10 | DRM | .30 | Memoranda to and from M. Hankin and telephone conference with M. Hankin. | 255.00 |
| 1/26/10 | MDB | 9.50 | Reviewed draft Report and case materials, including ████ interview outline, in preparation for meeting with ████ (.8); conferred with S. Biller numerous times re ████ draft Report (1.2); met with ████ (2.0); prepared summary of meeting with ████ and ████ (2.5); reviewed ████ re ████ (1.0); reviewed Delaware case law re ████ (2.0). | 5,700.00 |
| 1/26/10 | WLT | 2.10 | Discussed ████ with T. Newkirk and P. Trostle (.3); researched ████ (1.8). | 1,942.50 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/26/10 | EXM | 14.20 | Drafted Report section for ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (3.5); drafted Report section for ▮▮▮▮▮▮▮▮▮▮▮ (1.2) revised fact section for ▮▮▮▮▮▮▮▮▮▮▮ (5.7); reviewed data on ▮▮▮▮▮▮▮▮▮▮▮▮ (3.8). | 4,473.00 |
| 1/26/10 | SKS | 12.90 | Reviewed comments on ▮▮▮▮▮▮ section from D. Murray and M. Kelly (1.0); revised ▮▮▮▮▮▮ section of ▮▮▮▮▮ section of Report per comments received (1.0); reviewed draft of ▮▮▮▮▮▮ Overview contained in ▮▮▮▮ section (1.2); reviewed ▮▮ interview summaries forwarded by E. McKenna (.3); reviewed draft of introduction to ▮▮▮▮▮ section (.8); revised ▮▮▮▮ section per updated usage protocols from J. Malysiak (3.8); reviewed updated section on ▮▮▮▮▮▮▮▮▮ (.3); revised ▮▮▮ section to include cross-references (2.3); conferred with E. Brown, M. Hankin, and M. Vitti of Duff & Phelps re proper reference to commercial portfolio (.6); reviewed document claw-back list and cross-checked against citations in ▮▮▮▮ section (.3); reviewed and entered cite-checking and proofreading comments from J. Dlugosz into unreasonable small capital section (1.3). | 6,966.00 |
| 1/26/10 | KF | 10.30 | Edited and drafted sections of the Report re Lehman's ▮▮▮▮ of its ▮▮▮▮▮▮▮▮ (3.2); incorporated edits from M. Hankin into ▮▮▮▮ section of Report (2.0); researched factual issues related to Lehman's ▮▮▮▮▮▮▮ and other outstanding factual issues in the ▮▮▮▮ section of the Report (3.4); conferred and emailed with K. Vignarajah re ▮▮▮▮ editing (.5); emailed and conferred with M. Vitti and Z. Saeed re editing Report (1.2). | 4,120.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | JJM | 10.90 | Conferred with H. McArn and M. Lightner of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re drafting and revising appendix of intercompany transfers in support of portion of Examiner's Report concerning ██████████████████████, including overview (1.3) and section re ██████████ (1.1); drafted portion of appendix re ██████████████████ (1.7), ██████ (1.7); and ██████ (1.4); reviewed ██-related materials as part of drafting portion of appendix re intercompany analysis relating to the ██████████ ██████ (1.9) and ██████ (1.8). | 6,322.00 |
| 1/26/10 | AXK | 9.20 | Revised section of Report concerning ██████ ██████ (2.8), and cite-checked same (3.6); revised section of Report concerning ██████ issues (2.2), and conferred with H. McArn re same (.6). | 4,094.00 |
| 1/26/10 | HDM | 2.90 | Communicated with Team 2 associates re ██████ ████████████████ (.7); communicated with Team 2 associates re ██████ appendix (.2); continued to analyze ██████ from Duff & Phelps (2.0). | 1,667.50 |
| 1/26/10 | SEB | 8.20 | Revised references throughout ██████ ██████████████████ (1.0); reviewed comments re ██████████ from T. Newkirk and J. Epstein (.2); wrote several emails to K. Porapaiboon re ████████████ █ (.4); reviewed ██████ section of legal appendix (.2); researched ██████████ (2.3); emailed P. Trostle and M. Basil re ██████████████ (.1); conferred with A. Kennedy re ██████ (.3); conferred with M. Basil throughout the day re ██████ substantive issues (.9); communicated with Duff & Phelps re ██████████████ (.5); emailed throughout the day with T. Newkirk, P. Tolbert, and M. Basil re ██████████ (.5); searched for ██████████ in Case Logistix and Stratify (1.8). | 3,034.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | MLS | 7.30 | Reviewed memoranda from the Examiner's interviews with ███████████████, including ██████████, for references re ███████████████████ for inclusion in the fact section of the ████████ portion of the Examiner's Report (1.8); reviewed memoranda from the Examiner's interviews with ████████ and ████████ re Lehman's ██████████████████████████ fact section of the ████████ draft of the Examiner's Report (1.9); reviewed ████████ cited in the ████████ fact section of the ████████ draft of the Examiner's Report for accuracy (1.6); reviewed and analyzed documentation cited in the factual section of the ██████████ draft Report re the ███████████████████████ (1.5); conferred with Duff & Phelps re the number of ████████ positions ████████ (.5). | 2,701.00 |
| 1/26/10 | TMW | .10 | Telephone conference with S. Biller re ████████. | 37.00 |
| 1/26/10 | TAP | 14.50 | Telephone conference with Duff & Phelps and I. Fradkin re analysis of Lehman's ████████ transactions (.3); participated in telephone conference with Duff & Phelps and I. Fradkin re edits to draft Report (1.0); edited draft Report re Lehman's ██████████████████ (3.4); edited draft Report re Lehman's ████████ system (2.9); edited draft Report re Lehman's ████████ (3.6); incorporated H. McArn comments into draft Report re ██████████████████ (.8); participated in meeting with I. Fradkin re drafting progress (1.0); participated in meeting with I. Fradkin re Lehman ████████ transactions (1.5). | 6,452.50 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 432

| 1/26/10 | IF | 12.50 | Participated in telephone conference with Duff & Phelps re Lehman ███████ transactions (1.0); reviewed draft sections of ███████ document for compliance with Examiner protocols (1.0); participated in telephone conference with Duff & Phelps re Lehman cash sweeps (.3); participated in meeting with T. Phillibert re drafting progress (1.0); participated in meeting with T. Phillibert re Lehman ███████ transactions (1.5); reviewed and revised discussion of ███████ ███████ (4.0); reviewed and revised discussion of ███████ (3.7). | 5,562.50 |
| 1/26/10 | KV | 14.50 | Revised analysis section discussion of ███████ (1.8); worked on ███████ section of Report (1.9); conferred with Duff & Phelps and edited ███████ for Report (1.9); conferred with Duff & Phelps and edited analysis of ███████ for Report (2.0); conferred with Duff & Phelps and edited discussion of discount rate for Report (1.8); conferred with Duff & Phelps and edited discussion of ███████ (2); conferred with Z. Saeed and M. Vitti from Duff & Phelps to get further clarification about ███████ and footnotes for ███████ and ███████ interview and third-party memoranda (2.4); reviewed cross-references guidelines for ███████ sections of the Report (.2); conferred with K. Filipovich re master document (.5). | 5,365.00 |
| 1/26/10 | WHC | 8.00 | Cite-checked ███████ facts section (2.3); pulled cited documents for ███████ analysis section (1.8); checked footnote cites for consistency with uniform style protocols for ███████ analysis section (1.5); checked whether cited document supports the proposition for which it was cited for ███████ analysis section (2.4). | 2,960.00 |
| 1/26/10 | HEH | .80 | Reviewed and revised ███████ section executive summary. | 260.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | EPB | 11.50 | Conferred with M. Hankin re drafts (.1); edited Debtor ███████ draft (2.5); conferred with M. Lightner re Debtor ███████ draft (.1); conferred with S. Fliegler and J. D'Almeida re Debtor ███████ drafts (.1); reviewed ████ ██████ re ████ (1.1); edited management section (.4); edited introduction to ████████ (1.5); conferred with M. Hankin re introduction to ████████ (.1); prepared interview memoranda (3.5); edited ████████ section (2.1). | 4,255.00 |
| 1/26/10 | CRW | 2.50 | Reviewed Stratify for ██████████████████████ then bates stamped accordingly, per M. Basil. | 637.50 |
| 1/27/10 | DRM | 1.60 | Read R. Byman proposed addition to ████████ section (.1); read memorandum from M. Basil re meeting with ████████████ (.3); read memoranda from R. Byman, M. Basil and J. Epstein re ████████████ issues in connection with ████████ (.2); read memoranda from A. Valukas, T. Newkirk and M. Basil re pre-2007 ████████ issues (.2); read memorandum from M. Basil re Duff & Phelps bar graphs of ████████ activity (.1); read ████████ draft and commented on same (.7). | 1,360.00 |
| 1/27/10 | MDB | 7.10 | Reviewed draft Report and case materials, including ██ ████████ interview outline, in preparation for meeting with █, ████████'s counsel (.8); conferred with S. Biller numerous times re ████████ draft Report (1.0); met with █, ████████ counsel (1.5); prepared summary of meeting with ████████ (2.3); met with A. Valukas, R. Byman, T. Newkirk and S. Biller re status of ████████ analysis and conclusions (1.0); reviewed witness interviews and prepared for A. Valukas testimony re discussions with ██████ on ██████ (.5). | 4,260.00 |
| 1/27/10 | WLT | 2.90 | Continued to research related applicability of ████████████ (2.3); drafted email to P. Trostle re ████████████████████████████████████ (.3); discussed ████████████████████████ with T. Newkirk related to ████████████ (.3). | 2,682.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/27/10 | EXM | 13.70 | Drafted ▮▮▮▮ interview memorandum (3.3); drafted ▮▮▮▮ interview memorandum (4.5); drafted ▮▮▮▮ interview memorandum (1.2); drafted ▮▮▮▮ interview memorandum (1.3); drafted interview memorandum (.9); drafted interview memoranda for three interviews with ▮▮▮▮ (2.5). | 4,315.50 |
| 1/27/10 | SKS | 13.00 | Reviewed and cite-checked introduction to the ▮▮▮▮ section (2.0); revised introduction to the ▮▮▮▮ section per comments from M. Vitti of Duff & Phelps (1.0); coordinated simultaneous edits into introduction to ▮▮▮▮ section received from E. Brown (1.2); revised ▮▮▮▮ section of Report per updated usage protocol (.6); revised introduction to ▮▮▮▮ section of Report per updated usage protocol and line edits received from Team 1 proofreading reviewer J. Dlugosz and T. Appleman (1.0); coordinated revisions to introduction to ▮▮▮▮ section based upon simultaneous revisions and line edits by E. Brown (1.2); revised ▮▮▮▮ overview section of ▮▮▮▮ section of Report per updated usage protocols and line edits received from Team 1 proofreading reviewer J. Dlugosz (2.0); reviewed A. Unikowsky draft of ▮▮▮▮ memorandum (.3); reviewed and located applicable pin citations to Lehman publicly filed financial statements to fill citation needs in ▮▮▮▮ memorandum (.7); researched applicable statements and guidelines to fill cites in ▮▮▮▮ section of Report (2.0); reviewed ▮▮▮▮ section of Report and conferred with M. Slachetka on locating slide on spreadsheet confirming total balance of Lehman's ▮▮▮▮ holdings as of May 30, 2008 (.5); reviewed documents re ▮▮▮▮ forwarded by M. Slachetka (.5). | 7,020.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/27/10 | KF | 12.80 | Edited, drafted and researched factual issues related to Lehman's ███████████████████████ (3.2); coordinated overall editing and cite-checking for sections of the chapter on ███████s of ███████████████ (2.2); added edits from M. Hankin into the ███████ section of the Report (2.4); conferred and emailed with K. Vignarajah re ███████ editing (.6); emailed and conferred with M. Vitti and Z. Saeed re editing (1.7); emailed with M. Hankin re ███████ section of Report (.2); emailed and conferred with E. Brown re ███████ section of Report (.3); emailed and conferred with W. Chen re citations in Report (.2); reviewed and made edits from Duff & Phelps to ███████ section of Report (1.8); conference call with M. Hankin and K. Vignarajah re same (.2). | 5,120.00 |
| 1/27/10 | JJM | 5.90 | Conferred with M. Lightner of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to portion of Examiner's Report concerning the last 30 days prior to bankruptcy, including discussion section (1.5); reviewed intercompany transfer data as part of preparing ████████████████ (1.3) and (1.9) for ███████████ portion of Report; drafted portion of appendix re ███████████ portion of Report (1.2). | 3,422.00 |
| 1/27/10 | AXK | 6.50 | Revised (2.0) and conducted legal research (1.5) and conducted legal cite-checking (1.9) for section of Report concerning ███████████ of ███████████ payments in response to suggestions from D. Murray of J&B and others at J&B; conferred with H. McArn of J&B re same (1.1). | 2,892.50 |
| 1/27/10 | HDM | 4.50 | Reviewed and discussed various details with C. Bell re ███████████ and cross references to same (2.8); coordinated same with Team 3 (1.0); communicated with A. Kopelman re ███████████ review (.7). | 2,587.50 |



LAW OFFICES

Page 436

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | SEB | 7.20 | Reviewed ▮▮▮▮ interview memorandum (.4); conferred with A. Sapp re ▮▮▮▮ Report substantive issues (.1); conferred with M. Basil re ▮▮▮▮ Report substantive issues throughout the day (.3); emailed M. Basil re ▮▮▮▮ (.1); researched ▮▮▮▮ (2.4); participated in meeting with A. Valukas, R. Byman, and M. Basil re ▮▮▮▮ (1.1); conferred with A. Valukas, R. Byman and M. Basil re ▮▮▮▮ (.2); conferred with A. Sapp re ▮▮▮▮ (.2); wrote email summary of ▮▮▮▮ issues for O. Jafri (.2); conferred with A. Kennedy re ▮▮▮▮ (.2); conferred with A. Borich throughout the day re research in connection with ▮▮▮▮ (.8); reviewed ▮▮▮▮ interview memorandum (.3); researched ▮▮▮▮ (.5); conferred with M. Basil re ▮▮▮▮ (.1); reviewed ▮▮▮▮ interview memorandum (.3). | 2,664.00 |
| 1/27/10 | MLS | 11.20 | Revised final interview summaries for ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮ (2.8); prepared exhibits for final interview summaries of ▮▮▮▮, and ▮▮▮▮ (3.6); incorporated M. Hankin's edits and Duff & Phelps' comments re ▮▮▮▮ to draft section of interview Report (1.7); revised and edited text and footnotes for ▮▮▮▮ fact and analysis sections of ▮▮▮▮ portion of draft Report to Examiner (3.1). | 4,144.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | TAP | 16.90 | Edited draft Report re overview of Lehman's ███ ███ business (3.9); revised discussion of Lehman's post-petition ████████ s (4.1); revised discussion of ████████████████████ (2.8); participated in telephone conference with Duff & Phelps and I. Fradkin re analysis of ████████████ (.3); edited draft Report re timing of Lehman's ████████████████ (2.4); attended meeting with I. Fradkin re analysis of Lehman's ████████ system (1.8); attended meeting with I. Fradkin re discussion of Lehman's ██████████ business (1.6). | 7,520.50 |
| 1/27/10 | IF | 11.60 | Attended meeting with T. Phillibert re analysis of Lehman's ████████ system (1.8); attended meeting with T. Phillibert re discussion of Lehman's ██████████ business (1.6); reviewed discussion of Lehman's ████████ system in preparation for submission to Examiner (4.0); reviewed discussion of Lehman's ████████████████ in preparation for submission to Examiner (4.0); drafted emails to J&B and Duff & Phelps teams (.2). | 5,162.00 |
| 1/27/10 | KV | 10.10 | Reorganized and edited analysis section of ████████████ (1.6); conferred with Z. Saeed and M. Vitti from Duff & Phelps to address ████████████████████ (1.7); conferred with M. Vitti and Z. Saeed re ████████ (1.4); edited discussion of ████████ (1.5); edited ████████ section of Report re ████████ (1.3); edited discussion in Report of Lehman's ████████████ (2.0); conferred with K. Filipovich re how to edit the facts and analysis master documents (.5); discussed edits to executive summary with M. Hankin (.1). | 3,737.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 1/27/10 | WHC | 11.40 | Instructed H. Horowitz on pulling cited documents for ████ analysis section (1.2); instructed H. Horowitz on the uniform citation protocols (.7); retrieved document from C. Ward in conjunction with K. Filipovich and Z. Saeed (.4); cite-checked ████ facts section with documents provided by Z. Saeed (2.0); edited ████ facts section citation format to conform to protocol re documents with a Bates range (2.3); discussed citations to ███ data with J. D'Almeida (1.2); emailed K. Filipovich and Z. Saeed with status update and remaining issues re ████ facts section (1.3); discussed citation to ████ interview with Z. Saeed and A. Ringguth (.3); discussed cites to interview memoranda that had yet to be written with M. Hankin and K. Filipovich (.7); cite-checked ████ analysis section (1.3). | 4,218.00 |
| 1/27/10 | HEH | 3.90 | Conferred with W. Chen re cite-checking assignment (.7); worked on cite-checking ████ analysis section of draft Report (3.2). | 1,267.50 |
| 1/27/10 | EPB | 13.20 | Edited introduction to ████ (.2); reviewed ████ as discussed in ████ section (.4); reviewed R. Byman edits to ████ section (.7); edited ████ section (2.0); reviewed interview memoranda re ████ (.7); proofread ████ section (.8); conferred with M. Hankin re ████ section (.1); edited ████, ████, ████, and ████ interview memoranda (.8); reviewed M. Vitti edits to ████ section (1.1); reviewed P. Marcus edits to ████ section (.8); edited ████ section (2.0); reviewed documents cited in ████ section (.7); proofread ████ section (.6); conferred with P. Marcus re ████ section (.5); edited ████, collateralized debt obligations, and ████ sections (1.8). | 4,884.00 |
| 1/27/10 | APT | .80 | Retrieved documents bates numbers for ████ interview memorandum for review by E. Brown. | 128.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | DRM | .80 | Telephone conference with M. Hankin re ███████ ███████ issues (.1); telephone conference with S. Biller re ███████ reference in fiduciary duty portion of Report (.1); telephone conferences with H. McArn re ███████ section of Report (.3); memorandum to H. McArn re ███████ portion of draft (.2); memorandum to and from S. Biller re ███████ inclusion in ███████ portion of Report (.1). | 680.00 |
|---|---|---|---|---|
| 1/28/10 | MDB | 8.40 | Reviewed draft Report and case materials, including ███ ███████ interview outline, in preparation for meeting with ███████ and his counsel (.3); conferred with S. Biller numerous times re ███████ draft Report (1.0); conferred numerous times with A. Valukas and R. Byman re ███████ Report (.6); met with ███████ re Examiner's analysis of possible claims (2.0); prepared summaries of meeting with ███████ ███████ re same (4.0); participated in conference call with A. Valukas, R. Byman and ███████ re ███████ (.5). | 5,040.00 |
| 1/28/10 | WLT | 1.00 | Reviewed emails and discussed ███████ ███████ transactions with T. Newkirk. | 925.00 |
| 1/28/10 | EXM | 12.60 | Drafted ███ interview memorandum (.8); drafted ███████ interview memorandum (.4); drafted ███████ interview memorandum (.4); drafted Report section for ███████, revising based on comments from M. Vitti (4.5); drafted Report section for ███████ ███████ revising based on comments from M. Hankin (3.5); drafted executive summary to Report section on ███████ (2.5); reviewed interview memoranda on ███████ for cites to ███████ (.5). | 3,969.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/28/10 | SKS | 10.50 | Reviewed draft witness interview memorandum of ▮ ▮ (.3); reviewed draft witness interview memorandum of ▮ (.4); reviewed draft witness interview memorandum of ▮ (.1); reviewed draft witness interview memorandum of ▮ (.2); located citation to statement in ▮ section of ▮ section of Report re ▮ ▮ (.9); entered M. Hankin line edits and revisions to introduction to ▮ section of Report (1.0); reviewed cite-checking and line edits comments from Team 1 proofreading team reviewer W. Parker and made applicable revisions to ▮ ▮ section (1.2); reviewed and performed line edits, proof reading and cite-checking of ▮ section re A. Valukas review (1.2); created standalone version of ▮ portion of ▮ section of Report for A. Valukas review (.3); reviewed and revised ▮ overview section of ▮ section of Report per M. Hankin comments (1.5); performed cite-checking and document research to fill cites in ▮ overview section of Report per M. Hankin comments (1.4); performed cite-checking and document research to finalize ▮ section of Examiner Report Legal Appendix (.4); conferred with E. Brown and E. McKenna re coordinating parallel revisions to ▮ overview section (.1); conferred with T. Appleman on assistance with cite-checking ▮ sections (.5); reviewed and revised ▮ ▮ ▮ overview section of ▮ section of Report per further M. Hankin comments (1.5); reviewed ▮ in preparation for further editing (.5). | 5,670.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 441

| 1/28/10 | KF | 15.50 | Conferred with M. Hankin several times re ████████ section (.3); conferred and emailed with K. Vignarajah re editing ████████ section (.4); researched citations and assisted with cite-checking for ████████ section of Report (1.8); conferred and emailed with J. D'Almeida re ████████ edits (.5); participated in conference call with M. Hankin, M. Vitti and Z. Saeed re ████████ edits (.3); edited and drafted ████████ section of Report (4.3); researched outstanding factual issues in ████████ section of Report (2.5); coordinated overall editing and cite-checking process for ████████ section (2.0); emailed and conferred with M. Vitti and Z. Saeed re editing (1.8); emailed and conferred with E. Brown re ████████ section of Report (.3); emailed and conferred with W. Chen re citations (.3); finished drafting final interview memoranda for ████████ and ████████ (1.0). | 6,200.00 |
| 1/28/10 | JJM | 17.30 | Conferred with M. Lightner of J&B and T.C. Fleming and E. Fairweather of Duff & Phelps re revisions to appendix of intercompany transfers in support of portion of Examiner's Report concerning the last 30 days prior to bankruptcy, including overview (1.3) and section re ████████ (1.8); continued drafting ████████ portion of appendix re ████████ (1.9), and ████ (1.3) for ████████ portion of Report; reviewed ████████ documents as part of drafting ████████ portion of appendix re ████████ relating to the ████████ for ████████ portion of Report (1.1); performed ████████ as part of preparing portion of appendix relating to the ████████ (2.1) for ████████ portion of Report; drafted and revised ████████ portion of Report concerning ████████ prior to bankruptcy, and conferred with T.C. Fleming and E. Fairweather of Duff & Phelps re same, including discussion section (1.9), ████████ (1.5), and ████████ (1.2). | 10,034.00 |

