# EXHIBIT B

# Individuals Providing Services

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
PROVIDING SERVICES FROM OCTOBER 1, 2009 THROUGH JANUARY 31, 2010**

| Name of Professional | Title and Office | Year Admitted | 2009 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $725.00 | 17.00 | $12,325.00 |
| John G. Aldridge | Senior Counsel, Atlanta | 1968 | $650.00 | 0.00 | $0.00 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $600.00 | 406.10 | $243,660.00 |
| William L. Floyd | Senior Counsel, Atlanta | 1965 | $595.00 | 0.00 | $0.00 |
| Patrick M. McGeehan | Partner, Atlanta | 1983 | $525.00 | 7.70 | $4,042.50 |
| Donald M. Etheridge | Partner, Atlanta | 1996 | $495.00 | 2.90 | $1,435.50 |
| Paul C. Hurdle, III | Partner, Washington | 1977 | $475.00 | 3.00 | $1,425.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $475.00 | 15.50 | $7,362.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $475.00 | 70.10 | $33,297.50 |
| Henry F. Sewell | Partner, Atlanta | 1986 | $460.00 | 0.00 | $0.00 |
| James D. Levine | Partner, Atlanta | 1982 | $460.00 | 0.00 | $0.00 |
| Jason M. Silverman | Associate, Washington | 2001 | $460.00 | 0.00 | $0.00 |
| Laurence R. Phillips | Partner, San Diego | 1997 | $450.00 | 0.00 | $0.00 |
| J. David Larsen | Partner, Los Angeles | 1997 | $450.00 | 0.00 | $0.00 |

---

[1] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York (collectively, the "Notice Parties") in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Professional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Brian Olasov | Managing Director, Atlanta | N/A | $450.00 | 1.40 | $630.00 |
| James W. Culbreth | Counsel, Atlanta | 1974 | $420.00 | 0.00 | $0.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $410.00 | 394.40 | $161,909.00 |
| Alan F. Kaufman | Counsel, New York | 2000 | $400.00 | 22.30 | $8,920.00 |
| Katherine M. Lewis | Partner, Atlanta | 2000 | $400.00 | 47.50 | $19,000.00 |
| Jess A. Pinkerton | Partner, Atlanta | 1997 | $400.00 | 0.30 | $120.00 |
| David A. Geiger | Partner, Atlanta | 1998 | $395.00 | 107.80 | $42,581.00 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $390.00 | 2.50 | $975.00 |
| Timothy J. Plunkett | Associate, New York | 2007 | $365.00 | 0.00 | $0.00 |
| Samantha Rein | Associate, Atlanta | 2000 | $365.00 | 0.00 | $0.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $355.00 | 122.90 | $43,629.50 |
| Jessica H. Mayes | Associate, New York | 2009 | $350.00 | 4.30 | $1,505.00 |
| S. Elizabeth Hall | Associate, Atlanta | 2004 | $320.00 | 0.00 | $0.00 |
| James H. Ludlam | Associate, Atlanta | 2002 | $305.00 | 0.30 | $91.50 |
| Alison M. Elko | Associate, Atlanta | 2003 | $305.00 | 127.00 | $38,735.00 |
| Douglas Flaum | Associate, Atlanta | 2006 | $305.00 | 203.30 | $62,006.50 |
| Scott Manning | Associate, Atlanta | 2007 | $305.00 | 0.20 | $61.00 |
| Leah D. Jackson | Associate, Atlanta | 2005 | $305.00 | 38.00 | $11,590.00 |
| Britney J. Willhite | Associate, Los Angeles | 2007 | $290.00 | 0.80 | $232.00 |

| Name of Professional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Sharice V. Owens | Associate, Atlanta | 2006 | $285.00 | 0.00 | $0.00 |
| Amanda Redick | Associate, Atlanta | 2006 | $285.00 | 31.70 | $9,034.50 |
| David Gordon | Associate, Atlanta | 2006 | $285.00 | 246.60 | $70,281.00 |
| Peter Yoxall | Associate, Atlanta | 2007 | $285.00 | 0.00 | $0.00 |
| Matthew James | Associate, Atlanta | 2004 | $305.00 | 6.30 | $1,921.50 |
| | | Professionals: | Blended Rate: $413.20 | Total Hours: 1,879.90 | Total Fees: $776,770.50 |

| Name of Paraprofessional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Ann Pearson | Paralegal, Atlanta | N/A | $225.00 | 0.00 | $0.00 |
| Fran L. Russell | Paralegal, Atlanta | N/A | $225.00 | 89.40 | $20,115.00 |
| Michelle S. Grycner | Paralegal, San Diego | N/A | $215.00 | 31.20 | $6,708.00 |
| Janet L. Tobin | Paralegal, Atlanta | N/A | $210.00 | 0.00 | $0.00 |
| Robert M. Gee | Paralegal, New York | N/A | $210.00 | 2.60 | $546.00 |
| Joyce Miller | Paralegal, Atlanta | N/A | $195.00 | 0.00 | $0.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $195.00 | 23.70 | $4,621.50 |
| Inghe Francois | Paralegal, Atlanta | N/A | $190.00 | 2.10 | $399.00 |
| Cindy Adams | Research Librarian, Atlanta | N/A | $180.00 | 0.00 | $0.00 |

3

| Name of Paraprofessional | Title and Office | Year Admitted | 2009 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christine Everheart | Litigation Support Specialist, San Diego | N/A | $180.00 | 0.40 | $72.00 |
| Elisa R. Woods | Research Librarian, Atlanta | N/A | $175.00 | 1.30 | $227.50 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $170.00 | 0.00 | $0.00 |
| Erik W. Bolte | Litigation Support Analyst, Washington | N/A | $160.00 | 0.00 | $0.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $160.00 | 15.50 | $2,480.00 |
| Sansanee Sermprungsuk | Research Librarian, Atlanta | N/A | $145.00 | 1.50 | $217.50 |
| Sarah E. Forshee | Paralegal, Atlanta | N/A | $85.00 | 0.00 | $0.00 |
| | Paraprofessionals: | | Blended Rate: $211.01 | Total Hours: 167.70 | Total Fees: $35,386.50 |
| | Total for Professionals and Paraprofessionals:[2] | | | Total Hours: 2,047.60 | Total Fees: $812,157.00 |

---

[2] The services that McKenna rendered to the debtors during the Fourth Interim Compensation Period incurred fees in the amount of $813,049.00 for 2,048.90 hours of the time of professionals and paraprofessionals (not including discretionary reductions made by McKenna in the exercise of billing judgment). However, McKenna has calculated that its timekeepers billed 2,047.60 hours, and, given the timekeepers' billing rates, the amount of fees incurred was $812,157.00. This is a discrepancy that McKenna has not been able to resolve and will continue to research.

4