# EXHIBIT C

# Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | October | 256.40 | $116,599.00 |
| 2 | 30837 | 0002 | October | 20.10 | $6,962.00 |
| 3 | 30837 | 0003 | October | 1.00 | $560.00 |
| 4 | 30837 | 0004 | October | 0.00 | $0.00 |
| 5 | 30837 | 0005 | October | 112.80 | $44,632.00 |
| 6 | 04406 | 0113 | October | 5.40 | $2,214.00 |
| 7 | 04406 | 0189 | October | 0.00 | $0.00 |
| 8 | 04406 | 0191 | October | 0.00 | $0.00 |
| 9 | 04406 | 0200 | October | 0.80 | $232.00 |
| 10 | 04406 | 0205 | October | 22.90 | $6,970.50 |
| 11 | 04406 | 0222 | October | 121.50 | $50,228.00 |
| 12 | 04406 | 0223 | October | 0.00 | $0.00 |
| 13 | 04406 | 0227 | October | 0.00 | $0.00 |
| 14 | 04406 | 0228 | October | 0.00 | $0.00 |
| 15 | 04406 | 0229 | October | 0.00 | $0.00 |
| 16 | 04406 | 0232 | October | 0.00 | $0.00 |
| 17 | 04406 | 0238 | October | 45.40 | $15,149.00 |
| | | | **Subtotal:** | 586.30 | $243,546.50 |
| | | | | | |
| 1 | 30837 | 0001 | November | 325.80 | $136,724.50 |
| 2 | 30837 | 0002 | November | 60.70 | $19,314.50 |
| 3 | 30837 | 0003 | November | 11.20 | $5,367.50 |
| 4 | 30837 | 0004 | November | 0.00 | $0.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 5 | 30837 | 0005 | November | 47.80 | $19,588.50 |
| 6 | 04406 | 0113 | November | 7.30 | $2,971.50 |
| 7 | 04406 | 0189 | November | 0.00 | $0.00 |
| 8 | 04406 | 0191 | November | 0.00 | $0.00 |
| 9 | 04406 | 0200 | November | 0.00 | $0.00 |
| 10 | 04406 | 0205 | November | 25.90 | $8,722.50 |
| 11 | 04406 | 0222 | November | 56.20 | $24,712.50 |
| 12 | 04406 | 0223 | November | 0.00 | $0.00 |
| 13 | 04406 | 0227 | November | 0.00 | $0.00 |
| 14 | 04406 | 0228 | November | 0.00 | $0.00 |
| 15 | 04406 | 0229 | November | 0.00 | $0.00 |
| 16 | 04406 | 0232 | November | 0.00 | $0.00 |
| 17 | 04406 | 0238 | November | 64.40 | $20,979.00 |
| | | | **Subtotal:** | 599.30 | $238,380.50 |
| 1 | 30837 | 0001 | December | 169.30 | $70,332.00 |
| 2 | 30837 | 0002 | December | 57.60 | $18,215.00 |
| 3 | 30837 | 0003 | December | 6.60 | $3,001.00 |
| 4 | 30837 | 0004 | December | 0.00 | $0.00 |
| 5 | 30837 | 0005 | December | 48.20 | $19,669.50 |
| 6 | 04406 | 0113 | December | 39.50 | $16,195.00 |
| 7 | 04406 | 0189 | December | 0.00 | $0.00 |
| 8 | 04406 | 0191 | December | 0.80 | $352.00 |

2

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 9 | 04406 | 0200 | December | 0.00 | $0.00 |
| 10 | 04406 | 0205 | December | 8.20 | $2,665.00 |
| 11 | 04406 | 0222 | December | 19.00 | $8,397.50 |
| 12 | 04406 | 0223 | December | 0.00 | $0.00 |
| 13 | 04406 | 0227 | December | 0.00 | $0.00 |
| 14 | 04406 | 0228 | December | 0.00 | $0.00 |
| 15 | 04406 | 0229 | December | 0.00 | $0.00 |
| 16 | 04406 | 0232 | December | 0.00 | $0.00 |
| 17 | 04406 | 0238 | December | 22.40 | $7,424.00 |
| 18[1] | 03165 | 0073 | December | 9.40 | $3,394.00 |
| | | | **Subtotal:** | 381.00 | $149,645.00 |
| 1 | 30837 | 0001 | January | 213.30 | $77,694.00 |
| 2 | 30837 | 0002 | January | 15.80 | $5,422.00 |
| 3 | 30837 | 0003 | January | 23.60 | $11,489.50 |
| 4 | 30837 | 0004 | January | 0.00 | $0.00 |
| 5 | 30837 | 0005 | January | 99.30 | $40,860.50 |
| 6 | 04406 | 0113 | January | 0.40 | $164.00 |
| 7 | 04406 | 0189 | January | 0.00 | $0.00 |
| 8 | 04406 | 0191 | January | 0.00 | $0.00 |
| 9 | 04406 | 0200 | January | 0.00 | $0.00 |

---

[1] This is the only invoice that McKenna has submitted for the Karim Alibhai matter regarding a loan default. See ¶ 26(11). This is the only invoice that will be submitted with respect to this matter.

3

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 10 | 04406 | 0205 | January | 56.30 | $17,655.50 |
| 11 | 04406 | 0222 | January | 44.50 | $19,051.00 |
| 12 | 04406 | 0223 | January | 0.00 | $0.00 |
| 13 | 04406 | 0227 | January | 0.00 | $0.00 |
| 14 | 04406 | 0228 | January | 0.00 | $0.00 |
| 15 | 04406 | 0229 | January | 0.00 | $0.00 |
| 16 | 04406 | 0232 | January | 0.00 | $0.00 |
| 17 | 04406 | 0238 | January | 29.10 | $9,140.50 |
| | | | **Subtotal:** | 482.30 | $181,477.00 |
| | | | **TOTAL:**[2] | **2,048.90** | **$813,049.00** |

---

[2] The services that McKenna rendered to the debtors during the Fourth Interim Compensation Period incurred fees in the amount of $813,049.00 for 2,048.90 hours of the time of professionals and paraprofessionals (not including discretionary reductions made by McKenna in the exercise of billing judgment). However, McKenna has calculated that its timekeepers billed 2,047.60 hours, and, given the timekeepers' billing rates, the amount of fees incurred was $812,157.00. This is a discrepancy that McKenna has not been able to resolve and will continue to research.