# EXHIBIT D

## Summary of Expenses

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| October | Computerized Legal Research (Lexis and Westlaw) | $667.87 |
| October | Courier and Express Mail | $97.02 |
| October | Filing/Court/Witness Fees | $0.00 |
| October | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $43,141.78 |
| October | Long Distance Telephone | $441.27 |
| October | Photocopy and Reproduction Charges (In-House) (564 pages @ $0.10 per copy) | $56.40 |
| October | Postage | $0.00 |
| October | Travel (Airline and Train Travel) | $0.00 |
| October | Travel (Hotels) | $995.47 |
| October | Travel (Local Transportation) | $93.50 |
| October | Travel (Meals) | $170.06 |
| October | Travel (Parking) | $74.00 |
| | **Subtotal** | **$45,737.37** |
| November | Computerized Legal Research (Lexis and Westlaw) | $6,953.86 |
| November | Courier and Express Mail | $203.38 |
| November | Filing/Court/Witness Fees | $375.00 |
| November | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $0.00 |
| November | Long Distance Telephone | $228.60 |
| November | Photocopy and Reproduction Charges (In-House) (8,095 pages @ $0.10 per copy) | $809.50 |

| Month | Expense Category | Total |
|---|---|---:|
| November | Postage | $0.00 |
| November | Travel (Airline and Train Travel) | $1,677.80 |
| November | Travel (Hotels) | $0.00 |
| November | Travel (Local Transportation) | $0.00 |
| November | Travel (Meals) | $137.43 |
| November | Travel (Parking) | $0.00 |
| | **Subtotal** | **$10,385.57** |
| December | Computerized Legal Research (Lexis and Westlaw) | $2,522.61 |
| December | Courier and Express Mail | $1,480.97 |
| December | Filing/Court/Witness Fees) | $651.48 |
| December | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $22,954.18 |
| December | Long Distance Telephone | $348.02 |
| December | Photocopy and Reproduction Charges (In-House) (pages 9,958 @ $0.10 per copy) | $995.80 |
| December | Postage | $0.00 |
| December | Travel (Airline and Train Travel) | $,2,045.80 |
| December | Travel (Hotels) | $704.84 |
| December | Travel (Local Transportation) | $275.00 |
| December | Travel (Meals) | $60.00 |
| December | Travel (Parking) | $144.00 |
| | **Subtotal** | **$32,182.70** |

2

| Month | Expense Category | Total |
|---|---|---|
| January | Computerized Legal Research (Lexis and Westlaw) | $268.52 |
| January | Courier and Express Mail | $59.73 |
| January | Filing/Court/Witness Fees | $0.00 |
| January | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $2,202.61 |
| January | Long Distance Telephone | $484.79 |
| January | Photocopy and Reproduction Charges (In-House) (2,907 pages @ $0.10 per copy) | $290.70 |
| January | Postage | $0.00 |
| January | Travel (Airline and Train Travel) | $600.00 |
| January | Travel (Hotels) | $0.00 |
| January | Travel (Local Transportation) | $0.00 |
| January | Travel (Meals) | $0.00 |
| January | Travel (Parking) | $0.00 |
| | **Subtotal** | **$3,906.35** |
| | **TOTAL:** | **$92,211.99** |

3