# EXHIBITS E1 - E4

## Invoices for October 1, 2009 through January 31, 2010

# EXHIBIT E-1

## Invoices for October 1, 2009 through October 31, 2009

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 682924
Matter No.: 30837.0001               Invoice Date: December 4, 2009
====================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| M. Kaufman | 138.70 | 600.00 | 83,220.00 |
| S. Chandler | 27.60 | 355.00 | 9,798.00 |
| D. Gordon | 58.60 | 285.00 | 16,701.00 |
| F.L. Russell | 17.40 | 225.00 | 3,915.00 |
| M.S. Grycner | 11.60 | 215.00 | 2,494.00 |
| I. Francois | 2.10 | 190.00 | 399.00 |
| C. Everhart | 0.40 | 180.00 | 72.00 |
| Total | 256.40 | | 116,599.00 |

TOTAL FEES:                                          $116,599.00

CHARGES:

| | |
|------|------|
| COPY CHARGES | 13.10 |
| DEPOSITION TRANSCRIPTS | 1,566.75 |
| LOCAL TRAVEL | 122.50 |
| LONG DISTANCE TELEPHONE | 261.23 |
| MEALS | 111.67 |
| OTHER | 3.00 |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


      OTHER PROFESSIONALS                41,393.23
      OUT OF TOWN TRAVEL                    630.91
      WESTLAW RESEARCH                      667.87

TOTAL CHARGES:                                        $ 44,770.26

T O T A L   T H I S   S T A T E M E N T:              $161,369.26

LEHMAN BROTHERS HOLDINGS INC.  December 4, 2009  PAGE 3
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


DESCRIPTION OF SERVICES


| 10/01/09 | D. Gordon<br>Task: L390 | .50 | CONFERENCE WITH J. GASOWSKI AND S. CHANDLER REGARDING PRODUCTION OF DOCUMENTS. |
|---|---|---|---|
| 10/01/09 | D. Gordon<br>Task: L240 | 1.40 | REVIEW OPPOSITION TO MOTION TO STRIKE (0.2); CONFERENCE WITH M. KAUFMAN REGARDING DAUBERT HEARING ISSUES (0.3); RESEARCH ISSUES IN CONNECTION WITH SAME (0.9). |
| 10/01/09 | M.S. Grycner<br>Task: L440 | .50 | BRIEF CONVERSATIONS WITH C. EVERHART AND F. RUSSELL REGARDING UPCOMING SCHEDULES FOR TRIAL AND DOCUMENT PRODUCTION ISSUES. |
| 10/01/09 | S. Chandler<br>Task: L240 | 3.20 | REVIEW KONTRABECKI FILINGS (2.8); CORRESPONDENCE WITH TEAM MEMBERS REGARDING SAME AND REGARDING UPCOMING HEARING (0.3); REVIEW CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING SAME (0.1). |
| 10/01/09 | S. Chandler<br>Task: L440 | 1.00 | CONFER WITH LITIGATION SUPPORT REGARDING UPCOMING TRIAL (0.2); CONFER WITH M.GRYCNER REGARDING SAME (0.3); CONFER WITH J.GASOWSKI REGARDING REGARDING PREPARATION FOR SAME (0.5). |
| 10/01/09 | S. Chandler<br>Task: L390 | .60 | CONFER WITH TEAM MEMBERS REGARDING DOCUMENT PRODUCTIONS MATTERS (0.3); CONFER WITH J.GASOWSKI REGARDING MATTERS RELATED TO SAME (0.3). |
| 10/01/09 | M. Kaufman<br>Task: L250 | 3.50 | FURTHER REVIEW OF RESEARCH AND COMPLETION OF OUTLINE AND PREPARATION FOR ARGUMENT. |
| 10/01/09 | F.L. Russell<br>Task: L390 | 2.00 | REVIEW AND RESPOND TO S. CHANDLER REGARDING WHITE AND CASE DOCUMENTS UPLOADED TO FTP SITE (0.1); REVIEW DATABASE FOR WHITE AND CASE DOCUMENTS AND MARK WITH REDACTION NOTATIONS (1.2); FORWARD REDACTED AND UNREDACTED VERSIONS OF DOCUMENTS TO S. CHANDLER, D. GORDON AND |

LEHMAN BROTHERS HOLDINGS INC.                December 4, 2009          PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

|            |                          |      |                                                                                                                                                                                             |
|------------|--------------------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                          |      | JONES DAY (0.3); REVIEW DOCUMENTS RETURNED BY JONES DAY SERVER AND CORRESPONDENCE FROM B. STONE (0.1); FORWARD REDACTED DOCUMENTS TO T. WILLIAMS TO CONDENSE (0.1); FORWARD ZIPPED DOCUMENTS TO JONES DAY (0.2). |
| 10/01/09   | F.L. Russell<br>Task:  L390  | .20  | REVIEW AND RESPOND TO S. CHANDLER E-MAIL REGARDING MARKING REDACTED DOCUMENTS.                                                                                                               |
| 10/01/09   | F.L. Russell<br>Task:  L440  | .10  | REVIEW AND RESPOND TO M. GRYCNER E-MAILS REGARDING TRIAL PREPARATION FOR  DAMAGES HEARING.                                                                                                   |
| 10/01/09   | M. Kaufman<br>Task:  L250    | 7.60 | EXTENSIVE PREPARATIONS FOR OCTOBER 2, 2009 HEARING ON PARTIAL SUMMARY JUDGMENT, MOTIONS IN LIMINE AND RELATED MOTIONS AND NUMEROUS CONVERSATIONS WITH P. BENVENUTTI REGARDING SAME.          |
| 10/01/09   | M. Kaufman<br>Task:  L120    | .40  | COMMUNICATIONS WITH P. BENVENUTTI REGARDING COURT DIRECTION PERTAINING TO SCHEDULING OF ARGUMENT AND TIME ALLOCATION ISSUES.                                                                 |
| 10/02/09   | M. Kaufman<br>Task:  L250    | 5.20 | EARLY MORNING COMPLETION OF PREPARATION FOR HEARING BEFORE JUDGE MONTALI ON SUMMARY JUDGMENT AND MOTIONS IN LIMINE.                                                                          |
| 10/02/09   | F.L. Russell<br>Task:  L440  | .20  | REVIEW AND RESPOND TO T. WILLIAMS' E-MAIL REGARDING STATUS OF LOADING WHITE AND CASE DOCUMENTS INTO SUMMATION DATABASE.                                                                      |
| 10/02/09   | M. Kaufman<br>Task:  L240    | 3.50 | ATTEND ARGUMENT BEFORE JUDGE MONTALI ON FOREGOING MATTERS (2.0); FOLLOW-UP COMMUNICATIONS WITH P. BENVENUTTI REGARDING RESULTS OF HEARING AND STRATEGIC ISSUES (1.5).                        |
| 10/02/09   | S. Chandler<br>Task:  L440   | 1.40 | CHECK STATUS OF IDENTIFICATION OF TRIAL DOCUMENTS (0.3); CONFER WITH M.GRYCNER REGARDING SAME AND REGARDING SCHEDULING,LITIGATION SUPPORT FOR TRIAL AND NEXT STEPS (0.9); CONFER WITH D.GORDON REGARDING PREPARATION FOR UPCOMING TRIAL (0.2). |
| 10/02/09   | M.S. Grycner<br>Task:  L440  | 2.00 | CONTINUED ANALYSIS OF POLISH PLEADINGS AND ORDERS AND INCLUDING LOCATING BATES STAMPED VERSIONS OF DOCUMENTS IN PREPARATION OF TRIAL.                                                       |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   5
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


| 10/03/09 | M. Kaufman<br>Task: L120 | 1.60 | CONSIDER IMPLICATION OF OCTOBER 2, 2009 HEARING AND POSSIBLE ADDITIONAL ACTION ITEMS THAT COULD BE UNDERTAKEN TO PROTECT LEHMAN'S POSITION. |
| 10/05/09 | D. Gordon<br>Task: L440 | 1.40 | REVIEW DEPOSITIONS AND DOCUMENTS IN CONNECTION WITH GATHERING AFFIRMATIVE EVIDENCE FOR USE IN DAMAGES TRIAL. |
| 10/05/09 | D. Gordon<br>Task: L240 | .30 | CONFERENCE WITH P. CROSBY REGARDING OUTCOME OF HEARINGS ON SUMMARY JUDGMENT, DAUBERT, AND MOTION IN LIMINE. |
| 10/05/09 | D. Gordon<br>Task: L390 | .20 | CONFERENCE WITH P. CROSBY REGARDING REVIEW OF POLISH PLEADINGS DOCUMENTS (0.1); MESSAGE TO M. GRYCNER, F. RUSSEL AND B. STONE REGARDING SAME (0.1). |
| 10/05/09 | F.L. Russell<br>Task: L390 | 1.20 | BEGIN REVIEW OF WHITE AND CASE DOCUMENTS TO CONFIRM PREVIOUSLY PRODUCED DOCUMENTS (1.0); PREPARE E-MAIL TO D. GORDON, M. GRYCNER, B. STONE, AND P. CROSBY REGARDING RESULTS OF REVIEW (0.2). |
| 10/05/09 | S. Chandler<br>Task: L440 | 3.60 | WORK ON WITNESS LIST (1.0); REVIEW FORECLOSURE FILE FOR POTENTIAL EXHIBITS (1.2); CONFER WITH J.GASOWSKI REGARDING PREPARATION FOR TRIAL (0.3); CONFER WITH D.GORDON REGARDING OCTOBER 2, 2009 HEARING AND IMPACT WITH RESPECT TO TIMING OF TRIAL AND TRIAL PREPARATION (0.3); CONFER WITH P.CROSBY REGARDING SAME AND REGARDING NEXT STEPS (0.3); WORK ON EXHIBIT LIST (0.2); WORK ON SCHEDULING ORDER (0.3). |
| 10/05/09 | F.L. Russell<br>Task: L390 | .20 | REVIEW AND RESPOND TO D. GORDON E-MAILS REGARDING DOCUMENT PRODUCTION AND CONFIRMING PRODUCTION OF DOCUMENTS ON WHITE AND CASE FTP SITE. |
| 10/05/09 | F.L. Russell<br>Task: L390 | 1.70 | CONTINUE REVIEW OF WDC AND OBC DOCUMENTS FROM WHITE AND CASE TO VERIFY PRODUCTION STATUS. |
| 10/06/09 | F.L. Russell<br>Task: L390 | .10 | COMMUNICATIONS WITH B. STONE REGARDING DISK OF ALL HELLER AND JONES DAY PRODUCTIONS. |

LEHMAN BROTHERS HOLDINGS INC.  December 4, 2009   PAGE 6
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

| | | | |
|---|---|---|---|
| 10/06/09 | F.L. Russell<br>Task: L390 | .50 | COMMUNICATIONS WITH B. MARKOWITZ REGARDING JONES DAY ACCESS TO MLA SUMMATION DATABASE (0.2); PREPARATION OF DRAFT OF JONES DAY CONFIDENTIALITY AGREEMENT FOR D. GORDON REVIEW (0.3). |
| 10/06/09 | F.L. Russell<br>Task: L390 | .60 | PREPARATION OF DRAFT SPREADSHEET FOR STATUS OF WHITE AND CASE POLISH DOCUMENT REVIEW FOR M.. GRYCNER. |
| 10/06/09 | M. Kaufman<br>Task: L250 | 1.20 | REVISION OF DECLARATION (0.5); DISCUSSION OF DECLARATION WITH W. OLSHAN AND P. BENVENUTTI (0.7). |
| 10/06/09 | I. Francois<br>Task: L390 | 2.10 | REVIEW DOUCMENTS RECEIVED FROM WHITE AND CASE FTP SITE FOR POTENTIAL PRODUCTION. |
| 10/06/09 | F.L. Russell<br>Task: L390 | .50 | TELEPHONE CONFERENCE WITH D. GORDON REGARDING POLISH PLEADING DOCUMENT PRODUCTION ISSUES (0.1); MEETING WITH M. GRYCNER, P. CROSBY AND B. STONE TO DETERMINE METHODOLOGY FOR REVIEW OF DOCUMENTS FROM WHITE AND CASE FTP SITE TO ASCERTAIN PRODUCTION STATUS (0.4). |
| 10/06/09 | S. Chandler<br>Task: L440 | 3.20 | REVIEW STATUS OF VARIOUS TRIAL PREPARATION ISSUES (0.6); CONFER WITH J.GASOWSKI REGARDING SAME (0.8); CONFER WITH P.CRSOBY REGARDING SAME (0.2); ADDITIONAL WORK ON WITNESS LIST (0.6); ADDITIONAL WORK ON SCHEDULING ORDER (0.5); CONTINUE WORK ON EXHIBITS (0.5). |
| 10/06/09 | S. Chandler<br>Task: L390 | .20 | CONFER WITH TEAM MEMBERS REGARDING STATUS OF DISCOVERY MATTERS. |
| 10/06/09 | F.L. Russell<br>Task: L390 | 4.00 | REVIEW WHITE AND CASE FTP DOCUMENTS TO CONFIRM PRODUCTION STATUS. |
| 10/06/09 | D. Gordon<br>Task: L240 | 3.60 | CONFERENCE WITH M. KAUFMAN REGARDING RESULTS OF HEARING ON SUMMARY JUDGMENT AND NEED TO RESPOND TO KONTRABECKI ARGUMENT REGARDING LACK OF PROOF AS TO SALE PROCESS (0.7); REVIEW MOTION TO SUPPLEMENT RECORD IN |

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE   7
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

|  |  |  |  |
|---|---|---|---|
|  |  |  | CONNECTION WITH SAME (0.1); REVIEW AND REVISE DECLARATION IN SUPPORT OF MOTION TO REOPEN (0.8); LOCATE AND ASSEMBLE EXHIBITS IN CONNECTION WITH SAME (0.5); ADDITIONAL RESEARCH IN CONNECTION WITH SAME (1.5). |
| 10/06/09 | D. Gordon<br>Task: L390 | .70 | MESSAGES WITH F. RUSSELL, M. GRYCNER, B. STONE AND P. CROSBY REGARDING POLISH PLEADINGS DOCUMENT PRODUCTION ISSUES (0.1); CONFERENCE WITH F. RUSSELL REGARDING SAME (0.1); CONFERENCE WITH F. RUSSELL, M. GRYCNER, B. STONE AND P. CROSBY  REGARDING SAME (0.5). |
| 10/06/09 | M.S. Grycner<br>Task: L390 | .50 | TELEPHONE CONFERENCE WITH D. GORDON AND F. RUSSELL REGARDING DOCUMENT REVIEW ISSUES RELATED TO WHITE AND CASE DOCUMENTS. |
| 10/06/09 | M.S. Grycner<br>Task: L390 | .50 | MODIFY EXCEL SPREADSHEET IN PREPARATION OF TRACKING FURTHER REVIEW OF POLISH BANKRUTCPY PLEADINGS AND ORDERS. |
| 10/06/09 | M. Kaufman<br>Task: L240 | 6.70 | EXTENSIVE WORK IN PREPARATION OF MOTION PAPERS TO BE FILED BY LEHMAN WITH REGARD TO MODIFYING RECORD TO ADD FACTS PERTAINING TO KONTRABECKI'S KNOWLEDGE OF LEHMAN'S INTENTION WITH REGARD TO DAMAGE PROOF AND TESTIMONY OF EXPERTS AND OTHERS ON ISSUES PERTAINING TO DAMAGES (2.7); PREPARATION OF DECLARATION IN SUPPORT THEREOF (1.4); CONFER WITH P. BENVENUTTI REGARDING LANGUAGE TO BE CONTAINED IN MOTION TO MODIFY RECORD AND TO OFFER MY DECLARATION (0.8); REVISIONS OF MOTION DRAFT (0.4); FURTHER WORK IN CONJUNCTION WITH FINALIZING SAID MOTION AND NUMEROUS DISCUSSIONS WITH P. BENVENUTTI AND W. OLSHAN REGARDING SAME (0.6); CONFER WITH J. HATFIELD REGARDING POSSIBLE TESTIMONY IN SUPPORT OF PERIOD OF TIME NECESSARY TO EXPOSE PROPERTY BEFORE SALE AND CONFER WITH P. BENVENUTTI REGARDING RESULTS THEREOF (0.8). |
| 10/06/09 | S. Chandler<br>Task: L250 | 3.60 | CONFERENCE WITH D.GORDON AND M.KAUFMAN REGARDING HEARING ON SUMMARY JUDGMENT AND NEXT STEPS (0.7); CALL TO P.BENVENUTTI REGARDING SAME (0.3); RESEARCH REGARDING REOPENING RECORD IN CONNECTION WITH SUMMARY |

LEHMAN BROTHERS HOLDINGS INC.      December 4, 2009      PAGE   8
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

|  |  |  |  |
|---|---|---|---|
|  |  |  | JUDGMENT MOTION (1.6); CONFER WITH P.CROSBY REGARDING SAME (0.3); REVIEW DRAFT OF MOTION TO REOPEN RECORD (0.7). |
| 10/07/09 | M. Kaufman<br>Task: L240 | 5.10 | PREPARE MEMORANDUM TO OPPOSING COUNSEL REGARDING TENTATIVE PREPARATION FOR TRIAL IF COURT RULES THAT DISCOVERY CAN BE UNDERTAKEN OF M. DEMBSKA AND SUMMARY JUDGMENT WERE TO BE DENIED (1.3); CONFER EXTENSIVELY WITH P. BENVENUTTI AND W. OLSHAN REGARDING SAME (0.7); DRAFT AND REVISE COMMUNICATION TO MOORE REGARDING SAME OUTLINING EXTENSIVE ISSUES TO BE ADDRESSED IF SUMMARY JUDGMENT IN FAVOR OF KONTRABECKI IS DENIED WITH CERTAIN DELAYS IN THE TRIAL TO AFFORD DISCOVERY OPPORTUNITIES (1.6); REVIEW P. BENVENUTTI'S MODIFICATIONS TO PROPOSED DRAFT AND REVISION OF SAME (0.5); DISCUSSION OF FINAL VERSION WITH CLIENT (0.7); DISCUSSION WITH P. BENVENUTTI REGARDING TRANSMITTAL OF SAID E-MAIL AND COMMUNICATION WITH MOORE REGARDING SAME (0.3). |
| 10/07/09 | D. Gordon<br>Task: L390 | .70 | REVISIONS TO CONFIDENTIALITY AGREEMENT WITH JONES DAY FOR ACCESS TO DOCUMENT DATABASE (0.3); OBTAIN EXECUTED COPIES OF SAME (0.1); MESSAGES WITH IT DEPARTMENT REGARDING SAME (0.1); REVIEW PROPOSED SPREADSHEET FOR DETERMINING PRODUCTION OF POLISH PLEADINGS DOCUMENTS (0.1); MESSAGE TO F. RUSSELL REGARDING SAME (0.1). |
| 10/07/09 | D. Gordon<br>Task: L440 | 5.00 | MESSAGES WITH P. BENVENUTTI AND M. KAUFMAN REGARDING PRETRIAL ISSUES (0.2); RESEARCH ADMISSIBILITY OF RZB DOCUMENTS UNDER DOCTRINE OF INDEPENDENT LEGAL SIGNIFICANCE (3.0); CONFERENCE WITH P. CROSBY REGARDING SAME (0.3); CONFERENCE WITH P. CROSBY REGARDING RECOVERABILITY OF ATTORNEYS FEES ISSUES (0.3); RESEARCH ADMISSIBILITY OF CERTAIN EVIDENCE UNDER ADDITIONAL EXCEPTIONS TO THE HEARSAY RULE (1.2). |
| 10/07/09 | M.S. Grycner<br>Task: L390 | 5.00 | REVIEW AND ANALYZE DOCUMENTS WITHIN WHITE AND CASE FTP SITE WDC 2005 AND COMPARED SAME TO SUMMATION FOR VERSIONS PREVIOUSLY PRODUCED. |

LEHMAN BROTHERS HOLDINGS INC.            December 4, 2009            PAGE    9
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

| | | | |
|---|---|---|---|
| 10/07/09 | F.L. Russell<br>Task: L390 | 3.70 | REVIEW AND ANALYZE WHITE AND CASE FTP DOCUMENTS IN FOLDER LABELED WDC 2006 - 2007 TO COMPARE TO DOCUMENTS PREVIOUSLY PRODUCED. |
| 10/07/09 | S. Chandler<br>Task: L190 | .80 | CONFER WITH TEAM MEMBERS REGARDING NEXT STEPS (0.3); PREPARE NOTES REGARDING SAME (0.2); REVIEW CORRESPONDENCE REGARDING SAME AND REGARDING SCHEDULING (0.3). |
| 10/07/09 | M. Kaufman<br>Task: L420 | 1.30 | CONFER WITH D. GORDON REGARDING PREPARATION OF DAMAGE ANALYSIS DEMONSTRATIVE EXHIBITS AND WORKING WITH BROGAN AND OTHERS TO PREPARE SAME FOR TRIAL (1.3). |
| 10/07/09 | F.L. Russell<br>Task: L390 | .20 | E-MAILS WITH B. STONE REGARDING TERMS OF JONES DAY CONFIDENTIALITY AGREEMENT TO PERMIT JONES DAY EMPLOYEES ACCESS TO MLA DATABASE (0.1); ADD ADDITIONAL EMPLOYEES TO CONFIDENTIALITY AGREEMENT (0.1). |
| 10/07/09 | F.L. Russell<br>Task: L390 | .50 | REVISE EXCEL SPREADSHEET OF WHITE AND CASE FTP DOCUMENTS AND FORWARD TO D. GORDON. |
| 10/07/09 | F.L. Russell<br>Task: L390 | .20 | COMMUNICATIONS WITH M. GRYCNER AND D. GORDON REGARDING WHITE AND CASE FTP SITE. |
| 10/07/09 | F.L. Russell<br>Task: L390 | .20 | REVIEW AND RESPOND TO B. MARKOWITZ E-MAIL COMMUNICATIONS REGARDING EXTENT OF JONES DAY ACCESS TO MLA DATABASES AND JONES DAY PERSONNEL WHO WILL HAVE ACCESS TO DATABASES. |
| 10/08/09 | F.L. Russell<br>Task: L390 | .10 | REVIEW E-MAILS FROM WHITE AND CASE REGARDING FTP SITE FOR POLISH WDC AND OBC DOCUMENTS. |
| 10/08/09 | F.L. Russell<br>Task: L390 | .30 | PRINT AND ORGANIZE 2006 - 2007 WDC AND OBC DOCUMENTS FROM WHITE AND CASE FTP SITE. |
| 10/08/09 | C. Everhart<br>Task: L140 | .40 | CONTINUE TRANSFER OF FILES FROM ATLANTA SERVER TO SAN DIEGO SERVER IN PREPARATION FOR PARALEGAL REVIEW |
| 10/08/09 | M. Kaufman<br>Task: L440 | .70 | WORK ON KONTRABECKI TRIAL PREPARATION MATTERS (0.7). |

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009        PAGE  10
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


10/08/09  M. Kaufman        3.10  WORK ON ISSUES REGARDING TESTIMONY OF J. BROGAN
          Task:  L420             (0.5); EXTENSIVE E-MAIL TO J. BROGAN AND OTHERS
                                  REGARDING PREPARATION OF TESTIMONY AND APPROACH
                                  TO BE TAKEN WITH REGARD TO SAME AND ANALYSIS AS
                                  TO PRESENTATION OF J. BROGAN'S EVIDENCE AT
                                  TRIAL (1.2); WORK WITH D. GORDON REGARDING
                                  DAMAGE ANALYSIS ISSUES AND WORK ON SPREADSHEET
                                  AND APPROACH TO PRESENTATION OF DEMONSTRATIVE
                                  EVIDENCE WITH REGARD TO DAMAGE TRIAL MATTERS
                                  (1.4).

10/08/09  M. Kaufman         .70  CONFER WITH HATFIELD REGARDING HIS TRIAL
          Task:  L410             TESTIMONY (0.4); REVIEW VARIOUS E-MAILS TO
                                  OTHER WITNESSES PERTAINING TO TRIAL TESTIMONY
                                  AND PREPARATION (0.3).

10/08/09  M. Kaufman        1.70  REVIEW SUMMARY JUDGMENT DETERMINATION MADE BY
          Task:  L240             JUDGE MONTALI AND NUMEROUS PRELIMINARY
                                  CONVERSATIONS WITH P. BENVENUTTI REGARDING
                                  RESULTS THEREOF (1.7).

10/08/09  S. Chandler        .80  REVIEW ORDER ON SUMMARY JUDGMENT MOTION.
          Task:  L240

10/08/09  S. Chandler        .60  REVIEW CORRESPONDENCE REGARDING ANALYSIS FOR
          Task:  L440             TRIAL (0.2); REVIEW CORRESPONDENCE REGARDING
                                  SCHEDULING (0.2); CORRESPONDENCE WITH
                                  J.GASOWSKI REGARDING PREPARATION FOR TRIAL
                                  (0.2).

10/08/09  M.S. Grycner      2.00  COMPLETE REVIEW AND ANALYSIS OF DOCUMENTS
          Task:  L390             WITHIN WHITE AND CASE FTP SITE WDC 2005 AND
                                  COMPARE SAME TO SUMMATION FOR VERSIONS
                                  PREVIOUSLY PRODUCED.

10/08/09  D. Gordon         1.30  PREPARATION FOR DAMAGES TRIAL (0.2);
          Task:  L440             MEMORANDUM TO J. BROGAN REGARDING SAME (0.1);
                                  CONFERENCE WITH J. BROGAN REGARDING SAME
                                  (0.1); RESEARCH ISSUES IN CONNECTION WITH
                                  ADMISSIBILITY OF EVIDENCE FOR CASE IN CHIEF
                                  (0.9).

