# EXHIBIT E-4

## Invoices for January 1, 2010 through January 31, 2010

# McKenna Long
## &Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 694586
Matter No.: 30837.0001               Invoice Date: February 28, 2010
================================================================

     FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
     RE: KONTRABECKI NY BANKRUPTCY ACTION


* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-----|-----|-----|
| M. Kaufman | 70.00 | 600.00 | 42,000.00 |
| S. Chandler | 15.10 | 355.00 | 5,360.50 |
| D. Gordon | 41.60 | 285.00 | 11,856.00 |
| F.L. Russell | 71.10 | 225.00 | 15,997.50 |
| L.D. Williams | 15.50 | 160.00 | 2,480.00 |
| Total | 213.30 | | 77,694.00 |

TOTAL FEES:                                        $ 77,694.00

CHARGES:

     COPY CHARGES                     48.70
     DELIVERY SERVICE/MESSENGER       59.73
     LITIGATION SUPPORT VENDORS    2,178.36
     LONG DISTANCE TELEPHONE         255.22
     OUT OF TOWN TRAVEL              600.00

TOTAL CHARGES:                                     $  3,142.01

T O T A L   T H I S   S T A T E M E N T :          $ 80,836.01

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


DESCRIPTION OF SERVICES


01/04/10 M Kaufman      .40  CONFER WITH P. BENVENUTTI REGARDING STATUS
                            AND APPROACHES PERTAINING TO KONTRABECKI'S
                            MOTION FOR TERMINATING SANCTIONS AND ANY
                            ADDITIONAL STRATEGIES IN RELATION THERETO.

01/04/10 S Chandler     .10  CORRESPONDENCE REGARDING DOCUMENT PRODUCTION
                            CONFIRMATION PROJECT.

01/05/10 M Kaufman     3.10  REVIEW DECISION DENYING KONTRABECKI'S MOTION
                            FOR TERMINATING SANCTIONS (0.4); PRELIMINARY
                            DISCUSSION WITH P. BEVENUTTI REGARDING SAME
                            (0.9); COMPREHENSIVE REVIEW OF SAID ORDER FOR
                            FURTHER IMPLICATIONS (0.6); VARIOUS EMAILS
                            RELATING TO SAME (1.2).

01/05/10 S Chandler     .50  REVIEW ORDER ON SANCTIONS MOTION.

01/05/10 S Chandler     .60  REVIEW NECESSARY FILINGS FOR RETENTION OF
                            CONSULTANTS (0.3); CORRESPONDENCE WITH EXPERT
                            ON POLISH LAW REGARDING SAME (0.3).

01/05/10 D Gordon       .40  REVIEW MEMORANDUM DECISION DENYING MOTION FOR
                            TERMINATING SANCTIONS.

01/06/10 M Kaufman     5.60  COMMENCE WORK ON COMPREHENSIVE ANALYSIS OF
                            CONTEMPT AND SANCTION RELATED CLAIMS FOR
                            DEFERRAL IN LIGHT OF DECISION BY COURT ON
                            TERMINATING SANCTIONS AND IMPLICATIONS DRAWN
                            THEREFROM (4.7); FURTHER CONVERSATIONS WITH P.
                            BENVENUTTI AND OTHERS REGARDING RESULTS OF
                            DECISION DENYING TERMINATING SANCTIONS (0.9).

01/06/10 D Gordon      1.00  FURTHER REVIEW OF ORDER DENYING MOTION FOR
                            TERMINATING SANCTIONS (0.4); CONFERENCE WITH
                            M. KAUFMAN REGARDING SAME (0.6).

```
LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010        PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586
```

```
01/07/10 M Kaufman      5.20  CONTINUED WORK ON COMPREHENSIVE MEMORANDUM
                              RELATING TO CONTEMPT AND SANCTIONS MOTIONS
                              AND BROADER IMPLICATIONS.

01/07/10 F Russell       .30  REVIEW AND RESPOND TO P. CROSBY E-MAIL
                              REGARDING SUPPLEMENT TO SUMMATION AND ADI
                              DOCUMENT PRODUCTION DATABASES TO REFLECT
                              PRE-2007 DISCOVERY RESPONSES.

01/07/10 F Russell      4.30  REVIEW DISK OF PRE-2007 DISCOVERY RESPONSES
                              TO COMPARE TO DOCUMENTS ALREADY LOADED IN
                              DOCUMENT PRODUCTION DATABASES.

01/07/10 F Russell       .20  COMMUNICATIONS WITH B. STONE REGARDING JONES
                              DAY DISK OF PRE-2007 DISCOVERY RESPONSES.

01/07/10 F Russell      1.90  REVIEW D. GORDON E-MAIL TO P. CROSBY REGARDING
                              WDC AND OBC DOCUMENTS (0.2); PREPARATION OF
                              REVISIONS TO SPREADSHEETS OF POLISH BANKRUPTCY
                              DOCS DOWNLOADED FROM THE WHITE & CASE FTP SITE
                              (1.7).

01/07/10 D Gordon       1.00  REVIEW STATUS OF CLEANUP DOCUMENT PRODUCTION
                              (0.2); CONFERENCE WITH F. RUSSELL REGARDING
                              SAME (0.1); MEMORANDUM TO P. CROSBY REGARDING
                              SAME  (0.2); CONFERENCE WITH P. CROSBY
                              REGARDING SAME AND STEPS NEEDED FOR COMPLETION
                              (0.5).

01/08/10 M Kaufman      4.90  COMPLETION AND CIRCULATION OF MEMORANDUM
                              RELATING TO CONTEMPT AND OTHER SANCTION ISSUES
                              IMPLICATED BY COURT'S TERMINATING SANCTION
                              ORDER (4.2); CONFER WITH P. BENVENUTTI
                              REGARDING LEHMAN'S PROPOSED ORDER RELATING TO
                              TERMINATING SANCTION AND EMAIL REGARDING OTHER
                              PENDING AND OUTSTANDING ORDERS DUE TO BE
                              EXECUTED BY THE PARTIES AND SUBMITTED TO THE
                              COURT (0.7).

01/08/10 F Russell      1.30  REVIEW AND RESPOND TO D. GORDON INQUIRY
                              REGARDING STATUS OF PRE-2007 LEHMAN DISCOVERY
                              RESPONSES (0.2); REVIEW CD OF OF PRE-2007
                              LEHMAN DISCOVERY RESPONSES (0.5); REVIEW AND
                              RESPOND TO P. CROSBY E-MAIL REGARDING PRE-2007
```

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


                        LEHMAN DISCOVERY RESPONSES (0.2); TELEPHONE
                        CONFERENCE WITH N. SCHREINER OF APPLIED
                        DISCOVERY REGARDING ADDING ADDITIONAL DOCUMENTS
                        INTO DATABASE (0.1); PREPARE CORRESPONDENCE TO
                        N. SCHREINER WITH INSTRUCTIONS FOR LOADING
                        PRE-2007 LEHMAN DISCOVERY RESPONSES INTO
                        DATABASE (0.3).

01/08/10 F Russell      .50  PREPARATION OF INSTRUCTIONS AND E-MAILS TO
                             NICK SCHREINER, B. STONE, AND P. CROSBY
                             REGARDING ADDITIONAL JONES DAY DOCUMENTS TO
                             LOADED INTO ADI DATABASE.

01/11/10 M Kaufman     1.70  REVIEW FURTHER ORDERS PREPARED BY P. BENVENUTTI
                             RELATING TO SUMMARY JUDGMENT (0.4); RECEIVE
                             COMMENTS ON PROPOSED COMPREHENSIVE MEMO
                             RELATING TO SANCTIONS AND CONTEMPT REMAINING TO
                             BE LITIGATED (0.5); REVIEW KONTRABECKI'S
                             PROPOSED ORDER RELATING TO GRANT OF SUMMARY
                             JUDGMENT AND REVIEW COMMENTS BY P. BENVENUTTI
                             RELATING THERETO (0.5); EMAILS WITH B. OLSHAN
                             AND P. BENVENUTTI SETTING UP CALL FOR JANUARY
                             12, 2010 (0.3).

01/11/10 M Kaufman      .40  CONFER WITH P. BENVENUTTI REGARDING ISSUES
                             RELATING TO R. OLINER AND FUNDING OF TKG
                             ESTATE.

01/11/10 S Chandler     .20  CONFER WITH EXPERT REGARDING APPLICATION FOR
                             EMPLOYMENT.

01/11/10 F Russell     3.50  CONTINUE REVIEW OF PRE-2007 DISCOVERY
                             RESPONSES TO COMPARE TO DOCUMENTS ALREADY
                             LOADED IN SUMMATION AND APPLIED DISCOVERY
                             DATABASES.

01/11/10 F Russell     2.70  REVIEW DOCUMENTS RECEIVED FROM P. CROSBY AND
                             B. STONE TO ADD TO PRODUCTION DATABASE.

01/11/10 F Russell      .70  PREPARATION OF REVISIONS TO SPREADSHEETS OF
                             POLISH BANKRUPTCY DOCS DOWNLOADED FROM THE
                             WHITE & CASE FTP SITE.

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010        PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/11/10 D Gordon          .90  REVIEW KAUFMAN MEMORANDUM REGARDING STRATEGY
                                AND ARGUMENTS IN CONNECTION WITH MOTION TO
                                VACATE CONTEMPT RULINGS (0.4); COMMENT ON
                                SAME (0.1); CONFERENCE WITH M. KAUFMAN
                                REGARDING SAME (0.4).

01/12/10 M Kaufman        2.90  CONFER WITH P. BENVENUTTI PREPATORY TO CALL
                                WITH W. OLSHAN (0.5); PARTICIPATE IN CALL WITH
                                P. BENVENUTTI AND W. OLSHAN TO DISCUSS
                                IMPLICATIONS OF ORDER TERMINATING SANCTIONS AND
                                STATUS OF CASE IN LIGHT THEREOF (0.8); FURTHER
                                CONFERRAL WITH P. BENVENUTTI FOLLOWING CALL TO
                                EVALUATE ISSUES WHICH W. OLSHAN ASKED TO BE
                                ADDRESSED (0.8); WORK ON COMPLETION OF REVISED
                                MEMO RELATING TO CONTEMPT AND SANCTIONS AND
                                CIRCULATION THEREOF (0.8).

01/12/10 F Russell        2.40  CONTINUE REVIEW OF PRE-2007 DISCOVERY
                                RESPONSES TO COMPARE TO DOCUMENTS ALREADY
                                LOADED IN SUMMATION AND APPLIED DISCOVERY
                                DATABASES.

01/12/10 F Russell         .50  REVIEW AND RESPOND TO E-MAILS FROM N.
                                SCHREINER OF APPLIED DISCOVERY REGARDING
                                DATABASE ADDITIONS.

01/12/10 D Gordon          .20  CONFERENCE WITH F. RUSSELL REGARDING STATUS OF
                                REVIEW OF DOCUMENTS FROM WHITE AND CASE.

01/12/10 L Williams       2.50  EXTRACT, MANIPULATE, AND EXPORT CLIENT
                                ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.

01/13/10 M Kaufman        2.80  CONFER WITH P. BENVENUTTI REGARDING ISSUES
                                PERTAINING TO POSSIBLE APPROACH TO RESOLUTION
                                OF CASE AND DISCUSSION WITH REGARD TO CONTEMPT
                                AND SANCTIONS ISSUES (0.8); REVIEW EMAIL FROM
                                W. OLSHAN PASSING ON KONTRABECKI'S OVERTURE
                                REGARDING SETTLEMENT (0.2); COMPREHENSIVE EMAIL
                                TO W. OLSHAN AND P. BENVENUTTI REGARDING SAME
                                (1.4); CONFER WITH P. BENVENUTTI REGARDING
                                PROPOSAL (0.4).

01/13/10 M Kaufman         .30  CONFER WITH P. BENVENUTTI REGARDING POSTURE OF
                                R. OLINER PERTAINING TO FEES.

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010          PAGE    6
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586

01/13/10 S Chandler     .50 REVIEW MEMORANDUM OF REMAINING ISSUES ON
                            SANCTIONS MOTION AND RESPOND TO SAME.

01/13/10 D Gordon      1.00 REVIEW EXPANDED AND REVISED KAUFMAN MEMORANDUM
                            REGARDING STRATEGY AND ARGUMENTS IN CONNECTION
                            WITH MOTION TO VACATE CONTEMPT RULINGS.

01/13/10 L Williams    3.00 EXTRACT, MANIPULATE, AND IMPORT CLIENT
                            ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.

01/14/10 M Kaufman     2.10 FURTHER CONFERRAL WITH P. BENVENUTTI AND W.
                            OLSHAN AND CIRCULATION AND RECEIPT OF VARIOUS
                            EMAILS PERTAINING TO SETTLEMENT (0.5);
                            CONFERENCE CALL WITH W. OLSHAN RELATING TO SAME
                            AND FURTHER CONFERRAL WITH P. BENVENUTTI AND
                            WORK ON STRATEGIES RELATING TO SAME (0.4);
                            AFTERNOON CALL WITH W. OLSHAN AND P. BENVENUTTI
                            TO DISCUSS STRATEGIES RELATING TO RESPONSE TO
                            KONTRABECKI (0.6); REVIEW COMMUNICATIONS
                            PROPOSED BY W. OLSHAN TO KONTRABECKI (0.3);
                            REVIEW EARLIER DRAFT THEREOF AND COMMENT
                            THEREUPON (0.2); REVIEW FINAL EMAIL AS SENT BY
                            W. OLSHAN IN RESPONSE TO SETTLEMENT OVERTURE
                            (0.1).

01/14/10 M Kaufman      .50 CONFER WITH P. BENVENUTTI REGARDING REQUEST BY
                            R. MOORE FOR EXTENSION AND CONFER WITH P.
                            BENVENUTTI AND W. OLSHAN REGARDING SAME.

01/14/10 S Chandler     .30 CONFER WITH S.BROOKS REGARDING FILE
                            ORGANIZATION ISSUES.

01/14/10 F Russell      .70 CONFER WITH S. BROOKS REGARDING DOCUMENTS
                            PRODUCED BY TRUSTEE (0.2); REVIEW FILES FOR
                            BENVENUTTI CORRESPONDENCE (0.5).

01/14/10 F Russell      .50 COMMUNICATIONS WITH D. GORDON AND T. WILLIAMS
                            REGARDING OBC AND WDC DOCUMENTS FROM WHITE &
                            CASE FTP SITE.

01/14/10 F Russell      .20 COMMUNICATIONS N. SCHREINER REGARDING
                            PRE-2007 DOCUMENTS DOCUMENTS SENT TO ADI BY
                            P. CROSBY.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    7
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/14/10 F Russell      1.70  REVIEW AND COMPARISON OF DOCUMENTS RECEIVED
                              FROM P. CROSBY AND B. STONE.

01/14/10 D Gordon       7.00  REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                              SITE AND COMPARE SAME TO DOCUMENTS PRODUCED TO
                              KONTRABECKI IN PRIOR CONTEMPT PROCEEDINGS
                              (6.5); MESSAGES WITH F. RUSSELL REGARDING SAME
                              (0.2); CONFERENCE WITH P. CROSBY REGARDING SAME
                              (0.2); MESSAGE TO J. GASOWSKI REGARDING SAME
                              (0.1).

01/14/10 L Williams     2.00  EXTRACT, MANIPULATE, AND IMPORT CLIENT
                              ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.

01/15/10 M Kaufman      2.30  CONFER WITH P. BENVENUTTI FURTHER WITH REGARD
                              TO KONTRABECKI'S REQUEST FOR ADDITIONAL TIME TO
                              FILE OPPOSITION TO LEHMAN'S MOTION FOR
                              RECONSIDERATION OF SUMMARY JUDGMENT (0.4);
                              CONFER WITH P. BENVENUTTI REGARDING EMAIL
                              RESPONSES REGARDING SAME (0.2); REVIEW
                              AFTERNOON LETTER FROM R. MOORE TO CHAMBERS
                              REQUESTING EXTENSION AND EVALUATE SAME RESPONSE
                              (0.6); CONFER WITH P. BENVENUTTI REGARDING
                              RESPONSE AND DISCUSSION OF MATTERS TO BE
                              CONTAINED THEREIN AND OUTLINE OF SAME (1.1).

01/15/10 M Kaufman       .90  FURTHER DISCUSSIONS WITH REGARD TO SETTLEMENT
                              AND COUNSEL'S APPROACH TO SAME.

01/15/10 S Chandler     1.10  CONFER WITH M.KAUFMAN REGARDING DEVELOPMENTS
                              AND NEXT STEPS.

01/15/10 F Russell       .20  REVIEW AND RESPOND TO N. SCHREINER
                              COMMUNICATION REGARDING APPLIED DISCOVERY
                              CONTRACT TERMS.

01/15/10 F Russell      2.30  PREPARE DOCUMENTS TO BE LOADED INTO APPLIED
                              DISCOVERY DATABASE.

01/15/10 D Gordon       6.90  REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                              SITE AND DETERMINE PRODUCTION STATUS OF SAME.

LEHMAN BROTHERS HOLDINGS INC.                    February 28, 2010          PAGE    8
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/15/10 D Gordon        1.10  CONFERENCE WITH M. KAUFMAN AND S. CHANDLER
                               REGARDING STATUS OF CASE, POTENTIAL SETTLEMENT
                               ISSUES, AND BRIEFING SCHEDULE ON MOTION FOR
                               RECONSIDERATION.

01/16/10 M Kaufman        .90  WORK ON DRAFT OF LETTER TO JUDGE MONTALI
                               RESPONSIVE TO MOORE'S REQUEST FOR EXTENSION.

01/17/10 M Kaufman       1.20  CONTINUED WORK ON LETTER RESPONDING TO
                               MOORE'S REQUEST FOR EXTENSION.

01/18/10 M Kaufman       1.40  CONFER WITH P. BENVENUTTI AND WORK ON REVISIONS
                               TO LETTER AND DISCUSSION OF RESPONSE TO JUDGE
                               MONTALI (1.1); SUBSEQUENT REVIEW OF JUDGE
                               MONTALI'S DETERMINATION TO AFFORD KONTRABECKI
                               ADDITIONAL TIME TO RESPOND (0.3).

01/18/10 M Kaufman       2.00  REVIEW KONTRABECKI'S SETTLEMENT PROPOSAL AND
                               PRELIMINARY EXPLORATION OF SAME WITH W. OLSHAN
                               (1.1); CONFER FURTHER WITH P. BENVENUTTI
                               REGARDING SAME (0.9).

01/18/10 S Chandler       .60  READ CORRESPONDENCE REGARDING SCHEDULING
                               (0.2); READ SETTLEMENT PROPOSAL (0.2); READ
                               CORRESPONDENCE REGARDING DRAFT ORDERS (0.2).

01/18/10 D Gordon        3.80  REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                               SITE AND DETERMINE PRODUCTION STATUS OF SAME.

