UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Index No. 08-13555

IN RE   LEHMAN BROTHERS
        HOLDINGS, INC., et al.
        Debtor.

AFFIDAVIT OF SERVICE

------------------------------------------------------------X
STATE OF CONNECTICUT )
                     ) S.S.
COUNTY OF HARTFORD   )

ERIC RUBIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 13th day of April, 2010, at approximately 2:35 pm, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION, REQUEST FOR THE PRODUCTION OF DOCUMENTS IN CONNECTION WITH AN ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004 and ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES upon SAC Capital Advisors, L.P. at 72 Cummings Avenue, Stamford, Connecticut, by personally delivering and leaving the same with Peter Nussbaum, General Counsel, who informed deponent that he is authorized to receive service at that address.

Peter Nussbaum is a white male, approximately 50 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 175 pounds with brown hair and glasses.

_____
ERIC RUBIN

Sworn to before me this
14th day of April, 2010

_____
NOTARY PUBLIC
631204