UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE   LEHMAN BROTHERS
        HOLDINGS, INC., et al.
        Debtor.
----------------------------------------------------------X

STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK  )

Index No. 08-13555

AFFIDAVIT OF SERVICE

OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 13th day of April, 2010, at approximately 1:22 pm, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION, REQUEST FOR THE PRODUCTION OF DOCUMENTS IN CONNECTION WITH AN ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004 and ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES upon Citadel Investment Group, LLC at 601 Lexington Avenue, New York, New York, by personally delivering and leaving the same with Toby Buchanan, Assistant General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Toby Buchanan is a white male, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with brown hair and hazel eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
14th day of April, 2010

_____
NOTRY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014