## EXHIBIT A

## Summary Of Fees Incurred For Services Provided For Benefit Of LCPI Only

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|------|------|-------------|-------------|-------|------|-------|
| 10/1/2009-10/31/2009 | Appeals | Various | Various | 6.80 | Various | $5,311.00 |
| 11/1/2009-11/30/2009 | Appeals | Various | Various | 4.60 | Various | $3,525.00 |
| 12/1/2009-12/31/2009 | Appeals | Various | Various | 4.60 | Various | $3,226.00 |
| 01/29/10 | Appeals | SSC | Review BAP order. | 0.20 | 625.00 | $125.00 |
| 01/08/10 | Stay Litigation | DAZ | Confer and review revised letter re stay. | 0.50 | 855.00 | $427.50 |
| 01/08/10 | Stay Litigation | DAZ | Office conferences with Richard M. Pachulski and Harry D. Hochman re LCPI stay issue. | 0.40 | 855.00 | $342.00 |
| 01/08/10 | Stay Litigation | DAZ | Office conferences re stay issues re discovery subordination action. | 0.50 | 855.00 | $427.50 |
| 01/08/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re automatic stay letter | 0.20 | 625.00 | $125.00 |
| 01/08/10 | Stay Litigation | HDH | Review documents and draft letter re application of automatic stay post-appeal | 1.30 | 625.00 | $812.50 |
| 01/12/10 | Stay Litigation | DAZ | Telephone conferences with Soto and Weil lawyers re stay issues and outline of argument re stay violation. | 1.00 | 855.00 | $855.00 |
| 01/12/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re automatic stay issues | 0.20 | 625.00 | $125.00 |
| 01/12/10 | Stay Litigation | MB | Telephone conference with D. Ziehl regarding LCPI stay / equitable subordination action | 0.30 | 550.00 | $165.00 |
| 01/13/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re stay issues | 0.50 | 625.00 | $312.50 |
| 01/13/10 | Stay Litigation | MB | Review BAP opinion regarding stay of equitable subordination action | 0.30 | 550.00 | $165.00 |
| 01/14/10 | Stay Litigation | DAZ | Telephone conference with Waisman, Bond and Soto re relief from stay issue. | 0.50 | 855.00 | $427.50 |
| 01/14/10 | Stay Litigation | DAZ | Office conferences with H. Hochman re briefing stay. | 0.50 | 855.00 | $427.50 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 01/14/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re stay/contempt | 0.30 | 625.00 | $187.50 |
| 01/15/10 | Stay Litigation | DAZ | Review SunCal letter re stay issues and outline re response to issues. | 2.20 | 855.00 | $1,881.00 |
| 01/15/10 | Stay Litigation | DAZ | Office conference with Soto re research issues re SCC stay defense. | 0.20 | 855.00 | $171.00 |
| 01/15/10 | Stay Litigation | HDH | Review and analysis of Couchot correspondence re automatic stay | 0.50 | 625.00 | $312.50 |
| 01/18/10 | Stay Litigation | MB | Review SunCal response to Lehman stay violation letter | 0.10 | 550.00 | $55.00 |
| 01/19/10 | Stay Litigation | DAZ | Review Lehman filings and conference re stay issues. | 0.50 | 855.00 | $427.50 |
| 01/20/10 | Stay Litigation | DAZ | Telephone conferences re stay and agency issues. | 1.20 | 855.00 | $1,026.00 |
| 01/22/10 | Stay Litigation | DAZ | Review and revise response to SunCal defense of stay violations and conference with E. Soto and Roesch re same. | 2.50 | 855.00 | $2,137.50 |
| 01/24/10 | Stay Litigation | DAZ | Review draft letter re stay and correspondence. | 0.30 | 855.00 | $256.50 |
| 01/25/10 | Stay Litigation | DAZ | Participate on call with Weil lawyers re response re stay issues and analysis of rights of repurchase re Fenway, etc. | 1.00 | 855.00 | $855.00 |
| 01/25/10 | Stay Litigation | DAZ | Review and revise various versions of stay letter and conference with Soto re timing. | 0.50 | 855.00 | $427.50 |
| 01/25/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re stay | 0.30 | 625.00 | $187.50 |
| 01/25/10 | Stay Litigation | HDH | Conference call re stay / couchot response | 0.50 | 625.00 | $312.50 |
| 01/25/10 | Stay Litigation | HDH | Conference with Dean A. Ziehl re stay motion | 0.20 | 625.00 | $125.00 |
| 01/25/10 | Stay Litigation | HDH | Review and analyze response to Couchot re stay issues. | 0.80 | 625.00 | $500.00 |
| 01/26/10 | Stay Litigation | DAZ | Review revised letter re LCPI stay issues. | 0.20 | 855.00 | $171.00 |

| Date | Task | Time Keeper | Description | Hours | Rate | Total |
|------|------|-------------|-------------|-------|------|-------|
| 01/26/10 | Stay Litigation | DAZ | Telephone call from Soto re stay issues, etc. | 0.30 | 855.00 | $256.50 |
| 01/26/10 | Stay Litigation | HDH | Identify and review background documents re stay violations | 4.30 | 625.00 | $2,687.50 |
| 01/26/10 | Stay Litigation | HDH | Review stay letter (re equit. sub. action) | 0.10 | 625.00 | $62.50 |
| 01/27/10 | Stay Litigation | HDH | Research and drafting of motion to enforce automatic stay | 8.30 | 625.00 | $5,187.50 |
| 01/28/10 | Stay Litigation | DAZ | Review authorities re repurchase rights and stay. | 1.20 | 855.00 | $1,026.00 |
| 01/28/10 | Stay Litigation | DAZ | Telephone conference with Soto and McCarthy re Arch and stay issues. | 0.30 | 855.00 | $256.50 |
| 01/28/10 | Stay Litigation | DAZ | Review draft letter to Arch re stay. | 0.10 | 855.00 | $85.50 |
| 01/28/10 | Stay Litigation | HDH | Research and drafting of motion to enforce automatic stay | 5.70 | 625.00 | $3,562.50 |
| 01/28/10 | Stay Litigation | RMP | Analyze Pinnick issues and e-mails regarding same. | 0.80 | 925.00 | $740.00 |
| 01/29/10 | Stay Litigation | DAZ | Review and revise letter re stay issues and court's findings re agency. | 1.00 | 855.00 | $855.00 |
| 01/29/10 | Stay Litigation | DAZ | Review draft motion re LCPI stay. | 1.00 | 855.00 | $855.00 |
| 01/29/10 | Stay Litigation | HDH | Draft motion to enforce stay | 4.50 | 625.00 | $2,812.50 |
| **January Total:** | | | | **45.30** | | **$32,157.00** |
| **TOTAL October-January:** | | | | **61.30** | | **$44,219.00** |