# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis/Recovery | .10 | $82.50 |
| Appeals | 24.20 | 17,588.50 |
| Avoidance Actions | .80 | 636.00 |
| Bankruptcy Litigation | 1,215.75 | 824,983.25 |
| Business Operations | 2.50 | 1,375.00 |
| Case Administration | 87.15 | 65,444.75 |
| Claims Administration/Objections | 29.60 | 20,121.00 |
| Financing | 371.70 | 253,657.50 |
| Plan and Disclosure Statement | 226.80 | 179,035.50 |
| PSZJ Compensation | 46.40 | 16,852.50 |
| PSZJ Retention | .20 | 99.00 |
| Retention of Professionals | .40 | 336.00 |
| Stay Litigation | 45.40 | 32,279.50 |
| Tax Issues | .10 | 49.50 |
| **TOTAL SERVICES BILLED:** | **2,051.10** | **$1,412,510.00** |

DOCS_NY:20409.3