# EXHIBIT C

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Professional & Title | Year Admitted to Practice | Billing Rate[1] | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Richard M. Pachulski, Partner | 1979 | $925.00 | 73.10 | $67,617.50 |
| Richard M. Pachulski | | 895.00 | 323.30 | 289,353.50 |
| Dean A. Ziehl, Partner | 1978 | 855.00 | 88.70 | 75,838.50 |
| Dean A. Ziehl | | 825.00 | 201.80 | 166,485.00 |
| Andrew W. Caine, Of Counsel | 1983 | 725.00 | 9.50 | 6,887.50 |
| Andrew W. Caine | | 695.00 | 11.20 | 7,784.00 |
| Robert B. Orgel, Partner | 1981 | 825.00 | 10.60 | 8,745.00 |
| Robert B. Orgel | | 795.00 | 118.40 | 94,128.00 |
| Jeremy V. Richards, Partner | 1982 | 795.00 | 54.50 | 43,327.50 |
| Alan J. Kornfeld, Partner | 1987 | 775.00 | 2.00 | 1,550.00 |
| Debra Grassgreen, Partner | 1992 | 725.00 | .60 | 435.00 |
| James K.T. Hunter, Of Counsel | 1988 | 695.00 | 25.60 | 17,792.00 |
| James K.T. Hunter | | 675.00 | 107.10 | 72,292.50 |
| Daryl G. Parker, Of Counsel | 1970 | 695.00 | 36.20 | 25,159.00 |
| Daryl G. Parker | | 675.00 | 76.00 | 51,300.00 |
| Victoria Newmark, Of Counsel | 1996 | 625.00 | 14.50 | 9,062.50 |
| Shirley S. Cho, Of Counsel | 1997 | 625.00 | 6.70 | 4,187.50 |
| Shirley S. Cho | | 595.00 | 2.80 | 1,666.00 |
| Harry Hochman, Of Counsel | 1987 | 625.00 | 85.80 | 53,625.00 |
| Harry Hochman | | 595.00 | 130.40 | 77,588.00 |
| Gina Brandt, Of Counsel | 1976 | 575.00 | 80.10 | 46,057.50 |
| Gina Brandt | | 550.00 | 2.40 | 1,320.00 |
| Mary D. Lane, Of Counsel | | 550.00 | 21.60 | 11,880.00 |
| Nina Hong, Partner | 1996 | 550.00 | 122.60 | 67,430.00 |
| Nina Hong | | 525.00 | 35.30 | 18,532.50 |
| Gabrielle A. Rohwer, Of Counsel | 1997 | 550.00 | 14.60 | 8,030.00 |
| Beth E. Levine, Of Counsel | | 550.00 | 26.50 | 14,575.00 |
| Gillian N. Brown, Partner | 1999 | 515.00 | .10 | 51.50 |
| Gillian N. Brown | | 495.00 | 3.30 | 1,633.50 |
| Erin Gray, Of Counsel | 1992 | 515.00 | 25.00 | 12,875.00 |
| Erin Gray | | 495.00 | 27.50 | 13,612.50 |
| Maria A Bove, Of Counsel | 2001 | 550.00 | 12.80 | 7,040.00 |
| Maria A Bove | | 495.00 | 215.70 | 106,771.50 |
| Pamela E. Singer, Of Counsel | 1996 | 495.00 | 1.70 | 841.50 |
| Celine Guillou, Of Counsel | 1998 | 450.00 | 30.60 | 13,770.00 |
| Celine Guillou | | 425.00 | 9.00 | 3,825.00 |

---

[1] Hourly billing rates increased on January 1, 2010.

DOCS_NY:20409.3

| Name of Professional & Title | Year Admitted to Practice | Billing Rate[1] | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Cia H. Mackle, Of Counsel | 2006 | 395.00 | 1.30 | 513.50 |
| Leslie A. Forrester, Paralegal | N/A | 250.00 | 2.50 | 625.00 |
| Denise A. Harris, Paralegal | N/A | 225.00 | 23.20 | 5,220.00 |
| Felice S. Harrison, Paralegal | N/A | 225.00 | 3.00 | 675.00 |
| Thomas J. Brown, Paralegal | N/A | 195.00 | 7.30 | 1,423.50 |
| Mike A. Matteo, Paralegal | N/A | 205.00 | .40 | 82.00 |
| Mike A. Matteo | | 195.00 | .70 | 136.50 |
| Andrew Sahn, Paralegal | N/A | 150.00 | 3.00 | 450.00 |
| John F. Bass, Paralegal | N/A | 150.00 | .60 | 90.00 |
| Megan J. Wilson, Paralegal | N/A | 150.00 | 1.50 | 225.00 |
| | TIME CHARGES TOTAL: | | 2,051.10 | $1,412,510.00* |

Total Hours:                2,015.10

Blended Hourly Rate:        $688.65
(Attorneys and Paralegals)

Blended Hourly Rate:        $698.87
(Attorneys)

* This amount represents all fees incurred by PSZJ during the Interim Period. As set forth in the Interim Application, PSZJ is seeking compensation from the Debtors' estates only for the portion of such amount incurred in connection with services provided for the benefit of the Debtors.

DOCS_NY:20409.3                              2