## EXHIBIT D

### SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---:|
| Transcript | $1,850.20 |
| Auto Travel Expense | 2,001.66 |
| Federal Express | 617.51 |
| Filing Fee | 255.00 |
| Fax Transmittal | .20 |
| In House Messenger Service | 702.00 |
| Conference Call | 447.54 |
| IHAS Attorney Service (Copy Service) | 1,035.50 |
| Outside Service (Reproduction) | 2,121.77 |
| Lexis/Nexis Legal Research | 110.66 |
| Pacer – Court Research | 671.28 |
| Postage | 69.35 |
| Reproduction Expense | 4,350.80 |
| Reproduction/Scan Copy | 3,236.70 |
| Research | 15.00 |
| Travel Expense | 12.80 |
| Westlaw Legal Research | 4,601.55 |
| Working Meals | 713.84 |
| **TOTAL DISBURSEMENTS:** | **$22,813.80** |

DOCS_NY:20409.3