## **EXHIBIT B**

Summary of time and fees recorded from October 1, 2009- January 31, 2010

# Duff & Phelps

Summary of Time Recorded From October 1, 2009 - January 31, 2010
For Services Provided to the Lehman Examiner

| Matter Number | Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|---|
| 100 | Analysis of Risk Management | 390.3 | $272,007.50 | $244,806.75 |
| 200 | Asset Valuation | 5,115.9 | $3,029,073.50 | $2,726,166.15 |
| 300 | Bank and Other Third-Party Transactions | 4,702.3 | $2,527,361.50 | $2,274,625.35 |
| 400 | Barclays Transactions | 1,375.6 | $829,696.50 | $746,726.85 |
| 500 | Case Administration | 1,003.0 | $447,122.00 | $402,409.80 |
| 600 | Commercial and Residential Real Estate Analysis | 1,583.5 | $786,245.00 | $707,620.50 |
| 700 | Compensation | 938.8 | $473,395.50 | $426,055.95 |
| 800 | Cross-Team Communications, Planning and Coordination | 389.4 | $255,311.00 | $229,779.90 |
| 900 | Data and Document Management and Analysis | 1,516.9 | $674,763.00 | $607,286.70 |
| 1000 | Governance and Fiduciary Duty Issues | 1,097.1 | $588,595.00 | $529,735.50 |
| 1100 | Intercompany Transfers | 8,403.6 | $5,209,915.50 | $4,688,923.95 |
| 1200 | Liquidity, Credit, other Financial Analysis | 1,400.5 | $876,543.00 | $788,888.70 |
| 1300 | Non-Working Travel Time | 903.8 | $482,307.50 | $434,076.75 |
| 1500 | Solvency and Capital Adequacy | 2,208.6 | $1,205,769.50 | $1,085,192.55 |
| 1600 | Systems Analysis | 1,290.1 | $574,504.00 | $517,053.60 |
| 1700 | Witness Interviews | 1,519.7 | $997,776.00 | $897,998.40 |
| | **Total for June - September** | **33,839.1** | **$19,230,386.00** | **$17,307,347.40** |
| | Less: 50% of Non-Working Travel | | | ($217,038.38) |
| | Duff & Phelps' Adjusted Fees | | | $17,090,309.03 |
| | Blended Hourly Rate | | | $505.05 |

Exhibit B - Page 1