# **EXHIBIT C**

Schedule of Professionals

# DUFF & PHELPS

Summary of Time Recorded From October 1, 2009 - January 31, 2010
For Services Provided to the Lehman Examiner

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| **Managing Director** | | | | |
| Jerry Arcy | $835.00 | 13.5 | $11,272.50 | $10,145.25 |
| Margaret Daley | $835.00 | 204.1 | $170,423.50 | $153,381.15 |
| Ken Halperin | $835.00 | 685.2 | $572,142.00 | $514,927.80 |
| Jonathan Jacobs | $835.00 | 90.6 | $75,651.00 | $68,085.90 |
| Thomas Kabler | $835.00 | 101.0 | $84,335.00 | $75,901.50 |
| David Larsen | $835.00 | 3.0 | $2,505.00 | $2,254.50 |
| Erik Laykin | $835.00 | 41.0 | $34,235.00 | $30,811.50 |
| John Levitske | $835.00 | 640.7 | $534,984.50 | $481,486.05 |
| Paul Marcus | $835.00 | 646.4 | $539,744.00 | $485,769.60 |
| Michael O'Dowd | $835.00 | 23.7 | $19,789.50 | $17,810.55 |
| Allen Pfeiffer | $835.00 | 672.1 | $561,203.50 | $505,083.15 |
| Joseph Pimbley | $955.00 | 734.4 | $701,352.00 | $631,216.80 |
| Michael Vitti | $835.00 | 952.2 | $795,087.00 | $715,578.30 |
| Adam Warren | $835.00 | 126.4 | $105,544.00 | $94,989.60 |
| **Managing Director Total** | | **4,934.3** | **$4,208,268.50** | **$3,787,441.65** |
| **Senior Advisor** | | | | |
| Karen Balmer | $835.00 | 845.1 | $705,658.50 | $635,092.65 |
| Gary Holstrum | $700.00 | 149.2 | $104,440.00 | $93,996.00 |
| Timothy Lucas | $700.00 | 7.7 | $5,390.00 | $4,851.00 |
| Walter Schuetze | $750.00 | 26.6 | $19,950.00 | $17,955.00 |
| **Senior Advisor Total** | | **1,028.6** | **$835,438.50** | **$751,894.65** |
| **Director** | | | | |
| Jeffrey Andrews | $750.00 | 376.3 | $282,225.00 | $254,002.50 |
| Kelly Caputo | $750.00 | 0.5 | $375.00 | $337.50 |
| Jaime D'Almeida | $750.00 | 630.9 | $473,175.00 | $425,857.50 |
| TC Fleming | $750.00 | 1,140.7 | $855,525.00 | $769,972.50 |
| Mike Kresslein | $750.00 | 944.9 | $708,675.00 | $637,807.50 |
| Celia Lawson | $750.00 | 673.9 | $505,425.00 | $454,882.50 |
| Robert Maxim | $800.00 | 64.3 | $51,440.00 | $46,296.00 |
| Matthew Petrich | $750.00 | 38.2 | $28,650.00 | $25,785.00 |
| Andrew Taddei | $800.00 | 770.6 | $616,480.00 | $554,832.00 |
| Ekaterina Timaeva | $750.00 | 249.0 | $186,750.00 | $168,075.00 |
| **Director Total** | | **4,889.3** | **$3,708,720.00** | **$3,337,848.00** |
| **Vice President** | | | | |
| Aijun Besio | $595.00 | 868.1 | $516,519.50 | $464,867.55 |

