Pg 1 of 13

## **EXHIBIT D**

Summary by Project Matter

**DUFF & PHELPS**

Summary of Time Recorded From October 1, 2009 - January 31, 2010
For Services Provided to the Lehman Examiner

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| **Analysis of Risk Management** | | | |
| A. Bellicha | 11.6 | $5,220.00 | $4,698.00 |
| T. Berklayd | 64.8 | $20,412.00 | $18,370.80 |
| J. Leiwant | 6.7 | $3,986.50 | $3,587.85 |
| I. Lunderskov | 2.6 | $819.00 | $737.10 |
| P. Marcus | 43.5 | $36,322.50 | $32,690.25 |
| R. Maxim | 30.6 | $24,480.00 | $22,032.00 |
| C. Morgan | 6.4 | $3,808.00 | $3,427.20 |
| A. Pfeiffer | 20.2 | $16,867.00 | $15,180.30 |
| J. Pimbley | 3.5 | $3,342.50 | $3,008.25 |
| P. Ramesh | 10.2 | $4,590.00 | $4,131.00 |
| A. Taddei | 190.2 | $152,160.00 | $136,944.00 |
| **Analysis of Risk Management Total** | **390.3** | **$272,007.50** | **$244,806.75** |
| **Asset Valuation** | | | |
| J. Andrews | 85.8 | $64,350.00 | $57,915.00 |
| A. Bellicha | 15.0 | $6,750.00 | $6,075.00 |
| A. Besio | 737.6 | $438,872.00 | $394,984.80 |
| T. Byhre | 0.8 | $360.00 | $324.00 |
| J. Dalmeida | 455.0 | $341,250.00 | $307,125.00 |
| R. Daly | 3.0 | $1,350.00 | $1,215.00 |
| A. Darbari | 289.1 | $130,095.00 | $117,085.50 |
| J. Duvoisin | 389.7 | $175,365.00 | $157,828.50 |
| S. Fliegler | 66.6 | $39,627.00 | $35,664.30 |
| W. Hrycay | 202.1 | $120,249.50 | $108,224.55 |
| G. Irwin | 205.0 | $92,250.00 | $83,025.00 |
| J. Jacobs | 4.1 | $3,423.50 | $3,081.15 |
| C. Joshi | 14.7 | $8,746.50 | $7,871.85 |
| C. Kurkiewicz | 39.2 | $12,348.00 | $11,113.20 |
| D. Larsen | 3.0 | $2,505.00 | $2,254.50 |
| R. Lee | 201.5 | $90,675.00 | $81,607.50 |
| J. Leiwant | 44.5 | $26,477.50 | $23,829.75 |
| P. Marcus | 156.5 | $130,677.50 | $117,609.75 |
| S. Maresca | 10.6 | $3,339.00 | $3,005.10 |
| R. Maxim | 32.5 | $26,000.00 | $23,400.00 |
| C. Morgan | 15.1 | $8,984.50 | $8,086.05 |
| M. Narayanan | 136.4 | $61,380.00 | $55,242.00 |
| B. Oglesby | 218.1 | $98,145.00 | $88,330.50 |
| R. Patierno | 52.0 | $16,380.00 | $14,742.00 |
| N. Patterson | 69.8 | $31,410.00 | $28,269.00 |
| A. Pfeiffer | 175.4 | $146,459.00 | $131,813.10 |
| J. Pimbley | 58.2 | $55,581.00 | $50,022.90 |
| P. Ramesh | 192.8 | $86,760.00 | $78,084.00 |
| S. Rivera | 0.9 | $535.50 | $481.95 |
| Z. Saeed | 332.6 | $149,670.00 | $134,703.00 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| A. Shekhon | 100.5 | $59,797.50 | $53,817.75 |
| P. Sipala | 45.0 | $26,775.00 | $24,097.50 |
| A. Taddei | 1.5 | $1,200.00 | $1,080.00 |
| V. Thaker | 166.4 | $74,880.00 | $67,392.00 |
| J. Thompson | 1.4 | $833.00 | $749.70 |
| M. Vitti | 593.5 | $495,572.50 | $446,015.25 |
| **Asset Valuation Total** | **5,115.9** | **$3,029,073.50** | **$2,726,166.15** |
| **Bank and Other Third-Party Transactions** | | | |
| O. Attas | 326.1 | $146,745.00 | $132,070.50 |
| A. Busse | 2.5 | $787.50 | $708.75 |
| T. Byhre | 678.2 | $305,190.00 | $274,671.00 |
| D. Eliades | 289.1 | $130,095.00 | $117,085.50 |
| E. Fairweather | 41.2 | $24,514.00 | $22,062.60 |
