## **EXHIBIT E**

Categories of expenses for which Duff & Phelps is seeking reimbursement

**DUFF & PHELPS**

Expenses Incurred By Duff and Phelps between October 1, 2009 and January 31, 2010
In Connection with Service Provided to the Lehman Examiner

| Expense Category | Sum of Disbursement |
|---|---:|
| Business Expense | $2,285.42 |
| Overtime Meal | $4,765.95 |
| In-City Transportation | $8,648.22 |
| Business Meal | $27,899.97 |
| Out of Town Travel | $99,496.55 |
| Out of Town Lodging | $203,395.44 |
| **Grand Total** | **$346,491.55** |