Hearing Date and Time: May 12, 2010 at 2:00 p.m. (Eastern Time)
Objection Date: May 5, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |
| LIBRA CDO LIMITED, by BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Defendant. | **Adversary Proceeding No. 09-ap-01178 (JMP)** |

## NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE that a hearing on the Motion to Withdraw by Steven

Wolowitz, Brian Trust, and Christopher J. Houpt (the "Motion") will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on May 12, 2010 at 2:00 p.m. (Prevailing Eastern Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format with a hard copy delivered directly to the Chambers of the Honorable James M. Peck, United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004, and shall be served upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Lori R. Fife, Esq., Ralph I. Miller, Esq., and Robert J. Lemons, Esq., attorneys for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (iv) Quinn Emanuel, 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017, Attn: Eric Winston, Esq.; (v) Mayer Brown LLP, 1675 Broadway,

New York, NY 10019, Attn: Steven Wolowitz, Esq.; and (vi) Alston & Bird LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309, Attn: John C. Weitnauer, Esq.; so as to be received by no later than May 5, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

New York, New York
April 16, 2010

Respectfully submitted,

/s/ Steven Wolowitz
MAYER BROWN LLP
Steven Wolowitz
Brian Trust
Christopher J. Houpt
1675 Broadway
New York, New York  10019
(212) 506-2500