Hearing Date and Time:  May 12, 2010 at 10:00 a.m.
Objection Deadline:  May 7, 2010 at 4:00 p.m.

FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York  11556-1320
Tel:     (516) 227-0700
Fax:     (516) 227-0777
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan

*Attorneys for Capital One, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
Lehman Brothers Holdings, Inc., *et al.*,           :    Case No. 08-13555 (JMP)
                                                    :
                    Debtors.                        :
                                                    :    Jointly Administered
------------------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that a hearing (the "Hearing") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **May 12, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004, to consider the motion, dated April 16, 2010, of Capital One, N.A. for an Order (i) modifying the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Motion") to permit Capital One to name Lehman Brothers Holdings, Inc. ("LBHI"), a debtor in the above-captioned bankruptcy case, in an action by Capital One to foreclose its senior mortgages on certain real property located in the Village of Lawrence, New York known as 260 Central Avenue, Lawrence, New York, and on which LBHI holds a subordinate mortgage and (ii) for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion, must (a) be in writing, (b) set forth the name of the objecting party, (c) state with particularity the reasons for the objection, (d) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules

Interwoven\1374175.1

of the Bankruptcy Court for the Southern District of New York, and (e) be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (.pdf), WordPerfect, Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable James M. Peck) and shall be served in accordance with General Order M-242 upon: (i) counsel for Capital One, N.A., Farrell Fritz, P.C., 1320 RXR Plaza, Uniondale, New York 11556-1320 (Attention: Louis A. Scarcella, Esq., Darren A. Pascarella, Esq. and Robert C. Yan, Esq.), (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attention: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.), (iv) counsel for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), and (v) counsel for mortgagor New Central Avenue, LLC, Shapiro Lifschitz & Schram, 1742 N. Street, N.W., Washington, D.C. 20036 (Attention: Judah Lifschitz, Esq.) no later than **May 7, 2010 at 4:00 p.m.**

       **PLEASE TAKE FURTHER NOTICE**, that if you do not timely file and serve a written objection to the relief requested in the Motion in accordance with this Notice and the Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009 [Docket No. 2837], the relief requested in the Motion may be granted without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement in Court of such adjournment on the date of the Hearing.

Dated: Uniondale, New York
      April 16, 2010

FARRELL FRITZ, P.C.

By: /s/ Louis A. Scarcella
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan
1320 RXR Plaza
Uniondale, New York 11556-1320
Tel: (516) 227-0700
Fax: (516) 227-0777

*Attorneys for Capital One, N.A.*

3