## ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-58148-09  (File No. N/A)

### SCHEDULE A
### DESCRIPTION

**Section 40, Block B and Lots 21, 22 and 23**

**Lot 21:**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Lawrence, Town of Hempstead, County of Nassau and State of New York, being more particularly bounded and described as follows:

BEGINNING at the Southwesterly corner thereof, which point is 100 feet Easterly along the Northerly line of Central Avenue from the Southeasterly corner of property belonging to Union Free School District 15, Town of Hempstead, New York;

RUNNING THENCE Easterly along said Central Avenue 100 feet to the land formerly of James H. Jennings, and now or formerly of one Dowd;

THENCE extending Northerly along land formerly of James H. Jennings and now or formerly of one Dowd and parallel with the Easterly line of land of said Union Free School District Number 15 about 299 feet to land belonging to the Methodist Episcopal Church;

THENCE extending Westerly along land of said Methodist Episcopal Church to land formerly of Samuel L. Pearsall and now or formerly of Harry Cohn, 100.9 feet;

THENCE extending Southerly along land formerly of said Samuel L. Pearsall and now of Harry Cohn about 309 feet to Central Avenue, the point or place of BEGINNING.

## ADVANTAGE FORECLOSURE SERVICES, INC.

### Title No. FCL-58148-09  (File No. N/A)

### SCHEDULE A
### DESCRIPTION - CONTINUED

**Lot 22:**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Lawrence, Town of Hempstead, County of Nassau and State of New York, being more particularly bounded and described as follows:

BEGINNING at a point on the Northerly side of Central Avenue distant 512.80 feet Westerly from the corner formed by the intersection of the Northerly side of Central Avenue with the Westerly side of Rockaway Turnpike;

RUNNING THENCE Northerly along the land now or formerly of Jennings, 310.73 feet to land of Methodist Episcopal Church;

THENCE Westerly along land of Methodist Episcopal Church, 100.30 feet to land of Union Free School District Number 15;

THENCE Southerly along the land of Union Free School District Number #15, 320.90 feet to the Northerly side of Central Avenue;

THENCE Easterly along the Northerly side Central Avenue, 100 feet to the point or place of BEGINNING.

## ADVANTAGE FORECLOSURE SERVICES, INC.

### Title No. FCL-58148-09  (File No. N/A)

### SCHEDULE A
### DESCRIPTION - CONTINUED

**Lot 23:**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Lawrence, Town of Hempstead, County of Nassau and State of New York, being more particularly bounded and described as follows:

BEGINNING at a point on the Northerly side of Central Avenue distant 612.8 feet Southwesterly from the Northwest corner of Central Avenue and Rockaway Turnpike, and from said point;

RUNNING THENCE South 61 degrees West 300 feet along Central Avenue;

THENCE North 29 degrees West 349.8 feet along land sold to John Wood;

THENCE North 66 degrees 31 minutes East 301.41 feet along what is known as the cemetery to land of Prince, formerly of James H. Jennings;

THENCE along said last mentioned land, South 29 degrees East 320.9 feet to Central Avenue, at the point or place of BEGINNING.

ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-58148-09  (File No. N/A)

SCHEDULE A
DESCRIPTION - CONTINUED

**Combined Description (Lots 21, 22 and 23)**

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Lawrence, Town of Hempstead, County of Nassau and State of New York, lying on the Northerly side of Central Avenue and bounded and described as follows:

BEGINNING at a point on the Northerly side of Central Avenue distant 412.80 feet Westerly from the corner formed by the intersection of the Westerly side of Rockaway/Jamaica Turnpike with the Northerly side of Central Avenue;

RUNNING THENCE North 28 degrees 55 minutes 00 seconds West 301.92 feet to a point;

THENCE South 66 degrees 30 minutes 11 seconds West 502.24 feet to a point;

THENCE South 28 degrees 54 minutes 58 seconds East 350.09 feet to a point on the Northerly side of Central Avenue;

THENCE North 61 degrees 00 minutes 00 seconds East and along the Northerly side of Central Avenue, 500 feet to the point or place of BEGINNING.

Subject to the reservation of a right of way and easement contained in the deed delivered to New Central Avenue, LLC described as follows:

BEGINNING at a point on the Northerly line of Central Avenue at the division line between Tax Lots 20 and 21 as they appear in Block B, Section 40 of the Nassau County Land and Tax Map, said point being distant Westerly 390.11 feet from the Westerly end of an arc connecting said Northerly line of Central Avenue with the Westerly widened line of Rockaway-Jamaica Turnpike, and from said point of beginning proceeding along the following four (4) courses:

RUNNING THENCE South 61 degrees 00 minutes 00 seconds West along said Northerly line of Central Avenue a distance of 12.00 feet;

THENCE North 29 degrees 00 minutes 00 seconds West through Tax Lot 21 a distance of 302.47 feet to the land now or formerly of Methodist Episcopal Church;

THENCE North 66 degrees 06 minutes 18 seconds East along said land now or formerly of Methodist Episcopal Church a distance of 12.05 feet to the division line between Tax Lots 20 and 21;

THENCE South 29 degrees 00 minutes 00 seconds East along said division line between Tax Lots 20 and 21 a distance of 301.40 feet to the point of BEGINNING.

