**Hearing Date and Time: May 12, 2010 at 2:00 p.m. (Eastern Time)**
**Objection Date: May 5, 2010**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>    Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>    Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |
| LIBRA CDO LIMITED, by BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>    Defendant. | **Adversary Proceeding No. 09-ap-01178 (JMP)** |

**MEMORANDUM OF LAW IN SUPPORT OF**
**<u>MOTION TO WITHDRAW</u>**

Pursuant to S.D.N.Y. Bankruptcy Court Local Rule 2090-1(e), Steven Wolowitz, Brian Trust, and Christopher J. Houpt of Mayer Brown LLP hereby request leave of Court to withdraw as counsel for:

- Defendants Bank of America, N.A., LaSalle Bank National Association, (collectively, "the Trustee") and Libra CDO Limited ("Libra") in Adversary Proceeding No. 09-ap-01177;

- Plaintiff Libra CDO Limited in Adversary Proceeding 09-ap-01178; and

- Libra CDO Limited, by Bank of America, N.A., in 08-bk-13555.

The Trustee has retained Alston & Bird LLP to represent it and Libra. John C. Weitnauer of Alston & Bird will soon file a notice of appearance.

## CONCLUSION

For all of the foregoing reasons, Steven Wolowitz, Brian Trust, and Christopher J. Houpt of Mayer Brown LLP, respectfully request that the Court grant leave to withdraw as counsel for Bank of America, N.A., LaSalle Bank National Association, and Libra CDO Limited in Adversary Proceeding No. 09-ap-01177; Libra CDO Limited in Adversary Proceeding 09-ap-01178; and Libra CDO Limited, by Bank of America, N.A., in 08-bk-13555.

New York, New York
April 16, 2010

    Respectfully submitted,

    /s/ Steven Wolowitz
    MAYER BROWN LLP
    Steven Wolowitz
    Brian Trust
    Christopher J. Houpt
    1675 Broadway
    New York, New York  10019
    (212) 506-2500