Weil, Gothshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman

With reference to Your letter which i enclose confirming what i had requested by letter dated 06/10/09 sent to Epiq Systems I confirm to waive the ownaccount provision in deficit since I joined the one made collectively by the bank Intesa San Paolo.

I requie then that the claim n.5512 and n. 5352 are eliminated.

Catania, 26/03/2010

Lo Faro Francesco Massimiliano
Via Del Bosco n. 137
95125 Catania
ITALY

*Lo Faro Francesco* (signature)