**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
                                                    :
    Debtors.                                        :    (Jointly Administered)
                                                    :
----------------------------------------------------------------x    Ref. Docket Nos. 8254 - 8259

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2010, I caused to be served the:

    a) "Notice of Forty Sixth Supplemental List of Ordinary Course Professionals," dated April 12, 2010 [Docket No. 8254],

    b) "Affidavit and Disclosure Statement of Martin Phelan, on Behalf of William Fry Tax Advisors Limited," filed April 12, 2010 [Docket No. 8255],

    c) "Affidavit and Disclosure Statement of Rajeshree Sabnavis, on Behalf of BMR & Associates," filed April 12, 2010 [Docket No. 8256],

    d) "Affidavit and Disclosure Statement of Dr Stephan Pfenninger, on Behalf of Tax Partner AG," filed April 12, 2010 [Docket No. 8257],

    e) "Affidavit and Disclosure Statement of Benjamin (Byung-Ok) Kim, on Behalf of Sojong Partners," filed April 12, 2010 [Docket No. 8258], and

    f) "Affidavit and Disclosure Statement of Rolf Lindsay, on Behalf of Walkers," filed April 12, 2010 [Docket No. 8259],

    by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

b) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
14th day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\OCP Aff Docket Nos. 8254-8259_AFF_4-12-10.doc

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

**Exhibit B – Additional Parties**

1. Martin Phelan, on Behalf of William Fry Tax Advisors Limited:
   sonya.manzor@williamfry.ie (Docket Nos. 8254 & 8255 only)

2. Rajeshree Sabnavis, on Behalf of BMR & Associates:
   Jignesh.Shah@bmradvisors.com (Docket Nos. 8254 & 8256 only)

3. Dr Stephan Pfenninger, on Behalf of Tax Partner AG:
   stephan.pfenninger@taxpartner.ch (Docket Nos. 8254 & 8257 only)

4. Benjamin (Byung-Ok) Kim, on Behalf of Sojong Partners:
   sekim@sojong.com (Docket Nos. 8254 & 8258 only)

5. Rolf Lindsay, on Behalf of Walkers:
   lucy.aiken@walkersglobal.com (Docket Nos. 8254 & 8259 only)

**Exhibit "C"**

## **Exhibit C – U.S. Trustee and Chambers**

1. OFFICE OF THE US TRUSTEE
   ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
   BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
   33 WHITEHALL STREET, 21ST FLOOR
   NEW YORK, NY 10004

2. UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ATTN: THE HONORABLE JAMES M. PECK
   ONE BOWLING GREEN, COURTROOM 601
   NEW YORK, NY 10004