FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York  11556-1320
Tel:    (516) 227-0700
Fax:    (516) 227-0777
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan

*Attorneys for Capital One, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
Lehman Brothers Holdings, Inc., *et al.*,                 :    Case No. 08-13555 (JMP)
                                                          :
                    Debtors.                              :
                                                          :    Jointly Administered
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned attorney for movant Capital One, N.A. hereby certifies that a true and correct copy of (i) the *Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001*, (ii) *Notice of Hearing*, (iii) *Declaration of Peter G. Mace in Support of Motion for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001*, and (iv) *Proposed Order* [Doc. No. 8425], was served on April 16, 2010 upon the parties identified in the attached Exhibit "A" by first class mail, postage prepaid and on April 16, 2010 upon the parties identified on the attached Exhibit "B" by electronic mail through the CM/ECF system.

Dated:  Uniondale, New York
         April 16, 2010

                                      **FARRELL FRITZ, P.C.**

                    By:    /s/ Robert C. Yan                                    .
                          Louis A. Scarcella
                          Darren A. Pascarella
                          Robert C. Yan
                          1320 RXR Plaza
                          Uniondale, New York 11556-1320
                          Tel:    (516) 227-0700
                          Fax:    (516) 227-0777

                          *Attorneys for Capital One, N.A.*

Interwoven\1398419.1

**EXHIBIT A**

**Via First Class Mail, Postage Prepaid**

Shai Y. Waisman, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil Gothshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Judah Lifschitz, Esq.
Shapiro Lifschitz & Schram
1742 N. Street, N.W.
Washington, D.C. 20036

See attached Master Service List (as of 4/2/10) for additional parties served.

## EXHIBIT B

**<u>Via E-mail (through CM/ECF System)</u>**

See attached Notice of Electronic Filing for parties.

Interwoven\1398419.1