**Prior Interim Applications Filed:**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 10, 2009 / Docket No. 3340 | September 15, 2008 – January 31, 2009 | $2,129,413.50 | $41,113.30 | $1,916,472.15[1] | $41,113.30 |
| August 14, 2009 / Docket No. 4826 | February 1, 2009 - May 31, 2009 | $820,579.50 | $28,104.76 | $738,521.55[2] | $28,104.76 |
| December 12, 2009 / Docket No. 6204 | June 1, 2009 – September 30, 2009 | $2,248,453.00 | $144,241.20 | $2,194,557.03[3] | $121,262.10 |

---

[1]   This includes a voluntary reduction in fees of $9,299.00 made at the request of the Fee Committee.

[2]   The Fee Committee has argued, among other things, that there should be a reduction in fees incurred in connection with the preparation and prosecution of Quinn Emanuel's fee statements and applications.  Quinn Emanuel disagrees with the arbitrary reduction imposed by the fee committee and reserves all rights to seek those fees at the appropriate time.

[3]   The Fee Committee has argued, among other things, that there should be a reduction in fees incurred in connection with the preparation and prosecution of Quinn Emanuel's fee statements and applications.  Quinn Emanuel disagrees with the arbitrary reduction imposed by the fee committee and reserves all rights to seek those fees at the appropriate time.