Case No.:  08-13555(JMP)

Case Name: In re Lehman Brothers

Holdings, Inc., et al.

**CURRENT FEE PERIOD:**
**October 1, 2009 to January 31, 2010**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | April 16, 2010, Docket No. [--] | $2,829,628.18 | | $191,748.74 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |