**Hearing Date: April 26, 2010, 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: April 23, 2010, 4:00 p.m. (prevailing Eastern Time)**

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| In re | SIPA Proceeding Case No. |
| LEHMAN BROTHERS INC., | 08-01420 (JMP) |
| Debtor. | |

**NOTICE OF HEARING ON MOTION BY BARCLAYS CAPITAL INC. FOR AN ORDER COMPELLING DOCUMENTS FROM LBHI, THE TRUSTEE, THE CREDITORS' COMMITTEE AND THEIR FINANCIAL ADVISORS DELOITTE, FTI, ALVAREZ & MARSAL, AND HOULIHAN LOKEY**

**PLEASE TAKE NOTICE** that upon the motion of Barclays Capital Inc., by and through its undersigned counsel, the undersigned will move this Court before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York on April 26, 2010, at 10:00 a.m. for entry of an order pursuant to Federal Rule of Civil Procedure 37, made applicable by Federal Rule of Bankruptcy Procedure 7037, compelling Lehman Brothers Holding Inc. ("LBHI" or the "Debtor"), the Trustee in the Securities Investor Protection Act proceedings (the "Trustee"), the Official Committee of Unsecured Creditors of LBHI (the "Committee"), Deloitte & Touche LLP, Houlihan Lokey, Alvarez & Marsal, and FTI to produce documents in response to Barclays' document requests and subpoenas.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested, if any, shall be served upon: (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Boies, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022 (Attn: Jonathan D. Schiller, Hamish P.M. Hume, and Jack Stern), attorneys for Barclays Capital Inc.; (iii) Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera); (iv) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn: Robert W. Gaffey) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow), attorneys for Debtor and Alvarez & Marsal; (v) Quinn Emanuel Urquhart Oliver & Hedges LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: James Tecce) and Milbank Tweed Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne), attorneys for the Official Committee of Unsecured Creditors, Houlihan Lokey, and FTI; (vi) Hughes Hubbard &