# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc.,     Case Nos. 08-13555
                                                                              Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Straumur-Burdaras Investment Bank HF |
|---|---|
| Name of Transferee | Name of Transferor |

Claim No.: 10411

Transferred Claim: $111,901,960.00

Name and Address where notices to Transferee
should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Ronald Torok
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Merrill Lynch Credit Products, LLC

By: _____      Date: 4/16/10
Name: Ronald Torok
Title: Vice President

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Straumur-Burdaras Investment Bank HF, a corporation, located at Borgartun 30, 105 Reykjavik, Iceland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices at Bank of America Tower, 3rd Floor, One Bryant Park, New York, New York 10036 ("Buyer"), all rights, title and interest in and to the claim (Claim No. 10411) of Seller against Lehman Brothers Holdings Inc., in the amount of $111,901,960.00 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Buyer (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Buyer.

*[signature page follows]*

- 14 -

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of April, 2010.

**SELLER:**

STRAUMUR-BURDARAS INVESTMENT BANK HF

By: _Arno G. Tyggvadillir_          _Rognor I. Jonasson_
Name:                               _Rognvi Sigurir  BC chairman_
Title:

**BUYER:**

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _[signature]_
Name: Ronald Torok
Title: Vice President
Address: Bank of America Tower – 3rd Floor
         One Bryant Park
         New York, NY 10036

Attention: Jeffrey Benesh and Ronald Torok
Telephone: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@ml.com

- 15 -