WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                        :
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    **08-13555 (JMP)**
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING TO
CONSIDER DEBTORS' MOTION PURSUANT TO BANKRUPTCY
RULE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY IN
CONNECTION WITH A REPURCHASE TRANSACTION WITH FENWAY CAPITAL,
LLC AND A COMMERCIAL PAPER PROGRAM WITH FENWAY FUNDING, LLC**

**PLEASE TAKE NOTICE** that at the request of the Official Committee of Unsecured Creditors (the "Committee") in the above referenced chapter 11 cases, the Debtors have agreed to adjourn the hearing to consider the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection With a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC* [Docket No. 7831] (the "Fenway Motion"), scheduled for April 20, 2010 at 10:00 a.m. (Prevailing Eastern Time), to **May 12, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that the "SunCal Debtors" have filed a *Request of SunCal Debtors for Adjournment of Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and A Commercial Paper Program with Fenway Funding, LLC* [Docket No. 8375] seeking a continuance of the hearing on the Fenway Motion. To the extent the SunCal Debtors seek to the delay resolution of the Fenway Motion beyond May 12, 2010, the Debtors oppose the request. The matters raised by the Fenway Motion have been fully briefed any further delay would not serve the interests of justice.

Dated: April 20, 2010
      New York, New York

      /s/ Alfredo R. Pérez
      Alfredo R. Pérez

      WEIL, GOTSHAL & MANGES LLP
      700 Louisiana Street, Suite 1600
      Houston, Texas 77027
      Telephone: (713) 546-5000
      Facsimile: (713) 224-9511

      Attorneys for Debtors
      and Debtors in Possession