B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

FILED
BANKRUPTCY COURT
2010 APR 14  P 4: 02
S.D. OF N.Y.

In re <u>Lehman Brothers Holdings Inc.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>King Street Acquisition Company, L.L.C.</u>
Name of Transferee

<u>Deutsche Bank AG, London</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>12139</u>
Amount of Claim: <u>$21,192,943.00</u>
Date Claim Filed: <u>9/14/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Trade Claims
King Street Acquisition Company, L.L.C.
65 East 55th Street, 30th Floor
New York, New York 10022
Phone: <u>212-812-3140</u>
Last Four Digits of Acct #: <u>1633</u>

Phone: <u>+44 (20) 754-72400</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

AMR-249514-v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**KING STREET ACQUISITION COMPANY, L.L.C.**
By: King Street Capital Management, L.P.
   Its Manager
By: King Street Capital Management GP, L.L.C.
   Its General Partner

By: _____        Date: ___4/13/2010___
       Transferee/Transferee's Agent

Jay Ryan
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AMR-249514-v1

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 12139

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**KING STREET ACQUISITION COMPANY, L.L.C.**
65 East 55th Street, 30th Floor
New York, NY 10022
Attn:   Trade Claims
Tel:    212-812-3140
e-mail: TradeClaims@kingstreet.com

its successors and assigns ("Buyer"), all right, title and interest in and to $21,192,943.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as claim number 12139 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 4/13 2010.

**DEUTSCHE BANK AG, LONDON**

By: _____
Name:
Title:
    Michael Sutton
    Managing Director

By: _____
Name:
Title:
    Duncan Robertson
    Director