Steven Wolowitz
Brian Trust
Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Defendants. | **Adversary Proceeding No. 09-01177 (JMP)** |
| LIBRA CDO LIMITED, by BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS SPECIAL FINANCING, INC.,<br><br>Defendant. | **Adversary Proceeding No. 09-01178 (JMP)** |

17627578

**CERTIFICATE OF SERVICE**

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to these actions, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on April 19, 2010, I caused copies of the (i) Notice of Motion to Withdraw (the "Notice"), and (ii) Memorandum of Law in Support of Motion to Withdraw (the "Memorandum") to be served by hand delivery upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq., Paul K. Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

I further certify that on April 16, 2010, I caused copies of the Notice and Memorandum to be served by first class mail upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq., Ralph I. Miller, Esq., and Robert J. Lemons, Esq.), (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), (iii) Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 (Attn: Eric Winston, Esq.), and (iv) Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309 (Attn: John C. Weitnauer, Esq.).

I further certify that on April 16, 2010, I caused copies of the Notice and Memorandum to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
April 19, 2010

/s/ James Hennessey
James Hennessey