WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON APRIL 20, 2010 AT 10:00 A.M.</u>**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I. <u>CONTESTED MATTERS</u>:

1. Debtors' Motion for Authorization to Purchase and Sell Notes Issued by Certain Special Purpose Vehicles **[Docket No. 7920]**

    <u>Response Deadline</u>: April 13, 2010 at 4:00 p.m.

    <u>Responses Received</u>:

     A. Objection of U.S. Bank National Association, as Trustee **[Docket No. 8282]**

     B. Debtors' Reply **[Docket No. 8456]**

    <u>Related Documents</u>:

     C. Statement of Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 8430]**

Status: This matter is going forward.

## II. CLAIM MATTERS:

### A. Matters to be Argued

2. Motion of Simeon Moreno to Confirm Termination or Absence of Stay (Simeon Moreno's Motion for Declaration That the Automatic Stay Does Not Apply and That His Claims Constitute Administrative Expenses of the Estate) **[Docket No. 7924]**

    Response Deadline:   April 16, 2010 at 4:00 p.m.

    Responses Received:

        A.   Debtors' Objection **[Docket No. 8407]**

    Related Documents:   None.

    Status: This matter is going forward.

3. Motion of Simeon Moreno to (1) Deem Proof of Claim as Timely Filed; (2) for Relief from the Automatic Stay; (3) for Permission to Attend Hearing via Telephone Conference; and (4) for Exemption from Service Requirements as to Certain Parties in the Master Service List **[Docket No. 7366]**

    Response Deadline:   April 15, 2010 at 4:00 p.m.

    Responses Received:

        A.   Debtors' Objection **[Docket No. 8407]**

    Related Documents:   None.

    Status: This matter is going forward.

4. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

    Response Deadline:   April 16, 2010 at 4:00 p.m.

    Responses Received:

        A.   Debtors' Objection **[Docket No. 8354]**

    Related Documents:   None.

    Status: This matter is going forward.

B. **Matters on Submission**

5. Motion of Pacific Life Insurance Company to File Proof of Claim After Claims Bar Date **[Docket No. 5599]**

   Response Deadline: November 10, 2009 at 12:00 p.m.

   Responses Received:

       A. Debtors' Objection **[Docket No. 5773]**

       B. Joinder of Official Committee of Unsecured Creditors **[Docket No. 5820]**

   Related Documents:

       C. Joseph J. Tortorelli in Support of Motion of Pacific Life Insurance Company **[Docket No. 5939]**

       D. Debtors' Supplement to Objections **[Docket No. 5960]**

   Status: This matter is going forward as a status conference.

6. Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date **[Docket No. 6150]**

   Response Deadline: January 13, 2010 at 10:00 a.m.

   Responses Received:

       A. Debtors' Objection **[Docket No. 6566]**

   Related Documents:

       B. Declaration of Samuel Stucki in Support of the Joint Motion **[Docket No. 6343]**

   Status: This matter is going forward as a status conference.

7. Motion of Pennsylvania Public School Employees' Retirement System for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim **[Docket No. 6558]**

   Response Deadline: February 3, 2010 at 4:00 p.m.

   Responses Received:

       A. Debtors' Objection **[Docket No. 6974]**

Related Documents:

- B. Reply of Pennsylvania Public School Employees' Retirement System **[Docket No. 7011]**

- C. Supplement to Motion of Pennsylvania Public School Employees' Retirement System **[Docket No. 8092]**

Status: This matter is going forward as a status conference.

8. Motion of Dynegy Power Marketing Inc. for Entry of an Order that its Timely Filed Guarantee Questionnaire be Deemed a Timely Filed Proof of Claim **[Docket No. 7008]**

    Response Deadline: March 10, 2010 at 12:00 p.m.

    Responses Received:

    - A. Debtors' Omnibus Objection **[Docket No. 7499]**

    - B. Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

    Related Documents:

    - C. Reply to Motion of Dynegy Power Marketing Inc. **[Docket No. 7589]**

    Status: This matter is going forward as a status conference.

9. Amended Motion of Tensor Opportunity Limited to Permit it to File a Late Proof of Claim **[Docket No. 7162]**

    Response Deadline: March 10, 2010 at 5:00 p.m.

    Responses Received:

    - A. Debtors' Omnibus Objection **[Docket No. 7499]**

    - B. Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

    Related Documents: None.

    Status: This matter is going forward as a status conference.

10. Motion to Authorize Santa Fe Entities to Treat Their Claims as Timely Filed **[Docket No. 7144]**

   Response Deadline: March 10, 2010 at 4:00 p.m.

   Responses Received:

   A. Debtors' Omnibus Objection **[Docket No. 7499]**

   B. Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

   Related Documents:

   C. Santa Fe Entities Reply to the Omnibus Objection **[Docket No. 7558]**

   Status: This matter is going forward as a status conference.

11. CVI GVF (LUX) Master S.A.R.L.'s Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed **[Docket No. 7290]**

   Response Deadline: March 10, 2010 at 4:00 p.m.

   Responses Received:

   A. Debtors' Omnibus Objection **[Docket No. 7499]**

   B. Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection **[Docket No. 7544]**

   Related Documents:

   C. CVI GVF (LUX) Master S.A.R.L.'s Reply to the Omnibus Objection **[Docket No. 7559]**

   Status: This matter is going forward as a status conference.

**III. ADJOURNED MATTERS:**

12. Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC **[Docket No. 7831]**

    Response Deadline: April 7, 2010 at 4:00 p.m.

    Responses Received:

A. SunCal Debtors' Joint Opposition **[Docket No. 8105]**

B. Limited Joinder of Steven M. Speier, Chapter 11 Trustee, in the Opposition of SunCal Debtors **[Docket No. 8252]**

Related Documents:

C. Declaration of Alfredo R. Perez in Support of Order to Show Cause **[Docket No. 7836]**

D. Order to Show Cause **[Docket No. 7839]**

E. Statement of Official Committee of Unsecured Creditors **[Docket No. 8220]**

F. Debtors' Response **[Docket No. 8260]**

G. Declaration of Robert Roesch in Support of Debtors' Response **[Docket No. 8261]**

H. Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee **[Docket No. 8273]**

Status: This matter has been adjourned to May 12, 2010.


Dated: April 19, 2010
      New York, New York

                                       /s/ Shai Y. Waisman
                                       Shai Y. Waisman

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession