# DICKSTEINSHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

April 19, 2010

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Weil Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, NY 10153

Re:   Claim Numbers:   31955 and 62855
      *In re* Lehman Brothers Holdings Inc.
      Case No. 08-13555 (JMP)

To Whom It May Concern:

Please change the address of record for the above referenced claims for my colleague Sam J. Alberts, Esq., counsel for the above-referenced claimant, from his former firm of White & Case, to his new address at Dickstein Shapiro:

Great Bay Condominium Owners Association
Attn: Sam J. Alberts
c/o Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403
(202) 420-3616
AlbertsS@DicksteinShapiro.com

Sincerely,

Shaya M. Berger
212-277-6746