Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU
United Kingdom
Tel: +44 1442 869 055
Email: deepsagar@hotmail.com

April 11th 2010

*Under certificate of posting*

The Chambers of the Honorable James M Peck, One Bowling Green, New York, NY 10004, Courtroom 601
cc: Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Shai Waisman, Esq)
The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st floor, New York, NY 10004 (Attn: Andy Velez-Rivera Esq, Paul Schwartzberg Esq, Brian Masumoto Esq, Linda Riffkin Esq, Tracy Hope Davis Esq)
Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F Dunne Esq, Dennis O'Donnell Esq, Evan Fleck Esq)

Dear Sirs

**In re LEHMAN BROTHERS HOLDINGS INC, et al, Debtors Chapter 11 Case no 08-13555 (JMP) (Jointly Administered)**

Thank you for the notice of hearing on Debtors' Fifth Omnibus dated April 1st 2010 regarding Objection to Claims (Amended and Superseded Claims).

We object to the claim number 472 dated 11/3/2008 being disallowed and expunged. Instead we would be happy for claim number 6572 dated 7/28/2009 to be disallowed and expunged because we filed it under the misunderstanding that you needed confirmation of our previous claim. We apologise for any inconvenience caused to you and would be grateful for your understanding.

Sincerely

Deep Sagar        Meera Sood Sagar

RECEIVED
APR 16 2010
U.S. BANKRUPTCY COURT, SDNY
JMP