**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 8384-8386**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK　　) 
　　　　　　　　　　　) ss.: 
COUNTY OF NEW YORK　)

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2010, I caused to be served the:

   a) "Notice of Forty Seventh Supplemental List of Ordinary Course Professionals," dated April 16, 2010 [Docket No. 8384], (the "Notice of OCP"),

   b) "Declaration and Disclosure Statement of Maria Teresa Fernandez Mateos, on Behalf of J&A Garrigues, S.L.P.," dated March 23, 2010 [Docket No. 8385], (the "Declaration of Mateos"),

   c) "Affidavit and Disclosure Statement of Mitchell J. Albert on Behalf of Albert & Will, LLP," dated  April 9, 2010 [Docket No. 8386], (the "Affidavit of Albert"),

   by causing true and correct copies to be:

   a) the Notice of OCP, Declaration of Mateos and Affidavit of Albert, delivered by email to those parties listed on the attached <u>Exhibit A</u>,

   b) the Declaration of Mateos, delivered by email to the party listed on the annexed <u>Exhibit B</u>,

   c)  the Affidavit of Albert, delivered by email to the party listed on the annexed <u>Exhibit C</u>, and

d)  the Notice of OCP, Declaration of Mateos and Affidavit of Albert enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos

Konstantina Haidopoulos

Sworn to before me this
20th day of April, 2010

/s/ Elli Petris

Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

-2-

**EXHIBIT A**

## Exhibit A - Counsel To The Official Committee Of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

**Exhibit C – Additional Party**

1.    J&A Garrigues, S.L.P: maria.teresa.fernandez.mateos@garrigues.com
       (Docket No. 8385)

**EXHIBIT C**

**Exhibit C – Additional Party**

1.      Albert & Will LLP: <u>malbert@awllp.com</u> (Docket No. 8386)

**EXHIBIT D**

**Exhibit D – U.S. Trustee and Chambers**

1.      OFFICE OF THE US TRUSTEE
        ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
        BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
        33 WHITEHALL STREET, 21ST FLOOR
        NEW YORK, NY 10004

2.      UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        ATTN: THE HONORABLE JAMES M. PECK
        ONE BOWLING GREEN, COURTROOM 601
        NEW YORK, NY 10004