UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :     08-13555 (JMP)
                                                                  :
                Debtors.                                          :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 7604, 8297, 8371

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                      ) ss.:
COUNTY OF HARTFORD    )

CRAIG FALLON, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2010, I caused to be served the following:

   I. "Forth Interim Fee Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Auditors and Tax Services Providers to the Debtors and Debtors-In-Possession for the Period from October 1, 2009 Through January 31, 2010," dated March 12, 2010, [Docket No. 7604]

   II. "Fourth Interim Application of Reilly Pozner LLP for Compensation and Reimbursement of Expenses," dated April 13, 2010 [Docket No. 8297]

   III. "Fourth Application of Bortstein Legal LLC, Special Counsel to the Debtors and Debtors In Possession, for Interim Allowance of Compensation," dated April 15, 2010, [Docket No. 8371],

delivered via electronic mail to the party listed on the annexed <u>Exhibit A</u>.

/s/ Craig Fallon
Craig Fallon

Sworn to before me this
20th day of April, 2010
/s/ Timothy C. Conklin
Notary Public, State of Connecticut
My Commission Expires May 31, 2014

EXHIBIT "A"

**<u>EMAIL ADDRESS</u>**

bmdeal@browngreer.com