Hearing Date:    May 3, 2010
Objections Date:    April 26, 2010

BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-2300
Facsimile:  (212) 446-2350
Jonathan D. Schiller
Hamish P. M. Hume
Jack G. Stern

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) |

**NOTICE OF HEARING OF MOTION *IN LIMINE* OF BARCLAYS CAPITAL INC. FOR AN ORDER EXCLUDING THE EXPERT TESTIMONY OF JOHN P. GARVEY, MARK E. SLATTERY, JOSEPH SCHWABA, JOHN J. SCHNEIDER, JOHN J. OLVANY, HARRISON J. GOLDIN, AND PROFESSOR MARK E. ZMIJEWSKI**

PLEASE TAKE NOTICE that a hearing on the Motion *In Limine* For An Order

Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J.

Schneider, John J. Olvany, Harrison J. Goldin, and. Professor Mark E. Zmijewski (the

"Motion"), filed by Barclays Capital Inc. ("Barclays"), will be held before the Honorable James

M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander

Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **May 3, 2010 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and specific grounds thereof, shall be filed with the Bankruptcy Court in accordance with General Order M-242 by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Jones Day, 222 East 41st Street, New York, New York, 10017 (attn: Robert W. Gaffey, William J. Hine and Jayant W. Tambe) and Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus), attorneys for Lehman Brothers Holdings, Inc.; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005 (attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck) and Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22d Floor, New York, New York 10010 (attn: Susheel Kirpalani and James C. Tecce), attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Hughes, Hubbard & Reed, LLP, One Battery Park Plaza, New York, New York, 10004 (attn:

William R. Maguire, Neil Oxford and Seth Rothman), attorneys for the SIP Trustee; (vi) Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022 (attn: Anton R. Valukas, Vincent E. Lazar, Robert L Byman, David C. Layden and Patrick J. Trostle), attorneys for the Examiner; and (vii) Boies, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, New York 10022 (attn: Jonathan D. Schiller, Hamish P.M. Hume and Jack G. Stern), attorneys for Barclays Capital Inc., so as to be filed and received no later than **April 26, 2010** (the "Objection Deadline);

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing;

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is received by the Objection Deadline, the relief requested shall be deemed unopposed and the Bankruptcy Court may enter and order granting the relief sought without a hearing; and

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:    New York, New York
          April 20, 2010

        Respectfully submitted,

        BOIES, SCHILLER & FLEXNER LLP

        By: /s/ Jonathan D. Schiller

        Jonathan D. Schiller
        Hamish P.M. Hume
        Jack G. Stern
        575 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 446-2300
        Facsimile: (212) 446-2350
        Attorneys for Barclays Capital Inc.