COPY FOR CLERK

Troy A. Uhlman                                                          April 12, 2010
2310 Battery Hill Circle
Woodbridge, VA 22191
(540) 907-3021

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (212) 668-5632

Re: Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan)

Attn: Clerk to the Honorable James M. Peck

Enclosed is a copy (and original) of a shareholder petition to request appointment of an Equity Committee in the
bankruptcy case of Lehman Brothers Holdings Inc., 08-13555.

The original is enclosed for presentation to the Honorable James M. Peck. Copies have been sent to the Debtors'
Counsel Weil Gotshal & Manges LLP and Debtors' Chief Restructuring Officers Alvarez & Marsal North America,
LLC.

If you have any questions please contact me at 540-907-3021 or thirtysomethinginvesting@gmail.com

Troy Uhlman

Enclosed:
Petition Request Package (Clerk Copy)
Petition Request Package (Original)

Copies:
(1) Chambers -- Original
(1) Clerk to the Honorable James M. Peck
(1) Weil Gotshal & Manges LLP
(1) Alvarez & Marsal North America, LLC



COPY FOR CLERK

ORIGINAL

Troy A. Uhlman                                                                                        April 12, 2010
2310 Battery Hill Circle
Woodbridge, VA 22191
(540) 907-3021



The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (212) 668-5632

Re: Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan)

Honorable James M. Peck

I am writing as the unofficial spokesperson for a group of concerned owners of Lehman Brothers Holdings Inc.
(LBHI) equity shares[1]. I am writing to request appointment of an Equity Committee (EC) to monitor any Chapter
11 Plan proposed by the Debtors or alternate plans proposed by any Creditor. To my knowledge we are the only
unrepresented LBHI Claim Class (Class 9 -- Equity Interest in LBHI) and are "not entitled to vote to accept or reject
the Plan"[2] as we are "conclusively deemed to have rejected the Plan"[2] as currently defined by Alvarez & Marsal
North America, LLC (A&M). I do not believe the current arrangement is in keeping with A&Ms philosophy that
"all interested parties have equal access to information and data concerning the Plan and that the prevailing principle
of full transparency continue."[3]

As an unofficial committee, we represent an Equity Interest with a par value of $354M, including deferred dividends
on the Preferred Shares Series, and nearly 11.5M shares of LBHI Common Stock. In addition, Preferred
Shareholders as a single class are authorized to elect two additional Directors to the Lehman Brothers Board of
Directors at the next shareholder meeting because more than six dividend payments have been deferred[4].

As you are aware the bankruptcy of Lehman Brothers Holdings Inc. was the largest in history. At the time of filing
LBHI listed assets of $639B and total debts of $613B[5]. What many are unaware is that a mere 39 days before the
filing LBHI issued a $0.17 dividend to its common shares[6]. In addition, two preferred series[7] were issued dividends
14 days before the bankruptcy filing. In the year leading up to the collapse, Lehman Brothers stock was trading at
nearly $59 per share. The resulting bankruptcy not only threw the financial world into a tailspin, it wiped out nearly
$50B in equity interests in LBHI as well. I don't believe it is unreasonable to request an accurate accounting of
where 'our' equity went and proper consideration in any plan of reorganization.

As a shareholder from before the bankruptcy filing, I have followed this case on a daily basis. For the most part I've
found the efforts of A&M to be commendable. I do however have significant reservations regarding the recently
filed Chapter 11 Plan and lack of up-to-date information, including the delayed Disclosure Statement. I am aware of
the complexities of the case and of the exorbitant cost of maintaining a standing army of highly paid lawyers and I
do not wish to further burden the court with unnecessary requests. However, I feel that the facts of this case merit
your prudent consideration.

---

[1] LBHI Common Stock, LBHI 5.94% Cumulative Preferred Stock Series C, LBHI 5.67% Cumulative Preferred Stock Series D, LBHI 6.50%
Cumulative Preferred Stock Series F, LBHI Floating Rate Cumulative Preferred Stock Series G, LBHI 7.95% Non-Cumulative Perpetual
Preferred Stock Series J, LBHI 8.75% Non-Cumulative Mandatory Convertible Preferred Stock Series Q, and LBHI 7.25% Non-Cumulative
Perpetual Convertible Preferred Stock Series P
[2] Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors filed 15 March 2010
[3] Preliminary Report on Chapter 11 Plan filed 29 March 2010
[4] LBHI 7.25% Non-Cumulative Perpetual Convertible Preferred Stock Series P IPO Prospectus
[5] Voluntary Petition (Chapter 11). Order for Relief Entered 15 September 2008
[6] Yahoo Finance Historical Prices -- http://finance.yahoo.com/q/hp?s=LEHMQ.PK
[7] LBHI 8.75% Non-Cumulative Mandatory Convertible Preferred Stock Series Q, and LBHI 7.25% Non-Cumulative Perpetual Convertible
Preferred Stock Series P

