# LANCE EDWARDS
# 9 CATSKILL ROAD
# MONROE, NY  10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
(212) 510-0500
(212) 668-2255 fax
Attn:  Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own the following stocks:

    LEHJQ    50,000

Thank you for your time.

Sincerely,

Lance Edwards

# PAUL EDWARDS
# 9 CATSKILL ROAD
# MONROE, NY  10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
(212) 510-0500
(212) 668-2255 fax
Attn:  Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own the following stocks:

    LEHJQ    50,000

Thank you for your time.

Sincerely,

Paul Edwards

Dear Mr. James Gidden

I would like to request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case. Shareholders have suffered huge loses, & I feel it is necessary to take any legal steps possible, as provided ~~by~~ for by law, to protect our interests. I personally have the majority of my money from my last deployment to Iraq invested in this company an feel I have earned the right for my interests to ~~p~~ be protected.

Best Regards,

Sgt. Matthew Eller
USMCR

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered enormous losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.  I believe
what has happened is an outrage; it should not be permitted for companies to
manipulate other companies into bankruptcy to "steal" money from investors.  I
personally own 100 shares of LEHPQ stock, and would feel as if I had been taken
advantage of by these companies if I were to have to forfeit my investment
because of a well deployed business scandal.  Please consider my request for the
appointment of an Official Equity Committee in this case.



Sincerely,
Brian Ellis



Brian Ellis
407 N 10th Ave
Pocatello, ID 83201
(208) 241-3220

Ercan Eren                                          Date: 03/29/2010
Address: Sudetenstr. 42
Postal Code: 89233,
City: Neu-Ulm
Germany
email: ercan.eren@gmx.de


The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S.
Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity
Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as
provided for by law, to protect our interests.

My current holdings of preferred shares are:

LEHJQ: 28500 shares


With kind regards,


_____

(Signature)

Matteo Etemad
2037 White Cedar Lane
Waxhaw, NC 28173

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

April 5, 2010

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests. The legal system has for too long protected Wall Street and financial firms, as they have operated with absolute impunity. I am hoping that you Sir, will finally tear down this seemingly irrevocable wall of injustice. And allow all parties involved, to be dealt with equitably.

We the Shareholders have taken in an equal risk, no different than Bond Holders or Preferred Holders, yet somehow, we are never shown justice or equality.

I currently hold 525,000 shares of LEHMQ.

Respectfully,
Matteo Etemad

The Office of  The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Attn: Andrew D Velez-Rivera,ESQ.

Dear :  Mr James W. Gidden

I request that you appoint an Offical Equity Committee in the Lehman Brothers Holding Inc.
bankruptcy case.

*Shareholders have suffered egregious  losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.*

I am  holding 61,845 shares of LEHMQ  that were purchased from Charles Schwab Company.

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, Tx. 78660
Phone # 678-386-6743

Edvard-Ragnar Fackner
Wassertorstr.65
10969 Berlin/Germany

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Shares:
LEHJQ: 1700

Sincerely,
Edvard-Ragnar Fackner

Edvard-R. Fey

**CARLY GALIGER**
**9 JOSEPH COURT**
**MONROE, NY 10950**

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 fax
Attn: Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to
take any legal steps possible, as provided for by law, to protect our
interests.

I own the following stocks:

    LEHGQ    200,000

Thank you for your time.

Sincerely,

Carly Galiger

# DONNA GALIGER
## 9 JOSEPH COURT
## MONROE, NY 10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 fax
Attn: Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own the following stocks:

    LEHGQ    200,000

Thank you for your time.

Sincerely,

Donna Galiger

# GERARD GALIGER
# 9 JOSEPH COURT
# MONROE, NY  10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
(212) 510-0500
(212) 668-2255 fax
Attn:  Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to
take any legal steps possible, as provided for by law, to protect our
interests.

I own the following stocks:

|       |          |
|-------|----------|
| LEHCQ | 4,000    |
| LEHFQ | 230,408  |
| LEHGQ | 208,910  |
| LEHJQ | 1,483,915|
| LEHDQ | 100,000  |

Thank you for your time.

