March 30, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I presently own 10,000 shares of LEHGQ , and have owned in the past 10,000 shares of LEHFQ stock, which I sold for a loss.

Respectfully,

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876
973-584-0437

March 30, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY., 10004-1408
Courtroom 601
Chambers (202)668-5632

Honorable James M. Peck,

I am writing to file my **Proof of Interest** in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that
you appoint an Official Equity Committee to represent and protect the rights of the equity
owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses and I feel it necessary to take any and all steps
possible, as provided for by law, to protect our interests.

The following is a summary of the different Lehman Brothers stocks I own:

LEHCQ      42,000 shares
LEHDQ      40,000 shares
LEHGQ      80,000 shares
LEHJQ      175,000 shares

Please contact me if you require any other information.

Sincerely,

Nicholas S. Mateko

Nicholas S. Mateko          3/30/2010

1878 St. Michaels Way
Brentwood, CA., 94513
(925) 634-9712

The Office of the United States Trustee                          3/21/2010
33 Whitehall Street
21st Floor
New York, NY 100004

Attn: James W. Giddens

\
Dear Mr. Giddens,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

As an owner of 4,000 shares of Lehman Brothers Holdings (LEHPRG) Depositary Series
G I have suffered a severe financial loss.

Sincerely,

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047
847-540-5930
mcfarlandwr@comcast.net


Copy faxed to: Lehman Sec.
              c/o Finesse Inc.
              PO Box 1828
              Greenwood Lake, NY 10925

       Fax-845-477-8776

Attention: Andrew D. Velez-Rivera, Esq.

The Office of the United States Trustee
33 Whitehall St,
21st floor
New York, NY 10004

Dear Mr. James W. Gidden

I request that you appoint an

Official Equity Committee in the
Lehman Brokers Holding Inc Bankruptcy
Case.

Shareholders have suffered egregrious
losses, and I feel it is necessary
to take any legal steps possible
as provided by law, to protect our
interests.          I currently own
                     16,000. shares
                       of Lehma
Thank you,
      Kelly McGehee
      416 Escalona Dr.
      Santa Cruz CA   95060

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.
I currently own 38,167 LEHFQ shares and 5,100 LEHLQ shares.

Thank you,

Jeff McMurrey

6800 Colleyville Blvd.

Colleyville, TX. 66034

William C. Meyer Jr.                                              April 6, 2010

804 Leverton Rd

Rockville, MD 20852-1033


The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632


Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers
Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of
New York (Manhattan) and request that you appoint an Official Equity
Committee to represent and protect the rights of the equity owners of
Lehman Brothers Inc. Equity owners of Lehman include Common Shares
and Traditional Preferred Shares. These two are the only unrepresented
classes.

I'am a shareholder from before the bankruptcy filing.  For the most part
I've found the efforts of Alvarez and Marsal (A&M) to be commendable.
I do however have significant reservations regarding the recently filed
Chapter 11 Plan. Specifically, I find the lack of transparency regarding
Equity Ownership of Lehman to be disturbing. At the time of filing,
Lehman Brothers Holdings Inc. listed assets of $639B and total debts of
$613B. I believe we are owed accurate accounting of where 'our' equity
went and proper consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom
representation. After doing significant research I have found numerous
recent examples (Chemtura, Tronox, Washington Mutual, General
Growth Properties, Visteon, Mirant, Citadel, etc) where powerful
creditors have attempted to unduly silence and prematurely wipeout
equity interests. I am aware of the complexities of the case and I do not
wish to further burden the court with unnecessary requests. However, I
feel that the facts of the case merit consideration. Much of the
argument presented by A&M has been based on 'give us more time and
we can get more for the estate.' While only a paraphrase I believe that
the substance of their plan is properly conveyed. This plan is
fundamentally flawed from an equity standpoint. If creditors are willing
to wait to have the value of the estate maximized, why not equity too?

Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, its no wonder that creditors are willing to wait. Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you to appoint equity representation before any plan of reorganization is finalized.

**I own the following Lehman Shares:**
**LEHJQ            1500 shares**

Respectively,

William C. Meyer Jr.

