Michael Sroka
298 Federal Hill Rd.
Milford, NH 03055

March 11, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden,

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I currently own the following securities in Lehman Bros. Holdings:

LEHCQ: 5000 shares
LEHJQ: 5000 shares

Sincerely,

Michael Sroka

March 30, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

> 101,000 shares of Common Stock-LEHMQ - Rodger Stelter
> 110,800 shares of Common Stock-LEHMQ – Rodger Stelter Roth IRA
> All shares are held at TD Ameritrade, PO Box 2270 Omaha, NE 68103-2270

Sincerely,

Rodger K. Stelter, CPA
8000 W. 114th Terrace
Overland Park, KS  66210-1817

The Office of the United States Trustee                          3/11/10
33 Whitehall Street
21st floor
New York, N.Y. 10004
Phone: ( 212 ) 510-0500
Fax: ( 212 ) 668-2255
Attn: Andrew D. Valez-Rivera, Esq.


Dear Mr. James W. Gidden
I hereby request that you appoint an official equity committee in the Lehman
Brothers Holding Inc. Bankruptcy case.

The shareholders have suffered egregious loses, and I feel it is necessary to take
any legal steps possible, as provided by law, to protect our interest.


Dale Suder                                              88,485 shares

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632
Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. Equity owners of Lehman include Common Shares and Traditional Preferred Shares. These two are the only unrepresented classes.

As a shareholder from before the bankruptcy filing I have followed this case on a daily basis. For the most part I've found the efforts of Alvarez and Marsal (A&M) to be commendable. I do however have significant reservations regarding the recently filed Chapter 11 Plan. Specifically, I find the lack of transparency regarding Equity Ownership of Lehman to be disturbing. At the time of filing, Lehman Brothers Holdings Inc. listed assets of $639B and total debts of $613B. I believe we are owed accurate accounting of where 'our' equity went and proper consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom representation. After doing significant research I have found numerous recent examples (Chemtura, Tronox, Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) where powerful creditors have attempted to unduly silence and prematurely wipeout equity interests. I am aware of the complexities of the case and I do not wish to further burden the court with unnecessary requests. However, I feel that the facts of the case merit consideration. Much of the argument presented by A&M has been based on 'give us more time and we can get more for the estate.' While only a paraphrase I believe that the substance of their plan is properly conveyed. This plan is fundamentally flawed from an equity standpoint. If creditors are willing to wait to have the value of the estate maximized, why not equity too? Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, its no wonder that creditors are willing to wait. Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you to appoint equity representation before any plan of reorganization is finalized.

Name: Donald Tang
Address: 14337 Adelfa Drive
         La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

I own the following Lehman Shares:
LEHMQ 63,500 shares
LEHJQ 71,000 shares
LEHFQ 200 shares

Best regards,

Donald Tang
Date: April 9, 2010

The Office of the United States Trustee                                    April 9, 2010
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
         La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents equity Lehman shares:
LEHMQ 63,500 shares
LEHJQ 71,000 shares
LEHFQ 200 shares

Best regards,

Donald Tang

The Office of the United States Trustee                              April 2, 2010
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
         La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents equity Lehman shares:
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHFQ 200 shares

Best regards,

Donald Tang

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

April 2, 2010

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
          La Mirada, CA 90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents Lehman shares:
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHFQ 200 shares

Best regards,

Donald Tang

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
          La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents Lehman shares:
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHNQ 10000 shares
LEHFQ 200 shares
LEHLQ 10000 shares
LEHKQ 5630

Best regards,

Donald Tang

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York. NY 10004
Attn: Andrew D. Velez Rivera, Esq

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holdings
Bankruptcy Case.

Shareholders have suffered egregious losses  and I feel it is necessary to take any legal
steps possible, as provided for by law  to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
              La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents Lehman shares
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHNQ 10000 shares
LEHFQ 200 shares
LEHLQ 10000 shares

Best regards,

Donald Tang

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
         La Mirada, CA 90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents Lehman shares:
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHNQ 10000 shares
LEHFQ 200 shares
LEHLQ 10000 shares

Best regards,

Donald Tang

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Date: March 23, 2010

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Here is my personal information as well as my current Lehman shares:

Name: Donald Tang
Address: 14337 Adelfa Drive
         La Mirada, CA  90638
Phone: (562) 947-4613
Email address: dtang_99@yahoo.com

My currents Lehman shares:
LEHMQ 63500 shares
LEHJQ 41000 shares
LEHNQ 10000 shares
LEHFQ 200 shares
LEHLQ 10000 shares

Best regards,

Donald Tang

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible,
as provided for by law, to protect our interests.

