**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   Case No. 08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
------------------------------------------------------------x
```

## MOTION OF CARL E. BLACK
## FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carl E. Black, a member in good standing of the bar of the State of Ohio and of the bar of the United States District Court for the Northern District of Ohio, request admission, *pro hac vice*, to represent Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Carl E. Black |
| | JONES DAY |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio  44114-1190 |
| Telephone: | (216) 586-3939 |
| E-mail: | ceblack@jonesday.com |

NYI-4260517v1

       I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 21, 2010
       New York, New York

                             Respectfully submitted,

                             /s/ Carl E. Black
                             Carl E. Black
                             Ohio Bar No. 0069479
                             JONES DAY
                             North Point
                             901 Lakeside Avenue
                             Cleveland, Ohio  44114-1190
                             Telephone:  (216) 586-3939
                             Facsimile:  (216) 579-0212

                             ATTORNEY FOR DEBTORS AND
                             DEBTORS IN POSSESSION

## EXHIBIT A

NYI-4260517v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re:                                                        :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :   Case No. 08-13555 (JMP)
:
            Debtors.                                    :   (Jointly Administered)
:
------------------------------------------------------------------x

**ORDER ADMITTING**
**CARL E. BLACK TO PRACTICE, *PRO HAC VICE***

Carl E. Black, a member in good standing of the bar of the State of Ohio and of the bar of the United States District Court for the Northern District of Ohio, having requested admission, *pro hac vice*, to represent Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Carl E. Black is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
            _____, 2010

 UNITED STATES BANKRUPTCY JUDGE

NYI-4260517v1