**8.9. The Plan's Treatment of Holders of General Unsecured Claims ~~that Become the Beneficiary~~that Are the Intended Beneficiaries of any Equitable Subordination Judgment Against Lehman's Disputed Claims and Disputed Liens (Classes 9.1 Through 9.20).**

The treatment of the Holders of Allowed Classes 9.1 through 9.20 Claims under the Plan shall be as follows:

(a)     The Holders' rights are impaired under the Plan;

(b)     After payment in full of all Post Confirmation Expenses, Allowed Administrative Claims, and Allowed Priority Claims, the Holders of Allowed Classes 9.1 through 9.20 Claims shall receive Distribution(s) of their pro-rata share from the applicable Distribution Account(s) along with Holders of Classes 10.1 through 10.20 Claims up to a maximum distribution of 100% of their Allowed Claims; ~~and~~

(c)     In the event that such Holder(s) become the beneficiary of an equitable subordination judgment, such Holders shall receive their pro-rata share of the funds available in the applicable Net Sales Proceeds Account to the extent provided for in the equitable subordination judgment; and

~~(c)~~(d)     In the event that such Holder provides a written election to sell its Allowed Claim to Acquisitions or an Affiliate of Acquisitions by no later than thirty days after receipt of an Effective Date Notice, Acquisitions or its Affiliates shall purchase or cause to be purchased such Allowed Claim, including any Claims against third party obligors arising from such Claim, for an amount equal to ten percent (10%) of the Allowed Amount within sixty days after receipt of such written election, or within sixty (60) days of the determination that the claim is an Allowed Claim, which ever is later.~~.~~

**8.10. The Plan's Treatment of Holders of Allowed General Unsecured Claims that ~~Do Not Become~~Are Not Intended to Be the Beneficiaries~~y~~ of an Equitable Subordination Judgment Against Lehman's Disputed Claims (Classes 10.1 Through 10.20).**

1    The treatment of the Holders of Allowed Classes 10.1 through 10.20 Claims under the Plan

2    shall be as follows:

3            (a)    The Holders' rights are impaired under the Plan; and

4            (b)    After payment in full of ~~payment in full of all Allowed Secured Claims,~~

5    ~~Allowed~~ Post Confirmation Expenses, Allowed Administrative Claims, Allowed Priority Claims,

6    the Holders of Allowed Classes 10.1 through 10.20 Claims shall receive their pro-rata share of

7    funds remaining in the applicable Distribution Account(s) along with the Holders of the Allowed

8    Classes 9.1 through 9.20 Claims up to a maximum distribution of 100% of their Allowed Claims.~~.~~

9        **8.11.    The Plan's Treatment of Holders of Allowed Interests.**

10    The treatment of the Holders of Allowed Classes 11.1 to 11.26 Interest(s) under the Plan

11    shall be as follows:

12            (a)    The Holders of Allowed Classes 11.1 to 11.26 Interest(s) are impaired under

13    the Plan;

14            (b)    On the Effective Date, all such Allowed Interest shall be cancelled and will

15    not receive any distribution on account of such Interest(s); and

16            (c)    To the extent that there is a potential Distribution on the Allowed Interests

17    of SunCal Beaumont, SunCal Johannson, Seven Brothers and Kirby Estates, such Distributions

18    shall be made to the Distribution Accounts established for the Debtors that owned such Allowed

19    Interest.

20

21

22

23

24

25

26

27

28

MAINDOCS-#133508-v1-SCC_Fourth_Amended_Disclosure_StatementMAINDOCS-#133508-v1-SCC_Fourth_Amended_Disclosure_StatementMAINDOCS-
#132904-v6-SCC_3d_Amd_DS_Sub_Consolidated.DOC