UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : |
| | : |
| Debtors. | : |
| | : |

-------------------------------------------------------------------x

Chapter 11 Case No.

**08-13555 (JMP)**

**(Jointly Administered)**

**Ref. Docket Nos. 7490, 7591, 8200, 8305, 8315, 8319, 8323, 8324, 8333, 8335, 8337-8346**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
20th day of April, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CHIBA BANK, THE, LTD
             TREASURY OPERATION DIVISION
             5-3 NIHOMBASHI MUROMACHI
             1-CHOME CHOU-KU
             TOKYO    103-1022
             JAPAN

Please note that your claim # 10406 in the above referenced case and in the amount of
        $12,066,452.31        has been transferred **(unless previously expunged by court order)**

                JP MORGAN CHASE BANK, N.A.
                TRANSFEROR: CHIBA BANK, THE, LTD
                4 NEW YORK PLAZA, FLOOR 16
                NEW YORK NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7490      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                        Vito Genna, Clerk of Court

                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                         | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,        | 08-13555 (JMP)

                                              | (Jointly Administered)

              Debtors.                        |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  YORVIK PARTNERS LLP
               TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT
               ATTN: LISA KING
               11 IRONMONGER LANE
               LONDON    EC2V 8EY
               UNITED KINGDOM

Please note that your claim # 35510-02 in the above referenced case and in the amount of
          $2,983,997.03      has been transferred **(unless previously expunged by court order)**

               OAKTREE HUNTINGTON INVESTMENT FUND L.P.
               TRANSFEROR: YORVIK PARTNERS LLP
               ATTN: PENNY ROBBINS
               OAKTREE CAPITAL MANAGEMENT, L.P.
               333 SOUTH GRAND AVE, 28TH FLOOR
               LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7591        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                         Vito Genna, Clerk of Court


                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS JAPAN CO LTD
     RICHARDS KIBBE & ORBE
     ATTN: MANAGING CLERK
     1 WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS JAPAN CO LTD
TRANSFEROR: GAKUEN, NAKANISHI
ROPPONGI HILLS MORI TOWER, LEVEL 43-48
10-1 ROPPONGI 6-CHOME
MINATO-KU, TOKYO  106-6147
JAPAN

Please note that your claim # 50848 in the above referenced case and in the amount of
      $1,906,941.26       has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO
RICHARDS KIBBE & ORBE
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO
TRANSFEROR: GOLDMAN SACHS JAPAN CO LTD
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8200       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                          Vito Genna, Clerk of Court

