UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
------------------------------------------------------------x   Ref. Docket Nos. 8303, 8304, 8320

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY J. GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2010 I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sidney J. Garabato

Sworn to before me this
20th day of April, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

T:\Clients\LBH\Affidavits\Transfers 8303, 8304, 8320_Aff_04-19-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)    LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     LINKLATERS LLP                                                 ATTN: STEVEN ANTHONY PEARSON
     ATTN: TITIA HOLTZ                                              25 BANK STREET
     KIAH BEVERLY-GRAHAM                                            LONDON      E14 5LE
     1345 AVENUE OF THE AMERICAS                                    UNITED KINGDOM
     NEW YORK NY 10105
```

Please note that your claim # 62783-07 in the above referenced case and in the amount of
        $1,898,704.00         has been transferred **(unless previously expunged by court order)**

```
                                                           NAKANISHI GAKUEN
                                                           TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                           57 TAKENOYAMA IWASAKI-CHO
                                                           NISSIN-SHI, AICHI     470-0197
                                                           JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8303       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney J. Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)        LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     PRICEWATERHOUSECOOPERS LLP                                         ATTN: STEVEN ANTHONY PEARSON
     ATTN: STEVEN ANTHONY PEARSON                                       25 BANK STREET
     PLUMTREE COURT                                                     LONDON    E14 5LE
     LONDON EC4A 4HT UNITED KINGDOM                                     UNITED KINGDOM

Please note that your claim # 62783-07 in the above referenced case and in the amount of
        $1,898,704.00         has been transferred **(unless previously expunged by court order)**

                                                                        NAKANISHI GAKUEN
                                                                        TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                                        57 TAKENOYAMA IWASAKI-CHO
                                                                        NISSIN-SHI, AICHI    470-0197
                                                                        JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8303      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                         Vito Genna, Clerk of Court

                                         /s/Sidney J. Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)      LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     ATTN: STEVEN ANTHONY PEARSON                                    PRICEWATERHOUSECOOPERS LLP
     25 BANK STREET                                                  ATTN: STEVEN ANTHONY PEARSON
     LONDON     E14 5LE                                              PLUMTREE COURT
     UNITED KINGDOM                                                  LONDON EC4A 4HT UNITED KINGDOM
```

Please note that your claim # 62783-07 in the above referenced case and in the amount of
         $1,898,704.00      has been transferred **(unless previously expunged by court order)**

```
         NAKANISHI GAKUEN
         TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
         57 TAKENOYAMA IWASAKI-CHO
         NISSIN-SHI, AICHI     470-0197
         JAPAN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8303      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                            Vito Genna, Clerk of Court

                                            /s/Sidney J. Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 19, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   NAKANISHI GAKUEN
      TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
      57 TAKENOYAMA IWASAKI-CHO
      NISSIN-SHI, AICHI    470-0197
      JAPAN
```

Please note that your claim # 62783-07 in the above referenced case and in the amount of
       $1,898,704.00        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS JAPAN CO., LTD                GOLDMAN SACHS JAPAN CO., LTD
      TRANSFEROR: NAKANISHI GAKUEN                RICHARDS KIBBE & ORBE LLP
      ROPPONGI HILLS MORI TOWER, LEVEL 43-48      ATTN: MANAGING CLERK
      10-1, ROPPONGI 6-CHOME                      ONE WORLD FINANCIAL CENTER
      MINATO-KU, TOKYO    106-6147                NEW YORK NY 10281
      JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8304    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                        Vito Genna, Clerk of Court

                                        /s/Sidney J. Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                                                                          NAKANISHI GAKUEN
                                                                                             TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                                                             57 TAKENOYAMA IWASAKI-CHO
                                                                                             NISSIN-SHI, AICHI    470-0197
                                                                                             JAPAN

Please note that your claim # 62783-07 in the above referenced case and in the amount of
         $1,898,704.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS JAPAN CO., LTD                                    GOLDMAN SACHS JAPAN CO., LTD
RICHARDS KIBBE & ORBE LLP                                       TRANSFEROR: NAKANISHI GAKUEN
ATTN: MANAGING CLERK                                            ROPPONGI HILLS MORI TOWER, LEVEL 43-48
ONE WORLD FINANCIAL CENTER                                      10-1, ROPPONGI 6-CHOME
NEW YORK NY 10281                                               MINATO-KU, TOKYO    106-6147
                                                                JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8304      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                        Vito Genna, Clerk of Court


                                        /s/Sidney J. Garabato
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS JAPAN CO., LTD
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN SACHS JAPAN CO., LTD
TRANSFEROR: NAKANISHI GAKUEN
ROPPONGI HILLS MORI TOWER, LEVEL 43-48
10-1, ROPPONGI 6-CHOME
MINATO-KU, TOKYO    106-6147
JAPAN

Please note that your claim # 62783-07 in the above referenced case and in the amount of
$1,898,704.00    has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8320    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010    Vito Genna, Clerk of Court

/s/Sidney J. Garabato
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS JAPAN CO., LTD              GOLDMAN SACHS JAPAN CO., LTD
      TRANSFEROR: NAKANISHI GAKUEN               RICHARDS KIBBE & ORBE LLP
      ROPPONGI HILLS MORI TOWER, LEVEL 43-48     ATTN: MANAGING CLERK
      10-1, ROPPONGI 6-CHOME                     ONE WORLD FINANCIAL CENTER
      MINATO-KU, TOKYO   106-6147                NEW YORK NY 10281
      JAPAN
```

Please note that your claim # 62783-07 in the above referenced case and in the amount of
　　　$1,898,704.00　　　has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
      TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD    RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8320　　　in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/Sidney J. Garabato
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

# EXHIBIT B

```
TIME: 19:11:24                                          LEHMAN BROTHERS HOLDING INC.
DATE: 04/19/10                                              CREDITOR LISTING                                                        PAGE:      1

Name                                      Address




GOLDMAN SACHS & CO                        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281

GOLDMAN SACHS JAPAN CO., LTD              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS JAPAN CO., LTD              TRANSFEROR: NAKANISHI GAKUEN ROPPONGI HILLS MORI TOWER, LEVEL 43-48 10-1, ROPPONGI 6-CHOME MINATO-KU, TOKYO  106-6147 JAPAN
GOLDMAN, SACHS & CO.                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                      TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    (IN ADMINISTRATION) STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    (IN ADMINISTRATION) PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    (IN ADMINISTRATION) KING & SPALDING LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105

NAKANISHI GAKUEN                          TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 57 TAKENOYAMA IWASAKI-CHO NISSIN-SHI, AICHI  470-0197 JAPAN



Total Number of Records Printed           25
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153