JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Benjamin Rosenblum

and

North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black (CB 4803) (*pro hac vice pending*)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (JMP)
                                                             :
                              Debtors.                       :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL DISCLOSURE DECLARATION OF JAYANT W.
TAMBE, ON BEHALF OF JONES DAY, WITH RESPECT TO APPLICATION OF THE
DEBTORS  PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY
CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL
COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES**

        PLEASE TAKE NOTICE that, on April 21, 2010, Jones Day, special counsel to

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11

cases, as debtors and debtors in possession, filed the attached Supplemental Disclosure

Declaration of Jayant W. Tambe, on Behalf of Jones Day, With Respect to Application of the

Debtors  Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the

Federal Rules of Bankruptcy Procedure  for Authorization to Employ and Retain Jones Day as

Special Counsel to The Debtors, *Nunc Pro Tunc* to the Engagement Dates.

Dated:  April 22, 2010                              Respectfully submitted,
        New York, New York

                                                     /s/ Jayant W. Tambe
                                                    Jayant W. Tambe
                                                    Benjamin Rosenblum
                                                    JONES DAY
                                                    222 East 41st Street
                                                    New York, New York  10017
                                                    Telephone:  (212) 326-3939
                                                    Facsimile:  (212) 755-7306

                                                    and

                                                    Carl E. Black (CB 4803) (*pro hac vice pending*)
                                                    JONES DAY
                                                    North Point
                                                    901 Lakeside Avenue
                                                    Cleveland, Ohio  44114
                                                    Telephone:  (216) 586-3939
                                                    Facsimile:  (216) 579-0212

                                                    ATTORNEYS FOR DEBTORS AND
                                                    DEBTORS IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                      :

In re:                         :    Chapter 11
                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :    Case No. 08-13555 (JMP)
                           :

                Debtors.      :    (Jointly Administered)
                           :

------------------------------------------------------------x

**SUPPLEMENTAL DISCLOSURE DECLARATION OF JAYANT W. TAMBE, ON**
**BEHALF OF JONES DAY, WITH RESPECT TO APPLICATION OF THE DEBTORS**
**PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND**
**RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL**
**COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES**

Pursuant to sections 327, 328 and 329 of the Bankruptcy Code, Bankruptcy Rules

2014(a) and 2016(b) and 28 U.S.C. § 1746, Jayant W. Tambe declares:

        1.      I am a member of the firm of Jones Day, 222 East 41st Street, New York,

New York  10017-6702, and am admitted to practice law in Illinois and New York.

        2.      I submit this Declaration to supplement the disclosures made in that

declaration (the "Initial Declaration") submitted on February 4, 2009 by Simon Powell, a

member of Jones Day, in support of the Application to Employ Jones Day as Special Counsel to

the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "Application").  All facts set forth below in this

Declaration are based upon information from, and discussions I or other Jones Day personnel

reporting to me have had with, certain of my colleagues.  Based on the foregoing, if I were called

upon to testify, I could and would testify competently to the facts set forth herein. I am

authorized to submit this Declaration on behalf of Jones Day.

NYI-4256835v5

## Jones Day's Retention and the Prior Disclosures

1.     On February 4, 2009, the Debtors filed the (a) Application and (b) the Initial Declaration in support thereof.

2.     On February 25, 2009, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Application and authorizing the Debtors to employ and retain Jones Day as special counsel to the Debtors with respect to certain "Representative Matters."[1]

3.     On May 8, 2009, the Debtors submitted (a) a Supplement to the Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as Special Counsel to The Debtors, *Nunc Pro Tunc* To The Engagement Dates [Docket No. 3525] (the "First Supplemental Application") and (b) the supporting declaration of David L. Carden (the "First Supplemental Declaration").

4.     On May 21, 2009, the Court entered an order [Docket No. 3630] authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the First Supplemental Application generally relating to (a) the examination of the negotiation and conclusion of the Asset Purchase Agreement dated September 16, 2008 and certain related or potentially related transactions and events involving the Debtors and Barclays Capital Inc. in and after September of 2008, and (b) the examination of

---

[1]     In addition to the Representative Matters, as previously disclosed, Jones Day represents certain former employees of the Debtors and/or affiliate Lehman Brothers Inc. in connection with investigations, arbitrations and/or other proceedings relating to auction rate securities allegedly sold by, maintained in an account by, or in some other way connected to one or more Lehman entities.  Pursuant to that certain Order Granting Debtors' Motion, Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Advance Certain Legal Costs to Former Employees, dated December 3, 2008 [Docket No. 2052], and subject to the conditions set forth therein, Jones Day has sought payment from the Debtors, and has tendered claims for reimbursement and/or payment from their insurance providers to the extent coverage exists and any deductible and/or self insured retention has been satisfied, for legal fees and expenses incurred in connection with the representations of such former employees.

issues relating to derivatives trades between (i) Debtor Lehman Brothers Special Financing Inc.

and certain of the other Debtor and (ii) the counterparty to such trades, AIG CDS, Inc. and/or its

affiliates.

5.        On July 9, 2009, the Debtors submitted (a) a Second Supplemental

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket

No. 4299] (the "Second Supplemental Application") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "Second Supplemental Declaration").

6.        On July 23, 2009, the Court entered an order [Docket No. 4476]

(the "Second Supplemental Retention Order") authorizing and approving the expansion of Jones

Day's retention as special counsel with respect to certain matters described in the Second

Supplemental Application generally relating to certain structured products and derivatives trades

between the Debtors and other entities, which the Debtors' primary restructuring counsel is

unable to assist them with due to conflict or other reasons.

7.        On October 22, 2009, the Debtors submitted (a) a Third Supplemental

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket

No. 5604] (the "Third Supplemental Application") and (b) the supporting declaration of Jayant

W. Tambe of Jones Day (the "Third Supplemental Declaration").

8.        On November 5, 2009, the Court entered an order [Docket No. 5728]

(the "Third Supplemental Retention Order") authorizing and approving the expansion of Jones

Day's retention as special counsel with respect to certain matters described in the Third

Supplemental Application generally relating to derivatives and structured products matters

involving certain specified counterparties, other derivatives and structured products related

matters (including certain matters governed by English law), and certain matters relating to the

joint representation of the Ad Hoc Committee of Non-Agent Secured Lenders and certain non-

agent secured lenders, which include certain of the Debtors, in connection with the Adelphia

bankruptcy proceedings.

9.      On January 25, 2010, the Debtors submitted (a) a Fourth Supplemental

Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain

Jones Day as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates [Docket

No. 6750] (the "Fourth Supplemental Application" and together with the First Supplemental

Application, the Second Supplemental Application, and the Third Supplemental Application, the

"Supplemental Applications") and (b) the supporting declaration of Jayant W. Tambe of Jones

Day (the "Fourth Supplemental Declaration" and together with the Initial Declaration, the First

Supplemental Declaration, the Second Supplemental Declaration, and the Third Supplemental

Declaration, the "Declarations").

10.      On February 18, 2010, the Court entered an order [Docket No. 7166]

(the "Fourth Supplemental Retention Order") authorizing and approving the expansion of Jones

Day's retention as special counsel with respect to certain matters described in the Fourth

Supplemental Application generally relating to the representation of the Debtors in connection

with the workout and/or restructuring of certain loans/investments in the Loan

Portfolio/Investment Portfolio involving Greenbriar Minerals LLC and such other matters

relating to the Loan Portfolio/Investment Portfolio, as requested by the Debtors and agreed to by Jones Day.

## Prior Conflict Searches

11.    The disclosures contained herein supplement the prior disclosures (the "Prior Disclosures") made regarding Jones Day's representation of the Debtors set forth in the Application, the Supplemental Applications and the Declarations.

12.    In connection with the Prior Disclosures, Jones Day researched its client database for the previous two years to determine whether it had any relationships with the following entities (collectively, the "Prior Conflict Searches"):

(a)  the Debtors;

(b)  the 50 largest bondholders;

(c)  the 100 largest unsecured creditors (other than bondholders);

(d)  Significant leases;

(e)  Secured creditors;

(f)  Government, state and regulatory agencies;

(g)  the Members of Ad Hoc or Unofficial Creditors' Committees – those formed prior to the Commencement Date, to the extent known at the Commencement Date;

(h)  Significant Stockholders – if Debtor is a corporation, any significant stockholders (greater than 5%);

(i)  Directors and Officers – current and former (up to three years) members of the corporation's board of directors and its officers;

(j)  Underwriting investment bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date;

(k)  Related entities;

(l)  Former Lehman Brothers Holdings Inc. entities;

(m) Potential parties in interest;

(n)  Selected derivatives counterparties;

(o)  Affiliations of outside directors;

(p)  Professionals employed by the company;

(q)  Litigation claimants;

(r)  the 100 largest holders of trade debt;

(s)  Professionals retained by significant creditor groups;

(t)  Utilities; and

(u)  Committee members.

13.     The identities of the entities included in the Prior Conflict Searches were set forth in the Prior Disclosures.  To the extent that the Prior Conflict Searches indicated that Jones Day had been within two years or currently was employed by any of the entities identified in the Prior Conflict Searches in matters unrelated to these chapter 11 cases, the identities of those entities were set forth in the Prior Disclosures.

**Continuing and Supplemental Disclosure**

14.     As part of its ongoing disclosure responsibilities under Rule 2014 of the Federal Rules of Bankruptcy Procedure, and recognizing that the Prior Disclosures may require

updating, Jones Day periodically re-examines its relationships with interested parties in these chapter 11 cases.

15.    In connection therewith, Jones Day researched its client database for the past two years (the "Supplemental Conflicts Search") to determine whether:

(a)  since the completion of the Prior Conflict Searches, Jones Day has (i) undertaken to provide additional client services or (ii) has ceased providing client services to any of the entities identified and previously disclosed as clients of Jones Day in the Prior Disclosures;

(b) any information relating to Jones Day's relationship with the entities identified in the Prior Disclosures or their affiliates was inadvertently omitted from the Prior Disclosures;

(c)  since the completion of the Prior Conflict Searches, Jones Day has undertaken to provide client services to any of the entities identified in the Prior Disclosures or their affiliates that were not clients of Jones Day when the Prior Conflict Searches were conducted; and

(d) any entities not identified in the Prior Disclosures, but that may have taken a role in matters relating to these chapter 11 cases since the completion of the Prior Conflict Searches, are current or former clients of Jones Day (collectively, the "Additional Parties").

16.    The Additional Parties are identified on Exhibit A attached hereto and incorporated herein by reference.  To the extent that the Supplemental Conflicts Search indicated that Jones Day has been or currently is employed by (a) any of the entities identified in the Prior Conflict Searches or (b) any of the Additional Parties in matters unrelated to these chapter 11

cases, the identities of those entities are set forth on Exhibit B attached hereto and incorporated

herein by reference.  Exhibit B also identifies affiliates of present or former clients even if those

affiliates themselves have never been clients.  Further disclosures based on subsequent

information will be made in future supplemental disclosures, as appropriate.

17.     To the best of my knowledge, information and belief, and other than in

connection with these chapter 11 cases, Jones Day has no connection with the Debtors, their

creditors, the U.S. Trustee or any other party with an actual or potential interest in these

chapter 11 cases, or their respective attorneys or accountants, except as set forth herein or in the

Prior Disclosures.

18.     To the best of my knowledge, information and belief, Jones Day does not

represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to any

matter for which it is retained by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: April 21, 2010

 /s/ Jayant W. Tambe
Jayant W. Tambe
Jones Day
222 East 41st Street
New York, NY 10017-6702

# EXHIBIT A

## Additional Parties in Interest

**Debtors**

CES Aviation IX LLC
CES Aviation LLC
CES Aviation V LLC
LB 2080 Kalakaua Owners LLC
LB Rose Ranch LLC
Lehman Scottish Finance, L.P.
Luxembourg Residential Properties
    Loan Finance S.A.R.L.
PAMI Statler Arms LLC

**Debtors' Professionals**

Allen Matkins Leck Gamble Mallory
    and Natsis
Alvarez & Marsal North America LLC
Appleby Global
Bar & Karrer AG
Berkman Wechsler Bloom & Co. Law Offices
Bortstein Legal LLC
Bracewell & Giullliani LLP
Brownstein Hyatt Farber Schreck, LLP
Bulboaca & Associates
Cains
Cassels Brock & Blackwell LLP
Chiomenti Studio Legale
Curtis, Mallet-Prevost, Colt & Mosle LLP
Davis & Gilbert LLP
De Brauw Blackstone Westbroek
Deloitte & Touche USA LLP
Duff and Phelps
Evergreen Law Group
Fragomen, Del Rey, Bernsen & Loewy LLP
Fried, Frank
FTI Consulting, Inc.
Fulbright & Jaworski L.L.P.
Herbert Smith CIS LLP
Houlihan Lokey Howard & Zukin Capital, Inc.
Jenner and Block LLP
Kahrl & Wutcher LLP
Kellerhals Hess
Klavins & Slaidins
Lazard Freres & Co.
Locke Lord Bissell & Liddell LLP
Luboja & Thau LLP
Maples and Calder (Cayman Office)
Meitar & Liquornik, Geva & Leshem Brandwein
MMOR Consulting
Momo-o, Matsuo & Namba

NautaDutilh N.V.
Norton Rose LLP
Ogier
Pekin & Pekin
Quinn Emanuel Urquhart Oliver & Hedges LLP
Richards, Layton & Finger, P.A.
Smith Dollar
Stamford Law Corporation
Tozzini Freire Advogados

**Directors/Officers of the Debtors**

Aaron Guth
Aida Sarmast
Andrew Fischtal
Andrew Yeung
Ann Cairns
Christine Searl
Daniel Ehrmann
Darryl Steinberg
Denise Troise
E. Todd Whittemore
Francine Kittredge
Gerald Pietroforte
Gwen J. Zeisler
Jack McCarthy
James Brogan
Jeffrey A. Welikson
Jeffrey Fitts
JeffryCiongoli
Joanne Chormanski
John M. Skoba
John Suckow
Jonathan Harris
Karen B. Corrigan
Lana Franks
Leo C. Trautman, Jr.
Linda Klang
Madeline L. Shapiro
Martha Solinger
Martin Winter
Neill Poole
Pamela Tibbetts
Robert J. Leist
Ronn A. Pisapia
Salvatore Barbuzza
Shawnda D. Merriman
Terry L. Gentry
Thomas Hommel
Wendy M. Uvino

William Fox
William Gordon
William Olshan
Yvonne Stich

**Trade Debt Holders**

2027 Collections Center Drive
425 Lexington Avenue
515 South Flower Street
77 West Wacker
Bank One Plaza
BT Americas, Inc.
Centrale Attivita Finanziarie S.p.A.
Elyo Services Limited
Hatfield Philips International Limited
IPC Information Systems, Inc.
Lancaster Office Cleaning Company
London Eastern Railway Limited
Net One Systems
The British Land Company Plc

**Large Unsecured Creditors
Other Than Bondholders**

Citibank N.A. Hong Kong Branch

**Significant Lessors**

Custer Court, L.P.

**Parties to Litigation with the Debtors**

A. Vernon Wright and Dynoil Refining LLC et al.
Avenius, et al.
Carolina First Bank
Declan Kelly
Evergreen Solar, Inc.
Fogarazzo, et al.
Friedman Billings Ramsey Group, Inc.
Massachusetts Water Resources Authority
Miron Berenshteyn
Research Analyst Independence
Rye Select Broad Market Portfolio Limited
Rye Select Broad Market XL Portfolio Limited
Securities Investor Protection Corporation
Sentinel Management Group, Inc.
Sola Ltd. Royal Bank of America
Southern Community Financial Corporation,
    Southern Community Bank and Trust
State Street Bank and Trust Company
The Adelphia Recovery Trust
The Options Clearing Corporation

**Members of Ad Hoc orUnofficial
Creditors'Committee and Informal
LBHI Bondholders Group**

Alliance Bernstein
Capital Guardian Trust Company
Cyrus Capital Partners, L.P.
King Street Capital Management LLC
Pacific Management Investment Company
Wexford Capital LLC
York Capital Management

**Member of Official Creditors' Committee**

Aegon USA Investment Management

**Principal Investments**

Brozero Limited
Castex Energy 2007, L.P.
Castex Energy, Inc.
Crimson Exploration Inc.
David Arrington Oil & Gas Barnett Shale IV, LLC
David Arrington Oil & Gas, Inc.
Delta Prefco Limited
Delta Topco Limited
DHS Drilling Company
DHS Holding Company
Energy XXI Gulf Coast, Inc.
FDR Holdings, Ltd.
First Wind Holdings, LLC
Firth Rixson Limited
Forgings International Holdings 1 Limited
Forgings International Holdings Limited
Forgings International Limited
FR Acquisition Corporation (Europe) Limited
FR Acquisition Corporation (Luxembourg) S.A.R.L.
FR Acquisition Corporation (US), Inc.
FR Acquisition Finance Subco (Luxembourg)
    S.A.R.L.
FR Acquisition Holding Corporation (Luxembourg)
    S.A.R.L.
FR Acquisition Subco (Luxembourg) S.A.R.L.
Frontier Drilling ASA
Frontier Drilling USA, Inc.
Greenbrier Minerals Holdings, LLC
Greenbrier Minerals, LLC
Hilcorp Energy I, L.P.
Hilcorp Exploration Venture 1 LLC
Jazz Pharmaceuticals, Inc.
JFB Firth Rixson, Inc.

- A2 -

JFB Overseas Holdings Limited
JPI Commercial, LLC
Latshaw Drilling & Exploration Company
Latshaw Drilling Company LLC
Minrad International, Inc.
Mountain Drilling Company
Mountain Drilling LLC
Orthovita, Inc.
Pegasus International, Inc.
Petsec Energy, Inc.
RJO Holdings Corporation
RJO Investor Corporation
Sacher Funding Ltd.
SCP Worldwide I, L.P.
Sixth Gear Funding Trust
Sixth Gear, Inc.
Sixth Gear Solutions Corporation
SkyPower Corporation
Universal Ensco, Inc.
UP Acquisition Sub, Inc.
UP Holdings, Inc.
Varel Funding Corporation
Varel International Ind., L.P.
Voss of Norway ASA

**Selected Derivative Counterparties**

Advanced Micro Devices, Inc.
Allison Transmission
American Investor Life Insurance Company
Aviva Life Insurance Company
Aviva Life & Annuity Company
Banco Espirito Santo
Banco Espirito Santo Investimento
Colorado Housing Finance Authority
Consolidated Container Company LLC
Convexity Capital Master Fund, L.P.
Dollar General Corporation
FSA Credit Protection Trust 283
Government of Singapore Investment Corporation
H21 Absolute Return Concepts SPC ARC-B07-20
H21 Absolute Return Portfolios SPC Class A
Houghton Mifflin Harcourt Publishing Company
Idaho Housing and Finance Association
Indianapolis Life Insurance Company (Inc.)
ING Life Insurance & Annuity Company
ING USA Annuity & Life Insurance Company
Intel Corporation
Iowa Telecommunications Services, Inc.
Irish Life & Permanent Plc
Life Investors Insurance Company of America
Ministry of Finance Italy
Monumental Life Insurance Company (Inc.)
Nebraska Investment Finance Authority
New Generation Funding Trust 15
New Generation Funding Trust 16

New York Life & Annuity Insurance Corporation
New York Life Insurance & Annuity Corporation
  Private Placement
New York Life Insurance Company, Inc.
One Madison Investments (CAYCO) Limited
Pacific Life & Annuity Company
Pacific Lifecorp
Pinnacle Foods Finance LLC
Principal Financial Services, Inc.
Putnam (183 ISDA's)
Reliastar Life Insurance Company
Reliastar Life Insurance Company of New York
Riversource Life Insurance Company of New York
Russell Implementation Services, Inc.
Russell Investment Group
Security Life of Denver Insurance Company
Sunamerica Life Insurance Company
Transamerica Financial Life Insurance Company
Transamerica Occidental Life Insurance Company
Veyance Technologies, Inc.
Zeeland Aluminium Company AG

**Other Related Party**

Area Depository Corporation (dissolved)

**Potential Parties in Interest**

13D Research Inc.
1407 Broadway Real Estate LLC
25 Broad LLC
4086 Advisors
4Cast Inc.
ABN Ambro Holding N.V.
AboveNet Communications, Inc.
Abu Dhabi National
Accel Capital Corporation
Accellent, Inc.
ACCLARA
Account Temps
Accredited Home Lenders, Inc.
Accuride Corporation
ACI Operations Pty Limited
Acorn Partners, L.P.
Activant Solutions, Inc.
Acts Aero Tech Support
Adagio IV CLO Limited
Advanced Graphic Printing, Inc.
AES Corporation
AG First Farm Credit Bank
AGA Medical Corporation
Agribank
Aida Sarmast
AIG CDS, Inc.
AIG Financial Products Corporation

- A3 -

Airclaims Limited
Alabama Power Company
Alan J. Worden
Alcoa, Inc.
Alenco
Alex E. Rhinehart
Algoma Stell, Inc.
AlixPartners LLP
Allegheny Energy
Allen Matkins Leck Gamble Mallory
Alliance Imaging, Inc.
Alliance Laundry Holdings LLC
Alliance Laundry Systems
Alliance Resource Operating
Alliant Energy Corporation
Allianz
Allied Holdings, Inc.
Allied Waste Industries, Inc.
Allied World Assurance Company
Allison Transmission, Inc.
Allsport Management S.A.
Alltel Communications
Alltel Corporation
Alpha D2 Limited
Alpha III
Altos Hornos de Mexico S.A. de C.V.
Altra Group, Inc.
Amadeus Holdings Limited
AMBAC
Amber Capital Investment Management
Ameren Corporation
Amerenergy Resources Generating
American Airlines 1st Lien
American Airlines, Inc.
American Axle & Manufacturing, Inc.
American Electric Power Co., Inc.
American European Insurance Company
American Express
American International Group, Inc.
American Transmission Company
Americas
AmeriSourceBergen Corporation
Amgen, Inc.
Ana Fernanda Canales Gonzales
ANC Rental Corporation
Anita Bryant
Ann Lee
Antero Resources Corporation
Anthony Victor Lomas
ANZ Securities, Inc.
Apax Summer Bidco Limited
Apollo Management Holdings, L.P.
Aracruz
Aramark Corporation
Arapahoe International Limited
Area Giochi Holding S.p.A.

ARINC Incorporated
Arizona Public Service Company
ArvinMeritor, Inc.
Arysta Lifescience
AS Propulsion Capital B.V.
Ashmore Energy International / AEI
Assurant, Inc.
AT&T Services, Inc.
Atlas Pipeline Partners
Atmos Energy Corporation
Atrium Companies, Inc.
Audio Visual Services Corporation
Australia National Bank
Autodesk, Inc.
Automobile Club Insurance Association
Avago Technologies Finance Pte. Ltd.
Aveos
Avio
Aviva Life and Annuity Company
AVR Acquisitions B.V.
AVR Industrial Waste B.V.
AVR Industrie N.V.
Axon Financial
B & G Foods
BAE Systems Holdings, Inc.
Ball Corporation
Ball Packaging Products Canada
Ballyrock ABS CDO 2007-1 Limited
Banco Santander
Banesco Holding C.A.
Bank of New York Trust Co., N.A.
Bausch and Lomb
BBVA Securities, Inc.
BCM Ireland Holdings Limited
BCV Investments SCA
BEA Systems, Inc.
Beig Midco Limited
Beig Pikco Limited
Belmont Holdings Corporation
Berry Plastics Corporation
Best Buy
Best Karpet
BHM Exit Financing Facility
BHM Exit Term Loan
BHM Technologies LLC
Biogen Iden, Inc.
Biomet, Inc.
Black Lion Beverages III B.V.
BlackRock
Blackstone / Blackstone Capital Partners V, L.P.
Block Financial Corporation
BLT 39 LLC
BMO Capital Markets Corporation
BNC Mortgage Loan Trust
BNY Capital Markets, Inc.
Boardwalk Pipelines, L.P.

Bonten Media Group, Inc.
Booz Allen Hamilton, Inc.
Bortstein Legal LLC
Boston Generating LLC
BPC Holding Corporation (f/k/a BPC
  Acquisition Corporation)
BreitBurn Operating, L.P.
Bremer Financial Corporation A-3
Brickman Group
British Airways Plc
British Sky Broadcasting Group Plc
Brockton Contributory Retirement System
Brooks Family Partnership LLC
Brownstein Hyatt Farber Schreck LLP
Buckeye Partners, L.P.
Buffets, Inc.
Building Materials - Wells
Buildings Materials Holdings
Burger King Corporation
Cableuropa S.A.U.
Cablevision Systems Corporation
Cabrera Capital Markets LLC
Caja de Ahorros y Monte de Piedad de Madrid
California Public Employees Retirement System
Cammell Laird Holdings Plc
Campbell Soup Company
Capital IQ, Inc.
Capmark Financial Group, Inc.
Carbone S.A.R.L.
Caribe Media, Inc.
Carlos Manala
Carlsberg Breweries
Cascade Investment LLC
Casema Mezzanine
Casema/Euribor
Castex Energy 1995, L.P.
Cattolica Assicurazioni S.p.A.
Cavalier Telephone
CBI Italian Receivables
CBI-Italian NPL
CBR Textile GmbH
CBS Corporation
CCMP Acquisition
CDC IXIS Financial Guaranty Services, Inc.
CDW Corporation
CEAGO ABS CDO 2007-1 LLC
CEAGO ABS CDO 2007-1, Ltd.
Cebridge 2nd Lien PIK
Cedar Fair
Cede & Company
CEI/Kensington, Inc.
Cellcap Securities Limited
Centennial Cellular Corporation
Centennial Communications Corporation
Center Energy Resources Corporation
Centerpoint Energy Resource

Centra Park LLC
Central CATV, Inc.
Central Illinois Light Company
Central Illinois Public Service Company
Centurytel, Inc.
Cenveo Corporation
Cequel Comm
Cereita Lawrence
Cessna
CFS Holding N.V.
Charise Carroll
Charles Schwab & Co., Inc.
Chart Industries, Inc.
Charter Communications
Chequer Finance 1 S.A.
Chequer Finance 2 S.A.
Chequer Finance 3 S.A.
Chesapeake Appalachia LLC
Chesapeake Energy Corporation
Chicago Board Options Exchange Incorporated
Choctaw Investors B.V.
Chorion (Project Planet) PIK
Chun IP
CIFG
CIFG Services, Inc.
Cilcorp, Inc.
Cinemark USA, Inc. A-4
Cisco Systems Capital Corporation/Cisco
  Systems, Inc./Cisco
CIT Group (Master)
Citic International Financial Holdings
Citrus Corporation
City of Auburn
City of Burbank
City of Fremont
City of San Buenaventura
City of South San Francisco
City of Tuolumne
CKX, Inc.
Claire's Stores, Inc.
Clearwater Capital Partners
Cleveland Barrett
Clio European CLO B.V.
Clondalkin Acquisition B.V.
CME Group, Inc.
Coditel S.A.R.L.
Colfax Corporation
Collins & Aikman Products
Colonial Realty Limited Partnership
Commerzbank Capital Markets Corporation
Community Health System
Community Trust Bancorp, Inc.
Company I Ameren Resources Gen Company
Concord Development Properties, Ltd.
Conocophillips
Conseco, Inc.

Constellation Energy Group, Inc.
Continental AG I Continental
Continental Airlines, Inc.
Convenience Food System
Converteam
Cooperatieve Centrale Raiffeisen-Boerenleenbank, B.A.
Cooper-Standard Automotive, Inc.
Corp, Inc.
Corrections Corporation of America
CorrectNet, Inc.
Cortefiel, S.A.
Coughlin Stoia Geller Rudman & Robbins LLP
Covanta Energy Corporation
Coventry Health Care, Inc.
Coviden Inti
Cox Communications, Inc.
Cox Enterprises, Inc.
Cox Radio, Inc.
CPQ Midco II Corporation
CRA Rogerscasey LLC
Credit Agricole
CRJ 200 Whole Loan
CROSSMAR, Inc.
Crown Americas, Inc.
Crown Castle
CSC Holdings
CSG Systems International, Inc.
Cura Fixed Fund
CWT Senior
Dae Aviation Holdings, Inc.
Dan Yoram Schwarzmann
Dana Holding Corporation
Danaher Corporation
Danish Holdco
Danske Bank A/S
Darden Restaurants, Inc.
Data Down Link Corporation
David A. Rosenfeld
David C. Cimo
David C. Walton
David H. Arlington Oil and Gas, Inc.
Dayco
DBP NPLS
DCFS Trust
DCI Umbrella Fund Plc
Debitel (Netherlands) Holding B.V.
Deere & Company
Del Monte Corporation
Delek Benelux B.V.
Delek Luxembourg Holding S.A.R.L.
Delphi
Delta Airlines A-5
Demann
Deutsche Bank Trust Company
Deutsche Telekom AG

Dexia Local
DG3 Holdings LLC
Diageo Finance Plc
Dido Erste Vermoegensverwaltun GS
Digicel International Finance Limited
Discover Financial Services
Diversified Credit Investments LLC, as agent
    for the Government of Singapore Investment
    Corporation Pte, Ltd.
Diversified Software Systems, Inc.
DK Acquisition Partners
Dollar General Corporation
Dominion Resources, Inc.
Domtar, Inc.
Dovenmuehle Mortgage, Inc.
Drake Management LLC
Dresser, Inc.
Duff & Phelps
Dun & Bradstreet
Duncan Energy Parnters, L.P.
Dynegy Holdings, Inc.
Dynergy Power Marketing, Inc.
DZ Financial Markets LLC
E.On AG
Eagle Rock Energy Partners, L.P.
E-Bay, Inc.
Edam Acquisition Holdings B.V.
Edgen Murray
Edison International
Edison Mission Energy
Edscha AG
Educational Management Corporation
Edward D. Jones & Co., L.P.
Edward Grieb
El Paso Corporation
El Paso Pipeline Partners
Electrabel
Electrabel S.A.
Electricite de France
Elliot International, L.P.
Elliott Associates, L.P.
EMC Corporation
EMI Entertainment World, Inc.
Emigrant Bank
Enbridge (U.S.), Inc.
Enbridge Energy Partners
Encana Corporation
Encana Oil and Gas
Endemol Mezz
Endemol Sen
Enel S.p.A.
E-NET Corporation
Engineers-Employers Construction Industry
    Retirement Trust/Saginaw Police & Fire
    Pension Board

Enron Corporation
Entegra Holdings L.C.
Entegra TC LLC
Entergy Corporation
Enterprise GP Holdings, L.P.
Enterprise Products LLC
Enterprise Products Operating, L.P.
Envirosolutions Real Property Holdings, Inc.
Equitable Resources, Inc.
ERP Operating Limited Partnership
Escaline S.A.R.L.
E-Source, Inc.
Exco Partners Operating Partnership, L.P.
Exco Resources, Inc.
Express Energy Services Holding, L.P.
Extendicare Health Services, Inc.
Exterran Holdings, Inc.
FA Sub 3 Limited
Fadesa Inmobiliaria, S.A.
Faegre & Benson
Fairpoint Communications, Inc.
Falcon Senior
FCAR
Federazione Italiana del Consorzi Agrari S.R.L.
Federconsorzi
Ferretti
Fidelity Capital Markets Services A-6
Fidelity Investments
Financial Security Assurance
Financiere Daunou
Financiers CVT
Finartex
Finmeccanica Finance, S.A.
FINOVA Loan Administration
Fire & Police Pension of Colorado
First Chemical Holding
First Chemical Mexxanine
First Chemical Senior
First Data Corporation
First Franklin Mortgage Lona Trust 2006-FFA
FirstEnergy Corporation
Firth Rixson Mezz
Flextronics International Ltd.
Florida Gas Transmission Company LLC
Ford Motor Company
Ford Motor Credit
Fortis Group
Fortress Investment Group LLC
FPL Group Capital, Inc.
FR Acquisitions Corporation (Europe) Limited
Francisco Perez
Franklin Lincoln National Corporation
Fred Telling
Freenet
Freescale Semiconductor, Inc.
Fresenius Medical Holdings, Inc.

