

# Year-end report 2009
# 9 February 2010

Michael Wolf, CEO
Erkki Raasuke, CFO
Göran Bronner, CRO



## Progress made in 2009

- Reduced CEE exposure

- Restructuring units established (FR&R and Ektornet)

- Capital strengthening through rights issue and managed risk weighted assets

- Improved funding structure

- Enhanced organisational and governance structure



**Results by business area**
# Q4 update

### Swedish Banking
Continued solid performance, strong growth in deposits, low credit impairments

### Baltic Banking
Lower total income due to contracting economy, lower growth rate in impaired loans

### International Banking
Slowing credit impairments in Ukraine, Russia weaker, further capacity adjustments

### Swedbank Markets
Strong year, weak trading in Q4

### Asset Management
Continued positive trend in new sales







3

Net interest income

# Continued headwinds in net interest income



**Net gains and losses**
# Slow quarter in trading

- FX gains in Ukraine SEK 82m

- Slow trading in Swedbank Markets

- Inefficiencies of hedge accounting and repurchase of own debt in Group Treasury

| SEKm | Q4 09* | Q3 09 | Q4 08 |
|---|---|---|---|
| Swedish Banking | 96 | -233 | 834 |
| Baltic Banking | 88 | 196 | -3 |
| International Banking | 143 | -197 | 228 |
| Swedbank Markets | 59 | 268 | 335 |
| Asset Management | 2 | 18 | -20 |
| Shared Services and Group Staffs | -167 | 35 | -156 |
| Ektornet | 2 | | |
| Eliminations | 0 | 0 | 26 |
| Swedbank Group | 223 | 87 | 1 244 |

* Excluding capital gain of SEK 39m (sale of Aktia shares SEK 24m and of Tallinn Stock Exchange shares SEK 15m)



5

**Costs**
# Capacity and expenses development

- FTE reduction ahead of plan

- SEK 389m reserves of variable
  remuneration reversed in Q4

- Variable remuneration expenses
  down from 2008 by SEK 920m

- Risk management and restructuring
  related expenses increasing in
  short-term

- Day-to-day operations expenses will
  be lowered further

| FTE reduction | plan H2 09 | actual H2 09 |
|---|---|---|
| Swedish Banking | 0 | -102 |
| Baltic Banking | -690 | -860 |
| Intl Banking | -660 | -821 |
| **Total** | **-1 350** | **-1 783** |

Swedbank

**Fourth quarter results 2009**

# Income statement

| SEKm | Q4 2009 | Q3 2009 | Change |
|---|---|---|---|
| Net interest income | 4 702 | 5 017 | -315 |
| Net commission income | 2 273 | 2 208 | 65 |
| Net gains/losses on financial items, fair value | 223 | 87 | 136 |
| Other income | 784 | 830 | -46 |
| **Total income** | 7 982 | 8 142 | -160 |
| Staff costs | 2 319 | 2 241 | 78 |
| Profit-based staff costs | -389 | 207 | -596 |
| Other expenses | 2 370 | 2 078 | 292 |
| **Total expenses** | 4 300 | 4 526 | -226 |
| Profit before impairments | 3 682 | 3 616 | 66 |
| Impairment of tangible assets | 352 | 77 | 275 |
| Credit impairments | 5 003 | 6 121 | -1 118 |
| **Operating profit** | -1 673 | -2 582 | 909 |
| Tax expense | 115 | 734 | -619 |
| Result for the period | -1 788 | -3 316 | 1 528 |
| **Profit for the period attributable to: Shareholders of Swedbank AB** | -1 804 | -3 337 | 1 533 |



Liquidity & Funding
# High liquidity maintained

- Survival period further increased thanks to long-term funding issuance

- Need for short-term funding continuously reduced as loan-to-deposit ratios improve

- Liquidity managed from a long-term and cost efficient view



**Stress test of liquidity as of 31 December 2009**

Swedbank

8

**Liquidity & Funding**
# Loans and deposits development

- Good growth of deposits

- Loan/deposit ratios improved in all business areas

- Quality of funding improved

| Loan/deposit ratio | 2008 | 2009 |
|---|---|---|
| Swedish Banking | 279 | 263 |
| Baltic Banking | 204 | 164 |
| Estonia | 176 | 150 |
| Latvia | 292 | 243 |
| Lithuania | 182 | 135 |
| **Group** | **262** | **240** |



