**THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE PLAN. ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. THIS DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN APPROVED BY THE BANKRUPTCY COURT.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### DEBTORS' DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE

WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Dated: April 14, 2010
New York, New York

## SUMMARY OF CLASSIFICATION, TREATMENT AND ESTIMATED RECOVERY OF CLAIMS AND EQUITY INTERESTS UNDER THE PLAN

### Lehman Brothers Holdings Inc. ("LBHI")

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery[3] | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 1 | Priority Non-Tax Claims against LBHI | Payment in full, in Cash. Claims in Class 1 shall not receive post petition interest. | 100% | Impaired, Entitled to Vote |
| 2 | Secured Claims against LBHI | At the option of LBHI: (i) payment in Cash in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender to the holder of such Allowed Secured Claim of the Collateral securing such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the holder of the Allowed Secured Claim is entitled. | 100% | Impaired, Entitled to Vote |
| 3 | Senior Unsecured Claims against LBHI | Payment in Cash in the amount of (i) its Pro Rata Share of Available Cash from LBHI, and (ii) its Pro Rata Senior Unsecured Claim Share of Reallocated Distributions. | 17.4% | Impaired, Entitled to Vote |
| 4 | General Unsecured Claims against LBHI | Payment in Cash of its Pro Rata Share of Available Cash from LBHI. | 14.7% | Impaired, Entitled to Vote |
| 5 | Subordinated Unsecured Claims against LBHI | No Distribution (because such Distributions are automatically reallocated to Senior Unsecured Claims in accordance with the underlying agreements). | 0% | Impaired, Not Entitled to Vote, Deemed to Reject |
| 6 | Intercompany Claims against LBHI | Payment in Cash of its Pro Rata Share of Available Cash from LBHI. | 14.7% | Impaired, Entitled to Vote |
| 7A | Third-Party Guarantee Claims for which LBSF is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7A will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7B | Third-Party Guarantee Claims for which LBCS is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7B will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |

---

[3] With respect to all Debtors: (i) where the recovery percentage is shown as "N/A," the amount of estimated Claims in such Class is $0 and (ii) where 0% is shown, the Allowed Claims for such Class is less than $500,000.

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery[3] | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 7C | Third-Party Guarantee Claims for which LBCC is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7C will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7D | Third-Party Guarantee Claims for which LOTC is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7D will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7E | Third-Party Guarantee Claims for which LBDP is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7E will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash.<br><br>**The Debtors estimate that the Clams in this Class will recover 100% of their Allowed Claim amounts from LBDP** | N/A | Impaired, Entitled to Vote |
| 7F | Third-Party Guarantee Claims for which LCPI is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7F will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7G | Third-Party Guarantee Claims for which LBIE is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7G will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7H | Third-Party Guarantee Claims for which LBL is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7H will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7I | Third-Party Guarantee Claims for which LBT is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7I will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |
| 7J | Third-Party Guarantee Claims for which Bankhaus is the Primary Obligor on the corresponding Primary Claims | Each holder of a Claim in Class 7J will participate in recoveries under the Plan on the basis of its Permitted Third-Party Guarantee Claim. Each Permitted Third-Party Guarantee Claim will receive a Pro Rata Share of Available Cash. | 14.7% | Impaired, Entitled to Vote |

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 2 | Secured Claims against LBSF | At the option of LBSF: (i) payment in Cash in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender to the holder of such Allowed Secured Claim of the Collateral securing such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the holder of the Allowed Secured Claim is entitled. | 100% | Impaired, Entitled to Vote |
| 3 | General Unsecured Claims against LBSF | Payment in Cash of its Pro Rata Share of Available Cash from LBSF. | 24.1% | Impaired, Entitled to Vote |
| 4 | Intercompany Claims against LBSF | Payment in Cash of its Pro Rata Share of Available Cash from LBSF. | 24.1% | Impaired, Entitled to Vote |
| 5 | Equity Interests in LBSF | No Distributions (unless all other holders of Allowed Claims against LBSF have been paid in full). Equity Interest shall remain in place until LBSF is dissolved. | N/A | Impaired, Not Entitled to Vote, Deemed to Reject |

## Lehman Brothers OTC Derivatives Inc. ("LOTC")

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 1 | Priority Non-Tax Claims against LOTC | Payment in full, in Cash<br><br>Claims in Class 1 shall not receive post petition interest. | 100% | Impaired, Entitled to Vote |
| 2 | Secured Claims against LOTC | At the option of LOTC: (i) payment in Cash in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender to the holder of such Allowed Secured Claim of the Collateral securing such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the holder of the Allowed Secured Claim is entitled. | 100% | Impaired, Entitled to Vote |
| 3 | General Unsecured Claims against LOTC | Payment in Cash of its Pro Rata Share of Available Cash from LOTC. | 18.3% | Impaired, Entitled to Vote |
| 4 | Intercompany Claims against LOTC | Payment in Cash of its Pro Rata Share of Available Cash from LOTC. | 18.3% | Impaired, Entitled to Vote |
| 5 | Equity Interests in LOTC | No Distributions (unless all other holders of Allowed Claims against LOTC have been paid in full). Equity Interest shall remain in place until LOTC is dissolved. | N/A | Impaired, Not Entitled to Vote, Deemed to Reject |

### Lehman Brothers Commercial Corporation ("LBCC")

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 1 | Priority Non-Tax Claims against LBCC | Payment in full, in Cash<br><br>Claims in Class 1 shall not receive post petition interest. | 100% | Impaired, Entitled to Vote |
| 2 | Secured Claims against LBCC | At the option of LBCC: (i) payment in Cash in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender to the holder of such Allowed Secured Claim of the Collateral securing such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the holder of the Allowed Secured Claim is entitled. | 100% | Impaired, Entitled to Vote |
| 3 | General Unsecured Claims against LBCC | Payment in Cash of its Pro Rata Share of Available Cash from LBCC. | 30.8% | Impaired, Entitled to Vote |
| 4 | Intercompany Claims against LBCC | Payment in Cash of its Pro Rata Share of Available Cash from LBCC. | 30.8% | Impaired, Entitled to Vote |
| 5 | Equity Interests in LBCC | No Distributions (unless all other holders of Allowed Claims against LBCC have been paid in full). Equity Interest shall remain in place until LBCC is dissolved. | N/A | Impaired, Not Entitled to Vote, Deemed to Reject |

### Lehman Brothers Derivatives Products Inc. ("LBDP")

| Class | Type of Claim or Equity Interest | Treatment of Allowed Claims Under the Plan | Estimated Recovery | Impairment; Entitlement to Vote |
|---|---|---|---|---|
| 1 | Priority Non-Tax Claims against LBDP | Payment in full, in Cash<br><br>Claims in Class 1 shall not receive post petition interest. | 100% | Impaired, Entitled to Vote |
| 2 | Secured Claims against LBDP | At the option of LBDP: (i) payment in Cash in an amount equal to the Allowed amount of such Secured Claim on the later of the Effective Date and the date such Secured Claim becomes an Allowed Secured Claim; (ii) the sale or disposition proceeds of the Collateral securing such Allowed Secured Claim to the extent of the value of the Collateral securing such Allowed Secured Claim; (iii) surrender to the holder of such Allowed Secured Claim of the Collateral securing such Allowed Secured Claim; or (iv) such treatment that leaves unaltered the legal, equitable, and contractual rights to which the holder of the Allowed Secured Claim is entitled. | 100% | Impaired, Entitled to Vote |
| 3 | General Unsecured Claims against LBDP | Payment in Cash of its Pro Rata Share of Available Cash from LBDP. | 100% | Impaired, Entitled to Vote |