**Objection Deadline: October 31, 2008 @ 4:00 p.m.**
**Hearing Date: November 5, 2008 @ 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., <u>ET AL.</u>, FOR ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING EMPLOYMENT AND RETENTION OF FTI CONSULTING INC., AS ITS <u>FINANCIAL ADVISOR AS OF SEPTEMBER 17, 2008</u>

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "<u>Committee</u>"), appointed in the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. ("<u>LBHI</u>"), and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>" and together with their non-debtor affiliates, "<u>Lehman</u>") hereby applies (the "<u>Application</u>") for an order, under sections 328(a) and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 2014-1 of the Local Bankruptcy Rules for the District of New York (the "<u>Local Rules</u>"), authorizing the employment and retention of FTI Consulting, Inc. ("<u>FTI</u>"), as financial advisors to the Committee effective as of September 17, 2008. The facts and circumstances supporting this Application are set forth in the Affidavit of Michael Eisenband, Senior Managing Director with FTI, in support of this Application, attached hereto as Exhibit <u>A</u> (the "<u>Eisenband Affidavit</u>").

## **BACKGROUND**

1.      <u>Chapter 11 Filings</u>.  On September 15, 2008, LBHI filed with this Court

a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "<u>Initial Petition</u>

<u>Date</u>").  Thereafter, on September 16, 2008, LB 745 LLC filed a voluntary petition for relief

under chapter 11 of the Bankruptcy Code; on September 23, 2008, PAMI Statler Arms LLC

filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code; on October 3,

2008, each of Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing

Inc., Lehman Brothers OTC Derivatives Inc., and Lehman Brothers Finance, S.A. filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code; and on October 5, 2008,

each of Lehman Brothers Derivative Products Inc., Lehman Commercial Paper Inc., Lehman

Brothers Commercial Corporation, Lehman Brothers Financial Products Inc., Fundo de

Investimento Multimercado Credito Privado, Lehman Scottish Finance L.P., CES Aviation

LLC, CES Aviation V LLC, CES Aviation IX LLC, and East Dover Limited filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code (references to the "<u>Petition Date</u>"

shall mean the date a particular Debtor filed its petition).  The cases of each of the other

Debtors have been consolidated for procedural purposes with that of LBHI.

2.      <u>Committee</u>.  On September 17, 2008, the United States Trustee filed the

Appointment of Committee of Unsecured Creditors (docket no. 62), and thereby appointed the

Creditors' Committee consisting of: (i) Wilmington Trust Company, as Indenture Trustee;

(ii) The Bank of NY Mellon; (iii) Shinsei Bank, Limited; (iv)  Mizuho Corporate Bank, Ltd., as

Agent; (v) The Royal Bank of Scotland, PLC; (vi) Metlife; and (vii) RR Donnelley & Sons.

On September 17, 2008, the Creditors' Committee duly selected Milbank as counsel to

represent it during the pendency of the Debtors' chapter 11 cases and selected FTI to provide

certain financial advisory services as described herein.  RR Donnelley & Sons and The Royal

Bank of Scotland, plc subsequently resigned as members of the Committee and on October 3,

2008, the United States Trustee filed the First Amended Appointment of Committee of

Unsecured Creditors (docket no. 592) appointing The Vangard Group Inc. and Aegon USA

Investment Management as additional members of the Committee.

       3.    <u>Jurisdiction</u>.  This Court has jurisdiction over this Application under 28

U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the United

States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10,

1984.  This matter constitutes a core proceeding as that term is defined in 28 U.S.C. § 157(b).

Venue of the Debtors' chapter 11 cases and this Application is proper in this district under 28

U.S.C. §§ 1408 and 1409.

       4.    No other official committees have been appointed or designated in these

chapter 11 cases.

## RELIEF REQUESTED

       5.    The Committee seeks authority to retain and employ FTI as its financial

advisor in these chapter 11 cases.  By this Application, the Committee requests that the Court

enter an order authorizing the Committee to retain and employ FTI effective as of September

17, 2008, for the purpose of providing necessary financial advisory services to the Committee

in connection with the above-captioned cases pursuant to the terms set forth herein and/or the

Eisenband Affidavit  (such terms constituting the "<u>Engagement</u>").

## APPLICABLE AUTHORITY

       6.    Section 1103(a) of the Bankruptcy Code provides, in relevant part, that

the Committee, with the Court's approval, "may select and authorize the employment by such

3

committee of one or more attorneys, accountants, or other agents, to represent or perform

services for such committee." 11 U.S.C. § 1103(a).

7.      In addition, section 328(a) of the Bankruptcy Code provides, in relevant

part, that the Committee:

> may employ or authorize the employment of a professional person under
> section 327 or 1103 of this title, as the case may be, on any reasonable
> terms and conditions of employment, including on a retainer, on an
> hourly basis, on a fixed or percentage fee basis, or on a contingent fee
> basis.  Notwithstanding such terms and conditions, the court may allow
> compensation different from the compensation provided under such
> terms and conditions after the conclusion of such employment, if such
> terms and conditions prove to have been improvident in light of
> developments not capable of being anticipated at the time of fixing such
> terms and conditions.

11 U.S.C. § 328(a).

8.      Bankruptcy Rule 2014 provides, in relevant part, as follows:

> An order approving the employment of . . . professionals pursuant to . . .
> § 1103 . . . of the Code shall be made only on application of the trustee
> or committee.

Fed. R. Bankr. P. 2014.

9.      Local Bankruptcy Rule 2014-1 provides, in relevant part, as follows:

> An application for the employment of a professional person pursuant to
> §§ 327 and 328 of the Bankruptcy Code shall state the specific facts
> showing the reasonableness of the terms and conditions of the
> employment, including the terms of any retainer, hourly fee or
> contingent fee arrangement.

S.D.N.Y. LBR 2014-1.

## **FTI'S QUALIFICATIONS**

10.      FTI is a leading global business advisory firm with over 50 offices

worldwide and more than 1,900 professionals.  FTI's corporate finance/restructuring segment,

which has more than 400 professionals, is one of the leading advisors to companies, directors,

creditors, acquirers, and other parties-in-interest involved in financially troubled companies both in and outside bankruptcy.

11.     The Committee has selected FTI to act as its financial advisor in these cases based on FTI's extensive knowledge, reputation and expertise in the restructuring field, its understanding of the issues involved in chapter 11 cases, and the depth of resources it can deploy in these cases .

12.     The Committee believes that FTI's employment is in the best interests of the Committee and all unsecured creditors.  Because of FTI's experience in business reorganizations, the Committee believes that FTI is exceptionally well qualified to serve as its financial advisor in these cases.

## SERVICES TO BE PROVIDED BY FTI

13.     All of the services that FTI will provide to the Committee will be: (i) appropriately directed by the Committee so as to avoid duplicative efforts among the professionals retained in the case, and (ii) performed in accordance with applicable standards of the profession.  Pursuant to the terms of the Engagement, the services to be provided by FTI to the Committee in these chapter 11 cases are expected to include the following:

- Assistance to the Committee in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance with a review of the Debtors' short-term cash management procedures and monitoring of cash flow;

- Assistance with a review of the Debtors' employee benefit programs, including key employee retention,  incentive, pension and other post-retirement benefit plans;

- Assistance and advice to the Committee with respect to the Debtors' identification of core business assets and the disposition of assets or liquidation of unprofitable operations;

- Assistance with a review of the Debtors' performance of cost/benefit evaluations with respect to the affirmation or rejection of various executory contracts and leases;

- Assistance in the evaluation of the Debtors' operations and identification of areas of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

- Review of historical and current accounting practices, including intercompany allocations, to assess their reasonableness and to determine actual versus reported financial performance;

- Assistance in the review of the Debtors' corporate ownership and capital structure as it impacts potential claims various entities and creditor recoveries;

- Assistance in the review of financial information distributed by the Debtors to creditors and others, including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

- Assistance to the Committee with information and analysis, as it relates to other services described herein, required pursuant to any Debtor in Possession financing including, but not limited to review of borrowing base calculations and financial covenants;

- Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Coordination with Alvarez & Marsal, proposed financial advisor for the Debtors, and the Debtors' other advisors in the review of the Debtors' operations and financial information as appropriate and necessary to benefit the Committee;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan in these chapter 11 proceedings;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers, and in the review of potential claims levels and the Debtors' reconciliation/estimation process;

- Assistance with various tax matters including, but not limited to, the impact of the Debtors' claims and equity trading and tax issues related to a plan of reorganization;

- Litigation advisory services with respect to accounting and tax matters, along with expert witness testimony on case related issues as required by the Committee; and

- Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

14.     The Committee is also seeking to retain and employ Houlihan Lokey Howard & Zukin Capital, Inc., ("Houlihan") as its investment banker.  Houlihan's services will primarily include, but are not limited to, financial modeling, valuation analysis, the review and analysis of the Debtors' capital structure and business operations, the winding-down of the Debtors' trading book, the evaluation of  asset sales and the assessment, evaluation and/or formation of a plan and its accompanying disclosure statement.  Due to the complexity of the Debtors' chapter 11 proceedings, and the nature and scope of the Debtors' assets and business operations, FTI does not have the specialization to provide those services it is contemplated will be provided by Houlihan.  To the extent that the scope and types of services provided by FTI and Houlihan, or any other professional retained and employed by the Committee (the "Additional Professionals"), may overlap,  FTI will undertake to coordinate its services to the Committee with those of Houlihan or the Additional Professionals to minimize any potential duplication in the services provided and any potential burden on the Debtors and their professionals.  It is anticipated that FTI and Houlihan will perform certain similar services with respect to discrete portfolios of assets, transactions and contractual relationships, the sheer magnitude of which outstrip the capacity of any individual firm to provide timely analysis and advice to the Committee.  Moreover,  the Committee expects FTI and Houlihan and any Additional Professionals, in consultation with the Debtors and their professional advisors, to develop a protocol with respect to coordinating and consolidating any and all information requests to the Debtors.

15.     Further, should the situation arise, FTI and Houlihan and any Additional Professionals will share, if necessary, information each receives from the Debtors.  This should eliminate the need to separately request information already in the possession (or previously requested) by another professional employed by the Committee.  Further, FTI will coordinate with Houlihan and any Additional Professionals via telephone conferences and meetings with the Debtors and/or their professionals, so that, if the topic(s) or information to be discussed is also relevant to a matter within another's scope of responsibility, that other will be informed, and the topics/information can be discussed efficiently and without duplication.  The implementation of such procedures should ensure that there is little, if any, incremental burden placed on the Debtors during these cases as a result of the Committee's proposed retention of multiple firms.  FTI will work with Houlihan and any Additional Professionals to develop further procedures to control the burden on the Debtors and their professionals.

