UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                      Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CARL E. BLACK

      UPON the motion of Carl E. Black dated April 21, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Carl E. Black is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 22, 2010

                                                  *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE