UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,         Case No. 08-13555 (JMP)

                          Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SARA E. LORBER

UPON the motion of Sara E. Lorber dated April 12, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Sara E. Lorber is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 22, 2010

                                                       *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE