UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                 :

**In re**                           :      **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :      **08-13555 (JMP)**

           **Debtors.**        :      **(Jointly Administered)**

---------------------------------------------------------------x      **Ref. Docket Nos. 8440-8445, 8447-8449, 8451-8455**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 20, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*

Sworn to before me this                     Lauren Rodriguez
21st day of April, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
    TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE
    30 HUDSON STREET, 36TH FLOOR
    JERSEY CITY NJ 07302

    GOLDMAN SACHS & CO
    RICHARDS KIBBE & ORBE LLP
    ATTN: MANAGING CLERK
    ONE WORLD FINANCIAL CENTER
    NEW YORK NY 10281

Please note that your claim # 17319-01 in the above referenced case and in the amount of
    $2,588,000.00      has been transferred **(unless previously expunged by court order)**

    FARALLON CAPITAL PARTNERS, L.P.
    TRANSFEROR: GOLDMAN SACHS & CO
    C/O FARALLON PARTNERS., L.L.C. ATTN: KRISTEN BINIEK
    ONE MARITIME PLAZA, SUITE 2100
    SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8440    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010           Vito Genna, Clerk of Court

           /s/Lauren Rodriguez

           By: Epiq Bankruptcy Solutions, LLC
               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)
                    Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-01 in the above referenced case and in the amount of
     $2,588,000.00      has been transferred **(unless previously expunged by court order)**

                                               FARALLON CAPITAL PARTNERS, L.P.
                                               TRANSFEROR: GOLDMAN SACHS & CO
                                               C/O FARALLON PARTNERS., L.L.C. ATTN: KRISTEN
                                               ONE MARITIME PLAZA, SUITE 2100
                                               SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8440      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                           GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                 ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                         ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281

Please note that your claim # 17319-02 in the above referenced case and in the amount of
      $4,950,000.00        has been transferred **(unless previously expunged by court order)**

         FARALLON CAPITAL INSTITUTION PART., L.P.
         TRANSFEROR: GOLDMAN SACHS & CO
         C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
         ONE MARITIME PLAZA, SUITE 2100
         SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8441        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                         Vito Genna, Clerk of Court


                                         /s/Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                      Debtors.           |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281
```

Please note that your claim # 17319-02 in the above referenced case and in the amount of
      $4,950,000.00        has been transferred **(unless previously expunged by court order)**

```
                                                 FARALLON CAPITAL INSTITUTION PART., L.P.
                                                 TRANSFEROR: GOLDMAN SACHS & CO
                                                 C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100
                                                 SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8441      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                         Vito Genna, Clerk of Court


                                         /s/Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS & CO
        TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE
        30 HUDSON STREET, 36TH FLOOR
        JERSEY CITY NJ 07302

GOLDMAN SACHS & CO
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 17319-03 in the above referenced case and in the amount of
        $300,000.00        has been transferred **(unless previously expunged by court order)**

FARALLON CAPITAL INSTIT. PART. II, L.P.
TRANSFEROR: GOLDMAN SACHS & CO
C/O FARALLON PARTNERS, L.L.C.
ATTN: KRISTIN BINIEK
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8442        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                                Vito Genna, Clerk of Court

                                /s/Lauren Rodriguez
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  GOLDMAN SACHS & CO<br>RICHARDS KIBBE & ORBE LLP<br>ATTN: MANAGING CLERK<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | GOLDMAN SACHS & CO<br>TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY NJ 07302 |

Please note that your claim # 17319-03 in the above referenced case and in the amount of
$300,000.00      has been transferred **(unless previously expunged by court order)**

FARALLON CAPITAL INSTIT. PART. II, L.P.
TRANSFEROR: GOLDMAN SACHS & CO
C/O FARALLON PARTNERS, L.L.C.
ATTN: KRISTIN BINIEK
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8442      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.                |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281

Please note that your claim # 17319-04 in the above referenced case and in the amount of
     $3,188,000.00       has been transferred **(unless previously expunged by court order)**

          FARALLON CAPITAL OFFSHORE INVEST II, L.P
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
          ONE MARITIME PLAZA, SUITE 2100
          SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8443      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010               Vito Genna, Clerk of Court


                               /s/Lauren Rodriguez
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |     Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                               |
                               |     (Jointly Administered)
              Debtors.         |
                               |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                    GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP             TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                  30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER            JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-04 in the above referenced case and in the amount of
     $3,188,000.00       has been transferred (**unless previously expunged by court order**)

                                           FARALLON CAPITAL OFFSHORE INVEST II, L.P
                                           TRANSFEROR: GOLDMAN SACHS & CO
                                           C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
                                           ONE MARITIME PLAZA, SUITE 2100
                                           SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8443      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                      Vito Genna, Clerk of Court


                                      /s/Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
———————————————————————————————
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
                                      |
              Debtors.                |
                                      |
———————————————————————————————
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS & CO                         GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR               ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                       ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281
```

Please note that your claim # 17319-05 in the above referenced case and in the amount of
$3,225,000.00        has been transferred **(unless previously expunged by court order)**

```
      FARALLON CAPITAL OFFSHORE INVEST III,INC
      TRANSFEROR: GOLDMAN SACHS & CO
      C/O FARALLON CAPITAL MANAGEMENT, LLC
      ATTN: KRISTEN BINIEK
      ONE MARITIME PLAZA, SUITE 2100
      SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8444        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                      Vito Genna, Clerk of Court


                                      /s/Lauren Rodriguez
                                      ————————————————————
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                   08-13555 (JMP)

                                                         (Jointly Administered)

                    Debtors.

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-05 in the above referenced case and in the amount of
     $3,225,000.00      has been transferred (**unless previously expunged by court order**)

                                                 FARALLON CAPITAL OFFSHORE INVEST III,INC
                                                 TRANSFEROR: GOLDMAN SACHS & CO
                                                 C/O FARALLON CAPITAL MANAGEMENT, LLC
                                                 ATTN: KRISTEN BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100
                                                 SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8444      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                     Vito Genna, Clerk of Court


                                     /s/Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                                    GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE     RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                          ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                                  ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281

Please note that your claim # 17319-06 in the above referenced case and in the amount of
       $412,000.00        has been transferred **(unless previously expunged by court order)**

          FARALLON CAPITAL INSTITUT PARTN III, L.P
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O FARALLON PART., L.L.C. ATTN:K BINIEK
          ONE MARITIME PLAZA, SUITE 2100
          SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8445       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,          |
                                               | (Jointly Administered)
                                               |
              Debtors.                          |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                         GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                  TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                       30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                 JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-06 in the above referenced case and in the amount of
     $412,000.00      has been transferred **(unless previously expunged by court order)**

                                               FARALLON CAPITAL INSTITUT PARTN III, L.P
                                               TRANSFEROR: GOLDMAN SACHS & CO
                                               C/O FARALLON PART., L.L.C. ATTN:K BINIEK
                                               ONE MARITIME PLAZA, SUITE 2100
                                               SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8445      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                       Vito Genna, Clerk of Court


                                       /s/Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                                    GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE     RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                          ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                                  ONE WORLD FINANCIAL CENTER
                                                           NEW YORK NY 10281

Please note that your claim # 17319-07 in the above referenced case and in the amount of
       $337,000.00        has been transferred **(unless previously expunged by court order)**

NOONDAY OFFSHORE, INC.
TRANSFEROR: GOLDMAN SACHS & CO
C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:K BINIEK
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8447        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-07 in the above referenced case and in the amount of
       $337,000.00       has been transferred **(unless previously expunged by court order)**

NOONDAY OFFSHORE, INC.
TRANSFEROR: GOLDMAN SACHS & CO
C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:K
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8447       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                            Vito Genna, Clerk of Court


                                            /s/Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281
```

Please note that your claim # 17319-08 in the above referenced case and in the amount of
$787,000.00       has been transferred **(unless previously expunged by court order)**

```
     NOONDAY OFFSHORE, INC.
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:K BINIEK
     ONE MARITIME PLAZA, SUITE 2100
     SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8448       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                 Debtors.                 |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                      GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP               TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                    30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER              JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-08 in the above referenced case and in the amount of
        $787,000.00       has been transferred **(unless previously expunged by court order)**

                                             NOONDAY OFFSHORE, INC.
                                             TRANSFEROR: GOLDMAN SACHS & CO
                                             C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:K
                                             ONE MARITIME PLAZA, SUITE 2100
                                             SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8448       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                                      GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE       RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                            ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                                    ONE WORLD FINANCIAL CENTER
                                                             NEW YORK NY 10281

Please note that your claim # 17319-09 in the above referenced case and in the amount of
     $962,000.00         has been transferred **(unless previously expunged by court order)**

          FARALLON CAPITAL INSTITUT PARTN III, L.P
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O FARALLON PARTNERS, L.L.C., ATTN:K BINIEK
          ONE MARITIME PLAZA, SUITE 2100
          SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8449       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                  Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                 08-13555 (JMP)

                                                       (Jointly Administered)
                        Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-09 in the above referenced case and in the amount of
     $962,000.00      has been transferred **(unless previously expunged by court order)**

                                                 FARALLON CAPITAL INSTITUT PARTN III, L.P
                                                 TRANSFEROR: GOLDMAN SACHS & CO
                                                 C/O FARALLON PARTNERS, L.L.C., ATTN:K BINIEK
                                                 ONE MARITIME PLAZA, SUITE 2100
                                                 SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8449      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010               Vito Genna, Clerk of Court


                               /s/Lauren Rodriguez
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                      | Chapter 11 Case No.
                                           |
                                           | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           | (Jointly Administered)
                                           |
           Debtors.                        |
                                           |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                         GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR               ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                       ONE WORLD FINANCIAL CENTER
                                                NEW YORK NY 10281
```

Please note that your claim # 17319-10 in the above referenced case and in the amount of $7,525,000.00      has been transferred **(unless previously expunged by court order)**

```
     FARALLON CAPITAL OFFSHORE INVEST III,INC
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O FARALLON CAPITAL MANAGEMENT, LLC,  ATTN:K BINIEK
     ONE MARITIME PLAZA, SUITE 2100
     SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8451      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (JMP)

                          Debtors.                 |    (Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                            GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                          30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                    JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-10 in the above referenced case and in the amount of
     $7,525,000.00       has been transferred **(unless previously expunged by court order)**

                                                   FARALLON CAPITAL OFFSHORE INVEST III,INC
                                                   TRANSFEROR: GOLDMAN SACHS & CO
                                                   C/O FARALLON CAPITAL MANAGEMENT, LLC,  ATTN:
                                                   ONE MARITIME PLAZA, SUITE 2100
                                                   SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8451      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court

                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STRAUMUR-BURDARAS INVESTMENT BANK HF
             BERKELEY SQUARE HOUSE
             THIRD FLOOR, BERKELEY SQUARE
             LONDON    WIJ 6BU
             UNITED KINGDOM

Please note that your claim # 10411 in the above referenced case and in the amount of
        $111,901,960.00       has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: STRAUMUR-BURDARAS INVESTMENT BANK HF
             ATTN: JEFFREY BENESH AND RONALD TOROK
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8451        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                      Vito Genna, Clerk of Court


                                      /s/Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
            Debtors.            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281

Please note that your claim # 17319-11 in the above referenced case and in the amount of
     $7,438,000.00       has been transferred **(unless previously expunged by court order)**

     FARALLON CAPITAL OFFSHORE INVEST II, L.P
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O FARALLON PARTNERS, L.L.C.,  ATTN:K BINIEK
     ONE MARITIME PLAZA, SUITE 2100
     SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8452        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    GOLDMAN SACHS & CO                         GOLDMAN SACHS & CO
       RICHARDS KIBBE & ORBE LLP                  TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
       ATTN: MANAGING CLERK                       30 HUDSON STREET, 36TH FLOOR
       ONE WORLD FINANCIAL CENTER                 JERSEY CITY NJ 07302
       NEW YORK NY 10281

Please note that your claim # 17319-11 in the above referenced case and in the amount of
       $7,438,000.00       has been transferred **(unless previously expunged by court order)**

FARALLON CAPITAL OFFSHORE INVEST II, L.P
TRANSFEROR: GOLDMAN SACHS & CO
C/O FARALLON PARTNERS, L.L.C.,   ATTN:K BINIE
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8452       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        ─────────────────────────
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                                GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                      ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                              ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281

Please note that your claim # 17319-12 in the above referenced case and in the amount of
       $700,000.00       has been transferred **(unless previously expunged by court order)**

          FARALLON CAPITAL INSTIT. PART. II, L.P.
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O FARALLON PARTNERS, L.L.C.
          ATTN: KRISTEN BINIEK
          ONE MARITIME PLAZA, SUITE 2100
          SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8453       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                      Vito Genna, Clerk of Court


                                      /s/Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |     Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|     08-13555 (JMP)
                                      |
                                      |     (Jointly Administered)
                  Debtors.            |
                                      |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                    GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP             TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                  30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER            JERSEY CITY NJ 07302
     NEW YORK NY 10281
```

Please note that your claim # 17319-12 in the above referenced case and in the amount of
$700,000.00    has been transferred **(unless previously expunged by court order)**

```
                                           FARALLON CAPITAL INSTIT. PART. II, L.P.
                                           TRANSFEROR: GOLDMAN SACHS & CO
                                           C/O FARALLON PARTNERS, L.L.C.
                                           ATTN: KRISTEN BINIEK
                                           ONE MARITIME PLAZA, SUITE 2100
                                           SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8453    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                     Vito Genna, Clerk of Court


                                     /s/Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.
```

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
                                              |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |   (Jointly Administered)
                                              |
              Debtors.                        |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   GOLDMAN SACHS & CO                       GOLDMAN SACHS & CO
          TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
          30 HUDSON STREET, 36TH FLOOR             ATTN: MANAGING CLERK
          JERSEY CITY NJ 07302                     ONE WORLD FINANCIAL CENTER
                                                   NEW YORK NY 10281
```

Please note that your claim # 17319-13 in the above referenced case and in the amount of
        $11,550,000.00       has been transferred **(unless previously expunged by court order)**

```
          FARALLON CAPITAL INSTITUTION PART., L.P.
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O FARALLON PART., L.L.C. ATTN:K BINIEK
          ONE MARITIME PLAZA, SUITE 2100
          SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8454        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                                    |
In re                                               |    Chapter 11 Case No.
                                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |    08-13555 (JMP)
                                                    |
                                                    |    (Jointly Administered)
                Debtors.                            |
                                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                         GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                  TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                       30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                 JERSEY CITY NJ 07302
     NEW YORK NY 10281
```

Please note that your claim # 17319-13 in the above referenced case and in the amount of
$11,550,000.00      has been transferred **(unless previously expunged by court order)**

```
                                                FARALLON CAPITAL INSTITUTION PART., L.P.
                                                TRANSFEROR: GOLDMAN SACHS & CO
                                                C/O FARALLON PART., L.L.C. ATTN:K BINIEK
                                                ONE MARITIME PLAZA, SUITE 2100
                                                SAN FRANCISCO CA 94111
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8454      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                             GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

Please note that your claim # 17319-14 in the above referenced case and in the amount of
     $6,038,000.00      has been transferred **(unless previously expunged by court order)**

     FARALLON CAPITAL PARTNERS, L.P.
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
     ONE MARITIME PLAZA, SUITE 2100
     SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8455      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010                 Vito Genna, Clerk of Court


                                 /s/Lauren Rodriguez
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                        | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)

                                             | (Jointly Administered)

                        Debtors.

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-14 in the above referenced case and in the amount of
     $6,038,000.00        has been transferred (**unless previously expunged by court order**)

                                               FARALLON CAPITAL PARTNERS, L.P.
                                               TRANSFEROR: GOLDMAN SACHS & CO
                                               C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK
                                               ONE MARITIME PLAZA, SUITE 2100
                                               SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8455        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2010              Vito Genna, Clerk of Court


                              /s/Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2010.

**EXHIBIT B**

```
TIME: 10:08:12                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 04/20/10                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| FARALLON CAPITAL INSTIT. PART. II, L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTEN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTIT. PART. II, L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUT PARTN III, L.P | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUT PARTN III, L.P | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C., ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTION PART., L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTION PART., L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST II, L.P | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST II, L.P | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C., ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST III,INC | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTEN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO C |
| FARALLON CAPITAL OFFSHORE INVEST III,INC | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 941 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON PARTNERS, L.L.C. ATTN: KRISTEN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 9411 |
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STRAUMUR-BURDARAS INVESTMENT BANK HF ATTN: JEFFREY BENESH AND RONALD TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PAR |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 9411 |
| STRAUMUR-BURDARAS INVESTMENT BANK HF | BERKELEY SQUARE HOUSE THIRD FLOOR, BERKELEY SQUARE LONDON  WIJ 6BU UNITED KINGDOM |

```
Total Number of Records Printed          25
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153