SALANS  
620 Fifth Avenue  
New York, NY 10020  
  Claude D. Montgomery  
  Paul C. Gunther  
  Michael R. Kauffman  
Tel:   (212) 632-5500  
Fax:  (212) 632-5555  
Attorneys for Swedbank

Hearing Date: May 6, 2010 at 1:30 P.M.  
Objection Deadline: April 30, 2010 at 5:00 P.M.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------------x

**ORDER TO SHOW CAUSE FOR STAY PENDING APPEAL OF THE
ORDER GRANTING THE DEBTORS' MOTION PURSUANT TO
SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE
ENFORCING THE AUTOMATIC STAY AGAINST AND
COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB**

       Upon the motion, dated April 21 , 2010 (the "Motion") of Swedbank AB (publ.) ("Swedbank") for stay pending appeal, and upon the accompanying memorandum of law in support of the Motion, and upon the Declaration of Johan Stenberg Pursuant to Local Bankruptcy Rule 9077-1(a) (the "Declaration") attesting to the necessity for relief by Order to Show Cause, and upon the exhibits thereto, and it appearing that no notice of this Order to Show Cause need be give, except as provided herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

       **ORDERED** that a hearing to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, in Courtroom 601, United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York, 10004 on **May 6, 2010, at 1:30 p.m. (prevailing Eastern Time)**; and it is further

**ORDERED** that notice of the Hearing shall be given by sending a copy of this Order to Show Cause, the Motion, and the proposed order on the Motion, via hand delivery, e-mail, fax, or overnight mail, on or before **April 22, 2010, at 8:00 p.m. (prevailing Eastern Time),** to (i) the attorneys for the Debtors, (ii) United States Trustee for the Southern District of New York; and (iii) the attorneys for the Official Committee of Unsecured Creditors; and (iii) the attorneys for the Debtors; and (iv) all parties who have requested notice in these chapter 11 cases; such notice being adequate and no other or further notice being necessary; and it is further

**ORDERED** that objections and responses, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with two hard-copies delivered directly to Chambers), and shall be served in accordance with General Order M-242, upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601, (ii) Salans LLP, 620 Fifth Avenue, New York, New York 10020, (Attn: Claude D. Montgomery, Esq., Paul C. Gunther, Esq., and Michael R. Kauffman, Esq.), attorneys for Swedbank, (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P Krasnow, Esq.,

Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); (v) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases, so as to be received no later than **April 30, 2010 at 5:00 p.m.** (prevailing Eastern Time).

**ORDERED**, that Swedbank shall have the right to file a reply to any objections or responsive papers on or before **May 4, 2010 at 5:00 pm (prevailing Eastern Time)** and to serve such reply by hand delivery, email, fax or overnight mail to the objecting or responding party with a copy to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors, and (iii) the attorneys for the Debtors; and it is further

**ORDERED**, that the Order Granting the Debtors' Motion Pursuant to Sections 105(A) and 362 of the Bankruptcy Code Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB is stayed until the day following the day the Court decides the Motion or such other date the Court determines is equitable and just; and it is further

**ORDERED**, that this Court may grant Swedbank such other and further relief as to this Court may appear just and proper under the circumstances.

Dated: New York, New York
April 22, 2010

*s/ James M. Peck*
**HONORABLE JAMES M. PECK**
**UNITED STATES BANKRUPTCY JUDGE**