# SOTHIC CAPITAL
## MANAGEMENT

Sothic Capital European Opportunities Master Fund Limited

Clerk of Court
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

22 March 2010

<u>Claim 5276</u>

Dear Sir,

Please see attached a form 3001(e) outlining Sothic's purchase of claim 5276 from Yorvik Partners. Sothic's Registered Office is, Ugland House, PO Box 309, George Town, Grand Cayman, KY1-1104, Cayman Islands

Sothic would like to receive confirmation that the transfer has taken place, should you require any additional information from ourselves or Yorvik with respect to this request please don't hesitate in contacting me at the details below.

Yours Faithfully



MAR 2 4 2010

**Geoff Haffner**
Sothic Capital Management LLP
+44 207 590 5406

Sothic Capital European Opportunities Master Fund Limited is an Exempted Company incorporated in the Cayman Islands with Limited Liabilities
Registration Number: MC-219216
Registered Office: Ugland House, PO Box 309, George Town, Grand Cayman, KY1-1104, Cayman Islands

# United States Bankruptcy Court
## Southern District of New York

In re:  Lehman Brothers Holdings Inc               Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Sothic Capital European Opportunities Master Fund Ltd** <br> Name of Transferee | **Yorvik Partners LLP** <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br> Geoff Haffner <br> c/o Sothic Capital Management LLP <br> 50 Hans Crescent <br> London SW1X 0NA <br> U.K. <br><br> e-mail: geoff.haffner@sothic-capital.com <br><br> Phone:    +44 20 7590 5406 <br><br> Last Four Digits of Acct. #: _____ | Court Claim # (if known):   5276 <br><br> Amount of Claim: US$ 3,654,481.59  (transferred amount 100%) <br><br> Date Claim Filed:    13 July 2009 <br><br><br><br> Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __22 March 2010_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED MAR 24 2010 U.S. BANKRUPTCY COURT, SDNY

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc          Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 5276 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Yorvik Partners LLP | Sothic Capital European Opportunities Master Fund Ltd |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Lisa King<br>Yorvik Partners LLP<br>11 Ironmonger Lane<br>London EC2V 8EY<br>U.K. | Geoff Haffner<br>c/o Sothic Capital Management LLP<br>50 Hans Crescent<br>London SW1X 0NA<br>U.K. |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                          _____
                                                                                    CLERK OF THE COURT

RECEIVED MAR 24 2010