| | |
|---|---|
| David B. Shemano (DS 1224) | Hearing Date: May 12, 2010, at 10:00 a.m. |
| Peitzman, Weg & Kempinsky LLP | Objection Deadline: May 5, 2010, at 4:00 p.m. |
| 10100 Santa Monica Boulevard, Suite 1450 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 552-3100 | |
| Facsimile: (310) 552-3101 | |

Attorneys for Shinhan Investment Corp.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re:                                              :        Chapter 11 Case
:
LEHMAN BROTHERS HOLDINGS INC.,  :
*et al.*,                                           :        Case No. 08-13555 (JMP)
:
:        (Jointly Administered)
Debtors                   :
-----------------------------------------------------------x        Re: Docket Nos. 8584 & 8591


**CERTIFICATE OF SERVICE**

Matthew M. Dryer, certifies as follows:

1. I am a paralegal employed by the law firm of Peitzman, Weg & Kempinsky LLP, counsel to Shinhan Investment Corp. in the above captioned case.

2. On April 22, 2010, I caused copies of the:

   (i) Notice of Motion and Motion of Shinhan Investment Corp. for Entry of an Order: (A) Determining That its Proof of Claim, as Amended, be Deemed Timely Filed, or (B) Extending the Time for it to File an Amended Proof of Claim Pursuant to FRBP 9006(b)(1) (the "Motion"), and

    (ii)  Declaration of Nam Koong, Hoon in Support of Motion of Shinhan Investment Corp. for Entry of an Order: (A) Determining That its Proof of Claim, as Amended, be Deemed Timely Filed, or (B) Extending the Time for it to File an Amended Proof of Claim Pursuant to FRBP 9006(b)(1) (the "Declaration")

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases.

  3.  On April 22, 2010, I caused copies of the Motion and Declaration to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

3

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 22, 2010

/s/ Matthew M. Dryer
Matthew M. Dryer