## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**Jointly Administered** |

## CERTIFICATE OF SERVICE

Viann Corbin, being first duly sworn, deposes and says:

I am not a party to this action; am over eighteen (18) years of age and reside in Mission Viejo, California; that on the 21st day of April, 2010, I served the **Notice of Motion and Motion for Relief from Automatic Stay; Declaration Of Sean A. O'Keefe In Support of Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; Or, in the Alternative, Granting Relief from Stay; and Declaration of Bruce Cook in Support of Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; Or, in the Alternative, Granting Relief From Stay** as follows:

**I.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** I caused to be served on the following persons and/or entities at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

See Exhibit "1" attached hereto and incorporated herein by this reference.

## II. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL.

I caused to be served the following persons and/or entities by email as follows.

See Exhibit "2" attached hereto and incorporated herein by this reference.

Executed this 21st day of April, 2010 at Newport Beach, California.

_____

Viann Corbin

STATE OF CALIFORNIA    )
              )
COUNTY OF ORANGE     )

On April 21, 2010, before me, Susan L. Connor, personally appeared Viann Corbin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

_____

Susan Connor

Notary Public in and for said State

> SUSAN L. CONNOR
> Commission # 1858393
> Notary Public - California
> Orange County
> My Comm. Expires Jul 19, 2013

# EXHIBIT "1"

Service List for Motion for Relief from Stay

SERVICE VIA OVERNIGHT

| | |
|---|---|
| United States Bankruptcy Court<br>Attn: Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | |
| *Debtor*<br>Lehman Brothers Holdings Inc.<br>Attn: Corporate Officer<br>745 Seventh Avenue<br>New York, NY 10019 | Andrew D. Velez-Rivera<br>Paul Schwartzberg<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| Arthur J. Margulies<br>Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Richard P. Krasnow<br>Lori Fife<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Joshua Dorchak<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Jerrold Lyle Bregman<br>Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Ralph I. Miller<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W.<br>Suite 900<br>Washington, DC 20005 | Lynn P. Harrison, III<br>Curtis, Mallet-Prevost, Colt & Mosle,LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| William J. Hine<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Robert J. Lemons<br>Shai Y. Waisman<br>Jacqueline Marcus<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Committee Counsel<br>Dennis F. Dunne<br>Dennis O'Connell<br>Evan Fleck<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Committee Counsel<br>Robert K. Dakis<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Ave<br>22nd Floor<br>New York, NY 10010 |
| Citibank, N.A., In Its Capacity As Trustee<br>D. Sam Anderson<br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04101 | Aron Oliner as Chapter 11 Trustee of The<br>Kontrabecki Group<br>c/o Duane Morris LLP, Suite 2000<br>Attn: William Heuer<br>1540 Broadway<br>New York, NY 10036 |
| James W. Giddens, as Trustee for the SIPA<br>Liquidation of Lehman Brothers Inc.<br>Christopher K. Kiplok<br>Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | A/P Hotel, LLC<br>Gregg L. Weiner<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| BMC Mortgage, LLC<br>Attn: Managing Member<br>1901 Main St.<br>Irvine, CA 92624 | Kramer Levin Naftalis & Frankel<br>Paul B. O'Neill, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Epiq Bankruptcy Solutions LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Mary Elizabeth Abbate, Esq.<br>1476 Deer Park Ave., #3<br>North Babylon, NY 11703 |
| J. Ronald Trost<br>Denis F. Cronin<br>Vinson & Elkins, LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Martin Flics<br>Mary K. Warren<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105 |
| Sean A. O'Neal<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 | Lindsee P. Granfield<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006 |

144422

| | |
|---|---|
| Attorneys for Fenway Capital LLC<br>Dewey & LeBoeuf LLP<br>Richard R. Reinthaler, Esq.<br>Irene Goldstein, Esq.<br>1301 Ave of the Americas<br>New York, NY 10019 | Robinson B. Lacy<br>Hydee R. Feldstein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | Neil J. Oxford<br>Sarah K. Loomis Cave<br>William R. Maguire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Dov Kleiner<br>Ari M. Berman<br>Vinson & Elkins, LLP<br>666 Fifth Avenue<br>New York, NY 10103 | |

\*\* \*\* \*\*

| | |
|---|---|
| Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 | |

144422

# EXHIBIT "2"

### MOTION FOR RELIEF FROM STAY
### E-MAIL SERVICE LIST – 4-21-2010

- Anne Marie Aaronson    aaaronson@dilworthlaw.com
- Marc Abrams    maosbny@willkic.com, mabrams@willkic.com
- Ann E. Acker    acker@chapman.com
- David J. Adler    dadler@mccarter.com
- Luma Al-Shibib    lalshibib@reedsmith.com
- Ana M. Alfonso    aalfonso@kayescholer.com,
  daniel.bloom@kayescholer.com;rcappiello@kayescholer.com;gjeanlouis@kayesc
  holer.com;tania.ingman@kayescholer.com
- Darryl J. Alvarado    dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson    sanderson@bernsteinshur.com,
  acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- George Angelich    angelich.george@arentfox.com,
  angelich.george@arentfox.com;lane.katie@arentfox.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Rick Antonoff    rick.antonoff@pillsburylaw.com,
  gianni.dimos@pillsburylaw.com
- Bruce G. Arnold    barnold@whdlaw.com, chandy@whdlaw.com
- John R. Ashmead    ashmead@sewkis.com
- Lee Stein Attanasio    emcdonnell@sidley.com
- Douglas Bacon    douglas.bacon@lw.com,
  chefiling@lw.com;beth.arnold@lw.com
- Donald M. Badaczewski    donald.badaczewski@dechert.com
- Ingrid Bagby    ingrid.bagby@cwt.com,
  betty.comerro@cwt.com;michele.maman@cwt.com
- Helen Ball    hball@ba-boult.com, mtaylor@ba-boult.com
- William G. Ballaine    wballaine@lcbf.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber    dbarber@bsblawyers.com
- David L. Barrack    dbarrack@fulbright.com
- Lawrence Bass    lawrence.bass@hro.com
- Beatrice Hamza Bassey    bassey@hugheshubbard.com
- Paul M. Basta    pbasta@kirkland.com, jacob.goldfinger@kirkland.com
- Paul A. Batista    batista007@aol.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- Anne E. Beaumont    abeaumont@fklaw.com, lehmanbros@fklaw.com
- T. Scott Belden    sbelden@kleinlaw.com,
  imcdclli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Evan J. Benanti    evan.benanti@bingham.com
- Walter Benzija    wbenzija@halperinlaw.net
- Shaya M. Berger    bergers@dicksteinshapiro.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com

- Jed I. Bergman    jbergman@kasowitz.com,
  courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com
- Scott Howard Bernstein    sbernstein@hunton.com
- Daniel B. Besikof    dbesikof@loeb.com
- Martin J. Bienenstock    martin.bienenstock@dl.com,
  tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
- Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman    jBlackman@morganlewis.com
- Benjamin Blaustein    bblaustein@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck    dbleck@mintz.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi    maofiling@cgsh.com, cboccuzzi@cgsh.com
- Hilary B. Bonial    notice@bkcylaw.com
- Mark V. Bossi    mbossi@thompsoncoburn.com,
  lmckinnon@thompsoncoburn.com
- Maria A. Bove    mbove@pszjlaw.com,
  dharris@pszjlaw.com;mbove@pszjlaw.com
- Jerrold Lyle Bregman    jbregman@curtis.com,
  cmanthei@curtis.com;ghertzberg@curtis.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Luke O. Brooks    lukeb@rgrdlaw.com, e_file_sf@rgrdlaw.com
- Melvin A. Brosterman    mbrosterman@stroock.com,
  docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Robert W. Brundige    brundige@hugheshubbard.com
- Martin G. Bunin    marty.bunin@alston.com
- Spencer A. Burkholz    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- Aaron R. Cahn    cahn@clm.com
- Daniel K. Cahn    dcahn@cahnlaw.com
- Carollynn H.G. Callari    ccallari@venable.com
- Donald F. Campbell    dcampbell@ghclaw.com
- Sarah Campbell    jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- Scott Cargill    scargill@lowenstein.com
- Roy H. Carlin    carlin@thshlaw.com
- Lawrence F. Carnevale    bankruptcy@clm.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Iskender Catto    icatto@kirkland.com
- Gabriel I. Chacon    gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman    maosbny@willkie.com
- Thomas E. Chase    tchase@rlrpclaw.com
- Pamela Rogers Chepiga    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com, pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    joshua.cohn@allenovery.com, kurt.vellek@allenovery.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    evelyn.rodriguez@allenovery.com, kurt.vellek@allenovery.com
- Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com, nduncan@hhlaw.com
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Jeffrey Costell    jlc@costell-law.com
- Patrick M. Costello    pcostello@bbslaw.com, Timothe@bbslaw.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    dcrichlow@pillsburywinthrop.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- George A. Davis    wendy.kane@cwt.com;michael.schrader@cwt.com

- Jason C. Davis    jdavis@rgrdlaw.com, e_file_sf@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com,
  lbonilla@schiffhardin.com;sodavis@schiffhardin.com;smartin@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com
- Paul H. Deutch    harriet.cohen@troutmansanders.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com,
  baddleyd@gtlaw.com;petermann@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com,
  lramirez@whdlaw.com;pbartoli@whdlaw.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com,
  mmakinde@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

- David S. Elkind   david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg   mark.ellenberg@cwt.com,
  allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott   kelliott@kelleydrye.com
- Bertin C. Emmons   bemmons@sovereignbank.com
- Michael R. Enright   menright@rc.com
- Andrew J. Entwistle   aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com
- Scott L. Esbin   bankruptcyinfo@esbinalter.com,
  bankruptcyinfo@esbinalter.com
- Edward J. Estrada   eestrada@reedsmith.com
- Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com
- William J. Factor   wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone   mfagone@bernsteinshur.com
- Jessica Fainman   jessica.fainman@barclayscapital.com
- Robert Michael Farquhar   mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris   farrisw@sullcrom.com
- Gregg M. Ficks   gmf@cpdb.com
- Charles J. Filardi   charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman   sfineman@lchb.com
- Steven J. Fink   sfink@orrick.com, nymao@orrick.com
- Harden Alexander Fisch   afisch@stutman.com
- Eric Fisher   fishere@butzel.com, richarda@butzel.com
- Steven B. Flancher   flanchers@michigan.gov
- Daniel J. Flanigan   dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer   jflaxer@golenbock.com,
  ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer   rfleischer@pryorcashman.com,
  docketing@pryorcashman.com
- Martin N. Flics   martin.flics@linklaters.com,
  shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox   sfox@mcguirewoods.com
- Mark A. Frankel   mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg   jfreeberg@wfw.com
- Mark Freedlander   mfreedlander@mcguirewoods.com,
  hhickman@mcguirewoods.com
- Rachel Freeman   rfreeman@dealysilberstein.com
- Elise Scherr Frejka   cfrejka@kramerlevin.com
- David M. Friedman   DFriedman@kasowitz.com, courtnotices@kasowitz.com
- Ellen A. Friedman   mmyles@friedumspring.com
- Jeff J. Friedman   jeff.friedman@kattenlaw.com
- Kenneth Friedman   kfriedman@manatt.com, efrasiolas@manatt.com
- Michael Friedman   mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Joseph Froehlich   jfroehlich@lockelord.com

- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com,
  dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com,
  kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Christopher J. Giaimo    giaimoc@arentfox.com
- Steven D. Ginsburg    sdg@adorno.com,
  ctatelbaum@adorno.com;jalper@adorno.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Adam J. Goldberg    adam.goldberg@lw.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com,
  pabelson@dl.com;jlevinepstein@dl.com
- Stephanie J. Goldstein    stephanie.goldstein@friedfrank.com
- Brett D. Goodman    brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com,
  lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com,
  gsalamone@secondmarket.com
- Christopher F. Graham    cgraham@mckennalong.com,
  jvargas@mckennalong.com
- Lindsee Paige Granfield    lgranfield@cgsh.com,
  maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgs
  h.com;bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cg
  sh.com;jrietema@cgsh.com
- Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com
- Brian E. Greer    brian.greer@dechert.com
- Stefanie Birbrower Greer    stefanie.greer@bingham.com,
  joshua.mclaughlin@bingham.com;joyce.gilroy@bingham.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com

- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com
- Robert R. Hall    robert.hall@azag.gov
- Thomas J. Hall    thall@chadbourne.com
- Alan D. Halperin    ahalperin@halperinlaw.net,
  spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William Hao    william.hao@alston.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com,
  jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com
- Diane Harvey    diane.harvey@weil.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com
- Dion W. Hayes    dhayes@mcguirewoods.com,
  phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com
- Ira L. Herman    ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Jennifer B. Herzog    jherzog@gklaw.com,
  mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Ross A. Hoogerhyde    hoogerhr@pepperlaw.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com,
  NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nk
  cmp@bsfllp.com
- Stephen C. Hunt    shunt@arnstein.com,
  sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us

- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com,
  kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Eric E. Johnson    eric.johnson@hro.com, alicia.berry@hro.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com,
  mkilby@sidley.com;emcdonnell@sidley.com
- Gary Kaplan    gary.kaplan@ffhsj.com, jennifer.rodburg@ffhsj.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com,
  kristina.bunker@goldbergkohn.com
- David J. Karp    david.karp@srz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com,
  acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernstei
  nshur.com;astewart@bernsteinshur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    craig@kelleylawoffice.com, sarah@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Michael John Kelly    mkelly@willkie.com, maosbny@willkie.com
- Thomas L. Kent    tomkent@paulhastings.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Howard Koh    hkoh@meisterseelig.com
- Samuel S. Kohn    skohn@dl.com, dcunsolo@winston.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com
- Bennette D. Kramer    bdk@schlamstone.com
- Richard P. Krasnow    richard.krasnow@weil.com,
  richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

- Michael M. Krauss    mkrauss@faegre.com,
  charayda@faegre.com;cdougherty@faegre.com
- Julia S. Kreher    jkreher@hodgsonruss.com,
  rleek@hodgsonruss.com;mreyen@hodgsonruss.com
- J. Alex Kress    akress@riker.com
- Martin Krolewski    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Paul J. Labov    plabov@eapdlaw.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Mark Landman    mlandman@lcbf.com
- David P. Langlois    david.langlois@sablaw.com
- Robert Laplaca    rlaplaca@levettrockwood.com
- Kevin J. Larner    klarner@riker.com
- Francis J. Lawall    lawallf@pepperlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David H. Lee    dlee@nixonpeabody.com
- Robert J. Lemons    gillad.matiteyahu@weil.com;matthew.schoenfeld@weil.com
- Stephen D. Lerner    slerner@ssd.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Richard B. Levin    rlevin@cravath.com,
  managing_attorneys_office@cravath.com
- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin    JLevitin@cahill.com,
  MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
- Ian N. Levy    ian.levy@kobrekim.com
- Leo V. Leyva    lleyva@coleschotz.com
- Isabelle Liberman    iliberman@akingump.com
- Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul    vlicul@vladeck.com
- David Liebov    liebovd@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com
- Joanne K. Lipson    jlipson@crockerkuno.com,
  ttracy@crockerkuno.com;nancy@crockerkuno.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Edward J. LoBello    elobello@blankrome.com
- Stephen T. Loden    sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com
- Joli A. Lofstedt    joli@crlpc.com
- Sarah K. Loomis Cave    cave@hugheshubbard.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- John H. Maddock    jmaddock@mcguirewoods.com,
  jsheerin@mcguirewoods.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpderm
  atis@pbnlaw.com;kdcurtin@pbnlaw.com
- Christopher J. Major    cmajor@rc.com, tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    raym@csgrr.com, e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer
  @weil.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.co
  m;sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.
  com;kprimm@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    smayerson@ssd.com,
  wlancaster@ssd.com;rgreen@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Mark McDermott    brian.mcdermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com,
  mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Douglas J. McGill    douglas.mcgill@dbr.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Michelle McMahon    michelle.mcmahon@bryancave.com,
  dortiz@bryancave.com;wcrenshaw@pogolaw.com
- Austin L. McMullen    amcmullen@babc.com

- John P. McNicholas    john.mcnicholas@dlapiper.com,
  william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan
  @dlapiper.com;mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;
  robert.ware@dlapiper.com;kristin.rosella@dlapiper.com;jeremy.johnson@dlapip
  er.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com,
  Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, spmicklich@daypitney.com
- Robert N. Michaelson    rmichaelson@klgates.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- Anne Miller-Hulbert    ahulbert@logs.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com,
  tmoloney@cgsh.com;dlivshiz@cgsh.com
- David Molton    dmolton@brownrudnick.com, jelstad@brownrudnick.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- Claude D. Montgomery
  cmontgomery@salans.com;apahon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- Matthew P. Morris    matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Lawrence F. Morrison    morrlaw@aol.com
- Victoria Morrison    victoriam@cdprop.com
- Joshua D. Morse    morsej@hbdlawyers.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com
- Seth A. Moskowitz    smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Steven T. Mulligan    smulligan@bsblawyers.com
- Michael F. Murphy    murphym2@michigan.gov
- Jason A. Nagi    jnagi@polsinelli.com
- David L. Neale    kjm@lnbrb.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Laura E. Neish    lneish@zuckerman.com
- Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman    snewman@katskykorins.com
- Robert E. Nies    rnies@wolffsamson.com, ecf@wolffsamson.com
- Timothy F. Nixon    tnixon@gklaw.com,
  zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey    rnorthey-lbi@mhjur.com

- Richard P. Norton   rnorton@hunton.com
- Robert M. Novick   rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff   hsnovikoff@wlrk.com,
  calert@wlrk.com;jvanlare@wlrk.com
- Anne Faith O'Berry   jputnam@bermanesq.com
- Edmond P. O'Brien   eobrien@sbchlaw.com
- Brian Edward O'Connor   maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal   soncal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com
- Paul B. O'Neill   boneill@kramerlevin.com
- Carl W. Oberdier   coberdier@schiffhardin.com,
  lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com
- Kalman Ochs   ochska@ffhsj.com
- Sean A. Okeefe   sokeefe@winthropcouchot.com
- Harold Olsen   holsen@stroock.com
- Matthew Olsen   molsen@morganlewis.com
- Karen Ostad   kostad@mofo.com
- Jody Michelle Oster   ECF.Oster@huntington.com
- Alec P. Ostrow   apo@stevenslee.com
- Neil J. Oxford   oxford@hugheshubbard.com
- R. Stephen Painter   spainter@cftc.gov
- Charles Palella   cpalella@kurzman.com
- Deryck A. Palmer   deryck.palmer@cwt.com,
  allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;
  scott.greenberg@cwt.com;elizabeth.walker@cwt.com
- Charles N. Panzer   cpanzer@sillscummis.com
- Merritt A. Pardini   merritt.pardini@kattenlaw.com,
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@katte
  nlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com
- Barbra R. Parlin   barbra.parlin@hklaw.com, chip.lancaster@hklaw.com
- Peter S. Partee   ppartee@hunton.com
- Alfredo R. Perez   alfredo.perez@weil.com,
  Michele.meises@weil.com;ilusion.rodriguez@weil.com;Chris.lopez@weil.com;g
  ayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;dona
  ld.etienne@weil.com;sherri.toub@weil.com;nicole.aliseo@weil.com;aliza.reicher
  @weil.com
- Steven W. Perlstein   steven.perlstein@kobrekim.com
- Robert E. Pershes   rpershes@bdblaw.com,
  sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdbl
  aw.com
- Gregory M. Petrick   gregory.petrick@cwt.com,
  diana.perez@cwt.com;david.forsh@cwt.com;allison.dipasqua@cwt.com
- Olya Petukhova   opetukhova@foley.com
- Brian D. Pfeiffer   brian.pfeiffer@friedfrank.com
- Deborah J. Piazza   dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com

- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- Dana Post    dpost@kramerlevin.com
- John N. Poulos    poulos@hugheshubbard.com
- Constantine Pourakis    cp@stevenslec.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@mcguirewoods.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com,
  maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Jack A. Raisner    jar@outtengolden.com
- John J. Rapisardi    john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com
- Craig V. Rasile    crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,keckhardt@hunton.com,mmannerin
  g@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com
- Russell Lowell Reid    rreid@sheppardmullin.com, ERotenberg-
  Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.co
  m;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@cur
  tis.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@f
  riedfrank.com;aaron.kleinman@friedfrank.com
- Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com

- Courtney Rogers    crogers@orrick.com
- Theodore O. Rogers    rogerst@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- Elizabeth L. Rose    erose@herrick.com, erose@herrick.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com
- Kermit A. Rosenberg    krosenberg@tighepatton.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com,
  jcontreras@gibsondunn.com;ayork@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Samuel H. Rudman    srudman@csgrr.com, kstadelmann@csgrr.com
- Abby Rudzin    arudzin@omm.com
- Scott K. Rutsky    srutsky@proskauer.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Jeffrey D. Saferstein    jsaferstein@paulweiss.com
- Chester B. Salomon    csalomon@beckerglynn.com,
  jholdridge@beckerglynn.com;lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com
- Jonathan D. Schiller    jschiller@bsfllp.com
- Michael L. Schleich    mschleich@fslf.com
- Carey D. Schreiber    cschreiber@winston.com
- Christopher P. Schueller    christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Jeffrey L. Schwartz
  jdivack@hahnhessen.com;jccrbone@hahnhessen.com;kcraner@hahnhessen.com;
  sthompson@hahnhessen.com;jorbach@hahnhessen.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com,
  maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jscott@reedsmith.com
- Howard Seife    arosenblatt@chadbourne.com

- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- John T. Shaban    jshaban@wbamct.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Nolan E. Shanahan    nshanahan@coleschotz.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashcc1@yahoo.com;garza@txschoollaw.com
- Thomas I. Sheridan    tsheridan@hanlyconroy.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Mark Shinderman    mark.shinderman@mto.com, paula.ayers@mto.com
- Michael A. Shiner    mshiner@tuckerlaw.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com; jwinters@whitecase.com
- Carren B. Shulman    cshulman@sheppardmullin.com, mdunn@sheppardmullin.com;jqin@sheppardmullin.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons    peter.simmons@friedfrank.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson    lsimonson@faegre.com
- Charles E. Simpson    csimpson@windelsmarx.com, detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane    pfarren@cahill.com
- Thomas R. Slome    lgomez@msek.com
- Edward Smith    easmith@venable.com
- Elizabeth Page Smith    csmith@llgm.com, strum@dl.com
- Abigail Snow    asnow@ssbb.com
- Eric J. Snyder    esnyder@sillerwilk.com
- John Wesley Spears    john.spears@alston.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com
- Douglas E. Spelfogel    dspelfogel@foley.com
- James H.M. Sprayregen    jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Jack G. Stern    jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
- Malani Sternstein    msternstein@sheppardmullin.com
- J. Robert Stoll    jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- David A. Sullivan    david.sullivan@cliffordchance.com
- Walter E. Swearingen    wswearingen@llf-law.com
- Matthew S. Tamasco    mtamasco@schnader.com
- Sara M. Tapinekis    sara.tapinekis@cliffordchance.com

- Robert E. Tarcza    bobt@tglaw.net
- James Tecce    jamestecce@quinnemanuel.com
- Samuel Jason Teele    jteele@lowenstein.com,
  gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- H. Marc Tepper    marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi    rterenzi@stcwlaw.com
- April J. Theis    april.theis@azag.gov
- Richard Tisdale    marianne.mortimer@friedfrank.com,
  Aaron.Rothman@ffhsj.com;richard.tisdale@ffhsj.com
- My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com
- Kenneth B. Tomer    ktomer@goodwinprocter.com
- Amit K. Trehan    atrehan@mayerbrown.com,
  atrehan@mayerbrown.com;cwalsh@mayerbrown.com
- Curtis V. Trinko    ctrinko@trinko.com
- Patrick J. Trostle    ptrostle@jenner.com
- Thomas R. Trowbridge, III    thomas.trowbridge@bakerbotts.com
- Sarah Trum    strum@dl.com,
  lsaal@dl.com;kkeen@dl.com;tjeffries@dl.com;jlevin-epstein@dl.com
- Brian Trust    btrust@mayerbrown.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Gerard Uzzi    guzzi@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com
- Ehret A. Van Horn    ehret-vanhorn@mbaum.com, bkincoming@mbaum.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Michael J. Venditto    mvenditto@reedsmith.com
- Raymond W. Verdi    rwvlaw@yahoo.com
- Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com
- James J. Vincequerra    jvincequerra@wolfblock.com
- Shai Waisman    shai.waisman@wcil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.
  toub@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro
  @weil.com;michele.meises@weil.com
- Adrienne Walker    awalker@mintz.com
- Lisa L. Wallace    lwallace@mwc-law.com
- Josephine Wang    jwang@sipc.org
- Mark W. Warren    mwarren@mtb.com
- Mary Warren    mary.warren@linklaters.com
- W. Clark Watson    cwatson@balch.com
- Corey R. Weber    ecf@ebg-law.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg    rochellew@shiboleth.com
- John W. Weiss    john.weiss@alston.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Timothy Raymond Wheeler    twheeler@lowenstein.com
- Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Stephanie Wickouski    stephanie.wickouski@dbr.com,
  jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@d
  br.com,swickous@aol.com
- Erin E. Wietecha    ewietecha@coleschotz.com
- Michael E. Wiles    mewiles@debevoise.com, mao-ecf@debevoise.com
- Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson    efile@willaw.com
- Steven R. Wirth    swirth@wmd-law.com
- Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com
- Joshua Matthew Wolf    jowolf@law.nyc.gov
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Steven Wolowitz    swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- Libby Wong    lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com
- James Addison Wright    james.wright@ropesgray.com
- Robert C. Yan    ryan@farrellfritz.com
- David Farrington Yates    fyates@sonnenschein.com
- Jack Yoskowitz    yoskowitz@sewkis.com
- Erin Zavalkoff    ezavalkoff-babej@vedderprice.com,
  ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- N. Theodore Zink    tzink@chadbourne.com,
  tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com
- Ellen Zweig    ezweig@optonline.net
- Abraham L. Zylberberg    azylberberg@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

 * * *

- Dennis Dunne    ddunne@milbank.com; wfoster@milbank.com;
  dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com;
  gbray@milbank.com
- Robert Yalen, Esq.    Robert.yalen@usdoj.gov
- Lori R. Fife    lori.fife@weil.com
- James W. Giddens    giddens@hugheshubbard.com; kobak@hugheshubbard.com
- Terry S. Arbit    tarbit@cftc.gov; rwasserman@cftc.gov

- Bonnie L. Gauch    gauchb@sec.gov; newyork@sec.gov; bambacha@sec.gov; jacobsonn@sec.gov; cohena@sec.gov
- sharbeck@sipc.org
- James Bromley    jbromley@cgsh.com
- Michael S. Stamer    mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com
- Lisa Kraidin    lisa.kraidin@allenovery.com; Ken.Coleman@allenovery.com
- Michael S. Greger    mgreger@allenmatkins.com; jtimko@allenmatkins.com
- Robin Russell, Esq.    rrussell@andrewskurth.com
- Susan Minehan    s.minehan@aozorabank.co.jp; k4.nomura@aozorabank.co.jp
- Robert M. Hirsch    hirsch.robert@arentfox.com
- Darryl S. Laddin    dladdin@agg.com, frank.white@agg.com
- Charles A. Malloy    charles_malloy@aporter.com
- James W. Grudus    jg5786@att.net
- Neal S. Mann    neal.mann@oag.state.ny.us
- Tony M. Davis    tony.davis@bakerbotts.com
- Donald A. Workman    dworkman@bakerlaw.com
- Peter A. Chapman    peter@bankrupt.com
- cbrotstein@bm.net
- mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com
- David R. Stickney, Esq.    davids@blbglaw.com
- Julie M. Williamson    jwilliamson@bsblawyers
- Ronald J. Silverman    ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; robert.dombroff@bingham.com; carol.weinerlevy@bingham.com; raj.madan@bingham.com
- Austin L. McMullen    AMcMullen@BoultCummings.com; RJones@BoultCummings.com
- Michael D. Gordon    mgordon@briggs.com
- Monica Lawless    monica.lawless@brookfieldproperties.com
- Robert Sidorsky    sidorsky@butzel.com
- George Davis, Esq.    george.davis@cwt.com; gary.ticoll@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; hanh.huynh@cwt.com; jason.jurgens@cwt.com
- Thomas Noguerola    Thomas_Noguerola@calpers.ca.gov
- Wanda N. Goodloe, Esq.    wanda.goodloe@cbre.com
- Howard Seife    hseife@chadbourne.com
- James E. Spiotto    spiotto@chapman.com
- Peter Pearlman    psp@njlawfirm.com; jwh@njlawfirm.com
- John H. Drucker, Esq.    Jdrucker@coleschotz.com
- Jeff Wittig    jeff.wittig@coair.com
- Ethan Schwartz    eschwartz@contrariancapital.com
- Michael P. Murphy    mmurphy@co.sanmateo.ca.us
- M. Hopkins    mhopkins@cov.com; dcoffino@cov.com
- Robert H. Trust, Esq.    RTrust@cravath.com

- William M. O'Connor    woconnor@crowell.com; bzabarauskas@crowell.com
- Karen E. Wagner    karen.wagner@dpw.com; avi.gesser@dpw.com;
  james.mcclammy@dpw.com
- Iva Uroic    iva.uroic@dechert.com
- Martin J. Bienenstock    mbienenstock@dl.com; jliu@dl.com; wheucr@dl.com;
  pwright@dl.com; esmith@dl.com
- Catherine G. Pappas    cpappas@dilworthlaw.com
- Matthew T. Klepper    matthew.klepper@dlapiper.com;
  thomas.califano@dlapiper.com; karol.denniston@dlapiper.com;
  brendan.collins@dlapiper.com; william.m.goldman@dlapiper.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com; heim.steve@dorsey.com;
  dove.michelle@dorsey.com
- Joseph Scordato, Esq.    joseph.scordato@dkib.com
- James E. Atkins    jim@atkinslawfirm.com
- sandyscafaria@eaton.com
- jbeemer@entwistle-law.com
- David B. Tatge, Esq.    dtatge@ebglaw.com; cweber@ebg-law.com
- Steven Felderstein    sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com;
  jhuh@ffwplaw.com
- Pamela Cocalas Wirt    pwirt@ftportfolios.com
- Joanne Lee    jlee@foley.com
- Samuel S. Ory    sory@fdlaw.com; jhiggins@fdlaw.com
- Aaron L. Hammer    ahammer@freebornpeters.com
- Ellen A. Friedman, Esq.    efriedman@friedumspring.com
- John R. Merva, Esq.    jmerva@fult.com
- jgenovese@gjb-law.com; pbattista@gjb-law.com; dcimo@gjb-law.com
- Janet Weiss    jweiss@gibsondunn.com
- Andreas Seuffert, Esq.    ascuffert@lawpost-nyc.com
- James Wallack    jwallack@goulstonstorrs.com
- Brian Corey    brian.corey@greentreecreditsolutions.com
- Nasreen Bulos    Nasreen.Bulos@dubaiic.com
- Jeffrey L. Schwartz    jschwartz@hahnhessen.com; rmatzat@hahnhessen.com
- Julie D. Dyas    jdyas@halperinlaw.net
- Ramona Neal    ramona.neal@hp.com; ken.higman@hp.com
- Garry M. Graber    GGraber@HodgsonRuss.com
- Scott Golden    sagolden@hhlaw.com; dckaufman@hhlaw.com
- Francois Janson    francois.janson@hklaw.com; richard.lear@hklaw.com;
  john.monaghan@hklaw.com
- Alesia Phinney, Esq.    alesia.phinney@infospace.com
- Cory L. Weiss, Esq.    cweiss@ingramllp.com
- Hugh L. Davis    dave.davis@isgria.com
- Toby R. Rosenberg    toby.r.rosenberg@irscounsel.treas.gov;
  mimi.m.wong@irscounsel.treas.gov
- Douglas Balog, Esq.    dbalog@intersil.com
- Teresa A. Oxford, Esq.    teresa.oxford@invescoaim.com
- Alan J. Friedman    afriedman@irell.com

- Frank C. Della'more    fdellamore@jaspanllp.com
- Daniel R. Murray    dmurray@jenner.com; rbyman@jenner.com
- Brian N. Spector    bspector@jsslaw.com; gspilsbury@jsslaw.com
- Jody Owen    jowen769@yahoo.com
- Joseph L. Fox, Esq.    jfox@jocfoxlaw.com
- Joseph N. Cordaro    Joseph.Cordaro@usdoj.com
- Eli R. Mattioli, Esq.    eli.mattioli@klgates.com; elizabeth.harris@klgates.com
- David S. Rosner    drosner@kasowitz.com
- Richard Choi    rchoi@kayescholer.com
- Mark W. Page, Esq.    mpage@kelleydrye.com
- Jay B. Solomon    jay@kleinsolomon.com
- Michael S. Kim    michael.kim@kobrekim.com, robert.henoch@kobrekim.com, andrew.lourie@kobrekim.com
- Thomas Moers Mayer    tmayer@kramerlevin.com; acaton@kramerlevin.com
- David S. Heller    david.heller@lw.com; richard.levy@lw.com
- Michael Bonacker    michael.bonacker@lehman.com; martin.bury@lehman.com; helmut.olivier@lehman.com; patrick.schmitzmorkramer@lehman.com; christian.spieler@lehman
- awasserman@lockelord.com; peisenberg@lockelord.com
- Christopher D. Loizides, Esq.    loizides@loizides.com
- Kenneth Rosen    krosen@lowenstein.com; steele@lowenstein.com; squigley@lowenstein.com
- James E. Huggett, Esq.    jhuggett@margolisedelstein.com
- Jeffrey G. Tougas    jtougas@mayerbrown.com
- Jayna Partain Lamar    jlamar@maynardcooper.com
- Richard H. Siegel    rhs@mccallaraymer.com
- Katherine L. Mayer, Esq.    kmayer@mccarter.com; wtaylor@mccarter.com
- Nathan F. Coco    ncoco@mwe.com
- James M. Ringer    jmr@msf-law.com
- Thomas R. Slome, Esq.    tslome@msek.com
- Alan E. Marder    amarder@msek.com
- Juandisha Harris    harrisjm@michigan.gov
- Michael C. Frege    michael.frege@cms-hs.com
- nissay_10259-0154@mhmjapan.com
- John A Pintarelli    jpintarelli@mofo.com; twatanabe@mofo.com; lnashelsky@mofo.com
- Russell L. Munsch    rmunsch@munsch.com; Klippman@munsch.com
- Millee12@nationwide.com
- Susan M. Schultz    susan.schultz@newedgegroup.com
- Amanda Darwin    adarwin@nixonpeabody.com; vmilione@nixonpeabody.com
- bankruptcymatters@us.nomura.com
- Ken Rubin    krubin@ozcap.com
- Martin Jefferson Davis    martin.davis@ots.treas.gov
- akantesaria@oppenheimerfunds.com

- Raniero D'Aversa, Jr.    rdaversa@orrick.com; pquinn@orrick.com; jguy@orrick.com; korr@orrick.com; dfelder@orrick.com; rfrankel@orrick.com; rwyron@orrick.com
- William M. Silverman    wsilverm@oshr.com; pfeldman@oshr.com
- Kiah T. Ford IV    chipford@parkerpoe.com
- David W. Dykhouse    dwdykhouse@pbwt.com; bguiney@pbwt.com
- Thomas L. Kent    thomaskent@paulhastings.com
- Douglas R. Davis    ddavis@paulweiss.com; chammerman@paulweiss.com
- Howard J. Weg    hweg@pwkllp.com; dshemano@pwkllp.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com; schannej@papperlaw.com
- arlbank@pbfcm.com
- Michael R. Pfeifer    mpfeifer@pfeiferlaw.com; jfinerty@pfeiferlaw.com
- Joseph Horgan    jhorgan@phxa.com
- David A. Crichlow, Esq.    david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com; mark.houle@pillsburylaw.com; patrick.potter@pillsburylaw.com
- James E. Bird    jbird@polsinelli.com; cward@polsinelli.com
- Teri Jane Freedman    tjfreedman@pbnlaw.com
- Brian W. Bisignani, Esq.    bbisignani@postschell.com
- Frederick B. Polak    fbp@ppgms.com
- Barry Pershkow    bpershkow@profunds.com
- Mark R. Jacobs    mjacobs@pryorcashman.com; drose@pryorcashman.com
- shumaker@pursuitpartners.com
- Susheel Kirpalani    susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com
- J. Andrew Rahl, Esq.    arahl@reedsmith.com
- Kurt F. Gwynne    kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com; eschaffer@reedsmith.com; jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Alan Braunstein    abraunstein@riemerlaw.com
- Eliot Cohen    ecohen@russell.com
- Russell R. Johnson III    Russj4478@aol.com
- Marianne Schimelfeniq, Esq.    mschimel@sju.edu
- Timothy T. Brock    tbrock@ssbb.com
- John A. Kehoe    jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com
- Nichalos J. Lepore, III, Esq.    nlepore@schnader.com
- Fredric Sosnick, Esq.    fsosnick@shearman.com; jgarrity@shearman.com; ned.schodek@shearman.com
- Ann Reynaud    ann.reynaud@shell.com; jennifer.gore@shell.com
- Malani J. Cademartori, Esq.    mcademartori@sheppardmullin.com
- Andrew C. Quale, Jr.    aquale@sidley.com; aunger@sidley.com
- Ronald J. Friedman    rfriedman@silvermanacampora.com
- Patrick C. Maxcy, Esq.    pmaxcy@sonnenschein.com
- Richard J. Stahl, Esq.    r.stahl@stahlzelloe.com
- March Chait    Marc.Chait@standardchartered.com

- Eugene Chang    echang@steinlubin.com
- Stephen H. Gross, Esq.    shgross@yahoo.com
- John H. Lovi    jlovi@steptoe.com; lromansic@steptoe.com
- Chester Salomon    cs@stevenslee.com
- Paul Patterson    ppatterson@stradley.com; mcordone@stradley.com
- Landon@StreusandLandon.com; Villa@StreusandLandon.com; Streusand@StreusandLandon.com
- Lawrence M. Handelsman    lhandelsman@stroock.com; dwildes@stroock.com
- Sherry J. Millman    smillman@stroock.com
- Hydee R. Feldstein    feldsteinh@sullcrom.com
- Paul B. Turner    paul.turner@sutherland.com
- Mark D. Sherrill    mark.sherrill@sutherland.com
- marvin.clements@ag.tn.gov
- Ranjit Mather    ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com
- Monique L. Morreale    mmorreale@us.mufg.jp
- suomi_murano@chuomitsui.jp; CMTB_LC11@chuomitsui.jp
- Masaya Yamashiro    yamashiro@sumitomotrust.co.jp
- Rhett G. Campbell    rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com
- David M. Bennett    david.bennett@tklaw.com
- Ann Menard    amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com
- John P. Christian, Esq.    jchristian@tobinlaw.com
- Olga Press    oipress@travelers.com
- Lee Stremba, Esq.    lee.stremba@troutmansanders.com
- Bradley S. Tupi    btupi@tuckerlaw.com
- Linda Boyle    linda.boyle@twtelecom.com
- Douglas J. Lipke, Esq.    dlipke@vedderprice.com
- Steven M. Abramowitz    sabramowitz@vclaw.com; jwest@vclaw.com; jeldredge@velaw.com
- Richard G. Mason, Esq.    rgmason@wlrk.com; jafeltman@wlrk.com
- Christopher Belisle    cbelisle@wfw.com
- Philip John Nichols    pnichols@whitecase.com
- Thomas E. MacWright, Jr.    tmacwright@whitecase.com; avenes@whitecase.com
- Douglas Baumstein    dbaumstein@whitecase.com; rgraham@whitecase.com; mruetzel@whitecase.com; ukreppel@whitecase.com;kstahl@whitecase.com; tlauria@whitecase.com; lthompson@whitecase.com
- Sharyn B. Zuch    szuch@wiggin.com
- Matthew A. Feldman    mfeldman@willkie.com; bromano@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com
- James J. McGinley    jmcginley@wilmingtontrust.com
- Jbecker@wilmingtontrust.com
- Daniel J. McGuire    dmcguire@winston.com; mkjaer@winston.com
- David N. Ravin    dravin@wolffsamson.com
- Robert L. Holladay, Jr.    Robert.Holladay@youngwilliams.com
- Jeffrey R. Hellman, Esq.    Jhellman@zeislaw.com

- bankr@zuckerman.com
- William Lobel - wlobel@thelobelfirm.com
- Mike Neue - mneue@thelobelfirm.com
- Skip Miller - smiller@millerbarondess.com
- Alan Friedman - afriedman@irell.com
- Lei Lei Wang Ekvall - lekvall@wgllp.com
- Martin H. Pritikin - mpritikin@millerbarondess.com