# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**,    Case Nos. 08-13555
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Eton Park Fund, L.P. | Mast Credit Opportunities I Master Fund Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 66322

Amount of Transferred Claim: $2,084,447.29

Name and Address where notices to Transferee should be sent:

Eton Park Fund, L.P.
399 Park Avenue, 10th Floor
New York, NY 10022
Attn: Serge Todorovich
Tel: (212) 756-5354
Email: Serge.Todorovich@etonpark.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _Marcy [signature]_    Date: 4.22.10
Name: **Marcy Engel**
Title: **Chief Operating Officer & General Counsel**
**Eton Park Capital Management, L.P.**

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to: Eton Park Fund, L.P.

   Mast Credit Opportunities I Master Fund Limited, a Delaware limited partnership, located at 200 Clarendon Street, 51st Floor, Boston, Massachusetts 02116 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Eton Park Fund, L.P., its successors and assigns, with offices at 399 Park Avenue, 10th Floor, New York, NY 10022 ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No. 66321, as such claim amends Claim No. 6908, which itself amends the previously filed claim numbers 4283 and 4284) and against Lehman Brothers Holdings Inc. (Claim No. 66322, as such claim amends Claim No. 6907, which itself amends the previously filed claim numbers 4285 and 4286), each in the amount of $2,084,447.29 (collectively the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims.

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

- 10 -

KL2 2638059.10

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 1st day of April, 2010.

Mast Credit Opportunities I Master Fund Limited

By: [signature]
Name:
Title:

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: [signature]　　　　　　　　　　Terence Aquino
Name:　　　　　　　　　　　　　　Chief Financial Officer
Title:　　　　　　　　　　　　　　Eton Park Capital Management, LP

Address:　　399 Park Avenue, 10th Floor
　　　　　　New York, NY 10022
Attention:　Shailini Rao
Telephone:　(212) 756-5380
Email:　　　shailini.rao@etonpark.com

- 11 -

KL2 2638059.10