Douglas E. Spelfogel
Olya Petukhova
FOLEY & LARDNER LLP
90 Park Ave., 36th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Keith C. Owens (*pro hac vice* admission pending*)*
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Libyan Arab Foreign Investment Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Case No: 08-13555 (JMP) |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.**: | | Chapter 11 |
| | : | |
| Debtor. | : | Jointly Administered |

-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Libyan Arab Foreign Investment Company ("LAFICO"), a creditor in the above-captioned case. Pursuant to § 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, LAFICO requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following addresses:

NYC_790154.1

>Douglas E. Spelfogel
>Olya Petukhova
>FOLEY & LARDNER LLP
>90 Park Ave., 20th Floor
>New York, NY 10016
>Telephone: (212) 682-7474
>Facsimile: (212) 687-2329
>Email: dspelfogel@foley.com
>        opetukhova@foley.com
>
>Keith C. Owens (*pro hac vice admission pending*)
>FOLEY & LARDNER LLP
>555 South Flower Street
>Suite 3500
>Los Angeles, CA 90071-2411
>Telephone: (213) 972-4500
>Facsimile: (213) 486-0065
>Email: kowens@foley.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that LAFICO does not intend, through this Notice of Appearance and Request For Service of Documents, or any later appearance, pleading, claim, or suit, to waive (1) its right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses,

setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies LAFICO expressly reserves.

Dated: April 23, 2010
New York, NY

FOLEY & LARDNER LLP

/s/ Olya Petukhova
Douglas E. Spelfogel
Olya Petukhova
FOLEY & LARDNER LLP
90 Park Ave., 36th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Keith C. Owens (*pro hac vice* admission pending*)*
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Libyan Arab Foreign Investment Company*