**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                                                          :    Case No: 08-13555 (JMP)
                                                                                     :
LEHMAN BROTHERS HOLDINGS, INC., et al.,    :
                                                                                     :
                                                                                     :
                                                    Debtors.              :
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Keith C. Owens, a member in good standing of the bar of the state of California, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, and the District Courts for the Central, Southern, Northern and Eastern Districts of California, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent Libyan Arab Foreign Investment Company, a creditor in the above-captioned case.

| | |
|---|---|
| Mailing Address: | Foley & Lardner LLP |
| | 555 South Flower Street |
| | Suite 3500 |
| | Los Angeles, CA 90071-2411 |
| Email Address: | KOwens@foley.com |
| Telephone Number: | (213) 972-4500 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: April 23, 2010
          New York, New York

                                                                /s/ Keith C. Owens
                                                                Keith C. Owens

NYC_790153.1