**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                                              :    Case No: 08-13555 (JMP)
                                                                                        :
LEHMAN BROTHERS HOLDINGS, INC., et al.,    :
                                                                                        :
                                                                                        :
                                                   Debtors.               :
---------------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Keith C. Owens, to be admitted, *pro hac vice*, to represent Libyan Arab Foreign Investment Company, creditor in the above-captioned action, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, and the District Courts for the Central, Southern, Northern and Eastern Districts of California, it is hereby

**ORDERED**, that Keith C. Owens is admitted to practice, *pro hac vice,* in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated:
    New York, New York                    /s/_____
                                                        UNITED STATES BANKRUPTCY JUDGE

NYC_790156.1