**Hearing Date and Time: May 12, 2010, at 10:00 a.m. ET**
**Objection Deadline: May 3, 2010 at 4:00 p.m. ET**

Doulgas E. Spelfogel
Olya Petukhova
FOLEY & LARDNER LLP
90 Park Ave., 36th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Keith C. Owens (*pro hac vice* admission pending)
FOLEY & LARDNER LLP
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Libyan Arab Foreign Investment Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------X | Chapter 11 Case No: |
| In re: : | 08-13555 (JMP) |
| : |  |
| LEHMAN BROTHERS HOLDINGS, INC., et al. : | (Jointly Administered) |
| : |  |
| : |  |
| Debtor. : |  |
| ------------------------------------------------------------X |  |

**LIMITED RESPONSE OF LIBYAN ARAB FOREIGN INVESTMENT
COMPANY TO DEBTOR'S SIXTH OMNIBUS OBJECTIONS TO CLAIMS**

Libyan Arab Foreign Investment Company ("LAFICO"), by and through its undersigned counsel, hereby responds to the Sixth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") filed by Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"), and respectfully states as follows:

NYC_790962.1

1. On September 22, 2009, LAFICO timely filed a proof of claim in the amount of $27,444,941.53 (Claim No. 30376) (the "Original Claim").

2. On November 2, 2009, LAFICO filed an amended claim in the reduced amount of $27,051,904.50 (Claim No. 62522) (the "Amended Claim").

3. On April 1, 2010, the Debtors filed the Objection pursuant to the Court's order approving procedures for the filing of omnibus objections to proofs of claim. Among other things, the Debtors seek to disallow and expunge the Original Claim filed by LAFICO on the basis that it has been superseded by the Amended Claim.

4. LAFICO does not object to expunging and disallowing the Original Claim because such claim has in fact been superseded by the Amended Claim, which relates back to the date of filing of the Original Claim.  However, LAFICO expressly preserves all rights, claims, interests, remedies and defenses with respect to the Amended Claim, and such other rights, claims, interests, remedies and defenses that LAFICO may now have or at any time hereafter may assert against the Debtors, or any other debtor, entity or person, and any property held by the Debtors or any such other debtor, entity or person.

                                            Respectfully submitted,

DATED: APRIL 23, 2010                FOLEY & LARDNER LLP

/s/ Douglas E. Spelfogel
Douglas E. Spelfogel
Olya Petukhova
FOLEY & LARDNER LLP
90 Park Ave., 36th Floor
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Keith C. Owens (*pro hac vice* admission pending)

NYC_790962.1

555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Libyan Arab Foreign Investment Company*

3