B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u> | <u>BlueBay (Master) Fund II Limited</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003
Fax: 212-530-1801
Attn: Managing Clerk

Court Claim # (if known): <u>20094</u>
Amount of Claim: <u>$33,894,027.35</u>
Date Claim Filed: <u>9/21/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>212-761-2757</u>                    Phone: <u>011 44 207 389-0342</u>
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

591007.1/892-03546

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____  Date:   4.23.10
　　　　　　　John Ragusa
　　　　　　Authorized Signatory

　　　Morgan Stanley Senior Funding, Inc.

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

591007.1/892-03546

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: BlueBay (Master) Fund II Limited

BlueBay (Master) Fund II Limited, an exempted company organized under the laws of the Cayman Islands, with offices located at PO Box 309 GT, George Town, Grand Cayman, KY1-1104, Cayman Islands ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Morgan Stanley Senior Funding, Inc., its successors and assigns, with offices located at 1585 Broadway, New York, NY 10036 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $33,894,027.35 and assigned Claim No. 20094 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 23 day of April 2010.

BlueBay Asset Management plc acting
as agent for:

**BLUEBAY (MASTER) FUND II LIMITED**

By: K.T. Webb              Claire Hardwick
Name:
Title: Kevin Webb                    CLAIRE HARDWICK
       Authorised Signatory          AUTHORISED
                                     SIGNATORY

**MORGAN STANLEY SENIOR FUNDING, INC.**

By: John Ragues
Name:
Title: John Ragues
       Authorized Signatory

- 16 -

577696.3/892-03546