UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                  :

In re                           :          Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                  :

                 Debtors.        :          (Jointly Administered)
                                  :

-------------------------------------------------------------------x  Ref. Docket Nos. 7748-7756

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
Sworn to before me this                    Lauren Rodriguez
23rd day of April, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JANUS CAPITAL MANAGEMENT LLC
         ATTN: HEIDI W. HARDIN
         SENIOR VP AND GENERAL COUNSEL
         151 DETROIT STREET
         DENVER CO 80206

Please note that your claim # 32617 in the above referenced case and in the amount of
     $153,460,243.02        has been transferred **(unless previously expunged by court order)**

         MERRILL LYNCH CREDIT PRODUCTS, LLC
         TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC
         ATTN: GARY S. COHEN/RONAL TOROK
         C/O BANK OF AMERICA MERRILL LYNCH
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    ·Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7748      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JANUS CAPITAL MANAGEMENT LLC
             ATTN: HEIDI W. HARDIN
             SENIOR VP AND GENERAL COUNSEL
             151 DETROIT STREET
             DENVER CO 80206

Please note that your claim # 32618 in the above referenced case and in the amount of
        $153,460,243.02        has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH CREDIT PRODUCTS, LLC
        TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC
        ATTN: GARY S. COHEN/RONAL TOROK
        C/O BANK OF AMERICA MERRILL LYNCH
        BANK OF AMERICA TOWER - 3RD FLOOR
        ONE BRYANT PARK
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7749      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              |      Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |      08-13555 (JMP)
                                                   |
                                                   |      (Jointly Administered)
                      Debtors.                     |
                                                   |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE
             FUND
             ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL
             151 DETROIT STREET
             DENVER CO 80206

Please note that your claim # 32619 in the above referenced case and in the amount of
        $93,566.40        has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH CREDIT PRODUCTS, LLC
        TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL
        LIFE SCIENCE FUND
        ATTN: GARY S. COHEN/RONAL TOROK
        C/O BANK OF AMERICA MERRILL LYNCH
        BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7750        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                           Vito Genna, Clerk of Court


                                           /s/Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                    Debtors.        |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN
              PORTFOLIO
              ATTN: HEIDI W.HARDIN, SENIOR VP AND GENERAL COUNSEL
              151 DETROIT STREET
              DENVER CO 80206

Please note that your claim # 32620 in the above referenced case and in the amount of
        $2,816,054.92        has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH CREDIT PRODUCTS, LLC
        TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS
        CONTRARIAN PORTFOLIO
        ATTN: GARY S. COHEN/RONAL TOROK
        C/O BANK OF AMERICA MERRILL LYNCH
        BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7751    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   JANUS CAPITAL MANAGEMENT LLC
FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO LLC
ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL
151 DETROIT STREET
DENVER CO 80206

Please note that your claim # 32621 in the above referenced case and in the amount of
$191,134.20        has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH CREDIT PRODUCTS, LLC
TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL
INTERNATIONAL EQUITY PORTFOLIO
ATTN: GARY S. COHEN/RONAL TOROK
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7752        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |   Chapter 11 Case No.
                               |
                               |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                               |   (Jointly Administered)
                               |
           Debtors.            |
                               |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JANUS CAPITAL MANAGEMENT LLC
          ON BEHALF OF NOMURA GLOBAL LIFE
          ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL
          151 DETROIT STREET
          DENVER CO 80206

Please note that your claim # 32622 in the above referenced case and in the amount of
    $140,349.60        has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL
          LIFE
          ATTN: GARY S. COHEN/RONAL TOROK
          C/O BANK OF AMERICA MERRILL LYNCH
          BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
          NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7753       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                      Vito Genna, Clerk of Court


                                      /s/Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
               Debtors.        |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  KNIGHTSBRIDGE GUARDING LTD
            4TH FLOOR
            28 THROGMORTON ST
            LONDON    EC2N 2AN
            UNITED KINGDOM
```

Please note that your claim # 6181 in the above referenced case and in the amount of
       $595,913.92        has been transferred (**unless previously expunged by court order**)

```
       C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
       TRANSFEROR: KNIGHTSBRIDGE GUARDING LTD
       C/O CARVAL INVESTORS UK LIMITED
       KNOWLE HILL PARK, FARIMILE LANE
       COBHAM, SURREY    KT11 2PD
       UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7754        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND
ATTN: HEIDI W. HARDIN
SENIOR VP AND GENERAL COUNSEL
151 DETROIT STREET
DENVER CO 80206

Please note that your claim # 32623 in the above referenced case and in the amount of
$268,056.00        has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH CREDIT PRODUCTS, LLC
TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT
FUND
ATTN: GARY S. COHEN/RONAL TOROK
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7755        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                                    Vito Genna, Clerk of Court

                                                   /s/Lauren Rodriguez
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
                                          |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |    (Jointly Administered)
                                          |
                Debtors.                  |
                                          |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JANUS CAPITAL MANAGEMENT LLC
             ON BEHLAF OF ASPEN MID CAP GROWTH PORTFOLIO
             ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL
             151 DETROIT STREET
             DENVER CO 80206

Please note that your claim # 32624 in the above referenced case and in the amount of
        $540,144.44        has been transferred **(unless previously expunged by court order)**

        MERRILL LYNCH CREDIT PRODUCTS, LLC
        TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP
        GROWTH PORTFOLIO
        ATTN: GARY S. COHEN/RONAL TOROK
        C/O BANK OF AMERICA MERRILL LYNCH
        BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7756       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

**EXHIBIT B**

```
TIME: 11:49:03                          LEHMAN BROTHERS HOLDING INC.
DATE: 04/22/10                              CREDITOR LISTING                                    PAGE:    1
```

| Name | Address |
|------|---------|
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: KNIGHTSBRIDGE GUARDING LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY  KT11 2PD UNITED |
| JANUS CAPITAL MANAGEMENT LLC | ATTN: HEIDI W. HARDIN SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL MANAGEMENT LLC | FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO LLC ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENV |
| JANUS CAPITAL MANAGEMENT LLC | ON BEHLAF OF NOMURA GLOBAL LIFE ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL MANAGEMENT LLC | ON BEHLAF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: HEIDI W. HARDIN, SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF FOR JANUS CONTRAREAN W.HARDIN, SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF FUNDJATGNOBREIDIFE SHARDIN, SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFICSELEWT HARDIN SENIOR VP AND GENERAL COUNSEL 151 DETROIT STREET DENVER CO 80206 |
| KNIGHTSBRIDGE GUARDING LTD | 4TH FLOOR 28 THROGMORTON ST LONDON  EC2N 2AN UNITED KINGDOM |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BAN |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERIC |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERIC |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERI |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LY |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL L |

```
Total Number of Records Printed        24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153