**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Certain Creditors*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x    Chapter 11 Case No.
In re:                                                       :
                                                             :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                                             :    (Jointly Administered)
                       Debtors.                              :
-------------------------------------------------------------x

**VERIFIED STATEMENT OF BECKER, GLYNN, MELAMED & MUFFLY LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Becker, Glynn, Melamed & Muffly LLP ("Becker Glynn") hereby discloses:

1. Becker Glynn is a law firm with an office at 299 Park Avenue, New York, NY 10171.

2. Becker Glynn is counsel to the following creditors in the above-captioned Chapter 11 bankruptcy case:

| | |
|---|---|
| Richard E. Witten | Harold Shamah |
| 1445 Flagler Dr. | 125 Exeter St. |
| Mamaroneck, NY 10543-4506 | Brooklyn, NY 11235 |
| Claim Amount: $1,869,953.80 | Claim Amount: $734,522.10 |
| | |
| Issac Shamah | Shamah 2000 Family Trust |
| 219 North Broadway | 131 W. 33rd St., Ste. 1109 |
| Nyack, NY 10960-1618 | New York, NY 10001-2908 |
| Claim Amount: $320,999.95 | Claim Amount: $275,388.15 |

| | |
|---|---|
| Ira Wertentiel<br>P.O. Box 247<br>Oak Creek, CO 80467<br>Claim Amount: $441,391.50 | Summit Capital Partners, LP<br>1984 E. 1st St.<br>Brooklyn, NY 11223-2943<br>Claim Amount: $1,200,000.00 |

469 Bergman Properties LLC
1984 E. 1st St.
Brooklyn, NY 11223-2943
Claim Amount: $1,677,202.70

3.  Richard E. Witten, Harold Shamah, Isaac Shamah, Shamah 2000 Family Trust, Summit Capital Partners, LP and 469 Bergman Properties LLC are creditors of the Lehman Brothers Holdings Inc. ("LBHI") and customers of Lehman Brothers Inc. ("LBI"). Ira Wertentiel was assigned Robert Perl's claim against LBHI on or about December 1, 2008 as reflected in assignments attached as Exhibit A. The nature of all said creditors' claims is (a) securities purchased from the Debtors and held in the creditors' respective accounts at LBI and (b) alternatively, misrepresentation in connection with certain securities purchases.

4.  Each of the said creditors contacted Chester B. Salomon between December 2008 and September 2009 to advise it concerning its claims. Upon information and belief, except for Mr. Wertentiel, none of the creditors acquired their claims from any third party before or after the bankruptcy filing.

5.  Upon information and belief, Becker Glynn has no claims against or interests in the Debtors.

6.  In the event that Becker Glynn undertakes the representation of additional clients in this Chapter 11 case, this statement shall be supplemented in accordance

with Bankruptcy Rule 2019.

Dated: New York, NY
April 23, 2010

>Respectfully submitted,
>
>BECKER, GLYNN, MELAMED & MUFFLY LLP
>  Attorneys for Certain Creditors
>
>By:   /s/ Chester B. Salomon
>      Chester B. Salomon (CS-2319)
>299 Park Avenue
> New York, NY 10171
>Tel: (212) 888 - 3033
>Fax: (212) 888- 0255
>csalomon@beckerglynn.com

*140800v1*

-3-