**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Certain Creditors*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          :        Chapter 11 Case No.
                                                                :
                                                                :        08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :
                                                                :        (Jointly Administered)
                                    Debtors.                :
----------------------------------------------------------------x

Certificate of Service

I hereby certify that on April 23, 2010, I filed, and thereby caused, the Verified Statement of Becker, Glynn, Melamed & Muffly LLP Pursuant to Bankruptcy Rule 2019, dated April 23, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: New York, NY
April 23, 2010

        BECKER, GLYNN, MELAMED & MUFFLY LLP
        Attorneys for Certain Creditors

        By: ___/s/Chester B. Salomon_____
            Chester B. Salomon
        299 Park Avenue
        New York, New York 10171
        Telephone: (212) 888-3033
        Facsimile:  (212) 888-0255
        csalomon@beckerglynn.com

*138389v1*