B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers OTC Derivatives Inc.          Case No. 08-13893 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**
JPMorgan Chase Bank, N.A.

**Name of Transferor**
NetApp Inc.

Court Claim # (if known) 66554 (amending claim #25707)
Filed Amount of Claim $57,000,000.00
Date Claim Filed: 4/21/2010

Name and Address where notices to transferee should be sent:

1 Chase Manhattan Plaza, Floor 26
New York, NY 10005-1401
Mail Code NY1-A436
Attention:    Susan McNamara
Telephone:   212-552-1038
Facsimile:   212-552-5766
Email:       susan.mcnamara@chase.com

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attn: Robert Scheininger
Email: rscheininger@sidley.com
Telephone: (212) 839-5605
Facsimile:  (212) 839-5599

Last Four Digits of Account #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

JPMorgan Chase Bank, N.A.
ABA: 021 000 021
SWIFT: CHASUS33
A/C Name: SPS High Yield Loan Trading
A/C#: 544 794742

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael Economos          Date: 4/23/10
Transferee/Transferee's Authorized Signatory
Michael Economos

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7283414v.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: NetApp, Inc.

NetApp, Inc., a corporation organized under the laws of Delaware, with offices located at 495 East Java Drive, Sunnyvale, California ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at 270 Park Avenue, New York, NY 10017 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers OTC Derivatives, Inc., and its affiliates in the amount of $57,000,000 and assigned Claim No. 66554 amending Claim No. 25707 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13893.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 21st day of April, 2010.

NETAPP, INC.

By: 
Name: Ingemar Lanevi
Title: VP and Corporate Treasurer


JPMORGAN CHASE BANK, N.A.

By: _____
    Name:
    Title:

- 18 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: NetApp, Inc.

NetApp, Inc., a corporation organized under the laws of Delaware, with offices located at 495 East Java Drive, Sunnyvale, California ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., its successors and assigns, with offices located at 270 Park Avenue, New York, NY 10017 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers OTC Derivatives, Inc., and its affiliates in the amount of $57,000,000 and assigned Claim No. 6653 amending Claim No. 25707 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13893.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 21st day of April, 2010.

NETAPP, INC.

By:_____
Name:
Title:


JPMORGAN CHASE BANK, N.A.

By:_____
Name:
Title:
Michael Economos
Authorized Signatory

- 18 -