WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                        Debtors.                               :    **(Jointly Administered)**
                                                               :
------------------------------------------------------------------x

**QUARTERLY REPORT PURSUANT TO ORDER ESTABLISHING
PROCEDURES FOR THE DEBTORS TO COMPROMISE AND SETTLE
PREPETITION CLAIMS ASSERTED BY THE DEBTORS AGAINST THIRD PARTIES**

Pursuant to the Order Pursuant to Sections 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Prepetition Claims Asserted by the Debtors Against Third Parties, entered on January 14, 2010 (the "Order") [Dkt. No. 6656],[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to compromise and settle Prepetition Ordinary Course Claims in accordance with the Settlement Procedures set forth in the Order.

In accordance with the Order, the Debtors hereby file the quarterly report, annexed hereto as Exhibit A, of all Settlements entered into pursuant to the authority granted in

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

the Order for the period from January 14, 2010 to and including March 31, 2010.

Dated: April 23, 2010
     New York, New York

    /s/ Shai Y. Waisman
    Shai Y. Waisman

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

Exhibit A

| **Prepetition Ordinary Course Claim Settlements Report** ||
|---|---|
| Number of Settlements Entered Into During Previous Quarterly Period (January 2010 – March 2010) | Aggregate Amount of Prepetition Ordinary Course Claims Settled During Previous Quarterly Period (January 2010 – March 2010) |
| 1 | $250,000 |