**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS
INC., et al.

                                 Debtor

-----------------------------------------------------------x

                               Plaintiff

                           v.

                               Defendant

-----------------------------------------------------------x

Case No.: 08-13555

Chapter 11

Adversary Proceeding No.: _____

APR 2 3 2010

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Martin H. Pritikin , request admission, *pro hac vice*, before the
Honorable Judge James M. Peck , to represent the SunCal Debtors (8:08-bk-17206 Bankr. C.D. Cal.)[1]
interested third parties in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of
California and, if applicable, the bar of the U.S. District Court for the Central
District of California .

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 22, 2010
Los Angeles, CA ,

                   s/ Martin H. Pritikin
                   *Mailing Address:*

                   Miller Barondess LLP
                   1999 Avenue of the Stars Suite 1000
                   Los Angeles CA 90067
                   *E-mail address:* mpritikin@millerbarondess.com
                   *Telephone number:* ( 310 ) 552-4400

---

[1] The "SunCal Debtors" includes Palmdale Hills Property, LLC, SunCal Beaumont Heights LLC, SCC/Palmdale, LLC, SunCal Johannson Ranch, LLC, SunCal Summit Valley, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, Acton Estates, LLC, Seven Brothers, LLC, SJD Partners, Ltd., SJD Development Corp., Kirby Estates, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF, LLC, and Steven M. Speier, the duly appointed trustee for the Chapter 11 estates of LB/L-SunCal Oak Valley, LLC, LB/L SunCal Northlake, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance LLC, SunCal Oak Knoll, LLC, SunCal Marblehead, LLC, and SunCal Heartland, LLC in the jointly administered bankruptcy action 8:08-bk-17206 in the Central District of California before the Honorable Judge Erithe Smith.