**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case No. 08-13555 (JMP) |
| *et al.*, ) |  |
| ) | Jointly Administered |
| Debtors. ) |  |
| ) |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE THAT Embarcadero Aircraft Securitization Trust ("**EAST**"), through its counsel Pillsbury Winthrop Shaw Pittman LLP ("**Pillsbury**"), hereby files this Notice of Withdrawal of Appearance in the above-referenced, jointly administered bankruptcy cases.

1. EAST requests that it and Pillsbury, including but not limited to the undersigned attorneys, be removed (i) from the official service list for the Debtors' bankruptcy cases; and (ii) as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system.

2. There are currently no motions, applications, or other proceedings by or against EAST pending before this Court in the Debtors' bankruptcy cases.

500518685v1

Respectfully submitted this 26th day of April, 2010

By: /s/ Rick B. Antonoff
PILLSBURY WINTHROP SHAW PITTMAN LLP
C. Payson Coleman
Rick B. Antonoff
Mark N. Lessard
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for Embarcadero Aircraft Securitization Trust*

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned personally caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served via the Court's CM/ECF system upon the parties that have requested service on the 26th day of April, 2010.

By:/s/ Rick B. Antonoff