CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :     **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :     **Case No. 08-13555 (JMP)**
:
    **Debtors.**                                   :     **(Jointly Administered)**
---------------------------------------------------------------x
:
In re                                              :
:
**LEHMAN BROTHERS INC.**                           :     **Case No. 08-01420 (JMP) SIPA**
:
    **Debtor.**                                    :
---------------------------------------------------------------x

    I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 23rd day of April 2010, the Notice of Presentment of Stipulation and Agreed Order with Respect to Preservation of Certain Records Relating to the Investment Management Division with Proposed Stipulation and Agreed Order was served by hand upon:

        Shai Y. Waisman, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

Andy Velez-Rivera
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

2. This service was made assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
April 23, 2010

/s/Richard V. Conza
Richard V. Conza