UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                   Debtors.                    :    (Jointly Administered)
                                                               :
-----------------------------------------------------------------x    Ref. Docket Nos. 8436 & 8437

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 21, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                          */s/ Elli Petris*
22nd day of April, 2010                          Elli Petris

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD
C/O BLACK RIVER ASSET MANAGEMENT LLC
12700 WHITEWATER DRIVE
ATTN: MARK RABOGLIATTI
MINNETONKA MN 55343

Additional:

Transferee: CVI GVF (LUX) MASTER S.A.R.L.
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
SURREY KT11 2PD UNITED KINGDOM

**Your transfer of claim # 26153 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 8436                    Date 04/19/10

/s/ Elli Petris
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
              ATTN: MARK RABOGLIATTI
              C/O BLACK RIVER ASSET MANAGEMENT, LLC
              12700 WHITEWATER DRIVE
              MINNETONKA MN 55343

Additional:   BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
              FAEGRE & BENSON LLP
              ATTN: IRINA PALCHUK
              2200 WELLS FARGO CENTER
              90 SOUTH 7TH ST.
              MINNEAPOLIS MN 55402

Transferee:   CVI GVF (LUX) MASTER S.A.R.L.
              C/O CARVAL INVESTORS UK LIMITED
              KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
              SURREY KT11 2PD UNITED KINGDOM

**Your transfer** of claim # 22701 is defective for the reason(s) checked below:

Expunged By Court Order


Docket Number 8437          Date 04/19/10

/s/ Elli Petris
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BLACK RIVER EMERGING MARKETS CREDIT FUND LTD          BLACK RIVER EMERGING MARKETS CREDIT FUN
              FAEGRE & BENSON LLP                                    ATTN: MARK RABOGLIATTI
              ATTN: IRINA PALCHUK                                    C/O BLACK RIVER ASSET MANAGEMENT, LLC
              2200 WELLS FARGO CENTER                                12700 WHITEWATER DRIVE
              90 SOUTH 7TH ST.                                       MINNETONKA MN 55343
              MINNEAPOLIS MN 55402

Transferee:                                  CVI GVF (LUX) MASTER S.A.R.L.
                                             C/O CARVAL INVESTORS UK LIMITED
                                             KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                             SURREY KT11 2PD UNITED KINGDOM

**Your transfer    of claim #    22701    is defective for the reason(s) checked below:**

Expunged By Court Order


Docket Number 8437                    Date 04/19/10

/s/ Elli Petris
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 21, 2010.

# EXHIBIT B

```
TIME: 16:16:34                                          LEHMAN BROTHERS HOLDING INC.
DATE: 04/21/10                                               CREDITOR LISTING                                                                  PAGE:        1
```

| Name | Address |
|---|---|
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD | ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST. MINNEAPOLIS MN 55402 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD | TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETONKA MN 55343 |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY  KT11 2PD UNITED KINGDOM |

Total Number of Records Printed                4

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

08-13555-mg    Doc 8647    Filed 04/26/10    Entered 04/26/10 17:10:29    Main Document
Pg 8 of 9

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153