UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :    08-13555 (JMP)
                                                  :
            Debtors.                              :    (Jointly Administered)
                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 8384-8386

## REVISED AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2010, I caused to be served the:

    a) "Notice of Forty Seventh Supplemental List of Ordinary Course Professionals," dated April 16, 2010 [Docket No. 8384], (the "Notice of OCP"),

    b) "Declaration and Disclosure Statement of Maria Teresa Fernandez Mateos, on Behalf of J&A Garrigues, S.L.P.," dated March 23, 2010 [Docket No. 8385], (the "Declaration of Mateos"),

    c) "Affidavit and Disclosure Statement of Mitchell J. Albert on Behalf of Albert & Will, LLP," dated April 9, 2010 [Docket No. 8386], (the "Affidavit of Albert"),

    by causing true and correct copies to be:

    a) the Notice of OCP, Declaration of Mateos and Affidavit of Albert, delivered by email to those parties listed on the attached Exhibit A,

    b) the Declaration of Mateos, delivered by email to the party listed on the annexed Exhibit B,

    c) the Affidavit of Albert, delivered by email to the party listed on the annexed Exhibit C, and

    d) the Notice of OCP, Declaration of Mateos and Affidavit of Albert enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                             /s/ Konstantina Haidopoulos
Sworn to before me this                                       Konstantina Haidopoulos
23rd day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT B

**Exhibit C – Additional Party**

1. J&A Garrigues, S.L.P: maria.teresa.fernandez.mateos@garrigues.com
 (Docket No. 8385)

# EXHIBIT C

**Exhibit C – Additional Party**

1. Albert & Will LLP: <u>malbert@awllp.com</u> (Docket No. 8386)

**EXHIBIT D**

**Exhibit D – U.S. Trustee and Chambers**

1. OFFICE OF THE US TRUSTEE
   ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
   BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
   33 WHITEHALL STREET, 21ST FLOOR
   NEW YORK, NY 10004

2. UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ATTN: THE HONORABLE JAMES M. PECK
   ONE BOWLING GREEN, COURTROOM 601
   NEW YORK, NY 10004