UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                 :

In re                            :        Chapter 11 Case No.
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                   :

                Debtors.      :        **(Jointly Administered)**
                                   :

-------------------------------------------------------------------x    **Ref. Docket Nos. 8383, 8388-8391,**
                                           **8436-8439 & 8475**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

ELLI PETRIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 21, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Elli Petris*
Sworn to before me this                    Elli Petris
22nd day of April, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SIIT EXTENDED DURATION FUND LIQUIDATING TRUST (MW #764)
         SEI INSTITUTIONAL INVESTMENTS TRUST EXTENDED DURATION FUND #88028830
         11766 WILSHIRE BOULEVARD, SUITE 1500
         LOS ANGELES CA 90025

Please note that your claim # 22330 in the above referenced case and in the amount of
     $7,568,232.39      has been transferred **(unless previously expunged by court order)**

         CONTRARIAN FUNDS, LLC
         TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDATING TRUST (MW #764)
         ATTN: ALISA MUMOLA
         411 WEST PUTNAM AVENUE, SUITE 425
         GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8383     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                          Vito Genna, Clerk of Court


                                          /s/ Elli Petris
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SIIT EXTENDED DURATION FUND LIQUIDITING TRUST (MW# 764)
              SEI INSTITUTIONAL INVESTMENTS TRUST EXTENDED DURATION TRUST FUND
              # 88028830
              11766 WILSHIRE BOULEVARD, SUITE 1500
              LOS ANGELES CA 90025

Please note that your claim # 44185 in the above referenced case and in the amount of
        $7,568,232.39       has been transferred **(unless previously expunged by court order)**

              CONTRARIAN FUNDS, LLC
              TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDITING TRUST (MW# 764)
              ATTN: ALISA MUMOLA
              411 WEST PUTNAM AVENUE, SUITE 425
              GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8383       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                        Vito Genna, Clerk of Court

                                        /s/ Elli Petris
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                   |    08-13555 (JMP)

                                                         |    (Jointly Administered)

                        Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BHF-BANK AKTIENGESELLSCHAFT
             ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
             BOCKENHEIMER LANDSTRASSE 10
             FRANKFURT A.M.    60323
             GERMANY

Please note that your claim # 4779 in the above referenced case and in the amount of
       $3,491,951.00       has been transferred **(unless previously expunged by court order)**

             THE ROYAL BANK OF SCOTLAND PLC
             TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
             ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
             135 BISHOPSGATE
             LONDON EC2M 3UR
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8388       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                         Vito Genna, Clerk of Court


                                         /s/ Elli Petris
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BHF-BANK AKTIENGESELLSCHAFT
         ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
         BOCKENHEIMER LANDSTRABE 10
         FRANKFURT A.M. MAIN    60323
         GERMANY

Please note that your claim # 66386 in the above referenced case and in the amount of
      $2,770,259.00       has been transferred **(unless previously expunged by court order)**

         THE ROYAL BANK OF SCOTLAND, PLC
         TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
         ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
         135 BISHOPSGATE
         LONDON EC2M 3UR
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8388        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                    Vito Genna, Clerk of Court


                                    /s/ Elli Petris
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                               |
In re                          |   Chapter 11 Case No.
                               |
                               |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                               |   (Jointly Administered)
                               |
                Debtors.       |
                               |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BHF-BANK AKTIENGESELLSCHAFT
             ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
             BOCKENHEIMER LANDSTRASSE 10
             FRANKFURT A.M. MAIN    60323
             GERMANY

Please note that your claim # 66387 in the above referenced case and in the amount of
        $2,770,259.00       has been transferred **(unless previously expunged by court order)**

             THE ROYAL BANK OF SCOTLAND, PLC
             TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
             ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
             135 BISHOPSGATE
             LONDON EC2M 3UR
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8389        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                    Vito Genna, Clerk of Court


                                    /s/ Elli Petris
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BHF-BANK AKTIENGESELLSCHAFT
         ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
         BOCKENHEIMER LANDSTRASSE 10
         FRANKFURT A.M.   60323
         GERMANY

Please note that your claim # 4781 in the above referenced case and in the amount of $3,491,951.00        has been transferred **(unless previously expunged by court order)**

         THE ROYAL BANK OF SCOTLAND PLC
         TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
         ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
         135 BISHOPSGATE
         LONDON EC2M 3UR
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8389        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                    Vito Genna, Clerk of Court

                                    /s/ Elli Petris
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BHF-BANK AKTIENGESELLSCHAFT
              ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
              BOCKENHEIMER LANDSTRASSE 10
              FRANKFURT A.M. MAIN   60323
              GERMANY

Please note that your claim # 66388 in the above referenced case and in the amount of
        $2,735,684.00        has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND, PLC
        TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
        ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
        135 BISHOPSGATE
        LONDON EC2M 3UR
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8390        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                        Vito Genna, Clerk of Court

                                        /s/ Elli Petris
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BHF-BANK AKTIENGESELLSCHAFT
       ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
       BOCKENHEIMER LANDSTRASSE 10
       FRANKFURT A.M.    60323
       GERMANY

Please note that your claim # 4778 in the above referenced case and in the amount of
       $4,258,101.00        has been transferred **(unless previously expunged by court order)**

       THE ROYAL BANK OF SCOTLAND PLC
       TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
       ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
       135 BISHOPSGATE
       LONDON EC2M 3UR
       UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8390        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                         Vito Genna, Clerk of Court


                                         /s/ Elli Petris
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                    Debtors.                 |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BHF-BANK AKTIENGESELLSCHAFT
             ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
             BOCKENHEIMER LANDSTRASSE 10
             FRANKFURT A.M. MAIN    60323
             GERMANY

Please note that your claim # 66389 in the above referenced case and in the amount of
    $2,735,684.00       has been transferred **(unless previously expunged by court order)**

             THE ROYAL BANK OF SCOTLAND, PLC
             TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
             ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
             135 BISHOPSGATE
             LONDON EC2M 3UR
             UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8391       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                          Vito Genna, Clerk of Court


                                          /s/ Elli Petris
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
---------------------------------------|
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
             Debtors.                  |
                                       |
---------------------------------------|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BHF-BANK AKTIENGESELLSCHAFT
        ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT
        BOCKENHEIMER LANDSTRASSE 10
        FRANKFURT A.M.   60323
        GERMANY

Please note that your claim # 4780 in the above referenced case and in the amount of
    $4,258,101.00     has been transferred **(unless previously expunged by court order)**

        THE ROYAL BANK OF SCOTLAND PLC
        TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT
        ATTN: ANDREW SCOTLAND/OONAGH HOYLAND
        135 BISHOPSGATE
        LONDON EC2M 3UR
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8391    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010               Vito Genna, Clerk of Court


                    /s/ Elli Petris

                    By: Epiq Bankruptcy Solutions, LLC
                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
              Debtors.               |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
             TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD
             C/O BLACK RIVER ASSET MANAGEMENT LLC
             12700 WHITEWATER DRIVE
             ATTN: MARK RABOGLIATTI
             MINNETONKA MN 55343

Please note that your claim # 45147 in the above referenced case and in the amount of
      $11,549,633.00        has been transferred **(unless previously expunged by court order)**

          CVI GVF (LUX) MASTER S.A.R.L.
          TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
          SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8436      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                      Vito Genna, Clerk of Court


                                      /s/ Elli Petris
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                Debtors.                 |
                                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.          BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
     C/O BLACK RIVER ASSET MANAGEMENT, LLC                 IRINA PALCHUK
     ATTN: MARK RABOGLIATTI                                FAEGRE & BENSON LLP
     12700 WHITEWATER DRIVE                                2200 WELLS FARGO CENTER
     MINNETONKA MN 55343                                   90 SOUTH 7TH ST.
                                                           MINNEAPOLIS MN 55402

Please note that your claim # 45149 in the above referenced case and in the amount of
     $9,071,368.00       has been transferred **(unless previously expunged by court order)**

     CVI GVF (LUX) MASTER S.A.R.L.
     TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.
     C/O CARVAL INVESTORS UK LIMITED
     KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
     SURREY    KT11 2PD
     UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8437       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                    Vito Genna, Clerk of Court


                                    /s/ Elli Petris
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER EMERGING MARKETS CREDIT FUND LTD.        BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
     IRINA PALCHUK                                        C/O BLACK RIVER ASSET MANAGEMENT, LLC
     FAEGRE & BENSON LLP                                  ATTN: MARK RABOGLIATTI
     2200 WELLS FARGO CENTER                              12700 WHITEWATER DRIVE
     90 SOUTH 7TH ST.                                     MINNETONKA MN 55343
     MINNEAPOLIS MN 55402

Please note that your claim # 45149 in the above referenced case and in the amount of
      $9,071,368.00      has been transferred **(unless previously expunged by court order)**

                                                         CVI GVF (LUX) MASTER S.A.R.L.
                                                         TRANSFEROR: BLACK RIVER EMERGING MARKETS CRE
                                                         C/O CARVAL INVESTORS UK LIMITED
                                                         KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                                         SURREY    KT11 2PD
                                                         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8437      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                      Vito Genna, Clerk of Court


                                      /s/ Elli Petris
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MARATHON CREDIT OPPORTUNITY MASTER FUND, LTD.
             C/O MARATHON ASSET MANAGMENT
             ATTN: GREGORY RESNICK
             ONE BRYANT PARK 38TH FLOOR
             NEW YORK NY 10036

Please note that your claim # 55797 in the above referenced case and in the amount of
        $1,667,000.00        has been transferred **(unless previously expunged by court order)**

             CSS, LLC
             TRANSFEROR: MARATHON CREDIT OPPORTUNITY MASTER FUND, LTD.
             175 W. JACKSON BLVD., SUITE 440
             CHICAGO IL 60604

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8438        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                      Vito Genna, Clerk of Court


                                      /s/ Elli Petris
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD.
>      C/O MARATHON ASSET MANAGMENT
>      ATTN: GREGORY RESNICK
>      ONE BRYANT PARK, 38TH FLOOR
>      NEW YORK NY 10036

Please note that your claim # 55798 in the above referenced case and in the amount of $1,000,000.00      has been transferred **(unless previously expunged by court order)**

> CSS, LLC
> TRANSFEROR: MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD.
> 175 W. JACKSON BLVD., SUITE 440
> CHICAGO IL 60604

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8439      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                        Vito Genna, Clerk of Court


                                        /s/ Elli Petris
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED          INVESTCORP SILVERBACK ARBITRAGE MASTER FUND
      C/O SEWARD & KISSEL LLP                                      INVESTCORP SILVERBACK ARBITRAGE MASTER FUND
      ATTN: JUSTIN L. SHEARER                                      C/O INVESTCORP HOUSE
      ONE BATTERY PARK PLAZA                                       ATTN: FUNDS ADMINISTRATION
      NEW YORK NY 10004                                            P.O. BOX 5340
                                                                   MANAMA BAHRAIN

Please note that your claim # 19674 in the above referenced case and in the amount of
        $1,016,573.59        has been transferred **(unless previously expunged by court order)**

        CONTRARIAN FUNDS, LLC
        TRANSFEROR: INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED
        ATTN: ALISA MUMOLA
        411 WEST PUTNAM AVENUE, SUITE 425
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8475      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                         Vito Genna, Clerk of Court


                                         /s/ Elli Petris
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                                               |
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED          INVESTCORP SILVERBACK ARBITRAGE MASTER FUND
     INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED          C/O SEWARD & KISSEL LLP
     C/O INVESTCORP HOUSE                                         ATTN: JUSTIN L. SHEARER
     ATTN: FUNDS ADMINISTRATION                                   ONE BATTERY PARK PLAZA
     P.O. BOX 5340                                                NEW YORK NY 10004
     MANAMA BAHRAIN

Please note that your claim # 19674 in the above referenced case and in the amount of
     $1,016,573.59        has been transferred **(unless previously expunged by court order)**

                                                                 CONTRARIAN FUNDS, LLC
                                                                 TRANSFEROR: INVESTCORP SILVERBACK ARBITRAGE
                                                                 ATTN: ALISA MUMOLA
                                                                 411 WEST PUTNAM AVENUE, SUITE 425
                                                                 GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8475        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                      Vito Genna, Clerk of Court


                                      /s/ Elli Petris
                                      ─────────────────────────
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2010.

**EXHIBIT B**

```
TIME: 15:53:38                                      LEHMAN BROTHERS HOLDING INC.
DATE: 04/21/10                                           CREDITOR LISTING                                              PAGE:    1
```

| Name | Address |
|---|---|
| BHF-BANK AKTIENGESELLSCHAFT | ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT BOCKENHEIMER LANDSTRABE 10 FRANKFURT A.M. MAIN  60323 GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT BOCKENHEIMER LANDSTRASSE 10 FRANKFURT A.M.  60323 GERMANY |
| BHF-BANK AKTIENGESELLSCHAFT | ATTN: MR. RALPH BOUFFIER, LEGAL DEPARTMENT BOCKENHEIMER LANDSTRASSE 10 FRANKFURT A.M. MAIN  60323 GERMANY |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER EMERGING MARKETS CREDIT FUND LTD | TRANSFEROR: BLACK RIVER EMCO MASTER FUND LTD C/O BLACK RIVER ASSET MANAGEMENT LLC 12700 WHITEWATER DRIVE ATTN: MARK RABOGLIATTI MINNETO |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SIIT EXTENDED DURATION FUND LIQUIDATING TRUST (MW #764) ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 0 |
| CSS, LLC | TRANSFEROR: MARATHON CREDIT OPPORTUNITY MASTER FUND, LTD. 175 W. JACKSON BLVD., SUITE 440 CHICAGO IL 60604 |
| CSS, LLC | TRANSFEROR: MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD. 175 W. JACKSON BLVD., SUITE 440 CHICAGO IL 60604 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURRE |
| INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED | INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED C/O INVESTCORP HOUSE ATTN: FUNDS ADMINISTRATION P.O. BOX 5340 MANAMA  BAHRAIN |
| INVESTCORP SILVERBACK ARBITRAGE MASTER FUND/DINEWARD | O'MELVENY & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MARATHON CREDIT OPPORTUNITY MASTER FUND, LTD | C/O MARATHON ASSET MANAGMENT ATTN: GREGORY RESNICK ONE BRYANT PARK 38TH FLOOR NEW YORK NY 10036 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND LTD | C/O MARATHON ASSET MANAGMENT ATTN: GREGORY RESNICK ONE BRYANT PARK, 38TH FLOOR NEW YORK NY 10036 |
| SIIT EXTENDED DURATION FUND LIQUIDATING TRUST INTERNATIONAL INVESTMENTS TRUST EXTENDED DURATION FUND #88028830 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 | |
| SIIT EXTENDED DURATION FUND LIQUIDITING TRUST INTERNATIONAL INVESTMENTS TRUST EXTENDED DURATION TRUST FUND # 88028830 11766 WILSHIRE BOULEVARD, SUITE 1500 LOS ANGELES CA 90025 | |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATTN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR  UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATTN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR  UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATTN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR  UNITED KINGDOM |

```
Total Number of Records Printed          25
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153