UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                             :

In re                                   :       **Chapter 11 Case No.**
                                             :

**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :       **08-13555 (JMP)**
                                           :

                       **Debtors.**         :       **(Jointly Administered)**
                                           :

---------------------------------------------------------------------x   **Ref. Docket Nos. 8554-8563**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Cassandra Murray*
                                             Cassandra Murray

Sworn to before me this
22nd day of April, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                           GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                 ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                         ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281

Please note that your claim # 17319-16 in the above referenced case and in the amount of
     $16,250,000.00        has been transferred **(unless previously expunged by court order)**

     TACONIC CAPITAL PARTNERS 1.5. L.P.
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O TACONIC CAPITAL PARTNERS 1.5 L.P.
     ATTN: TIM ANDRIKS
     450 PARK AVENUE, 9TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8554        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                      Vito Genna, Clerk of Court


                                      /s/Cassandra Murray
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                      GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP               TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                    30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER              JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-16 in the above referenced case and in the amount of
     $16,250,000.00        has been transferred **(unless previously expunged by court order)**

                                            TACONIC CAPITAL PARTNERS 1.5. L.P.
                                            TRANSFEROR: GOLDMAN SACHS & CO
                                            C/O TACONIC CAPITAL PARTNERS 1.5 L.P.
                                            ATTN: TIM ANDRIKS
                                            450 PARK AVENUE, 9TH FLOOR
                                            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8554      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                      Vito Genna, Clerk of Court


                                      /s/Cassandra Murray
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,    | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
                 Debtors.                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                 ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                         ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281

Please note that your claim # 17319-19 in the above referenced case and in the amount of
     $31,750,000.00       has been transferred **(unless previously expunged by court order)**

          TACONIC PARTNERS 1.5 L.P.
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O TACONIC CAPTIAL ADVISORS
          ATTN: TIM ANDRIKS
          450 PARK AVENUE, 9TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8555       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court


                                          /s/Cassandra Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
             Debtors.               |
                                    |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-19 in the above referenced case and in the amount of $31,750,000.00       has been transferred (**unless previously expunged by court order**)

TACONIC PARTNERS 1.5 L.P.
TRANSFEROR: GOLDMAN SACHS & CO
C/O TACONIC CAPTIAL ADVISORS
ATTN: TIM ANDRIKS
450 PARK AVENUE, 9TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8555       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                      Vito Genna, Clerk of Court


                                      /s/Cassandra Murray
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
                                          |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |   (Jointly Administered)
                                          |
                 Debtors.                 |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281
```

Please note that your claim # 17319-17 in the above referenced case and in the amount of
$4,056,500.00      has been transferred **(unless previously expunged by court order)**

```
     TACONIC MARKET DISLOCATION FUND II L.P.
     TRANSFEROR: GOLDMAN SACHS & CO
     C/O TACONIC CAPTIAL ADVISORS LP
     ATTN: TIM ANDRIKS
     450 PARK AVENUE, 9TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8556      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                    Vito Genna, Clerk of Court


                                    /s/Cassandra Murray
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
      RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
      ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
      ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
      NEW YORK NY 10281

Please note that your claim # 17319-17 in the above referenced case and in the amount of
      $4,056,500.00        has been transferred **(unless previously expunged by court order)**

                                                  TACONIC MARKET DISLOCATION FUND II L.P.
                                                  TRANSFEROR: GOLDMAN SACHS & CO
                                                  C/O TACONIC CAPITAL ADVISORS LP
                                                  ATTN: TIM ANDRIKS
                                                  450 PARK AVENUE, 9TH FLOOR
                                                  NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8556        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Cassandra Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR              ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                      ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281
```

Please note that your claim # 17319-20 in the above referenced case and in the amount of $2,433,900.00    has been transferred **(unless previously expunged by court order)**

```
TACONIC MARKET DISLOCATION FUND II L.P.
TRANSFEROR: GOLDMAN SACHS & CO
C/O TACONIC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE, 9TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8557    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Cassandra Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
      RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
      ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
      ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
      NEW YORK NY 10281

Please note that your claim # 17319-20 in the above referenced case and in the amount of
     $2,433,900.00        has been transferred **(unless previously expunged by court order)**

                                                  TACONIC MARKET DISLOCATION FUND II L.P.
                                                  TRANSFEROR: GOLDMAN SACHS & CO
                                                  C/O TACONIC CAPITAL ADVISORS LP
                                                  ATTN: TIM ANDRIKS
                                                  450 PARK AVENUE, 9TH FLOOR
                                                  NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8557        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                    Vito Genna, Clerk of Court


                                    /s/Cassandra Murray
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
             C/O CARVAL INVESTORS, UK, LTD
             KNOWLE HILL PARK, FAIRMILE LANE
             COBHAM
             SURREY    KT11 2PD
             UNITED KINGDOM

Please note that your claim # 59098-03 in the above referenced case and in the amount of
        $18,007,000.00       has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY & CO INTERNATIONAL PLC                 MORGAN STANLEY & CO INTERNATIONAL PLC
        TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.       MANAGING CLERK
        25 CABOT SQUARE                                       RICHARDS KIBBE & ORBE L.L.P.
        CANARY WHARF                                          ONE WORLD FINANCIAL CENTER
        LONDON    E14 4QA                                     NEW YORK NY 10281-1003
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8558      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Cassandra Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                       Debtors.                |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:                                    C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
                                               C/O CARVAL INVESTORS, UK, LTD
                                               KNOWLE HILL PARK, FAIRMILE LANE
                                               COBHAM
                                               SURREY    KT11 2PD
                                               UNITED KINGDOM

Please note that your claim # 59098-03 in the above referenced case and in the amount of
        $18,007,000.00       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO INTERNATIONAL PLC          MORGAN STANLEY & CO INTERNATIONAL PLC
MANAGING CLERK                                 TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R
RICHARDS KIBBE & ORBE L.L.P.                   25 CABOT SQUARE
ONE WORLD FINANCIAL CENTER                     CANARY WHARF
NEW YORK NY 10281-1003                         LONDON    E14 4QA
                                               UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8558       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                       Vito Genna, Clerk of Court


                                       /s/Cassandra Murray
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                       Debtors.               |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR               ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                       ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281
```

Please note that your claim # 17319-21 in the above referenced case and in the amount of
     $48,750,000.00        has been transferred **(unless previously expunged by court order)**

```
      TACONIC OPPORTUNITY FUND L.P.
      TRANSFEROR: GOLDMAN SACHS & CO
      C/O TACONIC CAPITAL ADVISORS LP
      ATTN: TIM ANDRIKS
      450 PARK AVENUE, 9TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8559        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Cassandra Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |
                                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-21 in the above referenced case and in the amount of
     $48,750,000.00        has been transferred **(unless previously expunged by court order)**

                                               TACONIC OPPORTUNITY FUND L.P.
                                               TRANSFEROR: GOLDMAN SACHS & CO
                                               C/O TACONIC CAPITAL ADVISORS LP
                                               ATTN: TIM ANDRIKS
                                               450 PARK AVENUE, 9TH FLOOR
                                               NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8559      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                    Vito Genna, Clerk of Court

                                    /s/Cassandra Murray
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                     |
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
              Debtors.               |
                                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
              C/O CARVAL INVESTORS, UK, LTD
              KNOWLE HILL PARK, FAIRMILE LANE
              COBHAM
              SURREY    KT11 2PD
              UNITED KINGDOM

Please note that your claim # 59098-04 in the above referenced case and in the amount of
     $30,611,900.00       has been transferred **(unless previously expunged by court order)**

          MORGAN STANLEY & CO.INTERNATIONAL PLC                MORGAN STANLEY & CO.INTERNATIONAL PLC
          TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.      MANAGING CLERK
          25 CABOT SQUARE                                      RICHARDS KIBBE & ORBE L.L.P.
          CANARY WHARF                                         ONE WORLD FINANCIAL CENTER
          LONDON    E14 4QA                                    NEW YORK NY 10281-1003
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8560       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Cassandra Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                        Debtors.               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                            C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
                                               C/O CARVAL INVESTORS, UK, LTD
                                               KNOWLE HILL PARK, FAIRMILE LANE
                                               COBHAM
                                               SURREY    KT11 2PD
                                               UNITED KINGDOM

Please note that your claim # 59098-04 in the above referenced case and in the amount of
      $30,611,900.00        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY & CO.INTERNATIONAL PLC          MORGAN STANLEY & CO.INTERNATIONAL PLC
MANAGING CLERK                                 TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R
RICHARDS KIBBE & ORBE L.L.P.                   25 CABOT SQUARE
ONE WORLD FINANCIAL CENTER                     CANARY WHARF
NEW YORK NY 10281-1003                         LONDON    E14 4QA
                                               UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8560        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                               Vito Genna, Clerk of Court


                                               /s/Cassandra Murray
                                               ────────────────────────────
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                    |    (Jointly Administered)
                                    |
            Debtors.                |
                                    |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281
```

Please note that your claim # 17319-22 in the above referenced case and in the amount of
        $95,250,000.00        has been transferred **(unless previously expunged by court order)**

```
          TACONIC OPPORTUNITY FUND L.P.
          TRANSFEROR: GOLDMAN SACHS & CO
          C/O TACONIC CAPITAL ADVISORS LP
          ATTN: TIM ANDRIKS
          450 PARK AVENUE, 9TH FLOOR
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8561        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                      Vito Genna, Clerk of Court

                                      /s/Cassandra Murray
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-22 in the above referenced case and in the amount of
     $95,250,000.00        has been transferred **(unless previously expunged by court order)**

                                                 TACONIC OPPORTUNITY FUND L.P.
                                                 TRANSFEROR: GOLDMAN SACHS & CO
                                                 C/O TACONIC CAPITAL ADVISORS LP
                                                 ATTN: TIM ANDRIKS
                                                 450 PARK AVENUE, 9TH FLOOR
                                                 NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8561      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                           Vito Genna, Clerk of Court


                                           /s/Cassandra Murray
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281
```

Please note that your claim # 17319-18 in the above referenced case and in the amount of
$943,500.00        has been transferred **(unless previously expunged by court order)**

```
      TACONIC MARKET DISLOCATION MASTER FUND II L.P.
      TRANSFEROR: GOLDMAN SACHS & CO
      C/O TACONIC CAPITAL ADVISORS LP
      ATTN: TIM ANDRIKS
      450 PARK AVENUE, 9TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8562        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                              Vito Genna, Clerk of Court


                                             /s/Cassandra Murray
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
                 Debtors.            |
                                     |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                    GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP             TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                  30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER            JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-18 in the above referenced case and in the amount of
      $943,500.00       has been transferred **(unless previously expunged by court order)**

                                           TACONIC MARKET DISLOCATION MASTER FUND II L.
                                           TRANSFEROR: GOLDMAN SACHS & CO
                                           C/O TACONIC CAPITAL ADVISORS LP
                                           ATTN: TIM ANDRIKS
                                           450 PARK AVENUE, 9TH FLOOR
                                           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8562       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                 Vito Genna, Clerk of Court


                                 /s/Cassandra Murray
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                                GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE  RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                       ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                               ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281

Please note that your claim # 17319-23 in the above referenced case and in the amount of
     $556,100.00        has been transferred (**unless previously expunged by court order**)

TACONIC MARKET DISLOCATION MASTER FUND II L.P.
TRANSFEROR: GOLDMAN SACHS & CO
C/O TACONIC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE 9TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8563      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Cassandra Murray
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                      GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP               TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                     30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER               JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-23 in the above referenced case and in the amount of
     $556,100.00       has been transferred **(unless previously expunged by court order)**

                                             TACONIC MARKET DISLOCATION MASTER FUND II L.
                                             TRANSFEROR: GOLDMAN SACHS & CO
                                             C/O TACONIC CAPITAL ADVISORS LP
                                             ATTN: TIM ANDRIKS
                                             450 PARK AVENUE 9TH FLOOR
                                             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8563      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                        Vito Genna, Clerk of Court


                                        /s/Cassandra Murray
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

**EXHIBIT B**

TIME: 18:43:56
DATE: 04/22/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM |
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM |
| MORGAN STANLEY & CO.INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM |
| TACONIC CAPITAL PARTIES 1.5 L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TACONIC CAPITAL PARTIES 1.5 L.P. | TRANSFEROR: GOLDMAN SACHS & CO |
| TACONIC CAPITAL PARTNERS 1.5. L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC PARTNERS 1.5 L.P. | TRANSFEROR: GOLDMAN SACHS & CO C/O TACONIC CAPTIAL ADVISORS ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed        16

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153