Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

Attorneys for Cedar Hill Capital Partners Master Fund, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF
# CLAIM NO. 23494

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Cedar Hill Capital Partners Master Fund, L.P.[1], by its counsel, Sidley Austin LLP, hereby withdraws Proof of Claim Number 23494 filed on September 21, 2009.

Dated: New York, New York
April 27, 2009

SIDLEY AUSTIN LLP

By: /s/ Alex R. Rovira
Alex R. Rovira
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

*Attorneys for Cedar Hill Capital Partners Master Fund, L.P.*

---

[1] Cedar Hill Capital Partners Master Fund, L.P. is the owner of claim number 23494 as the transferee pursuant to that Notice of Transfer of Claim, filed on February 24, 2010, with docket number 7242, by Cedar Hill Capital Partners Offshore, Ltd., as transferor.

NY1 7289384v.1