Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

Attorneys for Cedar Hill Capital Partners Onshore, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | x<br>) Chapter 11<br>)<br>) |
| **LEHMAN BROTHERS HOLDINGS INC.**, <u>et al.</u> | ) Case No. 08-13555 (JMP)<br>) |
| Debtors. | ) (Jointly Administered)<br>x |

# NOTICE OF WITHDRAWAL OF
<u>CLAIM NO. 23492</u>

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Cedar Hill Capital Partners Onshore, L.P., by its counsel, Sidley Austin LLP, hereby withdraws Proof of Claim Number 23492 filed on September 21, 2009.

Dated: New York, New York
April 27, 2009

SIDLEY AUSTIN LLP

By:  /s/ Alex R. Rovira
Alex R. Rovira
787 Seventh Avenue
New York, New York  10019
(212) 839-5300 (tel)
(212) 839-5599 (fax)

*Attorneys for Cedar Hill Capital Partners Onshore, L.P.*

NY1 7289373v.1