# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
Office: Fishkill Office 2 Summit Court
Suite 301
Fishkill, NY 12524
Telephone 845.897.1600
Facsimile 845.897.2648

**BY ELECTRONIC FILING AND
BY FIRST CLASS MAIL**

April 27, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  Debtor: Lehman Brothers Holding, Inc.
Bankruptcy Case No.: 08-13555 jmp
Chapter 11

Dear Sirs/Madam:

Our office represents Property Asset Management Inc., a secured creditor of the above referenced Debtor. We submitted a Motion for Relief from the Automatic Stay, scheduled for May 12, 2010.

With regard to the above referenced case, kindly allow this letter to confirm that we have withdrawn our Motion.

Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Patrick Lamberti
Paralegal


*PLEASE SEE ATTACHED SERVICER LIST.*