UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____X | Chapter 11 |
| In re: | Case No.: 08-13555 JMP |
| LEHMAN BROTHERS HOLDINGS, INC. | (Jointly Administered) |
| DEBTOR. |  |
| _____X |  |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

I, Patrick Lamberti, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

    On April 27, 2010, I served the within Letter Withdrawing the Motion for Relief from the Automatic Stay as to the property located at 1219 E 59th Street, Brooklyn NY 11234, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SEE ATTACHED SERVICE LIST

_____
Patrick Lamberti

Sworn to before me this
27th day of April, 2010

_____
NOTARY PUBLIC

Kenneth M. Sheehan
Notary Public, State of New York
Registration No. 02SH6136076
Qualified in Suffolk County
Commission Expires 2/18/2014

TO:    BNC Mortgage LLC
Debtor-in-Possession
1901 Main Street
Irvine, CA 92624

Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisnam, Esq.
And Jacqueline Marcus, Esq.
Attorney for Debtors
767 Fifth Avenue
New York, NY 10153

Hughs Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq. and
Sarah K. Loomis, Esq.
Attorneys for James W. Giddens, as
Trustee for the SIPA Liquidation of
Lehman Brothers, Inc.
1 Battery Park Plaza
New York, NY 10004

Office of the United States Trustee
Attn: Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto
Linda Riffrin and Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC Claims
Agent f/k/a Bankruptcy Services, LLC
757 Third Avenue 3rd Floor
New York, NY 10017

Milbank, Tweed, Hadley & McCloy, LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
And Evan Fleck, Esq.
Official Committee for the Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce and Susheel Kirpalani
Attorney for the Official Committee of
Unsecured Creditors
51 Madison Avenue 22nd Floor
New York, NY 10010

Katherine Bazard
1219 E 59th Street
Brooklyn, NY 11234