UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors, | Jointly Administered |

**ORDER PERMITTING WITHDRAWAL OF CLAIM OF LATSHAW DRILLING
COMPANY, LLC, WITHOUT PREJUDICE (CLAIM NOS. 18346 AND 66324)**

Upon consideration of the Debtor's Objection to Proof of Claim Filed by Latshaw Drilling Company, LLC (Claim No. 18346), dated January 22, 2010 (the "Objection"), filed by Lehman Commercial Paper Inc. ("LCPI" and together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors") [Docket No. 6729], and the response, dated February 24, 2010, interposed by Latshaw Drilling Company, LLC ("Latshaw") thereto (the "Response") [Docket No. 7253], and the reply to the Response, dated April 12, 2010, filed by LCPI (the "Reply")[1] [Docket No. 8223], and the Statement of the Official Committee Of Unsecured Creditors in support of the Objection, dated April 13, 2010 (the "Statement") [Docket No. 8279], and the Sur-Response of Latshaw, dated April 13, 2010 (the "Sur-Response") [Docket No. 8290]; and the Court having jurisdiction to consider the Objection, the Response, the Reply, the Statement and the Sur-Response and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Objection, the Response,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection and the Reply.

the Reply, the Statement and the Sur-Response and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided in accordance with the procedures set forth in the amended order entered February 13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and upon the record of the hearing before this Court held on April 14, 2010, and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE, IT IS ORDERED THAT:

1. Claim Nos. 18346 and 66324 are hereby withdrawn without prejudice to Latshaw or to LCPI.

2. The Objection is hereby deemed moot.

Dated: New York, New York
April 27, 2010

*s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE