UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No. 08-13555 (JMP) |
| Lehman Brothers Holdings, Inc., *et al.* | |
| | (Jointly Administered) |
| Debtors. | |
| | Chapter 11 |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 24656, 24657, 24658 AND 24659

PLEASE TAKE NOTICE that Ohio Presbyterian Retirement Services ("Claimant") hereby withdraws Proof of Claim No. 24656 and Proof of Claim No. 24658, each filed by Claimant against Debtor Lehman Brothers Holdings, Inc. ("LBHI") in Case No. 08-13555 on September 21, 2009.

PLEASE TAKE FURTHER NOTICE that Claimant also withdraws Proof of Claim No. 24657 and Proof of Claim No. 24659, each, filed by Claimant against Debtor Lehman Brothers Special Financing, Inc. ("LBSF") in Case No. 08-13888 on September 21, 2009.

Nothing herein shall, nor shall be deemed to, have any affect on any proofs of claim and the rights and interests of Claimant therein, other than Claim Nos. 24656, 24657, 24658 and 24659, filed or asserted in these cases by Claimant against any of the above-captioned Debtors, which proofs of claim remain in full force and effect and as to which Claimant reserves all rights and interests.

| | |
|---|---|
| Dated: April 27, 2010<br>　　　　New York, New York | Respectfully Submitted,<br><br>　*/s/ Stephen D. Lerner*　　　　　　　<br>Stephen D. Lerner (2067841)<br>Squire, Sanders & Dempsey, LLP<br>1095 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>Telephone:  (212) 872-9800<br>Facsimile:  (212) 872-9815<br>Email:  slerner@ssd.com<br>*Attorney for Ohio Presbyterian Retirement Services* |