UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :    08-13555 (JMP)
                                                  :
            Debtors.                              :    (Jointly Administered)
                                                  :
------------------------------------------------------------------x    Ref. Docket No. 8167

## CORRECTED AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2010, I caused to be served the "Notice of Adjournment of Motions (I) to File Proofs of Claim After Claims Bar Date; (II) Deem Proofs of Claim to be Timely Filed; (III) Extend Time for Claim (IV) to Amend Proof of Claims; and (V) Other Related Relief; Including Relief from the Automatic Stay," dated April 8, 2010 [Docket No. 8167], by causing true and correct copies to be:

    a) enclosed securely in postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b) delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c) delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Sena Sengun
                                                    Sena Sengun

Sworn to before me this
22nd day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

Edwards Angell Palmer & Dodge Llp
750 Lexington Avenue
New York, New York 10022
Paul J. Labov

Edwards Angell Palmer & Dodge Llp
111 Huntington Avenue
Boston, Ma 02199-7613
John L. Whitlock
Amy A. Zuccarello

Gusrae, Kaplan, Bruno & Nusbaum Pllc
Attn: Martin H. Kaplan, Esq. & Daniel Branower, Esq.
120 Wall Street
New York, Ny 10005

Patricia H. Piskorski Heer, Esq.
Rudolph J. Di Massa, Jr., Esq.
1540 Broadway
New York, Ny 10036
Counsel For Pennsylvania Public School
Employees' Retirement System

Paul, Hastings, Janofsky & Walker Llp
Attn: Richard A. Chesley
191 North Wacker Drive, 30th Floor
Chicago, Il 60606
(Counsel To Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., And Palmyra Capital Offshore Fund, L.P.)

Klestadt & Winters, Llp
Tracy L. Klestadt Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017

Faegre & Benson Llp
Michael M. Krauss (Mk-9699)
Abby E. Wilkinson
Michael F. Doty
Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402-3901

Faegre & Benson Llp
Irina Palchuk
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Mn 55402-3901

Sara Discepolo, Esq.
1050 Winter St., Suite 1000
Waltham, Ma 02451
(Attorney For Simeon Moreno)

Gsef Al Nawras (Cayman) Limited
C/O Nasreen Bulos, Legal Counsel
Global Equities
Dubai International Capital Llc
Difc Building 2, 4th Floor
Sheikh Zayed Road, Po Box 72888
Dubai
United Arab Emirates

Office Of The US Trustee
Andrew D Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, Ny 10004

United States Bankruptcy Court
Southern District Of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, Ny 10004

**EXHIBIT B**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@kayescholer.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bhinerfeld@sbtklaw.com |
| adg@adorno.com | bill.freeman@pillsburylaw.com |
| Adiamond@DiamondMcCarthy.com | bmanne@tuckerlaw.com |
| aeckstein@blankrome.com | BMiller@mofo.com |
| aentwistle@entwistle-law.com | boneill@kramerlevin.com |
| afriedman@irell.com | bpershkow@profunds.com |
| agbanknewyork@ag.tn.gov | Brendan.Collins@dlapiper.com |
| aglenn@kasowitz.com | Brian.Corey@greentreecreditsolutions.com |
| agold@herrick.com | bromano@willkie.com |
| agolianopoulos@mayerbrown.com | broy@rltlawfirm.com |
| ahammer@freebornpeters.com | bspector@jsslaw.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | btupi@tuckerlaw.com |
| alesia.pinney@infospace.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| AMcMullen@BoultCummings.com | bzabarauskas@crowell.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| Andrew.Brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| apo@stevenslee.com | chammerman@paulweiss.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | clynch@reedsmith.com |
| arosenblatt@chadbourne.com | cmontgomery@salans.com |
| arthur.rosenberg@hklaw.com | CMTB_LC11@chuomitsui.jp |
| arwolf@wlrk.com | cohenr@sewkis.com |
| aseuffert@lawpost-nyc.com | cp@stevenslee.com |
| ashaffer@mayerbrown.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | crmomjian@attorneygeneral.gov |
| asnow@ssbb.com | crogers@orrick.com |
| atrehan@mayerbrown.com | cs@stevenslee.com |
| aunger@sidley.com | cschreiber@winston.com |
| austin.bankruptcy@publicans.com | cshore@whitecase.com |
| avenes@whitecase.com | cshulman@sheppardmullin.com |
| avi.gesser@dpw.com | ctatelbaum@adorno.com |
| awasserman@lockelord.com | cward@polsinelli.com |
| azylberberg@whitecase.com | cweber@ebg-law.com |
| bankr@zuckerman.com | cweiss@ingramllp.com |
| bankruptcy@goodwin.com | dallas.bankruptcy@publicans.com |
| bankruptcy@morrisoncohen.com | daniel.guyder@allenovery.com |

| | |
|---|---|
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.crichlow@pillsburylaw.com | ecohen@russell.com |
| david.heller@lw.com | efile@willaw.com |
| davids@blbglaw.com | efleck@milbank.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | egeekie@schiffhardin.com |
| dbarber@bsblawyers.com | eglas@mccarter.com |
| dbaumstein@whitecase.com | ehollander@whitecase.com |
| dbesikof@loeb.com | ehret-vanhorn@mbaum.com |
| dcahn@cahnlaw.com | ekbergc@lanepowell.com |
| dcimo@gjb-law.com | eli.mattioli@klgates.com |
| dckaufman@hhlaw.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | eobrien@sbchlaw.com |
| dcrapo@gibbonslaw.com | eric.johnson@hro.com |
| ddavis@paulweiss.com | eschaffer@reedsmith.com |
| ddrebsky@nixonpeabody.com | eschwartz@contrariancapital.com |
| ddunne@milbank.com | esmith@dl.com |
| deggermann@kramerlevin.com | ezujkowski@emmetmarvin.com |
| deggert@freebornpeters.com | ezweig@optonline.net |
| demetra.liggins@tklaw.com | fbp@ppgms.com |
| deryck.palmer@cwt.com | fdellamore@jaspanllp.com |
| dfelder@orrick.com | feldsteinh@sullcrom.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dgrimes@reedsmith.com | fhyman@mayerbrown.com |
| dhayes@mcguirewoods.com | fishere@butzel.com |
| dheffer@foley.com | francois.janson@hklaw.com |
| diconzam@gtlaw.com | frank.white@agg.com |
| dirk.roberts@ots.treas.gov | fsosnick@shearman.com |
| dkleiner@velaw.com | fyates@sonnenschein.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dladdin@agg.com | gbray@milbank.com |
| dlemay@chadbourne.com | GGraber@HodgsonRuss.com |
| dlipke@vedderprice.com | giddens@hugheshubbard.com |
| dludman@brownconnery.com | gkaden@goulstonstorrs.com |
| dmcguire@winston.com | glenn.siegel@dechert.com |
| dmurray@jenner.com | gmoss@riemerlaw.com |
| dneier@winston.com | gravert@mwe.com |
| dodonnell@milbank.com | gspilsbury@jsslaw.com |
| douglas.bacon@lw.com | guzzi@whitecase.com |
| dove.michelle@dorsey.com | harrisjm@michigan.gov |
| dowd.mary@arentfox.com | harveystrickon@paulhastings.com |
| DPiazza@HodgsonRuss.com | heim.steve@dorsey.com |
| dravin@wolffsamson.com | heiser@chapman.com |
| drose@pryorcashman.com | hirsch.robert@arentfox.com |
| drosenzweig@fulbright.com | hollace.cohen@troutmansanders.com |
| drosner@goulstonstorrs.com | holsen@stroock.com |
| drosner@kasowitz.com | howard.hawkins@cwt.com |
| dshemano@pwkllp.com | hseife@chadbourne.com |
| dtatge@ebglaw.com | hsnovikoff@wlrk.com |
| dwdykhouse@pbwt.com | hweg@pwkllp.com |
| dwildes@stroock.com | ian.levy@kobrekim.com |
| dworkman@bakerlaw.com | icatto@kirkland.com |

igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com

jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com

| | |
|---|---|
| korr@orrick.com | meltzere@pepperlaw.com |
| KOstad@mofo.com | metkin@lowenstein.com |
| kovskyd@pepperlaw.com | mfeldman@willkie.com |
| kpiper@steptoe.com | mgordon@briggs.com |
| kressk@pepperlaw.com | mgreger@allenmatkins.com |
| KReynolds@mklawnyc.com | mhopkins@cov.com |
| kristin.going@dbr.com | michael.kim@kobrekim.com |
| krosen@lowenstein.com | mimi.m.wong@irscounsel.treas.gov |
| krubin@ozcap.com | mitchell.ayer@tklaw.com |
| kurt.mayr@bgllp.com | mjacobs@pryorcashman.com |
| lacyr@sullcrom.com | mjedelman@vedderprice.com |
| Landon@StreusandLandon.com | MJR1@westchestergov.com |
| lawallf@pepperlaw.com | mkjaer@winston.com |
| lberkoff@moritthock.com | mlahaie@akingump.com |
| Lee.Stremba@troutmansanders.com | MLandman@lcbf.com |
| lgranfield@cgsh.com | mmendez@hunton.com |
| lhandelsman@stroock.com | mmickey@mayerbrown.com |
| linda.boyle@twtelecom.com | mmooney@deilylawfirm.com |
| lisa.kraidin@allenovery.com | mmorreale@us.mufg.jp |
| LJKotler@duanemorris.com | mmurphy@co.sanmateo.ca.us |
| lmarinuzzi@mofo.com | mneier@ibolaw.com |
| Lmay@coleschotz.com | monica.lawless@brookfieldproperties.com |
| lmcgowen@orrick.com | mpage@kelleydrye.com |
| lml@ppgms.com | mpfeifer@pfeiferlaw.com |
| lnashelsky@mofo.com | mpucillo@bermanesq.com |
| loizides@loizides.com | mrosenthal@gibsondunn.com |
| lromansic@steptoe.com | mruetzel@whitecase.com |
| lscarcella@farrellfritz.com | mschimel@sju.edu |
| lschweitzer@cgsh.com | mshiner@tuckerlaw.com |
| lthompson@whitecase.com | mspeiser@stroock.com |
| lubell@hugheshubbard.com | mstamer@akingump.com |
| lwhidden@salans.com | mvenditto@reedsmith.com |
| lwong@pfeiferlaw.com | mwarren@mtb.com |
| mabrams@willkie.com | Nasreen.Bulos@dubaiic.com |
| MAOFILING@CGSH.COM | ncoco@mwe.com |
| Marc.Chait@standardchartered.com | neal.mann@oag.state.ny.us |
| margolin@hugheshubbard.com | ned.schodek@shearman.com |
| mark.deveno@bingham.com | newyork@sec.gov |
| mark.ellenberg@cwt.com | nfurman@scottwoodcapital.com |
| mark.houle@pillsburylaw.com | Nherman@morganlewis.com |
| mark.sherrill@sutherland.com | nissay_10259-0154@mhmjapan.com |
| martin.davis@ots.treas.gov | nlepore@schnader.com |
| Marvin.Clements@ag.tn.gov | notice@bkcylaw.com |
| matthew.klepper@dlapiper.com | oipress@travelers.com |
| matthew.morris@lovells.com | omeca.nedd@lovells.com |
| mbenner@tishmanspeyer.com | paronzon@milbank.com |
| mberman@nixonpeabody.com | patrick.potter@pillsburylaw.com |
| mbienenstock@dl.com | paul.turner@sutherland.com |
| mbossi@thompsoncoburn.com | pbattista@gjb-law.com |
| mcademartori@sheppardmullin.com | pbosswick@ssbb.com |
| mcordone@stradley.com | pdublin@akingump.com |
| mcto@debevoise.com | peisenberg@lockelord.com |
| mdorval@stradley.com | peter.gilhuly@lw.com |

peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com

rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |