**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :          Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :          08-13555 (JMP)
                                            :
                    Debtors.                :          (Jointly Administered)
                                            :
                                            :          Ref. Docket No. 8631
---------------------------------------------------------------x
In re:                                      :
                                            :          Case No.
                                            :
LEHMAN BROTHERS INC.                        :          08-01420 (JMP) (SIPA)
                                            :
                    Debtor.                 :
                                            :
---------------------------------------------------------------x          Ref. Docket No. 3187


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 23, 2010, I caused to be served the "Notice of Agenda for Evidentiary Hearing on Rule 60(b) and Related Motions and Adversary Proceedings Scheduled for April 26, 2010 at 9:30 A.M.," dated April 23, 2010 [Docket No. 8631 in Case No. 08-13555 and Docket No. 3187 in Case No. 08-01420], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>.

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
23rd day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

## Email Service List

acaton@kramerlevin.com
adash@brownrudnick.com
amarder@msek.com
brosenblum@jonesday.com
cgreen@bsfllp.com
dmolton@brownrudnick.com
egrillo@goodwinprocter.com
ericataggart@quinnemanuel.com,
erickay@quinnemanuel.com,
ghorowitz@kramerlevin.com
hhume@bsfllp.com
hlevison@kasowitz.com
hsteel@brownrudnick.com
jamestecce@quinnemanuel.com,
jbougiamas@oshr.com
jmazermarino@msek.com
jminsker@kasowitz.com
jschiller@bsfllp.com
jshaw@bsfllp.com
jstern@bsfllp.com
jtimko@allenmatkins.com
jwang@sipc.org
kbialo@emmetmarvin.com
kcaputo@sipc.org
ktomer@goodwinprocter.com
maguire@hugheshubbard.com,
mcostello@goodwinprocter.com
metkin@lowenstein.com
oxford@hugheshubbard.com,
pfeldman@oshr.com
rothman@hugheshubbard.com
scargill@lowenstein.com
squigley@lowenstein.com
stephanie.goldstein@friedfrank.com
susheelkirpalani@quinnemanuel.com,
tylerwhitmer@quinnemanuel.com,
vcoscino@allenmatkins.com

## Additional Parties

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
shai.waisman@weil.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF THE US TRUSTEE: ANDREW D VELEZ-RIVERA | 212-668-2255 |