

**U.S. Department of Justice**
Office of the United States Trustee
*Region 2/Southern District of New York*

---

33 Whitehall Street, Suite 2100   Phone: 212-510-0500
New York, NY 10004                 Fax:  212-668-2255

April 28, 2010

Kristi Brim                          Troy A. Uhlman
kristibrim@gmail.com                 2310 Battery Hill Circle
                                     Woodbridge, VA 22191
                                     thirtysomethinginvesting@gmail.com

Re:   In re Lehman Brothers Holdings, Inc., *et al.*, Chapter 11 Case No. 08-13555 (JMP)

Dear Ms. Brim, and Mr. Uhlman:

    This is in response to Ms. Brim's letter dated March 21, 2010, and to Mr. Uhlman's letter dated April 12, 2010, to the Honorable James M. Peck, United States Bankruptcy Judge. Ms. Brim and Mr. Uhlman (on behalf of other shareholders and himself), request that the Court appoint an official committee of equity security holders of Lehman Brothers Holdings, Inc. ("LBHI").

    Under 11 U.S.C. § 1102(a)(1), the United States Trustee has the authority to appoint additional committees, such as the one whose appointment you have requested. Ms. Brim's letter to Judge Peck was posted on the public docket of the LBHI bankruptcy case on March 30, 2010, as Docket No. 8040. The letter came to our attention during our periodic monitoring of the docket, and we retrieved a copy of it from the public docket. Mr. Uhlman's letter was forwarded to us from counsel to LBHI, to whom it was originally directed.

    While it is not a requirement that a request for an additional committee be made in the first instance to the United States Trustee, courts often defer a decision on such a request until the United States Trustee has had an opportunity to consider the matter. In order not to delay the Court's review of your request for an additional committee, should the Court determine to treat your letters as a motion for the appointment of an equity committee, we have reviewed and considered your letter.

    Based on the current status of the LBHI bankruptcy case, and applicable law, the United States Trustee declines to appoint an official equity committee at this time.

Very truly yours,

DIANA G. ADAMS
UNITED STATES TRUSTEE

*/s/ Andrew D. Velez-Rivera*
Andrew D. Velez-Rivera, Trial Attorney

cc:   Honorable Judge James M. Peck
      Diana G. Adams, United States Trustee
      Tracy Hope Davis, Assistant United States Trustee
      Linda A. Riffkin, Assistant United States Trustee
      Harvey R. Miller, Esq.
      Dennis R. Dunne, Esq.