# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### PARTIAL NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **TAARP Group, LLP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:  Alisa Mumola<br>Telephone:  203-862-8211<br>Email: amumola@contrariancapital.com | TAARP Group, LLP<br>c/o William Burnett, Esq<br>Flaster/Greenberg PC<br>1600 John F. Kennedy Boulevard, Suite 200<br>Philadelphia, PA 19103 |

**Partial Transfer of Claim No. 12876 for unsecured portion of claim in the amount of $1,417,688.50**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____April 28, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:       Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   CONTRARIAN FUNDS, LLC

THE TAARP GROUP, LLP, located at 8333 Douglas Avenue, Suite 1500, Dallas, TX 75225 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the general unsecured claim of Seller against LEHMAN BROTHERS HOLDING INC. and its affiliates in the allowed general unsecured claim amount of $1,417,688.50 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26 day of April 2010.

THE TAARP GROUP, LLP

By: _____
Name: DAVID A. VEEDER
Title: PARTNER

CONTRARIAN FUNDS, LLC
By Contrarian Capital Management, L.L.C. as manager

By: _____
Name:
Title:    JANICE M. STANTON
          MEMBER

-7-

KL2:2358716.2