# SCHEDULE 2

LEHMAN BROTHERS HOLDINGS INC., *ET AL.*

SCHEDULE OF PARTIES IN INTEREST THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED (WITHIN THE LAST TWO YEARS) BINGHAM MCCUTCHEN LLP IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES[1]

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| FCCD Limited | Litigation Claimants | FCCD Limited |
| Metropolitan West Low Duration Bond Fund | Litigation Claimants | Metropolitan West Low Duration Bond Fund<br>Calyon Tokyo Office<br>Credit Agricole De Marruecos<br>TCW<br>TCW Stategic Income Fund and Other Funds<br>TCW Group<br>TCW Absolute Return Credit Fund<br>TCW Senior Secured Floating |
| Nomura Global Financial Products Inc. | Litigation Claimants | Nomura Global Financial Products Inc.<br>Nomura International Plc<br>Nomura Securities International, Inc.<br>Nomura Securities Co., Ltd.<br>Nomura Corporate Research and Asset Management Inc.<br>Nomura Phase IV Ventures, LP |
| PNC Bank, National Association | Litigation Claimants | PNC Bank, National Association<br>Endeavor Capital Management<br>National City Corporation and affiliates |
| U.S. Bank N.A. | Committee Member | U.S. Bank N.A.<br>U.S. Bancorp Asset Management<br>FAF Advisors, Inc. |
| Alix Partners | Principal Investments | Alix Partners<br>Hellman & Friedman |

---

[1] The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Bingham through its conflict reporting system. Bingham has not performed independent research to confirm any affiliate relationships that may be implied by this disclosure or to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Bingham has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES (OR POTENTIAL AFFILIATES) |
|---|---|---|
| Applebees | Principal Investments | Applebees |
| Vought | Principal Investment | Vought<br>Mexmil Global Services, Inc |