# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-13555 (JMP) CHAPTER 11

Debtor:
**IN RE LEHMAN BROTHERS HOLDINGS INC., et al**

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on **GOLDMAN SACHS GROUP, INC., 200 WEST STREET, NEW YORK, NY 10282.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **28th day of April, 2010 at 8:45 am, I:**

Served the above named Entity by delivering a true copy of the Subpoena For Rule 2004 Examination and Schedule A, Request for The Production of Documents In Connection With An Order Authorizing Examination and Production of Documents Under Bankruptcy Rule 2004 and Proposed Order Granting The Debtors Authority To Issue Subpoenas For The Production of Documents and Authorizing The Examination of Persons and Entities to Joanna M. Lane, Associate, as stating that she is authorized to accept on behalf of GOLDMAN SACHS GROUP, INC.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 135, Hair: Blonde, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 28th day of April, 2010 by the affiant who is personally known to me.

*George Washington Sikes*

GEORGE WASHINGTON SIKES
NOTARY PUBLIC, State of New York
No. 01SI6178651
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Dec. 3, 2011

Baldeo Chetram
Process Server

Our Job Serial Number: 2020090298

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w