UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :
                    Debtors.                                  :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 7907, 7908 &
                                                                   7910

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY J. GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 21, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sidney J. Garabato
Sidney J. Garabato

Sworn to before me this
27th day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7907, 7908 & 7910_Aff_04-21-10.doc

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST
     ATTN: MICHAEL DRAYO
     PO BOX 2600
     VALLEY FORGE PA 19482
```

Please note that your claim # 16721 in the above referenced case and in the amount of
         $141,162.87        has been transferred **(unless previously expunged by court order)**

```
VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST
TRANSFEROR: VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST
ATTN: MICHAEL DRAYO
PO BOX 2600
VALLEY FORGE PA 19482
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7907      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney J. Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SECURITIES TRUST
      ATTN: MICHAEL DRAYO
      PO BOX 2600
      VALLEY FORGE PA 19482
```

Please note that your claim # 16714 in the above referenced case and in the amount of
         $179,176.06         has been transferred **(unless previously expunged by court order)**

```
      VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST
      TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY
      ASSET-BACKED SECURITIES TRUST
      ATTN: MICHAEL DRAYO
      PO BOX 2600
      VALLEY FORGE PA 19482
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7908        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                         Vito Genna, Clerk of Court

                                         /s/Sidney J. Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                              | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                              | 08-13555 (JMP)

                                                                    | (Jointly Administered)

Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SECURITIES TRUST
              ATTN: MICHAEL DRAYO
              PO BOX 2600
              VALLEY FORGE PA 19482

Please note that your claim # 16713 in the above referenced case and in the amount of
          $179,176.06          has been transferred **(unless previously expunged by court order)**

              VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND TRUST
              TRANSFEROR: VANGUARD FIDUCIARY TRUST COMPANY
              ASSET-BACKED SECURITIES TRUST
              ATTN: MICHAEL DRAYO
              PO BOX 2600
              VALLEY FORGE PA 19482

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7910    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2010                         Vito Genna, Clerk of Court

                                         /s/Sidney J. Garabato
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2010.

**EXHIBIT B**

```
TIME: 20:03:58                                LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 04/21/10                                    CREDITOR LISTING

Name                              Address

VANGUARD FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
VANGUARD FIDUCIARY TRUST COMPANY ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND FIDUCIARY TRUST CO CORPORATE BOND TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482
VANGUARD FIDUCIARY TRUST COMPANY INTERMEDIATE-TERM BOND FIDUCIARY TRUST COMPANY ASSET-BACKED SECURITIES TRUST ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE PA 19482


Total Number of Records Printed     23
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153