UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                              Debtors.                            :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 8494-8498

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY J. GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>27th day of April, 2010 | */s/ Sidney J. Garabato*<br>Sidney J. Garabato |

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: CITIBANK BELGIUM S.A.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: ROHIT BANSAL                             ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FLOOR                1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                              NEW YORK NY 10019
```

Please note that your claim # 55408-03 in the above referenced case and in the amount of
      $31,861,714.40         has been transferred **(unless previously expunged by court order)**

```
     CRESCENT 1, LP
     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
     C/O CYRUS CAPITAL PARTNERS LP
     399 PARK AVENUE 39TH FLOOR
     ATTN: SVETOSLAV NIKOV
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8494    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
          Debtors.                             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   TRANSFEROR: CITIBANK BELGIUM S.A.
     ATTN: DOUGLAS R. DAVIS                         ATTN: ROHIT BANSAL
     1285 AVENUE OF THE AMERICAS                    390 GREENWICH STREET, 4TH FLOOR
     NEW YORK NY 10019                              NEW YORK NY 10013
```

Please note that your claim # 55408-03 in the above referenced case and in the amount of
         $31,861,714.40         has been transferred **(unless previously expunged by court order)**

```
                                                    CRESCENT 1, LP
                                                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                    C/O CYRUS CAPITAL PARTNERS LP
                                                    399 PARK AVENUE 39TH FLOOR
                                                    ATTN: SVETOSLAV NIKOV
                                                    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8494     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                     Vito Genna, Clerk of Court

                                     /s/Sidney Garabato
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: CITIBANK BELGIUM S.A.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: ROHIT BANSAL                             ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FLOOR                1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                              NEW YORK NY 10019
```

Please note that your claim # 55408-04 in the above referenced case and in the amount of
        $33,450,705.80         has been transferred **(unless previously expunged by court order)**

```
     CRS FUND LTD
     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
     C/O CYRUS CAPITAL PARTNERS LP
     399 PARK AVENUE 39TH FLOOR
     ATTN: SVETOSLAV NIKOV
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8495       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
            Debtors.                               |
                                                   |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   TRANSFEROR: CITIBANK BELGIUM S.A.
      ATTN: DOUGLAS R. DAVIS                         ATTN: ROHIT BANSAL
      1285 AVENUE OF THE AMERICAS                    390 GREENWICH STREET, 4TH FLOOR
      NEW YORK NY 10019                              NEW YORK NY 10013
```

Please note that your claim # 55408-04 in the above referenced case and in the amount of $33,450,705.80 has been transferred **(unless previously expunged by court order)**

```
                                                     CRS FUND LTD
                                                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                     C/O CYRUS CAPITAL PARTNERS LP
                                                     399 PARK AVENUE 39TH FLOOR
                                                     ATTN: SVETOSLAV NIKOV
                                                     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8495 in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: CITIBANK BELGIUM S.A.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      ATTN: ROHIT BANSAL                             ATTN: DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FLOOR                1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                              NEW YORK NY 10019
```

Please note that your claim # 55408-05 in the above referenced case and in the amount of
     $76,469,602.20     has been transferred **(unless previously expunged by court order)**

```
      CYRUS OPPORTUNITIES MASTER FUND II LTD
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      C/O CYRUS CAPITAL PARTNERS LP
      399 PARK AVENUE 39TH FLOOR
      ATTN: SVETOSLAV NIKOV
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8496     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                              Vito Genna, Clerk of Court

                                              /s/Sidney Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 22, 2010.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   TRANSFEROR: CITIBANK BELGIUM S.A.
     ATTN: DOUGLAS R. DAVIS                         ATTN: ROHIT BANSAL
     1285 AVENUE OF THE AMERICAS                    390 GREENWICH STREET, 4TH FLOOR
     NEW YORK NY 10019                              NEW YORK NY 10013
```

Please note that your claim # 55408-05 in the above referenced case and in the amount of
         $76,469,602.20         has been transferred **(unless previously expunged by court order)**

```
                                                    CYRUS OPPORTUNITIES MASTER FUND II LTD
                                                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                    C/O CYRUS CAPITAL PARTNERS LP
                                                    399 PARK AVENUE 39TH FLOOR
                                                    ATTN: SVETOSLAV NIKOV
                                                    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8496         in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
              Debtors.                              |
                                                   |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CITIGROUP FINANCIAL PRODUCTS INC.            CITIGROUP FINANCIAL PRODUCTS INC.
          TRANSFEROR: CITIBANK BELGIUM S.A.            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          ATTN: ROHIT BANSAL                           ATTN: DOUGLAS R. DAVIS
          390 GREENWICH STREET, 4TH FLOOR              1285 AVENUE OF THE AMERICAS
          NEW YORK NY 10013                            NEW YORK NY 10019
```

Please note that your claim # 55408-06 in the above referenced case and in the amount of
       $1,583,411.50        has been transferred **(unless previously expunged by court order)**

```
          CYRUS EUROPE MASTER FUND LTD
          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
          C/O CYRUS CAPITAL PARTNERS LP
          399 PARK AVENUE 39TH FLOOR
          ATTN: SVETOSLAV NIKOV
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8497        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                            Vito Genna, Clerk of Court

                                            /s/Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   TRANSFEROR: CITIBANK BELGIUM S.A.
    ATTN: DOUGLAS R. DAVIS                         ATTN: ROHIT BANSAL
    1285 AVENUE OF THE AMERICAS                    390 GREENWICH STREET, 4TH FLOOR
    NEW YORK NY 10019                              NEW YORK NY 10013
```

Please note that your claim # 55408-06 in the above referenced case and in the amount of
$1,583,411.50        has been transferred **(unless previously expunged by court order)**

```
                                                   CYRUS EUROPE MASTER FUND LTD
                                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                   C/O CYRUS CAPITAL PARTNERS LP
                                                   399 PARK AVENUE 39TH FLOOR
                                                   ATTN: SVETOSLAV NIKOV
                                                   NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8497     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |   Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                                         |
                                         |   (Jointly Administered)
                  Debtors.               |
                                         |
_____|
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
    TRANSFEROR: CITIBANK BELGIUM S.A.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    ATTN: ROHIT BANSAL                             ATTN: DOUGLAS R. DAVIS
    390 GREENWICH STREET, 4TH FLOOR                1285 AVENUE OF THE AMERICAS
    NEW YORK NY 10013                              NEW YORK NY 10019
```

Please note that your claim # 55408-02 in the above referenced case and in the amount of $15,932,777.30 has been transferred **(unless previously expunged by court order)**

```
    CYRUS SELECT OPPORTUNITIES MASTER FUND LTD
    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
    C/O CYRUS CAPITAL PARTNERS LP
    399 PARK AVENUE 39TH FLOOR
    ATTN: SVETOSLAV NIKOV
    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8498 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                            Vito Genna, Clerk of Court

                                            /s/Sidney Garabato
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
            Debtors.                        |
                                            |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: CITIGROUP FINANCIAL PRODUCTS INC.           CITIGROUP FINANCIAL PRODUCTS INC.
        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  TRANSFEROR: CITIBANK BELGIUM S.A.
        ATTN: DOUGLAS R. DAVIS                       ATTN: ROHIT BANSAL
        1285 AVENUE OF THE AMERICAS                  390 GREENWICH STREET, 4TH FLOOR
        NEW YORK NY 10019                            NEW YORK NY 10013
```

Please note that your claim # 55408-02 in the above referenced case and in the amount of
      $15,932,777.30          has been transferred **(unless previously expunged by court order)**

```
                                                 CYRUS SELECT OPPORTUNITIES MASTER FUND LTD
                                                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                 C/O CYRUS CAPITAL PARTNERS LP
                                                 399 PARK AVENUE 39TH FLOOR
                                                 ATTN: SVETOSLAV NIKOV
                                                 NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8498      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2010                          Vito Genna, Clerk of Court

                                          /s/Sidney Garabato
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 22, 2010.

**EXHIBIT B**

```
TIME: 19:43:50                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 04/22/10                                                   CREDITOR LISTING

Name                                              Address

CITIGROUP FINANCIAL PRODUCTS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIBANK BELGIUM S.A. ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CRESCENT 1, LP                                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CYRUS CAPITAL PARTNERS LP 399 PARK AVENUE 39TH FLOOR ATTN: SVETOSLAV NIKOV NEW YORK N
CRS FUND LTD                                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CYRUS CAPITAL PARTNERS LP 399 PARK AVENUE 39TH FLOOR ATTN: SVETOSLAV NIKOV NEW YORK N
CYRUS EUROPE MASTER FUND LTD                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CYRUS CAPITAL PARTNERS LP 399 PARK AVENUE 39TH FLOOR ATTN: SVETOSLAV NIKOV NEW YORK N
CYRUS OPPORTUNITIES MASTER FUND II LTD            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CYRUS CAPITAL PARTNERS LP 399 PARK AVENUE 39TH FLOOR ATTN: SVETOSLAV NIKOV NEW YORK N
CYRUS SELECT OPPORTUNITIES MASTER FUND LTD        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CYRUS CAPITAL PARTNERS LP 399 PARK AVENUE 39TH FLOOR ATTN: SVETOSLAV NIKOV NEW YORK N


Total Number of Records Printed        23
                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153