## EXHIBIT A
### EVIDENCE OF TRANSFER

TO:   DEBTOR AND THE BANKRUPTCY COURT

Security Pacific Capital Leasing Corporation, with an address at **555 California St., 4th Floor, M.C. CA5-705-04-03**, ("**Seller**"), transfers unto Barclays Bank PLC, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement for Certain Claims in the Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to particular Claims identified in Proof of Claim Number 66527, against Lehman Brothers Holdings, Inc., and its affiliates, subsidiaries and/or assigns ("**Debtors**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the Southern District of New York ("**Court**"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of April 22, 2010.

**SELLER:**

**SECURITY PACIFIC CAPITAL LEASING CORPORATION**

By: *Steven M Jacobs* (signature)
Name: Steven M Jacobs
Title: Managing Director

**BUYER:**

**BARCLAYS BANK PLC**

By: _____
Name: _____
Title: _____

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

# EXHIBIT A
## EVIDENCE OF TRANSFER

TO:   DEBTOR AND THE BANKRUPTCY COURT

Security Pacific Capital Leasing Corporation, with an address at **555 California St., 4th Floor, M.C. CA5-705-04-03**, ("**Seller**"), transfers unto Barclays Bank PLC, its successors and assigns ("**Buyer**"), pursuant to the terms of that certain Purchase and Sale Agreement for Certain Claims in the Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to particular Claims identified in Proof of Claim Number 66527, against Lehman Brothers Holdings, Inc., and its affiliates, subsidiaries and/or assigns ("**Debtors**"), in proceedings for reorganization (the "**Proceedings**") in the United States Bankruptcy Court for the Southern District of New York ("**Court**"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of April ___, 2010.

**SELLER:**

**SECURITY PACIFIC CAPITAL LEASING CORPORATION**

By: _____
Name: _____
Title: _____

**BUYER:**

**BARCLAYS BANK PLC**

By: _[signature]_
Name: Daniel Crowley
Title: Managing Director

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.