# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cedar Hill Capital Partners Master Fund, L.P.

**Cedar Hill Capital Partners Master Fund, L.P.**, a Cayman Islands exempted limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,913,270.38, docketed as Claim No. 66575 which amended Claim No. 23495 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

The Claim was transferred to Seller as evidenced at docket No. 7244.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

**[Signature Page Follows]**

Lehman Cedar Hill Assignment of Claim (Offshore) 4_26_2010 (2).doc

IN WITNESS WHEREOF, dated as of the 29 day of April, 2010.

WITNESS: /s/

(Signature)

Name: Karl Johnson
Title: General Counsel
(Print name and title of witness)

Cedar Hill Capital Partners
Master Fund, L.P.
 By: Cedar Hill Capital GP I, LLC, its general
 partner

By: /s/
(Signature of authorized corporate officer)

Name: Emil Woods
Title: Managing Member
Tel.: 212.201.5830

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

9

Lehman Cedar Hill Assignment of Claim (Offshore) 4_26_2010 (2).doc

IN WITNESS WHEREOF, dated as of the 29 day of April, 2010.

**Cedar Hill Capital Partners Master Fund, L.P.**
By: Cedar Hill Capital GP I, LLC, its general partner

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

**JPMorgan Chase Bank, N.A.**

WITNESS:

_/s/ illegible_
(Signature)

Name: Aileen Montana
Title: Associate
(Print name and title of witness)

By: _/s/ Michael Economos_
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212.623.1997

9

Lehman Cedar Hill Assignment of Claim (Offshore) 4_26_2010 (2).doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cedar Hill Capital Partners Master Fund, L.P.

**Cedar Hill Capital Partners Master Fund, L.P.**, a Cayman Islands exempted limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,913,270.38, docketed as Claim No. 66573 which amended Claim Nos. 23496 and 23494 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

The Claim was transferred to Seller as evidenced at docket No. 7243.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

[Signature Page Follows]

Lehman Cedar Hill Assignment of Claim (Offshore) 4_26_2010 (2).doc

IN WITNESS WHEREOF, dated as of the 29 day of April, 2010.

|  |  |
|---|---|
| | Cedar Hill Capital Partners Master Fund, L.P. |
| | By: Cedar Hill Capital GP I, LLC, its general partner |
| WITNESS: /s/ | By: /s/ |
| (Signature) | (Signature of authorized corporate officer) |
| Name: Karl Johnson | Name: Emil Woods |
| Title: General Counsel | Title: Managing Member |
| (Print name and title of witness) | Tel.: 212-201-5880 |

|  |  |
|---|---|
| | JPMorgan Chase Bank, N.A. |
| WITNESS: | |
| | By: |
| (Signature) | (Signature of authorized corporate officer) |
| Name: | Name: |
| Title: | Title: |
| (Print name and title of witness) | Tel.: |

11

IN WITNESS WHEREOF, dated as of the 29th day of April, 2010.

|  |  |
|---|---|
| WITNESS:<br><br>_____<br>(Signature)<br><br>Name: _____<br>Title: _____<br>(Print name and title of witness) | Cedar Hill Capital Partners<br>Master Fund, L.P.<br>  By: Cedar Hill Capital GP I, LLC, its general<br>  partner<br><br>By: _____<br>(Signature of authorized corporate officer)<br><br>Name: _____<br>Title: _____<br>Tel.: _____ |
| WITNESS:<br><br>_Ail Mont_<br>(Signature)<br><br>Name: _Aileen Montana_<br>Title: _Associate_<br>(Print name and title of witness) | JPMorgan Chase Bank, N.A.<br><br>By: _[signature]_<br>(Signature of authorized corporate officer)<br><br>Name: Michael Economos<br>Title: Authorized Signatory<br>Tel.: _212-623-1997_ |

11

Lehman Cedar Hill Assignment of Claim (Offshore) 4_26_2010 (2).doc