# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **Cedar Hill Capital Partners Onshore, LP**

    **Cedar Hill Capital Partners Onshore, LP**, a Delaware limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,527,932.09, docketed as Claim No. 66574 which amended Claim No. 23491 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 29 day of April, 2010.

Cedar Hill Capital Partners Onshore, LP
By: Cedar Hill Fund Management, LLC, its general partner

By: _____
(Signature of authorized corporate officer)

WITNESS: _____
(Signature)

Name: Karl Johnson
Title: General Counsel
(Print name and title of witness)

Name: Emil Woods
Title: Managing Member
Tel.: 212.201.5800

JPMorgan Chase Bank, N.A.

WITNESS: _____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
(Print name and title of witness)

Name: _____
Title: _____
Tel.: _____

Lehman Cedar Hill Assignment of Claim (Onshore) 4_26_2010.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **Cedar Hill Capital Partners Onshore, LP**

**Cedar Hill Capital Partners Onshore, LP**, a Delaware limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,527,932.09, docketed as Claim No. 66574 which amended Claim No. 23491 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of April, 2010.

          **Cedar Hill Capital Partners Onshore, LP**
          By: Cedar Hill Fund Management, LLC, its
          general partner

WITNESS:

_____
(Signature)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
(Print name and title of witness)

Name:_____
Title:_____
Tel.:_____

          JPMorgan Chase Bank, N.A.

WITNESS:

_/s/ Ail Morte_____
(Signature)

By: _/s/_____
(Signature of authorized corporate officer)

Name: _Aileen Montana_
Title: _Associate_
(Print name and title of witness)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-623-1797

Lehman Cedar Hill Assignment of Claim (Onshore) 4_26_2010.doc

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cedar Hill Capital Partners Onshore, LP

Cedar Hill Capital Partners Onshore, LP, a Delaware limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,527,932.09, docketed as Claim No. 66576 which amended Claim Nos. 23492 and 23493 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29 day of April, 2010.

WITNESS:

_____
(Signature)
Name: Karl Johnson
Title: General Counsel
(Print name and title of witness)

Cedar Hill Capital Partners Onshore, LP
By: Cedar Hill Fund Management, LLC, its general partner

By: _____
(Signature of authorized corporate officer)

Name: Emil Woods
Title: Managing Member
Tel.: 212.201.5800

WITNESS:

_____
(Signature)
Name: _____
Title: _____
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

Lehman Cedar Hill Assignment of Claim (Onshore) 4_26_2010.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cedar Hill Capital Partners Onshore, LP

**Cedar Hill Capital Partners Onshore, LP**, a Delaware limited partnership, having offices located at c/o Cedar Hill Capital Partners, LLC, 445 Park Avenue, Floor 5, New York, New York 10022, ATTN: Karl Johnson ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,527,932.09, docketed as Claim No. 66576 which amended Claim Nos. 23492 and 23493 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 29th day of April, 2010.

Cedar Hill Capital Partners Onshore, LP
By: Cedar Hill Fund Management, LLC, its general partner

WITNESS:

_____
(Signature)

Name:
Title:
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

JPMorgan Chase Bank, N.A.

WITNESS:

_Aii Mone_____
(Signature)

Name: Aileen Montana
Title: Associate
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:
Title: Michael Economos
       Authorized Signatory
Tel.: 212-623-6797

Lehman Cedar Hill Assignment of Claim (Onshore) 4_26_2010.doc