UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
                          · Debtors.        :    (Jointly Administered)
                                            :
------------------------------------------------------------------x    Ref. Docket Nos. 7244, 8570-8573,
                                                 8575, 8578-8580, 8597-8598, 8600-
                                                 8601, 8606, 8616-8621, 8634 &
                                                 8635

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  ss.:
COUNTY OF NEW YORK      )

LINDSAY DANAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017. I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant
    to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed
    hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers,
    enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail
    to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the
    personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be
    delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lindsay Danas*
Sworn to before me this                       Lindsay Danas
28th day of April, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7244, 8570-8573, 8575, 8578-8580, 8597-8598, 8600-8601, 8606, 8616-8621, 8634 & 8635_Aff 04-27-
10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
ATTN: KARL JOHNSON
C/O CEDAR HILL CAPITAL PARTNERS, LLC
445 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
LEE S. ATTANASIO AND ALEX R. ROVIRA
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 23495 in the above referenced case and in the amount of $1,948,092.03     has been transferred (**unless previously expunged by court order**)

CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
ATTN: KARL JOHNSON
445 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
SIDLEY AUSTIN LLP
ATTN: ALEX ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7244     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                               Vito Genna, Clerk of Court

                                              /s/Lindsay Danas
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.          CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
     LEE S. ATTANASIO AND ALEX R. ROVIRA                ATTN: KARL JOHNSON
     SIDLEY AUSTIN LLP                                  C/O CEDAR HILL CAPITAL PARTNERS, LLC
     787 SEVENTH AVENUE                                 445 PARK AVENUE, 5TH FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10022

Please note that your claim # 23495 in the above referenced case and in the amount of
     $1,948,092.03      has been transferred (**unless previously expunged by court order**)

CEDAR HILL CAPITAL PARTNERS MASTER FUND LP          CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
SIDLEY AUSTIN LLP                                   TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFS
ATTN: ALEX ROVIRA                                   ATTN: KARL JOHNSON
787 SEVENTH AVENUE                                  445 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10019                                   NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7244       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                    Debtors.                       |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281

Please note that your claim # 17319-24 in the above referenced case and in the amount of
     $5,796,000.00       has been transferred **(unless previously expunged by court order)**

          DAVIDSON KEMPNER PARTNERS
          TRANSFEROR: GOLDMAN SACHS & CO
          ATTN: JENNIFER ELISE DONOVAN
          C/O MHD MANAGEMENT CO.
          65 EAST 55TH ST, 19TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8570      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court


                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)

                                                   | (Jointly Administered)

         Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                       TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                            30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                      JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-24 in the above referenced case and in the amount of
     $5,796,000.00      has been transferred (**unless previously expunged by court order**)

                                                     DAVIDSON KEMPNER PARTNERS
                                                     TRANSFEROR: GOLDMAN SACHS & CO
                                                     ATTN: JENNIFER ELISE DONOVAN
                                                     C/O MHD MANAGEMENT CO.
                                                     65 EAST 55TH ST, 19TH FLOOR
                                                     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8570       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                         Vito Genna, Clerk of Court


                                         /s/Lindsay Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281

Please note that your claim # 17319-25 in the above referenced case and in the amount of
        $935,000.00       has been transferred **(unless previously expunged by court order)**

     DAVIDSON KEMPNER PARTNERS
     TRANSFEROR: GOLDMAN SACHS & CO
     ATTN: JENNIFER ELISE DONOVAN
     C/O MHD MANAGEMENT CO
     65 EAST 55TH STREET, 19TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8571    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-25 in the above referenced case and in the amount of
     $935,000.00       has been transferred **(unless previously expunged by court order)**

DAVIDSON KEMPNER PARTNERS
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: JENNIFER ELISE DONOVAN
C/O MHD MANAGEMENT CO
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8571     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010               Vito Genna, Clerk of Court

                       /s/Lindsay Danas

                       By: Epiq Bankruptcy Solutions, LLC
                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                                    GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE      RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                           ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                                   ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281

Please note that your claim # 17319-26 in the above referenced case and in the amount of
$19,625,000.00        has been transferred (**unless previously expunged by court order**)

     DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP
     TRANSFEROR: GOLDMAN SACHS & CO
     ATTN: JENNIFER ELISE DONOVAN
     C/O DAVIDSON KEMPNER ADVISERS INC
     65 EAST 55TH STREET, 19TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8572        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-26 in the above referenced case and in the amount of
     $19,625,000.00        has been transferred (**unless previously expunged by court order**)

DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: JENNIFER ELISE DONOVAN
C/O DAVIDSON KEMPNER ADVISERS INC
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8572        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court

                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

Please note that your claim # 17319-27 in the above referenced case and in the amount of
      $6,425,000.00        has been transferred (**unless previously expunged by court order**)

DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: JENNIFER ELISE DONOVAN
C/O DAVIDSON KEMPNER ADVISERS INC
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8573      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                           Vito Genna, Clerk of Court


                                           /s/Lindsay Danas
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
              Debtors.                |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                   TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                        30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                  JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-27 in the above referenced case and in the amount of
     $6,425,000.00        has been transferred **(unless previously expunged by court order)**

                                                 DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP
                                                 TRANSFEROR: GOLDMAN SACHS & CO
                                                 ATTN: JENNIFER ELISE DONOVAN
                                                 C/O DAVIDSON KEMPNER ADVISERS INC
                                                 65 EAST 55TH STREET, 19TH FLOOR
                                                 NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8573      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                         Vito Genna, Clerk of Court


                                         /s/Lindsay Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS & CO                            GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281
```

Please note that your claim # 17319-28 in the above referenced case and in the amount of
$14,473,000.00        has been transferred **(unless previously expunged by court order)**

```
      DAVIDSON KEMPNER INTERNATIONAL LTD
      TRANSFEROR: GOLDMAN SACHS & CO
      ATTN: JENNIFER ELISE DONOVAN
      C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS, L.L.C.
      65 EAST 55TH STREET, 19TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8575        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-28 in the above referenced case and in the amount of
     $14,473,000.00        has been transferred **(unless previously expunged by court order)**

                                              DAVIDSON KEMPNER INTERNATIONAL LTD
                                              TRANSFEROR: GOLDMAN SACHS & CO
                                              ATTN: JENNIFER ELISE DONOVAN
                                              C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS,
                                              65 EAST 55TH STREET, 19TH FLOOR
                                              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8575        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        | Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)
                                             |
                                             | (Jointly Administered)
                    Debtors.                 |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281

Please note that your claim # 17319-29 in the above referenced case and in the amount of
      $2,615,000.00      has been transferred **(unless previously expunged by court order)**

          DAVIDSON KEMPNER INTERNATIONAL LTD
          TRANSFEROR: GOLDMAN SACHS & CO
          ATTN: JENNIFER ELISE DONOVAN
          C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC
          65 EAST 55TH STREET, 19TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8578      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-29 in the above referenced case and in the amount of $2,615,000.00      has been transferred **(unless previously expunged by court order)**

DAVIDSON KEMPNER INTERNATIONAL LTD
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: JENNIFER ELISE DONOVAN
C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8578      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                           GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281

Please note that your claim # 17319-30 in the above referenced case and in the amount of
      $106,000.00      has been transferred **(unless previously expunged by court order)**

      M.H. DAVIDSON & CO.
      TRANSFEROR: GOLDMAN SACHS & CO
      ATTN: JENNIFER ELISE DONOVAN
      C/O M.H. DAVIDSON & CO GP, LLC
      65 EAST 55TH STREET, 19TH FLOOR
      NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8579     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                              |                              |
| In re                                        | Chapter 11 Case No.          |
|                                              |                              |
| LEHMAN BROTHERS HOLDINGS INC., et al.,       | 08-13555 (JMP)               |
|                                              |                              |
|                                              | (Jointly Administered)       |
|                    Debtors.                  |                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                    GOLDMAN SACHS & CO
      RICHARDS KIBBE & ORBE LLP             TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
      ATTN: MANAGING CLERK                  30 HUDSON STREET, 36TH FLOOR
      ONE WORLD FINANCIAL CENTER            JERSEY CITY NJ 07302
      NEW YORK NY 10281

Please note that your claim # 17319-30 in the above referenced case and in the amount of
      $106,000.00      has been transferred **(unless previously expunged by court order)**

                                            M.H. DAVIDSON & CO.
                                            TRANSFEROR: GOLDMAN SACHS & CO
                                            ATTN: JENNIFER ELISE DONOVAN
                                            C/O M.H. DAVIDSON & CO GP, LLC
                                            65 EAST 55TH STREET, 19TH FLOOR
                                            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8579      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)

            Debtors.                           |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                          GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE    RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                        ONE WORLD FINANCIAL CENTER
                                                 NEW YORK NY 10281

Please note that your claim # 17319-31 in the above referenced case and in the amount of
     $25,000.00       has been transferred **(unless previously expunged by court order)**

     M.H. DAVIDSON & CO
     TRANSFEROR: GOLDMAN SACHS & CO
     ATTN: JENNIFER ELISE DONOVAN
     C/O M.H. DAVIDSON & CO GP LLC
     65 EAST 55TH STREET, 19TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8580       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                      Vito Genna, Clerk of Court


                                      /s/Lindsay Danas
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
            Debtors.                           |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO                        GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 17319-31 in the above referenced case and in the amount of
     $25,000.00       has been transferred **(unless previously expunged by court order)**

                                               M.H. DAVIDSON & CO
                                               TRANSFEROR: GOLDMAN SACHS & CO
                                               ATTN: JENNIFER ELISE DONOVAN
                                               C/O M.H. DAVIDSON & CO GP LLC
                                               65 EAST 55TH STREET, 19TH FLOOR
                                               NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8580       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
            Debtors.                    |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG          OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG
    ELETRIZITATSWIRTSCHAFTS-AKTIENGESELLSCHAFT            WHITE & CASE LLP
    ATTN: ANDREAS WOLLEIN                                 ATTN: SYLVIA CHIN
    AM HOF 6A                                             1155 AVENUE OF THE AMERICAS
    WIEN    1010                                          NEW YORK NY 10036
    AUSTRIA

Please note that your claim # 62856 in the above referenced case and in the amount of
   $28,509,305.47      has been transferred **(unless previously expunged by court order)**

        YORVIK PARTNERS LLP
        TRANSFEROR: OESTERREICHISCHE ELEKTRIZITAETSWIRTSCHAFTS-AG
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON    EC2V 8EY
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8597      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG          OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG
     WHITE & CASE LLP                                     ELETRIZITATSWIRTSCHAFTS-AKTIENGESELLSCHAFT
     ATTN: SYLVIA CHIN                                    ATTN: ANDREAS WOLLEIN
     1155 AVENUE OF THE AMERICAS                          AM HOF 6A
     NEW YORK NY 10036                                    WIEN    1010
                                                          AUSTRIA

Please note that your claim # 62856 in the above referenced case and in the amount of
        $28,509,305.47        has been transferred **(unless previously expunged by court order)**

                                                          YORVIK PARTNERS LLP
                                                          TRANSFEROR: OESTERREICHISCHE ELEKTRIZITAETSW
                                                          ATTN: LISA KING
                                                          11 IRONMONGER LANE
                                                          LONDON    EC2V 8EY
                                                          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8597        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
                 Debtors.           |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  BANK SARASIN & CO LTD
             C/O BAER & KARRER LTD
             ATTN: PETER HSU
             BRANDSCHENKESTRASSE 90
             ZURICH   8027
             SWITZERLAND
```

Please note that your claim # 59299 in the above referenced case and in the amount of
      $4,450,665.00      has been transferred **(unless previously expunged by court order)**

```
        YORVIK PARTNERS LLP
        TRANSFEROR: BANK SARASIN & CO LTD
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON   EC2V 8EY
        UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8598      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                      Vito Genna, Clerk of Court


                                      /s/Lindsay Danas
                                      ─────────────────────────────
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)

                                               | (Jointly Administered)

          Debtors.                             |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANK SARASIN & CO LTD
             C/O BAER & KARRER LTD
             ATTN: PETER HSU
             BRANDSCHENKESTRASSE 90
             ZURICH   8027
             SWITZERLAND

Please note that your claim # 59300 in the above referenced case and in the amount of
     $5,800,000.00       has been transferred **(unless previously expunged by court order)**

            YORVIK PARTNERS LLP
            TRANSFEROR: BANK SARASIN & CO LTD
            ATTN: LISA KING
            11 IRONMONGER LANE
            LONDON    EC2V 8EY
            UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8600       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK SARASIN & CO LTD
     C/O BAER & KARRER LTD
     ATTN: PETER HSU
     BRANDSCHENKESTRASSE 90
     ZURICH   8027
     SWITZERLAND

Please note that your claim # 59301 in the above referenced case and in the amount of
$6,920,407.60      has been transferred **(unless previously expunged by court order)**

YORVIK PARTNERS LLP
TRANSFEROR: BANK SARASIN & CO LTD
ATTN: LISA KING
11 IRONMONGER LANE
LONDON   EC2V 8EY
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8601      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court

                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |        Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                              |
                              |        (Jointly Administered)
            Debtors.          |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
             ATTN: ADAM KLEINMAN
             MAST CAPITAL MANAGEMENT, LLC
             200 CLARENDON STREET, 51ST FLOOR
             BOSTON MA 02116

Please note that your claim # 4286 in the above referenced case and in the amount of
       $1,556,671.04       has been transferred **(unless previously expunged by court order)**

          ETON PARK FUND LP
          TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
          ATTN: SERGE TODOROVICH
          399 PARK AVENUE 10TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8606       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
> ATTN: ADAM KLEINMAN
> MAST CAPITAL MANAGEMENT, LLC
> 200 CLARENDON STREET, 51ST FLOOR
> BOSTON MA 02116

Please note that your claim # 4285 in the above referenced case and in the amount of
$1,625,859.97     has been transferred **(unless previously expunged by court order)**

> ETON PARK FUND LP
> TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
> ATTN: SERGE TODOROVICH
> 399 PARK AVENUE 10TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8606     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MAST CREDIT OPPORTUNITIES I MASTER FUND L.P.
         ATTN: ADAM KLEINMAN
         MAST CAPITAL MANAGEMENT, LLC
         200 CLARENDON STREET, 51ST FLOOR
         BOSTON MA 02116

Please note that your claim # 66322 in the above referenced case and in the amount of
        $2,084,447.29       has been transferred **(unless previously expunged by court order)**

         ETON PARK FUND LP
         TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P.
         ATTN: SERGE TODOROVICH
         399 PARK AVENUE 10TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8606       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                      Vito Genna, Clerk of Court


                                      /s/Lindsay Danas
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., |  |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BANC OF AMERICA SECURITIES LLC
> TRANSFEROR: MERRILL LYNCH INTERNATIONAL
> 214 N TRYON STREET, NC1-027-14-01
> ATTN: MEREDITH REYNOLDS
> CHARLOTTE NC 28255

Please note that your claim # 50375-04 in the above referenced case and in the amount of
$468,600.00        has been transferred **(unless previously expunged by court order)**

> CASPIAN CAPITAL PARTNERS LP
> TRANSFEROR: BANC OF AMERICA SECURITIES LLC
> BY: MARINER INVESTMENT GROUP LLC
> 50 MAMARONECK AVENUE
> HARRISON NY 10528

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8616        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                   Debtors.                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   BANC OF AMERICA SECURITIES LLC
               TRANSFEROR: MERRILL LYNCH INTERNATIONAL
               214 N TRYON STREET, NC1-027-14-01
               ATTN: MEREDITH REYNOLDS
               CHARLOTTE NC 28255

Please note that your claim # 50375-02 in the above referenced case and in the amount of
         $62,480.00        has been transferred **(unless previously expunged by court order)**

               CASPIAN ALPHA LONG CREDIT FUND LP
               TRANSFEROR: BANC OF AMERICA SECURITIES LLC
               BY MARINER INVESTMENT GROUP LLC
               50 MAMARONECK AVENUE
               HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8617        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court


                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
              Debtors.                |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA SECURITIES LLC
             TRANSFEROR: MERRILL LYNCH INTERNATIONAL
             214 N TRYON STREET, NC1-027-14-01
             ATTN: MEREDITH REYNOLDS
             CHARLOTTE NC 28255

Please note that your claim # 50375-03 in the above referenced case and in the amount of
        $888,920.00       has been transferred **(unless previously expunged by court order)**

             CASPIAN SELECT CREDIT MASTER FUND LTD
             TRANSFEROR: BANC OF AMERICA SECURITIES LLC
             BY MARINER INVESTMENT GROUP LLC
             50 MAMARONECK AVENUE
             HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8618       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                      Vito Genna, Clerk of Court


                                      /s/Lindsay Danas
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   BANC OF AMERICA SECURITIES LLC
                TRANSFEROR: MERRILL LYNCH INTERNATIONAL
                214 N TRYON STREET, NC1-027-14-01
                ATTN: JON BARNES
                CHARLOTTE NC 28255

Please note that your claim # 44629-01 in the above referenced case and in the amount of
        $2,677,489.21       has been transferred **(unless previously expunged by court order)**

          CASPIAN CAPITAL PARTNERS LP
          TRANSFEROR: BANC OF AMERICA SECURITIES LLC
          50 MAMARONECK AVENUE
          HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8619       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court


                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                    | 08-13555 (JMP)

                                                         | (Jointly Administered)

                        Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  BANC OF AMERICA SECURITIES LLC
            TRANSFEROR: MERRILL LYNCH INTERNATIONAL
            214 N TRYON STREET, NC1-027-14-01
            ATTN: JON BARNES
            CHARLOTTE NC 28255

Please note that your claim # 44630-03 in the above referenced case and in the amount of
       $2,470,965.15       has been transferred **(unless previously expunged by court order)**

            CASPIAN CAPITAL PARTNERS LP
            TRANSFEROR: BANC OF AMERICA SECURITIES LLC
            50 MAMARONECK AVENUE
            HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8619       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                        Vito Genna, Clerk of Court


                                        /s/Lindsay Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    |    Chapter 11 Case No.
                                                         |
                                                         |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |
                                                         |    (Jointly Administered)
                                                         |
                          Debtors.                       |
                                                         |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLUEBAY (MASTER) FUND II LIMITED                BLUEBAY (MASTER) FUND II LIMITED
     C/O BLUEBAY ASSET MANAGEMENT PLC                DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ.
     ATTN: SIMON SUTCLIFFE                           CHADBOURNE & PARKE LLP
     77 GROSVENOR STREET                             30 ROCKEFELLER PLAZA
     LONDON    W1K 3JR                               NEW YORK NY 10112
     UNITED KINGDOM

Please note that your claim # 20094 in the above referenced case and in the amount of
     $33,894,027.35       has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY SENIOR FUNDING INC               MORGAN STANLEY SENIOR FUNDING INC
TRANSFEROR: BLUEBAY (MASTER) FUND II LIMITED    RICHARDS KIBBE & ORBE LLP
1585 BROADWAY, 2ND FLOOR                         ATTN: MANAGING CLERK
NEW YORK NY 10036                               ONE WORLD FINANCIAL CENTER
                                                NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8620      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                         Vito Genna, Clerk of Court


                                         /s/Lindsay Danas
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BLUEBAY (MASTER) FUND II LIMITED            BLUEBAY (MASTER) FUND II LIMITED
    DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ.      C/O BLUEBAY ASSET MANAGEMENT PLC
    CHADBOURNE & PARKE LLP                      ATTN: SIMON SUTCLIFFE
    30 ROCKEFELLER PLAZA                        77 GROSVENOR STREET
    NEW YORK NY 10112                           LONDON    W1K 3JR
                                                UNITED KINGDOM

Please note that your claim # 20094 in the above referenced case and in the amount of
    $33,894,027.35        has been transferred (**unless previously expunged by court order**)

MORGAN STANLEY SENIOR FUNDING INC             MORGAN STANLEY SENIOR FUNDING INC
RICHARDS KIBBE & ORBE LLP                     TRANSFEROR: BLUEBAY (MASTER) FUND II LIMITED
ATTN: MANAGING CLERK                          1585 BROADWAY, 2ND FLOOR
ONE WORLD FINANCIAL CENTER                    NEW YORK NY 10036
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8620        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lindsay Danas
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA SECURITIES LLC
     TRANSFEROR: MERRILL LYNCH INTERNATIONAL
     214 N TRYON STREET, NC1-027-14-01
     ATTN: JON BARNES
     CHARLOTTE NC 28255
```

Please note that your claim # 44629-02 in the above referenced case and in the amount of
$342,742.06    has been transferred **(unless previously expunged by court order)**

```
CASPIAN ALPHA LONG CREDIT FUND LP
TRANSFEROR: BANC OF AMERICA SECURITIES LLC
50 MAMARONECK AVENUE
HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8621    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANC OF AMERICA SECURITIES LLC
         TRANSFEROR: MERRILL LYNCH INTERNATIONAL
         214 N TRYON STREET, NC1-027-14-01
         ATTN: JON BARNES
         CHARLOTTE NC 28255

Please note that your claim # 44630-02 in the above referenced case and in the amount of
    $317,842.00        has been transferred **(unless previously expunged by court order)**

         CASPIAN ALPHA LONG CREDIT FUND LP
         TRANSFEROR: BANC OF AMERICA SECURITIES LLC
         50 MAMARONECK AVENUE
         HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8621        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                      Vito Genna, Clerk of Court


                                      /s/Lindsay Danas
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To: DEUTSCHE BANK SECURITIES INC.
> TRANSFEROR: ALLIANCE BERNSTEIN
> ATTN: RICH VICHAIDITH
> 60 WALL STREET
> 3RD FLOOR
> NEW YORK NY 10005

Please note that your claim # 63582-01 in the above referenced case and in the amount of
$430,939.39        has been transferred **(unless previously expunged by court order)**

> LMA SPC FOR AND ON BEHALF OF MAP 84 SEGREGATED PORTFOLIO
> TRANSFEROR: DEUTSCHE BANK SECURITIES INC.
> KNIGHTHEAD CAPITAL MANAGEMENT
> ATTN: LAURA TORRADO
> 623 FIFTH AVENUE, 29TH FLOOR
> NEW YORK NY 10033

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8634        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court

                                          /s/Lindsay Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   DEUTSCHE BANK SECURITIES INC.
      TRANSFEROR: ALLIANCE BERNSTEIN
      ATTN: RICH VICHAIDITH
      60 WALL STREET
      3RD FLOOR
      NEW YORK NY 10005

Please note that your claim # 63582-02 in the above referenced case and in the amount of
      $8,187,848.47      has been transferred **(unless previously expunged by court order)**

          KNIGHTHEAD MASTER FUND LP
          TRANSFEROR: DEUTSCHE BANK SECURITIES INC.
          KNIGHTHEAD CAPITAL MANAGEMENT
          ATTN: LAURA TORRADO
          623 FIFTH AVENUE, 29TH FLOOR
          NEW YORK NY 10033

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.   Refer to INTERNAL CONTROL NUMBER 8635      in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010              Vito Genna, Clerk of Court

                              /s/Lindsay Danas
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

**EXHIBIT B**

TIME: 14:03:57
DATE: 04/27/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255 |
| BANC OF AMERICA SECURITIES LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH REYNOLDS CHARLOTTE NC 28255 |
| BANK SARASIN & CO LTD | C/O BAER & KARRER LTD ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  8027 SWITZERLAND |
| BLUEBAY (MASTER) FUND II LIMITED | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON  W1K 3JR UNITED KINGDOM |
| BLUEBAY (MASTER) FUND II LIMITED | DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CASPIAN ALPHA LONG CREDIT FUND LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 50 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN ALPHA LONG CREDIT FUND LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC BY MARINER INVESTMENT GROUP LLC 50 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC 50 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC BY: MARINER INVESTMENT GROUP LLC 50 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND LTD | TRANSFEROR: BANC OF AMERICA SECURITIES LLC BY MARINER INVESTMENT GROUP LLC 50 MAMARONECK AVENUE HARRISON NY 10528 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND LP | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND LP | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ATTN: KARL JOHNSON 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. | LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER ADVISERS INC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK |
| DAVIDSON KEMPNER INTERNATIONAL LTD | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY |
| DAVIDSON KEMPNER INTERNATIONAL LTD | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O DAVIDSON KEMPNER INTERNATIONAL ADVISORS, L.L.C. 65 EAST 55TH STREET, 19 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O MHD MANAGEMENT CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O MHD MANAGEMENT CO. 65 EAST 55TH ST, 19TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: ALLIANCE BERNSTEIN ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| ETON PARK FUND LP | TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P. ATTN: SERGE TODOROVICH 399 PARK AVENUE 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND LP | TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED ATTN: SERGE TODOROVICH 399 PARK AVENUE 10TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| KNIGHTHEAD MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10 |
| LMA SPC FOR AND ON BEHALF OF MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10 |
| M.H. DAVIDSON & CO | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O M.H. DAVIDSON & CO GP LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY |
| M.H. DAVIDSON & CO. | TRANSFEROR: GOLDMAN SACHS & CO ATTN: JENNIFER ELISE DONOVAN C/O M.H. DAVIDSON & CO GP, LLC 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY |
| MAST CREDIT OPPORTUNITIES I MASTER FUND L.P. | ATTN: ADAM KLEINMAN MAST CAPITAL MANAGEMENT, LLC 200 CLARENDON STREET, 51ST FLOOR BOSTON MA 02116 |
| MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED | ATTN: ADAM KLEINMAN MAST CAPITAL MANAGEMENT, LLC 200 CLARENDON STREET, 51ST FLOOR BOSTON MA 02116 |
| MORGAN STANLEY SENIOR FUNDING INC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: BLUEBAY (MASTER) FUND II LIMITED 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG | WHITE & CASE LLP ATTN: SYLVIA CHIN 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG | ELEKTRIZITATSWIRTSCHAFTS-AG EIGENGESELLSCHAFT ATTN: ANDREAS WOLLEIN AM HOF 6A WIEN  1010 AUSTRIA |
| YORVIK PARTNERS LLP | TRANSFEROR: BANK SARASIN & CO LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: OESTERREICHISCHE ELEKTRIZITAETSWIRTSCHAFTS-AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        36

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153