**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                  :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :        **08-13555 (JMP)**
:
Debtors.                                     :        **(Jointly Administered)**
:
------------------------------------------------------------------------x        **Ref. Docket Nos. 8509, 8511-8521,**
**8528 & 8529**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant
    to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed
    hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers,
    enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail
    to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the
    personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be
    delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of April, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL          GOLDMAN SACHS INTERNATIONAL
     PETERBOROUGH COURT                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                     ATTN: SETH GROSSHANDLER, ESQ.
     LONDON    EC4A 2BB                    ONE LIBERTY PLAZA
     UNITED KINGDOM                       NEW YORK NY 10006

Please note that your claim # 58797 in the above referenced case and in the amount of
     $3,496,748.00       has been transferred (**unless previously expunged by court order**)

GOLDMAN, SACHS & CO.                       GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL    RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR               ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                       ONE WORLD FINANCIAL CENTER
                                           NEW YORK NY 10281               .

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8509        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                    Debtors.                       |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ATTN: SETH GROSSHANDLER, ESQ.                  133 FLEET STREET
     ONE LIBERTY PLAZA                              LONDON    EC4A 2BB
     NEW YORK NY 10006                              UNITED KINGDOM

Please note that your claim # 58797 in the above referenced case and in the amount of
     $3,496,748.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                                GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP                           TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
ATTN: MANAGING CLERK                                30 HUDSON STREET, 36TH FLOOR
ONE WORLD FINANCIAL CENTER                          JERSEY CITY NJ 07302
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8509      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                             Vito Genna, Clerk of Court


                                             /s/Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR           SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                             NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58799 in the above referenced case and in the amount of
     $1,843,270.00         has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL         RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8511      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                              Vito Genna, Clerk of Court


                                              /s/Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.
     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ONE LIBERTY PLAZA
     NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58799 in the above referenced case and in the amount of
     $1,843,270.00      has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8511      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court

                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
              Debtors.               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR     SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                         ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                        NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58800 in the above referenced case and in the amount of
$449,474.00        has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL       RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8512        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                              Vito Genna, Clerk of Court


                                              /s/Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS INTERNATIONAL
    SETH GROSSHANDLER, ESQ.
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    ONE LIBERTY PLAZA
    NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58800 in the above referenced case and in the amount of $449,474.00    has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8512    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court

                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |      Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                               |
                               |      (Jointly Administered)
              Debtors.         |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL            GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR    SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                        ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                       NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58803 in the above referenced case and in the amount of
     $950,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL  RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR             ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                     ONE WORLD FINANCIAL CENTER
                                              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8513       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  GOLDMAN SACHS INTERNATIONAL<br>SETH GROSSHANDLER, ESQ.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | GOLDMAN SACHS INTERNATIONAL<br>ATTN: JOHN TRIBOLATI & CAROLINE CARR<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON    EC4A 2BB<br>UNITED KINGDOM |

Please note that your claim # 58803 in the above referenced case and in the amount of
$950,000.00       has been transferred **(unless previously expunged by court order)**

|  |  |
|---|---|
| GOLDMAN, SACHS & CO.<br>RICHARDS KIBBE & ORBE LLP<br>ATTN: MANAGING CLERK<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | GOLDMAN, SACHS & CO.<br>TRANSFEROR: GOLDMAN SACHS INTERNATIONAL<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY NJ 07302 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8513       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                              Vito Genna, Clerk of Court


                                              /s/Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                           |    Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)
                                                |
                                                |    (Jointly Administered)
                   Debtors.                     |
                                                |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                 GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR        SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                            ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                          NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58804 in the above referenced case and in the amount of
     $500,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL      RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                 ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                         ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8514      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                                 Vito Genna, Clerk of Court


                                                 /s/Lauren Rodriguez
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  GOLDMAN SACHS INTERNATIONAL<br>SETH GROSSHANDLER, ESQ.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | GOLDMAN SACHS INTERNATIONAL<br>ATTN: JOHN TRIBOLATI & CAROLINE CARR<br>PETERBOROUGH COURT<br>133 FLEET STREET<br>LONDON    EC4A 2BB<br>UNITED KINGDOM |

Please note that your claim # 58804 in the above referenced case and in the amount of
$500,000.00        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| GOLDMAN, SACHS & CO.<br>RICHARDS KIBBE & ORBE LLP<br>ATTN: MANAGING CLERK<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | GOLDMAN, SACHS & CO.<br>TRANSFEROR: GOLDMAN SACHS INTERNATIONAL<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY NJ 07302 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8514        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                            Vito Genna, Clerk of Court


                                           /s/Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL            GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR    SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                         ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                        NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58806 in the above referenced case and in the amount of
     $240,000.00        has been transferred (**unless previously expunged by court order**)

GOLDMAN, SACHS & CO.                        GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL      RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                 ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                         ONE WORLD FINANCIAL CENTER
                                             NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8515      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                            Vito Genna, Clerk of Court


                                            /s/Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |      (Jointly Administered)
                Debtors.        |
                                |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                    ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP       PETERBOROUGH COURT
     ONE LIBERTY PLAZA                          133 FLEET STREET
     NEW YORK NY 10006                          LONDON   EC4A 2BB
                                                UNITED KINGDOM

Please note that your claim # 58806 in the above referenced case and in the amount of
     $240,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                       GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE LLP                  TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     ATTN: MANAGING CLERK                       30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                 JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8515      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                       Vito Genna, Clerk of Court


                                       /s/Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS INTERNATIONAL             GOLDMAN SACHS INTERNATIONAL
      ATTN: JOHN TRIBOLATI & CAROLINE CARR     SETH GROSSHANDLER, ESQ.
      PETERBOROUGH COURT                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
      133 FLEET STREET                         ONE LIBERTY PLAZA
      LONDON    EC4A 2BB                       NEW YORK NY 10006
      UNITED KINGDOM

Please note that your claim # 58807 in the above referenced case and in the amount of
       $400,000.00        has been transferred **(unless previously expunged by court order)**

      GOLDMAN, SACHS & CO.                     GOLDMAN, SACHS & CO.
      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL   RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR             ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                     ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8516      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                  Vito Genna, Clerk of Court


                                  /s/Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS INTERNATIONAL
      SETH GROSSHANDLER, ESQ.
      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ONE LIBERTY PLAZA
      NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON   EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58807 in the above referenced case and in the amount of
      $400,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8516       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                               Vito Genna, Clerk of Court

                                               /s/Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
                 Debtors.                   |
                                            |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS INTERNATIONAL                 GOLDMAN SACHS INTERNATIONAL
      ATTN: JOHN TRIBOLATI & CAROLINE CARR         SETH GROSSHANDLER, ESQ.
      PETERBOROUGH COURT                           CLEARY GOTTLIEB STEEN & HAMILTON LLP
      133 FLEET STREET                             ONE LIBERTY PLAZA
      LONDON    EC4A 2BB                           NEW YORK NY 10006
      UNITED KINGDOM

Please note that your claim # 58808 in the above referenced case and in the amount of $1,300,000.00        has been transferred **(unless previously expunged by court order)**

      GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL        RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                   ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                           ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8517        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)

                                               |    (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ONE LIBERTY PLAZA                              133 FLEET STREET
     NEW YORK NY 10006                              LONDON    EC4A 2BB
                                                    UNITED KINGDOM

Please note that your claim # 58808 in the above referenced case and in the amount of
     $1,300,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE LLP                      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     ATTN: MANAGING CLERK                           30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                     JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8517        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                         Vito Genna, Clerk of Court


                                         /s/Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
                    Debtors.             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR           SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                             NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58809 in the above referenced case and in the amount of
    $2,197,745.00      has been transferred (**unless previously expunged by court order**)

GOLDMAN, SACHS & CO.                                GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL             RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                        ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                                ONE WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8518      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                            Vito Genna, Clerk of Court


                                            /s/Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)

                                               |    (Jointly Administered)

                         Debtors.              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                 GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                      ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP         PETERBOROUGH COURT
     ONE LIBERTY PLAZA                            133 FLEET STREET
     NEW YORK NY 10006                            LONDON   EC4A 2BB
                                                  UNITED KINGDOM

Please note that your claim # 58809 in the above referenced case and in the amount of
     $2,197,745.00      has been transferred (**unless previously expunged by court order**)

          GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
          RICHARDS KIBBE & ORBE LLP               TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
          ATTN: MANAGING CLERK                    30 HUDSON STREET, 36TH FLOOR
          ONE WORLD FINANCIAL CENTER              JERSEY CITY NJ 07302
          NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8518    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
                Debtors.            |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR        SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                            ONE LIBERTY PLAZA
     LONDON     EC4A 2BB                         NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58810 in the above referenced case and in the amount of
     $283,580.00       has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                            GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL         RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                    ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8519       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                                Vito Genna, Clerk of Court


                                                /s/Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS INTERNATIONAL          GOLDMAN SACHS INTERNATIONAL
      SETH GROSSHANDLER, ESQ.              ATTN: JOHN TRIBOLATI & CAROLINE CARR
      CLEARY GOTTLIEB STEEN & HAMILTON LLP PETERBOROUGH COURT
      ONE LIBERTY PLAZA                    133 FLEET STREET
      NEW YORK NY 10006                    LONDON    EC4A 2BB
                                           UNITED KINGDOM

Please note that your claim # 58810 in the above referenced case and in the amount of
     $283,580.00      has been transferred **(unless previously expunged by court order)**

      GOLDMAN, SACHS & CO.                 GOLDMAN, SACHS & CO.
      RICHARDS KIBBE & ORBE LLP            TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
      ATTN: MANAGING CLERK                 30 HUDSON STREET, 36TH FLOOR
      ONE WORLD FINANCIAL CENTER           JERSEY CITY NJ 07302
      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8519    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATTI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON   EC4A 2BB
UNITED KINGDOM

GOLDMAN SACHS INTERNATIONAL
SETH GROSSHANDLER, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK NY 10006

Please note that your claim # 58811 in the above referenced case and in the amount of
$1,000,000.00       has been transferred (**unless previously expunged by court order**)

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8520       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                                    Vito Genna, Clerk of Court

/s/Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)

                                                   | (Jointly Administered)
                    Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATTI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ONE LIBERTY PLAZA                              133 FLEET STREET
     NEW YORK NY 10006                              LONDON    EC4A 2BB
                                                    UNITED KINGDOM

Please note that your claim # 58811 in the above referenced case and in the amount of
     $1,000,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE LLP                      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     ATTN: MANAGING CLERK                           30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                     JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8520      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                            Vito Genna, Clerk of Court

                                            /s/Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                          GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR                 SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                                     ONE LIBERTY PLAZA
     LONDON      EC4A 2BB                                 NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58812 in the above referenced case and in the amount of
     $300,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                                      GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL                   RICHARDS KIBBE & ORBE LLP
30 HUDSON STREET, 36TH FLOOR                              ATTN: MANAGING CLERK
JERSEY CITY NJ 07302                                      ONE WORLD FINANCIAL CENTER
                                                         NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8521        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                              Vito Genna, Clerk of Court

                                             /s/Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.
     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ONE LIBERTY PLAZA
     NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58812 in the above referenced case and in the amount of
     $300,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8521        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                          Vito Genna, Clerk of Court


                                          /s/Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
              Debtors.                         |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL            GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR   SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                       ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                     NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58824 in the above referenced case and in the amount of
     $4,490,634.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                   GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL   RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR           ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                   ONE WORLD FINANCIAL CENTER
                                            NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8528      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                    Vito Genna, Clerk of Court


                                    /s/Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                      Debtors.                 |
                                               |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL               GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                   ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP      PETERBOROUGH COURT
     ONE LIBERTY PLAZA                         133 FLEET STREET
     NEW YORK NY 10006                         LONDON    EC4A 2BB
                                               UNITED KINGDOM

Please note that your claim # 58824 in the above referenced case and in the amount of
     $4,490,634.00       has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                      GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE LLP                 TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     ATTN: MANAGING CLERK                      30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8528      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                               Vito Genna, Clerk of Court


                                               /s/Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                    |        Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   |        08-13555 (JMP)
                                                         |
                                                         |        (Jointly Administered)
                          Debtors.                       |
                                                         |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                         GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR                SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                                    ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                                   NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58850 in the above referenced case and in the amount of
       $500,000.00        has been transferred (**unless previously expunged by court order**)

     GOLDMAN, SACHS & CO.                                GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL             RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                        ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                                ONE WORLD FINANCIAL CENTER
                                                         NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8529      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010                              Vito Genna, Clerk of Court


                                              /s/Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS INTERNATIONAL
    SETH GROSSHANDLER, ESQ.
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    ONE LIBERTY PLAZA
    NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON     EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58850 in the above referenced case and in the amount of
    $500,000.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8529        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2010              Vito Genna, Clerk of Court

                        /s/Lauren Rodriguez
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2010.

**EXHIBIT B**

TIME: 16:40:09
DATE: 04/27/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON   EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATTI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON   EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | PETERBOROUGH COURT 133 FLEET STREET LONDON   EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |

Total Number of Records Printed          12

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153