Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                               (**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London | Metropolitan Life Insurance Company |

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch              Court Claim # (if known): 26962
60 Wall Street                               Amount of Claim: $40,330,307.00
3rd Floor                               Date Claim Filed: September 22, 2009 and
New York, NY 10005                           amended March 30, 2010
Attention: Matthew Weinstein                 Phone:  N/A
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A             Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____              Date: 26 Apr 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Metropolitan Life Insurance Company

Metropolitan Life Insurance Company, a life insurance company organized pursuant to the laws of the State of New York, having offices located at 10 Park Avenue, Morristown, New Jersey 07962 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as March 31, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London, with offices located at 1 Great Winchester Street London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Assignor against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $40,330,307.00, docketed as Claim No. 26962 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2 day of April, 2010.

**Metropolitan Life Insurance Company**

WITNESS:

_Todd Lurie_

(Signature)

Name: _Todd Lurie_
Title: _Assistant General Counsel_
(Print name and title of witness)

By: _Jason P. Manske_

(Signature of authorized corporate officer)

Name: _JASON P. Manske_
Title: _Managing Director_
Tel.: _(973) 355-4778_

**Deutsche Bank AG, London**

WITNESS:

_(signature)_

(Signature)

Name: _PHILIP KOELER_
Title: _Vice President_
(Print name and title of witness)

By: _(signature)_

(Signature of authorized corporate officer)

Gavin Colquhoun
Title:
Managing Director

Anil Das
Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,
                                                    Case No. 08-13555 (JMP)
                                                    (**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>                          <u>Name of Transferor</u>

Deutsche Bank AG, London                    Metropolitan Life Insurance Company

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 26964
60 Wall Street                              Amount of Claim: $40,330,307.00
3rd Floor                              Date Claim Filed: September 22, 2009 and
New York, NY 10005                          amended March 30, 2010
Attention: Matthew Weinstein                Phone:  N/A
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A            Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____            Date: 26 Apr 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Metropolitan Life Insurance Company

Metropolitan Life Insurance Company, a life insurance company organized pursuant to the laws of the State of New York, having offices located at 10 Park Avenue, Morristown, New Jersey 07962 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as March 31, 2010, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London, with offices located at 1 Great Winchester Street London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $40,330,307.00, docketed as Claim No. 26964 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2ⁿᵈ day of April, 2010.

**Metropolitan Life Insurance Company**

WITNESS:

Todd Suri

(Signature)

Name: Todd Lurie
Title: Assistant General Counsel
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: JASON P. Manske
Title: Managing Director
Tel.: (973) 355-4778

**Deutsche Bank AG, London**

WITNESS:

_____

(Signature)

Name: Philippe Reeves
Title: Vice President
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Anil Das
Title: Gavin Colquhoun    Director
Tel: Managing Director