UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS, INC.                          :   Case No. 08-13555 (JMP)
                                                        :
            Debtor.                                     :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 30, 2010, true Copies of the LIMITED RESPONSE OF INTERWIND CORP. f/k/a SKYPOWER CORP. TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS) were served upon:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Shai Waisman | The Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera |
| Milbank Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York New York 10005<br>Attn: Dennis F. Dunne | The Honorable James M. Peck<br>United Sates Bankruptcy Court<br>One Bowling Green<br>Courtroom 601<br>New York, New York 10004 |

by being placed in postage pre-paid envelopes and delivered via overnight mail.

Dated: April 30, 2010
       New York, New York

                                            Respectfully Submitted,

                                            DICKSTEIN SHAPIRO LLP

                                            By: /s/ Shaya M. Berger
                                                Shaya M. Berger
                                                1633 Broadway
                                                New York, New York  10019
                                                212-277-6746 (t)
                                                212-277-6501(f)
                                                bergers@docksteinshapiro.com

                                            Counsel for Interwind Corp.
                                               f/k/a SkyPower Corp.