|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date:  May 12, 2010 (10:00 a.m.)<br>Objections: May 5, 2010 (4:00 p.m.) |

------------------------------------------------------x
                                                                              :
In re                                                                    :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS, INC.,    :    Case No. 08-13555 (JMP)
*et al.*,                                                              :
                                                                              :    (Jointly Administered)
                                                                              :
                                            Debtors.             :
                                                                              :
------------------------------------------------------x

**NOTICE OF NON-OBJECTION BY THE UNITED STATES TRUSTEE RE:
MOTION OF CERTAIN DEBTORS' FOR AUTHORIZATION TO ENGAGE
STONE & YOUNGBERG AS INVESTMENT ADVISOR**

TO:    THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE:

Diana G. Adams, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. §§ 586(a)(3) and (5), hereby files her notice of non-objection in the chapter 11 cases of Lehman Brothers Holdings, Inc. and related debtors in possession (the "Debtors"), as follows:

Under current Court consideration is the "Motion of Certain Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to Engage Stone & Youngberg as Investment Advisor (the "Motion," Docket No. 8552).

The United States Trustee has reviewed the Motion, and consulted with the representatives of the moving Debtors with respect thereto.  Based on that review and consultation, and on her monitoring of the Debtors' bankruptcy cases, the United States Trustee has no objection to the Motion.

**WHEREFORE**, in light of the foregoing, the United States Trustee respectfully requests that the Court grant such relief as the Court may deem appropriate and just.

Dated:    New York, New York                Respectfully submitted,
         April 30, 2010                      DIANA G. ADAMS
                                             UNITED STATES TRUSTEE

                                    **By:**   **/s/ *Andrew D. Velez-Rivera***
                                             Trial Attorney
                                             33 Whitehall Street, 21st Floor
                                             New York, New York 10004
                                             Tel. No. (212) 510-0500
                                             Fax No. (212) 668-2255