STEPHANIE GOLDSTEIN
**FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Stephanie.goldstein@friedfrank.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re: : Case No. 08-13555 (JMP)
:
LEHMAN BROTHERS HOLDINGS INC., et al., : (Jointly Administered)
:
Debtor. :
:
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Hannah Lee certifies as follows:

On April 28, 2010, I caused a copy of the Notice of Withdrawal of Limited Objection of HWA 555 Owners, LLC to Proposed Cure Amounts and Assumption and Assignment of Lease ("Withdrawal") to be filed in the above captioned proceeding via the Court's ECF Filing System, caused a copy of the Stipulation to be served by hand delivery to the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York, 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, and Tracy Hope Davis), and caused a courtesy copy to be hand delivered to the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601.

I further certify that on April 28, 2010, I caused copies of the Withdrawal to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this

Court's ECF filing system.

On April 30, 2010, I caused copies of the Withdrawal to be served via facsimile to:

(i) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Christopher K. Kiplok, Esq., and Jeffrey S. Margolin, Esq.; (ii) Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo ("SIPC"); (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., and (v) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Lindsee P. Granfield, Esq., and Luke A. Barefoot, Esq.

Date:   April 30, 2010
        New York, New York

                                                        __/s/ Hannah Lee_____
                                                        Hannah Lee