LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.

TERRENCE J. McCABE***
MARC S. WEISBERG**
EDWARD D. CONWAY ··
MARGARET GAIRO ··
LISA L. WALLACE+†
DEBORAH K. CURRAN±*
LAURA H.G. O'SULLIVAN±*
GAYL C. SPIVAK*=
FRANK DUBIN ··
ANDREW L. MARKOWITZ ··
HEIDI R. SPIVAK*
SCOTT TAGGART*
MARISA COHEN*
KATHERINE SANTANGINI^^
JASON BROOKS †
STEPHANIE H. HURLEY··
DIANN GREEN<
MATTHEW CONNOR*
FAITH MIROS '<'
THOMAS K. TESSMER <
ERYN BREDY ··
AARON NEAL ··
KEVIN MCQUAIL '*'

SUITE 499
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
FAX (914)-636-8901
Also servicing Connecticut

SUITE 2080
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX (215) 790-1274

SUITE 303
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 100
8101 SANDY SPRING ROAD
LAUREL, MD 20707
(301) 490-1196
FAX (301) 490-1568
Also servicing The District of Columbia
and Virginia

'** Licensed in PA
* Licensed in PA & NJ
** Licensed in PA & NY
^ Licensed in NY
^^ Licensed in NJ
= Licensed in PA & WA
*** Licensed in PA, NJ & NY
† Licensed in NY & CT
± Licensed in MD & DC
·· Licensed in MD
· Managing Attorney for NY
± Managing Attorney for MD
= Managing Attorney for NJ
< Licensed in VA
'<' Licensed in CT & NJ

April 30, 2010

The Chambers of the Hon. James Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

   Re: In re: Lehman Brothers Holding Inc.
      Case no. 08-13555

Dear Judge Peck:

  I represent BAC home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP as Servicing Agent for Lehman Brothers Holding Inc. And the United States of America Department of Housing and Urban development in this bankruptcy proceeding. Our Motion for Relief from Stay, filed on April 13, 2010, is scheduled to be heard on **May 12, 2010 at 10:00 am.** I respectfully request to withdraw the aforementioned Motion.

  I apologize for any inconvenience my request may cause.

          Sincerely,
          *s/Lisa L. Wallace*
          Lisa L. Wallace

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*