Hearing Date: May 6, 2010 at 1:30 p.m.

Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                        :
In re:                                  :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
------------------------------------------------------------ x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN DEBTORS' OBJECTION TO SWEDBANK'S MOTION PURSUANT TO FED. R. BANKR. P. 8005 FOR STAY PENDING APPEAL OF THE ORDER GRANTING THE DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE ENFORCING THE AUTOMATIC STAY AGAINST AND COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB**

The Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors and debtors in possession (collectively, the "Debtors") hereby joins (the "Joinder") in the Debtors' objection, filed on April 30, 2010 (the "Objection") [Docket No. 8740], to the motion (the "Motion") [Docket No. 8564] of Swedbank AB ("Swedbank") pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure for a stay pending the appeal of the Court's April 14, 2010 order granting the Debtors' motion pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code") enforcing the automatic stay

against and compelling payment of post-petition funds by Swedbank, and in support thereof, respectfully states as follows:

## JOINDER

1. The Committee joins in the Objection for all of the reasons set forth therein.

WHEREFORE, the Committee respectfully requests that the Court (i) deny the Motion, (ii) grant the relief requested in the Objection, and (iii) grant the Committee such other relief as is just.

Dated: New York, New York
       April 30, 2010

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By:  /s/ Dennis F. Dunne
     Dennis F. Dunne
     Evan R. Fleck
     Dennis C. O'Donnell
     1 Chase Manhattan Plaza
     New York, New York 10005
     Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.