**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                  :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        08-13555 (JMP)
                                                        :
           Debtors.                                     :        (Jointly Administered)
                                                        :
                                                        :        Ref. Docket No. 8726
---------------------------------------------------------------x
In re:                                                  :
                                                        :        Case No.
                                                        :
LEHMAN BROTHERS INC.                                    :        08-01420 (JMP) (SIPA)
                                                        :
           Debtor.                                      :
                                                        :
---------------------------------------------------------------x        Ref. Docket No. 3216

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2010, I caused to be served the "Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Stipulation and Agreed Order with Respect to Preservation of Certain Records Relating to the Investment Management Division," dated April 29, 2010 [Docket No. 8726 in Case No. 08-13555 and Docket No. 3216 in Case No. 08-01420], by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Konstantina Haidopoulos<br>Konstantina Haidopoulos

Sworn to before me this
30th day of April, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

Weil Gotshal & Manges LLP,
767 Fifth Avenue,
New York, New York 10153,
(Attn: Shai Y. Waisman, Esq.)

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
(Attn: Andy Velez-Rivera, Esq.)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Evan Fleck, Esq.)

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York, 10004
Attn: Jeffrey S. Margolin, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attn: Kenneth J. Caputo

PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Attn: Jeffrey W. Levitan