WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                        :

In re                                  :        Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                        :
                   Debtors.          :        (Jointly Administered)
                                        :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF COSCAN
CONSTRUCTION, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

       **PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Coscan Construction, LLC for relief from the automatic stay [Docket No. 7226] (the "Motion"), which was scheduled for May 12, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to July 14, 2010 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: May 3, 2010
       New York, New York

                                          /s/ Shai Y. Waisman
                                          Shai Y. Waisman
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession