RESTRUCTURED ASSET SECURITIES WITH ENHANCED RETURNS
SERIES 2007-A AND 2007-7-MM



- Loans in the amount of 105% of the variable funding rate are participated; per the Participation Agreement the Trust directs LCPI to make payments to LBSF as the payment due under the Swap.
- Loans are pledged to the Racers 2007-A Trust under the terms of a Security Agreement