UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
          Debtors.                                          :    (Jointly Administered)
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 8671-8673

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
30th day of April, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
         Debtors.                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: LONGACRE MASTER FUND, LTD.
            TRANSFEROR: WCG MASTER FUND, LTD
            810 SEVENTH AVENUE
            33RD FLOOR
            NEW YORK NY 10019

Please note that your claim # 4675 in the above referenced case and in the amount of
        $14,249,288.00        has been transferred **(unless previously expunged by court order)**

            BLUE ANGEL CLAIMS LLC
            TRANSFEROR: LONGACRE MASTER FUND, LTD.
            C/O M.H. DAVIDSON & CO.
            ATTN: JENNIFER DONOVAN
            65 EAST 55TH STREET, 19TH FLOOR
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8671   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  LONGACRE MASTER FUND, LTD.
           TRANSFEROR: WCG MASTER FUND, LTD
           810 SEVENTH AVENUE
           33RD FLOOR
           NEW YORK NY 10019

Please note that your claim # 4676 in the above referenced case and in the amount of
        $25,735,714.70      has been transferred **(unless previously expunged by court order)**

      BLUE ANGEL CLAIMS LLC
      TRANSFEROR: LONGACRE MASTER FUND, LTD.
      C/O M.H. DAVIDSON & CO.
      ATTN: JENNIFER DONOVAN
      65 EAST 55TH STREET, 19TH FLOOR
      NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8672      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2010                                  Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 29, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    LONGACRE OPPORTUNITY FUND, L.P.
           TRANSFEROR: BANIF- BANCO DE INVESTIMO, S.A.
           810 SEVENTH AVENUE
           33RD FLOOR
           NEW YORK NY 100193

Please note that your claim # 5585 in the above referenced case and in the amount of
        $3,318,289.01        has been transferred **(unless previously expunged by court order)**

           BLUE ANGEL CLAIMS LLC
           TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P.
           C/O M.H. DAVIDSON & CO.
           ATTN: JENNIFER DONOVAN
           65 EAST 55TH STREET, 19TH FLOOR
           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8673      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2010                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 29, 2010.

# EXHIBIT B

```
TIME: 19:43:41                                        LEHMAN BROTHERS HOLDING INC.
DATE: 04/29/10                                              CREDITOR LISTING                                                       PAGE:      1

Name                            Address
BLUE ANGEL CLAIMS LLC           TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O M.H. DAVIDSON & CO. ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BLUE ANGEL CLAIMS LLC           TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O M.H. DAVIDSON & CO. ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.    C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM
CONTRARIAN FUNDS LLC            TRANSFEROR: TAARP GROUP, LLP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830
GOLDMAN SACHS & CO.             30 HUDSON ST., 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.             MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CTR. NEW YORK NY 10281
GOLDMAN, SACHS & CO.            RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.            TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.            TRANSFEROR: FIR TREE VALUE MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS, & CO            MANAGING CLERK RICHERDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS, & CO            TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LONGACRE MASTER FUND, LTD.      TRANSFEROR: WCG MASTER FUND, LTD 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: BANIF- BANCO DE INVESTIMO, S.A. 810 SEVENTH AVENUE 33RD FLOOR NEW YORK NY 100193
SOROS FUND MANAGEMENT           TRANSFEROR: GOLDMAN, SACHS & CO. 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106
SOROS FUND MANAGEMENT LLC       TRANSFEROR: GOLDMAN SACHS & CO. 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106
SOROS FUND MANAGEMENT LLC       TRANSFEROR: GOLDMAN, SACHS & CO. 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106
TAARP GROUP, LLP                C/O WILLIAM BURNETT, ESQ FLASTER/GREENBERG PC 1600 JOHN F. KENNEDY BOULEVARD, SUITE 200 PHILADELPHIA PA 19103


Total Number of Records Printed         17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153