Edward A. Smith
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone no. (212) 307-5500

*Counsel for Delta Air Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.                  :    Case Nos. 08-13555 and 08-13885 (JMP)
and LEHMAN BROTHERS COMMODITY                   :
SERVICES INC.,                                  :    Jointly Administered
                                                :
                Debtor.                         :
                                                :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 4532 AND 4533**

PLEASE TAKE NOTICE that Delta Air Lines, Inc. ("Claimant") hereby withdraws: (i) Proof of Claim No. 4532 filed by Claimant against debtor Lehman Commodity Services Inc. in Case No. 08-13885 (JMP) on May 8, 2009; and (ii) Proof of Claim No. 4533 filed by Claimant against debtor Lehman Brothers Holdings, Inc. in Case No. 08-13555 (JMP) on May 8, 2009.

Nothing herein shall, nor shall be deemed to, have any effect on any proofs of claim or the rights and interests of Claimant therein, other than Claim Nos. 4532 and 4533, filed or asserted in these cases by Claimant against any debtors in the jointly administered cases of <u>In re Lehman Brothers Holdings, Inc.</u>, <u>et al</u>., Case No. 08-13555 (JMP), including without limitation, Proof of Claim No. 4813, filed by Claimant against Lehman Brothers Commercial Paper Inc. in Case No. 08-13900 (JMP) on May 28, 2009,

which remains in full force and effect and as to which Claimant reserves all rights and interests.

Dated:	New York, New York
	May 4, 2010

                                              Respectfully submitted

                                              VENABLE LLP

By:	*/s/ Edward A. Smith*
	Edward A. Smith
	Rockefeller Center
	1270 Avenue of the Americas, 25th Floor
	New York, New York 10020
	Telephone: (212) 307-5500

                                              *Counsel for Delta Air Lines, Inc.*

Edward A. Smith
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone no. (212) 307-5500

*Counsel for Delta Air Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC.                           :    Case Nos. 08-13555 and 08-13885 (JMP)
and LEHMAN BROTHERS COMMODITY                            :
SERVICES INC.,                                           :    Jointly Administered
                                                         :
         Debtor.                                         :
                                                         :
----------------------------------------------------------x

### CERTIFICATE OF SERVICE

On May 4, 2010 I certify that I caused a true and correct copy of the foregoing *Notice of Withdrawal of Proofs of Claim Nos. 4532 and 4533* to be served via Overnight Mail to the parties identified below:

<u>Attorneys for the Debtors</u>
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Lori R. Fife, Esq
        Shai Y. Waisman, Esq.

<u>Claims Agent</u>
Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

                                              */s/ Stephanie T. Anelli*
                                              Stephanie T. Anelli