Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

Attorneys for UBS Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
            :     **Chapter 11**
In re       :
            :     **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS, INC., et al.,**   :
            :     **(Jointly Administered)**
       Debtors.   :
            :
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF OBJECTION TO PROPOSED CURE AMOUNTS**

PLEASE TAKE NOTICE, that UBS Securities LLC, by and through its undersigned counsel, hereby withdraws the Objection of UBS Securities LLC to Proposed Cure Amounts with respect to Agreement CON00000002674 between UBS Securities LLC and Lincoln Capital Fixed Income Management Company, LLC [Docket No. 1072].

Dated: New York, New York
       May 4, 2010

                              **BINGHAM MCCUTCHEN LLP**

                              /s/ Joshua Dorchak
                              Joshua Dorchak
                              399 Park Avenue
                              New York, NY 10022
                              (212) 705-7000
                              joshua.dorchak@bingham.com

                              Attorneys for UBS Securities LLC

A/73369016.1