UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
BARCLAYS CAPITAL INC.,           )
                                 )
           Plaintiff,            )    Civil Action No.:_____
                                 )
     -against-                   )
                                 )    RULE 7.1 STATEMENT
PCCP MEZZANINE RECOVERY          )
PARTNERS II, L.P., LEHMAN        )
BROTHERS REAL ESTATE PARTNERS    )
II, L.P., LEHMAN BROTHERS REAL   )
ESTATE PARTNERS III, L.P., and   )
LEHMAN BROTHERS REAL ESTATE      )
FUND III, L.P.,                  )
                                 )
           Defendants.           )
                                 )
                                 )
------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P.

Pursuant to Fed. R. Civ. P. 7.1 and through its undersigned counsel, Lehman Brothers Real Estate Partners III, L.P., discloses the following:

Defendant Lehman Brothers Real Estate Partners III, L.P., has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
April 15, 2010

JONES DAY

By: _____
Robert C. Micheletto (RM-3258)
Jane Rue Wittstein (JR-3941)
Toni-Ann Citera (TC-8936)

222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendants PCCP Mezzanine Recovery Partners II, L.P., Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Fund III, L.P.*

## CERTIFICATE OF SERVICE

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that on April 15, 2010, I caused a true and correct copy of RULE 7.1 DISCLOSURE STATEMENT OF LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P., to be served via First Class U.S. Mail, properly addressed to:

> Jonathan D. Schiller
> Christopher E. Duffy
> Bridget Brown
> Boise, Schiller & Flexner LLP
> 576 Lexington Avenue, 7th Floor
> New York, New York 10022
>
> *Attorneys for Plaintiff*

Dated: April 15, 2010
      New York, New York

                                            NIDHI YADAVA