JUDGE CHIN

**10 CIV 3216**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
BARCLAYS CAPITAL INC., )
)
Plaintiff, )   Civil Action No.: _____
)
-against- )
)
PCCP MEZZANINE RECOVERY )   RULE 7.1 STATEMENT
PARTNERS II, L.P., LEHMAN )
BROTHERS REAL ESTATE PARTNERS )
II, L.P., LEHMAN BROTHERS REAL )
ESTATE PARTNERS III, L.P., and )
LEHMAN BROTHERS REAL ESTATE )
FUND III, L.P., )
)
Defendants. )
)
)
------------------------------------------------------- x

RECEIVED APR 15 2010 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT OF LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P.

Pursuant to Fed. R. Civ. P. 7.1 and through its undersigned counsel, Lehman Brothers Real Estate Partners II, L.P., discloses the following:

Defendant Lehman Brothers Real Estate Partners II, L.P., has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

NYI-4268095v1

- 2 -

Dated: New York, New York  
April 15, 2010

JONES DAY

By: /s/ Robert C. Micheletto  
Robert C. Micheletto (RM-3258)  
Jane Rue Wittstein (JR-3941)  
Toni-Ann Citera (TC-8936)

222 East 41st Street  
New York, NY 10017  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306

*Attorneys for Defendants PCCP Mezzanine Recovery Partners II, L.P., Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Fund III, L.P.*

## CERTIFICATE OF SERVICE

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that on April 15, 2010, I caused a true and correct copy of RULE 7.1 DISCLOSURE STATEMENT OF LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P., to be served via First Class U.S. Mail, properly addressed to:

> Jonathan D. Schiller
> Christopher E. Duffy
> Bridget Brown
> Boise, Schiller & Flexner LLP
> 576 Lexington Avenue, 7th Floor
> New York, New York 10022
>
> *Attorneys for Plaintiff*

Dated: April 15, 2010
    New York, New York

_____
NIDHI YADAVA