JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BARCLAYS CAPITAL INC.,

        Plaintiff,

-against-

PCCP MEZZANINE RECOVERY
PARTNERS II, L.P., LEHMAN
BROTHERS REAL ESTATE PARTNERS
II, L.P., LEHMAN BROTHERS REAL
ESTATE PARTNERS III, L.P., and
LEHMAN BROTHERS REAL ESTATE
FUND III, L.P.,

        Defendants.

---------------------------------------------------------- x

**10 CIV 3216**

Civil Action No.:_____

**RULE 7.1 STATEMENT**

RECEIVED APR 15 2010 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT OF PCCP MEZZANINE RECOVERY PARTNERS II, L.P.

Pursuant to Fed. R. Civ. P. 7.1 and through its undersigned counsel, PCCP Mezzanine Recovery Partners II, L.P., discloses the following:

Defendant PCCP Mezzanine Recovery Partners II, L.P., has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

NYI-4268523v1

Dated: New York, New York
April 15, 2010

JONES DAY

By: _____
Robert C. Micheletto (RM-3258)
Jane Rue Wittstein (JR-3941)
Toni-Ann Citera (TC-8936)

222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendants PCCP Mezzanine Recovery Partners II, L.P., Lehman Brothers Real Estate Partners II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Fund III, L.P.*

- 2 -

## CERTIFICATE OF SERVICE

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that on April 15, 2010, I caused a true and correct copy of RULE 7.1 DISCLOSURE STATEMENT OF PCCP MEZZANINE RECOVERY PARTNERS II, L.P., to be served via First Class U.S. Mail, properly addressed to:

> Jonathan D. Schiller
> Christopher E. Duffy
> Bridget Brown
> Boise, Schiller & Flexner LLP
> 576 Lexington Avenue, 7th Floor
> New York, New York 10022

*Attorneys for Plaintiff*

Dated: April 15, 2010
New York, New York

NIDHI YADAVA