UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARCLAYS CAPITAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>PCCP MEZZANINE RECOVERY PARTNERS II, L.P., LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P., LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P., and LEHMAN BROTHERS REAL ESTATE FUND III, L.P.,<br><br>Defendants. | 10-CV-3216 (DC)<br><br>**Electronically filed** |

## NOTICE OF APPEARANCE OF CHRISTOPHER E. DUFFY

PLEASE TAKE NOTICE that I hereby appear as counsel in this case for plaintiff Barclays Capital Inc.

I certify that I am admitted to practice in this court.

Dated: April 20, 2010
       New York, New York

Respectfully submitted,

/s/
Christopher E. Duffy
CDuffy@BSFLLP.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: 212-446-2300
Fax: 212-446-2350

*Attorneys for Plaintiff Barclays Capital Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF CHRISTOPHER E. DUFFY to be served via ECF and hand delivery on April 20, 2010 to Defendants through their counsel:

> Robert C. Micheletto
> JONES DAY
> 222 East 41st Street
> New York, New York 10017

/s/
Christopher E. Duffy