UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

| | | |
|---|---|---|
| **BARCLAYS CAPITAL INC.,** | ) | **Case No. 10 CV 3216-DC (ECF)** |
| | ) | |
| **Plaintiff,** | ) | **SUPPLEMENTAL LOCAL RULE 1.6** |
| | ) | **STATEMENT** |
| -against- | ) | |
| | ) | |
| **PCCP MEZZANINE RECOVERY** | ) | |
| **PARTNERS II, L.P., LEHMAN** | ) | |
| **BROTHERS REAL ESTATE PARTNERS** | ) | |
| **II, L.P., LEHMAN BROTHERS REAL** | ) | |
| **ESTATE PARTNERS III, L.P., and** | ) | |
| **LEHMAN BROTHERS REAL ESTATE** | ) | |
| **FUND III, L.P.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

-------------------------------------------------- x

In accordance with Rule 1.6 of the Local Civil Rules, the undersigned counsel for

Defendants PCCP Mezzanine Recovery Partners II, L.P., Lehman Brothers Real Estate Partners

II, L.P., Lehman Brothers Real Estate Partners III, L.P., and Lehman Brothers Real Estate Fund

III, L.P. ("defendants"), hereby submit this Supplemental Statement of Related Cases:

　　　　　　　　1.　　　　On April 15, 2010, the above-captioned action was removed to this Court

from state court and assigned to Judge Chin.  In the initial Statement of Related Cases filed

pursuant to Local Rule 1.6 and in the Notice of Removal Under 28 U.S.C. § 1452(a) (the

"Removal Notice"), defendants advised the Court that the above-captioned action is related to *In*

*re Lehman Brothers Holdings Inc*., Case No. 08-13555 (JMP), pending in the United States

Bankruptcy Court for the Southern District of New York (the "Lehman Bankruptcy").  *See*

Removal Notice at 1-2.  As such, pursuant to Section 157(a) of the Bankruptcy Amendments and

Federal Judgeship Act of 1984, and the Standing Order of Referral dated July 11, 1984, this action should be referred to the Bankruptcy Court as a proceeding arising under title 11 or arising in or related to a case under title 11.  See M-10-468 Order Dated July 11, 1984, signed by Judge Robert J. Ward on 7/10/1984.

2.      In the event the above-captioned action has not yet been referred to the United States Bankruptcy Court for the Southern District of New York, we respectfully bring the Court's attention to another action brought by Barclays Capital Inc. containing nearly identical allegations and also related to the Lehman Bankruptcy, which was also removed to the Southern District of New York from state court on April 15, 2010 (*Barclays Capital Inc. v. Trilantic Capital Partners III L.P. and Trilantic Capital Partners IV L.P.*, Civil Action No. 10-CV-3221 (NRB) (the "Barclays/Trilantic Action")).  The Barclays/Trilantic Action bears a higher docket number and was assigned to Judge Buchwald.  We have filed a similar Supplemental Statement of Related Cases in the Barclays/Trilantic Action in the event that case has not already been referred to the Bankruptcy Court.

Dated: New York, New York
      April 20, 2010

JONES DAY

By: */s/ Robert C. Micheletto*
    Robert C. Micheletto (RM-3258)
    Jane Rue Wittstein (JR-3941)
    Toni-Ann Citera (TC-8936)

    222 East 41st Street
    New York, NY  10017
    Telephone:  (212) 326-3939
    Facsimile:  (212) 755-7306

*Attorneys for Defendants PCCP*
*Mezzanine Recovery Partners II, L.P.,*
*Lehman Brothers Real Estate Partners II,*
*L.P., Lehman Brothers Real Estate*
*Partners III, L.P., and Lehman Brothers*
*Real Estate Fund III, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that

on April 20, 2010, I caused a true and correct copy of this SUPPLEMENTAL LOCAL RULE

1.6 STATEMENT to be served via First Class U.S. Mail, properly addressed to:

> Jonathan D. Schiller
> Boies, Schiller & Flexner LLP
> 575 Lexington Avenue, 7th Floor
> New York, New York 10022
>
> *Attorneys for Plaintiff*

Dated: April 20, 2010
New York, New York

*/s/ Nidhi Yadava*
NIDHI YADAVA