USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BARCLAYS CAPITAL, INC.,

                Plaintiff,

    - against -

PCCP MEZZANINE RECOVERY PARTNERS II, L.P.,
et al.,

                Defendants.
----------------------------------------X

**O R D E R**

10 Civ. 3216 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Pursuant to 28 U.S.C. § 157(a) and the standing order of Acting Chief Judge Robert J. Ward dated July 11, 1984,

    **IT IS HEREBY ORDERED** that this action is transferred forthwith to the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, to be administered in conjunction with In re Lehman Brothers Holdings Inc., Case No. 08-13555(JMP).

    **SO ORDERED.**

Dated:    New York, New York
           May 4, 2010

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE