WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                            :
**In re**                                   :        **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                            :
                      **Debtors.**          :        **(Jointly Administered)**
                                            :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 6, 2010 AT 1:30 P.M.**

Location of Hearing:     United States Bankruptcy Court for the Southern District of New York,
                         Alexander Hamilton U.S. Custom House, before the Honorable, James
                         M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                         Green, New York, NY 10004-1408

**I.      CONTESTED MATTERS:**

        1.      Swedbank's Memorandum of Law for Stay Pending Appeal of the Order Granting
                the Debtors' Motion Enforcing the Automatic Stay Against and Compelling
                Payment of Post-Petition Funds by Swedbank AB **[Docket No. 8564]**

                Response Deadline:     April 30, 2010 at 5:00 p.m.

                Responses Received:

                        A.      Debtors' Objection **[Docket No. 8740]**

                Related Documents:

                        B.      Swedbank's Reply in Support of Motion for Stay Pending Appeal
                                **[Docket No. 8782]**

C.      Declaration of Johan Stenberg in Support of Swedbank's Motion for Stay Pending Appeal **[Docket No. 8567]**

D.      Supplemental Declaration of Johan Stenberg in Support of Swedbank's Motion for Stay Pending Appeal **[Docket No. 8783]**

E.      Joinder of Creditors' Committee to Debtors' Objection **[Docket No. 8746]**

F.      Order to Show Cause **[Docket No. 8590]**

G.      Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB **[Docket No. 6734]**

H.      Declaration of Adrian Teng in Support of Debtors' Motion **[Docket No. 6736]**

I.      Swedbank's Objection **[Docket No. 6976]**

J.      Declaration of Johan Stenberg in Support of Swedbank's Objection **[Docket No. 6978]**

K.      Debtors' Reply **[Docket No. 8196]**

L.      Proposed Order Granting Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB (submitted by letter dated April 21, 2010)

Status:  This matter is going forward.

Dated: May 5, 2010
       New York, New York

                       /s/ Richard P. Krasnow
                       Richard P. Krasnow

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone:  (212) 310-8000
                       Facsimile:   (212) 310-8007

                       Attorneys for Debtors
                       and Debtors in Possession