UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
                    Debtors.                    :   (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x

### ORDER GRANTING THE DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE FOR AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST AND COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB

Upon the motion, dated January 22, 2009 [Docket No. 6734] (the "Motion")[1], of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors"), pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code"), for an order enforcing the automatic stay and compelling the payment of funds deposited with Swedbank AB (publ) ("Swedbank") subsequent to the Commencement of LBHI's chapter 11 case as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered February 13,

---

[1] All capitalized terms not defined herein shall have the meanings ascribed thereto in the Motion.

2009 governing case management and administrative procedures [Docket No. 2837] (the "Case Management Order") to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Creditors' Committee (the "Creditors' Committee"); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and upon the objection of Swedbank to the Motion dated February 3, 2009 [Docket No. 6976] (the "Objection"); and upon the Debtors' Reply in Further Support of the Motion dated April 9, 2010 [Docket No. 8196]; and a hearing having been held on April 14, 2010 to consider the relief requested in the Motion (the "Hearing"); for the reasons stated in the record at the Hearing and as will be supplemented by a written opinion of the Court, including written findings of fact and conclusions of law, in the event that Swedbank seeks to appeal; it is

ORDERED that the Motion is granted; it is further

ORDERED, FOUND AND DETERMINED that Swedbank's administrative freeze on Swedbank Account No. 17608, was and is a violation of the automatic stay with respect to all funds deposited and/or wired into Swedbank Account No. 17608 on and after the Commencement Date and Swedbank is directed to immediately release said administrative freeze; and it is further

ORDERED that Swedbank shall, by close of business on the next business day (i.e., Monday through Friday on days in which banks in New York and Sweden are open) following entry of this Order, transfer to LBHI all amounts deposited and/or credited to the Swedbank Account after the Commencement Date, plus any additional post-petition deposits or transfers into the Swedbank Account No. 17608 and all accrued interest, if any, thereon in

accordance with the wire instructions that have been provided or will be provided by LBHI; and it is further

ORDERED that Swedbank shall not take any action to restrict or prevent LBHI from withdrawing any future post-petition deposits, credits or accrued interest in Swedbank Account No. 17608.

Dated: New York, New York
     May 5, 2010

                              *s/ James M. Peck*
                              UNITED STATES BANKRUPTCY JUDGE