**Christian Fichtl**

Osternacher Weg 10
D-83209 Prien
Germany
phone 0049-8051-62793
0049-171-5753547
christian.fichtl@gmx.de

The chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601
United States of America

Prien, 19th of April 2010

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

Debtors: LEHMAN BROTHERS HOLDINGS INC., et al.

Chapter 11 Case No. 08-13555 (JMP)

Claimant: CHRISTIAN FICHTL

Objection to Claims (amended and superseded claims – letters from WEIL, GOTSHAL & MANGES LLP in April 2010 regarding duplicate or amended Claims Nr. 41604, 61234 and/or 64075

Amount of Claim: $ 24,056.70

Basis for the amount of the Claim:   ISIN   XS0183944643 (Lehman Program Securities, my proof of Claim from 10/10/2009)

Dear Sirs,

referring to the three notices from April 2010 mentioned above I **oppose** to disallow, expunge, reduce or reclassify my

**Claim Number 64075, listed 10/30/2009, Lehman Program Securities,
ISIN: XS0183944643**

Other listed Claims (61234 and 41604) are duplicate resp. amended Claims (Claim 41604 was amended because the blocking number had changed).

As result, surviving Claim is my Claim Number **64075**, see above.

Please take notice, that my name, listed at Claim Number 64075, is correct **FICHTL** and not FIGHTL. If you have any questions, please let me know. Thank You.
**I would ask you to confirm the receipt of my letter and that my above mentioned claim Number 64075 is filed correctly with the court.**

Yours sincerely,

*Christian Fichtl*
Christian Fichtl