WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                   :

**In re**                              :       **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                                   :

            **Debtors.**                :       **(Jointly Administered)**
                                   :
---------------------------------------------------------------------x

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON MAY 6, 2010 AT 1:30 P.M.</u>**

Location of Hearing:     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    <u>CONTESTED MATTERS</u>:

1.    Swedbank's Memorandum of Law for Stay Pending Appeal of the Order Granting the Debtors' Motion Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB **[Docket No. 8564]**

            <u>Response Deadline</u>:    April 30, 2010 at 5:00 p.m.

            <u>Responses Received</u>:

                  A.      Debtors' Objection **[Docket No. 8740]**

            <u>Related Documents</u>:

                  B.      Swedbank's Reply in Support of Motion for Stay Pending Appeal **[Docket No. 8782]**

C.    Declaration of Johan Stenberg in Support of Swedbank's Motion for Stay Pending Appeal **[Docket No. 8567]**

D.    Supplemental Declaration of Johan Stenberg in Support of Swedbank's Motion for Stay Pending Appeal **[Docket No. 8783]**

E.    Joinder of Creditors' Committee to Debtors' Objection **[Docket No. 8746]**

F.    Order to Show Cause **[Docket No. 8590]**

G.    Debtors' Motion for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB **[Docket No. 6734]**

H.    Declaration of Adrian Teng in Support of Debtors' Motion **[Docket No. 6736]**

I.    Swedbank's Objection **[Docket No. 6976]**

J.    Declaration of Johan Stenberg in Support of Swedbank's Objection **[Docket No. 6978]**

K.    Debtors' Reply **[Docket No. 8196]**

L.    Order Granting Debtors' Motion **[Docket No. 8800]**

Status:  This matter is going forward.


Dated: May 5, 2010
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession