**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

Original

MAY - 4 2010

U.S. BANKRUPTCY COURT, SDNY

## REPLY OF WILLIAM KUNTZ, III TO CLAIMS OBJECTION

Respondent, William Kuntz, III, who appears here *Pro Se* filed a reply to the Prior Claims

Objection of the Debtor. <docket 7364>   At the Time the Court entertained the Motion

Of the Debtor, Respondent and the Debtor entered into a Stipulation in Open Court

With regards to Respondent's Claims. While the Transcript is not yet available on line

the terms of the Stipulation are evidenced by Respondent's Handwritten Notations

upon a time-stamped <but undocketed> copy of a paper filed with regards to the

Creditor's Committee Ex 1 which were provided to Debtor's Counsel prior to the making of the

Stipulation. Recently, another objection came in the mail, as attached Ex 2. As the Court may

recall, Respondent was admonished for stating that he didn't care to be blindsided again by Weil,

Gotshal making Claims Objections, but this is just what might have happened despite

the Stipulation.

Respondent contacted Weil, Gotshal and as of this Morning nothing constructive has

resulted and accordingly, this Reply is submitted.

Respectfully,

*[signature]*

William Kuntz, III  India St PO Box 1801 Nantucket Island, Ma 02554-1801

508-775-5225  April 30, 2010 Hyannis, Ma

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SUBMIT

In re: : Chapter 11 Case No

LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (JMP)

Debtors. : (Jointly Administered)

### FURTHER OBSERVATIONS BY WILLIAM KUNTZ, III ON LATE CLAIMS

I see a 4 page Document <Docket 7544> filed by the Creditors Committee joining the Debtor's 54 page Objection <Docket 7499> as to Late Claims. As I have stated before, I think the Cure for all this foolish waste of time and effort is to reset the Bar Date. I have Stated that I am little concerned with the Dilution by late Claims. These Matters appear to represent 1/1600th of the Total Claims filed to date.

I submit the following for the Court's Consideration.



"The way I see it, justice delayed is that many more billable hours."

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA
508-775-9717

March 15, 2010
Hyannis, Ma 02554

$$\begin{array}{r} 3\,216\,884.60 \\ 3\,606\,372.87 \\ 4\,600\,704.73 \\ \hline 11\,5124\,220 \end{array}$$

Ex 1A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
: 
In re                                                  :   Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :   08-13555 (JMP)
                                                       :
                        Debtors.                       :   (Jointly Administered)
                                                       :
----------------------------------------------------------x

MAIL ID *** 0021701120 *** LBH OMNI6 04-01-2010 (MERGE2.TXNUM2) 4000057242

KUNTZ, WILLIAM III
PO BOX 1801
NANTUCKET ISLAND, MA  02554-4801

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| TO: KUNTZ, WILLIAM III | | Claim Number | Date Filed | Debtor | Claim Amount |
| PO BOX 1801 | Claim to be Disallowed and Expunged | 10509 | 9/2/2009 | 09-10558 | Priority - $3,699,417.29 |
| NANTUCKET ISLAND, MA  02554-4801 | | | | | |
| | Surviving Claim | 35121 | 9/15/2009 | 09-10558 | Priority - $3,216,884.60 |

PLEASE TAKE NOTICE that, on April 1, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 3, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.