UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :        08-13555 (JMP)
                                                       :
                              Debtors.                 :        (Jointly Administered)
                                                       :
---------------------------------------------------------------x        Ref. Docket Nos. 8316

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 15, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of May, 2010

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:　　BARCLAYS BANK PLC
　　　　　　　　TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD.
　　　　　　　　745 SEVENTH AVENUE
　　　　　　　　NEW YORK NY 10019


Additional:




Transferee:　　MOORE MACRO FUND LP
　　　　　　　　ATTN: LEGAL DEPARTMENT
　　　　　　　　1251 AVENUE OF THE AMERICAS, 53RD FLOOR
　　　　　　　　NEW YORK NY 10020


**Your transfer of claim # 63566 is defective for the reason(s) checked below:**

Previously Transferred




Docket Number 8316　　　　　　　　Date 04/14/10

/s/ Lindsay Danas
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 15, 2010.

# EXHIBIT B

```
TIME: 15:38:29                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/04/10                                 CREDITOR LISTING

Name                           Address
BARCLAYS BANK PLC              TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
MOORE MACRO FUND LP            ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020


Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153