UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                                :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                     :
                        Debtors.                     :    (Jointly Administered)
                                                     :
----------------------------------------------------------------x    Ref. Docket Nos. 7490, 7590-7592,
                                                          7724, 7738, 8057, 8060-8061, 8063-
                                                          8064, 8066, 8185-8194, 8199-8201,
                                                          8210, 8214-8217, 8227-8230, 8237,
                                                          8239-8240, 8269-8270, 8280 & 8281

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                                    */s/ Lauren Rodriguez*
4th day of May, 2010                                     Lauren Rodriguez

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7490, 7590-7592, 7724, 7738, 8057, 8060-8061, 8063-8064, 8066, 8185-8194, 8199-8201, 8210, 8214-8217, 8227-8230, 8237, 8239-8240, 8269-8270, 8280 & 8281_Aff_04-15-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ARIZONA PUBLIC SERVICE COMPANY
      ATTN: TIM BOLDEN, ESQ.
      400 NORTH FIFTH STREET
      MAIL STATION 9860
      PHOENIX AZ 85004
```

Please note that your claim # 33130 in the above referenced case and in the amount of
      $642,451.00         has been transferred **(unless previously expunged by court order)**

```
      LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY
      ATTN: VLADIMIR JELISAVCIC
      810 SEVENTH AVENUE, 33RD FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8187      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2010                            Vito Genna, Clerk of Court

                                            /s/ L.Danas
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
         Debtors.                   |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   ARIZONA PUBLIC SERVICE COMPANY
           ATTN: TIM BOLDEN, ESQ.
           400 NORTH FIFTH STREET
           MAIL STATION 9860
           PHOENIX AZ 85004
```

Please note that your claim # 33129 in the above referenced case and in the amount of
        $642,451.00        has been transferred **(unless previously expunged by court order)**

```
           LONGACRE OPPORTUNITY FUND, L.P.
           TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY
           ATTN: VLADIMIR JELISAVCIC
           810 SEVENTH AVENUE, 33RD FLOOR
           NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8190      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2010                        Vito Genna, Clerk of Court


                                        /s/ L.Danas
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   AGGREGATING TRUST 1,L.L.C
             C/O ROPES & GRAY LLP
             ATTN: JEFFERY R. KATZ
             ONE INTERNATIONAL PLACE
             BOSTON MA 02110

Please note that your claim # 30323-01 in the above referenced case and in the amount of
       $3,238,382.52        has been transferred **(unless previously expunged by court order)**

             JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 1,L.L.C
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8210    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2010                            Vito Genna, Clerk of Court

                                            /s/ L.Danas
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2010.

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
                  Debtors.                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ADM GALLEUS FUND LIMITEDC/O ASIA DEBT MGMT HONG KO
      ATTN:AMY CHAN
      C/O ASIA DEBT MANAGEMENT HONG KONG LTD
      1005-1008 ICBC TOWER,
      3 GDN ROAD, CENTRAL, HONG KONG
```

Please note that your claim # 9450 in the above referenced case and in the amount of
     $8,868,251.22        has been transferred **(unless previously expunged by court order)**

```
      UBS AG, LONDON BRANCH
      TRANSFEROR: ADM GALLEUS FUND LIMITED C/O ASIA DEBT MGMT HONG KO
      ATTN: SHARON CANHAM
      ONE FINSBURY AVENUE
      LONDON    EC2M 2PP
      ENGLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8229     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2010                          Vito Genna, Clerk of Court

                                          /s/ L.Danas
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ARLINGTON PARTNERS LP
          ATTN: MARK B. WILLSON
          ARLINGTON PARTNERS, L.P.
          C/O THE PARK COMPANIES
          124 ONE MADISON PLAZA, SUITE 1500
          MADISON MI 39110

Please note that your claim # 12581-01 in the above referenced case and in the amount of
        $505,000.00      has been transferred **(unless previously expunged by court order)**

          HAIN CAPITAL HOLDINGS LTD
          TRANSFEROR: ARLINGTON PARTNERS LP
          ATTN: GANNA LIBERCHUK
          301 ROUTE 17, 7TH FLOOR
          RUTHERFORD NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8280    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2010                              Vito Genna, Clerk of Court

                                                   /s/ L.Danas
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 15, 2010.

# EXHIBIT B

```
TIME: 15:34:04                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 04/15/10                                CREDITOR LISTING

Name                                    Address
ADM GALLEUS FUND LIMITED C/O ASIA DEBT MGMT HONG KONG AMY CHAN C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1005-1008 ICBC TOWER, 3 GDN ROAD, CENTRAL, HONG KONG CHINA
AGGREGATING TRUST 1 L.L.C               C/O ROPES & GRAY LLP ATTN: JEFFERY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
ARIZONA PUBLIC SERVICE COMPANY          ATTN: TIM BOLDEN, ESQ. 400 NORTH FIFTH STREET MAIL STATION 9860 PHOENIX AZ 85004
HAIN CAPITAL HOLDINGS LTD               TRANSFEROR: ARLINGTON PARTNERS LP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:34:04                       LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 04/15/10                              CREDITOR LISTING

Name                                 Address

JPMORGAN CHASE BANK NA               TRANSFEROR: AGGREGATING TRUST 1, L.L.C ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005

LONGACRE OPPORTUNITY FUND, L.P.      TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.      TRANSFEROR: ARIZONA PUBLIC SERVICE COMPANY ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019

UBS AG, LONDON BRANCH                TRANSFEROR: ADM GALLEUS FUND LIMITED C/O ASIA DEBT MGMT HONG KO ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP ENGLAND


Total Number of Records Printed     107
                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153