UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                            Debtors.               :        (Jointly Administered)
                                                   :
----------------------------------------------------------------x        **Ref. Docket Nos. 6567, 6609, 7064,**
                                                            **7066-7067, 7757-7759, 7761, 7763, 7806,**
                                                            **7852, 7854-7856, 7909, 7917-7919, 7928-**
                                                            **7929, 7931, 7933-7934, 7971, 8070-8071,**
                                                            **8359, 8361, 8365, 8373-8374, 8376,**
                                                            **8462-8463, 8667, 8691-8696, 8700, 8702,**
                                                            **8706-8709, 8713, 8715-8725, 8728, 8730-**
                                                            **8731, 8733, 8739, 8756, 8762 & 8763**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 4, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of May, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 6567, 6609, 7064...8756, 8762 & 8763_Aff 05-04-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |
_____   |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                                    CREDIT SUISSE
     ATTN: ALLEN GAGE                                 CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                    ATTN: RICHARD LEVIN
     NEW YORK NY 10010                                WORLDWIDE PLAZA
                                                      825 EIGHTH AVENUE
                                                      NEW YORK NY 10019

Please note that your claim # 55829-01 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

     CREDIT SUISSE SECURITIES (USA) LLC
     TRANSFEROR: CREDIT SUISSE
     ATTN: TERRI LABARBERA
     ELEVEN MADISON AVENUE
     NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6567       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CREDIT SUISSE
      CRAVATH, SWAINE & MOORE LLP
      ATTN: RICHARD LEVIN
      WORLDWIDE PLAZA
      825 EIGHTH AVENUE
      NEW YORK NY 10019

CREDIT SUISSE
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

Please note that your claim # 55829-01 in the above referenced case and in the amount of
$1.00      has been transferred **(unless previously expunged by court order)**

CREDIT SUISSE SECURITIES (USA) LLC
TRANSFEROR: CREDIT SUISSE
ATTN: TERRI LABARBERA
ELEVEN MADISON AVENUE
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6567      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |    Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                  |
                                  |    (Jointly Administered)
                  Debtors.        |
                                  |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  CREDIT SUISSE SECURITIES (USA) LLC
            TRANSFEROR: CREDIT SUISSE
            ATTN: TERRI LABARBERA
            ELEVEN MADISON AVENUE
            NEW YORK NY 10010

Please note that your claim # 55829-02 in the above referenced case and in the amount of
         $1.00        has been transferred **(unless previously expunged by court order)**

       MOUNT KELLETT MASTER FUND II, L.P.
       TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
       623 FIFTH AVENUE, 18TH FLOOR
       NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6609         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
              Debtors.                  |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE SECURITIES (USA) LLC
     TRANSFEROR: CREDIT SUISSE
     ATTN: TERRI LABARBERA
     ELEVEN MADISON AVENUE
     NEW YORK NY 10010

Please note that your claim # 55829-04 in the above referenced case and in the amount of
     $1.00        has been transferred **(unless previously expunged by court order)**

SERENGETI RAPAX MM L.P.
TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
C/O SERENGETI ASSET MANAGEMENT LP
632 BROADWAY, 12TH FLOOR
NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7064        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREDIT SUISSE SECURITIES (USA) LLC
              TRANSFEROR: CREDIT SUISSE
              ATTN: TERRI LABARBERA
              ELEVEN MADISON AVENUE
              NEW YORK NY 10010

Please note that your claim # 55829-05 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

        SERENGETI OVERSEAS LTD.
        TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
        C/O SERENGETI ASSET MANAGEMENT LP
        632 BROADWAY, 12TH FLOOR
        NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7066      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CREDIT SUISSE SECURITIES (USA) LLC
         TRANSFEROR: CREDIT SUISSE
         ATTN: TERRI LABARBERA
         ELEVEN MADISON AVENUE
         NEW YORK NY 10010

Please note that your claim # 55829-06 in the above referenced case and in the amount of
         $1.00        has been transferred **(unless previously expunged by court order)**

    SERENGETI PARTNERS LP
    TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC
    c/o Serengeti Asset Management LP
    Attn: S Choudhury, 632 Broadway, 12th Fl
    New York NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7067        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                Debtors.                |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SUMMIT PETROLEUM LIMITED
         F/K/A ORANJE-NASSAU (U.K.) LIMITED
         C/O LISA BECKERMAN
         AKIN GUMP STRAUSS HAUER & FELD LLP
         ONE BRYANT PARK
         NEW YORK NY 10036

Please note that your claim # 14019 in the above referenced case and in the amount of $5,616,462.50        has been transferred **(unless previously expunged by court order)**

         C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
         TRANSFEROR: SUMMIT PETROLEUM LIMITED
         C/O CARLVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7757        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
                        Debtors.    |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SUMMIT PETROLEUM LIMITED
          F/K/A ORANJE-NASSAU (U.K.) LIMITED
          C/O LISA BECKERMAN
          AKIN GUMP STRAUSS HAUER & FELD LLP
          ONE BRYANT PARK
          NEW YORK NY 10036

Please note that your claim # 14018 in the above referenced case and in the amount of
        $5,616,462.50        has been transferred **(unless previously expunged by court order)**

          C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
          TRANSFEROR: SUMMIT PETROLEUM LIMITED
          C/O CARVAL INVESTORS UK LIMITED
          KNOWLE HILL PARK, FARIMILE LANE
          COBHAM, SURREY    KT11 2PD
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7758    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
            Debtors.                 |
                                     |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ORANJE-NASSAU ENERGIE BV
         C/O LISA BECKERMAN
         AKIN GUMP STRAUSS HAUER & FELD LLP
         ONE BRYANT PARK
         NEW YORK NY 10036

Please note that your claim # 11423 in the above referenced case and in the amount of
        $3,520,834.50        has been transferred **(unless previously expunged by court order)**

         C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
         TRANSFEROR: ORANJE-NASSAU ENERGIE BV
         C/O CARVAL INVESTORS UK LIMITED
         KNOWLE HILL PARK, FARIMILE LANE
         COBHAM, SURREY    KT11 2PD
         UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7759      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

————————————————————————————————

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (JMP)
                                                               |
                                                               | (Jointly Administered)
                        Debtors.                               |

————————————————————————————————

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KIYO BANK, LTD, THE                    KIYO BANK, LTD, THE
     STEHPEN T. LODEN                       TREASURY & SECURITIES DIVISION
     DIAMOND MCCARTHY LLP                   1-35 HONMACHI
     909 FANNIN                             WAKAYAMA   640-8656
     SUITE 1500                             JAPAN
     HOUSTON TX 77010

Please note that your claim # 59325-01 in the above referenced case and in the amount of
    $14,395,042.05       has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
RICHARDS KIBBE & ORBE LLP                TRANSFEROR: KIYO BANK, LTD, THE
ATTN: MANAGING CLERK                     C/O GOLDMAN, SACHS & CO.
ONE WORLD FINANCIAL CENTER               30 HUDSON STREET, 36TH FLOOR
NEW YORK NY 10281                        JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7761    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         ————————————————————————
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KIYO BANK, LTD, THE                          KIYO BANK, LTD, THE
     TREASURY & SECURITIES DIVISION               STEHPEN T. LODEN
     1-35 HONMACHI                                DIAMOND MCCARTHY LLP
     WAKAYAMA    640-8656                          909 FANNIN
     JAPAN                                         SUITE 1500
                                                   HOUSTON TX 77010

Please note that your claim # 59325-01 in the above referenced case and in the amount of
     $14,395,042.05        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS INTERNATIONAL                        GOLDMAN SACHS INTERNATIONAL
TRANSFEROR: KIYO BANK, LTD, THE                    RICHARDS KIBBE & ORBE LLP
C/O GOLDMAN, SACHS & CO.                           ATTN: MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                       ONE WORLD FINANCIAL CENTER
JERSEY CITY NJ 07302                               NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7761        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KIYO BANK, LTD.                        KIYO BANK, LTD.
     C/O STEPHEN T. LODEN                   DIAMOND MCCARTHY LLP
     DIAMOND MCCARTHY LLP                   ATTN: ALLAN B DIAMOND, STEPHEN T LODEN
     909 FANNIN, SUITE 1500                 TWO HOUSTON CENTER
     HOUSTON TX 77010                       909 FANNIN, SUITE 1500
                                            HOUSTON TX 77010

Please note that your claim # 1932-01 in the above referenced case and in the amount of
           $1.00       has been transferred **(unless previously expunged by court order)**

           GOLDMAN SACHS INTERNATIONAL
           TRANSFEROR: KIYO BANK, LTD.
           C/O GOLDMAN, SACHS & CO.
           30 HUDSON STREET, 36TH FLOOR
           JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7761      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KIYO BANK, LTD.
     DIAMOND MCCARTHY LLP
     ATTN: ALLAN B DIAMOND, STEPHEN T LODEN
     TWO HOUSTON CENTER
     909 FANNIN, SUITE 1500
     HOUSTON TX 77010

KIYO BANK, LTD.
C/O STEPHEN T. LODEN
DIAMOND MCCARTHY LLP
909 FANNIN, SUITE 1500
HOUSTON TX 77010

Please note that your claim # 1932-01 in the above referenced case and in the amount of
     $1.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS INTERNATIONAL
TRANSFEROR: KIYO BANK, LTD.
C/O GOLDMAN, SACHS & CO.
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7761     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   KIYO BANK, LTD, THE                          KIYO BANK, LTD, THE
      STEPHEN T. LODEN                             TREASURY & SECURITIES DIVISION
      DIAMOND MCCARTHY LLP                         1-35 HONMACHI
      909 FANNIN                                   WAKAYAMA   640-8656
      SUITE 1500                                   JAPAN
      HOUSTON TX 77010

Please note that your claim # 59324 in the above referenced case and in the amount of
     $9,653,492.39          has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS INTERNATIONAL                        GOLDMAN SACHS INTERNATIONAL
MANAGING CLERK                                     TRANSFEROR: KIYO BANK, LTD, THE
RICHARD KIBBE & ORBE LLP                           C/O GOLDMAN, SACHS & CO.
ONE WORKD FINANCIAL CENTER                         30 HUDSON STREET, 36TH FLOOR
NEW YORK NY 10281                                  JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7763      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                Debtors.                |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KIYO BANK, LTD, THE                          KIYO BANK, LTD, THE
     TREASURY & SECURITIES DIVISION               STEPHEN T. LODEN
     1-35 HONMACHI                                DIAMOND MCCARTHY LLP
     WAKAYAMA   640-8656                          909 FANNIN
     JAPAN                                        SUITE 1500
                                                  HOUSTON TX 77010

Please note that your claim # 59324 in the above referenced case and in the amount of
     $9,653,492.39       has been transferred **(unless previously expunged by court order)**

     GOLDMAN SACHS INTERNATIONAL                  GOLDMAN SACHS INTERNATIONAL
     TRANSFEROR: KIYO BANK, LTD, THE              MANAGING CLERK
     C/O GOLDMAN, SACHS & CO.                     RICHARD KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                 ONE WORKD FINANCIAL CENTER
     JERSEY CITY NJ 07302                         NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7763     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREDIT SUISSE
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55829-07 in the above referenced case and in the amount of $1.00 has been transferred (**unless previously expunged by court order**)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CREDIT SUISSE
ATTENTION: KAIRI JAMES
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON    EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7806    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE
     CRAVATH, SWAINE & MOORE LLP
     ATTN: RICHARD LEVIN
     WORLDWIDE PLAZA
     825 EIGHTH AVENUE
     NEW YORK NY 10019

CREDIT SUISSE
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

Please note that your claim # 55829-07 in the above referenced case and in the amount of
$1.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CREDIT SUISSE
ATTENTION: KAIRI JAMES
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON    EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7806      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KREISSPARKASSE HEINSBERG
             ANSTALT DES OEFFENTLICHEN RECHTS
             ATTN: DR. UDO MITSCH
             DR.-EBERLE-PLATZ 1
             ERKELENZ    DE-41812
             GERMANY

Please note that your claim # 27006 in the above referenced case and in the amount of
        $21,664,012.42        has been transferred **(unless previously expunged by court order)**

        YORVIK PARTNERS LLP
        TRANSFEROR: KREISSPARKASSE HEINSBERG
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON     EC2V 8EY
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7852     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   OBEROSTERREICHISCHE VERSICHERUNG AG
              C/O SEWARD & KISSEL LLP
              ATTN: ARLENE R. ALVES, ESQ.
              ONE BATTERY PARK PLAZA
              NEW YORK NY 10004

Please note that your claim # 64111 in the above referenced case and in the amount of
        $11,836,125.00          has been transferred **(unless previously expunged by court order)**

        YORVIK PARTNERS LLP
        TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON     EC2V 8EY
        UK

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7854      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  OBEROSTERREICHISCHE VERSICHERUNG AG
          C/O SEWARD & KISSEL LLP
          ATTN: ARLENE R. ALVES, ESQ.
          ONE BATTERY PARK PLAZA
          NEW YORK NY 10004

Please note that your claim # 64112 in the above referenced case and in the amount of
     $2,835,000.00       has been transferred **(unless previously expunged by court order)**

          YORVIK PARTNERS LLP
          TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG
          ATTN: LISA KING
          11 IRONMONGER LANE
          LONDON     EC2V 8EY
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7855      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
                                |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                |    (Jointly Administered)
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LHB INTERNATIONALE HANDELSBANK AG
             ROSSE GALLUSSTR. 16
             FRANKFURT    60311
             GERMANY

Please note that your claim # 37371 in the above referenced case and in the amount of
        $6,403,073.16        has been transferred **(unless previously expunged by court order)**

        YORVIK PARTNERS LLP
        TRANSFEROR: LHB INTERNATIONALE HANDELSBANK AG
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON    EC3V 8EY
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7856      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD.
       C/O GRUSS ASSET MANAGEMENT, L.P.
       ATTN: MICHAEL MONTICCIOLO
       667 MADISON AVENUE, THIRD FLOOR
       NEW YORK NY 10065

GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD.
DEBORAH S. TUCHMAN & ANDREW M. THAU
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 TIMES SQ.
NEW YORK NY 10036

Please note that your claim # 21303 in the above referenced case and in the amount of
       $18,051.00        has been transferred **(unless previously expunged by court order)**

       GRUSS ARBITRAGE MASTER FUND, LTD
       TRANSFEROR: GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD.
       C/O GRUSS ASSET MANAGEMENT, L.P.
       ATTN: MICHAEL MONTICCIOLO
       667 MADISON AVENUE, THIRD FLOOR
       NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7909         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                             |
In re                        |    Chapter 11 Case No.
                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                             |
                             |    (Jointly Administered)
                Debtors.     |
                             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD.          GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD.
     DEBORAH S. TUCHMAN & ANDREW M. THAU                    C/O GRUSS ASSET MANAGEMENT, L.P.
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP               ATTN: MICHAEL MONTICCIOLO
     4 TIMES SQ.                                            667 MADISON AVENUE, THIRD FLOOR
     NEW YORK NY 10036                                      NEW YORK NY 10065

Please note that your claim # 21303 in the above referenced case and in the amount of
     $18,051.00      has been transferred (**unless previously expunged by court order**)

                                                           GRUSS ARBITRAGE MASTER FUND, LTD
                                                           TRANSFEROR: GRUSS ARBITRAGE MASTER FUND (ENH
                                                           C/O GRUSS ASSET MANAGEMENT, L.P.
                                                           ATTN: MICHAEL MONTICCIOLO
                                                           667 MADISON AVENUE, THIRD FLOOR
                                                           NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7909      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                             |
In re                        |    Chapter 11 Case No.
                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                             |
                             |    (Jointly Administered)
              Debtors.       |
                             |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES          CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYREN
     GIDE LOYRETTE NOUEL LLP                                  ATTN: GERARD FERRAN, DIRECTEUR DU CONTENTIEU
     ATTN: VANESSA TOLLIS, ESQ.                               10 AVENUE MAXWELL BP 22306-31023
     120 W. 45TH STREET, 19TH FLOOR                           TOULOUSE CEDEX
     NEW YORK NY 10036                                        FRANCE
```

Please note that your claim # 63848 in the above referenced case and in the amount of
        $10,111,955.66        has been transferred **(unless previously expunged by court order)**

```
     NAXTIS S.A.                                             NAXTIS S.A.
     GENERAL COUNSEL, THOMAS G. SHARPE                       TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANC
     NATIXIS S.A.                                            ATTN: L.E. AUBERGER
     9 WEST 57TH STREET                                      30 AVENUE PIERRE MENDES-FRANCE
     NEW YORK NY 10019                                       75013 PARIS
                                                             FRANCE
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7917      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                              |
                                   |   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                   |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
            Debtors.               |
_____    |

_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES          CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYREN
     ATTN: GERARD FERRAN, DIRECTEUR DU CONTENTIEUX            GIDE LOYRETTE NOUEL LLP
     10 AVENUE MAXWELL BP 22306-31023                         ATTN: VANESSA TOLLIS, ESQ.
     TOULOUSE CEDEX                                           120 W. 45TH STREET, 19TH FLOOR
     FRANCE                                                   NEW YORK NY 10036

Please note that your claim # 63848 in the above referenced case and in the amount of
     $10,111,955.66         has been transferred **(unless previously expunged by court order)**

     NAXTIS S.A.                                              NAXTIS S.A.
     TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES   GENERAL COUNSEL, THOMAS G. SHARPE
     ATTN: L.E. AUBERGER                                      NATIXIS S.A.
     30 AVENUE PIERRE MENDES-FRANCE                           9 WEST 57TH STREET
     75013 PARIS                                              NEW YORK NY 10019
     FRANCE

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7917      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |      (Jointly Administered)
                   Debtors.     |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FAIRFAX FINANCIAL HOLDINGS LIMITED          FAIRFAX FINANCIAL HOLDINGS LIMITED
     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP     ATTN: LEGAL COUNSEL
     ATTN: JEFFREY R. GLEIT & DANIEL A. FLIMAN   95 WELLINGTON STREET WEST, SUITE 800
     1633 BROADWAY                               TORONTO ON M5J 2N7
     NEW YORK NY 10019                           CANADA

Please note that your claim # 10222 in the above referenced case and in the amount of
     $2,781,550.00        has been transferred **(unless previously expunged by court order)**

     CC ARBITRAGE, LTD.                          CC ARBITRAGE, LTD.
     ROBERT SCHEININGER                          TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMIT
     SIDLEY AUSTIN LLP                           ATTN: ALAN WEINE
     787 SEVENTH AVENUE                          111 W. JACKSON BLVD., 20TH FLOOR
     NEW YORK NY 10019                           CHICAGO IL 60604

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7918      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
              Debtors.         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FAIRFAX FINANCIAL HOLDINGS LIMITED
     ATTN: LEGAL COUNSEL
     95 WELLINGTON STREET WEST, SUITE 800
     TORONTO ON M5J 2N7
     CANADA

FAIRFAX FINANCIAL HOLDINGS LIMITED
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: JEFFREY R. GLEIT & DANIEL A. FLIMAN
1633 BROADWAY
NEW YORK NY 10019

Please note that your claim # 10222 in the above referenced case and in the amount of
     $2,781,550.00       has been transferred **(unless previously expunged by court order)**

CC ARBITRAGE, LTD.
TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMITED
ATTN: ALAN WEINE
111 W. JACKSON BLVD., 20TH FLOOR
CHICAGO IL 60604

CC ARBITRAGE, LTD.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7918     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   FAIRFAX FINANCIAL HOLDINGS LIMITED               FAIRFAX FINANCIAL HOLDINGS LIMITED
      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP          ATTN: LEGAL COUNSEL
      ATTN: JEFFREY R. GLEIT & DANIEL A. FLIMAN        95 WELLINGTON STREET WEST, SUITE 800
      1633 BROADWAY                                    TORONTO ON M5J 2N7
      NEW YORK NY 10019                                CANADA

Please note that your claim # 10223 in the above referenced case and in the amount of
      $2,781,550.00        has been transferred (**unless previously expunged by court order**)

CC ARBITRAGE, LTD.                              CC ARBITRAGE, LTD.
ROBERT SCHEININGER                              TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMIT
SIDLEY AUSTIN LLP                               ATTN: ALAN WEINE
787 SEVENTH AVENUE                              111 W. JACKSON BLVD., 20TH FLOOR
NEW YORK NY 10019                               CHICAGO IL 60604

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7919    in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                               Vito Genna, Clerk of Court


                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FAIRFAX FINANCIAL HOLDINGS LIMITED
     ATTN: LEGAL COUNSEL
     95 WELLINGTON STREET WEST, SUITE 800
     TORONTO ON M5J 2N7
     CANADA

FAIRFAX FINANCIAL HOLDINGS LIMITED
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: JEFFREY R. GLEIT & DANIEL A. FLIMAN
1633 BROADWAY
NEW YORK NY 10019

Please note that your claim # 10223 in the above referenced case and in the amount of
     $2,781,550.00        has been transferred (**unless previously expunged by court order**)

CC ARBITRAGE, LTD.
TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMITED
ATTN: ALAN WEINE
111 W. JACKSON BLVD., 20TH FLOOR
CHICAGO IL 60604

CC ARBITRAGE, LTD.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7919     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To:  BLACK RIVER COMMODITY FUND LLC | BLACK RIVER COMMODITY FUND LLC |
| ATTN: MARK RABOGLIATTI | FAEGRE & BENSON LLP |
| C/O BLACK RIVER ASSET MANAGEMENT, LLC | ATTN: IRINA PALCHUK |
| 12700 WHITEWATER DRIVE | 2200 WELLS FARGO CENTER |
| MINNETONKA MN 55343 | 90 SOUTH 7TH ST. |
| | MINNEAPOLIS MN 55402 |

Please note that your claim # 22703 in the above referenced case and in the amount of
$138,357.00       has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
TRANSFEROR: BLACK RIVER COMMODITY FUND LLC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7928      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BLACK RIVER COMMODITY FUND LLC
      FAEGRE & BENSON LLP
      ATTN: IRINA PALCHUK
      2200 WELLS FARGO CENTER
      90 SOUTH 7TH ST.
      MINNEAPOLIS MN 55402

BLACK RIVER COMMODITY FUND LLC
ATTN: MARK RABOGLIATTI
C/O BLACK RIVER ASSET MANAGEMENT, LLC
12700 WHITEWATER DRIVE
MINNETONKA MN 55343

Please note that your claim # 22703 in the above referenced case and in the amount of
$138,357.00       has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
TRANSFEROR: BLACK RIVER COMMODITY FUND LLC
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7928     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER COMMODITY FUND LTD.
     C/O BLACK RIVER ASSET MANAGEMENT, LLC
     ATTN: MARK RABOGLIATTI
     12700 WHITEWATER DRIVE
     MINNETONKA MN 55343

BLACK RIVER COMMODITY FUND LTD.
FAEGRE & BENSON LLP
ATTN: IRINA PALCHUK
2200 WELLS FARGO CENTER
90 SOUTH 7TH ST
MINNEAPOLIS MN 55402

Please note that your claim # 26163 in the above referenced case and in the amount of
    $138,357.00        has been transferred **(unless previously expunged by court order)**

C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
TRANSFEROR: BLACK RIVER COMMODITY FUND LTD.
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FARIMILE LANE
COBHAM, SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7928      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACK RIVER COMMODITY FUND LTD.                    BLACK RIVER COMMODITY FUND LTD.
     FAEGRE & BENSON LLP                                C/O BLACK RIVER ASSET MANAGEMENT, LLC
     ATTN: IRINA PALCHUK                                ATTN: MARK RABOGLIATTI
     2200 WELLS FARGO CENTER                            12700 WHITEWATER DRIVE
     90 SOUTH 7TH ST                                    MINNETONKA MN 55343
     MINNEAPOLIS MN 55402

Please note that your claim # 26163 in the above referenced case and in the amount of
       $138,357.00        has been transferred **(unless previously expunged by court order)**

                                                       C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)
                                                       TRANSFEROR: BLACK RIVER COMMODITY FUND LTD.
                                                       C/O CARVAL INVESTORS UK LIMITED
                                                       KNOWLE HILL PARK, FARIMILE LANE
                                                       COBHAM, SURREY    KT11 2PD
                                                       UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7928      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DEUTSCHE BANK AG, LONDON BRANCH          DEUTSCHE BANK AG, LONDON BRANCH
    ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG    CONOR MCGOVERN
    WINCHESTER HOUSE                           DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
    1 GREAT WINCHESTER STREET                  21ST FLOOR, 99 BISHOPSGATE
    LONDON    EC2N 2DB                         LONDON EC2M 3XD UNITED KINGDOM
    UNITED KINGDOM

Please note that your claim # 59832 in the above referenced case and in the amount of
        $0.00      has been transferred **(unless previously expunged by court order)**

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O CARVAL INVESTORS UK LIMITED
KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7929    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |     Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                              |
                              |     (Jointly Administered)
                Debtors.      |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DEUTSCHE BANK AG, LONDON BRANCH                    DEUTSCHE BANK AG, LONDON BRANCH
    CONOR MCGOVERN                                     ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDI
    DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS    WINCHESTER HOUSE
    21ST FLOOR, 99 BISHOPSGATE                         1 GREAT WINCHESTER STREET
    LONDON EC2M 3XD UNITED KINGDOM                      LONDON     EC2N 2DB
                                                       UNITED KINGDOM

Please note that your claim # 59832 in the above referenced case and in the amount of
          $0.00        has been transferred **(unless previously expunged by court order)**

                                    CVI GVF (LUX) MASTER S.A.R.L.
                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
                                    C/O CARVAL INVESTORS UK LIMITED
                                    KNOWLE HILL PARK, FAIRMILE LANE, COBHAM
                                    SURREY     KT11 2PD
                                    UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7929        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
              Debtors.                |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                              CREDIT SUISSE
     ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                              ATTN: RICHARD LEVIN
     NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                825 EIGHTH AVENUE
                                                NEW YORK NY 10019

Please note that your claim # 55829-08 in the above referenced case and in the amount of
         $1.00        has been transferred **(unless previously expunged by court order)**

         DEUTSCHE BANK AG, LONDON BRANCH (UK)
         TRANSFEROR: CREDIT SUISSE
         ATTN: MICHAEL SUTTON
         WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
         LONDON    EC2N 2DB
         UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7931     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
               Debtors.          |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE                          CREDIT SUISSE
         CRAVATH, SWAINE & MOORE LLP            ATTN: ALLEN GAGE
         ATTN: RICHARD LEVIN                    1 MADISON AVE
         WORLDWIDE PLAZA                        NEW YORK NY 10010
         825 EIGHTH AVENUE
         NEW YORK NY 10019
```

Please note that your claim # 55829-08 in the above referenced case and in the amount of
$1.00        has been transferred **(unless previously expunged by court order)**

```
                                        DEUTSCHE BANK AG, LONDON BRANCH (UK)
                                        TRANSFEROR: CREDIT SUISSE
                                        ATTN: MICHAEL SUTTON
                                        WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                        LONDON    EC2N 2DB
                                        UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7931      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                Debtors.                 |
                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  AGGREGATING TRUST 10, LLC
>      C/O ROPES & GRAY LLP
>      ATTN: JEFFREY R. KATZ
>      ONE INTERNATIONAL PLACE
>      BOSTON MA 02110

Please note that your claim # 30654 in the above referenced case and in the amount of
    $22,871,260.51        has been transferred **(unless previously expunged by court order)**

> DEUTSCHE BANK AG, LONDON BRANCH (UK)
> TRANSFEROR: AGGREGATING TRUST 10, LLC
> ATTN: MICHAEL SUTTON
> WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
> LONDON    EC2N 2DB
> UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7933     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |   Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                              |
                              |   (Jointly Administered)
                              |
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  AGGREGATING TRUST 7,L.L.C.
          C/O ROPES & GRAY LLP
          ATTN: JEFFREY R. KATZ
          ONE INTERNATIONAL PLACE
          BOSTON MA 02110
```

Please note that your claim # 30314 in the above referenced case and in the amount of
     $107,339.77        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH (UK)
     TRANSFEROR: AGGREGATING TRUST 7,L.L.C.
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON    EC2N 2DB
     UNITED KINGDON
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7934     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  NAXTIS S.A.
     TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES
     ATTN: L.E. AUBERGER
     30 AVENUE PIERRE MENDES-FRANCE
     75013 PARIS
     FRANCE

NAXTIS S.A.
GENERAL COUNSEL, THOMAS G. SHARPE
NATIXIS S.A.
9 WEST 57TH STREET
NEW YORK NY 10019

Please note that your claim # 63848 in the above referenced case and in the amount of
    $10,111,955.66       has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH INTERNATIONAL
TRANSFEROR: NAXTIS S.A.
BANK OF AMERICA MERRILL LYNCH FIN CENTRE
2 KING EDWARD STREET
LONDON     EC1A 1HQ
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7971     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  NAXTIS S.A.
     ROBERT SCHEININGER
     SIDLEY AUSTIN LLP
     787 SEVENTH AVENUE
     NEW YORK NY 10019

NAXTIS S.A.
TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANC
ATTN: L.E. AUBERGER
30 AVENUE PIERRE MENDES-FRANCE
75013 PARIS
FRANCE

Please note that your claim # 63848 in the above referenced case and in the amount of
       $10,111,955.66       has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH INTERNATIONAL
TRANSFEROR: NAXTIS S.A.
BANK OF AMERICA MERRILL LYNCH FIN CENTRE
2 KING EDWARD STREET
LONDON     EC1A 1HQ
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7971       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NAXTIS S.A.                                    NAXTIS S.A.
    GENERAL COUNSEL, THOMAS G. SHARPE              TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANC
    NATIXIS S.A.                                   ATTN: L.E. AUBERGER
    9 WEST 57TH STREET                             30 AVENUE PIERRE MENDES-FRANCE
    NEW YORK NY 10019                              75013 PARIS
                                                   FRANCE

Please note that your claim # 63848 in the above referenced case and in the amount of
       $10,111,955.66         has been transferred **(unless previously expunged by court order)**

                                                   MERRILL LYNCH INTERNATIONAL
                                                   TRANSFEROR: NAXTIS S.A.
                                                   BANK OF AMERICA MERRILL LYNCH FIN CENTRE
                                                   2 KING EDWARD STREET
                                                   LONDON    EC1A 1HQ
                                                   UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7971       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
               Debtors.                  |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     TRANSFEROR: KIYO BANK, LTD, THE                RICHARDS KIBBE & ORBE LLP
     C/O GOLDMAN, SACHS & CO.                       ATTN: MANAGING CLERK
     30 HUDSON STREET, 36TH FLOOR                   ONE WORLD FINANCIAL CENTER
     JERSEY CITY NJ 07302                           NEW YORK NY 10281

Please note that your claim # 59325-01 in the above referenced case and in the amount of
       $14,395,042.05       has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL        RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                   ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                           ONE WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8070       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS INTERNATIONAL
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN SACHS INTERNATIONAL
TRANSFEROR: KIYO BANK, LTD, THE
C/O GOLDMAN, SACHS & CO.
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 59325-01 in the above referenced case and in the amount of
$14,395,042.05       has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8070       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS INTERNATIONAL
             TRANSFEROR: KIYO BANK, LTD.
             C/O GOLDMAN, SACHS & CO.
             30 HUDSON STREET, 36TH FLOOR
             JERSEY CITY NJ 07302

Please note that your claim # 1932-01 in the above referenced case and in the amount of
         $1.00        has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.
        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
        30 HUDSON STREET, 36TH FLOOR
        JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8070        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
            Debtors.               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     TRANSFEROR: KIYO BANK, LTD, THE                MANAGING CLERK
     C/O GOLDMAN, SACHS & CO.                       RICHARD KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                    ONE WORKD FINANCIAL CENTER
     JERSEY CITY NJ 07302                            NEW YORK NY 10281

Please note that your claim # 59324 in the above referenced case and in the amount of
     $9,653,492.39        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL         MANAGING CLERK
     30 HUDSON STREET, 36TH FLOOR                    RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8071      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |   Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |   (Jointly Administered)
            Debtors.            |
                                |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL          GOLDMAN SACHS INTERNATIONAL
     MANAGING CLERK                        TRANSFEROR: KIYO BANK, LTD, THE
     RICHARD KIBBE & ORBE LLP              C/O GOLDMAN, SACHS & CO.
     ONE WORKD FINANCIAL CENTER            30 HUDSON STREET, 36TH FLOOR
     NEW YORK NY 10281                     JERSEY CITY NJ 07302

Please note that your claim # 59324 in the above referenced case and in the amount of
      $9,653,492.39        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                  GOLDMAN, SACHS & CO.
     MANAGING CLERK                        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     RICHARDS KIBBE & ORBE LLP             30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER            JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8071        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                  Vito Genna, Clerk of Court


                                  /s/ Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-33 in the above referenced case and in the amount of
      $30,000,000.00      has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

SPCP GROUP, L.L.C.
TRANSFEROR: GOLDMAN SACHS & CO
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
ATTN: ADAM J. DEPANFILIS
660 STEAMBOAT ROAD
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8359      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE
     30 HUDSON STREET, 36TH FLOOR
     JERSEY CITY NJ 07302

GOLDMAN SACHS & CO
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 17319-33 in the above referenced case and in the amount of
    $30,000,000.00        has been transferred **(unless previously expunged by court order)**

SPCP GROUP, L.L.C.
TRANSFEROR: GOLDMAN SACHS & CO
As Agent for Silver Point Capital Fund
LP and Silver Capital Offshore Fund, ltd
ATTN: ADAM J. DEPANFILIS
660 STEAMBOAT ROAD
GREENWICH CT 06830

SPCP GROUP, L.L.C.
RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8359     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| | Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                              GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE     RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                   ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                           ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281

Please note that your claim # 17319-34 in the above referenced case and in the amount of
      $20,600,000.00        has been transferred **(unless previously expunged by court order)**

      FIR TREE VALUE MASTER FUND, L.P.
      TRANSFEROR: GOLDMAN SACHS & CO
      ATTN: FERGAL CASSIDY
      505 FIFTH AVENUE, 23RD FLOOR
      NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8361      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

|

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
     RICHARDS KIBBE & ORBE LLP
     ATTN: MANAGING CLERK
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-34 in the above referenced case and in the amount of
    $20,600,000.00        has been transferred **(unless previously expunged by court order)**

FIR TREE VALUE MASTER FUND, L.P.
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: FERGAL CASSIDY
505 FIFTH AVENUE, 23RD FLOOR
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8361      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

| In re | | Chapter 11 Case No.
| | |
LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP)
| | |
| | | (Jointly Administered)
| Debtors. | |

_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GOLDMAN SACHS & CO                                 GOLDMAN SACHS & CO
      TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE  RICHARDS KIBBE & ORBE LLP
      30 HUDSON STREET, 36TH FLOOR                        ATTN: MANAGING CLERK
      JERSEY CITY NJ 07302                                ONE WORLD FINANCIAL CENTER
                                                          NEW YORK NY 10281

Please note that your claim # 17319-35 in the above referenced case and in the amount of
     $4,400,000.00        has been transferred **(unless previously expunged by court order)**

      FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.
      TRANSFEROR: GOLDMAN SACHS & CO
      ATTN: FERGAL CASSIDY
      505 FIFTH AVENUE, 23RD FLOOR
      NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8365        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO
      RICHARDS KIBBE & ORBE LLP
      ATTN: MANAGING CLERK
      ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10281

GOLDMAN SACHS & CO
TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Please note that your claim # 17319-35 in the above referenced case and in the amount of
$4,400,000.00      has been transferred **(unless previously expunged by court order)**

FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.
TRANSFEROR: GOLDMAN SACHS & CO
ATTN: FERGAL CASSIDY
505 FIFTH AVENUE, 23RD FLOOR
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8365      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | (Jointly Administered) |
| | | |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STRATEGIC VALUE MASTER FUND, LTD.               STRATEGIC VALUE MASTER FUND, LTD.
     C/O STRATEGIC VALUE PARTNERS, LLC               CADWALADER, WICKERSHAM & TAFT LLP
     ATTN ALAN J CARR                                ATTN JILL KAYLOR
     100 WEST PUTNAM AVENUE                           ONE WORLD FINANCIAL CENTER
     GREENWICH CT 06830                               NEW YORK NY 10281

Please note that your claim # 63563 in the above referenced case and in the amount of
      $7,136,000.00      has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                             GOLDMAN, SACHS & CO.
     TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD.    MANAGING CLERK
     30 HUDSON STREET, 36TH FLOOR                     RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                             ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8373      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STRATEGIC VALUE MASTER FUND, LTD.              STRATEGIC VALUE MASTER FUND, LTD.
     CADWALADER, WICKERSHAM & TAFT LLP               C/O STRATEGIC VALUE PARTNERS, LLC
     ATTN JILL KAYLOR                                ATTN ALAN J CARR
     ONE WORLD FINANCIAL CENTER                      100 WEST PUTNAM AVENUE
     NEW YORK NY 10281                               GREENWICH CT 06830

Please note that your claim # 63563 in the above referenced case and in the amount of
     $7,136,000.00          has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.                            GOLDMAN, SACHS & CO.
     MANAGING CLERK                                  TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD
     RICHARDS KIBBE & ORBE LLP                       30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER                      JERSEY CITY NJ 07302
     NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8373     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
                                          |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |    (Jointly Administered)
                                          |
            Debtors.                      |
                                          |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BDF LIMITED                                    BDF LIMITED
      CADWALADER, WICKERSHAM & TAFT LLP              C/O STRATEGIC VALUE PARTNERS, LLC
      ATTN JILL KAYLOR                               ATTN ALAN J CARR
      ONE WORLD FINANCIAL CENTER                     100 WEST PUTNAM AVENUE
      NEW YORK NY 10281                              GREENWICH CT 06830

Please note that your claim # 63569 in the above referenced case and in the amount of
       $864,000.00        has been transferred **(unless previously expunged by court order)**

      GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
      MANAGING CLERK                                 TRANSFEROR: BDF LIMITED
      RICHARDS KIBBE & ORBE LLP                      30 HUDSON STREET, 36TH FLOOR
      ONE WORLD FINANCIAL CENTER                     JERSEY CITY NJ 07302
      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8374      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BDF LIMITED
C/O STRATEGIC VALUE PARTNERS, LLC
ATTN ALAN J CARR
100 WEST PUTNAM AVENUE
GREENWICH CT 06830

BDF LIMITED
CADWALADER, WICKERSHAM & TAFT LLP
ATTN JILL KAYLOR
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 63569 in the above referenced case and in the amount of
$864,000.00       has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
TRANSFEROR: BDF LIMITED
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8374      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court

                          /s/ Lauren Rodriguez
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739)          PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739)
     BERMUDA TRUST II                                     WESLEY SASSER
     ATTN: SCOTT CARNACHAN                                PACIFIC INVESTEMNT MANAGEMENT COMPANY LLC
     BUTTERFIELD HOUSE                                    840 NEWPORT CENTER DRIVE, SUITE 100
     FORT STREET                                          NEWPORT BEACH CA 92660
     PO BOX 2330
     GEORGETOWN
     CAYMAN ISLANDS

Please note that your claim # 57024 in the above referenced case and in the amount of
    $370,241.00        has been transferred **(unless previously expunged by court order)**

     MORGAN STANLEY & CO. INTERNATIONAL PLC               MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739)  MANAGING CLERK
     25, CABOT SQUARE                                     RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                         ONE WORLD FINANCIAL CENTER
     LONDON    E14 4QA                                    NEW YORK NY 10281-1003
     ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8376      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)

                                                   | (Jointly Administered)

                     Debtors.                      |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739)        PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739)
     WESLEY SASSER                                       BERMUDA TRUST II
     PACIFIC INVESTEMNT MANAGEMENT COMPANY LLC           ATTN: SCOTT CARNACHAN
     840 NEWPORT CENTER DRIVE, SUITE 100                 BUTTERFIELD HOUSE
     NEWPORT BEACH CA 92660                              FORT STREET
                                                         PO BOX 2330
                                                         GEORGETOWN
                                                         CAYMAN ISLANDS

Please note that your claim # 57024 in the above referenced case and in the amount of
     $370,241.00        has been transferred **(unless previously expunged by court order)**

     MORGAN STANLEY & CO. INTERNATIONAL PLC             MORGAN STANLEY & CO. INTERNATIONAL PLC
     MANAGING CLERK                                      TRANSFEROR: PIMCO BERMUDA LIBOR PLUS FUND (M
     RICHARDS KIBBE & ORBE LLP                           25, CABOT SQUARE
     ONE WORLD FINANCIAL CENTER                          CANARY WHARF
     NEW YORK NY 10281-1003                              LONDON    E14 4QA
                                                         ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8376       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND, LTD
             ATTN: JEFFREY OLINSKY
             60 WALL ST., 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 12139 in the above referenced case and in the amount of
        $21,192,943.00        has been transferred **(unless previously expunged by court order)**

        KING STREET ACQUISITION COMPANY, LLC
        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
        65 EAST 55TH STREET, 30TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8462     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                   Debtors.     |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  DEUTSCHE BANK AG, LONDON BRANCH
            TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND LTD
            ATTN: JEFFREY OLINSKY
            60 WALL ST., 3RD FLOOR
            NEW YORK NY 10005

Please note that your claim # 12138 in the above referenced case and in the amount of
       $21,192,943.00        has been transferred **(unless previously expunged by court order)**

       KING STREET ACQUISITION COMPANY, LLC
       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
       65 EAST 55TH STREET, 30TH FLOOR
       NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8463      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                        Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MIZUHO SECURITIES CO LTD                      MIZUHO SECURITIES CO LTD
     ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT   STROOCK & STROOCK & LAVAN LLP
     OTEMACHI FIRST SQUARE                         ATTENTION: SHERRY MILLMAN ESQ.
     1-5-1, OTEMACHI                                180 MAIDEN LANE
     CHIYODA-KU, TOKYO    100-0004                  NEW YORK NY 10038
     JAPAN

Please note that your claim # 44616-03 in the above referenced case and in the amount of
     $3,787,157.08        has been transferred **(unless previously expunged by court order)**

HSBC SECURITIES JAPAN LIMITED
TRANSFEROR: MIZUHO SECURITIES CO LTD
ATTN: TAKASHI NAKAMURA, DANIEL KENNEY, AKIKO AKASAWA
HSBC BUILDING, 11-1, NIHONBASHI
3 CHOME, CHUOU-KU
TOKYO    103-0027
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8667    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |        Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |        08-13555 (JMP)
                                               |
                                               |        (Jointly Administered)
                        Debtors.               |
                                               |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MIZUHO SECURITIES CO LTD                      MIZUHO SECURITIES CO LTD
     STROOCK & STROOCK & LAVAN LLP                 ATTENTION: CREDIT TRADING & DERIVATIVE PRODU
     ATTENTION: SHERRY MILLMAN ESQ.                OTEMACHI FIRST SQUARE
     180 MAIDEN LANE                               1-5-1, OTEMACHI
     NEW YORK NY 10038                             CHIYODA-KU, TOKYO    100-0004
                                                   JAPAN

Please note that your claim # 44616-03 in the above referenced case and in the amount of
      $3,787,157.08        has been transferred **(unless previously expunged by court order)**

                                                   HSBC SECURITIES JAPAN LIMITED
                                                   TRANSFEROR: MIZUHO SECURITIES CO LTD
                                                   ATTN: TAKASHI NAKAMURA, DANIEL KENNEY, AKIKO
                                                   HSBC BUILDING, 11-1, NIHONBASHI
                                                   3 CHOME, CHUOU-KU
                                                   TOKYO    103-0027
                                                   JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8667       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC
             ATTN: GARY S. COHEN/RONAL TOROK
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

Please note that your claim # 32618-01 in the above referenced case and in the amount of
        $13,640,083.49        has been transferred **(unless previously expunged by court order)**

        STONEHILL MASTER FUND LTD
        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
        C/O STONEHILL CAPITAL MANAGEMENT
        ATTN: STEVEN D. NELSON
        885 THIRD AVENUE, 30TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8691      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

>       To:  CYBERAGENT FX, INC.
>            SHIBUYA MARK CITY WEST BLDG. 20F
>            1-12-1
>            DOUGENZAKA SHIBUYA-KU
>            TOKYO    150-0043
>            JAPAN

Please note that your claim # 25779 in the above referenced case and in the amount of
$3,795,040.27        has been transferred **(unless previously expunged by court order)**

>            MERRILL LYNCH JAPAN FINANCE CO, LTD
>            TRANSFEROR: CYBERAGENT FX, INC.
>            C/O MERRILL LYNCH CREDIT PRODUCTS LLC
>            ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK
>            BANK OF AMERICA TOWER 3RD FLOOR
>            1 BRYAN PARK
>            NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

>            UNITED STATES BANKRUPTCY COURT
>            Southern District of New York
>            One Bowling Green
>            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8692        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARCLAYS BANK, S.A.
             FUNDS & SECURITIES - FOREIGN INVESTMENTS DEPT
             MATEO INURRIA, 15 - 1ST FLOOR
             MADRID   28036
             SPAIN

Please note that your claim # 49730 in the above referenced case and in the amount of
        $2,667,463.50        has been transferred **(unless previously expunged by court order)**

        BARCLAYS BANK PLC
        TRANSFEROR: BARCLAYS BANK, S.A.
        ATTN: DANIEL CROWLEY
        745 SEVENTH AVENUE
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8693      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |     Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                 |
                                 |     (Jointly Administered)
                Debtors.         |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  SECURITY PACIFIC CAPITAL LEASING CORP
             C/O BANK OF AMERICA
             ATTN: STEVEN JACOBS
             555 CALIFORNIA ST, 4TH FLOOR
             SAN FRANCISCO CA 94101
```

Please note that your claim # 66526 in the above referenced case and in the amount of
          $45,000,000.00  allowed at $45,000,000.00          has been transferred **(unless previously expunged by court order)**

```
        BARCLAYS BANK PLC
        TRANSFEROR: SECURITY PACIFIC CAPITAL LEASING CORP
        ATTN: DANIEL CROWLEY, MANAGING DIRECTOR
        200 PARK AVENUE
        NEW YORK NY 10166
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8694          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   SECURITY PACIFIC CAPITAL LEASING CORP
            C/O BANK OF AMERICA
            ATTN: STEVEN JACOBS
            555 CALIFORNIA ST, 4TH FLOOR
            SAN FRANCISCO CA 94101

Please note that your claim # 66527 in the above referenced case and in the amount of
     $20,000,000.00  allowed at $20,000,000.00      has been transferred **(unless previously expunged by court order)**

           BARCLAYS BANK PLC
           TRANSFEROR: SECURITY PACIFIC CAPITAL LEASING CORP
           ATTN: DANIEL CROWLEY, MANAGING DIRECTOR
           200 PARK AVENUE
           NEW YORK NY 10166

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8695    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                Vito Genna, Clerk of Court

                     /s/ Lauren Rodriguez
                     _____
                     By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
            Debtors.                  |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  CREDIT SUISSE<br>ATTN: ALLEN GAGE<br>1 MADISON AVE<br>NEW YORK NY 10010 | CREDIT SUISSE<br>CRAVATH, SWAINE & MOORE LLP<br>ATTN: RICHARD LEVIN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK NY 10019 |

Please note that your claim # 55829-03 in the above referenced case and in the amount of $1.00      has been transferred **(unless previously expunged by court order)**

CREDIT SUISSE INTERNATIONAL
TRANSFEROR: CREDIT SUISSE
ATTN: GIL GOLAN
ELEVEN MADISON AVNUE, 5TH FLOOR
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8696      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
              Debtors.          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE                              CREDIT SUISSE
     CRAVATH, SWAINE & MOORE LLP                ATTN: ALLEN GAGE
     ATTN: RICHARD LEVIN                        1 MADISON AVE
     WORLDWIDE PLAZA                            NEW YORK NY 10010
     825 EIGHTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 55829-03 in the above referenced case and in the amount of
          $1.00        has been transferred **(unless previously expunged by court order)**

```
                                                CREDIT SUISSE INTERNATIONAL
                                                TRANSFEROR: CREDIT SUISSE
                                                ATTN: GIL GOLAN
                                                ELEVEN MADISON AVNUE, 5TH FLOOR
                                                NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8696      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND LP                CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
      C/O CEDAR HILL CAPITAL PARTNERS, LLC                          ALEX R. ROVIRA
      ATTN: KARL JOHNSON                                            SIDLEY AUSTIN LLP
      445 PARK AVENUE, 5TH FLOOR                                    787 SEVENTH AVENUE
      NEW YORK NY 10022                                             NEW YORK NY 10019

Please note that your claim # 66575 in the above referenced case and in the amount of
        $1,913,270.38        has been transferred **(unless previously expunged by court order)**

        JP MORGAN CHASE BANK N.A.
        TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
        ATTN: SUSAN MCNAMARA
        MAILCODE: NY1-A436
        ONE CHASE MANHATTAN PLAZA, FLOOR 26
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                          |   |                            |
|------------------------------------------|---|----------------------------|
| In re                                    |   | Chapter 11 Case No.        |
|                                          |   |                            |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   |   | 08-13555 (JMP)             |
|                                          |   |                            |
|                                          |   | (Jointly Administered)     |
|                             Debtors.     |   |                            |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND LP | CEDAR HILL CAPITAL PARTNERS MASTER FUND LP |
|---|---|
| ALEX R. ROVIRA | C/O CEDAR HILL CAPITAL PARTNERS, LLC |
| SIDLEY AUSTIN LLP | ATTN: KARL JOHNSON |
| 787 SEVENTH AVENUE | 445 PARK AVENUE, 5TH FLOOR |
| NEW YORK NY 10019 | NEW YORK NY 10022 |

Please note that your claim # 66575 in the above referenced case and in the amount of
        $1,913,270.38        has been transferred **(unless previously expunged by court order)**

JP MORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MAST
ATTN: SUSAN MCNAMARA
MAILCODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

```
                                          |
UNITED STATES BANKRUPTCY COURT            |
Southern District of New York             |
                                          |
_____|
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                Debtors.                  |
                                          |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND LP<br>TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.<br>ATTN: KARL JOHNSON<br>445 PARK AVENUE, 5TH FLOOR<br>NEW YORK NY 10022 | CEDAR HILL CAPITAL PARTNERS MASTER FUND LP<br>SIDLEY AUSTIN LLP<br>ATTN: ALEX ROVIRA<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 |

Please note that your claim # 23495-02 in the above referenced case and in the amount of $1,913,270.38      has been transferred **(unless previously expunged by court order)**

JP MOREGAN CHASE BANK
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
ATTN: SUSAN MCNAMARA
MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

_____

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
     SIDLEY AUSTIN LLP
     ATTN: ALEX ROVIRA
     787 SEVENTH AVENUE
     NEW YORK NY 10019

CEDAR HILL CAPITAL PARTNERS MASTER FUND LP
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFS
ATTN: KARL JOHNSON
445 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

Please note that your claim # 23495-02 in the above referenced case and in the amount of
     $1,913,270.38      has been transferred (**unless previously expunged by court order**)

JP MOREGAN CHASE BANK
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MAST
ATTN: SUSAN MCNAMARA
MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                  Vito Genna, Clerk of Court


                                  /s/ Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                      Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP          CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     C/O CEDAR HILL CAPITAL PARTNERS, LLC                 ALEX R. ROVIRA
     ATTN: KARL JOHNSON                                   SIDLEY AUSTIN LLP
     445 PARK AVENUE, 5TH FLOOR                           787 SEVENTH AVENUE
     NEW YORK NY 10022                                    NEW YORK NY 10019

Please note that your claim # 66573 in the above referenced case and in the amount of
     $1,913,270.38      has been transferred **(unless previously expunged by court order)**

     JP MORGAN CHASE BANK N.A.
     TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436
     ONE CHASE MANHATTAN PLAZA, FLOOR 26
     NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |     Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|     08-13555 (JMP)
                                      |
                                      |     (Jointly Administered)
                Debtors.              |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP           CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     ALEX R. ROVIRA                                        C/O CEDAR HILL CAPITAL PARTNERS, LLC
     SIDLEY AUSTIN LLP                                     ATTN: KARL JOHNSON
     787 SEVENTH AVENUE                                    445 PARK AVENUE, 5TH FLOOR
     NEW YORK NY 10019                                     NEW YORK NY 10022

Please note that your claim # 66573 in the above referenced case and in the amount of
     $1,913,270.38        has been transferred **(unless previously expunged by court order)**

                                                           JP MORGAN CHASE BANK N.A.
                                                           TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MAST
                                                           ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436
                                                           ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                           NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                Debtors.                |
                                        |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP          CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.   ALEX ROVIRA
     445 PARK AVENUE, 5TH FL                               SIDLEY AUSTIN LLP
     ATTN: KARL JOHNSON                                    787 SEVENTH AVENUE
     NEW YORK NY 10022                                     NEW YORK NY 10019

Please note that your claim # 23494 in the above referenced case and in the amount of
     $558,876.16          has been transferred **(unless previously expunged by court order)**

     JPMORGAN CHASE BANK N.A.
     TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
     ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
     ONE CHASE MANHATTAN PLAZA, FLOOR 26
     NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP         CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP
           ALEX ROVIRA                                         TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFS
           SIDLEY AUSTIN LLP                                   445 PARK AVENUE, 5TH FL
           787 SEVENTH AVENUE                                  ATTN: KARL JOHNSON
           NEW YORK NY 10019                                   NEW YORK NY 10022

Please note that your claim # 23494 in the above referenced case and in the amount of
        $558,876.16         has been transferred **(unless previously expunged by court order)**

                                                        JPMORGAN CHASE BANK N.A.
                                                        TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MAST
                                                        ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                                        ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                               |    Chapter 11 Case No.
                                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |    08-13555 (JMP)
                                                    |
                                                    |    (Jointly Administered)
                       Debtors.                     |
_____             |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.                CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
      ATTN: KARL JOHNSON                                        LEE S. ATTANASIO AND ALEX R. ROVIRA
      C/O CEDAR HILL CAPITAL PARTNERS, LLC                      SIDLEY AUSTIN LLP
      445 PARK AVENUE, 5TH FLOOR                                787 SEVENTH AVENUE
      NEW YORK NY 10022                                         NEW YORK NY 10019

Please note that your claim # 23496 in the above referenced case and in the amount of
       $1,389,215.87        has been transferred **(unless previously expunged by court order)**

         JPMORGAN CHASE BANK N.A.
         TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
         ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
         ONE CHASE MANHATTAN PLAZA, FLOOR 26
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8700        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |      Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |      08-13555 (JMP)
                                        |
                                        |      (Jointly Administered)
                   Debtors.             |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
     LEE S. ATTANASIO AND ALEX R. ROVIRA
     SIDLEY AUSTIN LLP
     787 SEVENTH AVENUE
     NEW YORK NY 10019

CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD.
ATTN: KARL JOHNSON
C/O CEDAR HILL CAPITAL PARTNERS, LLC
445 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

Please note that your claim # 23496 in the above referenced case and in the amount of
$1,389,215.87      has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFS
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8700     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS ONSHORE L.P.    CEDAR HILL CAPITAL PARTNERS ONSHORE L.P.
     C/O CEDAR HILL CAPITAL PARTNERS, LLC        ALEX R. ROVIRA
     ATTN: KARL JOHNSON                          SIDLEY AUSTIN LLP
     445 PARK AVENUE, 5TH FLOOR                  787 SEVENTH AVENUE
     NEW YORK NY 10022                           NEW YORK NY 10019

Please note that your claim # 66576 in the above referenced case and in the amount of
     $1,527,932.09        has been transferred **(unless previously expunged by court order)**

        JPMORGAN CHASE BANK N.A.
        TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE L.P.
        ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
        ONE CHASE MANHATTAN PLAZA, FLOOR 26
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CEDAR HILL CAPITAL PARTNERS ONSHORE L.P.          CEDAR HILL CAPITAL PARTNERS ONSHORE L.P.
    ALEX R. ROVIRA                                          C/O CEDAR HILL CAPITAL PARTNERS, LLC
    SIDLEY AUSTIN LLP                                       ATTN: KARL JOHNSON
    787 SEVENTH AVENUE                                      445 PARK AVENUE, 5TH FLOOR
    NEW YORK NY 10019                                       NEW YORK NY 10022

Please note that your claim # 66576 in the above referenced case and in the amount of
    $1,527,932.09    has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSH
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8702    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                             /s/ Lauren Rodriguez
                             _____
                             By: Epiq Bankruptcy Solutions, LLC
                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P            CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
       ATTN: KARL JOHNSON                                  LEE S. ATTANASIO AND ALEX R. ROVIRA
       C/O CEDAR HILL CAPITAL PARTNERS, LLC                SIDLEY AUSTIN LLP
       445 PARK AVENUE, 5TH FLOOR                          787 SEVENTH AVENUE
       NEW YORK NY 10022                                   NEW YORK NY 10019

Please note that your claim # 23491 in the above referenced case and in the amount of
       $1,557,188.06        has been transferred **(unless previously expunged by court order)**

       JPMORGAN CHASE BANK N.A.
       TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
       ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436
       ONE CHASE MANHATTAN PLAZA, FLOOR 26
       NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|                                          |
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
              Debtors.                     |
                                           |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P          CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
     LEE S. ATTANASIO AND ALEX R. ROVIRA               ATTN: KARL JOHNSON
     SIDLEY AUSTIN LLP                                  C/O CEDAR HILL CAPITAL PARTNERS, LLC
     787 SEVENTH AVENUE                                 445 PARK AVENUE, 5TH FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10022

Please note that your claim # 23491 in the above referenced case and in the amount of
     $1,557,188.06       has been transferred (**unless previously expunged by court order**)

                                                        JPMORGAN CHASE BANK N.A.
                                                        TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSH
                                                        ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436
                                                        ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____           |
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
            Debtors.                       |
                                           |
_____           |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P          CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
    ATTN: KARL JOHNSON                                 LEE S. ATTANSIO AND ALEX R. ROVIRA
    C/O CEDAR HILL CAPITAL PARTNERS, LLC               SIDLEY AUSTIN LLP
    445 PARK AVENUE, 5TH FLOOR                         787 SEVENTH AVENUE
    NEW YORK NY 10019                                  NEW YORK NY 10019

Please note that your claim # 23492 in the above referenced case and in the amount of
         $448,650.78       has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P | CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P |
| LEE S. ATTANSIO AND ALEX R. ROVIRA | ATTN: KARL JOHNSON |
| SIDLEY AUSTIN LLP | C/O CEDAR HILL CAPITAL PARTNERS, LLC |
| 787 SEVENTH AVENUE | 445 PARK AVENUE, 5TH FLOOR |
| NEW YORK NY 10019 | NEW YORK NY 10019 |

Please note that your claim # 23492 in the above referenced case and in the amount of
$448,650.78         has been transferred **(unless previously expunged by court order)**

JPMORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSH
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                Debtors.                |
                                        |
_____   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P<br>ATTN: KARL JOHNSON<br>C/O CEDAR HILL CAPITAL PARTNERS, LLC<br>445 PARK AVEUNUE, 5TH FLOOR<br>NEW YORK NY 10022 | CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P<br>LEE S. ATTANASIO AND ALEX R. ROVIRA<br>SIDLEY AUSTIN, LLP<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 |

Please note that your claim # 23493 in the above referenced case and in the amount of
         $1,108,537.28      has been transferred (**unless previously expunged by court order**)

```
JPMORGAN CHASE BANK N.A.
TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P                 CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P
     LEE S. ATTANASIO AND ALEX R. ROVIRA                      ATTN: KARL JOHNSON
     SIDLEY AUSTIN, LLP                                       C/O CEDAR HILL CAPITAL PARTNERS, LLC
     787 SEVENTH AVENUE                                       445 PARK AVEUNUE, 5TH FLOOR
     NEW YORK NY 10019                                        NEW YORK NY 10022

Please note that your claim # 23493 in the above referenced case and in the amount of
     $1,108,537.28       has been transferred **(unless previously expunged by court order)**

                                                             JPMORGAN CHASE BANK N.A.
                                                             TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSH
                                                             ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                                             ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702    in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
            Debtors.                     |
                                         |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P.          CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P.
     C/O CEDAR HILL CAPITAL PARTNERS LLC               ALEX R. ROVIRA
     ATTN: KARL JOHNSON                                SIDLEY AUSTIN LLP
     445 PARK AVENUE, 5TH FLOOR                        787 SEVENTH AVENUE
     NEW YORK NY 10022                                 NEW YORK NY 10019

Please note that your claim # 66574 in the above referenced case and in the amount of
     $1,527,932.09        has been transferred **(unless previously expunged by court order)**

     JPMORGAN CHASE BANK N.A.
     TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P.
     ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
     ONE CHASE MANHATTAN PLAZA, FLOOR 26
     NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P.          CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P.
    ALEX R. ROVIRA                                     C/O CEDAR HILL CAPITAL PARTNERS LLC
    SIDLEY AUSTIN LLP                                  ATTN: KARL JOHNSON
    787 SEVENTH AVENUE                                 445 PARK AVENUE, 5TH FLOOR
    NEW YORK NY 10019                                  NEW YORK NY 10022

Please note that your claim # 66574 in the above referenced case and in the amount of
     $1,527,932.09      has been transferred **(unless previously expunged by court order)**

                                                       JPMORGAN CHASE BANK N.A.
                                                       TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSH
                                                       ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                                       ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                       NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8702      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
              Debtors.             |
                                   |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

|  |  |
|---|---|
| To:  DEUTSCHE BANK AG LONDON BRANCH<br>ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG<br>WINCHESTER HOUSE<br>1 GREAT WINCHESTER STREET<br>LONDON    EC2N 2DB<br>UNITED KINGDOM | DEUTSCHE BANK AG LONDON BRANCH<br>CONOR MCGOVERN<br>DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN<br>21ST FLOOR, 99 BISHOPSGATE<br>LONDON EC2M 3XD UNITED KINGDOM |

Please note that your claim # 59724-01 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

        GRUSS GLOBAL INVESTORS MASTER FUND LTD
        TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
        C/O GRUSS ASSET MANAGEMENT LP
        ATTN: MICHAEL MONTICCIOLO
        667 MADISON AVENUE, 3RD FLOOR
        NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8706    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---------------------------------------------
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                  Debtors.          |
                                    |
---------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  DEUTSCHE BANK AG LONDON BRANCH | DEUTSCHE BANK AG LONDON BRANCH |
| CONOR MCGOVERN | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC |
| DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS | WINCHESTER HOUSE |
| 21ST FLOOR, 99 BISHOPSGATE | 1 GREAT WINCHESTER STREET |
| LONDON EC2M 3XD UNITED KINGDOM | LONDON    EC2N 2DB |
| | UNITED KINGDOM |

Please note that your claim # 59724-01 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

GRUSS GLOBAL INVESTORS MASTER FUND LTD
TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
C/O GRUSS ASSET MANAGEMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, 3RD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8706      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DEUTSCHE BANK AG LONDON BRANCH           DEUTSCHE BANK AG LONDON BRANCH
    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG    CONOR MCGOVERN
    WINCHESTER HOUSE                          DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
    1 GREAT WINCHESTER STREET                 21ST FLOOR, 99 BISHOPSGATE
    LONDON    EC2N 2DB                        LONDON EC2M 3XD UNITED KINGDOM
    UNITED KINGDOM

Please note that your claim # 59754-01 in the above referenced case and in the amount of
       $1.00       has been transferred (**unless previously expunged by court order**)

GRUSS GLOBAL INVESTORS MASTER FUND LTD
TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
C/O GRUSS ASSET MANAGEMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, 3RD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8706       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    ─────────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                 |
In re                            |   Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                 |
                                 |   (Jointly Administered)
                Debtors.         |
_____|

              NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                          BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
         CONOR MCGOVERN                                    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
         DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS   WINCHESTER HOUSE
         21ST FLOOR, 99 BISHOPSGATE                        1 GREAT WINCHESTER STREET
         LONDON EC2M 3XD UNITED KINGDOM                    LONDON    EC2N 2DB
                                                           UNITED KINGDOM

Please note that your claim # 59754-01 in the above referenced case and in the amount of
       $1.00        has been transferred (**unless previously expunged by court order**)

                                                     GRUSS GLOBAL INVESTORS MASTER FUND LTD
                                                     TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                     C/O GRUSS ASSET MANAGEMENT LP
                                                     ATTN: MICHAEL MONTICCIOLO
                                                     667 MADISON AVENUE, 3RD FLOOR
                                                     NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8706      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |     Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                |
                                |     (Jointly Administered)
                  Debtors.      |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK SECURITIES INC
             TRANSFEROR: VENOR CAPITAL MASTER FUND LTD.
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 62824-01 in the above referenced case and in the amount of
        $13,440,500.00        has been transferred **(unless previously expunged by court order)**

        GRUSS GLOBAL INVESTORS MASTER FUND LTD
        TRANSFEROR: DEUTSCHE BANK SECURITIES INC
        C/O GRUSS ASSET MANAGEMENT LP
        ATTN: MICHAEL MONTICIOLO
        667 MADISON AVENUE, 3RD FLOOR
        NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8706       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG
     ATTN: BERT GUQUA, ESQ.
     677 WASHINGTON BLVD.
     STAMFORD CT 06901

UBS AG
BINGHAM MCCUTCHEN LLP
ATTN: JOSHUA DORCHAK, ESQ.
399 PARK AVENUE
NEW YORK NY 10022

Please note that your claim # 50309-01 in the above referenced case and in the amount of
        $0.50        has been transferred **(unless previously expunged by court order)**

GRUSS GOLABAL INVESTORS MASTER FUND, LTD
TRANSFEROR: UBS AG
C/O GRUSS ASSET MANAGEMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, 3RD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8707        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG
     BINGHAM MCCUTCHEN LLP
     ATTN: JOSHUA DORCHAK, ESQ.
     399 PARK AVENUE
     NEW YORK NY 10022

UBS AG
ATTN: BERT GUQUA, ESQ.
677 WASHINGTON BLVD.
STAMFORD CT 06901

Please note that your claim # 50309-01 in the above referenced case and in the amount of
        $0.50        has been transferred **(unless previously expunged by court order)**

GRUSS GOLABAL INVESTORS MASTER FUND, LTD
TRANSFEROR: UBS AG
C/O GRUSS ASSET MANAGEMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, 3RD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8707      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                 Debtors.                 |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  UBS AG                              UBS AG
     ATTN: BERT GUQUA, ESQ.             BINGHAM MCCUTCHEN LLP
     677 WASHINGTON BLVD.               ATTN: JOSHUA DORCHAK, ESQ.
     STAMFORD CT 06901                  399 PARK AVENUE
                                        NEW YORK NY 10022

Please note that your claim # 50309-02 in the above referenced case and in the amount of
         $1.00          has been transferred **(unless previously expunged by court order)**

          GRUSS GLOBAL INVESTORS MASTER FIND (ENHANCED) LTD
          TRANSFEROR: UBS AG
          C/O GRUSS GLOBAL ASSET MANAGEMENT LP
          ATTN: MICHAEL MONTICCIOLO
          667 MADISON AVENUE, THIRD FLOOR
          NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8708      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)

                                               |    (Jointly Administered)

                    Debtors.                    |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   UBS AG                                         UBS AG
      BINGHAM MCCUTCHEN LLP                          ATTN: BERT GUQUA, ESQ.
      ATTN: JOSHUA DORCHAK, ESQ.                     677 WASHINGTON BLVD.
      399 PARK AVENUE                                STAMFORD CT 06901
      NEW YORK NY 10022

Please note that your claim # 50309-02 in the above referenced case and in the amount of
            $1.00        has been transferred **(unless previously expunged by court order)**

                                                GRUSS GLOBAL INVESTORS MASTER FIND (ENHANCED
                                                TRANSFEROR: UBS AG
                                                C/O GRUSS GLOBAL ASSET MANAGEMENT LP
                                                ATTN: MICHAEL MONTICCIOLO
                                                667 MADISON AVENUE, THIRD FLOOR
                                                NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8708        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                              |      Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |      08-13555 (JMP)
                                                   |
                                                   |      (Jointly Administered)
                       Debtors.                    |
                                                   |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
     ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG    CONOR MCGOVERN
     WINCHESTER HOUSE                                  DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
     1 GREAT WINCHESTER STREET                         21ST FLOOR, 99 BISHOPSGATE
     LONDON    EC2N 2DB                                LONDON EC2M 3XD UNITED KINGDOM
     UNITED KINGDOM

Please note that your claim # 59754-02 in the above referenced case and in the amount of
        $1.00        has been transferred **(unless previously expunged by court order)**

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD
TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
C/O GRUSS ASSET MANAGEMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, THIRD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                  |
In re                             |   Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                  |
                                  |   (Jointly Administered)
                 Debtors.         |
                                  |
_____ |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
     CONOR MCGOVERN                                    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
     DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS   WINCHESTER HOUSE
     21ST FLOOR, 99 BISHOPSGATE                        1 GREAT WINCHESTER STREET
     LONDON EC2M 3XD UNITED KINGDOM                    LONDON    EC2N 2DB
                                                       UNITED KINGDOM

Please note that your claim # 59754-02 in the above referenced case and in the amount of
          $1.00         has been transferred **(unless previously expunged by court order)**

                                        GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED
                                        TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                        C/O GRUSS ASSET MANAGEMENT LP
                                        ATTN: MICHAEL MONTICCIOLO
                                        667 MADISON AVENUE, THIRD FLOOR
                                        NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH            DEUTSCHE BANK AG LONDON BRANCH
     ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG     CONOR MCGOVERN
     WINCHESTER HOUSE                          DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
     1 GREAT WINCHESTER STREET                 21ST FLOOR, 99 BISHOPSGATE
     LONDON    EC2N 2DB                        LONDON EC2M 3XD UNITED KINGDOM
     UNITED KINGDOM

Please note that your claim # 59724-02 in the above referenced case and in the amount of
          $1.00        has been transferred **(unless previously expunged by court order)**

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD
TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
C/O GRUSS ASSET MANAGMENT LP
ATTN: MICHAEL MONTICCIOLO
667 MADISON AVENUE, THIRD FLOOR
NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                 Debtors.      |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH                      DEUTSCHE BANK AG LONDON BRANCH
     CONOR MCGOVERN                                      ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
     DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS    WINCHESTER HOUSE
     21ST FLOOR, 99 BISHOPSGATE                          1 GREAT WINCHESTER STREET
     LONDON EC2M 3XD UNITED KINGDOM                      LONDON    EC2N 2DB
                                                         UNITED KINGDOM

Please note that your claim # 59724-02 in the above referenced case and in the amount of
     $1.00        has been transferred **(unless previously expunged by court order)**

                                                         GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED
                                                         TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                         C/O GRUSS ASSET MANAGMENT LP
                                                         ATTN: MICHAEL MONTICCIOLO
                                                         667 MADISON AVENUE, THIRD FLOOR
                                                         NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                Debtors.        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH            DEUTSCHE BANK AG LONDON BRANCH
     ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG    CONOR MCGOVERN
     WINCHESTER HOUSE                          DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
     1 GREAT WINCHESTER STREET                 21ST FLOOR, 99 BISHOPSGATE
     LONDON    EC2N 2DB                        LONDON EC2M 3XD UNITED KINGDOM
     UNITED KINGDOM

Please note that your claim # 59753 in the above referenced case and in the amount of
        $0.00         has been transferred **(unless previously expunged by court order)**

        GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD
        TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
        C/O GRUSS ASSET MANAGEMENT LP
        ATTN: MICHAEL MONTICCIOLO
        667 MADISON AVENUE, THIRD FLOOR
        NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |       Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|     08-13555 (JMP)
                                    |
                                    |       (Jointly Administered)
             Debtors.               |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG LONDON BRANCH                      DEUTSCHE BANK AG LONDON BRANCH
     CONOR MCGOVERN                                      ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
     DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS    WINCHESTER HOUSE
     21ST FLOOR, 99 BISHOPSGATE                          1 GREAT WINCHESTER STREET
     LONDON EC2M 3XD UNITED KINGDOM                      LONDON    EC2N 2DB
                                                         UNITED KINGDOM

Please note that your claim # 59753 in the above referenced case and in the amount of
            $0.00        has been transferred (**unless previously expunged by court order**)


                                                         GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED
                                                         TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                         C/O GRUSS ASSET MANAGEMENT LP
                                                         ATTN: MICHAEL MONTICCIOLO
                                                         667 MADISON AVENUE, THIRD FLOOR
                                                         NEW YORK NY 10065


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK SECURITIES INC
             TRANSFEROR: VENOR CAPITAL MASTER FUND LTD.
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 62824 in the above referenced case and in the amount of
        $11,559,500.00        has been transferred **(unless previously expunged by court order)**

        GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD
        TRANSFEROR: DEUTSCHE BANK SECURITIES INC
        C/O GRUSS ASSET MANAGEMENT LP
        ATTN: MICHAEL MONTICCIOLO
        667 MADISON AVENUE, 3RD FLOOR
        NEW YORK NY 10065

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8709        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
               Debtors.                 |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  METROPOLITAN LIFE INSURANCE COMPANY          METROPOLITAN LIFE INSURANCE COMPANY
     1095 AVENUE OF THE AMERICAS                   TODD LURIE, ESQ.
     NEW YORK NY 10036                             C/O METLIFE
                                                   INVESTMENTS - LEGAL DEPT.
                                                   P.O. BOX 1902
                                                   10 PARK AVENUE
                                                   MORRISTOWN NJ 07962
```

Please note that your claim # 66436 in the above referenced case and in the amount of
$40,330,307.00       has been transferred **(unless previously expunged by court order)**

```
DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK, AG LONDON BRANCH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  METROPOLITAN LIFE INSURANCE COMPANY          METROPOLITAN LIFE INSURANCE COMPANY
     TODD LURIE, ESQ.                             1095 AVENUE OF THE AMERICAS
     C/O METLIFE                                  NEW YORK NY 10036
     INVESTMENTS - LEGAL DEPT.
     P.O. BOX 1902
     10 PARK AVENUE
     MORRISTOWN NJ 07962

Please note that your claim # 66436 in the above referenced case and in the amount of
     $40,330,307.00      has been transferred (**unless previously expunged by court order**)

                                                  DEUTSCHE BANK AG LONDON
                                                  TRANSFEROR: METROPOLITAN LIFE INSURANCE COMP
                                                  ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK, AG L
                                                  60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   METROPOLITAN LIFE INSURANCE COMPANY
      1095 AVENUE OF THE AMERICAS
      NEW YORK NY 10036

METROPOLITAN LIFE INSURANCE COMPANY
TODD LURIE, ESQ.
C/O METLIFE
INVESTMENTS - LEGAL DEPT.
P.O. BOX 1902
10 PARK AVENUE
MORRISTOWN NJ 07962

Please note that your claim # 26962 in the above referenced case and in the amount of
     $33,913,857.00       has been transferred (**unless previously expunged by court order**)

DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  METROPOLITAN LIFE INSURANCE COMPANY
     TODD LURIE, ESQ.
     C/O METLIFE
     INVESTMENTS - LEGAL DEPT.
     P.O. BOX 1902
     10 PARK AVENUE
     MORRISTOWN NJ 07962

METROPOLITAN LIFE INSURANCE COMPANY
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Please note that your claim # 26962 in the above referenced case and in the amount of
     $33,913,857.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMP
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LO
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  METROPOLITAN LIFE INSURANCE COMPANY
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

METROPOLITAN LIFE INSURANCE COMPANY
TODD LURIE, ESQ.
C/O METLIFE
INVESTMENTS - LEGAL DEPT.
P.O. BOX 1902
10 PARK AVENUE
MORRISTOWN NJ 07962

Please note that your claim # 66437 in the above referenced case and in the amount of
$40,330,307.00       has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                   Debtors.            |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  METROPOLITAN LIFE INSURANCE COMPANY        METROPOLITAN LIFE INSURANCE COMPANY
          TODD LURIE, ESQ.                           1095 AVENUE OF THE AMERICAS
          C/O METLIFE                                NEW YORK NY 10036
          INVESTMENTS - LEGAL DEPT.
          P.O. BOX 1902
          10 PARK AVENUE
          MORRISTOWN NJ 07962
```

Please note that your claim # 66437 in the above referenced case and in the amount of
       $40,330,307.00       has been transferred **(unless previously expunged by court order)**

```
                                                     DEUTSCHE BANK AG LONDON
                                                     TRANSFEROR: METROPOLITAN LIFE INSURANCE COMP
                                                     ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LO
                                                     60 WALL STREET, 3RD FLOOR
                                                     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  METROPOLITAN LIFE INSURANCE COMPANY
     1095 AVENUE OF THE AMERICAS
     NEW YORK NY 10036

METROPOLITAN LIFE INSURANCE COMPANY
TODD LURIE, ESQ.
C/O METLIFE
INVESTMENTS - LEGAL DEPT.
P.O. BOX 1902
10 PARK AVENUE
MORRISTOWN NJ 07962

Please note that your claim # 26964 in the above referenced case and in the amount of
     $33,732,412.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
|---|---|---|
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  METROPOLITAN LIFE INSURANCE COMPANY
     TODD LURIE, ESQ.
     C/O METLIFE
     INVESTMENTS - LEGAL DEPT.
     P.O. BOX 1902
     10 PARK AVENUE
     MORRISTOWN NJ 07962

METROPOLITAN LIFE INSURANCE COMPANY
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Please note that your claim # 26964 in the above referenced case and in the amount of
     $33,732,412.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG LONDON
TRANSFEROR: METROPOLITAN LIFE INSURANCE COMP
ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LO
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8713      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: LBVN HOLDINGS, L.L.C.
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 58883-01 in the above referenced case and in the amount of
        $1,885,000.00        has been transferred **(unless previously expunged by court order)**

              GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC) LTD
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: MORRIS TUCKER
              300 PARK AVENUE, 21ST FLOOR
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8715      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
                Debtors.               |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: LBVN HOLDINGS, L.L.C.
          745 SEVENTH AVENUE
          NEW YORK NY 10019

Please note that your claim # 58883-02 in the above referenced case and in the amount of
      $2,070,000.00       has been transferred **(unless previously expunged by court order)**

          GN3 SIP LTD
          TRANSFEROR: BARCLAYS BANK PLC
          ATTN: MORRIS TUCKER
          300 PARK AVENUE, 21ST FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8716      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STONE LION PORTFOLIO LP
     TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD
     STONE LION CAPITAL PARTNERS LP
     ATTN: CLAUDIA BORG
     461 FIFTH AVENUE, 14TH FLOOR
     NEW YORK NY 10017

Please note that your claim # 33613 in the above referenced case and in the amount of
     $80,590,294.22        has been transferred **(unless previously expunged by court order)**

     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: STONE LION PORTFOLIO LP
     ATTN: MATTHEW WEINSTEIN
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8717    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   STONE LION PORTFOLIO LP
          TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD.
          STONE LION CAPITAL PARTNERS LP
          ATTN: CLAUDIA BORG
          461 FIFTH AVENUE, 14TH FLOOR
          NEW YORK NY 10017

Please note that your claim # 66107 in the above referenced case and in the amount of
        $53,000,000.00        has been transferred (**unless previously expunged by court order**)

          DEUTSCHE BANK AG, LONDON BRANCH
          TRANSFEROR: STONE LION PORTFOLIO LP
          ATTN: MATTHEW WEINSTEIN
          60 WALL ST., 3RD FLOOR
          NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8717     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   BARCLAYS BANK PLC
              TRANSFEROR: LBVN HOLDINGS, L.L.C.
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 58883-03 in the above referenced case and in the amount of
     $2,785,000.00      has been transferred **(unless previously expunged by court order)**

             GOLDENTREE HIGH YIELD MASTER FUND LTD
             TRANSFEROR: BARCLAYS BANK PLC
             ATTN: MORRIS TUCKER
             300 PARK AVENUE, 25TH FLOOR
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8718     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                   Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
                                     |
                Debtors.             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  NYKREDIT BANK A/S
         PLESNER LAW FIRM
         ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
         AMERIKA PLADS 37
         COPENHAGEN    DK-2100
         DENMARK

Please note that your claim # 4907 in the above referenced case and in the amount of
    $1,468,332.17        has been transferred **(unless previously expunged by court order)**

         LONGACRE MASTER FUND II, LP
         TRANSFEROR: NYKREDIT BANK A/S
         ATTN: VLADIMIR JELISAVCIC
         810 SEVENTH AVENUE, 33RD FLOOR
         NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8719     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: LBVN HOLDINGS, L.L.C.
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 58883-04 in the above referenced case and in the amount of
        $11,625,000.00        has been transferred **(unless previously expunged by court order)**

              GOLDENTREE MASTER FUND, LTD
              TRANSFEROR: BARCLAYS BANK PLC
              300 Park Avenue, 21st Floor
              Attn: Christopher J. Dunn
              New York NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8720    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  3I GROUP PLC
               ATTN: MARK NEWMAN
               16 PALACE STREET
               LONDON    SW1E 5JD
               UNITED KINGDOM

Please note that your claim # 19472 in the above referenced case and in the amount of
          $27,311,072.39       has been transferred **(unless previously expunged by court order)**

               DEUTSCHE BANK AG, LONDON BRANCH (UK)
               TRANSFEROR: 3I GROUP PLC
               ATTN: MICHAEL SUTTON/PHILIP ROEVER
               WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
               LONDON    EC2N 2DB
               UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8721      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  NYKREDIT BANK A/S                              NYKREDIT BANK A/S
     KALVEBOD BRYGGE 1-3                            PLESNER LAW FIRM
     COPENHAGEN V    DK-1780                        RE: NYKREDIT BANK A/S
     DENMARK                                        ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
                                                    AMERIKA PLADS 37
                                                    COPENHAGEN DK-2100 DENMARK

Please note that your claim # 8028 in the above referenced case and in the amount of
     $1,468,332.17        has been transferred **(unless previously expunged by court order)**

          LONGACRE MASTER FUND II, LP
          TRANSFEROR: NYKREDIT BANK A/S
          ATTN: VLADIMIR JELISAVCIC
          810 SEVENTH AVENUE, 33RD FLOOR
          NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8722        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
            Debtors.            |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   NYKREDIT BANK A/S                          NYKREDIT BANK A/S
      PLESNER LAW FIRM                           KALVEBOD BRYGGE 1-3
      RE: NYKREDIT BANK A/S                      COPENHAGEN V    DK-1780
      ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV DENMARK
      AMERIKA PLADS 37
      COPENHAGEN DK-2100 DENMARK
```

Please note that your claim # 8028 in the above referenced case and in the amount of
     $1,468,332.17      has been transferred **(unless previously expunged by court order)**

```
                                          LONGACRE MASTER FUND II, LP
                                          TRANSFEROR: NYKREDIT BANK A/S
                                          ATTN: VLADIMIR JELISAVCIC
                                          810 SEVENTH AVENUE, 33RD FLOOR
                                          NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8722      in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| |
|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NYKREDIT BANK A/S                    NYKREDIT BANK A/S
             KALVEBOD BRYGGE 1-3                  PLESNER LAW FIRM
             COPENHAGEN V    DK-1780              RE: NYKREDIT BANK A/S
             DENMARK                              ATTN: ATTORNEY AT LAW SOREN TOFT BJERRESKOV
                                                  AMERIKA PLADS 37
                                                  COPENHAGEN DK-2100 DENMARK

Please note that your claim # 8029 in the above referenced case and in the amount of
        $10,549.23       has been transferred **(unless previously expunged by court order)**

             LONGACRE MASTER FUND II, LP
             TRANSFEROR: NYKREDIT BANK A/S
             ATTN: VLADIMIR JELISAVCIC
             810 SEVENTH AVENUE, 33RD FLOOR
             NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8723      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  NYKREDIT BANK A/S<br>PLESNER LAW FIRM<br>RE: NYKREDIT BANK A/S<br>ATTN: ATTORNEY AT LAW SOREN TOFT BJERRESKOV<br>AMERIKA PLADS 37<br>COPENHAGEN DK-2100 DENMARK | NYKREDIT BANK A/S<br>KALVEBOD BRYGGE 1-3<br>COPENHAGEN V   DK-1780<br>DENMARK |

Please note that your claim # 8029 in the above referenced case and in the amount of
       $10,549.23        has been transferred **(unless previously expunged by court order)**

LONGACRE MASTER FUND II, LP
TRANSFEROR: NYKREDIT BANK A/S
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8723     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                              Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NYKREDIT BANK A/S
             PLESNER LAW FIRM
             ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
             AMERIKA PLADS 37
             COPENHAGEN    DK-2100
             DENMARK

Please note that your claim # 10946 in the above referenced case and in the amount of
        $1,468,332.17        has been transferred **(unless previously expunged by court order)**

             LONGACRE MASTER FUND II, LP
             TRANSFEROR: NYKREDIT BANK A/S
             ATTN: VLADIMIR JELISAVCIC
             810 SEVENTH AVENUE, 33RD FLOOR
             NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8724        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
              Debtors.                  |
                                        |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  NYKREDIT BANK A/S
         PLESNER LAW FIRM
         ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
         AMERIKA PLADS 37
         COPENHAGEN    DK-2100
         DENMARK
```

Please note that your claim # 10947 in the above referenced case and in the amount of
        $10,549.23        has been transferred **(unless previously expunged by court order)**

```
         LONGACRE MASTER FUND II, LP
         TRANSFEROR: NYKREDIT BANK A/S
         ATTN: VLADIMIR JELISAVCIC
         810 SEVENTH AVENUE, 33RD FLOOR
         NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8725        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   NYKREDIT BANK A/S
              PIESNER LAW FIRM
              ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
              AMERIKA PLADS 37
              COPENHAGEN    DK-2100
              DENMARK

Please note that your claim # 3406 in the above referenced case and in the amount of
        $10,549.23        has been transferred **(unless previously expunged by court order)**

              LONGACRE MASTER FUND II, LP
              TRANSFEROR: NYKREDIT BANK A/S
              ATTN: VLADIMIR JELISAVCIC
              810 SEVENTH AVENUE, 33RD FLOOR
              NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8728        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                Debtors.        |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NYKREDIT BANK A/S
             PLESNER LAW FIRM
             ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
             AMERIKA PLADS 37
             COPENHAGEN    DK-2100
             DENMARK

Please note that your claim # 4908 in the above referenced case and in the amount of
        $1,468,332.17        has been transferred **(unless previously expunged by court order)**

             LONGACRE MASTER FUND II, LP
             TRANSFEROR: NYKREDIT BANK A/S
             ATTN: VLADIMIR JELISAVCIC
             810 SEVENTH AVENUE, 33RD FLOOR
             NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8730      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
                                    |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                    |    (Jointly Administered)
                                    |
              Debtors.              |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NYKREDIT BANK A/S                      NYKREDIT BANK A/S
    KALVEBOD BRYGGE 1-3                     PLESNER LAW FIRM
    COPENHAGEN V    DK-1780                 RE: NYKREDIT BANK A/S
    DENMARK                                 ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
                                            AMERIKA PLADS 37
                                            COPENHAGEN DK-2100 DENMARK

Please note that your claim # 8030 in the above referenced case and in the amount of
      $1,468,332.17        has been transferred **(unless previously expunged by court order)**

           LONGACRE MASTER FUND II, LP
           TRANSFEROR: NYKREDIT BANK A/S
           ATTN: VLADIMIR JELISAVCIC
           810 SEVENTH AVENUE, 33RD FLOOR
           NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8731     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
                          Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  NYKREDIT BANK A/S                             NYKREDIT BANK A/S
     PLESNER LAW FIRM                              KALVEBOD BRYGGE 1-3
     RE: NYKREDIT BANK A/S                         COPENHAGEN V    DK-1780
     ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV    DENMARK
     AMERIKA PLADS 37
     COPENHAGEN DK-2100 DENMARK
```

Please note that your claim # 8030 in the above referenced case and in the amount of
       $1,468,332.17       has been transferred **(unless previously expunged by court order)**

```
                                                 LONGACRE MASTER FUND II, LP
                                                 TRANSFEROR: NYKREDIT BANK A/S
                                                 ATTN: VLADIMIR JELISAVCIC
                                                 810 SEVENTH AVENUE, 33RD FLOOR
                                                 NEW YORK NY 100193
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8731        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                   |        Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al.,   |        08-13555 (JMP)
|
|        (Jointly Administered)
Debtors.         |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NYKREDIT BANK A/S
             PIESNER LAW FIRM
             ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV
             AMERIKA PLADS 37
             COPENHAGEN    DK-2100
             DENMARK

Please note that your claim # 3407 in the above referenced case and in the amount of
        $10,549.23        has been transferred **(unless previously expunged by court order)**

        LONGACRE MASTER FUND II, LP
        TRANSFEROR: NYKREDIT BANK A/S
        ATTN: VLADIMIR JELISAVCIC
        810 SEVENTH AVENUE, 33RD FLOOR
        NEW YORK NY 100193

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8733        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GSEF AL NAWRAS (CAYMAN) LIMITED
     C/O SCOTT GIBSON
     DUBAI INTERNATIONAL CAPITAL
     THE GATE, LEVEL 13, EAST WING
     PO BOX 72888
     SHEIKH ZAYED ROAD
     DUBAI
     UNITED ARAB EMIRATES

GSEF AL NAWRAS (CAYMAN) LIMITED
STEVEN ABRAMOWITZ, ESQ.
VINSON & ELKINS, LLP
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10103

Please note that your claim # 66503 in the above referenced case and in the amount of $15,334,482.67      has been transferred **(unless previously expunged by court order)**

LOOMIS STREET L.L.C.
TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED
C/O ROPES & GRAY LLP
ATTN: ADAM REISS
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8739      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                    Debtors.    |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GSEF AL NAWRAS (CAYMAN) LIMITED            GSEF AL NAWRAS (CAYMAN) LIMITED
     STEVEN ABRAMOWITZ, ESQ.                    C/O SCOTT GIBSON
     VINSON & ELKINS, LLP                       DUBAI INTERNATIONAL CAPITAL
     666 FIFTH AVENUE, 26TH FLOOR               THE GATE, LEVEL 13, EAST WING
     NEW YORK NY 10103                          PO BOX 72888
                                                SHEIKH ZAYED ROAD
                                                DUBAI
                                                UNITED ARAB EMIRATES

Please note that your claim # 66503 in the above referenced case and in the amount of
     $15,334,482.67        has been transferred **(unless previously expunged by court order)**

                                                LOOMIS STREET L.L.C.
                                                TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED
                                                C/O ROPES & GRAY LLP
                                                ATTN: ADAM REISS
                                                1211 AVENUE OF THE AMERICAS
                                                NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8739     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG LONDON
             TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
             ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 26962 in the above referenced case and in the amount of
        $33,913,857.00        has been transferred (**unless previously expunged by court order**)

        OZ SPECIAL MASTER FUND LTD
        TRANSFEROR: DEUTSCHE BANK AG LONDON
        9 WEST 57TH ST., 13TH FLOOR
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8756      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                Debtors.               |
                                       |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG LONDON
     TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
     ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
     60 WALL STREET, 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 26964 in the above referenced case and in the amount of $33,732,412.00       has been transferred **(unless previously expunged by court order)**

```
OZ SPECIAL MASTER FUND, LTD
TRANSFEROR: DEUTSCHE BANK AG LONDON
C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
9 WEST 57TH STREET, 13TH FLOOR
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8756       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
                                    |
_____|

                **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                        **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG LONDON
             TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
             ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK, AG LONDON BRANCH
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 66436 in the above referenced case and in the amount of
        $40,330,307.00        has been transferred **(unless previously expunged by court order)**

        OZ SPECIAL MASTER FUND, LTD.
        TRANSFEROR: DEUTSCHE BANK AG LONDON
        C/O OCH ZIFF CAPITAL MANAGEMENT GROUP
        9 WEST 57TH STREET, 13TH FLOOR
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8756      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                     Debtors.       |
                                    |
_____|

          **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                    **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  DEUTSCHE BANK AG LONDON
               TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY
               ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH
               60 WALL STREET, 3RD FLOOR
               NEW YORK NY 10005

Please note that your claim # 66437 in the above referenced case and in the amount of
     $40,330,307.00        has been transferred **(unless previously expunged by court order)**

          OZ SPECIAL MASTER FUND, LTD
          TRANSFEROR: DEUTSCHE BANK AG LONDON
          C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP
          9 WEST 57TH STREET, 13TH FLOOR
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8756      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD.
             C/O SEWARD & KISSEL LLP
             ATTN: JUSTIN L. SHEARER
             ONE BATTERY PARK PLAZA
             NEW YORK NY 10004

Please note that your claim # 66302 in the above referenced case and in the amount of
        $787,158.54        has been transferred **(unless previously expunged by court order)**

            UBS AG, STAMFORD BRANCH
            TRANSFEROR: INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD.
            ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS
            677 WASHINGTON BLVD
            STAMFORD CT 06901

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8762        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                   Debtors.            |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD.
             C/O SEWARD & KISSEL LLP
             ATTN: JUSTIN L. SHEARER
             ONE BATTERY PARK PLAZA
             NEW YORK NY 10004

Please note that your claim # 66304 in the above referenced case and in the amount of
        $1,578,000.00        has been transferred **(unless previously expunged by court order)**

        UBS AG, STAMFORD BRANCH
        TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD.
        ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS
        677 WASHINGTON BLVD
        STAMFORD CT 06901

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8763        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2010.

**EXHIBIT B**

```
TIME: 12:34:07                                    LEHMAN BROTHERS HOLDING INC.
DATE: 05/04/10                                        CREDITOR LISTING
```

| Name | Address |
|------|---------|
| 3I GROUP PLC | ATTN: MARK NEWMAN 16 PALACE STREET LONDON SW1E 5JD UNITED KINGDOM |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| AGGREGATING TRUST 7,L.L.C. | C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| BARCLAYS BANK PLC | TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SECURITY PACIFIC CAPITAL LEASING CORP ATTN: DANIEL CROWLEY, MANAGING DIRECTOR 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK, S.A. | FUNDS & SECURITIES - FOREIGN INVESTMENTS DEPT MATEO INURRIA, 15 - 1ST FLOOR MADRID 28036 SPAIN |
| BDF LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BDF LIMITED | C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| BLACK RIVER COMMODITY FUND LLC | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST. MINNEAPOLIS MN 55402 |
| BLACK RIVER COMMODITY FUND LLC | ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BLACK RIVER COMMODITY FUND LTD. | FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402 |
| BLACK RIVER COMMODITY FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BLACK RIVER COMMODITY FUND LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BLACK RIVER COMMODITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: ORANJE-NASSAU ENERGIE B.V. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KI |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED K |
| CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRÉNÉES | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRÉNÉES | GERARD FERRAN, DIRECTEUR DU CONTENTIEUX 10 AVENUE MAXWELL BP 22306-31023 TOULOUSE CEDEX FRANCE |
| CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRÉNÉES | SLOYETTE NOUEL, LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| CC ARBITRAGE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CC ARBITRAGE, LTD. | TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMITED ATTN: ALAN WEINE 111 W. JACKSON BLVD., 20TH FLOOR CHICAGO IL 60604 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND | LPC/O CEDAR HILL CAPITAL PARTNERS, LLC ATTN: KARL JOHNSON 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND | LPALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND | LPSIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND | LPC/O CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ATTN: KARL JOHNSON 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND. | LPALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS MASTER FUND. | LPTRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. 445 PARK AVENUE, 5TH FL ATTN: KARL JOHNSON NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. | LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE L.P. | C/O CEDAR HILL CAPITAL PARTNERS, LLC ATTN: KARL JOHNSON 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE L.P. | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | LEE S. ATTANSIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | ATTN: KARL JOHNSON C/O CEDAR HILL CAPITAL PARTNERS, LLC 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10019 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | C/O CEDAR HILL CAPITAL PARTNERS LLC ATTN: KARL JOHNSON 445 PARK AVENUE, 5TH FLOOR NEW YORK NY 10022 |
| CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CC ARBITRAGE, LTD. | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CC ARBITRAGE, LTD. | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE ATTN: GIL GOLAN ELEVEN MADISON AVNUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: CREDIT SUISSE ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CURA FIXED INCOME ARBITRAGE MASTER FUND. | LPDO SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CVI GV (LUX) MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2DB UNITED KINGDOM |
| CYBERAGENT FX, INC. | SHIBUYA MARK CITY WEST BLDG. 20F 1-12-1 DOUGENZAKA SHIBUYA-KU TOKYO 150-0043 JAPAN |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK AG LONDON BRANCH 60 WALL STREET, 3RD FLOOR NEW Y |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY ATTN: MATTHEW WEINSTEIN, DEUTSCHE BANK, AG LONDON BRANCH 60 WALL STREET, 3RD FLOOR NEW |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AIRLIE OPPORTUNITY MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE ATTENTION: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |

```
                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 12:34:07
DATE: 05/04/10

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 7,1,L.C ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK SECURITIES INC | TRANSFEROR: VENOR CAPITAL MASTER FUND LTD 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FAIRFAX FINANCIAL HOLDINGS LIMITED | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: JEFFREY R. GLEIT & DANIEL A. FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| FAIRFAX FINANCIAL HOLDINGS LIMITED | ATTN: LEGAL COUNSEL 95 WELLINGTON STREET WEST, SUITE 800 TORONTO ON M5J 2N7 CANADA |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, | TRANSFEROR: GOLDMAN SACHS & CO ATTN: FERGAL CASSIDY 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO ATTN: FERGAL CASSIDY 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GN3 SIP LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 25TH FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: PRIMARY FUND OF A FUND SPC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 07302 |
| GOLDMAN SACHS INTERNATIONAL | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: KIYO BANK, LTD, THE C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: KIYO BANK, LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BDF LIMITED 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRUSS ARBITRAGE MASTER FUND, LTD | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GRUSS ARBITRAGE MASTER FUND (ENHANCED) | UBS AG C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS ARBITRAGE MASTER FUND (ENHANCED) | TUCHMAN BUILDING 909 THIRD AVENUE 43RD FLOOR NEW YORK NY 10036 |
| LITEDORAH TUCHMAN BUILDING, N.Y. | 909 3RD AVENUE ATTN: RATKA TIMES SQ. NEW YORK NY 10022 |
| GRUSS ARBITRAGE MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 100% |
| GRUSS GLOBAL INVESTORS MASTER FUND | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 100% |
| GRUSS GLOBAL INVESTORS MASTER FUND | TRANSFEROR: DEUTSCHE BANK SECURITIES INC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: DEUTSCHE BANK SECURITIES INC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: DEUTSCHE BANK SECURITIES INC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: UBS AG C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10065 |
| GSEF AL NAWRAS (CAYMAN) LIMITED | C/O SCOTT GIBSON DUBAI INTERNATIONAL CAPITAL THE GATE, LEVEL 13, EAST WING PO BOX 72888 SHEIKH ZAYED ROAD DUBAI UNITED ARAB EMIRATES |
| GSEF AL NAWRAS (CAYMAN) LIMITED | STEVEN ABRAMOWITZ, ESQ. VINSON & ELKINS, LLP 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| HSBC SECURITIES (JAPAN) LIMITED | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS LTD ATTN: TAKASHI NAKAMURA, DANIEL KENDO, AKIKO AKASAWA HSBC BUILDING, 11-1, NIHONBASHI 3 CHOME, CHUO-KU TOKYO 103 JAPAN |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND/OUTWARD | C/O KISSEL, SECURITIES INC 909 THIRD AVENUE, SUITE 909 NEW YORK NY 100 |
| JP MORGAN CHASE BANK | EDWARD J KISSEL ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10081 |
| JP MORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 CEDAR |
| JP MORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 CEDAR |
| JP MORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 CEDAR |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS OFFSHORE, LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW |
| JPMORGAN CHASE BANK N.A. | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW |
| KEYBANK NATIONAL ASSOCIATION | TRANSFEROR: LODEN DIAMOND MCCARTHY LLP 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| KINGATE ACQUISITION COMPANY, LLC | TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 |
| KIYO BANK, LTD, THE | TRANSFEROR: GOLDMAN SACHS, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KIYO BANK, LTD. | TRANSFEROR: LODEN DIAMOND MCCARTHY LLP 909 FANNIN DIVISION 1-35 HONMACHI WAKAYAMA 640-8656 JAPAN |
| KIYO BANK, LTD. | TREASURY & SECURITIES DIVISION 1-35 HONMACHI WAKAYAMA 640-8656 JAPAN |
| KREISSPARKASSE HEINSBERG | DIAMOND MCCARTHY LLP ATTN: ALLAN B DIAMOND, STEPHEN T LODEN TWO HOUSTON CENTER 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| LHB INTERNATIONALE HANDELSBANK AG | C/O STEPHEN T. LODEN DIAMOND MCCARTHY LLP 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| LONGACRE MASTER FUND II, LP | ANSTALT DES OEFFENTLICHEN RECHTS ATTN: DR. UDO MITSCH DR.-EBERLE-PLATZ 1 ERKELENZ DE-41812 GERMANY |
|  | ROSSE GALLUSSTR. 16 FRANKFURT 60311 GERMANY |
|  | TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 100193 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 12:34:07
DATE: 05/04/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
|------|---------|
| LOOMIS STREET L.L.C. | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ATTN: GARY S. COHEN/RONAL TOROX C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: NAXTIS S.A. BANK OF AMERICA MERRILL LYNCH FIN CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH JAPAN FINANCE CO. LTD | TRANSFEROR: CYBERAGENT FX INC. C/O MERRILL LYNCH CREDIT PRODUCTS LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROX BANK OF AMERICA TOWER |
| METROPOLITAN LIFE INSURANCE COMPANY | TRANSFEROR: 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| METROPOLITAN LIFE INSURANCE COMPANY | TRANSFEROR: TODD LURIE, ESQ. C/O METLIFE INVESTMENTS - LEGAL DEPT. P.O. BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| MIZHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZHO SECURITIES CO LTD | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739) 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MOUNT KELLETT MASTER FUND II L.P. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NAXTIS S.A. | GENERAL COUNSEL, THOMAS G. SHARPE NATIXIS S.A. 9 WEST 57TH STREET NEW YORK NY 10019 |
| NAXTIS S.A. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NAXTIS S.A. | TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE MIDI-PYRENEES ATTN: L.E. AUBERGER 30 AVENUE PIERRE MENDES-FRANCE 75013 PARIS FRANCE |
| NYKREDIT BANK A/S | KALVEBOD BRYGGE 1-3 COPENHAGEN V DK-1780 DENMARK |
| NYKREDIT BANK A/S | PLESNER LAW FIRM ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN DK-2100 DENMARK |
| NYKREDIT BANK A/S | PLESNER LAW FIRM ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN DK-2100 DENMARK |
| NYKREDIT BANK A/S | PLESNER LAW FIRM RE: NYKREDIT BANK A/S ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN DK-2100 DENMARK |
| NYKREDIT BANK A/S | PLESNER LAW FIRM RE: NYKREDIT BANK A/S ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN DK-2100 DENMARK |
| OBEROSTERREICHISCHE VERSICHERUNG AG | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ORANJE-NASSAU ENERGIE BV | C/O LISA BECKERMAN AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| O2 SPECIAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON 9 WEST 57TH ST., 13TH FLOOR NEW YORK NY 10019 |
| O2 SPECIAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| O2 SPECIAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739) | TRANSFEROR: SCOTT CARMACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739) | TRANSFEROR: BERMUDA TRUST II ATTN: SCOTT CARMACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| SECURITY PACIFIC CAPITAL LEASING CORP | C/O BANK OF AMERICA NATIONAL ASSOCIATION STEVEN JACOBS 555 CALIFORNIA ST, 4TH FLOOR SAN FRANCISCO CA 94101 |
| SERENGETI OVERSEAS LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 12TH Fl New York NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SFCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SFCP GROUP, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO As Agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund, Ltd ATTN: ADAM J. DEPANTIS LHS |
| STONE LION PORTFOLIO LP | TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK |
| STONE LION PORTFOLIO LP | TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD. STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR NEW YORK |
| STONEHILL MASTER FUND LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| SUMMIT PETROLEUM LIMITED | TRANSFEROR: C/O MESA (U.K.) LIMITED ATTN LISA BECKERMAN AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| UBS AG | ATTN: BERT GUQJA, ESQ. 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 0690 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 0 |
| YORVIK PARTNERS LLP | TRANSFEROR: KREISSPARKASSE HEINSBERG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: LHB INTERNATIONAL HANDELSBANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC3V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UK |
| YORVIK PARTNERS LLP | TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    158

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153