**Exhibit "I"**

```
 1                UNITED STATES BANKRUPTCY COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                         --oOo--

 4 In Re:                          )  Case No. SA08-17206-ES
                                   )
 5 PALMDALE HILLS PROPERTY, LLC,   )  Santa Ana, California
                                   )  Thursday, February 11, 2010
 6         Debtor.                 )  10:30 a.m.
   _____)
 7

 8                                   ADV. 09-01005
                                     SCC ACQUISITION INC ET AL
 9                                   V. LEHMAN ALI INC ET AL

10                                   HEARING RE: JOINT STIPULATION
                                     REGARDING PLAINTIFFS' MOTION
11                                   TO COMPEL DISCOVERY FROM
                                     DEFENDANTS LEHMAN ALI, INC.,
12                                   LEHMAN COMMERCIAL PAPER,
                                     INC., NORTHLAKE HOLDINGS,
13                                   LLC, OVC HOLDINGS, LLC, AND
                                     LV PACIFIC POINT, LLC
14
                                     CONT'D HEARING RE: DEFENDANTS
15                                   LEHMAN ALI, INC., LEHMAN
                                     COMMERCIAL PAPER, INC.,
16                                   NORTHLAKE HOLDINGS, LLC, OVC
                                     HOLDINGS, LLC, AND LV PACIFIC
17                                   POINT, LLC'S MOTION TO COMPEL

18                                   HEARING RE: DEFENDANT FENWAY
                                     CAPITAL, LLC'S MOTION TO
19                                   DISMISS THIRD AMENDED
                                     COMPLAINT
20

21

22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

```
                              CONT'D HEARING RE: DEFENDANTS
                              LEHMAN ALI INC.'S, NORTHLAKE
                              HOLDINGS LLC'S, OVC HOLDINGS
                              LLC'S, AND CREDITOR LEHMAN
                              COMMERCIAL PAPER INC.'S
                              MOTION TO DISMISS THIRD
                              AMENDED COMPLAINT

              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE ERITHE A. SMITH
             UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Trustee and Voluntary Debtors: | SKIP MILLER, ESQ.<br>BRIAN A. PROCEL, ESQ.<br>MARTY PRITIKIN, ESQ.<br>Miller, Barondess, LLP<br>1999 Avenue of the Stars<br>Suite 1000<br>Los Angeles, California 90067<br>(310) 552-4400 |
| For the Voluntary Debtors: | PAUL J. COUCHOT, ESQ.<br>SEAN O'KEEFE, ESQ.<br>PETER LIANIDES, ESQ.<br>Winthrop, Couchot<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, California 92660<br>(949) 720-4100 |
| For the Lehman Entities: | DEAN A. ZIEHL, ESQ.<br>Pachulski, Stang, Ziehl & Jones<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, California 90067<br>(310) 277-6910 |

```
 1  APPEARANCES:  (cont'd.)

 2  For the Lehman Entities:       CLAY ROESCH, ESQ.
                                   EDWARD SOTO, ESQ.
 3                                 ALLEN YANCY, ESQ.
                                   Weil, Gotshal & Manges, LLP
 4                                 139 Brickell Avenue
                                   Suite 1200
 5                                 Miami, Florida 33131
                                   (305) 577-3100
 6

 7  For Fenway Capital:            RICHARD REINTHALER, ESQ.
                                   IRENA GOLDSTEIN, ESQ.
 8                                 CORINNE LEVY, ESQ.
                                   Dewey & LeBoeuf
 9                                 1301 Avenue of the Americas
                                   New York, New York 10119
10                                 (212) 259-8000

11  For Joint Provisional          JONATHAN M. HOFF, ESQ.
      Liquidators of Lehman RE     Cadwalader, Wickersham & Taft
12    Limited:                     One World Financial Center
                                   New York, New York 10281
13                                 (212) 504-6000

14  For the Committee in           ALAN J. FRIEDMAN, ESQ.
      Voluntary Cases:             Irell & Manella, LLC
15                                 840 Newport Center Drive
                                   Suite 400
16                                 Newport Beach, California
                                     92660
17                                 (949) 760-0991

18  For the Committee in           HUTCHINSON MELTZER, ESQ.
      Trustee Cases:               Weiland, Golden, Smiley,
19                                   Wang, Ekvall & Strok, LLP
                                   650 Town Center Drive
20                                 Suite 950
                                   Costa Mesa, California 92626
21                                 (714) 966-1000

22  For Creditor, TC               ROBERT MARTINEZ, ESQ.
      Construction Co., Inc.:      McDougal, Love, Eckis,
23                                   Boehmer
                                   460 North Magnolia
24                                 El Cajon, California 92022
                                   (619) 440-4444
25
```

```
 1  Court Recorder:            Rick Reid
                               United States Bankruptcy Court
 2                             411 West Fourth Street
                               Suite 2030
 3                             Santa Ana, California 92701

 4  Transcriber:               Briggs Reporting Company, Inc.
                               6336 Greenwich Drive, Suite B
 5                             San Diego, California 92122
                               (310) 410-4151
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*Briggs Reporting Company, Inc.*

1          What I'm about to say is that in fact, the point
2 that somehow there are no property interests of Lehman that
3 are now being implicated because this Court ruled on October
4 2nd that among the quote-unquote "sold loans" were also the
5 unsold loans.
6          That point has never been raised to this Court,
7 and I haven't raised it.  But it was raised to the BAP.  And
8 the only way -- I guess the only way that it can be
9 clarified --
10         THE COURT:  Well, I -- I'm confused.  This is why
11 I wanted to stop this anyway, because now it's just getting
12 out of hand.
13         MR. SOTO:  Okay.
14         THE COURT:  Because the point is I' ve always
15 understood that there were sold and there were unsold loans.
16         MR. SOTO:  Then there's no issue, your Honor.
17 Then if that's true, there's no issue, because the BAP
18 understands it as well.  And the motion for clarification --
19         THE COURT:  All right.  We've been through that at
20 numerous hearings, so this is, in my view, not really new.
21 Okay.
22         MR. SOTO:  Thank you, your Honor.
23         THE COURT:  So now we need to -- I guess it needs
24 to be soon, right, because we've got discovery things going
25 on also.