**Exhibit "I"**

```
 1                UNITED STATES BANKRUPTCY COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                        --oOo--

 4  In Re:                          )  Case No. SA08-17206-ES
                                    )
 5  PALMDALE HILLS PROPERTY, LLC,   )  Santa Ana, California
                                    )  Thursday, February 11, 2010
 6          Debtor.                 )  10:30 a.m.
   _____)
 7

 8                                  ADV. 09-01005
                                    SCC ACQUISITION INC ET AL
 9                                  V. LEHMAN ALI INC ET AL

10                                  HEARING RE: JOINT STIPULATION
                                    REGARDING PLAINTIFFS' MOTION
11                                  TO COMPEL DISCOVERY FROM
                                    DEFENDANTS LEHMAN ALI, INC.,
12                                  LEHMAN COMMERCIAL PAPER,
                                    INC., NORTHLAKE HOLDINGS,
13                                  LLC, OVC HOLDINGS, LLC, AND
                                    LV PACIFIC POINT, LLC
14
                                    CONT'D HEARING RE: DEFENDANTS
15                                  LEHMAN ALI, INC., LEHMAN
                                    COMMERCIAL PAPER, INC.,
16                                  NORTHLAKE HOLDINGS, LLC, OVC
                                    HOLDINGS, LLC, AND LV PACIFIC
17                                  POINT, LLC'S MOTION TO COMPEL

18                                  HEARING RE: DEFENDANT FENWAY
                                    CAPITAL, LLC'S MOTION TO
19                                  DISMISS THIRD AMENDED
                                    COMPLAINT
20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

```
                                                                          ii

 1                         CONT'D HEARING RE: DEFENDANTS
                           LEHMAN ALI INC.'S, NORTHLAKE
 2                         HOLDINGS LLC'S, OVC HOLDINGS
                           LLC'S, AND CREDITOR LEHMAN
 3                         COMMERCIAL PAPER INC.'S
                           MOTION TO DISMISS THIRD
 4                         AMENDED COMPLAINT

 5                   TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE ERITHE A. SMITH
 6                 UNITED STATES BANKRUPTCY JUDGE

 7 APPEARANCES:

 8 For the Trustee and           SKIP MILLER, ESQ.
     Voluntary Debtors:          BRIAN A. PROCEL, ESQ.
 9                               MARTY PRITIKIN, ESQ.
                                 Miller, Barondess, LLP
10                               1999 Avenue of the Stars
                                 Suite 1000
11                               Los Angeles, California 90067
                                 (310) 552-4400
12

13 For the Voluntary Debtors:    PAUL J. COUCHOT, ESQ.
                                 SEAN O'KEEFE, ESQ.
14                               PETER LIANIDES, ESQ.
                                 Winthrop, Couchot
15                               660 Newport Center Drive
                                 4th Floor
16                               Newport Beach, California
                                   92660
17                               (949) 720-4100

18 For the Lehman Entities:      DEAN A. ZIEHL, ESQ.
                                 Pachulski, Stang, Ziehl &
19                                 Jones
                                 10100 Santa Monica Boulevard
20                               11th Floor
                                 Los Angeles, California 90067
21                               (310) 277-6910

22

23

24

25
```

```
                                                                        iii
 1  APPEARANCES:  (cont'd.)

 2  For the Lehman Entities:     CLAY ROESCH, ESQ.
                                 EDWARD SOTO, ESQ.
 3                               ALLEN YANCY, ESQ.
                                 Weil, Gotshal & Manges, LLP
 4                               139 Brickell Avenue
                                 Suite 1200
 5                               Miami, Florida 33131
                                 (305) 577-3100
 6

 7  For Fenway Capital:          RICHARD REINTHALER, ESQ.
                                 IRENA GOLDSTEIN, ESQ.
 8                               CORINNE LEVY, ESQ.
                                 Dewey & LeBoeuf
 9                               1301 Avenue of the Americas
                                 New York, New York 10119
10                               (212) 259-8000

11  For Joint Provisional        JONATHAN M. HOFF, ESQ.
      Liquidators of Lehman RE   Cadwalader, Wickersham & Taft
12    Limited:                   One World Financial Center
                                 New York, New York 10281
13                               (212) 504-6000

14  For the Committee in         ALAN J. FRIEDMAN, ESQ.
      Voluntary Cases:           Irell & Manella, LLC
15                               840 Newport Center Drive
                                 Suite 400
16                               Newport Beach, California
                                   92660
17                               (949) 760-0991

18  For the Committee in         HUTCHINSON MELTZER, ESQ.
      Trustee Cases:             Weiland, Golden, Smiley,
19                                 Wang, Ekvall & Strok, LLP
                                 650 Town Center Drive
20                               Suite 950
                                 Costa Mesa, California 92626
21                               (714) 966-1000

22  For Creditor, TC             ROBERT MARTINEZ, ESQ.
      Construction Co., Inc.:    McDougal, Love, Eckis,
23                                 Boehmer
                                 460 North Magnolia
24                               El Cajon, California 92022
                                 (619) 440-4444
25
```

*Briggs Reporting Company, Inc.*

iv

1  Court Recorder:              Rick Reid
                                United States Bankruptcy Court
2                               411 West Fourth Street
                                Suite 2030
3                               Santa Ana, California 92701

4  Transcriber:                 Briggs Reporting Company, Inc.
                                6336 Greenwich Drive, Suite B
5                               San Diego, California 92122
                                (310) 410-4151
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

187

1        What I'm about to say is that in fact, the point
2 that somehow there are no property interests of Lehman that
3 are now being implicated because this Court ruled on October
4 2nd that among the quote-unquote "sold loans" were also the
5 unsold loans.
6        That point has never been raised to this Court,
7 and I haven't raised it.  But it was raised to the BAP.  And
8 the only way -- I guess the only way that it can be
9 clarified --
10       THE COURT:  Well, I -- I'm confused.  This is why
11 I wanted to stop this anyway, because now it's just getting
12 out of hand.
13       MR. SOTO:  Okay.
14       THE COURT:  Because the point is I' ve always
15 understood that there were sold and there were unsold loans.
16       MR. SOTO:  Then there's no issue, your Honor.
17 Then if that's true, there's no issue, because the BAP
18 understands it as well.  And the motion for clarification --
19       THE COURT:  All right.  We've been through that at
20 numerous hearings, so this is, in my view, not really new.
21 Okay.
22       MR. SOTO:  Thank you, your Honor.
23       THE COURT:  So now we need to -- I guess it needs
24 to be soon, right, because we've got discovery things going
25 on also.

*Briggs Reporting Company, Inc.*