# Exhibit "J"

LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN, State Bar. No. 210845
mpritikin@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Special Litigation Counsel for
Jointly Administered Debtors in Possession
and Chapter 11 Trustee

FILED & ENTERED

APR 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION

In re

PALMDALE HILLS PROPERTY, LLC,
AND ITS RELATED DEBTORS,

    Jointly Administered Debtors
    and Debtors-in-Possession

**ADVERSARY PROCEEDING**

PALMDALE HILLS PROPERTY, LLC, et al.,

    Plaintiffs,

v.

LEHMAN ALI, INC., et al.,

    Defendants.

**CASE NO. 8:08-bk-17206-ES**
Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573 ES;
8:08-bk-17574-ES; 8:08-bk-17575 ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES;
8:08-bk-17588-ES

**Adversary No. 8:09-ap-01005-ES**

**ORDER RE LEHMAN ENTITIES' AMENDED MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Hearing: February 11, 2010
Time: 2:00 p.m.
Ctrm.: 5A

# ORDER

**IT IS HEREBY ORDERED** that the Lehman Lenders Amended Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion to Dismiss") is **GRANTED IN PART AND DENIED IN PART**.

1) The decision in *Lehman Commercial Paper, Inc. v. Palmdale Hills Property, LLC* (*In re Palmdale Hills Property, LLC*), -- B.R. --, 2009 WL 5812119 (B.A.P. 9th Cir. 2009) is binding on this Court.

2) Under *In re Palmdale Hills Property, LLC*, the claims for relief brought against Defendant Lehman Commercial Paper Inc. ("LCPI") – namely, claims 1, 5, 7, 8, and 9 – are affirmative relief and, therefore violate LCPI's automatic stay. Consequently, the first, fifth, seventh, eighth, and ninth claims for relief are dismissed without prejudice to the extent that they are brought against LCPI. Plaintiffs must seek relief from LCPI's automatic stay in the United States Bankruptcy Court for the Southern District of New York in order to bring any claims against LCPI in this adversary proceeding.

3) As to the remaining Defendants,[1] the Motion to Dismiss:

   a. the first claim for relief is DENIED;
   
   b. the second claim for relief is DENIED;
   
   c. the third claim for relief is GRANTED WITHOUT PREJUDICE;
   
   d. the fourth claim for relief is GRANTED WITHOUT PREJUDICE;
   
   e. the fifth claim for relief is DENIED;
   
   f. the sixth claim for relief is GRANTED WITHOUT PREJUDICE to the extent that Plaintiffs seek to avoid and recover certain prepetition transfers from SunCal Marblehead Heartland Master LLC to Defendant Lehman ALI in the amount of $3,390,280.37 and is DENIED in all other respects;
   
   g. the seventh claim for relief is DENIED;

---

[1] Defendants Lehman ALI, Inc. ("Lehman ALI"), OVC Holdings LLC, Northlake Holdings LLC, and LV Pacific Point, LLC.

1        h. the eighth claim for relief is DENIED;

2        i. the ninth claim for relief is GRANTED WITHOUT PREJUDICE.

3    4) In sum, as to the remaining Defendants, the third, fourth, and ninth claims for relief are dismissed in their entirety without prejudice, and the sixth claim for relief is dismissed in part consistent with this Order.

6    5) Plaintiffs may file an amended complaint by April 9, 2010.

8 **IT IS SO ORDERED.**

10                        ###

DATED: April 12, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

61997.1

ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described **ORDER RE LEHMAN ENTITIES' AMENDED MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 18, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | Carole Conklin | /s/ Carole Conklin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT

61997.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# SERVICE LIST

**I.** **Served by NEF**

n/a

**II.** **Served By U.S. Mail**

n/a

**II.** **Served by Personal Delivery, Facsimile Transmission or Email**

BY ATTORNEY SERVICE

Judge's Copy
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Bldg and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

BY EMAIL

<u>Lehman Ali, Inc., Lehman Commercial Paper, Inc., OVC Holdings, Northlake Holdings, LV Pacific Point</u>
Weil Gostshal & Manges LLP
   edward.soto@weil.com
   elisa.lemmer@weil.com
   shai.waisman@weil.com
   allen.blaustein@weil.com
   lauren.zerbinopoulos@weil.com

Pachulski Stang Ziehl & Jones LLP
   rpachulski@pszjlaw.com
   dziehl@pszjlaw.com

<u>Fenway Capital LLC</u>
Dewey & LeBoeuf LLP
   rreinthaler@DeweyLeBoeuf.com
   clevy@DeweyLeBoeuf.com
   jschreiber@dl.com

<u>Lehman Re Ltd</u>
Cadwalader, Wickersham & Taft LLP
   jonathan.hoff@cwt.com
   liz.butler@cwt.com

DLA Piper

betty.shumener@dlapiper.com

<u>LB/L-Duc III Master LLP</u>
Joseph A. Eisenberg
   jae@jmbm.com

<u>Counsel for Chapter 11 Trustee Steven M. Speier</u>
The Lobel Firm, LLP
   wlobel@thelobelfirm.com

<u>General Insolvency Counsel for Jointly Administered Debtors in Possession</u>
Winthrop Couchot, P.C.
   pcouchot@winthropcouchot.com
   plianides@winthropcouchot.com
   sokeefe@winthropcouchot.com

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE LEHMAN ENTITIES' AMENDED MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 18, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

61997.1

1

ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT.

61997.1

# SERVICE LIST

**I.     Served by NEF**

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com

- Joseph A Eisenberg     jae@jmbm.com

- Lei Lei Wang Ekvall     lekvall@wgllp.com

- Alan J Friedman     afriedman@irell.com

- Christian J Gascou     cgascou@gascouhopkins.com

- Kelly C Griffith     bkemail@harrisbeach.com

- Jonathan M Hoff     jonathan.hoff@cwt.com

- Christopher W Keegan     ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com

- Kerri A Lyman     klyman@irell.com

- Hutchison B Meltzer     hmeltzer@wgllp.com

- James M Miller     jmiller@millerbarondess.com

- Henry H Oh     henry.oh@dlapiper.com, bambi.clark@dlapiper.com

- Sean A Okeefe     sokeefe@okeefelc.com

- John E Schreiber     jschreiber@dl.com

- Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com

- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

- Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com

- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com

**II.     Served By U.S. Mail**

n/a

---

2
ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT.

61997.1

| | |
|---|---|
| 1 | **III.**       **Served by Personal Delivery, Facsimile Transmission or Email** |
| 2 | BY EMAIL |

Lehman Ali, Inc., Lehman Commercial Paper, Inc., OVC Holdings, Northlake Holdings, LV Pacific Point
Weil Gostshal & Manges LLP
   edward.soto@weil.com
   elisa.lemmer@weil.com
   shai.waisman@weil.com
   allen.blaustein@weil.com
   lauren.zerbinopoulos@weil.com

Pachulski Stang Ziehl & Jones LLP
   rpachulski@pszjlaw.com
   dziehl@pszjlaw.com

Fenway Capital LLC
Dewey & LeBoeuf LLP
   rreinthaler@DeweyLeBoeuf.com
   clevy@DeweyLeBoeuf.com
   jschreiber@dl.com

Lehman Re Ltd
Cadwalader, Wickersham & Taft LLP
   jonathan.hoff@cwt.com
   liz.butler@cwt.com

DLA Piper
   betty.shumener@dlapiper.com

LB/L-Duc III Master LLP
Joseph A. Eisenberg
   jae@jmbm.com

Counsel for Chapter 11 Trustee Steven M. Speier
The Lobel Firm, LLP
   wlobel@thelobelfirm.com

General Insolvency Counsel for
Jointly Administered Debtors in Possession
Winthrop Couchot, P.C.
   pcouchot@winthropcouchot.com
   plianides@winthropcouchot.com
   sokeefe@winthropcouchot.com

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

61997.1

3
ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT.