SALANS LLP
  Claude D. Montgomery
  Paul C. Gunther
  Michael Kauffman
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500
Fax: (212) 632-5555

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.  :    08-13555 (JMP)
                         Debtors.                   :
:    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF FILING OF CORRECTED SUPPLEMENTAL DECLARATION OF
JOHAN STENBERG IN SUPPORT OF SWEDBANK'S MOTION PURSUANT TO FED.
R. BANKR. P. 8005 FOR STAY PENDING APPEAL OF THE ORDER GRANTING THE
DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE
BANKRUPTCY CODE ENFORCING THE AUTOMATIC STAY AGAINST AND
<u>COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB</u>**

**PLEASE TAKE NOTICE** that on May 6, 2010, Salans LLP, on behalf Swedbank AB (publ.) filed a "Corrected Supplemental Declaration of Johan Stenberg in Support of Swedbank's Motion Pursuant to Fed. R. Bankr. P. 8005 for Stay Pending Appeal of the Order Granting the Debtors' Motion Pursuant go Sections 105(A) and 362 of the Bankruptcy Code Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB," dated May 6 ("Corrected Supplemental Declaration"). The Corrected Supplemental Declaration is attached hereto as Exhibit A.

NewYork 1349270.1

Dated: New York, New York
May 6, 2010

SALANS LLP

By: /s/ Claude D. Montgomery
Claude D. Montgomery, Esq.
Paul C. Gunther Esq.
Michael Kauffman, Esq.
620 Fifth Avenue
New York, New York 10020
(212) 632-5500

2

NewYork 1349270.1