SALANS LLP
  Claude D. Montgomery
  Paul C. Gunther
  Michael Kauffman
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500
Fax: (212) 632-5555

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.                       :   08-13555 (JMP)
                                                                  :
                                            **Debtors.**          :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

**CORRECTED SUPPLEMENTAL DECLARATION OF JOHAN STENBERG IN
SUPPORT OF SWEDBANK'S MOTION PURSUANT TO FED. R. BANKR. P. 8005 FOR
STAY PENDING APPEAL OF THE ORDER GRANTING THE DEBTORS' MOTION
PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY
CODE ENFORCING THE AUTOMATIC STAY AGAINST AND
<u>COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB</u>**

I, Johan Stenberg, make this declaration under the provisions of 28 U.S.C.

§1746(1) and state as follows:

1. I am over eighteen years of age.

2. I am competent to make this declaration, which is based on my own

personal knowledge and upon information and documents from business records that I believe to

be true and accurate.

3. I submit this declaration in support of Swedbank AB (publ.)

("Swedbank")'s Reply to Debtor's Objection to Swedbank's Motion Pursuant to Fed. R. Bankr.

P. 8005 for Stay Pending Appeal of the Order Granting the Debtors' Motion Pursuant to Sections

NewYork 1349206.1

105(A) and 362 of the Bankruptcy Code Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB ("Motion").

4. I hold the position of Senior Vice President at Swedbank. I have been employed by Swedbank at various positions since I was first hired in June of 1983. In my capacity as Senior Vice President, I am familiar with Swedbank's dealings with Lehman Brothers Holding, Inc. ("LBHI" or "Debtor") and its affiliates with whom Swedbank was doing business or acted as a counterparty prior to September 15, 2008. Since the commencement of the LBHI Chapter 11 reorganization case, I have coordinated Swedbank's investigation and response to the case and its proceedings.

5. Swedbank is a duly registered bank and financial institution organized under the laws of the Kingdom of Sweden.

6. Swedbank maintains a branch in New York State at One Penn Plaza, New York, New York 10119-0002, 15th Floor and is regulated by the New York State Banking Department as a foreign branch of a foreign bank.

7. In my work with Swedbank I am regularly involved with monitoring currency exchange rate fluctuations. In their objection to the Bank's request for a stay pending appeal, the Debtors' have misstated the relevant history of the relationship between the Swedish Krona and the US dollar and as a result overstated the nature of risk caused to which the Debtors will be exposed. The following is a true, accurate, chart summarizing the relevant exchange rate fluctuations of the Swedish Krona expressed in number of SEK per US Dollar on certain relevant dates during the period of Debtor's bankruptcy. The figures have been taken from the website www.federalreserve.gov/releases/h10/Hist/dat00_sd.htm.

| DATE | EVENT | EXCHANGE RATE |
|---|---|---|
| September 15, 2008 | LBHI Petition Date. | 6.7555 SEK/USD |
| November 12, 2008 | Date by which LBI asserts SEK84,906,363.85 were deposited. | 8.0426 SEK/USD |
| December 4, 2008 | Date of LBHI letter to Swedbank requesting confirmation of no setoff. | 8.1949 SEK/USD |
| January 20, 2009 | Date of Swedbank letter to LBHI reserving setoff rights. | 8.3929 SEK/USD |
| January 11, 2010 | First LBHI reference date. | 7.0242 SEK/USD |
| January 14, 2010 | Most favorable 2010 exchange rate to date. | 7.0217 SEK/USD |
| January 22, 2010 | Date of 362 Motion. | 7.2227 SEK/USD |
| April 14, 2010 | 362 Motion Hearing Date. | 7.1175 SEK/USD |
| April 21, 2010 | Second LBHI Reference Date. | 7.1848 SEK/USD |
| April 30, 2010 | Date of LBHI Objection to Stay Motion | 7.2359 SEK/USD |

8.      As of the date of the filing of the § 362 motion (22 January 2010), the Swedish Krona purchasing power of the US Dollar had declined less than 7% since the chapter 11 petition date (15 September 2008).

9.      I understand LBHI has suggested bonding an amount in addition to the Set off Account based upon 11% annual interest. The ISDA Master Agreements guaranteed by Lehman Brothers Holdings, Inc. and giving rise to Swedbank's proofs of claims require the payment of default interest by a defaulting party at the Default Rate. *See, e.g.,* LBHI ISDA Master Agreement, dated November 29, 2004, § 2(e), attached as Exhibit E to my Declaration in Support of Swedbank's Objection to the Debtors' Motion to Enforce the Automatic Stay, which is in turn attached as Exhibit A to my Supplemental Declaration dated April 21, 2010 in Support of the Stay Motion. As Swedbank is not the defaulting party under the ISDA Master Agreements it is not required to pay the default interest to the Debtors.

3

10. I further understand that the rate of interest allowed on any bankruptcy court money judgment is equal to the weekly average 1-year constant maturity yield. By using this average I have determined that the proper post judgment interest daily rate is 0.45%. Assuming the dispute were to last two years, the maximum amount to be bonded is the potential interest to be added to the principal of the account expressed in Dollars or US $103,311.60.

Dated: May 6, 2010

/s/ Johan Stenberg
Johan Stenberg
Senior Vice President
Swedbank AB (publ.)