**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper, Inc. ("Debtor") (08-13900) in
Lehman Brothers Holdings Inc., et al.
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 22831

KC CLO II Limited Company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Credit Suisse AG, Cayman Islands Branch**
Eleven Madison Avenue, 4th Floor
New York New York 10010
Pranisha Khadka
Telephone: 1 212 538 7103
E-mail: pranisha.khadka@credit-suisse.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $362,474.92 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 30, 2010.

| KC CLO II LIMITED COMPANY<br>By: Credit Suisse Alternative Capital, Inc., as sub-advisor | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH |
|---|---|
| By: *[signature]*<br>Name:<br>Name: LINDA R. KARN<br>Title: AUTHORIZED SIGNATORY | By: _____<br>Name:<br>Name:<br>Title: |
| | By: _____<br>Name:<br>Name:<br>Title |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 30, 2010.

KC CLO II LIMITED COMPANY
By: Credit Suisse Alternative Capital, Inc., as sub-advisor

By: _____
    Name:
    Name:
    Title:

CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH

By: _____
    Name: ERICA L. HRYNIUK
    Name:
    Title: AUTHORIZED SIGNATORY

By: _____
    Name:
    Name: Kamel Ouchikh
    Title: Authorized Signatory