SALANS
  Claude D. Montgomery
  Lee P. Whidden
  Paul C. Gunther
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500
Fax: (212) 632-5555

ATTORNEYS FOR SWEDBANK AB (publ.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|                                              :
In re                                          :
                                                      :   Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*   :   **08-13555 (JMP)**
                                        **Debtors.**   :   **(Jointly Administered)**
                                                      :
---------------------------------------------------------------x

## NOTICE OF APPEAL

      PLEASE TAKE NOTICE that Swedbank AB (publ.) ("Swedbank"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from each and every part of the Order granting the Motion of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") pursuant to Sections 105(a) and 362 of the Bankruptcy Code to Enforce the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB (the "Order") entered by the United States Bankruptcy Court for the Southern District of New York by the Honorable James M. Peck on May 5, 2010 [Docket No. 8800] and the related Memorandum Decision (the "Decision") of the same date [Docket No. 8806]. Copies of the Order appealed from and the

NewYork 1349298.1

Decision are attached hereto as **Exhibit A**.  The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellant:** | **Attorneys to the Appellant:** |
|---|---|
| Swedbank AB (publ.) | SALANS LLP |
| | Claude D. Montgomery |
| | Lee P. Whidden |
| | Paul C. Gunther |
| | Rockefeller Center |
| | 620 Fifth Avenue |
| | New York, NY 10020-2457 |
| | Tel: (212) 632-5500 |
| | |
| **Appellees:** | **Attorneys for the Appellees:** |
| LEHMAN BROTHERS HOLDINGS INC., et al., | WEIL GOTSHAL & MANGES LLP |
| | Richard P. Krasnow |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Tel: (212) 310-8000 |
| | |
| **Other Parties to the Order:** | **Attorney for the Other Parties:** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | Dennis F. Dunne |
| | Evan R. Fleck |
| | Dennis C. O'Donnell |
| | 1 Chase Manhattan Plaza |
| | New York, NY 10005 |
| | Tel: (212) 530-5000 |

Dated: May 6, 2010
New York, New York

SALANS LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500

By: /s/ Claude D. Montgomery
        Claude D. Montgomery

ATTORNEYS FOR SWEDBANK AB (publ.)

NewYork 1349298.1

NewYork 1349298.1