**File a Notice:**

08-13555-jmp Lehman Brothers Holdings Inc.

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Robert C. Yan entered on 5/5/2010 at 3:02 PM and filed on 5/5/2010
**Case Name:**         Lehman Brothers Holdings Inc.
**Case Number:**       08-13555-jmp
**Document Number:**   8795

**Docket Text:**
Notice of Adjournment of Hearing *on Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001* (related document(s)[8425]) filed by Robert C. Yan on behalf of Capital One, N.A.. with hearing to be held on 6/16/2010 at 10:00 AM at Courtroom 601 (JMP) Objections due by 6/9/2010, (Yan, Robert)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\Shared\AdobePDF\Yan\Capital One - New Central Avenue\Notice of Adjournment of Hearing.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/5/2010] [FileNumber=8851127-0] [
83af7e062b0f342c009f5d16865a7a14829b090a152964b0da2092a0a108f0a40dea0d
8d11dea13859280686cec435c9f147d8186f68a9f60a3314b8bdebff54]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
aalfonso@kayescholer.com, daniel.bloom@kayescholer.com;rcappiello@kayescholer.com;gjeanlouis@kayescholer.com;tania.ingman@kayescholer.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com.

D. Sam Anderson on behalf of Trustee Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, angelich.george@arentfox.com;lane.katie@arentfox.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com, chandy@whdlaw.com

John R. Ashmead on behalf of Creditor Breen Investors International Fund L.P.
ashmead@sewkis.com

Lee Stein Attanasio on behalf of Attorney Sidley Austin LLP
emcdonnell@sidley.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Donald M. Badaczewski on behalf of Interested Party Russell Investment Group, Inc.
donald.badaczewski@dechert.com

Ingrid Bagby on behalf of Foreign Representative Lehman Re Ltd.
ingrid.bagby@cwt.com, betty.comerro@cwt.com;michele.maman@cwt.com

Helen Ball on behalf of Creditor Wellmont Health System
hball@ba-boult.com, mtaylor@ba-boult.com

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lcbf.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@bsblawyers.com

David L. Barrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor Lehman Brothers Real Estate Partners
pbasta@kirkland.com, jacob.goldfinger@kirkland.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc.
batista007@aol.com

Ronald Scott Beacher on behalf of Creditor Silver Point Capital, LP
rbeacher@daypitney.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com, lehmanbros@fklaw.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc.
sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@morganlewis.com

Evan J. Benanti on behalf of Defendant State Street Bank & Trust Company
evan.benanti@bingham.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw.net

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Defendant Fontainebleau Resorts, LLC
jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman Brothers Holdings Inc.
ronit.berkovich@weil.com

Mark N. Berman on behalf of Creditor Metropolitan Transportation Authority
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@bakerlaw.com

Scott Howard Bernstein on behalf of Creditor CATOC VIDA, Sociedad Anonima de Seguros
sbernstein@hunton.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
bernsted@lbitrustee.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Riyaz G. Bhimani on behalf of Creditor Merchantil Commercebank, N.A.
rbhimani@eckertseamans.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com

Joshua R. Blackman on behalf of Creditor The Foundation of the Catholic Diocese of Columbus Ohio
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The Juilliard School

bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as Indenture Trustee
dbleck@mintz.com

Anthony D. Boccanfuso on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
Anthony_Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

Maria A. Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, cmanthei@curtis.com;ghertzberg@curtis.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@rgrdlaw.com, e_file_sf@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

Mark A. Broude on behalf of Creditor Bundesverband deutscher Banken e.V.
mark.broude@lw.com, peter.gilhuly@lw.com

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Robert W. Brundige on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
brundige@hugheshubbard.com

Martin G. Bunin on behalf of Creditor Dell Global B.V.
marty.bunin@alston.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust
dcahn@cahnlaw.com

Aaron R. Cahn on behalf of Unknown GFI Group, Inc
cahn@clm.com

Carollynn H.G. Callari on behalf of Creditor Danske Bank A/S, London Branch
ccallari@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com;mcosbny@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital, Inc.
dcampbell@ghclaw.com

Matthew Allen Cantor on behalf of Interested Party Normandy Hill Capital, L.P.
info2@normandyhill.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Scott Cargill on behalf of Creditor LibertyView Capital Management, LLC; LibertyView Credit Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.; LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P
scargill@lowenstein.com

Roy H. Carlin on behalf of Unknown PT Bank Negara Indonesia
carlin@thshlaw.com

Lawrence F. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc.

KDWBankruptcyDepartment@kelleydrye.com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees' Retirement System
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
icatto@kirkland.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com

Thomas E. Chase on behalf of Unknown Malayan Banking Berhad
tchase@rlrpclaw.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jeffrey Chubak on behalf of Creditor The Boston Company Asset Management, LLC
jchubak@dl.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Hollace T. Cohen on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com;tburns@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association, Inc.
joshua.cohn@allenovery.com, kurt.vellek@allenovery.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
evelyn.rodriguez@allenovery.com, kurt.vellek@allenovery.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Jeffrey R. Coleman on behalf of Unknown James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
coleman@hugheshubbard.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd.
pcollins@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc.
ccombest@quarles.com, fbf@quarles.com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dlcopulsky@hhlaw.com, nduncan@hhlaw.com

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Jeffrey Costell on behalf of Creditor Easton Investments II
jlc@costell-law.com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc.
pcostello@vectislawgroup.com

Patrick M. Costello on behalf of Interested Party Sun Microsystems, Inc.
pcostello@bbslaw.com

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
dcrichlow@pillsburywinthrop.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
mao-ecf@debevoise.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Avaya Inc.
vdagostino@lowenstein.com, jbecht@lowenstein.com

Robert K. Dakis on behalf of Creditor Committee Official Committee of Unsecured Creditors
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

George A. Davis on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
wendy.kane@cwt.com;michael.schrader@cwt.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@rgrdlaw.com, e_file_sf@rgrdlaw.com

Paul R. DeFilippo on behalf of Plaintiff Sola Ltd.
pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003
ldelucia@schiffhardin.com, lbonilla@schiffhardin.com;sodavis@schiffhardin.com;smartin@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

John Dellaportas on behalf of Unknown National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants
bdempsey@faegre.com, cwilds@faegre.com

Paul H. Deutch on behalf of Creditor Jason Wallace
harriet.cohen@troutmansanders.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Interested Party Carret P.T., L.P. #2
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida Power & Light Company
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com

Gianni Dimos on behalf of Creditor CPMG, Inc.
gianni.dimos@pillsburylaw.com

Sara Discepolo on behalf of Creditor Simeon Moreno
Sara_Discepolo@verizon.net

Christopher R. Donoho on behalf of Creditor Standard Chartered Bank
chris.donoho@lovells.com, scao@centerbridge.com

Joshua Dorchak on behalf of Creditor CRS Fund, Ltd.
joshua.dorchak@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management, Inc.
mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Interested Party Georgetown University
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc.
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy on behalf of Unknown South Mississippi Electric Power Association and Coast Electric Power Association
tduffy@andersonkill.com, dnolan@andersonkill.com

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com;mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@prommis.com

David W. Dykhouse on behalf of Interested Party Asbury Atlantic, Inc.
mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzata
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann on behalf of Creditor Rutger Schimmelpenninck and Frederic Verhoeven as Trustees for Lehman Brothers Treasury Co. B.V.
deggermann@kramerlevin.com, mmakinde@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@state.mn.us

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekbergc@lanepowell.com, jagows@lanepowell.com

Robert F. Elgidely on behalf of Interested Party Coscan Construction, LLC
relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc.
eleliasen@stoel.com, basargent@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg on behalf of Creditor FXCM Holdings, LLC
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc.
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
metkin@lowenstein.com, mseymour@lowenstein.com

William J. Factor on behalf of Creditor City of Chicago
wfactor@wfactorlaw.com, slorber@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy

mfagone@bernsteinshur.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc.
farrisw@sullcrom.com

Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc.
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al.
sfineman@lchb.com

Steven J. Fink on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
sfink@orrick.com, nymao@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fishere@butzel.com, richarda@butzel.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party CD Representative, L.C.
rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox on behalf of Unknown McGuireWoods LLP
sfox@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and Wellsboro Electric Company
mfrankel@bfklaw.com;mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Roger Nagioff
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested Party CME Group Inc.
efrejka@kramerlevin.com

David M. Friedman on behalf of Counter-Defendant Turnberry Retail Holding, L.P.
DFriedman@kasowitz.com, courtnotices@kasowitz.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
mmyles@friedumspring.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com, efrasiolas@manatt.com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems, Inc.
tgaa@bbslaw.com, catherine@bbslaw.com

Amanda J. Gallagher on behalf of Defendant Harrier Finance Limited, a.k.a. Rathgar Capital Corporation
amanda.gallagher@linklaters.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com

Samir Gebrael on behalf of Creditor Tensor Opportunity Limited
sgebrael@klestadt.com

Barry S. Gedan on behalf of Unknown Michael Berland as Beneficiary, Penn, Schoen & Berland Associates, M/P/P FBO Michael Berland
gedanman@gedanlaw.com

Karl Geercken on behalf of Creditor Aozora Bank, Ltd.
kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com

Lawrence V. Gelber on behalf of Creditor Auriel Currency 2X Fund
lawrence.gelber@srz.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp.
agiacobbe@zeklaw.com

Christopher J. Giaimo on behalf of Creditor Transaction Network Services, Inc.
giaimoc@arentfox.com

Steven D. Ginsburg on behalf of Unknown GMAC LLC
sdg@adorno.com, ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc.
eglas@mccarter.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovi@skadden.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, pabelson@dl.com;jlevinepstein@dl.com

Stephanie J. Goldstein on behalf of Plaintiff HWA 555 Owners, LLC
stephanie.goldstein@friedfrank.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually and as a Trustee
tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Andrew R. Gottesman on behalf of Broker SecondMarket, Inc.
agottesman@secondmarket.com, gsalamone@secondmarket.com

Christopher F. Graham on behalf of Unknown McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.
lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;jmoss@cgsh.com;smcmillan@cgsh.com;otseytkin@cgsh.com;jriet

Ira S. Greene on behalf of Attorney Hogan & Hartson L.L.P.
isgreene@hhlaw.com, nduncan@hhlaw.com

Stefanie Birbrower Greer on behalf of Spec. Counsel McKee Nelson LLP
stefanie.greer@bingham.com, joshua.mclaughlin@bingham.com;joyce.gilroy@bingham.com

Brian E. Greer on behalf of Unknown Dechert LLP
brian.greer@dechert.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Securities, Ltd.
howard.j.grossman@chase.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund
philg@klgates.com, rhonda.hinman@klgates.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com

Thomas J. Hall on behalf of Creditor GLG Absolute Return Bond Fund
thall@chadbourne.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

William Hao on behalf of Creditor Dell Global B.V.
william.hao@alston.com

Lee Harrington on behalf of Interested Party BANK OF AMERICA, N.A.
lharrington@nixonpeabody.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov, holcombm@michigan.gov

Christopher Harris on behalf of Interested Party Veyance Technologies, Inc.
Christopher.harris@lw.com

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com, jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc.
diane.harvey@weil.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School Employees' Retirement System
phheer@duanemorris.com, odmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska
cheinrich@hslegalfirm.com

James M. Heiser on behalf of Attorney Ann Acker
heiser@chapman.com

Jay S. Hellman on behalf of Plaintiff Ceradyne, Inc.
jsh@spallp.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman on behalf of Creditor Chevron Natural Gas
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Jennifer B. Herzog on behalf of Unknown Marshall & Ilsley Trust Company N.A.
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

William Heuer on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor MTR Corporation Limited
ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Finlandia Group plc
pholleman@sandw.com

Jonathan Hook on behalf of Creditor Parties Listed on Exhibit "A"
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Plaintiff Carolina First Bank
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc.
hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@bsfllp.com

Stephen C. Hunt on behalf of Creditor Sofia Frankel
shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD.
ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State Housing Development Authority
jacksonj5@michigan.gov

Steve Jakubowski on behalf of Unknown Robert A. Schoellhorn Trust
sjakubowski@colemanlawfirm.com

Michael E. Johnson on behalf of Counter-Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy Power Marketing, Inc.
rajohnson@akingump.com

Eric E. Johnson on behalf of Creditor National CineMedia
eric.johnson@hro.com, alicia.berry@hro.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

John E. Jureller on behalf of Creditor Fisher Investments
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor Belmont Insurance Company
wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc.
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com, mkilby@sidley.com;emcdonnell@sidley.com

Martin H. Kaplan on behalf of Creditor Mark Glasser
mkaplan@gkblaw.com

Gary Kaplan on behalf of Interested Party The 144AMaster Fund, LP

gary.kaplan@ffhsj.com, jennifer.rodburg@ffhsj.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

David J. Karp on behalf of Creditor C.V.I. G.V.F. (Lux) Master S.a.r.l.
david.karp@srz.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc.
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc.
ekates@bakerlaw.com

Jordan Kaye on behalf of Defendant Lehman Brothers Holdings Inc.
jkaye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com, acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor QVT Financial LP
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig I. Kelley on behalf of Creditor Merit Floors, Inc.
craig@kelleylawoffice.com, sarah@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc.
kellyjm@cooley.com

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
mkelly@willkie.com, maosbny@willkie.com

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
tomkent@paulhastings.com

Christopher K. Kiplok on behalf of Defendant Lehman Brothers Inc.
kiplok@hugheshubbard.com

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com, jkramer@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc.
skohn@dl.com, dcunsolo@winston.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc.
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Bennette D. Kramer on behalf of Unknown Glencore Commodities Ltd.
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc.,
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com

Greg T. Kupniewski on behalf of Creditor The TAARP Group, LLP
greg.kupniewski@flastergreenberg.com

Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Suntrust Banks, Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lcbf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P.
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership
lawallf@pepperlaw.com

James N. Lawlor on behalf of Unknown Sistema Universitario Ana G. Mendez
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M. LeMay on behalf of Creditor Amber Capital Investment Management
dlemay@chadbourne.com

Mark G. Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of America, N.A.
dlee@nixonpeabody.com

Robert J. Lemons on behalf of Debtor Lehman Brothers Holdings Inc.
gillad.matiteyahu@weil.com;matthew.schoenfeld@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
slerner@ssd.com

Ira M. Levee on behalf of Unknown Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc.
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com

Jonathan Levine on behalf of Unknown EPCO Holdings
jlevine@andrewskurth.com, jlevine@akllp.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com

Ian N. Levy on behalf of Creditor 4Kids Entertainment Inc.
ian.levy@kobrekim.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co.
iliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd.
mliberman@ebglaw.com, nyma@ebglaw.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

David Liebov on behalf of Interested Party Barclays Capital, Inc.
liebovd@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Joanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu on behalf of Creditor The Bank of New York Mellon
judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com, adiamond@diamondmccarthy.com

Joli A. Lofstedt on behalf of Creditor Ironbridge Property Owners Association
joli@crlpc.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sara E. Lorber on behalf of Creditor City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C.
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz.com, alungen@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc.
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

William R. Maguire on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
maguire@hugheshubbard.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc.
gebmaguire@debevoise.com, mao-ecf@debevoise.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Creditor Clayton Fixed Income Services, Inc.
cmajor@rc.com, tgorrell@rc.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
raym@csgrr.com, e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com, jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Interested Party BRM Group, Ltd.
lmarinuzzi@mofo.com

D. Ross Martin on behalf of Creditor Stanford Hospital and Clinics
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp.
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com;kprimr

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec

smayerson@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
brian.mcdermott@skadden.com

Hugh M. McDonald on behalf of Creditor Hudson City Savings Bank
hmcdonald@sonnenschein.com, mmuller@tpw.com;elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Daniel J. McGarry on behalf of Unknown Daniel McGarry
dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill on behalf of Creditor HCL America, Inc.
douglas.mcgill@dbr.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Michelle McMahon on behalf of Unknown Gotham Technology Group, LLC
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
john.mcnicholas@dlapiper.com,
william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;mark.c.smith@dlapiper.com;christopher.thomson@dlapiper.com;robert.ware@

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc.
msteen@foxrothschild.com, spmicklich@daypitney.com

Robert N. Michaelson on behalf of Creditor Washington State Tabacco Settlement Authority
rmichaelson@klgates.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc. and US Bank National Association as Trustee
lmilas@rosicki.com, ecfnotice@rosicki.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc.
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
bmiller@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc.
harvey.miller@weil.com, garrett.fail@weil.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutualista
dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1
ahulbert@logs.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc.
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

David Molton on behalf of Creditor Providence Equity Partners VI L.P.
dmolton@brownrudnick.com, jelstad@brownrudnick.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Martin A. Mooney on behalf of Creditor DCFS Trust

mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Victoria Morrison on behalf of Unknown Edison Properties Charitable Trust of Newark
victoriam@edprop.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
morsej@hbdlawyers.com

Seth A. Moskowitz on behalf of Defendant Fontainebleau Resorts, LLC
smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

Michael F. Murphy on behalf of Plaintiff Michigan State Housing Development Authority
murphym2@michigan.gov

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule I
jnagi@polsinelli.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp.
kjm@lnbrb.com

David Neier on behalf of Creditor Pentwater Capital Management, LP
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc.
mneier@ibolaw.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com

Roger David Netzer on behalf of Creditor AIG CDS, Inc.
maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykorins.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A.
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
rnorthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A.
hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration
jputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
eobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Oppenheimer Value Fund
maosbny@willkie.com, boconnor@willkie.com

Sean A. O'Neal on behalf of Interested Party AB Svensk Exportkredit
soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com

Paul B. O'Neill on behalf of Debtor Lehman Brothers Holdings Inc.
boneill@kramerlevin.com

Carl W. Oberdier on behalf of Unknown Northern Indiana Public Service Company and NiSource Finance Corp.
coberdier@schiffhardin.com, lbonilla@schiffhardin.com;egeekie@schiffhardin.com;sodavis@schiffhardin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochska@ffhsj.com

Sean A. Okeefe on behalf of Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc.
kostad@mofo.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
apo@stevenslee.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
oxford@hugheshubbard.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
deryck.palmer@cwt.com, allison.dipasqua@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;elizabeth.walker@cwt.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
merritt.pardini@kattenlaw.com,
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenlaw.com;monica.mosby@kattenlaw.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com, chip.lancaster@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com;ilusion.rodriguez@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.meises@weil.com;donald.etienne@

Steven W. Perlstein on behalf of Creditor Essex Equity Holdings USA, LLC. M. Brian Maher & Basil Maher
steven.perlstein@kobrekim.com

Robert E. Pershes on behalf of Creditor Camilo Kuri Con
rpershes@bdblaw.com, sjohnson@bdblaw.com;blitcal@bdblaw.com;sweires@bdblaw.com;rsteele@bdblaw.com

Gregory M. Petrick on behalf of Foreign Representative Lehman Re Ltd.
gregory.petrick@cwt.com, diana.perez@cwt.com;david.forsh@cwt.com;allison.dipasqua@cwt.com

Olya Petukhova on behalf of Unknown Libyan Arab Foreign Investment Company
opetukhova@foley.com

Brian D. Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
brian.pfeiffer@friedfrank.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com

Andrea Pincus on behalf of Interested Party State of Hawaii Employees' Retirement System
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate Education, Inc.
lml@ppgms.com

Dana Post on behalf of Unknown Avenue Investments, L.P.
dpost@kramerlevin.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
poulos@hugheshubbard.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC

Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp.
wprice@mcguirewoods.com

Madlyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com, maosbny@kayescholer.com

Jeffrey D. Prol on behalf of Interested Party Fubon Insurance Co., Ltd.
jprol@lowenstein.com

Jacob S. Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob.pultman@allenovery.com, kurt.vellek@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com, garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd.
prachmuth@gerstensavage.com

Jack A. Raisner on behalf of Plaintiff ALEXANDER LEYTMAN
jar@outtengolden.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Craig V. Rasile on behalf of Unknown HBK Master Fund L.P.
crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lcbf.com

Ira A. Reid on behalf of Unknown Hewlett-Packard Company
ira.a.reid@bakernet.com

Russell Lowell Reid on behalf of Unknown Israel Discount Bank Of New York
rreid@sheppardmullin.com, ERotenberg-Schwartz@sheppardmullin.com;bwolfe@sheppardmullin.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Dirk S. Roberts on behalf of Interested Party Office of Thrift Supervision
dirk.roberts@ots.treas.gov

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman@friedfrank.com

Michael J. Roeschenthaler on behalf of Creditor Access Data Corp.
mroeschenthaler@mcguirewoods.com

Courtney Rogers on behalf of Attorney Orrick, Herrington & Sutcliffe LLP

crogers@orrick.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc.
rogerst@sullcrom.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A.
wroll@shearman.com

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
erose@herrick.com, erose@herrick.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
arthur.rosenberg@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@tighepatton.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc.
brosenblum@jonesday.com

Wendy Rosenthal on behalf of Creditor Barclays Global Investors National Association
wendy.rosenthal@cliffordchance.com

Jeffrey A. Rosenthal on behalf of Creditor Dader Investment Corp.
maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in Liquidation
mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com;ayork@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc.
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWABSIN
rroupinian@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Unknown Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@csgrr.com, kstadelmann@csgrr.com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S.A.
arudzin@omm.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Jeffrey D. Saferstein on behalf of Unknown Oaktree Capital Management, L.P.
jsaferstein@paulweiss.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jennifer Savion on behalf of Unknown The City Of Syracuse
jsavion@ci.syracuse.ny.us

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor Capital One, N.A.
lscarcella@farrellfritz.com

Jonathan D. Schiller on behalf of Interested Party Barclays Capital, Inc.
jschiller@bsfllp.com

Michael L. Schleich on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
mschleich@fslf.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investmenti S.G.R. S.p.A. RP3 Fund
jscott@reedsmith.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Selbst on behalf of Creditor MEAG New York Corporation
sselbst@herrick.com, courtnotices@herrick.com

John T. Shaban on behalf of Unknown Elizabeth Galt
jshaban@wbamct.com

Andrew D. Shaffer on behalf of Unknown Mayer Brown LLP
ashaffer@mayerbrown.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch ISD
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

David B. Shemano on behalf of Creditor Shinhan Investment Corp.
dshemano@pwkllp.com, lpeitzman@pwkllp.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman on behalf of Creditor Southern California Edison Company
mark.shinderman@mto.com, paula.ayers@mto.com

Michael A. Shiner on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, mdunn@sheppardmullin.com;jqin@sheppardmullin.com

Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc.
Glenn.Siegel@dechert.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Paul N. Silverstein on behalf of Creditor Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com, jlevine@aklllp.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com, strum@dl.com

Edward Smith on behalf of Creditor Delta Air Lines, Inc.
easmith@venable.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

Eric J. Snyder on behalf of Attorney Siller Wilk LLP
esnyder@sillerwilk.com

John Wesley Spears on behalf of Creditor Japan Net Bank, Ltd.
john.spears@alston.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com

James H.M. Sprayregen on behalf of Unknown Lehman Re, Ltd.
jsprayregen@kirkland.com, wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Jack G. Stern on behalf of Interested Party Barclays Capital, Inc.
jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

Malani Sternstein on behalf of Unknown Bank of New York Mellon
msternstein@sheppardmullin.com

J. Robert Stoll on behalf of Interested Party The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

David A. Sullivan on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH
david.sullivan@cliffordchance.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tarcza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

James Tecce on behalf of Attorney Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank, National Association

marc.tepper@bipc.com, donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer on behalf of Plaintiff Evergreen Solar, Inc.
ktomer@goodwinprocter.com

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets Inc., National Bank of Canada Inc., National Bank of Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
atrehan@mayerbrown.com, atrehan@mayerbrown.com;cwalsh@mayerbrown.com

Curtis V. Trinko on behalf of Plaintiff Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

Thomas R. Trowbridge, III on behalf of Creditor Linn Energy, LLC
thomas.trowbridge@bakerbotts.com

Sarah Trum on behalf of Creditor Customer Asset Protection Company
strum@dl.com

Brian Trust on behalf of Creditor National Bank of Canada Inc., National Bank of Canada Financial Inc., and National Bank Financial Inc.
btrust@mayerbrown.com

Gerard Uzzi on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Ehret A. Van Horn on behalf of Creditor GMAC Mortgage, LLC
ehret-vanhorn@mbaum.com, bkincoming@mbaum.com

Shmuel Vasser on behalf of Creditor Aviva Investors North America, Inc.
shmuel.vasser@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
rwvlaw@yahoo.com

Jon C. Vigano on behalf of Creditor Chicago Board Options Exchange, Incorporated
jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra on behalf of Creditor Simpson Meadows
jvincequerra@wolfblock.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com,
amanda.hendy@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc.
lwallace@mwc-law.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

Mary Warren on behalf of Unknown Joint Adminstrators of Lehman Brothers International (Europe)
mary.warren@linklaters.com

W. Clark Watson on behalf of Creditor Compass Bank
cwatson@balch.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Gregg L. Weiner on behalf of Petitioning Creditor A/P Hotel, LLC
weinegr@friedfrank.com, docketclerks@friedfrank.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and indirect subsidiaries and affiliates
john.weiss@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc.
twheeler@lowenstein.com

Lee Papachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Dennis J. Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv.com, havard@scmv.com

Stephanie Wickouski on behalf of Creditor Parsec Trading Corp.
stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A.
ewietecha@coleschotz.com

Michael E. Wiles on behalf of Unknown Carlyle Credit Partners Master Fund
mewiles@debevoise.com, mao-ecf@debevoise.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@willaw.com

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
swirth@wmd-law.com

Jane Rue Wittstein on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Unknown Norton Gold Fields Limited
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Libby Wong on behalf of Unknown NBGI Inc
lwong@pfeiferlaw.com, nyrivera@pfeiferlaw.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

Robert C. Yan on behalf of Creditor Capital One, N.A.
ryan@farrellfritz.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
fyates@sonnenschein.com

Jack Yoskowitz on behalf of Interested Party Israel Discount Bank Limited
yoskowitz@sewkis.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

N. Theodore Zink on behalf of Creditor Bayview Finacial, L.P. and Bayview Opportunity Master Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.

pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C.
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

**08-13555-jmp Notice will not be electronically mailed to:**

50 Broadway Realty Corp.
,

A-V Services, Inc.
,

AXA Alternative Financing Corp.
,

AXA Mezzanine II SA, SICAR
,

Steven M. Abramowitz on behalf of Creditor Continental Airlines, Inc.
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-0040

Frederic R. Abramson
,

Ad Hoc Consortium of Lehman Brothers Special Financing Inc.
Brown Rudnick LLP
Attn: Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

Suyash Agrawal on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

Ahorro Corporacion Financiera, S.V., S.A.
Paseo de la Castellana, 89, 7 planta
28046 Madrid
,

Airlie Opportunity Master Fund, Ltd.
,

Smitha Aivar
2452 W. Bayshore Rd.
#7
Paul Alto, CA 94303

Akin Gump Strauss Hauer & Feld LLP
,

Luma Al-Shibib on behalf of Creditor Qwest Corporation and Qwest Communications Corporation
Reed Smith
599 Lexington Avenue
New York, NY 10022

Alandsbanken Sverige AB
,

David Craig Albalah on behalf of Creditor Internap Network Services Corporation
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
david.albalah@bracewellgiuliani.com

Colin B. Albaugh
,

Wim J.M. Alen
Jumeirah Beach Residence
Bahar 5, app. 1204
Dubai,

Shannon Allen
,

Altova, Inc And Altova Gmbh
,

Ivan Aldea Alvarez
Marina No 43
Valladolid Spain, CP:47009

American Express Travel Related Services Company, Inc.
,

Ana Serratosa Lujan, Begoa Serratosa Lujan, Pablo Serratosa Lujan, Amuala S.L., Finmaser Diversifacin S.L., and Inversiones Esser 2007 S.L.
,

Mark R. Anderson on behalf of Unknown AllianceBerstein, L.P.
1345 Avenue of the Americas
New York, NY 10105

Anthracite Balanced Company 46 Limited
,

Anthractie Investments (Cayman) Limited
,

Dhyan Appachu
10460 Roosevelt Blvd N.
Ste. 387
St. Petersburg, FL 33716

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166

Sudhakar Aremanda
1707 Deer Creek Dr.
Plainsboro, NJ 08536

Aristeia International Limited
,

Aristeia Partners, L.P.
c/o Aristeia Capital, L.L.C.
136 Madison Avenue
3rd Floor
New York, NY 10016

Kathleen Arnold
,

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736

Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Lauren Attard on behalf of Creditor Banco Popular Espanol, S.A.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
lattard@kayescholer.com

Avista Corporation, Cascade Investment, LLC, and Powerex Corp.
,

BGC Partners, Inc.
,

Corinne Ball on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017
dsciabarassi@jonesday.com

Banca Carige S.p.A.
Societa per Azioni
Via Cassa di Risparmio
15 - 16123 Genova
16100 Genova, C.P. 987

Mark I Bane on behalf of Unknown Ropes & Gray LLP
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Banif - Banco De Investimiento, S.A.
Rua Tierno Galvan
Torre 3, 14,
Lisbon Portugal, 1070-274

Bank Hapoalim B.M.
,

Bank Julius Bear & Co. Ltd
,

Bank Sarasin & Co. Ltd
,

Bank of Oklahoma, N.A.
,

Duncan E. Barber
,

Ida May S. Barnes
,

Ross Barr on behalf of Spec. Counsel Jones Day
Jones Day
222 E. 41st Street
New York, NY 10017

Douglas P. Bartner on behalf of Creditor Nomura International PLC and Its Affiliates
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
dbartner@shearman.com, ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.com

Basso Capital
,

Rogelio Beltran
2000 David Ave
Apt 26
Monterey, CA 93940

Rogelio Beltran
2000 David Ave
Apt. 26
Monterey, CA 93940

Gerald C. Bender on behalf of Creditor Arcot Systems, Inc.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
gbender@omm.com, bwajda@omm.com

Samuel E. Benjamin
,

Bruce Bennett on behalf of Unknown DCP Parties
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Howard J. Berman on behalf of Unknown Wilpro Limited and Wilpro Inc.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Bradford M. Berry on behalf of Unknown Commodity Futures Trading Commission
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder on behalf of Creditor BDF Limited
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281
mschneider@rkollp.com

Bingham McCutchen LLP
,

Bingham McCutchen LLP
,

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert L. Biscardi
617 Sunrise Avenue
Winter Springs, FL 32708

Glen A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Glenn A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Michael Blumenthal
590 Madison Avenue
New York, NY 10022-2524

J. William Boone on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
bill.boone@alston.com

Bortstein Legal LLC
,

Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640

Glenn A. Bostic
2607 Swailes Rd.
Troy, OH 45373

Boultbee (Helsinki) AB
c/o EFM (Sverige) AB
PO Box 730
Vasteras, SE-721 20

Donald L. Boyd
30 Beach Walker Rd
Fernandina, FL 32034

Daniel S. Braverman on behalf of Unknown Direct Edge ECN LLC
,

Daniel S. Braverman on behalf of Unknown Securities Exchange, LLC
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Charles F. Brennan
,

Charles F. Brennan on behalf of Creditor Matthew Hudson
DerGarabedian Dillon Grizopoulos &Nathan
11 Clinton Avenue
Rockville Centre, NY 11570

Lawrence Jay Brenner on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022

Kristi Brim
,

Kristi Brim
12421 Riverdale Dr. #2
Valley Village, CA 91607

Evan Brodie
,

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379

David C. Bryan on behalf of Unknown JPMORGAN CHASE BANK, N.A.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
dcbryan@wlrk.com, calert@wlrk.com

Bundesanstalt fur Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
Bonn Germany, 53117

Erich Buser
Aargauische Kantonalbank
CH-5001 Aarau
Bahnhofstrasse 58
Switzerland, MWST-Nr.100 203

Robert L. Byman
,

C.V.I. G.V.F. (Lux) Master S.a.r.l.
,

CAT Brokerage AG
,

CBW LLC
c/o Ashurst LLP
1 Penn Plaza, 36th Floor
New York, NY 10119

CDW Corporation
,

CEDAR DKR Holding Fund Ltd.
,

CT
,

Elizabeth J. Cabraser on behalf of Unknown Counsel for the Certified Class in Austin v. Chisick
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Darrell S. Cafasso on behalf of Defendant Barclays Capital Inc.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Thomas R. Califano on behalf of Attorney DLA Piper LLP (US)

DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;william.coleman@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@d

Ariel Pierre Calonne on behalf of Creditor City of San Buenaventura
Office of The City Attorney
City of San Buenaventura
501 Poli Street
P.O. Box 99
Ventura, CA 93002

Cheung Kam Mee Camy
Flat A. 19/F Blk. 7.
Carmel Heights, Hong Kong Garden
100 Castle Peak Rd
Hong Kong,

Wade K. Cannon on behalf of Unknown Crystal Springs Printworks, Inc.
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Cantor Fitzgerald
,

Cantor Fitzgerald & Co.
,

Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey, KT11 2PD

Caspian
c/o Brown Rudnick LLP
Attn: Tim Bennett, Esq.
Seven Times Square
New York, NY 10036

Caspian Alpha Long Credit Fund, L.P.
,

Caspian Capital Partners, L.P.
,

Caspian Select Credit Master Fund, Ltd
,

Amy Caton on behalf of Unknown Abrams Capital Partners II, L.P.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
acaton@kramerlevin.com

Rocco A. Cavaliere on behalf of Attorney Capital Automotive L.P.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Adam Chadwick
,

Billie Chadwick
24479 State Hwy PP
Skidmore, MO 64487

John Chadwick
24479 State Hwy PP
Skidmore, MO 64487

Jason C. Chapin
23 Petersville Road
Mount Kisco, NY 10549

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803

John P. Christian

Tobin & Tobin
500 Sansome Street
8th Floor
San Francisco, CA 94111-3214

David C. Cimo on behalf of Unknown Ka Kin Wong
Genovese Joblove & Battista, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131

Toni-Ann Citeria on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
Jones Day
222 East 41st Street
New York, NY 10017

Citibank International PLC
,

Citibank N.A.
,

Citibank, N.A., In Its Capacity As Trustee
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

City of Cleveland, OH
,

City of Milwaukee, Wisconsin
,

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
www.bsillc.com
,

Cleary Gottlieb Steen & Hamilton LLP
,

Clerk's Office U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office of the U.S. Bankruptcy Court
,

Clerk's Office, United States Bankruptcy Court
,

Daniel Clute
6604 Ducketts Lane
Elkridge, MD 21075

Coblentz, Patch, Duffy & Bass LLP
c/o Gregg M. Ficks, Esq.
1 Ferry Bldg, #200
San Francisco, CA 94111

Dean Coccaro
,

Thomas M. Cockreil
2701 Brandon Rd.
Upper Arlington, OH 43221

Christine Coleman
,

Sandra E Collings on behalf of Unknown Ka Kin Wong
Weil, Gotchal Manges LLP
700 Louisiana
Houston, TX 77002

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101

Concur Technologies, Inc.

,

Constellation Capital Management LLC
520 Madison Ave, 18th Floor
New York, NY 10022

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830

Corus Bank, N.A.

,

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736

Coughlin Stoia Geller Rudman & Robbins, LLP on behalf of Plaintiff Chun IP
58 South Service Road
Suite 200
Melville, NY 11747

Alan B. Cox on behalf of Creditor Tehama County
727 Oak Street
Red Bluff, CA 96080

Christopher J Cox on behalf of Unknown Lehman Brothers Holdings Inc.
Weil, Gotchal Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065

Mark A. Crigler
1904 Oak Leaf Ct
Mobile, AL 36609

Currenex, Inc.

,

Curtis, Mallet-Prevost, Colt & Mosle LLP

,

Curtis, Mallet-Prevost, Colt & Mosle LLP

,

Cyrus Capital Partners, L.P.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Stanley Czajka
488 NW 8th St.
Boca Raton, FL 33432

DKR Soundshore Oasis Holding Fund Ltd.

,

Israel Dahan on behalf of Creditor FXCM Holdings, LLC
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
israel.dahan@cwt.com;allison.dipasqua@cwt.com

Douglas R. Davis on behalf of Unknown Citigroup Financial Products Inc.
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
franklin.levy@venetian.com

Colombo DeAgazio
10003 Ambassador Drive
Westbourough, MA 01581

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152

Barbara Hatton Decker
295 Shirley Avenue

Staten Island, NY 10312

Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

Department of Labor and Industries
,

Derivative Claimants
,

Derivative Counterparties
,

Christopher M. Desiderio on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
Paul Hastings Janofsky & Walker
75 East 55th Street
New York, NY 10022
christopherdesiderio@paulhastings.com, lawrencemehringer@paulhastings.com

Deutsche Bank AG, London
,

Deutsche Bank AG, London Branch
Attn: Vikas Madan
60 Wall Street
3rd Floor
New York, NY 10005

Deutsche Postbank AG
,

Deutsche Zentral-Genossenschaftsbank AG
,

George E. Di Russo
,

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471

DiscoverReady LLC
,

Duane Morris LLP
,

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI 49024

Kavitha Duddukuri
25 Capri Dr,
Johnston, RI 02920

Sridhar Duddukuri
30P Reading Road
Edison, NJ 08817

Duff & Phelps LLC
,

Duff & Phelps, LLC
,

Christopher Emmanuel Duffy on behalf of Plaintiff Barclays Capital, Inc.
575 Lexington Avenue
New York, NY 10022

Michael K. Dunn on behalf of Unknown Norton Gold Fields Limited
31 Tiemann Pl. Apt. 68
New York, NY 10027

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com;financialrestructuringefilings@milbank.com

Easdaq
,

James Eason
2100 Jackson Street
San Francisco, CA 94115

East West Bancorp
,

Robert Eberwein
1853 9th Avenue
Oakland, CA 94606

Lance Edwards
9 Catskill Road
Monroe, NY 10950

Paul Edwards
9 Catskill Road
Monroe, NY 10950

Weston T. Eguchi on behalf of Creditor The Bank of Nova Scotia
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Martin Eisenberg on behalf of Unknown A.M. McGregor Home
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017
Martin.Eisenberg@thompsonhine.com

Matthew Eller
,

Ellington Overseas Partners, LTD
,

Brian Ellis
407 N 10th Ave
Pocatello, ID 83201

David Elrod on behalf of Unknown TransCanada Pipelines Limited
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201

Embarcadero Aircraft Securitization Trust
,

Randolph H. Emerson
,

Employers Insurance of Wausau
,

Enterprise Products Operating LLC
,

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
New York, NY 10017

Jerome L. Epstein
,

Ercan Eren
Sudetenstr. 42
Neu-Ulm, 89233

Ernst & Young LLP
,

Ernst & Young LLP
,

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956

Charles R. Eskridge on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey L.L.P.

1000 Louisiana Suite 5100
Houston, TX 77002

Matteo Etedmad
2037 White Cedar Lane
Waxhaw, NC 28173

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3816

F.B Heron Foundation
,

F.B. Heron Foundation
,

FIA - Future Industry Association
,

FTI Consulting, Inc.
,

Edvard-Ragnar Fackner
Wassertostr. 65q
Berlin, 10969

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, TX 78660

Federal Home Loan Bank of New York
,

Michael S. Feldberg
,

Michael S. Feldberg on behalf of Interested Party Barclays Capital, Inc.
Allen & Overy, LLP
1221 Avenue of the Americas
New York, NY 10020
michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com

Steven H. Felderstein on behalf of Creditor California Public Employees Retirement System
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434
sfelderstein@ffwplaw.com

Matthew Allen Feldman on behalf of Creditor IntraLinks, Inc.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
maosbny@willkie.com

Jospeh V. Ferguson
,

Lori R. Fife
,

Lori R. Fife on behalf of Plaintiff Lehman Brothers Special Financing, Inc.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com, garrett.fail@weil.com;jae.kim@weil.com;saima.majid@weil.com

Fir Tree Capital Opportunity Master Fund, L.P.
,

Fir Tree Value Master Fund, L.P.
,

Artur Fischer
,

Fondiaria - Sai S.p.A.
,

Joseph L Fox

60 East 42nd Street
Suite 2231
New York, NY 10165

Katherine A. Fox on behalf of Creditor Utah State Bar
,

Kevin Fritz on behalf of Unknown Rosslyn Investors I, LLC
Storch Amini & Munves, PC
2 Grand Central Tower
25th Floor
New York, NY 10017

Anthony A. Froio on behalf of Unknown American Fire & Casualty Insurance Company
Robins, Kaplan, Miller & Ciresi, L.L. P.
800 Boylston Street
25th Floor
Boston, MA 02199-7080

GE Corporate Financial Services, Inc.
,

GN3 SIP Ltd.
,

GTAM Fund I, LTD
,

Robert W. Gaffey on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Carly Galiger
9 Joseph Court
Monroe, NY 10950

Donna Galiger
9 Joseph Court
Monroe, NY 10950

Gerard Galiger
9 Joseph Court
Monroe, NY 10950

Kelsey Galiger
9 Joseph Court
Monroe, NY 10950

Kylie Galiger
9 Joseph Court
Monroe, NY 10950

Gaston Christian School, Inc.
,

John H. Genovese on behalf of Unknown CHUN IP
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 S.E. 2nd Street 44th Floor
Miami, FL 33131

Giants Stadium LLC
,

Gibson Dunn & Crutcher LLP
,

Eric Giles
14043 Forrer
Detroit, MI 48227

Eric C. Giles
14043 Forrer
Detroit, MI 48227

Glencore Energy UK Ltd.
,

H. Lee Godfrey on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Sussman Godfrey, L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096

GoldenTree Asset Management, LP
,

GoldenTree European Select Opportunities Master Fund, LP
,

GoldenTree High Yield Value Fund Offshore (Strategic), Ltd.
,

GoldenTree High Yield Value Master Fund Ltd.
,

GoldenTree Master Fund II, LTD
,

GoldenTree Master Fund, LTD
,

Goldman Sachs Asset Management International, as authorized agent for Stichting Pensioenfonds ABP
,

Antonia Golianopoulos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Gomez Holdings, Inc.
Nestor L. Camacho, Treasurer
P.O. Box 3450
Mayaguez, PR 00681-3450

Peter S. Goodman on behalf of Unknown EPCO Holdings
McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036
pgoodman@mckoolsmith.com, lwashington@mckoolsmith.com

Andrew D. Gottfried on behalf of Creditor Hotspot FXr LLC and Hotspot FXi, LLC
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Lindsee P. Granfield on behalf of Unknown Barclays Capital, Inc.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Stephen H. Gross on behalf of Interested Party Vignette Europe Ltd.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Robert K. Gross on behalf of Plaintiff Maximilian Coreth
Eaton & Van Winkle
3 Park Avenue
New York, NY 10016

Peter Gruenberger on behalf of Plaintiff Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Gruss Arbitrage Master Fund, Ltd.
,

Gruss Global Investors Master Fund (Enhanced), Ltd.
,

Gruss Global Investors Master Fund, Ltd.
,

Guggenheim Partners Asset Management, Inc.
,

Jordan Gurevich on behalf of Unknown TnT Expense Management, LLC
,

Jonathan P. Guy on behalf of Creditor California Independent Systems Operator Corp.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.

Washington, DC 20005-1706

HST Lessee SNYT Lessee

,

GARY P. HUNT on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Edith S. Hall

,

Kyle Hamatake
171 S. Craig Dr.
Orange, CA 92869

Aaron Hammer on behalf of Creditor Accenture LLP
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677
bkdocketing@freebornpeters.com

Tara Hannon on behalf of Unknown Knighthead Master Fund, L.P.
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Lynn P Harrison on behalf of Plaintiff Lehman Commercial Paper Inc.
Curtis, Mallet Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Peter Harutunian on behalf of Creditor Carlos Manalac
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
pharutunian@phillipsnizer.com, hcondell@phillipsnizer.com

Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Jay S. Hellman on behalf of Plaintiff Western Digital Corp.
SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

David M. Hendrickson

,

Hermes,LTD

,

Hess Corporation

,

Hess Energy Power and Gas Company (UK) Limited

,

Hess Energy Trading Company, LLC

,

William J. Hine on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017-6702

Lisa Holder on behalf of Creditor Superior Pipelines, Inc.
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Joon P. Hong on behalf of Other Prof. Richards Kibbe & Orbe LLP
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA 90630

Eric H. Horn on behalf of Creditor Avaya Inc.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Houlihan Lokey Howard & Zukin Capital, Inc.
,

Bart A. Houston on behalf of Interested Party Coscan Construction, LLC
Genovese Joblove & Battista, P.A.
200 East Broward Blvd. Suite 1110
Fort Lauderdale, FL 33309

Hughes Hubbard & Reed, LLP on behalf of Plaintiff Securities Investor Protection Corporation
,

Marie Hunter
20 Shenandoah Drive
North Caldwell, NJ 07006

Huron Consulting Group, LLC
,

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536

Quoc Truong Huynh
,

Van Trai Huynh
37416 Gillett Road
Fremont, CA 94536

ICAP North America Inc., and its various Affilated Entities
,

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46514

Illiquidix LTD
107-111 Fleet Street
London, EC4A 2AB

Infinite Computer Solutions, Inc.
,

InfoSpace
601 108th Avenue, NE
Bellvue, WA 98004

Informal LBHI Bondholder Group

,

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Ingram Pension Plan / NY Life Co. TTEE Ingram Industries Retirement Plan
Ingram Industries Inc.
4400 Harding Road
Nashville, TN 37205

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the
Helion Series
,

Institutional Benchmarks Series (Master Feeder) Limited, a Bermuda limited liability segregated accounts exempted mutual fund company, acting solely in respect of the
Muscida Series
,

Intechra LLC
,

Interface Cable Assemblies and Services Corp. a/k/a ICAS
,

Interface Cable Assemblies and Services Corp. a/k/a ICAS
,

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
Palm Beach, FL 32905

JA Solar Holdings Co., LTD
,

Vincent Jackson
129 Arniston St
Brockton, MA 02302

Christine Jagde on behalf of Creditor Strategic Systems Solutions Inc.
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
cjagde@foxrothschild.com

James Mintz Group, Inc.
,

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
,

Thomas T. Janover on behalf of Creditor BLUE ANGEL CLAIMS, LLC
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David G. Januszewski on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
mmcloughlin@cahill.com;jhall@cahill.com;mcremins@cahill.com

Srihari Javvaji
25 Capri Dr
Johnston, RI 02920

Jenner & Block, LLP
,

Richard B. Johnson
6715 Mountain Lake Lane
Cummings, GA 30028

Robert J. Jones
,

Jones Day
,

Alli Joseph
814 Berrywood Dr.
Galloway, NJ 08205

N. J. Joseph
814 Berrywood Dr.
Galloway, NJ 08205

Arun K. Kakarla
41 Reading Rd
Edison, NJ 08817

Kapalua Bay, LLC
,

Marc E Kasowitz on behalf of Plaintiff Turnberry Retail Holding, L.P.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York
NY, 10019

Marc E Kasowitz on behalf of Plaintiff Turnberry/Centra Sub, LLC
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York
NY, 10019

Katten Muchin Rosenman LLP
,

Eric Mark Kay on behalf of Creditor Committee Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al,
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY 10010
erickay@quinnemanuel.com

Brian Thomas Kelleher
,

Kelley Drye & Warren LLP
,

Steve Kieselstein on behalf of Creditor Special Value Expansion Fund, LLC
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Joseph A. Kilbourn
Cone & Kilbourn
83 South Bedford Road
Mount Kisco, NY 10549

Pavel Kinel
1129 Wellington St.
Ottawa, ON K1Y2Y6

Arthur King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Lisa King
Yorvik Parters LLP
11 Ironmonger Lane
London, UK EC2V 8EY

Thomas S. Kiriakos on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Danny Kirk
,

Reva Kirk
,

Susheel Kirpalani on behalf of Plaintiff The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc
Quinn Emanuel Urquhart Oliver & Hedge
51 Madison Avenue
22nd Floor
New York, NY 10010

Scott Kitchens
,

James Kobak on behalf of Defendant Lehman Brothers Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza

New York, NY 10004

Rak Koestler
Koestler Tile Company
436 Highway 82 East
Greenville, MS 38702

Jonathan Koevary on behalf of Unknown Perella Weinberg Partners LP
Paul Weiss Rifkind Wharton Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
slovett@paulweiss.com

Alan W. Kornberg on behalf of Unknown Houlihan Lokey Howard & Zukin Capital, Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Andrew S. Kowlowitz
,

Bryan Krakauer on behalf of Defendant KBC Investments Limited
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Mario M. Kranjac on behalf of Unknown Equilend, LLC
Kranjac Manuali & Viskovic LLP
40 Wall Street
28th Floor
New York, NY 10005

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269

William Kuntz
,

William Kuntz
,

William Kuntz
,

William Kuntz
Bx 1801
Nantucker, MA 02554

William Kuntz
India St PO Box 1801
Nantucket Island, MA 02554-1801

William Kuntz
PO Box 1801
Nantucket Island, MA 02554-1801

David L. Lawton on behalf of Unknown Mr. Alain Bachelot, the provisional French administrator of Banque Lehman Brothers S. A
Bracewell & Guiliani LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103

Lazard Freres & Co. LLC
,

Lazard Freres & Co. LLC
,

Gary S. Lee on behalf of Interested Party Nippon Life Insurance Company
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022
jpintarelli@mofo.com

Anna C. Lee on behalf of Transferee OCM Opportunities Fund VII Delaware, L.P.
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen on behalf of Transferee Credit Suisse Loan Funding LLC
Mandel, Katz, Manna & Brosnan, LLP
The Law Building

210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

Lehman Brothers Private Equity Funds
,

Andrea Lerner
4916 Gardner Lane
Suffolk, VA 23434

David Lerner
4916 Gardner Lane
Suffolk, VA 23434

Levine Leichtman Capital Partners Deep Value Fund, L.P.
,

Liberty Insurance Ptd Ltd
,

Liberty Insurance Underwriters Inc.
,

Liberty Life Assurance Company of Boston
,

Liblaco Seperate Accounts
,

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Edward J. LoBello on behalf of Attorney Blank Rome LLP, Attorneys for Liquid Engines, Inc.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

William N. Lobel
THE LOBEL FIRM
840 Newport Center Dr
Ste 750
Newport Beach, CA 92660

Andreas Lohr
,

Christopher Loizides on behalf of Plaintiff Miron Berenshteyn
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
loizides@loizides.com

Longacre Master Fund II, L.P.
810 Seventh Ave, 33rd Floor
New York, NY 10019

Longacre Master Fund, LTD.
810 Seventh Avenue, 22nd Floor
New York, NY 10019

Longacre Master Fund, Ltd.
,

Longacre Master Fund, Ltd.
,

Longacre Opportunity Fund, L.P.
810 Seventh Ave, Floor 33
New York, NY

Longacre Opportunity Fund, L.P. Assignee of Banif-Banco De Investimento, S.A.
,

Richard A. Lough
9 Windslow Heights
Carrickfergus
Co Antrim

Co Antrim, UK BT38 9AT

Daniel Steven Lubell on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Lydian Overseas Partners Master Fund Ltd.
,

MD Mezzanine SA, SICAR
,

MEG Energy Corp.
,

Magnetar Capital LLC
,

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876

Neal S. Mann on behalf of Creditor New York State Department of Taxation and Finance
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Arthur J. Margulies on behalf of Debtor Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Mariner LDC
,

Maureen Mason
Coldwell Banker
Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950

Nicholas S. Mateko
1878 St. Michaels Way
Brentwood, CA 94513

Eli R. Mattioli on behalf of Interested Party FirstBank Puerto Rico
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022
eli.mattioli@klgates.com

Thomas Moers Mayer on behalf of Unknown Rutger Schimmelpenninck
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
james.mcclammy@davispolk.com

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047

Andrew R. McGaan on behalf of Interested Party PwC Bermuda JPL Lehman Re Ltd., et al.
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654
jdraughn@kirkland.com;pbryan@kirkland.com

Mary Elizabeth McGarry on behalf of Unknown Simpson Thacher & Bartlett LLP
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
mmcgarry@stblaw.com

Kelly McGehee
416 Escalona Dr.
Santa Cruz, CA 95060

Kelly L. McGehee
6237 Hwy 9
Felton, CA 95018

David C. McGrail on behalf of Creditor Iron Mountain Information Management, Inc.
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036
dmcgrail@davidmcgraillaw.com

McKenna Long & Aldridge LLP
230 Park Avenue
Suite 1700
New York, NY 10169

Jeff McMurrey
6800 Colleyville Blvd.
Colleyville, TX 66034

Mark A. Mcdermott
,

Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Merrill Lynch International
,

Merrill Lynch Japan Finance Co., Ltd.
,

Stephen M. Mertz on behalf of Unknown Wells Fargo Bank, National Association
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

William C. Meyer
804 Leverton Rd.
Rockville, MD 20852-1033

Robert C. Micheletto on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P.
222 East 41st Street
New York, NY 10017

Melissa A. Mickey on behalf of Unknown SP4 190 S. LaSalle, L.P.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Midwest Independent System Operator
,

Milbank, Tweed, Hadley & McCloy LLP
,

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James H. Millar on behalf of Interested Party Deutsche Pfandbriefbank AG
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022
james.millar@wilmerhale.com, Michael.Kaufman@wilmerhale.com;yolande.thompson@wilmerhale.com

Richard C. Miller
PO Box 280
Kingston, GA 30145

Louis R. Miller on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

J. Gregory Milmoe on behalf of Creditor Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
kramlo@skadden.com

Minnesota Masonic Home Care Center
,

Margaret Mitchell-King
1520 Journey's End Road
Croton-On-Hudson, NY 10520

Mitsui & Co. Energy Risk Management (U.S.A.), Inc.
,

Mitsui & Co. Energy Risk Management Ltd.
,

Mizuho Corporate Bank, Ltd.
,

Mizuho Investors Securities Co., Ltd.
,

Allen A. Moff
10271 Caminito Rio Branco
San Diego, CA 92131

Francis A. Monaco on behalf of Creditor Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Francis A. Monaco on behalf of Plaintiff Carolina First Bank
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Moore Macro Fund, L.P.
c/o Moore Capital Managment, L. P.
1251 Avenue of the Americas
53rd Floor
New York, NY 10020

Morgan Stanley Capital Services Inc.
,

Tracey Morman
155 Centre Avenue, #5B
New Rochelle, NY 10805

Michael A. Morris on behalf of Unknown DCP Parties
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Marianne S. Mortimer on behalf of Interested Party HWA 555 Owners, LLC
Stroock & Stroock & Lavan LLP
180 Maiden Lanew
New York, NY 10038-4982
mmortimer@stroock.com,
mmagzamen@stroock.com;rhcohen@stroock.com;swelkis@stroock.com;mschwartz@stroock.com;jgoldstein@stroock.com;mgarofalo@stroock.com;mrothchild@stroock.co

James Moscola
521 Coventry Trial Lane
Maryland Heights, MO 63043

Martha Chilton Mueller
,

Kevin Mun
,

Murex North America Inc.
,

Daniel R. Murray
,

Dana Myers on behalf of Creditor Intercall, Inc. (successor by merger to Genesys Conferencing, Inc.)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
dana.myers@ropesgray.com

NFA - National Futures Association
300 S. Riverside Plaza
Suite 1800
Chicago, IL 60606

NYFIX, Inc.
,

NYS Child Support Processing Center
,

Martha Nadelman
,

Larren M. Nashelsky on behalf of Interested Party Brookfield Properties One WFC Co. LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
dcapucilli@mofo.com

Mark Neander
15 Roosevelt Ave
Oneonta, NY 13820

Nehm & Collegen
,

Louise Nervo
,

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 900071-1560

Neuberger Berman Management, LLC
605 Third Avenue
New York, NY 10158-3698

New York Institute of Finance, Inc.
,

New York State Department of Labor
,

Newport Global Opportunities Fund LP, et al.
,

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2600

Nexen Energy Marketing Europe Limited
,

Jacqueline G. Nieman
300 E. 40th Street 19B
New York, NY 10016

Davin J. Noto
489 E. Horseshoe Pl
Chandler, AZ 85249

Gordon Z. Novod on behalf of Unknown Abrams Capital Partners II, L.P.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
gnovod@kramerlevin.com, mmakinde@kramerlevin.com;ALevine@KRAMERLEVIN.com;EDaniels@KRAMERLEVIN.com

Patricia Marie O'Reilly
,

OZ Special Master Fund, Ltd. c/o Och-Ziff Capital Management Group
9 W. 57th Street, 13th Floor
New York, NY 10019

Oesterreichische Elektrizitaetswirtschafts - AG
,

Sevan Ogulluk on behalf of Defendant Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017

Ohio Presbyterian Retirement Services
,

Orange County Treasurer-Tax Collector
,

Otterbourg,Steindler Houston, & Rosen, P.C.
,

Outtask, LLC
,

Pachulski Stang Ziehl & Jones LLP
,

Pachulski Stang Ziehl & Jones LLP
,

Saverio Panerai
Via Buozzi 184
500 13 Campi Besenzio
Firenze,

Thomas Earl Patton on behalf of Attorney Kermit Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Rajesh Pentapati
41 M. Reading Rd.
Edison, NJ 08817

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295

Curtis Petran
,

Robert M. Pettit
2311 Autumn Lake Pl
Fort Wayne, IN 46818

Thomas Pietrantonio
,

Pitcairn Property Holdings, Inc.
,

Brian H. Polovoy on behalf of Counter-Defendant Nomura Global Financial Products Inc
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
bpolovoy@shearman.com

Geraldine E. Ponto on behalf of Interested Party Tobacco Settlement Financing Corporation
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Patrick J. Potter
,

Power Sector Assets and Liabilities Management Corporation
,

Sean Preston
,

Gregory R. Preston on behalf of Unknown Roger Leveille
65 Broadway
Suite 508
New York, NY 10006

PricewaterhouseCoopers AG, Zurich
,

Primeshares

261 Fifth Avenue
22nd Floor
New York, NY 10016

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Martin H. Pritikin on behalf of Unknown the SunCal Debtors
Miller Barondess LLP
1999 Avenue of the Stars Suite 1000
Los Angeles, CA 90067

ProFund Advisors LLC
,

James M. Pyle
346 Mt. Lucas Road
Princeton, NJ 08540-1906

R3 Capital Partners Master, LP
,

RCN New York Communications LLC d/b/a RCN Metro Optical Networks
,

RWE SUPPLY & TRADING GmbH
,

Darcy Ramirez
126 Whitney Ct.
Windsor, CO 80550-6132

Lawrence Reddock
,

Martin J. Redilla
11187 Elmerest
Whitemore LK, MI 48189

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37237

Reilly Pozner LLP
,

Reilly Pozner LLP
,

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
Diamond McCarthy LLP
620 Eighth Avenue
39th Floor
New York, NY 10018
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

Alexander Reus on behalf of Unknown Internationale Kapitalanlagegesellschaft mbH
DIAZ REUS & TARG LLP
100 S.E. 2nd Street, Suite 2610
Miami, FL 33131

Thomas Reynolds
Reynolds Equities LLC
,

Jonathan Lee Riches
P.O. Box 340
Salter, SC 29590

Robert J. Rosenberg on behalf of Defendant Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
Latham & Watkins
885 Third Avenue
New York, NY 10022

Andrew Neil Rosenberg on behalf of Unknown King Street Capital, L.P., King Street Capital, Ltd., King Street Europe, L.P., and King Street Europe Master Fund, Ltd.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com;rkravitz@paulweiss.com;smaisel@paulweiss.com

Kermit A. Rosenberg on behalf of Unknown Thomas Patton

1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Edward M. Rosensteel on behalf of Unknown Iris Software, Inc.
Rosensteel Law
90 Park Avenue
17th Floor
New York, NY 10016

Jose Ruiz
,

Russell Investment Group, Inc.
,

MICHAEL J. STAUBER on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Tonino Sacco on behalf of Unknown Jamie Desmond
Sacco & Fillas, LLP
141-07 20th Avenue
Suite 506
Whitestone, NY 11357

Deep Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Meera Sood Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Nick Santino
48 West 73rd St.
New York, NY 10023

Shuba Satyaprasad on behalf of Transferee Baupost Group Securities, L.L.C.
Ropes & Gray LLP
One International Place
Boston, MA 02110
shuba.satyaprasad@ropesgray.com

Kim Sherrie Sawyer on behalf of Creditor The Locator Services Group Ltd. ("TLSG")
The Locator Services Group Ltd.
316 Newbury Street
Suite 32
Boston, MA 02115

Eric A Schaffer on behalf of Counter-Claimant BNY Corporate Trustee Services Limited
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
eschaffer@reedsmith.com, slucas@reedsmith.com

Eckart W. Schmidt
55-151st Place N. E.
Bellevue, WA 98007-5019

Seattle Pacific University
3307 3rd Ave. W
Seattle, WA 98119

James P. Seery on behalf of Other Prof. Sidley Austin LLP
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
emcdonnell@sidley.com

Mitchell A. Seider on behalf of Unknown Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Nol Shala
Hertha-Feiner-Asmus
Stieg 5
Hamburg, D-22302

Jonathan M. Shaw
,

Shearman & Sterling, LLP.
,

Sheppard Mullin Richter & Hampton, LLP
,

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
jshickich@riddellwilliams.com, hmohr@riddellwilliams.com;ctracy@riddellwilliams.com

Sills Cummis & Gross P.C.
650 College Road East
Princeton, NJ 08540

Robert L. Sills on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019
rsills@orrick.com

Ronald J. Silverman on behalf of Creditor Ad Hoc Committee of Bondholders
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
ronald.silverman@bingham.com

Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

Richard W. Slack on behalf of Defendant Lehman Brothers Special Financing Inc.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10163

BE Smith
,

Margaret L. Smith
1125 Grouse Dr.
Redding, CA 96003-5514

Joshua Sohn on behalf of Plaintiff Hank's Living Trust
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
joshua.sohn@dlapiper.com, rachel.gupta@dlapiper.com;william.coleman@dlapiper.com

Mark R. Somerstein on behalf of Plaintiff Rye Select Broad Market Portfolio Limited
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com, nila.williams@ropesgray.com;dana.myers@ropesgray.com

Soros Fund Management LLC
888 Seventh Avenue
33rd Floor
New York, NY 10106

Fredric Sosnick on behalf of 3rd Pty Defendant Bank of America Trust and Banking Corporation (Cayman) Limited
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
karen.park@shearman.com,randy.martin@shearman.com,kerri.silver@shearman.com

Sprint Nextel Corporation and its affiliates d/b/a Sprint
,

Sprint Solutions, Inc.
,

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830

Michael Sroka
298 Federal Hill Rd.
Milford, NJ 03055

Stamford Associates L.P.
,

Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.
,

State Bank of Long Island
,

State of Rhode Island and Providence Plantations
,

Rodger R. Stelter
8000 W. 114th Terrace
Overland Park, MS 66210-1817

Steptoe & Johnson LLP
,

Anna Stewart
,

Chris Stovic
,

Strategic Value Master Fund, Ltd.
,

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Studio Giuridico Economico
,

Dale Suder
,

TATA Communications Services (America) Inc. f/k/a VSNL America, Inc.
,

TPG Credit Opportunities Fund, L.P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Opportunities Investors, L..P.
c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Opportunities Investors, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

TPG Credit Strategies Fund, L.P.
c/o TPG Credit Management LP
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

BRADLEY S. TUPI on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge on behalf of Creditor Wells Fargo & Co.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Donald Tang
14337 Adelfa Drive
La Miranda, CA 90638

Thomson Tat
2411 Kaiser Way
Antioch, CA 94531

TeleCommunication Systems, Inc.
,

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

The Bank of New York Corporate Trustee Services Limited
,

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
,

The F.B. Heron Foundation
,

The Federal Home Loan Bank of Dallas
,

The NASDAQ OMX Group,Inc
,

The Royal Bank of Scotland plc
,

The Seaport Group LLC
360 Madison Avenue
New York, NY 10017

The Sumitomo Trust & Banking Co., Ltd.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Edwin D. Thomas
2652 Cropsey Ave
Apt. 11G
Brooklyn, NY 11214

W. Todd Thomas on behalf of Interested Party Barclays Capital, Inc.
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301

Peter J. Thompson
2710 Mcdivitt Rd.
Madison, WI 53713

ThruPoint, Inc.
1372 Broadway, 6th Floor
New York, NY 10018

Michael Torkin on behalf of Creditor Silver Point Capital Offshore Fund, Ltd
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017
truittb@hbdlawyers.com

A. Brent Truitt on behalf of Unknown DCP Parties
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Khin Tun
46 Rock Run Road
East Windsor, NJ 08520

UBS AG, Stamford Branch
,

Mary E. Uhlman
626 N. Cedar Rd.
Jenkintown, PA 19046

Troy A. Uhlman

2310 Battery Hill Circle
Woodbridge, VA 22191

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191

United States Bankruptcy Court
,

Marc Uribe
P.O. Box 86488
San Diego, CA 92138

Arthur Uscher on behalf of Unknown Rita Meyer
USCHER, QUIAT, USCHER & RUSSON
A Professional Corporation
433 Hackensack Avenue
Hackensack, NJ 07601

VVA, LLC
,

Michael Vana
1315 Fairlane Dr
Schaumburg, IL 60193-3583

Amy Vanderwal on behalf of Unknown Bright Horizons Children's Centers LLC
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
,

Vanguard Total Bond Market Index Fund, a series of Vanguard Bond Index Funds
,

Fernando Veiga
,

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Marko Verbic
Na Grieu 19
4000 Kranj
Slovencia
,

Verizon Wireless Bankruptcy Administration
,

Shane Visto
1009 South 7th Street
Oakes, ND 58474

Linh Vo
,

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

WCG Master Fund, Ltd.
225 Liberty Street
New York, NY 10281

Karen E. Wagner on behalf of Creditor Banque Privee Saint Dominique
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
blmis.filings@dpw.com

S. Judson Waites on behalf of Creditor Charise Carroll
145 Church Street

Suite 110
Marietta, GA 30060

Curtis Ware
,

Washington Mutual Bank
,

Water Pollution Control Authority for the City of Bridgeport
c/o Law Office of Juda J. Epstein
3543 Main Street
Second Floor
Bridgeport, ct 06606

Weil, Gotshal & Manges LLP
,

Weil, Gotshal & Manges on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges, LLP on behalf of Defendant Lehman Brothers Special Financing, Inc.
767 Fifth Avenue
New York, NY 10153

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030

Monika Wenzl
Adrian-Keils-Str.7
51149 Koln
,

Western Asset UK GBP Credit Plus Bond Fund
,

P. Sabin Willett on behalf of Defendant State Street Bank & Trust Company
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Garfield K. Windross
,

Keith Wofford on behalf of Unknown R3 Capital Management, LLC
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com, SSally@ropesgray.com

James A. Wright on behalf of Plaintiff Millennium International, Ltd.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Xianhua Xu
226 Posnegansett Ave
Warwick, RI 02888

Stanley Yorsz on behalf of Defendant PNC Bank, National Association
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street
20th Floor
Pittsburgh, PA 15219-1410

Yorvik Partners LLP
,

Yorvik Partners, LLP
,

Yun You
137 Rousseau Street
San Francisco, CA 94112

David Younger
111 Old Hickory Blvd
Apt. 185
Nashville, TN 37221

Grover Younger
PO Box 3514

Eden, NC 27288

Bruce J. Zabarauskas
,

Barbara A. Ziccarelli
26 Huff Terrace
Montvale, NJ 07645

Stephen Zide on behalf of Unknown Stonehill Institutional Partners, L.P.
Kramer Levin Naftalis and Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
szide@kramerlevin.com, jshifer@kramerlevin.com;lwierman@kramerlevin.com

George A. Zimmerman on behalf of Plaintiff Prudential Global Funding LLC
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Michael R. Zodda
,