WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                   :
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
                                                   :
-------------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION**
**PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE**
**FOR AN ORDER ENFORCING THE AUTOMATIC STAY**
**AGAINST AND COMPELLING PAYMENT OF**
**POST-PETITION FUNDS BY SKANDINAVISKA ENSKILDA BANKEN AB**

       **PLEASE TAKE NOTICE** that Debtors' Motion Pursuant to Sections 105(a) and

362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling

Payment of Post-Petition Funds by Skandinaviska Enskilda Banken AB [Docket No. 6737], is

hereby withdrawn pursuant to the Stipulation, Agreement and Order between Lehman Brothers

Holdings Inc., Skandinaviska Enskilda Banken AB (publ) and JPMorgan Chase Bank, N.A.

Regarding (1) Turnover of Post-Petition Deposits and (2) Return of Misdirected Wires, entered

by the Court on April 28, 2010 [Docket No. 8683], with full reservation of all rights and claims under said Stipulation, Agreement and Order.

Dated: May 6, 2010
      New York, New York

                                 /s/ Richard P. Krasnow
                                 Richard P. Krasnow

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession