UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------------x

### ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD TO CONSIDER DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004 AND 9019 FOR AUTHORIZATION TO RESTRUCTURE CERTAIN TERMS OF THE ARCHSTONE CREDIT FACILITIES

Upon the motion, dated May 6, 2010 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and Lehman Commercial Paper Inc. ("LCPI") and their affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to sections 105 and 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6004 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization and approval of a restructuring (the "Restructuring") of certain credit facilities extended to Archstone-Smith Trust and its affiliates, all as more fully described in the Motion, and upon the declaration of Shai Y. Waisman pursuant to Local Rule 9077-1(a), dated May 6, 2010 (the "Declaration"), attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

1

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **May 25, 2010 at 11:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon:  (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn:  Shai Y. Waisman, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn:  Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn:  Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Kaye Scholer LLP, 425 Park Avenue, New York, NY

10022-3598, Attn: Margot Schonholtz, Esq. and Edmond Gabbay, Esq., attorneys for Bank of America, N.A; (vi) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Peter V. Pantaleo, Esq., attorneys for Barclays Capital Inc.; and (vii) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Steve Tomlinson, Esq., attorneys for Archstone, so as to be so filed and received by no later than **May 20, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"); and it is further

ORDERED that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default, and it is further

ORDERED that notice shall be given by sending a copy of this Order to Show Cause, the Motion, and the proposed order on the Motion, via e-mail, fax, or overnight mail or overnight courier, on or before **May 6, 2010, at 11:59 p.m. (prevailing Eastern Time)**, on all parties entitled to receive notice of this Order to Show Cause, the Motion, and the proposed order on the Motion.

Dated:   New York, New York
         May 6, 2010

                                        *s/ James M. Peck*
                                 UNITED STATES BANKRUPTCY JUDGE