```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BARCLAYS CAPITAL, INC.,

                Plaintiff,

        - against -                          O R D E R

TRILANTIC CAPITAL PARTNERS III, L.P. and
TRILANTIC CAPITAL PARTNERS IV, L.P.,         10 Civ. 3221 (NRB)

                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/10

Pursuant to 28 U.S.C. § 157(a) and the standing order of Acting Chief Judge Robert J. Ward dated July 11, 1984,

**IT IS HEREBY ORDERED** that this action is transferred forthwith to the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, to be administered in conjunction with In re Lehman Brothers Holdings Inc., Case No. 08-13555(JMP).

**SO ORDERED.**

Dated:    New York, New York
          May 4, 2010

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE