CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:10−cv−03221−NRB
## *Internal Use Only*

| | |
|---|---|
| Barclays Capital Inc. v. Trilantic Capital Partners III L.P. et al | Date Filed: 04/15/2010 |
| Assigned to: Judge Naomi Reice Buchwald | Date Terminated: 05/06/2010 |
| Case in other court: State Court − Supreme, 600674−10 | Jury Demand: None |
| Cause: 28:1441 Notice of Removal | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Barclays Capital Inc.**   represented by   **Christopher Emmanuel Duffy**
Boies Schiller &Flexner LLP
575 Lexington Avenue
New York , NY 10022
(212) 446−2300 x2366
Fax: 212−446−2350
Email: cduffy@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Trilantic Capital Partners III L.P.**   represented by   **Robert C. Micheletto**
Jones Day (NYC)
222 East 41st Street
New York , NY 10017
(212)−326−3939
Fax: (212)−755−7306
Email: rmicheletto@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Rue Wittstein**
Jones, Day, Reavis &Pogue
222 East 41st Street
New York , NY 10012
(212) 326−3939
*ATTORNEY TO BE NOTICED*

**Toni−Ann Citera**
Jones Day (NYC)
222 East 41st Street
New York , NY 10017
(212)−326−8376
Fax: (212)−755−7306
Email: tcitera@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trilantic Capital Partners IV L.P.**   represented by   **Robert C. Micheletto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Rue Wittstein**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Toni–Ann Citera**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/15/2010 | 1 | NOTICE OF REMOVAL from State Supreme Court, County of New York. Case Number: 600674–10. (Filing Fee $ 350.00, Receipt Number 900175).Document filed by Trilantic Capital Partners III L.P., Trilantic Capital Partners IV L.P. (Attachments: # 1 Notice of Removal pages from 51–75, # 2 Notice of Removal pages 76–117)(ama) (Entered: 04/19/2010) |
| 04/15/2010 | | Magistrate Judge Michael H. Dolinger is so designated. (ama) (Entered: 04/19/2010) |
| 04/15/2010 | | Case Designated ECF. (ama) (Entered: 04/19/2010) |
| 04/15/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Trilantic Capital Partners IV L.P.(ama) (Entered: 04/19/2010) |
| 04/15/2010 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Trilantic Capital Partners III L.P.(ama) (Entered: 04/19/2010) |
| 04/20/2010 | 4 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – RELATED CASE Affirmation of Robert C. Micheletto re: that this action be filed as related to 10–3216. Document filed by Trilantic Capital Partners III L.P., Trilantic Capital Partners IV L.P..(Micheletto, Robert) Modified on 4/21/2010 (KA). (Entered: 04/20/2010) |
| 04/20/2010 | 5 | NOTICE OF APPEARANCE by Christopher Emmanuel Duffy on behalf of Barclays Capital Inc. (Duffy, Christopher) (Entered: 04/20/2010) |
| 04/20/2010 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Barclays plc as Corporate Parent. Document filed by Barclays Capital Inc..(Duffy, Christopher) (Entered: 04/20/2010) |
| 04/21/2010 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Robert C. Micheletto to RE–FILE Document 4 Statement of Relatedness. Use the event type Statement of Relatendness pursant to Rule 1.6 found under the event list Other Documents. (KA) (Entered: 04/21/2010) |
| 04/21/2010 | 7 | STATEMENT OF RELATEDNESS PURSUANT TO LOCAL RULE 1.6 re: that this action be filed as related to 10–cv–3216–DC. Document filed by Trilantic Capital Partners III L.P., Trilantic Capital Partners IV L.P..(Micheletto, Robert) (Entered: 04/21/2010) |
| 04/23/2010 | 8 | STIPULATION AND ORDER: Defendants time to answer or move with respect to Plaintiff's Complaint shall be 14 days after a judicial decision on remand or abstention. In no event shall the time for Defendants to answer or move with respect to Plaintiff's Complaint be prior to 5/14/2010. (Signed by Judge Naomi Reice Buchwald on 4/23/2010) (tro) (Entered: 04/28/2010) |
| 04/29/2010 | 9 | NOTICE of Plaintiff's Statement Denying Allegation of Core Proceeding re: 1 Notice of Removal,. Document filed by Barclays Capital Inc.. (Duffy, Christopher) (Entered: 04/29/2010) |
| 05/04/2010 | 10 | ORDER: Pursuant to 28 U.S.C. § 157(a) and the standing order of Acting Chief Judge Robert J. Ward dated July 11, 1984, It is hereby ordered that this action is transferred forthwith to the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, to |

| | | |
|---|---|---|
| | | be administered in conjunction with In re Lehman Brothers Holdings Inc, Case No. 08–13555 (JMP). (Signed by Judge Naomi Reice Buchwald on 5/4/2010) (jpo) (Entered: 05/04/2010) |
| 05/04/2010 | | Transmission to Docket Assistant Clerk. Transmitted re: 10 Order, to the Docket Assistant Clerk for case processing. (jpo) (Entered: 05/04/2010) |
| 05/06/2010 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York Transfer on 5/06/10. (ama) (Entered: 05/06/2010) |