

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BARCLAYS CAPITAL INC., )
)
      Plaintiff, )    Civil Action No.:_____
)
-against- )    RULE 7.1 STATEMENT
)
TRILANTIC CAPITAL PARTNERS III )
L.P. and TRILANTIC CAPITAL )
PARTNERS IV L.P., )
)
      Defendants. )
)

------------------------------------------------------------ x

## RULE 7.1 DISCLOSURE STATEMENT OF TRILANTIC CAPITAL PARTNERS IV L.P.

Pursuant to Fed. R. Civ. P. 7.1 and through its undersigned counsel, Trilantic Capital Partners IV L.P., discloses the following:

Defendant Trilantic Capital Partners IV L.P., has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York        JONES DAY
April 15, 2010

By: _____
Robert C. Micheletto (RM-3258)
Jane Rue Wittstein (JR-3941)
Toni-Ann Citera (TC-8936)

222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorneys for Defendants Trilantic Capital Partners III L.P. and Trilantic Capital Partners IV L.P.*

NYI-4270629v1

## CERTIFICATE OF SERVICE

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that on April 15, 2010, I caused a true and correct copy of RULE 7.1 DISCLOSURE STATEMENT OF TRILANTIC CAPITAL PARTNERS IV L.P., to be served via First Class U.S. Mail, properly addressed to:

> Jonathan D. Schiller
> Christopher E. Duffy
> Bridget Brown
> Boise, Schiller & Flexner LLP
> 576 Lexington Avenue, 7th Floor
> New York, New York 10022
>
> *Attorneys for Plaintiff*

Dated: April 15, 2010
New York, New York

_____
NIDHI YADAVA