UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

**BARCLAYS CAPITAL INC.,**                )
                                      )
            **Plaintiff,**                )     Civil Action No.:_____
                                        )
           **-against-**                )     **RULE 7.1 STATEMENT**
                                        )
**TRILANTIC CAPITAL PARTNERS III**        )
**L.P. and TRILANTIC CAPITAL**            )
**PARTNERS IV L.P.,**                     )
                                        )
           **Defendants.**                )
                                        )

-------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT OF TRILANTIC CAPITAL PARTNERS III L.P.

Pursuant to Fed. R. Civ. P. 7.1 and through its undersigned counsel, Trilantic Capital

Partners III L.P., discloses the following:

Defendant Trilantic Capital Partners III L.P., has no parent corporation, and there is no

publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
         April 15, 2010

JONES DAY

By: _____

         Robert C. Micheletto (RM-3258)
         Jane Rue Wittstein (JR-3941)
         Toni-Ann Citera (TC-8936)

         222 East 41st Street
         New York, NY  10017
         Telephone:  (212) 326-3939
         Facsimile:  (212) 755-7306

         *Attorneys for Defendants Trilantic Capital*
         *Partners III L.P. and Trilantic Capital*
         *Partners IV L.P.*

NYI-4270628v1

## CERTIFICATE OF SERVICE

I, Nidhi Yadava, an attorney at Jones Day, hereby certify, under penalty of perjury, that

on April 15, 2010, I caused a true and correct copy of RULE 7.1 DISCLOSURE STATEMENT

OF TRILANTIC CAPITAL PARTNERS III L.P., to be served via First Class U.S. Mail,

properly addressed to:

> Jonathan D. Schiller
> Christopher E. Duffy
> Bridget Brown
> Boise, Schiller & Flexner LLP
> 576 Lexington Avenue, 7th Floor
> New York, New York 10022
>
> *Attorneys for Plaintiff*

Dated: April 15, 2010
      New York, New York

_____
NIDHI YADAVA

NY1-4270628v1