UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARCLAYS CAPITAL INC., <br><br> Plaintiff, <br><br> v. <br><br> TRILANTIC CAPITAL PARTNERS III L.P. and TRILANTIC CAPITAL PARTNERS IV L.P., <br><br> Defendants. | 10-CV-3221 (NRB) <br><br> **Electronically filed** |

### RULE 7.1 CORPORATE OWNERSHIP DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Barclays Capital Inc., by its undersigned counsel, hereby states as follows:

1. Barclays Capital Inc. is an indirect wholly-owned subsidiary of Barclays plc.

2. No publicly held corporation owns 10% or more of the stock of Barclays Capital Inc.

Dated: April 20, 2010
New York, New York

Respectfully submitted,

/s/
Christopher E. Duffy
CDuffy@BSFLLP.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: 212-446-2300
Fax: 212-446-2350

*Attorneys for Plaintiff Barclays Capital Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing RULE 7.1 CORPORATE OWNERSHIP DISCLOSURE STATEMENT to be served via ECF and hand delivery on April 20, 2010 to Defendants through their counsel:

>Robert C. Micheletto
>JONES DAY
>222 East 41st Street
>New York, New York 10017

>/s/
>Christopher E. Duffy