UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

BARCLAYS CAPITAL INC., )
)
   Plaintiff, )
)
  -against- )
)
TRILANTIC CAPITAL PARTNERS III )
L.P. and TRILANTIC CAPITAL )
PARTNERS IV L.P., )
)
   Defendants. )
)
----------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/10

Case No. 10 CV 3221-NRB (ECF)

STIPULATION AND [PROPOSED]
ORDER

## STIPULATION AND ~~[PROPOSED]~~ ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants that the time for Defendants to answer or move with respect to Plaintiff's Complaint shall be 14 days after a judicial decision on remand or abstention. In no event shall the time for Defendants to answer or move with respect to Plaintiff's Complaint be prior to May 14, 2010. Such agreement is without waiver and with an express reservation of any rights, defenses or other objections that defendants may assert in this action, including, but not limited to any defense of lack of personal jurisdiction.

NYI-4272124v1

MICROFILMED APR 2 7 2010 -12 00 PM

Dated: New York, New York
April 22, 2010

**BOIES, SCHILLER & FLEXNER LLP**

By: _____
Jonathan D. Schiller
Christopher E. Duffy
Bridget Brown
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: 212.446.2300
*Attorneys for Plaintiff*

**JONES DAY**

By: _____
Robert C. Micheletto
Jane Rue Wittstein
Toni-Ann Citera
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
*Attorneys for Defendants*

SO ORDERED this 23 day of April 2010

_____
U.S.D.J.