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/28/10 | AXK | 16.70 | Conducted legal and factual cite-checking for section of Report concerning potential avoidance of ███ ███████ in response to suggestions from D. Murray of J&B and others at J&B, specific to payments made to ████████████ (1.7), █████ (1.5), ████████ (1.1), ██████ (2), ████████ (1.5), and other Lehman ██████████ (.2); reviewed legal research work-product (1.6) and ██████████ (1.1) and other public documentation (1.7) concerning same; reviewed and revised subsections of Report concerning ████████ ██████████ (1.0), ████ (1.2), ████ (2.0), and ██ (.1). | 7,431.50 |
| 1/28/10 | SEB | 4.60 | Conferred with M. Basil re ████ (.2); conferred with M. Basil throughout the day re ████ Report (.8); participated in meeting with A. Valukas, R. Byman, and M. Basil re ████████ (.2); researched ████████████ (1.1); communicated with J. Power re Lehman reports read by ████ (.1); communicated with A. Sapp re ████ Report (.3); conferred with H. Suskin, A. Valukas, R. Byman and M. Basil re ████ (.7); conferred with M. Basil re ████████ follow up interview (.3); reviewed notes and material from ████ follow-up interview (.9). | 1,702.00 |
| 1/28/10 | MLS | 7.80 | Proofread final interview summaries for ████████, ██ ████, ████, ████████, and ████ (1.8); prepared exhibits for final interview summaries of ████████, ████, and ████ (1.8); incorporated A. Besio of Duff & Phelps' comments to fact section of ████ factual section to ████████ portion of draft Report to Examiner (.8); revised and edited text and footnotes for ████ fact and analysis sections of ████████████ portion of draft Report to Examiner (3.4). | 2,886.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 443

| 1/28/10 | TAP | 12.30 | Participated in telephone conference with Duff & Phelps re analysis of ██████████ transactions (.4); participated in telephone conference with A. Allen, P. Trostle and I. Fradkin re ████████████████████ ████████████ (.1); revised draft re ████████ ██████████████████ (3.8); revised draft re Lehman's ████████████████████████████████████ ██████████████████████████ (4.2); attended meeting with I. Fradkin re outstanding issues with respect to draft ████████████ discussion (2.0); attended meeting with I. Fradkin re outstanding issues with respect to discussion of ██████████████████ ████████████ (1.8). | 5,473.50 |
| 1/28/10 | IF | 14.60 | Attended meeting with T. Phillibert re outstanding issues with respect to draft ████████████ discussion (2.0); attended meeting with T. Phillibert re outstanding issues with respect to discussion of ████████████ (1.8); participated in telephone conference with Duff & Phelps re Lehman ████████ transactions (.4); reviewed and revised discussion of Examiner's inquiry into ██████████ ██████████████████████████████████ (3.8); reviewed and revised analysis of Lehman's ████████ system (2.5); reviewed and revised analysis of ████████ ██████████ (2.2); reviewed court filings in connection with Lehman's ████████████████████████ (1.8); participated in telephone conference with A. Allen, P. Trostle and T. Phillibert re ██████████████████ ████████ (.1). | 6,497.00 |
| 1/28/10 | KV | 6.90 | Edited analysis section of ██████████ chapter (2.0); conferred with Duff & Phelps analysts re ████████ ████████ (.4); reviewed and edited ████████ chapter appendix (.7); inserted M. Hankin's edits into facts section of ██████████ section of Report (3.6); conferred with E. Brown and W. Chen re style guide for Report (.2). | 2,553.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 444

| 1/28/10 | WHC | 11.10 | Checked citations to ███████ with J. D'Almeida and Z. Saeed (.9); retrieved cited documents in ███████ analysis section from Z. Saeed and C. Ward (1.3); requested access to Lehman Cite Checking repository (.2); edited footnotes in ███████ analysis section per Z. Saeed's and K. Filipovich's edits (.8); cite-checked ███████ facts section (2.1); pulled documents for ███████ analysis section not pulled by H. Horowitz (1.9); edited ███████ analysis section citation formats to conform to uniform style protocols (1.9); checked whether cited document supports the proposition for which it was cited for ███████ analysis section (2.0). | 4,107.00 |
| 1/28/10 | HEH | 7.90 | Conferred with E. Brown about cite-checking assignment (.1); cite-checked ███████ ███████ section of Report (7.8). | 2,567.50 |
| 1/28/10 | MAL | 1.50 | Reviewed ███████ section of the Report. | 600.00 |
| 1/28/10 | EPB | 13.30 | Edited ███████ section (1.3); conferred with M. Hankin re drafts (.1); conferred with P. Marcus re ███████ (.1); conferred with H. Horowitz re ███████ (.1); edited ███████ section (1.4); conferred with J. D'Almeida re ███████ section (1.1); edited ███████ section (3.1); edited ███████ section (2.9); consolidated ███████ sections (3.2). | 4,921.00 |
| 1/28/10 | TGA | 4.80 | Met with S. Sato re cite-check assignment (.3); set up access to and troubleshoot problems with SharePoint, Stratify, and Case Logistix databases (1.5); cite-checked ███████ section pages 198-199 (1.1); cite-checked ███████ section pages 200-201 (1.9). | 1,560.00 |
| 1/29/10 | DRM | .90 | Read memorandum from R. Byman and M. Basil re interview with ███████ (.3); read memorandum from M. Basil re discussions with ███████ (.3); read memorandum from M. Basil re discussions with ███████ (.2); read memorandum from S. Biller re coordination of aspects of ███████ Report with fiduciary duty Report (.1). | 765.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/29/10 | MDB | 6.40 | Reviewed draft Report and case materials, including ███████ interviews, in preparation for meeting with ███████ (.5); continued to review and edit memoranda re ███████ and ███████ meeting (.5); conferred with S. Biller numerous times re ███████ draft Report (1.4); conferred numerous times with A. Valukas and R. Byman re ███████ Report (1.0); updated memorandum following telephone conference with ███████ (.7); met with ███████ re ███████ (2.3). | 3,840.00 |
| 1/29/10 | EXM | 13.30 | Cite-checked draft of ███████ to refer to correct interviews (2.2); drafted Report section for ███████ data (5.6); drafted Report section for ███████ (5.5). | 4,189.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | SKS | 9.00 | Reviewed and revised introduction to ███████ section per further comments received from M. Hankin (1.0); conferred with M. Vitti re citation for statement re ███████ of assets held-for-sale and reference to carrying amount (.2); reviewed ████████████████ ████████ (.4); reviewed Lehman's ████████████ ████████████ (.6); drafted paragraph for footnote re Lehman's ████████████████ to accommodate M. Hankin comment (1.0); reviewed and revised ████████████ overview section per further comments received from M. Hankin (1.5); conferred with M. Vitti of Duff & Phelps re correctness of numbers re ████████████ (.4); added pin citations to ████████████ overview section per interview memoranda review by E. McKenna (.4); reviewed and revised references to ████████ review of Lehman's ████████████ ████████ overview section of ████ section of Report per M. Hankin comments (1.5); performed cite-checking and global revisions to introduction to ████████ section and ████████████ overview sections of ████ section ore Report to fill cites and conform style to Lehman Examiner usage protocol (2.0); reviewed ████████ ████████ of ████████ section (.5); conferred with Lehman paralegal team to obtain bates designation for documents (.5). | 4,860.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 447

| 1/29/10 | KF | 12.90 | Conferred and emailed with J. D'Almeida re ███████ edits (1.2); emailed and conferred with M. Vitti and Z. Saeed re editing (.6); conferred and emailed with K. Vignarajah re editing ███████ section (.5); researched citations and assisted with cite-checking for ███████ section of Report (.7); edited and drafted ███████ section of Report (3.2); added edits from M. Hankin and Duff & Phelps into section of Report re Lehman's ███████ of ███████ (3.2); researched outstanding factual issues in ███████ section of Report (1.5); coordinated overall editing and cite-checking process for ███████ section (2.0). | 5,160.00 |
| 1/29/10 | SEB | 8.90 | Conferred with M. Basil throughout the day re ███████ Report (1.0); reviewed ███████ and ███████ memoranda (1.0); prepared materials for A. Valukas, R. Byman, and M. Basil roundtable re ███████ ███████ (1.0); reviewed ███████ (2.0); conferred with T. Newkirk re ███████ (.2); conferred with R. Byman and M. Basil re ███████ and ███████ (.2); conferred with A. Sapp re ███████ meeting (.2); revised ███████ section of Report (.5); researched ███████ ███████ (1.0); revised ███████ (1.8). | 3,293.00 |
| 1/29/10 | MLS | .20 | Prepared exhibits for final interview summary of ████. | 74.00 |
| 1/29/10 | TAP | 8.40 | Reviewed Duff & Phelps comments to Report re Lehman's ███████ system (1.2); incorporated same into draft Report (2.3); reviewed H. McArn comments to draft Report (.5); incorporated same into Report (1.0); reviewed Duff & Phelps analysis of ███████ ███████ (1.9); revised draft narrative to incorporate changes to Duff & Phelps analysis (1.5). | 3,738.00 |
| 1/29/10 | IF | 4.50 | Reviewed draft ███████ transactions narrative (2.3); reviewed draft ███████ narrative (2.2). | 2,002.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/29/10 | WHC | 10.60 | Queried C. Ward and J. Malysiak re citation format of spreadsheets (.3); set up Files Anywhere for Duff & Phelps with pulled ████ sources with L. Manheimer (.9); cite-checked ████ and W. Neighbor interviews in ████ sections (1.1); edited footnotes in ████ analysis section per Z. Saeed's instruction (.2); cite-checked Z. Saeed's edited footnotes in ████ analysis section (.7); cite-checked new citations in ████ facts section (2.0); pulled documents for ████ analysis section (1.6); edited ████ analysis section citation formats to conform to uniform style protocols (1.8); checked whether cited document supports the proposition for which it was cited for ████ analysis section (2.0). | 3,922.00 |
| 1/29/10 | MAL | .70 | Conferred with M. Kresslein and various J&B support staff employees re bates stamping issues for ████ ████ section of Report. | 280.00 |
| 1/29/10 | EPB | 11.00 | Reviewed ████ draft (2.3); reviewed ████ draft (.2); conferred with E. McKenna re ████ draft (.2); conferred with M. Hankin re ████ and ████ drafts (.3); edited ████ section describing ████ (.9); edited ████ section on market-based ████ principles (1.7); edited ████ section on ████ (1.2); edited Executive Summary of ████ section (1.5); proofread ████ facts section (1.0); coordinated consolidation of drafts (1.1); conferred with G. Gutierrez re cite-checking of ████ drafts (.3); conferred with M. Hankin re ████ draft (.3). | 4,070.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| 1/29/10 | TGA | 18.00 | Cite-checked ███████ section pages 202-07 (1.3); cite-checked ████ section pages 207-208 (1.3); cite-checked ████ section pages 209-210 (1.7); cite-checked ████ section pages 211-212 (1.7); cited checked ████ section page 212 (.6); cited checked ████ section pages 212-215 (1.7); cited checked section pages 216-217 (1.5); cite-checked section pages 217-219 (1.7); cite-checked section pages 219-222 (1.5); cite-checked section pages 222-223 (1.7); cite-checked section pages 224-225 (1.5); cite-checked section pages 225-229 (1.8). | 5,850.00 |
| 1/29/10 | GAG | .30 | Conferred with E. Brown re Lehman cite-checking assignment for ███████ Document. | 97.50 |
| 1/30/10 | DRM | 4.60 | Telephone conference with M. Hankin re progress of ████ section (.1); extensive work on comments to executive summary and first part of factual portion of ████ section of Report (2.5); further extensive comments to ████ portion of Report re ████ and ████ issues in fiduciary duty of directors and officers (2.0). | 3,910.00 |
| 1/30/10 | MDB | 8.30 | Conferred with S. Biller numerous times re ████ draft Report (1.0); reviewed and prepared materials for January 31 meeting with A. Valukas and R. Byman re ████ ████ (7.0); participated in conference call with R. Byman, S. Biller and ████, re discussions with ████ (.3). | 4,980.00 |
| 1/30/10 | EXM | 12.40 | Drafted Report section on ████ ████ to add interview cites (4.6); researched ████ ████ in connection with drafted Report section on ████ ████ (3.3); drafted Report section of ████ ████ (4.5). | 3,906.00 |
| 1/30/10 | RLL | 3.00 | Cite-checked ████ section of Report. | 1,335.00 |

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/30/10 | SKS | 5.50 | Reviewed and made applicable revisions to introduction to ▮▮▮▮ section of Report per proofreading, line editing and cite-checking comments from T. Appleman (1.0); conferred with M. Vitti of Duff & Phelps and reviewed Lehman source documents re revisions to chart setting forth ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.5); reviewed and made applicable revisions to ▮▮▮▮▮▮ ▮▮▮▮ overview section per comments and source documents received from M. Vitti of Duff & Phelps (1.8); conferred with T. Appleman re cross-checking of ▮▮▮▮▮▮▮▮▮▮ re draft ▮▮▮▮ section of Report and identification of inconsistencies and areas for conforming revisions (.5); conferred with T. Appleman re locating source documents to fill cites in introduction to ▮▮▮▮ section and ▮▮▮▮ ▮▮▮ overview sections of ▮▮▮▮▮ section of Report (.7). | 2,970.00 |
| 1/30/10 | KF | 11.30 | Reviewed, edited and drafted section of Report re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (2.5); reviewed, edited and drafted section of Report re the ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (2.7); entered edits into document from Duff & Phelps (1.5); researched outstanding factual issues in ▮▮▮▮ section of Report (1.5); researched citations and assisted with cite-checking for ▮▮▮▮ section of Report (.8); edited appendices for section of Report re Lehman's ▮▮▮▮ of ▮▮▮▮ (2.3). | 4,520.00 |
| 1/30/10 | AXK | 4.30 | Cite-checked section of Report concerning ▮▮▮▮ issues (3.6), and made revisions to same (.7). | 1,913.50 |
| 1/30/10 | SEB | 2.10 | Participated in interview of ▮▮▮▮▮▮ with M. Basil and R. Byman (.3); conferred with R. Byman and M. Basil re ▮▮▮▮ and ▮▮▮▮ (.1); conferred with A. Valukas, R. Byman, and M. Basil re ▮▮▮▮ (.1); reviewed key documents re ▮▮▮▮ and net leverage (.5); conferred with M. Basil throughout the day re ▮▮▮▮ substantive issues (.8); instructed cite-checkers for ▮▮▮▮ Report (.3). | 777.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| Date | | | | |
|---|---|---|---|---|
| 1/30/10 | MLS | 8.00 | Consulted ███ re ██████ (.6); consulted ████ re ██████ (.4); analyzed the application of ████ to ██████ (.4); consulted documents on Stratify and Case Logistix, including emails and ██████ memoranda, re the ██████ (.9); verified the accuracy of sources cited in the ██████ section of the draft Report for the premise that ██████, including emails and interview memoranda (1.4); verified accuracy of sources cited in the ██████ section of the draft Report ██████, including memoranda of the Examiner's interviews with ████ and ████ (1.2); reviewed citations to the ██████ (1.1); verified accuracy of sources cited in support of the Examiner's analysis that Lehman ██████ including witness testimony from ████ ████, and ████ (2.0). | 2,960.00 |
| 1/30/10 | IF | .40 | Communicated with J&B team re preparation of draft Report. | 178.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | WHC | 10.90 | Pulled sources for ███████ facts section (.9); cite-checked ███████ facts section footnotes re Z. Saeed's and K. Filipovich's edits (1.9); edited ███████ facts section re Z. Saeed's edits (.3); discussed interview citations with M. Hankin and Z. Saeed (1.2); emailed K. Filipovich and Z. Saeed re remaining ███████ facts section issues (1.4); pulled documents for analysis section (1.5); edited ███████ analysis section citation formats to conform to uniform style protocols (1.7); checked whether cited document supports the proposition for which it was cited for ███████ analysis section (2.0). | 4,033.00 |
|---|---|---|---|---|
| 1/30/10 | EPB | 10.60 | Conferred with M. Hankin re ███████ and ███████ drafts (.1); reviewed ███████ facts section (1.0); edited ███████ Executive Summary (1.4); edited ███████ section describing ███████ (1.7); edited ███████ section on ███████ principles (2.0); edited ███████ section on ███████ (1.9); proofread ███████ facts section (1.6); conferred with E. McKenna re ███████ draft (.2); conferred with S. Sato re ███████ intro (.2); edited ███████ introduction (.2); reviewed ███████ and collateralized debt obligation appendices (.3). | 3,922.00 |
| 1/30/10 | TGA | 13.00 | Cite-checked ███████ section pages 233- 235 (1.9); cite-checked ███████ section pages 236-237 (1.7); cite-checked ███████ section pages 237-239 (1.2); cite-checked ███████ section pages 239-240 (.7); cite-checked ███████ section pages 240-245 (1.5); cite-checked ███████ section pages 245-246 (.9); cite-checked ███████ section pages 246-250 (1.9); cite-checked ███████ section pages 250-256 (1.7); proofread ███████ section pages 198-219 (1.5). | 4,225.00 |
| 1/30/10 | SRB | 5.00 | Reviewed citations on ███████ section (1.5); checked citations in ███████ section for formatting (3.5). | 1,850.00 |
| 1/30/10 | GAG | 7.50 | Performed cite-checking on ███████ document based on footnotes provided by E. Brown. | 2,437.50 |

LAW OFFICES
Page 453

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | HAA | .50 | Attended meeting with M. Basil and S. Biller re ▮ ▮ cite-checking assignment. | 162.50 |
| 1/30/10 | BMP | .50 | Met with M. Basil and S. Biller re ▮ cite-checking assignment. | 162.50 |
| 1/31/10 | DRM | 5.60 | Telephone conference with M. Basil re comments to ▮ portion of Report (.1); telephone conferences with M. Hankin re ▮ portion of Report (.3); telephone conference with M. Hankin re preparation of ▮ portion of Report (.3); read memoranda from R. Byman, S. Ascher and M. Hankin re ▮ (.2); complete review of ▮ portion of Report and transmitted comments on same to M. Basil and S. Biller (3.7); conferred with M. Basil and S. Biller re same (.3); prepared and sent memorandum to M. Basil re ▮ (.2); memoranda to and from C. Steege, M. Hankin, and R. Byman re ▮ conclusions in Report (.5). | 4,760.00 |
| 1/31/10 | MDB | 9.50 | Conferred with S. Biller numerous times re ▮ draft Report (1.5); continued to prepare materials in preparation for meeting with A. Valukas and R. Byman re ▮, including outline of open legal/factual issues (4.5); reviewed materials in prep for meeting with A. Valukas, R. Byman and S. Biller re ▮ (2.0); reviewed D. Murray edits re ▮ draft Report (.2); met with A. Valukas, R. Byman and S. Biller re ▮ analysis (1.3). | 5,700.00 |
| 1/31/10 | EXM | 6.50 | Revised draft Report section on ▮ based on comments from M. Hankin. | 2,047.50 |
| 1/31/10 | SKS | 4.00 | Reviewed, cite-checked and revised introduction to ▮ per updated usage protocols and comments received from several reviewers (2.0); reviewed, cite-checked and revised ▮ ▮ overview section of Report per usage protocols and comments received from several reviewers (2.0). | 2,160.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | JR | 5.80 | Emailed and telephone conference with E. Brown and W. Chen re cite-checking procedures (.5); reviewed cite-checking guide (.3); cite-checked ███████ process section of Report (1.5); cite-checked 2008 second quarter section of Report (2.0); cite-checked 2008 third quarter section of Report (1.5). | 2,842.00 |

| 1/31/10 | KF | 16.20 | Conferred with M. Hankin re edits to ████████ section (.3); conferred with E. Brown re editing section (.4); conferred and emailed with W. Chen re cite-checking for ███████ sections (.3); emailed and conferred with Z. Saeed re edits to ███████ sections (.8); conferred and emailed with S. Sato re edits to ████████ section (.4); researched outstanding issues related to ████████ of Lehman and reviewed ████████ interview memoranda (1.5); edited and re-drafted appendices for ███████ section of Report (2.0); entered edits from M. Hankin and Duff & Phelps into ███████ section of Report (3.5); edited ███████ section of Report and researched outstanding factual issues re discount rate (1.5); researched and edited ████████ section of Report re ████████ (2.0); researched, edited and drafted ████████ sections of Report re ████████ on the issue (2.0); researched and edited ████████ section of Report re ████████ (1.5). | 6,480.00 |

| 1/31/10 | AXK | 9.90 | Conducted factual cite-checking for section of Report concerning ████████ ████████ (1.3), ████████ (2.0), ████████ (1.1), ████████ (1.6), ████████ (1.4); conferred with H. McArn of J&B and revised section of Report concerning ████████ ████████ (.2); reviewed documentation from ████████ ████████ (.4) and ████████ (.5). | 4,405.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | SEB | 5.60 | Conferred with M. Basil throughout the day re ███████ Report substantive issues (1.0); instructed cite-checkers on ██████ Report and answered questions (.9); conferred with A. Valukas, R. Byman, S. Prysak and M. Basil re ███████ Report (.7); conferred with A. Valukas, R. Byman and M. Basil re ██████ Report (.7); reviewed new documents re ████████ for M. Devine and emailed re same (.2); reviewed ██████ letter (.1); emailed throughout the day to A. Sapp re ███████████████ (.2); reviewed ███████ ████████ comments on ███████ Report (1.3); reviewed ██████████████ (.5). | 2,072.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/31/10 | MLS | 10.10 | Reviewed and analyzed citations in the ███████ ███ section of the Examiner's Report to ███████ for accuracy (.8); reviewed and analyzed citations in the ███████ section of the Examiner's Report to ███████ for accuracy (.6); reviewed and analyzed citations in the ███████ section of the Examiner's Report to ███████ for accuracy (.5); reviewed and analyzed citations in the ███████ section of the Examiner's Report to ███████ for accuracy (.7); reviewed and analyzed citations in the ███████ section of the Examiner's Report to ███████ for accuracy (.3); reviewed and analyzed citations in the ███████ section of the Examiner's Report to ███████ for accuracy (.3); reviewed and analyzed citation in the ███████ section of the Examiner's Report to ███████ for accuracy (.3); reviewed and analyzed citation in the ███████ section of the Examiner's Report to ███████ for accuracy (.2); reviewed and analyzed citation in the ███████ section of the Examiner's Report to ███████ for accuracy (.2); reviewed and analyzed citation in the ███████ section of the Examiner's Report to ███████ for ███████ for accuracy (.3); conferred with Duff & Phelps re ███████ (.4); analyzed and verified the accuracy of citations to ███████ in the ███████ section of the Examiner's Report (1.0); analyzed and verified the accuracy of citations to ███████ in the ███████ section of the Examiner's Report (1.2); analyzed and verified the accuracy of citations to ███████ in the ███████ section of the Examiner's Report (1.3); continued revising line edits and cite-checking ███████ fact section of draft Report to Examiner (2.0). | 3,737.00 |
| 1/31/10 | IF | .30 | Communicated with J&B team re preparation of draft Report. | 133.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 457

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 1/31/10 | WHC | 8.90 | Instructed S. Haddy on cite-checking spreadsheets in ▮▮▮▮ analysis section (1.4); reviewed S. Haddy's cite-checking work (.6); discussed cite-checking of spreadsheets with M. Hankin, Z. Saeed, and K. Filipovich (.5); arranged with Z. Saeed to receive access to scans of citations to books (.3); emailed Z. Saeed and K. Filipovich re remaining citation issues in ▮▮▮▮ analysis section (1.5); pulled ▮▮▮▮ interviews for K. Filipovich (.2); cite-checked ▮▮▮▮ appendices (2.0); cite-checked ▮▮▮▮ analysis section (2.4). | 3,293.00 |
| 1/31/10 | HEH | .20 | Responded to J. Rafsky question concerning cite-check of ▮▮▮▮ ▮▮▮▮ section. | 65.00 |
| 1/31/10 | MAL | 1.20 | Reviewed new emails produced by Debtors in respect of intercompany transfers and conferred with T.C. Fleming at Duff & Phelps re same. | 480.00 |
| 1/31/10 | EPB | 13.00 | Conferred with M. Hankin re ▮▮▮▮ and ▮▮▮▮ drafts (.4); conferred with K. Filipovich re ▮▮▮▮ and ▮▮▮▮ drafts (.3); conferred with G. Gutierrez re cite-checking of ▮▮▮▮ drafts (.3); conferred with J. Rafsky re cite-checking of ▮▮▮▮ draft (.4); conferred with W. Chen re cite-checking of ▮▮▮▮ draft (.1); edited ▮▮▮▮ and collateralized debt obligation appendices (1.1); reviewed ▮▮▮▮ analysis section (1.6); edited ▮▮▮▮ section on ▮▮▮▮ (1.1); edited ▮▮▮▮ section on ▮▮▮▮ (2.0); edited ▮▮▮▮ section on ▮▮▮▮ (2.0); proofread ▮▮▮▮ analysis section (.9); edited ▮▮▮▮ ▮▮▮▮ sections (1.8); edited ▮▮▮▮ draft (.6); conferred with E. McKenna re ▮▮▮▮ draft (.4). | 4,810.00 |
| 1/31/10 | TGA | 3.30 | Proofread ▮▮▮▮ section pages 219-233 (1.5); proofread ▮▮▮▮ section pages 233-256 (1.8). | 1,072.50 |
| 1/31/10 | SRB | 4.40 | Edited citations in ▮▮▮▮ section for accuracy in quoted materials (2.4); inserted edits to citations in ▮▮▮▮ section (2.0). | 1,628.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | GAG | 5.00 | Performed cite-checking on ▮▮▮▮ document based on footnotes provided by E. Brown and updated citation formations. | 1,625.00 |
|---|---|---|---|---|
| 1/31/10 | HAA | 4.60 | Cite-checked section of Examiner's Report re ▮▮▮▮ purpose of ▮▮▮▮ (.9); cite-checked ▮▮▮▮ and the ▮▮▮▮ section of Examiner's Report (1.9); cite-checked ▮▮▮▮ section of Examiner's Report (1.8). | 1,495.00 |
| 1/31/10 | BMP | 5.70 | Cite-checked ▮▮▮▮ section of Report. | 1,852.50 |
| 1/31/10 | JWR | 9.00 | Read text of Section J 4 (b)(ii) of the Examiner's Report (re the ▮▮▮▮ of ▮▮▮▮) to verify that references to footnotes were consistent with the notes they referenced (.7); cite-checked Examiner's Report Section 4(b)(ii) (re the ▮▮▮▮ of ▮▮▮▮) to verify accuracy of quotations, Document ID numbers, and case citations (1.8); made notes of any incorrect footnote references and citations in Section 4(b)(ii) (.5); read text of Section J 4(b)(iii) of the Examiner's Report (re the ▮▮▮▮ of ▮▮▮▮) to verify that references to footnotes were consistent with the notes they referenced (.8); cite-checked Examiner's Report Section 4(b)(iii) (re the ▮▮▮▮ of ▮▮▮▮) to verify accuracy of quotations, Document ID numbers, and case citations (1.7); made notes of any incorrect footnote references and citations in section 4(b)(iii) (.2); read text of Section J 4(b)(iv) of the Examiner's Report (re the ▮▮▮▮ of ▮▮▮▮) to verify that references to footnotes were consistent with the notes they referenced (.9); cite-checked Examiner's Report Section 4(b)(iv) (re the ▮▮▮▮ of ▮▮▮▮) to verify the accuracy of quotations, Document ID numbers, and case citations (1.9); made notes of any incorrect footnote references and citations in section 4(b)(iv) (.5). | 2,925.00 |

|  | 3,249.20 | PROFESSIONAL SERVICES | 1,397,955.00 |
|---|---|---|---|

| MATTER TOTAL | $ 1,397,955.00 | LESS DISCOUNT | -139,506.00 |
|---|---|---|---|

| NET PROFESSIONAL SERVICES | 1,255,554.00 |
|---|---|

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

BARCLAYS TRANSACTIONS                                    MATTER NUMBER -      10071

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/01/10 | KKH | 2.90 | Researched ████████████████ (1.8); drafted summary re same (1.1). | 1,073.00 |
| 1/02/10 | VEL | .40 | Edited final version of ████ interview memorandum. | 300.00 |
| 1/02/10 | KKH | 1.90 | Drafted summary of ████████████████. | 703.00 |
| 1/03/10 | DCL | 3.60 | Reviewed key documents re ████████████ for inclusion in Report (1.7); reviewed Duff & Phelps work product re ████████ (.4); conferred with V. Lazar re preparation for interview (.4); prepared for same (1.1). | 2,160.00 |
| 1/03/10 | JPZ | 1.40 | Corresponded with O. Jafri re LBI introduction section (.3); reviewed ████████ emails, spreadsheets, and schedules in Case Logistix for documents to include in Team 5's Report (1.1). | 518.00 |
| 1/04/10 | DRM | .40 | Telephone conference with D. Layden re production of next draft of Report (.2); conferred with D. Layden re application of Delaware law on fiduciary duty of ████████ (.2). | 340.00 |
| 1/04/10 | VEL | 4.80 | Telephone conference with D. Layden re preparation for ████ interview (.4); reviewed documents and attended ████ interview by telephone (1.0); follow up office conference with D. Layden re results of interview and need to interview ████ (.4); telephone conference with D. Layden re missing sections and telephone conference with R. Byman re preliminary delivery of Report (.3); skimmed draft Report sections from Teams 2, 3 and 4 (2.0); telephone conference with D. Layden re CME documents (.2); email with A. Warren, Duff & Phelps, re futures discussion (.2); email with D. Layden re ████ interview (.1); skimmed K. Hupila ████████ update (.2). | 3,600.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 460

| 1/04/10 | DCL | 9.20 | Emailed A. Olejnik re interview summaries (.2); reviewed A. Olejnik email re same (.1); conferred with J. Zipfel re analysis of ▮▮▮▮▮▮ (.2); reviewed J. Zipfel email re same (.1); reviewed K. Hupila email and draft of ▮▮▮▮▮▮ (.2); conducted telephonic interview of ▮▮▮▮▮ (1.2); reviewed K. Hupila email and summary of ▮▮▮▮▮ research (.4); emailed R. Byman re request for ▮▮▮ interview (.1); reviewed R. Byman response (.1); reviewed D. Murray comments on draft Report (1.2); revised Report to incorporate same (1.6); conferred with J. Zipfel re identification of documents listing ▮▮▮▮▮ ▮▮▮▮▮ (.3); reviewed key documents re same (.4); drafted email to T.C. Fleming re tangible asset analysis (.2); reviewed response (.1); revised APA negotiations section of Report (1.9); revised legal entity descriptions in Report (.9). | 5,520.00 |
| 1/04/10 | KKH | 8.10 | Revised draft of ▮▮▮▮▮ (2.8); revised Report draft re ▮▮▮▮▮ descriptions and ▮▮▮▮▮ (1.5); researched ▮▮▮ ▮▮▮▮▮ (2.7); drafted summary re same (1.1). | 2,997.00 |
| 1/04/10 | JPZ | 8.60 | Conferred with D. Layden re ▮▮▮▮▮ ▮▮▮▮▮ (.4); reviewed Lehman's ▮▮▮▮▮ (1.7); reviewed Lehman's ▮▮▮▮▮ (1.1); reviewed emails in Stratify for information on ▮▮▮▮▮ (1.9); reviewed Lehman ▮▮▮▮▮ (2.0); reviewed emails in Case Logistix for information on ▮▮▮▮▮ (1.5). | 3,182.00 |
| 1/05/10 | DRM | .10 | Read memorandum from K. Hupila re interview of ▮▮▮ ▮▮▮▮▮. | 85.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 461



| 1/05/10 | VEL | 5.90 | Reviewed daily report (.2); attended Team 5 call re ███████ (.6); skimmed ███████ █ and █ drafts (.5); reviewed ███████ from K. Hupila (.2); finalized ███████ memorandum (.4); office conference with D. Layden re open issues with Report and skimmed latest draft of Team 5 sections (.5); prepared email to █ re follow up interview with █ (.2); conference call with T.C. Fleming and D. Layden re Alvarez & Marsal and Barclays tangible asset analysis requests and following up re additional information needed (.4); reviewed securities support forwarded by Duff & Phelps re ███████ and related matters (.4); incorporated D. Murray comments into Barclays ███████ section and prepared revisions to same (2.0); emails with A. Allen re ███████ section (.2); office conference with D. Layden re methodology for ███████ and authorities for methodology used (.3). | 4,425.00 |
| 1/05/10 | DCL | 14.60 | Reviewed analysis of Lehman ███████ (.3); conferred with K. Hupila re same (.2); reviewed J. Stokes voicemail and email re Barclays documents (.1); emailed R. Byman re same (.1); reviewed R. Byman response (.1); conferred with █ (.1); drafted daily report (.2); participated in team meeting (.9); revised tangible asset analysis section of Report (1.8); conferred with T.C. Fleming, V. Lazar re same (.5); revised ███████ section of Report (1.3); revised executive summary (.9); revised ███████ section (2.0); revised ███████ section (1.4); identified and reviewed key documents re ███████ for inclusion in Report (1.7); further revised ███████ section (1.5); proofread draft before submission to R. Byman and D. Murray (1.5). | 8,760.00 |
| 1/05/10 | DTF | 1.30 | Met with V. Lazar, D. Layden, K. Hupila, and J. Zipfel re new tasks needed to complete Team 5 section of Examiner's Report (.8); reviewed contracts ███████ (.5). | 481.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/05/10 | KKH | 6.50 | Compiled and analyzed ███████ data (1.4); incorporated updated witness interview summaries into legal entity Report section (.5); reviewed filings in the ███████ action (.2); participated in Team 5 status meeting and discussion of outstanding legal analyses (1.1); drafted legal analysis of ███████ section (2.7); participated in Duff & Phelps ███████ update conference call with V. Lazar and D. Layden (.6). | 2,405.00 |
| 1/05/10 | JPZ | 9.50 | Conferred with D. Layden, V. Lazar, D. Fenske, and K. Hupila re Team 5's draft and future assignments (1.2); reviewed spreadsheets for ███████ (1.1); reviewed emails, spreadsheets and presentations in Stratify for information re ███████ (.4); researched ███████ (1.7); researched ███████ (1.9); researched ███████ (1.1); updated section on ███████ (1.0); updated section on ███████ (.7); updated section on ███████ (.4). | 3,515.00 |
| 1/06/10 | DRM | .10 | Conferred with V. Lazar re progress of Team 5 portion of Report. | 85.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/06/10 | VEL | 8.90 | Reviewed daily report (.2); office conference with D. Layden re preparation of section analyzing ███████ transfers and follow up with J. Zipfel re assignment of same (.3); reviewed subordination agreements and documents for intercompany securities transfer section (1.0); prepared additional edits to ████████ section (1.0); reviewed updated revised draft of Team 5 section going to R. Byman, D. Murray and A. Valukas (1.0); prepared punch list for T.C. Fleming and J. Pimbley based on ████████████ section (2.0); emails with ██████ re interview (.2); reviewed documents produced by CME and follow up email to L. Dunsky re deciphering same (1.0); reviewed schedules from CME production (.5); reviewed ████████████████ and email with D. Layden re ████████████ (.3); responded to A. Olejnik emails re interview summary status (.2); follow up with G. Folland re Alvarez & Marsal Request 94 (.2); reviewed and approved J. Zipfel ████████ section edits (.4); follow up with G. Folland and telephone conference re legal mapping issue (.2); office conference with A. Allen re status of research (.2); reviewed code of conduct (.2). | 6,675.00 |
| :-- | :-- | :-- | :-- | --: |
| 1/06/10 | DCL | 13.90 | Drafted daily report (.2); reviewed R. Byman email re process (.1); reviewed R. Byman email re ████ interview (.1); reviewed Lehman confidentiality agreement (.1); reviewed materials re ████████ (.5); conferred with ████████ re same (.4); reviewed R. Byman and J. Epstein emails re Report drafting (.2); identified and reviewed key documents re ████ ████ (1.7); identified and reviewed key documents re ██████ (1.6); identified and reviewed ████████ emails (1.4); revised ████████████ analysis (1.3); reviewed documents re allocation of ████████ (.8); reviewed and analyzed key documents and deposition testimony re ████████████ (2.1); identified and reviewed additional key documents re pre-September 15 negotiations (1.4); revised APA negotiations section (2.0). | 8,340.00 |
| 1/06/10 | HDM | .20 | Reviewed and discussed Team 5 legal entity mapping production with G. Folland and Team 5. | 115.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

Page 464

| 1/06/10 | KKH | 4.90 | Drafted Report section re legal analysis of ▮▮▮ ▮▮▮ (1.9); revised same (2.8); reviewed ▮▮▮ for inclusion in same (.2). | 1,813.00 |
|---|---|---|---|---|
| 1/06/10 | JPZ | 9.80 | Conferred with V. Lazar re ▮▮▮ edits (.2); edited ▮▮▮ section of Team 5's Report (1.5); researched ▮▮▮ (3.8); continued drafting section on ▮▮▮ (3.4); edited section on ▮▮▮ (.9). | 3,626.00 |
| 1/07/10 | RLB | .90 | Met with V. Lazar and D. Layden re Team 5 findings re Barclays transaction. | 765.00 |
| 1/07/10 | DRM | 1.00 | Conferred with R. Byman, V. Lazar and D. Layden re conclusions with respect to ▮▮▮ against Barclays and reviewed portions of Examiner's Report relating to Barclays (.9); telephone conference with R. Byman re Barclays portion of Report (.1). | 850.00 |
| 1/07/10 | VEL | 5.30 | Reviewed daily report (.2); office conference with D. Layden re editing of draft, remaining sections and assignments for associates and marked up draft re same (1.0); office conference with D. Murray and R. Byman and follow up with D. Layden re preparation of Examiner for court hearing and conclusions re Barclays transaction (.6); telephone conference with ▮▮▮ ▮▮▮ (.2); telephone conferences with J. Zipfel and K. Hupila re new sections and revisions to draft (.4); follow up re ▮▮▮ ▮▮▮ (.3); follow up emails with D. Layden, T.C. Fleming and H. McArn re ▮▮▮ ▮▮▮ (.3); office conferences with J. Zipfel ▮▮▮ (.2); emails to D. Fenske re research on ▮▮▮ (.3); skimmed bankruptcy inserts from D. Murray re Sunday meeting (.4); reviewed T.C. Fleming initial responses re securities tracking information requests and follow up responses re same (.4); worked on ▮▮▮ section of Report (1.0). | 3,975.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/07/10 | DCL | 11.20 | Reviewed confidentiality documents (.2); conferred with K. Hupila re same (.1); drafted daily report (.1); reviewed and provided comments on draft talking points for A. Valukas for chambers conference (.6); reviewed P. Trostle and J. Epstein comments re same (.2); reviewed K. Hupila email re ███████████ (.2); reviewed draft section re ████████ (1.1); conferred with J. Zipfel re same (.3); met with V. Lazar re draft Report (1.1); reviewed J. Stern email re ████ interview (.1); met with J. Zipfel and D. Fenske re edits to draft (.5); reviewed H. Miller deposition transcript (1.4); emailed V. Lazar re same (.2); emailed V. Lazar, H. McArn re request for Lehman employees mapped to legal entity (.5); emailed T.C. Fleming re mapping of employees to legal entity (.2); reviewed key cases re ████████ (.7); identified and reviewed key documents re ████████ (1.9); revised ████████ analysis (1.8). | 6,720.00 |
| 1/07/10 | KKH | 8.90 | Reorganized Report section re legal analysis of █████ ████████ (1.9); revised same (1.4); identified case law ████████ (1.9); reviewed same (1.9); summarized same (1.8). | 3,293.00 |
| 1/07/10 | JPZ | 10.10 | Edited section on ████████████ Barclays (1.8); researched ████████████ (2.0); researched additional cases re ████████████ (1.7); researched additional cases on ████████████ (1.5); reviewed team reports (.2); updated footnotes in ████████ section of Team 5's Report (.8); conferred with V. Lazar re ████████ section and Team 5's draft (.2); conferred with D. Layden re ████████ Barclays (.3); reviewed ████████ (1.6). | 3,737.00 |
| 1/08/10 | DRM | .10 | Memoranda to and from D. Layden re Barclays portion of Report. | 85.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 466

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 1/08/10 | VEL | 4.90 | Reviewed daily report (.2); telephone conference with M. Lightner re ███████ (.4); prepared for and conducted ███ follow up interview (.5); prepared for and conducted interview of ███████ (.6); attended Team 5 call re review of securities information provided by Duff & Phelps and ███████ (1.0); email to D. Fenske re ███████ research (.2); reviewed documents produced by CME (.4); office conference with D. Layden re preparation of additional Report sections and issues ███████ (.3); telephone conference with T.C. Fleming re ███████ (.3); reviewed accumulated materials re items highlighted for inclusion in Report (1.0). | 3,675.00 |
| 1/08/10 | DCL | 7.10 | Emailed V. Lazar, T.C. Fleming re request for list of ███████ (.3); reviewed T.C. Fleming response (.1); reviewed J. Stern email (.1); reviewed L. Dunsky email (.1); emailed J. Zipfel re citation format questions (.4); reviewed J. Malysiak email re usage protocols (.1); reviewed key documents identified by K. Hupila re ███████ analysis (.4); met with V. Lazar re status of drafting (.2); participated in call with Duff & Phelps (.7); participated in call with J. Stern, J. Schiller, R. Byman (.3); reviewed D. Fenske email re contractual provisions applicable to transfer of computer equipment (.2); revised intangible asset analysis (1.3); legal research re same (1.6); revised APA negotiation section of draft Report (1.3). | 4,260.00 |
| 1/08/10 | HDM | .50 | Attended to Team 5 production issue re mapping of ███ ███████ | 287.50 |
| 1/08/10 | DTF | 2.80 | Reviewed contracts governing ███████ to determine ███████ (2.2); drafted email memorandum re same (.6). | 1,036.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | KKH | 7.40 | Attended interview with ▮▮▮▮ with V. Lazar (.2); drafted interview summary re same (.4); identified case law re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.9); reviewed same (1.8); summarized same (1.8); discussed ▮▮▮▮▮▮▮▮ analysis with D. Layden (.2); participated in status update call re ▮▮▮▮▮▮▮ and asset transfer analyses with Duff & Phelps, V. Lazar, and D. Layden (1.1). | 2,738.00 |
| 1/08/10 | JPZ | 10.60 | Updated and edited the footnotes in the ▮▮▮▮▮▮ section of Team 5's draft (1.9); updated and edited the footnotes in the ▮▮▮▮▮▮ section of Team 5's draft (1.6); updated and edited the footnotes in the ▮▮▮▮▮▮ section of Team 5's draft (1.8); updated and edited the footnotes in LBHI bankruptcy section of Team 5's draft (.4); updated and edited the footnotes in ▮▮▮▮▮▮▮▮ section of Team 5's draft (1.9); updated and edited the footnotes in the ▮▮▮▮▮▮ section of Team 5's draft (.8); reviewed ▮▮▮▮▮▮▮▮▮▮▮▮ (.7). | 3,922.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 468

| 1/09/10 | VEL | 7.40 | Office conference with K. Hupila, D. Fenske, J. Zipfel and D. Layden re assignment of sections and remaining research items (.6); reviewed materials circulated by D. Murray re bankruptcy conference call (1.0); email with D. Layden re table of contents and additional law for ██████ section (.3); telephone conference with K. Hupila re ███████ interview memoranda and incorporation into Team 5 section (.2); office conference with D. Fenske re ██████████ research and conclusions (.3); office conferences with J. Zipfel re additional information footnotes and updates to Report (.3); office conference with D. Layden re recommendation on Barclays section (.3); skimmed comments to Team 5 section from Team 4 (.3); office conference with J. Zipfel re master repurchase agreements and other documents for ██████s (.3); revised ██████ interview for circulation (.4); reviewed additional materials from T.C. Fleming and follow up with T.C. Fleming re ██████████ (.5); emails with J. Zipfel and D. Fenske re Report format (.2); skimmed expert reports and telephone conference with D. Layden re potential ██████████ (.5); telephone conference with D. Layden re email for L. Sheridan re employee matrix (.2); worked on re-write of ██████ section (2.0). | 5,550.00 |
| 1/09/10 | DCL | 5.20 | Reviewed J. Stern emails forwarding Barclays' expert reports (.3); reviewed ██████ report (1.8); participated in team meeting (.7); drafted daily report (.1); reviewed consolidated daily report (.1); met with K. Hupila re ██████ analysis (.4); reviewed J. Zipfel emails re citation format issues (.2); emailed J. Zipfel and V. Lazar re same (.2); revised Barclays section of draft Report (1.4). | 3,120.00 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/09/10 | DTF | 8.00 | Reviewed internal memorandum re ███████████ (1.8); researched ██████ (1.9); researched ████ (2.1); drafted section of Report analyzing ████████ (2.2). | 2,960.00 |
| 1/09/10 | KKH | 5.70 | Met with Team 5 to discuss drafting assignments for Report revision (.6); identified ██████ (1.8); reviewed same (1.6); summarized same (1.4); discussed ████ with D. Layden (.3). | 2,109.00 |
| 1/09/10 | JPZ | 9.10 | Conferred with D. Layden, V. Lazar, D. Fenske and K. Hupila re status of Team 5 draft and assignments (.9); edited the text of the ████████ section of Team 5's draft (1.8); edited the citations of the ██████ section of Team 5's draft (1.3); shepardized the case citations in the ████ section of Team 5's draft (1.0); reviewed ██ (1.7); edited ████ section of Team 5's draft (1.4); incorporated information provided by V. Lazar into the ████ section of Team 5's draft (1.0). | 3,367.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/10/10 | VEL | 9.60 | Reviewed ███████████ section from J. Zipfel (.3); skimmed ███████████ section from D. Fenske and email re same (.3); reviewed ██████ interview memorandum, ██████ memorandum, ███████ memorandum, ██████ memorandum, ████████ memorandum, ██████ interview, ████ December interview memorandum, █████ interview memorandum, █████ interview summary, ████ interview, ███ interview memorandum, ████ interview memorandum, ██████ interview memorandum, ████ interview memorandum, final version, █████ interview summary, and ████ interview summary (2.0); reviewed ████ summary interview, ███ flash summary, ████ interview summary, ███ flash summary, ████ follow up interview, ████ follow up interview and ████ follow up interview (1.0); reviewed witness interviews for ███████████████████████ (December interview), ███████, and ███████ (2.0); attended call with bankruptcy partners re █████, avoidable transfer and other bankruptcy sections of Report (1.8); reviewed summary of ██████ hearings in December (.3); emails with J. Zipfel and D. Fenske re questions about edits (.2); email with D. Layden re ████████████████ (.2); reviewed M. Lightner and P. Vinella reports and prepared summary email for R. Byman and D. Layden re issues with ████████████ (1.0); worked on preparing initial draft of ████████ section (.5). | 7,200.00 |
| 1/10/10 | DCL | 7.60 | Drafted email to H. McArn re request for list of Lehman ███████████████ (.2); emailed J. Zipfel re numerous drafting and citation questions (1.9); reviewed T.C. Fleming email re █████████ (.2); emailed T.C. Fleming re same (.1); reviewed K. Hupila email and proposed changes to intangible asset analysis (1.3); reviewed draft of revised introduction circulated by R. Byman (.6); reviewed V. Lazar email summarizing certain Barclays' expert reports (.2); worked on ████████ analysis (1.1); reviewed and analyzed Barclays' expert reports (2.0). | 4,560.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/10/10 | HDM | .20 | Reviewed and drafted Team 5 production request re ███ ████████████████ | 115.00 |
|---------|-----|-----|-----|--------|
| 1/10/10 | DTF | 6.50 | Edited footnotes in Team 5 section of Examiner's Report to conform with established guidelines for footnote format (3.2); researched ███████████████████ ███████████████████████████████ (3.3). | 2,405.00 |
| 1/10/10 | KKH | 2.80 | Revised and restructured intangible asset analysis section of Report. | 1,036.00 |
| 1/10/10 | JPZ | 15.20 | Edited and updated footnotes in the ████████████ section of Team 5's draft (1.5); edited and updated footnotes in the ████████████ section of Team 5's draft (1.5); edited and updated footnotes in the ████████████ of Team 5's draft (1.7); edited and updated footnotes in the ████████████ section of Team 5's draft (2.0); edited and updated footnotes in the ██████████ section of Team 5's draft (1.8); reviewed for accuracy emails cited in Team 5's draft (1.9); reviewed for accuracy spreadsheets cited in Team 5's draft (1.7); reviewed for accuracy PowerPoint Presentations cited in Team 5's draft (.3); reviewed LBI intercompany agreements cited in Team 5's draft (1.6); reviewed LBHI intercompany agreements cited in Team 5's draft (1.2). | 5,624.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/11/10 | VEL | 7.60 | Reviewed daily report (.2); reviewed ██████ interview summary (.3); reviewed and commented on bankruptcy outline circulated by M. Lightner (.2); emails re revised ████████████ (.3); reviewed ████████████ (1.0); email ████████ and follow up telephone conference explaining same (.4); reviewed updated ██████ information and worked same into Report (1.0); prepared ██████ interview memorandum (.5); worked on ██████ (2.0); office conferences with D. Layden re ████ and potential rework of same (.3); office conferences with team associates re status of assignments and drafting projects (.3); reviewed new draft introduction (.4); skimmed emails from J. Stern re H. Miller deposition points and Rule 60 admissions (.4); reviewed K. Hupila ██████ section draft (.3). | 5,700.00 |
| 1/11/10 | DCL | 10.80 | Emailed V. Lazar, J. Zipfel re ██████ interview memorandum (.2); emailed J. Zipfel re drafting and citation questions (.8); prepared flash summary of ██████ deposition (1.8); emailed R. Byman re same (.2); reviewed J. Stern summary of key points established during ██████ deposition (.2); emailed J. Stern re ████ interview (.2); drafted email to L. Sheridan re request for additional information re adjustments to fixed assets (.4); emailed C. Ward, V. Lazar re review of Barclays' documents (.3); reviewed summary of ████ interview (.2); reviewed and analyzed information compiled by K. Hupila re ██████ ████ (.7); revised legal entity descriptions in Report (2.0); revised ████████ ████████ sections of Report (1.9); revised ████ section of Report, including review of recent Barclays discovery (1.9). | 6,480.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/11/10 | DTF | 10.70 | Researched ███████████████████████████████ ███████████ (2.0); drafted section of Report re same (1.8); researched ████████████████████████ (1.9); drafted section of Report re same (1.5); researched ████████████████████████████████████████ ██ (1.6); researched ██████████████████████████ ██████████████████████████████████ (1.9). | 3,959.00 |
| 1/11/10 | KKH | 9.20 | Discussed revisions to ███████ Report section with D. Layden (.1); revised same (.3); compiled ████████████████ (1.9); analyzed same re ███████ (1.9); compiled ██████ data for ███████ (1.9); analyzed same re allocation patterns (1.9); compared ██████████████████ ██████████ data (.8); reviewed relevant interview memoranda to identify ██████████████████ (.4). | 3,404.00 |
| 1/11/10 | TMW | .40 | Conferred with J. Zipfel re ██████████ analysis. | 148.00 |
| 1/11/10 | JPZ | 10.10 | Edited footnotes in Team 5's draft (2.0); researched ██████████████ section of Team 5's draft (1.6); researched ██████████████ section of Team 5's draft (.7); researched ██████████ section of Team 5's draft (.3); reworked the ██████████ subsection of the ██████ section of Team 5's draft (2.0); reworked the ██████████ subsection of the ██████ section of Team 5's draft (1.8); reworked the ████████ subsection of the ████ section of Team 5's draft (1.7). | 3,737.00 |
| 1/11/10 | CRW | 1.10 | Pulled and bates stamped documents from Stratify to assist Team 5 in analyzing █████████████████████ ████████████████████████████. | 280.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/12/10 | DRM | 1.10 | Read memorandum from D. Layden re summary of ▮ ▮ deposition (.2); telephone conference with A. Valukas re progress of Team 5 portion of Report (.1); follow-up with V. Lazar re same (.4); conferred with D. Layden re same (.4). | 935.00 |
|---|---|---|---|---|
| 1/12/10 | VEL | 12.60 | Reviewed daily report (.2); telephone conference with R. Byman re Rule 60 information for chambers conference with bankruptcy judge and follow up with D. Layden re same (.5); office conference with D. Murray re A. Valukas preliminary comments to Barclays and ▮ sections (.3); reviewed ▮ section re inconsistencies (.3); reviewed ▮ interview summary (.2); attended call with Duff & Phelps re ▮ (.7); reviewed ▮ summary (.2); office conferences with J. Zipfel re comments to ▮ section and citations (.4); research re ▮ (.3); reviewed D. Fenske work up of ▮ section, including ▮ and worked on same (2.5); office conferences with team re missing sections, additional research and related matters and reviewed full draft of section re same (2.0); prepared line edits of first third of Team 5 section (2.0); worked through materials provided by Duff & Phelps re ▮ and incorporated same into revamped securities section (3.0). | 9,450.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/12/10 | DCL | 15.70 | Reviewed R. Byman voicemail (.1); conferred with R. Byman re Rule 60 litigation (.1); emailed V. Lazar re A. Valukas comments on draft (.2); met with V. Lazar re same (.3); met with D. Murray re same (.4); emailed J. Stern re ███ interview (.1); conferred with C. Ward re Barclays document production (.2); emailed P. Daley re Barclays integration of Lehman systems (.2); participated in conference call with P. Daley and C. Morgan re same (.4); reviewed Duff & Phelps memoranda re same (.2); reviewed ███ interview summary (.2); conferred with K. Hupila re ███ (.2); reviewed and analyzed documents re same (.4); conferred with K. Hupila re legal research re ███ (.5); reviewed and analyzed information re ███ (.6); emailed J. Zipfel re drafting and citation questions (.4) reviewed revised draft of ███ section (.4); reviewed key cases re same (1.4); revised ███ analysis (2.0); revised ███ analysis (1.8); revised executive summary (.7); revised ███ descriptions (1.2); revised pre-███ section (2.0); revised ███ section (1.7). | 9,420.00 |
| 1/12/10 | DTF | 8.10 | Conducted follow-up research on ███ (2.0); drafted section of Report re same (2.6); reviewed SIPA Trustee's first and second interim reports (1.7); edited section of Report on ███ (1.8). | 2,997.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/12/10 | KKH | 14.90 | Analyzed ███████████████ (3.7); researched ███████████ (3.5); researched ████████████████ (1.4); participated in Duff & Phelps status update call with V. Lazar and D. Layden re ████████████ and ████████████ (.4); discussed ██████████ with D. Layden (.8); reviewed documents to identify ████████████ (.5); identified ██████████ to be interviewed (.4); identified ████████████ (.4); revised ████████████ Report draft (3.8). | 5,513.00 |
| 1/12/10 | JPZ | 15.30 | Conferred with D. Layden re ████████████ section of Team 5's draft (.5); researched additional case law on ████████████ for the ████████████ section of Team 5's draft (2.0); researched ████████████ section of Team 5's draft (1.9); researched ████████████ section of Team 5's draft (1.1); researched ████████████ section of Team 5's draft (1.4); researched ████████████ section of Team 5's draft (.4); researched ████████████ section of Team 5's draft (1.0); expanded and edited ████████████ subsection of ████████████ section of Team 5's draft (1.7); expanded and edited ████████████ subsection of ████████████ section of Team 5's draft (1.2); expanded and edited ████████████ subsection of ████████████ section of Team 5's draft (.8); edited ████████████ section of Team 5's draft (1.0); added footnotes to Team 5's draft (1.3); edited footnotes in Team 5's draft (1.0). | 5,661.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/13/10 | DRM | 1.00 | Telephone conferences with R. Byman and V. Lazar re preparation of Barclays portion of Report (.3); telephone conference with A. Valukas and R. Byman re status of Barclays portion of Report (.1); met with V. Lazar re same (.2); telephone conference with R. Byman re follow up on Barclays portion (.1); telephone conferences with V. Lazar and R. Byman re further follow-up on Barclays progress (.3). | 850.00 |

| 1/13/10 | VEL | 13.40 | Office conference with associates re deliverables for January 13 and January 14 and assignment of projects re missing sections (.8); follow up with ▮▮▮▮▮ ▮▮▮▮▮ (.3); office conference with A. Allen re research projects for legal section for Team 5 Report (.3); edited ▮▮▮▮ research (.4); prepared email for ▮▮▮ and ▮▮▮ re ▮▮ ▮▮▮▮ information request (.3); skimmed SIPA trustee appointment section and email to D. Fenske re additional information (.3); office conference with D. Layden re preparation for ▮▮▮ interview (.3); office conferences with J. Zipfel re exhibits and incorporating information into securities section including cross references (.7); follow up email with L. Dunsky re ▮▮▮▮▮ (.2); office conference with D. Fenske re ▮▮▮▮ section drafting (.3); extensive rework of ▮▮▮▮ section based on ▮▮▮▮ analysis revisions provided by Duff & Phelps and missing information sections, including review of ▮▮▮ ▮▮▮ and related support documents (6.0); prepared line edits to second and third sections of draft and office conference with D. Layden re missing conclusions and analysis sections (3.5). | 10,050.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/13/10 | DCL | 16.90 | Conferred with R. Byman re draft Report (.2); reviewed R. Byman email re Barclays document production (.1); conferred with S. Travis re same (.2); reviewed revised draft introduction (.3); researched re ███████ █████████ (1.4); researched re ████████ ███████████████████ (1.8); reviewed V. Lazar email to SIPA trustee counsel (.1); participated in team meetings re draft Report (1.5); conferred with C. Ward re Rule 60 litigation (.2); reviewed revised draft of ██████ ██████ legal section (.3); emailed J. Stern re interview (.2); identified and reviewed key documents re █████████████████████ (1.6); revised ██████████ section of draft Report (2.0); revised ████████ section of Report (1.9); revised ██████ section of Report (1.5); revised ██████ ████████ section (1.6); revised ████ section (1.9). | 10,140.00 |
| 1/13/10 | DTF | 13.00 | Drafted section of Report re ████████ (1.2); drafted section of Report re ██████████████████ (1.8); drafted section of Report re ██████████████████ (.8); drafted section of Report re ████████ (1.7); met with V. Lazar, D. Layden, K. Hupila, and J. Zipfel re outstanding Team 5 tasks (1.2); researched ██████████████████████████████ (.8); drafted section of Report re same (1.2); researched ██████████████████████ (1.0); drafted section of Report re same (1.8); researched ████████████ (1.5). | 4,810.00 |

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/13/10 | KKH | 14.20 | Re-structured applicable law and analysis section of the Report (1.9); revised and edited same (2.4); drafted analysis of ████████ (1.6); met with V. Lazar, D. Layden, and D. Fenske to discuss analysis of potential ████████ (.6); met with Team 5 to discuss assignments for Report drafting (.5); reviewed case law ████████ (1.9); summarized same (.4); revised ████ section (.7); reviewed documents to identify ████████ (.9); drafted description of ████████ (.6); reviewed interview memoranda to identify information to be added to Report (1.4); incorporated material re same (1.3). | 5,254.00 |
| --- | --- | --- | --- | --- |
| 1/13/10 | JPZ | 15.40 | Conducted final research on ████████ (1.9); conducted final research ████████ (1.2); conducted final research ████████ (1.8); finished editing ████ subsection of ████████ section (1.5); finished subsection of ████ section (1.2); finished editing ████████ subsection of ████ section (.9); discussed ████████ section with D. Layden (.4); discussed ████ section with V. Lazar (.7); edited text of ████ section (1.9); added additional content to the ████████ section (1.7); added additional footnotes in ████ section (1.2); edited footnotes in the ████ section (1.0). | 5,698.00 |
| 1/14/10 | DRM | 6.40 | Read V. Lazar draft of Barclays portion of Report relating to affiliates (2.0); met with V. Lazar and D. Layden and conferred with R. Byman re format of Barclays Report (.3); telephone conference with D. Layden re revisions to Report (.1); read and commented upon D. Layden/V. Lazar draft of Barclays Report (4.0). | 5,440.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 480

| 1/14/10 | VEL | 11.20 | Continued work on ███████ section, including update for ██████████████████ and forwarded same to Team 2 (2.5); office conference with A. Allen re ████████████████ section revisions (.2); prepared and incorporated executive summary comments to Team 5 section based on D. Layden and D. Murray comments (.5); reworked bankruptcy conclusions for Team 5 draft for A. Valukas and ████████████ (.5); reviewed ████████ section appendixes and attempted to reconcile same with written conclusions (2.0); conference call with Duff & Phelps re ████████████ problems and potential workarounds for analysis (1.0); office conference with D. Layden re ████████████ section (.3); office conferences with D. Fenske re ████████████████ (.3); office conferences with D. Murray re legal analysis section of Report and application of law to facts and follow up with D. Fenske and K. Hupila re preparing those sections (.8); follow up emails with L. Dunsky re additional information for Report (.2); prepared re-work of ████████ section and email to K. Hupila re redline for entire Team 5 section and proofing same (.7); prepared further line edits (1.5); emails with Duff & Phelps re fed guaranty footnote (.3); telephone conference with M. Lightner re ████████████ (.2); emails with ████ re request for information and SIPA trustee definition (.2). | 8,400.00 |
| 1/14/10 | KW | 4.50 | Worked on coding information re newly received deposition exhibits into deposition exhibit database per C. Murray's instructions. | 765.00 |
| 1/14/10 | DCL | 9.20 | Emailed V. Lazar re draft (.1); met with V. Lazar, D. Murray, K. Hupila, J. Zipfel and D. Fenske re draft (1.8); participated in call with Duff & Phelps re outstanding work for Team 5 (.7); participated in follow-up team meeting re draft (.5); worked on drafting and revising ████████████ section of Report (2.0); worked on drafting and revising ████████ section of Report (1.9); revised LBHI bankruptcy and ████████████ sections of Report (1.7); revised conclusion section of Report (.5). | 5,520.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | DTF | 9.80 | Researched ███████████████████████████ ████████████ (2.0); conducted follow-up research on ████████████████ ███████████████████ (.9); edited section of Report re same (.8); conducted follow-up research on ████████████████████████ (.5); edited section of Report re same (.3); edited section of Report ████████ ████████████ (1.9), whether the ███████████ (2.0), and whether the ████████ (1.4). | 3,626.00 |

| 1/14/10 | KKH | 10.70 | Proofread and revised Team 5 section of the Report (3.2); participated in status update with V. Lazar, D. Layden, and Duff & Phelps re ████████████ and ██████ analyses (.4); reviewed interview summaries for content to be added to Report (2.3); researched ████████████ (1.2); drafted Report insert re same (.4); revised ████████████████ analysis (1.4); revised █████████ section (1.8). | 3,959.00 |

| 1/14/10 | JPZ | 10.00 | Conferred with D. Layden re additional material for ████████████████ section (.5); reviewed Barclays emails in Case Logistix for inclusion in Barclays fact section (3.2); researched additional interview memoranda for Barclays fact section (2.5); added additional sources to Barclays fact section (3.8). | 3,700.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 482

| 1/15/10 | DRM | 2.90 | Telephone conference with D. Layden re conclusions (.1); telephone conference with R. Byman re Barclays conclusions and production of next draft of same (.3); telephone conferences and office conferences with V. Lazar re further revisions to draft (.8); telephone conference with D. Layden and C. Klein re further revisions to draft (.3); telephone conferences and office conferences with C. Klein re review of ███████ portion of Barclays draft (.5); obtained and reviewed selected interview notes (.8); read memorandum from C. Klein re same (.1). | 2,465.00 |
| 1/15/10 | CHK | 4.00 | Reviewed factual materials, factual investigation and background of Report on ███████████ (1.5); conferred with D. Murray re comments on legal analysis of Report (1.0); reviewed and annotated legal analysis of ██████████████████ and conclusions therefrom in draft Report (1.2); prepared email summarizing overall comments as well as mark-up (.3). | 2,700.00 |

LAW OFFICES
Page 483
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | VEL | 10.40 | Reviewed daily report (.2); reviewed and responded to emails re ██████████ (.2); prepared for and attended ██ ██████████ interview (1.5); telephone conference with P. Trostle re ██████████ footnote (.2); office conferences with J. Zipfel re ██████████ researching same (.3); office conference with D. Murray and R. Byman re initial comments on Team 5 securities and intangibles sections (.3); office conference with A. Olejnik re format for ██████████ interview notes (.2); prepared updated punch list for Duff & Phelps re missing items and additional analyses and circulated same with exhibits (3.0); reviewed D. Murray comments to Section 5 law (.2); emails re proof of claim analysis for ██████████ section (.2); prepared follow up ██████████ ██████████ (.3); prepared follow up email for ██████████ ██████████ (.3); office conferences with D. Murray re ██████████ review by C. Klein and potential open issues (.3); discussion with ██████████ re notes from ██████████ and follow up on questions (.4); skimmed ██████████ (.5); worked on editing conclusion section for ██████████ ██████████ (2.0); telephone conference with D. Murray and D. Layden re ██████████ section revisions (.3). | 7,800.00 |
|---|---|---|---|---|
| 1/15/10 | KW | 1.00 | Worked on updating deposition database and attorney binders with recently received deposition exhibits per C. Murray's instructions. | 170.00 |
| 1/15/10 | DCL | 15.10 | Reviewed R. Byman email re Barclays authorization for sharing documents with ██████████ (.1); reviewed J. Pimbley and V. Lazar emails re draft Report (.2); reviewed D. Murray email re interview memoranda (.1); met with V. Lazar re draft Report (.2); revised draft Report (1.5); prepared for and conducted ██████████ interview (2.1); revised ██████████ section (2.0); revised conclusions section (2.0); revised introduction (1.8); revised ██████████ section (1.9); revised ██████████ section (2.0); conferred with D. Murray, C. Klein and V. Lazar re revisions to draft (1.2). | 9,060.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | KKH | 3.90 | Discussed ███████████████ analysis with D. Layden (.3); proofread updated Report draft (2.4); reviewed interview memoranda to identify information to be added to the Report (1.2). | 1,443.00 |
|---|---|---|---|---|
| 1/15/10 | JPZ | 6.20 | Reviewed ████████████████████████████ ██████████████████ (.3); edited footnotes in the ████████████████ section of Team 5's draft (1.6); edited footnotes in the ████████ section of Team 5's draft (1.1); edited footnotes in the ████ section of Team 5's draft (1.3). | 2,294.00 |
| 1/16/10 | DRM | .30 | Telephone conference with J. Zipfel re ████████ and memorandum to J. Zipfel re same (.2); telephone conference with D. Layden re same (.1). | 255.00 |
| 1/16/10 | VEL | 3.50 | Reviewed rework of conclusions and legal analysis section and email with D. Layden re same (1.0); reviewed rework of ████████ section (.3); telephone conference with D. Layden re ████████ and related matters (.3); email with ████ re Wednesday interview (.2); telephone conferences with J. Zipfel re ████████████████ and follow up re same (.5); reviewed materials from ████████████████████ and email with D. Layden re same (.4); reviewed daily reports (.3); email to D. Fenske re ████████████ (.2); reviewed ████████████████ (.3). | 2,625.00 |
| 1/16/10 | DCL | 1.40 | Reviewed R. Byman email (.1); emailed V. Lazar re draft Report (.2); conferred with V. Lazar re same (.2); emailed C. Ward re daily report (.1); reviewed V. Lazar and J. Zipfel emails re redactions (.2); emailed J. Zipfel re same (.2); reviewed ████████ deposition (.1); reviewed D. Murray email re Team 5 draft (.1); conferred with D. Murray re same (.1); reviewed D. Fenske and V. Lazar emails re ████████ (.1). | 840.00 |
| 1/16/10 | DTF | 3.50 | Reviewed documents produced re ████████████████████████, in preparation for section of Examiner's Report re same. | 1,295.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/16/10 | JPZ | 6.00 | ██████████████████████████ section ████ subject to ████████████ (1.4); ████ section ████ subject to ████████████ (1.1); ████ section subject to relevant confidentiality agreements (1.2); ████████ section subject to ████████ (.8); ████ section subject to ████████ (1.5). | 2,220.00 |
|---|---|---|---|---|
| 1/17/10 | VEL | 7.90 | Conference call with Duff & Phelps re ████ section dead-ends and reworking ████████ analysis (1.0); office conference with associates and D. Layden re review of draft, open items and assignments for January 18 and January 19 (1.0); reviewed new securities from T.C. Fleming and analysis of same (.6); reviewed C. Klein comments to ████████ section (.3); conference call with M. Lightner re ████ issues (.3); prepared email to L. Sheridan re request for additional interview (.2); skimmed new interviews re Barclays transaction and office conference with D. Layden re ████████ ████████████ (.8); reviewed accumulated materials re incorporation into revised ████████ section with different analysis of law (1.0); reviewed D. Murray comments (.2); reviewed ████████████████ re legal analysis for ████ section (1.5); telephone conference with M. Hankin and H. McArn re staffing (.2); skimmed ████████ section re consistency with Team 5 (.5); skimmed revised introduction from R. Byman (.3). | 5,925.00 |
| 1/17/10 | DCL | 7.70 | Revised redactions for draft Report ████████ ████████ (2.4); emailed M. Devine re same (.1); conferred with C. Ward and M. Devine re same (.3); participated in telephone call with T.C. Fleming, J. Pimbley, V. Lazar and K. Hupila re ████████ (1.2); met with team re revisions to Report (1.9); worked on revising ████████████ section of narrative (1.6); conferred with J. Zipfel re same (.2). | 4,620.00 |

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 1/17/10 | DTF | 9.00 | Reviewed deposition testimony and interview memoranda of ██████ (3.3), ██████ (3.2), and ██████ (.8) re ██████, in preparation for section of Report re same; drafted same (1.7). | 3,330.00 |
| 1/17/10 | KKH | 4.10 | Researched ██████████ (2.5); participated in status call with V. Lazar, D. Layden, and Duff & Phelps re ██████ and ██████ analyses (.9); participated in Team 5 status and assignment meeting (.7). | 1,517.00 |
| 1/17/10 | JPZ | 8.60 | Reviewed ██████ portions of Barclays draft with D. Layden (2.5); reviewed ██████ production for documents to add to Barclays draft (3.7); conferred with D. Layden, V. Lazar, D. Fenske, and K. Hupila re Team 5 draft (.8); drafted APA section of Team 5's draft (1.6). | 3,182.00 |
| 1/18/10 | DRM | 1.80 | Read memorandum from R. Byman commenting on revised draft of Barclays portion of Report and prepare memorandum responding to same (.8); read memorandum from V. Lazar re same (.1); office conference with V. Lazar re same (.2); office conferences with V. Lazar and D. Layden re next steps in revision to Report (.2); office conference with R. Byman re revisions to Barclays portion of Report (.2); telephone conference with M. Lightner re issues relating to interest in property and office conference with V. Lazar re same (.3). | 1,530.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/18/10 | VEL | 10.40 | Telephone conference with T.C. Fleming re ███████ ███████ update and open issues (.5); email with R. Byman and A. Valukas re comments to Team 5 conclusions and additional information re transfers and follow up with D. Layden re same (.5); emails re ███████████████ (.2); office conference with I. Dmitrieva re research for ████████████ on ███████████ (.3); email with H. McArn re ██████ agreement request (.2); follow up with H. McArn and team re Barclays and estate requests for subordination and ██████ agreements (.3); office conferences with A. Allen and M. Kelly re ███████ ██████ section and additional edits to bankruptcy description in ████████████ (.3); followup with L. Dunsky re request for information re ███████████ section (.2); prepared email to ██████████████████████████ (.2); reviewed ███████████ conduct insert and email to R. Byman re comments (.4); reviewed fiduciary law appendix and email with J. Malysiak re comments (.4); reviewed I. Dmitrieva comments to Team 5 section and forwarded same to D. Layden (.3); telephone conference with M. Lightner re settlement date question and email with T.C. Fleming re same (.3); reviewed files re proofs of claim for SIPC case (.4); office conferences with D. Fenske re updated ████████████ reviews (.3); reviewed C. Klein proposed changes and email with C. Klein re meeting on same (.6); skimmed updated ██████ section from T.C. Fleming and charts, and reviewed materials re ████████████████████ █████████████ (2.5); office conference with D. Layden re team assignments and related matters (.5); continued rework of ██████████████ section (2.0). | 7,800.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/18/10 | DCL | 11.80 | Reviewed R. Byman email providing comments on Barclays draft (.2); reviewed V. Lazar email re same (.1); reviewed D. Murray email re same (.2); met with V. Lazar re same (.4); reviewed K. Hupila chart re witness interviews relevant to legal entity descriptions (.3); met with K. Hupila re ▓▓▓▓▓▓▓▓▓▓ analysis (.5); emailed J. Zipfel re documents to incorporate into ▓▓▓▓▓▓▓ section (.4); reviewed and analyzed workpapers re Barclays gain on transaction (2.0); reviewed K. Hupila and J. Jacobs emails re ▓▓▓▓▓▓▓▓▓▓ (.3); met with S. Terman and J. Conley re ▓▓▓▓▓▓ research (.7); revised ▓▓▓▓▓▓ section, including review of relevant depositions and documents (1.8); revised discount section (2.0); revised ▓▓▓▓▓▓▓ section (1.6); revised legal entity descriptions (1.3). | 7,080.00 |
| 1/18/10 | IYD | 5.00 | Analyzed the draft section of Team 5 Report addressing ▓▓▓▓▓▓▓ to Barclays (1.5); analyzed the draft section of Team 5 Report addressing Examiner's Conclusions in connection with ▓▓▓▓▓▓▓ (1.5); analyzed the draft sections of Team 5 Report addressing ▓▓▓▓▓▓▓ (.5); made notations and forwarded comments and questions to V. Lazar (.5); corresponded with V. Lazar re same (.5); analyzed ▓▓▓▓▓▓▓ (.5). | 2,700.00 |
| 1/18/10 | AJO | .90 | Read ▓▓▓▓▓ section of Report re analysis of ▓▓▓▓▓▓▓ (.6); conferred with V. Lazar re same (.1); conferred with D. Murray and A. Allen re same (.2). | 459.00 |
| 1/18/10 | HDM | .40 | Attended to production follow up for Team 5 re clearing and custody agreements. | 230.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 489

| 1/18/10 | DTF | 9.80 | Reviewed deposition testimony of ████████ (.3), ████ (.4), and ████ (.2) re ████ ████, in preparation for section of Report re same; drafted and edited section of Report re same (2.0); reviewed ████ (.5), ████ (.2), ████ (2.1), and ████ (2.0) to determine ████████; drafted section of Report re same (2.1). | 3,626.00 |
| 1/18/10 | KKH | 7.90 | Discussed ████████ analysis with V. Lazar and D. Layden (.9); researched ████████ (2.4); researched ████ (3.2); researched ████ (1.4). | 2,923.00 |
| 1/18/10 | SFT | 8.80 | Met with D. Layden and J. Conley re additional legal research ████████ (.5); conducted library and internet research re ████ (2.0); conducted library and internet research ████ (2.0); conducted library and internet research re ████ (2.0); annotated relevant cases and summarized research findings re ████ (1.5); conferred with J. Conley re same (.8). | 3,256.00 |
| 1/18/10 | JPZ | 10.30 | Reviewed final APA prior to drafting APA section (1.9); reviewed draft APA prior to drafting APA section (1.5); reviewed emails discussion draft APAs prior to drafting APA section (.9); drafted APA section of Team 5's draft (2.0); edited APA section of Team 5's draft (1.8); reviewed emails in Case Logistix for additional information to add to ████ section in Team 5's draft (1.8); reviewed spreadsheets in Case Logistix for additional information to add to Replacement Transaction section in Team 5's draft (.4). | 3,811.00 |
| 1/19/10 | DRM | .90 | Met with V. Lazar and C. Klein re ████ analysis in Barclays portion of Report and reviewed V. Lazar memorandum re same. | 765.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 490

| 1/19/10 | CHK | 1.00 | Prepared for and met with D. Murray and V. Lazar re comments on and dialogue on Examiner's Report concerning ██████████. | 675.00 |
|---|---|---|---|---|
| 1/19/10 | VEL | 9.40 | Emails with L. Dunsky re follow up on CME document request (.2); reviewed daily report (.2); office conference with C. Klein, D. Murray and I. Dmitrieva re ████████████ sections (.8); office conference with A. Allen re edits to ████████ (.3); Team 5 follow up call re ██████ section and analysis of additional information (1.0); reviewed ████ focus Report and office conference with I. Dmitrieva re ████ section and related matters (.5); email with L. Sheridan re information on ██████████ and telephone conference with L. Sheridan and T. Hummel re information request (.4); email with ████████████ (.2); follow up questions with I. Dmitrieva re subordination agreements (.2); office conference with D. Layden re Report preparation questions and organization (.4); reviewed materials re ████████████, office conferences with D. Layden re same, and evaluated possibility of ████████ (1.5); reviewed response from L. Dunsky re ████████ (.2); email with D. Fenske re Alvarez & Marsal call and factual information for background section (.2); follow up with I. Dmitrieva re ████████ (.3); prepared writeup of ████ interview (.7); follow up with H. McArn re ████████ (.3); reviewed claims, cover page and support re preparation for telephone conference with SIPC trustee (1.0); follow up telephone conference with T.C. Fleming and email re ████████ (.4); reviewed further background materials re ████████████ (.6). | 7,050.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/19/10 | DCL | 13.20 | Legal research re ████████████████████ ████████ (2.0); emailed S. Terman re research (.1); revised executive summary (.8); revised ██████████ analysis (2.2); further legal research re ██████████████████ (1.9); revised ████████ analysis (2.0); emailed J. Jacobs re ████████ (.4); revised ██████████ section (1.9); revised ████████ sections (1.9). | 7,920.00 |
|---|---|---|---|---|
| 1/19/10 | IYD | 6.50 | Conference call with Duff & Phelps and V. Lazar re ████████ Section of Team 5 Report (.5); discussed necessary research and revisions for ████████ Section with V. Lazar, D. Murray and C. Klein (.7); discussed ████████ with S. Biller (.3); researched ██████ and corresponded with V. Lazar re same (1.5); analyzed ████████ (.5); edited ████████ Section of Team 5 Report (1.0); corresponded with A. Ringguth re ████████████ ████████ same (.5); analyzed case law on ████████ (1.5). | 3,510.00 |
| 1/19/10 | DTF | 2.00 | Reviewed ██████████████████ ████ in preparation for section of Examiner's Report re same. | 740.00 |
| 1/19/10 | KKH | 11.10 | Discussed ██████████████ analysis with D. Layden (.7); identified case law re ████ (1.9); reviewed same (1.7); summarized same (.6); identified case law re ████████ (1.9); reviewed same (1.6); summarized same (1.1); revised description of ████████ analysis in Report draft (1.6). | 4,107.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/19/10 | SFT | 10.50 | Conducted library and internet research re ███████ ███████ (2.0); conducted library and internet research re █████████ ████████ (2.0); conducted library research re ██████ ███████ (2.0); conducted library research re ██████ ███████ (2.0); annotated relevant cases and summarized research findings re ███████ ███████ (1.5); prepared for meeting with D. Layden re ███████ (1.0). | 3,885.00 |
|---------|-----|-------|---|---------|
| 1/19/10 | JPZ | 9.60 | Reviewed ███████ deposition for information to include in the ███████ section of Team 5's draft (1.8); reviewed ███████ deposition for information to include in the ███████ section of Team 5's draft (1.5); reviewed ███████ deposition for information to include in the ███████ section of Team 5's draft (1.6); reviewed ███████ deposition for information to include in the ███████ section of Team 5's draft (1.9); reviewed ███████ deposition for information to include in Team 5's draft (1.1); reviewed ███████ and ███████ interview memoranda for information to include in Team 5's draft (1.5); reviewed team reports (.2). | 3,552.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 493

| 1/20/10 | VEL | 11.40 | Reviewed daily report (.2); email with K. Hupila re energy trading (.2); reviewed redline of ▮▮▮▮▮ section from Duff & Phelps and prepared responses for T.C. Fleming (1.0); telephone conference with ▮▮▮▮ and ▮▮ re ▮▮▮▮▮▮▮▮▮▮▮ (1.0); reviewed M. Lightner and E. James email from J. Stern and email with J. Stern re Barclays position (.6); prepared further edits to ▮▮▮▮▮ section re incorporation of information from SIPC trustee and preparation of chart for Duff & Phelps re additional issues raised in call (1.5); office conference with D. Murray re Team 5 sections and updates to same (.3); office conference with D. Layden re associate assignments and analysis of ▮▮▮▮▮ (.4); reviewed balance sheet forwarded by D. Layden and office conference with D. Layden re use of ▮▮▮▮▮▮▮▮ (.5); reviewed and responded to emails re confidentiality order designations for ▮▮▮▮ (.3); prepared ▮▮▮ memorandum (.7); reviewed ▮▮▮ meeting memorandum (.2); reviewed FSA statement and email with team re incorporating same (.4); prepared revisions to ▮▮▮ section re ▮▮▮▮▮▮▮, and placeholders for additional Duff & Phelps information (2.0); email to R. Byman re ▮▮▮▮▮▮ (.2); email to ▮▮ re ▮▮▮ (.2); office conference with D. Layden re ▮▮▮ interview notes (.2); reviewed final Report verification memorandum and email to team re shepardizing weekend schedule and related matters (.4); office conference with D. Layden re planning for next 10 days and allocation of work among associates and two additional associates (.4); office conference with D. Layden re theories on intangible asset identification (.4); reviewed OCC materials re inclusion in Report (.3). | 8,550.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/20/10 | DCL | 12.70 | Emailed K. Hupila re ███████ research (.5); emailed T.C. Fleming re ADb database (.2); emailed J. Stern (.1); reviewed K. Hupila email re ████████ research (.4); reviewed ████ summary (.1); reviewed Cruikshank summary (.1); reviewed FSA statement (.4); emailed C. Morgan re ADb database (.2); conferred with J. Zipfel re ████████████████ (.2) emailed J. Zipfel re same (.2); emailed J. Jacobs, S. Rivera, J. Pimbley re ███████████████████ ██████████████ (.7); revised ███████ analysis (1.8); revised ████████ section (.8); revised ███████ section (1.2); revised conclusions (1.6); revised ██████ and ██████ sections (2.0); revised ███████ section (.8); reviewed acquisition ████████ workpapers (1.4). | 7,620.00 |
| 1/20/10 | IYD | 1.90 | Participated in telephone conference with V. Lazar and SIPA Trustee re ██████ (.5); discussed same with V. Lazar (.2); analyzed Sale Orders as entered by Bankruptcy Court and in SIPA Proceedings (.7); located definition of CUSIP for Securities Section draft and forwarded same to V. Lazar (.5). | 1,026.00 |
| 1/20/10 | DTF | 4.50 | Reviewed SIPA Trustee's first and second interim reports to determine ██████████ (1.9); drafted portion of Report re same (1.2), and re ███████████████████████ (1.4). | 1,665.00 |
| 1/20/10 | KKH | 12.20 | Discussed analysis of ██████████████ with D. Layden (.3); discussed ██████████ and incorporation of same into the Report with D. Layden (.3); drafted applicable law section for ████████████ (1.9); drafted same for █████████ (1.8); drafted same for ████████ (1.9); reviewed and revised applicable law sections (.7); researched █████ ███████████████ (.9); identified case law re ████████████████████ (1.8); reviewed same (1.8); summarized same (.8). | 4,514.00 |

LAW OFFICES

Page 495

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/20/10 | SFT | 7.00 | Met with D. Layden and J. Conley to Report on ██████ ████████████ (.5); outlined section of Legal Appendix re unjust enrichment (1.8); conducted library and internet research re ████████████████ (1.7); outlined section of Legal Appendix re ██████████ (1.0); drafted section of Legal Appendix re ████████ (2.0). | 2,590.00 |
| 1/20/10 | JPZ | 10.00 | Reviewed ████████ deposition for information to include in Team 5's draft (2.5); reviewed ████████ deposition for information to include in section on cure and ██████████ liabilities (1.8); reviewed Barclays emails for information to include in section on ██ and ██████████ liabilities (3.6); drafted section on and ██████████ liabilities (2.1). | 3,700.00 |
| 1/21/10 | DRM | .60 | Conferred with V. Lazar and D. Layden re production of Barclays portion of Report and preparation of legal memoranda (.3); memoranda to and from R. Byman and V. Lazar re Barclays production schedule (.3). | 510.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | VEL | 8.30 | Reviewed daily report (.2); emails with R. Byman re CME documents and confidentiality concerns (.2); office conferences with I. Dmitrieva re follow up research on ██████████████████████ research and review of ████████ section with I. Dmitrieva re same (.6); reviewed additional ██████████████████████ and office conference with D. Fenske re incorporating same (.3); emails and office conferences with D. Layden re ██████████████████████ █████ potential information from same (.4); telephone conference with J. Stern, et al. re ████████████ notes (.6); attended call with Duff & Phelps re ████████ update and identification of open projects (.6); office conferences with D. Murray and associates re integration of bankruptcy law sections for Report (.3); follow up with ██████████████ re data set for ██████████████ (.3); update ██████████ section and prepared redline for Duff & Phelps team re additional areas of inquiry (.8); reviewed and prepared comments to ██ ████ section (2.0); office conference with D. Layden re ADB database access and entity information from Barclays (.3); office conference with K. Hupila, D. Fenske, J. Zipfel and D. Layden re allocation of work and reorganization and redrafting of several sections and additional legal research (.6); reviewed email from ████ ████████ re █████████████████████████████ (.4); reviewed spreadsheets forwarded by J. Stern re ██████████████████████████████████ and email with D. Layden re follow up on ██████████████████████████ (.5); emails with D. Layden re ██████████████████████ ████████████ (.2). | 6,225.00 |
| 1/21/10 | KW | 4.50 | Worked on coding information from recently received deposition exhibits into deposition exhibit database (2.5); updated attorney binders with hard copies of new deposition exhibits for attorney review (2.0). | 765.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | DCL | 10.70 | Reviewed existing work-product relevant to ███████ ███ analysis for inclusion in Report (1.3); reviewed J. Malysiak email re citation protocols (.1); participated in call with J. Stern, T. Bloomer, V. Lazar (.8); reviewed J. Stern email (.1); emailed J. Stern (.1); emailed C. Morgan re ADb database (.2); reviewed S. Rivera email re ████████ workpapers (.3); reviewed J. Stern emails and attachments re securities received by Barclays (.5); reviewed K. Hupila email re research on ████████████████ (.2); emailed J. Jacobs, S. Rivera, J. Pimbley re ███████ analysis (.3); revised ████████ analysis (1.8); legal research re same (.9); identified and reviewed key documents re ████ business (1.5); identified and reviewed key documents re Lehman ████████ business (1.2); revised ███████████ sections (1.4). | 6,420.00 |
| 1/21/10 | DTF | 6.50 | Conference call with counsel to Barclays to learn ███████████████████████ (1.0); edited section of Examiner's Report re same (2.8); met with V. Lazar, D. Layden, K. Hupila, and J. Zipfel re outstanding Team 5 tasks (.8); drafted section of Examiner's Report re ███████████ responses to Examiner questions (1.9). | 2,405.00 |
| 1/21/10 | KKH | 13.80 | Met with Team 5 to discuss additional Report drafting assignments (.4); participated in intangible asset analysis status call with D. Layden and Duff & Phelps (.4); discussed ███████████ analysis with D. Layden (.6); researched same (1.8); reviewed same (.8); drafted Report insert re same (.7); analyzed data re ████ ██████████████ (1.8); analyzed data re ██████████████ (1.7); compared data for ████████ ██████ (1.3); discussed results of same with D. Layden (.7); identified case law re ███████████ ██████████████ (1.9); reviewed same (.8); researched ████████████████████ (.9). | 5,106.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/21/10 | SFT | 7.30 | Drafted section of Legal Appendix re ███████ ███████████ (2.0); drafted section of Legal Appendix re ████████████ (2.0); drafted section of Legal Appendix re █████████ (2.0); drafted section of Legal Appendix re ████████████ (2.0); drafted section of Legal Appendix re █████████ (1.3). | 2,701.00 |
|---|---|---|---|---|
| 1/21/10 | JPZ | 11.10 | Drafted section on ███████ and ██████████ liabilities (3.6); reviewed ███████ deposition for information to include in section on ████ and █████████ liabilities (1.9); reviewed ███████ deposition for information to include in section on ████ and █████████ liabilities (1.6); reviewed ████████ deposition for information to include in section on ████ and ████████ liabilities (2.3); reviewed ██████ deposition for information to include in section on ████ and █████████ liabilities (.8); reviewed ████████ deposition for information to include in section on ████ and █████████ liabilities (.9). | 4,107.00 |
| 1/22/10 | DRM | .40 | Office conference with V. Lazar re latest interviews with Debtors concerning Barclays (.2); memoranda to and from V. Lazar re ███████████████████████ █████████ research (.2). | 340.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/22/10 | VEL | 7.80 | Reviewed daily report (.2); prepared for and attended conference call with L. Sheridan, ███████ and Alvarez & Marsal and Lehman estate personnel re business transition and follow up meeting with Team 5 re incorporation of information into Report (1.0); prepared email to L. Sheridan re ███████████████ ████████████████ (.3); reviewed additional spreadsheets forwarded by J. Stern and email to J. Stern re breakdown for ██████████ (.3); emails re Report preparation logistics (.2); office conference with D. Layden re ██████ interview (.2); reviewed additional materials forwarded by J. Stern re ████████████████ and email with T.C. Fleming re ███████ (.4); conducted team meeting with associates and two new associates re time line for drafting, shepardizing, cite-checking, additional interviews and related matters (1.0); reviewed ██████ third interview (.2); reviewed ████ second interview (.2); reviewed motion to approve TSA and email to D. Fenske re incorporating same (.3); follow up with T.C. Fleming re comparison of █████████ and preparation of indices (.4); follow up with T.C. Fleming re results of additional analysis and ████████████ and review of follow up email (.7); prepared follow up email for ██████ re ██████ review (.2); skimmed draft legal appendix and email to J. Conley and S. Terman re comparison for inconsistencies (.4); office conference with D. Layden re analysis of ██████ (.3); email with D. Murray re ██████ (.2); reviewed M. Kelly revisions and email to S. Terman re incorporation of same (.3); prepared materials for weekend drafting session re ██████████ analyses (1.0). | 5,850.00 |
| 1/22/10 | KW | 2.00 | Worked on coding information from recently received deposition exhibits into deposition exhibit database and updated binders with hard copies of same for attorney review. | 340.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/22/10 | DCL | 7.20 | Participated in conference call with ███ re ███ (1.1); reviewed L. Sheridan email responding to request re ███ (.2); reviewed Debtors' motion to purchase property from Barclays (.4); reviewed revised introduction to Report (.3); reviewed Debtors' motion to sell de minimus assets (.4); emailed S. Rivera and J. Jacobs re ███ analysis (.4); reviewed R. Byman email re Report logistics (.1); participated in team meeting re same (.5); drafted email to ███ (.3); emailed L. Sheridan re follow up to conference call (.2); emailed T.C. Fleming re expense analyses (.1); conferred with T.C. Fleming re same (.4); reviewed email and attachments from E. Fairweather re same (.4); emailed E. Fairweather re same (.1); reviewed K. Hupila email re analysis of Lehman employees transferred to Barclays (.3); identified and reviewed key documents re ███ (2.0). | 4,320.00 |
| 1/22/10 | IYD | 1.30 | Met with D. Layden, V. Lazar, S. Terman, J. Conley, J. Zipfel and K. Hupila re finalizing Team 5 Report (1.0); discussed documents re ███ with K. Hupila (.3). | 702.00 |
| 1/22/10 | HDM | .30 | Followed up with Duff & Phelps and Alvarez & Marsal re Team 5 production issues. | 172.50 |
| 1/22/10 | KKH | 9.10 | Attended Team 5 updated assignment meeting (.6); discussed asset transfer analysis with D. Layden (1.4); compiled list of ███ (.6); attended interview of ███ (1.2); drafted summary re same (.9); researched ███ (2.5); researched case law re ███ (1.9). | 3,367.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/22/10 | SFT | 8.50 | Compared content of Team 5 legal section with content of Legal Appendix and conferred with L. Pelanek re same (1.0); attended Team 5 meeting re tasks for January 28 deadline (.5); cite-checked bankruptcy section of legal appendix re ███████████ (2.0); cite-checked bankruptcy section of legal appendix re ████████ of Bankruptcy Code (2.0); cite-checked ████████ of legal appendix re ████████ provisions (2.0); conferred with J. Conley re cite-checking (1.0). | 3,145.00 |
| 1/22/10 | JPZ | 9.50 | Drafted the section on ████████ (1.9); drafted the section on ████████ (2.0); edited the section on ████████ (1.0); edited the section on ████████ liabilities (1.2); reviewed Barclays and Lehman emails for inclusion in the ████████ ████████ section (1.7); reviewed Barclays and Lehman emails for inclusion in the ████████ section (.9); conferred with D. Layden, V. Lazar, D. Fenske and K. Hupila re status of Team 5's Report and assignments (.8). | 3,515.00 |
| 1/22/10 | MAL | .30 | Conferred with D. Layden re ████████ | 120.00 |
| 1/23/10 | DRM | .50 | Read memorandum from V. Lazar re ████████ ████ (.1); conferred with V. Lazar and D. Layden re Barclays draft status (.4). | 425.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 502

| 1/23/10 | VEL | 11.70 | Reviewed daily report (.2); prepared Team 5 war room re deposition reviews, interview summaries, additional research, and numerous related matters and office conference with D. Layden and remainder of team re allocation of responsibility over next 7 days (3.0); skimmed revised ███ section and office conference with D. Fenske re same (.3); skimmed ███ section and email with D. Murray and C. Steege re same (.8); prepared comments to ███ avoidance section and office conference with D. Murray re same (2.5); follow up with I. Dmitrieva re ███ and ███ analysis and reviewed same re ███ and revision to section (.6); prepared further edits to ███ section, including ███ issue and follow up with T.C. Fleming re same (.6); reviewed update from T.C. Fleming and emails re incorporation of open issues and updated information on ███ (1.0); office conference with D. Layden re finalization of approach on analysis of ███ and importance of ███ (.5); office conferences with associates re expert Report and interview reviews (.5); office conference with D. Murray, C. Meservy, et al. ███ (.4); follow up with I. Dmitrieva re ███ definitions (.3); reviewed ███ Report for inconsistencies and email with P. Trostle re potential themes (1.0). | 8,775.00 |
|---|---|---|---|---|
| 1/23/10 | DCL | 9.50 | Reviewed E. Fairweather emails re expense data (.4); emailed E. Fairweather and T.C. Fleming re same (.4); conferred with T.C. Fleming re same (.3); reviewed J. Jacobs and T.C. Fleming emails re ███ analysis (.6); emailed J. Jacobs and T.C. Fleming re same (.1); reviewed D. Murray email re ███ (.2); met with D. Murray re same (.7); revised ███ analysis (2.0); identified and reviewed key documents re software and systems used by ███ (1.9); revised ███ section (1.3); revised executive summary (1.5); revised legal entity descriptions (1.1). | 5,700.00 |

# JENNER & BLOCK LLP

| 1/23/10 | IYD | 8.00 | Researched and analyzed ████████████████ (1.0); researched and analyzed ████████████████████ (2.0); analyzed ████████████ (1.0); revised the draft section of Team 5 Report re ████████ to Barclays (2.0); corresponded with V. Lazar re same (.5); drafted an interview memorandum re telephone conference with SIPA Trustee and forwarded same to V. Lazar (1.5). | 4,320.00 |
| 1/23/10 | DTF | 9.70 | Reviewed internal Lehman emails re ████████ (1.6); edited section of Report re ████████ to incorporate V. Lazar comments (1.9); edited section of Report re ████████████ to Barclays to incorporate V. Lazar comments (2.0); reviewed ████████ interview memorandum and attached exhibits in preparation for section of Report describing ████████ (1.9); drafted and edited section of Report re ████████████ (2.3). | 3,589.00 |
| 1/23/10 | KKH | 8.50 | Reviewed ████████ section draft (1.9); evaluated same for consistency with Team 5's Report (1.9); discussed same with Team 5 (.4); participated in Team 5 status and assignment meeting (.6); researched ████████████ (1.5); discussed applicability of same with D. Layden (.3); reviewed ████████ (.5); researched case law re ████████████ (1.4). | 3,145.00 |
| 1/23/10 | SFT | 3.00 | Cite-checked bankruptcy section of Legal Appendix. | 1,110.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/23/10 | JPZ | 10.10 | Conferred with D. Layden, V. Lazar, D. Fenske and K. Hupila re remaining tasks to finalize Team 5's Report (.6); continued drafting the section on ████████ ████████████████ (2.0); edited the section on ████████ (1.7); updated the ████████ section with additional support from the depositions (1.8); updated the ████████ section with additional support from the deposition (1.5); updated the ████████ section with additional support from the deposition (1.1); updated the ████████ section with additional support from the deposition (1.4). | 3,737.00 |

| 1/24/10 | VEL | 11.70 | Reviewed Barclays confidentiality designations and emails with R. Byman re potential work-around (.3); office conference with D. Fenske re ████ affidavit (.2); office conference with D. Layden and K. Hupila re ████ section review and coordination of ████ section with Team 5 (.5); prepared additional comments on ████ section (.7); office conferences with D. Layden, K. Hupila, D. Fenske and J. Zipfel re witness interviews, allocation of responsibilities, additional research topics and drafting of inserts for Team 5 sections (1.5); identified documents for attachment for reference in Report and forwarded same to C. Ward for bates numbering (1.0); conducted review of accumulated materials re distribution to associates for inclusion in Report and decisions re cutting materials (3.0); prepared re-write of ████ section re ████ and incorporation of T.C. Fleming materials and ████ letter (2.0); reviewed ████ section and office conference with D. Fenske re write up for Team 5 section (.2); reviewed interview memoranda and designated ████ and Barclays information for inclusion in Report (.6); follow up re reconciliation of Team 5 with Team 2 conclusions and recommendation to K. Hupila re open questions (.4); email to D. Murray and R. Byman re appendix preparation and office conference with K. Hupila re same (.3); skimmed Duff & Phelps, ████ analysis for appendix (.3); prepared line edits for ████ draft section for G. Folland and P. Trostle (.7). | 8,775.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/24/10 | DCL | 10.50 | Reviewed R. Byman, C. Ward, V. Lazar emails re Barclays' response to de-designation request (.4); reviewed documents at issue (.2); reviewed K. Hupila email re review of ▮▮▮ section (.2); met with V. Lazar re outstanding team tasks (1.8); drafted email to M. Lightner, M. Hankin re ▮▮▮ (.3); revised ▮▮▮ section (2.0); revised ▮▮▮ sections (2.0); revised ▮▮▮ section (1.9); revised ▮▮▮ section (1.7). | 6,300.00 |
| --- | --- | --- | --- | --- |
| 1/24/10 | DTF | 10.80 | Edited section of Report re ▮▮▮ to incorporate V. Lazar comments (2.4); reviewed interview memorandum of ▮▮▮ (1.0); edited section of Report re ▮▮▮ to incorporate V. Lazar comments (1.7); edited section of Report re ▮▮▮ (1.1); edited section of Report re ▮▮▮ (2.1); researched ▮▮▮ section of Report (1.5); drafted and edited section of Report re ▮▮▮ (1.0). | 3,996.00 |
| 1/24/10 | KKH | 9.30 | Reviewed updated ▮▮▮ section (1.9); evaluated same for consistency with Team 5's draft (1.5); followed up with both teams to address necessary changes (.6); reviewed interview summaries to identify additional items to add to the Report (1.8); isolated material from same for inclusion in Report (1.8); incorporated same into Report (1.7). | 3,441.00 |
| 1/24/10 | SFT | 2.50 | Cite-checked bankruptcy section of Legal Appendix. | 925.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/24/10 | JPZ | 10.30 | Edited the section on ███████████████ ████████ (1.4); updated the █████████ section of Team 5's draft with additional cites to emails and depositions (1.5); updated the █████████ section of Team 5's draft with additional cites to emails and depositions (1.7); updated the █████████ section of Team 5's draft with additional cites to emails and depositions (1.3); reviewed the ███████ deposition for information to include in the ████████████ section (2.0); reviewed the ██████████ deposition for information to include in the ████████████ section (1.8); reviewed the ████████ interview memorandum (.6). | 3,811.00 |

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/25/10 | VEL | 9.70 | Emails with D. Layden and M. Devine re expert Report for bates stamping (.2); office conference with A. Valukas, D. Murray, R. Byman and D. Layden re Examiner comments to Team 5 section (.5); follow up with A. Kennedy and fiduciary duty team re ███████ (.5); reviewed ██████ deposition and designated sections for inclusion in Report (.8); reviewed ███ ████████ section for consistency (1.0); monitored call with J. Stern re ███████████ (.3); reviewed materials forwarded by J. Stern and incorporate into same into Report re ███████, ██████████████ and additional matters and forwarded redlined to T.C. Fleming (1.5); emails with I. Dmitrieva re additional research ████████████████ (.3); email to ██████████████ (.2); skimmed legal appendix and email with L. Pelanek re same (.4); identified additional documents for support and emailed same to C. Ward for uploading into Share Point (.5); office conferences with D. Fenske and K. Hupila re witness interviews and materials for inclusion into Report (.6); reviewed proposed formulation of ████████ ██████ from M. Hankin (.2); reviewed four sections from D. Fenske and email re ████████████ sections into Report (.5); prepared draft email for ███████████████ securities and office conference with D. Layden re rationale for same (.5); office conference with D. Layden re request for Weil Gotshal witness (.3); skimmed revised comments from T.C. Fleming re potential open issues and finalization of securities section by Thursday (.3); office conferences and emails with associates re questions about inclusion of materials (.4); office conference with D. Layden re coordination of drafting and interview (.3); skimmed interviews re verification of information for Report (.4). | 7,275.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/25/10 | DCL | 12.20 | Reviewed revised introduction (.3); reviewed J. Jacobs email and attachment re intangible asset analysis (.4); conferred with J. Stern re Barclays transaction (.2); conferred with J. Stern, J. Schiller re same (.5); reviewed J. Stern email re same (.2); met with A. Valukas, R. Byman, D. Murray, V. Lazar re same (.5); reviewed B. Marsal deposition transcript re same (2.0); emailed L. Sheridan re interview request (.2); reviewed J. Polkes voicemail (.1); left voicemail for same (.1); conferred with C. Zalka re documents (.3); emailed V. Lazar re same (.1); reviewed T.C. Fleming email and attachments re technology expense (.4); modified organization of Report (1.5); revised pre-September 15 negotiations section (2.0); revised legal entity descriptions (1.2); revised ███████████ analysis (1.6). | 7,320.00 |
|---|---|---|---|---|
| 1/25/10 | IYD | 1.50 | Analyzed revised draft of ███████ Section, filled in missing regulatory cites and edited same (1.3); corresponded with V. Lazar re same (.2). | 810.00 |
| 1/25/10 | DTF | 11.50 | Reviewed and incorporated citations of each of the following interview memoranda into Report: ███████ (.5); ███████ (1.3), ███████ (.4), ███████ (.8), and ███████ (2.0), ███████ (.4), and ███████ (.8); deposition transcripts: ███████ (1.7), ███████ (1.8), and ███████ (1.8). | 4,255.00 |
| 1/25/10 | KKH | 9.70 | Reviewed interview summaries to evaluate consistency with Team 5's Report (1.9); revised draft in light of same (1.6); reviewed interview summaries to identify content to be added to the Report (1.6); isolated material from same for inclusion in Report (1.4); incorporated same into draft (1.9); discussed outstanding legal research assignments with D. Layden (.1); reviewed SIPA Trustee's interim Report to identify ███████ (.4); researched analysis of ███████ (.8). | 3,589.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/25/10 | SFT | 10.80 | Cite-checked and revised Team 5 Report section re ██████████ (2.0); cite-checked and revised Team 5 Report section re ████████████ (2.0); cite-checked and revised bankruptcy section of legal appendix re ███████████ (2.0); cite-checked and revised bankruptcy section of legal appendix re ████████ (2.0); cite-checked and revised bankruptcy section of legal appendix re ████████ (2.0); conferred with J. Conley re cite-checking of Team 5 section of Report (.8). | 3,996.00 |
| 1/25/10 | JPZ | 13.00 | Reworked the section on ████ liabilities assumed by Barclays (1.9); reworked the section on ██ assumed by Barclays (1.8); edited the ████████ ████ section (1.6); edited the ████ section (.7); reviewed the second deposition for information to include in the ████ section (2.0); reviewed the second deposition for information to include in the ████ section (1.7); added information and cites into Team 5's draft that were identified by D. Layden (1.0); added information and cites into Team 5's draft that were identified by D. Fenske (.4); reviewed the Deloitte & Touche interview memorandum for information to include in Team 5's draft (.4); reviewed the second █ ████ deposition for information to include in Team 5's draft (1.5). | 4,810.00 |
| 1/26/10 | DRM | .50 | Discussed fiduciary duty issues as they apply to ███████████ with V. Lazar and D. Layden (.4); memorandum to V. Lazar and D. Layden re same (.1). | 425.00 |

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/26/10 | VEL | 14.00 | Prepared for and conducted follow up interview with ▮ ▮▮▮▮ and ▮▮▮▮ re ▮▮ and ▮▮▮▮▮ re (1.0); walked through Duff & Phelps analysis re ▮▮▮▮▮▮ section draft (1.0); skimmed ▮▮ ▮▮▮▮▮▮ declarations (1.0); skimmed ▮▮▮ avoidance draft re conformity (.8); office conference with D. Murray and D. Layden re ▮▮▮▮ research issues (.7); reviewed Duff & Phelps ▮▮ ▮▮ analysis and commented on same (1.0); reviewed legal section re ▮▮▮▮ and office conference with A. Allen re revisions to same (1.0); office conference with I. Dmitrieva re ▮▮▮▮ ▮▮▮▮ (.5); followed up with M. Devine and S. Travis re CME protective order provisions (.5); office conference with K. Hupila re ▮▮ appendices (.5); reviewed draft list of appendices (.5); prepared documents for I. Dmitrieva incorporation into securities section (1.5); reviewed summaries of late interviews, including meeting with ▮▮▮ (.5); office conference with M. Devine re list of appendices (.3); reviewed emails re open sections, including ▮▮▮▮ (1.2); prepared introductory insert for Report transition to asset analysis (2.0). | 10,500.00 |
| 1/26/10 | DCL | 13.80 | Prepared for and participated in telephone conference with ▮▮▮, A. Wolf, V. Lazar (1.1); reviewed and responded to J. Zipfel email re ▮▮▮ letter to ▮ ▮▮ (.2); met with D. Murray, V. Lazar re fiduciary duty issues (.3); reviewed J. Epstein email re ▮▮▮ issue (.2); conferred with J. Epstein, V. Lazar re same (.4); reviewed and responded to numerous K. Hupila emails re ▮▮▮▮ and ▮▮ analysis (1.7); revised ▮▮▮▮ section (2.0); revised ▮▮▮ (1.8); further revised ▮▮▮▮ section (1.9); revised ▮▮▮▮ section (2.0); conferred with team members re various outstanding tasks (.5); revised ▮▮ ▮▮ section of Report (1.7). | 8,280.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 511

| 1/26/10 | IYD | 3.20 | Met with V. Lazar to discuss outstanding issues on ███████████ section of Team 5 Report (.5); corresponded with V. Lazar and K. Hupila re appendices (.5); analyzed Duff & Phelps revisions to the ████████ section of Team 5 Report (.5); analyzed ████████ (1.0); and revised Report re same (.7). | 1,728.00 |
| 1/26/10 | JQC | 9.20 | Proofread Team 5's legal appendix (1.9); cite-checked same for form compliance (2.0); cite-checked case law for substantive accuracy (2.0); reviewed draft of Team 5's legal appendix with edits inserted (1.7); proofread Team 5's section re Barclays transfer (1.6). | 3,404.00 |
| 1/26/10 | DTF | 11.60 | Reviewed and incorporated citations of each of the following interview memoranda into Report: ████ (.5) and exhibits (1.3); ████ (.9), ████ (1.7), ████ (1.6) and ████ (1.8) and exhibits (1.9); deposition transcripts: ████ (1.9). | 4,292.00 |
| 1/26/10 | KKH | 14.10 | Identified case law re ████████████ (1.8); reviewed same (1.4); summarized same (1.3); revised ████████ Report section (2.0); proofread same (1.2); re-structured ████████ Report section (1.8); revised same (1.7); proofread same (2.0); compiled list of appendices to be included with Team 5's Report (.7); discussed materials to be added to Report with D. Layden (.2). | 5,217.00 |
| 1/26/10 | SFT | 6.50 | Cite-checked and revised Team 5 section of Report re bankruptcy claims (3.0); reviewed legal appendix and cite-checked and revised bankruptcy claims section (3.5). | 2,405.00 |
| 1/26/10 | JPZ | 12.20 | Reviewed ████ deposition for information to include in Team 5's draft (1.8); reviewed ████ deposition for information to include in Team 5's draft (2.2); reviewed ████ deposition for information to include in Team 5's draft (2.1); reviewed ████ deposition for information to include in Team 5's draft (.8); reviewed ████ deposition for information to include in Team 5's draft (1.5); added cites and information to cure and ████ section (2.6); added additional cites to Team 5's draft (1.2). | 4,514.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/27/10 | DRM | .20 | Office conference with V. Lazar and D. Layden re progress of production of Report and issues with respect to further testimony. | 170.00 |
| 1/27/10 | VEL | 14.50 | Office conference with S. Terman and J. Conley re citations and footnote checks (.5); office conference with K. Hupila re ▮▮▮▮ drafting (.5); reviewed J. Epstein comments and emails and telephone conference with J. Epstein re ▮▮▮▮ extension of credit and descriptions of analysis (.5); reviewed draft Duff & Phelps ▮▮▮▮ appendices and office conference with I. Dmitrieva re same (.8); reviewed and commented on D. Fenske ▮▮▮▮ introduction (1.2); reviewed materials produced by ▮▮▮▮ and email to same re follow up (1.0); reviewed draft methodology for ▮▮▮▮▮▮ from I. Dmitrieva (1.0); office conference with I. Dmitrieva re ▮▮▮▮ and editing same (.5); reviewed ▮▮▮▮ section and email to ▮▮▮▮ re follow up interview (1.0); prepared email to ▮▮▮▮ re allocated employees (.5); reviewed and commented on customer list and assembled workforce analyses (2.0); drafted intangibles and background revisions (1.0); prepared outline and extensive editing to ▮▮▮▮ description (2.0); continued editing ▮▮▮▮ description (2.0). | 10,875.00 |
| 1/27/10 | DCL | 16.80 | Reviewed R. Byman, M. Basil, S. Ascher emails re ▮ ▮▮▮▮ meeting (.3); emailed C. Zalka re interview request, and reviewed responses (.3); reviewed J. Stern email and responded (.2); reviewed T.C. Fleming email and attached analysis (.4); conferred with T.C. Fleming re same (.5); revised conclusions section (2.0); revised ▮▮▮▮ and ▮▮▮▮ (2.0); revised ▮▮▮▮ analysis (2.0); revised ▮▮▮▮ section (.8); revised ▮▮▮▮ section (2.0); revised ▮▮▮▮ sections (1.2); met with various team members re revisions to draft Report (.8); revised LBHI bankruptcy and ▮ financing sections (1.9); further revisions to ▮▮▮▮ section (2.0); revised ▮▮▮▮ descriptions (.4). | 10,080.00 |

JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | IYD | 1.70 | Cite-checked ████████████ section of Team 5 Report (.7); drafted legal analysis ████████ and corresponded with V. Lazar re same (1.0). | 918.00 |
|---|---|---|---|---|
| 1/27/10 | JQC | 11.50 | Proofread Team 5's legal appendix (1.9); cite-checked same for form compliance (2.0); cite-checked case law for substantive accuracy (2.0); reviewed draft of Team 5's legal appendix with additional edits added (1.6); proofread Team 5's section re ████████████ (2.0); cite-checked same for form compliance (2.0). | 4,255.00 |
| 1/27/10 | DTF | 14.60 | Edited section of Report re ████████████ (.8); edited section of Report re ████████████ (1.5); researched ████████████ (1.8); edited section of Report re ████████████ (1.3); edited section of Report re ████████████ (2.0); reviewed Lehman's ████████ (1.9); edited section of Report to incorporate discussion of Lehman's ████████████ (2.0); drafted section of Report on ████████████ (1.8) and ████████ (1.5). | 5,402.00 |
| 1/27/10 | KKH | 12.60 | Reviewed materials re description of Lehman's corporate organization (1.1); drafted summary of same (1.9); revised same (1.2); revised analysis of ████████████ (2); proofread same (1.2); revised ████████████ analysis (1.6); proofread same (1.2); reviewed detail of income statements re ██ with D. Layden (.3); drafted summary of events giving rise to appointment of Examiner (1.6); analyzed data re ████████████ (.5). | 4,662.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/27/10 | SFT | 15.20 | Cite-checked and revised legal appendix section re ███████████ (2.0); cite-checked and revised legal appendix section re ███████████ (2.0); cite-checked and revised legal appendix section re ███████████ (2.0); cite-checked and revised legal appendix section re ███████████ (2.0); cite-checked and revised legal appendix section re ███████ (2.0); forwarded revisions to L. Pelanek for inclusion (2.0); conferred with L. Pelanek re cite-checking and revision of legal appendix (2.0); conferred with A. Sapp and J. Conley re citation formatting and style guidelines (1.2). | 5,624.00 |
|---|---|---|---|---|
| 1/27/10 | JPZ | 15.50 | Reviewed ███████ deposition for information to include in Team 5's draft (1.6); reviewed ██████ deposition for information to include in Team 5's draft (1.7); reviewed █████ deposition for information to include in Team 5's draft (1.3); reviewed █████ deposition for information to include in Team 5's draft (1.5); reviewed █████ deposition for information to include in Team 5's draft (1.5); reviewed early ████ deposition for information to include in Team 5's draft (.7); reviewed ██████ witness interview for information to include in Team 5's draft (.7); reviewed █ ██████ witness interview for information to include in Team 5's draft (.8); added additional cites and footnotes to Team 5's draft (4.5); conducted additional editing to cure and ███████ section (1.2). | 5,735.00 |
| 1/28/10 | DRM | .80 | Reviewed portions of Barclays Report in current draft form. | 680.00 |

LAW OFFICES

Page 515

JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

1/28/10    VEL    15.50    Reviewed legal conclusions re ████████ ██████████████████████ (.5); conference call with █████ re follow-up questions on employee allocations and reviewed same (.5); email to ███████ (.5); emails with SIPC trustee re Deloitte review of 813 CUSIPs (.5); reviewed ████████████ ████████████ and follow up with T.C. Fleming re same (.5); reviewed ████████████ from L. Sheridan and office conference with I. Dmitrieva re incorporating same into Report (.5); reviewed T.C. Fleming edits to ████████ section and incorporated same (.5); office conference with C. Meservy, et al. re ████████ research (.5); reorganized Barclays description and edited same (1.5); continued rework of ████████ section (1.0); follow-up interview with Weil Gotshal re ████ and office conference with A. Petravicius re research on ██████ (1.0); reviewed and commented on updated ████ section (1.0); reviewed and commented on ████████████████████ section (1.0); reviewed cross reference and citation emails and office conference with J. Conley re handling same (.5); line edited final revisions sections for Team 1 (1.0); attended follow-up interview with Alvarez & Marsal re ████ analysis and reviewed materials re same (1.0); follow up with T.C. Fleming re additional securities information from SIPC trustee (.5); reviewed updated securities intermediary section from I. Dmitrieva and commented on same (.5); reviewed and commented on updated ████████████ section (.5); prepared edits and redline for ████████ section (.5); reviewed and commented on ████████ section (.5); follow up with A. Petravicius re copyright issue (.2); reviewed updated appendices and office conference with I. Dmitrieva re same (████████) (.5); office conference with I. Dmitrieva re inserts (.3).    11,625.00

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | DCL | 16.90 | Met with V. Lazar re ███████████ issues (.3); revised ████████ analysis (2.0); reviewed A. Wolf email (.2); reviewed T.C. Fleming email re ADb (.1); reviewed T.C. Fleming email and attachments re technology expense analysis (.5); participated in telephone conference with Weil Gotshal re ██████ (.5); conferred with A. Petravicius re same (.2); emailed J. Jacobs re ████████ analysis (.2); conferred with J. Jacobs re same (.2); worked on further revisions to ██████████ analysis (2.0); revised ██████ section (2.0); revised ████ section (1.7); revised ████████ analysis (1.4); revised ██████ section (2.0); conferred with team members re revisions to Report (1.1); revised conclusions (1.2); proofread draft Report (1.3). | 10,140.00 |
|---|---|---|---|---|
| 1/28/10 | AP | 1.00 | Conferred with V. Lazar re ██████ question (.2); reviewed draft analysis of issue (.3); revised same (.2); provided comments re same (.2); confirmed with R. Clarke re same (.1). | 675.00 |
| 1/28/10 | IYD | 5.70 | Analyzed ████████████████ and discussed same with V. Lazar (1.5); revised ██████ section of Team 5 Report (.7); revised legal conclusions section of Team 5 Report and corresponded with V. Lazar re same (2.5); analyzed ████████████████ section (1.0). | 3,078.00 |
| 1/28/10 | DTF | 13.80 | Edited sections of Report re ████████ (1.6) and ████████ (1.9); reviewed Team 3 section of Report re ██████ (1.3); drafted section of Report on ██████ (1.4), ████ (1.9), the ████ (1.0), the ████ (.7), and ████ (1.0); researched Delaware fiduciary duty law (1.1); drafted section of Report re ████████████ (1.9). | 5,106.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/28/10 | KKH | 16.30 | Revised conclusions section of the Report (1.3); revised legal analysis section of the Report (1.9); revised ████████████████ section of the Report (2.0); revised ████████ section of the Report (1.9); participated in confirmatory conference call with J. Osterman of Weil Gotshal (.7); identified supporting materials for Report citations (2.0); incorporated same into Report (1.7); revised Team 5 Report (2.0); proofread same (2.0); discussed potential revisions to Report section with Team 5 (.8). | 6,031.00 |
| 1/28/10 | ACO | 8.90 | Proofread ████████████████████████ section of the Report for Team 5 (1.8); cite-checked same (1.9); proofread ████████████ section of the Report for Team 5 (1.6); cite-checked same (1.5); proofread ████████ section of the Report for Team 5 (1.6); cite-checked same (.5). | 3,293.00 |
| 1/28/10 | SFT | 8.70 | Proofread Team 5 executive summary (.5); proofread Team 5 section of Report re summary of conclusions (2.0); proofread Team 5 section of Report re ████ (2.0); proofread Team 5 section of Report re ████████████ with Barclays (2.0); proofread Team 5 section of Report re ████████ (2.0); forwarded revisions to V. Lazar for inclusion (.2). | 3,219.00 |
| 1/28/10 | JPZ | 15.20 | Reviewed emails in preparation for drafting ████████ section (.8); drafted ████ section for Team 5's draft (1.9); reviewed depositions for information to include in ████ section (2.0); reviewed Rule 60 motions for information to include in ████ section (1.8); incorporated information from depositions into ████ section (.4); incorporated information from Rule 60 motions into ████ section (.5); edited ████ section (.9); assisted D. Layden with line editing Team 5's draft (1.7); assisted V. Lazar with line editing Team 5's draft (1.1); incorporated Team 5's line edits into ████ section (1.7); incorporated Team 5's line edits into ████ section (1.5); incorporated Team 5's line edits into ████ section (.9). | 5,624.00 |

LAW OFFICES

Page 518

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/28/10 | MAK | 2.10 | Researched ██████████████████████ ████████████████████████████████ ████████ | 682.50 |
|---|---|---|---|---|
| 1/29/10 | DRM | .30 | Conferred with V. Lazar and D. Layden re progress of Barclays portion of Report and issues arising from continuing discovery. | 255.00 |
| 1/29/10 | VEL | 6.00 | Coordination call ████████████████████ ████████ (.5); reviewed near final drafts submitted to Team 1 and line edited same (1.5); continued line edits of Team 5 section of Report (1.0); reviewed draft introduction from R. Byman (.3); reviewed legal appendix and office conference with Team re updating same (.2); office conferences with proof reading team re questions and comments to Barclays and asset tracing sections (.5); office conference with K. Hupila re amendments to ████████ appendices (.3); follow up with T.C. Fleming re exhibit questions (.2); reviewed ████████████ and office conference with Team with conforming changes (.3); reviewed Barclays exhibits and appendices and office conference with D. Layden re incorporating same (.5); reviewed org charts from T.C. Fleming re inclusion in appendix (.2); prepared revised table of contents for Team 1 and distribution (.5). | 4,500.00 |
| 1/29/10 | DCL | 8.30 | Reviewed revised introduction (.3); reviewed Barclays response to Rule 60 motions (2.0); reviewed V. Lazar email re logistics (.2); developed process for substantive and form cite-checking of Barclays section (1.5); met with team re same (.7); conferred with P. Trostle re █████ documents (.2); emailed J. Zipfel re same (.2); further review of Barclays response to Rule 60 motions (1.8); identified and reviewed additional key documents re ██████████████████████████ (1.4). | 4,980.00 |
| 1/29/10 | IYD | .30 | Corresponded with V. Lazar and K. Hupila re Team 5 Report and its appendices. | 162.00 |
| 1/29/10 | JQC | 1.00 | Met with D. Layden re Team 5 cite-checking review. | 370.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/29/10 | DTF | 6.20 | Edited section of Report on ▮▮▮▮▮▮▮▮▮▮▮▮ (.6), ▮▮▮▮▮▮▮▮▮▮ (1.0), the ▮▮▮▮ (1.3), the ▮▮▮▮ (.5), and ▮▮▮▮ (1.4); met with V. Lazar, D. Layden, J. Zipfel, and K. Hupila re Team 5's outstanding tasks (.4); conducted global edits of common errors in Report before sending to Word Processing for incorporation into master document (1.0). | 2,294.00 |
|---|---|---|---|---|
| 1/29/10 | KKH | 7.60 | Met with D. Layden to discuss revisions to ▮▮▮▮▮▮▮ analysis (.3); drafted summary from interview with ▮▮▮▮▮▮ (1.2); assembled appendices for Team 5 Report section (1.9); created title pages re same (1.7); proofread and revised same (1.3); met with Team 5 to discuss strategy for revising and cite-checking Report draft (.4); revised formatting inconsistencies in draft and prepared final versions of draft for cite-checking (.8). | 2,812.00 |
| 1/29/10 | GSK | 1.20 | Conferred with D. Layden re cite-checking and review of Team 5 section re ▮▮▮▮▮▮▮▮▮ (.5); reviewed memorandum re same (.7). | 444.00 |
| 1/29/10 | DBM | .50 | Met with V. Lazar, A. Otto-Classon, G. Knudsen, J. Conley and Team 5 re cite-checking. | 185.00 |
| 1/29/10 | ACO | 6.90 | Proofread ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ section of the Report for Team 5 (2.0); cite-checked same (1.8); proofread ▮▮▮▮▮▮▮ section of the Report for Team 5 (1.8); cite-checked same (.9); met with D. Layden, K. Hupila, D. Fenske, J. Zipfel, J. Conley, G. Knudsen and D. Millison re cite-checking ▮▮▮▮▮▮▮▮ section of the Report (.4). | 2,553.00 |
| 1/29/10 | SFT | 3.50 | Proofread and revised Team 5 section of Report re Barclays transaction (3.0); composed document re global proofreading revisions to same for V. Lazar (.5). | 1,295.00 |
| 1/29/10 | JPZ | 9.00 | Added cites and footnotes into the ▮▮▮▮▮▮ section (2.0); added cites and footnotes into the ▮▮▮▮▮▮▮ section (1.8); added cites and footnotes into the ▮▮▮▮▮▮▮▮ section (1.4); incorporated global edits into Barclays section of Team 5's draft (1.8); incorporated global edits into ▮▮▮▮▮ section of Team 5's draft (1.0); cite-checked Team 5's draft (1.0). | 3,330.00 |

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | DRM | 5.00 | Prepared extensive comments on Barclays portion of Report and transmitted same to V. Lazar and D. Layden (4.5); conferred with V. Lazar and D. Layden re comments on Barclays portion of Report and follow-up re same (.5). | 4,250.00 |
|---|---|---|---|---|
| 1/30/10 | VEL | 15.00 | Reviewed and commented on ▮▮▮ section (1.5); reviewed and commented on ▮▮▮ section (2.0); reviewed and edited ▮▮▮ section (1.0); reviewed ▮▮▮ and ▮▮▮ follow up interview memoranda (.5); office conference with I. Dmitrieva re incorporating ▮▮▮ into legal analysis section (.3); telephone conferences with T.C. Fleming re edits to ▮▮▮ and appendices (.7); office conferences re formatting and input from S. Terman and J. Conley (.3); office conference with I. Dmitrieva re incorporating undelivered portion of Schedule B information from J. Stern (.2); reviewed transition section and emailed to D. Murray and R. Byman re use for same (.5); reviewed expert reports and materials submitted by Barclays litigants and emailed with D. Murray and R. Byman re incorporation of same (2.0); reviewed and incorporated D. Murray comments to intangible section (1.0); reviewed and incorporated D. Murray's comments to Barclays section (1.0); office conference with I. Dmitrieva re legal conclusion re-write (.5); line edited background, corporate history and asset section (2.0); office conference with D. Layden re revisions to ▮▮▮ section and edited same (1.0); office conference with M. Basil and S. Biller re coordination re coordination of ▮▮▮ ▮▮▮ (.5). | 11,250.00 |
| 1/30/10 | DCL | 13.70 | Conferred with team members re revisions to draft Report (1.5); reorganized Barclays section (2.0); conferred with T.C. Fleming re ▮▮▮ (.4); reviewed and incorporated D. Murray comments re draft (2.0); revised ▮▮▮ analysis (2.0); revised conclusions (2.0); revised ▮▮▮ and ▮▮▮ sections (2.0); reviewed appendices to Barclays response to Rule 60 motions (1.8). | 8,220.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/30/10 | IYD | 9.50 | Revised the sections of Team 5 Report addressing ███████ (2.0); performed record cite-checking of these sections (1.5); discussed same with V. Lazar (.5); analyzed documents ███████ (1.5); confirmed that the citations to these documents in the Report are accurate (.5); corresponded re same with V. Lazar (.5); analyzed Duff & Phelps' revisions to the sections of Team 5 Report addressing securities transfers to Barclays (1.0); implemented Duff & Phelps' changes to the Team 5 Report (1.0); discussed same with V. Lazar (.5); began proof-reading ███████ sections of the Team 5 Report (.5). | 5,130.00 |
|---|---|---|---|---|
| 1/30/10 | JQC | 7.60 | Proofread Team 5's section re ███████ (1.8); cite-checked same for form compliance (2.0); cite-checked interview memoranda for substantive accuracy (2.0); proofread Team 5's section re ███████ (1.8). | 2,812.00 |
| 1/30/10 | DTF | 12.80 | Edited section of Report re ███████ (.6), ███████ (1.2), and ███████ (1.9); substantively cite-checked footnotes re ███████ (2.0), ███████ (2.0), ███████ (1.9), ███████ (2.1), and ███████ (1.1). | 4,736.00 |
| 1/30/10 | KKH | 13.40 | Coordinated cite-check of Team 5 Report (2.0); liaised with other teams to resolve cite-check inconsistencies (2.0); discussed ███████ analysis with V. Lazar and D. Layden (.7); gathered case law re work for ███████ doctrine (1.8); reviewed same (1.2); reviewed fact section of Report (1.9); revised same (1.9); proofread same (.4); revised Team 5 appendices (1.5). | 4,958.00 |
| 1/30/10 | GSK | 12.70 | Proofread Report section re ███████ for Team 5 (1.7); cite-checked same (1.6); proofread Report section re ███████ for Team 5 (1.7); cite-checked same (1.5); proofread Report section re ███████ for Team 5 (1.1); cite-checked same (1.4); proofread Report section re ███████ for Team 5 (1.8); cite-checked same (1.9). | 4,699.00 |

LAW OFFICES

### JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 522

| 1/30/10 | DBM | 11.50 | Proofread ████████████ section of the Report for Team 5 (1.9); cite-checked same for form compliance (1.7); cite-checked same for substantive accuracy (1.8); proofread ███████████████ section of the Report for Team 5 (1.7); cite-checked same for form compliance (1.9); cite-checked same for substantive accuracy (1.4); proofread ████████████ Report for Team 5 (1.1). | 4,255.00 |
|---|---|---|---|---|
| 1/30/10 | ACO | 13.20 | Proofread ████████████ section of the Report for Team 5 (1.9); cite-checked same for form compliance (1.7); cite-checked same for substantive accuracy (1.8); proofread ███████████ section of the Report for Team 5 (1.7); cite-checked same for form compliance (1.9); cite-checked same for substantive accuracy (1.4); proofread ██████████ with Barclays section of the Report for Team 5 (1.5); cite-checked same for form compliance (1.3). | 4,884.00 |
| 1/30/10 | JPZ | 13.50 | Reviewed emails for additional content to add to ███████████ section (1.7); added additional content from emails to ███████ section (2.0); added additional content from depositions to ████████ section (1.8); edited ████████████ section (1.7); cite-checked cases in the █████████ section (1.6); cite-checked email cites in █████████ section (1.2); edited the footnotes in the ████████ section (1.5); added additional cites in ████████ section (2.0). | 4,995.00 |
| 1/31/10 | DRM | .90 | Conferred with V. Lazar and D. Layden re comments on Barclays Report, progress of same and prepared memorandum to A. Valukas re same transmitting comments (.4); memoranda to and from C. Klein re ████████████ in Barclays portion of Report and discussed same with V. Lazar (.5). | 765.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 523

| 1/31/10 | VEL | 18.00 | Reviewed additional appendices from T.C. Fleming (.5); prepared formulation of explanation re Barclays litigation (1.0); reviewed and commented on ███████ and ███████ section and office conference with I. Dmitrieva re revising same (2.0); reworked Barclays organization (1.0); office conference with Team re cross references and email to Team 1 re table of content issues (.5); office conferences with cite-checking team re questions and edits (.5); revised ███████ conclusion section and emailed C. Klein re comments to same (2.0); reviewed appendices and emailed T.C. Fleming re final comments to same (.2); telephone conference with R. Byman re A. Valukas and R. Byman line edits and incorporated same (.3); skimmed ███████ section (1.0); reviewed T.C. Fleming edits to ███████ section and office conference with I. Dmitrieva re incorporation of same (1.0); email to ███████ ███████ (.5); follow up emails with C. Klein re sec ███████ ███████ edits (.5); prepared ███████ and Barclays inserts for Report (1.0); reviewed ███████ and emails with I. Dmitrieva and M. Kelly re ███████ (1.0); line edited Barclays and ███████ sections (2.0); office conference with D. Layden re analysis of ███████ documents and reviewed same (1.0); line edited ███████ section (1.0); lined edited ███████ section (1.0). | 13,500.00 |
| 1/31/10 | DCL | 17.20 | Reviewed D. Murray comments (1.3); conferred with K. Hupila re ███████ section (.3); reviewed K. Hupila email to J. Jacobs re same (.2); reviewed J. Jacobs emails re same (.4); reorganized Barclays transaction fact section (2.0); revised ███████ section (1.9); revised ███████ section (1.7); revised ███████ section (2.0); conferred with J. Zipfel re same (.5); revised ███████ analysis (2.0); revised ███████ analysis (1.1); revised ███████ section (2.0); proofread Barclays section (.8). | 10,320.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/31/10 | IYD | 5.80 | Revised Report section addressing ██████████ to Barclays (3.5); cite-checked same (1.5); conferred with V. Lazar re same (.5); telephone conference with T.C. Fleming (Duff & Phelps) re same (.3). | 3,132.00 |
| 1/31/10 | JQC | 8.40 | Proofread Team 5's section re ██████████ and ██████████ section (1.9); cite-checked same for form compliance (1.8); cite-checked interview memoranda for substantive accuracy (1.9); proofread Team 5's section re Barclays (1.4); cite-checked same for form compliance (1.4). | 3,108.00 |
| 1/31/10 | DTF | 14.60 | Cite-checked footnotes for conformity with footnote protocol in the following sections: ██████████ (2.1), ██████████ (1.8), ██████████ (.6), ██████████ (2.2), ██████████ (2.0); ██████████ (2.0), ██████████ (1.1), ██████████ (1.4) and ██████████ (1.4). | 5,402.00 |
| 1/31/10 | KKH | 14.60 | Reviewed ██████████ Report section (1.8); revised same (1.7); proofread same (1.1); reviewed ██████████ Report section (1.5); revised same (1.6); proofread same (1.0); revised facts Report section (1.6); coordinated cite-checking of Team 5 Report (2.1); finalized appendices (.8); coordinated re-assembly of Team 5 Report sections (1.4). | 5,402.00 |
| 1/31/10 | GSK | 3.90 | Reviewed and cite-checked section re ██████████ for Team 5. | 1,443.00 |
| 1/31/10 | DBM | 10.40 | Cite-checked ██████████ section of the Report for Team 5 for substantive accuracy (1.8); proofread ████ section of the Report for Team 5 (1.3); cite-checked same for form compliance (2.0); cite-checked same for substantive accuracy (1.8); proofread ██████████ for Team 5 (1.7); cite-checked same for form compliance (1.5); cite-checked same for substantive accuracy (.3). | 3,848.00 |

LAW OFFICES

Page 525

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/31/10 | ACO | 10.10 | Cite-checked ███████████████████ section of the Report for Team 5 for substantive accuracy (1.8); proofread ████████████ section of the Report for Team 5 (1.3); cite-checked same for form compliance (1.6); cite-checked same for substantive accuracy (1.8); proofread ███████████ ██████████████ section of the Report for Team 5 (1.7); cite-checked same for form compliance (1.5); cite-checked same for substantive accuracy (.4). | 3,737.00 |
| 1/31/10 | JPZ | 15.20 | Reviewed emails for additional content to add to ██████████ section (2.0); added additional content from emails to ███████████ section (1.2); added additional content from depositions to █████████ section (1.1); edited ██████████ section (1.8); added additional content from emails to █████████ section (2.0); added additional content from depositions to ███████████ section (1.9); edited ██████████ section (1.9); cite-checked the ██████████ section (1.6); added additional cites to █████████ section (1.7). | 5,624.00 |

|  | 1,689.00 | PROFESSIONAL SERVICES | 825,533.00 |

| MATTER TOTAL | $ 825,533.00 | LESS DISCOUNT | -82,553.30 |

|  | NET PROFESSIONAL SERVICES | 742,979.70 |

LAW OFFICES
Page 526
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

BANK AND OTHER THIRD PARTY TRANSACTIONS                    MATTER NUMBER -    10080

| | | | | |
|---|---|---|---|---|
| 1/01/10 | KJ | 5.10 | Reviewed and revised ███████ section of draft Report re ██████ █ (1.0); reviewed and revised ███████ section of draft Report re ███████████ (.8); reviewed and revised ███████ section of draft Report re █████ (.5); reviewed and revised ██████ section of draft Report re █████ (1.0); reviewed and revised ████ section of draft Report (1.7); conferred via email with T. Winegar and P. Trostle re edits to the ██████ section (.1). | 3,570.00 |
| 1/01/10 | PJT | .20 | Emails to and from K. Jestin re ████████ | 150.00 |
| 1/02/10 | DRM | .50 | Read memorandum from J. Pimbley with comments on most recent draft of portion of Examiner's Report and memorandum to P. Trostle and M. Hankin re same. | 425.00 |
| 1/02/10 | JE | 3.50 | Reviewed open substantive issues on █████ section and emailed Team 4 re same (.8); completed review and analysis of ████████ section of draft Report (1.0); identified open substantive issues on ██████████ section of draft Report and emailed Team 4 re same (.7); reviewed daily reports from past two weeks for coordination with Team 4 issues (.4); reviewed emails re ████████████████████████ (.3); reviewed emails re A. Valukas comments on ██████████ draft section and redline of same (.3). | 2,537.50 |
| 1/02/10 | KJ | 4.90 | Reviewed and revised draft Report re purpose of ██████ transactions (1.5); reviewed and revised ██████ section of draft Report re ████████ (1.5); reviewed and revised ██████ section of draft Report re █████████████ (1.9). | 3,430.00 |
| 1/02/10 | PJT | .30 | Read emails from J. Pimbley re ██████ claim analysis. | 225.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 527

| 1/02/10 | SRM | 6.80 | Edited ████████ draft section re executive summary (1.3); edited ████████ draft section re adding footnotes to ████████████ analysis section (1.4); reviewed ████████████████████████████ (.3); edited ████████ section of the Report re edits from A. Choudhury and J. Epstein (3.8). | 2,516.00 |
|---|---|---|---|---|
| 1/03/10 | JE | 1.20 | Began review and analysis of avoidance section of draft Report. | 870.00 |
| 1/03/10 | KJ | 4.50 | Reviewed and revised ████████ section of the Report re ████████ and ████████ (2.0); reviewed and revised draft Report with attention to the ████████ sections re ████████████████████ (2.2); conferred via email with T. Winegar and S. Biller re edits to the draft Report (.2); drafted an email to the creditors re access to the claims site (.1). | 3,150.00 |
| 1/03/10 | SRM | 6.60 | Edited ████████ draft section re ████████████ in connection with ████████ (1.7); reviewed ████████████ (.4); edited ████████ draft section re █████ l (.4); reviewed ████████ (1.9); reviewed ████████████ (1.4); reviewed ████████ documents re ████████ (.8). | 2,442.00 |
| 1/03/10 | TMW | 3.30 | Incorporated Team 4 comments on master Report document into ████████ subsection of Report. | 1,221.00 |

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/04/10 | DRM | 5.10 | Read executive summary of draft Report in preparation for ███████ call (.3); telephone conference with P. Trostle re preparation for call with ███████ counsel (.1); conference call with C. Steege, A. Allen, J. Epstein, P. Trostle and J. Pimbley in preparation for call with ███████ counsel (.5); conferred with C. Steege and A. Allen to prepare for call and to review ███████ proofs of claim on docket (.5); conference call with ███████, C. Steege, P. Trostle, J. Epstein, A. Allen and J. Pimbley re ███████ (1.3); conferred with P. Trostle, C. Steege, A. Allen and J. Epstein re follow up to same (.6); memoranda from A. Allen and J. Pimbley re follow up to same (.2); conferred with A. Allen re format of Report (.1); reviewed ███████ proofs of claim with A. Allen and A. Olejnik (.5); telephone conference with J. Pimbley re same (.2); obtained and initially reviewed ███████ with A. Olejnik, G. Knudsen and A. Allen (.7); read memorandum from P. Trostle re production of next draft (.1). | 4,335.00 |
| 1/04/10 | CS | 2.80 | Met with D. Murray re ███████ section of Report (.5); conferred with ███████ (1.3); met with team before meeting on ███████ (.5); met with team following ███████ conference re ███████ (.5). | 2,170.00 |
| 1/04/10 | JE | 2.50 | Participated in telephone conference with D. Murray, P. Trostle, C. Steege re ███████ and reviewed email from J. Pimbley relevant to same (.5); participated in telephone conference with ███████, D. Murray, P. Trostle, C. Steege re ███████ (1.3); telephone conference (joined in progress) with D. Murray, C. Steege, P. Trostle to follow up on issues from ███████ (.4); conferred with P. Trostle re Report drafting issues on ███████ section (.2); conferred with M. Groman re Report drafting issues on ███████ section (.1). | 1,812.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/04/10 | AJO | .50 | Met with D. Murray re research ███████████████ ████████████████████████████████ | 255.00 |
| 1/04/10 | MXG | 6.10 | Reviewed Team 4 emails re Report drafting issues (.7); reviewed Estate counsel memoranda for ████████ ██████████████████ (.2); reviewed and revised ████████████ section of draft Report (2.9); conferred with J. Epstein re same (.1); conferred with G. Folland re same (.1); reviewed and revised ████████ section of draft Report (.9); revised chart re ██████████████████ (.8); reviewed Estate counsel memoranda re ██████████████ ████████ (.4). | 2,989.00 |
| 1/04/10 | AC | .60 | Reviewed correspondence from J. Epstein and M. Groman re size of impact of ████████████ (.3); reviewed correspondence from S. McNally and M. Groman re ██████████████████████ (.3). | 306.00 |
| 1/04/10 | KJ | 2.30 | Conferred with P. Trostle re reviewing and revising draft Report (.3); emailed third parties re stipulation for access to claims site (.2); conferred with S. McNally re section of Report re in ██████ claims re ████████ (.1); conferred with T. Winegar re ████████████████████ ██████████████████ (.2); reviewed and revised draft Report (1.5). | 1,610.00 |
| 1/04/10 | PJT | 4.80 | Reviewed ████████████████████ ████████████████████ (.5); conference call with C. Steege, D. Murray and J. Epstein re ████████████████████ (.5); conference call with ████████ re ████████████████████████ (1.3); conference call with D. Murray and C. Steege re ████████████████████████ (.5); conference call with J. Epstein re executive summary for ██████ section of Report (.2); conference call with K. Jestin re executive summary for ██████ section and ████████ interview (.2); read emails from ████████ and K. Jestin re ████████ interview (.3); prepared daily report for Team 4 (.5); reviewed revised version of Duff & Phelps' ████████████ (.8). | 3,600.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/04/10 | AMA | 3.90 | Participated in telephone conference with J&B Team 4 re preparation for call with ████████ (.5); participated in telephone conference with ████████████████ (1.3); participated in telephone conference with J&B Team 4 re follow up of same (.6); participated in office conference re same with D. Murray and C. Steege (.3); participated in telephone conference with P. Trostle re ████████████ (.1); participated in telephone conference with M. Lightner re same (.2); participated in office conference with D. Murray, A. Olejnik and G. Knudsen re research ████████████████████ (.5); reviewed ████████ Proofs of Claims re same (.4). | 1,443.00 |
| 1/04/10 | GRF | 12.00 | Revised ████ section of draft Report per comments from J. Epstein and P. Trostle (4.0); updated ████ section of the draft Report to include new Duff & Phelps work product re Lehman's ████████████████ (2.3); researched ████████████████ (3.2); supplied citations and authority for draft Report introduction (1.8); supplied documents for Team 1 associates needing authority for various propositions in the Report (.4); corresponded with associates about the ████████ (.3). | 4,440.00 |
| 1/04/10 | GSK | 2.40 | Conferred with D. Murray, A. Olejnik and A. Allen re research re ████████████████████ (.5); performed research re same (1.9). | 888.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/04/10 | SRM | 8.80 | Edited ███████ draft section of the Report re ███████ (.1); reviewed ███████ (1.8); edited ███████ draft section of Report re setoff breakdown and reversal (.7); edited ███████ draft section of Report addressing comments other Team 4 members posed (1.7); reviewed ███████ (.6); reviewed ███████ draft section for accuracy and grammatical errors (2.6); searched for and reviewed ███████ (.4); reviewed ███████ (.9). | 3,256.00 |
| 1/04/10 | TMW | 2.70 | Drafted request for documents from Debtors re ███████ adversary proceeding (.4); telephone conference with K. Jestin re changes to Team 4 Report section (.2); edited Team 4 Report section re comments from K. Jestin and J. Epstein (2.1). | 999.00 |
| 1/05/10 | DRM | 2.70 | Telephone conference with P. Trostle re portion of draft on ███████ and next steps (.1); telephone conference with J. Pimbley and A. Allen re ███████ (.4); conferred with A. Allen re same (.3); telephone conference with J. Pimbley, T.C. Fleming, P. Trostle, C. Steege, A. Allen re Team 4 review of status of analysis and consideration of issues associated with ███████ (.5); telephone conference with P. Trostle, C. Steege and A. Allen re follow-up steps for preparation of ███████ schedules and proofs of claim (.4); conferred with A. Allen and A. Davis re review of ███████ proofs of claim (.3); memoranda to and from J. Pimbley re analysis of ███████ transfers and reviewed materials sent by J. Pimbley (.7). | 2,295.00 |
| 1/05/10 | JE | 1.30 | Reviewed and analyzed draft introduction and made notes on ideas for same (.9); reviewed and analyzed emails relating to ███████ (.4). | 942.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/05/10 | MXG | 1.40 | Reviewed Team 4 emails re Report drafting status (.3); reviewed documents from J. Pimbley re ████ ████ (.8); reviewed summary re January 4 call with ████ (.2); updated Report Appendix re ████ ████ (.1). | 686.00 |
| 1/05/10 | AC | 2.40 | Reviewed complete draft of ████ Report for Team 4 revisions re ████ and third-party transactions. | 1,224.00 |
| 1/05/10 | KJ | 3.40 | Emailed third parties and Debtors re stipulation for access to the claims site (.5); revised stipulation for access to the claims site (.2); reviewed correspondence from counsel for ████ re ████ documents (.2); reviewed and revised draft Report (2.5). | 2,380.00 |
| 1/05/10 | PJT | 4.30 | Conference call with Team 4, D. Murray and J. Pimbley re ████ analysis (.5); conference call with D. Murray and C. Steege re ████ and draft ████ section of Report (.4); telephone conference with ████ (.2); telephone conference with ████ (.2); conference call with D. Murray re claims and scheduling conference with Judge Peck (.2); drafted daily report for Team 4 (.5); reviewed consolidated daily report (.1); emails with K. Jestin re executive summary section of ████ discussion in final Report (.3); reviewed summary section of ████ discussion in final Report (.3); reviewed summary of telephone conversation with ████ re avoidance claims (.2); reviewed email from ████'s counsel re ████ documents (.2); read Duff & Phelps' ████ memorandum (1.2). | 3,225.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/05/10 | AMA | 4.70 | Summarized in memorandum telephone conference with ████████████ (1.2); participated in office conference with D. Murray and A. Davis re research of Proofs of Claims re ████████████ (.3); participated in office conferences with A. Davis re same (.6); participated in telephone conference with J. Pimbley re same (.4); reviewed ████ Proofs of Claims re same (1.2); participated in telephone conference with Team 4 re ████████ (.5); participated in telephone conference with D. Murray, P. Trostle and C. Steege re same (.4); participated in telephone conference with M. Lightner re ████ provisions of the bankruptcy code (.1). | 1,739.00 |
|---------|-----|------|------|------|
| 1/05/10 | GRF | 8.40 | Continued to revise draft Report section re Lehman's ████████ to reflect both line edits and substantive from K. Jestin, A. Weissmann, and others (1.2); revised draft Report section re Lehman's dealings with the ████ per substantive edits from J. Epstein (2.8); reviewed documents ████████ (2.8); reviewed ████ (1.6). | 3,108.00 |
| 1/05/10 | GSK | 3.40 | Research ████████ (1.8); drafted memorandum re same (1.6). | 1,258.00 |
| 1/05/10 | SRM | 9.90 | Edited ████ draft section replacing ████ email citations with Lehman email citations (1.4); reviewed ████████ (2.5); reviewed summary memorandum re ████ interview (.4); reviewed ████████ (2.6); reviewed ████ draft section of the Report and provided edit suggestions (1.3); searched and reviewed documents in Stratify re ████████ (1.1); reviewed Lehman documents re ████ (.6). | 3,663.00 |
| 1/05/10 | AGU | 3.00 | Researched and drafted section of Report outlining ████ in connection with (a) ████ (1.5), and (b) ████ (1.5). | 1,200.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/05/10 | ALD | 3.60 | Proofread and cite-checked ███ memorandum (1.2); reviewed and organized ████ proof of claims with appendices (1.9); office conferences with D. Murray and A. Allen re ████ proof of claims (.5). | 1,170.00 |
|---|---|---|---|---|
| 1/06/10 | DRM | .70 | Conferred with A. Allen re her preparation of Report and follow-up re same (.2); read memoranda from A. Olejnik, R. Byman and S. Prysak re Credit Suisse stipulation (.2); read memoranda from P. Trostle re conference call with ████ (.2); read memorandum from P. Trostle re interview with ████ (.1). | 595.00 |
| 1/06/10 | CS | .30 | Met with P. Trostle re ████. | 232.50 |
| 1/06/10 | JE | 1.40 | Continued review and analysis of draft introduction and overall messages for same (1.2); reviewed and responded to messages re Report drafting issues (.2). | 1,015.00 |
| 1/06/10 | AJO | .60 | Met with G. Knudsen re research ████ | 306.00 |
| 1/06/10 | MXG | .40 | Reviewed Team 4 emails re drafting status (.3); emailed P. Trostle and J. Epstein re same (.1). | 196.00 |
| 1/06/10 | AC | 3.20 | Reviewed ████ (2.1); reviewed revised ████ section for revisions to other third-party transactions (.5); reviewed Duff & Phelps memorandum re ████ (.6). | 1,632.00 |
| 1/06/10 | KJ | 5.30 | Prepared for and conducted telephone interview of ████ (.8); reviewed and revised summary of interview (.2); reviewed and revised draft Report section on ████ (2.0); conferred with G. Folland re edits to the ████ section of the draft Report (.2); reviewed and revised draft section of the Report related to the ████ and ████ (2.1). | 3,710.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 535

| 1/06/10 | PJT | 3.80 | Reviewed ███████████████████████ ███████ (.5); telephone conferences with L. Harrison re ████████████████████████ (.3); telephone conference with ██████████████ re responses to Examiner's written questions (.2); emails to and from C. Hammerman re ███████████████████████ ██████████ (.4); drafted daily report for Team 4 (.5); reviewed consolidated daily report (.1); emails to Team 4 associates re Report protocol and deadlines for drafts (.3); reviewed witness interview summaries re ████ section of Report (.5); read ███████ interview summary and discussed same with G. Folland and K. Jestin (1.0). | 2,850.00 |
|---|---|---|---|---|
| 1/06/10 | GRF | 8.80 | Revised █████ section of Team 4 section of draft Report to include statements from ████████, ██████████████████ (2.0); revised █████████ section of draft Report to further discuss ████████████ (2.0); reviewed and provided comments to Team 3 ███████████████ section of the draft Report to correct inconsistencies and inaccuracies (1.8); conferred with S. Biller re ███████ claims (.1); reviewed materials in advance of ████████ witness interview (.3); conferred with K. Jestin in advance of ███████ witness interview (.2); participated in █████████ witness interview (.5); discussed witness statements with K. Jestin after the interview (.3); discussed deadlines and assignments re next round of edits to Team 4's draft Report sections with P. Trostle (.3); discussed edits to the ████████████ section of draft Report with S. McNally (.3); reviewed ██████████ witness interview to substantiate factual claims ████████████ (.2); reviewed publicly available documents re the SEC's ██████████ ███████████████████ program for material to cite in Team 4's draft sections of the Report (.8). | 3,256.00 |
| 1/06/10 | GSK | 3.80 | Drafted memorandum re affiliates of ██████████ (3.2); conferred with A. Olejnik re same (.6). | 1,406.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 536

| 1/06/10 | SRM | 10.40 | Reviewed ████████████████████████████ (.3); reviewed ██████████████ (.7); reviewed ████████ draft section of the Report for accuracy and grammatical errors (4.4); edited ████████ draft section of the Report re emails █████████ (2.4); edited footnote references in ████████ draft re ████ emails (.4); office conference with G. Folland re ████ draft section edit questions (.3); edited footnote citations in ████ draft (.7); edited ████████ draft section of Report re English law summary (.2); reviewed ████████ draft section for inconsistencies with Team 4 research (.3); reviewed ████████ emails re ████████ (.7). | 3,848.00 |
| 1/06/10 | AGU | 4.40 | Discussed with M. Hankin changes in focus in section of Report outlining legal standards applicable to ████████████████ in connection with ████████████████ ████████ (.2); researched and redrafted (2.0) and ████████ (2.2) sections of Report in light of conversation. | 1,760.00 |
| 1/06/10 | ALD | .50 | Reviewed and organized ████████ proofs of claim in Excel spreadsheet with summaries of attachments. | 162.50 |
| 1/06/10 | LEW | .20 | Reviewed relevant dockets in anticipation of upcoming hearings re ████████████ and ████████████████ ████. | 32.00 |
| 1/07/10 | DRM | 6.00 | Read draft of Examiner's Report relating to ████████ ████████ claims and dictated comments on same (3.5); began review of portion of Examiner's Report relating to ████████ and dictated comments on same (1.0); conferred with A. Olejnik, G. Knudsen and A. Allen re ████████████████████████████ and ████████████████████████ and reviewed applicable documents including ████████████████ (1.5). | 5,100.00 |
| 1/07/10 | CS | .50 | Met with D. Murray and P. Trostle re final Report drafting. | 387.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | JE | 7.50 | Reviewed and commented on drafts of points ████████ ████████ (.2); prepared email to R. Byman, A. Valukas re suggestions for introduction section of Report (1.1); conferred with P. Trostle re ████████ and other Team 4 Report issues (.3); began review and analysis and edits to revised version of draft Report re ████████, including analysis of selected exhibits (4.5); reviewed and analyzed ████████ ████████ (1.2); conferred with M. Groman re questions ████████ (.2). | 5,437.50 |
| 1/07/10 | AJO | 1.90 | Researched ████████ ████████ (.4); reviewed documents identified by G. Knudsen re same, including ████████ ████████ (.2); conferred with D. Murray, A. Allen, and G. Knudsen re same (1.3). | 969.00 |
| 1/07/10 | MXG | .70 | Revised ████████ section of draft Report (.5); conferred with J. Epstein re same (.2). | 343.00 |
| 1/07/10 | AC | 2.20 | Reviewed updated ████████ ████████ | 1,122.00 |
| 1/07/10 | KJ | 6.50 | Drafted an Executed Summary section for the ████████ discussion in the draft Report re ████████ and ████████ (2.2); drafted an executive summary section for the ████████ discussion in the draft Report (2.0); reviewed and revised ████████ section of the draft Report (2.1); conferred with ████████ counsel re stipulation for access to debtors site (.2). | 4,550.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | PJT | 5.40 | Reviewed revised drafts of ███████ and █████ interviews (.4); reviewed emails from ████████████████████████ (.3); reviewed ████████████ in preparation for call with Teams 1 and 2 (1.4); reviewed memorandum and exhibits from Debtors' counsel re potential claims (1.5); telephone conferences from ██████████████████████████ (.3); telephone conference with ███████████ and estimated timeline for responses (.2); telephone conference with ████████████ email from R. Byman (.2); email to ██████████████████ (.1); drafted Team 4's daily report (.7); reviewed consolidated team Report (.1); email to ██████████████ (.2). | 4,050.00 |
|---|---|---|---|---|
| 1/07/10 | AMA | 1.70 | Participated in office conference with D. Murray, A. Olejnik and G. Knudsen re research re ████████████ (1.3); emailed G. Knudsen re same (.4). | 629.00 |
| 1/07/10 | HDM | .80 | Attended meeting on ████████████ and discussed same with Team 2 associates (.5); reviewed and attended to Team 4 production of third party depositions (.1), and discussed same with T. Winegar and P. Trostle re same (.2). | 460.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/07/10 | GRF | 9.50 | Continued adding edits and comments to Team 3's ███████████████████████ sections of the draft Report (.5); drafted additional discussions to the draft Report section on the ███████████████ (2.2); gathered additional citations and authority for ███████████ section of the draft Report (3.5); reviewed and suggested edits to introduction to the ██████ section drafted by P. Trostle (1.0); reviewed and suggested edits to the introduction of the combined ██████ and ██████ section of the draft Report as drafted by K. Jestin (.8); reviewed Team 2's ████████████ analysis to include certain citations in same in the introduction to the draft Report's section re ██████ (.5); added language to ██████ witness interview memorandum as suggested by P. Trostle (.6); discussed with P. Trostle edits to the ██████ section as requested by A. Valukas and R. Byman (.2); finalized ██████ witness interview summary memorandum and distributed to P. Trostle (.2). | 3,515.00 |
| 1/07/10 | GSK | 5.80 | Drafted memorandum re ████████████ (2.9); additional research re same (2.4); conferred with D. Murray, A. Olejnik and A. Allen re same (.5). | 2,146.00 |
| 1/07/10 | SRM | 10.30 | Reviewed ████████████ draft section for inconsistencies with Team 4 research and interviews (2.9); edited ██████ draft section re ████████████ analysis and executive summary (1.1); reviewed and edited ████████████ draft section (1.4); reviewed and edited ████████████ draft section (.8); reviewed and edited ████████████ draft section (.9); edited ██████ section footnotes re formatting and citation protocol set by J. Malysiak (.7); reviewed ████████████ (.1); reviewed ██████ draft section of Report (1.2); searched for news articles re ████████████ (.3); reviewed documents re ████████████ (.9). | 3,811.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 540

| 1/07/10 | AGU | 7.00 | Completed drafting of section of Report outlining legal standards applicable ███████████████████ ██████████████████████████ (3.5). | 2,800.00 |
|---|---|---|---|---|
| 1/07/10 | ALD | 1.30 | Reviewed and organized ███████ proofs of claim in Excel spreadsheet with summaries of attachments. | 422.50 |
| 1/08/10 | DRM | 4.50 | Read portion of draft of Examiners' Report relating to ███████ and prepared comments on same (1.5); read portion of draft of Examiners' Report relating to ██████ and prepared comments on same (1.5); telephone conference with P. Trostle re conclusions of law (.2); conferred with C. Steege and A. Allen re A. Allen draft of portion of Report relating to ████████████ ████████ and reviewed language of draft memorandum (.4); read memoranda from P. Trostle, J. Epstein and J. Pimbley re ██████████████████████ (.9). | 3,825.00 |
| 1/08/10 | CS | 1.00 | Edited ████████████████ section of Report. | 775.00 |
| 1/08/10 | JE | 9.10 | Continued analysis of ████████████████ and prepared detailed email to Team 4 members, Duff & Phelps, D. Murray, C. Steege re analysis of same (.8); continued review and analysis and edits to draft section of Report on ████████ issues and analysis of selected documents cited in same (7.8); conferred with P. Trostle re Team 4 Report issues including ██████ issues (.2); conferred with A. Valukas, R. Byman, P. Trostle re Lehman ████████ issues (.3). | 6,597.50 |
| 1/08/10 | AJO | .30 | Read memorandum from G. Knudsen re scope of ███████████████████████ | 153.00 |
| 1/08/10 | MXG | .70 | Reviewed emails re memorandum from Curtis Mallet (.1); gathered memoranda from Curtis Mallet and Quinn Emmanuel for J. Epstein (.2); conferred with J. Epstein re ████████████ section of draft Report (.1); reviewed comments re same (.3). | 343.00 |

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | AC | 3.70 | Reviewed correspondence with L. Pelanek re legal research appendix for Examiner Report (.1); reviewed substantive correspondence from J. Pimbley, P. Trostle, D. Murray, and J. Epstein re ████████████ ████████████ (1.2); reviewed ████████████ (1.6); reviewed substantive revision and comment by D. Murray to draft ████████ analysis re ████████ (.5); reviewed introduction and executive summary for ████████ section drafted by K. Jestin (.3). | 1,887.00 |
| 1/08/10 | KJ | 6.20 | Reviewed and revised ████████ section of draft Report with attention to the ████████ section (1.6); reviewed and revised ████████ section of draft Report with attention to the ████████ section (1.4); reviewed substantive edits to ████████ section (████████, ████████) (1.0); finalized submission of stipulation for access to claims site (.2); finalized draft of executive summary for ████ and ████ section (2.0). | 4,340.00 |
| 1/08/10 | PJT | 4.30 | Reviewed emails with ████ and ████ re stipulation for claims information (.2); telephone conference with K. Jestin re revised introduction for ████ section of Report (.2); reviewed emails from ████████████ (1.0); reviewed J. Epstein's analysis of ████████████ (.3); analyzed ████████████ (.7); drafted daily report for Team 4 (.6); reviewed consolidated team Report (.1); reviewed J. Pimbley's analysis of ████████ (.3); reviewed Duff & Phelps' analysis re transfer to ████████ (.4); reviewed ████ interview summary (.2); reviewed summary of Lehman's ████████ business (.3). | 3,225.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/08/10 | GRF | 6.20 | Revised introduction and suggested edits for combined Report section re █████████████████████ █ (1.1); provided edits and suggestions to K. Jestin re introduction to ████████ section (.7); drafted email memorandum re ████████████ (.8); edited Team 3's ██████ section of the draft Report to make its statements of fact consistent with those in Team 4's (3.6). | 2,294.00 |
| 1/08/10 | GSK | 3.90 | Completed draft of research ███████ ███████ (3.7); sent same to A. Olejnik, A. Allen and D. Murray for review (.2). | 1,443.00 |
| 1/08/10 | SRM | 7.90 | Reviewed █████ draft section of Report for accuracy and grammatical errors (3.1); reviewed ████████████████ (.6); edited ████ draft section re editing overlap with ███████████ (.6); edited █████ section of Report (3.2); reviewed Team 4 email correspondence re document review, drafting process, and status of investigation (.4). | 2,923.00 |
| 1/08/10 | TMW | .20 | Telephone conference with K. Jestin re Team 4 Report section executive summary. | 74.00 |
| 1/08/10 | AGU | 2.60 | Discussed ██████████ section of Report with M. Hankin (.2); proofread and edited section of Report outlining legal standards applicable to ██████████ ████████████████ (2.2); discussed with M. Hankin ████████ section (.2). | 1,040.00 |
| 1/08/10 | ALD | 2.50 | Reviewed and organized ███████ proofs of claim in Excel spreadsheet with summaries of attachments. | 812.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/09/10 | DRM | 4.60 | Memoranda to and from J. Epstein re ████████ ██████████████████████████ concerning same (1.5); read and responded to J. Epstein memorandum on ████████ issues (.5); telephone conference with A. Allen re same (.1); read memorandum from J. Pimbley re ████████ issue (.1); read memorandum from G. Folland re interview with ████████ (.2); read memorandum from G. Folland re supplemental interview with ████████ (.1); completed review of ████████ (2.0); read memorandum from P. Trostle re comments on portion of Report relating to claims against ████ (.1). | 3,910.00 |
| 1/09/10 | JE | 11.20 | Analyzed in detail several lengthy memoranda ████████ to address in Report (6.2); reviewed and analyzed and prepared email responding to D. Murray suggestions and comments on draft ████ section of Report (.9); worked on review, analysis, and edits to legal discussion section of draft Report relating to ████ (3.3); exchanged messages with Team 4 re additional edits and follow-up work for Team 4 draft (.8). | 8,120.00 |
| 1/09/10 | MXG | 1.40 | Reviewed ████████ (.5); reviewed Team 4 emails re additional claims against ████ to add to draft Report and Curtis Mallet memorandum (.9). | 686.00 |
| 1/09/10 | AC | 7.20 | Reviewed correspondence by J. Pimbley, J. Epstein, and D. Murray re ████████ (.4); reviewed correspondence by J. Epstein and D. Murray re draft Team 4 analysis re ████ (.4); corresponded with M. Groman and L. Pelanek re legal research appendix (.3); reviewed ████████ (3.6); reviewed prior ████████ (2.5). | 3,672.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/09/10 | PJT | 1.50 | Analyzed ███████ (.8); reviewed ███████ (.5); reviewed emails re (.2). | 1,125.00 |
|---------|-----|------|--------|-----------|
| 1/09/10 | AMA | .90 | Reviewed ███████ and email re same. | 333.00 |
| 1/09/10 | SRM | 2.40 | Reviewed ███████ (.3); reviewed ███ draft section of Report (1.5); reviewed and proofread ███ draft section (.6). | 888.00 |
| 1/09/10 | AGU | 5.00 | Researched and redrafted sections of Report outlining legal standards applicable to ███ in connection with ███ (2.5) and ███ (2.5) in light of conversation with M. Hankin. | 2,000.00 |
| 1/10/10 | DRM | 1.90 | Read portion of Report relating to ███ and prepare comments to same (1.8); read memorandum from J. Pimbley re documents forwarded by ███ (.1). | 1,615.00 |
| 1/10/10 | CS | 5.20 | Edited ███ section of Report re ███ (3.0); attended team meeting re edits to draft Report re ███ (1.9); conferred with D. Murray re ███ (.3). | 4,030.00 |
| 1/10/10 | JE | 6.20 | Worked on additional edits to legal section of draft Report relating to ███ (4.0); reviewed and analyzed legal analysis sections of draft Report relating to ███, ███, and other ███ (2.2). | 4,495.00 |
| 1/10/10 | AJO | 2.60 | Reviewed briefly draft ███ (.7); reviewed and analyzed several hundred page draft section of Report re transactions with ███ (1.4); emailed D. Murray extensive comments re same (.5). | 1,326.00 |
| 1/10/10 | MXG | 1.20 | Reviewed Team 4 emails re drafting status of Report (.3); revised ███ section of draft Report (.9). | 588.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 545

| 1/10/10 | AC | 7.90 | Reviewed J. Epstein edits to legal analysis of claims (.8); researched ███████ (2.9); reviewed J. Pimbley analysis of exhibits cited in ███████ (.6); reviewed exhibits cited in ███████ (2.2); reviewed prior ███████ (1.4). | 4,029.00 |
| 1/10/10 | GRF | 5.40 | Participated in Team 2 and Team 4 conference call re ███████ (2.0); reviewed Duff & Phelps work product ███ (.6); corresponded with P. Trostle re status of research and conclusions reached in the ███████ section of the draft Report (.3); continued drafting ███████ witness interview summary memorandum (2.5). | 1,998.00 |
| 1/10/10 | SRM | 5.80 | Reviewed and proofread ███████ draft section of the Report (3.9); reviewed ███████ (.2); edited ███████ draft section of Report (.6); reviewed ███████ (.4); reviewed ███████ (.7). | 2,146.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | DRM | 6.10 | Conference call with J. Epstein, P. Trostle, C. Steege, A. Allen and M. Groman re preparation for call with Creditors' Committee counsel to discuss ▆▆▆▆ ▆▆▆▆ (.7); prepared for call with Creditors' Committee counsel (.3); conference call with Curtis Mallet, J. Epstein, P. Trostle, C. Steege, A. Allen and M. Groman re ▆▆▆▆ ▆▆▆▆ (1.1); conference call with J. Epstein, P. Trostle, C. Steege and A. Allen re follow-up to Curtis Mallet call (.6); conferred with A. Allen re follow-up on ▆▆▆▆ issues (.2); telephone conference with P. Trostle re follow up on Curtis Mallet material (.3); telephone conference with K. Jestin re ▆▆▆▆ review (.1); office conference with M. Kelly and A. Allen re ▆▆▆▆ ▆▆▆▆ (.3); reviewed outline of discussion of potential ▆▆▆▆ with A. Allen and M. Lightner (.4); read ▆▆▆▆ and memorandum to C. Steege, et al. re same (.9); read ▆▆▆▆ and discussed same with C. Steege, V. Lazar and A. Allen (1.2). | 5,185.00 |
| 1/11/10 | CS | 1.50 | Conferred with ▆▆▆▆ ▆▆▆▆ (1.2); office conference with D. Murray, J. Epstein, A. Allen and P. Trostle re Curtis Mallet call (.3). | 1,162.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 547

| | | | | |
|---|---|---|---|---|
| 1/11/10 | JE | 11.20 | Prepared questions for call with ███████ ███████ (.5); led call with D. Murray, P. Trostle and Team 4 members re ███████ ███████ (.7); met with A. Choudhury, M. Groman re ███████ issues and tasks for new Report draft (.3); led conference call with Curtis Mallet re ███████ issues and ███████ (1.0); follow-up call with D. Murray, P. Trostle and Team 4 members re analysis of ███████ issues in light of call with Curtis Mallet (.6); worked on review, analysis, and substantial revisions to draft section of Report re ███████ ███████ to same (7.6); reviewed cases ███████ (.5). | 8,120.00 |
| 1/11/10 | MXG | 12.10 | Teleconference with Team 4 and D. Murray in preparation for call with ███████ (.7); conferred with J. Epstein and A. Choudhury re same (.3); teleconference with ███████ (1.1); teleconference with J. Epstein, C. Steege, P. Trostle, and A. Choudhury re same and ███████ (.6); revised ███████ section of draft Report (4.4); conferred with S. McNally re same (.1); conferred with A. Choudhury re same (.1); conferred with T. Winegar re same (.1); drafted ███████ section of ███████ section of draft Report (4.7). | 5,929.00 |
| 1/11/10 | MJK | .80 | Met with D. Murray and A. Allen re ███████ ███████ | 356.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | AC | 13.90 | Conferred with Team 4 partners and associates in preparation for call with Curtis Mallet (.6); conferred with J. Epstein and M. Groman re ███████ (.4); conferred with Curtis Mallet and Team 4 partners re ████████████████████ (1.0); conferred with D. Murray, P. Trostle, and J. Epstein re follow up on ███████ Curtis Mallet call (.6); conferred with M. Groman re revision to Team 4 ████ analysis (.2); conferred with J. Pimbley re ██████████████ (.1); reviewed ██████████████████████ in preparation for conference call with Curtis Mallet (2.1); analyzed ██████ documents re ██████ to revise exhibit to ██████ analysis re collateral movements (4.4); reviewed edits to ██████ analysis and revised analysis to address open issues (3.2); researched ████████████ (1.3). | 7,089.00 |
| 1/11/10 | KJ | 10.40 | Conferred with O. Jafri re interview of ███████ (.2); conferred with P. Trostle re call ███████ (.1); participated in call with Curtis-Mallet re ██████ re ██████ (1.0); conferred with A. Olejnik re stipulation for access to claims site and reviewed same (.2); conferred with M. Devine re stipulation re debtors cooperating with Examination (.1); conferred with ██ ████████████ re interview (.2); reviewed documents and prepared for █████████ ████████████ (2.0); reviewed documents and prepared for █████ (1.9); reviewed documents and prepared for ████████████ (.9); reviewed ██████ emails collected in the examination in preparation for ██ interview (1.8); reviewed documents related to ████████ (2.0). | 7,280.00 |

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | PJT | 5.80 | Reviewed memorandum from ██████████ ████████████ (1.0); conference call with D. Murray and J. Epstein re ████████████ (.6); conference call with ████████████ ████████████████████ (1.0); follow-up conference call with D. Murray, C. Steege and J. Epstein re ████████████ ████████████ (1.4); meeting with Examiner and M. Hankin re ████ ████████████ (.3); email to SIPA Trustee's counsel re conference call to discuss ████████ ████ (.1); prepared daily report for Team 4 (.5); reviewed summary of ████████ interview (.3). | 4,350.00 |

| 1/11/10 | AMA | 3.30 | Participated in telephone conference with ████████ ████████████ (1.1); participated in office conference re preparation re same (1); participated in telephone conference with Team 4 re follow up re same (.6); reviewed recent ████████████ ████████████████ (.6). | 1,221.00 |

| 1/11/10 | GRF | 9.00 | Reviewed ████████ cases re ████████████ ████████████████████ (2.0); drafted language re same for the ████████ section of the draft Report (.9); completed witness interview summary memoranda for ████████ (4.6); searched for documents showing ████████████████████ (1.5). | 3,330.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/11/10 | SRM | 10.60 | Reviewed Lehman documents re ▮▮▮▮▮▮ draft versions (.3); reviewed and proofread ▮▮▮▮▮ draft section of the Report (3.8); edited ▮▮▮▮ draft section analysis re ▮▮▮▮▮ (1.8); reviewed ▮▮▮▮▮▮ draft section for second level review confirming accuracy of quotations and citations (3.3); conferred with G. Folland re analysis of ▮▮▮▮▮ ▮▮▮▮▮ (.6); drafted email to T. Winegar re conforming docket citations (.2); telephone conference with T. Winegar re citation structure for docket entries (.4); drafted email to J. Malysiak re docket citation protocol question (.1); responded to emails re ▮▮▮▮▮ (.1). | 3,922.00 |
| 1/11/10 | TMW | 9.20 | Telephone conference with O. Jafri re ▮▮▮▮▮ (.1); edited executive summary of ▮▮▮▮ section of Report (2.5); prepared ▮▮▮▮ binder for ▮▮▮▮ (1.3); updated ▮▮▮▮ section of Report re comments from K. Jestin and J. Epstein (4.6); emailed S. McNally re citation structure in ▮▮▮▮ section of Report (.3); telephone conference with S. McNally re citation structure for docket entries (.4). | 3,404.00 |
| 1/11/10 | CRW | 1.30 | Pulled and bates stamped documents from Case Logistix and Stratify for Team 4 second level review of ▮▮▮▮▮, and ▮▮▮▮▮ Report section. | 331.50 |
| 1/12/10 | DRM | 2.30 | Conference call with J. Pimbley and A. Allen re ▮▮▮▮▮ (.5); telephone conference with P. Trostle and A. Allen re same (.3); read memoranda from J. Epstein, M. Basil and S. Prysak re response to ▮▮▮▮ request (.4); met with G. Knudsen re follow up to his legal research (.1); conference call with J. Pimbley, J. Epstein, P. Trostle re Team 4 status (.6); memoranda to and from L. Harrison, P. Trostle and J. Epstein re additional meetings and telephone conference with P. Trostle re same (.4). | 1,955.00 |
| 1/12/10 | CS | .50 | Conferred with D. Murray re Report revisions re ▮▮▮▮▮ analysis. | 387.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/12/10 | JE | 9.60 | Worked on analysis of underlying facts and legal principles to formulate theories and conclusions on ███ (6.4); prepared outline ███ (.9); prepared and reviewed responses to multiple emails to A. Choudhury, M. Groman re ███ (1.0); reviewed and analyzed J. Pimbley memorandum ███ (.7); participated in conference call with J. Pimbley, Team 4 members re current Team 4 issues including ███ (.6). | 6,960.00 |
| 1/12/10 | MXG | 2.10 | Reviewed introduction to ███ section of Report (.4); reviewed ███ (.1); reviewed Team 4 emails re drafting status and ███ section (.5); emailed Team 4 re same (.3); reviewed and revised ███ section of Report (.8). | 1,029.00 |
| 1/12/10 | AC | 14.20 | Conferred with S. McNally re process for edits to ███ section (.1); conferred with J. Pimbley re ███ (.1); revised ███ (1.6); corresponded with L. Pelanek re legal research appendix (.2); reviewed J. Pimbley revised analysis re ███ (.4); revised ███ to incorporate relevant documents concerning ███ (5.5); corresponded and conferred with J. Epstein re contractual language in August agreements (.3); revised ███ section to address open issues re ███ (2.7); researched and drafted part of legal analysis of ███ (3.3). | 7,242.00 |
| 1/12/10 | KJ | 6.10 | Conferred with G. Folland re ███ section and interview of ███ (.3); prepared for interview ███ (3.8); reviewed and revised draft Report (2.0). | 4,270.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| 1/12/10 | PJT | 3.80 | Telephone conference with L. Harrison re ███████████████████████████ (.2); conferences with ██████ counsel re procedures for filing final Report (.2); office conference with M. Hankin re ████████ issues and ████████ interview (.3); reviewed written responses from ████████████'s counsel re Team 4 questions (.7); analyzed ████████████████ (.9); emails from S. Prysak and J. Teele re Credit Suisse protective order (.3); reviewed flash summary of ████████ interview (.3); drafted daily report for Team 4 (.4); emails to Team 4 members re additional conference call with Debtors' counsel re ████████████████ issue (.5). | 2,850.00 |
| 1/12/10 | SRM | 12.80 | Reviewed ████████████ draft section for second level review re accuracy and citation format (4.3); reviewed ████████████████ draft section for second level review re accuracy and citation format (1.7); reviewed ████████ draft section for second level review re accuracy and citation format (1.1); reviewed interview notes re ████████ interview (.1); edited ████████████ draft section with second level review corrections (2.1); edited ████████████ draft section with second level review corrections (1.2); edited ████████ draft section with second level review corrections (.8); telephone conference with T. Winegar re edits to ████████ █████████. ████████ and ████████ sections (.4); reviewed summary memorandum re ████████ interview (.4); edited ████████ draft section re collateral pledge negotiations (.7). | 4,736.00 |
| 1/12/10 | TMW | 5.40 | Collected work product ████████████████ for L. Pelanek (1.0); reviewed ████████ production re contents of ████████████ (1.0); telephone conference with S. McNally re ████████ section (.4); edited ████████ Claims subsection of draft Report re comments from J. Malysiak (3.0). | 1,998.00 |
| 1/12/10 | AGU | 1.10 | Discussed with M. Hankin further changes to portion of Report outlining legal standards applicable to ████████████████████████████ (.1); edited portion of Report in light of conversation (1.0). | 440.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/13/10 | DRM | 1.30 | Telephone conferences with J. Epstein and A. Allen re ███████████████████ (.5); conferred with A. Allen re avoidance issues (.4); telephone conference with P. Trostle, S. McNally and A. Allen re ███████████ issues and follow-up emails (.4). | 1,105.00 |
| 1/13/10 | JE | 6.40 | Conferred several times with A. Choudhury re analysis of ██████████████████ and approach to drafting new section (.7); prepared several emails to A. Choudhury, M. Groman re analysis of ██████████████ (1.0); worked on analysis of ████████████████████████████ (2.4); conferred with D. Murray and A. Allen re ████████████████ (.5); reviewed and analyzed and edited initial draft of ████████████████ (1.8). | 4,640.00 |
| 1/13/10 | MXG | 2.10 | Researched ██████████ for ████████ of draft Report (1.9); reviewed Team 4 emails re same (.2). | 1,029.00 |
| 1/13/10 | AC | 12.60 | Conferred with J. Phillips re documents cited in ████ ████████████ (.2); reviewed draft and correspondence re same from M. Groman re ████████ (.3); corresponded with L. Pelanek re legal research appendix (.2); researched and drafted ████████████████████ (6.8); conferred with J. Epstein re analysis of █████████████████ ████████████ (.3); researched and drafted ████████████████████ (4.8). | 6,426.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/13/10 | KJ | 3.60 | Conducted interview of ██████████ ███████ (2.5); conferred with G. Folland in preparation for interview of ███████ re same (.5); conferred with P. Trostle and G. Folland re effect of ███████████ ████████ (.5); emailed ███████ counsel re obtaining a summary of claims and inviting █████ to make any further submissions to the Examiner (.1). | 2,520.00 |
| 1/13/10 | PJT | 4.00 | Emails to and from ███████'s counsel re summary of proofs of claim (.3); emails to and from ██████████ re scheduling conference call with ████████████ ███████ (.2); emails to and from Debtor's counsel re scheduling an additional conference call to discuss ████████████ (.4); office conference with K. Jestin and G. Folland re ████████ interview (.4); email to L. Fife re █████ issue (.1); telephone conferences with ██████████ re privilege log (.2); reviewed ████████ (.8); prepared daily report for Team 4 (.5); reviewed consolidated team Report (.1); read cases re ████████████████ (1.0). | 3,000.00 |
| 1/13/10 | AMA | 1.00 | Participated in office conference with D. Murray and ███ ████ re revisions necessary for Report (.3); participated in telephone conference with S. McNally and D. Murray re ██████████████ (.4); participated in telephone conference with G. Knudsen re research ███ ████████ (.3). | 370.00 |
| 1/13/10 | SRM | 7.60 | Reviewed ██████████████████ (.7); telephone conference with D. Murray, A. Allen, and P. Trostle re ████████ avoidance section analysis (.3); reviewed ███████ proofs of claim (2.6); reviewed █████████████████████ (1.4); reviewed ████████████████ (.4); reviewed draft Introduction (1.2); drafted email to J. Pimbley re ██████████████████ (.2); reviewed ████████ (.8). | 2,812.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/13/10 | TMW | 8.40 | Reviewed materials in preparation for ███████ interview (.1); interviewed ████████ (2.5); conferred with O. Jafri re ██████████ (.3); transcribed notes from ███████ interview (.9); drafted summary of ████████ interview for circulation to team leaders (2.4); telephone conference with K. Jestin, P. Trostle, and G. Folland re ██████████ interview (.3); conferred with O. Jafri re ████████████ interview (.3); conferred with L. Pelanek re legal analysis appendix (.1); drafted follow-up questions for ████████ interview (.4); reviewed █████████████████ (1.1). | 3,108.00 |
| 1/13/10 | AGU | 1.70 | Telephone conference with M. Hankin re further changes to ██████ section (.1); edited ██████ section in light of M. Hankin's comments (1.6). | 680.00 |
| 1/13/10 | ALD | 4.60 | Proofread and cite-checked Lehman Report section re ██████ avoidance. | 1,495.00 |
| 1/14/10 | DRM | 5.20 | Conference call with ████████████████████ (.7); prepared for same (.2); conferred with P. Trostle and J. Epstein re follow-up to call (.2); office conferences with A. Allen re status of ████████████ (.2); telephone conferences and office conferences with M. Kelly re his review of avoidance portion of Report (.5); telephone conference with P. Trostle re ████████ (.1); telephone conferences with G. Folland re his work on Report and conferred with P. Trostle re same (.4); read follow-up memoranda from J. Epstein, P. Trostle and R. Byman re ██████████████████ (.5); telephone conference with J. Epstein re discussions ████████████████████ (.2); memorandum to P. Trostle re ████████████ (.1); read and commented upon A. Allen draft of executive summary of ████████ (.4); read and commented upon A. Allen draft of ████████████ (1.5); read memorandum from J. Epstein re ██████████████ (.2). | 4,420.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/14/10 | JE | 5.50 | Reviewed and edited new drafts of ██████ ████ section and worked on analysis of substantive issues for same (4.2); conferred with R. Byman re ██ ████████████████████████ (.1); conferred with D. Murray re ████████████████ (.2); telephone conference with ████████████ ████████████ (.7); conferred with A. Choudhury re same (.1); conferred with D. Murray, A. Choudhury, P. Trostle re issues discussed in call with Curtis Mallet (.2). | 3,987.50 |
| 1/14/10 | MXG | .80 | Participated in conference call with Curtis Mallet, Lehman, Team 4, and D. Murray re ████████ ████████ (.7); reviewed Team 4 emails re same (.1). | 392.00 |
| 1/14/10 | AC | 9.70 | Researched and drafted analysis of ████████ ████████████████████████████████ (6.4); conferred with Curtis Mallet and P. Trostle, D. Murray, and J. Epstein re ████████████ (.7); conferred with J. Epstein, P. Trostle, and D. Murray re follow up to Curtis Mallet call (.2); revised draft analysis of ████████████ ████████████████ based upon J. Epstein edits and suggestions (2.4). | 4,947.00 |
| 1/14/10 | KJ | 1.50 | Conferred with T. Winegar via email re edits to ████'s section of the draft Report (.5); reviewed and revised flash summary of ████████ interview re ████ ████████████████ (.5); reviewed and revised follow-up questions for ████████ ████████████ and sent same to counsel (.5). | 1,050.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/14/10 | PJT | 5.50 | Reviewed cases ██████████ (.5); emails to and from J. Pimbley re ██████ (.2); reviewed privilege log from ██████ (1.0); reviewed J. Epstein's analysis re ██████████ (.3); email to Team 4 re connection between Barclay's sale and ██████████ (.5); conference call with V. Lazar and D. Layden re ██████████ (.2); drafted daily report for Team 4 (.5); reviewed claim summary from ██████ (.4); reviewed and revised ██████ (1.5); reviewed flash summary of ██████ interview (.2); reviewed email from J. Pimbley re ██████ (.2). | 4,125.00 |
| 1/14/10 | AMA | .70 | Participated in telephone conference with ██████ ██████ | 259.00 |
| 1/14/10 | GRF | 9.00 | Revised ██████ section of draft Report per edits from K. Jestin and P. Trostle (4.3); revised ██████ discussion in ██████ documents to account for recent document requests, ██████ interviews, and team leader suggestions (3.0); proofread both ██████ section and ██████ section and circulated to P. Trostle (1.7). | 3,330.00 |
| 1/14/10 | SRM | 10.10 | Reviewed ██████ draft section (2.7); reviewed ██████ (1.3); reviewed ██████ (.8); reviewed ██████ (1.6); reviewed summary re proofs of claim (.4); reviewed and proofread ██████ draft section (3.2); telephone conference with G. Folland and T. Winegar re citation formats and ██████ (.1). | 3,737.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/14/10 | TMW | 6.30 | Revised ▓▓▓▓▓ interview summary re comments from K. Jestin (.2); reviewed ▓▓▓▓▓▓▓ (.9); drafted memorandum summarizing Examiner's interview of ▓▓▓▓▓ (4.2); telephone conference with O. Jafri re significance of ▓▓▓▓▓▓▓ (.9); telephone conference with G. Folland and S. McNally re citation formats and ▓▓▓▓ (.1). | 2,331.00 |
| 1/14/10 | AGU | .80 | Proofread ▓▓▓ introduction and ▓▓▓ section of legal appendix (.4); sent updated draft (.4). | 320.00 |
| 1/14/10 | ALD | 1.80 | Continued cite-checking ▓▓▓▓ avoidance Report. | 585.00 |
| 1/15/10 | DRM | 3.00 | Conferred with C. Steege and A. Allen re ▓▓▓▓ (.5); telephone conference with M. Lightner re finalizing ▓▓▓▓ portion of draft (.1); reviewed ▓▓▓▓ portion of draft with A. Allen (.8); conferred with P. Trostle and G. Folland re review and revisions to ▓▓▓ portion of Report (.6); telephone conference with A. Choudhury re analysis ▓▓▓▓ (.2); read memoranda from P. Trostle and J. Pimbley re ▓▓▓▓ (.2); read memorandum from M. Lightner re explanation of portions of Report (.1); met with M. Kelly re his review of ▓▓▓▓ Report (.1); memoranda to and from J. Malysiak, R. Byman, J. Epstein and M. Groman re ▓▓▓▓ and review language re same (.4). | 2,550.00 |
| 1/15/10 | CS | 6.50 | Revised ▓▓▓▓ section of Report (2.0); revised ▓▓▓▓ section of Report (2.0); revised ▓▓▓▓ section of Report (1.0); revised ▓▓▓▓ section of Report with particular attention to ▓▓▓▓ (1.5). | 5,037.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| 1/15/10 | MXG | 7.40 | Reviewed Team 4 emails re Report-drafting status (.7); conferred with A. Choudhury re same (.1); reviewed draft ▇▇▇▇ insert to ▇▇▇▇ section (1.4); reviewed and revised ▇▇▇▇ collateral chart (.2); conferred with A. Choudhury re ▇▇▇▇ research (.5); reviewed J. Pimbley memorandum re ▇▇▇▇ collateral requests (.4); conferred with A. Choudhury re same (.1); reviewed and revised ▇▇▇▇ section of draft Report (4.0). | 3,626.00 |
| 1/15/10 | AC | 8.90 | Revised draft section re ▇▇▇▇ claim based upon edits of M. Groman (3.6); conferred with J. Pimbley re analysis of ▇▇▇▇ (.3); conferred with D. Murray re ▇▇▇▇ (.2); researched ▇▇▇▇ (1.4); reviewed J. Pimbley analysis ▇▇▇▇ (1.2); revised analysis of ▇▇▇▇ (2.2). | 4,539.00 |
| 1/15/10 | KJ | 1.90 | Conferred with ▇▇▇▇ re ▇▇▇▇ and set up call with Examiner's counsel (.2); conferred with T. Winegar re import of protective orders on interview statements in the Report and redactions of the same (.2); reviewed and revised draft Report re ▇▇▇▇ (1.5). | 1,330.00 |
| 1/15/10 | EZS | 5.90 | Cite-checked and proofread draft Examiner's Report re ▇▇▇▇ (2.5); prepared ▇▇▇▇ documents and information in draft Examiner's Report chapter re ▇▇▇▇ (2.2); drafted emails to M. Devine and L. Pelanek re ▇▇▇▇ chapter (.8); conferred with J. Power, C. Meservy and A. Kennedy re redactions to ▇▇▇▇ chapter (.4). | 2,360.00 |
| 1/15/10 | PJT | 1.40 | Emails to and from J. Pimbley re ▇▇▇▇ (.3); reviewed emails from K. Jestin re protective order (.2); prepared daily report for Team 4 (.3); reviewed consolidated team Report (.1); reviewed updated collateral chart from M. Groman (.2); telephone call from L. Harrison re return of Debtors' confidential documents (.1); reviewed flash summary of ▇▇▇▇ interview (.2). | 1,050.00 |