10/08/09  D. Gordon          .50  INITIAL REVIEW OF MEMORANDUM DECISION ON
          Task:  L240             SUMMARY JUDGMENT (0.3); CONFERENCE WITH P.
                                  CROSBY REGARDING SAME (0.2).

LEHMAN BROTHERS HOLDINGS INC.  December 4, 2009  PAGE  11
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


10/08/09  M. Kaufman  1.40 CONFER WITH P. BENVENUTTI REGARDING THE
    Task:  L120      STERNBERG DECISION AND ITS IMPLICATIONS AS TO
                ATTORNEYS FEE IN THIS CASE (0.6); REVIEW
                STERNBERG DECISION (0.4); REVIEW P.
                BENVENUTTI'S E-MAIL TO CLIENT PRELIMINARILY
                OUTLINING RESULTS OF STERNBERG AND DISCUSSION
                WITH P. BENVENUTTI REGARDING IMPLICATIONS OF
                STERNBERG DECISION AND HOW WE MIGHT ARGUE ITS
                INAPPLICABILITY TO ATTORNEYS FEE CLAIMS IN OUR
                CASE (0.4).


10/09/09  M.S. Grycner  1.10 REVIEW AND ANALYZE DOCUMENTS WITHIN WHITE AND
    Task:  L390      CASE FTP SITE OBC 2005 AND COMPARE SAME TO
                SUMMATION FOR VERSIONS PREVIOUSLY PRODUCED.


10/09/09  M. Kaufman  5.70 EXTENSIVE DISCUSSIONS WITH P. BENVENUTTI, W.
    Task:  L240      OLSHAN AND OTHERS WITH REGARD TO RESULTS OF
                DECISION ON SUMMARY JUDGMENT PERTAINING TO
                DAMAGES AND IMPLICATIONS (3.2); CONSIDERATION
                OF VARIOUS APPROACHES TO POSSIBLY SEEK
                RECONSIDERATION THEREON AND CONSIDERATION OF
                OTHER ISSUES TRIGGERED BY THE DECISION
                INCLUDING ASPECTS STILL NEEDING TO BE TRIED AND
                APPROACH TO BE TAKEN IN REGARD TO SAME (2.5).


10/09/09  D. Gordon  1.10 FURTHER REVIEW AND ANALYSIS OF ORDER ON
    Task:  L240      SUMMARY JUDGMENT (0.4); CONFERENCE WITH M.
                KAUFMAN AND S. CHANDLER REGARDING SAME AND
                STEPS GOING FORWARD (0.7).


10/09/09  D. Gordon  .50 CONFERENCES WITH PARALEGALS REGARDING STATUS
    Task:  L390      OF PRODUCTION OF POLISH BANKRUPTCY DOCUMENTS
                (0.2); CONFERENCE WITH S. CHANDLER REGARDING
                SAME (0.1); CONFERENCE WITH P. BENVENUTTI
                REGARDING SAME (0.1); MESSAGE TO ALL
                PARALEGALS AND J. GASOWSKI REGARDING STATUS
                OF DISCOVERY ISSUES (0.1).


10/09/09  S. Chandler  1.40 CONFER WITH D.GORDON AND M.KAUFMAN REGARDING
    Task:  L190      SUMMARY JUDGMENT DECISION AND NEXT STEPS (0.9);
                COMMUNICATIONS TO TEAM MEMBERS REGARDING SAME
                (0.2); REVIEW E-MAIL CORRESPONDENCE REGARDING
                SAME (0.2); MESSAGE TO CO-COUNSEL REGARDING
                SAME (0.1).

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE  12
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

| 10/09/09 | F.L. Russell<br>Task: L390 | .20 | REVIEW AND RESPOND TO D. GORDON, M. GRYCNER AND B. STONE E-MAILS REGARDING STATUS OF WORK ON DOCUMENTS FROM FTP SITE. |
| 10/09/09 | F.L. Russell<br>Task: L390 | .10 | REVIEW D. GORDON E-MAIL REGARDING STAY OF WORK ON DOCUMENTS FROM FTP SITE. |
| 10/12/09 | M. Kaufman<br>Task: L240 | 1.20 | MEETING WITH D. GORDON AND S. CHANDLER TO REVIEW STATUS OF CASE AND APPROACH TO BE TAKEN IN LIGHT OF SUMMARY JUDGMENT BEING ENTERED ON LEHMAN'S DAMAGE CLAIM (0.3); CONSIDER AND OUTLINE POSSIBLE GROUNDS FOR SEEKING RECONSIDERATION (0.9). |
| 10/12/09 | D. Gordon<br>Task: L190 | .30 | CONFERENCE WITH M. KAUFMAN AND S. CHANDLER REGARDING STATUS OF CASE IN LIGHT OF ORDER GRANTING SUMMARY JUDGMENT ON DELAY DAMAGES. |
| 10/12/09 | S. Chandler<br>Task: L390 | .30 | REVIEW DEPOSITION TRANSCRIPT CORRECTIONS AND FORWARD SAME TO REPORTER. |
| 10/12/09 | S. Chandler<br>Task: L440 | 1.00 | CONFER WITH S.BROOKS REGARDING FILE ORGANIZATION IN CONNECTION WITH TRIAL PREPARATION (0.3); CONFER WITH M.KAUFMAN REGARDING NEXT STEPS WITH RESPECT TO SAME (0.3); CONFER WITH D.GORDON REGARDING SAME (0.1); MESSAGE TO EXPERT REGARDING TRIAL SCHEDULING (0.1); CONFER WITH L.GILICINSKI REGARDING SAME (0.2). |
| 10/12/09 | M. Kaufman<br>Task: L120 | 4.20 | CONFER WITH P. BENVENUTTI FURTHER WITH REGARD TO CASE AND POSSIBLE APPROACHES IN LIGHT OF RULING AND PREPARATORY TO CONFERRING WITH W. OLSHAN REGARDING SUMMARY JUDGMENT AND NEXT STEP (1.6); SUBSEQUENT CONFERRAL WITH W. OLSHAN WITH REGARD TO STRATEGIC APPROACHES TO BE TAKEN BY LEHMAN (0.6); CONSIDER ISSUES REGARDING KONTRABECKI'S EXPRESSED INTENTION TO BRING SANCTIONS/TRIAL MOTION, IMPLICATIONS OF SAME AND HOW TO APPROACH SUCH MATTERS AT TELEPHONIC CONFERENCE WITH COURT (1.1); REVIEW VARIOUS |

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE   13
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

E-MAILS WITH REGARD TO ASSESSMENT OF LEHMAN'S
LEGAL FEE CLAIM PREPARATORY TO TELEPHONIC
CONFERENCE WITH COURT (0.3); PRELIMINARY
DISCUSSION WITH P. BENVENUTTI REGARDING
ARGUMENTS TO BE ADVANCED TO JUDGE MONTALI
DURING CONFERENCE (0.6).

10/13/09  M. Kaufman    2.40   SUBSEQUENT PARTICIPATION IN CALL WITH M. BETZ,
         Task:  L120           R. MOORE AND P. BENVENUTTI TO DISCUSS MATTERS
                              PREPARATORY TO CONFERENCE CALL (0.3);
                              SUBSEQUENT CONFERRAL WITH P. BENVENUTTI
                              REGARDING STRATEGIES IN LIGHT OF CALL WITH
                              OPPOSING COUNSEL (0.9); CONFER WITH D. GORDON
                              PERTAINING TO KONTRABECKI'S MOTION FOR MISTRIAL
                              AND STRATEGIC CONSIDERATION ARISING FROM THAT
                              ARGUMENT (1.2).

10/13/09  S. Chandler    .30   REVIEW FINAL DEPOSITION REVISIONS AND FORWARD
         Task:  L390           SAME TO REPORTER.

10/13/09  D. Gordon    1.30   CONFER WITH M. KAUFMAN REGARDING
         Task:  L240           KONTRABECKI'S PROPOSED MOTION FOR MISTRIAL
                              AND POTENTIAL LEHMAN RESPONSES AND STRATEGIES
                              IN CONNECTION WITH SAME.

10/13/09  M. Kaufman    2.30   CONFERENCE WITH P. BENVENUTTI TO PREPARE FOR
         Task:  L240           MEET AND CONFER SESSION WITH OPPOSING COUNSEL
                                (0.9); CONTINUED WORK ON MATTERS RELATING TO
                              DEVELOPMENT OF ARGUMENTS WITH RESPECT TO MOTION
                              FOR RECONSIDERATION (0.8); CONFER WITH CLIENT
                              REGARDING MOTION FOR RECONSIDERATION ISSUES AND
                              WITH REGARD TO BUDGETING MATTERS (0.6).

10/14/09  M. Kaufman    2.30   FURTHER PREPARATION FOR TELEPHONIC CONFERENCE
         Task:  L240           WITH JUDGE MONTALI PERTAINING TO STATUS AND
                                NEXT STEP (0.5); PARTICIPATE IN STATUS
                              CONFERENCE CALL WITH JUDGE MONTALI (0.5); CALL
                              TO W. OLSHAN TO UPDATE ON RESULTS ON STATUS
                              CONFERENCE AND TO PLAN NEXT STEPS AND APPROACH
                              BE TAKEN BY LEHMAN WITH REGARD TO VARIOUS
                              ISSUES INCLUDING MOTION FOR RECONSIDERATION AND
                              POSSIBLE MOTION TO MODIFY FIFTH AMENDMENT ORDER
                              TO DISCOVERY AND CONSIDERATIONS REGARDING
                              TIMING OF SAME (1.3).

LEHMAN BROTHERS HOLDINGS INC.            December 4, 2009            PAGE   14
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


| | | | |
|---|---|---|---|
| 10/14/09 | S. Chandler<br>Task: L190 | 1.40 | CONFER WITH D.GORDON REGARDING STATUS OF VARIOUS MATTERS AND POTENTIAL NEXT FILINGS (0.2); MEET WITH M.KAUFMAN AND D.GORDON REGARDING SAME (0.9); ORGANIZE TRIAL PREPARATION MATERIALS (0.3). |
| 10/14/09 | S. Chandler<br>Task: L240 | .20 | REVIEW PROPOSED ORDER ON SUMMARY JUDGMENT AND CORRESPONDENCE REGARDING SAME. |
| 10/14/09 | D. Gordon<br>Task: L440 | .40 | LOCATE DOCUMENTS FOR P. BENVENUTTI IN PREPARATION FOR STATUS CONFERENCE (0.3); MESSAGES WITH P. BENVENUTTI REGARDING SAME (0.1). |
| 10/14/09 | D. Gordon<br>Task: L190 | .70 | CONFERENCE WITH M. KAUFMAN AND S. CHANDLER REGARDING STATUS OF CASE AND STEPS GOING FORWARD IN LIGHT OF STATUS CONFERENCE. |
| 10/14/09 | M. Kaufman<br>Task: L120 | 2.90 | CONFER WITH P. BENVENUTTI REGARDING MISTRIAL POSITIONS BEING PRELIMINARILY ASSERTED BY KONTRABECKI PERTAINING TO CONTEMPT ISSUES AND DISCUSSION OF STRATEGIC CONSIDERATIONS AND CONCERNS AND ANALYSIS OF APPROACH TO BE TAKEN AND NEED TO DISCUSS SAME FURTHER WITH CLIENT (1.4); SUBSEQUENT CONFERRAL WITH P. BENVENUTTI REGARDING HEARING AND IMPLICATION THEREOF (0.7); CONFER WITH S. CHANDLER AND D. GORDON REGARDING STATUS IN LIGHT OF RESULTS OF TELEPHONIC CONFERENCE BEFORE JUDGE MONTALI AND LIKELY NEXT INITIATIVE TO BE UNDERTAKEN (0.8). |
| 10/15/09 | M. Kaufman<br>Task: L120 | .80 | FURTHER WORK ON ANALYSIS OF ISSUES LIKELY TO ARISE IN CONTEXT OF MISTRIAL MOTION AND ASSESSMENT OF SAME (0.8). |
| 10/15/09 | S. Chandler<br>Task: L190 | .60 | REVIEW MESSAGE FROM J.GASOWSKI REGARDING STATUS OF VARIOUS TRIAL PREPARATION MATTERS (0.2); SKIM CHARTS DETAILING SAME (0.4). |
| 10/15/09 | M. Kaufman<br>Task: L240 | 2.40 | REVIEW TRANSCRIPT OF OCTOBER HEARING WITH REGARD TO DAMAGES AND CONSIDERATION OF MATTERS THEREIN IN CONJUNCTION WITH MOTION FOR RECONSIDERATION (0.8); FURTHER WORK ON OUTLINE OF ISSUES AND FACTS TO BE EXPLORED WITH REGARD TO MOTION FOR RECONSIDERATION (1.6). |

LEHMAN BROTHERS HOLDINGS INC.           December 4, 2009        PAGE  15
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/16/09 | M. Kaufman<br>Task: L120 | 1.80 | CONFER WITH P. BENVENUTTI PREPARATORY TO CALL WITH W. OLSHAN TO DISCUSS STRATEGIC ISSUES (0.8); SUBSEQUENT PARTICIPATION IN TELEPHONE CALL TO REVIEW VARIETY OF ISSUES WITH W. OLSHAN AND P. BENVENUTTI (1.0). |
| 10/18/09 | M. Kaufman<br>Task: L120 | 1.60 | WORK ON MATTERS RELATING TO MOTION FOR RECONSIDERATION AND LOCATING VARIOUS DOCUMENTS PERTAINING TO LEHMAN'S MOTION IN THAT REGARD. |
| 10/19/09 | F.L. Russell<br>Task: L240 | .30 | REVIEW AND RESPOND TO D. GORDON AND M. GRYCNER E-MAILS REGARDING PRODUCTION DATES FOR CERTAIN CORRESPONDENCE. |
| 10/19/09 | D. Gordon<br>Task: L240 | 2.80 | CONFERENCES WITH M. KAUFMAN REGARDING MOTION FOR RECONSIDERATION (1.6); BEGIN RESEARCHING ISSUES IN CONNECTION WITH SAME (1.2). |
| 10/19/09 | M. Kaufman<br>Task: L240 | 6.50 | EXTENSIVE ASSESSMENT OF ISSUES AND APPROACHES TO OPPOSE ANTICIPATED SANCTIONS MOTION (1.7); OUTLINE DRAFT AND WORK ON MOTION FOR RECONSIDERATION (3.3); MEETING WITH D. GORDON REGARDING SAID MOTION AND ISSUES TO BE ADRESSED AND RESEARCHED (1.5). |
| 10/20/09 | M. Kaufman<br>Task: L240 | 4.80 | DRAFT MOTION FOR RECONSIDERATION (4.4); CONFER WITH D. GORDON REGARDING SAID MOTION (0.4). |
| 10/20/09 | F.L. Russell<br>Task: L390 | .30 | LOCATE EARLY PRODUCTION DISKS AND IDENTIFY PRODUCTION DATE FOR CERTAIN DOCUMENTS REQUESTED BY D. GORDON. |
| 10/20/09 | M. Kaufman<br>Task: L120 | 2.40 | ANALYTICAL WORK AND REVIEW RECORD REGARDING ANTICIPATED SANCTIONS MOTION AND TACTICAL ISSUES (2.4). |
| 10/20/09 | D. Gordon<br>Task: L240 | 4.80 | RESEARCH ISSUES IN CONNECTION WITH MOTION FOR RECONSIDERATION (4.4); CONFERENCE WITH M. KAUFMAN REGARDING SAME (0.4). |
| 10/20/09 | S. Chandler<br>Task: L190 | .40 | REVIEW VARIOUS NOTICES REGARDING FILINGS OF TRANSCRIPTS (0.2); REVIEW DEPOSITION INVOICE AND REQUEST PAYMENT (0.2). |

LEHMAN BROTHERS HOLDINGS INC.            December 4, 2009          PAGE   16
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


| 10/20/09 | S. Chandler<br>Task: L240 | .40 | REVIEW OUTLINE OF ISSUES TO ADDRESS IN CONNECTION WITH MOTION FOR RECONSIDERATION ON SUMMARY JUDGMENT AND RELATED MATTERS. |
| 10/21/09 | S. Chandler<br>Task: L240 | .30 | REVIEW RESEARCH MEMORANDUM PERTAINING TO MOTION FOR RECONSIDERATION. |
| 10/21/09 | D. Gordon<br>Task: L240 | 7.50 | CONFERENCE WITH M. KAUFMAN, P. BENVENUTTI AND P. CROSBY REGARDING MOTION FOR RECONSIDERATION (0.6); EXTENSIVE REVIEW OF RECORD FROM ADVERSARY PROCEEDING TO GATHER RECORD DOCUMENTS FOR USE IN CONNECTION WITH SAME (6.9). |
| 10/21/09 | M. Kaufman<br>Task: L240 | 6.10 | CONFER WITH D. GORDON, P. BENVENUTTI AND P. CROSBY REGARDING ANALYTICAL ISSUES WITH RESPECT TO MOTION FOR RECONSIDERATION (0.6); DRAFT MOTION FOR RECONSIDERATION (5.5). |
| 10/22/09 | M. Kaufman<br>Task: L240 | 5.40 | DRAFT MOTION FOR RECONSIDERATION (2.9); PREPARE OUTLINE OF RECONSIDERATION ISSUES FOR DISCUSSION ON CALL WITH OTHER CO-COUNSEL (0.4); CONFERENCE CALL WITH P. CROSBY, P. BENVENUTTI AND D. GORDON REGARDING RECONSIDERATION (1.0); FURTHER DRAFT OF MOTION FOR RECONSIDERATION (1.1). |
| 10/22/09 | M. Kaufman<br>Task: L250 | 1.30 | REVIEW LETTER FROM KONTRABECKI TO COURT APPROVING LEHMAN'S POSITION ON PRECLUSION ORDER FOOTNOTE AND ASSESS SAME AND RESPOND (0.7); DISCUSS RESPONSE APPROACH WITH P. BENVENUTTI (0.4). |
| 10/22/09 | D. Gordon<br>Task: L240 | 2.40 | PREPARATION FOR MEETING WITH M. KAUFMAN, P. BENVENUTTI AND P. CROSBY REGARDING MOTION FOR RECONSIDERATION (0.1); ATTENDANCE AT SAME (1.0); RESEARCH RECORD ISSUES FOR USE IN MOTION FOR RECONSIDERATION (1.1); MESSAGE TO W. OLSHAN REGARDING SAME (0.2). |
| 10/22/09 | S. Chandler<br>Task: L250 | .60 | REVIEW LETTER TO JUDGE MONTALI FROM COUNSEL FOR KONTRABECKI (0.3); REVIEW DRAFT REPLY (0.3). |
| 10/23/09 | S. Chandler<br>Task: L250 | .20 | REVIEW FINAL LETTER TO JUDGE MONTALLI. |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   17
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


| 10/23/09 | D. Gordon<br>Task: L240 | 1.10 | CONFERENCE WITH M. KAUFMAN REGARDING RECORD EVIDENCE NEEDED FOR RECONSIDERATION (0.1); RESEARCH AND GATHER SAME (1.0). |
|---|---|---|---|
| 10/23/09 | M. Kaufman<br>Task: L240 | 6.70 | EXTENSIVE DRAFTING OF  MOTION FOR RECONSIDERATION (6.7). |
| 10/23/09 | S. Chandler<br>Task: L190 | .30 | REVIEW CORRESPONDENCE REGARDING CASE DEVELOPMENTS. |
| 10/23/09 | M. Kaufman<br>Task: L250 | .50 | REVIEW DRAFT REPLY LETTER FROM P. BENVENUTTI TO MONTALI REGARDING PRECLUSION ORDER FOOTNOTE (0.3); CONFER WITH P. BENVENUTTI REGARDING EDITS (.2). |
| 10/26/09 | S. Chandler<br>Task: L190 | .50 | REVIEW CORRESPONDENCE REGARDING CASE DEVELOPMENTS (0.3); REVIEW MEMORANDUM ORDER (0.2). |
| 10/26/09 | M. Kaufman<br>Task: L120 | 1.90 | REVIEW MEMORANDUM FROM JUDGE MONTALI PERTAINING TO FOOTNOTES 5 AND 6 OF SEPTEMBER 2, 2009 ORDER (0.2); DISCUSSION OF SAME WITH P. BENVENUTTI AND ANALYSIS OF IMPLICATIONS THEREOF (0.6); CONFER WITH P. BENVENUTTI REGARDING PLAN CONFERENCE WITH OPPOSING COUNSEL AND ISSUES TO ARISE THEREIN (0.7); EMAIL TO W. OLSHAN UPDATING ON RESULTS OF MONTALI'S MEMORANDUM DECISION AND REVIEW OF EMAIL FROM W. OLSHAN REGARDING SAME (0.4). |
| 10/26/09 | M. Kaufman<br>Task: L240 | 5.00 | DRAFT MOTION FOR RECONSIDERATION REGARDING SECTIONS OF BRIEF FOR WHICH I AM RESPONSIBLE (2.6); CONFER WITH D. GORDON REGARDING ASPECTS OF MOTION HE IS PREPARING (0.3); CONTINUE DRAFTING MOTION FOR RECONSIDERATION (2.1). |
| 10/26/09 | D. Gordon<br>Task: L240 | 1.90 | CONFERENCE WITH M. KAUFMAN REGARDING MOTION FOR RECONSIDERATION (0.3); RESEARCH ISSUES PERTAINING TO SAME (1.6). |
| 10/27/09 | D. Gordon<br>Task: L240 | 6.00 | CONFERENCE WITH M. KAUFMAN REGARDING MOTION FOR RECONSIDERATION STRATEGY (1.2); RESEARCH ISSUES PERTAINING TO SAME (2.5); DRAFTING OF PORTIONS OF SAME (2.3). |

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009          PAGE   18
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924


10/27/09  M. Kaufman          .70    CONFER WITH P. BENVENUTTI REGARDING ISSUES
          Task: L120                 RELATED TO POTENTIAL SANCTIONS (0.7).

10/27/09  M. Kaufman         6.70    CONFER WITH P. BENVENUTTI PREPATORY TO CALL
          Task:  L240                WITH OPPOSING COUNSEL (0.5); PARTICIPATE IN
                                     CONFERENCE CALL WITH OPPOSING COUNSEL WITH
                                     REGARD TO PREPARATION FOR OCTOBER 28, 2009
                                     STATUS CONFERENCE AND MEET AND CONFER REGARDING
                                     OUTSTANDING ISSUES (0.4); SUBSEQUENT CONFERRAL
                                     WITH P. BENVENUTTI AFTER CALL TO ASSESS
                                     POSITION BEING TAKEN BY KONTRABECKI (0.3);
                                     EXTENSIVE WORK IN DRAFTING OF SECTIONS OF
                                     MOTION FOR RECONSIDERATION (3.5); CONFER WITH
                                     P. BENVENUTTI REGARDING RESPONSIBILITIES
                                     RELATING TO MOTION FOR RECONSIDERATION (0.7);
                                     CONFER EXTENSIVELY WITH D. GORDON REGARDING
                                     ASPECTS OF MOTION FOR RECONSIDERATION AND
                                     RESEARCH ISSUES (1.3).

10/28/09  M. Kaufman         3.80    PREPARATION FOR CONFERENCE CALL WITH JUDGE
          Task:  L430                MONTALI (0.4); CONFER WITH P. BENVENUTTI
                                     PREPATORY TO CALL (0.4); CONFER WITH P.
                                     BENVENUTTI FOLLOWING CALL TO ASSESS JUDGE'S
                                     DIRECTION (0.5); CONSIDERATION OF IMPLICATIONS
                                     OF JUDGE'S RULING (0.3); CONTINUE DRAFTING OF
                                     MOTION FOR RECONSIDERATION (2.2).

10/28/09  D. Gordon           .20    REVIEW MEMORANDUM REGARDING OUTCOME OF STATUS
          Task:  L190                CONFERENCE (0.1); CALENDAR PROSPECTIVE DATES
                                     GOING FORWARD (0.1).

10/28/09  D. Gordon          5.20    CONTINUE DRAFTING AND RESEARCH IN CONNECTION
          Task:  L240                WITH MOTION FOR RECONSIDERATION.

10/28/09  S. Chandler         .20    REVIEW MESSAGE REGARDING STATUS AND NEXT STEPS.
          Task:  L190

10/29/09  M. Kaufman         5.60    EXTENSIVE DRAFTING OF  MOTION FOR
          Task:  L240                RECONSIDERATION (2.5); CONFER WITH P.
                                     BENVENUTTI REGARDING SAME (0.4); FURTHER
                                     DRAFTING OF MOTION FOR RECONSIDERATION OF
                                     PARTIAL SUMMARY JUDGMENT AND REVIEW OF

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009        PAGE  19
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

|  |  |  |  |
|---|---|---|---|
|  |  |  | DOCUMENTS RELATING THERETO (1.4); REVIEW  DRAFT OF ADDITIONAL REPORT PREPARED BY M. DEBSKA AND ASSESSMENT OF SAME PREPATORY TO OCTOBER 20, 2009 CALL WITH P. BENVENUTTI AND W. OLSHAN (1.3). |
| 10/29/09 | D. Gordon<br>Task:  L240 | 6.80 | CONTINUE DRAFTING AND RESEARCH IN CONNECTION WITH MOTION FOR RECONSIDERATION (4.3); CONFERENCES WITH M. KAUFMAN REGARDING ISSUES PERTAINING TO FORTHCOMING KONTRABECKI MOTIONS TO VACATE CONTEMPT AND CLOSE ADVERSARY PROCEEDING (1.1); RESEARCH ISSUES PERTAINING TO SAME (1.4). |
| 10/29/09 | M. Kaufman<br>Task:  L120 | 2.10 | CONFER WITH P. BENVENUTTI REGARDING ISSUES PERTAINING TO ASSERTED SANCTIONS THAT KONTRABECKI INTENDS TO BRING (0.4); CONFERENCES WITH D. GORDON PERTAINING TO ANTICIPATED MOTION REGARDING CONTEMPT (1.0); CONSIDERATION OF LEGAL ISSUES TO BE RESEARCHED PERTAINING TO KONTRABECKI'S CONTENTIONS (0.7). |
| 10/30/09 | M. Kaufman<br>Task:  L240 | 3.50 | CONTINUE DRAFTING MOTION FOR RECONSIDERATION (1.9); REVIEW AND WORK ON EDITS TO PRIOR PORTIONS DRAFTED (1.6). |
| 10/30/09 | M. Kaufman<br>Task:  L310 | .80 | REVIEW FACTS  REGARDING HISTORIC COMMUNICATIONS WITH U. S. GOVERNMENT AND ASSESSMENT OF SAME (0.8). |
| 10/30/09 | S. Chandler<br>Task:  L130 | .50 | SKIM ADDENDUM TO VALUATION REPORT AND CORRESPONDENCE REGARDING SAME. |
| 10/30/09 | M. Kaufman<br>Task:  L130 | 2.40 | CONFER WITH P. BENVENUTTI REGARDING STRATEGIC ISSUES PERTAINING TO SANCTIONS AND MOTION FOR RECONSIDERATION (0.6); PARTICIPATE IN TELEPHONE CONFERENCE WITH P. BENVENUTTI AND W. OLSHAN REGARDING DEBSKA REPORT (0.7); FOLLOW UP DISCUSSION WITH P. BENVENUTTI REGARDING APPROACHES TO BE TAKEN IN CONJUNCTION WITH SAME TO REFLECT HER OPINIONS (1.1). |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   20
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

10/31/09  M. Kaufman          1.20   CONSIDERATION OF TACTICAL ISSUES RELATING TO
          Task:  L120                TIMING AND NATURE OF STATUS CONFERENCE FOR
                                     JUDGE MONTALI AND ADDITIONAL TACTICAL ISSUES
                                     RELATING TO APPROACH TO BE TAKEN IN
                                     OPPOSITION TO SANCTIONS.

L120  Analysis/Strategy
      M. Kaufman                      25.40     600.00  $15,240.00

         TOTAL L120                   25.40             $15,240.00

L130  Experts/Consultants
      M. Kaufman                       2.40     600.00   $1,440.00
      S. Chandler                       .50     355.00     $177.50

         TOTAL L130                    2.90              $1,617.50

L140  Document/File Management
      C. Everhart                       .40     180.00      $72.00

         TOTAL L140                     .40                 $72.00

L190  Oth Case Assessment, Deve. &  Admin
      D. Gordon                        1.20     285.00     $342.00
      S. Chandler                      5.60     355.00   $1,988.00

         TOTAL L190                    6.80              $2,330.00

L240  Dispositive Motions
      D. Gordon                       46.70     285.00  $13,309.50
      F.L. Russell                      .30     225.00      $67.50
      M. Kaufman                      81.20     600.00  $48,720.00
      S. Chandler                      4.90     355.00   $1,739.50

         TOTAL L240                  133.10             $63,836.50

L250  Other Written Motions and Submissions
      M. Kaufman                      19.30     600.00  $11,580.00
      S. Chandler                      4.40     355.00   $1,562.00

         TOTAL L250                   23.70             $13,142.00

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009          PAGE   21
MATTER NUMBER: 30837.0001
INVOICE NO.: 682924

L310   Written Discovery
    M. Kaufman                          .80      600.00       $480.00

       TOTAL L310                    .80                   $480.00

L390   Other Discovery
    D. Gordon                         2.60      285.00       $741.00
    F.L. Russell                     16.80      225.00     $3,780.00
    I. Francois                       2.10      190.00       $399.00
    M.S. Grycner                      9.10      215.00     $1,956.50
    S. Chandler                       1.40      355.00       $497.00

       TOTAL L390                  32.00                 $7,373.50

L410   Fact Witnesses
    M. Kaufman                          .70      600.00       $420.00

       TOTAL L410                    .70                   $420.00

L420   Expert Witnesses
    M. Kaufman                         4.40      600.00     $2,640.00

       TOTAL L420                   4.40                 $2,640.00

L430   Written Motions and Submissions
    M. Kaufman                         3.80      600.00     $2,280.00

       TOTAL L430                   3.80                 $2,280.00

L440   Other Trial Preparation and Support
    D. Gordon                         8.10      285.00     $2,308.50
    F.L. Russell                       .30      225.00        $67.50
    M. Kaufman                          .70      600.00       $420.00
    M.S. Grycner                      2.50      215.00       $537.50
    S. Chandler                      10.80      355.00     $3,834.00

       TOTAL L440                  22.40                 $7,167.50

Billed Recap Of Cost Detail - [Invoice: 682924 Date: 12/04/2009Pg 24 of 89
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/17/2009 | 0034 | MARK S. KAUFMAN | 123H | 1.00 | 6,246.93 | 6,246.93 | OTHER PROFESSIONALS - - PAYEE: CMS CAMERON | 25849801 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 6,246.93 | 6,246.93 | MCKENNA | |
| | | Voucher=1719735 Paid | | | | | Vendor=CMS CAMERON MCKENNA  Balance= .00  Amount= 6246.93 | |
| 04/30/2009 | 0034 | MARK S. KAUFMAN | 123H | 1.00 | 35,146.30 | 35,146.30 | OTHER PROFESSIONALS - - PAYEE: CMS CAMERON | 25928093 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 35,146.30 | 35,146.30 | MCKENNA | |
| | | Voucher=1727024 Paid | | | | | Vendor=CMS CAMERON MCKENNA  Balance= .00  Amount= 35146.30 | |
| 10/01/2009 | 3354 | FRAN L. RUSSELL | 101S | 54.00 | 0.10 | 5.40 | COPY CHARGES | 26092797 |
| 12/04/2009 | | Invoice=682924 | | 54.00 | 0.10 | 5.40 | | |
| 10/01/2009 | 3354 | FRAN L. RUSSELL | 101S | 29.00 | 0.10 | 2.90 | COPY CHARGES | 26092798 |
| 12/04/2009 | | Invoice=682924 | | 29.00 | 0.10 | 2.90 | | |
| 10/01/2009 | 0034 | MARK S. KAUFMAN | 111H | 1.00 | 8.00 | 8.00 | MEALS | 26105796 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 8.00 | 8.00 | BREAKFAST | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/01/2009 | 0034 | MARK S. KAUFMAN | 109H | 1.00 | 13.50 | 13.50 | LOCAL TRAVEL | 26105802 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 13.50 | 13.50 | TAXI TO DINNER | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/01/2009 | 0034 | MARK S. KAUFMAN | 111H | 1.00 | 14.00 | 14.00 | MEALS | 26105803 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 14.00 | 14.00 | LUNCH | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/01/2009 | 0034 | MARK S. KAUFMAN | 111H | 1.00 | 64.01 | 64.01 | MEALS | 26105805 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 64.01 | 64.01 | DINNER | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/01/2009 | 0999 | MLA MLA | 105S | 1.00 | 85.85 | 85.85 | LONG DISTANCE TELEPHONE 10:16 011-48225050134 | 26131472 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 85.85 | 85.85 | 74117 | |
| 10/02/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.35 | 0.35 | LONG DISTANCE TELEPHONE 15:02 1(205)965-8676 | 26102510 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.35 | 0.35 | 74185 | |
| 10/02/2009 | 0034 | MARK S. KAUFMAN | 111H | 1.00 | 16.16 | 16.16 | MEALS | 26105797 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 16.16 | 16.16 | DINNER | |
| | | | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/02/2009 | 0034 | MARK S. KAUFMAN | 111H | 1.00 | 9.50 | 9.50 | MEALS | 26105798 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 9.50 | 9.50 | BREAKFAST | |
| | | | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/02/2009 | 0034 | MARK S. KAUFMAN | 110H | 1.00 | 630.91 | 630.91 | OUT OF TOWN TRAVEL | 26105799 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 630.91 | 630.91 | OMNI HOTEL CHARGES | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/02/2009 | 0034 | MARK S. KAUFMAN | 109H | 1.00 | 55.00 | 55.00 | LOCAL TRAVEL | 26105801 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 55.00 | 55.00 | TAXI TO AIRPORT | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/05/2009 | 0034 | MARK S. KAUFMAN | 109H | 1.00 | 54.00 | 54.00 | LOCAL TRAVEL | 26105806 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 54.00 | 54.00 | PARKING AT HARTSFIELD AIRPORT (9/30-10/5) | |
| | | Voucher=1744266 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 928.73 | |
| 10/05/2009 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 16:49 1-415-875-5753 | 26129222 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 4.36 | 4.36 | 74117 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 5.45 | 5.45 | LONG DISTANCE TELEPHONE 10:53 1-415-875-5826 | 26129264 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 5.45 | 5.45 | 74117 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:16 1-415-875-5826 | 26129269 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 1.09 | 1.09 | 74120 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:32 1-415-875-5826 | 26129312 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:53 1-415-875-5822 | 26129316 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:54 1-415-875-5826 | 26129317 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 16:18 1-415-875-5826 | 26129347 |

Billed Recap Of Cost Detail - [Invoice: 682924 Date: 12/ 04/ 2009 Pg 25 of 89

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/04/2009 | | Invoice=682924 | | 1.00 | 1.45 | 1.45 74120 | | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 16:48 1-415-875-5826 | | 26129358 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 17:04 1-415-875-5826 | | 26129365 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74117 | | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 LONG DISTANCE TELEPHONE 17:06 1-205-966-7284 | | 26129369 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74185 | | |
| 10/06/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 LONG DISTANCE TELEPHONE 17:08 1-415-875-5826 | | 26129370 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74120 | | |
| 10/06/2009 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 3.51 | 3.51 WESTLAW RESEARCH | | 26135389 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 3.51 | 3.51 | | |
| 10/06/2009 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 5.01 | 5.01 WESTLAW RESEARCH | | 26135390 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 5.01 | 5.01 | | |
| 10/06/2009 | 0681 | SUMMER CHANDLER | 406S | 1.00 | 216.60 | 216.60 WESTLAW RESEARCH | | 26135391 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 216.60 | 216.60 | | |
| 10/07/2009 | 0034 | MARK S. KAUFMAN | 115H | 1.00 | 856.75 | 856.75 DEPOSITION TRANSCRIPTS - - PAYEE: JAN BROWN | | 26098771 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 856.75 | 856.75 ASSOCIATES TRANSCRIPT FILING FEE | | |
| | | Voucher=1743576 Paid | | | | Vendor=JAN BROWN ASSOCIATES Balance= .00 Amount= 856.75 | | |
| 10/07/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 12:58 1-415-875-5826 | | 26117516 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/07/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 12:59 1-415-875-5753 | | 26117517 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/07/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 13:28 1-415-875-5826 | | 26117521 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/07/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 LONG DISTANCE TELEPHONE 13:29 1-415-875-5826 | | 26117522 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74120 | | |
| 10/07/2009 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 LONG DISTANCE TELEPHONE 17:28 1-510-547-8429 | | 26129500 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 6.17 | 6.17 74117 | | |
| 10/07/2009 | 4003 | DAVID GORDON | 406S | 1.00 | 382.75 | 382.75 WESTLAW RESEARCH | | 26135394 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 382.75 | 382.75 | | |
| 10/08/2009 | 0681 | SUMMER CHANDLER | 101S | 3.00 | 0.10 | 0.30 COPY CHARGES | | 26102716 |
| 12/04/2009 | | Invoice=682924 | | 3.00 | 0.10 | 0.30 | | |
| 10/08/2009 | 4003 | DAVID GORDON | 406S | 1.00 | 60.00 | 60.00 WESTLAW RESEARCH | | 26135474 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 60.00 | 60.00 | | |
| 10/09/2009 | 0999 | MLA MLA | 105S | 1.00 | 3.99 | 3.99 LONG DISTANCE TELEPHONE 09:45 1-415-875-5826 | | 26117555 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 3.99 | 3.99 74120 | | |
| 10/09/2009 | 0999 | MLA MLA | 105S | 1.00 | 15.63 | 15.63 LONG DISTANCE TELEPHONE 10:03 1-415-875-5826 | | 26117561 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 15.63 | 15.63 74120 | | |
| 10/09/2009 | 0999 | MLA MLA | 105S | 1.00 | 9.08 | 9.08 LONG DISTANCE TELEPHONE 10:55 1-415-875-5826 | | 26117564 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 9.08 | 9.08 74120 | | |
| 10/09/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 LONG DISTANCE TELEPHONE 14:41 1-415-875-5826 | | 26129813 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74117 | | |
| 10/12/2009 | 0034 | MARK S. KAUFMAN | 101S | 9.00 | 0.10 | 0.90 COPY CHARGES | | 26105126 |
| 12/04/2009 | | Invoice=682924 | | 9.00 | 0.10 | 0.90 | | |
| 10/12/2009 | 0999 | MLA MLA | 105S | 1.00 | 23.99 | 23.99 LONG DISTANCE TELEPHONE 10:21 1-415-875-5826 | | 26117598 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 23.99 | 23.99 74120 | | |
| 10/12/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 LONG DISTANCE TELEPHONE 15:31 1-703-894-5924 | | 26117609 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/12/2009 | 0999 | MLA MLA | 105S | 1.00 | 21.44 | 21.44 LONG DISTANCE TELEPHONE 16:55 1-415-875-5826 | | 26117620 |
| 12/04/2009 | | | | 1.00 | 21.44 | 21.44 74120 | | |

Billed Recap Of Cost Detail - [Invoice: 682924 Date: 12/ 04/ 2009]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 10/12/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 18:46 1-408-829-7780 | 26117621 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/13/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:34 1-415-875-5826 | 26117654 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/13/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 19:39 1-415-722-4299 | 26117656 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74120 | | |
| 10/13/2009 | 0034 | MARK S. KAUFMAN | 115H | 1.00 | 710.00 | 710.00 | DEPOSITION TRANSCRIPTS - - PAYEE: JAN BROWN | 26124872 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 710.00 | 710.00 | ASSOCIATES TRANSCRIPT FILING FEE | |
| | | Voucher=1745893 Paid | | | | | Vendor=JAN BROWN ASSOCIATES  Balance= .00  Amount= 710.00 | |
| 10/14/2009 | 0999 | MLA MLA | 105S | 1.00 | 15.99 | 15.99 | LONG DISTANCE TELEPHONE 10:34 1-415-875-5826 | 26117659 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 15.99 | 15.99 74120 | | |
| 10/14/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:31 1-212-526-0461 | 26117669 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74120 | | |
| 10/15/2009 | 0034 | MARK S. KAUFMAN | 101S | 24.00 | 0.10 | 2.40 | COPY CHARGES | 26116445 |
| 12/04/2009 | | Invoice=682924 | | 24.00 | 0.10 | 2.40 | | |
| 10/16/2009 | 0999 | MLA MLA | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 15:47 1-415-875-5826 | 26132933 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 9.81 | 9.81 74120 | | |
| 10/19/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:06 1-415-875-5826 | 26132969 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/20/2009 | 0034 | MARK S. KAUFMAN | 101S | 1.00 | 0.10 | 0.10 | COPY CHARGES | 26123114 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.10 | 0.10 | | |
| 10/21/2009 | 0999 | MLA MLA | 105S | 1.00 | 15.63 | 15.63 | LONG DISTANCE TELEPHONE 15:07 1-415-875-5826 | 26130977 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 15.63 | 15.63 74117 | | |
| 10/22/2009 | 0681 | SUMMER CHANDLER | 101S | 2.00 | 0.10 | 0.20 | COPY CHARGES | 26127064 |
| 12/04/2009 | | Invoice=682924 | | 2.00 | 0.10 | 0.20 | | |
| 10/22/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 09:59 1-980-386-1625 | 26133095 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74120 | | |
| 10/22/2009 | 0999 | MLA MLA | 105S | 1.00 | 17.44 | 17.44 | LONG DISTANCE TELEPHONE 11:06 1-415-875-5826 | 26133107 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 17.44 | 17.44 74120 | | |
| 10/22/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:21 1-510-655-6691 | 26133122 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74120 | | |
| 10/22/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 15:24 1-630-594-2972 | 26151809 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 1.81 | 1.81 74120 | | |
| 10/23/2009 | 4003 | DAVID GORDON | 101S | 1.00 | 0.10 | 0.10 | COPY CHARGES | 26128191 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.10 | 0.10 | | |
| 10/26/2009 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 18:41 1-415-875-5826 | 26133267 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 4.36 | 4.36 74120 | | |
| 10/26/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:36 1-415-837-1515 | 26151870 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.36 | 0.36 74592 | | |
| 10/27/2009 | 0034 | MARK S. KAUFMAN | 101S | 8.00 | 0.10 | 0.80 | COPY CHARGES | 26133516 |
| 12/04/2009 | | Invoice=682924 | | 8.00 | 0.10 | 0.80 | | |
| 10/27/2009 | 0999 | MLA MLA | 105S | 1.00 | 5.45 | 5.45 | LONG DISTANCE TELEPHONE 17:42 1-415-875-5826 | 26151942 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 5.45 | 5.45 74120 | | |
| 10/28/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:55 1-415-837-1515 | 26151958 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 0.72 | 0.72 74592 | | |
| 10/29/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 13:10 1-415-837-1515 | 26151980 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 1.09 | 1.09 74592 | | |
| 10/29/2009 | 0999 | MLA MLA | 124S | 1.00 | 3.00 | 3.00 | OTHER  - INVOICE DATE 10/29/09 DPS - | 26172530 |
| 12/04/2009 | | Invoice=682924 | | 1.00 | 3.00 | 3.00 | ATLANTA  CD/DVD | |

BILLED TOTALS:   WORK:            44,770.26  70 records
BILLED TOTALS:   BILL:             44,770.26

Billed Recap Of Cost Detail - [Invoice: 682924 Date: 12/ 04/ 2009]Pg 27 of 89
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          | GRAND TOTAL:    WORK: |      |          |      | 44,770.26 | 70 records |            |
|      |          | GRAND TOTAL:    BILL: |      |          |      | 44,770.26 |            |            |

## Supplemental Information Sheet

**Expenses for Kontrabecki (30837.0001)**
**Timekeeper: M. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 3/17/09 | $6,246.93 | Polish legal expert fees | Invoice from CMS Cameron McKenna, Polish legal expert | Attached |
| 4/30/09 | $35,146.30 | Polish legal expert fees | Invoice from CMS Cameron McKenna, Polish legal expert | Attached |
| 10/01/09 | $8.00 | Breakfast | Meal related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/01/09 | $13.50 | Taxi | Local travel related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/01/09 | $14.00 | Lunch | Meal related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/01/09 | $64.01 | Dinner | Meal related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/02/09 | $16.16 | Dinner | Meal related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in | Attached |

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| | | | limine and other miscellaneous matters. | |
| 10/02/09 | $9.50 | Breakfast | Meal related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/02/09 | $630.91 | Hotel | Two night stay at Omni San Francisco Hotel related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/02/09 | $55.00 | Taxi | Local travel related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |
| 10/01/09 | $54.00 | Airport Parking Fee | Airport parking fee related to travel to San Francisco for hearing with respect to motions for partial summary judgment, motions in limine and other miscellaneous matters. | Attached |

## C'M'S' Cameron McKenna

Warsaw Financial Center      Tel.   +48 22 520 5555
Emilii Plater 53             Fax    +48 22 520 5556
00-113 Warszawa              E      info@cms-cmck.com
Polska                       W      www.law-now.com

**USŁUGODAWCA:**
CMS Cameron McKenna Dariusz Greszta
Spółka Komandytowa
ul. Emilii Plater 53
00-113 Warszawa
tel. (22) 520 55 55
VAT UE: PL5252185154

**USŁUGOBIORCA:**
McKenna Long & Aldridge LLP

303 Peachtree Street
NE, Suite 5300 Atlanta, GA 30308
U.S.A.
EU VAT No: -

ORYGINAŁ

## FAKTURA VAT/ VAT INVOICE: 0294/126406/0309E

Do wiadomości/For the attention of:      Data faktury/Invoice date:      17 marca 2009/17 March, 2009
Summer Chandler                          Data sprzedaży/Date of sale:    17 marca 2009/17 March, 2009

Dotyczy:Za usługi prawne.
Re:      Fee for legal services.

**Matter number: 126406.00001**

Exch. rate 1 USD = 3,4625 PLN

| | | |
|---|---|---|
| Zapłata za usługę/Net fee for services | PLN | 21.630,00 |
| | USD | 6.246,93 |
| Razem należność/Total due: | PLN | 21.630,00 |
| | USD | 6.246,93 |

Podatek VAT rozlicza nabywca na podstawie Art. 27 ust. 3 Ustawy o podatku od towarów i usług z dnia 11.03.2004.
VAT to be settled by the purchaser on the basis of Article 27 section 3 of the Act on Goods and Services Tax dated 11.03.2004

Six thousand two hundred forty six 93/100 USD

Pieczątka i podpis wystawcy              Pieczątka i podpis odbiorcy
Issuer's stamp and signature            Recipient's stamp and signature

..............................

**Szczegóły płatności/Payment details**              **Warunki płatności/Terms of payment**
For the account of                                   This invoice is payable within 60 days of receipt date
Bank Handlowy w Warszawie SA                         Termin płatności wynosi 60 dni od daty jej otrzymania
Swift code number: CITIPLPX
Beneficiary's account No: PL61 10301508 0000 0008 0301 5023
Beneficiary: CMS Cameron McKenna Dariusz Greszta Spółka Komandytowa

**In the event that payment is not made within 60 days from the date of this invoice, penalty interest
shall be charged at Polish statutory rate of the amount of invoice.**

**Please quote our invoice number on your bank transfer instructions.**

CMS Cameron McKenna Dariusz Greszta Spółka Komandytowa is a member of the CMS alliance of independent European law firms.

CMS offices and associated offices worldwide: Berlin, Brussels, London, Madrid, Paris, Rome, Utrecht, Vienna, Zürich, Aberdeen, Amsterdam, Antwerp, Arnhem, Beijing, Belgrade, Bratislava, Bristol, Bucharest, Budapest, Buenos Aires, Casablanca, Chemnitz, Cologne, Dresden, Düsseldorf, Edinburgh, Frankfurt, Hamburg, Hilversum, Hong Kong, Kiev, Leipzig, Lyon, Marbella, Milan, Montevideo, Moscow, Munich, New York, Prague, Sao Paolo, Seville, Shanghai, Sofia, Strasbourg, Stuttgart, Warsaw and Zagreb.

CMS Cameron McKenna Dariusz Greszta Spółka Komandytowa with its seat in Warsaw, at the Warsaw Financial Center, Emilii Plater 53, 00-113 Warsaw, entered into the National Court Register by the District Court in Warsaw XII Commercial Division under the KRS No. 0000107234, NIP (European VAT) PL5252185154

# C/M/S/ Cameron McKenna

| | | |
|---|---|---|
| Warsaw Financial Center | Tel. | +48 22 520 5555 |
| Emilii Plater 53 | Fax | +48 22 520 5556 |
| 00-113 Warszawa | E | info@cms-cmck.com |
| Polska | W | www.law-now.com |

**USŁUGODAWCA:**
CMS Cameron McKenna Dariusz Greszta
Spółka Komandytowa
ul. Emilii Plater 53
00-113 Warszawa
tel. (22) 520 55 55
VAT UE: PL5252185154

**USŁUGOBIORCA:**
McKenna Long & Aldridge LLP

303 Peachtree Street
NE, Suite 5300 Atlanta, GA 30308
U.S.A.
EU VAT No: -

ORYGINAŁ

## FAKTURA VAT/ VAT INVOICE: 0530/126406/0409E

| | |
|---|---|
| Do wiadomości/For the attention of: | |
| Summer Chandler | |

| | |
|---|---|
| Data faktury/Invoice date: | 30 kwietnia 2009/30 April, 2009 |
| Data sprzedaży/Date of sale: | 30 kwietnia 2009/30 April, 2009 |

Dotyczy:Za usługi prawne.
Re:     Fee for legal services.

**Matter number: 126406.00001**

Exch. rate 1 USD = 3,3680 PLN

| | | |
|---|---|---|
| Zapłata za usługę/Net fee for services | PLN | 118.372,74 |
| | USD | 35.146,30 |
| Razem należność/Total due: | PLN | 118.372,74 |
| | USD | 35.146,30 |

Podatek VAT rozlicza nabywca na podstawie Art. 27 ust. 3 Ustawy o podatku od towarów i usług z dnia 11.03.2004.
VAT to be settled by the purchaser on the basis of Article 27 section 3 of the Act on Goods and Services Tax dated 11.03.2004

Thirty five thousand one hundred forty six 30/100 USD

Pieczątka i podpis wystawcy
Issuer's stamp and signature
PAWEŁ PIETKIEWICZ

Pieczątka i podpis odbiorcy
Recipient's stamp and signature

...................................

**Szczegóły płatności/Payment details**
For the account of
Bank Handlowy w Warszawie SA
Swift code number: CITIPLPX
Beneficiary's account No: PL61 10301508 0000 0008 0301 5023
Beneficiary: CMS Cameron McKenna Dariusz Greszta Spółka Komandytowa

**Warunki płatności/Terms of payment**
This invoice is payable within 30 days of sending date
Termin płatności wynosi 30 dni od daty jej wysłania

**In the event that payment is not made within 60 days from the date of this invoice, penalty interest
shall be charged at Polish statutory rate of the amount of invoice.**

Please quote our invoice number on your bank transfer instructions.

CMS Cameron McKenna Dariusz Greszta Spółka Komandytowa is a member of the CMS alliance of independent European law firms.

CMS offices and associated offices worldwide: Berlin, Brussels, London, Madrid, Paris, Rome, Utrecht, Vienna, Zürich, Aberdeen, Amsterdam, Antwerp, Arnhem, Beijing, Belgrade, Bratislava, Bristol, Bucharest, Budapest, Buenos Aires, Casablanca, Chemnitz, Cologne, Dresden, Düsseldorf, Edinburgh, Frankfurt, Hamburg, Hilversum, Hong Kong, Kiev, Leipzig, Lyon, Marbella, Milan, Montevideo, Moscow, Munich, New York, Prague, Sao Paolo, Seville, Shanghai, Sofia, Strasbourg, Stuttgart, Warsaw and Zagreb.

# OMNI ❈ HOTELS®

OMNI SAN FRANCISCO HOTEL
500 CALIFORNIA STREET
SAN FRANCISCO    CA    94104
Tele- (415) 677-9494    Fax- (415) 273-3038

| | |
|---|---|
| Room Number: | 1729 |
| Daily Rate: | 249 |
| Room Type: | KN |
| No. of Guests: | 1 / 0 |

KAUFMAN, MARKS
CARLSON WAGONLIT TRAVEL
303 PEACHTREE ST
Atlanta        GA    30308

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|---|
| 09/30/09 | 10/02/09 | | | CWT | CONS | 17100525572 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 09/30/09 | 1729 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($775.51) |
| 09/30/09 | 1729 | BOB'S LOUNGE | 1729/4577/21:32/BOB'S LOUNGE | $55.39 |
| 09/30/09 | 1729 | ROOM CHARGE | #1729 KAUFMAN, MARKS | $249.00 |
| 09/30/09 | 1729 | ROOM TAX | ROOM TAX | $34.86 |
| 09/30/09 | 1729 | TOURISM TAX | TOURISM TAX | $0.16 |
| 09/30/09 | 1729 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.74 |
| 10/01/09 | 1729 | ROOM CHARGE | #1729 KAUFMAN, MARKS | $249.00 |
| 10/01/09 | 1729 | ROOM TAX | ROOM TAX | $34.86 |
| 10/01/09 | 1729 | TOURISM TAX | TOURISM TAX | $0.16 |
| 10/01/09 | 1729 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.74 |

**CREDIT DUE:**        ($144.60)

ASH  3-6563

H-J ATLANTA INT'L
AIRPORT

PO Box 20786
Atlanta, GA 30320
Customer Service:
404-530-6725

Card Account : XXXXXXXXXXX1050
Card Type : Visa
Authorization Code : 114967

Cashier : 161   Seq # 5694
License Plate : NO-PLATE
Ent : 08:28 09/30/09 Lane 2
Exit: 20:11 10/05/09 Lane 21
Duration: 5D(s) 11H(s) 43M(s)
Rate Code: 9

```
           FEE    $    54.00
AMOUNT TEND   $    54.00
          CASH   $     0.00
CREDIT CARD   $    54.00
         CHECK   $     0.00
CHANGE CALC   $     0.00

PAID AT CT   $    54.00
```
Taxes Included
*** Thank You ***

## Lee's Deli

550 CALIFORNIA ST.
SAN FRANCISCO,CA. 94111
(415) 433-5505
(415) 433-5506
DATE 09/30/2009 WED    TIME 13:20

```
NONTAX                  $4.55
NONTAX                  $3.50
NONTAX                  $1.35
NONTAX                  $1.25
TOTAL                  $10.65
CASH                   $10.65
```
**THANK YOU
COME AGAIN**

CLERK 1           000311    00001

# TOWN TAXI
999 Pennsylvania Avenue, San Francisco, CA 94107
## (415) 401-8900

Date _____ Time _____ Amount _____
From _____
Driver _____ Cab # _____
**sftowntaxi@yahoo.com**

VICOLETTO
VICOLETTO
550 Green St
415-433-5800

Server: FRANCESCO          DOB: 10/01/2009
08:47 PM                        10/01/2009
Table 20/1                      -1/10007

VISA                          1048580
Card #XXXXXXXXXXXX1050
Magnetic card present: KAUFMAN  MARK S
Approval: 521306

              Amount:        52.01

              + Tip:      _12_

              Total:      _6401_

X_____

              THANK YOU!

        >> Customer Copy <<

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date _13 50_

Amount of Fare $ _10_

Other Charges $ _____

Total . . . . $ _____

Driver's Name _____

Cab Number _____

Yankee Pier SFO
"Fresh from Coast to Coast"

DOB: 10/02/2009
Server: Kim          10/02/2009
06:07 PM               4/40130
Table 30/1

                          4194415

Visa
Card #XXXXXXXXXXXX1050
Magnetic card present: KAUFMAN  MARK S
Approval: 164104

                    Amount:        13.66

                  + Tip: _____ 2 50

                  = Total: _____ 16.16

X_____
Approval: 164104

**Guest Copy**

Fare $ _____ 10/2
From _____
To _____ 55
Date _____ to airport
Cab No. _____
Driver _____

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837
Matter No.: 30837.0002

Invoice No. 682925
Invoice Date: December 4, 2009
===============================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------|--------|--------|
| C.F. Graham | 0.60 | 725.00 | 435.00 |
| P. McGeehan | 0.80 | 525.00 | 420.00 |
| A.F. Kaufman | 0.30 | 400.00 | 120.00 |
| D.A. Geiger | 0.50 | 395.00 | 197.50 |
| S. Chandler | 6.60 | 355.00 | 2,343.00 |
| A. Elko | 11.30 | 305.00 | 3,446.50 |
| Total | 20.10 | | 6,962.00 |

TOTAL FEES:                                          $   6,962.00

CHARGES:

    COPY CHARGES                         10.00
    DELIVERY SERVICE/MESSENGER           16.30

TOTAL CHARGES:                                       $     26.30

T O T A L   T H I S   S T A T E M E N T:             $   6,988.30

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   2
MATTER NUMBER: 30837.0002
INVOICE NO.: 682925


DESCRIPTION OF SERVICES

10/01/09   A. Elko              .50   CORRESPONDENCE WITH L. STIPANCIC, L. GREEN
           Task:  B160                AND L. HATFIELD REGARDING JULY AND AUGUST
                                      FEES (0.3); REVIEW AND REVISE OCTOBER 2009
                                      BUDGET FOR FEE COMMITTEE (0.2).

10/02/09   S. Chandler          .20   CONFER WITH A.ELKO REGARDING PROJECTED FEES
           Task:  B160                FOR KONTRABECKI MATTER.

10/02/09   A. Elko             1.00   CORRESPOND WITH P. MCGEEHAN REGARDING
           Task:  B160                INFORMATION NEEDED FOR REVISED OCTOBER 2009
                                      BUDGET (0.1); CORRESPOND WITH C. WEISS
                                      REGARDING INFORMATION NEEDED FOR REVISED
                                      OCTOBER 2009 BUDGET (0.1); CONFER WITH S.
                                      CHANDLER REGARDING KONTRABECKI BUDGET (0.2);
                                      CALCULATE ACTUAL FEES BILLED IN JULY AND AUGUST
                                      (0.2); CORRESPONDENCE WITH  L. STIPANCIC
                                      REGARDING FEES (0.2); REVISE OCTOBER 2009
                                      BUDGET (0.2).

10/05/09   A. Elko              .30   CORRESPOND WITH C. WEISS REGARDING REVISIONS
           Task:  B160                TO OCTOBER 2009 BUDGET (0.2); CORRESPOND WITH
                                      P. MCGEEHAN REGARDING REVISIONS TO OCTOBER
                                      2009 BUDGET (0.1).

10/05/09   S. Chandler          .40   CORRESPONDENCE WITH F.RUSSELL REGARDING
           Task:  B160                DETAILS FOR TIME ENTRIES IN KONTRABECKI
                                      MATTER (0.2); FINALIZE REVISIONS TO
                                      KONTRABECKI MATTER BILL (0.2).

10/06/09   P. McGeehan          .20   WORK ON UPDATING BUDGETS.
           Task:  B210

10/06/09   A. Elko              .10   CONFER WITH P. MCGEEHAN REGARDING OCTOBER
           Task:  B160                2009 BUDGET.

10/07/09   A. Elko              .30   REVIEW AND REVISE OCTOBER 2009 BUDGET (0.2);
           Task:  B160                CORRESPOND WITH C. BIROS AND R. SICCA
                                      REGARDING BUDGET (0.1).

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 682925


10/12/09  A. Elko              .30   CONFER AND CORRESPOND WITH P. MCGEEHAN
          Task:  B160                REGARDING OCTOBER 2009 BUDGETS (0.2); REVIEW
                                     AND REVISE BUDGETS (0.1).

10/13/09  S. Chandler          .30   CONFER WITH M.KAUFMAN REGARDING BUDGET FOR
          Task:  B160                KONTRABECKI MATTER (0.2); CONFER WITH A.ELKO
                                     REGARDING SAME (0.1).

10/13/09  A. Elko             4.80   WORK ON RESPONSE ADDRESSING FEE COMMITTEE
          Task:  B170                OBJECTIONS TO SECOND INTERIM FEE APPLICATION
                                     (1.1); CONFER WITH C. WEISS AND G. MARSH
                                     REGARDING RESPONSE TO FEE COMMITTEE ANALYSIS
                                     (0.5); CONTINUE TO WORK ON RESPONSE (2.5);
                                     CORRESPOND WITH C. WEISS, D. GEIGER AND A.
                                     KAUFMAN REGARDING NOVEMBER BUDGETS (0.2);
                                     CORRESPOND WITH P. MCGEEHAN REGARDING
                                     NOVEMBER BUDGETS (0.1); CONFER AND CORRESPOND
                                     WITH M. KAUFMAN AND S. CHANDLER REGARDING
                                     NOVEMBER BUDGETS (0.2); CORRESPOND WITH P.
                                     MCGEEHAN REGARDING OCTOBER BUDGETS AND
                                     REVISIONS TO BANKRUPTCY EMPLOYMENT BUDGET
                                     (0.2).

10/14/09  S. Chandler          .20   FOLLOW-UP CONFERENCE WITH M.KAUFMAN REGARDING
          Task:  B160                REVISED OCTOBER BUDGET  AND NOVEMBER BUDGET FOR
                                     KONTRABECKI MATTER.

10/14/09  A. Elko              .50   CORRESPOND WITH J. SAPP, DEBTOR'S COUNSEL,
          Task:  B160                REGARDING FILING OF SUPPLEMENTAL WEISS
                                     DECLARATION IN SUPPORT OF MLA ENGAGEMENT
                                     (0.1); CORRESPOND WITH TEAM REGARDING
                                     LEHMAN'S COMMENTS TO OCTOBER 2009 BUDGET
                                     (0.2); CORRESPOND WITH P. MCGEEHAN REGARDING
                                     REDUCTION IN BANKRUPTCY EMPLOYMENT BUDGET
                                     (0.1); CONFER AND CORRESPOND WITH C. CHIN
                                     REGARDING INVOICES (0.1).

10/14/09  P. McGeehan          .20   COMMUNICATIONS WITH MS. HALPERIN AND MS. ELKO
          Task:  B210                REGARDING NEED FOR REVISED BUDGETS.

10/15/09  A. Elko              .50   CORRESPOND WITH C. WEISS AND A. KAUFMAN
          Task:  B160                REGARDING REVISED OCTOBER AND NOVEMBER
                                     BUDGETS (0.2); CORRESPOND WITH S. CHANDLER
                                     AND M. KAUFMAN REGARDING REVISED OCTOBER AND
                                     NOVEMBER BUDGETS (0.2); BRIEF REVIEW OF

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 682925


                           BUDGETS (0.1).

10/15/09  S. Chandler      1.90   CONFER WITH A.ELKO REGARDING BUDGET FOR
          Task: B160              KONTRABECKI MATTER (0.3); CONFER WITH
                                  M.KAUFMAN REGARDING SAME (0.4); PREPARE DRAFT
                                  BUDGET FOR SAME (0.9); REVISE SAME (0.3).

10/16/09  S. Chandler       .10   REVIEW CORRESPONDENCE REGARDING BUDGET IN
          Task: B160              KONTRABECKI MATTER.

10/16/09  A. Elko           .20   CONFER AND CORRESPOND WITH M. KAUFMAN
          Task: B160              REGARDING KONTRABECKI BUDGETS AND STATUS OF
                                  MATTER (0.2).

10/19/09  P. McGeehan       .20   WORK ON BUDGET REVISIONS PER REQUEST FROM MS.
          Task: B210              HALPERIN.

10/21/09  C.F. Graham       .20   REVIEW E-MAIL FROM J.  HALPERN REGARDING
          Task: B120              BUDGETS REQUESTED.

10/21/09  P. McGeehan       .20   WORK ON REVISIONS TO BUDGETS.
          Task: B210

10/21/09  S. Chandler      1.50   REVIEW AND REVISE SEPTEMBER STATEMENT IN
          Task: B160              KONTRABECKI MATTER.

10/22/09  A. Elko          1.00   MEET WITH C. GRAHAM AND S. CHANDLER REGARDING
          Task: B160              REVISIONS TO OCTOBER BUDGETS AND RESPONDING TO
                                  LEHMAN'S REQUESTS (0.3); REVIEW AND REVISE
                                  OCTOBER BUDGETS (0.3); CONFER AND CORRESPOND
                                  WITH A. KAUFMAN REGARDING AZ 72 LLC BUDGET
                                  (0.1); CORRESPOND WITH P. MCGEEHAN REGARDING
                                  REVISIONS TO OCTOBER BUDGETS (0.1); REVIEW
                                  FILED FOURTH SUPPLEMENTAL DECLARATION (0.1);
                                  CORRESPOND WITH TEAM REGARDING FILING OF
                                  SUPPLEMENTAL DECLARATION (0.1).

10/22/09  C.F. Graham       .40   PREPARE AZ 72 BUDGETS FOR J. HALPERN.
          Task: B120

10/22/09  A.F. Kaufman      .30   CONFER WITH A. ELKO REGARDING AZ 72 BUDGET
          Task: B110              (0.1); PREPARE NOVEMBER BUDGET (0.2).

LEHMAN BROTHERS HOLDINGS INC.          , December 4, 2009          PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 682925

| | | | | |
|---|---|---|---|---|
| 10/22/09 | S. Chandler<br>Task: B160 | 1.70 | CONFER WITH M. KAUFMAN REGARDING REVISED BUDGET FOR KONTRABECKI MATTER (0.5); REVISE DESCRIPTION IN SAME (0.4); CONFER WITH A. ELKO REGARDING SAME (0.3); REVIEW NOVEMBER BUDGET (0.5). | |
| 10/23/09 | S. Chandler<br>Task: B160 | .30 | REVIEW NOVEMBER BUDGET EXPLANATION (0.2); CONFER WITH A.ELKO AND M.KAUFMAN REGARDING SAME (0.1). | |
| 10/23/09 | A. Elko<br>Task: B160 | .10 | CORRESPOND WITH M. KAUFMAN AND S. CHANDLER REGARDING NOVEMBER BUDGET. | |
| 10/25/09 | A. Elko<br>Task: B160 | .60 | REVIEW RECEIPT AND APPLICATION OF PAYMENTS FROM LEHMAN (0.3); CORRESPOND WITH C. WEISS, G. MARSH AND P. MCGEEHAN REGARDING RECEIPT AND APPLICATION OF PAYMENTS (0.1); CORRESPOND WITH L. STIPANCIC REGARDING PAYMENTS (0.1); CORRESPOND WITH S. CHANDLER REGARDING SEPTEMBER KONTRABECKI PRO FORMA (0.1). | |
| 10/26/09 | A. Elko<br>Task: B160 | 1.10 | REVIEW AND REVISE NOVEMBER 2009 BUDGET (0.2); SEND BUDGET TO FEE COMMITTEE, ALVAREZ MARSAL AND LEHMAN (0.1); CORRESPOND WITH M. KAUFMAN REGARDING KONTRABECKI SEPTEMBER PRO FORMA (0.1); CORRESPOND WITH L. STIPANCIC AND B. FROLICH REGARDING RECEIPT OF PAYMENTS AND APPLICATION OF MONIES (0.2); DRAFT OUTLINE OF LETTER RESPONDING TO FEE COMMITTEE OBJECTION TO SECOND AMENDED FEE APPLICATION (0.5). | |
| 10/30/09 | D.A. Geiger<br>Task: B120 | .50 | PREPARE BUDGET FOR MIDDLE MOUNTAIN GUARANTY INITIAL PROPOSED POST JUDGMENT COLLECTION ACTIVITY. | |

```
B110  Case Administration
      A.F. Kaufman                        .30    400.00    $120.00

        TOTAL B110                        .30              $120.00
```

Billed Recap Of Cost Detail - [Invoice: 682925 Date: 12/ 04/ 2009] Pg 41 of 89

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 26096402 |
| 10/02/2009 | 4981 | ALISON ELKO | 101S | 3.00 | 0.10 | 0.30 | COPY CHARGES | |
| 12/04/2009 | | Invoice=682925 | | 3.00 | 0.10 | 0.30 | | |
| | | | | | | | | 26113146 |
| 10/13/2009 | 4981 | ALISON ELKO | 101S | 48.00 | 0.10 | 4.80 | COPY CHARGES | |
| 12/04/2009 | | Invoice=682925 | | 48.00 | 0.10 | 4.80 | | |
| | | | | | | | | 26131709 |
| 10/26/2009 | 4981 | ALISON ELKO | 101S | 49.00 | 0.10 | 4.90 | COPY CHARGES | |
| 12/04/2009 | | Invoice=682925 | | 49.00 | 0.10 | 4.90 | | |
| | | | | | | | | 26158760 |
| 10/26/2009 | 0999 | MLA MLA | 107S | 1.00 | 16.30 | 16.30 | DELIVERY SERVICE/MESSENGER | |
| 12/04/2009 | | Invoice=682925 | | 1.00 | 16.30 | 16.30 | RCVD:WEIL GOTSHAL & MANGES, LLP/JENNIFER SAPP, | |
| | | | | | | | | |
| | | BILLED TOTALS: | WORK: | | | 26.30 | 4 records | |
| | | BILLED TOTALS: | BILL: | | | 26.30 | | |
| | | | | | | | | |
| | | GRAND TOTAL: | WORK: | | | 26.30 | 4 records | |
| | | GRAND TOTAL: | BILL: | | | 26.30 | | |

# McKenna Long
# & Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837
Matter No.: 30837.0003

Invoice No. 682926
Invoice Date: December 4, 2009

========================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 0.40 | 725.00 | 290.00 |
| C. Weiss | 0.40 | 475.00 | 190.00 |
| A.F. Kaufman | 0.20 | 400.00 | 80.00 |
| Total | 1.00 | | 560.00 |

TOTAL FEES:                                        $    560.00

CHARGES:

    DELIVERY SERVICE/MESSENGER          12.35

TOTAL CHARGES:                                     $     12.35

T O T A L   T H I S   S T A T E M E N T:           $    572.35

LEHMAN BROTHERS HOLDINGS INC.           December 4, 2009          PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 682926


DESCRIPTION OF SERVICES


10/14/09  C. Weiss            .40   REVIEW AND REPLY TO E-MAIL FROM N. HORSFIELD
          Task: B120                REGARDING GUARANTOR ASSET SEARCHES AND
                                    FINANCIAL POSITION.

10/19/09  A.F. Kaufman        .20   CONFER WITH C. GRAHAM REGARDING CASE STATUS.
          Task: B110

10/21/09  C.F. Graham         .40   REVIEW E-MAILS FROM DEFENDANTS COUNSEL
          Task: B120                REGARDING DISCOVERY SCHEDULE.

B110  Case Administration
      A.F. Kaufman                  .20    400.00      $80.00

          TOTAL B110               .20                 $80.00

B120  Asset Analysis and Recovery
      C. Weiss                      .40    475.00     $190.00
      C.F. Graham                   .40    725.00     $290.00

          TOTAL B120               .80                $480.00

Billed Recap Of Cost Detail - [Invoice: 682926 Date: 12/ 04/ 2009] Pg 44 of 89

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 08/07/2009 | 0999 | MLA MLA | 107H | 1.00 | 12.35 | 12.35 | DELIVERY SERVICE/MESSENGER - - PAYEE: AVANT | 26177883 |
| 12/04/2009 | | Invoice=682926 | | 1.00 | 12.35 | 12.35 | BUSINESS SERVICES | |
| | | Voucher=1750312 Paid | | | | | Vendor=AVANT BUSINESS SERVICES  Balance= .00  Amount= 133.02 | |
| | | BILLED TOTALS:    WORK: | | | | 12.35 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 12.35 | | |
| | | GRAND TOTAL:    WORK: | | | | 12.35 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 12.35 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837
Matter No.: 30837.0005

Invoice No. 682927
Invoice Date: December 4, 2009

==============================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C. Weiss | 7.20 | 475.00 | 3,420.00 |
| P. Hurdle III | 3.00 | 475.00 | 1,425.00 |
| G. Walling | 92.00 | 410.00 | 37,720.00 |
| S. Plunkett | 10.60 | 195.00 | 2,067.00 |
| Total | 112.80 | | 44,632.00 |

TOTAL FEES:                                    $ 44,632.00

CHARGES:

    COPY CHARGES                          30.70
    DELIVERY SERVICE/MESSENGER            16.99
    LONG DISTANCE TELEPHONE               55.18

TOTAL CHARGES:                             $     102.87

T O T A L   T H I S   S T A T E M E N T:    $ 44,734.87

LEHMAN BROTHERS HOLDINGS INC.                December 4, 2009          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927


                    DESCRIPTION OF SERVICES


10/01/09  G. Walling        .30   WORK WITH S. PLUNKETT REGARDING OBTAINING
          Task:  B120             DELAWARE ENTITY ORGANIZATION DOCUMENTS (0.1);
                                  COMMUNICATIONS WITH M. PLANER AND C. FERGUSON
                                  REGARDING SAME (0.2).

10/01/09  S. Plunkett       .20   WORK ON CORPORATE ORDER MATTERS.
          Task:  B120

10/02/09  G. Walling       2.70   COMMUNICATIONS WITH H. PERLIN REGARDING TITLE
          Task:  B120             UPDATE SEARCH AND REVISED PRO FORMA
                                  ENDORSEMENTS (0.2); COMMUNICATION WITH R.
                                  BRUSCO REGARDING LEHMAN BANKRUPTCY MOTIONS AND
                                  ORDERS RELATED TO REMEDY EXERCISE AND REO
                                  DISPOSITION (0.2); COMMUNICATION WITH M. PLANER
                                  AND C. FERGUSON REGARDING SUCH BANKRUPTCY
                                  MOTIONS AND ORDERS (0.2); WORK WITH C. WEISS
                                  REGARDING SAME (0.2); WORK WITH FINANCE TEAM
                                  MEMBERS REGARDING LEHMAN BANKRUPTCY MOTIONS AND
                                  ORDERS (0.2); REVIEW BANKRUPTCY MOTIONS AND
                                  ORDERS (0.8); CALL WITH R. BRUSCO REGARDING
                                  BANKRUPTCY MOTIONS AND ORDERS AND LEHMAN
                                  AUTHORITY OPINION (0.3); COMMUNICATIONS WITH M.
                                  PLANER REGARDING AUTHORITY OPINION AND
                                  NON-CONSOLIDATION OPINION (0.3); REVIEW OF DUE
                                  DILIGENCE INFORMATION (0.3).

10/02/09  S. Plunkett       .80   WORK ON SEARCHES AND EMAILS WITH K. ALI
          Task:  B120             REGARDING SAME.

10/02/09  C. Weiss          .90   REVIEW AND REPLY TO E-MAILS REGARDING LEGAL
          Task:  B120             OPINION AND AUTHORITY ISSUES (0.3); REVIEW
                                  DPO AND SPE ORDERS REGARDING TAKE BACK (0.6).

10/05/09  G. Walling       1.00   COMMUNICATIONS WITH M. PLANER REGARDING LEHMAN
          Task:  B120             AUTHORITY OPINION (0.2); COMMUNICATIONS WITH R.
                                  BRUSCO REGARDING SAME (0.2); WORK WITH C. WEISS
                                  REGARDING DEAL STATUS (0.2); REVISE CLOSING
                                  CHECKLIST (0.2); COMMUNICATIONS WITH M.

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   3
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927


                                    SCHULMAN REGARDING CLOSING CHECKLIST UPDATE
                                    (0.2).

10/05/09  S..Plunkett       .10    RECEIVE VIRGINIA DOCUMENTS VIA FEDEX.
          Task:  B120

10/05/09  C. Weiss          .80    REVIEW MOTION AND ORDERS REGARDING APPROVAL
          Task:  B120              PROCESS (0.3); TELEPHONE CONFERENCE WITH G.
                                   WALLING REGARDING SAME AND COMMUNICATION WITH
                                   SENIOR LENDER'S COUNSEL (0.3); REVIEW E-MAILS
                                   REGARDING OPEN ITEMS FOR CLOSING (0.2).

10/06/09  S. Plunkett       .20    EMAILS WITH K. VIGUE OF CAPITOL REGARDING
          Task:  B120              SEARCHES.

10/06/09  C. Weiss          .50    REVIEW E-MAILS REGARDING OPEN LEGAL OPINION
          Task:  B120              ISSUES (0.3); WORK WITH G. WALLING REGARDING
                                   SAME (0.2).

10/06/09  G. Walling       1.40    COMMUNICATIONS WITH M. PLANER REGARDING MCKENNA
          Task:  B120              OPINION AND EXTENSION AGREEMENT (0.1); WORK
                                   WITH P. HURDLE REGARDING MCKENNA OPINION (0.2);
                                   REVIEW M. PLANER OPINION COMMENTS (0.2);
                                   MEMORANDUM TO M. PLANER AND P. HURDLE REGARDING
                                   MCKENNA OPINION (0.3); COMMUNICATIONS WITH M.
                                   SCHULMAN REGARDING LOAN EXTENSION AGREEMENT
                                   (0.2); COMMUNICATIONS WITH R. BRUSCO AND M.
                                   CZERVIONKE REGARDING REVISED SENIOR LOAN
                                   MODIFICATION DOCUMENTS (0.1); COMMUNICATIONS
                                   WITH J. HALPERIN REGARDING CONTACT INFORMATION
                                   (0.1); COMMUNICATIONS WITH M. PLANER REGARDING
                                   EXTENSION AGREEMENT (0.1); COMMUNICATIONS WITH
                                   M. PLANER REGARDING J. HALPERIN CONTACT
                                   INFORMATION AND OTHER INFORMATION FOR EXTENSION
                                   AGREEMENT (0.1).

10/07/09  G. Walling        .30    COMMUNICATIONS WITH M. SCHULMAN REGARDING
          Task:  B120              EXTENSION AGREEMENT AND CHECKLIST (0.2);
                                   COMMUNICATIONS WITH C. FERGUSON REGARDING
                                   EXTENSION AGREEMENT (0.1).

10/08/09  S. Plunkett       .20    SUBMIT ADDITIONAL ORDERS TO CAPITOL SERVICES
          Task:  B120              PER G. WALLING.

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

10/08/09  G. Walling          6.10  COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  B120               FOLLOW-UP WITH R. JACOBS WITH RESPECT TO
                                    REQUIRED DUE DILIGENCE INFORMATION (0.3);
                                    COMMUNICATIONS WITH R. BRUSCO REGARDING OPEN
                                    ITEMS (0.1); REVIEW TRANSACTION DOCUMENTS
                                    (0.5); COMMUNICATIONS WITH M. PLANER AND M.
                                    DEV-SIDHU REGARDING SAME (0.2); REVIEW DUE
                                    DILIGENCE INFORMATION (1.4); REVIEW SENIOR LOAN
                                    CHECKLISTS (0.4); WORK ON UPDATED DOCUMENT
                                    CHECKLIST (1.8); COMMUNICATIONS WITH M.
                                    SCHULMAN AND R. JACOBS REGARDING CHECKLIST AND
                                    RESPONSIBILITY FOR AGREEMENT REGARDING LOAN
                                    EXHIBITS (0.4); COMMUNICATIONS WITH M. PLANER
                                    REGARDING UPDATED CHECKLIST (0.2);
                                    COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
                                    OPERATING ADVISOR NOTICE AND CONSENT (0.1);
                                    REVIEW OPERATING ADVISOR CONSENT (0.3);
                                    COMMUNICATIONS WITH M. PLANER AND M. DEV-SIDHU
                                    REGARDING DOCUMENT CHANGES (0.4).

10/09/09  G. Walling          6.40  COMMUNICATIONS WITH C. FERGUSON AND M.
          Task:  B120               CZERVIONKE REGARDING CONFERENCE CALL
                                    COORDINATION (0.2); CONFERENCE CALL WITH R.
                                    BRUSCO, M. CZERVIONKE AND M. MARTINEZ REGARDING
                                    DEAL STATUS (0.7); WORK WITH S. PLUNKETT
                                    REGARDING PENDING CAPITOL SERVICES RECORD
                                    SEARCHES (0.1); COMMUNICATIONS WITH M. PLANER
                                    REGARDING RATE CAP (0.2); CALL WITH M. MARTINEZ
                                    REGARDING DUE DILIGENCE ITEMS (0.1);
                                    CORRESPONDENCE WITH M. PLANER REGARDING OPEN
                                    ITEMS (0.3); CALL WITH M. MARTINEZ REGARDING
                                    COORDINATION OF EXHIBIT DELIVERIES FROM R.
                                    JACOBS (0.3); COMMUNICATIONS WITH M. SCHULMAN
                                    REGARDING MISSING EXHIBITS (0.3);
                                    COMMUNICATIONS WITH M. PLANER AND C. FERGUSON
                                    REGARDING SAME (0.2); COMMUNICATIONS WITH M.
                                    MARTINEZ AND M. DEV-SIDHU REGARDING DUE
                                    DILIGENCE DELIVERIES (0.1); COMMUNICATIONS WITH
                                    M. PLANER AND M. DEV-SIDHU REGARDING CLOSING
                                    COORDINATION MATTERS (0.4); COMMUNICATIONS FROM
                                    CAPITOL SERVICES REGARDING ORGANIZATIONAL
                                    DOCUMENT DELIVERIES (0.2); WORK WITH S.
                                    PLUNKETT REGARDING SAME (0.1); REVIEW ENTITY

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009          PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

|  |  |  | ORGANIZATION RELATED DOCUMENTS (0.3); COMMUNICATION WITH M. PLANER REGARDING SAME (0.2); COMMUNICATIONS WITH H. PERLIN AND B. BLITZ REGARDING TITLE UPDATE STATUS (0.3); WORK WITH S. PLUNKETT REGARDING CAPITOL SERVICES FEES AND  INVOICES (0.2); UPDATE DOCUMENT CHECKLIST (0.9); MADE RELATED FILE REVIEW (1.3). |
|---|---|---|---|
| 10/09/09 | S. Plunkett<br>Task:  B120 | 2.10 | SUBMIT ADDITIONAL CORPORATE ORDERS TO CAPITAL SERVICES (0.3); REVIEW UCC, LIEN, JUDGMENT AND LITIGATION SEARCHES (1.5); RECEIVE FINAL DELAWARE CORPORATE RESULTS FROM K. ALI (0.2); FORWARD RESULTS TO G. WALLING (0.1). |
| 10/12/09 | S. Plunkett<br>Task:  B120 | 2.20 | WORK ON UCC AND LIEN SEARCH REPORTS WITH CAPITOL SERVICES (1.3); ORDER ADDITIONAL VIRGINIA CERTIFIED REGISTRATION WITH AMENDMENTS AND GOOD STANDING (1.5); COORDINATE WITH K. ALI REGARDING CHARGES FOR CLOSING STATEMENT (0.2); COORESPONDENCE WITH G. WALLING, M. DEV-SIDHU AND M. PLANER REGARDING SEARCH RESULTS (0.1); CORRESPONDENCE WITH G. WALLING REGARDING ADDITIONAL CERTIFIED DOCUMENTS FROM VIRGINIA (0.1). |
| 10/12/09 | G. Walling<br>Task:  B120 | 7.70 | COMMUNICATIONS WITH C. FERGUSON REGARDING TIMING OF RATE CAP PURCHASE (0.2); WORK WITH M. DEV-SIDHU REGARDING UCC SEARCHES AND COORDINATION OF DELIVERY OF LEHMAN DOCUMENTS (0.3); WORK WITH S. PLUNKETT REGARDING CORRECTED UCC SEARCHES (0.2); CORRESPONDENCE FROM V. DUVA REGARDING EXECUTION OF DEAL RELATED DOCUMENTS BY INDEPENDENT MANAGERS (0.3); COMMUNICATION WITH M. PLANER REGARDING SAME (0.1); WORK WITH S. PLUNKETT REGARDING CAPITOL SERVICES INVOICES (0.3); REVIEW CAPITAL SERVICES INVOICES (0.3); WORK WITH C. WEISS REGARDING PAYMENT OF LEGAL FEES OUTSIDE OF CLOSING (0.2); REVISE  CLOSING STATEMENT (0.4); COMMUNICATION TO C. FERGUSON, M. PLANER AND R. BRUSCO REGARDING REVISED CLOSING STATEMENT (0.1); REVIEW UCC SEARCHES (0.2); REVIEW OTHER |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

DUE DILIGENCE INFORMATION (2.1); WORK ON
TRANSACTION DOCUMENT EXHIBITS (2.0);
COMMUNICATIONS WITH M. PLANER AND M. SCHULMAN
REGARDING AGREEMENT REGARDING LOAN/EXHIBITS
(0.2); REVIEW AND UPDATED CLOSING CHECKLIST
(0.5); CALL WITH M. SCHULMAN REGARDING OPEN
ITEMS (0.3).

| Date | Name / Task | Hours | Description |
|---|---|---|---|
| 10/13/09 | S. Plunkett<br>Task:  B120 | 2.60 | WORK ON CLOSING STATEMENT. |
| 10/13/09 | P. Hurdle III<br>Task:  B410 | .50 | ATTENTION TO VIRGINIA LEGAL OPINION (WITH G. WALLING). |
| 10/13/09 | G. Walling<br>Task:  B120 | 5.60 | COMMUNICATIONS WITH M. PLANER REGARDING CLOSING COORDINATION (0.1); COMMUNICATIONS WITH M. SCHULMAN REGARDING SAME (0.1); REVIEW FILE REGARDING MISSING BORROWER PARTIES SIGNATURE PAGES (0.5); WORK WITH S. PLUNKETT REGARDING ORGANIZATIONAL DOCUMENT DELIVERIES FROM CAPITOL SERVICES AND FEE INVOICES (0.2); COMMUNICATION WITH C. FERGUSON REGARDING OPEN ITEMS (0.3); COMMUNICATION FROM M. DEV-SIDHU REGARDING USE OF PREVIOUSLY EXECUTED BORROWER PARTIES SIGNATURE PAGES (0.1); COMMUNICATIONS WITH C. FERGUSON REGARDING TRIMONT SIGNATURE PAGES (0.1); COMMUNICATIONS WITH M. SCHULMAN REGARDING BORROWER PARTIES REEXCUTION OF SIGNATURE PAGES AND TRANSMITTAL OF SAME IN ESCROW (0.2); COMMUNICATIONS WITH M. DEV-SIDHU REGARDING REVISED EXTENSION AGREEMENT (0.2); COMMUNICATIONS WITH M. SCHULMAN REGARDING EXHIBITS (0.5); COMMUNICATIONS WITH C. FERGUSON REGARDING TRANSACTION DOCUMENTS TO BE SIGNED BY TRIMONT (0.1); BUNDLE TRIMONT SIGNATURE PAGES (0.5); COMMUNICATIONS WITH C. FERGUSON AND P. HOELZLE REGARDING SAME (0.3); COMMUNICATIONS WITH M. CZERVIONKE REGARDING DOCUMENTS FOR LEHMAN EXECUTION (0.4); REVIEW DUE DILIGENCE INFORMATION (0.2); WORK ON EXHIBITS (0.5); PREPARE AND ANNOTATE LEHMAN EXECUTION DOCUMENTS LIST (1.1); COMMUNICATIONS WITH M. CZERVIONKE REGARDING SAME (0.2). |

LEHMAN BROTHERS HOLDINGS INC.           December 4, 2009          PAGE    7
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

10/14/09  G. Walling        7.20   COMMUNICATIONS WITH M. CZERVIONKE REGARDING
          Task:  B120              LEHMAN EXECUTION DOCUMENTS (0.2);
                                   COMMUNICATIONS WITH A. WILSON REGARDING SAME
                                   (0.2); CALLS WITH A. WILSON REGARDING LEHMAN
                                   EXECUTION DOCUMENTS (1.4); COMMUNICATIONS WITH
                                   M. SCHULMAN REGARDING LEHMAN DOCUMENT
                                   REVIEW/EXECUTION STATUS (0.2); REVIEW
                                   PREVIOUSLY EXECUTED BORROWER SIGNATURE PAGES
                                   (0.3); WORK WITH C. WEISS REGARDING DEAL STATUS
                                   (0.2); COMMUNICATIONS WITH M. SCHULMAN
                                   REGARDING EXECUTION OF SPONSOR PARTIES
                                   DOCUMENTS (0.2); WORK WITH S. PLUNKETT
                                   REGARDING MISSING ORIGINAL DOCUMENTS AND
                                   CAPITAL SERVICES INVOICES (0.5); COMMUNICATIONS
                                   WITH M. PLANER REGARDING VIRGINIA
                                   ORGANIZATIONAL DOCUMENTS (0.1); REVIEW RECORD
                                   SEARCHES AND ORGANIZATIONAL DOCUMENTS (0.4);
                                   COMMUNICATIONS WITH M. SCHULMAN REGARDING DEAL
                                   DOCUMENTS EXHIBITS STATUS (0.3); REVIEW
                                   EXHIBITS (0.3); COMMUNICATIONS WITH C. FERGUSON
                                   REGARDING TRIMONT DOCUMENTS EXECUTION STATUS
                                   (0.1); UPDATE CONSOLIDATED DOCUMENTS CHECKLIST
                                   (0.3); MADE RELATED FILE REVIEW (0.3);
                                   COMMUNICATIONS WITH M. PLANER, M. DEV-SIDHU AND
                                   M. SCHULMAN REGARDING OUTSTANDING REVISIONS TO
                                   EXTENSION AGREEMENT (0.2); COMMUNICATIONS WITH
                                   M. MARTINEZ REGARDING EXECUTION AND DELIVERY OF
                                   TRIMONT EXECUTION DOCUMENTS (0.2);
                                   COMMUNICATIONS WITH M. SCHULMAN AND M. PLANER
                                   REGARDING UPDATED DOCUMENT CHECKLIST (0.2);
                                   COMMUNICATIONS WITH M. SCHULMAN AND M.
                                   DEV-SIDHU REGARDING OPINIONS (0.2);
                                   COMMUNICATIONS WITH M. SCHULMAN REGARDING DUE
                                   DILIGENCE INFORMATION AND EXHIBIT DOCUMENT
                                   DELIVERIES (0.3); REVIEW OF FILE REGARDING
                                   FILING WITH VIRGINIA REAL ESTATE BOARD (0.3);
                                   REVIEW CAPITAL SERVICES INVOICES (0.2); REVISE
                                   SETTLEMENT STATEMENT (0.3); COMMUNICATION TO M.
                                   SCHULMAN AND M. PLANER REGARDING SETTLEMENT
                                   STATEMENT (0.1); COMMUNICATION TO H. PERLIN AND
                                   B. BLITZ REGARDING COMMERCIAL TITLE GROUP WIRE
                                   INSTRUCTIONS (0.1); COMMUNICATIONS WITH M.
                                   SCHULMAN REGARDING TITLE UPDATE STATUS (0.1).

LEHMAN BROTHERS HOLDINGS INC.      December 4, 2009      PAGE   8
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

| | | | |
|---|---|---|---|
| 10/14/09 | S. Plunkett<br>Task: B120 | 1.50 | RECEIVE AND REVIEW FINAL VIRGINIA DOCUMENTS AND INVOICES FROM CAPITAL SERVICES (0.8); UPDATE SPREADSHEET OF CHARGES (0.4); COORDINATE WIRE TRANSFER INSTRUCTIONS WITH CAPITAL SERVICES (0.2); SEND CHARGES TO G. WALLING (0.1). |
| 10/14/09 | C. Weiss<br>Task: B120 | 1.50 | REVIEW E-MAILS REGARDING OPEN ITEMS AND ISSUES TO COMPLETE TAKE BACK CLOSING (0.5); WORK WITH G. WALLING REGARDING SAME (0.4); REVIEW REVISED SETTLEMENT STATEMENT AND CHECKLIST (0.6). |
| 10/15/09 | C. Weiss<br>Task: B120 | .60 | REVIEW AND REPLY TO E-MAILS REGARDING CLOSING MATTERS AND OPEN ISSUES FOR TAKE BACK (0.3); TELEPHONE CONFERENCE WITH G. WALLING REGARDING SAME (0.3). |
| 10/15/09 | S. Plunkett<br>Task: B120 | .30 | RECEIVE CAPITOL SERVICES CONFIRMATION OF WIRE TRANSFER INSTRUCTIONS (0.1); RECEIVE AND REVIEW ORIGINAL VIRGINIA DOCUMENTS (0.1); FORWARD CORRESPONDENCE REGARDING WIRE TRANSFER AND DOCUMENTS TO G. WALLING (0.1). |
| 10/15/09 | G. Walling<br>Task: B120 | 7.60 | COMMUNICATIONS WITH M. MARTINEZ REGARDING DELIVERY OF TRIMONT EXECUTED TRANSACTION DOCUMENTS (0.1); WORK WITH S. PLUNKETT REGARDING CAPITAL SERVICES WIRE INSTRUCTIONS (0.1); COMMUNICATIONS WITH M. SCHULMAN AND C. FERGUSON REGARDING RENT ROLLS (0.2); COMMUNICATIONS WITH M. SCHULMAN AND C. FERGUSON REGARDING TENANT SECURITY DEPOSITS (0.2); COMMUNICATIONS WITH M. PLANER, M. DEV-SIDHU REGARDING SECURITY DEPOSIT DISCREPANCIES (0.2); CALL WITH C. FERGUSON REGARDING SECURITY DEPOSIT DISCREPANCIES (0.3); COMMUNICATION WITH M. DEV-SIDHU REGARDING INCLUSION OF APPROVED BUDGET IN EXTENSION AGREEMENT (0.1); CALL WITH P. HOELZLE AND C. FERGUSON REGARDING LEASES AND RENT ROLLS (0.4); COMMUNICATIONS WITH M. DEV-SIDHU, R. JACOBS AND M. SCHULMAN REGARDING SECURITY DEPOSIT DEFICIENCY (0.2); COMMUNICATION WITH H. PERLIN REGARDING TITLE CHECKDOWN AND PRO FORMA ENDORSEMENTS (0.2); COMMUNICATIONS WITH R. JACOBS AND M. SCHULMAN |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    9
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

REGARDING VERIFICATION OF UNIT INVENTORY LIST
(0.2); COMMUNICATIONS WITH B. BLITZ REGARDING
TITLE CHECKDOWNS AND EXTENSION AGREEMENT LEGEND
(0.2); COMMUNICATIONS WITH R. JACOBS AND M.
SCHULMAN REGARDING DELINQUENT RENTS, LEASES,
SECURITY DEPOSITS AND RENT ROLLS (0.3);
COMMUNICATIONS WITH M. SCHULMAN AND R. JACOBS
REGARDING ACCOUNTS PAYABLE AND ACCOUNTS
RECEIVABLES SCHEDULES (0.2); COMMUNICATIONS
WITH M. SCHULMAN REGARDING OBTAINING MANAGER'S
APPROVAL OF RENT ROLLS, SECURITY DEPOSITS LIST
AND CONFIRMATION OF POSSESSION OF COPIES OF
LEASES (0.2); COMMUNICATIONS WITH M. SCHULMAN
REGARDING DPOR LICENSES (0.2); COMMUNICATIONS
WITH M. DEV-SIDHU REGARDING ESCROW ARRANGEMENTS
(0.2); COMMUNICATIONS WITH M. DEV-SIDHU AND B.
BLITZ REGARDING ESCROW, RECORDATION AND TITLE
POLICY ENDORSEMENTS (0.3); CALL WITH M.
DEV-SIDHU REGARDING ESCROW FOR RECORDABLE
DOCUMENTS (0.3); COMMUNICATIONS WITH B. BILZ
REGARDING EXTENSION AGREEMENT LEGEND AND
CLOSING COORDINATION (0.2); COMMUNICATION TO P.
HURDLE REGARDING OPINION REVISION (0.2); CALL
WITH P. HURDLE REGARDING MCKENNA OPINION (0.2);
COMMUNICATION TO M. DEV-SIDHU AND M. PLANER
REGARDING MLA OPINION (0.2); REVIEW NEW CTG
TITLE INVOICES (0.3); CORRESPONDENCE TO M.
DEV-SIDHU REGARDING DELIVERY OF MLA OPINION AND
ESCROW ARRANGEMENT (0.2); CALL WITH C. FERGUSON
REGARDING SECURITY DEPOSITS (0.2);
COMMUNICATIONS WITH M. SCHULMAN REGARDING
CLOSING DELAY (0.2); REVIEW PRIOR TITLE PREMIUM
INVOICES (0.3); CORRESPONDENCE TO H. PERLIN AND
B. BLITZ REGARDING TITLE PREMIUM INCREASES
(0.2); COMMUNICATION TO R. BRUSCO REGARDING
TITLE PREMIUMS AND REVISED SETTLEMENT STATEMENT
(0.3); CORRESPONDENCE TO M. PLANER AND C.
FERGUSON REGARDING REVISED SETTLEMENT STATEMENT
(0.2); CALL WITH M. SCHULMAN REGARDING CLOSING
RESCHEDULING (0.4); REVIEW OPINIONS FOR
MORTGAGE LOAN (0.4).

10/15/09  P. Hurdle III          1.00   FINALIZE VIRGINIA LEGAL OPINION.
          Task:  B410

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE  10
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

10/16/09  G. Walling          7.40  COMMUNICATIONS FROM R. JACOBS REGARDING
          Task:  B120              FINANCIAL STATEMENTS (0.1); REVIEW FINANCIAL
                                   STATEMENTS (0.2); COMMUNICATIONS WITH M.
                                   MARTINEZ REGARDING EXHIBITS COMPLETION STATUS
                                   (0.1); COMMUNICATIONS WITH R. BRUSCO AND M.
                                   CZERVIONKE REGARDING EXECUTION STATUS OF LEHMAN
                                   DOCUMENTS (0.1); COMMUNICATIONS WITH B. BLITZ
                                   REGARDING TITLE PREMIUMS (0.2); COMMUNICATIONS
                                   WITH H. PERLIN REGARDING REDUCTION OF TITLE
                                   PREMIUMS (0.2); COMMUNICATION WITH B. BRUSCO
                                   REGARDING SAME (0.1); COMMUNICATIONS WITH C.
                                   FERGUSON REGARDING QUESTIONS ABOUT FINANCIAL
                                   STATEMENTS (0.2); COMMUNICATIONS WITH M.
                                   DEV-SIDHU REGARDING ESCROW ARRANGEMENTS (0.2);
                                   COMMUNICATIONS WITH C. FERGUSON REGARDING
                                   PAYABLES (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                   REGARDING DELINQUENT RENTS (0.2);
                                   COMMUNICATIONS WITH B. BLITZ REGARDING TITLE
                                   PREMIUMS BACKGROUND INFORMATION (0.2); MEMO TO
                                   R. BRUSCO AND C. FERGUSON REGARDING SAME (0.1);
                                   COMMUNICATIONS WITH H. PERLIN REGARDING
                                   RECORDING FEES COMPUTATION AND ADJUSTMENT
                                   (0.2); CALL WITH M. DEV-SIDHU REGARDING CLOSING
                                   DATE ADJUSTMENT (0.2); COMMUNICATIONS WITH B.
                                   BLITZ REGARDING ADJUSTED CLOSING DATE (0.1);
                                   REVISED SETTLEMENT STATEMENT (0.2);
                                   COMMUNICATIONS TO R. BRUSCO REGARDING REVISED
                                   SETTLEMENT STATEMENT (0.1); COMMUNICATIONS WITH
                                   B. BLITZ REGARDING AVAILABILITY OF RUSH
                                   RECORDING OPTION (0.1); COMMUNICATION WITH R.
                                   BRUSCO REGARDING DELIVERY OF LEHMAN SIGNATURE
                                   PAGES TO B. BLITZ (0.2); COMMUNICATIONS WITH M.
                                   DEV-SIDHU REGARDING RUSH RECORDING (0.1);
                                   COMMUNICATIONS WITH P. HURDLE REGARDING MCKENNA
                                   OPINION (0.1); COMMUNICATIONS WITH M. DEV-SIDHU
                                   AND M. PLANER REGARDING MCKENNA OPINION (0.1);
                                   COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
                                   ESCROW LETTER TO CTG (0.1); REVIEW AND REVISE
                                   ESCROW LETTER (0.3); COMMUNICATIONS WITH C.
                                   FERGUSON REGARDING FINANCIAL STATEMENTS (0.1);
                                   COMMUNICATIONS WITH M. MARTINEZ, M. PLANER AND

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009          PAGE   11
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

C. FERGUSON REGARDING RECEIVABLES/PAYABLES
(0.1); COMMUNICATIONS WITH M. SCHULMAN
REGARDING EXHIBITS (0.2); COMMUNICATIONS WITH
R. BRUSCO REGARDING LEHMAN NEED FOR ENTITY
ORGANIZATIONAL DOCUMENTS (0.2); MADE RELATED
FILE REVIEW (0.4); COMMUNICATIONS TO R. BRUSCO
REGARDING ENTITY ORGANIZATIONAL DOCUMENTS
(0.3); COMMUNICATIONS WITH C. FERGUSON
REGARDING SECURITY DEPOSIT ISSUES (0.1);
COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
REVISED EXTENSION AGREEMENT (0.1); REVIEW
REVISED EXTENSION AGREEMENT (0.2); COMMENTS
MEMO TO M. DEV-SIDHU REGARDING EXTENSION
AGREEMENT (0.1); COMMUNICATIONS WITH M.
DEV-SIDHU REGARDING CONTACT INFORMATION FOR J.
HALPERIN (0.1); COMMUNICATIONS WITH P. HURDLE
REGARDING MCKENNA OPINION (0.1); COMMUNICATIONS
WITH M. PLANER REGARDING SAME (0.1);
COMMUNICATION WITH M. DEV-SIDHU REGARDING
REVISED ESCROW AGREEMENT (0.1); COMMUNICATIONS
WITH B. BLITZ REGARDING ESCROW AGREEMENT
(0.1); COMMUNICATION WITH M. SCHULMAN REGARDING
DELIVERY OF BORROWER SIGNATURE PAGES TO B.
BLITZ (0.1); COMMUNICATIONS WITH C. FERGUSON
REGARDING MODIFICATION FEES (0.2); WORK WITH C.
WEISS REGARDING MODIFICATION FEES (0.1); MADE
RELATED FILE REVIEW (0.5); COMMUNICATIONS WITH
R. BRUSCO REGARDING ADDITION OF MODIFICATION
FEES (0.1); REVIEW REVISED OPINIONS (0.3).

10/16/09  P. Hurdle III    1.00   REVISE AND DISTRIBUTE VIRGINIA LEGAL OPINIONS
          Task:  B110             TO KILPATRICK STOCKTON (WITH G. WALLING).

10/16/09  C. Weiss         1.20   REVIEW AND REPLY TO E-MAILS REGARDING CLOSING
          Task:  B120             OF TAKE BACK TRANSACTION AND OPEN ISSUES
                                   (0.9); WORK WITH G. WALLING REGARDING SAME
                                   (0.3).

10/19/09  C. Weiss          .40   WORK WITH G. WALLING REGARDING OPEN ISSUES TO
          Task:  B120             COMPLETE TAKE BACK CLOSING (0.2); REVIEW
                                   E-MAILS REGARDING SAME (0.2).

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   12
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

10/19/09  G. Walling          7.80  COMMUNICATIONS WITH M. MARTINEZ REGARDING EXIT
          Task:  B120               FEES (0.1); WORK WITH S. PLUNKETT REGARDING
                                    CLOSING STATUS (0.1); COMMUNICATION WITH M.
                                    SCHULMAN REGARDING COOLEY REVISED OPINION
                                    (0.1); COMMUNICATIONS WITH M. DEV-SIDHU
                                    REGARDING LEHMAN EXECUTION STATUS (0.1);
                                    COMMUNICATIONS WITH M. SCHULMAN REGARDING
                                    LEHMAN EXECUTION STATUS (0.1); COMMUNICATIONS
                                    WITH P. HURDLE REGARDING MCKENNA OPINION (0.2);
                                    COMMUNICATION WITH M. PLANER AND M. DEV-SIDHU
                                    REGARDING MCKENNA OPINION (0.2); COMMUNICATIONS
                                    WITH C. FERGUSON REGARDING LOAN MODIFICATION
                                    FEES, AND CLOSING STATEMENT CHANGES (0.3);
                                    REVISE SETTLEMENT STATEMENT (0.3);
                                    COMMUNICATION WITH R. BRUSCO REGARDING REVISED
                                    SETTLEMENT STATEMENT (0.1); REVIEW OF FILE
                                    RELATED TO DOCUMENT EXHIBITS (0.7);
                                    COMMUNICATIONS WITH C. FERGUSON, M. MARTINEZ
                                    AND M. PLANER REGARDING UNIT SWAP (0.4); MADE
                                    RELATED REVIEW OF FILE (0.3); REVISE
                                    EXHIBITS/AGREEMENT REGARDING LOAN (0.8); REVIEW
                                    PRO FORMA TITLE ENDORSEMENTS (0.4); RESEARCH
                                    REGARDING VIRGINIA STATUTES/REGULATIONS
                                    REGARDING ANNUAL FILINGS AND LICENSE
                                    REQUIREMENTS FOR CONDO ASSOCIATIONS (0.2); WORK
                                    WITH C. FERGUSON REGARDING PROPERTY MANAGER
                                    CERTIFICATION (0.2); PREPARE PROPERTY MANAGER
                                    CERTIFICATION (0.3); COMMUNICATION WITH M.
                                    SCHULMAN REGARDING SAME (0.1); COMMUNICATIONS
                                    WITH M. SCHULMAN REGARDING POLICE DEPARTMENT
                                    USE OF WALKER SQUARE UNIT (0.3); COMMUNICATIONS
                                    WITH M. SCHULMAN REGARDING LITIGATION UPDATE
                                    INFORMATION (0.4); REVIEW OF SERVICE CONTRACTS
                                    (0.4); COMMUNICATION WITH M. SCHULMAN REGARDING
                                    MISSING SERVICE CONTRACT (0.1); COMMUNICATIONS
                                    WITH M. DEV-SIDHU REGARDING RATE CAP STATUS
                                    (0.3); CALL WITH M. CZERVIONKE REGARDING
                                    RECEIPT OF LEHMAN SIGNATURE PAGES AND OPEN
                                    ITEMS STATUS (0.4); COMMUNICATIONS WITH C.
                                    FERGUSON REGARDING RATE CAP ADVANCE BY SENIOR
                                    LENDER AND ADJUSTED CLOSING DATE (0.3);

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE  13
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

                                   COMMUNICATIONS WITH M. SCHULMAN AND M. PLANER REGARDING OPEN ITEMS, LEHMAN EXECUTION OF SIGNATURE PAGES AND REVISED CLOSING DATE (0.3); COMMUNICATION WITH B. BLITZ REGARDING REVISED CLOSING DATE (0.1); COMMUNICATIONS WITH M. PLANER AND M. SCHULMAN REGARDING REVISED AGREEMENT REGARDING LOAN AND COMPLETED EXHIBITS FOR SAME (0.2).

10/19/09   S. Plunkett          .40   WORK ON SEARCH INVOICES.
           Task:  B120

10/20/09   G. Walling         2.30   COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
           Task:  B120          RIVERBEND UNIT SALE/SWAP TRANSACTION (0.2); CORRESPONDENCE FROM M. CZERVIONKE REGARDING LEHMAN SIGNATURE PAGES (0.1); COMMUNICATION TO M. SCHULMAN REGARDING RECEIPT OF LEHMAN SIGNATURES (0.1); COMMUNICATIONS WITH M. SCHULMAN REGARDING OPEN ITEMS (0.2); MADE RELATED FILE REVIEW (0.3); REVIEW BORROWER/SPONSORS' SIGNATURE PAGES (0.3); COMMUNICATIONS WITH M. SCHULMAN REGARDING MISSING BORROWER SIGNATURE PAGES FOR SETTLEMENT STATEMENT (0.2); COMMUNICATIONS WITH C. FERGUSON REGARDING PROPERTY MANAGER'S CERTIFICATION ABOUT LEASES (0.1); COMMUNICATION WITH M. SCHULMAN REGARDING SAME (0.1); COMMUNICATIONS WITH M. DEV-SIDHU REGARDING MCKENNA OPINION (CHOICE OF LAW ISSUE) (0.2); MADE RELATED FILE REVIEW REGARDING P. HURDLE POSITION ON SAME (0.2); COMMUNICATIONS WITH B. BLITZ REGARDING DELIVERY OF LEHMAN EXTENSION AGREEMENT SIGNATURES INTO CTG ESCROW (0.3).

10/20/09   C. Weiss            .40   WORK WITH G. WALLING REGARDING OPEN LEGAL
           Task:  B120          OPINION ISSUES FOR CLOSING OF TAKE BACK TRANSACTION (0.2); REVIEW E-MAILS REGARDING SAME (0.2).

10/20/09   P. Hurdle III       .50   ATTENTION TO "CHOICE OF LAW" OPINION(S) IN
           Task:  B110          VIRGINIA LEGAL OPINION (0.3); EMAIL TO G. WALLING AND C. WEISS REGARDING SAME (0.2).

LEHMAN BROTHERS HOLDINGS INC.             December 4, 2009          PAGE  14
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927


10/21/09  C. Weiss            .90  REVIEW AND REPLY TO E-MAILS REGARDING LEGAL
          Task: B120              OPINION ISSUES (0.3); WORK WITH G. WALLING
                                  REGARDING SAME AND OPEN ITEMS TO COMPLETE
                                  CLOSING (0.3); TELEPHONE CONFERENCE WITH J.
                                  BARKIN REGARDING CHOICE OF LAW OPINION (0.3).

10/21/09  G. Walling         7.20  COMMUNICATIONS WITH M. SCHULMAN REGARDING
          Task: B120              SETTLEMENT STATEMENT (0.1); COMMUNICATIONS WITH
                                  M. PLANER, C. FERGUSON AND M. SCHULMAN
                                  REGARDING LEHMAN AUTHORITY OPINION (0.1);
                                  COMMUNICATIONS WITH M. CZERVIONKE REGARDING
                                  REVISED SETTLEMENT STATEMENT AND MCKENNA WIRE
                                  INSTRUCTIONS (0.2); COMMUNICATIONS WITH C.
                                  FERGUSON REGARDING LOGISTICS OF CLOSING
                                  DISBURSEMENTS (0.2); COMMUNICATIONS WITH M.
                                  CZERVIONKE REGARDING SAME (0.2); COMMUNICATIONS
                                  WITH C. FERGUSON REGARDING PAYMENT OF RATE CAP
                                  PREMIUM (0.2); COMMUNICATIONS WITH M.
                                  DEV-SIDHU/M. PLANER REGARDING APPROVAL STATUS
                                  OF NON-CONSOLIDATION OPINION (0.2);
                                  COMMUNICATIONS WITH M. SCHULMAN AND M. PLANER
                                  REGARDING UPDATED OPEN ITEMS CHECKLIST (0.2);
                                  COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
                                  MCKENNA OPINION (0.2); WORK WITH C. WEISS
                                  REGARDING MCKENNA ABILITY TO ISSUE CHOICE OF
                                  LAW OPINION (0.2); WORK WITH C. WEISS AND J.
                                  BARKIN REGARDING SAME (0.3); COMMUNICATIONS
                                  WITH P. HURDLE REGARDING CHOICE OF LAW OPINION
                                  (0.1); REVIEW OF PRIOR KILPATRICK COMMENTS ON
                                  MCKENNA OPINION (0.3); CALL WITH M. PLANER
                                  REGARDING CHOICE OF LAW OPINION (0.4);
                                  COMMUNICATIONS WITH M. PLANER REGARDING SAME
                                  (0.5); REVIEW NON-CONSOLIDATION OPINION AND
                                  KILPATRICK COMMENTS ON SAME (0.9); REVISE
                                  NON-CONSOLIDATION OPINION (0.2); COMMUNICATIONS
                                  WITH M. PLANER REGARDING REVISED
                                  NON-CONSOLIDATION OPINION (0.2); COMMUNICATIONS
                                  WITH M. DEV-SIDHU, M. MARTINEZ AND C. FERGUSON
                                  REGARDING RIVERBEND UNIT SWAP (0.4);
                                  COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
                                  REVISED LOAN POLICY ENDORSEMENTS TO INCLUDE
                                  RIVERBEND SWAPPED UNIT (0.2); COMMUNICATIONS TO

LEHMAN BROTHERS HOLDINGS INC.      December 4, 2009     PAGE  15
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

                                B. BLITZ AND H. PERLIN REGARDING REVISED OWNER
POLICY ENDORSEMENT TO INCLUDE RIVERBEND SWAPPED
UNIT (0.1); COMMUNICATIONS FROM R. JACOBS
REGARDING INVENTORY UNITS (0.2); COMMUNICATIONS
WITH M. PLANER REGARDING WAIVER OF CHOICE OF
LAW OPINION (0.2); REVIEW REVISED EXTENSION
AGREEMENT (0.2); COMMUNICATION WITH M.
DEV-SIDHU REGARDING RATE CAP STATUS (0.2);
COMMUNICATIONS WITH M. CZERVIONKE, REGARDING
OPEN ITEMS AND COORDINATION OF LEHMAN FUNDING
OF TRANSACTION EXPENSES (0.3); REVIEW COOLEY
OPINIONS (0.5); COMMUNICATIONS WITH M. SCHULMAN
REGARDING CHANGES TO COOLEY OPINIONS (0.2).

10/22/09  G. Walling     4.40    WORK WITH G. MARSH REGARDING REVISED
         Task:  B120         NON-CONSOLIDATION OPINION (0.1); COMMUNICATIONS
WITH M. DEV-SIDHU REGARDING OCTOPUS
REACQUISITION OF RIVERBEND UNIT 310-1F (0.2);
REVISE AGREEMENT REGARDING LOAN (0.2);
COMMUNICATIONS WITH M. PLANER REGARDING SAME
(0.1); REVIEW TAX BILLS (0.2); COMMUNICATIONS
WITH M. SCHULMAN REGARDING RIVERBEND SWAP UNIT
(0.2); COMMUNICATIONS WITH M. SCHULMAN, C.
FERGUSON AND M. MARTINEZ REGARDING SWAP UNIT
TAX BILL (0.2); COMMUNICATION FROM R. JACOBS
REGARDING INVENTORY UNITS AND TAX BILL NUMBERS
(0.2); REVIEW FILES TO IDENTIFY POST-LOAN
CLOSING LOAN MODIFICATION DOCUMENTS AND
SUPPLEMENTAL LOAN DOCUMENTS (0.4); PREPARE
NON-CONSOLIDATION OPINION EXHIBITS (0.3);
COMMUNICATIONS WITH M. DEV-SIDHU REGARDING
REVISED NON-CON OPINION (0.1); COMMUNICATIONS
WITH C. FERGUSON, M. PLANER REGARDING OPEN
ITEMS (0.2); COMMUNICATIONS WITH M. SCHULMAN
REGARDING SAME (0.1); COMMUNICATIONS WITH M.
PLANER AND M. DEV-SIDHU REGARDING
NON-CONSOLIDATION OPINION (0.2); COMMUNICATIONS
WITH M. DEV-SIDHU REGARDING REVISED EXTENSION
AGREEMENT (0.1); REVIEW REVISED EXTENSION
AGREEMENT (0.2); REVIEW M. PLANER RECENT AND
PREVIOUS COMMENTS REGARDING NON-CON OPINION
(0.3); REVISE NON-CON OPINION (0.2); REVIEW
CORRESPONDENCE FILE REGARDING CHRONOLOGY OF
EFFORTS TO OBTAIN RPI AND WACHOVIA SIGNATURES
ON LOAN MODIFICATION DOCUMENTS (0.6);

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE   16
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927

|  |  |  |  |
|---|---|---|---|
|  |  |  | COMMUNICATIONS TO M. DEV-SIDHU, M. PLANER AND M. SCHULMAN REGARDING SAME (0.3). |
| 10/23/09 | G. Walling Task:  B120 | 2.20 | COMMUNICATIONS WITH M. SCHULMAN REGARDING STATUS OF RPI EXECUTION OF MANAGEMENT CONSENTS TO ASSIGNMENT (0.5); CALL WITH M. SCHULMAN REGARDING SAME AND REGARDING OPEN ISSUES (0.3); WORK WITH G. MARSH REGARDING CHANGES TO NON-CON OPINION (0.1); COMMUNICATIONS WITH M. PLANER REGARDING RATE CAP ISSUANCE STATUS (0.2); COMMUNICATIONS WITH M. DEV-SIDHU REGARDING DOCUMENTS REQUIRED TO BE DELIVERED TO CLOSE SENIOR MODIFICATION (0.3); CALL WITH M. DEV-SIDHU REGARDING RATE CAP STATUS (0.2); COMMUNICATIONS WITH R. BRUSCO/K. CORRIGAN REGARDING NEED TO FILE ENTITY ORGANIZATION DOCUMENTS WITH DELAWARE SECRETARY OF STATE PRIOR TO CLOSING (0.2); MADE RELATED FILE REVIEW (0.2); CORRESPONDENCE TO K. CORRIGAN REGARDING NO NECESSITY FOR ANY DELAWARE SECRETARY OF STATE FILING PRIOR TO CLOSING (0.2). |
| 10/26/09 | G. Walling Task:  B120 | 1.10 | COMMUNICATION WITH R. BRUSCO REGARDING LEHMAN AUTHORITY OPINION (0.1); CONFERENCE CALL WITH M. PLANER AND M. DEV-SIDHU REGARDING WACHOVIA EXECUTION STATUS OF PRIOR LOAN MODIFICATION DOCUMENTS (0.2); CALL WITH M. DEV-SIDHU REGARDING SAME (0.2); MADE RELATED FILE REVIEW TO IDENTIFY PRIOR COMMUNICATIONS WITH WACHOVIA ABOUT EXECUTION OF LOAN MODIFICATION DOCUMENTS (0.3); COMMUNICATIONS WITH T. MCNEIL AND M. FARRELL REGARDING WACHOVIA EXECUTION STATUS OF PRIOR LOAN MODIFICATION DOCUMENTS (0.3). |
| 10/27/09 | G. Walling Task:  B120 | 2.20 | COMMUNICATIONS WITH M. SCHULMAN REGARDING RPI EXECUTION STATUS OF CONSENTS TO MANAGEMENT AGREEMENT ASSIGNMENTS AND OTHER OPEN ITEMS (0.1); CALL TO T. MCNEIL REGARDING LOAN MODIFICATION AGREEMENT (0.1); COMMUNICATIONS WITH T. MCNEIL AND M. FARRELL REGARDING WACHOVIA EXECUTION STATUS OF LOAN MODIFICATION AGREEMENT (0.1); COMMUNICATIONS WITH M. PLANER REGARDING RATE CAP STATUS (0.1); CALL WITH M. CZERVIONKE REGARDING OPEN ITEMS (0.2); COMMUNICATIONS WITH C. FERGUSON REGARDING |

LEHMAN BROTHERS HOLDINGS INC.                December 4, 2009         PAGE   18
MATTER NUMBER: 30837.0005
INVOICE NO.: 682927


10/30/09  G. Walling          2.80   COMMUNICATION FROM M. DEV-SIDHU REGARDING
          Task:  B120                REVISED EXTENSION AGREEMENT (0.2); REVIEW
                                     REVISED EXTENSION AGREEMENT (0.2);
                                     COMMUNICATION WITH M. DEV-SIDHU REGARDING
                                     COMMENTS ON EXTENSION AGREEMENT (0.2);
                                     COMMUNICATIONS WITH T. MCNEIL AND M. FARRELL
                                     REGARDING WACHOVIA EXECUTION STATUS OF LOAN
                                     MODIFICATION AGREEMENT (0.2); REVISE LOAN
                                     MODIFICATION AGREEMENT (0.2); COMMUNICATION TO
                                     M. DEV-SIDHU REGARDING SAME (0.1);
                                     COMMUNICATION WITH T. MCNEIL/M. FARRELL
                                     REGARDING REVISED LOAN MODIFICATION AGREEMENT
                                     (0.4); COMMUNICATIONS WITH M. PLANER REGARDING
                                     REMIC RELATED CHANGE TO EXTENSION AGREEMENT
                                     (0.3); MADE FILE REVIEW TO RETRIEVE DOCUMENTS
                                     REQUESTED BY K. CORRIGAN (0.6); COMMUNICATION
                                     WITH K. CORRIGAN REGARDING SAME (0.2);
                                     COMMUNICATIONS WITH M. PLANER AND M. DEV-SIDHU
                                     REGARDING ADDITIONAL DOCUMENT REQUESTS FROM K.
                                     CORRIGAN REGARDING STATUS OF LEHMAN AUTHORITY
                                     OPINION (0.2).


B110  Case Administration
      P. Hurdle III                    1.50    475.00     $712.50

         TOTAL B110                    1.50              $712.50

B120  Asset Analysis and Recovery
      C. Weiss                         7.20    475.00   $3,420.00
      G. Walling                      92.00    410.00  $37,720.00
      S. Plunkett                     10.60    195.00   $2,067.00

         TOTAL B120                  109.80            $43,207.00

B410  General Bankruptcy Advice/Opinion
      P. Hurdle III                    1.50    475.00    $712.50

         TOTAL B410                    1.50            $712.50

Billed Recap Of Cost Detail - [Invoice: 682927 Date: 12/04/2009]Pg 62 of 89

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/30/2009 | 0999 | MLA MLA | 105H | 1.00 | 10.14 | 10.14 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26027063 |
| 12/04/2009 | | | | 1.00 | 10.14 | 10.14 | GLOBAL SERVICES | |
| | | Invoice=682927 | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= | |
| | | Voucher=1737110 Paid | | | | | | |
| 10/02/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.65 | 0.65 | LONG DISTANCE TELEPHONE 15:14 1(646)285-9068 | 26103577 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 0.65 | 0.65 | 78564 | |
| 10/08/2009 | 0351 | GERALD WALLING | 101S | 22.00 | 0.10 | 2.20 | COPY CHARGES | 26102717 |
| 12/04/2009 | | Invoice=682927 | | 22.00 | 0.10 | 2.20 | | |
| 10/13/2009 | 0351 | GERALD WALLING | 101S | 2.00 | 0.10 | 0.20 | COPY CHARGES | 26113147 |
| 12/04/2009 | | Invoice=682927 | | 2.00 | 0.10 | 0.20 | | |
| 10/14/2009 | 0351 | GERALD WALLING | 101S | 5.00 | 0.10 | 0.50 | COPY CHARGES | 26114562 |
| 12/04/2009 | | Invoice=682927 | | 5.00 | 0.10 | 0.50 | | |
| 10/14/2009 | 0999 | MLA MLA | 105S | 1.00 | 29.08 | 29.08 | LONG DISTANCE TELEPHONE 11:56 1-646-285-9016 | 26132810 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 29.08 | 29.08 | 78564 | |
| 10/15/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:38 1-703-456-8123 | 26132838 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 0.36 | 0.36 | 78564 | |
| 10/16/2009 | 0351 | GERALD WALLING | 101S | 65.00 | 0.10 | 6.50 | COPY CHARGES | 26118712 |
| 12/04/2009 | | Invoice=682927 | | 65.00 | 0.10 | 6.50 | | |
| 10/19/2009 | 0351 | GERALD WALLING | 101S | 66.00 | 0.10 | 6.60 | COPY CHARGES | 26121663 |
| 12/04/2009 | | Invoice=682927 | | 66.00 | 0.10 | 6.60 | | |
| 10/20/2009 | 0351 | GERALD WALLING | 101S | 1.00 | 0.10 | 0.10 | COPY CHARGES | 26123115 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 0.10 | 0.10 | | |
| 10/20/2009 | 0999 | MLA MLA | 107S | 1.00 | 16.99 | 16.99 | DELIVERY SERVICE/MESSENGER | 26137762 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 16.99 | 16.99 | RCVD:COMMERCIAL TITLE GROUP/MR BARBARA BLITZ | |
| 10/23/2009 | 0999 | MLA MLA | 105S | 1.00 | 7.92 | 7.92 | LONG DISTANCE TELEPHONE 14:05 1-703-456-8123 | 26133177 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 7.92 | 7.92 | 78564 | |
| 10/27/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:08 1-704-715-8859 | 26143975 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 1.09 | 1.09 | 78564 | |
| 10/29/2009 | 0351 | GERALD WALLING | 101S | 61.00 | 0.10 | 6.10 | COPY CHARGES | 26142937 |
| 12/04/2009 | | Invoice=682927 | | 61.00 | 0.10 | 6.10 | | |
| 10/29/2009 | 0999 | MLA MLA | 105S | 1.00 | 5.94 | 5.94 | LONG DISTANCE TELEPHONE 15:53 1-703-456-8123 | 26144217 |
| 12/04/2009 | | Invoice=682927 | | 1.00 | 5.94 | 5.94 | 78564 | |
| 10/30/2009 | 0351 | GERALD WALLING | 101S | 85.00 | 0.10 | 8.50 | COPY CHARGES | 26144520 |
| 12/04/2009 | | Invoice=682927 | | 85.00 | 0.10 | 8.50 | | |

BILLED TOTALS:   WORK:     102.87  16 records
BILLED TOTALS:   BILL:     102.87

GRAND TOTAL:   WORK:     102.87  16 records
GRAND TOTAL:   BILL:     102.87

# McKenna Long
# &Aldridge LLP
#### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                Invoice No. 682922
Matter No.: 04406.0113           Invoice Date: December 4, 2009
================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: PLAZA AT TURTLE CREEK LOANS


* * * * * * * * * * *  SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| G. Walling | 5.40 | 410.00 | 2,214.00 |
| Total | 5.40 | | 2,214.00 |

TOTAL FEES:                                    $  2,214.00

CHARGES:

    COPY CHARGES                          0.20
    LONG DISTANCE TELEPHONE               4.35

TOTAL CHARGES:                                 $      4.55

T O T A L   T H I S   S T A T E M E N T :      $  2,218.55

LEHMAN BROTHERS HOLDINGS INC.                December 4, 2009        PAGE   2
MATTER NUMBER: 04406.0113
INVOICE NO.: 682922


                    DESCRIPTION OF SERVICES


10/05/09   G. Walling          .20    COMMUNICATIONS WITH D. BRUCE, B. ROBERTS AND L.
           Task:  B130                 STUTTS REGARDING DELIVERY STATUS OF PHASE
                                       II/1106 BUYER RELEASE FOR EARNEST MONEY.

10/06/09   G. Walling          .20    COMMUNICATIONS WITH L. STUTTS REGARDING PHASE
           Task:  B130                 II/1106 EARNEST MONEY REFUND STATUS.

10/09/09   G. Walling         1.50    COMMUNICATION WITH S. MARSHALL REGARDING NEW
           Task:  B130                 PHASE II/1106 PURCHASE OFFER (0.1); REVIEW 1106
                                       OFFER (0.5); REVISED 1106 OFFER (0.7);
                                       COMMUNICATIONS WITH S. MARSHALL REGARDING
                                       REVISED 1106 OFFER (0.1); CALL TO S. MARSHALL
                                       REGARDING SAME (0.1).

10/12/09   G. Walling          .30    COMMUNICATIONS WITH S. MARSHALL REGARDING PHASE
           Task:  B130                 II/1106 PURCHASE OFFER (0.2); REVISE PHASE
                                       II/1106 COUNTER OFFER (0.1).

10/14/09   G. Walling          .70    COMMUNICATIONS WITH S. MARSHALL REGARDING
           Task:  B120                 TAXPAYER IDENTIFICATION NUMBER AND
                                       ORGANIZATIONAL DOCUMENTS FOR PLAZA
                                       CONDOMINIUMS, LTD. (0.2); MADE RELATED REVIEW
                                       OF FILES TO RETRIEVE REQUESTED DOCUMENTS (0.4);
                                       FOLLOW UP COMMUNICATION TO S. MARSHALL
                                       REGARDING IDENTIFICATION NUMBER AND
                                       ORGANIZATIONAL DOCUMENTS FOR PLAZA CONDOMINIUMS
                                       LTD. (0.1).

10/23/09   G. Walling          .20    COMMUNICATIONS WITH S. MARSHALL REGARDING
           Task:  B130                 STATUS OF PHASE II/1106 SALES CONTRACT.

10/27/09   G. Walling         1.80    COMMUNICATIONS WITH S. MARSHALL REGARDING PHASE
           Task:  B130                 II/1106 UNIT SALE (0.1); MADE RELATED FILE
                                       REVIEW (0.2); CALL WITH D. BRUCE REGARDING
                                       PREPARATION OF PHASE II/1106 CONTRACT (0.2);
                                       COMMUNICATION WITH S. MARSHALL REGARDING D.
                                       BRUCE PREPARATION OF PHASE II/1106 CONTRACT

LEHMAN BROTHERS HOLDINGS INC.            December 4, 2009        PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 682922

```
                                    (0.1); COMMUNICATION FROM D. BRUCE REGARDING
                                    DRAFT 1106 CONTRACT (0.1); REVIEW II/1106
                                    CONTRACT (0.3); COMMUNICATIONS WITH D. BRUCE
                                    REGARDING CHANGES TO SAME (0.2); REVISE II/1106
                                    CONTRACT (0.5); CORRESPONDENCE TO S. MARSHALL
                                    REGARDING REVISED II/1106 CONTRACT (0.1).

  10/28/09  G. Walling          .50  COMMUNICATIONS WITH S. MARSHALL REGARDING
           Task:  B120              REVISION OF PHASE II/1106 CONTRACT (0.2);
                                    REVISED PHASE II/1106 CONTRACT (0.2);
                                    COMMUNICATIONS WITH D. BRUCE REGARDING PHASE
                                    II/1106 CONTRACT (0.1).


  B120  Asset Analysis and Recovery
        G. Walling                        1.20    410.00     $492.00

           TOTAL B120                     1.20               $492.00

  B130  Asset Disposition
        G. Walling                        4.20    410.00   $1,722.00

           TOTAL B130                     4.20             $1,722.00
```

Billed Recap Of Cost Detail - [Invoice: 682922 Date: 12/04/2009 Pg 66 of 89

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/01/2009 | 0351 | GERALD WALLING | 101S | 5.00 | 0.15 | 0.75 | COPY CHARGES | 25838561 |
| 12/04/2009 | | Invoice=682922 | | 0.00 | 0.00 | 0.00 | | |
| 10/09/2009 | 0351 | GERALD WALLING | 101S | 2.00 | 0.10 | 0.20 | COPY CHARGES | 26103676 |
| 12/04/2009 | | Invoice=682922 | | 2.00 | 0.10 | 0.20 | | |
| 10/27/2009 | 0999 | MLA MLA | 105S | 1.00 | 3.99 | 3.99 | LONG DISTANCE TELEPHONE 14:20 1-214-363-5800 | 26144008 |
| 12/04/2009 | | Invoice=682922 | | 1.00 | 3.99 | 3.99 | 78564 | |
| 10/27/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 19:24 1-214-704-1885 | 26144057 |
| 12/04/2009 | | Invoice=682922 | | 1.00 | 0.36 | 0.36 | 78564 | |
| | | BILLED TOTALS: | WORK: | | | 5.30 | 4 records | |
| | | BILLED TOTALS: | BILL: | | | 4.55 | | |
| | | GRAND TOTAL: | WORK: | | | 5.30 | 4 records | |
| | | GRAND TOTAL: | BILL: | | | 4.55 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com
*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
c/o TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, N.W.
Suite 2200
Atlanta, Georgia   30326

Client No.: 04406                 Invoice No. 683048
Matter No.: 04406.0200            Invoice Date: December 4, 2009
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
RE: MONTECITO CROSSINGS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| B.J. Willhite | 0.80 | 290.00 | 232.00 |
| Total | 0.80 | | 232.00 |

TOTAL FEES:                                    $    232.00

T O T A L   T H I S   S T A T E M E N T:       $    232.00

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    2
MATTER NUMBER: 04406.0200
INVOICE NO.: 683048


DESCRIPTION OF SERVICES


10/19/09  B.J. Willhite          .10  CONFER WITH S. LASKER AND J. WALL REGARDING
          Task: B120                  CLOSING BINDER.

10/22/09  B.J. Willhite          .70  PREPARE CLOSING BINDER (0.5); CONFERRED WITH S.
          Task: B120                  LASKER REGARDING THE SAME (0.2).

B120  Asset Analysis and Recovery
      B.J. Willhite                   .80    290.00    $232.00

      TOTAL B120                      .80              $232.00

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                   Invoice No. 680605
Matter No.: 04406.0205              Invoice Date: December 4, 2009
===============================================================

      FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
      RE: EB DEVELOPERS INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| P. McGeehan | 0.20 | 525.00 | 105.00 |
| K. Lewis | 0.20 | 400.00 | 80.00 |
| D. Flaum | 21.80 | 305.00 | 6,649.00 |
| S. Plunkett | 0.70 | 195.00 | 136.50 |
| Total | 22.90 | | 6,970.50 |

TOTAL FEES:                              $  6,970.50

CHARGES:

      DELIVERY SERVICE/MESSENGER          31.60
      LITIGATION SUPPORT VENDORS         150.00
      LONG DISTANCE TELEPHONE             73.11

TOTAL CHARGES:                           $    254.71

T O T A L   T H I S   S T A T E M E N T :    $  7,225.21

LEHMAN BROTHERS HOLDINGS INC.  December 4, 2009  PAGE 2
MATTER NUMBER: 04406.0205
INVOICE NO.: 680605


DESCRIPTION OF SERVICES


10/01/09 P. McGeehan   .20 REVIEW STATUS OF RIVIERA PALMS ASSOCIATION
    Task:  B130       AUDIT ISSUES WITH MR. FLAUM.

10/01/09 D. Flaum    .80 CONFER WITH K. OLSON REGARDING RIVIERA PALMS
    Task:  B120       STATUS (0.2); CORRESPOND WITH HOA COUNSEL
                REGARDING ISSUE REGARDING PAYMENTS TO RIVIERA
                PROPERTY MANAGER (0.2); CORRESPOND WITH AND
                REVIEW CORRESPONDENCE FROM BUYER'S COUNSEL
                REGARDING RIVIERA AMENDMENT EXECUTION (0.2);
                CORRESPOND WITH AND REVIEW CORRESPONDENCE
                FROM LEHMAN REGARDING RIVIERA AMENDMENT
                (0.2).

10/02/09 D. Flaum   1.80 CONFER WITH RIVIERA PALMS HOA COUNSEL
    Task:  B120       REGARDING AUDIT, AND ISSUES RELATING TO
                PROPERTY MANAGEMENT PAYMENTS AND EB-RIVIERA
                FUNDS BEING HELD WITHOUT AUTHORIZATION (1.0);
                CORRESPOND WITH AND REVIEW CORRESPONDENCE
                FROM PROPERTY MANAGER REGARDING PROPERTY
                MANAGEMENT FEES (0.2); CORRESPOND WITH
                AUDITOR REGARDING CONTACT FROM ASSOCIATION
                ACCOUNTANT (0.1); CONFER WITH BUYER'S COUNSEL
                REGARDING AMENDMENT, CONDO ESTOPPELS AND
                RELEASE FROM ASSOCIATION (0.3); CORRESPOND
                WITH P. MCGEEHAN REGARDING MUTUAL RELEASE
                (0.2).

10/05/09 D. Flaum   1.40 REVIEW CORRESPONDENCE FROM RIVIERA PROPERTY
    Task:  B120       MANAGER AND CONFER WITH K. OLSON REGARDING
                PROPERTY MANAGEMENT FEES (0.3); CONFER WITH
                BUYER'S COUNSEL REGARDING FOURTH AMENDMENT TO
                RIVIERA PURCHASE AND SALE AGREEMENT (0.3);
                CONFER WITH RIVIERA CONDO ASSOCIATION'S COUNSEL
                REGARDING AUDIT LETTER (0.4); REVIEW MATERIALS
                FROM AND CORRESPOND WITH G. ALEXANDER REGARDING
                RIVIERA PROPERTY MANAGEMENT FEES (0.4).

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    3
MATTER NUMBER: 04406.0205
INVOICE NO.: 680605


10/06/09  D. Flaum           .50    CORRESPOND WITH AND REVIEW CORRESPONDENCE
          Task:  B120               FROM TRIMONT REGARDING RIVIERA PROPERTY
                                    MANAGEMENT FEE DOCUMENTS (0.2); CONFER WITH
                                    RIVIERA ASSOCIATION COUNSEL REGARDING STATUS
                                    OF AUDIT ISSUES AND RELEASE (0.2); CORRESPOND
                                    WITH LEHMAN REGARDING RIVIERA AMENDMENT AND
                                    RELEASE AGREEMENT (0.1).

10/07/09  D. Flaum          2.90    REVIEW CORRESPONDENCE FROM RIVIERA'S
          Task:  B120               ASSOCIATION COUNSEL REGARDING AUDIT (0.4);
                                    REVIEW CORRESPONDENCE AND VOICE MESSAGE FROM J.
                                    NASTASI REGARDING RIVIERA AMENDMENT TO PURCHASE
                                    AND SALE AGREEMENT (0.2); CORRESPOND WITH AND
                                    REVIEW CORRESPONDENCE FROM AUDITOR AND TRIMONT
                                    REGARDING RIVIERA AUDIT (0.2); CORRESPOND WITH
                                    BUYER'S COUNSEL REGARDING AMENDMENT TO PURCHASE
                                    AND SALE AGREEMENT (0.6); REVIEW FLORIDA
                                    STATUTES AND DECLARATION REGARDING ASSIGNMENT
                                    OF DECLARANT'S RIGHTS ISSUES (1.5).

10/08/09  D. Flaum           .70    CORRESPOND WITH TRIMONT, AUDITOR AND
          Task:  B120               ASSOCIATION COUNSEL REGARDING CALL REGARDING
                                    RIVIERA AUDIT (0.5); CONFER WITH BUYER'S
                                    COUNSEL REGARDING RIVIERA AMENDMENT TO
                                    PURCHASE AND SALE AGREEMENT (0.2).

10/09/09  D. Flaum          1.70    CONFER AND CORRESPOND WITH RIVIERA
          Task:  B120               ASSOCIATION COUNSEL, TRIMONT AND AUDITOR
                                    REGARDING AUDIT AND TURNOVER ISSUES.

10/12/09  D. Flaum           .60    CONFER AND CORRESPOND WITH RIVIERA BUYER'S
          Task:  B120               COUNSEL REGARDING AMENDMENT AND DISCUSSIONS
                                    WITH ASSOCIATION COUNSEL.

10/13/09  D. Flaum           .50    CONFER AND CORRESPOND WITH RIVIERA BUYER'S
          Task:  B120               COUNSEL AND K. OLSON REGARDING RIVIERA
                                    STATUS.

10/14/09  D. Flaum          1.80    CONFER AND CORRESPOND WITH TRIMONT AND LEHMAN
          Task:  B120               REGARDING RIVIERA STATUS (0.5); REVIEW AND
                                    REVISE AMENDMENT TO PURCHASE AND SALE
                                    AGREEMENT AND CORRESPOND WITH LEHMAN AND
                                    BUYER'S COUNSEL REGARDING SAME (1.0);

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    5
MATTER NUMBER: 04406.0205
INVOICE NO.: 680605


10/23/09   D. Flaum          .40    REVIEW CORRESPONDENCE FROM AND CORRESPOND
           Task:  B120              WITH TRIMONT AND APOGEE REGARDING PAYMENT TO
                                    RIVIERA CONDO ASSOCIATION.

10/26/09   K. Lewis          .20    COMMUNICATIONS WITH D. FLAUM REGARDING LIEN
           Task:  B130              SUMMARY FOR CLIENT.

10/26/09   D. Flaum          .60    REVIEW FLORIDA CONDOMINIUM ISSUES REGARDING
           Task:  B120              RIVIERA (0.2); REVIEW CORRESPONDENCE FROM
                                    TRIMONT AND PROPERTY MANAGER REGARDING
                                    PAYMENT (0.2); CORRESPOND WITH LEHMAN
                                    REGARDING STATUS (0.2).

10/27/09   D. Flaum          .30    REVIEW CORRESPONDENCE FROM TRIMONT AND LEHMAN
           Task:  B120              REGARDING STATUS OF PURCHASE AND SALE OF
                                    RIVIERA (0.2); REVIEW CORRESPONDENCE FROM
                                    LOCAL COUNSEL REGARDING SANCTUARY BAY AND
                                    CORRESPOND WITH LEHMAN REGARDING SAME (0.1).

10/28/09   D. Flaum         1.30    CORRESPOND AND CONFER WITH K. OLSON REGARDING
           Task:  B120              STATUS OF RIVIERA PURCHASE AND SALE AGREEMENT
                                    (0.5); CORRESPOND AND CONFER WITH LEHMAN
                                    REGARDING RIVIERA PURCHASE AND SALE AGREEMENT
                                    (0.4); CORRESPOND AND CONFER WITH BUYER'S
                                    COUNSEL REGARDING RIVIERA PURCHASE AND SALE
                                    AGREEMENT (0.2); DRAFT, REVIEW AND REVISE THE
                                    RIVIERA AMENDMENT TO PURCHASE AND SALE
                                    AGREEMENT (0.2).

10/29/09   D. Flaum         1.60    CONFER WITH K. OLSON REGARDING STATUS OF
           Task:  B120              RIVIERA PURCHASE AND SALE AGREEMENT (0.1);
                                    CONFER WITH AUDITOR, LEHMAN, AND TRIMONT
                                    REGARDING RIVIERA AUDIT (1.0); REVIEW, REVISE
                                    AND BLACKLINE RIVIERA AUDIT LETTER AND
                                    CORRESPOND WITH LEHMAN AND AUDITOR REGARDING
                                    SAME (0.5).

10/30/09   D. Flaum          .40    REVIEW CORRESPONDENCE FROM AND CONFER AND
           Task:  B120              CORRESPOND WITH BUYER'S COUNSEL REGARDING
                                    RIVIERA AMENDMENT (0.3); CORRESPOND WITH
                                    LEHMAN REGARDING RIVIERA AMENDMENT (0.1).

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    6
MATTER NUMBER: 04406.0205
INVOICE NO.: 680605

B120  Asset Analysis and Recovery
    D. Flaum                         21.80    305.00    $6,649.00
    S. Plunkett                        .70    195.00      $136.50

       TOTAL B120                 22.50              $6,785.50

B130  Asset Disposition
    K. Lewis                           .20    400.00       $80.00
    P. McGeehan                        .20    525.00      $105.00

       TOTAL B130                   .40                $185.00

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406
Matter No.: 04406.0222

Invoice No. 682923
Invoice Date: December 4, 2009

==================================================================

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2009
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|--------|--------|
| C.F. Graham | 1.60 | 725.00 | 1,160.00 |
| G. Marsh | 4.50 | 475.00 | 2,137.50 |
| C. Weiss | 14.10 | 475.00 | 6,697.50 |
| G. Walling | 25.00 | 410.00 | 10,250.00 |
| A.F. Kaufman | 0.80 | 400.00 | 320.00 |
| D.A. Geiger | 73.40 | 395.00 | 28,993.00 |
| J.M. Mayes | 1.10 | 350.00 | 385.00 |
| D. Gordon | 1.00 | 285.00 | 285.00 |
| Total | 121.50 | | 50,228.00 |

TOTAL FEES:                                    $ 50,228.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 2.40 |
| DELIVERY SERVICE/MESSENGER | 19.78 |
| LOCAL TRAVEL | 20.00 |
| LONG DISTANCE TELEPHONE | 20.31 |
| MEALS | 58.39 |
| OUT OF TOWN TRAVEL | 389.56 |

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


    TOTAL CHARGES:                              $    510.44

    T O T A L   T H I S   S T A T E M E N T:    $ 50,738.44

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009        PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


DESCRIPTION OF SERVICES

10/01/09  G. Marsh          1.00   REVIEW E-MAILS AND CORRESPONDENCE RELATING TO
          Task:  B120              APS AND ADOT CONDEMNATION ACTIONS.

10/01/09  D.A. Geiger        .50   REVIEW CORRESPONDENCE TO F. JEANS REGARDING
          Task:  B120              MOTION FOR FEES IN ADOT ACTION.

10/01/09  D.A. Geiger        .20   PREPARE CORRESPONDENCE TO A. ABRAHAM
          Task:  B120              REGARDING APS.

10/01/09  D.A. Geiger       5.20   REVIEW AND REVISE MEDIATION BRIEF FOR APS
          Task:  B120              ACTION.

10/01/09  D.A. Geiger       1.40   FACT RESEARCH FOR APS MEDIATION BRIEF.
          Task:  B120

10/01/09  G. Walling         .40   WORK WITH C. WEISS REGARDING LOAN ASSIGNMENT
          Task:  B120              (0.1); MADE RELATED FILE REVIEW (0.2).

10/01/09  C.F. Graham        .30   WORK ON REGISTERING NY JUDGMENT IN ARIZONA.
          Task:  B120

10/01/09  C. Weiss           .60   REVIEW LETTER AND E-MAILS REGARDING UP5
          Task:  B120              SETTLEMENT ISSUES (0.3); REVIEW
                                   CORRESPONDENCE REGARDING ADOT/BORROWER'S
                                   COUNSEL FEES ISSUES (0.3)

10/02/09  D.A. Geiger       5.70   WORK ON APS MEDIATION BRIEF.
          Task:  B120

10/02/09  D.A. Geiger        .20   PREPARE CORRESPONDENCE TO B. HENRY REGARDING
          Task:  B120              RESPONSE TO BEUS GILBERT FEE MOTION IN ADOT
                                   ACTION.

10/04/09  D.A. Geiger       6.20   PREPARE APS MEDIATION BRIEF.
          Task:  B120

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009          PAGE    4
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


| | | | |
|---|---|---|---|
| 10/05/09 | C. Weiss<br>Task: B120 | .90 | REVIEW CORRESPONDENCE AND DRAFT OF BRIEF REGARDING APS MEDIATION (0.4); REVIEW ENTERED GUARANTY JUDGMENT (0.1); CONSIDER IMPACT OF SPE AND DPO ORDERS IN LBHI CASE ON MM ARIZONA (0.3); E-MAILS REGARDING SAME (0.1). |
| 10/05/09 | D.A. Geiger<br>Task: B120 | 1.20 | ANALYZE APS MEDIATION STRATEGY CONSIDERATIONS. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .20 | REVIEW GUARANTY JUDGMENT AS ENTERED AND RELATED CORRESPONDENCE FROM COURT. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .60 | ANALYZE POST-JUDGMENT COLLECTION ISSUES. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .20 | PREPARE CORRESPONDENCE TO CLIENT REGARDING APS MEDIATION BRIEF AND SETTLEMENT ATTEMPTS. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .40 | TELEPHONE CONFERENCE WITH M. OHRE REGARDING APS MEDIATION BRIEF. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .20 | REVIEW CORRESPONDENCE FROM AND PREPARE CORRESPONDENCE TO R. MOON REGARDING APS SETTLEMENT DISCUSSION. |
| 10/05/09 | D.A. Geiger<br>Task: B120 | .40 | TELEPHONE CONFERENCE WITH B. HENRY REGARDING BEUS GILBERT FEE MOTION IN ADOT ACTION. |
| 10/05/09 | G. Walling<br>Task: B120 | .20 | WORK WITH G. MARSH REGARDING JUDGMENT IN ACTION ON GUARANTY. |
| 10/05/09 | G. Walling<br>Task: B120 | .20 | REVIEW OF LEHMAN BANKRUPTCY COURT ORDERS. |
| 10/05/09 | A.F. Kaufman<br>Task: B110 | .30 | REVIEW AND CIRCULATE JUDGMENT (0.1); CONFER WITH C. GRAHAM AND J. MAYES REGARDING RESEARCH RELATED TO SAME (0.2). |
| 10/05/09 | J.M. Mayes<br>Task: B120 | 1.10 | RESEARCH REGARDING DOMESTICATION OF JUDGMENT DURING STAY (0.8); CORRESPONDENCE WITH C. GRAHAM REGARDING SAME (0.3). |

LEHMAN BROTHERS HOLDINGS INC.            December 4, 2009         PAGE   5
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


10/06/09  G. Walling           .30   WORK WITH G. MARSH, C. WEISS AND D. GEIGER
          Task: B120                 REGARDING CONTACT INFORMATION FOR D. FLAAEN
                                     (LTIC/PHOENIX) (0.1); MADE RELATED FILE REVIEW
                                     (0.2).

10/06/09  D.A. Geiger          .30   PREPARE CORRESPONDENCE TO W. OLSHAN REGARDING
          Task: B120                 APS AND LAWYERS TITLE SETTLEMENT DISCUSSION
                                     ISSUES.

10/06/09  D.A. Geiger          .90   RESEARCH REGARDING LAWYERS TITLE INVOLVEMENT
          Task: B120                 WITH APS EASEMENT.

10/06/09  D.A. Geiger         3.30   REVIEW AND REVISE APS MEDIATION BRIEF.
          Task: B120

10/06/09  D.A. Geiger         2.70   FACT RESEARCH FOR APS MEDIATION BRIEF.
          Task: B120

10/06/09  D.A. Geiger          .50   REVIEW CORRESPONDENCE FROM A. ABRAHAM REGARDING
          Task: B120                 APS MEDIATION ISSUES (0.2); ANALYZE APPROPRIATE
                                     RESPONSE (0.3).

10/06/09  D.A. Geiger          .20   PREPARE CORRESPONDENCE TO AND REVIEW
          Task: B120                 CORRESPONDENCE FROM M. OHRE REGARDING APS
                                     MEDIATION PROCEDURAL ISSUES.

10/06/09  C.F. Graham          .20   REVIEW E-MAIL REGARDING AUTOMATIC STAY.
          Task: B120

10/06/09  C. Weiss             .40   REVIEW AND REPLY TO E-MAILS REGARDING APS
          Task: B120                 MEDIATION ISSUES.

10/06/09  G. Marsh             .50   REVIEW MEDIATION BRIEF AND COMMENT ON SAME.
          Task: B120

10/06/09  A.F. Kaufman         .20   CONFER WITH J. MAYES REGARDING RESEARCH RELATED
          Task: B110                 TO JUDGMENT.

10/07/09  D.A. Geiger          .80   REVIEW AND REVISE MOTION TO SUBSTITUTE MMAZ
          Task: B120                 FOR LBHI IN ADOT ACTION.

10/07/09  D.A. Geiger          .20   PREPARE CORRESPONDENCE TO J. RHODES REGARDING
          Task: B120                 MOTION TO SUBSTITUTE MMAZ FOR LBHI IN ADOT
                                     ACTION.

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE   6
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923

| | | | |
|---|---|---|---|
| 10/07/09 | D.A. Geiger<br>Task: B120 | .20 | PREPARE CORRESPONDENCE TO CLIENT REGARDING MOTION TO SUBSTITUTE MMAZ FOR LBHI IN ADOT ACTION. |
| 10/07/09 | D.A. Geiger<br>Task: B120 | .20 | REVIEW AND REVISE DECLARATION OF J. RHODES IN SUPPORT OF MOTION TO SUBSTITUTE MMAZ FOR LBHI IN ADOT ACTION. |
| 10/07/09 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH B. HENRY REGARDING DRAFT JOINT STATUS UPDATE PREPARED BY ADOT TO BE FILED IN ADVANCE OF 10/13/09 STATUS CONFERENCE. |
| 10/07/09 | D.A. Geiger<br>Task: B120 | .30 | REVIEW DRAFT OF JOINT STATUS UPDATE PREPARED BY ADOT TO BE FILED IN ADVANCE OF 10/13/09 STATUS CONFERENCE. |
| 10/07/09 | D.A. Geiger<br>Task: B120 | .40 | TELEPHONE CONFERENCE WITH B. HENRY AND PREPARE CORRESPONDENCE TO CLIENT REGARDING WITHDRAWAL OF BEUS GILBERT FEE MOTION. |
| 10/07/09 | D.A. Geiger<br>Task: B120 | 1.80 | REVIEW AND REVISE APS MEDIATION BRIEF. |
| 10/07/09 | D. Gordon<br>Task: B120 | 1.00 | CONFERENCE WITH D. GEIGER REGARDING MOTION TO SUBSTITUTE (0.1); DRAFT DECLARATION IN CONNECTION WITH SAME (0.5); REVISE SAME (0.2); ASSEMBLE EXHIBITS TO SAME (0.2). |
| 10/07/09 | C. Weiss<br>Task: B120 | 1.70 | REVIEW AND COMMENTS TO APS MEDIATION BRIEF (0.6); WORK WITH D. GEIGER REGARDING SAME (0.3); REVIEW E-MAILS REGARDING WITHDRAWAL OF DEBTOR'S MOTION FOR FEES (0.2); REVIEW E-MAIL AND PUBLISHED SJ OPINION (0.2); REVIEW AND REPLY TO E-MAILS REGARDING APS MEDIATION ISSUES (0.2); REVIEW E-MAILS REGARDING ADOT PARTY SUBSTITUTION (0.2). |
| 10/08/09 | D.A. Geiger<br>Task: B120 | 2.40 | PREPARE MEMORANDUM TO C. WARREN REGARDING BACKGROUND AND SETTLEMENT AUTHORITY FOR APS MEDIATION. |

LEHMAN BROTHERS HOLDINGS INC.                December 4, 2009          PAGE    7
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


10/08/09  D.A. Geiger        .40    REVIEW AND REVISE DECLARATION IN SUPPORT OF
          Task:  B120               MOTION TO SUBSTITUTE MMAZ AS REAL PARTY IN
                                    INTEREST IN ADOT ACTION (0.2); PREPARE
                                    CORRESPONDENCE TO J. RHODES AND B. HENRY
                                    REGARDING SAME (0.2).

10/08/09  D.A. Geiger        .10    REVIEW BEUS GILBERT WITHDRAWAL OF MOTION FOR
          Task:  B120               FEES.

10/08/09  D.A. Geiger        .20    TELEPHONE CONFERENCE WITH J. RHODES REGARDING
          Task:  B120               M. HUNTER DECLARATION FOR ADOT MOTION.

10/08/09  D.A. Geiger        .10    PREPARE CORRESPONDENCE TO J. RHODES REGARDING
          Task:  B120               M. HUNTER DECLARATION FOR ADOT MOTION.

10/08/09  D.A. Geiger        .40    TELEPHONE CONFERENCE, PREPARE CORRESPONDENCE TO
          Task:  B120               AND REVIEW CORRESPONDENCE FROM  B. HENRY
                                    REGARDING REVISIONS TO ADOT JOINT STATUS
                                    REPORT.

10/08/09  C. Weiss           .70    REVIEW AND REPLY TO E-MAILS REGARDING ADOT
          Task:  B120               STIPULATION AND WITHDRAWAL OF DEBTOR'S
                                    OPPOSITION REGARDING FEES (0.3); REVIEW
                                    MEMORANDUM REGARDING APS SETTLEMENT ISSUES
                                    (0.2); WORK WITH D. GEIGER REGARDING SAME
                                    (0.2).

10/09/09  C. Weiss           .30    REVIEW MOTION TO SUBSTITUTE MM ARIZONA IN
          Task:  B120               ADOT CASE.

10/09/09  G. Marsh          1.00    REVIEW E-MAILS AND PLEADINGS REGARDING
          Task:  B120               CONDEMNATION ACTIONS.

10/09/09  G. Walling         .50    WORK WITH T. HALL REGARDING B. HENRY NEED FOR
          Task:  B120               LOAN ASSIGNMENT DOCUMENTS (0.1); MADE RELATED
                                    FILE REVIEW (0.3); COMMUNICATIONS WITH B. HENRY
                                    REGARDING LOAN ASSIGNMENT DOCUMENTS (0.1).

10/12/09  G. Walling        1.80    COMMUNICATIONS WITH B. HENRY, D. GEIGER AND C.
          Task:  B130               WEISS REGARDING ADOT PROPOSED STIPULATION TO
                                    CONDEMNATION JUDGMENT AND OMISSION OF UTILITIES
                                    SLEEVE CONCEPT (0.2); REVIEW STIPULATION TO
                                    JUDGMENT (0.1); MADE RELATED FILE REVIEW

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    8
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


                              REGARDING PRIOR SETTLEMENT PROPOSAL MEMORANDUM
                              AND RELATED COMMUNICATIONS (0.4); WORK ON
                              PROPOSED MODIFICATION OF STIPULATION TO
                              JUDGMENT (1.1).

10/12/09  G. Marsh           1.00   PREPARE FOR APS MEDIATION.
          Task:  B120

10/12/09  D.A. Geiger        6.40   PREPARE FOR APS MEDIATION.
          Task:  B120

10/12/09  D.A. Geiger         .20   REVIEW CORRESPONDENCE FROM C. WEISS REGARDING
          Task:  B120               ADOT PROPOSED JUDGMENT.

10/12/09  D.A. Geiger         .30   REVIEW CORRESPONDENCE FROM G. WALLING REGARDING
          Task:  B120               ADOT PROPOSED JUDGMENT.

10/12/09  D.A. Geiger         .40   TELEPHONE CONFERENCE WITH M. OHRE AND G.
          Task:  B120               BRANDON REGARDING APS MEDIATION.

10/13/09  D.A. Geiger         .30   TELEPHONE CONFERENCE WITH C. WEISS, G.
          Task:  B120               WALLING AND B. HENRY REGARDING ADOT
                                    SETTLEMENT.

10/13/09  D.A. Geiger         .10   TELEPHONE CONFERENCE WITH C. WARREN REGARDING
          Task:  B120               SETTLEMENT AUTHORITY FOR APS MEDIATION.

10/13/09  D.A. Geiger         .20   PREPARE CORRESPONDENCE TO M. OHRE REGARDING
          Task:  B120               APS MEDIATION PREPARATION.

10/13/09  D.A. Geiger        1.20   TRAVEL TO PHOENIX, ARIZONA FOR APS MEDIATION.
          Task:  B120               (2.4 HOURS REDUCED BY 50% TO 1.2 HOURS)

10/13/09  G. Walling         1.10   WORK WITH C. WEISS REGARDING ARIZONA DOT
          Task:  B120               EASEMENTS (0.1); WORKED WITH C. WEISS AND D.
                                    GEIGER REGARDING EASEMENT RELATED ISSUES (0.5);
                                    CONFERENCE CALL WITH C. WEISS, D. GEIGER AND B.
                                    HENRY REGARDING SAME (0.5).

10/13/09  D.A. Geiger        5.60   PREPARE FOR APS MEDIATION.
          Task:  B120

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    9
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


10/13/09  C. Weiss            2.00   REVIEW MEMORANDUM REGARDING EASEMENT ISSUES AND
          Task:  B120                ALTERNATIVES IN CONNECTION WITH ADOT
                                     CONDEMNATION AND CONSIDER ISSUES RAISED THEREIN
                                     (0.7); CONFERENCE WITH G. WALLING AND REVIEW
                                     PLATS AND MEDIATION MEMORANDUM REGARDING SAME
                                     (0.6); TELEPHONE CONFERENCE WITH G. WALLING AND
                                     D. GEIGER REGARDING SAME (0.4); TELEPHONE
                                     CONFERENCE WITH G. WALLING AND B. HENRY
                                     REGARDING SAME (0.3).


10/14/09  D.A. Geiger          .50   PREPARE FOR APS MEDIATION.
          Task:  B120


10/14/09  D.A. Geiger          .20   LOCAL TRAVEL TO APS MEDIATION. (0.4 HOURS
          Task:  B120                REDUCED BY 50% TO 0.2 HOURS)


10/14/09  D.A. Geiger         8.70   ATTEND AND PARTICIPATE IN APS MEDIATION.
          Task:  B120


10/14/09  D.A. Geiger         2.50   RETURN TRAVEL TO ATLANTA FROM PHOENIX APS
          Task:  B120                MEDIATION. (5.0 HOURS REDUCED BY 50% TO 2.5
                                     HOURS)


10/14/09  G. Walling           .30   COMMUNICATIONS WITH D. GEIGER REGARDING ADOT
          Task:  B120                CONDEMNATION STIPULATION FOR JUDGMENT (0.2);
                                     COMMUNICATION FROM B. HENRY REGARDING SAME
                                     (0.1).


10/14/09  C. Weiss            1.70   REVIEW AND SEND E-MAILS REGARDING APS
          Task:  B120                MEDIATION ISSUES AND CONSIDER STRATEGY (0.8);
                                     TELEPHONE CONFERENCES WITH D. GEIGER
                                     REGARDING SAME AND ADOT EASEMENT ISSUES
                                     (0.7); REVIEW E-MAILS REGARDING ADOT (0.2).


10/15/09  C. Weiss            1.10   TELEPHONE CONFERENCES WITH D. GEIGER
          Task:  B120                REGARDING ADOT AND APS ISSUES (0.3); REVIEW
                                     E-MAILS REGARDING SAME (0.3); TELEPHONE
                                     CONFERENCE WITH D .GEIGER AND B. HENRY
                                     REGARDING ADOT EASEMENT ISSUES (0.2); WORK
                                     WITH G. WALLING REGARDING DRAFTING
                                     REQUIREMENTS FOR SAME (0.3).


10/15/09  G. Walling           .20   WORK WITH C. WEISS REGARDING PREPARATION OF
          Task:  B120                EASEMENT AGREEMENT AND MODIFICATION OF
                                     STIPULATION FOR JUDGMENT.

LEHMAN BROTHERS HOLDINGS INC.              December 4, 2009         PAGE   10
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


| 10/15/09 | D.A. Geiger<br>Task: B120 | 2.10 | CONTINUED RETURN TRAVEL FROM PHOENIX TO ATLANTA FROM APS MEDIATION. (4.2 HOURS REDUCED BY 50% TO 2.1 HOURS) |
|---|---|---|---|
| 10/15/09 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH C. WEISS REGARDING APS MEDIATION. |
| 10/15/09 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH G. MARSH REGARDING APS MEDIATION. |
| 10/15/09 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH B. HENRY AND C. WEISS REGARDING PREPARATION OF ADOT EASEMENT. |
| 10/16/09 | D.A. Geiger<br>Task: B120 | .20 | LOCATE A. KOSAKOWSKI ORIGINAL SIGNATURES FOR USE IN APS FORGERY ISSUE. |
| 10/16/09 | D.A. Geiger<br>Task: B120 | .10 | PREPARE CORRESPONDENCE TO A. ABRAHAM REGARDING APS SETTLEMENT DISCUSSIONS. |
| 10/16/09 | G. Marsh<br>Task: B110 | 1.00 | WORK ON APS AND ADOT CONDEMNATION SETTLEMENTS. |
| 10/16/09 | C. Weiss<br>Task: B120 | .30 | REVIEW AND REPLY TO E-MAILS REGARDING APS SETTLEMENT ISSUES AS TO FORGED CONSENT. |
| 10/16/09 | C.F. Graham<br>Task: B120 | .30 | CONFER WITH A. KAUFMAN REGARDING EXECUTION OF JUDGMENT. |
| 10/16/09 | G. Walling<br>Task: B120 | 1.00 | WORK WITH D. GEIGER REGARDING THEFT OF APS EASEMENT CONSIDERATION BY N. BONANNO, FORGERY OF A. KOSAKOWSKI SIGNATURE, AND APS SETTLEMENT ISSUES (0.3); MADE RELATED REVIEW OF FILE TO IDENTIFY ORIGINAL A. KOSAKOWSKI SIGNATURES EXECUTED NEAR TIME OF FORGERY (0.5); COMMUNICATIONS FROM T. RICCITELLO REGARDING ORIGINAL A. KOSAKOWSKI SIGNATURES IN HER POSSESSION (0.2). |
| 10/19/09 | C.F. Graham<br>Task: B120 | .30 | CONFER WITH A. KAUFMAN REGARDING EXECUTION ON JUDGMENT. |
| 10/19/09 | A.F. Kaufman<br>Task: B110 | .30 | CONFERRED WITH C. GRAHAM AND D. GEIGER REGARDING EXECUTION OF JUDGMENT. |

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE  11
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/19/09 | D.A. Geiger<br>Task: B120 | 1.20 | REVIEW CORRESPONDENCE FROM AND PREPARE VARIOUS CORRESPONDENCE TO A. ABRAHAM AND S. MCCANN REGARDING PROVISION OF ORIGINAL DOCUMENTS REGARDING APS SETTLEMENT NEGOTIATIONS (0.9); REVIEW CORRESPONDENCE FROM CLIENT REGARDING SAME (0.3). |
| 10/19/09 | C. Weiss<br>Task: B120 | .20 | WORK WITH G. WALLING REGARDING ADOT EASEMENT DOCUMENTATION. |
| 10/19/09 | G. Walling<br>Task: B120 | .90 | WORK WITH C. WEISS REGARDING UTILITY SLEEVE EASEMENT (0.1); WORK ON UTILITY EASEMENT PREPARATION (.8). |
| 10/20/09 | G. Walling<br>Task: B120 | 6.70 | COMMUNICATIONS WITH B. HENRY REGARDING OWNERSHIP OF TITLE TO CONDEMNED ROAD RIGHT OF WAY AND SIGNATURE BLOCK FOR STATE AND ADOT FOR EASEMENT AGREEMENT (0.2); WORK ON EASEMENT FROM STATE OF ARIZONA TO MM ARIZONA HOLDINGS LLC (6.5). |
| 10/20/09 | C. Weiss<br>Task: B120 | .40 | WORK WITH G. WALLING REGARDING ADOT JUDGMENT AND EASEMENT DOCUMENTATION (0.3); REVIEW E-MAILS REGARDING SAME (0.1). |
| 10/22/09 | C. Weiss<br>Task: B120 | .50 | WORK WITH G. WALLING REGARDING ADOT EASEMENT AGREEMENT ISSUES (0.5). |
| 10/22/09 | G. Walling<br>Task: B120 | 4.30 | WORKED ON UTILITIES EASEMENT (3.7); MADE RELATED FILE REVIEW (0.5); WORK WITH C. WEISS REGARDING EASEMENT (0.1). |
| 10/22/09 | C.F. Graham<br>Task: B120 | .50 | CONFER WITH D. GEIGER REGARDING EXECUTION OF JUDGMENT (0.3); REVIEW AND RESPOND TO E-MAILS REGARDING SAME (0.2). |
| 10/23/09 | D.A. Geiger<br>Task: B120 | .30 | PREPARE CORRESPONDENCE TO CLIENT REGARDING POST JUDGMENT STRATEGY IN GUARANTY SUIT. |
| 10/23/09 | C. Weiss<br>Task: B120 | 1.00 | REVIEW AND REPLY TO E-MAILS REGARDING POST-JUDGMENT DISCOVERY ON GUARANTORS (0.3); REVIEW PROPOSED ADOT EASEMENT AGREEMENT (0.7). |

LEHMAN BROTHERS HOLDINGS INC.     December 4, 2009     PAGE  12
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923


10/23/09  G. Walling    3.90  WORKED ON ARIZONA DEPARTMENT OF TRANSPORTATION
     Task:  B120         EASEMENTS RELATED TO ARIZONA DEED OF TRUST
                    CONDEMNATION (3.7); WORKED WITH C. WEISS
                    REGARDING SAME (0.2).

10/23/09  D.A. Geiger   1.20  ANALYZE AVAILABLE POST-JUDGMENT STRATEGIES.
     Task:  B120

10/23/09  D.A. Geiger    .50  ANALYZE LITIGATION STRATEGY FOR APS SUIT.
     Task:  B120

10/26/09  D.A. Geiger    .40  TELEPHONE CONFERENCE WITH S. MCCANN (LAWYERS
     Task:  B120         TITLE) REGARDING SETTLEMENT OFFER STATUS.

10/26/09  G. Walling    2.90  WORK ON REVISION OF EASEMENT AND STIPULATION
     Task:  B120         FOR JUDGMENT (2.6); WORK WITH C. WEISS
                    REGARDING SAME (0.3).

10/27/09  G. Walling    .30  WORK WITH D. GEIGER REGARDING DRAFT EASEMENTS
     Task:  B120         (0.2); WORK WITH C. WEISS REGARDING SAME (0.1).

10/27/09  C. Weiss      .70  REVIEW AND REPLY TO E-MAILS REGARDING ADOT
     Task:  B120         EASEMENT MATTERS (0.2); WORK ON CHANGES TO
                    STIPULATED JUDGMENT REGARDING SAME (0.5).

10/27/09  D.A. Geiger    .20  PREPARE CORRESPONDENCE TO B. HENRY, C. WEISS
     Task:  B120         AND G. WALLING REGARDING ADOT SETTLEMENT
                    ISSUES.

10/28/09  D.A. Geiger    .30  TELEPHONE CONFERENCE WITH J. RHODES REGARDING
     Task:  B120         STATUS AND STRATEGY FOR APS AND ADOT
                    CONDEMNATION ACTIONS.

10/28/09  D.A. Geiger    .30  TELEPHONE CONFERENCE WITH A. ABRAHAM
     Task:  B120         REGARDING SETTLEMENT ISSUES IN APS MATTER.

10/28/09  D.A. Geiger    .10  TELEPHONE CONFERENCE WITH C. WARREN REGARDING
     Task:  B120         SETTLEMENT ISSUES IN APS MATTER.

10/29/09  D.A. Geiger    .20  TELEPHONE CONFERENCE WITH M. OHRE REGARDING
     Task:  B120         PREPARATION OF SUBPOENA TO LAWYERS TITLE IN
                    APS SUIT.

LEHMAN BROTHERS HOLDINGS INC.      December 4, 2009      PAGE   13
MATTER NUMBER: 04406.0222
INVOICE NO.: 682923

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/29/09 | D.A. Geiger<br>Task: B120 | .50 | PREPARE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM CLIENT REGARDING APS SETTLEMENT OFFER AND DISCOVERY STRATEGY. |
| 10/29/09 | D.A. Geiger<br>Task: B120 | .20 | REVIEW CORRESPONDENCE FROM LAWYERS TITLE. |
| 10/29/09 | D.A. Geiger<br>Task: B120 | .20 | REVIEW ORDER DISMISSING MM156 BANKRUPTCY CASE AND DISTRIBUTE TO CLIENT, LOCAL COUNSEL AND APS COUNSEL. |
| 10/29/09 | C. Weiss<br>Task: B120 | 1.60 | REVIEW AND REPLY TO E-MAILS REGARDING STATUS OF ADOT SETTLEMENT AND EASEMENT MATTERS (0.2); WORK ON REVIEW AND COMMENTS TO EASEMENT AGREEMENT (1.0); REVIEW E-MAILS REGARDING APS SETTLEMENT AND DISCOVERY MATTERS (0.2); REVIEW E-MAIL REGARDING POST-GUARANTY JUDGMENT DISCOVERY (0.2). |

B110   Case Administration

| | Hours | Rate | Amount |
|---|---|---|---|
| A.F. Kaufman | .80 | 400.00 | $320.00 |
| G. Marsh | 1.00 | 475.00 | $475.00 |
| TOTAL B110 | 1.80 | | $795.00 |

B120   Asset Analysis and Recovery

| | Hours | Rate | Amount |
|---|---|---|---|
| C. Weiss | 14.10 | 475.00 | $6,697.50 |
| C.F. Graham | 1.60 | 725.00 | $1,160.00 |
| D. Gordon | 1.00 | 285.00 | $285.00 |
| D.A. Geiger | 73.40 | 395.00 | $28,993.00 |
| G. Marsh | 3.50 | 475.00 | $1,662.50 |
| G. Walling | 23.20 | 410.00 | $9,512.00 |
| J.M. Mayes | 1.10 | 350.00 | $385.00 |
| TOTAL B120 | 117.90 | | $48,695.00 |

B130   Asset Disposition

| | Hours | Rate | Amount |
|---|---|---|---|
| G. Walling | 1.80 | 410.00 | $738.00 |
| TOTAL B130 | 1.80 | | $738.00 |

| Albany | # McKenna Long | New York |
|---|---|---|
| Atlanta | ## &Aldridge LLP | Philadelphia |
| Brussels | Attorneys at Law | San Diego |
| Denver | Tel: 404.527.4000 | San Francisco |
| Los Angeles | www.mckennalong.com | Washington, DC |

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

---

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: EVANTHE  PAPASTATHIS
TRIMONT REAL ESTATE ADVISORS, INC.
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                    Invoice No. 680607
Matter No.: 04406.0238               Invoice Date: December 4, 2009
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through October 31, 2009
    RE: TELLURIDE FORECLOSURE

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Pinkerton | 0.30 | 400.00 | 120.00 |
| K. Lewis | 14.10 | 400.00 | 5,640.00 |
| D. Flaum | 30.40 | 305.00 | 9,272.00 |
| S. Plunkett | 0.60 | 195.00 | 117.00 |
| Total | 45.40 | | 15,149.00 |

TOTAL FEES:                                          $ 15,149.00

CHARGES:

     COLOR COPY CHARGES              28.80
     LONG DISTANCE TELEPHONE         27.09

TOTAL CHARGES:                                    $     55.89

T O T A L   T H I S   S T A T E M E N T:          $ 15,204.89

LEHMAN BROTHERS HOLDINGS INC.          December 4, 2009          PAGE    4
MATTER NUMBER: 04406.0238
INVOICE NO.: 680607


                                 CORRESPONDENCE FROM LEHMAN AND K. LEWIS
                                 REGARDING FORECLOSURE OPTIONS (0.2).

10/23/09  K. Lewis      1.70     EXTENSIVE COMMUNICATIONS WITH M. INAGAKI
          Task:  B130            REGARDING FORMATION OF SPECIAL-PURPOSE
                                 ENTITIES, AND REGARDING WAYS TO COORDINATE
                                 FORECLOSURE SALES REGARDING VARIOUS TRACTS.

10/23/09  K. Lewis      1.00     EXTENSIVE COMMUNICATIONS WITH LOCAL COUNSEL
          Task:  B130            REGARDING BID STRUCTURING, REGARDING
                                 SEQUENTIAL FORECLOSURE ON COLLATERAL
                                 PROPERTIES AND REGARDING RELATED SALE
                                 CONCERNS.

10/26/09  K. Lewis      1.30     CONFERENCE CALL AND SUBSEQUENT COMMUNICATIONS
          Task:  B130            WITH M. INAGAKI REGARDING FORECLOSURE SALE
                                 TIMING, BID STRUCTURING ENTITY FORMATION AND
                                 RELATED LOGISTICAL ISSUES FOR UPCOMING SALES.

10/26/09  K. Lewis       .60     EXTENSIVE COMMUNICATIONS WITH LOCAL COUNSEL
          Task:  B130            REGARDING SALE TIMING AND ALTERNATIVE METHODS
                                 OF SEQUENTIAL FORECLOSURE.

10/26/09  D. Flaum      4.00     REVIEW CORRESPONDENCE FROM AND CORRESPOND
          Task:  B120            WITH K. LEWIS REGARDING FORECLOSURE AND TITLE
                                 ISSUES (0.4); CONFER WITH TRIMONT, LEHMAN AND
                                 K. LEWIS REGARDING FORECLOSURE POINTS (1.5);
                                 REVIEW FILE REGARDING LIENS AND PARKING
                                 COVENANT AND CORRESPOND WITH K. LEWIS
                                 REGARDING SAME (1.9); REVIEW CORRESPONDENCE
                                 FROM TRIMONT REGARDING BID CALCULATION AND
                                 CORRESPOND WITH K. LEWIS REGARDING SAME (0.2).

10/26/09  K. Lewis       .80     REVIEW OF DRAFT BID FORMS AND INSTRUCTIONS
          Task:  B130            FROM J. RHODES.

10/27/09  K. Lewis       .70     REVIEW AND ANALYZE OF CONDITIONAL GUARANTY
          Task:  B130            PROVISIONS PERTAINING TO PARKING-AGREEMENT
                                 DAMAGES.

10/27/09  K. Lewis       .70     CONFERENCE CALL AND FURTHER COMMUNICATIONS WITH
          Task:  B130            M. INAGAKI REGARDING BID STRUCTURING AND
                                 RELATED PRE-SALE MATTERS.

Billed Recap Of Cost Detail - [Invoice: 680607 Date: 12/ 04/ 2009                                                                    Page 1
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/29/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.35 | 0.35 | LONG DISTANCE TELEPHONE 11:19 1(212)310-8231 | 25943209 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.35 | 0.35 | 78569 | |
| 10/01/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.35 | 1.35 | LONG DISTANCE TELEPHONE 11:40 1(212)310-8231 | 26102441 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 1.35 | 1.35 | 78569 | |
| 10/16/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:04 1-212-526-7000 | 26130619 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 10/16/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:06 1-646-285-9000 | 26130620 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 10/16/2009 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 10:08 1-646-285-9000 | 26130623 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 10/16/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:35 1-646-285-9000 | 26132859 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.72 | 0.72 | 78369 | |
| 10/21/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:40 0-440-602-3894 | 26131010 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 10/21/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:44 1-303-223-1102 | 26131011 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 10/21/2009 | 0999 | MLA MLA | 105S | 1.00 | 5.81 | 5.81 | LONG DISTANCE TELEPHONE 17:46 1-303-223-1314 | 26131012 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 5.81 | 5.81 | 78569 | |
| 10/22/2009 | 0999 | MLA MLA | 105S | 1.00 | 9.08 | 9.08 | LONG DISTANCE TELEPHONE 14:58 1-303-223-1314 | 26131120 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 9.08 | 9.08 | 78569 | |
| 10/26/2009 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 12:02 1-303-223-1314 | 26141718 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 3.63 | 3.63 | 78569 | |
| 10/26/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 18:21 1-303-223-1314 | 26141910 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 10/27/2009 | 0999 | MLA MLA | 105S | 1.00 | 2.54 | 2.54 | LONG DISTANCE TELEPHONE 17:25 1-303-223-1314 | 26142188 |
| 12/04/2009 | | Invoice=680607 | | 1.00 | 2.54 | 2.54 | 78569 | |
| 10/29/2009 | 4392 | DOUGLAS FLAUM | 101C | 18.00 | 0.80 | 14.40 | COLOR COPY CHARGES | 26142759 |
| 12/04/2009 | | Invoice=680607 | | 18.00 | 0.80 | 14.40 | | |
| 10/29/2009 | 4392 | DOUGLAS FLAUM | 101C | 18.00 | 0.80 | 14.40 | COLOR COPY CHARGES | 26142760 |
| 12/04/2009 | | Invoice=680607 | | 18.00 | 0.80 | 14.40 | | |

BILLED TOTALS:    WORK:                         55.89  15 records
BILLED TOTALS:    BILL:                         55.89

GRAND TOTAL:    WORK:                          55.89  15 records
GRAND TOTAL:    BILL:                          55.89