01/18/10 D Gordon         .20  REVIEW SETTLEMENT PROPOSAL FROM KONTRABECKI AND
                               CORRESPONDENCE RELATING TO SAME.

01/19/10 M Kaufman       2.10  DIALOGUE WITH P. BENVENUTTI WITH REGARD TO
                               ISSUES RELATING TO SETTLEMENT STRUCTURE AS
                               PROPOSED BY KONTRABECKI (1.3); CONSIDER MATTERS
                               TO BE RAISED IN CONJUNCTION WITH STRUCTURE OF
                               SETTLEMENT AND IMPLICATIONS OF SAME (0.8).

01/19/10 S Chandler       .30  CONFER WITH A.ELKO REGARDING ISSUES RELATED
                               TO EMPLOYMENT OF EXPERT.

01/19/10 F Russell        .30  REVIEW AND RESPOND TO D. GORDON E-MAIL
                               REGARDING SYNOPSIS OF ADDITIONAL DISCOVERY.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE   9
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/19/10 F Russell      .50  MEET WITH T. WILLIAMS REGARDING PRODUCED
                             DOCUMENTS RECEIVED FROM B. STONE OF JONES DAY
                             AND THE BEST PROCEDURE FOR REVIEWING AND
                             ADDING DOCUMENTS TO DATABASES.

01/19/10 F Russell      .20  MEET WITH D. GORDON REGARDING TASKS TO BE
                             PERFORMED FOR ADDITIONAL DOCUMENT PRODUCTION.

01/19/10 F Russell     3.70  REVIEW NEW SUMMATION DATABASE OF ADDITIONAL
                             DOCUMENTS RECEIVED FROM JONES DAY DOCUMENT
                             PRODUCTIONS FROM PRE-2007 FOR DUPLICATES AND
                             GAPS.

01/19/10 F Russell      .30  MEET WITH T. WILLIAMS REGARDING ESTABLISHING
                             ADDITIONAL DATABASE FOR REVIEW OF DOCUMENTS
                             RECEIVED FROM POLISH COUNSEL.

01/19/10 F Russell     1.40  BEGIN REVIEW OF DOCUMENTS RECEIVED FROM
                             POLISH COUNSEL FOR DUPLICATES AND PRIVILEGE.

01/19/10 D Gordon      6.50  REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                             SITE AND DETERMINE PRODUCTION STATUS OF SAME
                             (6.1); INITIAL REVIEW OF WHITE AND CASE
                             DOCUMENTS FROM OTHER POLISH PROCEEDINGS (0.2);
                             CONFERENCE WITH F. RUSSELL REGARDING PROCESS OF
                             REVIEWING AND PRODUCING SAME (0.2).

01/19/10 L Williams    2.00  EXTRACT, MANIPULATE, AND IMPORT CLIENT
                             ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.

01/20/10 M Kaufman     2.80  CONFER WITH P. BENVENUTTI PREPATORY TO CALL
                             WITH W. OLSHAN WITH REGARD TO KONTRABECKI'S
                             SETTLEMENT PROPOSAL (0.4); CONFER WITH W.
                             OLSHAN AND P. BENVENUTTI TO DISCUSS SETTLEMENT
                             OVERTURE AND ISSUES IMPLICATED BY SAME (1.0);
                             SUBSEQUENT CONFERRAL WITH P. BENVENUTTI
                             REGARDING MATTERS TO BE CONTAINED IN LETTER TO
                             LEHMAN RELATING TO SETTLEMENT AS DISCUSSED AND
                             DIRECTED BY W. OLSHAN (1.4).

01/20/10 S Chandler    3.50  REVIEW DOCUMENTS FORWARDED TO EXPERT FOR
                             POTENTIAL PRODUCTION.

01/20/10 F Russell     2.50  CONTINUE REVIEW OF DOCUMENTS RECEIVED FROM
                             POLISH COUNSEL FOR DUPLICATES AND PRIVILEGE.

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010        PAGE   10
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/20/10 F Russell       4.50 TELEPHONE CONFERENCE WITH B. STONE REGARDING
                              PRE-2007 PRODUCTION DISKS RECEIVED FROM B.
                              STONE AND P. CROSBY (0.1); REVIEW AND RESPOND
                              TO VENDOR E-MAILS REGARDING DISPARITIES IN
                              PRE-2007 DISKS AND AVAILABILITY OF REVISED
                              PRODUCTION ON VENDOR FTP SITE (0.5); CONFER
                              WITH T. WILLIAMS REGARDING PULLING DOCUMENTS
                              FROM VENDOR FTP SITE AND LOADING INTO DATABASE
                              (0.2); REVIEW NEW DATABASE OF PRE-2007
                              DOCUMENTS FOR DUPLICATES AND GAPS (3.7).


01/20/10 D Gordon        6.00 REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                              SITE AND DETERMINE PRODUCTION STATUS OF SAME
                              (5.6); UPDATE CHART OF STATUS OF DOCUMENT
                              PRODUCTION (0.1); CONFERENCE WITH F. RUSSELL
                              REGARDING STATUS OF SAME (0.1); MESSAGE TO P.
                              CROSBY REGARDING SAME (0.2)


01/21/10 M Kaufman       1.40 EMAILS RELATING TO KONTRABECKI'S FAILURE TO
                              FILE PROOF OF CLAIM AND CONFIRMATION THEREOF
                              (0.3); WORK ON ISSUES TO BE CONTAINED IN LETTER
                              TO LEHMAN REGARDING SETTLEMENT PROPOSAL (1.1).


01/21/10 F Russell       2.70 CONTINUE REVIEW OF PRE-2007 PRODUCED
                              DOCUMENTS FOR POSSIBLE DUPLICATES OF
                              DOCUMENTS IDENTIFIED FOR SUPPLEMENTAL
                              PRODUCTION.


01/21/10 D Gordon        1.10 MESSAGES WITH S. CHANDLER REGARDING POLISH
                              DOCUMENTS THAT NEED TO HAVE PRODUCTION STATUS
                              CONFIRMED (0.2); CONFIRM STATUS OF PRODUCTION
                              (0.8); MESSAGE TO S. CHANDLER DETAILING
                              RESULTS OF SAME (0.1).


01/21/10 L Williams      2.00 EXTRACT, MANIPULATE, AND IMPORT CLIENT'S
                              ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.


01/22/10 M Kaufman       1.60 FURTHER WORK ON ANALYSIS OF SETTLEMENT AND
                              MATTERS TO BE CONTAINED IN COMPREHENSIVE LETTER
                              TO BE SENT TO LEHMAN OUTLINING POSITION OF
                              COUNSEL WITH REGARD TO SETTLEMENT AND ITS
                              IMPLICATIONS (1.3); COMMUNICATIONS WITH P.
                              BENVENUTTI REGARDING SAME (0.3).

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010         PAGE   11
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/22/10 S Chandler      1.00 SKIM DRAFT QUESTIONNAIRE AND AFFIDAVIT (0.3);
                              RESEARCH RELATED TO NOTARIZATION OF SAME
                              (0.5); MESSAGE TO EXPERT REGARDING DRAFT AND
                              REGARDING NOTARIZATION OF AFFIDAVIT (0.2).

01/22/10 S Chandler      2.60 WORK ON REVIEW OF DOCUMENTS FOR POTENTIAL
                              PRODUCTION (1.2); CONFER WITH F.RUSSELL
                              REGARDING ISSUES RELATED TO SAME (0.3);
                              CONFERENCE CALL WITH F.RUSSELL AND J.GASOWSKI
                              REGARDING SAME (0.5); FOLLOW-UP CONFERENCES
                              WITH F.RUSSELL REGARDING SAME (0.4); FOLLOW-UP
                              CORRESPONDENCE REGARDING SAME (0.2).

01/22/10 S Chandler       .20 REVIEW MESSAGE FROM M.KAUFMAN REGARDING
                              VARIOUS MATTERS AND DEVELOPMENTS.

01/22/10 F Russell       2.00 REVIEW AND MARK POLISH DOCUMENTS IN
                              PREPARATION FOR CONFERENCE CALL WITH S.
                              CHANDLER AND J. GASOWSKI REGARDING POTENTIAL
                              SUPPLEMENTAL DOCUMENT PRODUCTION.

01/22/10 F Russell        .50 CONFERENCE CALL WITH S. CHANDLER AND J.
                              GASOWSKI REGARDING POTENTIAL SUPPLEMENTAL
                              DOCUMENT PRODUCTION.

01/22/10 F Russell       1.30 PREPARE INSTRUCTIONS FOR DATABASE MAINTENANCE
                              AND LOCATION OF DOCUMENTS FROM FTP SITE TO ADD
                              TO NEW DATABASES (0.5); REVIEW AND RESPOND TO
                              E-MAILS FROM L. WILLIAMS AND C. ARCHAMBAULT
                              REGARDING DOCUMENTS TO BE OCR'D AND LOADED INTO
                              DATABASE (0.3); REVIEW UPDATED DATABASES (0.5).

01/22/10 F Russell        .10 REVIEW AND RESPOND TO S. CHANDLER E-MAIL
                              REGARDING ADDITIONAL DOCUMENTS TO REVIEW FOR
                              PRIVILEGE.

01/22/10 F Russell        .60 REVIEW ADDITIONAL DOCUMENTS FOR PRIVILEGE.

01/22/10 F Russell        .30 REVIEW AND RESPOND TO D. GORDON E-MAILS
                              REGARDING STATUS OF SUPPLEMENTAL DOCUMENT
                              PRODUCTION.

01/22/10 F Russell       2.50 REVIEW POLISH DOCUMENTS FOR PREVIOUS
                              PRODUCTION AND PRIVILEGE.

LEHMAN BROTHERS HOLDINGS INC.                    February 28, 2010        PAGE   12
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/22/10 D Gordon        4.00 REVIEW DOCUMENTS FROM WHITE & CASE POLISH FTP
                              SITE AND DETERMINE PRODUCTION STATUS OF SAME
                              (2.2); REVIEW STATUS OF DOCUMENT PRODUCTION
                              PROJECT (0.2); CONFERENCE WITH F. RUSSELL
                              REGARDING SAME (0.2); CONFERENCE WITH P. CROSBY
                              REGARDING STATUS OF NULL-INDEXED DOCUMENT
                              REVIEW (0.6); MESSAGE TO J. GASOWSKI REGARDING
                              SAME (0.1); DRAFT LANGUAGE FOR TRANSMITTAL
                              LETTER TRANSMITTING DOCUMENT PRODUCTION (0.7).

01/22/10 D Gordon         .10 REVIEW MESSAGE FROM M. KAUFMAN REGARDING
                              SANCTIONS LITIGATION.

01/22/10 L Williams      1.00 EXTRACT, MANIPULATE, AND IMPORT CLIENT'S
                              ELECTRONIC DATA FILES FOR ATTORNEY REVIEW.

01/24/10 M Kaufman       3.10 INITIAL REVIEW OF P. BENVENUTTI'S PARTIAL
                              DRAFT OF LETTER TO W. OLSHAN RELATING TO
                              SETTLEMENT AND CONSIDERATION OF SAME.

01/24/10 S Chandler       .20 FOLLOW-UP WITH F.RUSSELL ON DOCUMENT REVIEW
                              PROJECT.

01/24/10 F Russell        .10 REVIEW S. CHANDLER E-MAIL REGARDING REVIEW OF
                              DOCUMENTS SENT TO EXPERT FOR PRIVILEGE.

01/25/10 M Kaufman       5.60 EXTENSIVE WORK ON DRAFTING AND EDITING
                              ASPECTS OF LETTER TO W. OLSHAN AND CONFERRAL
                              WITH P. BENVENUTTI REGARDING VARIOUS ASPECTS
                              OF LETTER.

01/25/10 F Russell       3.80 REVIEW DOCUMENTS SENT VIA DISKS TO P.
                              PIETKIEWICZ FOR PRIVILEGE.

01/25/10 F Russell        .30 REVIEW AND RESPOND TO L. WILLIAMS E-MAILS
                              REGARDING PRODUCTION DATABASE ISSUES.

01/25/10 F Russell       2.30 SEARCH APPLIED DISCOVERY AND SUMMATION
                              DATABASES FOR DUPLICATES OF DOCUMENTS SENT BY
                              J. GASOWSKI.

01/25/10 F Russell       1.30 CONTINUE REVIEW OF DOCUMENTS SENT VIA DISKS TO
                              P. PIETKIEWICZ FOR PRIVILEGE AND PRODUCTION
                              STATUS.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE   13
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/25/10 D Gordon      .20 MESSAGES WITH J. GASOWSKI AND P. CROSBY
                           REGARDING SUPPLEMENTAL DOCUMENT PRODUCTION.

01/26/10 M Kaufman    6.20 EXTENSIVE WORK ON LETTER TO LEHMAN REGARDING
                           SETTLEMENT AND NUMEROUS COMMUNICATIONS WITH
                           BENVENUTTI REGARDING SAME (5.9); EMAIL TO W.
                           OLSHAN UPDATING ON LETTER'S PREPARATION (0.3).

01/26/10 S Chandler   1.00 PREPARE FOR AND ATTEND MEETING WITH F.RUSSELL
                           REGARDING REVIEW OF DOCUMENTS AND NEXT STEPS
                           (0.8); CONFER WITH CO-COUNSEL REGARDING SAME
                           (0.2).

01/26/10 S Chandler    .20 CONFER WITH J.MURPHY REGARDING STATUS AND
                           NEXT STEPS.

01/26/10 F Russell     .50 PREPARE FOR AND MEET WITH S. CHANDLER
                           REGARDING POTENTIAL SUPPLEMENTAL DOCUMENT
                           PRODUCTION.

01/26/10 F Russell    2.30 CONTINUE REVIEW OF DOCUMENTS SENT TO P.
                           PIETKIEWICZ FOR PRIVILEGE AND PRODUCTION
                           STATUS.

01/26/10 F Russell     .20 REVIEW AND RESPOND TO E-MAILS FROM L.
                           WILLIAMS REGARDING NEW DATABASES FOR DOCUMENT
                           REVIEW.

01/26/10 F Russell     .10 REVIEW S. CHANDLER E-MAIL TO J. GASOWSKI
                           REGARDING DOCUMENT REVIEW STATUS AND 1/27
                           CONFERENCE CALL.

01/26/10 F Russell    3.20 CONTINUE REVIEW OF FTP DOCUMENTS.

01/26/10 D Gordon      .20 MESSAGES WITH F. RUSSELL AND P. CROSBY
                           REGARDING UPCOMING DOCUMENT PRODUCTION.

01/26/10 L Williams   1.50 EXTRACT AND MANIPULATE CLIENT'S DATA FILES FOR
                           ATTORNEY REVIEW.

01/27/10 M Kaufman    5.90 EXTENSIVE CONTINUED WORK ON LETTER DRAFTING
                           AND EDITING PORTIONS OF LETTER TO LEHMAN
                           REGARDING SETTLEMENT AND CONFERRALS WITH P.
                           BENVENUTTI.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE   14
MATTER NUMBER: 30837.0001
INVOICE NO.: 694586


01/27/10 S Chandler     1.40  PREPARE FOR AND ATTEND CONFERENCE CALL WITH F.
                              RUSSELL AND J. GASOWSKI REGARDING REVIEW OF
                              DOCUMENTS (1.2); FOLLOW-UP CORRESPONDENCE
                              REGARDING SAME (0.2).

01/27/10 S Chandler      .20  REVIEW CORRESPONDENCE FROM M.KAUFMAN
                              ANALYZING VARIOUS ISSUES AND DEVELOPMENTS.

01/27/10 F Russell       .50  TELEPHONE CONFERENCE WITH S. CHANDLER AND J.
                              GASOWSKI REGARDING POSSIBLE ADDITIONAL
                              DOCUMENTS FOR SUPPLEMENTAL PRODUCTION.

01/27/10 F Russell      3.50  CONTINUE REVIEW OF POLISH DOCUMENTS FOR
                              PREVIOUS PRODUCTION AND PRIVILEGE.

01/27/10 L Williams     1.50  EXTRACT AND MANIPULATE CLIENT'S DATA FILES FOR
                              ATTORNEY REVIEW.

01/28/10 M Kaufman      2.70  COMPLETION, EDITING AND REVISIONS OF LETTER TO
                              LEHMAN (1.9); NUMEROUS CALLS WITH P. BENVENUTTI
                              REGARDING EDITS THERETO (0.8).

01/29/10 S Chandler      .60  REVIEW LETTER FROM P.BENVENUTTI REGARDING
                              ANALYSIS OF VARIOUS ISSUES (0.3); CONFER WITH
                              A.ELKO REGARDING FILING EMPLOYMENT
                              APPLICATION FOR EXPERT (0.1); MESSAGE TO
                              EXPERT REGARDING SAME (0.2).

01/29/10 F Russell       .20  CONFER WITH D. GORDON REGARDING STATUS OF
                              PRODUCTION AND EXTRACTION OF INFORMATION FROM
                              RESPONSIVE DOCUMENTS FROM FTP SITE TO CREATE
                              ADDITIONAL DATA COLUMNS ON SPREADSHEET.

01/29/10 F Russell      5.50  REVIEW RESPONSIVE DOCUMENTS FROM FTP SITE TO
                              CREATE ADDITIONAL DATA COLUMNS ON
                              SPREADSHEET, POPULATE COLUMNS, AND PREPARE
                              SUMMARY.

## AFFIDAVIT OF MARK S. KAUFMAN IN SUPPORT OF TRAVEL EXPENSES

I, Mark S. Kaufman, being duly sworn, deposes and says:

1.      I am a partner in the firm of McKenna Long & Aldridge LLP ("McKenna") and submit this affidavit in support of travel expenses incurred in connection with my representation of Lehman Brothers Holdings Inc. (the "Debtor") and certain of its subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), as special counsel.

2.      I currently represent the Debtors in litigation pending in the United States Bankruptcy Court in the Northern District of California styled Aron M. Oliner, as Chapter 11 Trustee of the Kontrabecki Group Limited Partnership, and Lehman Brothers Holdings Inc. v. John Kontrabecki, et al., Adversary Proceeding No. 03-3264 (the "Kontrabecki Matter").[1]

3.      I travel from Atlanta, Georgia to San Francisco, California for hearings, conferences, depositions and meetings related to the Kontrabecki Matter.

4.      Attached to this Affidavit is an invoice for an "upgraded to first class" ticket, called a "Y Class Upgrade," that I purchased through a travel agent.  This ticket allows me to purchase a first class seat at no additional cost to the Estate because it cost less than the then available lowest cost coach ticket that was available to purchase at the time I booked the flight. As is often the case, I need to book flights shortly before the date of travel because hearings are generally not set significantly in advance.  Therefore, the purchase of discounted coach tickets, which require substantial advance booking, is not feasible.

5.      To the best of my knowledge, and according to my secretary and my travel agent, who have handled my flight bookings since before Lehman filed Chapter 11, it is my understanding that except on perhaps one occasion, I have not purchased first class tickets except

---

[1]  This matter is referred to as Kontrabecki in NY Bankruptcy Action, Client/Matter No. 30837.0001.

where the lowest cost for coach seating has been at a higher price than the cost of a Y Class

upgraded first class ticket.  Frequently, too, I am able to travel in first, at coach seating prices in

first class, because my Gold Medallion status allows me to travel in first class for no additional

cost over of the price coach ticket.  In these instances, the statements attached to our billing

reflect my grade of travel as first class although I paid for a coach ticket and obtained a first class

seat because of my Medallion status.


Dated:  Atlanta, Georgia
         April 15, 2010

By: _Mark S Kaufman_
     Mark S. Kaufman  with express
                       permisson

Sworn to before me on this
15th day of April, 2010
_Pamela G. Matthew_
PAMELA G. MATTHEWS
Notary Public, State of Georgia
Commission Expires November 18, 2013

GEORGIA
NOV. 18, 2013
PUBLIC
COBB COUNTY

## Supplemental Information Sheet

**Expenses for Kontrabecki (30837.0001)**
**Timekeeper: M. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|---|---|---|---|---|
| 1/15/10 | $600.00<br><br>*[Voluntary Reduction from $1,721.80]* | OUT OF TOWN TRAVEL<br>Invoice No. 694586<br>Voucher 1758179 | Travel to San Francisco for hearing on termination of adversary proceeding<br>    Please note McKenna Long & Aldridge LLP has voluntarily reduced the amount requested for reimbursement of this expense from $1,721.80 to $600.00.<br>    Please see Affidavit of Mark S. Kaufman in Support of Travel Expenses regarding class of service. | Attached |



**Travel Leaders**
101 Corporate Plaza Drive, La Grange, GA 30240
Phone: (706) 882-9361 • Toll-Free: (800) 544-2307

*For hearing on Termination of Adversary Case*

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

## PASSENGER INFORMATION

Company Name: ONE PEACHTREE CENTER
Account No.: 2266
Date Issued: December 14, 2009
Agent: BK-IA/PI3
First Name: MARK.S

Company Number: 30837.0001
Agency Confirmation: 42AHMV
Invoice #: 754555
Last Name: KAUFMAN

## CONFIRMATION INFORMATION

TICKET CONFIRMATION FOR DELTA IS ECQOV5
TICKET CONFIRMATION FOR DELTA OPERATED BY HORIZON AIR - AS2518 IS ECQOV5

## FLIGHT                                                 ▲DELTA

**Thursday December 17, 2009**

Air Vendor: DELTA
From: ATLANTA
To: SAN FRANCISCO
Seat: 06-A

Aircraft: 757
Operated By: DELTA

Flight Number: 1067
Departs: 10:46 AM
Arrives: 01:30 PM
Ticket ECQOV5
Confirmation:
Class of Service: [ A ] FIRST CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | MEAL- LUNCH | SEAT 06-A **RESERVED** | KAUFMAN/MARK.S

## FLIGHT                                                 ▲DELTA

**Friday December 18, 2009**

Air Vendor: DELTA
From: SAN FRANCISCO
To: PORTLAND ORE
Seat:

Aircraft: CR7
Operated By: HORIZON AIR - AS2518

Flight Number: 7609
Departs: 07:55 PM
Arrives: 09:40 PM
Ticket ECQOV5
Confirmation:
Class of Service: [ Y ] ECONOMY CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | AIRPORT CHECK IN ONLY

## REMARKS

AIRPORT CHECK IN ONLY

## FLIGHT                                                 ▲DELTA

**Monday December 28, 2009**

Air Vendor: DELTA
From: PORTLAND ORE
To: ATLANTA
Seat: 03-C

Aircraft: 737
Operated By: DELTA

Flight Number: 1891
Departs: 12:00 PM
Arrives: 07:39 PM
Ticket ECQOV5
Confirmation:
Class of Service: [ A ] FIRST CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | MEAL- LUNCH | SEAT 03-C **RESERVED** | KAUFMAN/MARK.S

## Miscellaneous

**Monday December 28, 2009**

Start Date: December 28, 2009
Description: SERVICE FEE CONFIRMED

ITEM COST:40.00

## INVOICE INFORMATION

Invoice #: 754555
Air Fare: $ 1534.88
Tax: $ 146.92
Total Taxes: $ 146.92
Total Air Fare: $ 1681.80
Service Charge: $ 40.00
Total: $ 1721.80
Total Payment: $ 1721.80

## PAYMENT HISTORY

| Date | Form of Payment | Credit Card Number/Type | Amount |
|------|------------------|--------------------------|--------|
| 12/14/09 | Credit Card | XXXX XXXXXX X1009/AX | $ 1721.80 |

## GENERAL INFORMATION

TICKET NUMBER(S):   E0067461031731
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S     DL0215556416

## REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
*********************************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
*************TRAVEL ADVISORY****************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN NO LESS THAN 1.5 HR PRIOR
CHANGES MAY MAKE TICKET VALULESS
MOST AIRLINES REQUIRE 1 HOUR TO 24 HOUR NOTICE
FOR CANCELLATION OR TICKET VALUE WILL BE FORFEITED
NEW CHECKED BAGGAGE POLICIES VARY BY AIRLINE
GO TO WWW.APTWCT.COM FOR POLICIES AND FEES
NONREFUNDABLE FARE CHANGE/STANDBY FEES APPLY
MOST AIRLINES ARE CHARGING FOR 1ST AND 2ND CHECKED BAGS
YOUR NAME ON YOUR AIRLINE TICKET MUST MATCH YOUR
NAME ON YOUR DRIVER LICENSE OR PASSPORT.
U88/5555

OnQueue™ - © 2009 MagnaTech - all rights reserved  -  Travel Agency Systems by Magnatech

# McKenna Long
# &Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

Remittance Address:
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 694587
Matter No.: 30837.0002               Invoice Date: February 28, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C.F. Graham | 0.40 | 725.00 | 290.00 |
| P. McGeehan | 0.20 | 525.00 | 105.00 |
| G. Marsh | 1.50 | 475.00 | 712.50 |
| C. Weiss | 0.40 | 475.00 | 190.00 |
| D.A. Geiger | 0.20 | 395.00 | 79.00 |
| S. Chandler | 1.00 | 355.00 | 355.00 |
| A. Elko | 12.10 | 305.00 | 3,690.50 |
| Total | 15.80 | | 5,422.00 |

TOTAL FEES:                                    $   5,422.00

CHARGES:

    COPY CHARGES                      31.30
    LONG DISTANCE TELEPHONE            4.36

TOTAL CHARGES:                                 $      35.66

T O T A L   T H I S   S T A T E M E N T :      $   5,457.66

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 694587


                    DESCRIPTION OF SERVICES


01/04/10   A. Elko              .30   CORRESPOND WITH J. SAPP REGARDING HEARING ON
           Task: B160                 THIRD INTERIM FEE APPLICATION (0.1);
                                      CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
                                      MCGEEHAN, C. WEISS, C. GRAHAM, A. KAUFMAN AND
                                      S. CHANDLER REGARDING SUBMISSION OF FEBRUARY
                                      2010 BUDGETS (0.2).

01/05/10   C.F. Graham          .40   CORRESPONDENCE WITH A. ELKO REGARDING FEE
           Task: B110                 APPLICATION HEARINGS AND BUDGET FOR FEBRUARY
                                      (0.2);  CONFER WITH G. MARSH REGARDING FEE
                                      APPLICATION HEARINGS THIS MONTH (0.2).

01/05/10   A. Elko              .40   CORRESPOND WITH AND REVIEW CORRESPONDENCE FROM
           Task: B160                 S. CHANDLER, M. KAUFMAN, P. BENEVENUTTI AND P.
                                      PIETKIEWICZ REGARDING ORDINARY COURSE
                                      EMPLOYMENT (0.2); REVIEW CORRESPONDENCE FROM J.
                                      SAPP, COUNSEL TO DEBTORS, REGARDING ADJOURNMENT
                                      OF HEARING (0.1); CORRESPOND WITH G. MARSH AND
                                      C. GRAHAM WITH RESPECT THERETO (0.1).

01/06/10   A. Elko             1.40   DRAFT LETTER TO FEE COMMITTEE, DEBTORS'
           Task: B160                 COUNSEL, THE DEBTORS AND THE UNITED STATES
                                      TRUSTEE REGARDING LACK OF RECEIPT AND
                                      NOTIFICATION OF THE FEE COMMITTEE REPORTS AND
                                      NOTICE OF HEARING WITH RESPECT THERETO (1.2);
                                      CORRESPOND WITH W. BRADLEY AND C. WOLFE
                                      REGARDING FIFTH SUPPLEMENTAL DECLARATION
                                      REGARDING ADDITIONAL DISCLOSURES (0.2).

01/07/10   A. Elko              .70   REVIEW NOTICE OF ADJOURNMENT OF HEARING ON
           Task: B160                 THIRD INTERIM FEE APPLICATION (0.1); CORRESPOND
                                      WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C.
                                      WEISS, C. GRAHAM AND S. CHANDLER REGARDING
                                      ADJOURNMENT AND APPEARANCE AT HEARING (0.1);
                                      CONFER AND CORRESPOND WITH C. WOLFE REGARDING

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 694587

|  |  |  |  |
|---|---|---|---|
|  |  |  | FIFTH SUPPLEMENTAL WEISS DECLARATION (0.2); CORRESPOND WITH P. MCGEEHAN AND C. WEISS REGARDING DECLARATION (0.2); CORRESPOND WITH J. SAPP, COUNSEL TO DEBTORS, REGARDING DECLARATION (0.1). |
| 01/08/10 | A. Elko<br>Task: B160 | .10 | CORRESPOND WITH D. GEIGER REGARDING FEBRUARY 2010 BUDGET AND FEE FORECAST FOR 2010. |
| 01/10/10 | A. Elko<br>Task: B160 | .10 | CORRESPOND WITH C. WOLFE WITH RESPECT TO FIFTH SUPPLEMENTAL DECLARATION REGARDING DISCLOSURE. |
| 01/11/10 | S. Chandler<br>Task: B160 | .90 | PREPARE PROJECTED BUDGET FOR FEBRUARY AND SUMMARY REGARDING WORK PERTAINING TO SAME. |
| 01/12/10 | S. Chandler<br>Task: B160 | .10 | CONFER WITH A.ELKO REGARDING PROJECTED BUDGET FOR FEBRUARY. |
| 01/12/10 | A. Elko<br>Task: B160 | .10 | CORRESPOND WITH J. SAPP, COUNSEL FOR DEBTORS, REGARDING FIFTH SUPPLEMENTAL WEISS DECLARATION IN SUPPORT OF RETENTION. |
| 01/13/10 | A. Elko<br>Task: B160 | .10 | CORRESPOND WITH A. KAUFMAN WITH RESPECT TO AZ 72 LLC BUDGET FOR FEBRUARY 2010. |
| 01/14/10 | A. Elko<br>Task: B160 | .60 | CORRESPOND WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, D. GEIGER, C. WEISS, A. KAUFMAN AND S. CHANDLER REGARDING FEBRUARY 2010 BUDGET (0.2); CONFER AND CORRESPOND WITH A. KAUFMAN REGARDING BUDGET (0.2); REVIEW CORRESPONDENCE FROM A. CONIS, COUNSEL FOR CREDITOR'S COMMITTEE, REGARDING CONFERENCE CALL TO DISCUSS FEE COMMITTEE REPORT AND FEE PROTOCOL (0.1); CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1). |
| 01/15/10 | P. McGeehan<br>Task: B210 | .20 | PREPARE FEBRUARY 2010 BUDGETS. |
| 01/15/10 | A. Elko<br>Task: B160 | 1.90 | CORRESPOND WITH C. WEISS, P. MCGEEHAN AND S. CHANDLER REGARDING FEBRUARY 2010 BUDGET (0.5); DRAFT FEBRUARY 2010 BUDGET (0.9); CORRESPOND WITH AND SUBMIT BUDGET TO FEE COMMITTEE (0.1);  CORRESPOND WITH G. MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS AND S. |

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 694587

|  |  |  |  |
|---|---|---|---|
|  |  |  | CHANDLER REGARDING DECEMBER MONTHLY STATEMENT (0.1); CORRESPOND FURTHER WITH S. CHANDLER REGARDING DECEMBER MONTHLY STATEMENT (0.2); CORRESPOND WITH B. FROLICH AND L. STIPANCIC REGARDING NOVEMBER MONTHLY STATEMENT (0.1). |
| 01/15/10 | D.A. Geiger Task:  B110 | .20 | PREPARE FEBRUARY 2010 BUDGET FOR MIDDLE MOUNTAIN. |
| 01/18/10 | A. Elko Task:  B160 | .80 | DRAFT CORRESPONDENCE TO COUNSEL FOR THE CREDITOR'S COMMITTEE REGARDING CORRECTED FEE COMMITTEE REPORT AND CONFERENCE CALL WITH RESPECT THERETO (0.4); CONFER AND CORRESPOND WITH G. MARSH REGARDING CORRESPONDENCE (0.2); REVIEW, REVISE AND TRANSMIT CORRESPONDENCE TO A. CONIS, COUNSEL TO COMMITTEE (0.2). |
| 01/19/10 | A. Elko Task:  B160 | .20 | CORRESPOND WITH A. CUMMIS, COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND G. MARSH REGARDING CONFERENCE CALL FOR RETAINED PROFESSIONALS TO DISCUSS FEE COMMITTEE PROTOCOL. |
| 01/20/10 | A. Elko Task:  B160 | .20 | CORRESPOND WITH J. SAPP, COUNSEL FOR DEBTORS, REGARDING FIFTH SUPPLEMENTAL WEISS DECLARATION IN CONNECTION WITH RETENTION (0.1); CORRESPOND WITH C. WOLFE WITH RESPECT THERETO (0.1). |
| 01/21/10 | A. Elko Task:  B160 | .50 | CONFER WITH J. SAPP, COUNSEL TO DEBTORS, REGARDING FIFTH SUPPLEMENTAL WEISS DECLARATION IN CONNECTION WITH RETENTION (0.1); CONFER WITH C. WOLFE REGARDING DECLARATION (0.1); REVIEW AND REVISE DECLARATION (0.1); CORRESPOND WITH C. WOLFE WITH RESPECT THERETO (0.1); CORRESPOND WITH L. STIPANCIC AND B. FROLICH REGARDING MONTHLY STATEMENT (0.1). |
| 01/22/10 | A. Elko Task:  B160 | 1.50 | REVIEW CORREPSONDENCE FROM COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING CONFERENCE CALL (0.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, COUNSEL FOR THE DEBTORS AND |

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE   5
MATTER NUMBER: 30837.0002
INVOICE NO.: 694587


|            |                        |        | RETAINED PROFESSIONALS (0.8); CONFER WITH G. MARSH REGARDING CALL (0.2); CORRESPOND WITH P. MCGEEHAN, C. WEISS AND G. MARSH REGARDING REVISED FIFTH SUPPLEMENTAL WEISS DECLARATION IN SUPPORT OF RETENTION (0.1); CORRESPOND REGARDING RETENTION OF CMS CAMERON MCKENNA AS ORDINARY COURSE PROFESSIONALS (0.2). |
|------------|------------------------|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 01/22/10   | C. Weiss               | .40    | REVIEW FIFTH WEISS DECLARATION (0.2); TELEPHONE CONFERENCE WITH A. ELKO REGARDING SAME (0.2). |
|            | Task:  B120            |        | |
| 01/22/10   | G. Marsh               | 1.50   | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH RETAINED PROFESSIONALS (1.1); REVIEW FILE AND E-MAILS (0.4). |
|            | Task:  B160            |        | |
| 01/26/10   | A. Elko                | 1.10   | REVIEW CORRESPONDENCE FROM K. FEINBERG, CHAIR OF LEHMAN FEE COMMITTEE, REGARDING CHAMBERS CONFERENCE TO DISCUSS FEE PROTOCOL (0.4) CORRESPOND WITH TEAM RESPECT THERETO (0.3); CORRESPOND WITH J. SAPP REGARDING FILING OF FIFTH SUPPLEMENTAL WEISS DECLARATION (0.2); REVIEW FILED COPY OF DECLARATION (0.1); CORRESPOND WITH TEAM WITH RESPECT THERETO (0.1). |
|            | Task:  B160            |        | |
| 01/27/10   | A. Elko                | .50    | REVIEW MEMBER OF OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S RESPONSE TO K. FEINBERG'S LETTER REGARDING FEE PROTOCOL (0.3); CORRESPOND WITH TEAM WITH RESPECT THERETO (0.2). |
|            | Task:  B160            |        | |
| 01/28/10   | A. Elko                | .10    | CORRESPOND WITH J. SAPP, COUNSEL TO WEIL, REGARDING FIFTH SUPPLEMENTAL WEISS DECLARATION IN CONNECTION WITH ENGAGEMENT. |
|            | Task:  B160            |        | |
| 01/29/10   | A. Elko                | 1.50   | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING LEHMAN CONFERENCE WITH JUDGE PECK REGARDING FEE COMMITTEE PROTOCOL (0.5); DRAFT REPORT OF CONFERENCE AND CORRESPOND WITH TEAM WITH RESPECT THERETO (0.3); REVIEW STATUS OF ORDINARY COURSE PROFESSIONAL RETENTION |
|            | Task:  B160            |        | |

```
LEHMAN BROTHERS HOLDINGS INC.           February 28, 2010        PAGE   6
MATTER NUMBER: 30837.0002
INVOICE NO.: 694587
```

```
                              APPLICATION FOR CMS CAMERON MCKENNA (0.2);
                              REVIEW ORDINARY COURSE RETENTION APPLICATIONS
                              FOR INTERNATIONAL PROFESSIONALS (0.2);
                              CORRESPOND WITH S. CHANDLER REGARDING ORDINARY
                              COURSE RETENTION APPLICATION (0.1); REVIEW
                              CORRESPONDENCE WITH CMS CAMERON MCKENNA
                              REGARDING ORDINARY COURSE RETENTION (0.2).
```

| | | | |
|---|---|---|---|
| B110  Case Administration | | | |
| C.F. Graham | .40 | 725.00 | $290.00 |
| D.A. Geiger | .20 | 395.00 | $79.00 |
| TOTAL B110 | .60 | | $369.00 |
| B120  Asset Analysis and Recovery | | | |
| C. Weiss | .40 | 475.00 | $190.00 |
| TOTAL B120 | .40 | | $190.00 |
| B160  Fee/Employment Applications | | | |
| A. Elko | 12.10 | 305.00 | $3,690.50 |
| G. Marsh | 1.50 | 475.00 | $712.50 |
| S. Chandler | 1.00 | 355.00 | $355.00 |
| TOTAL B160 | 14.60 | | $4,758.00 |
| B210  Business Operations | | | |
| P. McGeehan | .20 | 525.00 | $105.00 |
| TOTAL B210 | .20 | | $105.00 |

Billed Recap Of Cost Detail - [Invoice: 694587 Date: 02/28/2010] Pg 27 of 69

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/06/2010 | 4981 | ALISON ELKO | 101S | 16.00 | 0.10 | 1.60 | COPY CHARGES | 26245655 |
| 02/28/2010 | | Invoice=694587 | | 16.00 | 0.10 | 1.60 | | |
| | | | | | | | | |
| 01/11/2010 | 0681 | SUMMER CHANDLER | 101S | 22.00 | 0.10 | 2.20 | COPY CHARGES | 26249639 |
| 02/28/2010 | | Invoice=694587 | | 22.00 | 0.10 | 2.20 | | |
| | | | | | | | | |
| 01/14/2010 | 0681 | SUMMER CHANDLER | 101S | 261.00 | 0.10 | 26.10 | COPY CHARGES | 26254539 |
| 02/28/2010 | | Invoice=694587 | | 261.00 | 0.10 | 26.10 | | |
| | | | | | | | | |
| 01/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 13:55 1-212-310-8672 | 26275104 |
| 02/28/2010 | | Invoice=694587 | | 1.00 | 4.36 | 4.36 | 74918 | |
| | | | | | | | | |
| 01/22/2010 | 4981 | ALISON ELKO | 101S | 4.00 | 0.10 | 0.40 | COPY CHARGES | 26268920 |
| 02/28/2010 | | Invoice=694587 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 01/28/2010 | 4981 | ALISON ELKO | 101S | 10.00 | 0.10 | 1.00 | COPY CHARGES | 26276598 |
| 02/28/2010 | | Invoice=694587 | | 10.00 | 0.10 | 1.00 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 35.66 | 6 records | |
| | | BILLED TOTALS:    BILL: | | | | 35.66 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 35.66 | 6 records | |
| | | GRAND TOTAL:    BILL: | | | | 35.66 | | |

# McKenna Long
## & Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 694588
Matter No.: 30837.0003               Invoice Date: February 28, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
    RE: AZ 72, LLC


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|--------|--------|
| C.F. Graham | 6.60 | 725.00 | 4,785.00 |
| C. Weiss | 2.10 | 475.00 | 997.50 |
| A.F. Kaufman | 11.80 | 400.00 | 4,720.00 |
| J.M. Mayes | 2.40 | 350.00 | 840.00 |
| R.M. Gee | 0.70 | 210.00 | 147.00 |
| Total | 23.60 | | 11,489.50 |

TOTAL FEES:                                    $ 11,489.50

CHARGES:

     COPY CHARGES                       14.00

TOTAL CHARGES:                           $      14.00

T O T A L   T H I S   S T A T E M E N T:        $ 11,503.50

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010        PAGE   2
MATTER NUMBER: 30837.0003
INVOICE NO.: 694588


## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 01/05/10 | C.F. Graham<br>Task: B120 | .40 | CORRESPOND REGARDING DISCOVERY, INCLUDING DEPOSITION NOTICES AND DOCUMENT REQUESTS. |
| 01/07/10 | A.F. Kaufman<br>Task: B110 | .60 | TELEPHONE CALL WITH J. NASTASI REGARDING DISCOVERY REQUESTS ISSUES RELATED THERETO. |
| 01/11/10 | C.F. Graham<br>Task: B120 | .50 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING ERIC SHERMAN LETTER, DISCOVERY RESPONSES AND FRIDAY CONFERENCE CALL (0.2); REVIEW E-MAILS FROM A. KAUFMAN AND J. NASTASI (0.1); REVIEW ERIC SHERMAN LETTER (0.2). |
| 01/11/10 | C. Weiss<br>Task: B120 | .60 | REVIEW E-MAILS REGARDING DEPOSITION NOTICES AND DOCUMENT REQUESTS, AND CONSIDER ISSUES RAISED THEREIN (0.3); TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING SAME AND NEXT STEPS (0.3). |
| 01/11/10 | A.F. Kaufman<br>Task: B110 | 1.20 | REVIEW LETTER FROM OPPOSING COUNSEL (0.1); EXCHANGE E-MAILS WITH OPPOSING COUNSEL REGARDING SAME (0.1); DRAFT AND SEND E-MAILS TO CLIENTS REGARDING SAME (0.8); CONFER WITH C. WEISS REGARDING SAME (0.2). |
| 01/11/10 | R.M. Gee<br>Task: B110 | .30 | UPDATE CASE CALENDAR TO INCLUDE DISCOVERY DATES AND DISTRIBUTE SAME TO A. KAUFMAN AND C. GRAHAM FOR REVIEW. |
| 01/12/10 | C.F. Graham<br>Task: B120 | .40 | REVIEW NOTICES OF DEPOSITION SERVED BY DEFENDANTS. |
| 01/13/10 | A.F. Kaufman<br>Task: B110 | .10 | TELEPHONE CALL TO J. NASTASI; CONFER WITH C. WEISS REGARDING CASE STATUS. |
| 01/14/10 | A.F. Kaufman<br>Task: B110 | 2.80 | EXCHANGE E-MAILS WITH CLIENT (0.1); DRAFT OUTLINE FOR CONFERENCE (1.4); PREPARE FOR SAME (1.3). |

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 694588


01/14/10  C. Weiss                .50   REVIEW EMAILS REGARDING DISCOVERY ISSUES
          Task:  B120                    (0.3); WORK WITH A. KAUFMAN REGARDING SAME
                                         (0.2).

01/14/10  C.F. Graham             .50   WORK ON DISCOVERY ISSUES (0.2); CORRESPOND WITH
          Task:  B120                    W. ANTONIEWICZ (0.1); CORRESPOND WITH A.
                                         KAUFMAN REGARDING CALL WITH PRYOR CASHMAN
                                         (0.2).

01/15/10  C. Weiss                .30   REVIEW EMAILS REGARDING WITNESS LIST AND
          Task:  B120                    DOCUMENT PRODUCTION ISSUES (0.2);
                                         COMMUNICATIONS WITH A. KAUFMAN REGARDING SAME
                                         (0.1).

01/15/10  A.F. Kaufman          1.60   PREPARE FOR AND PARTICIPATE IN CONFERENCE
          Task:  B110                    (1.2); DRAFT AND SEND E-MAIL TO CLIENT
                                         REGARDING SAME (0.4).

01/15/10  C.F. Graham           2.00   DISCOVERY DISPUTE MEET AND CONFER WITH ERIC
          Task:  B120                    SHERMAN AND SARAH BELL OF PRYOR CASHMAN (1.0);
                                         REVIEW LETTERS AND DRAFT LETTERS REGARDING
                                         DISPUTES (0.5); CORRESPOND WITH TRIMONT
                                         REGARDING RECORDS, E-MAIL AND FILES (0.3);
                                         CONFER WITH A. KAUFMAN REGARDING PRODUCTION AND
                                         TITLE IDENTIFICATION (0.2).

01/20/10  C.F. Graham             .30   WORK ON DISCOVERY (0.2);  CORRESPOND WITH A.
          Task:  B120                    KAUFMAN AND W. ANTONOIEWICZ WITH RESPECT
                                         THERETO (0.1).

01/25/10  C.F. Graham             .50   REVIEW AND REVISE DISCOVERY LETTER (0.4);
          Task:  B120                    CONFER WITH A. KAUFMAN REGARDING SAME (0.1).

01/25/10  C. Weiss                .50   TELEPHONE CONFERENCE WITH A. KAUFMAN
          Task:  B120                    REGARDING OPEN DISCOVERY ISSUES AND STRATEGY
                                         GOING FORWARD (0.3); REVIEW E-MAILS REGARDING
                                         SAME (0.2).

01/25/10  A.F. Kaufman          3.70   DRAFT LETTER TO E. SHERMAN REGARDING DISCOVERY
          Task:  B110                    (1.6); REVIEW AND REVISE CONFIDENTIALITY ORDER
                                         (1.9); CONFER WITH C. WEISS AND C. GRAHAM
                                         (0.2).

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 694588

| | | | |
|---|---|---|---|
| 01/26/10 | A.F. Kaufman<br>Task:  B110 | .90 | REVIEW AND REVISE CONFIDENTIALITY ORDER (0.3); REVIEW, REVISE AND SEND LETTER TO E. SHERMAN REGARDING DISCOVERY (0.6). |
| 01/27/10 | C.F. Graham<br>Task:  B120 | .50 | CONFER WITH A. KAUFMAN REGARDING DISCOVERY (0.1);  CORRESPOND WITH PRYOR CASHMAN REGARDING SAME AND SCHEDULE (0.4). |
| 01/28/10 | A.F. Kaufman<br>Task:  B110 | .90 | DRAFT AND SEND E-MAIL TO CLIENTS REGARDING DISCOVERY STATUS (0.5); COORDINATE DISCOVERY (0.4). |
| 01/28/10 | C.F. Graham<br>Task:  B120 | .80 | DOCUMENT PRODUCTION AND E-MAILS REGARDING SAME WITH A. KAUFMAN AND G. MARSH. |
| 01/28/10 | C. Weiss<br>Task:  B120 | .20 | REVIEW E-MAILS REGARDING DOCUMENT PRODUCTION REQUIREMENTS AND TIMING. |
| 01/29/10 | C.F. Graham<br>Task:  B120 | .70 | REVIEW NOTICES OF DEPOSITION (0.2); CONFER WITH J. MAYES REGARDING DISCOVERY REQUESTS (0.1); CONFER WITH A. KAUFMAN REGARDING DEPOSITIONS (0.1); REVIEW CORRESPONDENCE FROM S. BELL REGARDING DEPOSITIONS (0.3). |
| 01/29/10 | R.M. Gee<br>Task:  B110 | .40 | ASSIST J. MAYES WITH FORM DRAFTS OF 30(B)(6) DEPOSITION NOTICES, PARTY DEPOSITION NOTICES AND NON-PARTY DEPOSITION NOTICES (0.3); UPDATE CASE CALENDAR REGARDING DISCOVERY DATES (0.1). |
| 01/29/10 | J.M. Mayes<br>Task:  B120 | 2.40 | REVIEW DEFENDANTS' INITIAL DISCLOSURES AND ANSWER (0.9); PREPARE DISCOVERY REQUESTS (1.2); CORRESPONDENCE WITH A. KAUFMAN AND C. GRAHAM REGARDING SAME (0.3). |

B110   Case Administration
      A.F. Kaufman                  11.80   400.00   $4,720.00
      R.M. Gee                        .70   210.00     $147.00

          TOTAL B110                12.50            $4,867.00

B120   Asset Analysis and Recovery
      C. Weiss                       2.10   475.00     $997.50
      C.F. Graham                    6.60   725.00   $4,785.00
      J.M. Mayes                     2.40   350.00     $840.00

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010          PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 694588


        TOTAL B120                    11.10          $6,622.50

Billed Recap Of Cost Detail - [Invoice: 694588 Date: 02/28/2010]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/14/2010 | 5084 | ALAN F. KAUFMAN | 101S | 140.00 | 0.10 | 14.00 | COPY CHARGES | 26254540 |
| 02/28/2010 | | Invoice=694588 | | 140.00 | 0.10 | 14.00 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 14.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 14.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 14.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 14.00 | | |

# McKenna Long
## & Aldridge LLP

*Attorneys at Law*

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | |
|---|---|
| Albany | New York |
| Atlanta | Philadelphia |
| Brussels | San Diego |
| Denver | San Francisco |
| Los Angeles | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                     Invoice No. 694589
Matter No.: 30837.0005                Invoice Date: February 28, 2010
=============================================================

    FOR PROFESSIONAL SERVICES RENDERED through March 31, 2010
    RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING


* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------:|------:|------:|
| C. Weiss | 2.60 | 475.00 | 1,235.00 |
| G. Walling | 96.60 | 410.00 | 39,606.00 |
| S. Plunkett | 0.10 | 195.00 | 19.50 |
| Total | 99.30 | | 40,860.50 |

TOTAL FEES:                                    $ 40,860.50

CHARGES:

        COPY CHARGES                186.90
        LONG DISTANCE TELEPHONE      45.47
        OTHER                        24.25

TOTAL CHARGES:                            $      256.62

T O T A L   T H I S   S T A T E M E N T :   $ 41,117.12

LEHMAN BROTHERS HOLDINGS INC.          February 28, 2010          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589

## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 01/04/10 | G. Walling<br>Task:  B120 | 6.20 | REVIEW OF MEZZ REMEDY EXERCISE DOCUMENT PACKAGES (0.5); COMMUNICATIONS TO RATING AGENCIES REGARDING SAME (0.5); COMMUNICATIONS TO R. BRUSCO, J. HALPERIN, C. FERGUSON, M. DEV-SIDHU, M. SCHULMAN AND R. JACOBS REGARDING MEZZ REMEDY EXERCISE DOCUMENTS (0.5); WORK WITH E. STEPHENSON REGARDING REMEDY EXERCISE DOCUMENTS DISTRIBUTION (0.2); POST-CLOSING FILE REVIEW (2.0); WORK ON MEZZ REMEDY EXERCISE/SENIOR LOAN MODIFICATION CLOSING BOOKS (2.5). |
| 01/04/10 | G. Walling<br>Task:  B120 | 2.60 | REVISE MEMO TO FILE REGARDING DOCUMENT DELIVERIES TO RATING CONFERENCES, ET AL. (0.2); WORK ON PREPARATION OF DOCUMENT PACKAGE FOR TRIMONT REGARDING REMEDY EXERCISE (0.5); WORK ON DOCUMENT PACKAGES FOR WACHOVIA, ET AL. (0.7); COMMUNICATION WITH C. FERGUSON REGARDING LETTERS OF CREDIT AND OPERATING STATEMENTS (0.3); COMMUNICATIONS WITH C. FERGUSON REGARDING OPERATING STATEMENTS, BROKERAGE AGREEMENTS, ETC. (0.2); REVIEW OF CONDOMINIUM ACT (0.7). |
| 01/05/10 | G. Walling<br>Task:  B120 | 2.60 | PREPARE MEMO TO FILE REGARDING DOCUMENT DELIVERY TO RATING AGENCIES, ET AL. (0.2); WORK ON PREPARATION OF DOCUMENT PACKAGE FOR TRIMONT REGARDING MEZZ REMEDY EXERCISE (0.5); WORK ON DOCUMENT PACKAGES FOR WACHOVIA, ET AL. (0.7); CALL WITH C. FERGUSON REGARDING LETTERS OF CREDIT AND OPERATING STATEMENTS (0.3); COMMUNICATIONS WITH C. FERGUSON REGARDING OPERATING STATEMENTS, BROKERAGE AGREEMENTS, ETC. (0.2); REVIEW OF CONDOMINIUM ACT (0.7). |
| 01/06/10 | G. Walling<br>Task:  B120 | 5.80 | WORK ON CLOSING FILE REVIEW (2.5); WORK ON CLOSING BOOKS AND DOCUMENT ASSEMBLY (2.8); WORK ON HOA MINUTE BOOK ASSEMBLY (0.5). |

LEHMAN BROTHERS HOLDINGS INC.          February 28, 2010       PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


01/06/10   S. Plunkett          .10    CONFER WITH G. WALLING REGARDING FILING.
           Task:  B120

01/07/10   G. Walling         1.10     COMMUNICATIONS WITH C. FERGUSON REGARDING
           Task:  B120                 CLOSING DOCUMENTS, VERIFICATION OF DOCUMENTS
                                       CUSTODIAN, COORDINATION OF HOA OWNERS MEETINGS
                                       WITH RPI, ETC. (0.2); CALL WITH C. FERGUSON
                                       REGARDING DOCUMENTS CUSTODIAN, ETC. (0.2);
                                       COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                       COLLATERAL RETENTION LETTER AGREEMENT (0.2);
                                       MADE RELATED REVIEW OF COLLATERAL RETENTION
                                       AGREEMENT (0.2); WORK ON HOA MINUTE BOOKS
                                       (0.3).

01/08/10   G. Walling         5.80     REVIEW VIRGINIA CONDOMINIUM ACT AND RELATED
           Task:  B120                 REGULATIONS.

01/11/10   G. Walling          .60     COMMUNICATIONS WITH B. BLITZ REGARDING CLOSING
           Task:  B120                 RELATED DISBURSEMENTS (0.1); COMMUNICATION FROM
                                       MCGUIRE WOODS REGARDING UNPAID FEE INVOICE
                                       (0.1); COMMUNICATIONS WITH C. FERGUSON
                                       REGARDING SPLIT REPRESENTATION OF TRIMONT BY
                                       KILPATRICK AND MCKENNA LONG (0.1);
                                       COMMUNICATION WITH M. DEV-SIDHU REGARDING RATE
                                       CAP DOCUMENTS EXECUTION STATUS (0.2);
                                       COMMUNICATIONS WITH R. BRUSCO AND M. CZERVIONKE
                                       REGARDING RATE CAP DOCUMENTS EXECUTION STATUS
                                       (0.1).

01/12/10   G. Walling         6.30     COMMUNICATIONS WITH M. SCHULMAN, C. FERGUSON
           Task:  B120                 AND M. MARTINEZ REGARDING MEZZ REMEDY DOCUMENT
                                       COMPLETION STATUS (0.3); WORK ON POST-CLOSING
                                       FILE REVIEW (0.6); WORK ON TRANSACTION CLOSING
                                       BOOKS (1.0); COMMUNICATIONS WITH B. BLITZ
                                       REGARDING CLOSING DISBURSEMENTS (0.2);
                                       COMMUNICATIONS WITH R. JACOBS AND M. SCHULMAN
                                       REGARDING DELIVERY OF CHANGE IN OWNERSHIP
                                       NOTICES TO PROPERTY MANAGER AND BROKER (0.3);
                                       COMMUNICATIONS WITH R. JACOBS AND M. SCHULMAN
                                       REGARDING COLLATERAL RETENTION AGREEMENT (0.4);
                                       COMMUNICATIONS WITH C. FERGUSON AND M. MARTINEZ
                                       REGARDING COLLATERAL RETENTION AGREEMENT (0.3);
                                       REVIEW COLLATERAL RETENTION AGREEMENT (0.4);
                                       COMMUNICATION WITH B. LUBKEMAN AND B. BLITZ
                                       REGARDING PAYMENT OF MCGUIRE WOODS FEES (0.2);

LEHMAN BROTHERS HOLDINGS INC.     February 28, 2010     PAGE   4
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589

|  |  |  |  |
|---|---|---|---|
|  |  |  | COMMUNICATIONS WITH C. FERGUSON REGARDING LETTERS OF CREDIT HELD BY CIC BOARD AND RELATED MATTERS (0.4); REVIEW FILE REGARDING LETTERS OF CREDIT, CD COLLATERAL FOR SAME, AND REVIEW OF VIRGINIA CONDOMINIUM ACT AND REGULATIONS RELATED TO DECLARANT OBLIGATION TO PROVIDE COLLATERAL (BONDS, LETTERS OF CREDIT) TO CIC BOARD (2.2). |
| 01/13/10 | G. Walling Task:  B120 | 7.90 | REVIEW OF COMMON INTEREST COMMUNITY BOARD REGULATIONS (0.4); COMMUNICATIONS WITH M. SCHULMAN AND R. JACOBS REGARDING HOA'S 2009 ANNUAL REPORTS TO CIC (0.3); COMMUNICATIONS WITH J. BRIGGS (RPI) REGARDING SAME (0.3); REVIEW HOA 2009 ANNUAL REPORTS TO CIC (0.3); CORRESPONDENCE TO C. FERGUSON REGARDING DEFICIENCIES IN 2009 CIC REPORTS (0.3); COMMUNICATIONS WITH J. BRIGGS REGARDING SAME (0.4); COMMUNICATIONS WITH J. BRIGGS REGARDING HOA ORGANIZATIONAL DOCUMENTS (0.2); COMMUNICATIONS WITH J. BRIGGS REGARDING HOA OFFICER/DIRECTORS RESIGNATIONS AND CONSENT RESOLUTIONS APPOINTING NEW HOA BOARDS (0.3); COMMUNICATIONS WITH M. SCHULMAN AND R. JACOBS REGARDING CURRENT OFFERING STATEMENTS (0.2); COMMUNICATIONS WITH M. SCHULMAN, R. JACOBS AND M. DEV-SIDHU REGARDING REVISED COLLATERAL RETENTION AGREEMENT (0.3); WORK WITH C. WEISS REGARDING OFFERING STATEMENT AMENDMENT STATUS (0.2); REVIEW MCGUIRE WOODS COMMENTS MEMO REGARDING AMENDMENT OF OFFERING STATEMENTS (0.4); COMMUNICATIONS WITH M. DEV-SIDHU AND E. CHUN (BANK OF NEW YORK) REGARDING RATE CAP DOCUMENTS (0.3); COMMUNICATIONS WITH R. BRUSCO AND M. CZERVIONKE REGARDING SAME (0.4); WORK ON CLOSING BOOK ASSEMBLY AND RELATED FILE REVIEW (3.6). |
| 01/13/10 | C. Weiss Task:  B120 | .70 | REVIEW EMAILS REGARDING POST CLOSING AND HOA MATTERS (0.3); COMMUNICATIONS WITH G. WALLING REGARDING CONDO REGISTRATION AMENDMENTS AND ACTIONS TO BE TAKEN (0.4). |

LEHMAN BROTHERS HOLDINGS INC.          February 28, 2010          PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


01/14/10   C. Weiss           .60   REVIEW EMAILS REGARDING HOA AND CIC ISSUES AND
           Task:  B120              CONDO REGISTRATION AMENDMENTS (0.4); WORK WITH
                                    G. WALLING REGARDING SAME AND VIRGINIA COUNSEL
                                    ISSUES (0.2).

01/14/10   G. Walling        8.40   COMMUNICATIONS WITH J. BRIGGS REGARDING
           Task:  B120              SUPPLEMENTAL REPORTS TO CIC ABOUT HOA ENTITY
                                    NAMES AND RECONSTITUTED HOA BOARDS (0.3);
                                    LENGTHY CONFERENCE CALL WITH C. FERGUSON AND M.
                                    MARTINEZ REGARDING CIC SUPPLEMENTAL FILINGS,
                                    BROKERAGE AGREEMENT ISSUES, POSSIBLE BULK
                                    SALES, AMENDMENT OF REGISTRATION APPLICATIONS
                                    AND PUBLIC OFFERING STATEMENTS, HOA ANNUAL
                                    MEETINGS (1.4); FOLLOW- UP COMMUNICATIONS WITH
                                    C. FERGUSON REGARDING ABOVE MATTERS (0.3);
                                    COMMUNICATION WITH M. SCHULMAN REGARDING
                                    DELIVERY OF PROJECT DUE DILIGENCE DOCUMENTS
                                    (0.2); COMMUNICATIONS WITH R. JACOBS, T. BOYD
                                    AND C. FERGUSON REGARDING PROPOSED WATER DAMAGE
                                    SETTLEMENT WITH WALKER SQUARE TENANT
                                    (SYLVESTER) (0.3); ADDITIONAL COMMUNICATIONS
                                    WITH J. BRIGGS REGARDING HOA REPORTS TO CIC AND
                                    VIRGINIA CORPORATIONS COMMISSION (0.2); WORK
                                    WITH C. FERGUSON REGARDING CONFERENCE CALL WITH
                                    M. CZERVIONKE (0.2); CONFERENCE CALL WITH M.
                                    CZERVIONKE AND C. FERGUSON (0.7); CALL WITH R.
                                    BRUSCO REGARDING COORDINATION OF CONFERENCE
                                    CALL WITH B. LUBKEMAN (0.2); CALL TO A. HAUN
                                    (0.1); CALL TO B. LUBKEMAN (0.1);
                                    CORRESPONDENCE TO B. LUBKEMAN REGARDING 1/15
                                    CONFERENCE CALL WITH R. BRUSCO AND MATTERS TO
                                    BE DISCUSSED (0.4); COMMUNICATION WITH C.
                                    FERGUSON REGARDING OBTAINING COPIES OF CURRENT
                                    SALE CONTRACT FORMS (0.1); LIMITED REVIEW OF
                                    PUBLIC OFFERING STATEMENTS (0.5); REVIEW OF
                                    CONDO ACT AND REGULATIONS RELATED TO RESPONSE
                                    TO TWO PURCHASE OFFERS SOLICITED BY BROKER
                                    AFTER EXPIRATION OF BROKERAGE AGREEMENT AND
                                    PRIOR TO FILING OF AMENDED REGISTRATION
                                    APPLICATION WITH CIC (2.8); REVIEW OF PROPOSED
                                    NEW BROKERAGE AGREEMENTS (0.3); REVIEW OF PRIOR
                                    CORRESPONDENCE WITH B. LUBKEMAN AND A. HAUN
                                    (0.3).

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010          PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


01/15/10   G. Walling        8.50    COMMUNICATIONS WITH B. LUBKEMAN REGARDING
           Task:  B120               CONFERENCE CALL COORDINATION (0.2);
                                     COMMUNICATION WITH R. BRUSCO REGARDING
                                     CONFERENCE CALL COORDINATION (0.2); CONFERENCE
                                     CALL WITH R. BRUSCO AND B. LUBKEMAN REGARDING
                                     PENDING CONTRACTS AND AMENDED OFFERING
                                     STATEMENTS (0.4); CALL WITH B. LUBKEMAN
                                     REGARDING PREPARATION OF SALE CONTRACT ADDENDA
                                     AND REVIEW OF AMENDED OFFERING STATEMENTS
                                     (0.2); REVIEW OF PROPOSED NEW BROKERAGE
                                     AGREEMENTS (1.2); REVIEW OF PRIOR BROKERAGE
                                     AGREEMENTS (1.0); WORK ON REVISIONS OF
                                     BROKERAGE AGREEMENTS (2.7); COMMUNICATIONS WITH
                                     R. BRUSCO AND C. FERGUSON REGARDING BROKERAGE
                                     AGREEMENTS (0.3); COMMUNICATIONS WITH M.
                                     SCHULMAN AND R. JACOBS REGARDING 2010 HOA
                                     BUDGETS (0.2); COMMUNICATIONS WITH C. FERGUSON
                                     AND M. MARTINEZ REGARDING 2010 HOA BUDGETS
                                     (0.2); WORK WITH E. STEPHENSON REGARDING
                                     COORDINATION AND PREPARATION OF PUBLIC OFFERING
                                     STATEMENTS (0.3); COMMUNICATIONS WITH T. BOYD
                                     REGARDING WORD DOCUMENT REVISIONS OF ORIGINAL
                                     OFFERING STATEMENTS (0.3); WORK ON REVISED
                                     RIVERBEND OFFERING STATEMENT (1.3).


01/15/10   C. Weiss           .50    REVIEW EMAIL AND DRAFT BROKER AGREEMENT.
           Task:  B120


01/18/10   G. Walling        8.80    WORK ON REVISED BROKERAGE AGREEMENTS (1.5);
           Task:  B120               REVIEW RELATED VIRGINIA STATUTES (0.6);
                                     COMMUNICATIONS WITH B. LUBKEMAN REGARDING
                                     CONCLUSIONS ABOUT APPLICABILITY OF CERTAIN
                                     VIRGINIA STATUTES (0.3); WORK ON RIVERBEND
                                     REVISED PUBLIC OFFERING STATEMENT (5.5);
                                     COMMUNICATIONS WITH B. LUBKEMAN REGARDING
                                     PROJECT/DEAL BACKGROUND INFORMATION, ENTITY
                                     STRUCTURES, MEZZ REMEDY EXERCISE, SENIOR LOAN
                                     EXTENSION (0.6); COMMUNICATIONS WITH C.
                                     FERGUSON, B. BRUSCO, ET AL., REGARDING REVISED
                                     BROKERAGE AGREEMENTS (0.3).

LEHMAN BROTHERS HOLDINGS INC.          February 28, 2010          PAGE    7
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589

01/19/10  G. Walling          7.40  WORK WITH E. STEPHENSON REGARDING RIVERBEND
          Task:  B120                PUBLIC OFFERING STATEMENT REVISION (0.2);
                                     COMMUNICATIONS WITH B. LUBKEMAN REGARDING
                                     RIVERBEND PUBLIC OFFERING STATEMENT (0.2);
                                     COMMUNICATIONS WITH M. SCHULMAN, R. JACOBS AND
                                     C. FERGUSON REGARDING REVIEW OF RIVERBEND
                                     PUBLIC OFFERING STATEMENT (0.3); COMMUNICATIONS
                                     WITH R. BRUSCO REGARDING NEW PURCHASE OFFERS
                                     (0.3); COMMUNICATIONS WITH R. BRUSCO REGARDING
                                     NEW PURCHASE OFFERS (0.3); COMMUNICATIONS WITH
                                     C. SPRANGEL REGARDING NEW PURCHASE OFFERS
                                     (0.3); COMMUNICATIONS WITH M. MARTINEZ
                                     REGARDING ADDENDA TO NEW PURCHASE OFFERS (0.2);
                                     COMMUNICATIONS WITH B. LUBKEMAN REGARDING SAME
                                     (0.2); CALL WITH B. LUBKEMAN REGARDING NEW
                                     PURCHASE OFFERS AND LACK OF NEED OF ADDITIONAL
                                     RESCISSION PROVISIONS (0.3); COMMUNICATIONS
                                     WITH C. FERGUSON AND R. BRUSCO REGARDING SAME
                                     (0.2); CALLS TO R. BRUSCO (0.2); CALL FROM R.
                                     BRUSCO REGARDING SALE CONTRACT RESCISSION ISSUE
                                     (0.2); FOLLOW UP CALL WITH B. LUBKEMAN
                                     REGARDING CLOSING OF UNIT SALES BEFORE CIC
                                     BOARD APPROVAL OF REVISED PUBLIC OFFERING
                                     STATEMENT (0.2); RELATED COMMUNICATIONS WITH R.
                                     BRUSCO, C. FERGUSON AND M. MARTINEZ (0.4);
                                     PREPARE AGREEMENT REGARDING EXPIRATION OF
                                     EXCLUSIVE AUTHORIZATION TO SELL (1.6); MADE
                                     RELATED REVIEW OF LAPSED BROKERAGE AGREEMENTS
                                     AND NEW POST-BROKERAGE EXPIRATION OFFICERS
                                     (0.9); COMMUNICATIONS WITH C. FERGUSON AND M.
                                     MARTINEZ REGARDING SALE CONTRACTS AND BROKERAGE
                                     TERMINATION (0.3); COMMUNICATIONS FROM C.
                                     SPRANGEL REGARDING PENDING OFFERS (0.2);
                                     COMMUNICATIONS WITH C. FERGUSON REGARDING
                                     COORDINATION OF EXECUTION OF BROKERAGE
                                     TERMINATION AGREEMENTS (0.2); COMMUNICATION
                                     FROM M. MARTINEZ REGARDING PREPARATION OF LEASE
                                     RELATED TO PROSPECTIVE UNIT BUYER (0.2);
                                     RELATED REVIEW OF PENDING OFFER (0.3);
                                     COMMUNICATIONS WITH C. SPRANGEL REGARDING
                                     STANDARD FORM PURCHASE CONTRACTS AND LEASES
                                     (0.2).

LEHMAN BROTHERS HOLDINGS INC.          February 28, 2010          PAGE    8
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


01/20/10  G. Walling          6.50   CALLS WITH M. MARTINEZ AND C. FERGUSON
          Task:  B120                 REGARDING BROKER TERMINATION AGREEMENT (0.3);
                                      REVIEW ORIGINAL BROKER AGREEMENTS (0.4); REVISE
                                      NEW BROKER AGREEMENTS (0.5); COMMUNICATIONS
                                      WITH M. MARTINEZ REGARDING REVISED BROKER
                                      AGREEMENTS (0.4); COMMUNICATIONS FROM M.
                                      MARTINEZ REGARDING BROKERAGE ISSUES (0.3);
                                      FURTHER REVISED NEW BROKERAGE AGREEMENTS (0.3);
                                      COMMUNICATIONS WITH R. BRUSCO REGARDING SALES
                                      CONTRACTS (0.2); MADE RELATED FILE REVIEW
                                      (0.3); REVIEW AND REVISE SALES CONTRACTS (0.6);
                                      COMMUNICATIONS WITH R. BRUSCO REGARDING
                                      DOCUMENTS TO BE EXECUTED BY LEHMAN (0.3);
                                      COMMUNICATIONS WITH H. PERLIN REGARDING TITLE
                                      ENDORSEMENTS (0.2); COMMUNICATIONS WITH C.
                                      FERGUSON AND M. MARTINEZ REGARDING SAME (0.1);
                                      COMMUNICATION WITH C. FERGUSON REGARDING
                                      BROKERAGE AGREEMENTS (0.2); REVIEW AND REVISE
                                      BROKERAGE AGREEMENTS (0.3); COMMUNICATIONS WITH
                                      C. FERGUSON AND M. MARTINEZ REGARDING SAME
                                      (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                      REGARDING BROKER TERMINATION AGREEMENT (0.1);
                                      COMMUNICATIONS WITH R. BRUSCO REGARDING SAME
                                      (0.1); COMMUNICATIONS WITH R. BRUSCO REGARDING
                                      SALES CONTRACTS (0.2); COMMUNICATIONS WITH M.
                                      MARTINEZ REGARDING RIVERBEND CURRENT UNIT PRICE
                                      RANGES (0.1); RESEARCH REGARDING CITY/COUNTY
                                      TAXES (0.4); RESEARCH REGARDING PROJECT
                                      NEIGHBORHOOD UPDATE INFORMATION (IN CONNECTION
                                      WITH REVISION OF OFFERING STATEMENTS) (1.0).

01/20/10  C. Weiss             .80   REVIEW E-MAILS AND DRAFTS REGARDING BROKEN
          Task:  B120                 ENGAGEMENTS AND CONDO REGISTRATION AMENDMENTS.

01/21/10  G. Walling          5.80   CALL FROM M. MARTINEZ REGARDING BROKERAGE
          Task:  B130                 AGREEMENTS (0.1); COMMUNICATION FROM H. PERLIN
                                      REGARDING TITLE ENDORSEMENTS (0.2);
                                      COMMUNICATIONS TO C. FERGUSON REGARDING SAME
                                      (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                      REGARDING OFFERING STATEMENT AND BROKER
                                      AGREEMENTS (0.3); CALL WITH M. MARTINEZ
                                      REGARDING COOPERATING BROKER COMMISSION (0.3);
                                      REVISE BROKERAGE AGREEMENTS (0.5);
                                      COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                      REVISED BROKER AGREEMENTS (0.2); CALL WITH M.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    9
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589

|            |                        |      |                                                                  |
|------------|------------------------|------|------------------------------------------------------------------|
|            |                        |      | MARTINEZ REGARDING SALE CONTRACT CLOSING AND FREE RENT OR RENT REIMBURSEMENT ALTERNATIVES (0.4); REVISE BROKERAGE AGREEMENTS (0.4); COMMUNICATION WITH M. MARTINEZ REGARDING SAME (0.2); CALL WITH M. MARTINEZ REGARDING CURRENT PRICE SCHEDULES (0.2); COMMUNICATIONS FROM M. MARTINEZ REGARDING SAME (0.3); COMMUNICATIONS WITH R. BRUSCO AND M. MARTINEZ REGARDING PENDING PURCHASE OFFERS, TERM BROKERAGE TERMINATION AGREEMENT, AND NEW BROKERAGE AGREEMENTS (0.5); COMMUNICATION WITH M. SCHULMAN REGARDING EQUITY TRANSFER CLOSING BOOK (0.2); COMMUNICATIONS WITH C. SPRANGLE REGARDING AREA INFORMATION UPDATE FOR OFFERING STATEMENT (0.3); COMMUNICATION WITH M. MARTINEZ REGARDING RIVERBEND CURRENT PRICE RANGES (0.2); WORK ON RIVERBEND OFFERING STATEMENT (1.4). |
| 01/22/10   | G. Walling Task:   B130 | 7.40 | COMMUNICATIONS WITH M. MARTINEZ AND J. GAFFNEY REGARDING COMMISSION AMOUNTS (0.3); COMMUNICATIONS WITH R. BRUSCO REGARDING PURCHASE CONTRACT FORMS (0.3); CALLS WITH M. MARTINEZ REGARDING BROKER AGREEMENT ISSUES (0.6); COMMUNICATIONS WITH R. BRUSCO REGARDING BROKER TERMINATION AGREEMENT AND NEW BROKER AGREEMENTS (0.4); COMMUNICATIONS WITH C. SPRANGEL REGARDING HOA BUDGETS (0.3); COMMUNICATIONS WITH M. MARTINEZ AND J. GAFFNEY REGARDING OWNER PAYMENT OF MARKETING EXPENSES (0.4); CALLS TO CHARLOTTESVILLE TAX ASSESSOR'S OFFICE (0.4); CALLS TO ALBEMARLE COUNTY TAX ASSESSOR'S OFFICE (0.3); REVISE BROKER AGREEMENTS (0.6); COMMUNICATIONS WITH M. MARTINEZ REGARDING REVISED BROKER AGREEMENTS (0.4); COMMUNICATIONS WITH R. BRUSCO REGARDING REVISED BROKER AGREEMENTS, BROKER TERMINATION AGREEMENT, AND PURCHASE OFFERS (0.3); WORK ON RIVERBEND PUBLIC OFFERING STATEMENT (1.8); COMMUNICATIONS WITH R. BRUSCO, R. JACOBS, M. SCHULMAN, C. FERGUSON, M. MARTINEZ AND B. LUBKEMAN REGARDING SAME (0.2); WORK ON WALKER SQUARE PUBLIC OFFERING STATEMENT (1.1). |

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010        PAGE  10
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


01/25/10   G. Walling        1.30   COMMUNICATIONS WITH B. LUBKEMAN REGARDING
           Task:  B130              REVISED RIVERBEND PUBLIC OFFERING STATEMENT
                                    (0.1); COMMUNICATIONS WITH C. FERGUSON, M.
                                    MARTINEZ AND R. BRUSCO REGARDING RIVERBEND
                                    OFFERING STATEMENT (0.1); COMMUNICATIONS WITH
                                    T. BOYD REGARDING SYLVESTER/WATER DAMAGE
                                    SETTLEMENT (0.3); COMMUNICATIONS WITH C.
                                    FERGUSON REGARDING SAME (0.3); COMMUNICATIONS
                                    WITH R. JACOBS REGARDING SYLVESTER SETTLEMENT
                                    AMOUNT (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING STATUS OF LEHMAN EXECUTION OF
                                    PURCHASE OFFERS, BROKER TERMINATION AGREEMENT
                                    AND REPLACEMENT BROKERAGE AGREEMENTS (0.2);
                                    COMMUNICATIONS WITH R. BRUSCO REGARDING RATE
                                    CAP DOCUMENTS (0.1).


01/28/10   G. Walling        2.50   COMMUNICATIONS WITH E. CHUN REGARDING RATE CAP
           Task:  B120              DOCUMENTS EXECUTION STATUS (0.2);
                                    COMMUNICATIONS WITH J. GAFFNEY AND C. FERGUSON
                                    REGARDING BROKERAGE AGREEMENTS (0.2); CALLS
                                    FROM/TO M. CZERVIONKE REGARDING CONDOMINIUM
                                    SALES CONTRACTS, BROKER AGREEMENTS (0.2);
                                    COMMUNICATIONS WITH C. SPRANGEL REGARDING
                                    WALKER SQUARE PURCHASE CONTRACT (0.2);
                                    COMMUNICATIONS WITH M. SCHULMAN REGARDING
                                    CLOSING BOOK (0.2); COMMUNICATIONS WITH R.
                                    BRUSCO AND M. CZERVIONKE REGARDING RATE CAP
                                    DOCUMENTS (0.2); COMMUNICATIONS WITH C.
                                    FERGUSON REGARDING BROKER AGREEMENTS (0.2);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING SALES
                                    CONTRACTS AND PUBLIC OFFERING STATEMENT
                                    REVISIONS (0.3); COMMUNICATIONS WITH R. BRUSCO
                                    AND M. CZERVIONKE REGARDING RATE CAP DOCUMENTS
                                    (0.3); COMMUNICATION WITH B. LUBKEMAN REGARDING
                                    PUBLIC OFFERING STATEMENT (0.2); COMMUNICATIONS
                                    WITH C. SPRANGEL REGARDING WALKER SQUARE SALE
                                    CONTRACT (0.3).


01/29/10   G. Walling        1.10   COMMUNICATIONS WITH C. FERGUSON AND M.
           Task:  B120              CZERVIONKE REGARDING LEHMAN EXECUTION OF RATE
                                    CAP DOCUMENTS (0.3); COMMUNICATIONS WITH E.
                                    CHUN, C. FERGUSON AND M. DEV-SIDHU REGARDING
                                    SAME (0.2); COMMUNICATIONS WITH M. MARTINEZ

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010            PAGE   11
MATTER NUMBER: 30837.0005
INVOICE NO.: 694589


REGARDING PUBLIC OFFERING STATEMENTS (0.4);
COMMUNICATIONS WITH M. MARTINEZ REGARDING
CLOSING BINDER COMPLETION STATUS (0.2).

B120  Asset Analysis and Recovery
        C. Weiss                    2.60    475.00   $1,235.00
        G. Walling                 82.10    410.00  $33,661.00
        S. Plunkett                  .10    195.00      $19.50

        TOTAL B120                 84.80             $34,915.50

B130  Asset Disposition
        G. Walling                 14.50    410.00   $5,945.00

        TOTAL B130                 14.50              $5,945.00

Billed Recap Of Cost Detail - [Invoice: 694589 Date: 02/ 28/ 2010]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 13:06 1-212-480-4435 | 26247654 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 2.18 | 2.18 | 73866 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 13:11 1-212-438-2657 | 26247657 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 73866 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 13:10 1-212-553-4392 | 26247658 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 2.90 | 2.90 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 13:18 1-704-715-0055 | 26247660 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 13:35 1-212-553-4392 | 26247662 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 73870 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 13:49 1-704-715-0055 | 26247665 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 73870 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 14:36 1-704-715-0055 | 26247669 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 76801 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:48 1-212-438-2657 | 26247672 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 73864 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 14:49 1-212-553-4392 | 26247675 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.81 | 1.81 | 73866 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.90 | 6.90 | LONG DISTANCE TELEPHONE 14:55 1-212-438-2657 | 26247680 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 6.90 | 6.90 | 73866 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.90 | 6.90 | LONG DISTANCE TELEPHONE 15:03 1-704-715-0055 | 26247682 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 6.90 | 6.90 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.45 | 5.45 | LONG DISTANCE TELEPHONE 15:15 1-212-553-4392 | 26247684 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 5.45 | 5.45 | 73866 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:30 1-212-480-4435 | 26247685 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:34 1-212-480-4435 | 26247687 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 15:43 1-704-715-0055 | 26247690 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.09 | 1.09 | 76801 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:51 1-212-480-4435 | 26247692 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:56 1-212-480-4435 | 26247694 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 73865 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:58 1-212-908-0500 | 26248915 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 74944 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:01 1-212-908-0500 | 26248916 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 74944 | |
| 01/05/2010 | 0351 | GERALD WALLING | 101S | 804.00 | 0.10 | 80.40 | COPY CHARGES | 26244665 |
| 02/28/2010 | | Invoice=694589 | | 804.00 | 0.10 | 80.40 | | |
| 01/05/2010 | 0351 | GERALD WALLING | 124S | 22.00 | 0.25 | 5.50 | OTHER  - INVOICE DATE  1/05/2010  MONTHLY TAB | 26272160 |
| 02/28/2010 | | Invoice=694589 | | 22.00 | 0.25 | 5.50 | LOG JANUARY 2010 | |
| 01/06/2010 | 0351 | GERALD WALLING | 124S | 75.00 | 0.25 | 18.75 | OTHER  - INVOICE DATE  1/06/2010  MONTHLY TAB | 26272166 |
| 02/28/2010 | | Invoice=694589 | | 75.00 | 0.25 | 18.75 | LOG JANUARY 2010 | |
| 01/12/2010 | 0351 | GERALD WALLING | 101S | 12.00 | 0.10 | 1.20 | COPY CHARGES | 26250396 |
| 02/28/2010 | | Invoice=694589 | | 12.00 | 0.10 | 1.20 | | |
| 01/13/2010 | 0351 | GERALD WALLING | 101S | 4.00 | 0.10 | 0.40 | COPY CHARGES | 26251989 |
| 02/28/2010 | | Invoice=694589 | | 4.00 | 0.10 | 0.40 | | |
| 01/14/2010 | 0351 | GERALD WALLING | 101S | 661.00 | 0.10 | 66.10 | COPY CHARGES | 26254541 |
| 02/28/2010 | | Invoice=694589 | | 661.00 | 0.10 | 66.10 | | |
| 01/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:53 1-703-712-5496 | 26255404 |

Billed Recap Of Cost Detail - [Invoice: 694589 Date: 02/28/2010]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 78564 | |
| 01/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:58 1-804-775-4716 | 26255406 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 01/15/2010 | 0351 | GERALD WALLING | 101S | 94.00 | 0.10 | 9.40 | COPY CHARGES | 26255792 |
| 02/28/2010 | | Invoice=694589 | | 94.00 | 0.10 | 9.40 | | |
| 01/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.18 | 0.18 | LONG DISTANCE TELEPHONE 12:05 1-703-615-4435 | 26267906 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.18 | 0.18 | 78564 | |
| 01/18/2010 | 0351 | GERALD WALLING | 101S | 26.00 | 0.10 | 2.60 | COPY CHARGES | 26255900 |
| 02/28/2010 | | Invoice=694589 | | 26.00 | 0.10 | 2.60 | | |
| 01/19/2010 | 0351 | GERALD WALLING | 101S | 19.00 | 0.10 | 1.90 | COPY CHARGES | 26256773 |
| 02/28/2010 | | Invoice=694589 | | 19.00 | 0.10 | 1.90 | | |
| 01/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:21 1-703-712-5496 | 26268081 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 01/20/2010 | 0351 | GERALD WALLING | 101S | 185.00 | 0.10 | 18.50 | COPY CHARGES | 26258458 |
| 02/28/2010 | | Invoice=694589 | | 185.00 | 0.10 | 18.50 | | |
| 01/20/2010 | 3291 | HARRIET A. BYARS | 101S | 64.00 | 0.10 | 6.40 | COPY CHARGES | 26258459 |
| 02/28/2010 | | Invoice=694589 | | 64.00 | 0.10 | 6.40 | | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:59 1-434-970-3416 | 26277290 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 78564 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:00 1-434-970-3160 | 26277292 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 78564 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:03 1-434-296-5855 | 26277293 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.36 | 0.36 | 78564 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 13:04 1-434-296-5856 | 26277294 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 13:06 1-434-296-5851 | 26277298 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 1.09 | 1.09 | 78564 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:30 1-646-285-9020 | 26277808 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 78564 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:25 1-434-981-6695 | 26284572 |
| 02/28/2010 | | Invoice=694589 | | 1.00 | 0.72 | 0.72 | 74944 | |
| | | BILLED TOTALS:   WORK: | | | | 256.62 | 41 records | |
| | | BILLED TOTALS:   BILL: | | | | 256.62 | | |
| | | GRAND TOTAL:   WORK: | | | | 256.62 | 41 records | |
| | | GRAND TOTAL:   BILL: | | | | 256.62 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 694590
Matter No.: 04406.0113               Invoice Date: February 28, 2010
=================================================================

   FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
   RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| G. Walling | 0.40 | 410.00 | 164.00 |
| Total | 0.40 | | 164.00 |

TOTAL FEES:                                    $    164.00

T O T A L   T H I S   S T A T E M E N T :      $    164.00

```
LEHMAN BROTHERS HOLDINGS INC.           February 28, 2010          PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 694590
```

DESCRIPTION OF SERVICES

```
01/29/10  G. Walling          .40   COMMUNICATIONS WITH S. MARSHALL REGARDING PHASE
          Task:  B130               II/1106 PARTIAL RELEASE (0.1); REVIEW OF PHASE
                                    II/1106 SALE RELATED CORRESPONDENCE (0.2);
                                    COMMUNICATIONS WITH J. ARRIATA REGARDING
                                    OUTSTANDING PARTIAL RELEASE (0.1).

B130  Asset Disposition
      G. Walling                    .40    410.00    $164.00

      TOTAL B130                    .40              $164.00
```

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                  Invoice No. 692752
Matter No.: 04406.0205             Invoice Date: February 28, 2010
======================================================================

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2010
RE: EB DEVELOPERS INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| P. McGeehan | 3.00 | 525.00 | 1,575.00 |
| D. Flaum | 51.70 | 305.00 | 15,768.50 |
| S. Plunkett | 1.60 | 195.00 | 312.00 |
| Total | 56.30 | | 17,655.50 |

TOTAL FEES:                                        $ 17,655.50

CHARGES:

      COPY CHARGES                          3.10
      LONG DISTANCE TELEPHONE             113.89

TOTAL CHARGES:                             $      116.99

T O T A L   T H I S   S T A T E M E N T:   $ 17,772.49

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010          PAGE    2
MATTER NUMBER: 04406.0205
INVOICE NO.: 692752


DESCRIPTION OF SERVICES


01/04/10   D. Flaum          1.70   CONFER WITH BUYER'S COUNSEL REGARDING RIVIERA
           Task:  B120              AUDIT, ASSESSMENT AND CLOSING ISSUES (0.6);
                                    REVIEW CORRESPONDENCE FROM AND CORRESPOND
                                    WITH LEHMAN REGARDING BUYER'S CLOSING ISSUES
                                    (0.7); CONFER WITH LEHMAN AND TRIMONT
                                    REGARDING STATUS OF RIVIERA (0.4).

01/05/10   D. Flaum           .30   CORRESPOND AND CONFER WITH K. OLSON AND
           Task:  B120              BUYER'S COUNSEL REGARDING STATUS OF CLOSING.

01/06/10   D. Flaum          3.00   REVIEW CORRESPONDENCE FROM AND CORRESPOND AND
           Task:  B120              CONFER WITH K. OLSON AND LEHMAN REGARDING
                                    STATUS OF RIVIERA PURCHASE AND SALE AND
                                    LIABILITY ISSUES.

01/06/10   P. McGeehan        .30   TELEPHONE CALL WITH MR. FLAUM REGARDING
           Task:  B120              ASSIGNMENT OF DECLARANT'S RIGHTS ISSUE IN
                                    RIVIERA PALMS SALE.

01/07/10   D. Flaum          2.50   CONFER AND CORRESPOND WITH TRIMONT, BUYER'S
           Task:  B120              COUNSEL AND LEHMAN REGARDING CLOSING STATUS.

01/08/10   D. Flaum          3.20   DRAFT, REVIEW, REVISE AND BLACKLINE AMENDMENT
           Task:  B120              TO PURCHASE AND SALE AGREEMENT AND ASSIGNMENT.

01/08/10   P. McGeehan        .30   REVIEW STATUS OF RIVIERA PALMS CONTRACT WITH
           Task:  B120              MR. FLAUM INCLUDING ISSUE REGARDING
                                    ASSIGNMENT OF DECLARANT'S RIGHTS.

01/11/10   D. Flaum           .90   CORRESPOND WITH P. MCGEEHAN, LEHMAN AND
           Task:  B120              TRIMONT REGARDING AMENDMENT TO RIVIERA
                                    PURCHASE AND SALE AGREEMENT (0.2); REVIEW,
                                    REVISE AND BLACKLINE RIVIERA PURCHASE AND
                                    SALE AGREEMENT (0.5); CONFER AND CORRESPOND
                                    WITH BUYER'S COUNSEL REGARDING RIVIERA
                                    PURCHASE AND SALE AGREEMENT (0.2).

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010        PAGE    3
MATTER NUMBER: 04406.0205
INVOICE NO.: 692752


01/12/10   D. Flaum              .80   REVIEW CORRESPONDENCE FROM LEHMAN AND
           Task:  B120                 CORRESPOND WITH LEHMAN REGARDING RIVIERA
                                       AMENDMENT TO PURCHASE AND SALE AGREEMENT
                                       (0.4); REVIEW CORRESPONDENCE FROM AND
                                       CORRESPOND WITH TRIMONT, AND CONFER WITH P.
                                       MCGEEHAN REGARDING EDEN ORGANIZATIONAL
                                       INFORMATION (0.4).

01/15/10   D. Flaum             1.10   CONFER AND CORRESPOND WITH BUYER'S COUNSEL
           Task:  B120                 REGARDING RIVIERA AMENDMENT (0.6); REVIEW
                                       BUYER'S COUNSEL'S REVISIONS TO RIVIERA
                                       AMENDMENT (0.5).

01/19/10   D. Flaum             1.20   CONFER AND CORRESPOND WITH TRIMONT, BUYER'S
           Task:  B120                 COUNSEL AND LEHMAN REGARDING REVISIONS TO
                                       AMENDMENT TO RIVIERA PURCHASE AND SALE
                                       AGREEMENT (0.6); REVIEW, REVISE AND BLACKLINE
                                       RIVIERA AMENDMENT (0.6).

01/20/10   D. Flaum              .40   REVIEW CORRESPONDENCE FROM AND CORRESPOND
           Task:  B120                 WITH BUYER'S COUNSEL, LEHMAN AND TRIMONT
                                       REGARDING STATUS OF ESTOPPEL LETTERS AND
                                       AMENDMENT.

01/21/10   D. Flaum             1.30   CORRESPOND WITH TRIMONT, LEHMAN AND BUYER'S
           Task:  B120                 COUNSEL REGARDING RIVIERA ESTOPPEL FORMS
                                       (0.5); CONFER WITH TRIMONT AND CORRESPOND
                                       WITH BUYER'S COUNSEL REGARDING RIVIERA
                                       CLOSING DOCUMENTS (0.5); CORRESPOND WITH
                                       LEHMAN AND BUYER'S COUNSEL REGARDING
                                       AMENDMENT (0.3).

01/22/10   D. Flaum             2.00   CONFER AND CORRESPOND WITH BUYER'S COUNSEL
           Task:  B120                 AND HOA ATTORNEY REGARDING RIVIERA HOA
                                       ESTOPPELS (1.4); REVIEW DECLARATION REGARDING
                                       HOA ESTOPPELS (0.4); CONFER WITH LEHMAN AND
                                       TRIMONT REGARDING RIVIERA HOA ESTOPPEL ISSUES
                                       (0.2).

01/25/10   P. McGeehan           .30   REVIEW AND RESPOND TO EMAILS REGARDING RIVIERA
           Task:  P500                 SALE.

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    4
MATTER NUMBER: 04406.0205
INVOICE NO.: 692752


01/25/10    D. Flaum            1.80    CONFER WITH TRIMONT, LEHMAN AND BUYER'S
            Task:  B120                 COUNSEL REGARDING RIVIERA STATUS (1.0);
                                        CONFER AND CORRESPOND WITH HOA COUNSEL
                                        REGARDING RIVIERA AUDIT (0.3); CONFER AND
                                        CORRESPOND WITH AUDITOR REGARDING RIVIERA
                                        AUDIT (0.2); REVIEW LAWSUIT DOCUMENTS
                                        REGARDING PRIOR LEGAL INVOICES OF RIVIERA
                                        ASSOCIATION (0.3).

01/26/10    D. Flaum            4.60    CONFER AND CORRESPOND WITH BUYER'S COUNSEL,
            Task:  B120                 TRIMONT AND LEHMAN REGARDING CLOSING STATUS.

01/26/10    P. McGeehan          .30    EMAIL COMMUNICATIONS WITH MR. FLAUM REGARDING
            Task:  L120                 RIVIERA SALE.

01/27/10    P. McGeehan          .20    REVIEW RIVIERA PALMS SALE STATUS WITH MR.
            Task:  P300                 FLAUM.

01/27/10    D. Flaum           12.40    CONFER AND CORRESPOND WITH LEHMAN, TRIMONT,
            Task:  B120                 BUYER'S COUNSEL AND TITLE AGENT REGARDING
                                        CLOSING MATTERS.

01/27/10    S. Plunkett          .90    WORK ON OBTAINING CERTIFICATES OF STATUS FROM
            Task:  B120                 DELAWARE AND FLORIDA WITH CSC AND D. FLAUM.

01/28/10    S. Plunkett          .70    COORDINATE WITH D. FLAUM AND OBTAIN ARTICLES
            Task:  B120                 OF INCORPORATION VIA CSC.

01/28/10    D. Flaum            7.70    CONFER AND CORRESPOND WITH LEHMAN, TRIMONT,
            Task:  B120                 BUYER'S COUNSEL AND CLOSING AGENT REGARDING
                                        CLOSING MATTERS.

01/28/10    P. McGeehan          .50    REVIEW DRAFT OF TENTH AMENDMENT (0.3): DISCUSS
            Task:  P300                 REVISIONS AND COMMENTS WITH MR. FLAUM (0.2).

01/29/10    P. McGeehan         1.10    REVIEW STATUS OF RIVIERA PALMS SALES
            Task:  L120                 DOCUMENTATION AND STATUS WITH MR. FLAUM (0.8);
                                        REVIEW DRAFT ESCROW LETTER (0.3).

01/29/10    D. Flaum            6.80    CONFER AND CORRESPOND WITH LEHMAN, TRIMONT,
            Task:  B120                 BUYER'S COUNSEL AND CLOSING AGENT REGARDING
                                        CLOSING.

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010        PAGE    5
MATTER NUMBER: 04406.0205
INVOICE NO.: 692752

B120  Asset Analysis and Recovery
       D. Flaum                    51.70    305.00  $15,768.50
       P. McGeehan                   .60    525.00     $315.00
       S. Plunkett                  1.60    195.00     $312.00

          TOTAL B120               53.90             $16,395.50

L120  Analysis/Strategy
       P. McGeehan                  1.40    525.00     $735.00

          TOTAL L120                1.40               $735.00

P300  Structure/Strategy/Analysis
       P. McGeehan                   .70    525.00     $367.50

          TOTAL P300                 .70               $367.50

P500  Negotiation/Revision/Responses
       P. McGeehan                   .30    525.00     $157.50

          TOTAL P500                 .30               $157.50

Billed and Unbilled Recap Of Cost Detail - [04406.0205 - EB DEVELOPERS INC.]
Client:04406 - LEHMAN BROTHERS HOLDINGS INC.  4/7/2010 10:49:53 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 12/31/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 09:47 1-954-315-1805 | 26246107 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 12/31/2009 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:02 1-954-315-1805 | 26246108 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:24 1-305-933-2000 | 26246214 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 10.17 | 10.17 | LONG DISTANCE TELEPHONE 16:33 1-305-933-2000 | 26246362 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 10.17 | 10.17 | 78569 | |
| 01/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:59 1-305-933-2000 | 26246618 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 16:04 1-813-227-7421 | 26246648 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 3.27 | 3.27 | 78569 | |
| 01/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:26 1-561-820-0270 | 26246659 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:29 1-561-833-7700 | 26246662 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 18:02 1-305-933-2000 | 26253438 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:12 1-305-933-2000 | 26253484 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.54 | 2.54 | LONG DISTANCE TELEPHONE 15:23 1-305-933-2000 | 26265965 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 2.54 | 2.54 | 78569 | |
| 01/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 17:03 1-305-933-2000 | 26266013 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.81 | 1.81 | 78569 | |
| 01/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.36 | 8.36 | LONG DISTANCE TELEPHONE 11:13 1-305-933-2000 | 26266117 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 8.36 | 8.36 | 78569 | |
| 01/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:36 1-646-285-9021 | 26266120 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 01/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:40 1-646-285-9027 | 26266121 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 01/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:44 1-646-285-9027 | 26266123 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 7.63 | 7.63 | LONG DISTANCE TELEPHONE 16:31 1-954-510-1000 | 26277343 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 7.63 | 7.63 | 78569 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:54 1-305-933-2000 | 26277344 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:45 1-305-933-2000 | 26277354 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 18:03 1-646-285-9021 | 26277356 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:34 1-305-933-2000 | 26277368 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:39 1-954-641-9600 | 26277370 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:47 1-954-510-0100 | 26277373 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:48 1-954-510-1000 | 26277374 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.54 | 2.54 | LONG DISTANCE TELEPHONE 10:51 1-954-641-9600 | 26277376 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 2.54 | 2.54 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:04 1-305-825-1123 | 26277378 |

Billed and Unbilled Recap Of Cost Detail - [04406.0205 - EB DEVELOPERS INC.]
Client:04406 - LEHMAN BROTHERS HOLDINGS INC.    4/7/2010 10:49:53 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 14:40 1-305-933-2000 | 26277430 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 4.72 | 4.72 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 10:01 1-305-933-2000 | 26277493 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.45 | 1.45 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:29 1-646-285-9021 | 26277524 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 16:26 1-305-933-2000 | 26277583 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 5.08 | 5.08 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:41 1-646-285-9021 | 26277585 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 16:43 1-646-285-9027 | 26277587 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 17:18 1-646-285-9021 | 26277600 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 2.18 | 2.18 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.99 | 3.99 | LONG DISTANCE TELEPHONE 17:24 1-305-933-2000 | 26277605 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 3.99 | 3.99 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 10:34 1-646-285-9021 | 26277641 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 13:56 1-305-933-2000 | 26277674 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 9.81 | 9.81 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:22 1-646-285-9021 | 26277704 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 16:34 1-646-285-9058 | 26277706 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 16:37 1-305-933-2000 | 26277708 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.45 | 1.45 | 78569 | |
| 01/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:42 1-646-285-9027 | 26277709 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:20 1-646-285-9027 | 26277742 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:22 1-305-933-2000 | 26277743 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:17 1-305-825-1123 | 26277761 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:35 1-305-933-2000 | 26277783 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 13:09 1-646-285-9027 | 26277788 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.45 | 1.45 | 78569 | |
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 20.35 | 20.35 | LONG DISTANCE TELEPHONE 13:16 1-305-933-2000 | 26277805 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 20.35 | 20.35 | 78569 | |
| 01/29/2010 | 0193 | PATRICK MCGEEHAN | 101S | 31.00 | 0.15 | 4.65 | COPY CHARGES | 26278075 |
| 02/28/2010 | | Invoice=692752 | | 31.00 | 0.10 | 3.10 | | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:18 1-954-315-1805 | 26286319 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 10:19 1-863-385-5010 | 26286322 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:21 1-863-385-5010 | 26286324 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 10:23 1-646-285-9027 | 26286326 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |

Billed and Unbilled Recap Of Cost Detail - [04406.0205 - EB DEVELOPERS INC.]
Client:04406 - LEHMAN BROTHERS HOLDINGS INC.   4/7/2010 10:49:53 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.54 | 2.54 | LONG DISTANCE TELEPHONE 10:54 1-305-933-2000 | 26286341 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 2.54 | 2.54 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 13:42 1-305-933-2000 | 26286365 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:33 1-954-315-1805 | 26286368 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 15:06 1-954-315-1805 | 26286370 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.09 | 1.09 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 15:13 1-305-933-2000 | 26286371 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 15:35 1-954-315-1805 | 26286372 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.45 | 1.45 | 78569 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 17:36 1-954-315-1805 | 26286401 |
| 02/28/2010 | | Invoice=692752 | | 1.00 | 1.45 | 1.45 | 78569 | |
| | | BILLED TOTALS:   WORK: | | | | 118.54 | 58 records | |
| | | BILLED TOTALS:   BILL: | | | | 116.99 | | |
| | | GRAND TOTAL:   WORK: | | | | 118.54 | 58 records | |
| | | GRAND TOTAL:   BILL: | | | | 116.99 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                  Invoice No. 694591
Matter No.: 04406.0222             Invoice Date: February 28, 2010
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| C. Weiss | 16.00 | 475.00 | 7,600.00 |
| G. Walling | 17.30 | 410.00 | 7,093.00 |
| D.A. Geiger | 10.60 | 395.00 | 4,187.00 |
| D. Gordon | 0.60 | 285.00 | 171.00 |
| Total | 44.50 | | 19,051.00 |

TOTAL FEES:                                          $ 19,051.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 6.70 |
| LEXIS SEARCHES | 129.27 |
| LONG DISTANCE TELEPHONE | 31.60 |
| WESTLAW RESEARCH | 139.25 |

TOTAL CHARGES:                             $    306.82

T O T A L   T H I S   S T A T E M E N T :   $ 19,357.82

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


                        DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 01/05/10 | D.A. Geiger<br>Task:  B120 | .80 | REVIEW CASE LAW ON ARIZONA ATTORNEY CHARGING LIENS. |
| 01/05/10 | D.A. Geiger<br>Task:  B120 | .20 | PREPARE CORRESPONDENCE REGARDING SETTLEMENT DISCUSSIONS WITH BEUS GILBERT. |
| 01/05/10 | D.A. Geiger<br>Task:  B120 | .20 | PREPARE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM F. JEANS REGARDING ADOT SETTLEMENT DISCUSSIONS. |
| 01/05/10 | C. Weiss<br>Task:  B120 | .20 | REVIEW E-MAILS REGARDING BEUS GILBERT FEE DISPUTE IN ADOT MATTER. |
| 01/07/10 | C. Weiss<br>Task:  B120 | 1.50 | REVIEW E-MAILS AND CASE LAW REGARDING PROPOSED APS SETTLEMENT INVOLVING ASSIGNMENT OF CLAIM AGAINST LAWYER'S TITLE (0.6); CONSIDER ISSUES RAISED AND E-MAIL TO CLIENT REGARDING SAME (0.5); TELEPHONE CONFERENCES WITH D. GEIGER REGARDING SAME AND NEXT STEPS (0.4.). |
| 01/07/10 | D.A. Geiger<br>Task:  B120 | .50 | TELEPHONE CONFERENCE WITH R. MOON REGARDING APS SETTLEMENT PROPOSAL. |
| 01/07/10 | D.A. Geiger<br>Task:  B120 | .60 | TELEPHONE CONFERENCE WITH C. WEISS REGARDING APS SETTLEMENT PROPOSAL. |
| 01/07/10 | D.A. Geiger<br>Task:  B120 | .20 | PREPARE CORRESPONDENCE TO CLIENT REGARDING APS SETTLEMENT PROPOSAL. |
| 01/08/10 | D.A. Geiger<br>Task:  B120 | .20 | TELEPHONE CONFERENCE WITH C. WARREN REGARDING APS SETTLEMENT PROPOSAL. |
| 01/08/10 | C. Weiss<br>Task:  B120 | 1.70 | REVIEW AND REPLY TO E-MAILS REGARDING POTENTIAL ASSIGNMENT OF CLAIM VS TITLE COMPANY IN APS MATTER (0.2); TELEPHONE CONFERENCE WITH G. MARSH REGARDING SAME (0.2); REVIEW CASE LAW AND TITLE POLICY REGARDING SAME (1.3). |

LEHMAN BROTHERS HOLDINGS INC.                February 28, 2010        PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


01/11/10   C. Weiss              .30   REVIEW E-MAILS REGARDING APS TITLE CLAIM
           Task:  B120                 MATTER (02.); CONFERENCE WITH D. GEIGER
                                       REGARDING SAME (0.1).

01/11/10   D.A. Geiger           .20   REVIEW CORRESPONDENCE FROM M. OHRE REGARDING
           Task:  B120                 LAWYERS TITLE DISCOVERY DISPUTE.

01/12/10   C. Weiss              .20   REVIEW AND REPLY TO E-MAILS REGARDING MM
           Task:  B120                 ARIZONA FORMATION DOCUMENTS AND EIN.

01/12/10   G. Walling            .40   WORK WITH D. GEIGER AND C. WEISS REGARDING MM
           Task:  B120                 ARIZONA HOLDINGS LLC TAXPAYER IDENTIFICATION
                                       NUMBER (0.1); MADE RELATED FILE REVIEW (0.2);
                                       COMMUNICATIONS TO S. STIGLIANO AND N. MEHTA
                                       REGARDING SUCH TAXPAYER IDENTIFICATION NUMBER
                                       (0.1).

01/15/10   D.A. Geiger           .70   TELEPHONE CONFERENCE WITH W. OLSHAN AND W.
           Task:  B120                 WARREN REGARDING APS SETTLEMENT PROPOSAL.

01/15/10   C. Weiss              .50   REVIEW AND REPLY TO EMAILS REGARDING POSSIBLE
           Task:  B120                 SETTLEMENT WITH APS INVOLVING ASSIGNMENT OF
                                       TITLE CLAIM (0.2); CONSIDER ISSUES RAISED
                                       THEREIN (0.3).

01/19/10   D.A. Geiger           .80   REVIEW AND ANALYZE BEUS GILBERT MOTION TO
           Task:  B120                 INTERVENE IN ADOT ACTION.

01/20/10   G. Walling            .20   CALL WITH T. RICITELL REGARDING FORECLOSURE.
           Task:  B120

01/20/10   D. Gordon             .60   CONFERENCE WITH D. GEIGER REGARDING NEED FOR
           Task:  B120                 APPRAISAL IN CONNECTION WITH APS ACTION
                                       (0.1); CONFERENCES WITH W. MONTANDON
                                       REGARDING SAME (0.3); MESSAGE TO M. OHRE
                                       REGARDING SAME (0.1); CONFERENCE WITH M. OHRE
                                       REGARDING SAME (0.1).

01/20/10   C. Weiss              .40   REVIEW E-MAILS REGARDING ENGAGEMENT OF
           Task:  B120                 APPRAISER TO VALUE APS EASEMENT.

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010          PAGE    4
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


| 01/21/10 | C. Weiss<br>Task: B120 | 1.50 | REVIEW EMAILS REGARDING APS STATUS AND APPRAISAL MATTERS (0.3); TELEPHONE CONFERENCE WITH D. GEIGER REGARDING SAME AND ISSUES FOR REVIEW IN CONNECTION WITH POSSIBLE ASSIGNMENT OF APS TITLE CLAIM (0.3); WORK WITH G. WALLING REGARDING REVIEW OF TITLE POLICY AND CASE LAW (0.3); CONSIDER LIKELY TITLE COMPANY DEFENSES (0.2); REVIEW MORRIS CASE REGARDING ARIZONA LAW ON TITLE CLAIM ASSIGNMENT (0.4). |
|---|---|---|---|
| 01/21/10 | G. Walling<br>Task: B120 | 2.00 | WORK WITH C. WEISS REGARDING PROPOSED SETTLEMENT WITH APS (0.3); WORK WITH J. COACHMAN REGARDING RELATED LEGAL RESEARCH (0.4); REVIEW OF MORRIS CASE (0.3); REVIEW APS TITLE POLICY (0.5); RESEARCH REGARDING ASSIGNMENT OF TITLE POLICY CLAIM (0.5). |
| 01/21/10 | D.A. Geiger<br>Task: B120 | .20 | CONFERENCE WITH C. WEISS REGARDING APS LITIGATION STRATEGY AND SETTLEMENT PROPOSAL. |
| 01/22/10 | D.A. Geiger<br>Task: B120 | .20 | REVIEW CORRESPONDENCE FROM B. HENRY REGARDING STRATEGY FOR 1/29/10 ADOT HEARING. |
| 01/25/10 | D.A. Geiger<br>Task: B120 | .30 | REVIEW CORRESPONDENCE FROM AND PREPARE CORRESPONDENCE TO M. OHRE REGARDING LAWYERS TITLE DISCOVERY DISPUTE. |
| 01/25/10 | D.A. Geiger<br>Task: B120 | .60 | REVIEW BEUS GILBERT MOTION TO INTERVENE IN ADOT ACTION. |
| 01/25/10 | D.A. Geiger<br>Task: B120 | .20 | PREPARE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM CLIENT REGARDING BUES GILBERT MOTION TO INTERVENE IN ADOT ACTION. |
| 01/25/10 | D.A. Geiger<br>Task: B120 | .20 | TELEPHONE CONFERENCE WITH B. HENRY REGARDING BEUS GILBERT MOTION TO INTERVENE IN ADOT ACTION. |
| 01/25/10 | D.A. Geiger<br>Task: B120 | .30 | CONFERENCE WITH C. WEISS REGARDING APS PROPOSAL. |

LEHMAN BROTHERS HOLDINGS INC.                    February 28, 2010          PAGE    5
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


01/25/10  C. Weiss          1.20    REVIEW E-MAILS REGARDING APS TITLE CLAIM
          Task:  B120               ISSUES (0.3); TELEPHONE CONFERENCES WITH D.
                                    GEIGER REGARDING SAME AND RELATED SETTLEMENT
                                    DOCUMENTATION AND RESEARCH MATTERS (0.3);
                                    WORK WITH G. WALLING REGARDING SAME (0.3);
                                    CONSIDER NEXT STEPS REGARDING SAME (0.2);
                                    SEND E-MAILS REGARDING SAME (0.1).

01/25/10  G. Walling         .80    WORK WITH C. WEISS REGARDING APS SETTLEMENT
          Task:  B120               ISSUES (0.2); WORK WITH D. GEIGER REGARDING
                                    SAME (0.2); REVIEW OF MORRIS CASE AND CASE
                                    HISTORY (0.4).

01/26/10  G. Walling         .50    REVIEW OF MORRIS CASE AND CASE HISTORY.
          Task:  B120

01/26/10  D.A. Geiger        .20    REVIEW CORRESPONDENCE FROM AND PREPARE
          Task:  B120               CORRESPONDENCE TO N. MEHTA REGARDING ADOT
                                    ACTION STATUS.

01/27/10  D.A. Geiger        .40    REVIEW CORRESPONDENCE FROM AND PREPARE
          Task:  B120               CORRESPONDENCE TO B. HENRY REGARDING STRATEGY
                                    FOR JANUARY 29, 2010 ADOT HEARING.

01/27/10  G. Walling         .30    WORK WITH C. WEISS REGARDING APS SETTLEMENT
          Task:  B120               ISSUES.

01/27/10  C. Weiss          1.10    REVIEW AND REPLY TO EMAILS REGARDING
          Task:  B120               CONFERENCE CALL ON APS SETTLEMENT/TITLE CLAIM
                                    ASSIGNMENT ISSUES (0.3); WORK WITH G. WALLING
                                    REGARDING CASE LAW AND TITLE POLICY REVIEW IN
                                    PREPARATION FOR SAME (0.3); REVIEW AND
                                    ANALYSIS OF SAME (0.5).

01/28/10  G. Walling        4.80    WORK WITH C. WEISS REGARDING PROPOSED APS
          Task:  B120               SETTLEMENT ISSUES (0.2); WORK WITH D. GEIGER
                                    AND C. WEISS REGARDING 1/29 CONFERENCE CALL
                                    (0.1); COMMUNICATIONS WITH B. OLSHAN AND C.
                                    WARREN REGARDING 1/29 CONFERENCE CALL (0.1);
                                    RESEARCH REGARDING PROPOSED APS SETTLEMENT
                                    RELATED ISSUES (3.6); WORK WITH J. COACHMAN
                                    REGARDING ASSIGNMENT OF INSURANCE CLAIMS/CAUSES
                                    OF ACTION (0.3); WORK WITH C. WEISS REGARDING
                                    APS INSURANCE RELATED ISSUES (0.5).

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010        PAGE    6
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


| 01/28/10 | C. Weiss<br>Task:  B120 | 3.70 | REVIEW AND ANALYSIS OF MORRIS DECISION, LAWYER'S TITLE POLICY AND E-MAILS REGARDING POSSIBLE SETTLEMENT WITH APS AND CONSIDER ISSUES FOR DISCUSSION WITH CLIENT (2.9); TELEPHONE CONFERENCES WITH G. WALLING REGARDING SAME AND PREPARATION OF MEMO (0.8). |
|---|---|---|---|
| 01/29/10 | D.A. Geiger<br>Task:  B120 | 1.50 | REVIEW ANALYSIS OF APS SETTLEMENT PROPOSAL AND CASE LAW. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .90 | TELEPHONE CONFERENCE WITH C. WEISS, W. OLSHAN AND C. WARREN REGARDING APS SETTLEMENT PROPOSAL AND LITIGATION STRATEGY. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .20 | TELEPHONE CONFERENCE WITH M. OHRE REGARDING LAWYERS TITLE SUBPOENA ISSUES IN APS ACTION. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .40 | TELEPHONE CONFERENCES WITH B. HENRY REGARDING JANUARY 29, 2010 ADOT HEARING RESULTS AND BEUS FEE MOTION. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .20 | REVIEW AND COMMENT ON NOTICE OF NON-OPPOSITION REGARDING LAWYERS TITLE SUBPOENA IN APS ACTION. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .20 | RECEIVE CORRESPONDENCE FROM AND PREPARE CORRESPONDENCE TO M. OHRE AND G. BRANDON REGARDING NON-OPPOSITION NOTICE IN APS ACTION. |
| 01/29/10 | D.A. Geiger<br>Task:  B120 | .20 | REVIEW CORRESPONDENCE FROM AND PREPARE CORRESPONDENCE TO CLIENT REGARDING LAWYERS TITLE'S SETTLEMENT DISCUSSIONS IN APS ACTION. |
| 01/29/10 | G. Walling<br>Task:  B120 | 8.30 | WORK ON MEMO REGARDING APS PROPOSED SETTLEMENT INVOLVING ASSIGNMENT OF CLAIMS AGAINST LAWYERS TITLE (3.7); RELATED RESEARCH AND REVIEW OF SECONDARY SOURCES (2.2); WORK WITH C. WEISS REGARDING INSURANCE AND ASSIGNMENT OF INSURANCE CLAIMS MATTERS (0.5); WORK WITH J. COACHMAN REGARDING RETRIEVAL OF CASE DECISIONS (0.3); REVIEW RELATED CASES (0.6); WORK WITH C. WEISS AND G. MARSH REGARDING BANKRUPTCY IMPLICATIONS OF PROPOSED APS SETTLEMENT (0.2); CONFERENCE CALL WITH C. WEISS, D. GEIGER, B. OLSHAN, C. |

LEHMAN BROTHERS HOLDINGS INC.                    February 28, 2010          PAGE    7
MATTER NUMBER: 04406.0222
INVOICE NO.: 694591


WARREN, AND R. STAUFFORD REGARDING APS
SETTLEMENT PROPOSAL (0.7); COMMUNICATIONS FROM
B. OLSHAN REGARDING SETTLEMENT DISCUSSIONS WITH
LAWYERS TITLE (0.1).

01/29/10  C. Weiss          3.70   REVIEW MEMO REGARDING MORRIS DECISION AND
          Task:  B120              RELATED CASE LAW AND APS TITLE POLICY ISSUES
                                   (0.8); WORK ON PREPARATION FOR CLIENT CALL
                                   REGARDING APS SETTLEMENT (1.2); TELEPHONE
                                   CONFERENCE WITH D. GEIGER, B. OLSBAN AND C.
                                   WARREN REGARDING SAME, ADOT AND BONANNO
                                   POST-JUDGMENT COLLECTION MATTERS (0.8);
                                   CONFERENCE WITH D. GEIGER REGARDING NEXT
                                   STEPS IN APS CASE (0.2); REVIEW AND REPLY TO
                                   E-MAILS REGARDING APS SETTLEMENT (0.4); WORK
                                   WITH D. GEIGER REGARDING SAME (0.3).

| B120  Asset Analysis and Recovery | | | |
|---|---|---|---|
| C. Weiss | 16.00 | 475.00 | $7,600.00 |
| D. Gordon | .60 | 285.00 | $171.00 |
| D.A. Geiger | 10.60 | 395.00 | $4,187.00 |
| G. Walling | 17.30 | 410.00 | $7,093.00 |
| TOTAL B120 | 44.50 | | $19,051.00 |

Billed Recap Of Cost Detail - [Invoice: 694591 Date: 02/28/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.45 | 9.45 | LONG DISTANCE TELEPHONE 11:38 1-646-285-9038 | 26253511 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 9.45 | 9.45 | 74118 | |
| 01/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:41 1-602-528-4840 | 26274994 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 0.36 | 0.36 | 74117 | |
| 01/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 11:43 1-602-285-9000 | 26274995 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 1.45 | 1.45 | 74117 | |
| 01/21/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 12.50 | 12.50 | LEXIS SEARCHES | 26282596 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 12.50 | 12.50 | | |
| 01/21/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 0.02 | 0.02 | LEXIS SEARCHES | 26282599 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 0.02 | 0.02 | | |
| 01/21/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 6.75 | 6.75 | LEXIS SEARCHES | 26282600 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 6.75 | 6.75 | | |
| 01/21/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 7.25 | 7.25 | LEXIS SEARCHES | 26282601 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 7.25 | 7.25 | | |
| 01/25/2010 | 0402 | CHARLES WEISS | 101S | 67.00 | 0.10 | 6.70 | COPY CHARGES | 26270736 |
| 02/28/2010 | | Invoice=694591 | | 67.00 | 0.10 | 6.70 | | |
| 01/25/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 15:43 1-602-650-4129 | 26275631 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 4.72 | 4.72 | 74118 | |
| 01/28/2010 | 3876 | JOELLE COACHMAN | 406S | 1.00 | 139.25 | 139.25 | WESTLAW RESEARCH | 26281573 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 139.25 | 139.25 | | |
| 01/29/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 34.93 | 34.93 | LEXIS SEARCHES | 26282594 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 34.93 | 34.93 | | |
| 01/29/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 60.22 | 60.22 | LEXIS SEARCHES | 26282595 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 60.22 | 60.22 | | |
| 01/29/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 0.03 | 0.03 | LEXIS SEARCHES | 26282597 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 0.03 | 0.03 | | |
| 01/29/2010 | 3876 | JOELLE COACHMAN | 405S | 1.00 | 7.57 | 7.57 | LEXIS SEARCHES | 26282598 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 7.57 | 7.57 | | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:10 1-602-382-6259 | 26283177 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 0.36 | 0.36 | 74118 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.72 | 8.72 | LONG DISTANCE TELEPHONE 15:11 1-602-528-4840 | 26283189 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 8.72 | 8.72 | 74118 | |
| 01/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.54 | 6.54 | LONG DISTANCE TELEPHONE 17:05 1-602-448-9900 | 26283230 |
| 02/28/2010 | | Invoice=694591 | | 1.00 | 6.54 | 6.54 | 74118 | |
| | | BILLED TOTALS: WORK: | | | | 306.82 | 17 records | |
| | | BILLED TOTALS: BILL: | | | | 306.82 | | |
| | | GRAND TOTAL: WORK: | | | | 306.82 | 17 records | |
| | | GRAND TOTAL: BILL: | | | | 306.82 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: EVANTHE  PAPASTATHIS
TRIMONT REAL ESTATE ADVISORS, INC.
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                  Invoice No. 694601
Matter No.: 04406.0238             Invoice Date: February 28, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through January 31, 2010
    RE: TELLURIDE FORECLOSURE


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| K. Lewis | 3.20 | 400.00 | 1,280.00 |
| D. Flaum | 25.60 | 305.00 | 7,808.00 |
| E.R. Lewis | 0.30 | 175.00 | 52.50 |
| Total | 29.10 | | 9,140.50 |

TOTAL FEES:                              $  9,140.50

CHARGES:

    LONG DISTANCE TELEPHONE          34.25

TOTAL CHARGES:                           $     34.25

T O T A L   T H I S   S T A T E M E N T :   $  9,174.75

LEHMAN BROTHERS HOLDINGS INC.            February 28, 2010        PAGE    2
MATTER NUMBER: 04406.0238
INVOICE NO.: 694601


                    DESCRIPTION OF SERVICES


01/04/10   D. Flaum            2.10    CONFER WITH J. HERMAN AND LOCAL COUNSEL
           Task:  B120                 REGARDING HOA ASSESSMENTS (0.5); CORRESPOND
                                       WITH J. HERMAN AND K. LEWIS REGARDING HOA
                                       ASSESSMENTS (0.6); CORRESPOND AND CONFER WITH
                                       LOCAL COUNSEL AND TRIMONT REGARDING
                                       OUTSTANDING COSTS FOR BIDDING AGENT, PUBLIC
                                       TRUSTEE AND HOMEOWNERS ASSOCIATIONS (1.0).


01/06/10   D. Flaum             .20    REVIEW CORRESPONDENCE FROM LOCAL COUNSEL AND
           Task:  B120                 TRIMONT REGARDING ENTITLEMENTS ISSUES.


01/08/10   D. Flaum             .90    REVIEW CORRESPONDENCE FROM K. LEWIS AND
           Task:  B120                 TRIMONT, CONFER WITH LOCAL COUNSEL, AND
                                       CORRESPOND WITH TRIMONT REGARDING HOA
                                       ASSESSMENTS (0.7); CORRESPOND WITH K. LEWIS
                                       REGARDING POSSIBLE ENTITLEMENTS RECOURSE
                                       CLAIM (0.2).


01/08/10   K. Lewis             .20    COMMUNICATIONS WITH D. FLAUM REGARDING
           Task:  B130                 POST-FORECLOSURE PAYMENT OF STATUTORILY
                                       CAPPED HOMEOWNERS' ASSOCIATION DUES.


01/11/10   D. Flaum            1.30    CONFER WITH K. LEWIS REGARDING STATUS (0.2);
           Task:  B120                 REVIEW CORRESPONDENCE FROM AND CORRESPOND
                                       WITH J. HERMAN REGARDING HOA ASSESSMENTS
                                       (0.4); CONFER WITH S. ABELMAN REGARDING HOA
                                       ASSESSMENTS (0.4); CONFER WITH N. AMENT
                                       REGARDING ALL REGULARLY PAYABLE ASSESSMENTS
                                       (0.3).


01/12/10   D. Flaum             .20    REVIEW CORRESPONDENCE FROM LOCAL COUNSEL
           Task:  B120                 REGARDING AMENDMENT TO CONDOMINIUM
                                       DECLARATION.


01/13/10   D. Flaum            7.20    REVIEW CORRESPONDENCE FROM S. ABELMAN AND
           Task:  B120                 CONFER WITH K. LEWIS REGARDING AMENDMENT TO
                                       DECLARATION AND REAL ESTATE TRANSFER ISSUES
                                       (1.2); REVIEW DECLARATION AND AMENDMENT AND
                                       CONFER AND CORRESPOND WITH LOCAL COUNSEL AND K.

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010          PAGE    3
MATTER NUMBER: 04406.0238
INVOICE NO.: 694601


                              LEWIS REGARDING AMENDMENT TO DECLARATION AND
                              REAL ESTATE TRANSFER ISSUES (6.0).

01/13/10  K. Lewis         .80    EXTENSIVE COMMUNICATIONS WITH J. RHODES ET
          Task:  B130             AL. REGARDING CALCULATION AND PAYMENT OF
                                  HOMEOWNERS ASSOCIATION FEES AND ASSESSMENTS,
                                  IN LIGHT OF RECENT HOA AMENDMENTS.

01/13/10  K. Lewis        1.30    REVIEW OF HOMEOWNERS ASSOCIATION DECLARATION
          Task:  B130             AMENDMENT, PARTICULARLY PURPORTED DEROGATION OF
                                  LENDER'S STATUTORY POST-FORECLOSURE FEE CAP
                                  RIGHTS (0.8); BRIEF REVIEW OF COLORADO STATUTE
                                  PERTAINING TO HOMEOWNERS ASSOCIATION
                                  DECLARATION AMENDMENT (0.5).

01/13/10  K. Lewis         .40    COMMUNICATIONS WITH LOCAL COUNSEL REGARDING
          Task:  B130             RECENT AMENDMENTS TO HOMEOWNERS ASSOCIATION
                                  DOCUMENTS, AND REGARDING SCOPE OF LENDER'S
                                  OBLIGATIONS TO PAY PRIOR OWNER'S
                                  PRE-FORECLOSURE FEES AND ASSESSMENTS.

01/14/10  K. Lewis         .30    COMMUNICATIONS WITH LOCAL COUNSEL REGARDING
          Task:  B130             PROPOSED EXEMPTION AFFIDAVITS FOR ALLEGED
                                  TRANSFER FEES.

01/14/10  K. Lewis         .20    DISCUSSIONS AND CORRESPONDENCE WITH D. FLAUM
          Task:  B130             REGARDING HOMEOWNERS' ASSOCIATION FEE ISSUE
                                  AND REGARDING ISSUANCE OF PUBLIC TRUSTEE
                                  DEEDS.

01/14/10  D. Flaum        3.70    REVIEW FILE AND HOMEOWNERS ASSOCIATION
          Task:  B120             DECLARATION (1.0); DRAFT, REVIEW, AND REVISE
                                  TRANSFER ASSESSMENT EXEMPTION MATERIALS AND
                                  CORRESPOND AND CONFER WITH LOCAL COUNSEL
                                  REGARDING TRANSFER ASSESSMENT EXEMPTION
                                  MATERIALS AND CONFER WITH K. LEWIS REGARDING
                                  TRANSFER ASSESSMENT EXEMPTION MATERIALS (2.7).

01/15/10  D. Flaum         .20    CORRESPOND WITH AND REVIEW CORRESPONDENCE
          Task:  B120             FROM LOCAL COUNSEL REGARDING TRANSFER
                                  ASSESSMENT EXEMPTIONS.

LEHMAN BROTHERS HOLDINGS INC.              February 28, 2010          PAGE    4
MATTER NUMBER: 04406.0238
INVOICE NO.: 694601

| 01/19/10 | D. Flaum<br>Task:  B120 | 3.60 | REVIEW FILE REGARDING ASSOCIATION ASSESSMENT ISSUES AND  DRAFT, REVIEW AND REVISE NOTES REGARDING ASSOCIATION ASSESSMENT ISSUES (2.0); CORRESPOND WITH LOCAL COUNSEL AND TRIMONT REGARDING ASSOCIATION ASSESSMENT ISSUES (0.2); REVIEW COLORADO STATUTES AND DECLARATION REGARDING PAYMENT DATE OF TRANSFER ASSESSMENT (1.4). |
| 01/20/10 | D. Flaum<br>Task:  B120 | 4.30 | REVIEW AND REVISE NOTES REGARDING RETA PAYMENTS AND OTHER TIMING ISSUES UNDER DECLARATION AND REVIEW DECLARATION AND RESEARCH REGARDING SAME. |
| 01/21/10 | D. Flaum<br>Task:  B120 | 1.90 | DRAFT ASSOCIATION PAYMENT LETTER AND CORRESPOND WITH K. LEWIS REGARDING ASSOCIATION PAYMENT LETTER (1.1); REVIEW TITLE WORK REGARDING ASSOCIATION ASSESSMENTS AND CORRESPOND WITH LOCAL COUNSEL REGARDING ASSOCIATION ASSESSMENTS (0.8). |
| 01/22/10 | E.R. Lewis<br>Task:  B110 | .30 | PULLED CASES FOR DOUG FLAUM. |

B110   Case Administration
     E.R. Lewis                       .30    175.00      $52.50

          TOTAL B110                  .30                $52.50

B120   Asset Analysis and Recovery
     D. Flaum                       25.60    305.00   $7,808.00

          TOTAL B120               25.60              $7,808.00

B130   Asset Disposition
     K. Lewis                       3.20    400.00   $1,280.00

          TOTAL B130                3.20              $1,280.00

Billed Recap Of Cost Detail - [Invoice: 694601 Date: 02/28/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/08/2009 | 0999 | MLA MLA | 105Z | 1.00 | 3.14 | 3.14 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26314940 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 3.14 | 3.14 | GLOBAL SERVICES | |
| | | Voucher=1764424 Paid | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= .00 | |
| 12/10/2009 | 0999 | MLA MLA | 105Z | 1.00 | 10.09 | 10.09 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26314941 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 10.09 | 10.09 | GLOBAL SERVICES | |
| | | Voucher=1764424 Paid | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= .00 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 12:12 1-303-223-1314 | 26246237 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 1.45 | 1.45 | 78569 | |
| 01/04/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 15:43 1-303-223-1314 | 26246329 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 4.72 | 4.72 | 78569 | |
| 01/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:50 1-303-223-1102 | 26253574 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/11/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 14:14 1-303-223-1102 | 26253821 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 2.18 | 2.18 | 78569 | |
| 01/11/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:11 1-303-223-1174 | 26253904 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.72 | 0.72 | 78569 | |
| 01/13/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:52 1-303-223-1102 | 26254102 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.36 | 0.36 | 78569 | |
| 01/13/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 11:56 1-303-223-1138 | 26254105 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 2.90 | 2.90 | 78569 | |
| 01/13/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 13:51 1-303-223-1314 | 26254167 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 1.81 | 1.81 | 78569 | |
| 01/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 11:45 1-303-223-1314 | 26265677 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 4.72 | 4.72 | 78569 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 18:34 1-646-308-2110 | 26277615 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.72 | 0.72 | 74970 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 19:11 1-646-308-2110 | 26277618 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.36 | 0.36 | 74970 | |
| 01/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:05 1-646-308-2110 | 26277840 |
| 02/28/2010 | | Invoice-694601 | | 1.00 | 0.36 | 0.36 | 74970 | |
| | | BILLED TOTALS:  WORK: | | | | 34.25 | 14 records | |
| | | BILLED TOTALS:  BILL: | | | | 34.25 | | |
| | | GRAND TOTAL:  WORK: | | | | 34.25 | 14 records | |
| | | GRAND TOTAL:  BILL: | | | | 34.25 | | |