Exhibit C - Page 1

# DUFF & PHELPS

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| Robert Erlich | $595.00 | 341.4 | $203,133.00 | $182,819.70 |
| Erin Fairweather | $595.00 | 754.1 | $448,689.50 | $403,820.55 |
| **Professional** | **Rate[1]** | **Hours** | **Fee** | **Discounted Fees** |
| Seth Fliegler | $595.00 | 667.9 | $397,400.50 | $357,660.45 |
| Gary Hewitt | $595.00 | 477.3 | $283,993.50 | $255,594.15 |
| William Hrycay | $595.00 | 580.5 | $345,397.50 | $310,857.75 |
| Christopher Johnson | $595.00 | 360.9 | $214,735.50 | $193,261.95 |
| Chetan Joshi | $595.00 | 441.8 | $262,871.00 | $236,583.90 |
| Manasi Kapadia | $595.00 | 68.0 | $40,460.00 | $36,414.00 |
| Joe Leiwant | $595.00 | 769.9 | $458,090.50 | $412,281.45 |
| Cole Morgan | $595.00 | 673.1 | $400,494.50 | $360,445.05 |
| Santiago Rivera | $595.00 | 48.1 | $28,619.50 | $25,757.55 |
| Robert Sha | $595.00 | 116.3 | $69,198.50 | $62,278.65 |
| Anshul Shekhon | $595.00 | 100.5 | $59,797.50 | $53,817.75 |
| Paul Sipala | $595.00 | 104.5 | $62,177.50 | $55,959.75 |
| Joseph Thompson | $595.00 | 867.0 | $515,865.00 | $464,278.50 |
| Wai Yip | $595.00 | 3.5 | $2,082.50 | $1,874.25 |
| **Vice President Total** | | **7,242.9** | **$4,309,525.50** | **$3,878,572.95** |
| **Senior Associate** | | | | |
| Orie Attas | $450.00 | 343.9 | $154,755.00 | $139,279.50 |
| Aya Bellicha | $450.00 | 26.6 | $11,970.00 | $10,773.00 |
| Akshay Bhargava | $450.00 | 485.7 | $218,565.00 | $196,708.50 |
| Timothy Byhre | $450.00 | 754.9 | $339,705.00 | $305,734.50 |
| Daniel Carlson | $450.00 | 48.0 | $21,600.00 | $19,440.00 |
| Ambuj Chaudhary | $450.00 | 27.8 | $12,510.00 | $11,259.00 |
| Robert Daly | $450.00 | 80.3 | $36,135.00 | $32,521.50 |
| Aditya Darbari | $450.00 | 653.1 | $293,895.00 | $264,505.50 |
| John Duvoisin | $450.00 | 776.1 | $349,245.00 | $314,320.50 |
| Daniel Eliades | $450.00 | 508.0 | $228,600.00 | $205,740.00 |
| TC Fleming | $450.00 | 802.6 | $361,170.00 | $325,053.00 |
| Gregory Irwin | $450.00 | 330.9 | $148,905.00 | $134,014.50 |
| Rick Lee | $450.00 | 374.0 | $168,300.00 | $151,470.00 |
| Christopher McShea | $450.00 | 684.4 | $307,980.00 | $277,182.00 |
| Mukund Narayanan | $450.00 | 220.5 | $99,225.00 | $89,302.50 |
| Barry Oglesby | $450.00 | 278.0 | $125,100.00 | $112,590.00 |
| Nicole Patterson | $450.00 | 418.7 | $188,415.00 | $169,573.50 |
| Prithvi Ramesh | $450.00 | 320.4 | $144,180.00 | $129,762.00 |
| John Rotundo | $450.00 | 12.0 | $5,400.00 | $4,860.00 |
| Zain Saeed | $450.00 | 829.5 | $373,275.00 | $335,947.50 |
| Vivek Thaker | $450.00 | 678.6 | $305,370.00 | $274,833.00 |

# DUFF & PHELPS

| Professional | Rate[1] | Hours | Fee | Discounted Fees |
|---|---|---|---|---|
| David Welch | $450.00 | 302.1 | $135,945.00 | $122,350.50 |
| **Senior Associate Total** | | **8,956.1** | **$4,030,245.00** | **$3,627,220.50** |
| **Professional** | **Rate[1]** | **Hours** | **Fee** | **Discounted Fees** |
| Analyst | | | | |
| Ted Berklayd | $315.00 | 471.7 | $148,585.50 | $133,726.95 |
| Allison Busse | $315.00 | 604.7 | $190,480.50 | $171,432.45 |
| Dennis Casey | $315.00 | 513.2 | $161,658.00 | $145,492.20 |
| Alex Chalunkal | $315.00 | 31.6 | $9,954.00 | $8,958.60 |
| Benjamin Filton | $315.00 | 12.8 | $4,032.00 | $3,628.80 |
| Megan Goering | $315.00 | 719.6 | $226,674.00 | $204,006.60 |
| Maryann Gunaratnam | $315.00 | 906.7 | $285,610.50 | $257,049.45 |
| Lakshmi Kannan | $315.00 | 63.5 | $20,002.50 | $18,002.25 |
| Justin Kao | $315.00 | 386.4 | $121,716.00 | $109,544.40 |
| Carly Kurkiewicz | $315.00 | 116.5 | $36,697.50 | $33,027.75 |
| Ian Lunderskov | $315.00 | 544.4 | $171,486.00 | $154,337.40 |
| Samantha Maresca | $315.00 | 496.7 | $156,460.50 | $140,814.45 |
| Brian Mcgrath | $315.00 | 485.7 | $152,995.50 | $137,695.95 |
| Donnacha O'Sullivan | $315.00 | 909.3 | $286,429.50 | $257,786.55 |
| Ajay Patel | $315.00 | 192.8 | $60,732.00 | $54,658.80 |
| Rita Patierno | $315.00 | 332.3 | $104,674.50 | $94,207.05 |
| **Analyst Total** | | **6,787.9** | **$2,138,188.50** | **$1,924,369.65** |
| **Grand Total** | | **33,839.1** | **$19,230,386.00** | **$17,307,347.40** |

Notes:
1. The rates displayed in this Exhibit do not reflect Duff & Phelps' 10% voluntary reduction.

Exhibit C - Page 3