| A. Fleming | 525.4 | $236,430.00 | $212,787.00 |
| TC. Fleming | 352.9 | $264,675.00 | $238,207.50 |
| M. Goering | 26.6 | $8,379.00 | $7,541.10 |
| M. Gunaratnam | 553.3 | $174,289.50 | $156,860.55 |
| C. Joshi | 26.8 | $15,946.00 | $14,351.40 |
| M. Kresslein | 62.9 | $47,175.00 | $42,457.50 |
| C. Lawson | 0.4 | $300.00 | $270.00 |
| J. Leiwant | 13.0 | $7,735.00 | $6,961.50 |
| P. Marcus | 4.5 | $3,757.50 | $3,381.75 |
| B. Mcgrath | 0.8 | $252.00 | $226.80 |
| C. McShea | 321.1 | $144,495.00 | $130,045.50 |
| C. Morgan | 20.3 | $12,078.50 | $10,870.65 |
| M. Narayanan | 2.6 | $1,170.00 | $1,053.00 |
| D. O'Sullivan | 234.0 | $73,710.00 | $66,339.00 |
| A. Pfeiffer | 30.2 | $25,217.00 | $22,695.30 |
| J. Pimbley | 495.3 | $473,011.50 | $425,710.35 |
| A. Taddei | 0.8 | $640.00 | $576.00 |
| J. Thompson | 374.8 | $223,006.00 | $200,705.40 |
| E. Timaeva | 209.7 | $157,275.00 | $141,547.50 |
| M. Vitti | 2.8 | $2,338.00 | $2,104.20 |
| D. Welch | 107.0 | $48,150.00 | $43,335.00 |
| **Bank and Other Third-Party Transactions Total** | **4,702.3** | **$2,527,361.50** | **$2,274,625.35** |
| **Barclays Transactions** | | | |
| J. Arcy | 8.0 | $6,680.00 | $6,012.00 |
| A. Bhargava | 275.1 | $123,795.00 | $111,415.50 |
| A. Busse | 2.0 | $630.00 | $567.00 |
| T. Byhre | 15.8 | $7,110.00 | $6,399.00 |
| M. Daley | 1.3 | $1,085.50 | $976.95 |
| D. Eliades | 36.8 | $16,560.00 | $14,904.00 |
| E. Fairweather | 46.2 | $27,489.00 | $24,740.10 |
| A. Fleming | 65.3 | $29,385.00 | $26,446.50 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| TC. Fleming | 290.1 | $217,575.00 | $195,817.50 |
| M. Goering | 47.7 | $15,025.50 | $13,522.95 |
| J. Jacobs | 82.5 | $68,887.50 | $61,998.75 |
| C. Joshi | 191.4 | $113,883.00 | $102,494.70 |
| M. Kapadia | 63.0 | $37,485.00 | $33,736.50 |
| M. Kresslein | 6.7 | $5,025.00 | $4,522.50 |
| J. Leiwant | 1.0 | $595.00 | $535.50 |
| I. Lunderskov | 8.3 | $2,614.50 | $2,353.05 |
| B. Mcgrath | 1.9 | $598.50 | $538.65 |
| C. McShea | 0.5 | $225.00 | $202.50 |
| C. Morgan | 28.8 | $17,136.00 | $15,422.40 |
| D. O'Sullivan | 3.8 | $1,197.00 | $1,077.30 |
| A. Pfeiffer | 9.7 | $8,099.50 | $7,289.55 |
| J. Pimbley | 39.8 | $38,009.00 | $34,208.10 |
| S. Rivera | 42.9 | $25,525.50 | $22,972.95 |
| R. Sha | 52.7 | $31,356.50 | $28,220.85 |
| J. Thompson | 48.4 | $28,798.00 | $25,918.20 |
| A. Warren | 5.9 | $4,926.50 | $4,433.85 |
| **Barclays Transactions Total** | **1,375.6** | **$829,696.50** | **$746,726.85** |
| **Case Administration** | | | |
| K. Balmer | 7.4 | $6,179.00 | $5,561.10 |
| T. Berklayd | 4.4 | $1,386.00 | $1,247.40 |
| A. Bhargava | 14.2 | $6,390.00 | $5,751.00 |
| A. Busse | 13.9 | $4,378.50 | $3,940.65 |
| M. Daley | 12.1 | $10,103.50 | $9,093.15 |
| J. Duvoisin | 10.2 | $4,590.00 | $4,131.00 |
| A. Fleming | 2.5 | $1,125.00 | $1,012.50 |
| TC. Fleming | 13.5 | $10,125.00 | $9,112.50 |
| S. Fliegler | 52.6 | $31,297.00 | $28,167.30 |
| M. Goering | 6.2 | $1,953.00 | $1,757.70 |
| K. Halperin | 1.0 | $835.00 | $751.50 |
| G. Holstrum | 0.6 | $420.00 | $378.00 |
| W. Hrycay | 0.8 | $476.00 | $428.40 |
| C. Joshi | 0.8 | $476.00 | $428.40 |
| M. Kapadia | 0.5 | $297.50 | $267.75 |
| M. Kresslein | 0.5 | $375.00 | $337.50 |
| E. Laykin | 0.2 | $167.00 | $150.30 |
| J. Leiwant | 93.1 | $55,394.50 | $49,855.05 |
| J. Levitske | 3.7 | $3,089.50 | $2,780.55 |
| T. Lucas | 1.1 | $770.00 | $693.00 |
| I. Lunderskov | 6.6 | $2,079.00 | $1,871.10 |
| P. Marcus | 9.1 | $7,598.50 | $6,838.65 |
| S. Maresca | 179.9 | $56,668.50 | $51,001.65 |
| B. Mcgrath | 5.2 | $1,638.00 | $1,474.20 |
| C. McShea | 34.8 | $15,660.00 | $14,094.00 |
| C. Morgan | 6.2 | $3,689.00 | $3,320.10 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| D. O'Sullivan | 10.9 | $3,433.50 | $3,090.15 |
| A. Patel | 3.6 | $1,134.00 | $1,020.60 |
| R. Patierno | 197.5 | $62,212.50 | $55,991.25 |
| N. Patterson | 267.1 | $120,195.00 | $108,175.50 |
| A. Pfeiffer | 1.7 | $1,419.50 | $1,277.55 |
| J. Pimbley | 13.6 | $12,988.00 | $11,689.20 |
| P. Ramesh | 0.5 | $225.00 | $202.50 |
| J. Rotundo | 1.5 | $675.00 | $607.50 |
| R. Sha | 1.5 | $892.50 | $803.25 |
| A. Taddei | 3.4 | $2,720.00 | $2,448.00 |
| J. Thompson | 10.9 | $6,485.50 | $5,836.95 |
| E. Timaeva | 6.1 | $4,575.00 | $4,117.50 |
| M. Vitti | 3.6 | $3,006.00 | $2,705.40 |
| **Case Administration Total** | **1,003.0** | **$447,122.00** | **$402,409.80** |
| **Commercial and Residential Real Estate Analysis** | | | |
| J. Andrews | 197.3 | $147,975.00 | $133,177.50 |
| A. Besio | 57.5 | $34,212.50 | $30,791.25 |
| T. Byhre | 12.0 | $5,400.00 | $4,860.00 |
| D. Carlson | 42.2 | $18,990.00 | $17,091.00 |
| J. Dalmeida | 3.6 | $2,700.00 | $2,430.00 |
| A. Darbari | 117.9 | $53,055.00 | $47,749.50 |
| J. Duvoisin | 9.6 | $4,320.00 | $3,888.00 |
| R. Erlich | 13.1 | $7,794.50 | $7,015.05 |
| M. Gunaratnam | 40.1 | $12,631.50 | $11,368.35 |
| W. Hrycay | 1.1 | $654.50 | $589.05 |
| G. Irwin | 26.4 | $11,880.00 | $10,692.00 |
| C. Kurkiewicz | 77.3 | $24,349.50 | $21,914.55 |
| J. Leiwant | 4.1 | $2,439.50 | $2,195.55 |
| P. Marcus | 5.5 | $4,592.50 | $4,133.25 |
| S. Maresca | 29.0 | $9,135.00 | $8,221.50 |
| B. Mcgrath | 0.9 | $283.50 | $255.15 |
| C. McShea | 3.1 | $1,395.00 | $1,255.50 |
| C. Morgan | 0.7 | $416.50 | $374.85 |
| B. Oglesby | 29.2 | $13,140.00 | $11,826.00 |
| A. Patel | 45.9 | $14,458.50 | $13,012.65 |
| A. Pfeiffer | 39.1 | $32,648.50 | $29,383.65 |
| P. Ramesh | 6.1 | $2,745.00 | $2,470.50 |
| Z. Saeed | 345.0 | $155,250.00 | $139,725.00 |
| P. Sipala | 32.5 | $19,337.50 | $17,403.75 |
| A. Taddei | 0.7 | $560.00 | $504.00 |
| V. Thaker | 408.2 | $183,690.00 | $165,321.00 |
| J. Thompson | 30.7 | $18,266.50 | $16,439.85 |
| M. Vitti | 4.7 | $3,924.50 | $3,532.05 |
| **Commercial and Residential Real Estate Analysis Total** | **1,583.5** | **$786,245.00** | **$707,620.50** |

**Duff & Phelps**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| **Compensation** | | | |
| O. Attas | 3.9 | $1,755.00 | $1,579.50 |
| A. Busse | 218.1 | $68,701.50 | $61,831.35 |
| R. Erlich | 311.3 | $185,223.50 | $166,701.15 |
| TC. Fleming | 109.8 | $82,350.00 | $74,115.00 |
| M. Goering | 140.1 | $44,131.50 | $39,718.35 |
| C. Joshi | 0.6 | $357.00 | $321.30 |
| T. Kabler | 61.2 | $51,102.00 | $45,991.80 |
| L. Kannan | 25.0 | $7,875.00 | $7,087.50 |
| J. Leiwant | 1.7 | $1,011.50 | $910.35 |
| P. Marcus | 1.2 | $1,002.00 | $901.80 |
| C. Morgan | 9.2 | $5,474.00 | $4,926.60 |
| D. O'Sullivan | 44.1 | $13,891.50 | $12,502.35 |
| A. Pfeiffer | 12.6 | $10,521.00 | $9,468.90 |
| **Compensation Total** | **938.8** | **$473,395.50** | **$426,055.95** |
| **Cross-Team Communications, Planning and Coordination** | | | |
| K. Balmer | 0.5 | $417.50 | $375.75 |
| S. Fliegler | 1.0 | $595.00 | $535.50 |
| G. Holstrum | 2.1 | $1,470.00 | $1,323.00 |
| T. Kabler | 0.6 | $501.00 | $450.90 |
| M. Kresslein | 1.8 | $1,350.00 | $1,215.00 |
| E. Laykin | 0.9 | $751.50 | $676.35 |
| J. Leiwant | 260.9 | $155,235.50 | $139,711.95 |
| T. Lucas | 1.4 | $980.00 | $882.00 |
| S. Maresca | 3.5 | $1,102.50 | $992.25 |
| C. Morgan | 6.8 | $4,046.00 | $3,641.40 |
| N. Patterson | 6.4 | $2,880.00 | $2,592.00 |
| A. Pfeiffer | 90.2 | $75,317.00 | $67,785.30 |
| J. Pimbley | 4.4 | $4,202.00 | $3,781.80 |
| S. Rivera | 0.4 | $238.00 | $214.20 |
| W. Schuetze | 0.7 | $525.00 | $472.50 |
| A. Taddei | 3.5 | $2,800.00 | $2,520.00 |
| E. Timaeva | 0.5 | $375.00 | $337.50 |
| M. Vitti | 1.1 | $918.50 | $826.65 |
| W. Yip | 2.7 | $1,606.50 | $1,445.85 |
| **Cross-Team Communications, Planning and Coordination Total** | **389.4** | **$255,311.00** | **$229,779.90** |
| **Data and Document Management and Analysis** | | | |
| A. Bhargava | 0.7 | $315.00 | $283.50 |
| A. Busse | 0.8 | $252.00 | $226.80 |
| M. Daley | 185.7 | $155,059.50 | $139,553.55 |
| J. Dalmeida | 0.7 | $525.00 | $472.50 |
| D. Eliades | 0.9 | $405.00 | $364.50 |
| A. Fleming | 0.9 | $405.00 | $364.50 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| TC. Fleming | 1.4 | $1,050.00 | $945.00 |
| M. Goering | 144.0 | $45,360.00 | $40,824.00 |
| C. Johnson | 0.3 | $178.50 | $160.65 |
| C. Joshi | 85.0 | $50,575.00 | $45,517.50 |
| J. Kao | 385.8 | $121,527.00 | $109,374.30 |
| M. Kresslein | 1.7 | $1,275.00 | $1,147.50 |
| E. Laykin | 26.2 | $21,877.00 | $19,689.30 |
| J. Leiwant | 3.4 | $2,023.00 | $1,820.70 |
| I. Lunderskov | 434.6 | $136,899.00 | $123,209.10 |
| P. Marcus | 0.3 | $250.50 | $225.45 |
| S. Maresca | 1.2 | $378.00 | $340.20 |
| B. Mcgrath | 18.4 | $5,796.00 | $5,216.40 |
| C. McShea | 13.5 | $6,075.00 | $5,467.50 |
| C. Morgan | 167.4 | $99,603.00 | $89,642.70 |
| M. Narayanan | 13.9 | $6,255.00 | $5,629.50 |
| D. O'Sullivan | 0.4 | $126.00 | $113.40 |
| A. Patel | 4.0 | $1,260.00 | $1,134.00 |
| N. Patterson | 0.3 | $135.00 | $121.50 |
| A. Pfeiffer | 6.6 | $5,511.00 | $4,959.90 |
| R. Sha | 14.6 | $8,687.00 | $7,818.30 |
| V. Thaker | 1.0 | $450.00 | $405.00 |
| E. Timaeva | 1.9 | $1,425.00 | $1,282.50 |
| M. Vitti | 0.8 | $668.00 | $601.20 |
| A. Warren | 0.5 | $417.50 | $375.75 |
| **Data and Document Management and Analysis Total** | **1,516.9** | **$674,763.00** | **$607,286.70** |
| **Governance and Fiduciary Duty Issues** | | | |
| T. Berklayd | 184.1 | $57,991.50 | $52,192.35 |
| A. Chalunkal | 8.6 | $2,709.00 | $2,438.10 |
| J. Dalmeida | 0.2 | $150.00 | $135.00 |
| R. Daly | 1.0 | $450.00 | $405.00 |
| A. Darbari | 181.6 | $81,720.00 | $73,548.00 |
| J. Duvoisin | 19.4 | $8,730.00 | $7,857.00 |
| A. Fleming | 7.2 | $3,240.00 | $2,916.00 |
| S. Fliegler | 43.9 | $26,120.50 | $23,508.45 |
| M. Goering | 8.0 | $2,520.00 | $2,268.00 |
| M. Gunaratnam | 8.0 | $2,520.00 | $2,268.00 |
| W. Hrycay | 10.3 | $6,128.50 | $5,515.65 |
| G. Irwin | 0.9 | $405.00 | $364.50 |
| C. Johnson | 54.5 | $32,427.50 | $29,184.75 |
| C. Joshi | 1.1 | $654.50 | $589.05 |
| T. Kabler | 3.7 | $3,089.50 | $2,780.55 |
| E. Laykin | 0.3 | $250.50 | $225.45 |
| R. Lee | 9.0 | $4,050.00 | $3,645.00 |
| J. Leiwant | 20.4 | $12,138.00 | $10,924.20 |
| I. Lunderskov | 1.6 | $504.00 | $453.60 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| P. Marcus | 75.4 | $62,959.00 | $56,663.10 |
| S. Maresca | 60.0 | $18,900.00 | $17,010.00 |
| R. Maxim | 1.2 | $960.00 | $864.00 |
| C. McShea | 45.0 | $20,250.00 | $18,225.00 |
| C. Morgan | 5.1 | $3,034.50 | $2,731.05 |
| M. Narayanan | 2.2 | $990.00 | $891.00 |
| M. O'Dowd | 5.7 | $4,759.50 | $4,283.55 |
| B. Oglesby | 3.1 | $1,395.00 | $1,255.50 |
| D. O'Sullivan | 50.7 | $15,970.50 | $14,373.45 |
| A. Pfeiffer | 34.0 | $28,390.00 | $25,551.00 |
| J. Pimbley | 13.9 | $13,274.50 | $11,947.05 |
| P. Ramesh | 34.8 | $15,660.00 | $14,094.00 |
| Z. Saeed | 0.4 | $180.00 | $162.00 |
| A. Taddei | 169.3 | $135,440.00 | $121,896.00 |
| J. Thompson | 27.1 | $16,124.50 | $14,512.05 |
| M. Vitti | 5.4 | $4,509.00 | $4,058.10 |
| **Governance and Fiduciary Duty Issues Total** | **1,097.1** | **$588,595.00** | **$529,735.50** |
| **Intercompany Transfers** | | | |
| K. Balmer | 809.5 | $675,932.50 | $608,339.25 |
| T. Berklayd | 17.1 | $5,386.50 | $4,847.85 |
| A. Bhargava | 1.4 | $630.00 | $567.00 |
| A. Busse | 280.8 | $88,452.00 | $79,606.80 |
| T. Byhre | 8.2 | $3,690.00 | $3,321.00 |
| K. Caputo | 0.5 | $375.00 | $337.50 |
| D. Casey | 512.7 | $161,500.50 | $145,350.45 |
| A. Chalunkal | 23.0 | $7,245.00 | $6,520.50 |
| A. Chaudhary | 27.8 | $12,510.00 | $11,259.00 |
| J. Dalmeida | 3.5 | $2,625.00 | $2,362.50 |
| E. Fairweather | 612.0 | $364,140.00 | $327,726.00 |
| B. Filton | 12.8 | $4,032.00 | $3,628.80 |
| A. Fleming | 126.3 | $56,835.00 | $51,151.50 |
| TC. Fleming | 353.8 | $265,350.00 | $238,815.00 |
| M. Goering | 235.6 | $74,214.00 | $66,792.60 |
| M. Gunaratnam | 262.2 | $82,593.00 | $74,333.70 |
| K. Halperin | 651.9 | $544,336.50 | $489,902.85 |
| G. Hewitt | 477.3 | $283,993.50 | $255,594.15 |
| C. Johnson | 283.3 | $168,563.50 | $151,707.15 |
| C. Joshi | 19.9 | $11,840.50 | $10,656.45 |
| M. Kresslein | 817.9 | $613,425.00 | $552,082.50 |
| C. Lawson | 672.6 | $504,450.00 | $454,005.00 |
| J. Leiwant | 87.4 | $52,003.00 | $46,802.70 |
| J. Levitske | 535.7 | $447,309.50 | $402,578.55 |
| I. Lunderskov | 12.4 | $3,906.00 | $3,515.40 |
| P. Marcus | 1.2 | $1,002.00 | $901.80 |
| S. Maresca | 4.1 | $1,291.50 | $1,162.35 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| C. McShea | 217.2 | $97,740.00 | $87,966.00 |
| C. Morgan | 38.3 | $22,788.50 | $20,509.65 |
| M. O'Dowd | 14.8 | $12,358.00 | $11,122.20 |
| D. O'Sullivan | 522.6 | $164,619.00 | $148,157.10 |
| M. Petrich | 38.2 | $28,650.00 | $25,785.00 |
| A. Pfeiffer | 67.2 | $56,112.00 | $50,500.80 |
| J. Pimbley | 2.1 | $2,005.50 | $1,804.95 |
| P. Ramesh | 11.8 | $5,310.00 | $4,779.00 |
| J. Rotundo | 10.5 | $4,725.00 | $4,252.50 |
| V. Thaker | 0.5 | $225.00 | $202.50 |
| J. Thompson | 324.7 | $193,196.50 | $173,876.85 |
| E. Timaeva | 17.2 | $12,900.00 | $11,610.00 |
| M. Vitti | 0.8 | $668.00 | $601.20 |
| A. Warren | 108.9 | $90,931.50 | $81,838.35 |
| D. Welch | 177.9 | $80,055.00 | $72,049.50 |
| **Intercompany Transfers Total** | **8,403.6** | **$5,209,915.50** | **$4,688,923.95** |
| **Liquidity, Credit, other Financial Analysis** | | | |
| K. Balmer | 14.8 | $12,358.00 | $11,122.20 |
| T. Berklayd | 200.6 | $63,189.00 | $56,870.10 |
| M. Daley | 0.4 | $334.00 | $300.60 |
| J. Duvoisin | 14.5 | $6,525.00 | $5,872.50 |
| E. Fairweather | 8.7 | $5,176.50 | $4,658.85 |
| TC. Fleming | 2.1 | $1,575.00 | $1,417.50 |
| S. Fliegler | 60.7 | $36,116.50 | $32,504.85 |
| M. Gunaratnam | 1.1 | $346.50 | $311.85 |
| G. Holstrum | 146.5 | $102,550.00 | $92,295.00 |
| W. Hrycay | 219.4 | $130,543.00 | $117,488.70 |
| C. Johnson | 22.8 | $13,566.00 | $12,209.40 |
| C. Joshi | 4.9 | $2,915.50 | $2,623.95 |
| T. Kabler | 11.1 | $9,268.50 | $8,341.65 |
| J. Leiwant | 17.0 | $10,115.00 | $9,103.50 |
| T. Lucas | 5.2 | $3,640.00 | $3,276.00 |
| P. Marcus | 7.8 | $6,513.00 | $5,861.70 |
| S. Maresca | 29.2 | $9,198.00 | $8,278.20 |
| C. Morgan | 3.0 | $1,785.00 | $1,606.50 |
| M. Narayanan | 65.4 | $29,430.00 | $26,487.00 |
| M. O'Dowd | 3.2 | $2,672.00 | $2,404.80 |
| A. Patel | 7.2 | $2,268.00 | $2,041.20 |
| A. Pfeiffer | 49.3 | $41,165.50 | $37,048.95 |
| J. Pimbley | 29.8 | $28,459.00 | $25,613.10 |
| P. Ramesh | 64.2 | $28,890.00 | $26,001.00 |
| W. Schuetze | 25.9 | $19,425.00 | $17,482.50 |
| A. Taddei | 385.5 | $308,400.00 | $277,560.00 |
| J. Thompson | 0.2 | $119.00 | $107.10 |
| **Liquidity, Credit, other Financial Analysis Total** | **1,400.5** | **$876,543.00** | **$788,888.70** |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| **Non-Working Travel Time** | | | |
| J. Andrews | 9.8 | $7,350.00 | $6,615.00 |
| J. Arcy | 5.5 | $4,592.50 | $4,133.25 |
| O. Attas | 13.9 | $6,255.00 | $5,629.50 |
| A. Besio | 17.1 | $10,174.50 | $9,157.05 |
| A. Busse | 56.0 | $17,640.00 | $15,876.00 |
| T. Byhre | 39.9 | $17,955.00 | $16,159.50 |
| D. Casey | 0.5 | $157.50 | $141.75 |
| D. Eliades | 57.2 | $25,740.00 | $23,166.00 |
| E. Fairweather | 14.8 | $8,806.00 | $7,925.40 |
| A. Fleming | 60.0 | $27,000.00 | $24,300.00 |
| S. Fliegler | 6.3 | $3,748.50 | $3,373.65 |
| M. Goering | 54.0 | $17,010.00 | $15,309.00 |
| M. Gunaratnam | 41.0 | $12,915.00 | $11,623.50 |
| K. Halperin | 13.6 | $11,356.00 | $10,220.40 |
| W. Hrycay | 4.0 | $2,380.00 | $2,142.00 |
| J. Jacobs | 4.0 | $3,340.00 | $3,006.00 |
| C. Joshi | 48.0 | $28,560.00 | $25,704.00 |
| T. Kabler | 6.0 | $5,010.00 | $4,509.00 |
| M. Kresslein | 40.8 | $30,600.00 | $27,540.00 |
| E. Laykin | 5.5 | $4,592.50 | $4,133.25 |
| J. Leiwant | 7.5 | $4,462.50 | $4,016.25 |
| J. Levitske | 81.6 | $68,136.00 | $61,322.40 |
| I. Lunderskov | 68.0 | $21,420.00 | $19,278.00 |
| P. Marcus | 3.0 | $2,505.00 | $2,254.50 |
| B. Mcgrath | 6.1 | $1,921.50 | $1,729.35 |
| C. McShea | 30.0 | $13,500.00 | $12,150.00 |
| C. Morgan | 82.0 | $48,790.00 | $43,911.00 |
| D. O'Sullivan | 15.0 | $4,725.00 | $4,252.50 |
| S. Rivera | 3.5 | $2,082.50 | $1,874.25 |
| Z. Saeed | 2.4 | $1,080.00 | $972.00 |
| R. Sha | 12.0 | $7,140.00 | $6,426.00 |
| P. Sipala | 6.0 | $3,570.00 | $3,213.00 |
| J. Thompson | 42.0 | $24,990.00 | $22,491.00 |
| M. Vitti | 27.9 | $23,296.50 | $20,966.85 |
| A. Warren | 2.6 | $2,171.00 | $1,953.90 |
| D. Welch | 16.3 | $7,335.00 | $6,601.50 |
| **Non-Working Travel Time Total** | **903.8** | **$482,307.50** | **$434,076.75** |
| **Solvency and Capital Adequacy** | | | |
| J. Dalmeida | 105.5 | $79,125.00 | $71,212.50 |
| R. Daly | 74.3 | $33,435.00 | $30,091.50 |
| A. Darbari | 64.5 | $29,025.00 | $26,122.50 |
| J. Duvoisin | 255.6 | $115,020.00 | $103,518.00 |
| TC. Fleming | 0.1 | $75.00 | $67.50 |
| S. Fliegler | 312.8 | $186,116.00 | $167,504.40 |
| M. Goering | 0.7 | $220.50 | $198.45 |

**DUFF & PHELPS**

| Matter | Hours | Fees | Discounted Fees |
|---|---|---|---|
| W. Hrycay | 53.5 | $31,832.50 | $28,649.25 |
| G. Irwin | 79.2 | $35,640.00 | $32,076.00 |
| C. Joshi | 9.3 | $5,533.50 | $4,980.15 |
| L. Kannan | 38.5 | $12,127.50 | $10,914.75 |
| M. Kresslein | 1.2 | $900.00 | $810.00 |
| R. Lee | 157.5 | $70,875.00 | $63,787.50 |
| J. Leiwant | 184.1 | $109,539.50 | $98,585.55 |
| I. Lunderskov | 1.9 | $598.50 | $538.65 |
| P. Marcus | 288.2 | $240,647.00 | $216,582.30 |
| S. Maresca | 170.2 | $53,613.00 | $48,251.70 |
| B. Mcgrath | 0.8 | $252.00 | $226.80 |
| C. McShea | 0.2 | $90.00 | $81.00 |
| C. Morgan | 6.3 | $3,748.50 | $3,373.65 |
| D. O'Sullivan | 23.7 | $7,465.50 | $6,718.95 |
| A. Patel | 132.1 | $41,611.50 | $37,450.35 |
| R. Patierno | 82.8 | $26,082.00 | $23,473.80 |
| N. Patterson | 44.8 | $20,160.00 | $18,144.00 |
| A. Pfeiffer | 73.2 | $61,122.00 | $55,009.80 |
| J. Pimbley | 11.3 | $10,791.50 | $9,712.35 |
| S. Rivera | 0.4 | $238.00 | $214.20 |
| A. Taddei | 2.6 | $2,080.00 | $1,872.00 |
| M. Vitti | 33.3 | $27,805.50 | $25,024.95 |
| **Solvency and Capital Adequacy Total** | **2,208.6** | **$1,205,769.50** | **$1,085,192.55** |
| **Systems Analysis** | | | |
| K. Balmer | 0.3 | $250.50 | $225.45 |
| A. Bhargava | 192.4 | $86,580.00 | $77,922.00 |
| A. Busse | 11.3 | $3,559.50 | $3,203.55 |
| M. Daley | 4.6 | $3,841.00 | $3,456.90 |
| J. Dalmeida | 1.0 | $750.00 | $675.00 |
| D. Eliades | 124.0 | $55,800.00 | $50,220.00 |
| E. Fairweather | 21.6 | $12,852.00 | $11,566.80 |
| A. Fleming | 15.0 | $6,750.00 | $6,075.00 |
| TC. Fleming | 2.2 | $1,650.00 | $1,485.00 |
| M. Goering | 56.7 | $17,860.50 | $16,074.45 |
| M. Gunaratnam | 1.0 | $315.00 | $283.50 |
| K. Halperin | 1.7 | $1,419.50 | $1,277.55 |
| C. Joshi | 39.3 | $23,383.50 | $21,045.15 |
| J. Kao | 0.6 | $189.00 | $170.10 |
| C. Lawson | 0.9 | $675.00 | $607.50 |
| E. Laykin | 7.9 | $6,596.50 | $5,936.85 |
| J. Leiwant | 1.0 | $595.00 | $535.50 |
| I. Lunderskov | 8.4 | $2,646.00 | $2,381.40 |
| B. Mcgrath | 451.2 | $142,128.00 | $127,915.20 |
| C. McShea | 19.0 | $8,550.00 | $7,695.00 |
| C. Morgan | 269.8 | $160,531.00 | $144,477.90 |

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| D. O'Sullivan | 4.1 | $1,291.50 | $1,162.35 |
| A. Pfeiffer | 0.9 | $751.50 | $676.35 |
| R. Sha | 35.5 | $21,122.50 | $19,010.25 |
| A. Taddei | 3.5 | $2,800.00 | $2,520.00 |
| J. Thompson | 0.9 | $535.50 | $481.95 |
| E. Timaeva | 13.6 | $10,200.00 | $9,180.00 |
| D. Welch | 0.9 | $405.00 | $364.50 |
| W. Yip | 0.8 | $476.00 | $428.40 |
| **Systems Analysis Total** | **1,290.1** | **$574,504.00** | **$517,053.60** |
| **Witness Interviews** | | | |
| J. Andrews | 83.4 | $62,550.00 | $56,295.00 |
| K. Balmer | 12.6 | $10,521.00 | $9,468.90 |
| T. Berklayd | 0.7 | $220.50 | $198.45 |
| A. Besio | 55.9 | $33,260.50 | $29,934.45 |
| A. Bhargava | 1.9 | $855.00 | $769.50 |
| A. Busse | 19.3 | $6,079.50 | $5,471.55 |
| D. Carlson | 5.8 | $2,610.00 | $2,349.00 |
| J. Dalmeida | 61.4 | $46,050.00 | $41,445.00 |
| R. Daly | 2.0 | $900.00 | $810.00 |
| J. Duvoisin | 77.1 | $34,695.00 | $31,225.50 |
| R. Erlich | 17.0 | $10,115.00 | $9,103.50 |
| E. Fairweather | 9.6 | $5,712.00 | $5,140.80 |
| TC. Fleming | 14.8 | $11,100.00 | $9,990.00 |
| S. Fliegler | 124.0 | $73,780.00 | $66,402.00 |
| K. Halperin | 17.0 | $14,195.00 | $12,775.50 |
| W. Hrycay | 89.3 | $53,133.50 | $47,820.15 |
| G. Irwin | 19.4 | $8,730.00 | $7,857.00 |
| T. Kabler | 18.4 | $15,364.00 | $13,827.60 |
| M. Kapadia | 4.5 | $2,677.50 | $2,409.75 |
| M. Kresslein | 11.4 | $8,550.00 | $7,695.00 |
| R. Lee | 6.0 | $2,700.00 | $2,430.00 |
| J. Leiwant | 24.1 | $14,339.50 | $12,905.55 |
| J. Levitske | 19.7 | $16,449.50 | $14,804.55 |
| P. Marcus | 50.2 | $41,917.00 | $37,725.30 |
| S. Maresca | 9.0 | $2,835.00 | $2,551.50 |
| B. Mcgrath | 0.4 | $126.00 | $113.40 |
| C. Morgan | 7.7 | $4,581.50 | $4,123.35 |
| B. Oglesby | 27.6 | $12,420.00 | $11,178.00 |
| N. Patterson | 30.3 | $13,635.00 | $12,271.50 |
| A. Pfeiffer | 61.8 | $51,603.00 | $46,442.70 |
| J. Pimbley | 62.5 | $59,687.50 | $53,718.75 |
| Z. Saeed | 149.1 | $67,095.00 | $60,385.50 |
| P. Sipala | 21.0 | $12,495.00 | $11,245.50 |
| A. Taddei | 9.6 | $7,680.00 | $6,912.00 |
| V. Thaker | 102.5 | $46,125.00 | $41,512.50 |
| J. Thompson | 5.9 | $3,510.50 | $3,159.45 |

| Matter | Hours | Fees | Discounted Fees |
|---|---:|---:|---:|
| M. Vitti | 278.3 | $232,380.50 | $209,142.45 |
| A. Warren | 8.5 | $7,097.50 | $6,387.75 |
| **Witness Interviews Total** | **1,519.7** | **$997,776.00** | **$897,998.40** |
| **Total For All Matters** | **33,839.1** | **$19,230,386.00** | **$17,307,347.40** |