**Premises known as 260 Central Avenue, Lawrence, New York**

## ADVANTAGE FORECLOSURE SERVICES, INC.

### Title No. FCL-58148-09  (File No. N/A)

### MORTGAGES

### (A)  MORTGAGE TO BE FORECLOSED

| | | | |
|---|---|---|---|
| **Mortgagor:** | New Central Avenue, LLC | **Amount:** | $24,100,000.00 |
| | | **Dated:** | July 12, 2007 |
| | | **Recorded:** | July 20, 2007 |
| **Mortgagee:** | North Fork Bank<br>275 Broadhollow Road<br>Melville, New York  11747 | **Liber:** | 32128    **Page:** 864 |

### MODIFICATION AGREEMENT

| | | | |
|---|---|---|---|
| | New Central Avenue, LLC | | |
| and | | **Dated:** | January 24, 2008 |
| | | **Recorded:** | September 26, 2008 |
| | North Fork Bank, a division of Capital One, successor by merger to North Fork Bank<br>275 Broadhollow Road<br>Melville, New York  11747 | **Liber:** | 33262    **Page:** 969 |

**NOTE:** Modifies the mortgage recorded in Liber 32128 Page 864.

---

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

## ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-58148-09  (File No. N/A)

### MORTGAGES - CONTINUED

**(B)  SUBORDINATE MORTGAGE**

| | |
|---|---|
| New Central Avenue, LLC | **Amount:** $43,100,000.00 |
| and | **Dated:** July 12, 2007 |
| | **Recorded:** July 20, 2007 |
| North Fork Bank<br>275 Broadhollow Road<br>Melville, New York  11747 | **Liber:** 32128    **Page:** 886 |

**MODIFICATION AGREEMENT**

| | |
|---|---|
| New Central Avenue, LLC | |
| and | **Dated:** January 24, 2008 |
| | **Recorded:** September 26, 2008 |
| North Fork Bank, a division of Capital One, successor by merger to North Fork Bank<br>275 Broadhollow Road<br>Melville, New York  11747 | **Liber:** 33262    **Page:** 955 |

**NOTE:** Modifies the mortgage in Liber 32128 Page 886.

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-58148-09  (File No. N/A)

MORTGAGES - CONTINUED

(C)  MORTGAGE TO BE FORECLOSED

| | | | |
|---|---|---|---|
| **Mortgagor:** | New Central Avenue, LLC | **Amount:** | $9,200,000.00 |
| | | **Dated:** | July 12, 2007 |
| | | **Recorded:** | July 20, 2007 |
| **Mortgagee:** | North Fork Bank<br>275 Broadhollow Road<br>Melville, New York 11747 | **Liber:** | 32128    **Page:** 909 |

**MODIFICATION AGREEMENT**

| | | | |
|---|---|---|---|
| | New Central Avenue, LLC | | |
| and | | **Dated:** | January 24, 2008 |
| | | **Recorded:** | September 26, 2008 |
| | North Fork Bank, a division of Capital One,<br>successor by merger to North Fork Bank<br>275 Broadhollow Road<br>Melville, New York 11747 | **Liber:** | 33262    **Page:** 983 |

**NOTE:** Modifies the mortgage recorded in Liber 32128 Page 909.

**MODIFICATION AGREEMENT**

| | | | |
|---|---|---|---|
| | New Central Avenue, LLC | | |
| and | | **Dated:** | January 24, 2008 |
| | | **Recorded:** | November 14, 2008 |
| | North Fork Bank, a division of Capital One,<br>successor by merger to North Fork Bank<br>275 Broadhollow Road<br>Melville, New York 11747 | **Liber:** | 33340    **Page:** 700 |

**NOTE:** Modifies mortgages recorded in Liber 32128 Page 886 and Liber 32128 Page 909.

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.

## ADVANTAGE FORECLOSURE SERVICES, INC.

### Title No. FCL-58148-09  (File No. N/A)

### MORTGAGES - CONTINUED

**ASSIGNMENT OF LEASES AND RENTS**

New Central Avenue, LLC

and

| | |
|---|---|
| **Dated:** | July 12, 2007 |
| **Recorded:** | July 20, 2007 |
| **Liber:** | 32128    **Page:** 932 |

North Fork Bank
275 Broadhollow Road
Melville, New York  11747

**(D)   SUBORDINATE MORTGAGE**

| | | | |
|---|---|---|---|
| **Mortgagor:** | New Central Avenue, LLC | **Amount:** | $7,975,142.00 |
| | | **Dated:** | January 24, 2008 |
| | | **Recorded:** | February 6, 2008 |
| **Mortgagee:** | Lehman Brothers Holdings, Inc. | **Liber:** | 32711    **Page:** 629 |
| | 399 Park Avenue, 8th Floor | | |
| | New York, New York  10022 | | |

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.