ORIGINAL                                             1

ORIGINAL

My primary concern is that it has already been "deemed" that Equity interests have rejected the Plan. Without either courtroom or backroom access, Equity interests would be quite easy to extinguish. While there is ultimately no dispute that Equity Interests are indeed Class 9, there is a concern given the unprecedented nature and complexity of the case that we simply don't have access to the information to make an ongoing informed investment decision. The Objection to the formation of LAMCO Motion by the UK Administration Companies echoes our sentiment "The UK Administration Companies do not dispute that the relief Debtors seek in the LAMCO Motion *could* eventually prove to be commercially reasonable and could eventually result in an overall benefit to creditors. The UK Administration Companies object to the LAMCO Motion at this time, however, **because there is insufficient information available to assess the merits of LAMCO in the context of Debtors' Plan**, and because there is **insufficient transparency regarding several aspects of LAMCO's implementation, including the governance** of LAMCO in connection with the business it will conduct with New Clients. [emphasis mine][8]"

In addition to the lack of representation, key tax benefits to the estate are tied to preserving ownership of LBHI. Since November 2008[9] there has been a trading restriction on Equity interests. I believe it is reasonable to request that the Debtors provide a specific plan for these tax benefits to justify maintaining the trading restrictions. If the estate ultimately chooses not to use these tax benefits, I request that all trading restrictions be lifted.

Since the original filing in September 2008, the composition of what makes up LBHI has significantly changed. As of 12 April 2010 the most current comprehensive balance sheet available is from June 2009. Much of the Chapter 11 Plan of LBHI relies on a tactic of delayed monetization of assets to maximize the value to the estate. Equity interests would like to participate in the same plan as Creditors albeit at an appropriately prorated value. If LBHI is proposing a plan to allow asset values to mature than by presumption any action to extinguish a Classes rights would be premature. Your Honor has given A&M great latitude in hedging and investment activity to either preserve or grow asset value. Equity Interest holders believe your decisions were prudent and likely represent our only opportunity for an eventual recovery.

Furthermore, there are myriad other issues regarding potential avenues to increase assets or decrease liabilities. Although I could go in great detail for each item, I know that your Honor is more than intimately familiar with them and likely expends every waking (and sleeping) second contemplating these issues. In the spirit of maintaining a reasonably sized request I will supply a list of items that I feel are likely to affect Equity value at some point in the future—LBHI's effort to recover assets from Barclays Bank PLC, continuing litigation against JP Morgan Chase, aggressive and continued reduction of claims against LBHI, tax benefits of the Net Operating Loss valued at ~$10B, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives, appreciating assets, and generally improving macro-economic conditions. It comes to no surprise that Creditors are willing to wait.

Your Honor, we simply wish to be heard and not assumed to be so insignificant that we can be swept under the rug. There are many recent cases (Chemtura, Tronox, Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) demonstrating the benefit of an Equity Committee as a potential safeguard against undue pressure and premature liquidation by the Debtors and Creditors. We currently do not have legal representation as many contacted firms are reluctant to take on such a complex case without prior appointment of the Equity Committee. Hence, we have taken it upon ourselves to contact the court directly. We appreciate your time and request that our communication to you be docketed (without the shareholder letters) in the hope of attracting further support.

*Troy Alexander Uhlman*

Troy Uhlman

---

[8] Objection to Motion (Docket No. 8043) dated 5 March 2010
[9] Order Signed 5 November 2008 (Docket No. 1386) and Motion to Approve (Docket No. 6699) and Order Signed 25 March 2010 (Docket No. 7826)

ORIGINAL

Copies have been sent to the Debtors' Counsel Weil Gotshal & Manges LLP and Debtors' Chief Restructuring
Officers Alvarez & Marsal North America, LLC.

Please note that some personalized letters were improperly addressed to the Trustee James W. Giddens.  This was an
unavoidable mistake and due to time constraints could not be fully corrected.

Enclosed:
Cover Letter to the Honorable James M. Peck (Original)
Shareholder letters (Original)

Copies:
(1) Chambers -- Original
(1) Clerk to the Honorable James M. Peck
(1) Weil Gotshal & Manges LLP
(1) Alvarez & Marsal North America, LLC

ORIGINAL                    3

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding the following shares of Lehman

1,000 shares of LEHDQ
300,000 shares of LEHJQ

 Please look into this matter

Thanking you


                                                            YOURS SINCERELY

                                                            SMITHA AIYAR
                                                            2452 W BAYSHORE RD#7
                                                            PALO ALTO · CA
                                                            94303
                                                            650-213-8773

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925
Fax: 001-845-477-8776

Dubai, March 24, 2010

**To**: The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

I, Mr. Wim J.M. Alen, am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect every shareholder's interests.

Today, March 24, 2010, I hold the following shares for my personal account:

LEHKQ                 2,000 shares

LEHPQ                 1,000 shares

Yours sincerely,

Wim J.M. Alen

Jumeirah Beach Residences

Bahar 5, app. 1204

Dubai, United Arab Emirates

+971 50 625 22 50 or +32 473 91 13 40

Email: wim.alen@yahoo.com

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925
Fax 845-477-8776

**March 24, 2010**

Attention: The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

I, along with other shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I hold 7,000,000 Shares of LEHMQ and 400,000 shares of LEHJQ.

Once again Honorable Peck, I feel it would be greatly appreciated as well as viewed as doing the right thing for and by the shareholders of this publicly traded company, if you would consider the appointment of an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. as soon as possible.

Sincerely and thank you,

Shannon Allen

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden


I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.


Shareholders have suffered egregious losses, and I feel it is necessary to
take any legal steps possible, as provided for by law, to protect our interests.


Holding at 6 April 2010 :


# LEHJQ : 115668 SHARES

**Lehman Brothers Holdings Inc. 7.95% Non-Cumulative
Perpetual Preferred Series "J"**


CONTACT INFORMATION
IVAN ALDEA ALVAREZ
STREET: MARINA Nº 43
VALLADOLID
SPAIN
CP: 47009
PHONE NUMBER : +34 633519781
EMAIL : trekzrltt@hotmail.com


SIGNATURE:

March 10, 2010

From:
Dhyan Appachu
10460 Roosevelt Blvd N, Ste 387
St Petersburg, FL 33716
Email: dhyan40@hotmail.com
Phone: 727-493-2214
Fax: 727-499-6945

To:
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

The shares I hold are:

116600 shares of LEHJQ -- 7.95% Non-Cumulative Perpetual Preferred Stock, Series J

Regards

Dhyan Appachu

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding the following shares of Lehman

100,0000 shares of LEHDQ
500,0000 shares of LEHJQ

Really appreciate your support  for restoring value to shareholders

Thanking you


                                        YOURS SINCERELY

                                        Sudhakar Aremanda
                                        1707 Deer creek dr
                                        Plainsboro,NJ-08536
                                        609-455-1635

The Office of the United States Trustee                                    March 23, 2010
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case. For my age (83) and overall financial condition I
have suffered far too much loss from what I was told would be a low risk
investment. I sacrificed most of the things I wanted to do in order to make this
investment, from the little money I made as telephone switchboard operator, with
the goal to just extend any semblance of a normal quality of life as long as I
possibly could. I realize that to many people the amount of money I lost was
probably negligible but when you're my age, retired on Social Security and you
were counting on it to just make it by a little while longer, it seems
insurmountable. Of course I would just like it to be worth anywhere closed to the
amount that I worked so hard to earn and invest but so would all the other
investors. So often in life the little people get stepped on without even a voice and
I feel that it is so important for there to be an Official Equity Committee to take
any legal steps to protect any interests/claims to money, property or rights that I
and others may be entitled to by law.

I currently hold 200 shares of LEHMQ which I intend to retain with the hopes that
an Official Equity Committee will be appointed and will diligently seek best legal
settlement of Lehman Brothers Holding Inc's assets on my behalf.

Thank you for your consideration and handling of this matter.

*Ida May S. Barnes*

Ida May S. Barnes

April 3, 2010

Rogelio Beltran
2000 David Ave Apt 26
Monterey, CA 93940

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers, Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I currently hold all my shares in a long position. I hold: LEHGQ- 200 SHARES, LEHJQ - 200 SHARES, LEHMQ - 100 SHARES,  LEHPQ - 8 SHARES, AND LHHMQ - 100 SHARES.

Sincerely,

*Rogelio Beltran*

Rogelio Beltran

Robert L. Biscardi
617 Sunrise Ave.
Winter Springs, FL 32708

TO:    The Honorable James M. Peck
       United States Bankruptcy Court
       One Bowling Green
       New York, NY 10004-1408
       Courtroom: 601
       Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. Equity owners of Lehman include Common Shares and Traditional Preferred Shares. These two are the only unrepresented classes.

I have followed this case on a daily basis. For the most part I've found the efforts of Alvarez and Marsal (A&M) to be commendable. I do however have significant reservations regarding the recently filed Chapter 11 Plan. Specifically, I find the lack of transparency regarding Equity Ownership of Lehman to be disturbing. At the time of filing, Lehman Brothers Holdings Inc. listed assets of $639B and total debts of $613B. I believe we are owed accurate accounting of where 'our' equity went and proper consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom representation. After doing significant research I have found numerous recent examples (Chemtura, Tronox, Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) where powerful creditors have attempted to unduly silence and prematurely wipeout equity interests. I am aware of the complexities of the case and I do not wish to further burden the court with unnecessary re~ ~ts. However, I feel that the facts of the case merit consideration. Much of the argument presented by A&M has ~ed on 'give us more time and we can get more for the estate.' While only a paraphrase I believe that the ~ e of their plan is properly conveyed. This plan is fundamentally flawed from an equity standpoint. If creditors a ~ ~g to wait to have the value of the estate maximized, why not equity too? Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, its no wonder that creditors are willing to wait. Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons, and probably the hundred I didn't list, that I urge you to appoint equity representation before any plan of reorganization is finalized.

I own the following Lehman Shares:

1000 LEHPQ

Robert L. Biscardi
4/11/10

The Honorable James M. Peck                          March 22, 2010
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings
Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York
(Manhattan) and request that you appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

The shares I hold:

LEHMQ:  3,000 SHARES

LBHGP:  300 SHARES

LEHCQ: 8,000 SHARES

LEHDQ:  2,000 SHARES

LEHGQ:  8,000  SHARES

LEHJQ:  150,000 SHARES

LEHPQ:  2,300 SHARES

Thank you your honor for taking the time to read my letter to you.

Glenn A. Blaze

*Glenn A. Blaze*

245 Red Hill Road
Middletown, New Jersey, 07748



March 20, 2010

The Office of the United States Trustee
33 Whitehall Street
21 sty Floor
New York, NY   10004

Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Giddens:
    I request that you appoint an Official Equity
Committee in the Lehman Brothers Holding Inc.

Bankruptcy Case.
    I am a shareholder and the shareholders have
suffered incredible losses. I feel it is absolutely necessary
to take any legal steps possible, as provided by law,
to protect our interests.
    Thank you very much for your assistance.
I hold Lehman Capital Trust shares as well as other
Lehman preferred shares.
                        Sincerely,
                        Samuel E. Benjamin

MARCH 20, 2010

GLENN BLAZE
245 RED HILL ROAD
MIDDLETOWN, NEW JER
07748

ATTENTION: U.S. TRUSTEE

DEAR MR. JAMES W. GIDDEN,

I REQUEST YOU APPOINT AN OFFICAL EQUITY Committee IN THE LEHMAN BROTHERS HOLDINGS INC. BANKRUPTY CASE.

SHAREHOLDERS HAVE SUFFERED EGRECIOUS LOSSES, AND I FEEL IT IS NECESSARY TO TAKE ANY LEGAL STEPS POSSIBLE, AS PROVIDED BY LAW, TO PROTECT OUR INTERESTS.

A LIST OF MY HOLDINGS FOLLOWS:

LBHGP,     300 SHARES
LEHCQ,   8,500 SHARES
LEHDQ,   2,000 SHARES
LEHGQ,   8,000 SHARES
LEHFQ,   8,000 SHARES
LEHJQ,  150,000 SHARES
LEHKQ,  20,000 SHARES
LEHLQ,  25,000 SHARES
LEHMQ,   3,000 SHARES
LEHNQ,  40,000 SHARES
LEHPQ,   2,300 SHARES
LHHMQ,  40,000 SHARES

I ASK YOU ONCE AGAIN MR. GIDDEN TO PLEASE HELP US IN OUR PLIGHT.
THANK YOU FOU YOUR TIME.

Glenn A. Blaze
245 RED HILL ROAD
MIDDLETOWN, N.J. 07748

MARCH 8, 2010

DEAR MR. JAMES W. GIDDEN,

I REQUEST THAT YOU APPOINT AN OFFICIAL Ecquity Committee IN THE LEHMAN BROTHERS Holding INC. BANKRUPTCY CASE.

SHAREHOLDERS HAVE SUFFERED EGREGIOUS LOSSES, AND I FEEL IT IS NECESSARY TO TAKE ANY LEGAL STEPS POSSIBLE, AS PROVIDED FOR BY LAW, TO PROTECT OUR INTERESTS.

THANKS FOR STANDING UP FOR US!

Glenn A. Blaze

GLENN A. BLAZE
245 RED HILL ROAD
MIDDLETOWN, N.J.
          07748

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and
request that you appoint an Official Equity Committee to represent and protect the rights
of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

120,000 shares – LEHMQ.PK

Sincerely,

Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640
720-394-3261

The Office of the United States Trustee                     3/12/2010
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered terrible losses and personal hardship. I feel it is
necessary to take any legal steps possible, as provided for by law, to protect our
interests.

We have our life savings invested in Lehman's and it has been devastating to
watch it plummet and to live with the daily stresses of the unknown.

I have almost 450,000 shares in LEHJQ, and a small amount of LEHFQ.

Please help all shareholders who have been negatively impacted by past and
recent events.

I can be contacted for questions or comments:

Glenn A. Bostic
2607 Swailes Rd.
Troy, Ohio 45373

Home 937-916-5592
Cell 937-638-4030

Best Regards,

Glenn A. Bostic

*Glenn A. Bostic*    3-12-10

3/21/10

To the Attention of Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests. I am a current shareholder of LEHMQ with 25,750 shares. I am hoping there is some salvation and protection to my investment.

Thank you for consideration, understanding and time to this matter.

Sincerely,

*Kristi Brim*

Kristi Brim

Kristi Brim
12421 Riverside Dr. #2
Valley Village, CA
91607

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I currently own the following Lehman Securities:

LEHKQ – 40,000 shares
LEHLQ – 10,000 shares
LEHJQ – 7,000 shares

If need be, I can be contacted at:

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379
646-352-2771
joebrunetti@hotmail.com

Thank you for your time and consideration regarding this matter.

Respectfully Yours,                                    3/23/2010
Joseph P. Brunetti

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.

Bankruptcy Case. Shareholders suffered egregious losses, and I feel it is necessary to take any

legal steps possible, as provided for by law, to protect our interests. This letter represents our

thoughts and concerns over this matter and our interests as current shareholders.

LHHMQ-1000 Shares

Please allow those of us with invested interests in this company a chance to be heard.

Contact information is:

Arcmusic98@gmail.com

Sincerely,

Adam Chadwick (Shareholder)

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.

Bankruptcy Case. Shareholders suffered egregious losses, and I feel it is necessary to take any

legal steps possible, as provided for by law, to protect our interests. This letter represents our

thoughts and concerns over this matter and our interests as current shareholders.

LEHJQ-25,000

LHHMQ-1550

LEHLQ-2000

LEHGQ-10,000

Please allow those of us with invested interests in this company a chance to be heard.

Contact information is:

24479 State Hwy PP

Skidmore, MO 64487

Sincerely,

John & Billie Chadwick (Shareholder)

**Jason C. Chapin**
**23 Petersville Road**
**Mount Kisco, NY 10549**

March 18, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden:

I request that you appoint an official Equity Committee in the Lehman Brothers Holding Inc. bankruptcy case.

A substantial number of shareholders have suffered egregious losses, and I feel it is necessary to take any and all legal steps necessary, as provided for by law, to protect our interests.

My wife and I have already lost in excess of $25,000 dollars that we invested in Lehman common stock. We are now left with 105,000 shares of LEHJQ.PK preferred shares and fear that without your help in creating an official Equity Committee we will once again be victimized.

It is impossible to undo all the wrongs that led to Lehman's bankruptcy. However, I have great confidence that you will do what is within your power to make sure that all the shareholders will be protected for the remainder of the bankruptcy proceedings.

Sincerely,

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

As a Lehman shareholder, I respectfully request that you appoint an Official Equity
Committee in the Lehman Brothers Holding Inc. Bankruptcy Case. My fellow
shareholders and I have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I hold 86,140 LEHJQ shares.

I can be reached at:
(410) 796-3381 (night)
(410) 765-0694 (day)

Signed,

Daniel Allen Clute
6604 Ducketts Lane

Elkridge, MD 21075

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255
Attn: Andrew D. Velez-Rivera, Esq.

March 15,2010

Dear Mr.James W.Glidden:

I ask that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. bankruptcy case.
I am many other shareholders have sustained grevious losses and I request
that all shareholder interest be protected by all available legal remedies.
I own the following shares:

| LEHLQ HL... | LEHMAN BR | 20,000 shares | | |
| LEHPQ | LEHMAN BRO HLDG 7.25%PFDSER P CONV PFD | LEHMAN BRO H... | 519 shares | |
| LEHJQ | LEHMAN BROS 7.950% J PFDNON CUM PERPETUAL PFD SUBJ TO XTRO REDEMPTION | LEHMAN BROS ... | 100,000 | shares |

Very truly yours,

Thomas M.Cockrell
2701 Brandon Rd.
Upper Arlington,Ohio 43221
Phone:614-481-0087

*Faxed 3/11/2010*

To: US Trustee

c/o finesse Inc

P.O. Box 1828

Greenwood Lakes, NY 10925

Attn:  Mr. James W Gliddens,

My Name is Mark A Crigler and I reside at 1904 Oak Leaf Ct Mobile, Al 36609.

I own 82,898 shares of LEHJQ preferred stock.

If you have any question regarding these shares I can be reached at (251) 665-0396

Mark A Crigler

3/11/2010

To Lehman Sec.
c/o US Trustee
Mr. James W. Giddens

Stanley Czajka
488 NW 8th St.
Boca Raton Fl. 33432

I hold 20,400 shares of LEMHQ

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152
March 30, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck:

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I currently hold 10,000 shares of LEHGQ.

Thank you,


Fran DeLaura
(703) 451-5407

**Colombo DeAgazio**

**10003 Ambassador Drive**

**Westborough, MA 01581**

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Respectfully yours,

Colombo DeAgazio

1244 SE 22 Avenue
Ocala, Fl 34471
April 6, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10004-1408
Courtroom: 601

RE: Lehman Brothers Holdings, Inc., 08-13555,USBC
Claim # 11069 $1,100,000.
Claim # 11068 $   50,000.

Honorable James M. Peck,

I am writing to request  that you appoint an Official Equity Committee to represent and
protect the rights of the equity owners of Lehman Brothers Holdings, Inc.. I have filed the
above cited claims with respect to my holdings of  Lehman Brothers Holdings,  Inc. 7.5%
Series P Convertible Preferred Stock.

I wanted to thank you for your efforts to determine whether or not I was in your Court on
June  6th, last year. I'm living in Florida now and was dissuaded from coming to New
York by attorneys from the Pension Benefits Trust Corporation and the Weil law firm.
I was given to understand that separate claim was not germane to the Lehman pension
resolve.

I can't tell your Honor how shocked I was to read of the Lehman accounting
machinations of "Repo 105" and the questionable behavior of Ernst and Young, who
gave their approval of the  SEC filings with regard to the Lehman Preferred stock I
put a considerable amount of my savings into. Please consider an Official Equity
Committee with the interests of persons like myself  getting treatment expected by
Bond holders.

Again, thank you for your courtesy with regard to my last submission.

Respectfully yours,

George E. Di Russo

March 25, 2010

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

Fax 845-477-8776

FOR:


The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings
Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York
(Manhattan) and request that you appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

Currently I am invested in LEHJQ in the amount of 6500 shares.

Thank you for your consideration in this matter.

Sincerely,

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI. 49024
269-329-7054

The Office of the United States Trustee.
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I am holding the following shares of Lehman

5000 shares of LEHJQ
25000 shares of LEHLQ


Really appreciate your support for restoring value to shareholders

Thanking you


                                        YOURS SINCERELY

                                        D. Kavitha

                                        Kavitha Duddukuri
                                        25 Capri Dr,
                                        Johnston, RI 02920
                                        401-580-4341

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I was holding the following shares of Lehman

72055 shares of LEHJQ
15000 shares of LEHLQ
4000 shares of LEHDQ
10000 shares of LHHMQ

Really appreciate your support for restoring value to shareholders

Thanking you

YOURS SINCERELY

Sridhar B Duddukuri
30P Reading Road
Edison, NJ, 08817
732-579-7015

# James Eason

2100 Jackson Street
San Francisco, CA. 94115
Tel: 415-728-6953

March 9, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I am a long term investor and shareholder in Lehman Brothers with 200,000
shares of common stock in LEHMQ.  It is my hope that Lehman Bros will return
to a fully operating company and continue with their long history of serving the
US and world financial markets.

With the very best regards,

James Eason
VP & COO
Blue Angel Spirits LLC
Tel: 415-728-6953
Email: jimbo.eason@gmail.com