Sincerely,

Gerard Galiger

# KELSEY GALIGER
# 9 JOSEPH COURT
# MONROE, NY  10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
(212) 510-0500
(212) 668-2255 fax
Attn:  Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to
take any legal steps possible, as provided for by law, to protect our
interests.

I own the following stocks:

    LEHGQ    200,000

Thank you for your time.

Sincerely,

Kelsey Galiger

# KYLIE GALIGER
# 9 JOSEPH COURT
# MONROE, NY 10950

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 fax
Attn: Andrew D. Velez-Rivera, Esq.

March 10, 2010

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own the following stocks:

  LEHGQ    200,000

Thank you for your time.

Sincerely,

Kylie Galiger

2 - April - 2010

Whom concerned,

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

**I as well as my family and friends sincerely seek your help in protection our equity share positions in Lehman Bros. Lehman Bros was not allowed any bailout money's or even Tarp Funds as all other finanacial institutions and therefore in my belief, there was illegal collusion by competitiors to push them over at their most vurnerable time in the crisis. I am listing my only holding below;**

LEHJQ - 700,000 shares (Preferred Stock), with a face value of 17,500,000,00 U.S Dollars

Sir all I ask is that justice be served and equity restored as court documents and ongoing litigation will surely show that Assets outweight Liabilities and there should be enough for all partying to come to an agreement of satifaction.


Thanks

Eric C. Giles




Eric Giles
14043 Forrer
Detroit, MI
48227

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden:

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

I am concerned that Alvarez and Marsal are not acting in the interests of equity. I am
concerned that the current plan of reorganization was released without a recent
balance sheet. At the very least, equity interests should be protected while a fair
evaluation of assets takes place.

I currently hold 58,000 LEHJQ shares.

As an aside, I am also a holder of trust preferred shares.

Sincerely,

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360
(805) 499-5538
94549.hager@roadrunner.com

Kyle Hamatake
171 S. Craig Dr
Orange, CA 92869
714-856-3883
March 15, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden:

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests and aid us in
receiving a fair recovery.

I own the following shares:

LEHFQ: 16,883
LEHGQ: 4,000
LEHJQ: 6,830
LHHMQ: 6,726

Sincerely,

Kyle Hamatake

The Honorable James M. Peck                          April 2, 2010
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601


Honorable James M. Peck


This letter is to file my Proof of Interest in the case of Lehman Brothers
Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New
York and to request that you appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers
Inc.

I am very impressed with how you and Mr Marsal appear to be working
hard to secure a very fair resolution to this bankruptcy.  I stand to benefit
financially from a complete save of this company, but I will also enjoy
seeing you two gentleman receive the admiration that you deserve for a job
well done.

I hold  100,000 shares of LEHMQ


Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467

The Honorable James M. Peck                                        4/4/10
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

To The Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee.

Originally I had, what I would consider, a large investment in Lehman common shares. However, after the September 2008 crash, I traded those common shares for preferred shares in hopes of attaining a better chance at recovery.

Over the past year-and-a-half, I have been following this case very closely. During this time, many other bankruptcies have taken place. The pattern of these bankruptcies seems to show that equity is often easily discarded while "big money" gets taken care of.

As you are well aware, this bankruptcy is the largest in history with monies and financial ties spanning the globe. I believe there is sufficient evidence that the existence of enough equity to make shareholders whole again is definitely a possibility. I also believe, the WAMU bankruptcy being but one excellent example, that shareholders will lose if not given a voice.

There is too much money involved. There is too much confusion involved. There is not enough transparency. Therefore, I am respectfully asking you to appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers.

Thank you very much for your time.


Very Respectfully,

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA  90630

|                | Shares owned: |         |
| -------------- | ------------- | ------- |
|                | LEHCQ         | 25,000  |
|                | LEHDQ         | 15,000  |
|                | LEHFQ         | 30,000  |
|                | LEHGQ         | 100,000 |
|                | LEHJQ         | 100,000 |
|                | LEHPQ         | 5,000   |
|                | LBHGP         | 333     |

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I currently hold.:
45594 shares of LEHJQ

Thanks and Regards

Ngoc Huong Huynh
37416 Gillett Road
Fremont CA 94536
Email:huynhngochuong9@yahoo.com

April 02-2010

April 5, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings
Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan)
and respectfully request your honor to appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers Inc.

As a shareholder owning 66,662 LEHJQ, I have suffered egregious losses. It is
necessary to take any and all legal steps possible, as provided for by law, to protect
our financial interests as shareholders.

Sincerely,

Quoc Truong Huynh
415-608-6093

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.


I currently hold:
219520 shares of LEHJQ
7400 shares of LEHPQ
400 shares of LEHKQ


Thanks and Regards

Van Trai Huynh
37416 Gillett Road
Fremont, CA  94536
Email: hvantrai@yahoo.com


April 02-2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I currently hold:
45594 shares of LEHJQ

Thanks and Regards

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536
Email: huynhngochuong9@yahoo.com

4/2/2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings
Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York
(Manhattan) and request that you appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

My current share ownership is as follows:

LEHKQ – 6,294 shares
LEHNQ – 6,000 shares
LHHMQ – 8,206 shares

Thank you for your consideration.

Sincerely,

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46514
574-257-0814

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

March 29, 2010

Honorable James M. Peck,

      I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. I am a current holder of Lehman Brothers stock which includes 700 shares Lehkq, 1500 shares Lehjq, 1500 shares Lehmq, and 900 shares Lhhmq. Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Thank You

Vincent Jackson

129 Armiston street
Brockton, Ma. 02302

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,


    I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case. As a current holder of Lehman Brothers stock which includes Lehkq, Lehjq, and Lehmq I feel without an Equity Committee to voice and protect our interests, shareholders will suffer reprehensible losses.

                Thank You
                Vincent Jackson

                129 Anniston street
                Brockton, Ma. 02302

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding the following shares of Lehman

100,0000 shares of LEHJQ

Really appreciate your support for restoring value to shareholders

Thanking you

YOURS SINCERELY

J. Srivas

Srihari Javvaji
25 Capri Dr,
Johnston, RI 02920
401-580-4364

March 30, 2010

Alli Joseph
814 Berrywood Dr.
Galloway, NJ 08205

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Honorable James M. Peck,

I am writing to file my Proof of Interest in the case of Lehman Brothers
Holding Inc., 08-13555, U.S. Bankrupty Court, Southern District of
New York and request that you appoint an Official Equity Committee
to represent and protect the rights of the equity owners of Lehman
Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to
Take legal steps possible, as provided for by law, to protect our interests.

I hold 400,000 LEHMQ shares, and that is my retirement fund.

Sincerely,

*Alli Joseph*

Alli Joseph

March 30, 2010

N.J.Joseph
814 Berrywood Dr.
Galloway, NJ 08205

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Honorable James M. Peck,

I am writing to file my Proof of Interest in the case of Lehman Brothers
Holding Inc., 08-13555, U.S. Bankrupty Court, Southern District of
New York and request that you appoint an Official Equity Committee
to represent and protect the rights of the equity owners of Lehman
Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to
Take legal steps possible, as provided for by law, to protect our interests.

I hold 60,000 LEHMQ shares, and that is my retirement fund.


Sincerely,

N.J.Joseph

Richard B Johnson
6715 Mountain Lake Lane
Cumming, GA 30028
March 11, 2010

James W Gidden
The Office of United States Trustee
21st Floor
33 Whitehall St
New York, NY 10004

ATTN: Andrew D. Velez-Rivera, ESQ.

Dear Mr. Gidden:

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interest.

I own 300,000 of Lehman common LEHMQ.PK and 50,000 of Lehman preferred
LEHJQ.PK.

Please intervene as soon as possible in accordance with current bankruptcy laws.

Sincerely,

Richard B Johnson

Richard B Johnson
Shareholder

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding 68,000 shares of LEHJQ. Please look into this matter.

Thanking you.

YOURS SINCERELY

ARUN K KAKARLA
41 L READING RD
EDISON NJ 08817
PH: 609-553-9630

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

My major holdings in Lehman Brothers Preferred Shares, although constantly changing, are detailed below.
- LEHFQ – 7,000 shares
- LEHJQ – 13,800 shares

I thank you for your time and appreciate your consideration in helping us to form an Equity Committee to protect our interests.


Best regards,

Brian Thomas Kelleher

Ottawa

Apr 2, 2010


The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and
request that you appoint an Official Equity Committee to represent and protect the rights
of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I have: LEHMQ    200 000

        LEHJQ    5000


Truly

Pavel Kincl
1129 Wellington st.
Ottawa,On
K1Y2Y6
Canada

Ottawa

March 8, 2010

ATTN: Attorneys for US Trustee Mr. Giddens
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take
any legal steps possible, as provided for by law, to protect our interests.

Truly

Pavel Kincl
1129 Wellington st
Ottawa, on
K1Y 2Y6
Canada

April 7, 2010                                          Fax 845-477-8776

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers
Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New
York (Manhattan) and request that you appoint an Official Equity
Committee to represent and protect the rights of the equity owners of
Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to
take any legal steps possible, as provided for by law, to protect our
interests.

My Lehman shares were given to me as part of the spin-off from American
Express where I worked for 20 years.  They grew nicely over all the years I
held them – never selling a single share.

My Lehman shares were earmarked for my daughter's college tuition,
which I now have to take out loans to pay for.  I was devastated by the loss
of over $80,000. They are now worth a total of around $80.

I currently own 748.0493 shares of LEHMQ, according to my Schwab
account.

Please so whatever you can to help gain some value for small shareholders
like myself.

Sincerely,

Margaret Mitchell-King
Arthur King
1520 Journey's End Road
Croton-on-Hudson, NY 10520
914-271-4642 – home
917-816-4095 - cell

22 March, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I feel that shareholders of Lehman equity deserve a say in any disposition of
Lehman assets. Big money has abused their power and squashed the small investor
to the point that the lack of trust in my government to protect my rights is nearly
irreversible.  Please, do the right thing and appoint and Official Equity Committee to
fight for the small investor.  Thank you.

Very respectfully,

Danny Kirk
(410) 672-3768
danny_kirk58@hotmail.com

Lehman Holdings:

| Equity | Quantity |
|--------|----------|
| LEHDQ | 1,200 |
| LEHJQ | 166,242 |
| LEHKQ | 3,110 |
| LEHNQ | 14,762 |
| LEHPQ | 640 |
| LHHMQ | 1,205 |
| Total Shares: 187,159 | |

22 March, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I feel that shareholders of Lehman equity deserve a say in any disposition of
Lehman assets. Big money has abused their power and squashed the small investor
to the point that the lack of trust in my government to protect my rights is nearly
irreversible.  Please, do the right thing and appoint and Official Equity Committee to
fight for the small investor.  Thank you.

Very respectfully,

Reva Kirk
(410) 672-3768
Reva_kirk@hotmail.com

Lehman Holdings:

| Equity | Quantity | |
|--------|---------|---|
| LEHCQ | 210 | |
| LEHDQ | 2,500 | |
| LEHJQ | 170,289 | |
| LEHKQ | 6,495 | |
| LEHNQ | 15,200 | |
| LEHPQ | 51 | |
| LHHMQ | 45 | |
| Total Shares: 194,790 | | |



04/04/10

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Your Honor,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.   Without representation it
is clear that my hard earned money will be completely wiped out.   This is not fair.
And, as you well know, this is not your average bankruptcy.   Please sir, we need
someone to represent us before Your Honor's court.

My name is Scott Kitchens and I reside at 585 Pine Lake Park Rd., Pembroke, NC 28372.
I currently hold the following Lehman Preferred shares:

LEHDQ      3000
LEHJQ      50,550

Please consider this request as a plea for an Equity Committee to protect my family's
interests.   You may contact me at msiscottk@yahoo.com.

Respectfully Yours,

Scott Kitchens

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269

March 7, 2010

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.

*Sent via facsimile to (845) 477-8776 and to PO Box 1828, Greenwood Lake NY 10925*

Dear Mr. James W. Gidden:

I respectfully request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders like me have suffered egregious losses, and I feel it is necessary and prudent to take any and all legal steps possible, as provided for by law, to protect our interests. My holdings include:

12,000 shares of LEHMQ common

300 shares of LEHPQ non-cumulative perpetual preferred

These shares represent a meaningful portion of my remaining retirement assets after the 2008 Wall Street "meltdown" and resulting economic distress.

And thank you in advance for your service.

Sincerely,

Kevin R. Kristick

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I would like, for the record, to submit a listing of all the securities I own which I feel require representation by such Equity Committee...

LEHFQ- 7,500 shares

LEHJQ- 64,732 shares

LEHNQ- 16,000 shares

LEHPQ- 1,000 shares

LBHGP- 300 shares

LHHMQ- 1,000 shares

Also, your honor, I would like to bring to your attention some alleged nefarious acts occurring in at least one other bankruptcy case involving the same players as are here in the Lehman Brothers Bankruptcy Chapter 11. The law firm of Weil, Gottschal and Manges and the restructuring team of Alvarez and Marsal, appear to have been manipulating the numbers on the Assets and Liabilities of the Washington Mutual Inc., Chapter 11 bankruptcy case so as to appear hopelessly insolvent and give the court reason to allow them to wipe out equity in their reorganization plan. Some of the senior bonds at WMI are trading over $1, which means the market believes they are going to receive a lot more than back interest and penalties on their investment. It has been surmised that the intent is to wipe out equity in collusion with JP Morgan and the FDIC and include the bondholders on the future windfall of billions of dollars which belongs to the equity holders. If this is allowed to occur, it would be a travesty for the common investor in this country and would speak volumes as to the negative state of property rights in this country. Wamu was solvent when the FDIC stepped in and gifted it away to JP Morgan for a paltry

trial for Fair Compensation of assets received amongst other things but on March 12, Brian Rosen, attorney from Well, announced a proposed settlement with JPM, the FDIC and WMI wherein after all this work and evidence collected would be mysteriously dropped and WMI would then give billions of dollars to JPM and the FDIC and receive nothing in return. This comes after over $60 million dollars has been expended by the estate to get us to this point for a settlement that they could have proposed on day on and liquidated and equity would have come out better.

Lehman, on the other hand, is a much bigger case but the potential reward for wrong-doers is so much greater. Over $600 million has been spent to date by the lawyers and A & M getting us to this point and I question if you have been presented a true picture of what the estate truly holds. They have done it before, and I'm willing to bet that they will try to do it again in this case. As you saw in the initial frenzy to get the sale to Barclays completed, there was back room negotiations being conducted without your knowledge that was to the detriment of the estate and equity holders. This is the type of criminal mind we are dealing with, these people feel that they are above the law. Your honor, I beg you to consider the players involved in this Chapter 11 reorganization of Lehman Brothers and who will benefit from the plan put forth. Question whether all of the claims against the estate are legitimate or are there just as "window dressing" to make things appear to be worse than they really are. Please allow an equity committee to represent the little people who have been harmed by the misdeeds of Lehman management and will be harmed further by the so called experts working to reorganize the estate.

I thank you for your valuable time and remain...

Sincerely yours,

Andrea W Lerner

Andrea Lerner, 757.651.5533

4916 Gardner Lane

Suffolk, VA 23434

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I would like, for the record, to submit a listing of all the securities I own which I feel require representation by such Equity Committee...

LEHKQ- 2,000 shares

LEHJQ- 10,000 shares

LEHNQ- 7,000 shares

Also, your honor, I would like to bring to your attention some alleged nefarious acts occurring in at least one other bankruptcy case involving the same players as are here in the Lehman Brothers Bankruptcy Chapter 11. The law firm of Weil, Gottschal and Manges and the restructuring team of Alvarez and Marsal, appear to have been manipulating the numbers on the Assets and Liabilities of the Washington Mutual Inc., Chapter 11 bankruptcy case so as to appear hopelessly insolvent and give the court reason to allow them to wipe out equity in their reorganization plan. Some of the senior bonds at WMI are trading over $1, which means the market believes they are going to receive a lot more than back interest and penalties on their investment. It has been surmised that the intent is to wipe out equity in collusion with JP Morgan and the FDIC and include the bondholders on the future windfall of billions of dollars which belongs to the equity holders. If this is allowed to occur, it would be a travesty for the common investor in this country and would speak volumes as to the negative state of property rights in this country. Wamu was solvent when the FDIC stepped in and gifted it away to JP Morgan for a paltry $1.9 billion dollars. Wamu, was a $300 billion dollar institution over 100 years old, with over 2,300 branches and $ 4 billion in cash at the time of seizure. WMI has hired the law firm of Quinn, Emmanuel, Urqhardt to do discovery on JP Morgan and have unearthed evidence showing JP Morgan had conspired with the FDIC as early as March 2008 to obtain the bank from the government while paying nothing to equity. The evidence is a part of the court records and seems to be a clear cut case and ready to go to

$1.9 billion dollars. Wamu, was a $300 billion dollar institution over 100 years old, with over 2,300 branches and $4 billion in cash at the time of seizure. WMI has hired the law firm of Quinn, Emmanuel, Urqhardt to do discovery on JP Morgan and have unearthed evidence showing JP Morgan had conspired with the FDIC as early as March 2008 to obtain the bank from the government while paying nothing to equity. The evidence is a part of the court records and seems to be a clear cut case and ready to go to trial for Fair Compensation of assets received amongst other things but on March 12, Brian Rosen, attorney from Weil, announced a proposed settlement with JPM, the FDIC and WMI wherein after all this work and evidence collected would be mysteriously dropped and WMI would then give billions of dollars to JPM and the FDIC and receive nothing in return. This comes after over $60 million dollars has been expended by the estate to get us to this point for a settlement that they could have proposed on day on and liquidated and equity would have come out better.

Lehman, on the other hand, is a much bigger case but the potential reward for wrong-doers is so much greater. Over $600 million has been spent to date by the lawyers and A & M getting us to this point and I question if you have been presented a true picture of what the estate truly holds. They have done it before, and I'm willing to bet that they will try to do it again in this case. As you saw in the initial frenzy to get the sale to Barclays completed, there was back room negotiations being conducted without your knowledge that was to the detriment of the estate and equity holders. This is the type of criminal mind we are dealing with, these people feel that they are above the law. Your honor, I beg you to consider the players involved in this Chapter 11 reorganization of Lehman Brothers and who will benefit from the plan put forth. Question whether all of the claims against the estate are legitimate or are there just as "window dressing" to make things appear to be worse than they really are. Please allow an equity committee to represent the little people who have been harmed by the misdeeds of Lehman management and will be harmed further by the so called experts working to reorganize the estate.

I thank you for your valuable time and remain...

Sincerely yours,

David Lerner, 757.651.5633

4916 Gardner Lane

Suffolk, VA 23434

9 Windslow Heights,
Carrickfergus
Co Antrim
United Kingdom
BT38 9AT
11th March 2010

For the attention of Mr James W. Giddens
Lehman Brothers Holding US Trustee

Via :
Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

Dear Sir,

ShareHoldings of
400 Nr LEHPQ
2000 Nr LEHJQ
2000 Nr LEHGQ

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

I note that the latest balance sheet information published by Alvarez & Marsal indicates that LBHI's
liabilities somewhat exceed their assets. I further note that there is considerable uncertainty
regarding the true state of the current valuation of the complex and extensive suite of instruments
and claims. In my humble opinion, there is a significant possibility that at some time in the future,
assets will exceed liabilities and thus LBHI's equity will have a positive real fair value in the
market.

Collectively, the equity in LBHI could add up to significant sums of money. That wealth is currently
at risk because there is no legal representation fighting for these particular assets, or presenting the
view of the equity shareholders in negotiations. This should be remedied

Yours Faithfully

Richard A Lough