April 6, 2010

*Richard Miller*
*P.O. Box 280*
*Kingston, GA*
*30145*

Subj:   **Honorable James M. Peck**
Date:   4/1/2010 4:21:07 P.M. Eastern Daylight Time
From:   SKYWALKFILAS@aol.com
To:     SKYWALKFILAS@aol.com

Honorable James M. Peck
SIR. Allow me to introduce myself ,
My name is Richard c Miller sr.
I and my wife own various type shares of Lehman Brothers Holdings  Inc.
These  are the types and amounts Bought thru TD AMERITADE.
LEHFQ Pref;d shares=9000-LEHGQ=3200-LEHJQ-8,523 -LEHMQ-2,272 -LHHMQ -Capital Trust type-1,000
Proof of ownership would and will be made available to the court anytime if requested.
While a small amount , It Rep-Presents a lot to this retired Veteran and his family.


 I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S.
Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official
Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps
possible, as provided for by law, to protect our interests.
We hope you will give this letter some consideration.We feel You will.

Respectfully Yours
Richard C Miller SR.
PO BOX 280 Kingston, GA 30145
E-MAIL= SKYWALKFILAS@AOL.COM

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

The Office of the United States Trustee                                    20100323
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request your support to appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholder's interests are not being addressed and I feel it is necessary to establish an equity committee to protect our interests.

I'm a small investor and my investment may seem small compared to the other interested parties; but believe me my investment in Lehman's securities is small to me and my family.

The size and scope of my Lehman Brothers investment (ownership) is as follows:

EHJQ    55,000 shares
EHFQ    50,000 shares
LHHM    100,000 shares
LEHKQ    7,500 shares
LEHLQ    7,500 shares
LEHPQ    1,000 shares

Sincerely,

Allen A Moff

Allen A Moff
10271 Caminito Rio Branco
San Diego, ca 92131
858-549-8814
almofff@aol.com

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

March 29, 2010

Dear Mr. James W. Gidden:

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests.

I currently own 100 shares of LEHKQ and 30 shares of LEHPQ.

Sincerely,

Tracey Morman

155 Centre Avenue, #5B

New Rochelle, NY 10805

Email: nevergiveup72@yahoo.com

**James Moscola**

521 Coventry Trail Lane
Maryland Heights, MO 63043

April 9, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck:

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. Equity owners of Lehman include Common Shares and Traditional Preferred Shares. These two are the only unrepresented classes.

As a shareholder from before the bankruptcy filing I have followed this case on a daily basis. For the most part I've found the efforts of Alvarez and Marsal (A&M) to be commendable. I do however have significant reservations regarding the recently filed Chapter 11 Plan. Specifically, I find the lack of transparency regarding Equity Ownership of Lehman to be disturbing. At the time of filing, Lehman Brothers Holdings Inc. listed assets of $639B and total debts of $613B. I believe we are owed accurate accounting of where 'our' equity went and proper consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom representation. After doing significant research I have found numerous recent examples (Chemtura, Tronox, Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) where powerful creditors have attempted to unduly silence and prematurely wipeout equity interests. I am aware of the complexities of the case and I do not wish to further burden the court with unnecessary requests. However, I feel that the facts of the case merit consideration. Much of the argument presented by A&M has been based on 'give us more time and we can get more for the estate'. While only a paraphrase, I believe that the substance of their plan is properly conveyed. This plan is fundamentally flawed from an equity standpoint. If creditors are willing to wait to have the value of the estate maximized, why not equity too? Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, it's no wonder that creditors are willing to wait. Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you to appoint equity representation before any plan of reorganization is finalized.

I own the following Lehman Shares:

**LEHJQ - 90000 Shares**
**LEHFQ - 94950 Shares**

Sincerely yours,

James Moscola

James Moscola

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Since we are the owner of the company, I own 3000 shares of LEHPQ and 50,000 shares of LHHMQ, I would expect a committee that will look out for my interest. If you have any question, please contact me at k_mun@hotmail.com.

Thank you,

Kevin Mun

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy
Case.

shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible,
as provided for by law, to protect our interests.  It would be a great feeling for me knowing I did my part to
help Lehman return to doing business efficiently and return value to shareholders.

holder of 32,000 LEHJQ and 4,000 LEHGQ preferred shares.
thank you for your time
signed, Mark Neander.

Mark Neander
15 Roosevelt Ave.
Oneonta, NY
13820

3/21/2010 9:28 AM

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

| | |
|---|---|
| LEHCQ | 12781 shares |
| LEHDQ | 16131 shares |
| LEHFQ | 86213 shares |
| LEHGQ | 9000 shares |
| LEHJQ | 54487 shares |
| LBHGP | 1330 shares |
| LEHPQ | 12358 shares |

Thanks,

Davin J. Noto

Davin J. Noto

489 E. Horseshoe Pl

Chandler, Arizona 85249

480-895-8737

davin.noto@gmail.com

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding 20,000 shares of LEHJQ. Please look into this matter.

Thanking you.

YOURS SINCERELY

*P. Rajes*

RAJESH PENTAPATI
41 M READING RD
EDISON NJ 08817
PH: 732-357-7509

The Office of the Unites States Trustee
33 Whitehall Street: 21St Floor
New York, NY 10004
ATTN: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman
Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take
any legal steps possible, as provided by law, to protect our interests. The toll
the economic downturn has taken on the public and shareholders of
companies alike, is still being felt to this day and will be so in the foreseeable
future. Many feel that our government has failed us in many aspects, and to
protect our interests as shareholders seems a fitting way to make some sort of
amends. In addition to contacting you, I and others have contacted Senator's
and Congressman in the hopes our voices will be heard and our rights looked
out for. Due to the current political climate and realities facing our nation, the
confidence in our elected officials is meek, and justifiably so. You, Mr. Gidden,
are really our best hope in seeing that our rights, legal and otherwise, are
going to be protected, and our voices heard. Sir, I implore you to use the
power entrusted to you by the citizens of the United States to help us in
forming an Equity Committee to see that we, as viable shareholders of record,
are not left out in the cold once again.

Mr. Gidden, I currently hold the following shares of Lehman Brothers Stock:

Series C Cumulative Preferred Stock 5.94% ADR's: 4,500 shares at $50 per
Face Value = $225,000 Face Value

Series D Cumulative Preferred Stock 5.67% ADR's: 11,000 shares at $50 per
Face Value = $550,000 Face Value

In closing, I would like to thank you for taking the time to read my letter and to
consider my concerns. I hope that you will use the power you have to assist
shareholders in the formation of an Equity Committee. Please help us Mr.
Gidden, as you are our best hope to see that our rights are protected and our
voices heard. Thank you Sir.

Regards,

Robert M. Pettit

*Robert M. Pettit*

2311 Autumn Lake Pl
Fort Wayne, IN 46818
erpettit@msn.com
(260) 710-7834 or (260) 489-5418

Date:  Tuesday, March 23, 2010

To:  Mr. James W. Gidden

Fr:  Mr. James E. Pyle

Re:  LEHJQ, LEHLQ

Fx:  845-477-8776

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I am holding 100,000 shares of LEHJQ and 25,000 shares of LEHLQ.  Please look into this matter.

Thanking you.

YOURS SINCERELY

James E. Pyle
346 Mt Lucas Road
Princeton, NJ
08540-1906

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**Attn:** Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the LEHMAN
BROTHERS HOLDING, Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel that is necessary to
take any legal steps possible, as provided for by law, to protect our interests.

I currently hold 103,380 shares of LEHJQ, 9,150 shares of LHHMQ, and
764 shares of LEHKQ. Please do this in a timely manner so that
shareholders can get a fair share of equity. Thank you for your concern.

Best regards,

Lawrence Reddock

Contact info:
Cell (516) 368-4537
lhreddock@optonline.net

3-31-2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 601

Honorable James M. Peck,

I am writing to file my proof in the case of Lehman Brothers Holdings Inc., 08-13555,
U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you
appoint Official Equity Committee to represent and protect the rights of the equity
owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided by law, to protect our interests.

I am currently the owner of 5000 shares of LEHJQ.

Sincerely,

Martin J Redilla
11187 Elmcrest
Whitmore Lk, MI 48189

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.

March 13 2010

Dear Mr. James W. Giddens

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Reynolds Equities LLC owns    the following  preferred interests.

28175        shares of  lehfq  Lehman Brothers Holdings, 6.50% Dep Shares Cumul Preferred Stock, Series F    Cusip 524908720

1757        shares of  lbhgp  Lehman Brothers Holdings, 8.75% Non-Cumul Mand Conv Preferred Stock, Series Q    Cusip 52520w218

While no plan of reorganization has been submitted as of yet , It has been speculated in the media and by Alvarez & Marsel interim management , that spinoffs of company assets are being contemplated in the proposed Plan of Reorganization.

It is imperative shareholders rights are protected in this matter .

Thank you for your consideration --

Thomas Reynolds

Managing Member

Reynolds Equities LLC

212 7244314

reynoldsequitiesllc@gmail.com

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.

March 13 2010

Dear Mr. James W. Giddens

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Reynolds Equities LLC owns   the following  preferred interests.

24970        shares of  lehdq

Lehman Brothers Holdings, 5.67% Dep Shares Cumul Preferred Stock, Series D    Cusip 524908886

While no plan of reorganization has been submitted as of yet , It has been speculated in the media and by Alvarez & Marsel interim management , that spinoffs of company assets are being contemplated in the proposed Plan of Reorganization.

It is imperative shareholders rights are protected in this matter .

Thank you for your consideration --

Thomas Reynolds

Managing Member

Reynolds Equities LLC

212 7244314

reynoldsequitiesllc@gmail.com

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.

March 13 2010

Dear Mr. James W. Giddens

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Reynolds Equities LLC owns   the following  preferred interests.

63597         shares of  lehcq

Lehman Brothers Holdings, 5.94% Dep Shares Cumul Preferred Stock, Series C   Cusip 524980704

While no plan of reorganization has been submitted as of yet , It has been speculated in the media and by Alvarez & Marsel interim management , that spinoffs of company assets are being contemplated in the proposed Plan of Reorganization.

It is imperative shareholders rights are protected in this matter .

Thank you for your consideration --

Thomas Reynolds

Managing Member

Reynolds Equities LLC

212 7244314

reynoldsequitiesllc@gmail.com

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.

March 13 2010

Dear Mr. James W. Giddens

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Reynolds Equities LLC owns   the following  preferred interests.

42400         shares of   lehjq   Lehman Brothers Holdings, 7.95% Dep Shares Non-Cumul Preferred Stock, Series J   Cusip 52520w317

While no plan of reorganization has been submitted as of yet , It has been speculated in the media and by Alvarez & Marsel interim management , that spinoffs of company assets are being contemplated in the proposed Plan of Reorganization.

It is imperative shareholders rights are protected in this matter .

Thank you for your consideration --

Thomas Reynolds

Managing Member

Reynolds Equities LLC

212 7244314

reynoldsequitiesllc@gmail.com

The Office of the United States Trustee

33 Whitehall Street

21st Floor

New York, NY 10004

Attn: Andrew D. Velez-Rivera, Esq.


Dear Mr. James W. Gidden,


I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.


Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.


I have been a shareholder of Lehman Brothers before the bankruptcy filing, as a head of household my family finance situation was severely hurt due to the BK. I currently own the following share types.

LEHJQ – 23,614 shares


Thank you for your time and attention to this matter,

Jose Ruiz

Telephone (915) 820-9507

Email: jaruizo@hotmail.com

## NICK SANTINO

48 West 73rd St
New York, NY 10023
212-595-8644
nicksantino@yahoo.com

March 23, 2010

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I currently hold over 2 million shares of the common stock LEHMQ. I have no job, used what ever saving I had to get me through the past 18 months, thinking things would turn around, but they have not.  I am in dire straights.  If these common shares I will end up completely destitute.
Fact is regardless of my situation, some precedence for the sake of good, should transpire.  The positive ripple effect on the economy the validity of the TARP would all be justified by saving Lehman from dissolving.

Respectfully
Nick Santino

Nol Shala
Hertha-Feiner-Asmus-Stieg 5
D-22303 Hamburg
Germany

Hamburg, 23.03.2010

To:

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps
possible, as provided for by law, to protect our interests.

As a shareholder of LEHMQ I would be pleased to review the issue in this case.

Best regards

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers:  (202) 668-5632

March 24, 2010

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and
request that you appoint an Official Equity Committee to represent and protect the rights
of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I own 9,000 shares of Lehman Preferred LEHJQ.

Your attention and consideration in this matter will be greatly appreciated.


*Margaret L. Smith*

Margaret L. Smith
1125 Grouse Dr.
Redding, CA  96003-5514
(530) 224-9458

March 11, 2010


The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Fax 845-477-8776




Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps
possible, as provided for by law, to protect our interests.

I currently own 66,600 shares of LEHJQ stock.

Sincerely,

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830