I currently own the following shares:

9000 LEHJQ

You may contact me at the following

Address:
2411 Kaiser Way
Antioch, CA 94531

E-mail:
Tat70177@hotmail.com

Sincerely,

Thomson Tat

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

Please add my request for the appointment of an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Loyal Lehman Bros. shareholders have suffered enormous losses as a result of this unfortunate occurrence, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Please help us in our struggle to recoup and maintain our equity stake in this great institution. My current position in this matter is held in 56,000 shares of LEHMQ.PK common shares.

Thank You.

Edwin D Thomas
2652 Cropsey Ave Apt 11G
Brooklyn NY 11214
347-370-5500

Monday, March 15, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq

Dear Mr. James W. Gidden
I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.
Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

Sincerely,

Peter J. Thompson

Peter J. Thompson SEP IRA
2710 Mcdivitt Rd.
Madison, WI 53713

BC 88@ ATT. NET

Monday, March 15, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq

Dear Mr. James W. Gidden
I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.
Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

Sincerely,

Peter J. Thompson

Peter J. Thompson
2710 Mcdivitt Rd.
Madison, WI 53713
BC88@ATT.NET

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers
Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I am holding the following shares of Lehman

7000 shares of LEHJQ

Please look into this matter

Thanking you

YOURS SINCERELY

Name:       Khin Tun
Phone :      609-954-8009
Address:    46 Rock Run Road,
            East Windsor,
            NJ 08520

Mary E. Uhlman                                                3 APRIL 2010
626 N. Cedar Rd
Jenkintown, PA 19046

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy
Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to
represent and protect the rights of the equity owners of Lehman Brothers Inc.  Equity owners of Lehman include
Common Shares and Traditional Preferred Shares.  These two are the only unrepresented classes.

As a shareholder from before the bankruptcy filing I have followed this case on a daily basis.  For the most part I've
found the efforts of Alvarez and Marsal (A&M) to be commendable.  I do however have significant reservations
regarding the recently filed Chapter 11 Plan.  Specifically, I find the lack of transparency regarding Equity
Ownership of Lehman to be disturbing.  At the time of filing, Lehman Brothers Holdings Inc. listed assets of $639B
and total debts of $613B.  I believe we are owed accurate accounting of where 'our' equity went and proper
consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom representation.  After doing significant research I
have found numerous recent examples (Chemtura, Tronox, Washington Mutual, General Growth Properties,
Visteon, Mirant, Citadel, etc) where powerful creditors have attempted to unduly silence and prematurely wipeout
equity interests.  I am aware of the complexities of the case and I do not wish to further burden the court with
unnecessary requests.  However, I feel that the facts of the case merit consideration.  Much of the argument
presented by A&M has been based on 'give us more time and we can get more for the estate.'  While only a
paraphrase I believe that the substance of their plan is properly conveyed.  This plan is fundamentally flawed from
an equity standpoint.  If creditors are willing to wait to have the value of the estate maximized, why not equity too?
Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss,
receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on
Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, its no wonder
that creditors are willing to wait.  Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be
willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you to appoint equity
representation before any plan of reorganization is finalized.

I own 466 of LEHPQ

Mary E. Uhlman

Troy A. Uhlman                                                    3 APRIL 2010
2310 Battery Hill Circle
Woodbridge, VA 22191
(540) 907-3021

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. Equity owners of Lehman include Common Shares and Traditional Preferred Shares. These two are the only unrepresented classes.

As a shareholder from before the bankruptcy filing I have followed this case on a daily basis. For the most part I've found the efforts of Alvarez and Marsal (A&M) to be commendable. I do however have significant reservations regarding the recently filed Chapter 11 Plan. Specifically, I find the lack of transparency regarding Equity Ownership of Lehman to be disturbing. At the time of filing, Lehman Brothers Holdings Inc. listed assets of $639B and total debts of $613B. I believe we are owed accurate accounting of where 'our' equity went and proper consideration in any plan of reorganization.

My primary concern is that the equity owners have no courtroom representation. After doing significant research I have found numerous recent examples (Chemtura, Tronox, Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) where powerful creditors have attempted to unduly silence and prematurely wipeout equity interests. I am aware of the complexities of the case and I do not wish to further burden the court with unnecessary requests. However, I feel that the facts of the case merit consideration. Much of the argument presented by A&M has been based on 'give us more time and we can get more for the estate.' While only a paraphrase I believe that the substance of their plan is properly conveyed. This plan is fundamentally flawed from an equity standpoint. If creditors are willing to wait to have the value of the estate maximized, why not equity too? Given ongoing litigation with Barclays and JP Morgan Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates, non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on Metavante and Dante SPV), appreciating assets and generally improving macro-economic conditions, its no wonder that creditors are willing to wait. Factor in the fact that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you to appoint equity representation before any plan of reorganization is finalized.

I own the following Lehman Shares:

214 LEHMQ
3,999 LEHFQ
663 LEHPQ
7,232 LEHJQ
5,146 LEHDQ

Troy Uhlman

Marc Uribe
P.O. Box 86488
San Diego, CA 92138
Telephone: 619-861-4155

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

Fax 845-477-8776

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own just a little over 1200 shares of common stock, and any relief than you can extend would be greatly appreciated.

Respectfully,

Marc Uribe

Olazabal 2461   5° C   C.A.B.A. (1428) Buenos Aires - Argentina

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632
Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc.,
08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and
request that you appoint an Official Equity Committee to represent and protect the
rights of the equity owners of Lehman Brothers Inc. Equity owners of Lehman include
Common Shares and Traditional Preferred Shares. These two are the only
unrepresented classes.

As a shareholder from before the bankruptcy filing I have followed this case on a daily
basis. For the most part I've found the efforts of Alvarez and Marsal (A&M) to be
commendable. I do however have significant reservations regarding the recently filed
Chapter 11 Plan. Specifically, I find the lack of transparency regarding Equity
Ownership of Lehman to be disturbing. At the time of filing, Lehman Brothers
Holdings Inc. listed assets of $639B and total debts of $613B. I believe we are owed
accurate accounting of where 'our' equity went and proper consideration in any plan of
reorganization.

My primary concern is that the equity owners have no courtroom representation. After
doing significant research I have found numerous recent examples (Chemtura, Tronox,
Washington Mutual, General Growth Properties, Visteon, Mirant, Citadel, etc) where
powerful creditors have attempted to unduly silence and prematurely wipeout equity
interests. I am aware of the complexities of the case and I do not wish to further burden
the court with unnecessary requests. However, I feel that the facts of the case merit
consideration. Much of the argument presented by A&M has been based on 'give us
more time and we can get more for the estate.' While only a paraphrase I believe that
the substance of their plan is properly conveyed. This plan is fundamentally flawed
from an equity standpoint. If creditors are willing to wait to have the value of the estate
maximized, why not equity too? Given ongoing litigation with Barclays and JP Morgan
Chase, the tax advantages of the Net Operating Loss, receivables due from affiliates,
non-bankrupt debtor entities, continued unwinding of derivatives (and your ruling on
Metavante and Dante SPV), appreciating assets and generally improving macro-
economic conditions, its no wonder that creditors are willing to wait. Factor in the fact
that LAMCO is being designed as a 'for-profit' entity and I'd be willing to wait too.

Your Honor, it is all these reasons and probably the hundred I didn't list that I urge you
to appoint equity representation before any plan of reorganization is finalized.

I own the following Lehman Shares:  Lehjq.pk  lehman pfd j.     60188

Fernando M. Veiga    Dni 24921581   0 9/04/2010

Mr. James W. Gidden

The Office of the United States Trustee
33 Whitehall Street,
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Marko Verbic

Na grici 19
4000 Kranj
Slovenia
email: marko.verbic@yahoo.com

March 11, 2010

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I am holding 29500 shares of 7.95% Non-Cumulative Perpetual Preferred Stock, Series J (LEHJQ).

Yours Sincerely,

Marko Verbic

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.


Here is my contact information as well as my current Lehman shares:
Name: Ms. Linh Khanh T Vo
Address: 10442 Thienes Ave
              S. El Monte, CA 91733
              U.S.A
Phone: (626) 452-9675
Email : luulv1182@yahoo.com

My current Lehman shares:
126692 LEHJQ shares
5000 LEHCQ shares


Best regards,
Linh Vo

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding
Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal
steps possible, as provided for by law, to protect our interests.

I hold shares of LEHJQ (Lehman Preferred Series "J") Stock as well as LEHNQ
(LEHMAN BROS HLDGS CAP TR VI PFD N 6.24% 54)
Thanks again for your efforts.


Shane Visto
1009 South 7th Street
Oakes,ND 58474
Phone 701-742-2167
Email svisto@vistoimplement.com

Shane Visto
SIGNED X

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity
Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I
feel it is necessary to take any legal steps possible,
as provided for by law, to protect our interests. Please
help the shareholders with this issue and here is my
position as of today 146,175 shares. Thanks for
listening, Curtis Ware (cell no. 479-466-8703) of
Cassville, MO.

"J" SERIES

CURTIS WARE

845- 477- 8776

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030
847-223-1426
04-07-2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Dear judge James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc. Shareholders have suffered astonishing losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

Your Honor, I do realize how intensive and complex this case is, but with the plan of reorganization so closed to be finalized, I am very concerned that equity owners including Traditional Preferred Shares and Common Shares have no courtroom representation.

One of the proposed reorganization plans was to establish a new company LAMCO, to continue managing Lehman's long-term assets outside of the bankruptcy process. Even though the plan would require support from creditors and Your Honor's approval it was suggested to give equity holders warrants in this newly reorganized company.

Although such warrants may not gain value for several years, it would at least give equity holders the chance of capturing value down the line after the real-estate market revives. With appreciating assets, continued unwinding of derivatives, improving economy, if creditors are willing to wait to have the value of the estate maximized, as an equity holder I'd be willing to wait too.
Your Honor, this is one of the reasons besides many others that I urge you to appoint equity representation before the reorganization plan is finalized. As an equity holder I am asking to be officially recognized among Lehman creditors.

I own the following Lehman Traditional Preferred Shares LEHFQ – 50,000 shares

Thank you.

Sincerely,

RUDOLF WEISZMANN

**MONIKA WENZL**

Adrian-Kiels-Str. 7
51149 Köln
Tel. 02203/12584
MnWenzl@aol.com

Monika Wenzl · Adrian-Kiels-Str. 7 · 51149 Köln

The Honorable James M. Peck
United States Bankrupty Court
One Bowling Green
New York, NY 100004 – 1408
Courtroom: 601
Chambers: (20) 668-5632

April 2, 2010

Honorable James M. Peck,

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc. 08-13 555 U.S. Bankrupty Court, Southern District of New York (Manhatten) and request you appoint an Official Equity committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.
Shareholders have suffered egregious losses, and I feel it is necessary to take any legal step possible, as provided for by law, to protect our interests.

**I own 10,000 commons LehmQ**

Sincerely,

*Monika Wenzl*

Monika Wenzl
Adrian-Kiels-Str. 7
51149 Köln
Germany
Tel. 0049/2203/12584
E-Mail: MnWenzl@aol.com

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I, Xianhua Xu, as an owner of 14,650 shares of Lehman Brothers Holdings
Preferred Series "L", and 554,000 shares Lehman Brothers Holdings Preferred
Series "J", respectfully request that you appoint an Official Equity Committee in
the Lehman Brothers Holding Inc. Bankruptcy Case( 08-13555 ).

Shareholders have suffered egregious losses, and I feel it is necessary to take any
legal steps possible, as provided for by law, to protect our interests. Especially
when the debtor stated in its recent court filing that "the chapter 11 cases are of
an unprecedented size and complexity", and "there is simply too much
uncertainty and complexity to know for sure what the Debtor's Plan will look
like".

Furthermore, the myriad upcoming events could materially impact Lehman's
balance sheet in a positive way.  Specifically, we are awaiting the release of the
Examiners report which could enhance our ability to recover assets from JPM,
Barclays, and the Fed.  Claims are being rigorously contested which could result
in a significant reduction in listed Liabilities (approximately 1/3 of the largest
claims are duplicate), derivatives contracts are being wound down with specific
rulings in the case of Metavante and Dante SPV setting precedent, and since the
filing in September 2008 the market for Lehman's assets have greatly
improved. All of these factors combined could result in a tremendous upside
surprise resulting in potential emergence from bankruptcy. The only way to
ensure that holders of Common shares and Preferred Shares get a fair shake is to
petition the Court for an Equity Committee.

Sincerely,

03/10/10

Xianhua Xu
226 Posnegansett Ave
Warwick, RI 02888

March 24, 2010

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I own 30,000 shares of LEHJQ. Purchased 9/21, 9/24, and 9/25 2009

I own 10,000 shares of LEHGQ. Purchased 10/12/2009

Sincerely,

David Younger

111 Old Hickory Blvd

Apt 185

Nashville TN 37221

(615)401-2942
(615) 401-5741-fax

March 9, 2010

Lehman Sec.
c/o Finesse Inc.
Po Box 1828
Greenwood Lake NY 10925

Fax 845-477-8776

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc.
Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps
possible, as provided for by law, to protect our interests.

I own shares of LEHMQ

Sincerely,

Grover Younger

PO Box 3514

Eden, NC 27288



## Send a fax for FREE!

faxing simplified. anytime. anywhere.

**www.myfax.com/free**

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

LEHMQ shares: 155000
LEHPQ shares: 1434

Yun You
shintasoft@gmail.com
137 Rousseau Street
San Francisco CA 94112
415-573-7938

This fax was sent using the MyFax free fax service. MyFax does not tolerate fraud and abuse. If this fax is spam, promotes illegal activity or is abusive, please email support@myfax.com. To have your fax number placed in a Do Not Fax list, please call 1-866-208-5903.

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.

Dear Mr. James W. Gidden

I request that you appoint an Official Equity Committee in the Lehman Brothers Holding Inc. Bankruptcy Case.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect our interests.

I currently hold the following class and quantity of shares:

LEHJQ: 14,000 shares

LHHMQ: 100 shares

If you have any further questions I could be contact @ 914-980-1424.

Best Regards,

Michael R. Zodda