                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           |     Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |     08-13555 (JMP)
                                                |
                                                |     (Jointly Administered)
                    Debtors.                    |
                                                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS JAPAN CO LTD                    GOLDMAN SACHS JAPAN CO LTD
     TRANSFEROR: GAKUEN, NAKANISHI                 RICHARDS KIBBE & ORBE
     ROPPONGI HILLS MORI TOWER, LEVEL 43-48        ATTN: MANAGING CLERK
     10-1 ROPPONGI 6-CHOME                         1 WORLD FINANCIAL CENTER
     MINATO-KU, TOKYO  106-6147                    NEW YORK NY 10281
     JAPAN
```

Please note that your claim # 50848 in the above referenced case and in the amount of
     $1,906,941.26        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO                           GOLDMAN, SACHS & CO
     TRANSFEROR: GOLDMAN SACHS JAPAN CO LTD        RICHARDS KIBBE & ORBE
     30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                                   NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8200        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                          Vito Genna, Clerk of Court


                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    FUNDS COMMUN DE PLACEMENT TRIT BOUT OBLIGATION EUTO TAUX
       REPRESENTED BY NATIXIS ASSET MANAGEMENT
       FOR THE ATTENTION OF LEGAL DEPARTMENT
       DIRECTION JUDIQUE
       21 QUAI D'AVSTERLITZ
       PARIS CEDEX 13    75 634
       FRANCE

Please note that your claim # 50375 in the above referenced case and in the amount of
       $2,840,000.00        has been transferred **(unless previously expunged by court order)**

       MERRILL LYNCH INTERNATIONAL
       TRANSFEROR: FUNDS COMMUN DE PLACEMENT TRIT BOUT OBLIGATION EUTO TAUX
       ATTN: JAMES RUSSELL
       WARWICK COURT, 2 KING EDWARD STREET
       LONDON    EC1A 1HQ
       UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8305        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010               Vito Genna, Clerk of Court


                               /s/ L.Danas
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
-------------------------------------|
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
           Debtors.                  |
                                     |
-------------------------------------|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: BARCLAYS BANK PLC
> TRANSFEROR: BDF LIMITED
> 745 SEVENTH AVENUE
> NEW YORK NY 10019

Please note that your claim # 63570-01 in the above referenced case and in the amount of $8,121.77     has been transferred **(unless previously expunged by court order)**

> MOORE MACRO FUND LP
> TRANSFEROR: BARCLAYS BANK PLC
> ATTN: LEGAL DEPARTMENT
> C/O: MOORE CAPITAL MANAGEMENT LP
> 1251 AVENUE OF THE AMERICAS, 53RD FLOOR
> NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8315     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                 Vito Genna, Clerk of Court


                                 /s/ L.Danas
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   MERRILL LYNCH INTERNATIONAL
>       TRANSFEROR: FUNDS COMMUN DE PLACEMENT TRIT BOUT OBLIGATION EUTO TAUX
>       ATTN: JAMES RUSSELL
>       WARWICK COURT, 2 KING EDWARD STREET
>       LONDON     EC1A 1HQ
>       UNITED KINGDOM

Please note that your claim # 50375 in the above referenced case and in the amount of
$2,840,000.00     has been transferred **(unless previously expunged by court order)**

> BANC OF AMERICA SECURITIES LLC
> TRANSFEROR: MERRILL LYNCH INTERNATIONAL
> ATTN: MEREDITH REYNOLDS
> 214 NORTH TRYON STERET
> NC1-027-14-01
> CHARLOTTE NC 28255

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8319     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                         Vito Genna, Clerk of Court

                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   RESERVE YIELD PLUS FUND OF THE RESERVE
      SHORT-TERM INVESTMENT TRUST, THE
      C/O DUANE MORRIS LLP
      ATTN: JOHN DELLAPORTAS & WILLIAM HEUER
      1540 BROADWAY
      NEW YORK NY 10036-4086

Please note that your claim # 17596 in the above referenced case and in the amount of $30,000,000.00    has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS & CO                                 GOLDMAN SACHS & CO
TRANSFEROR: RESERVE YIELD PLUS FUND OF THE RESERVE RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                       ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                               ONE WORLD FINANCIAL CENTER
                                                   NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8323     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                      Vito Genna, Clerk of Court

                                      /s/ L.Danas
                                      ─────────────────────────
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                   |    08-13555 (JMP)

                                                         |    (Jointly Administered)

                    Debtors.                             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:                                             RESERVE YIELD PLUS FUND OF THE RESERVE
                                                        SHORT-TERM INVESTMENT TRUST, THE
                                                        C/O DUANE MORRIS LLP
                                                        ATTN: JOHN DELLAPORTAS & WILLIAM HEUER
                                                        1540 BROADWAY
                                                        NEW YORK NY 10036-4086

Please note that your claim # 17596 in the above referenced case and in the amount of
        $30,000,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS & CO                                      GOLDMAN SACHS & CO
RICHARDS KIBBE & ORBE LLP                               TRANSFEROR: RESERVE YIELD PLUS FUND OF THE R
ATTN: MANAGING CLERK                                    30 HUDSON STREET, 36TH FLOOR
ONE WORLD FINANCIAL CENTER                              JERSEY CITY NJ 07302
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8323        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                      Vito Genna, Clerk of Court


                                      /s/ L.Danas
                                      ─────────────────────────────
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

PRIMARY FUND OF THE RESERVE FUND, THE
C/O DUANE MORRIS LLP
ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER
1540 BROADWAY
NEW YORK NY 10036-4086

Please note that your claim # 17319 in the above referenced case and in the amount of $785,000,000.00     has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS & CO
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8324     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court

                    /s/ L.Danas
                    _____
                    By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,


                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   PRIMARY FUND OF THE RESERVE FUND, THE
      C/O DUANE MORRIS LLP
      ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER
      1540 BROADWAY
      NEW YORK NY 10036-4086

Please note that your claim # 17319 in the above referenced case and in the amount of
     $785,000,000.00      has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8324      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010               Vito Genna, Clerk of Court


                               /s/ L.Danas
                               ———————————————————
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

                                               |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,
                                               |    (Jointly Administered)

                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND,
             A SERIES OF VANGUARD INSTITUTIONAL INDEX FUNDS
             ATTN: MICHAEL DRAYO
             PO BOX 2600
             VALLEY FORGE PA 19482

Please note that your claim # 16723 in the above referenced case and in the amount of
        $951,014.83       has been transferred **(unless previously expunged by court order)**

        VANGUARD TOTAL BOND MARKET INDEX FUND
        TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND
        ATTN: MICHAEL DRAYO
        P.O. BOX 2600
        VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8333        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND,
             A SERIES OF VANGUARD INSTITUTIONAL INDEX FUNDS
             ATTN: MICHAEL DRAYO
             PO BOX 2600
             VALLEY FORGE PA 19482

Please note that your claim # 16724 in the above referenced case and in the amount of
        $951,014.83        has been transferred **(unless previously expunged by court order)**

        VANGUARD TOTAL BOND MARKET INDEX FUND
        TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND
        ATTN: MICHAEL DRAYO
        P.O. BOX 2600
        VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8335        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____ |
```

           **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                      **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND, A SERIES OF
              VANGUARD INSTITUTIONAL INDEX FUNDS
              ATTN: MICHAEL DRAYO
              P.O. BOX 2600 MAIL STOP V26
              VALLEY FORGE PA 19482

Please note that your claim # 16820 in the above referenced case and in the amount of
        $762,934.20        has been transferred **(unless previously expunged by court order)**

              VANGUARD TOTAL BOND MARKET INDEX FUND
              TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND
              ATTN: MICHAEL DRAYO
              P.O. BOX 2600
              VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8337        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND, A SERIES OF
               VANGUARD INSTITUTIONAL INDEX FUNDS
               ATTN: MICHAEL DRAYO
               P.O. BOX 2600 MAIL STOP V26
               VALLEY FORGE PA 19482

Please note that your claim # 16821 in the above referenced case and in the amount of
        $762,934.20        has been transferred **(unless previously expunged by court order)**

               VANGUARD TOTAL BOND MARKET INDEX FUND
               TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND
               ATTN: MICHAEL DRAYO
               P.O. BOX 2600
               VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8338        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                         Vito Genna, Clerk of Court


                                         /s/ L.Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                                          |
            Debtors.                      |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VANGUARD INSTITUTIONAL TOTAL BOND MARKET FUND, A SERIES OF VANGUARD
             INSTITUTIONAL INDEX FUNDS
             ATTN: MICHAEL DRAYO
             P.O. BOX 2600 MAIL STOP V26
             VALLEY FORGE PA 19482

Please note that your claim # 16808 in the above referenced case and in the amount of
        $27,161,512.41        has been transferred (**unless previously expunged by court order**)

        VANGUARD TOTAL BOND MARKET INDEX FUND
        TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET FUND, A SERIES OF
        ATTN: MICHAEL DRAYO
        P.O. BOX 2600
        VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8339      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: POND VIEW CREDIT (MASTER), L.P.
277 PARK AVENUE, 48TH FL
NEW YORK NY 10172

Please note that your claim # 13313 in the above referenced case and in the amount of
$2,883,480.00        has been transferred (**unless previously expunged by court order**)

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: POND VIEW CREDIT (MASTER), L.P.
C/O CARVAL INVESTORS UK LTD.
ATTN: DAVID SHORT
KNOWLE HILL PARK, FAIRMILE LANE
COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8340        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
                       Debtors.             |
                                            |
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  POND VIEW CREDIT (MASTER), L.P.
             277 PARK AVENUE, 48TH FL
             NEW YORK NY 10172

Please note that your claim # 66098 in the above referenced case and in the amount of
        $3,171,994.00      has been transferred **(unless previously expunged by court order)**

             CVI GVF (LUX) MASTER S.A.R.L.
             TRANSFEROR: POND VIEW CREDIT (MASTER), L.P.
             C/O CARVAL INVESTORS UK LTD.
             ATTN: DAVID SHORT
             KNOWLE HILL PARK, FAIRMILE LANE
             COBHAM
             SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8341        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court


                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                              |   |                        |
|----------------------------------------------|---|------------------------|
| In re                                        |   | Chapter 11 Case No.    |
|                                              |   |                        |
| LEHMAN BROTHERS HOLDINGS INC., et al.,       |   | 08-13555 (JMP)         |
|                                              |   |                        |
|                                              |   | (Jointly Administered) |
|                       Debtors.               |   |                        |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   BANK JULIUS BAER & CO. LTD.
                ATTN: MICHAEL GERNY
                ATTN: PATRIK ROOS
                BAHNHOFSTRASSE 36
                ZURICH    CH-8010
                SWITZERLAND

Please note that your claim # 58786 in the above referenced case and in the amount of
          $0.00        has been transferred **(unless previously expunged by court order)**

          RAIFFEISEN ZENTRALBANK OSTERREICH AKTIENGESELLSCHATT
          TRANSFEROR: BANK JULIUS BAER & CO. LTD.
          AM STADPARK 9
          WIEN    1030
          AUSTRIA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8342        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                          Vito Genna, Clerk of Court


                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

              Debtors.

---

| Chapter 11 Case No.

| 08-13555 (JMP)

| (Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   STAPLE STREET AVIATION (MASTER) LP
             277 PARK AVENUE, 48TH FL.
             NEW YORK NY 10172

Please note that your claim # 13751 in the above referenced case and in the amount of
       $9,932.00       has been transferred **(unless previously expunged by court order)**

             CVI GVF (LUX) MASTERS S.A.R.L.
             TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP
             C/O CARVAL INVESTORS UK LTD.
             ATTN: DAVID SHORT
             KNOWLE HILL PARK, FAIRMILE LANE
             COBHAM
             SURREY   KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8343       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                    Vito Genna, Clerk of Court

                                    /s/ L.Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STAPLE STREET AVIATION (MASTER) LP
             277 PARK AVENUE, 48TH FL.
             NEW YORK NY 10172

Please note that your claim # 13753 in the above referenced case and in the amount of
        $2,785,774.00        has been transferred **(unless previously expunged by court order)**

             CVI GVF (LUX) MASTER S.A.R.L.
             TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP
             C/O CARVAL INVESTORS UK LTD
             ATTN: DAVID SHORT
             KNOWLE HILL PARK, FAIRMILE LANE
             COBHAM
             SURREY    KT11 2PD
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8344        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
              Debtors.          |
                                |
_____
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LISPENARD STREET CREDIT (MASTER) LTD.
        277 PARK AVENUE, 48TH FLOOR
        NEW YORK NY 10172

Please note that your claim # 13756 in the above referenced case and in the amount of
      $9,722,840.00      has been transferred **(unless previously expunged by court order)**

        CVI GVF (LUX) MASTER S.A.R.L.
        TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD.
        C/O CARVAL INVESTORS UK LTD
        ATTN: DAVID SHORT
        KNOWLE HILL PARK, FAIRMILE LANE
        COBHAM
        SURREY   KT11 2PD
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8345     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010            Vito Genna, Clerk of Court

              /s/ L.Danas
              _____
              By: Epiq Bankruptcy Solutions, LLC
                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|   |   |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   LISPENARD STREET CREDIT (MASTER) FUND LTD.
      277 PARK AVENUE, 48TH FLOOR
      NEW YORK NY 10172

Please note that your claim # 13757 in the above referenced case and in the amount of
      $6,618,723.00      has been transferred **(unless previously expunged by court order)**

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: LISPENARD STREET CREDIT (MASTER) FUND LTD.
C/O CARVAL INVESTORS UK LTD
ATTN: DAVID SHORT
KNOWLE HILL PARK, FAIRMILE LANE
COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8346      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2010                          Vito Genna, Clerk of Court


                                          /s/ L.Danas
                                          ─────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 16, 2010.

**EXHIBIT B**

TIME: 16:05:07
DATE: 04/16/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH REYNOLDS 214 NORTH TRYON STERET NC1-027-14-01 CHARLOTTE NC 28255 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: BDF LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CHIBA BANK, THE, LTD | TREASURY OPERATION DIVISION 5-3 NIHOMBASHI MUROMACHI 1-CHOME CHOU-KU TOKYO  103-1022 JAPAN |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) FUND LTD. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE CO |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURRE |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SUR |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SUR |
| FUNDS COMMUN DE PLACEMENT TRIT BOUT OBLIGA | ZEONEBETDEDAX NATIXIS ASSET MANAGEMENT FOR THE ATTENTION OF LEGAL DEPARTMENT DIRECTION JUDIQUE 21 QUAI D'AVSTERLITZ PARIS CEDEX 13  75 |
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO | TRANSFEROR: RESERVE YIELD PLUS FUND OF THE RESERVE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS JAPAN CO LTD | RICHARDS KIBBE & ORBE ATTN: MANAGING CLERK 1 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS JAPAN CO LTD | TRANSFEROR: GAKUEN, NAKANISHI ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1 ROPPONGI 6-CHOME MINATO-KU, TOKYO  106-6147 JAPAN |
| GOLDMAN, SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO | TRANSFEROR: GOLDMAN SACHS JAPAN CO LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JP MORGAN CHASE BANK, N.A. | TRANSFEROR: CHIBA BANK, THE, LTD 4 NEW YORK PLAZA, FLOOR 16 NEW YORK NY 10004 |
| LISPENARD STREET CREDIT (MASTER) FUND LTD. | 277 PARK AVENUE, 48TH FLOOR NEW YORK NY 10172 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: FUNDS COMMUN DE PLACEMENT TRIT BOUT OBLIGATION EUTO TAUX ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON  EC |
| MOORE MACRO FUND LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: LEGAL DEPARTMENT C/O: MOORE CAPITAL MANAGEMENT LP 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK |
| OAKTREE HUNTINGTON INVESTMENT FUND L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: PENNY ROBBINS OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 900 |
| POND VIEW CREDIT (MASTER), L.P. | 277 PARK AVENUE, 48TH FL NEW YORK NY 10172 |
| PRIMARY FUND OF THE RESERVE FUND, THE | C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER 1540 BROADWAY NEW YORK NY 10036-4086 |
| RAIFFEISEN ZENTRALBANK OSTERREICH AKTIENGES | TRANSFEROR: BANK JULIUS BAER & CO. LTD. AM STADPARK 9 WIEN  1030 AUSTRIA |
| RAIFFEISENLANDESBANK OBEROSTERREICH AKTIEN | GESELLSCHAFT REINHARD TRINKL EUROPAPLATZ 1A LINZ  A-4020 AUSTRIA |
| RESERVE YIELD PLUS FUND OF THE RESERVE | SHORT-TERM INVESTMENT TRUST, THE C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS & WILLIAM HEUER 1540 BROADWAY NEW YORK NY 10036-4086 |
| STAPLE STREET AVIATION (MASTER) LP | 277 PARK AVENUE, 48TH FL. NEW YORK NY 10172 |
| VANGUARD INSTITUTIONAL TOTAL BOND MARKET FUN | TRANSFEROR: VANGUARD INDEX FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VANGUARD INSTITUTIONAL TOTAL BOND MARKET IND | TRANSFEROR: VANGUARD INDEX FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD INSTITUTIONAL TOTAL BOND MARKET IND | TRANSFEROR: SUBORDINATE SERIES AN INDEX FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET FUND, A SERIES OF ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| YORVIK PARTNERS LLP | TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          44

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153