Friedman, Billings, Ramsey & Group, Inc.
Frontier Drilling
Frost & Sullivan
Fusion Funding Limited
Fusion Funding Luxembourg, S.A.R.L.
Gables Marquis
Gala
Gala Group Finance Limited
Gala Mezz
Gaming Invest S.A.R.L.
Gate Gourmet
G-BNWE Aircraft Pty Ltd.
G-BNWF Aircraft Pty Ltd.
G-BNWG Aircraft Pty Ltd.
G-BNWJ Aircraft Pty Ltd.
G-BNWK Aircraft Pty Ltd.
G-BNWK Aircraft Pty Ltd.
G-BNWL Aircraft Pty Ltd.
G-BNWS Aircraft Pty Ltd.
G-BNWT Aircraft Pty Ltd.
GE Corporate Financial Services, Inc.
Gemstone CDO VI Corporation
Gemstone CDO VI Ltd.
GenenTech, Inc.
General Helicopters International LLC
General Mills, Inc.
General Nutrition Centers, Inc.
Genovese Joblove & Battista, P.A.
Gentiva Health Services, Inc.
Genworth Financial, Inc.
Georgia Gulf
Georgia Pacific Corporation
Georgia-Pacific Expansion S.A.S
German Association of Savings Banks
Gesconsult S.A. SG LLC
Ginn Clubs
Givaudan, S.A.
Global Cash Access, Inc.
Globe Pub Management Limited
GM Canada Foreign Trust
GMAM Investment Funds Trust
GMBH
Government of Singapore
Grace Wang
Graham Packaging Company, L.P.
Graphic Packaging International Corporation
Great Lakes Dredge & Dock Corporation
Greektown Holdings LLC
Green Valley Ranch Gaming LLC A-7
Greenpoint Mortgage Funding Trust Series
Greenwich Insurance Company
Grupo Iusacell
Gulf Stream Asset Management
H3C Holdings Ltd.
Halbis Distressed Opportunity Master Fund Ltd.

- A7 -

Halliburton Company
Hanger Orthopedic Group, Inc.
Harbert
Harbison Station Apartments, L.P.
HarbourView CDO III, Limited
Harrah's Operating Co., Inc.
Harris Nesbit Corporation
Hawaiian Telcom Communications, Inc.
Hawaiian Telcom Holdco, Inc.
Hawaiian Telcom IP Service Delivery Investment LLC
Hawaiian Telcom IP Service Delivery Research LLC
Hawaiian Telcom IP Video Investment LLC
Hawaiian Telcom IP Video Research LLC
Hawaiian Telcom Services Company, Inc.
Hawaiian Telcom, Inc.
Hawker Beechcraft
HBK Investments, L.P.
HCA, Inc.
HD Supply
Heating Finance Plc
Hegemon Fund I LLC
Henry Schein, Inc.
Herbst Gaming, Inc.
Heritage Fields
Hexion LLC
Highbridge LD Acquisition LLC
Highbridge Principal Strategies - Mezzanine Partners
Highmount Exploration & Production LLC
Hilite German GMBH & Co. KG
Hilliard Farber & Co., Inc.
HMH Publishers LLC
HMH Publishing Mezzanine Holdings Inc.
Horizon Merger Corporation
Houghton Mifflin Harcourt Publishers, Inc.
Howard W. Tomlinson
HSBC Finance Corporation
Hudson CLO 3 B.V.
Hughes Hubbard
Huish Detergents, Inc. (Huish)
Humberto G. Merchland Lopez
Huntsman International LLC
HVB Capital Markets, Inc.
Iasis Healthcare LLC
Ibertravel Vacations (MEZZ)
Ibertravel Vacations Holding LS
ICAP North America, Inc.
Icopal
Idearc, Inc.
Illinois National Insurance
Illinois Power Company
IM US Hold Inverness Medical
IMO Carwash
Imperial Tobacco Entertainment Finance Limited
Incapital LLC
INEOS Group Limited
Inergy, L.P.

Infineon Technologies AG
Infonxx, Inc.
Infospace, Inc.
ING Financial Markets LLC
ING Group
Innovia Films (Holding 3) Limited
Intelsat (Bermuda), Ltd.
Intelsat Corporation (FKA Panamsat)
Intelsat Jackson (FKA Bermuda) A-8
Intelsat Subsidiary Holding Company
Intercall, Inc.
Interface Cable Assemblies and Services Corporation
Intergen N.V.
Interline Brands, Inc.
Inter-Local Pension Fund Graphic Communications
    Conference of the International Brotherhood of Teamsters
Internal Revenue Service
International Lease Finance Corporation
Intersil Corporation
Interstate Brands Corporation
Interstate Fibernet, Inc.
Interstate Power and Light Company
Intesa
IntraLinks, Inc.
Inverness Medical Innovations, Inc.
INVESCO CLO
INVESCO Real Estate
Investment Corporation Pte Ltd.
Iowa Telecommunications Services, Inc.
Iridium Satellite LLC
Iris Software, Inc.
Iron Mountain Incorporated
Island Medical Group
Islavista Spain, S.A.
ISS Holding
iStar Financial, Inc.
ITC Holdings Corporation
ITC Midwest LLC
ITC Transco
Iusacell
J. Aron & Company
Jacquelyn Soffer
James J. Sullivan
James W. Giddens
Janet Crawshaw
Jarden Corporation
Jason C. Davis
Jeffrey Soffer
JFB Firth Rixson, Inc.
Jin Liu
Jo Anne Buzzo
John J. Genovese
Joseph Cordaro, Assistant U.S. Attorney, SDNY
Journal Register
JSC Rosgosstrakh

- A8 -

Jung Development Co., Ltd.
Jung Developments (Infinity 2), Inc.
Jung Developments, Inc.
Ka Kin Wong
Kabel Deutschland
Kahrl Roberts & Wutcher LLP
Karim Kano
Kaupthing Bank
KBC Bank
KBC Financial Products UK Limited
KBC Financial Products USA, Inc.
KBC Investments Cayman Islands V Limited
KBC Investments Limited
KBR Holdings LLC
KDP Investment Advisors, Inc.
Keane, Inc.
Kelson Finance LLC
Kelson Holding LLC
Kerasotes Theatres, Inc.
Key Energy Services, Inc.
Keystone, Inc.
KGT, Inc.
Kimberly-Clark Corporation
Kinder Morgan Energy Partners, L.P.
Kirch Holding GMBH & Co. KG
KKR Private Equity Investors, L.P.
Klavins & Slaidins A-9
Kleopatra Lux 2 Mezz
Kleopatra Lux 2 S.A.R.L.
Kleopatra Senior
Knight Capital Group
Knight Debtco Ltd.
KPMG
Kristine Smith
Kubber Investments
Laboratory Corporation of America Holdings
Lai Mei Chan
Lake Las Vegas Resort (Laslas)
Lan Dale Asset Purchasing
Landale Liquidity Facility
Landsource
Lanxess AG
Las Vegas Resort
Las Vegas Sands LLC
LaSalle Bank, National Association
LaSalle Global Trust Services
Lavena Holding GMBH 3
Lavena Holding GMBH 4
Lavena Mezz
Lavena Senior
LB  Secondary OPP Offshore Fund II, L.P.
LB 2080 Kalakaua Owners LLC
LB Co-Investment Partners Cayman AIV I, L.P.
LB Merchant Banking Partners III Cayman AIV, L.P.
LB Offshore GP Holdings (PE) Ltd.
LB Offshore Investment Partners II, L.P.

LB Secondary OPP Offshore Fund, L.P.
LB VC Partners, L.P. (VC Fund II)
LBAYK
LBREP Lakeside SC Master I LLC
LBREP/L-Suncal Master I LLC
LBT Loan Funding
LBT Varlik Yonetim Anonim Sirketi
LeaseDimensions
Legal & General Group Plc
Legendre Holdings 17, S.A.
Lehman Brothers Alpha Funds Plc for
   Lehman Brothers US High Yield Funds
Lehman Brothers Bankhaus AG
Lehman Brothers European Mezzanine LB S.A.R.L.
Lehman Brothers First Trust Income Opportunity
   Fund, Inc.
Lehman Brothers High Yield Bond Fund 316,
Lehman Brothers Income Funds for Lehman Brothers
   High Income Bond Funds
Lehman Brothers Income Funds
Lehman Brothers Income Funds for Lehman Brothers
   Strategic Income Fund
Lehman Brothers Merchant Banking Partners IV,
L.P.
Lehman Mortgage Trust
Lehman XS Trust
Leticia Chau
Level 3 Financing, Inc.
Lewtan Technologies, Inc.
LFIGXG LLC
LH 1440 LLC
Libby Wong
Liberator Bidco Limited
Liberator Jr Mezz
Liberator Mezz
Liberator Senior Facilities Dtd
Liberty Global, Inc.
Liberty Mutual Group, Inc.
Libra CDO LLC
Libra CDO Ltd.
Lim Finance II, Inc.
Limited Lincoln National Corporation
Lincoln Variable Insurance
Linda Demizio
Linden Advisors, L.P.
Litton Loan Servicing, L.P.
LKQ Corporation
LLC New York State Office of Unclaimed Funds
LLCA-2
Local Insight Media
Local Insight Regatta Holdings, Inc.
Local Media Finance LLC
Loop Capital Markets LLC
Los Angeles City Employees' Retirement System
Luboja & Thau LLP

- A9 -

Lufthansa AG
Lukoil Finance Limited
Luxembourg 3 S.A.R.L.
LW Securities Ltd.
Lyondell
LyondellBasell Industries
M.B.H. Emprunteur
M.R. Beal & Company
Mackinaw Power Holdings LLC
Macquarie A-10
Madeline Dimodica
Main Street Natural Gas, Inc.
Man Group Finance, Inc.
Manzoni/Prêt D?Acquisition VLM
Mapco Express, Inc.
Maples and Calder
Maples Finance Limited
Marathon Oil Company
Marble Care
Maria DeSouza
Marina Bay-2nd Deal
Marina District Finance Company, Inc.
Mark IV
Mark L. Zusy
Mark Mazzatta
Mark T. Millkey
Market Place Apartments
Marriott International, Inc.
Marsha Kosseff
Massachusetts Mutual Life Insurance
Materis SAS
Maximilian Coreth
MC Communications LLC
McJunkin Corporation
McJunkin Red Man Holdings Corporation
Medassets
Medco Health Solutions, Inc.
MEP II S.A.R.L.
Merit Floors, Inc.
Merlin Entertainments Group
Merlin Italian SNR
Merlin Row SNR
Metavante Corporation
Metropolitan West Asset Management LLC
Metropolitan West Total Return Bond Fund
MF Global Finance / MF Global Finance Europe Limited
MF Global Ltd. / Man Financial
Michael John Andrew Jervis
Michael Karfunkel
Michael's Stores, Inc.
Michele McHugh-Mazzatta
Michigan Electric Transmission Company
Midamerican Energy Company
Midcontinent Express Pipeline LLC
MidCountry Bank
Midwest Independent System

Midwest Realty Advisors LLC
Millennium Automotive Group
Millennium International, Ltd.
Minardi Capital Corporation
Minera Del Norte, S.A.
Mirant North America LLC
Misys IQ LLC
Misys Plc
Mitsubishi UFJ, Ltd.
Mizuho Financial Group
MKP Capital Management LLC
MKP Vela CBO LLC
MKP Vela CDO, Ltd.
Moana Properties
Moderna Finance
Monique Miller Fong
Moody's Corporation
Motors Insurance Corp 361. MP Bank HF
Movie Gallery, Inc.
MSN
MSTD, Inc.
Mueller Water Products, Inc.
Muriel Siebert & Co., Inc.
Myung Soo Jung
N.V. Luchthaven Schipol
Na'alehu Ventures
nabCapital Securities LLC
Nakilat, Inc.
Namrun Finance, S.A.
Nathan W. Bear A-11
National Rural Utilities Cooperative Finance Corporation
Natixis Bleichroeder, Inc.
Natsis
NCAT-New Center Asset Trust
Nebraska Investment Finance Authority
Neff Corporation
Neggio Holding 3 GmbH
Nelnet, Inc.
Neuberger Berman Advisers Management Trust for
  Lehman Brothers High Income Bond Fund
Neuberger Berman Income Opportunity Fund, Inc.
Nevada Power Company
New Center Asset Trust
New Edge
New England Power Company
New Generation Funding Trust 15, 16, 37, 38, 39 and 83
New Holdco B.V.
New South Federal Savings Bank
New York Life Insurance Company
New York Life Investment Management
Newell Rubbermaid, Inc.
Newpage Corporation
NFI Luxco SCA
NIBC Bank N.V.
Nokia Corporation

Nortek Holdings, Inc.
Northern State Power Company
Northwest Airlines, Inc.
Novartis Finance Corporation
NPD Group, Inc.
NPL
NRG Energy, Inc.
NSG Holdings LLC
nTAG Interactive Corporation
NTL Cable Plc
NTL Communications, Ltd.
Nuance Communications, Inc.
NuStar Logistics, L.P.
Nybron Refi
Nycomed Germany Holding GmbH
Nycomed Holding A/S
O'Reilly Automotive, Inc.
Occidental Power Services, Inc.
Oceania Cruises, Inc.
Oceania Vessel Finance, Ltd.
OCM Mezzanine Fund II Holdings, L.P.
OGE Energy Corporation
OI Canada Corporation
Oklahoma Gas And Electric Company
Omnicare, Inc.
OMX Timber Finance Investments
Oncor
OneBeacon US Holdings
Opal Leasing Limited
Openwave Systems, Inc.
Oracle Corporation
Orangina
Orbitz Worldwide
Orion Cable
Owens & Minor, Inc.
Owens Illinois, Inc.
Oz Management, L.P.
Pacific International Finance Limited
Pacific International Limited
Pacific Investment Management LLC
Pacific Summit Energy LLC
Pacific Summit Energy LLC
PacifiCorp
Pages Jaunes Groupe
PanAmSat Corporation
Pangea Ltd A-12
Park Place Apartments, L.P.
Parker Drilling Company
Parmalat Participacoes Do Brasil Ltda.
Parmalat Participacoes Promissory Note
Partnerre Ltd.
Patrick J. Coughlin
Patrick W. Daniels
Paul J. Battista
Peabody Energy Corporation
Pebble Creek 2007-2 LLC

Pebble Creek 2007-2 Ltd.
Pebble Creek LCDO 2007 LLC
Pecos Investors LLC
Penn National Gaming
Pension Plan and Trust
Perstorp AB
Pertus Sechzehnte GmbH
PGA Holdings, Inc.
PGRS 1407 BWAY LLC
Pharmerica Corporation
Philip Morris International, Inc.
Philips Electronics N.V.
PHS Group Plc
PHS Senior
Pinnacle Entertainment, Inc.
Pinnacle Foods Finance LLC
Pinnacle West Capital Corporation
Pipeline Data LLC
Piper Jaffray and Company
Pivotal Promontory
Planet Acquisition Holdco 1 Ltd.
Planet Acquisition Holdco 2 Ltd.
Plastech Engineered Products, Inc.
Plinius Investments B.V.
Plumbers and Pipefitters National Pension Fund
PNM Resources, Inc.
Police and Fire Retirement System of the City of Detroit
Portfolio CDS Trust 18, 103-105, 162, 187,
     191-196, 208-214, and 233-244
Portfolio Green German CMBS
Portland General Electric Company
PQ Corporation
Precis Corporation
Precision Partners
Primedia, Inc.
Principal Financial Group, Inc.
Private Limited Company
Profunds Advisors LLC
Project Cabellero
Project Knight Senior
ProSiebenSat.
Protection One Alarm Monitoring, Inc.
PSEG Power LLC
Psychiatric Solutions, Inc.
PT Mnc Sky Vision
PTG Grande Asset DEB KF
PTG Tanco Kingfisher
Public Service Company of Colorado
Public Service Enterprise Group Incorporated
Puget Sound Energy, Inc.
Pyrrhuloxia, L.P.
Qantas Aircraft Leases
Qatar Liquefied Liquefied Gas Company Limited
QVC, Inc.
Qwest Services Corporation
Ras Laffan Liquefied Natural Gas Company Limited (II)

RasGas
Raymond James & Associates, Inc.
RBC Dain Rauscher, Inc.
RBS Greenwich Capital
Reddy Ice Corporation
Regal Cinemas, Inc.
Regency Gas Services, L.P.
Regent Seven Seas Cruises
Regions Bank
Regulated Utilities
Reliance Globalcom Services, Inc.
Reliant Energy, Inc. A-13
Reliant Energy Power Supply LLC
Renal Advantage, Inc.
Rent-A-Center, Inc.
Rentokil
Republic Waste
Resona Holdings
Restructured Asset Certificates with Enhanced Returns,
   Series 2005-15-C Trust
Rexnord Corporation
Reynolds American
RFG Holding (France) SAS
RFG Midco A/S
RH Donnelley
Richard McKinney
Rick Fleischman
RJ Reynolds Tobacco Holdings, Inc.
RMC
Robert M. Rothman
Rocio Gonzalez De Canales
Rockefeller Center Management Corporation
Rockefeller Group Development Corporation
Rockies Express Pipeline LLC
Ronald Profili
Rony Seikaly
Roofing Holding, Inc.
Royal & Sun Alliance Insurance Group Plc
Royal Bank of Canada
RSA Insurance Group Plc
RWE
RWE AG
Saad Investments Company Limited
SABMiller Finance B.V.
SABMiller Plc
Sabre Holdings Corporation
Sailfish Structured Investment Management (G4) LLC
Salem Five Cents Savings Bank
Salt Lake Neighborhood Housing Services, Inc.
Samir Tabet
Sampo Bank Plc
Samuel H. Rudman
Sandridge Energy, Inc.
Santander Investment Securities, Inc.
Sarah Coombs

SBA Senior Finance
Schefenacker AG
Schieder Moebel Holding GmbH
Scotia Capital (USA), Inc.
Scott Aitken
Sears Holdings Corporation
Sears Roebuck Acceptance Corporation
SEB Enskilda, Inc.
Semcrude, L.P.
SemGroup Energy Partners, L.P.
Sengent, Inc. -d/b/a ClariFI
Sequa Corporation
Serena Software, Inc.
Serpering Investments B.V.
Service Corporation International
SG Americas Securities LLC
SGS International, Inc.
Shareholders of Novastar Financial, Inc.
Shea-Edwards Limited Partnership
Sheridan Holdings, Inc.
Sherrill-Lubinski Corporation
SHPS, Inc.
Siebert Capital Markets
Siemens AG
Sierra Pacific Power Company
Silicon Graphics, Inc.
Silver Point Capital, L.P.
Silver Sprints Apartments
Sinclair Television Group, Inc.
Sing Heung
Sisal Mezz
Sisal S.p.A.
Sistema Universitario Ana G. Mendez
Siu Lui Ching
Six Flags Theme Parks, Inc. A-14
Sixth Gear
Sky Power Corporation
SLM Corporation
Soffer Turnberry/South Strip LLC
Sola Ltd.
Solo Cup Company
Solutia, Inc.
Somers Dublin Ltd. A/C KBC Pledged
Sourcecorp, Inc.
Southern Company
Southwestern Public Service Company
Sovereign Securities Corporation LLC
Spanish Broadcasting Systems, Inc.
Spectra Energy Capital LLC (f/k/a Duke Capital)
Spectra Energy Partners OLP, L.P.
Spiegel, Inc.
Stallion Oilfield Services Ltd.
Stamford Associates, L.P.
Stamford Law Corporation
Standard Credit Group LLC
Standard Life Bank Plc

- A12 -

Standard Pacific Corporation
Star Tribune Company
Starwood Hotels & Resorts
State of Michigan, Department of Treasury
Statler Arms Garage LLC
Steingass
Stephen Gott
Stephen Green
Stephen N. Hurley
Steven Anthony Pearson
Steven T. Mulligan
STF THSRC
Stone Tower Capital LLC
Stone Tower Debt Advisors LLC
Stony Brook Court
Structure Consulting Group LLC
Structured Products Transaction Management Group
SuccessFactors, Inc.
Sullivan & Company Marketing
Sumitomo Mitsui Financial Group
Sumitomo Trust & Banking
Summit Systems, Inc.
Sun Microsystems, Inc.
SunAmerica Asset Management
SunGard
SunGard Asset Management Systems LLC
SunGard Availability Services, L.P.
SunGard Business Integration Ltd.
Sungard Data Systems, Inc.
SunGard Expert Solutions LLC
SunGard Institutional Brokerage, Inc.
SunGard Investment Systems LLC
Sunoco, Inc.
Sunoco Logistics Partners Operations, L.P.
Sunshine Holdings Limited
SunTrust Robinson Humphrey, Inc.
Supervalu, Inc.
Susan Sayers
Swedbank AB, New York Branch
Swift Transportation Co., Inc.
Swiss Reinsurance Company
Sylvia Lewis
Symetra Financial Corporation
Synagro Technologies, Inc.
Synatech
Syncora Holdings Ltd.
Syniverse Technologies
T & W Funding Company
Targa Resources, Inc.
Target Corporation
TD Securities (USA) LLC
TD Security
TDS Investor Corporation
Team Finance LLC
Teamsters Allied Benefit Funds Technical & Scientific

Application, Inc.
Telefonica Europe B.V.
Telefonica, S.A.
Tembec
Tembec Industries, Inc.
Templeton Global
Teppco Partners, L.P. A-15
Tesoro Corporation
Teva Hungary Pharmaceutical Marketing
Teva Pharmaceutical Works Company
TFS
Thalia CLO
Thalia Credit FAC
The Adelphia Recovery Trust
The Bank of New York
The Blackstone Group
The Carlyle Group
The Clorox Company
The Commonwealth Of Pennsylvania
The Hartford Financial Services Group, Inc.
The Hertz Corporation
The Horne Depot, Inc.
The Joint Administrators of Lehman European Group
    Administration Companies
The Lightstone Group
The Liverpool Limited Partnership
The McGraw-Hill Companies, Inc.
The Neiman Marcus Group, Inc.
The Pemex Project Funding Master Trust
The Pension Fund Group
The Provisional French Administrator to Banque
    Lehman Brothers
The Rhodes Companies LLC
The Sports Authority, Inc.
The Walt Disney Company
The Williams Companies
ThruPoint, Inc.
Ticknor Corner LLC
TomTom N.V.
TOUSA, Inc. (f/k/a Technical Olympic USA, Inc.)
Town Sports International, Inc.
Toys R Us
TPF Generation Holdings LLC
TPG-Austin Portfolio Holdings LLC
Trademarks LLC
Tradeweb Markets LLC
Training the Street, Inc.
Trans World Airlines, Inc.
Transamerica Asset Funding Corporation I
TransCanada Pipelines Limited
Transdigm, Inc.
Transocean, Inc.
Travelport 2nd A&R
Travelport Holdings Ltd.
Travelport, Inc.

- A13 -

Tribune Company
Tri-State Generation and Transmission Association, Inc.
Tronox Worldwide LLC
Tropicana Entertainment
TRW Automotive Holdings Corporation
TRW Automotive, Inc.
Turnberry Associates
Turnberry Retail Holding, L.P.
Turnberry/Centra Crossroads LLC
Turnberry/Centra Development LLC
Turnberry/Centra Office Sub LLC
Turnberry/Centra Quad LLC
Turnberry/Centra Sub LLC
Turnberry/South Strip, L.P.
TXU / Texas Utilities
TXU Energy Company
Tyco Electronics
Tyco International Group, S.A.
U.S. Shipping Partners, L.P.
Unclaimed Property Recovery Service, Inc.
Unicredito Italiano
United Air Lines
United Components, Inc.
United Corporate Federal Credit Union
United of Omaha Life Insurance
United Parcel Services, Inc./UPS
United States Steel Corporation / US Steel Corporation
United Surgical Partners International, Inc.
UnitedHealth Group Inc. A-16
Univision Communications, Inc.
UPC Broadband Holding B.V.
UPCMedia
US Airways Group, Inc.
US Investigations Services, Inc.
US Securities and Exchange Commission
USAA Capital Corporation
USI Holdings Corporation
USPF Holdings LLC
Utah Housing Corporation
Utendahl Capital Partners, L.P.
Valero Energy Corporation
Van Der Moolen Specialists
Van Gansewinkel Holding B.V.
Varig S.A. (Vicao Aerea Rio-Grandense)
VBS Investment Bank
Venetian Macau Limited
Venise Acquisition
Venoco, Inc.
Venstar Leasing
Verde CDO
Verint Systems, Inc.
Verso Paper Holding LLC
Vertrue Incorporated
Veyance Technologies, Inc.
Virginia Electric and Power Company
Visteon Corporation

Vodafone Group Plc
Vornado Realty, L.P.
Vought Aircraft Industries, Inc.
Walmart Stores
Warburg Pincus Equity Partners, L.P.
Washington Metro
Washington State Tobacco Settlement Authority
Waterfall European CLO S.A.
WCCV
WCI Capital Corporation
WCI Communities
WDAC Intermediate
Weetabix Mills
Wellpoint, Inc.
Wells Fargo Bank Minnesota
Werra Papier
Wesco Aircraft Hardware Corporation
Westar Energy, Inc.
Whippoorwill Associates, Inc.
White Mountains Insurance Group, Ltd.
William Capital Group, L.P.
William P. White
Williams Partners, L.P.
Wilmar Landco LLC
Wimar Opco
Wind Telecommunicazioni S.p.A.
Windwalker Hawaii
Winstar
Wintergreen Orchard House
Wisconsin Electric Power Company
Wisconsin Energy Corporation
Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
Wisconsin Power and Light Company
WMG Acquisition Corporation
Wolf Hollow 2nd Lien
Wolf Hollow I, L.P.
Wolters Kluwer N.V.
Woodmark
World Directories
World Directories Acquisition Corporation
WWK Hawaii
Wyeth
Xcel Energy, Inc.
Xerox Corporation
XL Capital
XL Specialty Insurance Company A-I7
XLCA Admin LLC
XLCDS LLC
Yankee Candle Company, Inc.
Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
Yarpa Investmenti S.G.R. S.P.A.-RP3
Yellowstone Club
Yellowstone Mountain Club
Yin Ying Leung
Young Broadcasting
YPSO France S.A.S.

- A14 -

YPSO Senior                                          Zahniser Trust
Yuksung Korea Co., Ltd.
Yuma Hospital District

**EXHIBIT B**

**FIRST SUPPLEMENTAL DISCLOSURE**

**LEHMAN BROTHERS HOLDINGS, INC., ET AL.**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **NEW PARTIES IN INTEREST[2]** | | |
| 77 West Wacker, L.P. | Trade Debt Holder | • Parent company *Prime Retail, Inc.* is a current client. |
| 4086 Advisors | Potential Party in Interest | • An individual affiliated with parent company Conseco, Inc. is a current Jones Day client. |
| ABN Amro Holding N.V. | Potential Party in Interest | • ABN Amro Holding N.V. is the parent company of current clients *Loparex LLC* and *Venture Finance Plc*.<br><br>• *See also* entries below for new parties *Banco Santander S.A.*, RBS Greenwich Capital and Santander Investment Securities, Inc.; and entries below for affiliated entity *ABN Amro Rothschild*; and affiliated companies Hoare Govett Ltd. and *The Royal Bank of Scotland Plc* regarding additional related disclosure. |
| Aegon Asset Management<br><br>Aegon USA Investment Management LLC | Other Interested Party<br><br>Member of Creditors' Committee | • Affiliate company *Aegon USA Realty Advisors, Inc.* is a current client.<br><br>• *See also* entries below for new parties Life Investors Insurance Company of America, Monumental Life Insurance Company and Transamerica Asset Funding Corporation; Transamerica Financial Life Insurance Company; Transamerica Occidental Life Insurance Company; and entry below for Transamerica Life Insurance Company regarding related disclosure. |

---

[2]    The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Alabama Power Company | Potential Party in Interest | • Parent company *The Southern Company* is: (a) a current client; and (b) a member of current client *AP1000 Operators Group LLP*. |
| Alcoa, Inc. | Potential Party in Interest | • Alcoa, Inc. is: (a) a former client (closed 2009); (b) the former employer of an individual who is a current Jones Day client (opened 2008); and (c) the former parent company of current client *CSI de México en Saltillo, S. de R.L. de C.V.* |
| Alenco (name given) | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named Alenco (Holdings) Limited is a subsidiary of current client *Parker Hannifin Corporation*. |
| Alliance Bernstein, L.P. | Member of Ad Hoc or Unofficial Creditors' Committee | • Parent company AXA S.A. is a major equity stockholder of current client *Borders Group, Inc.*;<br><br>• Affiliated entity Bernstein Global Wealth Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and<br><br>• Affiliate company Alliance Capital Management, L.P. is a current and/or former stockholder of former client WHX Corporation (closed 2009). |
| Allianz S.E. | Potential Party in Interest | • Allianz S.E. is: (a) the parent of current client *Dresdner Kleinwort Limited*; (b) the parent of PIMCO, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; (c) the parent of Fireman's Fund Insurance Company, a shareholder of current client *Magnequench International, Inc.*; (d) the parent of AGF Private Equity, a shareholder of current client *Integragen*; and (e) the parent of former clients Allianz Capital Partners (closed 2008) and Dresdner Bank AG (closed 2009).<br><br>• *See also* entry below for new party and affiliate company Pacific Investment Management LLC; and entries below for affiliated entities Allianz Life Insurance Company of North America; and Dresdner Bank AG; Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |
| Allied Waste Industries, Inc. | Potential Party in Interest | • Allied Waste Industries, Inc. is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Allison Transmission, Inc. | Selected Derivative Counterparty | • Allison Transmission, Inc. is a former client (closed 2009). |
| Alltel Communications, Inc. | Potential Party in Interest | • Parent company **Verizon Communications, Inc.** and affiliate companies **Verizon Wireless, Inc.**, **Verizon Deutschland GmbH**, **Verizon Japan Ltd.** and **Verizon Business** are current clients; and<br>• Affiliate company Alltel Corporation is a former client (closed 2009). |
| Alvarez & Marsal North America LLC | Debtors' Professional | • Parent company **Alvarez & Marsal Holdings LLC** is a current client; and<br>• Affiliate companies Alvarez & Marsal Development LLC and Alvarez & Marsal Asia Limited are former clients (both closed 2009).<br>• *See also* entry below for new party Neill Poole regarding related disclosure. |
| AMBAC (name given) | Potential Party in Interest | • Affiliate company **AMBAC Assurance Corporation** is a current client. |
| *Ameren Corporation*;<br>Central Illinois Light Company;<br>Central Illinois Public Service Company;<br>Cilcorp, Inc.;<br>Company I Ameren Resources Generating Company; and<br>Illinois Power Company | Potential Parties in Interest | • **Ameren Corporation** is: (a) a current client; and (b) the parent company of Central Illinois Light Company, Cilcorp, Inc., Company I Ameren Resources Generating Company and Illinois Power Company. |
| *American Airlines, Inc.*; and<br>American Airlines 1st Lien | Potential Parties in Interest | • **American Airlines, Inc.** is: (a) a current client; and (b) a stockholder of current client **Airline Reporting Corporation**; and<br>• Parent company **AMR Corporation** is current client.<br>• *See also* entries below for new parties **Continental Airlines**, Delta Airlines A-5, Lufthansa AG, Northwest Airlines, Inc., Trans World Airlines, United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| American Electric Power Company | Potential Party in Interest | • Affiliate company **American Electric Power Service Corporation** is a current client (closed 2008). |
| American Express | Potential Party in Interest | • Affiliate company **American Express Bank** is a current client. |

- B3 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| AIG CDS, Inc.; AIG Financial Products Corporation; American International Group, Inc. (AIG); IGI Resources; Illinois National Insurance and International Lease Finance Corporation | Potential Parties in Interest | • American International Group, Inc. (AIG) is the parent company of AIG Financial Products Corporation, IGI Resources, Illinois National Insurance and International Lease Finance Corporation.<br><br>• *See* entry below for affiliate companies American Life Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA regarding additional related disclosure. |
| ***Amgen, Inc.*** | Potential Party in Interest | • ***Amgen, Inc.*** is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client (opened 2009). |
| ANZ Securities, Inc. | Potential Party in Interest | • Parent company Australia & New Zealand Banking Group Limited is a former client (closed 2009). |
| Apollo Management Holdings, L.P. | Potential Party in Interest | • Affiliate company ***Momentive Performance Materials, Inc.*** is a current client; and<br><br>• Affiliate company Apollo Management, L.P. is a member of current client ***Ad Hoc Committee of Noteholders of Chemtura Corporation***.<br><br>• *See also* entries below for new parties Claire's Stores, Inc.; Oceania Cruises, Inc.; Oceania Vessel Finance, Ltd.; and Regent Seven Seas Cruises regarding related disclosure. |
| ***Aramark Corporation*** | Potential Party in Interest | • ***Aramark Corporation*** is a current client. |
| ARINC Incorporated | Potential Party in Interest | • Parent company ***The Carlyle Group*** and affiliate companies ***4 Gas B.V.*** and ***ARINC Asia Pacific Division*** are current clients;<br><br>• Affiliate company Carlyle Venture Partners III, L.P. is a stockholder of current client ***RMI Acquisition Company, Inc.***;<br><br>• Affiliate companies Carlyle High Yield Partners, L.P. Carlyle High Yield Partners II, Ltd., Carlyle High Yield Partners III, Ltd., Carlyle High Yield Partners IV Ltd., and Carlyle Loan Investment Ltd. are members of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; and<br><br>• Affiliate companies Carlyle Europe Venture Partners L.P. (closed 2008); and Allison Transmission (closed 2009) are former clients. |

- B4 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entries below for new parties Hawaiian Telecom, Inc., et al., PQ Corporation, Sequa Corporation, Synagro Technologies, Inc., United Components, Inc., Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |
| Ashmore Energy International (AEI) | Potential Party in Interest | • Ashmore Energy International (AEI) is: (a) a former client (closed 2009); and (b an affiliated entity of former client Ashmore Investment Management Limited (closed 2008). |
| AT&T Services, Inc. | Potential Party in Interest | • *See* entry below for **AT&T, Inc.** regarding related disclosure. |
| Atlas Pipeline Partners, L.P. | Potential Party in Interest | • Atlas Pipeline Partners, L. P. is an affiliated entity of current client **Atlas Energy LLC**. |
| **Autodesk, Inc.** | Potential Party in Interest | • **Autodesk, Inc.** is a current client. |
| Aviva Life and Annuity Company; and Aviva Life Insurance Company | Selected Derivative Counterparties | • Aviva Life and Annuity Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br>• Affiliate companies **Aviva Investors Global Services Limited** and **Norwich Union Life & Pensions Limited (NULAP)** are current clients; and<br>• Affiliate company Hibernian Life & Pension Limited is a former client (closed 2009). |
| Axon Financial | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named Axon Capital E Inversiones SGECR S.A. is a former client (closed 2009). |
| BAE Systems Holdings, Inc. | Potential Party in Interest | • Parent company **BAE Systems Plc (British Aerospace)** is: (a) a current client; and (b) the former employer of an individual who is a former Jones Day client (closed 2009); and<br>• Affiliate companies **Safariland LLC** (d/b/a **Armor Holdings Products LLC**) and **Bianchi International** are current clients. |
| **Ball Corporation**; and Ball Packaging Products Canada Corporation | Potential Parties in Interest | • **Ball Corporation** is a current client. |

- B5 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ballyrock ABS CDO 2007-II Limited | Potential Party in Interest | • Related entity Ballyrock CDO I Limited is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| *Banco Espirito Santo Investimento* | Selected Derivative Counterparty | • *Banco Espirito Santo Investimento* is a current client; and <br><br> • Parent company *Banco Espirito Santo, S.A.* is a current co-client in a matter with current client *Allied Irish Banks Plc*. |
| Banca Fineco S.p.A. | Other Interested Party | • Affiliate company Unicredito Italiano is a former client (closed 2009); <br><br> • Affiliate company *Bayerische Hypo-Und Vereinsbank AG* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and <br><br> • Affiliate companies *Unicredit Banca S.p.A.* and *DAB Bank AG* are current clients. <br><br> • *See also* entry below for new party Unicredito Italiano S.p.A. regarding related disclosure. |
| *Banco Santander S.A.* | Potential Party in Interest | • *Banco Santander S.A.* and affiliate company *Banco Espanol de Credito (BANESTO)* are current clients; <br><br> • Affiliate company Vista Desarrollo, S.A. is a stockholder of current client *Adherbal Global, S.L.*; <br><br> • Affiliate company Banco Santander de Negocios S.A. is: (a) a stockholder of current client *Vista Capital de Expansion, S.A., S.G.E.C.R.*; and (b) a shareholder of former client Vista Compania de Inversion, S.A. (closed 2009); <br><br> • Affiliate company Abbey National Treasury is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; <br><br> • Affiliate company Sistema 4B S.A. is a joint venture participant with current client *ACI Worldwide, Inc.*; and <br><br> • Affiliate company Interbanca S.p.A. is a former client (closed 2009). |

- B6 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entry above for new party ABN Amro Holding N.V.; entry below for new parties RBS Greenwich Capital and Santander Investment Securities, Inc; and entries below for affiliated entity ***ABN Amro Rothschild*** and affiliated companies Hoare Govett Ltd.; and ***The Royal Bank of Scotland Plc*** regarding related disclosure. |
| Bank of New York Trust Co., N.A.; and BNY Capital Markets LLC | Potential Parties in Interest | • *See* entry below for parent company, The Bank of New York (n/k/a current client ***The Bank of New York Mellon***), and affiliate company BNY Corporate Trustee Services Ltd. regarding related disclosure. |
| Bausch & Lomb, Inc. | Potential Party in Interest | • Bausch & Lomb, Inc. is a former client (closed 2008);<br><br>• Parent company ***Warburg Pincus LLC*** and affiliate company ***Warburg Pincus India Pvt. Ltd.*** are current clients; and<br><br>• Affiliate company Warburg Pincus Asia LLC is a former client (closed 2009).<br><br>• *See also* entries below for new parties Targa Resources, Inc. and Warburg Pincus Equity Partners, L.P. regarding related disclosure. |
| BBV Madrid | Other Interested Party | • Parent company ***BBV Holding AG*** is a current client. |
| BBVA Securities, Inc. | Potential Party in Interest | • Parent company ***Banco Bilbao Vizcaya Argentaria*** is: (a) a current client; and (b) a shareholder of current client ***Citic International Financial Holdings Limited***; and<br><br>• Affiliate company ***Compass Bank*** is a current client. |
| Best Buy Co., Inc. | Potential Party in Interest | • Affiliate company ***Best Buy Purchasing LLC*** is a current client. |
| Blackrock (name given) | Potential Party in Interest | • *See* entry below for Blackrock Financial Management regarding related disclosure. |
| Block Financial Corporation | Potential Party in Interest | • Parent company ***H & R Block, Inc.*** is a current client; and<br><br>• Affiliate company Option One Mortgage Corporation is a former client (closed 2009). |

- B7 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *BMO Capital Markets Corporation* | Potential Party in Interest | • *BMO Capital Markets Corporation* is a current client and tradestyle for current client *BMO Nesbitt Burns, Inc.* (f/k/a Nesbitt Burns, Inc.); and<br><br>• Affiliate company Harris. N.A. is a former client (closed 2009). |
| Boardwalk Pipeline Partners, L.P. | Potential Party in Interest | • Boardwalk Pipeline Partners, L.P. is the parent of current clients *Texas Gas Transmission LLC* and *Gulf South Pipeline Company, L.P.*<br><br>• *See also* entries below for Continental Casualty Co., Inc. and new parties Highmount Exploration & Production LLC and Lake Las Vegas Resort (LasLas) regarding related disclosure. |
| BT Americas, Inc. | Trade Debt Holder | • Affiliate companies *BT Worldwide Ltd.*, *Tech Mahindra Limited* and *British Telecommunications Plc* are current clients. |
| Building Materials – Wells; and Building Materials Holding Corporation | Potential Parties in Interest | • Affiliate company *Building Materials Corporation of America* is a current client; and<br><br>• Related entity *Ad Hoc Committee of Lenders to Building Materials Corporation* is a current client. |
| Cablevision Systems Corporation; and CSC Holdings, Inc. | Potential Parties in Interest | • Cablevision Systems Corporation is: (a) a former client (closed 2009); (b) the parent company of CSC Holdings, Inc. and current client *Madison Square Garden, L.P.*; and (c) the parent company of Star Community Publishing Group LLC, one of the debtors in current client *Tribune Company's* chapter 11 cases in which Jones Day is special counsel for the debtors. |

- B8 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Credit Agricole | Potential Party in Interest | • Parent company Credit Agricole, S.A. (f/k/a CNCA and Caisse National de Credit Agricole) and affiliate company Banco Bisel, S.A. are former clients (both closed 2009);<br><br>• Affiliate companies *Calyon, S.A. Sucursal en Espana*, *LCL – Le Credit Lyonnais* and *CLSA Limited* are current clients;<br><br>• Affiliate company *Credit Agricole Private Equity (CAPE)* is: (a) a current client; and (b) a member of former client Forbion Capital Partners (closed 2009);<br><br>• Affiliate company Credit Agricole – Global Private Investment is a limited partner of current client *Limited Partner Group of New City Asia Partners*;<br><br>• Affiliate company Credit Lyonnais Private Equity is a member of former client Former Shareholders of Soamai (closed 2009); and<br><br>• Affiliate company Calyon Corporate and Investment Bank is a former client (closed 2008). |
| *Caja de Ahorros y Monte de Piedad Madrid* (d/b/a *Caja Madrid*) | Potential Party in Interest | • *Caja de Ahorros y Mote de Piedad Madrid* (d/b/a *Caja Madrid*) and affiliate company *Realia Business* are current clients. |
| California Public Employees' Retirement System (CALPERS) | Potential Party in Interest | • California Public Employees' Retirement System (CALPERS) is: (a) a member of Caleast Industrial Investors LLC, a subsidiary of current client *LaSalle Investment Management, Inc.*; and (b) along with the Regents of the University of California, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Governing authority, State of California, is the governing authority for current clients *United States District Court, California Districts, Judicial Council of the State of California Administrative Office of the Courts* and *West Basin Municipal Water District*. |
| *Campbell Soup Company* | Potential Party in Interest | • *Campbell Soup Company* is a current client. |

- B9 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Capital Guardian Trust Company | Member of Ad Hoc or Unofficial Creditors' Committee | • Affiliate company Capital Research and Management Company is: (a) a shareholder of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; (b) a stockholder of Dana Corporation (n/k/a current client **Dana Holding Corporation**); and (c) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008). <br><br> • *See also* entry below for Capital Research and Management Company regarding related disclosure. |
| **Capmark Financial Group, Inc.** (f/k/a GMAC Commercial Mortgage Corporation) | Potential Party in Interest | • **Capmark Financial Group, Inc.** is a current client; <br><br> • As of June 30, 2009 new co-parent company GMACCH Investor LLC, an investor entity owned by affiliates of Five Mile Capital Partners, current client **Goldman Sachs & Co.**, current client **Kohlberg Kravis Roberts & Co.** and Dune Capital Management, L.P., held a 75.4% ownership interest and co-parent company GMAC Mortgage Group LLC held a 21.3% ownership interest in **Capmark Financial Group, Inc.** (f/k/a GMAC Commercial Mortgage Corporation); and <br><br> • New affiliated company Dune Capital Management, L.P. is: (a) the parent of current client **Dune Real Estate Fund, L.P.**; and (b) affiliated with current client **Meadowlands Xanadu**. <br><br> • *See also* entries below for new parties GM Canada Foreign Trust, KKR Private Equity Investors, L.P., Motors Insurance Corporation and Newpage Corporation; and entries below for GMAC LLC; GMAC Residential Capital; GMAC IM and Residential Funding Company LLC regarding related disclosure. |
| Carlsberg Breweries | Potential Party in Interest | • Carlsberg Breweries is a joint venture participant with former client China Agricultural Investments Co., Ltd. (closed 2008). |

- B10 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *CBS Corporation* | Potential Party in Interest | <ul><li>*CBS Corporation* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; and (c) a joint venture participant with *Time Warner, Inc.*; and</li><li>Parent company *Viacom, Inc.* is a current client.</li><li>*See also* entry below for Historic TW, Inc.; *Time Warner, Inc.* regarding related disclosure.</li></ul> |
| CDC Ixis Financial Guaranty Services, Inc. | Potential Party in Interest | <ul><li>Affiliate company CDC Ixis Private Equity is affiliated with current client *Sofinnova Partners*;</li><li>Parent company *Natixis* and affiliate companies *Natixis S.A. Sucursal En Espana*, *Natixis Capital Markets*, *Caisse Francaise de Developpement Industriel*, *Accent*, *Coface* and *Ventech* are current clients;</li><li>Affiliate company Natixis, New York Branch is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and</li><li>Affiliate company Natexis Commodity Markets Limited is a former client (closed 2008).</li><li>*See also* entries below for AEW Capital Management, L.P.; Loomis Sayles & Company, L.P.; and Natixis Asset Management; and new party Natixis Bleichroeder, Inc. regarding related disclosure.</li></ul> |
| *CDW Corporation* | Potential Party in Interest | <ul><li>*CDW Corporation* is a current client.</li></ul> |
| Centerpoint Energy Resources | Potential Parties in Interest | <ul><li>Parent company *Centerpoint Energy, Inc.* is a current client; and</li><li>Affiliate company Centerpoint Energy Southeastern Pipeline Holding LLC is a member of former client Southeast Supply Header LLC (closed 2008).</li><li>*See also* entry below for new parties Spectra Energy Capital LLC (f/k/a Duke Capital) and Spectra Energy Partners OLP, L.P. regarding related disclosure.</li></ul> |

- B11 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Cessna (name given) | Potential Party in Interest | • To the extent that either is related to or is the named party in interest, Cessna Aircraft Company and Cessna Finance Corporation are subsidiaries of current client ***Textron, Inc.*** |
| CFS Holding | Potential Party in Interest | • Affiliate company CFS Investment Holdings (China) Limited is a former client (closed 2008); and<br><br>• An individual who is a partner in parent company AEA Investors LLC is a former Jones Day client (closed 2009). |
| Charles Schwab & Co., Inc. | Potential Party in Interest | • Affiliate companies ***Charles Schwab Investment Management, Inc.*** and ***United States Trust Company, National Association*** are current clients; and<br><br>• Parent company Charles Schwab Corporation is a stockholder of former client Geobiotics LLC (closed 2009). |
| ***Chart Industries, Inc.*** | Potential Party in Interest | • ***Chart Industries, Inc.*** is a current client. |
| ***Cisco Systems, Inc.***; and<br>Cisco Systems Capital Corporation | Potential Parties in Interest | • ***Cisco Systems, Inc.*** is: (a) a current client; (b) the parent company of Cisco Systems Capital Corporation and former client Cisco Service Provider Video Technology Group (closed 2009); and (c) an investor in current client ***Softbank Asia Infrastructure Fund***. |
| CIT Group Master | Potential Party in Interest | • Affiliate companies ***CIT Developments Limited***, ***CIT Europe Limited***, ***CIT Group/Business Credit*** and ***Capital & Income Trust S.A.R.L.*** are current clients; and<br><br>• Affiliate company CIT Credit Group USA, Inc. is an equity holder of current client ***Black Diamond Mining Company LLC***. |
| ***Citic International Financial Holdings Limited*** | Potential Party in Interest | • ***Citic International Financial Holdings Limited*** and affiliate company ***Citic Resources Holdings Ltd.*** are current clients; and<br><br>• Parent company The Citic Group is a former client (closed 2009). |

- B12 -

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Claire's Stores, Inc. | Potential Party in Interest | • Parent company Apollo Management, L.P. is the parent of current client *Momentive Performance Materials, Inc.*; and<br><br>• Affiliate company Apollo Capital Management is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*.<br><br>• *See also* entry above for new party Apollo Management, L.P.; and entries below for new parties Oceania Cruises, Inc.; Oceania Vessel Finance, Ltd. and Regent Seven Seas Cruises regarding related disclosure. |
| *CME Group, Inc.* | Potential Party in Interest | • *CME Group, Inc.* is a current client. |
| *Coditel S.A.R.L.* | Potential Party in Interest | • *Coditel S.A.R.L.* is a current client. |
| *Colfax Corporation* | Potential Party in Interest | • *Colfax Corporation* and affiliate company *IMO Industries, Inc.* are current clients. |
| Commerzbank Capital Markets Corporation | Potential Party in Interest | • *See* entry below for Commerzbank AG; Commerzbank AG (New York and Grand Cayman Branches) regarding related disclosure. |
| *Community Health Systems, Inc.* | Potential Party in Interest | • *Community Health Systems, Inc.* (a/k/a CHS, Inc.) is a current client; and<br><br>• Parent company Carillon Health System (n/k/a Carillon Clinic) is a former client (closed 2009). |
| ConocoPhillips | Potential Party in Interest | • ConocoPhillips is: (a) the parent of current client *Phillips Petroleum Company*; and (b) a partner in current client *Chevron Phillips Chemical Company, L.P.* |
| Conseco, Inc. | Potential Party in Interest | • An individual affiliated with the Board of Directors of Conseco, Inc. is a current Jones Day client. |
| Consolidated Container Company | Selected Derivative Counterparty | • Affiliate company *Reid México, S.A. de C.V.* is a current client. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Constellation Energy Group, Inc. | Potential Party in Interest | • Affiliate company **Constellation Power Source Generation, Inc.** is a current client; <br><br> • Affiliate company Constellation Power Company is a participant in a joint venture that formed former client C&O Bolivia (closed 2009); and <br><br> • Affiliate company Constellation Energy, Inc. is a joint venture participant with current client **EDF (Electricité de France)** in Unistar Nuclear Energy LLC, a 50% subsidiary of **EDF**. <br><br> • *See also* entry below for new party **Electricité de France (EDF)** regarding related disclosure. |
| Continental AG I Continental | Potential Party in Interest | • Affiliate company **Continental Tire North America, Inc.** is a current client. |
| **Continental Airlines** | Potential Party in Interest | • **Continental Airlines** is: (a) a current client; and (b) a member of current client **Airline Reporting Corporation**. <br><br> • *See also* entry above for new parties **American Airlines**; American Airlines 1st Lien; and entries below for new parties Delta Airlines A-5, Lufthansa AG, Northwest Airlines, Inc., Trans World Airlines, United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| Cooperative Centrale Raiffeisen-Boerenleenbank B.A. <br><br> Rabobank Londo; and <br> Rabobank Nederland/Schretlen & Co., N.V. | Potential Party in Interest <br><br><br> Other Parties in Interest | • Cooperative Centrale Raiffeisen-Boerenleenbank B.A. is: (a) the parent of Rabobank Londo, Rabobank Nederland and affiliate companies and current clients **Rabobank** and **De Lage Landen International B.V. Sucursal en Espana**; and (b) the parent of affiliate company and former client Robeco USA LLC (closed 2008). |
| **Cooper Standard Automotive Group.** | Potential Party in Interest | • **Cooper Standard Automotive Group** and affiliate company **Cooper Tire & Rubber Company** are current clients. |
| **Coughlin, Stoia, Geller, Rudman & Robbins LLP** | Potential Party in Interest | • **Coughlin, Stoia, Geller, Rudman & Robbins LLP** is a current client. |
| Covanta Energy Corporation | Potential Party in Interest | • Affiliate company Ogden Power Corporation is a participant in a joint venture that formed former client C&O Bolivia (closed 2009). |

- B14 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| CQS Management Ltd. | Other Interested Party | • Affiliate company **CQS Capital Structure Arbitrage Master Fund Limited** is a current client. |
| Credit Agricole | Potential Party in Interest | • Affiliate company Credit Agricole is: (a) a member of current client **Forbion Capital Partners**; and (b) a limited partner of current client **Limited Partner Group of New City Asia Partners**.<br>• *See also* entry below for Calyon; Calyon Securities regarding additional related disclosure. |
| CROSSMAR, Inc. | Potential Party in Interest | • Parent company **Citigroup, Inc.** is a current client.<br>• *See also* entry below for Citibank N.A.; Citibank, N.A., Hong Kong Branch regarding additional related disclosure. |
| Crown Americas, Inc. | Potential Party in Interest | • Affiliate company **Crown Cork & Seal Company, Inc.** is a current client. |
| **Dana Holding Corporation** | Potential Party in Interest | • **Dana Holding Corporation** is a current client.<br>• *See also* entry below for **Edison Mission Energy Ltd.** regarding related disclosure. |
| Danaher Corporation | Potential Party in Interest | • Danaher Corporation is a former client (closed 2008);<br>• Affiliate companies **Danaher UK Industries Limited** and **The Leica Microsystems GmbH** are current clients; and<br>• Affiliate company Danaher Tool Group, Inc. is a former client (closed 2008). |
| **Darden Restaurants, Inc.** | Potential Party in Interest | • **Darden Restaurants, Inc.** is a current client. |
| **Deere & Company** | Potential Party in Interest | • **Deere & Company** is: (a) a current client; and (b) the parent company of John Deere & Co., the employer of an individual who is a current Jones Day client (opened 2007). |
| Del Monte Corporation | Potential Party in Interest | • Parent company **Del Monte Foods Company** is a current client. |

- B15 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Delek Luxembourg Holding S.A.R.L. | Potential Party in Interest | • Parent company **Chevron Corporation** is a current client.<br>• *See also* entry below for affiliate company Chevron Natural Gas regarding additional related disclosure. |
| Delta Airlines A-5 | Potential Party in Interest | • Parent company **Delta Airlines, Inc.** is: (a) a current client; and (b) a stockholder of current client **Airline Reporting Corporation**.<br>• *See also* entry above for new parties **American Airlines, Inc.**; American Airlines 1st Lien; and **Continental Airlines**; and entries below for new parties Lufthansa AG, Northwest Airlines, Inc., Trans World Airlines, United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| Deutsche Bank Trust Company | Potential Party in Interest | • Parent company Deutsche Bank AG is a former client (closed 2009).<br>• *See also* entry below for affiliate company **Deutsche Bank AG, New York Branch** regarding additional related disclosure. |
| *Deutsche Telekom AG* | Potential Party in Interest | • **Deutsche Telekom AG** and affiliate companies **T-Com Venture Fund GmbH & Co. KG** and **T-Mobile USA** are current clients;<br>• Affiliate company Magyar Telekom Plc is the employer of an individual who is a current Jones Day client (opened 2008); and<br>• Affiliate companies Deutsche Telekom Technischer Service GmbH (closed 2008); and T-Systems Venture Fund GmbH & Co. KG, T-Mobile Venture Fund GmbH & Co. KG and T-Online Venture Fund GmbH & Co. KG (all closed 2009) are former clients. |
| Digicel International Finance Limited | Potential Party in Interest | • Affiliate companies **Digicel (Jamaica) Limited**, **Digicel Pacific Limited**, **Digicel St. Lucia Ltd.** and **Digicel Limited** are current clients. |
| *Discover Financial Services* | Potential Party in Interest | • **Discover Financial Services** is a current client. |

- B16 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Dominion Resources, Inc.; and Virginia Electric and Power | Potential Party in Interest | • Dominion Resources, Inc. is the parent company of Virginia Electric and Power; and <br><br> • Affiliate companies **Dominion Nuclear Connecticut, Inc.**, **Dominion East Ohio** and **Dominion Energy Marketing, Inc.** are current clients. |
| Domtar, Inc. | Potential Party in Interest | • Parent company Domtar Corporation is a joint venture participant with current client **Papierfabrik August Koehler AG**. |
| **Duff & Phelps LLC** | Potential Party in Interest | • **Duff & Phelps LLC** is a current client. |
| **Dun & Bradstreet Corporation** | Potential Party in Interest | • **Dun & Bradstreet Corporation** is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client (opened 2009). |
| DZ Financial Markets LLC | Potential Party in Interest | • Parent company DZ Bank AG Deutsche Zentral-Genossenschaftsbank is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and <br><br> • Affiliate company **Union Asset Management Holding AG** is a current client. |
| E.ON AG | Potential Party in Interest | • Affiliate companies **E.ON US**, **E.ON Engineering GmbH** and **Ruhrgas AG** are current clients; and <br><br> • Affiliate company RGE Holding GmbH is a stockholder of current client **Gas-Union GmbH**. |
| **Edison Mission Energy Ltd.** | Potential Party in Interest | • **Edison Mission Energy Ltd.** is a current client; and <br><br> • Affiliate company Edison Capital Housing Investments was a participant in a former joint venture (closed 2008) with Dana Corporation (n/k/a current client **Dana Holding Corporation**). <br><br> • *See also* entry above for **Dana Holding Corporation** regarding related disclosure. |
| **Education Management Corporation** | Potential Party in Interest | • **Education Management Corporation** is a current client. <br><br> • *See also* entry below for new party Kabel Deutschland; and entries below for Goldman Sachs Credit Partners, L.P. and Providence Equity Partners, Inc. regarding related disclosure. |

- B17 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Electrabel S.A. | Potential Party in Interest | • Parent company **GDF Suez** is a current client.<br>• *See also* entry below for new party Elyo Services Limited regarding related disclosure. |
| *Electricité de France (EDF)* | Potential Party in Interest | • *Electricité de France (EDF)* is: (a) a current client; and (b) the parent of former client RTE – Reseau de Transport D'Electricité (closed 2009).<br>• *See also* entry above for Constellation Energy Group, Inc. regarding related disclosure. |
| Elyo Services Limited | Trade Debt Holder | • Affiliated companies Elyo, Suez Energy International and Ineo (all closed 2008) are former clients;<br>• Parent company **GDF Suez**, is a current client; and<br>• Affiliate company Suez Energy Services España S.A. is a stockholder of current client **Crespo Y Blasco S.A.**<br>• *See also* entry above for new party Electrabel S.A. regarding related disclosure. |
| EMI Entertainment World, Inc. | Potential Party in Interest | • Affiliate company **EMI Group Limited** is a current client. |
| Emigrant Bank | Potential Party in Interest | • Parent company **Emigrant Bancorp** is a current client; and<br>• Affiliate company Emigrant Savings Bank is an investor in former client Galatioto Sports Partners LLC (closed 2008). |
| Enel S.p.A. | Potential Party in Interest | • Affiliate companies **Enel Union Fenosa Renovables, S.A.** and **Endesa S.A.** are current clients. |
| E-Net Corporation | Potential Party in Interest | • E-Net Corporation is a former client (closed 2008). |

- B18 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Enron Corporation | Potential Party in Interest | • Enron Corporation is a participant in a former joint venture with former client Wiltel Communications Group, Inc. (closed 2008);<br><br>• Two individuals who are the joint administrators of related company Enron Europe Limited are former Jones Day clients (both closed 2009); and<br><br>• Affiliate company Enron International, Inc. is a former joint venture participant with current client *Eni S.P.A.* |
| Entergy Corporation | Potential Party in Interest | • Entergy Corporation and affiliate company Entergy-Koch, L.P. are former clients (both closed 2009); and<br><br>• Affiliate companies *Entergy Services, Inc.*, and *Entergy Nuclear, Inc.* are current clients.<br><br>• *See also* entry below for Georgia-Pacific Corporation regarding related disclosure. |
| ERP Operating Limited Partnership | Potential Party in Interest | • Affiliated entity *Equity Residential Properties Trust* is a current client. |
| Ethias; and<br>Ethias Asset Management | Other Interested Parties | • Affiliate company *Ethias Informatica ESV* is a current client. |
| ***Extendicare Health Services, Inc.*** | Potential Party in Interest | • *Extendicare Health Services, Inc.* is a current client. |
| Fidelity Capital Markets Services A-6; and Fidelity Investments | Potential Parties in Interest | • Fidelity Investments is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); and<br><br>• Affiliate company *Fidelity Investments Money Management, Inc.* is a current client.<br><br>• *See also* entries below for Fidelity Management & Research and *T. Rowe Price Associates* regarding additional related disclosure. |
| Financial Security Assurance | Potential Party in Interest | • Affiliate company Dexia Banque Privee France is a former client (closed 2008). |
| Financiere Daunou | Potential Party in Interest | • Affiliated company named *Financiere Daunou S.A.R.L.* is a current client. |
| Finmeccanica Finance S.A. | Potential Party in Interest | • Parent company Finmeccanica S.p.A. and affiliate company Whitehead Alenia Sistemi Subacquei are joint venture participants with current client *Thales S.A.* |

- B19 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| First Data Corporation | Potential Party in Interest | • Affiliate companies *First Data Resources Australia Limited* and *Fexco Group* are current clients. |
| *First Energy Corporation* | Potential Party in Interest | • *First Energy Corporation* is a current client. |
| *Flextronics International Ltd.* | Potential Party in Interest | • *Flextronics International Ltd.* is a current client. |
| *Ford Motor Company*; and Ford Motor Credit | Potential Parties in Interest | • *Ford Motor Company* is a current client. |
| Fortis Group | Potential Party in Interest | • Affiliate company Fortis Bank is a former client (closed 2009); and<br><br>• Affiliate company Fortis Capital Corporation is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Fortress Investment Group LLC | Potential Party in Interest | • Fortress Investment Group LLC is a former client (closed 2009);<br><br>• Affiliate company *Drawbridge Special Opportunities Advisors LLC* is a current client; and<br><br>• Affiliate company Florida East Coast Railway is affiliated with an individual who is a current Jones Day client (opened 2009). |
| *Freescale Semiconductor, Inc.* | Potential Party in Interest | • *Freescale Semiconductor, Inc.* is a current client. |
| Fresenius Medical Holdings, Inc. | Potential Party in Interest | • Parent company *Fresenius Medical Care AG* and affiliate companies *Fresenius Medical Care Asia Pacific Limited*, *Fresenius Medical Care Japan K.K.* and *Fresenius Kawasumi Co., Ltd.* are current clients; and<br><br>• Affiliate company Renal Solutions, Inc. is a former client (closed 2008). |
| *Frost & Sullivan* | Potential Party in Interest | • *Frost & Sullivan* is a current client. |
| *FTI Consulting, Inc.* | Debtors' Professional | • *FTI Consulting, Inc.* is a current client. |

- B20 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fubon Insurance Company Ltd.; Fubon Securities Co., Ltd.; and Taipei Fubon Commercial Bank Co., Ltd.<br><br>Fubon Life Assurance<br><br>Taipei Fubon Bank, New York Agency | Potential Parties in Interest<br><br><br>Other Interested Party<br><br>Large Unsecured Creditor<br><br>and<br><br>Large Trade Debt Holder | • Parent company ***Fubon Financial Holding Co., Ltd.*** is a current client. |
| ***Fulbright & Jaworski LLP*** | Debtors' Professional | • ***Fulbright & Jaworski LLP*** is a current client. |
| GE Corporate Financial Services, Inc.; and Genworth Financial, Inc. | Potential Parties in Interest | • Parent company ***General Electric Co., Inc.*** is a current client;<br><br>• Affiliate company Genworth Mortgage Insurance Corporation is a former client (closed 2009); and<br><br>• Affiliate company Genworth Life and Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009).<br><br>• *See also* entry below for GE Capital Corporation, ***General Electric Co., Inc.***; G.E. Fleet Council regarding related disclosure. |
| ***Genentech, Inc.*** | Potential Party in Interest | • ***Genentech, Inc.*** and co-client ***Abbott Laboratories*** are current clients;<br><br>• Affiliate companies ***Roche Palo Alto LLC*** and ***Hoffmann-La Roche, Inc.*** are current clients; and<br><br>• Affiliate company Roche, Inc. is a joint venture participant with former client Nomura International Plc. |
| ***General Mills, Inc.*** | Potential Party in Interest | • ***General Mills, Inc.*** is a current client. |
| ***General Nutrition Centers, Inc.*** | Potential Party in Interest | • ***General Nutrition Centers, Inc.*** is a current client. |
| ***Georgia Gulf Corporation*** | Potential Party in Interest | • ***Georgia Gulf Corporation*** is a current client. |

- B21 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Georgia-Pacific Corporation | Potential Party in Interest | • Georgia-Pacific Corporation is: (a) a general partner of current client *GA-MET Construction Coordination*; and (b) an affiliated entity of current client *Georgia-Pacific Kemrock International Private Limited*; and<br><br>• Parent company *Koch Industries, Inc.* is: (a) a current client; (b) a partner of former client Entergy-Koch, L.P. (closed 2009); and (c) an affiliated entity of current client *Purina Mills, Inc.*<br><br>• *See also* entry above for Entergy Corporation; and entry below for MetLife Insurance Company of Connecticut regarding related disclosure. |
| Glg Euro Long-Short Fund | Other Interested Party | • Affiliated entity *Glg Partners, L.P.* is: (a) a current client and potential party in interest in these chapter 11 cases; and (b) a member of current client *Bondholders Committee of Mandra Forestry Finance Limited*;<br><br>• Parent company *Société Générale* is: (a) a current client; and (b) the parent of current client *Lyxor Asset Management*; and<br><br>• Affiliate company Société Générale de Financement Du Quebec has an ownership interest in current client *Interquisa Canada*.<br><br>• *See also* entry below for *Glg Partners, L.P.* regarding related disclosure. |
| ***Globe Pub Management Limited*** | Potential Party in Interest | • ***Globe Pub Management Limited*** is a current client. |
| GM Canada Foreign Trust | Potential Party in Interest | • *See* entries above for new party *Capmark Financial Group, Inc.*; entries below for new parties KKR Private Equity Investors, L.P., Motors Insurance Corporation and Newpage Corporation; and entries below for GMAC LLC; GMAC Residential Capital; GMAC IM and Residential Funding Company LLC regarding related disclosure. |
| Government of Singapore; and ***Diversified Credit Investments LLC***, as agent for ***Government of Singapore Investment Corporation***<br><br>***Government of Singapore Investment Corporation*** | Potential Parties in Interest<br><br><br><br><br>Selected Derivative Counterparty | • ***Government of Singapore Investment Corporation*** is a current client; and<br><br>• Jones Day currently represents (or has represented in the past two years) certain entities that are governed or owned by the Government of Singapore. |

- B22 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Graham Packaging Co., L.P. | Potential Party in Interest | • Current client **The Blackstone Group** is: (a) a current client; (b) the majority owner of Graham Packaging Co., L.P.; (c) a stockholder of current client **Healthmarkets, Inc.**; (d) an affiliated entity of current client **WHM LLC**; (e) the parent company of current clients **Travelport, Inc.** and **Catalent Pharma Solutions, Inc.**; and (f) a joint venture participant with current client **Koch Industries, Inc.**<br><br>• *See also* entries below for new parties Orangina (n/k/a Orangina Schweppes), Orbitz Worldwide, Inc., **The Blackstone Group**; Blackstone Capital Partners V, L.P. and **Travelport, Inc.** regarding additional related disclosure. |
| Greenwich Insurance Company | Potential Party in Interest | • Affiliate company XL Insurance is a stockholder of current client **International Automotive Components Group LLC**.<br><br>• *See also* entries below for new parties Syncora Holdings Ltd., Syniverse Technologies and XL Specialty Insurance Company A-17 regarding related disclosure. |
| *Halliburton Company* | Potential Party in Interest | • **Halliburton Company** and affiliate companies **Halliburton Far East Pte Ltd.** and **Kellogg, Brown & Root Asia Pacific Pte Ltd.** are current clients; and<br><br>• Affiliate company Halliburton Energy Services, Inc. is a member of current client **OFS Portal LLC**. |
| Harrah's Operating Co., Inc. | Potential Party in Interest | • Affiliated company **Desert Palace, Inc.** d/b/a **Caesar's Palace** is a current client;<br><br>• Current client **Interpay (Jersey) Limited** is a shareholder of affiliate company Rio Hotel and Casino; and<br><br>• Affiliate company Rio Properties, Inc. is a former client (closed 2009). |

- B23 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Hawaiian Telcom, Inc.;<br>Hawaiian Telcom Communications, Inc.;<br>Hawaiian Telcom Holdco, Inc.;<br>Hawaiian Telcom IP Service Delivery Investment LLC;<br>Hawaiian Telcom IP Service Delivery Research LLC;<br>Hawaiian Telcom IP Video Investment LLC;<br>Hawaiian Telcom IP Video Research LLC; and<br>Hawaiian Telcom Services Company, Inc. | Potential Parties in Interest | • Parent company **The Carlyle Group** and affiliate company **4 Gas B.V.** are current clients.<br><br>• *See also* entry above for new party ARINC Incorporated; and entries below for new parties PQ Corporation, Sequa Corporation, Synagro Technologies, Inc., United Components, Inc., Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |
| HBK Investments, L.P. | Potential Party in Interest | • HBK Investments, L.P. is: (a) a former client (closed 2009); (b) the parent company of former client HBK Europe Management LLP (closed 2009); and (c) affiliated with current client **HBK Services LLC**. |
| **HCA, Inc.** | Potential Party in Interest | • **HCA, Inc.** and affiliate company **HCA (Beijing) Pharmaceuticals Consulting Co., Ltd.** are current clients; and<br><br>• Affiliated entity Columbia/HCA Master Retirement Trust (Separate Account II) is a stockholder of current client **Doskocil Manufacturing Company, Inc.** |
| **HD Supply** | Potential Party in Interest | • **HD Supply** is a current client. |
| **Henry Schein, Inc.** | Potential Party in Interest | • **Henry Schein, Inc.** is a current client. |
| Herbert Smith CIS LLP | Debtors' Professional | • Parent company **Herbert Smith LLP** is a current client. |
| Hexion LLC | Potential Party in Interest | • Affiliate company **Hexion Specialty Chemicals, Inc.** is a current client. |
| Highbridge LD Acquisition LLC; and<br>Highbridge Principal Strategies – Mezzanine Partners | Potential Parties in Interest | • Parent company **JPMorgan Chase, National Association** is a current client;<br><br>• Current client **Louis Dreyfus Highbridge Energy LLC** is a joint venture between the Louis Dreyfus Group and affiliated company Highbridge Capital Management LLC; and<br><br>• Affiliated company Louis Dreyfus Corporation is the former employer of an individual who is a former Jones Day client (closed 2009).<br><br>• *See also* entry below for **JPMorgan Chase Bank, N.A.** regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Highmount Exploration & Production LLC | Potential Party in Interest | • Affiliate companies **Texas Gas Transmission LLC** and **Gulf South Pipeline Company, L.P.** are current clients.<br><br>• *See also* entry above for Boardwalk Pipeline Partners, L.P. and entry below for Continental Casualty Co., Inc. regarding related disclosure. |
| Hilite German GmbH & Co. KG | Potential Party in Interest | • Parent company **Hilite International, Inc.** is a current client. |
| Hilliard Farber & Co., Inc. | Potential Party in Interest | • Affiliate company **Thomson Reuters Italia Holding S.P.A.** is a current client.<br><br>• *See also* entry below for Reuters America, Inc., et al. regarding related disclosure. |
| Houghton Mifflin Harcourt Publishers, Inc. | Potential Party in Interest | • Related entity **Ad Hoc Group of Education Media Lenders** is a current client. |
| Houlihan, Lokey, Howard & Zukin Capital, Inc. | Debtors' Professional | • Parent company **Houlihan, Lokey, Howard & Zukin** is: (a) a current client; and (b) an investor in current client **Infrastructure Holdings**; and<br><br>• Ultimate parent company Orix Corporation is a former client (closed 2009). |
| HSBC Finance Corporation | Potential Party in Interest | • HSBC Finance Corporation is a former client (closed 2008).<br><br>• *See also* entry below for HSBC Bank; HSBC Realty Credit Corporation (USA) regarding additional related disclosure. |
| ***Hughes Hubbard & Reed LLP*** | Potential Party in Interest | • **Hughes Hubbard & Reed LLP** is a current client. |
| ***Huntsman International LLC*** | Potential Party in Interest | • **Huntsman International LLC** is a current client. |
| Hypo Real Estate | Other Interested Party | • Affiliate companies **Hypo Real Estate Bank International, London Branch, Deutsche Pfandbriefbank AG** and **Depfa Bank Plc** are current clients. |
| Idearc, Inc. | Potential Party in Interest | • Current client **Verizon Communications, Inc.** has a majority interest ownership in Idearc, Inc. (f/k/a Verizon Directory Services, Inc.); and<br><br>• Affiliated company **Idearc Media LLC** is a current client. |

- B25 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| IKB (Germany) | Other Interested Party | • Parent company IKB Deutsche Industriebank AG is a former client (closed 2008). |
| INEOS Group Limited | Potential Party in Interest | • Affiliate company **Ineos Silicas Limited** is a current client. |
| Infineon Technologies AG | Potential Party in Interest | • Infineon Technologies AG is a former shareholder of current client **Ramtron International Corporation**, and the parent company of Qimonda AG, which is also an investor in **Ramtron International Corporation**. |
| ING Financial Markets LLC; and ING Group (a/k/a ING Groep N.V.)<br><br>ING Life Insurance & Annuity Company; and ING USA Annuity & Life Insurance Company | Potential Parties in Interest<br><br>Selected Derivative Counterparties | • *See* entry below for new parties Reliastar Life Insurance Company and Reliastar Life Insurance Company of New York; and entry below for ING Investment LLC; ING Bank FSB; ING Real Estate Finance regarding related disclosure. |
| Intel Corporation | Selected Derivative Counterparty | • Affiliate company Intel Capital Corporation is a minority investor in former client Channel M, Inc. (closed 2009). |
| Intercall, Inc. | Potential Party in Interest | • Parent company **West Corporation** is a current client. |
| ***Intersil Corporation*** | Potential Party in Interest | • ***Intersil Corporation*** is a current client. |
| Interstate Brands Corporation | Potential Party in Interest | • An individual and former officer of Interstate Brands Corporation is a current Jones Day client (opened 2009). |
| Intesa Vita S.p.A. | Other Interested Party | • Parent company **Intesa SanPaolo S.p.A.** is a current client. |
| INVESCO CLO; and INVESCO Real Estate | Potential Parties in Interest | • Affiliated company INVESCO Ltd. is the parent of WL Ross & Co. LLC, the joint venture partner and owner of current client **International Automotive Components Group Brazil**; and<br><br>• Affiliated companies INVESCO Funds Group, Inc., INVESCO Distributors, Inc., INVESCO Retirement, Inc. and INVESCO Services, Inc. are affiliated entities of current client ***A I M Advisors, Inc.***<br><br>• *See also* entry below for A I M Funds; and ***A I M Advisors, Inc.*** regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *IPC Information Systems, Inc.* | Trade Debt Holder | • *IPC Information Systems, Inc.* and parent company *IPC Systems, Inc.* are current clients. |
| Irish Life & Permanent Plc | Selected Derivative Counterparty | • Irish Life & Permanent Plc is: (a) a former client (closed 2008); and (b) the parent company of current client *Irish Life Investment Managers*. |
| Kabel Deutschland | Potential Party in Interest | • Parent company Providence Equity Partners, Inc. is: (a) a potential party in interest in these chapter 11 cases; and (b) a co-owner of current client *Education Management Corporation*.<br><br>• *See also* entry above for new party *Education Management Corporation*; and entries below for new party Litton Loan Servicing, L.P.; and Goldman Sachs Credit Partners, L.P. and Providence Equity Partners, Inc. regarding related disclosure. |
| Kaupthing Bank | Potential Party in Interest | • Kaupthing Bank is the owner of current client *Project Los Angeles (Guernsey) Limited*; and<br><br>• Affiliate company Kaupthing Singer & Friedlander Limited is a former client (closed 2009). |
| *KBC Bank, N.V.*;<br>KBC Financial Products UK Limited;<br>KBC Financial Products USA, Inc.;<br>KBC Investments Cayman Islands V Limited; and<br>KBC Investments Limited | Potential Parties in Interest | • *KBC Bank, N.V.* is: (a) a current client; and (b) a co-client in a matter with current client *Allied Irish Banks* Plc;<br><br>• Affiliate company *KBC Lease España SAU* is a current client; and<br><br>• Affiliate company KBC Peel Hunt Limited is a former client (closed 2009). |
| Kinder-Morgan Energy Partners, L.P. | Potential Party in Interest | • Ultimate parent company Kinder-Morgan, Inc. is the former employer of an individual who is a former Jones Day client (closed 2008).<br><br>• *See also* entry below for new party Midcontinent Express Pipeline LLC regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| King Street Capital Management LLC | Member of Informal LBHI Bondholder Group | • King Street Capital Management LLC is a member of current clients *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* and *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*; and<br><br>• Affiliate company *King Street (Europe) LLP* is a current client. |
| KKR Private Equity Investors, L.P. | Potential Party in Interest | • Parent company *Kohlberg Kravis Roberts & Co.* is: (a) a current client; (b) a member of current client *Bi-Lo Ad Hoc Committee*; and (c) a stockholder of former clients World Kitchen, Inc. (closed 2008) and NXP Semiconductors USA, Inc. (closed 2009).<br><br>• *See also* entries above for new parties *Capmark Financial Group, Inc.* and GM Canada Foreign Trust; entries below for new parties Motors Insurance Corporation and Newpage Corporation; and entries below for GMAC LLC; GMAC Residential Capital; GMAC IM and Residential Funding Company LLC regarding related disclosure. |
| Knight Capital Group, Inc. | Potential Party in Interest | • Affiliate company Deephaven Capital Management LLC is a former client (closed 2009). |
| Laboratory Corporation of America Holdings | Potential Party in Interest | • Affiliate company *Lab Corp. (Laboratory Corporation of America)* is a current client. |
| Lake Las Vegas Resort (LasLas) | Potential Party in Interest | • Affiliate companies *Texas Gas Transmission LLC* and *Gulf South Pipeline Company, L.P.* are current clients.<br><br>• *See also* entries above for new parties Boardwalk Pipeline Partners, L.P. and Highmount Exploration & Production LLC; and entry below for Continental Casualty Co., Inc. regarding related disclosure. |
| Lancaster Office Cleaning Company | Trade Debt Holder | • Affiliate company *Rentokil Initial Asia Pacific Limited* is a current client.<br><br>• *See also* entry below for Rentokil Initial Ltd. regarding related disclosure. |
| Landesbank Baden-Wurttemberg | Other Interested Party | • Affiliated company Sachsen LB Corporate Finance Holding GmbH is a stockholder of former client Vita 34 AG Deutschland (closed 2008). |

- B28 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Landsource (name given) | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named Landsource Communities Development LLC is a subsidiary of current client **Lennar Corporation**; <br>• Affiliated company Lennar Commercial Property is a partner of current client **MS Real Estate Fund, Inc.**; and <br>• Affiliated company Lennar Homes of California is a member of former client Heritage Park LLC (closed 2008). |
| Lanxess AG | Potential Party in Interest | • Affiliate company **Lanxess Corporation** is a current client. |
| LaSalle Bank, National Association; and LaSalle Global Trust Services | Potential Parties in Interest | • LaSalle Bank, National Association is a former client (closed 2008); and <br>• Parent company **Bank of America Corporation** is a current client. <br>• *See also* entry below for Bank of America, N.A.; Bank of America Plaza Ste 3500 regarding additional related disclosure. |
| ***Lazard Freres & Co. LLC*** | Debtors' Professional | • ***Lazard Freres & Co. LLC*** is a current client. |
| ***Legal & General Group Plc*** | Potential Party in Interest | • ***Legal & General Group Plc*** is a current client. |
| Level 3 Financing, Inc. | Potential Party in Interest | • Parent company **Level 3 Communications, Inc.** is a current client. |
| Liberty Mutual Group, Inc. | Potential Party in Interest | • Affiliate company Liberty Mutual Investment Advisors LLC is a limited partner of current client **Limited Partner Group of New City Asia Partners**. |
| Life Investors Insurance Company of America | Selected Derivative Counterparty | • *See* entry above for new party Aegon USA Investment Management LLC; entry below for new parties Transamerica Asset Funding Corporation; Transamerica Financial Life Insurance Company; and Transamerica Occidental Life Insurance Company; and entry below for Transamerica Life Insurance Company regarding related disclosure. |
| Lincoln Variable Insurance | Potential Party in Interest | • Affiliate company The Lincoln National Life Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |

- B29 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Litton Loan Servicing, L.P. | Potential Party in Interest | • Parent company **Goldman Sachs & Co.** is a current client; and<br><br>• Former parent company Credit-Based Asset Servicing Securitization LLC is a former client (closed 2009).<br><br>• *See also* entries above for new party Kabel Deutschland; and entry below for Goldman Sachs Credit Partners, L.P. regarding related disclosure. |
| Local Insight Media | Potential Party in Interest | • Local Insight Media is a portfolio company of Welsh Carson Anderson & Stowe, the parent of Banctec GmbH, a company affiliated with current client **Banctec, Inc.**<br><br>• *See also* entry below for new party SHPS, Inc. regarding related disclosure. |
| Loop Capital Markets LLC | Potential Party in Interest | • Loop Capital Markets LLC is the former employer of an individual who is a former Jones Day client (closed 2009). |
| Lufthansa AG | Potential Party in Interest | • Lufthansa AG is a stockholder of current client **Airline Reporting Corporation**;<br><br>• Parent company **Deutsche Lufthansa AG** is: (a) a current client; and (b) a joint venture participant with current client **All Nippon Airways Co., Ltd.**; and<br><br>• Affiliate company **Delvag Luftfahrtversicherungs AG** is a current client.<br><br>• *See also* entries above for new parties **American Airlines, Inc.**; American Airlines 1st Lien, **Continental Airlines** and Delta Airlines A-5; and entries below for new parties Northwest Airlines, Inc., Trans World Airlines, Inc., United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| Lukoil Finance Limited | Potential Party in Interest | • Parent company **Lukoil OAO** and affiliate company **Arkhangelskoe Geologodobychnoe Predrijatie** are current clients. |
| Lyondell; and Lyondellbasell Industries | Potential Parties in Interest | • Parent company **Access Industries, Inc.** is a current client. |

- B30 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Macquarie A-10 (name given) | Potential Party in Interest | • Affiliated entity Macquarie/First Trust Global Infrastructure is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliated entities ***Macquarie Bank Ltd.***, ***Macquarie Securities Limited***, ***Macquarie Capital (USA), Inc.***, ***Goodman Industrial Trust*** (f/k/a Macquarie Goodman Industrial Trust), ***The Gas Company***, ***Atlantic Aviation***, ***MG Logistics (Jersey) Limited***, ***Goodman UK Limited*** and ***Goodman Citadel (Jersey) Limited*** are current clients;<br><br>• Affiliated entity ***Goodman International Limited*** (f/k/a Macquarie Goodman Management Limited) is: (a) a current client; and (b) a stockholder of current client ***Arlington Business Parks GP Limited***;<br><br>• Affiliated entity Macquarie DDR Trust (MDT) is an affiliated entity of current client ***Developers Diversified Realty Corporation***;<br><br>• Affiliated entities Macquarie Real Estate Capital K.K., Goodman Invest Management (UK) Limited and MG Office (Jersey) Limited (all closed 2009) are former clients; and<br><br>• Affiliated entity Property Partners (Whitgift) Limited is a partner of former client Whitgift Shopping Centre Partnership (closed 2008). |
| Maples and Calder Ltd.; and ***Maples Finance Limited***<br><br>Maples and Calder (Cayman Office) | Potential Parties in Interest<br><br><br><br>Debtors' Professional | • ***Maples Finance Limited***, a subsidiary of Maples and Calder Ltd., is a current client. |
| ***Marathon Oil Company*** | Potential Party in Interest | • ***Marathon Oil Company*** is a current client. |
| Marriott International, Inc. | Potential Party in Interest | • Affiliate company Marriott Hotel Services, Inc. is a former client (closed 2009). |
| Massachusetts Mutual Life Insurance Company | Potential Party in Interest | • Massachusetts Mutual Life Insurance Company is: (a) a former client (closed 2008); (b) a stockholder of current client ***Doskocil Manufacturing Company, Inc.***; and (c) a member of former client Ad Hoc Committee of Certain Wornick Company Bondholders (closed 2008); and<br><br>• Affiliate company ***Babson Capital Europe Limited*** is a current client. |

- B31 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Materis S.A. | Potential Parties in Interest | • Parent company **WENDEL Investissement** and affiliate company **Bureau Veritas** are current clients. |
| Medco Health Solutions, Inc. | Potential Party in Interest | • Medco Health Solutions, Inc. is a joint venture participant with current client **Rite Aid Corporation**. |
| MF Global Finance/MF Global finance Europe Ltd. | Potential Parties in Interest | • Affiliate company **MF Global FXA Securities, Ltd.** is a current client. |
| **Michael's Stores, Inc.** | Potential Party in Interest | • **Michael's Stores, Inc.** is a current client. |
| MidAmerican Energy Company; and PacifiCorp | Potential Party in Interest | • Parent company Berkshire Hathaway Corporation is a stockholder of current client **USG Corporation**; <br><br> • Affiliate companies **Netjets, Inc.**, **The Scott Fetzer Company**, **Forest River, Inc.** and **Kölnische Rückversicherungs** are current clients; <br><br> • Affiliate company General Reinsurance Corporation is the employer of an individual who is a current Jones Day client; and <br><br> • Affiliate company Johns Manville International, Inc. is a former client (closed 2008). |
| Midcontinent Express Pipeline LLC | Potential Party in Interest | • Ultimate parent company Kinder-Morgan, Inc. is the former employer of an individual who is a former Jones Day client (closed 2008). <br><br> • *See also* entry above for new party Kinder-Morgan Energy Partners, L.P. regarding related disclosure. |
| Mitsubishi UFJ Ltd. | Potential Party in Interest | • Parent company **The Bank of Tokyo Mitsubishi UFJ, Ltd**, is: (a) a current client; and (b) a majority stockholder of current client **Union Bank of California**. <br><br> • *See* entries below for **The Bank of Tokyo Mitsubishi UFJ Ltd.**; Mitsubishi UFJ SEC Company; **Morgan Stanley & Co., Inc** and Van Kampen Asset Management, Inc. regarding related disclosure. |
| Mizuho Financial Group, Inc. | Potential Parties in Interest | • *See* entry below for affiliate company and current client **Mizuho Corporate Bank Ltd.** regarding related disclosure. |
| Monumental Life Insurance Company | Selected Derivative | • Parent company **Aegon USA Realty** |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | Counterparty | *Advisors, Inc.* is a new client (opened 2009). |
| Motors Insurance Corporation | Potential Party in Interest | • *See* entries above for new parties *Capmark Financial Group, Inc.*, GM Canada Foreign Trust and KKR Private Equity Investors, L.P.; entry below for new party Newpage Corporation; and entries below for GMAC LLC (the parent company of Motors Insurance Corporation); GMAC Residential Capital; GMAC IM and Residential Funding Company LLC regarding related disclosure. |
| *Mueller Water Products, Inc.* | Potential Party in Interest | • *Mueller Water Products, Inc.* is a current client. |
| Muriel Siebert & Co., Inc. | Potential Party in Interest | • Affiliated entity *Account Holders At Muriel Siebert & Co.* is a current client. |
| N.V. Luchthaven Schiphol | Potential Party in Interest | • Affiliate company Schiphol Retail USA, Inc. is a former client (closed 2009). |
| National Rural Utilities Cooperative Finance Corporation | Potential Party in Interest | • National Rural Utilities Cooperative Finance Corporation is an affiliated entity of former client COBB EMC (closed 2009). |
| Natixis Bleichroeder, Inc. | Potential Party in Interest | • Parent company *Natixis* is a current client.<br>• *See also* entry above for new party CDC Ixis Financial Guaranty Services, Inc. and entries below for AEW Capital Management, L.P.; Loomis Sayles & Company, L.P.; and Natixis Asset Management regarding additional related disclosure. |
| Neill Poole | Director and/or Officer of the Debtors | • To the extent he may be the named party in interest, an individual named Neill Poole is a joint venture participant with current client *Alvarez & Marsal Holdings LLC*.<br>• *See also* entry above for new party Alvarez & Marsal North America LLC regarding related disclosure. |
| Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund; and<br>Neuberger Berman Income Opportunity Fund, Inc. | Potential Parties in Interest | • Affiliated company *Neuberger Investment Management Japan Limited* is a current client. |
| New England Power Company | Potential Party in Interest | • Affiliate company *National Grid USA* is a current client. |

- B33 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| New York Life & Annuity Insurance Corporation; *New York Life Insurance Company, Inc.*; and New York Life Insurance & Annuity Corporation Private Placement | Selected Derivative Counterparties | • *New York Life Insurance Company* is: (a) a current client; (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and (c) along with New York Life & Annuity Insurance Corporation, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| New York Office of Unclaimed Funds | Potential Party in Interest | • New York state-related entity Dormitory Authority of the State of New York is a former client (closed 2008); and<br><br>• New York state-related entity New York State Common Retirement Fund was among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and an interested party in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors.<br><br>• *See also* entry below for NY State Department of Taxation & Finance regarding related disclosure. |
| *Newell Rubbermaid Incorporated* | Potential Party in Interest | • *Newell Rubbermaid Incorporated* is a current client. |
| Newpage Corporation | Potential Party in Interest | • Parent company Cerberus Capital Management, L.P. is: (a) a stockholder of current client *Bluelinx Holdings, Inc.*; (b) the ultimate parent of current client *Albertson's LLC*; (c) the former parent company of Chrysler LLC (n/k/a as current client *Old Carco LLC*); and (d) has an ownership interest in current client *GMAC Financial Services*.<br><br>• *See also* entries above for new parties *Capmark Financial Group, Inc.*, GM Canada Foreign Trust, KKR Private Equity Investors, L.P. and Motors Insurance Corporation; and entries below for GMAC LLC; GMAC Residential Capital; GMAC IM and Residential Funding Company LLC regarding additional related disclosure. |

- B34 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Nokia Corporation* | Potential Party in Interest | • *Nokia Corporation* is: (a) a current client; (b) a joint venture partner and co-investor in current client *Nokia Siemens Networks*; and (c) a joint venture participant and co-client in a new matter with current client *SAP AG*; and <br><br> • Affiliate companies *Nokia India Private Limited* and *Nokia, Inc.* are current clients. <br><br> • *See also* entry below for new party *Siemens AG* regarding related disclosure. |
| Northwest Airlines, Inc. | Potential Party in Interest | • Northwest Airlines, Inc. is a stockholder of current client *Airline Reporting Corporation*. <br><br> • *See also* entries above for new parties *American Airlines, Inc.*; American Airlines 1st Lien, *Continental Airlines*, Delta Airlines A-5 and Lufthansa AG; and entries below for new parties Trans World Airlines, Inc., United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| Novartis Finance Corporation | Potential Party in Interest | • Related entity *China Novartis Institutes For Biomedical Research* and affiliate companies *Novartis Pharmaceuticals (HK) Ltd.* and *Idenix Pharmaceuticals, Inc.* are current clients; <br><br> • Affiliate company Novartis is a joint venture participant with former client Nomura International Plc; and <br><br> • Affiliate company Novartis Pharma SAS is a former client (closed 2008). |
| Occidental Power Services, Inc. | Potential Party in Interest | • Parent company *Occidental Petroleum Corporation* is a current client; <br><br> • *See also* entry below for *Morgan Stanley & Co., Inc.* regarding related disclosure. |
| Oceania Cruises, Inc.; and Oceania Vessel Finance, Ltd. | Potential Parties in Interest | • Parent company Apollo Management, L.P. is the parent of current client *Momentive Performance Materials, Inc.*; and <br><br> • Affiliate company Apollo Capital Management is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*. <br><br> • *See also* entries above for new parties Apollo Management Holdings, L.P. and Claire's Stores, Inc.; and entry below for Regent Seven Seas Cruises regarding related disclosure. |

- B35 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| OCM Mezzanine Fund II Holdings, L.P. | Potential Party in Interest | • Affiliated company **OCM Luxembourg EPOF II S.A.R.L.** is a current client;<br><br>• Affiliated company OCM Holdings LLC is affiliated with an individual who is a current Jones Day client;<br><br>• Affiliated companies OCM Principal Opportunities Fund IIIA, L.P., OCM Principal Opportunities Fund IIIGP, L.P. and OCM Principal Opportunities Fund III, L.P. are stockholders of former client Interep National Radio Sales, Inc. (closed 2009); and<br><br>• Affiliated company OCM Opportunities Fund II, L.P. is a stockholder of current client **Doskocil Manufacturing Company, Inc.** |
| Oklahoma Gas & Electric C. and Public Service Co. | Potential Party in Interest | • Oklahoma Gas & Electric Co. and Public Service Co. is a former client (closed 2008); and<br><br>• Parent company **OGE Energy Corporation** is: (a) a current client; and (b) the employer of an individual who is a former Jones Day client (closed 2009). |
| **Omnicare, Inc.** | Potential Party in Interest | • **Omnicare, Inc.** is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client (opened 2009). |
| Orangina (n/k/a Orangina Schweppes) | Potential Party in Interest | • Co-parent company Lion Capital LLP is the parent of current client **Lion Capital (Americas), Inc.**;<br><br>• Co-parent company **The Blackstone Group** is: (a) a current client; (b) a stockholder of current client **Healthmarkets, Inc.**; (c) an affiliated entity of current client **WHM LLC**; (d) the parent company of current clients **Travelport, Inc.** and **Catalent Pharma Solutions, Inc.**; and (e) a joint venture participant with current client **Koch Industries, Inc.**; and<br><br>• Former parent company Cadbury Schweppes Plc (n/k/a Dr. Pepper Snapple Group, Inc.) is a former client (closed 2009).<br><br>• *See also* entry above for new party Graham Packaging co., L.P.; and entries below for new parties Orbitz Worldwide, Inc., **The Blackstone Group, L.P.**; Blackstone Capital Partners V, L.P. and **Travelport, Inc.** regarding additional related disclosure. |

- B36 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Orbitz Worldwide, Inc. | Potential Party in Interest | • Parent company *The Blackstone Group* is: (a) current client; (b) a stockholder of current client *Healthmarkets, Inc.*; (c) an affiliated entity of current client *WHM LLC*; (d) the parent company of current clients *Travelport, Inc.* and *Catalent Pharma Solutions, Inc.*; and (e) a joint venture participant with current client *Koch Industries, Inc.*<br><br>• *See also* entries above for new parties Graham Packaging Co., L.P. and Orangina (n/k/a Orangina Schweppes); and entries below for new parties *The Blackstone Group*; Blackstone Capital Partners V, L.P. and *Travelport, Inc.* regarding additional related disclosure. |
| Pacific Investment Management LLC | Member of Ad Hoc or Unofficial Creditors' Committee | • *See* entries below for affiliated companies Allianz Life Insurance Company of North America; and Dresdner Bank AG; Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |
| Pacific Life & Annuity Company; and Pacific Lifecorp | Selected Derivative Counterparties | • Affiliate company Pacific Life Insurance company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| Pacific Summit Energy LLC | Potential Party in Interest | • Parent corporation *Sumitomo Corporation* is: (a) a current client; and (b) a shareholder of current client *Sews-Cabind S.p.A.*; and<br><br>• Affiliate company *Sumitomo Electric Industries Ltd.* is: (a) a current client; (b) a substantial shareholder of Tokai Rubber, the parent company of current client *DTR Industries, Inc.*; and (c) a stockholder of current client *Eudyna Devices, Inc.* |
| Pages Jaunes Groupe | Potential Party in Interest | • Sister company *Orange, S.A.* is a current client. |
| *Peabody Energy Corporation* | Potential Party in Interest | • *Peabody Energy Corporation* is a current client. |
| *The Pepsi Bottling Group, Inc.* | Potential Party in Interest | • *The Pepsi Bottling Group, Inc.* is: (a) a current client; (b) associated with current client *Pepsico, Inc.*; and (c) an affiliated entity of current client *Pepsi Americas, Inc.* |

- B37 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Philips Electronics, N.V. | Potential Party in Interest | • Affiliate companies **Philips Electronics North America Corporation** and **Philips International B.V.** are current clients; and<br><br>• Parent company Koninklijke Philips Electronics N.V., d/b/a Royal Philips Electronics is a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009). |
| Pinnacle Entertainment, Inc. | Potential Party in Interest | • Two individuals who are joint administrators for parent company Pinnacle Entertainment Limited are current Jones Day clients (opened 2009). |
| Pinnacle Foods Finance LLC | Selected Derivative Counterparty | • Parent company **Pinnacle Peak Holding Corporation** is a current client. |
| Piper Jaffray & Company | Potential Party in Interest | • Parent company **Piper Jaffray Companies, Inc.** is a current client. |
| **Plastech Engineered Products, Inc.** | Potential Party in Interest | • **Plastech Engineered Products, Inc.** is a current client;<br><br>• Current client **Washington Division of URS Corporation** has an ownership interest in affiliated company Johnson Controls Northern New Mexico LLC; and<br><br>• Affiliated company Johnson Controls – SAFT Advanced Power Solutions is a former client (closed 2009). |
| Plumbers and Pipefitters National Pension Fund | Potential Party in Interest | • Plumbers and Pipefitters National Pension Fund is a stockholder of current client **Eastman Kodak Company**. |
| PQ Corporation | Potential Party in Interest | • Parent company **The Carlyle Group** and affiliate company **4 Gas B.V.** are current clients.<br><br>• *See also* entry above for new parties ARINC Incorporated, Hawaiian Telcom, Inc. et al.; and entries below for new parties Sequa Corporation, Synagro Technologies, Inc., United Components, Inc., Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |
| Precision Partners, Inc. | Potential Party in Interest | • Precision Partners, Inc. is owned by certain funds of current client **Saunders, Karp, Megrue & Co.** |

- B38 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Principal Financial Group, Inc.<br><br>Principal Financial Services, Inc. | Potential Party in Interest<br><br>Selected Derivative Counterparty | • Affiliate company Principal Life Insurance is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company *Principal Fondos de Inversion, S.A. de C.V.* is a current client. |
| PSEG Power LLC; and<br>Public Service Enterprise Group, Inc. | Potential Party in Interest | • Public Service Enterprise Group, Inc. is the parent company of PSEG Power LLC;<br><br>• Affiliate company PSEG Resources LLC is a former client (closed 2009); and<br><br>• Affiliate company PSEG Italia B.V. is the parent of Bioenergie, a shareholder of current client *Biomasse Italia S.p.A.*. |
| Psychiatric Solutions, Inc. | Potential Party in Interest | • Psychiatric Solutions, Inc. is a joint venture participant with current client *Promedica Health System*. |
| Putnam Fiduciary Trust Company<br>Putnam Fiduciary Trust Company, LLC<br>Putnam Investment Management, Inc.<br>Putnam Investment Management, LLC<br>Putnam Investments Limited<br>The Putnam Advisory Company, Inc.<br>The Putnam Advisory Company, LLC | Additional Matters Parties included in Second Supplemental to Schedule 2 Re Additional Matters | • Ultimate parent company *Power Corporation of Canada* is (a) a current client; (b) the parent of MacKenzie Financial Corporation, a stockholder of current client *Timing Resources, Inc.*; and (c) the parent of former client Power Pacific Corporation Limited (closed 2009). |
| QVC, Inc. | Potential Party in Interest | • Ultimate parent company *Liberty Media Group* is a current client. |
| *R. H. Donnelley Corporation* (n/k/a *Dex One Corporation* | Potential Party in Interest | • *R. H. Donnelley Corporation* (n/k/a *Dex One Corporation*) is a current client. |
| Raymond James & Associates, Inc. | Potential Party in Interest | • Parent company *Raymond James Financial, Inc.* and affiliate company *Raymond James Capital, Inc.* are current clients. |
| RBC Dain Rauscher, Inc.<br><br>Royal Bank of Canada/Schretlen & Co., N.V. | Potential Party in Interest<br><br>Other Interested Party | • RBC Dain Rauscher, Inc. and affiliate company Royal Bank of Canada Investment Management (USA) Limited are former clients (both closed 2009);<br><br>• Parent company Royal Bank of Canada is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate company *Royal Bank of Canada Europe Limited* is a current client. |

- B39 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| RBS Greenwich Capital | Potential Party in Interest | • *See* entries above for new parties ABN Amro Holding N.V. and ***Banco Santander S.A.***; entry below for new party Santander Investment Securities, Inc.; and entries below for affiliated entity ***ABN Amro Rothschild***; and affiliated companies Hoare Govett Ltd. and ***The Royal Bank of Scotland Plc*** regarding related disclosure. |
| ***Regal Cinemas, Inc.*** | Potential Party in Interest | • ***Regal Cinemas, Inc.*** is a current client. |
| Regency Gas Services, L.P. | Potential Party in Interest | • Affiliate company ***Regency Energy Partners*** is a current client. |
| Regent Seven Seas Cruises | Potential Party in Interest | • Parent company Apollo Management, L.P. is the parent of current client ***Momentive Performance Materials, Inc.***; and<br><br>• Affiliate company Apollo Capital Management is a member of current client ***Ad Hoc Committee of Noteholders of Chemtura Corporation***.<br><br>• *See also* entries above for new parties Apollo Management Holdings, L.P.; Claire's Stores, Inc.; and Oceania Cruises; Oceania Vessel Finance, Ltd. regarding related disclosure. |
| ***Regions Bank*** | Potential Party in Interest | • ***Regions Bank***, parent company ***Regions Bank Financial Corporation*** and affiliate company ***Morgan Keegan & Company, Inc.*** are current clients. |
| Reliant Energy, Inc. A-13 | Potential Parties in Interest | • Reliant Energy, Inc. is now known as current client ***RRI Energy, Inc.***<br><br>• *See also* entry below for Reliant Energy Power Supply LLC; Reliant Energy Services, Inc. regarding related disclosure. |
| Reliastar Life Insurance Company; and Reliastar Life Insurance Company of New York | Selected Derivative Counterparties | • Reliastar Life Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009).<br><br>• *See also* entry above for new parties ING Financial Markets LLC, et al.; and entry below for ING Investment LLC; ING Bank FSB; ING Real Estate Finance regarding related disclosure. |
| Rentokil Initial Ltd. | Potential Party in Interest | • Affiliate company ***Rentokil Initial Asia Pacific Limited*** is a current client.<br><br>• *See also* entry above for new party Lancaster Office Cleaning Company regarding related disclosure. |

- B40 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Reuters America, Inc.<br><br>Reuters Limited<br>Thomson Reuters Corporation; and<br>Thomson Reuters Plc | Unsecured Creditor<br><br>Potential Parties in Interest | • Affiliate company **Thomson Reuters Italia Holding S.P.A.** is a current client.<br><br>• *See also* entry above for Hilliard Farber & Co., Inc. regarding related disclosure. |
| **Reynolds American, Inc.**;<br>Reynolds American Defined Benefit Master Trust; and<br>**R. J. Reynolds Tobacco Holdings, Inc.** | Potential Parties in Interest | • **Reynolds American, Inc.** is: (a) a current client; and (b) the parent company of current clients **R. J. Reynolds Tobacco Holdings, Inc.** and **R. J. Reynolds Tobacco Company**; and<br><br>• Reynolds American Defined Benefit Master Trust is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Riversource Life Insurance Company of New York | Selected Derivative Counterparty | • Affiliate company **Threadneedle Property Investments Limited** is a current client;<br><br>• Affiliate company Riversource Investments LLC was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and<br><br>• Riversource Life Insurance Company and affiliate company Ameriprise Certificate Company are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| RMC (name given) | Potential Party in Interest | • To the extent it may be the named party in interest, a company named RMC Holdings B.V. is a subsidiary of current client **CEMEX**. |
| Rockefeller Group Development Corporation | Potential Party in Interest | • Parent company **Mitsubishi Estate Co., Ltd.** is: (a) a current client; (b) the parent company of current client **Chelsea Japan Co., Ltd.**; (c) the ultimate parent of current clients **Cushman & Wakefield, Inc.** and **Cushman & Wakefield K.K.**; and (d) affiliated with current client **NTT Urban Development Company**; and<br><br>• Affiliate company Cushman & Wakefield of California, Inc. is a former client (closed 2008). |
| Royal & Sun Alliance Insurance Group Plc | Potential Party in Interest | • Affiliate company Orion Capital Managers (France) is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Russell Implementation Services, Inc.; and Russell Investment Group | Selected Derivative Counterparties | • Parent company Northwestern Mutual Life Insurance Company is: (a) the ultimate parent of current client *Asia Direct Limited*; and (b) a major investor in current client *Baird Capital Partners*. |
| RWE AG | Potential Party in Interest | • RWE AG is: (a) the parent of current client *American Water Works, Inc.*; and (b) the ultimate parent of current clients *Illinois-American Water* and *American Water Enterprises Group*. |
| *SABMiller Plc*; and SABMiller Finance B.V. | Potential Parties in Interest | • *SABMiller Plc* is: (a) a current client; (b) the parent company of SABMiller Finance B.V.; and (c) a partner with Molson Coors to form joint venture and current client *MillerCoors LLC*. |
| Sampo Bank Plc | Potential Party in Interest | • Sampo Bank Plc is a former client (closed 2009). <br><br> • *See also* entry below for parent company and current client *Danske Bank A/S* regarding additional related disclosure. |
| Santander Investment Securities, Inc. | Potential Party in Interest | • Parent company *Banco Santander S.A.* and affiliate company *Banco Espanol de Credito (BANESTO)* are current clients; and <br><br> • Affiliate company Interbanca S.p.A. is a former client (closed 2009). <br><br> • *See also* entries above for new parties ABN Amro Holding N.V., parent company *Banco Santander S.A.* and RBS Greenwich Capital; and entries below for affiliated entity *ABN Amro Rothschild*; and affiliated companies Hoare Govett Ltd. and *The Royal Bank of Scotland Plc* regarding additional related disclosure. |
| Schefenacker AG | Potential Party in Interest | • Affiliate company *Schefenacker Vision Systems USA, Inc.* is a current client. |
| Scotia Capital (USA), Inc. | Potential Party in Interest | • Affiliate company *Scotia Fondos, S.A. de C.V., Sociedad Operadora Dades de Inversión, Grupo Financiero Scotiabank* is a current client. <br><br> • *See also* entry below for The Bank of Nova Scotia regarding related disclosure. |

- B42 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sears Holdings Corporation; and Sears Roebuck Acceptance Corporation | Potential Parties in Interest | • Affiliate company **Sears, Roebuck and Company** is a current client; and<br>• Affiliate company K Mart Corporation is a former client (closed 2009). |
| SEB Enskilda, Inc. | Potential Party in Interest | • Parent company Skandinaviska Enskilda Banken AB (Publ) is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Sequa Corporation | Potential Party in Interest | • Parent company **The Carlyle Group** and affiliate company **4 Gas B.V.** are current clients.<br>• *See also* entries above for new parties ARINC Incorporation, Hawaiian Telcom, Inc. et al.; and PQ Corporation; and entries below for new parties Synagro Technologies, Inc, United Components, Inc., Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |
| **Serena Software, Inc.** | Potential Party in Interest | • **Serena Software, Inc.** is a current client ; and<br>• Affiliated company **Silver Lake Partners, L.P.** is: (a) a current client; and (b) a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009). |
| **Service Corporation International** | Potential Parties in Interest | • **Service Corporation International** is a current client. |
| SG Americas Securities LLC | Potential Party in Interest | • Ultimate parent company **Société Générale** and affiliate company **Lyxor Asset Management** are current clients;<br>• Affiliate company Société Générale de Financement du Quebec is a participant in a joint venture of current client **Interquisa Canada**; and<br>• Affiliate company Cowan and Company LLC is a former client (closed 2008). |
| Shareholders of Novastar Financial, Inc. | Potential Party in Interest | • Related entity **Novastar Financial, Inc.** is a current client. |
| SHPS, Inc. | Potential Party in Interest | • SHPS, Inc. is a portfolio company of Welsh Carson Anderson & Stowe, the parent of Banctec GmbH, a company affiliated with current client **Banctec, Inc.**<br>• *See also* entry above for Local Insight Media |

- B43 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | regarding related disclosure. |
| *Siemens AG* | Potential Party in Interest | • *Siemens AG* is: (a) a current client; (b) a joint venture partner in current client *Nokia Siemens Networks*; (c) a minority stockholder and joint venture participant with current client *Voith* AG in current client *Voith Hydro GmbH & Co. KG*; and (d) the parent of Robotic Vision Systems, Inc., a participant in a joint venture with General Motors Corporation (predecessor in interest to current client *General Motors LLC*);<br>• Affiliate company Siemens Technology-To-Business Center LLC is a partner of current client *F-Origin, Ltd.*;<br>• Affiliated company Siemens Ltd. is a joint venture partner in current client *Silcar Pty Ltd.*; and<br>• Affiliate company Voith Siemens Hydro Kraftwerkstechnik GmbH & Co. KG is a former client (closed 2009).<br>• *See also* entry above for new party *Nokia Corporation* regarding related disclosure. |
| Silicon Graphics, Inc. | Potential Party in Interest | • Affiliate company *Silicon Graphics, S.A./Unipersonal* is a current client. |
| Silver Point Capital, L.P. | Potential Party in Interest | • Silver Point Capital, L.P. is: (a) the parent of SPCP LLC, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; (b) a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and (c) the general partner of former client Silver Point Capital Management LLC (closed 2008). |
| Sola Ltd. | Potential Party in Interest | • Sola Ltd. is a member of current client *Ad Hoc Committee of Geo Specialty Chemicals, Inc.* |
| Solo Cup Company | Potential Party in Interest | • Affiliate company *Solo Cup México, S.A. de C.V.* is a current client. |
| *Sourcecorp Incorporated* | Potential Party in Interest | • *Sourcecorp Incorporated* is a current client. |
| *Southern Company* | Potential Party in Interest | • *Southern Company* is: (a) a current client; and (b) a member of current client *AP1000 Operators Group LLP*. |

- B44 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Spectra Energy Capital LLC (f/k/a Duke Capital); and Spectra Energy Partners OLP, L.P. | Potential Parties in Interest | • Affiliate company Spectra Energy Southeast Supply Header LLC is a member of former client Southeast Supply Header LLC (closed 2008).<br><br>• *See also* entry above for new parties Centerpoint Energy Resources and Reliant Energy, Inc. – A-13 regarding related disclosure. |
| Standard Life Bank Plc | Potential Party in Interest | • Affiliate companies **Standard Life Investments (Private Equity) Limited** and **Standard Insurance Company** are current clients; and<br><br>• Affiliate company Stancorp Financial Group, Inc. is a former client (closed 2009). |
| State of Michigan, Department of Treasury | Potential Party in Interest | • Related state entity State Treasurer of the State of Michigan, along with the Michigan State Police Retirement System and the Michigan State Employees' Retirement System are stockholders of current client **Magnequench International, Inc.** |
| Sumitomo Mitsui Financial Group, Inc.; and **The Sumitomo Trust & Banking Co, Ltd.** | Potential Parties in Interest | • **The Sumitomo Trust & Banking Co., Ltd.** is a current client.<br><br>• *See also* entry below for **Sumitomo Mitsui Banking Corporation**; Sumitomo Mitsui Brussels Branch regarding additional related disclosure. |
| SunAmerica Asset Management<br><br>SunAmerica Life Insurance Company | Potential Party in Interest<br><br>Selected Derivative Counterparty | • Sun America Life Insurance Company is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Parent company SunAmerica, Inc. is the employer of an individual who is a current Jones Day client. |
| Sungard;<br>Sungard Asset Management systems LLC;<br>Sungard Availability Services, L.P.;<br>Sungard Business Integration Ltd.;<br>Sungard Data Systems, Inc.;<br>Sungard Expert Solutions LLC;<br>Sungard Institutional Brokerage, Inc.; and<br>Sungard Investment Systems LLC | Potential Parties in Interest | • Affiliate company **Sungard Availability Services (DR) Limited** is a current client. |
| SunTrust Robinson Humphrey, Inc. | Potential Party in Interest | • Parent company **SunTrust Banks, Inc.** and affiliate company **SunTrust Bank, Atlanta** are current clients. |

- B45 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Supervalu, Inc.* | Potential Party in Interest | • *Supervalu, Inc.* is a current client; and<br>• Affiliate company New Albertsons, Inc. is a former client (closed 2008). |
| Swiss Reinsurance Company | Potential Party in Interest | • Affiliate company **Admin Re UK Limited** is a current client; and<br>• Affiliate company Swiss Re Life and Health America, Inc. is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| Symetra Financial Corporation | Potential Party in Interest | • Affiliate company Symetra Life Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| Synagro Technologies, Inc. | Potential Party in Interest | • Synagro Technologies, Inc. is a former client (closed 2009); and<br>• Parent company **The Carlyle Group** and affiliate company **4 Gas B.V.** are current clients.<br>• *See also* entries above for new parties ARINC Incorporated, Hawaiian Telcom, Inc., et al.; PQ Corporation and Sequa Corporation; and entries below for new parties United Components, Inc., Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |
| Syncora Holdings Ltd. | Potential Party in Interest | • Affiliate company XL Insurance is a stockholder of current client **International Automotive Components Group LLC**.<br>• *See also* entry above for new party Greenwich Insurance Company; and entries below new parties Syniverse Technologies and XL Specialty Insurance Company A-17 regarding related disclosure. |
| Syniverse Technologies | Potential Party in Interest | • Affiliate company XL Insurance is a stockholder of current client **International Automotive Components Group LLC**.<br>• *See also* entry above for new party Greenwich Insurance Company; and entries below new parties Syncora Holdings Ltd. and XL Specialty Insurance Company A-17 regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Targa Resources, Inc. | Potential Party in Interest | • Parent company ***Warburg Pincus LLC*** and affiliate company ***Warburg Pincus India Pvt. Ltd.*** are current clients; and<br>• Affiliate company Warburg Pincus Asia LLC is a former client (closed 2009).<br>• *See also* entry above for new party Bausch & Lomb, Inc.; and entry below for new party Warburg Pincus Equity Partners, L.P. regarding related disclosure. |
| ***Target Corporation*** | Potential Party in Interest | • ***Target Corporation*** and affiliate company ***Target Brands, Inc.*** are current clients. |
| ***TD Securities (USA) LLC*** | Potential Party in Interest | • ***TD Securities (USA) LLC*** and affiliate company ***TD Meloche*** Monnex are current clients. |
| ***Telefonica, S.A.***; and Telefonica Europe B.V. | Potential Parties in Interest | • ***Telefonica, S.A.*** is: (a) a current client; and (b) the parent company of Telefonica Europe B.V. and affiliate company and current client ***Telefonica Internacional Wholesale Services, S.A.*** |
| Templeton Global | Potential Party in Interest | • *See* entry below for ***Franklin Advisers, Inc.***; Franklin Templeton Investments regarding related disclosure. |
| ***Tesoro Corporation*** | Potential Party in Interest | • ***Tesoro Corporation*** is a current client. |
| ***The Blackstone Group, L.P.***; and Blackstone Capital Partners V, L.P. | Potential Parties in Interest | • ***The Blackstone Group, L.P.*** is: (a) a current client; (b) the parent company of Blackstone Capital Partners V, L.P.; (c) a stockholder of current client ***Healthmarkets, Inc.***; (d) an affiliated entity of current client ***WHM LLC***; (e) the parent company of current clients ***Travelport, Inc.*** and ***Catalent Pharma Solutions, Inc.***; and (f) a joint venture participant with current client ***Koch Industries, Inc.***;<br>• Affiliate company LQ Management LLC is a former client (closed 2008); and<br>• Affiliate company Blackport Capital Fund, Ltd. is a member of former client Ad Hoc Committee of Bondholders of Caraustar Industries, Inc. (closed 2009).<br>• *See also* entries above for new parties Graham Packaging Co., L.P., Orangina (n/k/a Orangina Schweppes) and Orbitz Worldwide, Inc.; and entry below for new party ***Travelport, Inc.*** regarding related disclosure. |

- B47 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *The British Land Company Plc* | Trade Debt Holder | • *The British Land Company Plc* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; (c) the parent company of current client *Pillar Property Plc*; (d) the ultimate parent of current client *Gibraltar General Partner Limited*; (e) affiliated with current client *The Whiteley Co-Ownership*; and (f) has an ownership interest in each of current clients *The City of London Office Unit Trust*, *Hercules Income Fund* and *Hercules Unit Trust*. |
| *The Hartford Financial Services Group, Inc.* | Potential Party in Interest | • *The Hartford Financial Services Group, Inc.* is: (a) a current client; and (b) the employer of an individual who is a former Jones Day client (closed 2009); and <br> • Affiliate company Twin City Fire Insurance Company is a stockholder of current client *International Automotive Components Group LLC*. <br> • *See also* entry below for Hartford Life Insurance Company regarding related disclosure. |
| The Home Depot, Inc. | Potential Party in Interest | • The Home Depot, Inc. is affiliated with several individuals who are former Jones Day clients (all closed 2009) and independent directors for Home Depot's Board of Directors. |
| The Pemex Project Funding Master Trust | Potential Party in Interest | • Related entity *Petroleos Mexicanos* and related company *Kot Insurance Company, Ltd.* are current clients. |
| The Star Tribune Company | Potential Party in Interest | • The Star Tribune Company is affiliated with current client *Minneapolis Star Tribune*. |
| The Walt Disney Company | Potential Party in Interest | • Related entity *Special Committee of the Board of Directors of The Walt Disney Company* is a current client. |
| *The Williams Companies, Inc.* | Potential Party in Interest | • *The Williams Companies, Inc.* is a current client. |
| The Yankee Candle Company, Inc. | Potential Party in Interest | • Parent company Madison Dearborn Partners LLC is the co-owner of current client *Sorenson Communications, Inc.* |
| Toys R Us | Potential Party in Interest | • Affiliate company *Toys "R" Us, S.A. Sociedad Unipersonal* is a current client. |

- B48 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Transamerica Asset Funding Corporation<br><br>Transamerica Financial Life Insurance Company; and<br>Transamerica Occidental Life Insurance Company | Potential Party in Interest<br><br>Selected Derivative Counterparties | • *See* entries above for new parties Aegon USA Investment Management LLC and Life Investors Insurance Company of America; and entry below for Transamerica Life Insurance Company regarding related disclosure. |
| TransCanada Pipelines Limited | Potential Party in Interest | • Affiliate company ***ANR Pipeline Company*** is a current client. |
| Transocean, Inc. | Potential Party in Interest | • Affiliate company ***Transocean Offshore Deepwater Drilling, Inc.*** is a current client. |
| Trans World Airlines, Inc. | Potential Party in Interest | • Trans World Airlines, Inc. is a stockholder of current client ***Airline Reporting Corporation***; and<br><br>• Parent company ***AMR Corporation*** and affiliate company ***American Airlines, Inc.*** are current clients.<br><br>• *See also* entries above for new parties ***American Airlines, Inc.***; American Airlines 1st Lien, ***Continental Airlines***, Delta Airlines A-5, Lufthansa AG and Northwest Airlines, Inc.; and entries below for new parties United Airlines and U.S. Airways Group, Inc. regarding related disclosure. |
| Travelport 2nd A&R;<br>Travelport Holdings Ltd.; and<br>***Travelport, Inc.*** | Potential Parties in Interest | • ***Travelport, Inc.*** is a current client;<br><br>• Parent company ***The Blackstone Group*** is: (a) a current client; (b) a stockholder of current client ***Healthmarkets, Inc.***; (c) an affiliated entity of current client ***WHM LLC***; (d) the parent company of current client ***Catalent Pharma Solutions, Inc.***; and (e) a joint venture participant with current client ***Koch Industries, Inc.***<br><br>• *See also* entries above for new parties Graham Packaging Co., L.P., Orangina (n/k/a Orangina Schweppes), Orbitz Worldwide, Inc. and ***The Blackstone Group***; Blackstone Capital Partners V, L.P. regarding related disclosure. |
| ***Tribune Company*** | Potential Party in Interest | • ***Tribune Company*** is: (a) a current client; (b) affiliated with an individual who is a current Jones Day client (opened 2009); and (c) a partner in current clients ***Careerbuilder LLC*** and ***Classified Ventures LLC***; and<br><br>• Affiliate company Los Angeles Times Communications LLC is the employer of an individual who is a former Jones Day client |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | (closed 2009). |
| Tronox Worldwide LLC | Potential Party in Interest | • Parent company Tronox Incorporated is a former client (closed 2009). |
| Tropicana Entertainment LLC | Potential Party in Interest | • Affiliate company Tropicana Resort & Casino is a former client (closed 2008). |
| TRW Automotive, Inc.; and *TRW Automotive Holdings Corporation* | Potential Parties in Interest | • *TRW Automotive Holdings Corporation* and affiliate company *TRW Automotive US LLC* are current clients; and<br><br>• Affiliate company Varga Servicos Automotive Ltda. was a participant in a former joint venture (closed 2008) with Dana Corporation (n/k/a current client *Dana Holding Corporation*). |
| Unicredito Italiano S.p.A. | Potential Party in Interest | • Unicredito Italiano S.p.A. is a former client (closed 2009);<br><br>• Affiliate company *Bayerische Hypo-Und Vereinsbank AG* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate companies *Unicredit Banca S.p.A.*, and *DAB Bank AG* are current clients.<br><br>• *See also* entry above for new party Banca Fineco S.P.A. regarding related disclosure. |
| United Airlines | Potential Party in Interest | • United Airlines is a stockholder of current client *Airline Reporting Corporation*.<br><br>• *See also* entries above for new parties *American Airlines, Inc.*; American Airlines 1st Lien, *Continental Airlines*, Delta Airlines A-5, Lufthansa AG, Northwest Airlines, Inc. and Trans World Airlines, Inc.; and entry below for U.S. Airways Group, Inc. regarding related disclosure. |
| United Components, Inc. | Potential Party in Interest | • Parent company *The Carlyle Group* and affiliate company *4 Gas B.V.* are current clients.<br><br>• *See also* entries above for new parties ARINC Incorporated, Hawaiian Telcom, Inc., et al.; PQ Corporation, Sequa Corporation and Synagro Technologies, Inc.; and entries below for new parties Vaught Aircraft Industries, Inc. and Veyance Technologies, Inc. regarding related disclosure. |

- B50 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| United of Omaha Life Insurance Company | Potential Party in Interest | • United of Omaha Life Insurance Company is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| *United Parcel Services, Inc./UPS* | Potential Party in Interest | • *United Parcel Services, Inc.* is: (a) a current client; and (b) a member of current client *UFEX*. |
| *United States Steel Corporation* | Potential Party of Interest | • *United States Steel Corporation* is: (a) current client; and (b) a general partner of former client Clairton 1314B Partnership (closed 2008). |
| *United Surgical Partners International, Inc.* | Potential Party in Interest | • *United Surgical Partners International, Inc.* is a current client. |
| *Univision Communications, Inc.* | Potential Party in Interest | • *Univision Communications, Inc.* is: (a) a current client; and (b) the parent company of Univision Music Group (UMG), the employer of an individual who is a current Jones Day client (opened 2007); and<br>• Affiliate company Univision Radio of New York, Inc. is a former client (closed 2009). |
| U.S. Airways Group, Inc. | Potential Party in Interest | • U.S. Airways Group, Inc. is a stockholder in current client *Airline Reporting Corporation*.<br>• *See also* entries above for new parties *American Airlines, Inc.*; American Airlines 1st Lien, *Continental Airlines*, Delta Airlines A-5, Lufthansa AG, Northwest Airlines, Inc., Trans World Airlines, Inc. and United Airlines regarding related disclosure. |
| USAA Capital Corporation | Potential Party in Interest | • Parent company *USAA* and affiliate company *USAA FSB* are current clients. |
| Varel International Ind., L.P. | Principal Investment | • Parent company Arcapita, Inc. is the owner of former client Cajun Operating Company (closed 2008). |

- B51 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Vaught Aircraft Industries, Inc. | Potential Party in Interest | • Parent company *The Carlyle Group* and affiliate company *4 Gas B.V.* are current clients.<br><br>• *See also* entries above for new parties ARINC Incorporated, Hawaiian Telcom, Inc., et al.; PQ Corporation, Sequa Corporation, Synagro Technologies, Inc. and United Components, Inc.; and entry below for new party Veyance Technologies, Inc. regarding related disclosure. |
| Venstar Leasing, Inc. | Potential Party in Interest | • Affiliate company *Venstar Holdings (USA), Inc.* is a current client. |
| *Verint Systems, Inc.* | Potential Party in Interest | • *Verint Systems, Inc.* and affiliate companies *Verint Systems UK Ltd.* and *Comverse Network Systems Asia Pacific Limited* are current clients; and<br><br>• Affiliate company Comverse UK is a former client (closed 2009). |
| Veyance Technologies, Inc. | Selected Derivative Counterparty | • Veyance Technologies, Inc. is an affiliated entity of current client *The Carlyle Group*.<br><br>• *See also* entries above for new parties ARINC Incorporated, Hawaiian Telcom, Inc., et al.; PQ Corporation, Sequa Corporation, Synagro Technologies, Inc., United Components, Inc. and Vaught Aircraft Industries, Inc. regarding related disclosure. |
| Vodafone Group Plc | Potential Party in Interest | • Affiliate company Vodafone Germany is a joint venture participant with current client *The Hearst Corporation*. |
| Vornado Realty, L.P. | Potential Party in Interest | • Related entity Vornado Realty Trust is the parent of current client *Merchandise Mart Properties, Inc.* |
| *Walmart Stores, Inc.* | Potential Party in Interest | • *Walmart Stores, Inc.* is: (a) a current client; and (b) a joint venture participant with former client Bharti Airtel Ltd. (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Warburg Pincus Equity Partners, L.P. | Potential Party in Interest | • Parent company **Warburg Pincus LLC** and affiliate company **Warburg Pincus India Pvt. Ltd.** are current clients; and<br>• Affiliate company Warburg Pincus Asia LLC is a former client (closed 2009).<br>• *See also* entries above for new parties Bausch & Lomb, Inc. and Targa Resources, Inc. regarding related disclosure. |
| **WellPoint, Inc.** | Potential Party in Interest | • **WellPoint, Inc.** is: (a) a current client; and (b) the parent of Anthem Southeast and Blue Cross of California, members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**.<br>• *See also* entry below for Healthcare Services Corporation (d/b/a Blue Cross and Blue Shield of Illinois) regarding related disclosure. |
| Wexford Capital LLC | Member of Ad Hoc or Unofficial Creditors' Committee | • Wexford Capital LLC is a member of current clients **Energy Partners Ad Hoc Committee** and **Energy Partners Ltd. Official Committee of Noteholders**. |
| Whippoorwill Associates, Inc. | Potential Party in Interest | • Affiliated entities Whippoorwill Distressed Opportunity Fund and Whippoorwill Offshore Distressed Opportunity Fund are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Wisconsin Electric Power Company; Wisconsin Energy Corporation; and Wisconsin Gas LLC | Potential Parties in Interest | • Affiliate company Wispark Corporation was a participant in a former joint venture (closed 2008) with Dana Corporation (n/k/a current client **Dana Holding Corporation**). |
| WMG Acquisition Corporation | Potential Party in Interest | • Parent company Warner Music Group corporation is the employer of an individual who is a current Jones Day client (opened 2007). |
| Wolters Kluwer N.V. | Potential Party in Interest | • Affiliate company **Wolters Kluwer North America, Inc.** is a current client. |
| **Wyeth** | Potential Party in Interest | • **Wyeth** is a current client. |
| Yellowstone Club; and Yellowstone Mountain Club LLC | Potential Parties in Interest | • Yellowstone Mountain Club LLC is an affiliated entity of current client **Yellowstone Club Liquidating Trust**. |

- B53 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Xcel Energy, Inc.*; Northern States Power Company; Public Service Company of Colorado; and Southwestern Public Service Company | Potential Parties in Interest | • *Xcel Energy, Inc.* is a current client and the parent company of Northern States Power Company, Public Service Company of Colorado and Southwestern Public Service Company. |
| *Xerox Corporation* | Potential Party in Interest | • *Xerox Corporation* is: (a) a current client; and (b) a joint venture participant with current client *General Electric Co., Inc.* |
| XL Specialty Insurance Company A-17 | Potential Party in Interest | • Affiliate company XL Insurance is a stockholder of current client *International Automotive Components Group LLC*. <br><br> • *See also* entries above for new parties Greenwich Insurance Company, Syncora Holdings Ltd. and Syniverse Technologies regarding related disclosure. |
| **UPDATES TO PRIOR DISCLOSURE** | | |
| Aberdeen Asset Management, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • Affiliate companies *Aberdeen Property Investors UK Limited* and *Goodman UK Limited* are current clients; and <br><br> • Parent company Aberdeen Asset Management Plc is a stockholder of current client *Transrent Trailer Rental Limited*. | Potential Party in Interest | • Affiliate company Aberdeen Asset Managers Limited is a member of new client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications* (opened 2009); and <br><br> • Transrent Trailer Rental Limited, a company of which parent company Aberdeen Asset Management Plc is a stockholder, is now a former client (closed 2009). |
| *ABN Amro Rothschild* <br><br> *PRIOR DISCLOSURE:* <br><br> • *ABN Amro Rothschild* is a current client; <br><br> • In 2007 current clients *The Royal Bank of Scotland Group Plc*, *Banco Santander S.A.* (f/k/a Banco Santander Central Hispano Group) and Fortis S.A. formed a consortium that acquired a majority ownership interest in ABN Amro; <br><br> • Affiliate companies *ABN AMRO Bank N.V. Niederlassung Deutschland*, *Venture Finance Plc*, *Loparex, Inc.*, *ABN AMRO Bank N.V., Sucursal En Espana* and *ABN AMRO Bank NV* are current clients; <br><br> • New affiliated companies *Interbanca S.p.A.*, *Banco Espanol De Credito (BANESTO)* and *Fortis Bank* are current | Underwriting Investment Banker for Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date | • On October 3, 2008, the Dutch state announced that it had bought Fortis Bank Nederland, including its interests in ABN AMRO Bank N.V., and as of December 24, 2008 replaced Fortis Bank as a stakeholder in the consortium which currently holds a majority ownership interest in ABN Amro; <br><br> • Co-parent company and client *Banco Santander S.A.* is the parent of affiliate company Sistema 4B S.A., a participant in a new joint venture (opened 2009) with current client *ACI Worldwide, Inc.*; <br><br> • Affiliate companies ABN AMRO Bank NV, ABN Amro Bank N.V., Sucursal en Espana and Interbanca S.p.A.; and formerly affiliated company Fortis Bank are now former clients (all closed 2009); and |

- B54 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| clients;<br><br>• Former affiliate company ABN AMRO Bouwfonds N.V.(f/k/a Bouwfonds Property Finance B.V.) was acquired by SNS REAAL Groep N.V. and changed its name to SNS Property Finance, a former client (closed 2007);<br><br>• Affiliate company ABN AMRO Incorporated is the employer of an individual who is a current Jones Day client;<br><br>• New affiliated company Banco Santander De Negociones S.A. is: (a) a stockholder of current client *Vista Capital De Expansion, S.A., S.G.E.C.R.*; and (b) the principal shareholder of current client *Vista Compania De Inversion, S.A.*;<br><br>• New affiliated company Vista Desarrollo, S.A. is a stockholder of current client *Adherbal Global, S.L.*;<br><br>• Affiliate companies ABN Amro Bank N.V., Chicago Branch, ABN Amro Participaties BV and its co-client Credit Agricole Private Equity (all closed 2008) are former clients;<br><br>• New affiliated companies Fortis Commercial Finance Ltd., Fortis Bank NV-SA, and Fortis Bank UK Limited, (all closed 2007) are former clients; and<br><br>• New affiliate company Fortis Real Estate is the parent of former client Interparking Group (closed 2007). | | • Vista Compania de Inversion, S.A., a company of which affiliate company Banco Santander de Negocies S.A. is the principal shareholder, is now a former client (closed 2009).<br><br>• *See also* entries above for new parties ABN Amro Holding N.V., *Banco Santander S.A.* and Santander Investment Securities, Inc.; and entries below for affiliated companies Hoare Govett Ltd. and *The Royal Bank of Scotland Plc* regarding related disclosure. |
| Advisory Board – David Rockefeller Center for Latin American Studies at Harvard University; and<br><br>Advisory Board – Harvard Law School<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity *President and Fellows of Harvard University* (d/b/a Harvard University) is a current client; and<br><br>• Related entity *Harvard Property Trust LLC d/b/a Behringer Harvard* is a current client. | Major Business Affiliation of Outside Director | • Related entity President and Fellows of Harvard University (d/b/a Harvard University) is: (a) now a former client (closed 2009); and (b) a member of new client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* (opened 2009). |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| AEW Capital Management, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Natixis***, f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client. | Potential Party in Interest | • Affiliate company Natixis, New York Branch is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Affiliate company ***Caisse Francaise de Developpement Industrial*** is a new client (opened 2009).<br><br>• *See also* entries above for new parties CDC Ixis Financial Guaranty Services, Inc. and Natixis Bleichroeder, Inc.; and entries below for Loomis Sayles & Co., L.P. and Natixis Asset Management Advisors regarding related disclosure. |
| A I M Funds; and<br>***A I M Advisors, Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***A I M Advisors, Inc.*** is a current client. | Potential Parties in Interest | • Affiliated entity A I M Floating Rate Fund is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Jones Day inadvertently omitted from its prior disclosure that affiliate company Invesco Plc is the parent of Powershares Capital Management LLC, the sponsor of current clients ***Bldrs Index Funds Trust*** and ***Powershares QQQ Trust*** (both opened 2008).<br><br>• *See also* entry above for new parties INVESCO CLO and INVESCO Real Estate regarding related disclosure. |
| Alameda County (CA) Employees' Retirement Association<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Alameda County (CA) Employees' Retirement Association*** is a current client. | Potential Party in Interest | • Alameda County (CA) Employees' Retirement Association is now a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Allianz Life Insurance Company of North America<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Dresdner Bank AG*** is a current client; and<br><br>• Affiliate company Allianz Capital Partners is a former client (closed 2008). | Bondholder | • Related entities PIMCO Corporate Income Fund and PIMCO High Yield Fund are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009);<br><br>• Affiliate company AGF Private Equity is a stockholder of new client ***Integragen*** (opened 2009); and<br><br>• Affiliate company Dresdner Bank AG is now a former client (closed 2009).<br><br>• *See also* entry above for new party Pacific Investment Management LLC; and entry below for Dresdner Bank AG; Dresdner Kleinwort Group Holdings LLC regarding additional related disclosure. |
| Allstate Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Allstate Insurance Company is a former client (closed 2007). | Member of Ad Hoc or Unofficial Creditors' Committee | • Affiliate company Kennett Capital is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009). |
| American Family Life Assurance Company (AFLAC)<br><br>*PRIOR DISCLOSURE:*<br><br>• An individual affiliated with affiliate companies AFLAC Japan and AFLAC International Incorporated is a current Jones Day client (opened 2007). | Bondholder | • The individual affiliated with affiliate companies AFLAC Japan and AFLAC International Incorporated is now a former Jones Day client (closed 2009). |

- B57 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| American Life Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company American International Group, Inc. (AIG) is the parent of Sun America, the employer of an individual who is a current Jones Day client;<br><br>• Affiliate company AIG Life Insurance Company is a participant in a joint venture with current client **Carter & Associates LLC**;<br><br>• Affiliate companies **AIG Consumer Finance Group** and **A. I. Credit Consumer Discount Company** are current clients;<br><br>• Affiliate company AIG Annuity Insurance Company is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**;<br><br>• Affiliate companies AIG Global Real Estate Investment Corporation and AIG European Real Estate Partners are affiliated with current client **Agimarques Troyes SARL**; and<br><br>• Affiliate companies AIG Global Investment Group and AIG Private Bank, Ltd. are former clients (both closed 2007). | Bondholder<br><br>Significant Landlord | • This updated disclosure, as well as the prior disclosure relating to American Life Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, is also offered with respect to potential parties in interest, AIG Global Investment Corporation, and Bondholder, AIG Annuity Insurance Company, who were inadvertently omitted from this entry in Jones Day's prior disclosure;<br><br>• Affiliate companies AIG Retirement Services and SunAmerica Life are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• National Union Fire Insurance Company of Pittsburgh, PA is a stockholder of new client **International Automotive Components Group LLC** (opened 2008);<br><br>• Affiliate company AIG Consumer Finance Group is now a former client (closed 2008);<br><br>• Carter & Associates LLC, a joint venture participant with affiliate company AIG Life Insurance Company, is now a former client (closed 2008); and<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, of which affiliate company AIG Annuity Insurance Company is a member, is now a former client (closed 2009).<br><br>• *See also* entry above for new parties AIG CDS, Inc., AIG Financial Products Corporation, American International Group, Inc. (AIG), IGI Resources, Illinois National Insurance and International Lease Finance Corporation regarding related disclosure. |
| American National Insurance Company, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• To the extent it is the named party in interest, a company named American National Insurance Corporation was a named Debtor and/or Nondebtor Affiliate in the chapter 11 cases for former client Laidlaw International, Inc. (closed 2007), in which Jones Day was Debtors' Counsel. | Potential Party in Interest | • Affiliate company **American National Life Insurance Company** is a new client (opened 2009). |

- B58 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ANZ Banking Group Limited, a/k/a *Australia and New Zealand Banking Group Limited*<br><br>*PRIOR DISCLOSURE:*<br><br>• ANZ Banking Group Limited is also known as current client *Australia and New Zealand Banking Group Limited*. | Largest Unsecured Creditors Other Than Bondholders | • Australia and New Zealand Banking Group Limited is now a former client (closed 2009). |
| Aperture Technologies<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company *Emerson Process Management Power and Water Solutions, Inc.* is a current client; and<br><br>• Parent company Emerson Electric Company is: (a) a former client (closed 2007); and (b) a participant in a joint venture with Dana Corporation (n/k/a current client *Dana Holding Corporation*). | Trade Debt Holder | • Parent company Emerson Electric Company is the ultimate parent of new client *Solus Industrial Innovations LLC* (opened 2009). |
| *AT&T, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *AT&T, Inc.* is: (a) a current client; (b) affiliated with an individual who is a former Jones Day client (closed 2008); and (c) the employer of an individual who is a current Jones Day client (opened 2008);<br><br>• Affiliate companies *AT&T California*, *AT&T Mobility LLC* (f/k/a Cingular Wireless LLC), *Ameritech Publishing, Inc.* and *Sterling Commerce, Inc.* are current clients;<br><br>• Affiliated entity AT&T Pension Trust is a partner in current client *Morgan Stanley RE Fund II*; and<br><br>• Affiliated entity AT&T Master Pension Trust is a limited partner in current client *MS Real Estate Fund, Inc.* | Utility Provider | • The individual described in Jones Day's prior disclosure as a current client (opened 2008) and employee of current client *AT&T, Inc.*, is now a former Jones Day client (closed 2009);<br><br>• Affiliate company Ameritech Publishing, Inc. is now a former client (closed 2009); and<br><br>• MS Real Estate Fund, Inc., a company in which affiliated entity AT&T Master Pension Trust is a limited partner, is now a former client (closed 2009).<br><br>• *See also* entry above for new party AT&T Services, Inc. regarding related disclosure. |

- B59 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| AXA and related parties (name given)<br><br>AXA Equitable Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies AXA Service AG and AXA Colonia Lebensverisicherung AG (both closed 2007) are former clients; and<br><br>• Affiliate company Alliance Capital Management, L.P. is a stockholder of current client ***WHX Corporation***. | Significant Shareholder<br><br>Bondholder | • AXA is a stockholder of new client ***Borders Group, Inc.*** (opened 2009); and<br><br>• WHX Corporation, a company of which affiliate company Alliance Capital Management, L.P. is a stockholder, is now a former client (closed 2009). |
| Bank of America, N.A.<br><br>Bank of America Plaza Ste. 3500<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company and current client ***Bank of America Corporation*** is: (a) the pending acquirer of parent company and current client ***Merrill Lynch & Co.*** and its affiliate companies and current clients ***DSP Merrill Lynch Limited***, ***Merrill Lynch Asia Pacific Ltd.*** and ***Merrill Lynch Europe Plc***; (b) a stockholder of current client ***Giant Industries, Inc.***; and (c) a current and/or former member of current client ***Murray Energy Ad Hoc Committee***. | Potential Party in Interest<br><br>Largest Unsecured Creditors Other Than Bondholders | • Parent company and current client ***Bank of America Corporation*** is: (a) now the parent of current client ***Merrill Lynch & Co.*** and its affiliate companies; and (b) the employer of an individual who is a new Jones Day client (opened 2009);<br><br>• Affiliate companies Merrill Lynch Debt Strategies Fund II, Inc., Merrill Lynch Global Investment Series and Merrill Lynch Senior Floating Rate Portfolio are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009);<br><br>• Affiliate companies Bank of America Securities LLC and current client ***Merrill Lynch International*** are members of new client ***Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*** (opened 2009);<br><br>• Affiliate company Bank of America Securities LLC is a stockholder of new client ***International Automotive Components Group LLC*** (opened 2008);<br><br>• Giant Industries, Inc., a company of which parent company and current client ***Bank of America*** Corporation is a stockholder, is now a former client (closed 2009); and<br><br>• Murray Energy Ad Hoc Committee, an entity of which parent company and current client ***Bank of America Corporation*** is a current and/or former member, is now a former client (closed 2009).<br><br>• *See also* entry above for new party LaSalle Bank, National Association; and entry below for Merrill Lynch regarding related disclosure. |

- B60 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bank of China<br><br>Bank of China, New York Branch<br><br>*PRIOR DISCLOSURE:*<br><br>• Jones Day represents the **People's Republic of China** (the shareholder of Bank of China) and other entities governed or owned by the Government of China;<br><br>• The Bank of China is a stockholder of current client **Phoenix Satellite Television Holdings Ltd.**; and<br><br>• Affiliated branch Bank of China, Sydney Branch is a former client (closed 2008). | Potential Party in Interest<br><br>Largest Unsecured Creditors Other Than Bondholders | • Affiliate company **Bank of China Limited, Guangdong Branch** is a new client (opened 2009). |
| Bank of Montreal<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Harris N.A.** (d/b/a BMO Financial Group) is a current client. | Potential Party in Interest | • Affiliate companies **BMO Nesbitt Burns, Inc.** and **BMO Capital Markets** are new clients (both opened 2009); and<br><br>• Affiliate company Harris N.A. (d/b/a BMO Financial Group) is now a former client (closed 2009). |
| The Bank of New York (n/k/a **The Bank of New York Mellon**)<br><br>BNY Corporate Trustee Services, Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• **The Bank of New York** is a current client;<br><br>• Parent company The Bank of New York Mellon Corporation, the successor in interest following the merger of former parent company The Bank of New York, Co. Inc. and current client **Mellon Financial Corporation**, is: (a) a member of current client **Allegheny Health Education Research Foundation (AHERF) Creditors' Committee**; and (b) a stockholder of current client **FLYi, Inc.**;<br><br>• Affiliate company Alcentra is affiliated with current client **Ad Hoc Committee of Autodis Mezzanine** Bondholders; and<br><br>• Affiliate company **Fursa Alternative Strategies LLC** (f/k/a Mellon HBV Alternative Strategies LLC) is a current client. | Largest Unsecured Creditors Other Than Bondholders<br><br>Potential Party in Interest | • The Bank of New York is now known as current client **The Bank of New York Mellon**;<br><br>• Current client **Mellon Financial Corporation** is now the parent company of both The Bank of New York (n/k/a **The Bank of New York Mellon** and BNY Corporate Trustee Services, Ltd.; and<br><br>• Affiliate companies Mellon Capital Management Corporation and BNY Mellon Wealth Management were among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and interested parties in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |

- B61 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **The Bank of Tokyo Mitsubishi UFJ, Ltd.**; and Mitsubishi UFJ SEC Company<br><br>*PRIOR DISCLOSURE:*<br><br>• **The Bank of Tokyo Mitsubishi UFJ, Ltd**, is: (a) a current client; and (b) a majority stockholder of current client **Union Bank of California**;<br><br>• Affiliate companies **Mitsubishi UFJ Lease & Finance Company Limited** and **Bank of Tokyo Mitsubishi Trust Company** are current clients;<br><br>• Affiliate company Mitsubishi UFJ Securities is a stockholder of current client **Pled Technology Group (Hong Kong) Ltd.**;<br><br>• Affiliate company BTM Capital Corporation is a former limited partner in former client Volvo Aero Services, L.P. (closed 2008); and<br><br>• Affiliate company Bank of Tokyo-Mitsubishi Limited, Sucursal En Espana is a former client (closed 2007). | Potential Parties in Interest | • Affiliate company Bank of Tokyo Mitsubishi Trust Company is now a former client (closed 2009).<br><br>• *See also* entry above for new party Mitsubishi UFJ, Ltd.; and entries below for **Morgan Stanley & Co., Inc** and Van Kampen Asset Management, Inc. regarding related disclosure. |
| Bank Pekao, S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity Unicredit Markets & Investment Banking is a trade style of current client **Bayerische Hypo-Und Vereinsbank AG**. | Potential Party in Interest | • Affiliate company **Unicredit Banca S.p.A.** is a new client (opened 2009). |

- B62 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Barclays Capital, Inc.<br><br>Barclays Global Fund Advisors<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Barclays Bank Plc is a former client;<br><br>• Affiliate compay **Barclays Bank S.A.E.** has been represented in two matters, one of which has closed and one of which has not proceeded since July 2008;<br><br>• Affiliate company Barclays Private Equity France SA is the parent of current client **Compagnie de Fives-Lille**;<br><br>• Affiliate company Barclays Unquoted Investments is a stockholder of current client **Enigma Holidays Limited**;<br><br>• Affiliate company Barclays Capital Real Estate is a joint venture participant with current client **Westbrook Real Estate Fund VI**;<br><br>• Affiliate company Barclays Global Investors UK Holdings Limited is a major equity stockholder of current client **Borders Group, Inc.**;<br><br>• Affiliate company Barclays Global Investors, N.A. (California) has a major equity interest in current client **Georgia Gulf Corporation**; and<br><br>• Affiliate company Barclays Global Investors, N.A. is a stockholder of current client **FLYi, Inc.** | Potential Party in Interest<br><br>Bondholder | • Affiliate companies Barclays Global Investors, N.A. and Barclays Global Fund Advisors are joint venture participants with new client **Axcelis Technologies, Inc.** (opened 2009); and<br><br>• Affiliate companies Barclays Global Investors Limited and Barclays Global Investors, N.A. were among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and interested parties in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |
| BBVA Gestion S.A. SGIIC (Spain)<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Banco Bilbao Vizcaya Argentaria** is: (a) a current client; and (b) a stockholder of current client **Citic International Financial Holdings Limited**. | Bondholder | • Affiliate company **Compass Bank** is a new client (opened 2009). |

- B63 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Blackrock Financial Management, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Blackrock Alternative Advisors*** and ***Blackrock Realty Advisors, Inc.*** are current clients; and<br><br>• Parent company Blackrock, Inc. is a member of current client ***Ad Hoc Committee of Lenders to Euramax*** and former client Ad Hoc Committee of Geo Specialty Chemicals, Inc. (closed 2008). | Potential Party in Interest | • Parent company Blackrock, Inc. is a member of new clients ***Ad Hoc Committee of Geo Specialty Chemicals, Inc.*** (re-opened 2009) and ***Bondholders Committee of Mandra Forestry Finance Limited*** (opened 2009);<br><br>• Affiliate company ***Blackrock Investment Management LLC*** is a new client (opened 2009);<br><br>• Several Blackrock income trusts and funds are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009);<br><br>• Affiliate company R3/Blackrock, Inc. is a member of new client ***Ad Hoc Committee of Noteholders of Chemtura Corporation*** (opened 2009);<br><br>• Affiliated entity Blackrock Fund is a participant in a new joint venture (2009) with current client ***Westbrook Real Estate Fund VIII, L.P.***; and<br><br>• Affiliate company Blackrock Alternative Advisors is now a former client (closed 2009). |
| ***BNP Paribas***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***BNP Paribas*** is: (a) a current client; and (b) a stockholder of former client HQ Global Holdings, Inc. (closed 2007);<br><br>• Affiliate company ***Cetelem Belgium S.A.*** is a current client;<br><br>• Affiliate company BNP Paribas Securities Corporation is the employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively); and<br><br>• Affiliate company BNP Paribas Assurance (d/b/a Cardif S.A.) is a participant in a joint venture with current client ***General Electric Co., Inc.*** | Largest Unsecured Creditors Other Than Bondholders | • Affiliate company formerly known as Cetelem Belgium S.A. is now known as current client ***BNP Paribas Personal Finance Belgium S.A.*** |
| BRE Bank S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Eurohypo AG*** is a current client; and<br><br>• Parent company CommerzBank AG is a former client (closed 2007). | Potential Party in Interest | • Parent company CommerzBank AG is a member of new client ***Ad Hoc Committee of Alcontrol PIK Lenders*** (opened 2009).<br><br>• *See also* entry below for CommerzBank AG and CommerzBank AG (New York and Grand Cayman Branches) regarding related disclosure. |

- B64 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Calyon; and Calyon Securities<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Calyon S.A. Sucursal En Espana*** and ***CNCA*** are current clients;<br><br>• Affiliate company Credit Agricole is: (a) a member of current client ***Forbion Capital Partners***; and (b) a limited partner of current client ***Limited Partner Group of New City Asia Partners***;<br><br>• Affiliate company Credit Lyonnais Private Equity is a member of current client ***Former Shareholders of Soamai***; and<br><br>• Affiliate company Calyon Corporate and Investment Bank is a former client (closed 2008). | Potential Parties in Interest | • Jones Day inadvertently omitted from its prior disclosure that affiliate companies ***Credit Agricole Private Equity (CAPE)*** and ***CLSA Limited*** are current clients; and Banco Bisel S.A. was a current and is now a former client (closed 2009);<br><br>• Affiliate company ***LCL – Le Credit Lyonnais*** is a new client (opened 2008);<br><br>• Affiliate company CNCA is now a former client (closed 2009);<br><br>• Forbion Capital Partners, a company of which affiliate company Credit Agricole is a member, is now a former client (closed 2009); and<br><br>• Former Shareholders of Soamai, an entity of which affiliate company Credit Lyonnais Private Equity is a member, is now a former client (closed 2009).<br><br>• *See also* entry above for new party Credit Agricole; and entry below for Newedge USA LLC regarding related disclosure. |
| Capital Research and Management Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Capital Research and Management Company is: (a) a stockholder of Dana Corporation (n/k/a current client ***Dana Holding Corporation***); and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); and<br><br>• Affiliate company Capital Group International S.A. is a stockholder of current client ***Kaiser Aluminum Corporation & Kaiser Aluminum and Chemical Corporation***. | Bondholder | • Capital Research and Management Company was among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the Debtors.<br><br>• *See also* entry above for new party Capital Guardian Trust Company regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Chevron Natural Gas<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Chevron Corporation*** is: (a) a current client; and (b) a stockholder of current client ***Star Petroleum Refining Company***;<br><br>• Affiliate companies ***Chevron Lubricants India Pte. Ltd.***, ***Chevron Phillips Chemical Company L.P.*** and ***Chevron Global Energy, Inc.*** are current clients;<br><br>• Affiliate company ChevronTexaco Global Power Generation is affiliated with current client ***Tri Energy Company Limited***;<br><br>• Affiliate company Chevron Singapore Pte Ltd. is a stockholder of current client ***Singapore Refining Company Private Limited***;<br><br>• Affiliate company Chevron Texaco is a participant in a joint venture with current client ***Energy Conversion Devices, Inc.***; and<br><br>• Affiliate company Chevron USA is affiliated with current client ***Cabinda Gulf Oil Company, Ltd.*** | Potential Party in Interest | • Affiliate company and current client ***Chevron Phillips Chemical Company L.P.*** is a participant in a new joint venture (opened 2008) with current client ***The Dow Chemical Company***;<br><br>• Star Petroleum Refining Company, a company of which parent company and current client ***Chevron Corporation*** is a stockholder, is now a former client (closed 2009);<br><br>• Affiliate company Chevron Lubricants India Pte. Ltd. is now a former client (closed 2009);<br><br>• Tri Energy Company Limited, a company that is affiliated with affiliate company Chevron Texaco Global Power Generation, is now a former client (closed 2009);<br><br>• Singapore Refining Company Private Limited, a company of which affiliate company Chevron Singapore Pte Ltd. is a stockholder, is now a former client (closed 2009); and<br><br>• Cabinda Gulf Oil Company, Ltd., a company that is affiliated with affiliate company Chevron USA, is now a former client (closed 2009).<br><br>• *See also* entry above for new party Delek Luxembourg S.A.R.L. regarding related disclosure. |
| Chuo Mitsui Trust and Banking Co., Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Chuo Mitsui Trust and Banking Co., Ltd. is a former client (closed 2007). | Potential Party in Interest | • Chuo Mitsui Trust and Banking Co., Ltd. is a majority stockholder of new client ***Mitsui Life Insurance Company Limited*** (opened 2009). |

- B66 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citibank, N.A.; and<br><br>Citibank, N.A., Hong Kong Branch<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Citigroup, Inc.** is a current client;<br><br>• Affiliate companies **Citigroup Global Markets Asia Limited**, **Citigroup Global Markets Limited**, **Honma Golf Co., Ltd.**, **Nikko Cordial Corporation** and **TST George V SARL** are current clients;<br><br>• Affiliate company National Benefit Life Insurance is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**;<br><br>• Affiliate company Citigroup Financial Products, Inc. is a former affiliated entity of former client First United Asset Management Co., Ltd. (closed 2007); and<br><br>• Affiliate company Citicorp Venture Capital is a former stockholder of former client Hancor Holding Corporation (closed 2008). | Largest Unsecured Creditors Other Than Bondholders | • Citibank, N.A. is a participant in a new matter and joint venture (opened 2009) with current client **Astro Studios**;<br><br>• Affiliate company Citicorp Venture Capital is a shareholder of new client **Hilite International, Inc.** (opened 2009);<br><br>• Affiliate company Citigroup Global Markets, Inc. is a member of new client **Ad Hoc Committee of Noteholders of Chemtura Corporation** (opened 2009);<br><br>• Affiliate company Citigroup Financial Products, Inc. is a stockholder of new client **International Automotive Components Group** LLC (opened 2008);<br><br>• Affiliate company Honma Golf Co., Ltd. is now a former client (closed 2009); and<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, of which affiliate company National Benefit Life Insurance is a member, is now a former client (closed 2009).<br><br>• *See also* entry above for new party CROSSMAR, Inc.; and entry below for GMAC LLC; GMAC Residential Capital; GMAC IM regarding related disclosure. |
| CommerzBank AG; and<br>CommerzBank AG (New York and Grand Cayman Branches)<br><br>*PRIOR DISCLOSURE:*<br><br>• CommerzBank AG is a former client (closed 2007); and<br><br>• Affiliate company **Eurohypo AG** is a current client. | Potential Parties in Interest | • CommerzBank AG is a member of new client **Ad Hoc Committee of Alcontrol PIK Lenders** (opened 2009).<br><br>• *See also* entries above for new party Commerzbank Capital Markets Corporation and BRE Bank S.A. regarding related disclosure. |
| Continental Casualty Co., Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Loews Corporation is the ultimate parent of current client **Texas Gas Transmission LLC**. | Bondholder | • Continental Casualty Co., Inc. is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009); and<br><br>• Parent company Loews Corporation is the ultimate parent of new client **Gulf South Pipeline Company, L.P.** (opened 2009).<br><br>• *See also* entries above for new parties Boardwalk Pipeline Partners, L.P., Highmount Exploration & Production LLC and Lake Las Vegas Resort (LasLas) regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Contrarian Capital Management LLC*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Contrarian Capital Management* is: (a) a current client; and (b) an investor in current client *International Coal Group, Inc.* | Potential Party in Interest | • Affiliate company Contrarian Funds LLC is a member of new client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* (opened 2009). |
| *Credit Suisse*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Credit Suisse* and affiliate companies *CS First Boston* (a/k/a *Credit Suisse First* Boston), *Credit Suisse Securities (Europe) Limited*, *Credit Suisse (Hong Kong) Limited* and *Select Portfolio Servicing, Inc.* are current clients; and<br><br>• Parent company Credit Suisse Group AG is: (a) a partner of current client *Meadowlands Xanadu*; and (b) a stockholder of current client *Performance Transportation Services, Inc.* | Potential Party in Interest | • Affiliate companies Credit Suisse Securities (Europe) Limited and Select Portfolio Servicing, Inc. are now former clients (both closed 2009);<br><br>• Affiliate company *Credit Suisse Asset Management Funds AG* is a new client (opened 2009);<br><br>• Affiliate company Credit Suisse Global Private Real Estate is a limited partner in new client *Limited Partner Group of New City Asia Partners* (opened 2008);<br><br>• Affiliate company Credit Suisse International is a member of new client *Ad Hoc Committee of Alcontrol PIK Lenders* (opened 2009);<br><br>• Affiliate company Credit Suisse Group AG (Singapore Branch) is a member of new client *Bondholders Committee of Mandra Forestry Finance Limited* (opened 2009);<br><br>• Affiliate company Credit Suisse Securities is a stockholder of new client *International Automotive Components Group LLC* (opened 2008); and<br><br>• Affiliate company Credit Suisse Securities (USA) LLC was among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel for the Debtors. |

- B68 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| D. E. Shaw Composite Portfolios LLC; and D. E. Shaw Oculus Portfolios LLC<br><br>***D.E. Shaw & Co., L.P.***;<br>D.E. Shaw Composite Portfolios LLC;<br>D.E. Shaw Dihedral Portfolios LLC;<br>D.E. Shaw Laminar Portfolios LLC;<br>D.E. Shaw Oculus Fund LLC;<br>D.E. Shaw Oculus Portfolios LLC; and<br>D.E. Shaw Valence Portfolios LLC<br><br>*PRIOR DISCLOSURE:*<br>• Parent company ***D. E. Shaw & Co., L.P.*** is: (a) a current client; and (b) a member of current client ***Ad Hoc Committee of Lenders to Building Material Corporation***; and<br>• Affiliate company D. E. Shaw Real Estate Portfolios 1, LLC has an ownership interest in current client ***SCD Holdings Corporation***. | Potential Parties in Interest<br><br>Additional Matters Parties | • Affiliate company D.E. Shaw Laminar Portfolios LLC is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009). |
| ***Danske Bank A/S***<br>*PRIOR DISCLOSURE:*<br>• ***Danske Bank A/S*** and affiliate company ***Sampo Bank Plc*** are current clients; and<br>• Affiliate company Ostgota Enskilda Bank is a former client (closed 2007). | Secured Creditor | • Affiliate company Sampo Bank Plc is now a former client (closed 2009).<br>• *See also* entry above for new party Sampo Bank Plc regarding related disclosure. |
| Davis, Polk, & Wardwell<br>*PRIOR DISCLOSURE:*<br>• ***Davis, Polk & Wardwell*** is a current client. | Largest Unsecured Creditors Other Than Bondholders | • Davis, Polk & Wardwell is now a former client (closed 2009). |

- B69 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Deutsche Bank AG, New York Branch***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Deutsche Bank, New York Branch*** is a current client;<br><br>• Parent company ***Deutsche Bank AG*** is: (a) a current client; (b) the parent of Pyramid Ventures, a minority interest owner of current client ***Geobiotics LLC***; (c) a member of former client Ad Hoc Committee of Geo Specialty Chemicals, Inc. (closed 2008); (d) a participant in a joint venture with current client ***Orix Corporation***; (e) a stockholder of current client ***WHX Corporation***; (f) the former parent of Deutsche Bank Venture Capital, a major stockholder of current client ***Timebase Pty Limited***; (g) the ultimate parent of former client DB Trust Company Limited Japan (closed 2007); and (h) the employer of an individual who is a former Jones Day client (closed 2008);<br><br>• Affiliate companies ***Deutsche Bank Trust Company Americas***, ***Deutsche Bank International (Asia) Limited***, ***Deutsche Bank AG, Taipei Branch*** and ***Ald Autoleasing D GmbH*** are current clients;<br><br>• Affiliate company ***Deutsche Bank AG, Hong Kong Branch*** is a current client and a co-client with current client ***DB Trustees (Hong Kong) Limited***;<br><br>• Affiliate company ***Deutsche Bank AG, London Branch*** is: (a) a current client; and (b) a minority interest owner of current client ***Deutsche Software Limited***;<br><br>• Affiliate company DB Capital Partners is a former stockholder of former client Redfern Photonics Pty Ltd. (closed 2007); and<br><br>• Affiliate companies Deutsche Bank Capital Markets (closed 2007) and Deutsche Equities India Pvt. Ltd. (closed 2008) are former clients. | Significant Landlord | • Affiliate company Deutsche Bank Securities is a member of new client ***Ad Hoc Committee of Noteholders of Chemtura Corporation*** (opened 2009);<br><br>• Parent company Deutsche Bank AG is: (a) now a former client (closed 2009); (b) a member of new client ***Ad Hoc Committee of Geo Specialty Chemicals, Inc.*** (re-opened 2009); and (c) a stockholder of new clients ***Borders Group, Inc.*** (opened 2009) and ***Mesa Air Group, Inc.*** (opened 2010);<br><br>• Geobiotics LLC, a company in which affiliate company Pyramid Ventures has an ownership interest, is now a former client (closed 2009);<br><br>• Orix Corporation, a joint venture participant with parent company Deutsche Bank AG, is now a former client (closed 2009);<br><br>• WHX Corporation, a company of which parent company Deutsche Bank AG is a stockholder, is now a former client (closed 2009);<br><br>• The individual formerly disclosed as an employee of parent company Deutsche Bank AG and a former Jones Day client (closed 2008) is a new Jones Day client (re-opened 2009);<br><br>• Affiliate company Deutsche Bank Trust Company Americas is: (a) now a former client (closed 2009); and (b) a stockholder of new client ***International Automotive Components Group LLC*** (opened 2008);<br><br>• Affiliate company Deutsche Bank AG, London Branch is: (a) a former client (closed 2009); and (b) along with affiliate companies DB Structured Products, Inc. and Deutsche Bank AG, Cayman Islands, a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Affiliate companies Deutsche Bank International (Asia) Limited, Deutsche Bank AG, Taipei Branch, Deutsche Bank AG, Hong Kong Branch and DB Trustees (Hong Kong) Limited are now former clients (all closed 2009).<br><br>• *See also* entry above for new party Deutsche Bank Trust Company regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Dresdner Bank AG; and Dresdner Kleinwort Group Holdings LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• **Dresdner Bank AG** and affiliate company **Dresdner Kleinwort Limited** are current clients;<br><br>• Affiliate company Fireman's Fund Insurance Company is a shareholder of current client **Magnequench International, Inc.**;<br><br>• Affiliate company AGF Private Equity is: (a) a former client (closed 2007); and (b) a member of current client **Former Shareholders of Soamai**; and<br><br>• Affiliate company Allianz Capital Partners is a former client (closed 2008). | Potential Parties in Interest | • Dresdner Bank AG is now a former client (closed 2009); and<br><br>• Affiliate company and former client AGF Private Equity is: (a) a stockholder of new client **Integragen** (opened 2009); and (b) a member of now former client Former Shareholders of Soamai (closed 2009).<br><br>• *See also* entries above for Allianz Life Insurance Company of North America and new party Pacific Investment Management LLC, regarding additional related disclosure. |
| European Bank for Reconstruction & Development<br><br>*PRIOR DISCLOSURE:*<br><br>• European Bank for Reconstruction and Development is a former client (closed 2008). | Potential Party in Interest | • European Bank for Reconstruction & Development is a joint venture participant with General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |
| Factiva, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **News Corporation** is: (a) a current client; (b) the ultimate parent of current client **NYP Holdings, Inc., d/b/a The New York Post**; and (c) a stockholder of current client **Phoenix Satellite Television Holdings Ltd.** | Potential Party in Interest | • Affiliate companies **Satellite Television Asian Region Limited**, **Star Group Limited** and **Twentieth Century Fox Home Entertainment LLC** are new clients (all opened 2009). |
| *Federal Express Corporation*<br><br>*PRIOR DISCLOSURE:*<br><br>• **Federal Express Corporation** is: (a) a current client; and (b) a member of current client **UFEX**;<br><br>• Affiliate company **Fedex Ground Package System, Inc.** is a current client; and<br><br>• Affiliate company FedEx Express is a former client (closed 2008). | Potential Party in Interest | • Affiliate company Fedex Ground Package System, Inc. is now a former client (closed 2009). |

- B71 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ferrari S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Ferrari & Maserati of Orange County LLC** is a current client. | Major Business Affiliation of Outside Director | • Affiliate company Ferrari & Maserati of Orange County LLC is now a former client (closed 2009). |
| Fidelity Management & Research<br><br>*PRIOR DISCLOSURE:*<br><br>• Fidelity Management & Research Company and affiliate company Fidelity Management & Research Trust are stockholders of current client **Harman International Industries, Incorporated**;<br><br>• Parent company FMR Corporation is a stockholder of current client **BJ Services Company USA**;<br><br>• Affiliate companies **Fidelity Investments Money Management, Inc.** and **Fidelity Equity Partners** are current clients; and<br><br>• Affiliate company Fidelity Investments is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008). | Secured Lender | • Fidelity Management & Research Company is: (a) a member of new client **Ad Hoc Committee of Noteholders of Station Casinos** (opened 2009); and (b) among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Several Fidelity high yield, advisor series, investment portfolio and trust funds are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• Affiliate company Fidelity Investments is a member of new client **Ad HocCommittee of Noteholders of Chemtura Corporation** (opened 2009);<br><br>• Affiliate company Fidelity Asia Principals Fund, L.P. is a stockholder of new client **Isoftstone Holdings Limited**; and<br><br>• Affiliated company First Fidelity Assets LLC is also known as new client **Merchengines** (opened 2009).<br><br>• *See also* entry above for new party Fidelity Investments; and entry below for **T. Rowe Price Associates** regarding related disclosure. |
| Financial Security Assurance, Inc.; and FSA Global Funding Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Assured Guaranty Ltd. is the holding company for current client **Assured Guaranty Corporation**. | Additional Matters Parties | • Parent company Assured Guaranty Corporation is now a former client (closed 2009). |
| Folger Library Trustee<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity **The Folger Shakespeare Library** is a current client. | Affiliation of Outside Director | • The Folger Shakespeare Library is now a former client (closed 2009). |

- B72 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Franklin Advisers, Inc.*; and<br><br>Franklin Templeton Investments<br><br>*PRIOR DISCLOSURE:*<br><br>• Franklin Advisers, Inc. is a former client (closed 2008);<br><br>• *Franklin Templeton Investments* and affiliate company *Franklin Templeton* are current clients;<br><br>• Affiliate company Franklin Mutual Advisers LLC is: (a) a participant in a joint venture with current client *International Automotive Components Group North America*; and (b) has an ownership in former client International Automotive Components Group Brazil (closed 2008); and<br><br>• Affiliate company Franklin Resources/Templeton is a stockholder of current client *Proliance International, Inc.* | Bondholders | • *Franklin Advisers, Inc.* is: (a) a new client (re-opened 2009); and (b) along with several other Franklin Templeton mutual funds, a stockholder of new client *International Automotive Components Group LLC* (opened 2008);<br><br>• Affiliate company *Franklin Templeton Investment Services Mexico S.A. de C.V.* is a new client (opened 2009);<br><br>• Affiliate company Franklin Mutual Advisers LLC is a joint venture participant with new clients *International Automotive Components Group Brazil* (opened 2009) and *International Automotive Components Group North America* (re-opened 2009);<br><br>• Affiliate company and current client *Franklin Templeton Investments* is a member of new client *Ad Hoc Committee of Noteholders of Station Casinos* (opened 2009);<br><br>• Affiliate company Franklin Templeton Real Estate Advisors is a limited partner in new client *Limited Partner Group of New City Asia Partners* (opened 2009); and<br><br>• Affiliate company Franklin Templeton is now a former client (closed 2008).<br><br>• *See also* entry above for new party Templeton Global regarding related disclosure. |
| GE Capital Corporation<br><br>*General Electric Co., Inc.*; and<br><br>G.E. Fleet Council<br><br>*PRIOR DISCLOSURE:*<br>• *General Electric Co., Inc.* is: (a) a current client; (b) the parent of GE Capital Corporation and G.E. Fleet Council; (c) the employer of an individual who is a current Jones Day client (opened 2008); and (d) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*; and | Major Lessor<br><br>Major Fleet Customers | • Affiliate company Genworth Mortgage Insurance Corporation is now a former client (closed 2009);<br><br>• Affiliate company *GE Capital Corporation Prop Ltd.* is a co-client with new client *Allied Irish Banks Plc* (opened 2008).<br><br>• *See also* entry above for new parties GE Corporate Financial Services, Inc.; Genworth Financial, Inc. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Genworth Mortgage Insurance Corporation** is a current client. | | |
| The Georgetown University<br><br>*PRIOR DISCLOSURE:*<br><br>• The Georgetown University is a participant in a joint venture with current client **Medstar Health, Inc.**; and<br><br>• Affiliated entity **Georgetown University Law Center** is a current client. | Potential Party in Interest | • Affiliated entity Georgetown University Law Center is now a former client (closed 2009). |
| ***Gibson Dunn & Crutcher LLP***<br><br>*PRIOR DISCLOSURE:*<br><br>• **Gibson Dunn & Crutcher LLP** is a current client. | Debtors' Professional | • Gibson Dunn & Crutcher LLP is now a former client (closed 2009). |
| ***Glg Partners, L.P.***<br><br>*PRIOR DISCLOSURE:*<br><br>• **Glg Partners, L.P.** is a current client. | Potential Party in Interest | • **Glg Partners, L.P.** is a member of new client **Bondholders Committee of Mandra Forestry Finance Limited** (opened 2009).<br><br>• *See also* entry above for new party Glg Euro Long Short Fund regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GMAC LLC; GMAC Residential Capital; and GMAC IM<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **General Motors Corporation** is: (a) a current client; (b) a participant in a joint venture with current client **Toyota Motor Corporation** known as former client New United Motor Manufacturing, Inc. (NUMMI) (closed 2008); (c) the employer of an individual who is a current Jones Day client (opened 2006); (d) affiliated entity of former client Deskom (closed 2008); and (e) a majority owner of former client Dmax, Ltd. (closed 2007);<br><br>• In 2006 **General Motors Corporation** sold a 51% interest in GMAC as a whole to a consortium led by Cerberus FIM Investors LLC and other investors, including a private equity arm of current client **Citigroup, Inc**, current client **Aozora Bank of Japan**; and a subsidiary of current client **The PNC Financial Services Group, Inc.**; and also completed the sale of a 78% ownership interest in its subsidiary, GMAC Commercial Mortgage Corporation (n/k/a affiliate company and client **Capmark Financial Group, Inc.**) to a private investment group that included Kohlberg, Kravis, Roberts & Co., Five Mile Capital Partners and Goldman Sachs Capital Partners L.P.;<br><br>• Affiliate company General Motors Pension Trust is a partner in current client **Morgan Stanley RE Fund II** and a limited partner in current client **MS Real Estate Fund, Inc.**;<br><br>• Affiliate company **GMAC Financial Services** is a current client;<br><br>• New affiliated company Cerberus Capital Management, Inc. is: (a) the parent of current client **Chrysler LLC**; (b) the ultimate parent of current client **Albertson's LLC**; and (c) a stockholder of current client **Bluelinx Holdings, Inc.** and former client Propertyone GmbH (closed 2008); | Potential Parties in Interest | • General Motors Corporation is: (a) the predecessor in interest to current client **General Motors LLC**; and (b) the former parent company of current client **Capmark Financial Group**; and<br><br>• On December 24, 2008 affiliate company GMAC Bank became a bank holding company, and in May 2009 GMAC's ownership was restructured whereby new parent company **General Motors LLC's** and Cerberus' holdings were significantly reduced and the United States Government now has a significant ownership interest in GMAC;<br><br>• As of June 30, 2009, GMACCH Investor LLC, an investor entity owned by affiliates of Five Mile Capital Partners, current client **Goldman Sachs & Co.**, current client **Kohlberg Kravis Roberts & Co.** and Dune Capital Management, L.P. held a 75.4% ownership interest and GMAC Mortgage Group LLC held a 21.3% ownership interest in current client **Capmark Financial Group, Inc.** (f/k/a affiliate company GMAC Commercial Mortgage Corporation); and<br><br>• Cerberus Capital Management, L.P., now a minority owner of current client **GMAC Financial Services**, is the parent company of current client **Old Carco LLC** (successor in interest to Chrysler LLC) and an interested party in the Chrysler chapter 11 cases in which Jones Day is debtors' counsel;<br><br>• *See also* entries above for new parties **Capmark Financial Group, Inc.**, GM Canada Foreign Trust, KKR Private Equity Investors, L.P., Motors Insurance Corporation and Newpage Corporation; and entry below for Residential Funding Company LLC regarding related disclosure. |

- B75 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Cerberus Partners, L.P.: (a) has been a client; and (b) is a stockholder of former client HQ Global Holdings, Inc. (closed 2007);<br><br>• New affiliated company *The PNC Financial Services Group, Inc.* is: (a) a current client; (b) the new parent company of current client *National City Corporation* and its affiliate companies, including current client *National City Bank*; (c) the parent of Asahi Tec, a major shareholder of current client *Metaldyne Corporation*; (d) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; (e) affiliated with current client *Administrative Committee of PNC Financial Services*; (f) the parent of Blackrock, Inc., a member of former client Ad Hoc Committee of Geo Specialty Chemicals, Inc. (closed 2008); (g) the parent of current client *PNC Bank, National Association (Trustee)*; and (h) the new employer of an individual who is a current Jones Day client;<br><br>• New affiliated company Kohlberg, Kravis, Roberts & Co. is a stockholder of current client *NXP Semiconductors USA, Inc.* and of WKI Holding Company, Inc., the parent of former client World Kitchen, Inc. (closed 2008);<br><br>• New affiliated company Five Mile Capital Partners LLC is a participant in a joint venture with current client *The Townsend Group*;<br><br>• New affiliated company Goldman Sachs Capital Partners L.P. is: (a) a former client (closed 2007); (b) a co-owner of current client *Education Management Corporation*; and (c) a participant in a joint venture with Cypress Group LLC that owns current client *Cooper Standard Automotive Group*;<br><br>• New affiliated companies *Goldman Sachs International* and *Goldman Sachs Gao Hua Securities Company, Ltd.* are current clients;<br><br>• New affiliated company GS Capital Partners VI Fund, L.P. is affiliated with current client *Alltel Corporation*; | | |

- B76 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • New affiliated company **Goldman Sachs & Co.** is: (a) a current client; (b) a stockholder of current clients **International Automotive Components Group, Inc.**, **Healthmarkets, Inc.** and **Osyka Corporation**; and (c) an investor in current client **Sun Edison LLC**;<br><br>• New affiliated company **Goldman Sachs (Singapore) Pte** is a current client and co-client with current client **Kotak Mahindra Capital Company**;<br><br>• New affiliated company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**; and<br><br>• New affiliated company J. Aron & Company is a former client (closed 2008). | | |
| Goldman Sachs Credit Partners, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Goldman Sachs Credit Partners, L.P. is: (a) a former client (closed 2007); and (b) a member of current client **Service Net Solutions Ad Hoc Committee**;<br><br>• Affiliate company Goldman Sachs Capital Partners L.P. is: (a) a former client (closed 2007); (b) a co-owner of current client **Education Management Corporation**; and (c) a participant in a joint venture with Cypress Group LLC that owns current client **Cooper Standard Automotive Group**;<br><br>• Affiliate companies **Goldman Sachs International** and **Goldman Sachs Gao Hua Securities Company, Ltd.** are current clients;<br><br>• Affiliate company GS Capital Partners VI Fund, L.P. is affiliated with current client **Alltel Corporation**;<br><br>• Affiliate company **Goldman Sachs & Co.** is: (a) a current client; (b) a stockholder of current clients **International Automotive Components Group, Inc.**, **Healthmarkets, Inc.** and **Osyka Corporation**; and (c) an investor in current client **Sun Edison LLC**; | Potential Party in Interest | • Parent company Goldman Sachs Group, Inc. is: (a) a member of new client **Bondholders Committee of Mandra Forestry Finance Limited** (opened 2009); and (b) a 5% or greater shareholder of new client **Mesa Air Group, Inc.** (opened 2009);<br><br>• Affiliate company and current client **Goldman Sachs & Co.** is: (a) a co-client with new client **Illinois Finance Authority** (opened 2009); and (b) an investor in now former client Sun Edison LLC (closed 2009);<br><br>• Affiliate company Goldman Sachs Capital Partners has an ownership interest in new client **Molycorp Minerals LLC** (opened 2009); and<br><br>• Alltel Corporation, a company affiliated with affiliate company GS Capital Partners VI Fund, L.P., is now a former client (closed 2009).<br><br>• *See also* entries above for new parties **Education Management Corporation**, Kabel Deutschland and Litton Loan Servicing, L.P.; and entry below for Providence Equity Partners, Inc. regarding related disclosure. |

- B77 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Goldman Sachs (Singapore) Pte** is a current client and co-client with current client **Kotak Mahindra Capital Company**;<br><br>• Affiliate company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**; and<br><br>• Affiliate company J. Aron & Company is a former client (closed 2008). | | |
| Harbert (name given);<br>Harbinger Capital Partners; and<br>Harbinger Capital Partners Special Situations Fund, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• To the extent it is the named party in interest, Harbert Management Corporation is the parent company of Harbinger Capital Partners and Harbinger Capital Partners Special Situations Fund, L.P.; and<br><br>• Harbinger Capital Partners Special Situations Fund, L.P. is a stockholder of current client **PLVTZ, Inc.** | Potential Parties in Interest | • Harbinger Capital Partners is a member of new client **Ad Hoc Committee of Noteholders of Chemtura Corporation** (opened 2009); and<br><br>• Plvtz, Inc., a company of which Harbinger Capital Partners Special Situations Fund, L.P. is a stockholder, is now a former client (closed 2009). |
| Healthcare Services Corporation (d/b/a Blue Cross and Blue Shield of Illinois)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **WellPoint, Inc.** is a current client;<br><br>• Affiliated companies **Blue Cross Blue Shield MI, Blue Cross & Blue Shield of Massachusetts** and **Capital BlueCross** are current clients;<br><br>• Affiliated company Blue Cross Blue Shield of Florida, Inc. is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**;<br><br>• Affiliated entity Blue Cross/Blue Shield Plans is an investor in former client Blue Healthcare Venture Partners LLC (closed 2007); and<br><br>• Affiliate company BlueCross BlueShield of Tennessee is a former client (closed 2007). | Potential Party in Interest | • Affiliate company Blue Cross of California is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• Affiliate company Blue Cross Hygiene Limited is a subsidiary of new client **Resource Services Group Limited** (opened 2009);<br><br>• Affiliated entity Hospital Service Association (a/k/a Blue Cross of Northeastern Pennsylvania) is the ultimate parent of new client **Allone Health Group, Inc.** (opened 2009); and<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, an entity of which affiliated company Blue Cross Blue Shield of Florida, Inc. is a member, is now a former client (closed 2009).<br><br>• *See also* entry above for new party and parent company **WellPoint, Inc.** regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Hellman & Friedman LLC*<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Hellman & Friedman Capital is a stockholder of former client Western Wireless Corporation (closed 2007). | Potential Party in Interest | • *Hellman & Friedman LLC* is a new client (opened 2009). |
| Hess Corporation (f/k/a Amerada Hess Corporation)<br><br>*PRIOR DISCLOSURE:*<br><br>• *Hess Corporation* (f/k/a Amerada Hess Corporation) is: (a) a current client; (b) a participant in a joint venture with former client Premier Oil Vietnam Offshore BV (closed 2008); and (c) the parent of Amerada Hess (Indonesia-Pangkah) Ltd., a participant in a joint venture with former client Kuwait Foreign Petroleum Exploration Company (closed 2007). | Utility Provider | • Hess Corporation (f/k/a Amerada Hess Corporation) is now a former client (closed 2009). |
| Hewlett Packard Company<br><br>Hewlett-Packard AP (Hong Kong) Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Hewlett Packard Company is the new parent company of current client *Electronic Data Systems*. | Trade Debt Holder<br><br>Largest Unsecured Creditors Other Than Bondholders | • Affiliate company Electronic Data Systems (n/k/a HP Enterprise Services) is now a former client (closed 2009). |
| Historic TW, Inc.<br><br>*Time Warner, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Time Warner, Inc.* is: (a) a current client; (b) the parent company of Historic TW, Inc.; (c) the ultimate parent company of current client *DC Comics*; and (d) a participant in a joint venture with current client *CBS Corporation*;<br><br>• Affiliate companies *Home Box Office, Inc.*, *Time Inc. Home Entertainment*, *Warner Brothers Entertainment, Inc.* and *Time, Inc.* are current clients; and<br><br>• Affiliate company Cable News Network, L.P. is the employer of an individual who is a current Jones Day client. | Significant Landlord<br><br>Utility Provider | • Affiliate company *Time Warner Cable, Inc.* is a new client (opened 2009);<br><br>• Affiliate companies Warner Brothers Entertainment, Inc. (closed 2008) and Time, Inc. Home Entertainment (closed 2009) are now former clients; and<br><br>• The individual included in Jones Day's prior disclosure as a current client and employee of affiliate company Cable News Network, L.P., is now a former Jones Day client (closed 2009).<br><br>• *See also* entry above for new party *CBS Corporation* regarding related disclosure. |

- B79 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| HSBC Bank<br><br>HSBC Realty Credit Corporation (USA)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company HSBC Holdings Plc is a stockholder of former client Global Payments Asia-Pacific Limited (closed 2008);<br><br>• Affiliate companies **HSBC Securities and Capital Markets (India) Pvt.**, **HSBC Guyerzeller Bank AG**, **HSBC Bank USA, National Association** and **The Hong Kong and Shanghai Banking Corporation Limited** are current clients; and<br><br>• Affiliate companies HSBC Finance Corporation and Hermitage Capital Management Limited are former clients (both closed 2008). | Largest Unsecured Creditors Other Than Bondholders<br><br>Potential Party in Interest | • Affiliated entity **HSBC Security Trust** is a new client (opened 2009).<br><br>• *See also* entry above for new party HSBC Finance Corporation regarding related disclosure. |
| **IBM Corporation** (a/k/a **International Business Machines Corporation**)<br><br>*PRIOR DISCLOSURE:*<br><br>• **IBM Corporation** (a/k/a **International Business Machines Corporation**) is a current client;<br><br>• Affiliate company IBM Japan has an ownership interest in current client **Real Estate & Construction Services Ltd.**; and<br><br>• Affiliate company IBM Credit Corporation was a participant in a former joint venture with Dana Corporation, (n/k/a current client **Dana Holding Corporation**). | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Trade Debt Holder | • Real Estate & Construction Services Ltd., a company in which affiliate company IBM Japan has an ownership interest, is now a former client (closed 2009); and<br><br>• **IBM (International Business Machines Corporation)** is the former employer of an individual who is a new Jones Day client (opened 2009). |

- B80 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ING Investment LLC<br><br>ING Bank FSB; and<br>ING Real Estate Finance<br><br>• Affiliate companies ***ING Real Estate Southern Europe S.L.U.***, ***ING Bank N.V.***, ***ING Real Estate Finance S.E. EFC SA Milan Branch***, ***ING Real Estate Entertainment Fund***, ***ING Barings***, ***ING Baring (US) Securities***, ***ING Real Estate Development International BV*** and ***ING Belgium S.A.*** are current clients; and<br><br>• Affiliate company ING FSI North America is the employer of an individual who is a current Jones Day client. | Bondholder<br><br>Potential Parties in Interest | • Affiliate company ***ING Servicios Corporativos, S.A. de C.V.*** is a new client (opened 2009);<br><br>• Several ING-related prime income trusts and funds are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009);<br><br>• Subsequent to Jones Day's prior disclosure, affiliate company ING Life Insurance and Annuity Company became a member of new and now former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate companies ING Real Estate Southern Europe S.L.U., ING Real Estate Entertainment Fund, ING Real Estate Finance S.E. EFC SA Milan Branch and ING Belgium SA (all closed 2009); and INB Bank, N.V. (closed 2010) are now former clients.<br><br>• *See also* entries above for new parties ING Financial Markets LLC; ING Group (a/k/a ING Groep N.V.); ING Life Insurance & Annuity Company; and ING USA Annuity & Life Insurance Company; and Reliastar Life Insurance Company and Reliastar Life Insurance Company of New York regarding related disclosure. |
| Integreon Managed Solutions<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Integreon Managed Solutions*** is a current client. | Trade Debt Holder | • Integreon Managed Solutions is now a former client (closed 2008). |

- B81 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Jackson National Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Prudential Asset Management (Singapore) Limited** and **Prudential Property Investment Management (Singapore) Limited** are current clients;<br><br>• Affiliate company Prudential Insurance Company of America is a former client (closed 2007);<br><br>• Affiliate company The Prudential Assurance Company Limited is:<br>(a) a former client (closed 2008); and<br>(b) a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**. | Bondholder | • Jackson National Life Insurance Company is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• Affiliate company Prudential Asset Management (Singapore) Limited is now a former client (closed 2009);<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, of which affiliate company and former client The Prudential Assurance Company Limited (closed 2008) is a member, is now a former client (closed 2009); and<br><br>• Jones Day's prior disclosure inadvertently suggested a relationship between parent company Prudential Plc, a UK corporation, and U.S. company Prudential Financial, Inc. Prudential Plc and its affiliate companies are not affiliated in any way with Prudential Financial, Inc. and its affiliate companies.<br><br>• *See also* entry below for Pricoa Relcoation UK Limited; Prudential Financial, Inc. and Prudential Insurance Company of America regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***JPMorgan Chase Bank, N.A.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***JPMorgan Chase Bank, N.A.*** (f/k/a Bank One) is: (a) a current client; and (b) a participant in a joint venture with current client ***Anchor Capital Investment LLC***;<br><br>• Parent company ***JPMorgan Chase, National Association*** is: (a) a current client; (b) a minority shareholder of current client ***Geobiotics LLC***; and (c) the new parent company of Washington Mutual, Inc. and its affiliate companies, including former client Washington Mutual, F.A. (closed 2008);<br><br>• Affiliate companies ***JPMorgan Cazenove, JPMorgan Plc, One Equity Partners II, L.P., Bear Stearns & Co., Inc.*** and ***JPMorgan Securities Limited*** are current clients;<br><br>• Affiliate company JPMorgan Europe is a member of current client ***Ad Hoc Committee of Autodis Mezzanine Bondholders***;<br><br>• Affiliate company JPMorgan Capital is a stockholder of former client NexPak Corporation (closed 2008); and<br><br>• Affiliate companies JPMorgan Partners Asia (closed 2007) and JPMorgan Australia Securities Ltd. and Chase Bank of Texas, N.A. (both closed 2008) are former clients. | Secured Creditor | • Affiliate company ***One Equity Partners (HK) Limited*** is a new client (opened 2009);<br><br>• Geobiotics LLC, a company of which parent company and current client ***JPMorgan Chase, National Association*** is a minority shareholder, is now a former client (closed 2009);<br><br>• Affiliate company and client ***Bear Stearns & Co., Inc.*** is a stockholder of new client ***International Automotive Components Group LLC*** (opened 2008) and current client ***Hilite International, Inc.***;<br><br>• Affiliated companies Bear Stearns Investment Products, Inc. and Bear Stearns Credit Products, Inc. are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Affiliate companies JPMorgan Cazenove, JPMorgan Plc and One Equity Partners II, L.P. (all closed 2009) and JPMorgan Securities Limited (closed 2010) are now former clients. |
| ***KBC Bank N.V.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***KBC Bank N.V.*** and affiliate company ***KBC Lease Espana SAU*** are current clients. | Largest Unsecured Creditors Other Than Bondholders | • ***KBC Bank N.V.*** is a co-client in a new matter with current client ***Allied Irish Banks Plc***; and<br><br>• In its prior disclosure Jones Day inadvertently omitted to disclose client and affiliate company KBC Peel Hunt Limited, now a former client (closed 2009). |

- B83 -

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| KPMG LLP<br><br>*PRIOR DISCLOSURE:*<br><br>• KPMG LLP is: (a) a former client (closed 2008); (b) the employer of an individual who is a current Jones Day client (opened 2006); and (c) the employer of an individual who is a former Jones Day client (closed 2007); and<br><br>• Affiliate companies KPMG, Inc. as Receiver and KPMG (Corporate Recovery) (both closed 2008) are former clients. | Trade Debt Holder | • The individual described in Jones Day's prior disclosure as a client (opened 2006) and employee of former client KPMG LLP is now a former client (closed 2009). |
| Korea Investment & Securities Co., Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Korea Investment & Securities Co., Ltd.*** is a current client. | Potential Party in Interest | • Korea Investment & Securities Co., Ltd. is now a former client (closed 2008). |
| Lehman Brothers Commercial Bank<br><br>Lehman Commercial Paper, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Lehman Brothers Commercial Bank is a former related entity of current client and parent company ***Lehman Brothers Holdings, Inc.***;<br><br>• Affiliate company *Lehman Brothers, Inc.* is: (a) a current client; and (b) a co-client with current client ***CS First Boston, Inc.***;<br><br>• Affiliate company Lehman Brothers Merchant Bank is affiliated with LB Marble Acquisition LLC, a stockholder of current client ***RSI Holding Corporation***; and<br><br>• Affiliate company Lehman Brothers Opportunity Holdings, Inc. is affiliated with former client First United Asset Management Co., Ltd. (closed 2007). | Significant Lease<br><br>Secured Lender | • Lehman Commercial Paper, Inc. is: (a) a stockholder of new client ***International Automotive Components Group LLC*** (opened 2008); and (b) along with affiliated entity Lehman Syndicated Loan Funding Trust, a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009). |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Loomis Sayles & Company, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Natixis***, f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br><br>• Affiliate companies ***Natixis S.A. Sucursal En Espana***, ***Natixis Capital Markets***, ***Accent***, ***Coface*** and ***Ventech*** are current clients;<br><br>• Affiliate companies Caisse Nationale Des Caisses D'Epargne, Ixis Corporate & Investment Bank and Ixis AEW Europe (all closed 2007) and Natexis Commodity Markets Limited (closed 2008) are former clients | Bondholder | • Affiliate company Natixis, New York Branch is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Affiliate company ***Caisse Francaise de Developpement Industrial*** is a new client (opened 2009).<br><br>• *See also* entries above for new parties CDC Ixis Financial Guaranty Services, Inc. and Natixis Bleichroeder, Inc.; and for AEW Capital Management, L.P.; and entry below for Natixis Asset Management Advisors regarding related disclosure. |
| MacKenzie Financial Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• MacKenzie Financial Corporation is a stockholder of current client ***Tiomin Resources, Inc.***; and<br><br>• Parent company ***Power Corporation of Canada*** and affiliate company ***Power Pacific Corporation Limited*** are current clients. | Significant Landlord | • Affiliate company Power Pacific Corporation Limited is now a former client (closed 2009); and<br><br>• Affiliate company ***Canada Life Assurance*** is a co-client in a matter with new client ***Allied Irish Banks Plc***. |
| ***McKee Nelson LLP***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***McKee Nelson LLP*** is a current client. | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Debtors' Professional | • Parent company ***Bingham & McCutchen LLP*** is a new client (opened 2008). |
| Mercer Marsh & McLennan Companies, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Encon Underwriting Ltd.*** and ***Marsh (Hong Kong) Limited*** are current clients; and<br><br>• Affiliate companies Mercer Human Resource Consulting and Kroll Zolfo Cooper Structured Equity (both closed 2007) are former clients. | Debtors' Professional | • Affiliate company Marsh (Hong Kong) Limited is now a former client (closed 2009). |

- B85 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Bank of America Corporation** is: (a) a stockholder of current client **Giant Industries, Inc.**; and (b) a current and/or former member of current client **Murray Energy Ad Hoc Committee**;<br><br>• Affiliate companies **DSP Merrill Lynch Limited**, **Merrill Lynch Asia Pacific Ltd.**, **Merrill Lynch International** and **Merrill Lynch Europe Plc** are current clients;<br><br>• Former parent company **Merrill Lynch & Co.** is: (a) a co-client with current client **CS First Boston, Inc.**; and (b) the employer of four individuals who are former Jones Day clients (all closed 2008);<br><br>• Affiliate company Merrill Lynch Pierce Fenner & Smith is the principal employer of two individuals who are current Jones Day clients (both opened 2007); and<br><br>• Affiliate company Merrill Lynch International (Australia) Limited is a former client (closed 2007). | Underwriting Investment Banker for Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date | • Affiliate companies Merrill Lynch Debt Strategies Fund II, Inc., Merrill Lynch Global Investment Series, and Merrill Lynch Senior Floating Rate Portfolio are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• Affiliate company and current client **Merrill Lynch International** is a member of new client **Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications** (opened 2009);<br><br>• Affiliate company Merrill Lynch Credit Products LLC is a member of new client **Bi-Lo Ad Hoc Committee** (opened 2008);<br><br>• Giant Industries, Inc., a company of which parent company and current client **Bank of America** Corporation is a stockholder, is now a former client (closed 2009); and<br><br>• Murray Energy Ad Hoc Committee, an entity of which parent company and current client **Bank of America Corporation** is a current and/or former member, is now a former client (closed 2009).<br><br>• *See also* entry above for Bank of America, N.A.; Bank of America Plaza Ste. 3500 regarding related disclosure. |
| MetLife Insurance Company of Connecticut<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Metropolitan Life Insurance Company** is: (a) a current client; (b) a general partner of current client **GA-MET Construction Coordination**; and (c) a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**. | Bondholder | • Metlife Insurance Company of Connecticut is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• An individual affiliated with parent company Metlife, Inc. is a new Jones Day client (opened 2009); and<br><br>• Affiliate company Metropolitan Life Insurance Company is: (a) now a former client (closed 2009); and (b) a member of now former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009).<br><br>• *See also* entry above for new party Georgia-Pacific Corporation regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Mizuho Corporate Bank, Ltd.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Mizuho Corporate Bank, Ltd.* and affiliate company *Apposite Capital LLP.* are current clients;<br><br>• Affiliate company *Mizuho Securities Co., Ltd* is: (a) a current client; and (b) a participant in a joint venture with current client *Morgan Stanley Real Estate Fund V*; and<br><br>• Affiliate company Mizuho Securities USA, Inc. is a former client (closed 2008). | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Member of Creditors' Committee | • Affiliate company Mizuho Securities Co., Ltd. is now a former client (closed 2009).<br><br>• *See also* entry above for new party Mizuho Financial Group, Inc. regarding related disclosure. |

- B87 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Morgan Stanley & Co., Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Morgan Stanley & Co., Incorporated*** is: (a) a current client; (b) a co-client with current client ***CS First Boston, Inc.***; and (c) a stockholder of current client ***Education Finance Partners, Inc.***;<br><br>• In October 2008 Mitsubishi UFJ Financial Group, Inc. acquired a 21% ownership in Morgan Stanley and its affiliate companies;<br><br>• Parent company Morgan Stanley is a member of current client ***Pace Investment Group***;<br><br>• Affiliate companies ***Morgan Stanley Realty, Inc.***, ***Morgan Stanley Real Estate Fund II***, ***Morgan Stanley Real Estate Fund III***, ***Morgan Stanley Real Estate Fund IV***, ***Morgan Stanley Real Estate Fund V***, ***Morgan Stanley Real Estate Fund VI***, ***Morgan Stanley Real Estate Fund VII***, ***Morgan Stanley & Co. International Ltd.***, ***JM Morgan Stanley Private Ltd.***, ***Morgan Stanley Dean Witter Asia (Taiwan) Limited***, and ***Morgan Stanley Real Estate Special Situations Fund*** are current clients;<br><br>• Affiliate company ***Morgan Stanley Real Estate Fund, Inc.*** is: (a) a current client; and (b) a participant in a joint venture with current client ***Simon Property Group, Inc.***;<br><br>• Affiliate company ***Morgan Stanley International, Inc.*** is: (a) a current client; and (b) a participant in a joint venture with former client China International Capital Corporation Ltd. (closed 2007);<br><br>• Affiliate company Morgan Stanley Capital Partners is a participant in a joint venture with current client ***Occidental Petroleum Corporation***;<br><br>• New affiliated companies ***Bank of Tokyo Mitsubishi Trust Company*** and ***Mitsubishi UFJ Lease & Finance Company Limited*** are current clients;<br><br>• Affiliate company Morgan Stanley European Real Estate Special Situations Fund II is a former client (closed 2007); | Potential Party in Interest | • ***Morgan Stanley & Co., Inc.*** is: (a) among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and (b) along with affiliated companies Morgan Stanley Prime Income Trust and Morgan Stanley Emerging Markets, Inc., a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009);<br><br>• Affiliated entity Morgan Stanley Fixed Income is a member of new client ***Ad Hoc Committee of Noteholders of Chemtura Corporation*** (opened 2009); and<br><br>• Affiliate company Morgan Stanley Real Estate Fund, Inc. is now a former client (closed 2009).<br><br>• *See also* entries above for new party Occidental Power Services, Inc.; and ***Bank of Tokyo Mitsubishi, UFJ Ltd.***; Mitsubishi UFJ SEC Company; and entry below for Van Kampen Asset Management, Inc. regarding related disclosure. |

- B88 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • New affiliated company BTM Capital Corporation is a former limited partner of former client Volvo Aero Services, L.P. (closed 2008); and<br><br>• New affiliated company Bank of Tokyo-Mitsubishi Limited, Sucursal En Espana is a former client (closed 2007). | | |
| Natixis Asset Management Advisors<br><br>Natixis Entities (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Natixis** , f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br><br>• Affiliate companies **Natixis S.A. Sucursal En Espana**, **Natixis Capital Markets**, **Caisse Francaise De Developpement Industriel**, **Accent**, **Coface** and **Ventech** are current clients; and<br><br>• Affiliate companies Caisse Nationale Des Caisses D'Epargne, Ixis Corporate & Investment Bank and Ixis AEW Europe (all closed 2007) and Natexis Commodity Markets Limited (closed 2008) are former clients. | Bondholder<br><br>Potential Parties in Interest | • Affiliate company Natixis, New York Branch is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009).<br><br>• *See also* entries above for new parties CDC Ixis Financial Guaranty Services, Inc. and Natixis Bleichroeder, Inc.; and for AEW Capital Management, L.P. and Loomis, Sayles & Company, L.P. regarding related disclosure. |
| Network Appliance, Incorporated<br><br>*PRIOR DISCLOSURE:*<br><br>• **Network Appliance, Incorporated** is a current client. | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Trade Debt Holder | • Network Appliance, Incorporated is now a former client (closed 2009). |

- B89 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Newedge USA LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *Societe Generale* is: (a) a current client; (b) the parent of current client *Lyxor Asset Management*; and (c) has an ownership interest in current client *Interquisa Canada*. | Potential Party in Interest | • Newedge is a joint venture with equal ownership by current client *Société Générale* and former client Calyon Credit Agricole CIB (closed 2008), the investment banking arm of the Crédit Agricole Group; and<br><br>• Parent company *Société Générale* is the parent of TCW Asset Management Company, which was among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors.<br><br>• *See also* entry above for Calyon; Calyon Securities; and entry below for *Société Générale* regarding related disclosure. |
| Nomura Holding America, Inc.; and Nomura Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies *Nomura International Plc*, *Nomura International (Hong Kong) Limited*, *Nomura Real Estate Investment Management Co., Ltd.* and *Nomura Bank of Switzerland Ltd.* are current clients. | Potential Parties in Interest | • Affiliated entity Nomura Bond & Loan Fund is a member of new client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* (opened 2009);<br><br>• Affiliate company Nomura Financial Partners, Inc. is a majority stockholder of new client *Mitsui Life Insurance Company Limited* (opened 2009); and<br><br>• Nomura Holdings, Inc. is the parent of the former employer of an individual who is a new Jones Day client (opened 2009).<br><br>• Affiliate company Nomura International Plc is a former client (closed 2010). |
| Office Depot, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Office Depot, Inc. is the employer of an individual who is a current Jones Day client (opened 2008). | Major Business Affiliation of Outside Director | • The individual disclosed as an employee of Office Depot, Inc. in Jones Day's prior disclosure is now a former Jones Day client (closed 2010). |
| Pacific Gas & Electric Company<br><br>*PRIOR DISCLOSURE:*<br><br>• *Pacific Gas & Electric Company* is a current client; and<br><br>• Parent company PG&E Corporation is the former employer of an individual who is a current Jones Day client (opened 2007). | Potential Party in Interest | • Pacific Gas & Electric Company is now a former client (closed 2009); and<br><br>• The individual described in Jones Day's prior disclosure as a current client (opened 2007) and a former employee of parent company PG&E Corporation is now a former Jones Day client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Parsec Corporation; and **Parsec Trading Corporation** *PRIOR DISCLOSURE:* <br>• **Parsec Trading Corporation** is a current client. | Potential Parties in Interest | • Ultimate parent company **Avanti Communications Group Plc** is a new client (opened 2009). |
| President's Council on International Activities – Yale University *PRIOR DISCLOSURE:* <br>• Related entity **Yale University** is: (a) a current client; (b) a limited partner of current client **Highcross Regional UK Partners, L.P.**; and (c) has an ownership interest in current client **Kimpton Hotel & Restaurant Group LLC**. | Major Business Affiliation of Outside Director | • Related entity Yale School of Music is participant in a new joint venture (opened 2008) with current client **Oberlin College**; and <br>• Kimpton Hotel & Restaurant Group LLC in which related entity and current client **Yale University** has an ownership interest is now a former client (closed 2009). |
| Pricoa Relocation UK Limited; <br><br>Prudential Financial, Inc.; and Prudential Insurance Company of America *PRIOR DISCLOSURE:* <br>• Prudential Financial, Inc. is: (a) the parent of Pricoa Relocation UK Limited; and (b) the parent of former client Prudential Insurance Company of America (closed 2007); <br>• Affiliate companies **Prudential Asset Management (Singapore) Limited** and **Prudential Property Investment Management (Singapore) Limited** are current clients; and <br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**. | Largest Unsecured Creditors Other Than Bondholders <br><br>Bondholders | • Affiliate companies Prudential Life Insurance Company and Prudential Insurance Company of America are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and <br>• Jones Day's prior disclosure inadvertently suggested a relationship between parent company Prudential Financial, Inc., a U.S. corporation, and Prudential Plc, a U.K. corporation. Prudential Financial, Inc. and its affiliate companies are not affiliated in any way with Prudential Plc and its affiliate companies. <br>• *See also* entry above for Jackson National Life Insurance Company regarding related disclosure. |
| Principal Life Insurance Company *PRIOR DISCLOSURE:* <br>• Principal Life Insurance Company is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**. | Bondholder | • Principal Life Insurance Company is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009); <br>• Affiliate company **Principal Fondos de Inversion, S.A. de C.V.** is a new client (opened 2009); and <br>• Ad Hoc Committee of Thomson S.A. Noteholders of which Principal Life |

- B91 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | Insurance Company is a member is now a former client (closed 2009). |
| **QVT Financial, L.P.**<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **QVT Advisors Private Limited** is a current client. | Potential Party in Interest | • **QVT Financial, L.P.** is a new client (opened 2009). |
| Reliant Energy Power Supply LLC; and Reliant Energy Services, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Reliant Energy, Inc.** is a current client. | Potential Parties in Interest | • Parent company Reliant Energy, Inc. is now known as current client **RRI Energy, Inc.**<br><br>• *See also* entry above for new party Reliant Energy, Inc. A-13 regarding related disclosure. |
| Residential Funding Company LLC (a/k/a GMAC-RFC)<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company **General Motors Corporation** is a current client. | Potential Party in Interest | • Residential Funding Company LLC (a/k/a GMAC-RFC) is part of the GMAC Mortgage Group;<br><br>• Ultimate parent company General Motors Corporation is now: (a) the predecessor in interest to current client **General Motors LLC**; and (b) the former parent company of current client **Capmark Financial Group**; and<br><br>• In May 2009 GMAC's ownership was restructured whereby new ultimate parent company **General Motors LLC's** and Cerberus Capital Mangement, L.P.'s holdings were significantly reduced and the United States Government now has a significant ownership interest in GMAC.<br><br>• *See also* entries above for new parties **Capmark Financial Group, Inc.**, GM Canada Foreign Trust, KKR Private Equity Investors, L.P., Motors Insurance Corporation and Newpage Corporation; and entry above for GMAC LLC; GMAC Residential Capital; GMAC IM regarding related disclosure. |
| **Société Générale**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Société Générale** is: (a) a current client; (b) the parent of current client **Lyxor Asset Management**; and (c) has an ownership interest in current client **Interquisa Canada**. | Potential Party in Interest | • Affiliate company **Societe General Asset Management** (SGAM) is a new client (opened 2009) and co-client in a new matter with current client **Viveris**; and<br><br>• **Société Générale** is the parent of TCW Asset Management Company, which was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | litigation counsel to the debtors. <br>• *See also* entry above for Newedge USA LLC regarding related disclosure. |
| Sony Corporation <br>*PRIOR DISCLOSURE:* <br>• Affiliate companies **Sony BMG Music Entertainment**, **Sony Corporation of America** and **Sony Electronics, Inc.** are current clients; and <br>• Affiliate company Sony Music Entertainment (Germany) GmbH is a former client (closed 2007). | Major Business Affiliation of Outside Director | • Affiliate companies Sony Corporation of America and Sony BMG Music Entertainment are now former clients (both closed 2009). |
| ***State Street Bank and Trust Company*** <br>State Street Corporation <br>*PRIOR DISCLOSURE:* <br>• **State Street Bank and Trust Company** is: (a) a current client; (b) a stockholder of current client **Piper Jaffray Companies, Inc.**; and (c) along with affiliate company State Street Global Alliance, a stockholder of current client **Rexiter Capital Management Limited**; and <br>• Affiliate company **State Street Global Advisors** is a current client. | Potential Party in Interest <br>Secured Creditor | • Affiliate company **State Street Global Advisors, Inc.** was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC** ) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |
| ***Sumitomo Mitsui Banking Corporation***; and <br>Sumitomo Mitsui Brussels Branch <br>*PRIOR DISCLOSURE:* <br>• **Sumitomo Mitsui Banking Corporation** is a current client; <br>• Parent company Sumitomo Mitsui Financial Group, Inc. is a former client (closed 2007); and <br>• ***Daiwa SMBC Capital Co., Ltd.*** (f/k/a NIF SMBC Ventures), formed by the merger of NIF Ventures and former affiliate company SMBC Capital, is a current client. | Potential Parties in Interest | • ***Sumitomo Mitsui Banking Corporation*** is: (a) a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009); (b) a stockholder of current client **Shinko Shoji KK**; and (c) the parent of Mitsui & Co. Ltd., a major shareholder of Asahi Tec, the former parent company of new client **Oldco M Corporation** (f/k/a Metaldyne Corporation) (opened 2008); and <br>• Affiliate company and current client **The Sumitomo Trust & Banking Co., Ltd.** and affiliate company Daiwa Securities SMBC Principal Investments are majority stockholders of new client **Mitsui Life Insurance Company Limited** (opened 2009). <br>• *See also* entry above for new parties Sumitomo Mitsui Financial Group, Inc.; and **The Sumitomo Trust & Banking Co, Ltd.** regarding related disclosure. |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sun Life Assurance Company of Canada<br><br>*PRIOR DISCLOSURE:*<br><br>• Sun Life Assurance Company of Canada is a member of current client ***Ad Hoc Committee of Thomson S.A. Noteholders***. | Bondholder | • Sun Life Assurance Company of Canada is a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, of which Sun Life Assurance Company of Canada is a member, is now a former client (closed 2009). |
| ***T. Rowe Price Associates***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***T. Rowe Price Associates*** is: (a) a current client; and (b) a stockholder of current client ***BJ Services Company USA***. | Bondholder | • ***T. Rowe Price Associates*** is among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and<br><br>• Affiliated entities T. Rowe Price High Yield Fund and T.Rowe Price Institutional High Yield Fund are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009).<br><br>• *See also* entries above for new party Fidelity Investments and Fidelity Management & Research regarding related disclosure. |
| ***Teachers Insurance and Annuity Association of America***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Teachers Insurance and Annuity Association of America*** is: (a) a current client; (b) a member of current client ***Ad Hoc Committee of Thomson S.A. Noteholders***; and (c) a stockholder of current client ***Magnequench International, Inc.*** | Bondholder<br><br>and<br><br>Significant Landlord | • Ad Hoc Committee of Thomson S.A. Noteholders, of which ***Teachers Insurance and Annuity Association of America*** is a member, is now a former client (closed 2009). |
| The Guardian Life Insurance Company of America<br><br>*PRIOR DISCLOSURE:*<br><br>• The Guardian Life Insurance Company of America is: (a) a stockholder of current client ***Giant Industries, Inc.***; and (b) a member of current client ***Ad Hoc Committee of Thomson S.A. Noteholders***. | Bondholder | • Giant Industries, Inc., a company of which The Guardian Life Insurance Company of America is a stockholder; and Ad Hoc Committee of Thomson S.A. Noteholders, an entity of which it is a member, are now former clients (both closed 2009). |

NYI-4256835v5

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***The Royal Bank of Scotland Plc***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The Royal Bank of Scotland Plc*** is: (a) a current client; and (b) a participant in a joint venture with current client ***Miller Developments Limited***;<br><br>• Parent company ***The Royal Bank of Scotland Group Plc*** and affiliate companies ***Royal Bank of Scotland Invoice Discount Ltd.***, ***Eurosales Finance***, ***Citizens Financial Group, Inc.*** and ***RBS Invoice Finance Limited*** are current clients;<br><br>• Affiliate company Royal Bank Development Capital Limited is a stockholder of current client ***Vista Capital De Expansion, S.A. S.G.E.C.R.***; and<br><br>• Affiliate companies The Royal Bank of Scotland Commercial Services Limited (London Region) and The Royal Bank of Scotland Sucursal En Espana (both closed 2007) are former clients. | Member of Creditors' Committee | • Affiliate company Royal Bank of Scotland Invoice Discount Ltd. has changed its name and is now known as current client ***RBS Invoice Finance Limited***; and<br><br>• Miller Developments Limited, a joint venture participant with current client ***The Royal Bank of Scotland Plc***, is now a former client (closed 2009).<br><br>• *See also* entries above for new parties ABN Amro Holding N.V., ***Banco Santander S.A.***, RBS Greenwich Capital and Santander Investment Securities, Inc.; and affiliate company ***ABN Amro Rothschild***; and entry below for affiliate company Hoare Govett Ltd. regarding related disclosure. |
| ***The Sumitomo Trust & Banking Co., Ltd.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The Sumitomo Trust & Banking Co., Ltd.*** is a current client. | Potential Party in Interest | • ***The Sumitomo Trust & Banking Co., Ltd.*** is: (a) a member of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*** (opened 2009); and (b) a majority stockholder of new client ***Mitsui Life Insurance Company Limited*** (opened 2009). |
| ***The Vanguard Group, Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The Vanguard Group, Inc.*** is a current client. | Bondholder<br><br>and<br><br>Member of Ad Hoc or Unofficial Creditors' Committee | • ***The Vanguard Group, Inc.*** was among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |

- B95 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Transamerica Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Transamerica Life Insurance Company is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**. | Bondholder | • Transamerica Life Insurance Company is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009);<br><br>• Affiliate company **Aegon USA Realty Advisors, Inc.** is a new client (opened 2009); and<br><br>• Ad Hoc Committee of Thomson S.A. Noteholders, of which Transamerica Life Insurance Company is a member, is now a former client (closed 2009).<br><br>• *See also* entries above for new parties Aegon USA Investment Management LLC, Life Investors Insurance Company of America; and Transamerica Asset Funding Corporation; Transamerica Financial Life Insurance Company; and Transamerica Occidental Life Insurance Company regarding related disclosure. |
| ***Trimont Real Estate Advisors, Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• **Trimont Real Estate Advisors, Inc.** is a current client. | Trade Debt Holder | • Affiliate company **Trimont Holdings, Inc.** is a new client and co-client with new client **Liberty Street Real Estate Group Limited** (opened 2008). |
| UBS Financial Services, Inc.;<br>UBS Financial Services of Puerto Rico; and UBS International, Inc.<br><br>UBS Investment KAG<br><br>**UBS Investment Bank**<br><br>*PRIOR DISCLOSURE:*<br><br>• **UBS Investment Bank** and affiliate company **UBS Warburg** are current clients;<br><br>• UBS Financial Services, Inc. is the employer of an individual who is a former Jones Day client (closed 2008);<br><br>• Affiliate company UBS Global Asset Management is a stockholder of current client **Interep National Radio Sales, Inc.**;<br><br>• Affiliate company UBS AG, London Branch is a participant in a joint venture with current client **Serviced Office Group Plc**; and | Potential Parties in Interest<br><br><br>Bondholder<br><br>Underwriting Investment Banker for Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date | • Parent company UBS AG is a major equity stockholder of new client **Borders Group, Inc.** (opened 2009);<br><br>• Affiliate companies UBS Securities LLC and UBS Willow Fund LLC are stockholders of new client **International Automotive Components Group LLC** (opened 2008);<br><br>• Interep Radio National Radio Sales, Inc., a company of which affiliate company UBS Global Asset Management is a stockholder, is now a former client (closed 2009);<br><br>• Serviced Office Group Plc, a joint venture participant with affiliate company UBS AG, London Branch, is now a former client (closed 2009); and<br><br>• Jones Day inadvertently omitted from its prior disclosure that affiliate company UBS Financial Services, Inc. is the former employer of an individual who was a current and is now a former Jones Day client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company UBS Warburg Australia Equities Ltd. is a former client (closed 2007). | | |
| **U.S. Bank, National Association**<br><br>*PRIOR DISCLOSURE:*<br><br>• **U.S. Bank, National Association** is a current client. | Potential Party in Interest | • **U.S. Bank, National Association** is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009). |
| Van Kampen Asset Management, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• In October 2008 Mitsubishi UFJ Financial Group, Inc. acquired a 21% ownership in parent company Morgan Stanley and its affiliate companies. | Bondholder | • Several Van Kampen Senior Loan Funds are members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009); and<br><br>• Van Kampen Asset Management was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors.<br><br>• *See also* entries above for **The Bank of Tokyo Mitsubishi, UFJ Ltd.**; Mitsubishi UFJ SEC Company; and **Morgan Stanley & Co., Inc.** regarding related disclosure. |
| WestLB AG, New York Branch<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **WestLB AG** is a current client. | Potential Party in Interest | • Parent company **Westlb AG** is:<br>(a) a stockholder of former client TUI AG (closed 2009); and (b) has a shareholder interest in the parent company of current client **Rotek Incorporated**; and<br><br>• Affiliate company **Westdeutsche Immobilienbank AG, London Branch** is a co-client in a matter with new client **Allied Irish Banks Plc** (opened 2008). |
| **Wilmington Trust Company**<br><br>Wilmington Trust FSB<br><br>*PRIOR DISCLSOURE:*<br><br>• **Wilmington Trust Company** is a current client. | Member of Creditors' Committee<br><br>Potential Party in Interest | • Affiliate company **Wilmington Trust London Limited** is a new client (opened 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Zurich American Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies *Associated Marine Insurers & Agents Pty Ltd.* and *Zurich Insurance Holding (Hong Kong) Ltd.* are current clients; and<br><br>• Affiliate company Zurich Capital Markets is the former employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively). | Bondholder | • Affiliate company American Zurich Insurance Company is a stockholder of new client *International Automotive Components Group LLC* (opened 2008). |
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO WERE INADVERTENTLY OMITTED FROM PRIOR DISCLOSURES** | | |
| 20 CCC Business Trust | Lessor | • Parent company General Growth Properties, Inc. is: (a) a former client (closed 2009); (b) a general partner of current client *Highland Mall Limited Partnership*; and (c) a joint venture participant with current client *Morgan Stanley RE Fund II*. |
| BP 399 Park Avenue LLC | Lessor | • Parent company *Boston Properties, Inc.* is a current client. |
| Business Objects Americas; and Frictionless Commerce, Inc. | Potential Parties in Interest | • Affiliate companies *Business Objects S.A.* and *SAP Labs India Pvt. Ltd.*; and ultimate parent company *SAP AG* are current clients; and<br><br>• Affiliate companies *SAP Ventures* and *Business Objects Corporation* are new clients (both opened 2009). |
| Computer Associates International, Inc. | Trade Debt Holder | • Affiliate companies *Computer Associates S.p.A.* and *Neptune Software Plc* are current clients. |
| (DIFA) Deutsche Immobilien Fonds Aktiengesellschaft | Lessor | • (DIFA) Deutsche Immobilien Fonds Aktiengesellschaft is the sister company of current client *Union Asset Management Holding AG*. |

- B98 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Hartford Life Insurance Company | Bondholder | • Parent company *The Hartford Financial Services Group, Inc.* is: (a) a current client; (b) the employer of an individual who is now a former Jones Day client (closed 2009); and (c) the parent of Twin City Fire Insurance Company, a stockholder of current client *International Automotive Components Group, Inc.*<br><br>• *See also* entry above for new party *The Hartford Financial Services Group, Inc.* regarding related disclosure. |
| Hoare Govett Ltd. | Investment Banker | • Hoare Govett Ltd. is a subsidiary of current client *The Royal Bank of Scotland Group Plc* and affiliated with now former client ABN AMRO Bank N.V. (closed 2009).<br><br>• *See also* entries above for new parties ABN Amro Holding N.V., *Banco Santander S.A.*, RBS Greenwich Capital and Santander Investment Securities, Inc.; affiliated entity *ABN Amro Rothschild* and affiliated company *The Royal Bank of Scotland Plc* regarding related disclosure. |
| Nationwide Fund Advisors | Related Party | • Parent company *Nationwide Mutual Insurance Company* is: (a) a current client; and (b) an affiliated entity of former client Allnations, Inc. (closed 2009);<br><br>• Affiliate company Nationwide Mutual Capital LLC is a partner of current client *Skybus Airlines LLC*;<br><br>• Affiliate company Nationwide Life is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Nationwide is a partner of former client 3Stone Advisors LLC (closed 2009). |
| Osterreichische (name given) | Potential Party in Interest | • To the extent it is or may be related to the named party in interest, a company named *Osterreichische Kontrollbank AG* is a current client; and<br><br>• To the extent it is or may be related to the named party in interest, a company named Osterreichische Elektizitatswirtschafts is the parent of current client *Verbund*. |

- B99 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Providence Equity Partners, Inc. | Potential Party in Interest | • Providence Equity Partners, Inc. is the co-owner of current client **Education Management Corporation**.<br>• *See also* entries above for new parties **Education Management Corporation** and Kabel Deutschland; and Goldman Sachs Credit Partners, L.P. regarding related disclosure. |
| Wasserstein Perella Group Holdings AG (n/k/a Dresdner Kleinwort Wasserstein) | Lessor | • Affiliate company **Dresdner Kleinwort Limited** is a current client. |
| **PREVIOUSLY SEARCHED PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE NEW CLIENTS OR RELATED TO NEW CLIENTS OR FORMER CLIENTS CLOSED IN THE PAST TWO YEARS** | | |
| Agilsys NJ, Inc. | Trade Debt Holder | • Parent company **Agilsys, Inc.** is a new client (opened 2009). |
| Akerman Senterfitt | Debtors' Professional | • Subsequent to Jones Day's prior disclosure Akerman Senterfitt became a new client and is now a former client (closed 2009). |
| **Bay Harbour Management, L.C.** | Related Party | • **Bay Harbour Management, L.C.** is a new client (opened 2009). |
| **Caixa Geral de Depósitos, S.A.** | Potential Party in Interest | • **Caixa Geral de Depósitos, S.A.** is a new client (opened 2009). |
| CNX Gas Company | Potential Party in Interest | • Parent company **Consol Energy, Inc.** is: (a) a new client (opened 2009); and (b) the ultimate parent of Knox Energy LLC, a joint venture participant with current client **Atlas Energy LLC**. |
| County of San Mateo, California | Potential Party in Interest | • The County of San Mateo, California is a member of new client **South Bayside Waste Management Authority** (opened 2009). |
| CT Tower Investments, Inc. | Lessor | • Parent company Brookfield Asset Management, Inc. is the parent of new client **Brookfield Homes Corporation** (opened 2009). |
| Cyrus Capital Partners, L.P. | Member of Informal Bondholders' Group | • Cyrus Capital Partners, L.P. is a member of new client **Ad Hoc Committee of Noteholders of Chemtura Corporation** (opened 2009). |

- B100 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Delaware Management Holdings, Inc. | Potential Party in Interest | • Subsequent to Jones Day's prior disclosure, affiliate company The Lincoln National Life Insurance Company became a member of new and now former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| Eagle Energy Partners I, L.P. | Related Party | • In 2008 Eagle Energy Partners I, L.P. became a wholly-owned subsidiary of EDF Trading whose parent company, *EDF S.A.* is a current client*. |
| Federal Deposit Insurance Corporation (FDIC) | Regulatory Agency | • The Federal Deposit Insurance Corporation (FDIC) is the owner of equity interests in new client *Corus ConstructionVenture LLC* (opened 2009). |
| *Fred Hutchinson Cancer Research Center* | Potential Party in Interest | • *Fred Hutchinson Cancer Research Center* is a new client (opened 2009). |
| *Godiva Chocolatier, Inc.* | Potential Party in Interest | • *Godiva Chocolatier, Inc.* is a new client (opened 2009).<br><br>• *See also* entry below for potential party in interest and parent company Yildiz Holding A S regarding related disclosure. |
| *Hahn Loeser & Parks LLP* | Debtors' Professional | • *Hahn Loeser & Parks LLP* is a new client (opened 2009). |
| Hypo Investment Bank AG<br><br>Hypo Real Estate | Potential Party in Interest<br><br>Other Interested Party | • Hypo Investment Bank AG is now known as Valartis Bank (Liechtenstein) AG; and<br><br>• Affiliate company *Hypo Real Estate Bank International, London Branch* is a new client (opened 2008). |
| *Instituto de Credito Oficial Ministerio de Economia* | Potential Party in Interest | • *Instituto de Credito Oficial Ministerio de Economia* is a new client (opened 2009). |

- B101 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Lehman Brothers, Inc.***; <br> Lehman Brothers Asset Management, Inc.; and <br> Lehman Brothers Commercial Corporation Asia Limited | Related Parties | • ***Lehman Brothers, Inc.*** is the former employer of eight individuals (opened 2009) and four individuals (opened 2010) who are new Jones Day clients; <br><br> • Lehman Brothers Asset Management, Inc. was among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC***) and an interested party in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and <br><br> • Lehman Brothers Commercial Corporation Asia Limited is an affiliated entity of new client ***Joint and Several Liquidators of Lehman Brothers Commercial Corporation Asia Limited*** (opened 2009). |
| Marshall & Isley Trust Co., N.A. <br><br> North Star Trust Company | Potential Party in Interest <br><br> Significant Lessor | • ***Marshall & Isley Corporation***, the parent company of Marshall & Isley Trust Co., N.A. and North Star Trust Company, is a new client (opened 2009). |
| Microsoft Corporation; and <br><br> Microsoft Licensing GP <br><br><br><br> Microsoft Licensing | Trade Debt Holder <br><br> Trade Debt Holder; <br><br> and <br><br> Large Unsecured Creditor | • Microsoft Corporation is a joint venture participant with new client ***Tribune Company*** (opened 2008). |

- B102 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Neuberger Investment Management | Parent of Related Parties Neuberger Berman Agency, Inc., Neuberger Berman Asset Management LLC, Neuberger Berman Pty Ltd. and Executive Monetary Management, Inc. | • Neuberger Investment Management is a majority stockholder of new client *Neuberger Investment Management Japan Limited* (opened 2009). |
| NY State Department of Taxation & Finance | Related Party | • New York state-related entity Dormitory Authority of the State of New York is a former client (closed 2008); and<br><br>• New York state-related entity New York State Common Retirement Fund was among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and an interested party in the GM chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors.<br><br>• *See also* entry above for new party New York Office of Unclaimed Funds regarding related disclosure. |
| Origin HR Consulting Limited | Unsecured Creditor | • General Motors Corporation (predecessor in interest to current client *General Motors LLC*) has an equity interest in affiliate company Randstad Worknet GmbH. |
| *Overstock.Com, Inc.* | Party in Litigation with the Debtors | • *Overstock.Com, Inc.* is a new client (opened 2009). |
| *Pentwater Capital Management, L.P.* | Potential Party in Interest | • *Pentwater Capital Management, L.P.* is a new client (opened 2009). |
| PIMCO Advisors, L.P.; and PIMCO Funds Global Investors Series Public Limited Company | Bondholders | • Affiliated entities PIMCO Corporate Income Fund and PIMCO High Yield Fund are members of new client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* (opened 2009). |
| *SOS Security Incorporated* | Trade Debt Holder | • *SOS Security Incorporated* is a new client (opened 2008). |
| TAC Americas, Inc. | Trade Debt Holder | • Parent company *Schneider Electric SA* and affiliate companies *MGE UPS Systems SAS* and *Schneider Electric Asia Pacific Limited* are new clients (all opened 2009). |
| Tata American International<br><br>Tata Consultancy Services | Potential Party in Interest<br><br>Large Unsecured Creditor | • Affiliate company *Diligenta Limited* is a new client (opened 2009). |

- B103 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | Other Than Bondholders | |
| The Bank of Nova Scotia | Large Unsecured Creditor Other Than Bondholders | • The Bank of Nova Scotia is the parent of Oligra43 and Strand Funding, both members of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** (opened 2009); and<br>• Affiliate company **Scotia Fondos, S.A. de C.V., Sociedad Operadora Dades de Inversión, Grupo Financiero Scotiabank** is a new client (opened 2009).<br>• *See also* entry above for new party Scotia Capital (USA), Inc. regarding related disclosure. |
| **Transaction Networks Services GmbH** | Trade Debt Holder | • **Transaction Networks Services GmbH** is a new client (opened 2009). |
| Western Asset Management Company | Bondholder | • Western Asset Management Company is a member of new client **Ad Hoc Committee of Noteholders of Station Casinos** (opened 2009). |
| Yildiz Holding A S | Potential Party in Interest | • Affiliate company **Godiva Chocolatier, Inc.** is a potential party in interest in these chapter 11 cases and a new client (opened 2009).<br>• *See also* entry above for **Godiva Chocolatier, Inc.** regarding related disclosure. |
| York Capital Management, L.P. | Member of Informal LBHI Bondholder Group | • York Capital Management, L.P. is a member of new clients **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** and **Ad Hoc Committee of Noteholders of Chemtura Corporation** (both opened 2009). |
| Zurcher Kantonalbank | Large Unsecured Creditor Other Than Bondholders | • Affiliate company **Swisscom AG** is a new client (opened 2009). |

- B104 -