**Swedish Banking (SEKbn)**

**Baltic Banking (EURbn)**

**Liquidity & Funding**
## Improved funding situation

- SEK 66bn of long-term debt issued during Q4 (and another SEK 30bn during January 2010)

- Central bank repos down to SEK 116bn

- Average maturity of full wholesale funding further extended to 22 months (>36 months for covered bonds)

**Outstanding wholesale funding Q2-Q4**

SEKbn, notional value



| | Q4 | Q3 | Q2 |
|---|---|---|---|
| Total long-term, non-guaranteed | 391 | 338 | 318 |
| Total guaranteed funding > 12M | 166 | 175 | 184 |
| Central bank repos | 116 | 165 | 206 |
| Total short-term, non-guaranteed* | 97 | 99 | 46 |
| Total guaranteed funding < 12M | 75 | 99 | 122 |

## Capital management
# Well capitalised



### Core Tier 1 capital ratio*

| | |
|---|---:|
| Core Tier 1 capital ratio* YE 08 | 9.68% |
| Result                    loss: SEK10.5bn | -1.51% |
| RWA reduction | +1.50% |
| Rights issue | +2.10% |
| Other | +0.24% |
| **Core Tier 1 capital ratio* YE 09** | **12.01%** |

\* According to Basel 2

 Swedbank

**Asset quality**
# Continued risk reduction

- CEE lending as % of equity down from 290% to 209%





**Asset quality**

# Quarterly change of 60-day past due loans – stabilisation continues



**Asset quality**
# Development of impaired loans

- Impaired loans increased by SEK 4.4bn (SEK 6.5bn excl definition change)

- The rate of increase in impaired loans is decreasing

- As expected weak performance in Latvia, Lithuania and Ukraine





**Asset quality**
# Credit impairments in Q4

- Credit impairment SEK 5 003m

  + Sweden and Estonia continued good development

  + Ukraine: reduced provisioning ratio as portfolio knowledge increases

  - Russia high losses due to thorough review of portfolio

  - Lithuania: collateral value adjustment



**Asset quality**
# Provisioning

- All portfolios thoroughly reviewed in 2009
- Portfolio provisions - individual
- Provision ratio for Group increased during Q4 from 63% to 65%



| Provision ratios: | |
|---|---|
| Swedish Banking | 96% |
| Baltic Banking Op | 57% |
| Ukraine | 78% |
| Russia | 66% |



**Asset quality**

# Repossessed assets

- Increased to SEK 1.7bn, of which SEK 0.5bn is managed by Ektornet



SEKm

Legend:
- Real Estate Residential
- Real Estate Commercial
- Passenger Transport
- Commercial Transport
- Shares
- Other

 **Swedbank**

17

**Asset quality**

# Ektornet – recouping value over time

- Independent business area as of the fourth quarter

- Management team in place – real estate experience background

- External market appraisal

- Seized collateral at year-end of SEK 517m, mainly real estate
  - Nordic region, SEK 173m
  - Estonia, SEK 150m
  - Latvia, SEK 64m
  - US, SEK 130m

- Intake forecast for 2010 is SEK 5bn

- Slow intake process continues into 2012



**Asset quality**
# Main risks 2010

- Global macro situation
    - Deleveraging
    - Sovereign risks with high fiscal debt levels
- Sweden
    - Interest rate stimulus withdrawn
    - Late impairment losses in certain segments
- Latvia
    - Political uncertainty: Election in September
- Ukraine
    - Political uncertainty

- Positives: Potential Estonian euro entry 2011



# Strategic priorities 2010

| Customer satisfaction | • Increased customer segment focus<br>• Local empowerment |

| Risk reduction | • Reducing parts of exposure in CEE countries<br>• Protecting value through FR&R and Ektornet |

| Earnings capacity | • New business initiatives in Sweden<br>• Strong focus on cost and efficiency |

| Liquidity & Capital management | • Increased covered bonds issuance<br>• Balancing loan/deposit in all business areas |

Swedbank

20

# Customer-centric organisational model



## Outlook

Given that the global macro economy continues to develop positively without substantial divergence, particularly in Latvia and Ukraine, a profit for the full-year 2010 is feasible.

# Appendix

**Results 2009**

# Income statement

| SEKm | FY 2009 | FY 2008 | Change |
|---|---|---|---|
| Net interest income | 20 765 | 21 702 | -937 |
| Net commission income | 7 825 | 8 830 | -1 005 |
| Net gains/losses on financial items, fair value | 2 731 | 2 351 | 380 |
| Other income | 3 461 | 3 580 | -119 |
| **Total income** | **34 782** | **36 463** | **-1 681** |
| Staff costs | 9 184 | 9 142 | 42 |
| Profit-based staff costs | 17 | 950 | -933 |
| Other expenses | 8 647 | 7 966 | 681 |
| **Total expenses** | **17 848** | **18 058** | **-210** |
| **Profit before impairments** | **16 934** | **18 405** | **-1 471** |
| Impairment of intangible assets | 1 305 | 1 403 | |
| Impairment of tangible assets | 449 | 27 | 422 |
| Credit impairments | 24 641 | 3 156 | 21 485 |
| **Operating profit** | **-9 461** | **13 819** | **-23 280** |
| Tax expense | 981 | 2 880 | -1 899 |
| Result for the period | -10 442 | 10 939 | -21 381 |
| **Result for the period attributable to: Shareholders of Swedbank AB** | **-10 511** | **10 887** | **-21 398** |



24

# Balance sheet

| Swedbank Group SEKm | Dec 09 | Dec 08 | % |
|---|---|---|---|
| Loans to credit institutions | 92 131 | 128 536 | -28% |
| Loans to the public | 1 290 667 | 1 287 424 | 0% |
| Interest-bearing securities | 170 615 | 133 694 | 28% |
| Fund shares for which customers bear the investment risk | 78 194 | 51 638 | 51% |
| Shares and participating interests | 9 505 | 6 557 | 45% |
| Derivatives | 72 969 | 128 055 | -43% |
| Other assets | 80 606 | 75 786 | 6% |
| **Total assets** | **1 794 687** | **1 811 690** | **-1%** |
| Amounts owed to credit institutions | 231 687 | 316 730 | -27% |
| Deposits and borrowings from the public | 504 424 | 508 456 | -1% |
| Debt securities in issue | 703 258 | 593 365 | 19% |
| Financial liabilities for which customers bear the investment risk | 80 132 | 52 074 | 54% |
| Derivatives | 72 172 | 116 720 | -38% |
| Other liabilities and provisions | 75 057 | 93 128 | -19% |
| Subordinated liabilities | 37 983 | 44 755 | -15% |
| Equity | 89 974 | 86 462 | 4% |
| - Non-controlling interest | 304 | 232 | 31% |
| - Equity attributable to shareholders | 89 670 | 86 230 | 4% |
| **Total liabilities and equity** | **1 794 687** | **1 811 690** | **-1%** |



**Liquidity & Funding**
# Long-term funding

- In Q4 Swedbank issued SEK 66bn of covered bonds and senior unsecured bonds compared to maturities of SEK 14bn

- No Government guaranteed bonds issued since announcement of rights issue (Aug)

- Average maturity of wholesale funding further extended to 22 months

- Maturities of SEK 141bn over next 12 months



**Swedbank, long-term maturity profile (including Swedbank Mortgage)**

SEKbn, nom

**Swedbank**

**Liquidity & Funding**

# Funding under the Swedish guarantee programme

(total outstanding as per 31 December, notional SEK 241bn)

- Total outstanding guaranteed funding with maturity >12 months decreased by SEK 9bn to ca SEK 166bn

- No issuance under the government guarantee during Q4

- Total outstanding guaranteed funding with maturity <12 months decreased by SEK 24bn to ca SEK 75bn

- Small FX effects during the quarter



**Currency distribution**

| | | |
|---|---|---|
| EUR | 43% | |
| USD | 29% | |
| SEK | 22% | |
| CHF | 4% | |
| JPY | 2% | |
| | 100% | |

**Maturity distribution**

| | | |
|---|---|---|
| 3-4Y | 17% | |
| 2-3Y | 17% | |
| 1-2Y | 34% | |
| < 12 M | 32% | |
| | 100% | |

 Swedbank

# Cover pool and new issuance of cover bonds

## Cover pool data

| | |
|---|---|
| Total pool size | SEK 608bn |
| Average loan size | SEK 398 818 |
| Number of loans outstanding | 1 524 546 |
| Types of loans | Residential Mortgages (90.3%), Public (2.9%), Commercial (0.1%), Forest and Agriculture (6.7%) |
| Fixed / Floating interest loans[1] | Fixed 49%, Floating 51% |
| Average LTV[2] | WA LTV on loan level 44%, on property level 58% |
| Maximum LTV[3] | Underwriting maximum LTV limits 75% |
| Average maturity | 54 months |
| Non performing loans[4] | None |
| Geographic distribution (Sweden only) | West 20%, South 24%, East 17%, Middle 32% and North 7% |
| Dynamic pool | Yes |

[1] Distribution by origination, floating interest loans < 365 days

[2] LTV: by volume (loan level), index-valuation as of 31 Dec 2008

[3] Commercial properties 60%, Forest and Agricultural 70%

[4] Past due loans > 60 days are not eligible for the cover pool

- Since Q3, two euro covered bonds have been issued
  - Euro Mid Term Note CB 7Y, EUR 1.25bn, Sep/Oct 2009
  - Euro Mid Term Note CB 3Y, EUR 1bn, Jan 2010

- Also continued good demand for domestic covered bonds issuance through tap system



# Swedbank Mortgage, 31 Dec 2009, total loan portfolio SEK 672bn

- 100% lending – Swedish properties

- 90% residential lending

- Average LTV* of 45% (loan level) 60% (property level). Cover pool 44% / 58%

- 79% of the total lending book within a loan-to-value* ratio below 50%



*LTV calculated on a loan-by-loan level



# Swedish Banking lending to the public, excluding Swedbank Mortgage, SEK 276bn



Real estate management (SEK 91bn)

SEKm

- Municipalities
- Other corporate lending
- Forestry and agriculture
- Transportation
- Manufacturing
- Construction
- Hotels and restaurants
- Retail
- Real estate management
- Private individuals

Other 10%
Residential 27%
Industry 10%
Housing cooperative associations 10%
Commercial properties 43%

**Earnings capacity**

# Foreign exchange positions as of 31 December 2009

| SEKm | EEK | LVL | LTL | UAH | RUB |
|---|---|---|---|---|---|
| Structural position | -36 577 | 64 | -14 234 | 410 | -5 |
| Net assets | 20 301 | 7 642 | 5 651 | 1 080 | 1 042 |
| Equity hedge | 0 | - 7 607 | -5 645 | 0 | 0 |
| Goodwill | 11 541 | 0 | 0 | 0 | 13 |
| **Total position** | **- 4 735** | **99** | **-14 228** | **1 490** | **1 050** |

Swedbank

Appendix – Baltic Banking

# Baltic Banking gross lending by sectors*



**Portfolio, December 2009, EURm**

| | |
|---|---|
| Individuals | Mortgage / Other — 46% |
| Real estate mgmt*** | 3,162 — 18% |
| Retail & Wholesale | 1,244 — 7% |
| Industry | 1,361 — 8% |
| Transport | 853 — 5% |
| Construction | 358 — 2% |
| Other** | 2,645 — 14% |

**Portfolio growth, Q4 09, EURm**

| | |
|---|---|
| Individuals | -230 |
| Real estate mgmt*** | 21 |
| Retail & Wholesale | -110 |
| Industry | -43 |
| Transport | -52 |
| Construction | -40 |
| Other** | -238 |

%   share of portfolio
*    Lending portfolio split is based on NACE classification as presented to central bank
**   Other portfolio includes Other business services, Energy, Agriculture, State & Municipality and Other loans. Largest decline in Other business services and State loans
*** There is a customer Standard Industry Classification (SIC) code data update process ongoing and as a result, real estate management sector exposure increased. No major new loans have been granted.



**Swedbank**

# Real estate prices stabilised in the second half of 2009









LTV risk dimensions

# Mortgage portfolio LTV

- Due to the price drop in all three Baltic countries, average LTVs have increased significantly

- Latvia was hurt most, due to higher share of portfolio issued at peak prices and a steeper price drop

| | EE | LV | LT |
|---|---|---|---|
| Average LTV*: 2009-12-31 | 90% | 166% | 92% |
| Share of portfolio with LTV >100%** | 39% | 80% | 42% |

*Average LTV: exposure weighted average of client LTVs within the portfolio
**Share of portfolio with LTV>100%: sum of exposures where client LTV surpasses 100% in the total portfolio