## **CONSIDERATION TO FTI**

16.     Subject to the Court's approval, FTI will be entitled to the following consideration[1] for its services the Engagement:

- Monthly Fee.  FTI shall be paid monthly for the services it renders on an hourly basis, according to FTI's customary hourly rates.  The rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to the Debtors' cases are as follows:

| | |
|---|---|
| Senior Managing Directors | $650-800[2] |
| Directors / Managing Directors | $475-620 |
| Associates / Consultants | $235-440 |

---

[1]     Neither the Committee, its constituents, nor any of its advisors or professionals (including, but not limited to, counsel to the Committee), shall be liable for the fees, expenses or other amounts payable to FTI under the Engagement.

[2]     For FTI professionals located outside of the United States, local country rates will be converted to U.S. Dollars on a monthly basis.

Paraprofessionals........................................... $100-190

- <u>Completion Fee.</u>  FTI shall receive a completion fee of $5.0 million (the "<u>Completion Fee</u>").  The Completion Fee shall be subject to Court approval in accordance with the standard set forth in section 328(a) of the Bankruptcy Code and shall not be subject to the standard set forth in Section 330 of the Bankruptcy Code.  Notwithstanding the foregoing, the U.S. Trustee shall retain the right to object to the Completion Fee based on the reasonableness standard provided for in section 330 of the Bankruptcy Code.  The Completion Fee will be considered earned and payable, subject to Bankruptcy Court approval, upon the earliest occurrence of the following: (a) the confirmation of a plan of reorganization or plan of liquidation; (b) the sale or liquidation of all or substantially all of the Company's assets (whether in one or multiple transactions); and (c) the conversion of the case to a case under chapter 7 of the Bankruptcy Code (in which event the Completion Fee, to the extent approved, will be payable in the same order of priority as other allowed chapter 11 administrative expenses).

- <u>Indemnification</u>.  FTI and its affiliates, and their respective past, present and future directors, officers, shareholders, employees, agents and controlling persons, shall be indemnified and held harmless by the Debtors to the fullest extent lawful, from and against any and all losses, claims, damages or liabilities (or actions in respect thereof), joint or several, arising out of or related to the Engagement, any actions taken or omitted to be taken by an indemnified party in connection with FTI's provision of services to the Committee, or any transaction or proposed Transaction contemplated thereby. In addition, the Indemnified Parties shall be reimbursed for any legal or other expenses reasonably incurred by them in respect thereof at the time such expenses are incurred; <u>provided</u>, <u>however</u>, there the Debtors shall have no liability under the foregoing indemnity and reimbursement agreement for any loss, claim, damage or liability which is finally judicially determined to have resulted primarily from the willful misconduct, gross negligence, bad faith or self-dealing of any Indemnified Party.

17.     The terms of the Engagement were negotiated between the Committee and FTI, and reflect the Committee's evaluation of the extensive work that will be performed by FTI and its expertise.

## <u>DISCLOSURE CONCERNING CONFLICTS OF INTEREST</u>

18.     To the best of the Committee's knowledge, information, and belief, other than as set forth or in the Eisenband Affidavit, FTI has not represented and has no relationship with: (i) the Debtors, (ii) their respective creditors or equity security holders, (iii) any other parties-in-interest in these cases, (iv) the respective attorneys and accountants of any

of the foregoing, or (v) the United States Trustee or any other person employed in the Office of the United States Trustee.

19.      FTI will not represent clients in respect of transactions involving the Debtors or non-Debtor entities that are a part of Lehman, or affiliated with the Debtors or other members of Lehman, if any such representation will  be materially adverse to the interests of Lehman or the Debtors. In the event FTI is authorized, after adequate disclosure and notice, to pursue concurrent engagements of matters related to Lehman on behalf of specific creditors or other parties in interest, the FTI professionals performing services for such specific creditors or other parties in interest will be subject to ethical wall procedures, and the Committee will be advised by Houlihan in respect of such matters.

20.      FTI is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code.[3]  The Eisenband Affidavit, executed on behalf of FTI in accordance with section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, is filed contemporaneously herewith and incorporated herein by reference.  The Committee's knowledge, information, and belief regarding the matters set forth in this Application are based, and made in reliance, upon the Eisenband Affidavit.  The Committee believes that the employment of FTI would be in the best interests of the Committee, the Debtors and their estates and creditors.

## FEE APPLICATIONS AND INTERIM PAYMENTS

21.      FTI has received no compensation from the Debtors or any other party-in-interest in connection with these chapter 11 cases.

---

[3]      Section 328(c) of the Bankruptcy Code allows a Court to deny allowance of compensation to a person employed under Section 1103 if such person is not "disinterested" at any time during such employment. Section 1103, however, does not contain the "disinterested person" requirement.

22.     Pursuant to section 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders of this Court, FTI will apply to the Court for the interim and final allowance of compensation and reimbursement of expenses.

## NOTICE

23.     No trustee or examiner has been appointed in these cases.  Notice of this Application has been given to (i) the United States Trustee, (ii) counsel for the Debtors, and (iii) those entities that have requested receipt of notice in these cases (collectively, the "Notice Parties").  In light of the relief requested herein, the Committee submits that no other or further notice is required.

## NO PRIOR REQUEST

24.     No previous application for the relief requested herein has been made to this or any other court.

## MEMORANDUM OF LAW

25.     Pursuant to Local Rule 9013-1, because there are no novel issues of law presented herein, the Creditors' Committee respectfully reserves the right to file a brief in reply to any objection to this Application.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit B, (i) authorizing the Committee to retain and employ FTI effective as of September 17, 2008, as its financial advisor pursuant to sections 328(a) and 1103 of the Bankruptcy Code and (ii) granting the Committee such other relief as is appropriate.

DATED:  New York, New York
        October 21, 2008

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>**

Wilmington Trust Company, as Indenture Trustee Designated Signatory for Official Committee of Unsecured Creditors

By   <u>/s/ Julie Becker</u>
Name: Julie Becker
Title: Vice President

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,:   Case No. 08-13555 (JMP)
                                                :
                              Debtors.           :   (Jointly Administered)
------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF THE APPLICATION OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL.,
FOR ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P.
2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING EMPLOYMENT AND
RETENTION OF FTI CONSULTING INC., AS ITS
FINANCIAL ADVISOR AS OF SEPTEMBER 17, 2008**

STATE OF NEW YORK      )
                       : ss.
COUNTY OF NEW YORK   )

I, Michael Eisenband, being duly sworn, hereby depose and say:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly

owned subsidiaries, agents, independent contractors and employees "FTI"), a financial advisory

services firm with numerous offices throughout the country.  I submit this Affidavit on behalf of FTI

(the "Affidavit") in support of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") to Lehman Brothers Holdings, Inc., et al., the debtors and

debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an

order authorizing the employment and retention of FTI as financial advisors under the terms and

conditions set forth in the Application. Except as otherwise noted[1], I have personal knowledge of the

matters set forth herein.

**DISINTERESTEDNESS AND ELIGIBILITY**

2.      In connection with the preparation of this Affidavit, FTI conducted a review of its

---

[1]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI
and are based on information provided by them.

contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A list of the entities on Exhibit A that FTI identified as present or recent former clients as a result of this process is set forth on Exhibit B to this Affidavit. None of the entities identified on Exhibit B to this Affidavit account for revenue in excess of 1% of annual FTI revenue for the fiscal year ended December 31, 2007.

3.        Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, forensic and litigation consulting, electronic evidence, economic consulting, and strategic communications services. To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.        Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for

2

various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee herein in matters upon which FTI is to be employed, and none are in connection with these cases.

5.    FTI and/or its affiliates have had engagements involving the Debtor and non-Debtor affiliates, but such engagements did not pertain to these Chapter 11 proceedings:

a)    FTI was retained by Lehman Brothers in 2007 to provide lender due diligence services related to a potential loan to Verint Systems, Inc., a software Company. FTI's work in this matter was completed in February 2007.

b)    FTI was retained by Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as forensic accountants and financial advisors in a matter where Milbank represented Lehman Commercial Paper Inc. ("LCPI ") as Administrative Agent under a Credit Agreement.   FTI provided expert consulting related to the interpretation of loan agreements.  FTI last performed services in this matter in July 2008.   FTI will not perform any additional services in connection with this matter during the Debtors Chapter 11 proceedings without the approval of the Court.

c)    FTI was engaged by Gramercy Capital in 2008 to perform a fraudulent conveyance analysis in connection with distributions made by LBREP/L SunCal Master I, LLC, to its two members, after receipt of proceeds from a bond issuance. Gramercy Capital

3

is a bond holder.  Gramercy has recently filed an involuntary proceeding against LBREP/L SunCal Master I, LLC.  FTI last performed services in this matter in early August 2008.  FTI will not perform any additional services in connection with this matter during the Debtors Chapter 11 proceedings without the approval of the Court.

d)      FTI's strategic communications practice in London was engaged by Lehman Brothers Private Fund Advisors in 2007 to assist with communications related to the IPO of a closed ended investment company, Lehman Brothers Private Equity Partners.  The transaction occurred in July 2007. FTI''s strategic communications practice in London was engaged subsequently and continues to provide internal and external communications for Lehman Brothers Private Equity Partners, a listed private equity fund of funds, in which Lehman Brothers Private Fund Advisors holds a 25% equity interest.  Lehman Brothers Private Equity Partners is a unit of the UK operating company that is presently the subject of a pending administration proceeding.

e)      FTI was retained by Lehman Brothers Japan, Inc. to perform a due diligence review into one company and one individual in Thailand.   Following the bankruptcy announcement, the project was terminated and no further services are being performed by FTI as it relates to this matter.

f)      FTI's technology group licenses certain electronic discovery software to DiscoverReady,  and is paid a royalty by DiscoverReady pursuant to the terms of a licensing agreement.  DiscoverReady is an electronic evidence vendor of the Debtor

4

and utilizes the licensed software in providing its electronic discovery services to the Debtor.

g)     Over the past several years, FTI has provided due diligence services in regard to various corporations that were issuing debt securities underwritten by Lehman entities. In all situations, FTI's client was either the company issuing the securities or an insurance company guaranteeing the securities.

h)     FTI has been retained by various law firms, to provide financial advisory services, on behalf of various ad hoc counterparty committees involved in commutation negotiations with certain troubled financial guarantors. In each of these engagements a Lehman entity has been, or had been, a member of the group.

i)     FTI's Technology practice has been retained by an existing hedge fund client and its counsel in September 2008 to perform electronic evidence services in connection with a subpoena issued by a regulatory agency seeking information related to debtor parties, and certain unrelated third parties. The FTI Technology engagement team will collect electronically stored information from hedge fund personnel, use proprietary software technology to process the information and make it available to the hedge fund and its counsel for review and determination of information that is responsive to the subpoena2.

j)     In November 2007, an employee of FTI, seeking to hedge certain shares of restricted FTI common stock, entered into an equity swap agreement with Lehman Brothers

---

2       The FTI professionals performing services in this engagement will be subject to FTI's standard ethical wall procedures. Moreover, FTI maintains an electronic information security program that includes administrative, technical and physical safeguards to ensure the security and confidentiality of client information and to protect

OTC Derivatives ("Lehman OTC").  On September 29, 2008, the FTI employee sent a termination notice to Lehman OTC.  This employee has no involvement with the FTI team performing services in these proceedings nor does this employee have any professional involvement in this matter in any capacity.  To ensure that this employee will not receive any information regarding this engagement, an information wall has been established by FTI with respect to this employee and FTI professionals on this engagement (collectively, the "FTI Committee Professionals").

6.    FTI has been involved with various litigation matters as it relates to the Debtor as follows:

a)    FTI was retained in 2007 by Latham & Watkins on behalf of Lehman Brothers Holding, Inc., Lehman Brothers, Inc. and certain investment bankers, as defendants, in a lawsuit for breach of contract.  FTI prepared an expert damages report and was prepared to testify as an expert witness.  In addition, FTI prepared graphics and technology for the trial.  The case was settled during the trial.  This matter was unrelated to these proceedings and FTI's work was completed prior to the Debtors filing for Chapter 11.

b)    FTI was retained in 2007 by Wachtell Lipton on behalf of Lehman Brothers and Tishman Speyer to perform economic consulting and expert services over a dispute related to an acquisition.  This matter was unrelated to these proceedings and FTI's work was completed in January 2008.

---

against unauthorized access to or use of client information.

c)      FTI was retained by McKee Nelson, LLP, counsel for Lehman Brothers, in 2007 to provide data hosting services related to several Lehman tax controversy matters involving the Internal Revenue Service.  FTI continues to provide these data hosting services. FTI has implemented ethical wall procedures, and as described above in footnote 2, maintains an electronic evidence information security program that protects against unauthorized access to or use of client information.  No FTI professionals performing services for the Committee will have access to the information hosted in connection with this engagement.

d)      FTI was retained by Kobre & Kim LLP on behalf of a client in litigation against Lehman Brothers, Inc, and certain employees related to unauthorized investment decisions.  FTI was retained to provide expert consulting regarding the suitability of Lehman's investment decisions.  FTI last performed services in this matter in early July 2008.   FTI will not perform any services in this mater during the Debtor's Chapter 11 proceedings without the approval of the Court.

e)      FTI was engaged in 2006 by Kellogg Huber Hansen Todd & Evans on behalf of an individual related to an arbitration proceeding v. Lehman Brothers.  The arbitration stemmed from a litigation alleging breach of fiduciary duty against Lehman relating to the individual's brokerage accounts.  FTI was engaged to analyze issues related to damages.  FTI completed its work in May of 2007.

7.      FTI will not represent clients in respect of transactions involving the Debtors or non-Debtor entities that are a part of Lehman, or affiliated with the Debtors or other members of Lehman, if any such representation will be materially adverse to the interests of Lehman or the

7

Debtors. In the event FTI is authorized, after adequate disclosure and notice, to pursue concurrent engagements of matters related to Lehman on behalf of specific creditors or other parties in interest, the FTI professionals performing services for such specific creditors or other parties in interest will be subject to ethical wall procedures, and the Committee will be advised by Houlihan Lokey Howard & Zukin Capital, Inc., ("Houlihan") in respect of such matters.

8.      FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

9.      FTI is in the process of reviewing any relationship that the members of the FTI engagement team may have with anyone on the list of employees of the U.S. Trustee's office in this District, which list was taken from the U.S. Trustee's website.

10.     As such, to the best of my knowledge, FTI does not represent any other entity having an interest adverse to the Committee in connection with this case, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

11.     It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

## PROFESSIONAL COMPENSATION

12.     Subject to Court approval and in accordance with the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI.  FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application for the employment of FTI. These hourly rates are adjusted annually.  Additionally, FTI will be entitled to a Completion Fee in the amount of $5.0 million.  The Completion Fee will be considered earned and payable, subject to Bankruptcy Court approval, upon the earliest occurrence of the following: (a) the confirmation of a plan of reorganization or a plan of liquidation; (b) the sale or liquidation of all or substantially all of the Debtors' assets (whether in one transaction or multiple transactions); and (c) the conversion of the case to a case under Chapter 7 of Title 11 of the United States Code (in which event the Completion Fee, to the extent approved, will be payable in the same order of priority as other allowed chapter 11 administrative expenses).

13.     According to FTI's books and records, during the ninety day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

14.     To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

9

Dated this 21st day of October 2008.

/s/ Michael Eisenband
Michael Eisenband


SUBSCRIBED AND SWORN TO BEFORE ME this 21st day of October 2008.

/s/ Karin Jacobson
Notary Public, State of New York
No. 31-4900115
Qualified in New York County
Commission Expires Oct. 19, 2009

My Commission Expires:
Oct. 19, 2009

<u>**EXHIBIT A**</u>

**Listing of Parties-in-Interest Reviewed for Current Relationships**

**Debtor**
Lehman Brothers Holdings, Inc.

**Debtor's Attorneys**
Weil Gotshal & Manges LLP

**Debtor's Financial Advisors**
Lazard Freres & Co., LLC
Alvarez & Marsal
EPIQ Bankruptcy Solutions

**Debtor's Accountants**
Deloitte & Touch USA LLP
Ernst and Young
Price Waterhouse Coopers

**Professionals Employed by the Company**
Heller Ehrman LLP
McKenna Long & Aldridge LLP
Hahn Loeser & Parks LLP
Thacher Proffitt & Wood LLP
Simpson Thacher & Bartlett LLP
PricewaterhouseCoopers
McKee Nelson
DLA Piper
White & Case
Sidley Austin
Andrew & Kurth
Herrick & Feinstein

**Debtor's Affiliates (w/in Ch 11)**

CES Aviation IX LLC
CES Aviation LLC
CES Aviation V LLC
East Dover Limited
Fundo De Investimento Multimercado Credito Privado
Navigator Investmento No Exterior
LB 745 LLC
LB UK RE Holdings Ltd. (UK)
Lehman Brothers Commercial Corporation
Lehman Brothers Commodity Services Inc.
Lehman Brothers Derivative Products Inc.
Lehman Brothers Finance S.A.

**Debtor's Affiliates (continued)**
e-Valuate, LP
Executive Monetary Management, Inc.
Falcon Holdings I LLC
Falcon Holdings II Inc
Falcon Holdings II LLC
Falcon Investor I-X Inc.
Falcon LB Sari
Furno & Del Castano Capital Partners LLP
Gainsborough Investments BV
GKI Korea Development Limited
GKI Korea Development Ltd.
Global Korea Investments Ltd.
Global Thai Property Fund
GRA Finance Corporation Ltd.
Hills Funding One, Ltd.
Ivanhoe Lane Pty Limited
Kayenta L.P.
Kenilworth Investments  Ltd.
Kenilworth Investments 1 Ltd.
Kenilworth Investments 2 Ltd.
L.B.C. YK
L.B.C. YK  Hearn Street Holdings Limited
LB  Leaseco I
LB  LLC
LB 745 Leaseco I LLC
LB 745 LLC
LB Alpha Finance Cayman Limited
LB Asia Issuance Company Ltd.
LB Asset Management Ltd.
LB Australia and Asia Investments Limited
LB Beta Finance Cayman Limited
LB Capital Investments  Ltd.
LB Delta (Cayman) No  Ltd.
LB Delta (Cayman) No 1 Ltd
LB Delta Funding

LB Holdings Intermediate  Ltd.
LB Holdings Intermediate 1 Ltd.
LB Holdings Intermediate 2 Ltd.
LB I Group Inc.
LB India Holdings Cayman I Limited
LB India Holdings Cayman II Limited
LB India Holdings Mauritius I Limited

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

Lehman Brothers Financial Products Inc.
Lehman Brothers Holdings Japan Inc.
Lehman Brothers Holdings Plc (UK)
Lehman Brothers International (Europe)
Lehman Brothers Japan Inc.
Lehman Brothers Limited (UK)
Lehman Brothers OTC Derivatives Inc.
Lehman Brothers Special Financing Inc.
Lehman Commercial Paper Inc.
Lehman Scottish Finance L.P
PAMI Statler Arms LLC (Delaware)

**Debtor's Affiliates**
314 Commonwealth Ave, Inc.
Aegis Finance LLC
Alnwick Investments (UK) Limited
Alnwick Investments (UK) Ltd. Kingdom
Appalachian Asset Management Corp
ARS Holdings I LLC
Aurora Loan Services LLC
Ballybunion Investments No.  Ltd.
Ballybunion Investments No. 2 Ltd.
Ballybunion Investments No. 3 Ltd.
Ballybunion Partnership
Bamburgh Investments (UK) Ltd.
Banque Lehman Brothers S.A.
Blixen U.S.A.
Blue Way Finance Corporation U.A.
BNC Holdings Inc.
Brasstown Entrada I SCA
Brasstown LLC
Brasstown Mansfield I SCA
Bromley LLC
Capital Analytics II, LP
Capstone Mortgage Services Ltd.
CIMT Ltd.
Cohort Investments Limited
Commonwealth Ave. Inc.
Dynamo Investments Ltd.
Eagle Energy Management, LLC
Eagle Energy Partners I, L.P.
Eldon Street Holdings Limited

LB India Holdings Mauritius II Limited
LB Investments (UK) Limited
LB Lease & Finance No . Ltd.
LB Lease & Finance No. 1 Ltd.
LB Lomond Investments Limited
LB Russia Holdings Inc.
LB Russia Holdings LLC
LB SF No.  Ltd.
LB SF No. 1 Ltd.
LB SPV SCA
LB UK Financing Limited
LB Vin Co Inc.
LB3 GmbH
LBA Funding (Cayman) Limited
LBAC Holdings I Inc.
LBASC LLC
LBCCA Holdings I Inc.
LBCCA Holdings I LLC
LBCCA Holdings II Inc
LBCCA Holdings II LLC
LBHK Funding (Cayman) No.  Ltd.
LBHK Funding (Cayman) No. 1 Ltd.
LBHK Funding (Cayman) No. 2 Ltd.
LBHK Funding (Cayman) No. 4 Ltd.
LB-NL Holdings I Inc.
LB-NL Holdings L.P.
LB-NL U.S. Investor Inc.
LBO Funding (Cayman) Limited
LBO Investments Limited
LBQ Funding (UK)
LBS Holdings SARL
LCPI Properties, Inc.
Lehman (Cayman Islands) Ltd.
Lehman ALI Inc.
Lehman Brother Asset Management Inc.
Lehman Brothers (Luxembourg) S.A.
Lehman Brothers (PTG) Limited
Lehman Brothers AIM Holding III LLC
Lehman Brothers AIM Holding LLC
Lehman Brothers Alternative Investment Management LLC
Lehman Brothers Asia Capital Company
Lehman Brothers Asia Capital Company Kong

2

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

ELQ Holdings B.V.
ELQ Hypothekan N.V.
Entrada II Sarl
Erin Asset

Lehman Brothers Asia Holdings Limited
Lehman Brothers Asia Limited
Lehman Brothers Asia Pacific (Singapore) PTE. Ltd.

| **Debtor's Affiliates (continued)** | **Debtor's Affiliates (continued)** |
|---|---|
| Lehman Brothers Asset Management (Europe) Ltd. | Lehman Risk Advisors Inc. |
| Lehman Brothers Asset Management France | Lehman Risk services (Bermuda) Ltd. |
| Lehman Brothers Asset Management Inc | Lehman Structured Assets Inc. |
| Lehman Brothers Asset Management, LLC | Lehman Syndicated Loan Funding Inc |
| Lehman Brothers Australia Granica PTY Limited | LIBRO Holdings I Inc. |
| Lehman Brothers Australia Holdings PTY Limited | Lincoln Capital Fixed Income Management Company, LLC |
| Lehman Brothers Australia Limited | Long Point Funding Pty Ltd. |
| Lehman Brothers Bancorp Inc | Longmeade Limited |
| Lehman Brothers Bancorp UK Holdings Limited | Louise Y.K. |
| Lehman Brothers Bank FSB | LUBS Inc. |
| Lehman Brothers Bankcorp Inc. | Lunar Constellation Limited Partnership |
| Lehman Brothers Bankcorp UK Holdings Limited | LW LP Inc. |
| Lehman Brothers Bankhaus Aktiengesellschaft | M&L Debt Investments Holdings Pty Limited |
| Lehman Brothers Canada Inc. | M&L Debt Investments Pty Limited |
| Lehman Brothers Capital GmbH, Co. | MABLE Commercial Funding Limited |
| Lehman Brothers Capital Private Limited | Maewha K-STARS Ltd. |
| Lehman Brothers Co-Investment Associates LLC | MBAM Investor Limited |
| Lehman Brothers Commercial Bank | Merit, LLC |
| Lehman Brothers Commercial Corporation Asia Limited | MICT Ltd. |
| Lehman Brothers Commercial Mortgage K.K. | MMP Funding Corp. |
| Lehman Brothers do Brasil Ltda | Nai Harn Hotel 1 Company Limited |
| Lehman Brothers Equity Finance (Cayman) Limited | Nale Trust |
| Lehman Brothers Europe Limited | Neuberger & Berman Agency, Inc. |
| Lehman Brothers Fixed Income Securities Private Limited | Neuberger Berman Asset Management, LLC |
| Lehman Brothers Futures Asia Limited | Neuberger Berman Inc. |
| Lehman Brothers Futures Asset Management Corp | Neuberger Berman Investment Services, LLC |
| Lehman Brothers Global Investments LLC | Neuberger Berman Management Inc. |
| Lehman Brothers Holdings Capital Trust IV | Neuberger Berman Pty Ltd. |
| Lehman Brothers Holdings Scottish LP | Neuberger Berman, LLC |
| Lehman Brothers Holdings Scottish LP2 | New Century Finance Co., LTD. |
| Lehman Brothers Holdings Scottish LP3 | NL Funding L.P |
| Lehman Brothers Hy Opportunities Inc. | OCI Holdings Limited |
| Lehman Brothers Hy Opportunities Korea Inc. | OOO Lehman Brothers |
| Lehman Brothers Inc. | Opal Finance Holdings Ireland Limited |
| Lehman Brothers Insurance Agency L.L.C | Pentaring Inc.  Long Point Funding Pty Ltd |

3

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| Lehman Brothers Investment Holding Company Inc. | Phuket Hotel 1 Holdings Company Limited. |
| Lehman Brothers Investment Korea Inc | Pike International Y.K. |
| Lehman Brothers Investments PTE Ltd. | Pindar Pty Ltd |
| Lehman Brothers Luxembourg Investments Sarl | Portsmouth Investment Company Pty Ltd |
| Lehman Brothers Management LLC | Preferred Group Limited |
| Lehman Brothers Offshore Real Estate Associates, Ltd | Preferred Holdings Limited |
| Lehman Brothers P.A. LLC | Preferred Mortgages Limited |
| Lehman Brothers Pacific Holdings Pte. Ltd. | Principal Transactions Inc. |
| Lehman Brothers Private Equity Advisers | Property Asset Management Inc. |
| Lehman Brothers Private Equity Fund Advisors | Real Estate Private Equity Inc. |
| Lehman Brothers Private Fund Advisers LP | REPE LBREP II LLC |
| Lehman Brothers Private Fund Advisers LPD | REPE LBREP III LLC |
| Lehman Brothers Private Fund Management LP | Resetfan Limited |
| Lehman Brothers Private Funds Investment Company GP, LLC | Resetfan Limited  Capstone Mortgage Services Ltd. |
| Lehman Brothers Private Funds Investment Company LP, LLC | Revival Holdings Limited |
| Lehman Brothers Securities Asia Limited | Sage Partners, LLC |
| Lehman Brothers Securities N.V. | SAIL Investor Pte Ltd. |
| Lehman Brothers Securities Private Limited | Security Assurance Advisers, LP |
| Lehman Brothers Securities Taiwan Limited | Serafino Investments Pty Limited |
| Lehman Brothers Services India Private Limited | SOGKI Development Inc. |
| Lehman Brothers Singapore PTE Ltd. | Southern Pacific Funding |
| Lehman Brothers South East Asia Investments PTE Limited | Southern Pacific Funding 5 |
| Lehman Brothers Spain Holdings Limited | Southern Pacific Funding 5 Ltd |
| Lehman Brothers Treasury Co. B.V. | Southern Pacific Mortgage Limited |
| Lehman Brothers Trust Company of Delaware | SPML Mortgage Funding Limited |
| Lehman Brothers Trust Company, National Association | Stockholm Investments Limited |
| Lehman Brothers U.K. Holdings (Delaware) Inc. | Storm Funding Ltd. |
| Lehman Brothers U.K. Holdings Ltd. | Storm Funding Ltd. Lehman (Cayman Islands) Ltd. |
| Lehman Brothers UK Investments Limited | Sunrise Finance Co., Ltd. |
| Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH | Thayer Group Limited |
| Lehman Capital Investments  Ltd. | Thayer Properties (Jersey) Ltd. |
| Lehman Capital Investments 2 Ltd. | Thayer Properties Limited |
| Lehman Commercial Mortgage Conduit Ltd. | The Main Office Management Company, LP |
| Lehman Crossroads Corporate Investors II, LP | TMIC Ltd. |
| Lehman Crossroads Corporate Investors, LP | Wharf Reinsurance Inc. |
| Lehman Crossroads Investment Advisers, LP | Woori-LB Fifth Asset Securitization Specialty Co., Ltd. |
| Lehman Crossroads Investment Company, LP | Woori-LB Fourth Asset Securitization Specialty Co., Ltd. |
| Lehman Re Ltd. | Y.K. Tower Funding |

**Affiliations of Outside Directors**                    **Debtor's Major Shareholders**

4

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

America's Development Foundation.
Animal Medical Center
Atlantic Council
Bain & Company, Inc.
Carnegie Institution of Washington
Collexis Holdings, Inc.
Council for Excellence in Government
David Rockefeller Center for Latin American Studies at
Harvard University
Federal Reserve Bank of New York
Ferrari SpA
Folger Library
Harvard Law School
Henry Kaufman & Company
Huntsman Corporation
Institute of International Education
International Monetary Fund Staff Retirement Plan
Lehman Brothers Bank, FSB
LPGA
MGM Mirage
Naval Academy Foundation
New York University
Office Depot, Inc.
Pew Partnership for Civic Change
President's Council on International Activities – Yale
University
Reform
Sony Corporation
Stern School of Business of New York University
Stewart & Stevenson LLC
Tel-Aviv University
The Broadway League
The Economic Club of New York
The Posse Foundation, Inc.
The Ryland Group, Inc.
The St. Joe Company
Vail Resorts, Inc.
Vanderbilt University
W.R. Grace & Co
Weight Watchers International, Inc.

**Debtor's Board of Directors and Corporate Officers (ex
included)**

AXA
ClearBridge Advisors
FMR LLC

**Bank Lenders**
J.P. Morgan Chase
Wilmington Trust Company

Mizuho Corporate Bank, Ltd.
RR Donnelley & Sons
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
Shinsei Bank, Limited
Metlife

**Indenture Trustees**
Wilmington Trust

**Indenture Trustees' Attorneys**
Covington & Burling LLP

**100 Largest Unsecured Creditors**
1221 Avenue of the Americas
125 Broad Street

1301 Properties Owner LP
55 Broadway
767 Fifth  Ave
Allen & Overy
Anjarlekar & Associates
ANZ Banking Group Limited
Aozora
Ashurst Morris Crisp
Australia & New Zealand Banking Group
Australia and New Zealand Banking Group Limited
Australia National Bank
Banctec Ltd.
Bank of America Plaza STE 3500
Bank of China
Bank of Taiwan
Bank of Taiwan, New York Agency

Bloomberg L.P.

5

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| Ainslie, Michael | BNP Paribas |
| Akers, John | Broadridge Securities Processing |
| Banchetti, Riccardo | Caldwalader, Wickersham, and Taft |
| Berlind, Roger | Canary Warf Management Limited |
| Beyman, Jonathan | CB Richard Ellis Client Account RE Gloa |
| Bhattal, Jasjit S. | CDW Direct LLC |
| Callan, Erin | Chuo Mitsui Trust & Banking |
| Cruikshank, Thomas | Citibank N.A. Hong Kong Branch |
| David Goldfarb | Citibank, NA |
| Donini, Gerald A | Clearbridge Advisors |
| Evans, Marsha | Clifford Chance |
| Felder, Eric | Commonwealth Bank of Australia, Tokyo Branch |
| Freidheim, Scott | Compucenter (UK) Ltd. |
| Fuld, Richard | CW Lending II Limited |
| Geband, Michael | Davis, Polk and Wardwell |
| Gent, Sir Christopher | Dell Marketing L.P. |
| Gregory, Joseph | Deutsche Borsche AG |
| Grundhofer, Jerry | Dimension Data |
| Hernandez, Roland | DnB NOR Bank ASA |
| Kaufman, Henry | Drowst Trading, LLC |
| Kirk, Alex | Fidessa Plc. |
| Lee, Hyung S. | First Commercial Bank |
| Lessing, Stephen M. | First Commercial Bank Co., Ltd, New York Agency |
| Lowitt, Ian | FMR LLC |
| Macomber, John | FT Interactive Data |
| McDade III, Herbert H. | Haworth Singapore PTE Ltd. |
| McGee III, Hugh E. | Henegan Construction Co., Inc. |
| Meissner, Christian | Hewlett Packard AP (HONG KONG) LIMITED |
| O'Meara, Christopher | HSBC Bank |
| Russo, Thomas | Hua Nan Commercial Bank, Ltd |
| Walker, George H. | IBM Corporation |
| | ICAP Securities Limited |

**Underwriting Investment Bankers for Debtor's Securities**

| | |
|---|---|
| | Information Builders Inc. |
| ABN AMRO Rothschild | JQ Network PTD Limited |
| Hoare Govett, Ltd. | KBC Bank |
| Lehman Brothers | Kim & Chang |
| Merrill Lynch | Kingston Communications PLC |
| UBS Investment Bank | |

| **100 Largest Unsecured Creditors (continued)** | **Members of Ad Hoc or Unofficial Creditors' Committees** |
|---|---|
| Linklaters | Allstate Insurance Co. |

6

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

Linklaters, S.L.
Lloyds Bank
London & European Title Insurance Services Ltd.
London Borough of Tower Hamlets Rates
Mace Limited
McKee Nelson LLP
Mellon Corporation
Microsoft Licensing, GP
Millennium Developers PVT LTD

Mizuho Corp.

Morse Group Limited
Morse Service Holdings Limited
National Australia Bank
National Bank of Australia
National Commerce bank
Network Appliance
Nippon Life Insurance Co.
NYSE Market, Inc.
Origin HR Consulting Limited
Paul Weiss
Pricoa Relocation UK Limited
Reuters America Inc.
Reuters Ltd.
Shinkin Central Bank
Shinsei Bank
Standard & Poors
Standard and Poors Corp.
Standard Chartered Bank
Sumitomo Mitsubishi
Sumitomo Mitsubishi Banking Corp
Sungard Securities Finance Inc.
Svenska Handelsbanken
Swapswire Limited
Taipei Fubon Bank
Taipei Fubon Bank, New York Agency
Tata Consultancy Services
The Bank of Nova Scotia
The British Land Company PLC
Thompson Financial
TIBCO Software, Inc.
UFJ Bank Limited

Capital Research Management Co.
Franklin Advisors LP
Franklin Federal Intermediate-Term-Tax-Free Income Fund
Franklin Federal Tax-Free Income Fund
Franklin Georgia Tax-Free Income Fund
Franklin High-Yield Tax-Free Income Fund
Independence Holding Co.
Informal LBHI Bondholder Group
Oppenheimer Funds, Inc.
The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
The Vanguard Group

**Professionals Retained by Significant Creditor Groups**
Munsch Hardt Kopf & Harr, P.C.
Akin Gump Strauss Hauer & Feld LLP
The Wilson Law Firm, PC

**Significant Lessors and Lesses**
1111 Brickell Office, LLC
125 High Street LP
1301 Avenue of the Americas
70 Hudson Street, LLC
745 7th Avenue
8 Sound Shore Associates, LLC
Archipelago Holdings, Inc.
Atlanta - 3414 Peachtree Road
Boston - 125 High Street
Buenos Aires - Av. Leandro N. Alem 855 - Torre Alem Plaza
Chicago - 100 South Wacker Drive
Chicago - 190 S. LaSalle Street
Clifford Chance US LLP
Columbus - 2600 Corporate Exchange Drive
Constellation Place, LLC
Consultatio Inversora S.A.
Corporate Park Associates
Crescent TC Investors LP
CT Tower Investments Inc
Dallas - 200 Crescent Court
Deutsche Bank Securities, Inc.
Eastrich No. 167 Corporation
Greenwich - 8 Sound Shore Drive

7

## **EXHIBIT A**

### **Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)**

Vertex Mortgage Services
Virtx
WIPRO Infotech Enterprise Solutions
YXIME
ZKB (Zurcher Kantonalbank)

**Secured Creditors**
Danske Bank
Fenway
JPMorgan Chase
SMBC
State Street
Swedbank

**Official Creditors' Committee Members**
Mizuho Corporate Bank, Ltd.
RR Donnelley & Sons
Shinsei Bank, Limited
The Bank of NY Mellon
The Royal Bank of Scotland, PLC.
Wilmington Trust Company

**Official Creditors' Committee Attorneys**
Milbank, Tweed, Hadley & McCoy LLP

**Official Creditors' Committee Financial Advisors**
FTI Consulting
Houlihan Lokey Howard & Zukin

**Attorneys for Certain UCC Members**
Sheppard Mullin Richter & Hampton (counsel to BNY Mellon)
Strook, Stroock & Lavan (counsel to Mizuno)
Vinson & Elkins LLP (counsel to Shinsei Bank)

**50 Largest Bondholders**
Advanced Series Trust
AETNA Life Insurance Company
AIG Annuity Insurance Company
ALFA Mutual Fire Insurance Company
Allianz Life Insurance Company of North America
Alpha Mutual Fund Management

Guggenheim Concourse, L.P.
Hato Rey - 270 Munoz Rivera Avenue
Houston (Eagle) - 4700 W Sam Houston Parkway W
Huron Consulting Group, Inc.
HWA 555 Owners, LLC
JDJ Properties, Inc.
Jersey City - 70 Hudson Street
Los Angeles - 10250 Constellation Blvd - MGM Grand
MCPR Unit V LP, S.E. c/o MCPR Unit R LP
Menlo Park - 155 Linfield Drive
Miami - 1111 Brickell Avenue - Barclay's Financial Center
Middlefield Park Associates
Millennium De Investimentos Imobiliarios LTDA
MJH Wacker LLC
Monarch Centre Associates, LLC
New York - 45 Broadway
New York - 65 Broadway
Newport Beach - 680 Newport Center Dr
Palm Beach - 450 Royal Palm Way
Palm Beach Centre 1, LLC
Piscataway - 40 Corporate Place South
Rock Forty Ninth LLC
Salt Lake City - 4001 South 700 East (LBCB)
San Diego - 1450 Frazee Road (subleased from BNC Mortgage)
San Diego - Frazee, LLC
San Francisco - 555 California Street
Sao Paulo - Faria Lima Sq
Seattle - 701 Fifth Avenue
SP4 190 S. LaSalle, L.P.
Telwares, Inc.
The Irvine Company

Toronto - 161 Bay Street
WA-Columbia Center Property LLC
Washington - 2001 K Street NW
WPGH, LLC

**100 Largest Holders of Trade Debt (continued)**
Integreon Managed Solutions
Interactive Data Corp.
Intuition Publishing Inc.
Iron Mountain Digital Archives
Iron Mountain Records Management
Kepner Tregoe Inc.

8

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| American Family Life Assurance Company | Key Systems |
| American Life Insurance Company | KPMG, LLP |
| AXA Equitable Life Insurance Company | Lexis-Nexis |
| Barclays Global Fund Advisors | Liquid Engines, Inc. |
| BBVA Gestion SA SGIIC (Spain) | Logical Information Machines |
| Blackrock Advisors | Mellon Analytical Solutions |
| Capital Research and Management | Meridian It, Inc. |
| Continental Casualty Company | Michael Stapleton Associates |
| Federated Investors | Microsoft Corporation |
| Fidelity Management and Research | Network Appliance Inc. |
| Franklin Advisors Inc. | Nishimura & Partners |
| Franklin Templeton Investments | Northrop Grunman |
| Guardian Life Insurance Company | Polaris Software Lab (India), Ltd. |
| Hartford Life Insurance Company | Quest Software Inc. |
| ING Investment LLC | Rainmaker Group LLC |
| Jackson National Life Insurance | Restaurant Associates |
| John Hancock Investment Management Services | Rittal Corporation |
| John Hancock Life Insurance Company | Rockefeller Center North, Inc. |
| Liberty National Life Insurance Company | Rolfe & Nolan Systems Inc. |
| Loomis Sayles & Company L.P. | RR Donnelley Receivables Inc. |
| Medical Liability Mutual Insurance Company | SAS Institute Inc |
| Metropolitan Life Insurance | Sharon Land Company, LLC |
| Metropolitan West Capital Management | SOS Security Inc. |
| NATIXIS  Asset Management Advisors | Standard Register |
| Northwest Mutual Life Insurance Company | Storage Technology Corp |
| Phillips Hager & North Investment Management | Structure Group |
| PIMCO Advisors LP | Sungard Securities Finance Inc |
| PIMCO Funds Global Investors | Swets Information Services Inc. |
| Principal Life Insurance Company | Tac Americas, Inc. |
| Prudential Financial Inc. | Thomson Financial |
| Prudential Insurance Company of America | Tibco Software, Inc. |
| Riversource Life Insurance Company | Transaction Network Services |
| Sun Life Assure Co. of Canada | Trilogy Leasing Co. LLC |
| T. Rowe Price Associates | Trimont Real Estate Advisors Inc. |
| Teachers Insurance and Annuity Association | Triple Point Technology, Inc. |
| Thrivent Financial for Lutherans | Verrazano Consulting Solutions, LLC |
| Transamerica Life Insurance Company | Video Corporation Of America |
| UBS Investment KAG | Wipro Technologies |
| United States – Indices | Wombat Financial Software, Inc. |
| Van Kampen Asset Management | |
| Vanguard Group Incorporated | **Related Entities** |
| Western Asset Management Company | 737 Portfolio Services LLC |

9

## **EXHIBIT A**

## **Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)**

Zurich American Insurance Company

**100 Largest Holders of Trade Debt**
4 Connections LLC
A V Services Inc.
AC Nielsen Company
Acronis, Inc.
AFD Contract Furniture Inc.
Agilysys Nj, Inc.
Alpha Office Supplies Inc.
Aperture Technologies
Automated Securities Clearance Ltd.
Ayco Services Agency Inc.
CHD Meridian Healthcare
Clayton Fixed Income Services, Inc.
Compliance Data Center Inc.
Computer Associates International Inc.
Computer Financial Consultants, Inc.
Cushman & Wakefield Inc.
Cyveillance
DBRS Inc.
Dell Marketing L.P.
DGWB, Inc.
Diversified Global Graphics Group DG3
Emil Werr
Enterprise Solution Providers Inc.
EXLservice Holdings Inc.
FTInteractive Data
Gartner Group Inc.
Gotham Technology Group
Greenline Financial Technologies Inc.
Hanover Moving &Storage Co Inc.
Headstrong Services, LLC
Hewlett Packard Company
Ikon Office Solutions Inc.
ILOG Inc.
Inconit Corporation
Information Builders Inc
Infusion Development Corp.

**Related Entities (continued)**
GLG Partners, Inc.

737 Portfolio Trust
Area Assignor Corp. (dissolved)
Area Depository Corporation (dissolved)
Area GP Corporation
Aristos LLC
ASB L.L.C.
Bixen Limited
BK I Realty Inc. (dissolved)
BK II Properties Inc.
BK III Properties Inc.
Blount International, Inc.
Blue Jay Realty Corporation
Brookson Corp.
Brookwood Energy & Properties Inc.
Canope Credit Corp.
Central Funding (Concord) Corporation (dissolved)
Clarks Summit I, LLC
Clarks Summit II, LLC
CP1 Real Estate Services Inc.
CP4 Real Estate Services Inc. (dissolved)
Derma Services, Inc.
Dimont Corporation
DL Mortgage Corp.
DRA Management, Inc. (dissolved)
Eagle Energy Partners I, L.P.
Edibrook Corp.
EHP/GP Inc. (dissolved)
Equipment Management Inc.
Equity Strategies Loans LLC
Equity Strategy Loans LLC
First Ward Properties Inc.
Flagstone Reisnurance Holdings Ltd.
Flight Sim I LLC
Flight Sim II LLC
Flight Sim III LLC
Flight Sim IV LLC
Flight Sim V Inc.
FRAH Special Services Inc.
GA Dekalb Inc.

**Related Entities (continued)**
Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)

10

Affidavit in Support of The Committee's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| Global Principal Strategies Loans Inc. | Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved) |
| GRA Finance Corporation Ltd. | Lehman Brothers MBG Partners 1998 (A) L.P. |
| Growth Partners Inc. (dissolved) | Lehman Brothers MBG Partners 1998 (B) L.P. |
| Hydrocarbon Capital II LLC | Lehman Brothers MBG Partners 1998 (C) L.P. |
| IL Lombard Inc. (dissolved) | Lehman Brothers MBG Partners 1999 (A) L.P. |
| Imperial Sugar Company | Lehman Brothers MBG Partners 1999 (B) L.P. |
| Ivanhoe Lan Pty Limited | Lehman Brothers MBG Partners 1999 (C) L.P. |
| Jet Aircraft Leasing Inc. (dissolved) | Lehman Brothers MBG Partners L.P. |
| Jet Partners, LLC | Lehman Brothers MBG Venture Capital Partners 1997 |
| JFM Aviation Once LLC | Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P. |
| KM-I Real Estate Company VII (sold) | Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P. |
| Laminar Holdings LLC | Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P. |
| LB Alberta Holdings Inc. | Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P. |
| LB GPS Lightfoot L.L.C. | Lehman Brothers MLP Associates, L.P. |
| LB India Holdings Mauritius III Limited | Lehman Brothers MLP Partners, L.P. |
| LB Investment Corp. Inc. | Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd. |
| LB Investment Holding Company Limited (dissolved) | Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd. |
| LB Leasing Inc. | Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P. |
| LB Maritim Investor GmbH | Lehman Brothers Offshore Investment Partnership L.P. |
| LB Memphis Brownestone LLC | Lehman Brothers Offshore Investment Partnership-Japan L.P. |
| LB Military Housing LLC | Lehman Brothers Offshore long/short fund, ltd |
| LB Note Corp. | Lehman Brothers Offshore Long/Short Master Fund Ltd. |
| LB Ohana, LLC | Lehman Brothers Offshore Partners Ltd. |
| LB Skypower Inc. | Lehman Brothers Offshore Partnership Account 2000/2001, L.P. |
| LB Trade Corp. | Lehman Brothers Offshore Partnership GP 2000/2001 L.P. |
| LB-NL Holdings (Cayman) Limited | Lehman Brothers Overseas Inc. |
| LB-NL Holdings I Inc. | Lehman Brothers Participation Fund Associates, L.P. |
| LBQ Hong Kong Funding Ltd | Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved) |
| LBQ Hong Kong Services Limited | Lehman Brothers Secondary Fund of Funds Associates L.P. |
| LCP LTU LLC | Lehman Brothers Secondary Fund of Funds L.P. |
| LCPI Properties Inc. | Lehman Brothers South Asia Limited (Inactive) |
| LCPI Properties Inv. | Lehman Brothers Sudamerica S.A. |
| Leesburg ACG LLC | Lehman Brothers Uruguay S.A. |
| Lehman ABS Corporation | Lehman Brothers VC Partners L.P. |
| Lehman Aircraft Securitization Holdings LLC | Lehman Brothers Venture Associates Inc. |
| Lehman Asset Backed Caps Inc. | Lehman Brothers Venture Bankers' Partnership L.P. |
| Lehman Brother Venture Capital 2003 Partnership | Lehman Brothers Venture Capital Partners I, L.P. |
| Lehman Brothers (Israel) Inc. | Lehman Brothers Venture GP Partnership L.P. |
| Lehman Brothers (Spain) S.A. | Lehman Brothers Venture Partners L.P. |
| Lehman Brothers 1999 Venture Managers' Partnership L.P. | Lehman CMO Inc. |
| Lehman Brothers 1999 Vernture GP Partnership L.P. | Lehman Insurance Company |
| Lehman Brothers AIM Holding II LLC | Lehman Loan Funding I LLC |

11

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| Lehman Brothers Argentina S.A. | Lehman Mortgage  Holdings Canada II Inc. (inactive) |
| Lehman Brothers Asset Management Asia, Inc. (dissolved) | Lehman Mortgage Company of Canada (surrendered) |
| Lehman Brothers Asset Securitization LLC | Lehman Mortgage Company of Canada (surrendered) |
| Lehman Brothers Capital Partners I, L.P. | Lehman Mortgage Holdings Canada I Inc. (inactive) |
| Lehman Brothers Capital Partners II, L.P. | Lehman Municipal ABS Corp. |
| Lehman Brothers Capital Partners IV, L.P. | Lehman OPC LLC |
| Lehman Brothers CDO 2003 L.P. | Lehman Pass-Through Securities Inc. |
| Lehman Brothers CDO Associates (Cayman), Ltd. | Lehman Queens Center Inc. (inactive) |
| Lehman Brothers CDO Associates 2003 L.P. | Lehman Queens Limited Inc. (inactive) |
| Lehman Brothers CDO Associates 2004 L.P. | Lehman Realty & Development Corp. |
| Lehman Brothers CDO Opportunity Partners 2004-2, L.P. | Lehman Receivables Corp. (dissolved) |
| Lehman Brothers Commodity Service Inc. | Lehman Risk Management, Inc. (dissolved) |
| Lehman Brothers Communications Partnership | Lehman Structured Securities Corp. |
| Lehman Brothers de Chile, S.A. (dissolved) | Lehman Syndicated Loan Inc. |
| Lehman Brothers de Chile, S.A. (dissolved) | Lehman VIP Holdings Inc. |
| Lehman Brothers de Venezuela C.A. (inactive) | Lehman VIP Investment LDC |
| Lehman Brothers de Venezuela C.A. (inactive) | Lehman VIP Investment LDC |
| Lehman Brothers Derivative Fiance LLC | Liberty Corner Inc. (sold) |
| Lehman Brothers Diversified Private Equity Fund 2004, L.P. | Liberty GP II Inc. (sold) |
| Lehman Brothers Energy Canada, ULC | Libro Companhia Securitizadora de Creditos |
| Lehman Brothers Europe Inc. | LPATH Inc. |
| Lehman Brothers European Mezzanine 2002 Associates L.P. | LPTG Inc. |
| Lehman Brothers European Mezzanine 2002 L.P. | LPTG Intermediate LLC |
| Lehman Brothers European Venture Capital Associates L.P. | LPTG Intermediate LLC |
| Lehman Brothers European Venture Capital L.P. | LPTG LLC |
| Lehman Brothers Finance (Japan) Inc. | LPTG LLC |
| Lehman Brothers Fund of Funds Associates L.P. | LW-LP Inc. |
| Lehman Brothers Fund of Funds L.P. | LW-LP Properties Inc. |
| Lehman Brothers Global Asset Management K.K. (liquidated) | Mast Depositor Corp |
| Lehman Brothers Healthcare Venture Capital Associates L.P. | MBR/GP Corp. |
| Lehman Brothers Healthcare Venture Capital L.P. | Metro Realty Corporation (dissolved) |
| Lehman Brothers Holdings Inc. | Morganberry Corporation |
| Lehman Brothers Holdings International Inc. | Navigator Gas |
| Lehman Brothers Inc. | Newark Properties One Inc. |
| Lehman Brothers International Services, Inc. | Nexity Investment Partnership L.P. |
| Lehman Brothers Investment Holding Company Inc. | NL Funding, L.P. |
| Lehman Brothers Investment Management Asia Limited | NL GP Inc. |
| Lehman Brothers LBO Inc. | Northstar Equipment Leasing Income Inc. (dissolved) |
| Lehman Brothers MBG Associates III L.L.C. | NPC Inc. (dissolved) |
| Lehman Brothers MBG Associates L.P. | O.M.B. Limited Partner Ltd. |

12

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

| | |
|---|---|
| Lehman Brothers MBG Capital Partners 1998 (C) LP | OSD Corp. |
| Lehman Brothers MBG Finders 1999 (A) L.P. | PAC Aircraft Management Inc. |
| Lehman Brothers MBG Finders 1999 (B) L.P. | Pacific Energy Partners LP |
| Lehman Brothers MBG Finders 2000 (B) L.P. | Pemstar, Inc. |
| | Pentaring, Inc. |

| **Related Entities (continued)** | **Potential Parties in Interest (continued)** |
|---|---|
| Pindar Pty Ltd. | Credit Suisse |
| QP80 Real Estate Services Inc. | Customer Asset Protection |
| Quality Pork Partners, Inc. | Dallas County |
| R3 Capital Partners | Direct Energy Business LLC |
| Real Estate Investors Inc. (dissolved) | Direct Energy LLC |
| Real Estate Services I Inc. (dissolved) | Dresdner Kleinwort Group Goldings LLC |
| Real Estate Services VII Inc. (dissolved) | Dresdner Kleinwort Group Holdings LLC |
| Reliance Energy E&P, LLC | East 46th Borrower LLC |
| RIBCO LLC | EHMD, LLC |
| RIBCO SPC, Inc. | Essex Equity Holdings USA, LLC |
| Rock Hill Real Estate, Inc. | Factiva, Inc. |
| Ronco Corporation | Fannie Mae |
| Sambar Properties Inc. | Federal Express Corporation |
| SASCO ARC Corporation | Federal Reserve Bank of New York |
| Scranzay, Inc. | Fred Hutchinson Cancer Research Center |
| Select Asset Inc. | Fxcm Holdings LLC |
| Senior Income Fund Inc. (dissolved) | Galleon Buccaneer's Offshore LTD |
| Shearson Lehman Brothers Capital Partners II, L.P. | General Electric Capital Corp |
| Shearson Lehman Hutton Capital Partners II | Glg Partners LP |
| Skratook LLC | Green Tree Servicing Inc. |
| Small Business Assets I LLC | Green Tree Servicing LLC |
| Stamford Investment Realty Inc. | Greg Georgas & Mark Grock |
| STRATUS I Inc. | Hale Avenue Borrower LLC |
| Structure Asset Securities Corporation II | Harbert |
| Structured Asset Securities Corporation | Harbinger Capital Partners |
| Structured Options Inc. | Harbinger Capital Partners |
| STUIE CORP. | Harbinger Capital Partners Special Situations Fund LP |
| TAL Europe, LLC | Harris County |
| Tallus | Henegan Construction Co., Inc. |
| Townsend Analytics Japan Ltd. | IGI Resources |
| Townsend Analytics, Ltd. | ING bank, FSB |
| Transmontaigne, Inc. | Iron Mountain Information Management |
| TX Tower Inc. (sold) | J P Morgan Chase Bank, N.A. |
| West Dover, LLC | Landamerica Financial Group, Inc. |

13

**EXHIBIT A**

**Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)**

**Limited Partnerships**
Lehman Brothers Private Fund Management LP
Lehman Brothers Private Fund Advisers LP
LB-NL Holdings L.P.
NL Funding, L.P.
Lehman Brothers Holdings Scottish LP
Lehman Brothers Scottish Holdings 2 LP
Lehman Brothers Scottish Holdings 3 LP
Eagle Energy Partners I L.P
Leveraged Loan Trading Holdings Partners
1180 Raymond
1211 6th Avenue LB Syndication Partner, LP
1745 Broadway LB Syndication Partner LP
A 425 Park Avenue LB Syndication Partner, L.P.
A LB Atlantic Area Portfolio Partner LP
A LB Crescent City LP
A LB DC Area Portfolio Partner LP
A LB Deerwood Property LP
A LB Eastview Center LP
A LB Greensbrook Manor LP
A LB Quail Valley LP
A LB Ravenswood Apartments LP
A LB/L – Lakeside Capital Partners
A Orlando Centre LB Syndication Partner LP
A Sheraton LW-LP
A UK Distribution Holdings, L.P.
1000 Islands Mall LP

**Potential Parties in Interest**
1301 Properties Owner, LP
250 East Borrower LLC
4Kids Entertainment, Inc.
Abm Industries, Inc.
Accenture LLP
Aig Global Investment Corporation
Ameren et al.
Arapahoe County Treasurer
Bank of China
Bats Holdings, Inc.
BP Canada
BP Energy

Lehman Brothers Private Equity Funds
Mack-Cali Realty LP
Mclennan County
Microsoft Licensing
Monument Realty LLC
Moody's Investors Service
Morgan Stanley & Co.
National Bank of Canada
Normandy Hill Capital, LP
Northgate Minerals Corporation
Occidental Energy Marketing, Inc.
Office of Thrift Supervision
Office of Thrift Supervision, Northeast Region
Pursuit Capital Partners Master
Pursuit Capital Partners Master (Cayman) Ltd.
Pursuit Opportunity Fund I Master LTD.
Pursuit Partners
Rock-Forty Ninth LLC, Rockefeller Center et al.
Royal Bank of Scotland
SMBC Capital Markets
Societe Generale
Sumitomo Mitsui Banking Corp.
Sumitomo Mitsui Brussels Branch
Svenska Handelsbanken AB
Tarrant County
The Vanguard Group, Inc.
Thomson Reuters Plc & Thomson Reuters Corp.
Toronto-Dominion Bank
UBS Financial Services
UBS Financial Services of Puerto Rico
UBS International Inc.
Washington Mutual Bank
Washington Mutual, Inc.
Wells Fargo & Co.
Wells Fargo Bank, NA
Wilmington Trust FSB
Bader and Yakaitis P.S.P. and Trust, et al. v. Michael L. Ainslie, et al.,
Breakaway Solutions Inc.
City of Cleveland, Ohio
First Alliance Mortgage Company Class Action
Lehman Brothers Holdings, Inc. Derivative Litigation
Mirant Corporation

14

## EXHIBIT A

### Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

BP North America
Canadian Imperial Bank
Carrollton-Farmers Branch Independent School District
CD Representative
CD Representative, L.C.
Chevron Natural Gas
CIBC Wolrd Market.
CIBC Wolrd Markets Inc.
Citibank, NA
Citigroup, Inc.
Collins Building Services, Inc.

Overstock.com, Inc., et al. v. Morgan Stanley & Co., Inc., et al.
Research Analyst Independence
Wright et al. v. Lehman Brothers Holdings Inc. et al.

**Government and State Regulatory Agencies**
Commodity Futures Trading Commission

Federal Deposit Insurance Corporation
Federal Energy Regulatory Commission
Financial Industry Regulatory Authority

National Futures Association
New York Stock Exchange
Office of the Comptroller of Financial Institutions
Office of Thrift Supervision
Securities and Exchange Commission
State Bank Commissioner of the State of Delaware
Utah Commissioner of Financial Institutions

**Utilities**
Con Edison
The Hess Corporation

**Competitors**
BNP Paribas Securities Corp.
Bank of America Securities LLC
Barclays Capital Inc.
Cantor Fitzgerald & Co.
Citigroup Global Markets Inc.
Credit Suisse Securities (USA) LLC
Daiwa Securities America Inc.
Deutsche Bank Securities Inc.
Dresdner Kleinwort Securities LLC
Goldman, Sachs & Co.
Greenwich Capital Markets, Inc.

**Other (continued)**
Interface Cable Assemblies and Services Corp. a/k/a ICAS
International Advisory Committee of the Federal Reserve Bank of New York
IntraLinks, Inc.
Intuition Publishing, Inc.
Investment Committee of the International Monetary Fund Staff Retirement Plan
Iris Software, Inc.
James W. Giddens
Jarden Corporation
Keane, Inc.
LBAYK
LBREP Lakeside SC Master I, LLC
LBREP/L-SUNCAL MASTER I LLC.
Lewtan Technologies, Inc.
LiquidPoint
Los Angeles City Employees' Retirement System
M. Brian Maher & Basil Maher
Main Street Natural Gas, Inc.
Marble Care
Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthcare
MGM Mirage/MGM
Michael John Andrew Jervis
Midwest Realty Advisors, LLC
Mirant Corporation
Misys IQ LLC
Motors Insurance Corp.
MSS Distressed & Opportunites 2
MSTD, Inc.
NorthEast

15

Affidavit in Support of The Committee's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

## EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)

HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
Merrill Lynch Governmental Securities Inc.
Mizuho Securities USA Inc.
UBS Securities LLC

**Other**
555 Owners LLC
AboveNet Communications Inc.
Account Temps
Amber Capital Investment Management
America's Development Foundation
Anthony Victor Lomas
AT&T
AT&T Inc.
Australia National Bank
Automated Securities Clearance LLC
Automobile Club Insurance Association
Avaya Inc.
Bay Harbour Management LC
Bay Harbour Master Ltd.
Best Karpet
BHCO Master Ltd
Capgemini Financial Services USA, INC
Chicago Board Options Exchange, Incorporated

Chuo Mitsui Trust & Banking
Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
Citation
Collexis Holdings, Inc
Community Trust Bancorp Inc.
CorrectNet, Inc.
Council for Excellence in Government
Dan Yoram Schwarzmann
David Rockefeller Center for Latin American Studies at Harvard University
DCI Umbrella Fund PLC
Demann

Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTD, Ltd
Division Water
Dun & Bradstreet

NPD Group Inc.
NYSE Euronext, Inc.
Plumbers and Pipefitters National Pension Fund.
Quinn Emanuel
Reliance Globalcom Services, Inc.
Rentokil
Republic Waste
RMC
Rockefeller Center Management Corporation
Rockefeller Center North, Inc.
Rockefeller Group Development Corporation
Shareholders of Novastar Financial, Inc.
SkyPower Corporation
Statler Arms Garage LLC
Statler Arms Garage LLC
Steingass
Steven Anthony Pearson
Structure Consulting Group, LLC
Structure Tone Inc.
SuccessFactors, Inc.
Sumitomo Mitsubishi Banking Corporation
Summit Systems, Inc.
Sun Microsystems, Inc.
SunGard
TD Security
The Joint Administrators of the Lehman European Group Administration Companies

The Liverpool Limited Partnership
The St. Joe Company
The Walt Disney Company / Disney
ThruPoint, Inc.
Time Warner
Tradeweb Markets LLC
Training the Street, Inc.

TransCanada Pipelines Limited
Trophy Hunter Investments Ltd
United Parcel Service, Inc. / UPS

Vail Resorts Inc
Verizon Communications Inc.
WCCV

16

Affidavit in Support of The Committee's Application For An Order Authorizing Employment And Retention of FTI Consulting, Inc. as Financial Advisors for the Committee

**EXHIBIT A**

**Listing of Parties-in-Interest Reviewed for Current Relationships (cont'd)**

Elliott Associates, L.P.

Elliott International L.P.

Embarcadero Aircraft Securitization Trust

EMC Corporation

Engineers-Employers Construction Industry Retirement
Trust/Saginaw Police & Fire Pension Board

Federal Home Loan

Ferrari SpA

FX Alliance, LLC

Garber, Staeihr, Locals 302 & 612 of the International
Union of Operating

GE Capital Information Technology Solutions, Inc. d/b/a
IKON Financial Services

GM Canada Foreign Trust

GMAM Investment Funds Trust

Hanover Moving & Storage Co. Inc.

Harvard Law School

Hilliard Farber & Co., Inc.

Hughes Hubbard

Hunstman Corporation

IGS

Illuminating

Informal LBHI Bondholder Group

Institutional Benchmarks

17

## **EXHIBIT B**

## **Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Debtor**

Lehman Brothers Holdings, Inc.

**Debtor's Attorneys**

Weil Gotshal & Manges LLP

**Debtor's Financial Advisors**

Lazard Freres & Co., LLC

**Debtor's Accountants**

Deloitte & Touch USA LLP
Ernst and Young
Price Waterhouse Coopers

**Professionals Employed by the Company**

Heller Ehrman LLP
McKenna Long & Aldridge LLP
PricewaterhouseCoopers
McKee Nelson
DLA Piper
White & Case
Sidley Austin
Herrick & Feinstein

**Debtor's Affiliates (w/in Ch 11)**

Lehman Brothers Japan Inc.
Lehman Commercial Paper Inc.

**Debtor's Affiliates**

Lehman Brothers Private Equity Fund Advisors

**Affiliations of Outside Directors**

Huntsman Corporation
Institute of International Education

## <u>EXHIBIT B</u>

### **Parties-in-Interest Noted for Court Disclosure (cont'd)**

MGM Mirage
New York University
Office Depot, Inc.
Sony Corporation
The Ryland Group, Inc.
Vanderbilt University
W.R. Grace & Co
Weight Watchers International, Inc.

**Underwriting Investment Bankers for Debtor's Securities**

ABN AMRO Rothschild
Lehman Brothers
Merrill Lynch
UBS Investment Bank

**Debtor's Major Shareholders**

AXA
FMR LLC

**Bank Lenders**

J.P. Morgan Chase
Wilmington Trust Company
Mizuho Corporate Bank, Ltd.
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
Metlife

**Indenture Trustees**

Wilmington Trust

**Indenture Trustees' Attorneys**    Covington & Burling LLP

**100 Largest Unsecured Creditors**

125 Broad Street
Allen & Overy
Bank of China
BNP Paribas
CB Richard Ellis Client Account RE Gloa
Citibank N.A. Hong Kong Branch
Citibank, NA
Davis, Polk and Wardwell
Dimension Data

2

**EXHIBIT B**

**Parties-in-Interest Noted for Court Disclosure (cont'd)**

FMR LLC
Hewlett Packard AP (HONG KONG) LIMITED
IBM Corporation
Information Builders Inc.
Linklaters
Linklaters, S.L.
Lloyds Bank
McKee Nelson LLP
Mellon Corporation
Microsoft Licensing, GP
Mizuho Corp.
Morse Group Limited
Paul Weiss
Reuters America Inc.
Reuters Ltd.
Sumitomo Mitsubishi
Sumitomo Mitsubishi Banking Corp
Tata Consultancy Services
Thompson Financial

**Secured Creditors**

JPMorgan Chase
State Street

**Official Creditors' Committee Members**

Mizuho Corporate Bank, Ltd.
The Bank of NY Mellon
The Royal Bank of Scotland, PLC.
Wilmington Trust Company

**Official Creditors' Committee Attorneys**

Milbank, Tweed, Hadley & McCoy LLP

**Attorneys for Certain UCC Members**

Sheppard Mullin Richter & Hampton (counsel to BNY Mellon)
Vinson & Elkins LLP (counsel to Shinsei Bank)

**Members of Ad Hoc or Unofficial Creditors' Committees**

Allstate Insurance Co.

**Professionals Retained by Significant Creditor Groups**

Munsch Hardt Kopf & Harr, P.C.

3

## EXHIBIT B

### Parties-in-Interest Noted for Court Disclosure (cont'd)

Akin Gump Strauss Hauer & Feld LLP

**Other Significant Parties-in-Interest (as known)**

Barclays Bank PLC
Barclays Capital, Inc.

**Significant Lessors and Lesses**

Clifford Chance US LLP
Telwares, Inc.

**50 Largest Bondholders**

Allianz Life Insurance Company of North America
American Life Insurance Company
Barclays Global Fund Advisors
Continental Casualty Company
Federated Investors
Fidelity Management and Research
Guardian Life Insurance Company
Hartford Life Insurance Company
ING Investment LLC
Jackson National Life Insurance
Medical Liability Mutual Insurance Company
Metropolitan Life Insurance
Prudential Financial Inc.
Prudential Insurance Company of America
Transamerica Life Insurance Company
UBS Investment KAG
Zurich American Insurance Company

**100 Largest Holders of Trade Debt**

4 Connections LLC
Agilysys Nj, Inc.
Computer Associates International Inc.
DBRS Inc.
Hewlett Packard Company
Ikon Office Solutions Inc.
Information Builders Inc
KPMG, LLP
Microsoft Corporation
Thomson Financial

**Related Entities**

R3 Capital Partners

4

## EXHIBIT B

**Parties-in-Interest Noted for Court Disclosure (cont'd)**

**Potential Parties in Interest**

Abm Industries, Inc.
Accenture LLP
Ameren et al.
Bank of China
BP Canada
BP Energy
BP North America
Dallas County
Essex Equity Holdings USA, LLC
Factiva, Inc.
Fannie Mae
Federal Express Corporation
Harbinger Capital Partners
Harbinger Capital Partners
Harbinger Capital Partners Special Situations Fund LP
ING bank, FSB
J P Morgan Chase Bank, N.A.
Mack-Cali Realty LP
Microsoft Licensing
Monument Realty LLC
Morgan Stanley & Co.
Royal Bank of Scotland
Societe Generale
Sumitomo Mitsui Banking Corp.
Sumitomo Mitsui Brussels Branch
Washington Mutual Bank
Washington Mutual, Inc.
Wilmington Trust FSB

**Litigation and Non-Litigation Claimants**

Mirant Corporation
Wright et al. v. Lehman Brothers Holdings Inc. et al.

**Government and State Regulatory Agencies**

Office of Thrift Supervision
Securities and Exchange Commission

**Utilities**

Con Edison

5

## EXHIBIT B

### Parties-in-Interest Noted for Court Disclosure (cont'd)

**Competitors**

BNP Paribas Securities Corp.
Bank of America Securities LLC
Barclays Capital Inc.
Citigroup Global Markets Inc.
Credit Suisse Securities (USA) LLC
Deutsche Bank Securities Inc.
Goldman, Sachs & Co.
HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
Merrill Lynch Governmental Securities Inc.
Mizuho Securities USA Inc.
UBS Securities LLC

**Other**

AT&T
AT&T Inc.
Cisco Systems Capital Corporation / Cisco Systems, Inc. / Cisco
Dun & Bradstreet
Elliott Associates, L.P.
Elliott International L.P.
EMC Corporation
Federal Home Loan
Hughes Hubbard
Hunstman Corporation
LBREP/L-SUNCAL MASTER I LLC.
M. Brian Maher & Basil Maher
MGM Mirage/MGM
Mirant Corporation
NYSE Euronext, Inc.
Quinn Emanuel
Sumitomo Mitsubishi Banking Corporation
The Walt Disney Company / Disney
Time Warner
United Parcel Service, Inc. / UPS
Verizon Communications Inc.

6

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
    LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
----------------------------------------------------------------x

**ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014,
AND S.D.N.Y. LBR 2014-1 AUTHORIZING EMPLOYMENT AND
RETENTION OF  FTI CONSULTING INC., AS FINANCIAL ADVISOR
TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
<u>BROTHERS HOLDINGS INC., ET AL., EFFECTIVE AS OF SEPTEMBER 17, 2008</u>**

Upon the Application, dated October 21, 2008 (the "<u>Application</u>"), of the

Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>"), appointed in the

above-captioned chapter 11 cases of Lehman Brothers Holdings Inc., and its affiliated debtors

and debtors in possession (collectively, "<u>Lehman</u>" or the "<u>Debtors</u>") for an order authorizing

the Creditors' Committee to retain and employ FTI Consulting Inc. ("<u>FTI</u>"), effective as of

September 17, 2008, as financial advisor for the Creditors' Committee in the above-captioned

cases, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C.

§§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>") and rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 2014-1 of the Local Bankruptcy

Rules for the District of New York (the "<u>Local Rules</u>"); and the Court having considered the

Affidavit of Michael Eisenband, sworn to October 21, 2008 (the "<u>Eisenband Affidavit</u>"), in

connection with the Application; and the Court being satisfied based on the representations in

the Application and the Eisenband Affidavit, that FTI does not represent any other entity

having an adverse interest in connection with the case within the meaning of section 1103(b) of

the Bankruptcy Code and is "disinterested" as defined in section 101(14) of the Bankruptcy

Code; and the Court having jurisdiction to consider the Application and the relief requested

therein pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to

Bankruptcy Judges of the United States District Court for the Southern District of New York

(Ward, Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Application having been provided, and it appearing that no other or further notice need be

provided; and the Court having reviewed the Application; and the Court having determined

that the legal and factual bases set forth in the Application establish just cause for the relief

granted herein; and upon all of the proceedings had before the Court, and after due deliberation

and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted to the extent provided herein; and it

is further

ORDERED, that all compensation and reimbursement of expenses to be paid to

FTI, shall be subject to prior approval of this Court in accordance with the requirements under

§§ 330 and 331 of the Bankruptcy Code and the order of this Court which establishes

procedures for monthly compensation and reimbursement of expenses; and it is further

ORDERED, that the United States Trustee retains all rights to object to FTI's

interim and final fee applications (including expense reimbursement) on all grounds including

but not limited to the reasonableness standard provided for in Section 330 of the Bankruptcy

Code; and it is further

ORDERED, that all requests of FTI for payment of indemnity pursuant to the

Engagement shall be made by means of an application (interim or final as the case may be) and

shall be subject to review by the Court to ensure that payment of such indemnity conforms to

the terms of the Engagement and is reasonable based upon the circumstances of the litigation

or settlement in respect of which indemnity is sought, provided, however, that in no event shall

FTI be indemnified in the case of its own bad-faith, self-dealing, breach of fiduciary duty (if

any), gross negligence or willful misconduct; and it is further

ORDERED, that in no event shall FTI be indemnified if the Debtor or a

representative of the estate, asserts a claim for, and a court determines by final order that such

claim arose out of, FTI's own bad-faith, self-dealing, breach of fiduciary duty (if any), gross

negligence, or willful misconduct; and it is further

ORDERED that in the event FTI seeks reimbursement for attorneys' fees

pursuant to the terms of the Engagement, the invoices and supporting time records from such

attorneys shall be included in FTI's own application and such invoices and time records shall

be subject to the United States Trustee's guidelines for compensation and reimbursement of

expenses and the approval of the Bankruptcy Court under the standards of sections 330 and

331 of the Bankruptcy Code; and it is further

ORDERED that to the extent this Order is inconsistent with the Engagement or

the Application, this Order shall govern; and it is further

ORDERED that this court shall retain jurisdiction with respect to all matters

arising or related to the implementation of this order; and it is further

Dated: New York, New York
        _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE