**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
:
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                :
        Debtors.                                :    (Jointly Administered)
                                                :
-----------------------------------------------------------------------x    Ref. Docket No. 8753

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2010, I caused to be served the "Notice of LBHI's Motion, Pursuant to Sections 105 and 362 of the Bankruptcy Code, for Modification of the Automatic Stay to Allow Delivery of Acceleration Notices to LBHI Under the EMTN Program," dated May 3, 2010, to which is attached the "LBHI's Motion, Pursuant to Sections 105 and 362 of the Bankruptcy Code, for Modification of the Automatic Stay to Allow Delivery of Acceleration Notices to LBHI Under the EMTN Program," dated May 3, 2010 [Docket No. 8753], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit C, and

    iv. delivered via facsimile to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this | /s/ *Brittany Whalen* |
| 4th day of May, 2010 | Brittany Whalen |

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALIZEE BANK AG (A.K.A. M&A PRIVATBANK AG) | ATTN: PERCHTHALER, KAROLINE, CEFA RENGASSE 6-8 VIENNA A-1010 AUSTRIA |
| ALLEN & OVERY | ATTN: DANUSSO, G. MASSIMILIANO CORSO VITTORIO EMANUELE, 284 ROME - 00186 ITALY |
| ALLEN & OVERY | ATTN: DANUSSO, MASSIMILIANO CORSO VITTORIO EMANUELE, 284 ROME - 00186 ITALY |
| ANCHORAGE ADVISORS L.L.C. | ATTN: BIRRELL, NATALIE A., C.O.O. 610 BROADWAY 6TH FLOOR NEW YORK NY 10012 |
| AXA WINTERTHUR, LEGAL AND COMPLIANCE | ATTN: ROTHLISBERGER, ANDREA, LEGAL COUNSEL GENERAL GUISAN-STRASSE 40 WINTERTHUR CH - 6401 SWITZERLAND |
| AXA WINTERTHUR, LEGAL AND COMPLIANCE | ATTN: HENNY, MATTHIAS, CHIEF INVESTMENTS OFFICER GENERAL GUISAN-STRASSE 40 WINTERTHUR CH - 6401 SWITZERLAND |
| BANCO BANIF S.A. | ATTN: FERNANDEZ, JOSE MANUEL MACEDA, DELEGATED COUNSEL PASEO DE LA CASTELLANA 24 MADRID 28046 SPAIN |
| BANCO DI CREDITO POPOLARE | ATTN: D'APONTE, MANLIO, GENERAL MANAGER PALAZZO VALLELONGA CORSO VITTORIO EMANUELE, 92/100 TORRE DEL GRECO 80059 ITALY |
| BARCLAYS BANK PLC | ATTN: FREITAG, SIMON, DIRECTOR, LEGAL 200 PARK AVENUE NEW YORK NY 10166-0005 |
| BARCLAYS CAPITAL INC. | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BCC VITA S.P.A. | VIA CARLO ESTERLE, 11 MILAN 20132 ITALY |
| BINGHAM MCCUTCHEN LLP | ATTN: DORCHAK, JOSHUA, REP. ON BEHALF OF DEUSTCHE BANK AG 399 PARK AVENUE NEW YORK NY 10022-4689 |
| CAJA LABORAL POPULAR COOP. DE CREDITO | ATTN: GORRONOGOITA, JAVIER, TREASURY AND CAPITAL MARKET MANAGER GRAN VIA DON DIEGO LOPEZ DE HARO 2 BILBAO VI 48001 SPAIN |
| CAJA LABORAL POPULAR COOP. DE CREDITO | ATTN: GORRONOGOITA, JAVIER, TREASURY AND CAPITAL MARKET MANAGER GRAN VIA DON DIEGO LOPEZ DE HARO 3 BILBAO VI 48001 SPAIN |
| CASSA DI RISPARMIO DI RAVENNA S.P.A. | ATTN: SARTI, GIORGIO, V. P. PIAZZA G. GARIBALDI, 6 RAVENNA 48121 ITALY |
| CASSA DI RISPARMIO DI SAN MINIATO S.P.A. | VIA IV NOVEMBRE, 45 SAN MINIATO PI 56028 ITALY |
| CENTERBRIDGE | ATTN: HART, JED, SENIOR MANAGING DIRECTOR (OF ALL 3 L.P.S) 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152-0002 |
| CHINATRUST COMMERCIAL BANK | ATTN: YANG, AMY, SENIOR V.P. 10/F, NO.77, SEC. 1, CHUNGKING S. RD TAIWAN REPUBLIC OF CHINA |
| CITIBANK N.A. | ATTN: GRANDMONT, RENATO, MANAGING DIRECTOR, 155 EAST 53RD ST. NEW YORK NY 10022 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CREDIT AGRICOLE TITRES | ATTN: DEWIT, DOMINIQUE, SECRETARY GENERAL 4, AVENUE D'ALSACE B.P. 12 MER 41500 FRANCE |
| CREDIT SUISSE SECURITIES (USA) LLC | ATTN: DAMICO, THOMAS, DIRECTOR 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| CVI GVF (LUX) MASTER S.A.R.I. C/O CARVAL INVESTORS | KNOWLE HILL PARK, FAIRMILE LANE COBHAM SU KT11 2PD UNITED KINGDOM |
| DAEWOO SECURITIES (H.K) LTD. | ATTN: KIM  JONG SON, MANAGING DIRECTOR 1 CONNAUGHT PLACE SUITE 816-819, 8/F JARDINE HOUSE CENTRAL HONG KONG |
| DEUTSCHE BANK AG LONDON | WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK SECURITIES INC. | ATTN: LESCAILLI, ANGELA, ASSOCIATE SECURITIES PROCESSING: 60 WALL STREET 14TH FLOOR NEW YORK NY 10005 |
| DIAMOND FINANCE PLC | ATTN: WRAFTER, ADRIAN, DIRECTOR 1 RIVERSIDE DRIVE DUBLIN 14 IRELAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY | ATTN: WRAFTER, ADRIAN, DIRECTOR AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY | ATTN: WRAFTER, ADRIAN, DIRECTOR AIB INTERNATIONAL CENTRE, INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 14 IRELAND |
| FIRST GULF BANK | ATTN: GODFREY, LUCIEN P.O. BOX 6316 ABU DHABI UNITED ARAB EMRITES |
| FONDAZIONE E.N.P.A.I.A. | ATTN: SICILLANI, DOTT. CARLO, PRESIDENTE VIALE BEETHOVEN, 48 ROME 00144 ITALY |
| GOLDMAN SACHS & CO - NY HEADQUARTERS | ATTN: YUNG, SUSAN 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: TRIBOLATI, JOHN, MANAGING DIRECTOR PETERSBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB U.K. |

| Claim Name | Address Information |
|---|---|
| GOLDMAN, SACHS & CO. | ATTN: SLATKY, JUSTIN, MANGING DIRECTOR 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN, SACHS & CO. | ATTN: YUNG, SUSAN, MANAGING DIRECTOR 30 HUDSON ST JERSEY CITY NJ 7302 |
| HSBC ASSURANCES VIE (FRANCE) | ATTN: GREGOIR, OLIVIER, CEO CEDEX 08 PARIS CE 75419 FRANCE |
| HSBC ASSURANCES VIE (FRANCE): REGISTERED OFFICE | 15, RUE VERNET PARIS 75008 FRANCE |
| ICCREA BANCA S.P.A.: ISTITUTO CENTRALE DEL CREDITO | ATTN: VITO LORENZO AUGUSTO, DELL'ERBA, PRESIDENT SOCIETA PER AZIONI - VIA LUCREZIA ROMANA, 41/47 ROME 178 ITALY |
| ISTITUTO PER LE OPERE DI RELIGIONE | ATTN: CIPRIANI, PAULO, GENERAL MANAGER CORTILE SISTO V VATICAN CITY 120 VATICAN CITY |
| ITAS ASSICURAZIONI S.P.A | ATTN: TEDOLDI, ALESSANDRO VIA MANTOVA, 67 TRENTO 38100 ITALY |
| J.P. MORGAN CLEARING CORP | ATTN: LEVINE, HAL, V. P. ONE METROTECH CENTER NORTH 4TH FLOOR BROOKLYN NY 11201 |
| J.P. MORGAN CLEARING CORP | ATTN: LEVINE, HAL, V. P. ONE METROTECH CENTER NORTH BROOKLYN NY 11201 |
| J.P. MORGAN CLEARING CORP | ATTN: CUSACK, ELIZABETH, V. P. ONE METROTECH CENTER NORTH BROOKLYN NY 11201 |
| J.P. MORGAN SECURITIES INC. | ATTN: VELUVOLU, NEELIMA 270 PARK AVE NEW YORK NY 10017 |
| JP MORGAN CHASE BANK, N.A. | ATTN: RIBEIRO, HUMBERTO, CLIENT SERVICE MANAGER 270 PARK AVE GLOBAL & NORTH AMERICAN CLIENT SERVICES NEW YORK NY 10017 |
| LE ASSICURAZIONI DI ROMA S.P.A. | ATTN: BIANCO, DOTT. VITTORIO LUNGOTEVERE R.SANZIO, 15 ROME 00153 ITALY |
| LOVELLS LLP | ATTN: SOLOWSKY, ADAM 590 MADISON AVENUE NEW YORK NY 10022 |
| LOVELY QUEEN CO., LTD. | ATTN: INOUE, TAKESHI, REPRESENTATIVE DIRECTOR AND PRESIDENT 2-5, KOTOBUKI-CHO, KANO GIFU-CITY 500-835 JAPAN |
| LOYENS & LOEFF | ATTN: LEIJDESDORFF, FRANK, LEGAL ADVISOR 26 THROGMORTON STREET LONDON EC2N 2AN U.K. |
| LOYENS & LOEFF | ATTN: LEIJDESDORFF, FRANK, LEGAL ADVISOR 27 THROGMORTON STREET LONDON EC2N 2AN U.K. |
| LOYENS & LOEFF N.V. | ATTN: VROOM, VINCENT, LEGAL ADVISOR FRED. ROESKESTRAAT 100 AMSTERDAM 1076 ED THE NETHERLANDS |
| MORGAN STANLEY | ATTN: VAN AEKEN, CHRIS, MANAGING DIRECTOR THREE EXCHANGE SQUARE 11TH FLOOR HONG KONG |
| MORGAN STANLEY | ATTN: VAN AEKEN, CHRIS, MANAGING DIRECTOR THREE EXCHANGE SQUARE 11TH FLOOR (CENTRAL) HONG KONG |
| MORGAN STANLEY ASIA LIMITED | ATTN: VAN AEKEN, CHRIS, MANAGING DIRECTOR 30TH FLOOR, THREE EXCHANGE SQUARE CENTRAL HONG KONG |
| MORGAN STANLEY ASIA LIMITED | ATTN: VAN AEKEN, CHRIS, MANAGING DIRECTOR PRIVATE WEALTH MANAGEMENT LEVEL 46, INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| NAGASHIMA OHNO & TSUNEMATSU | ATTN: KONISHI, MASAKI KIOICHO BLDG., 3-12 KIOCHO, CHIYODA-KU TOKYO 102-0094 JAPAN |
| NTUC INCOME INSURANCE CO-OERATIVE LTD. | ATTN: HENG, PETER MICHAEL, CHIEF INVESTMENT OFFICER NTUC INCOME CENTRE 75 BRAS BASAH ROAD 189557 SINGAPORE |
| QUADRIFOGLIO VIA S.P.A. | ATTN: CIUFFA, FRENCESCO VIA ALDO FABRIZI 9 ROME 00128 ITALY |
| RISPARMIO E PREVIDENZA S.P.A. | VIA CARLO EDERLE, 45 VERONA 37126 ITALY |
| RISPARMIO E PREVIDENZA S.P.A. | ATTN: DIREZ OPERATIVA VIA PIRANDELLO, 37 VERONA 37138 ITALY |
| ROPES & GRAY LLP | ATTN: WHEELER, WILLIAM R. ONE INTERNATIONAL PLACE BOSTON MA 02110-2624 |
| SERENGETI ASSET MANAGEMENT LP | ATTN: LANASA, III., JOSEPH A. 632 BROADWAY 12TH FLOOR NEW YORK NY 10010 |
| SHINKONG FINANCE (HK) LIMITED | ATTN: HUANG, AR TSAE, MANAGING DIRECTOR 183 QUEEN'S ROAD UNIT 3901, 39/F., COSCO TOWER CENTRAL HONG KONG |
| SHINKONG FINANCE (HK) LIMITED | 27F., 66, SEC.1, CHUNG-HSIAO W. RD. TAIPEI TAIWAN |
| SOCIETE GENERALE | ATTN: OTTENWAELTER, BENOET, C.R.O. ESPACE 21/4 52 PLACE DE L'ELLIPSE CEDEX 7 92972 FRANCE |
| STATE BANK OF INDIA | 15 KING STREET LONDON EC2V 8EA UNITED KINGDOM |
| STATE STREET BANK AND TRUST COMPANY | ATTN: MURRAY, TIMOTHY, OFFICER 225 FRANKLIN STREET BOSTON MA 02110 |
| TAIWAN SHIN KONG COMMERCIAL BANK | ATTN: LEE, TSENG-CHANG, CHAIRMAN 26F., 66 SEC. 1, CHUNG-HSIAO W. RD., TAIPEI |

| Claim Name | Address Information |
|---|---|
| COMPANY LTD. | TAIWAN |
| THE ROYAL BANK OF SCOTLAND PLC | ATTN: H, O 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| THE ROYAL BANK OF SCOTLAND PLC | ATTN: H, O 136 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| UNIQA PREVIDENZA S.P.A. | ATTN: MENEGHETTI, MICHELE, PRESIDENTE DEL CONSIGLIO DE GESTIONE E LEGAL RAPPRESENTANTE VIA CARNIA 26 MILAN 20312 ITALY |
| UNIQA PREVIDENZA S.P.A. | ATTN: NAGLER, GOTTFRIED, CONSIGLIERE DI GESTIONE E LEGALE RAPPRESNTANTE VIA CARNIA 26 MILAN 20312 ITALY |

**Total Creditor Count 72**

LBH DI 8753    5-3-10

ITAS VITAS SPA
VIA MANTOVA, 67
38122 TRENTO
ITALY

**EXHIBIT C**

*Email Addresses*

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brendan.collins@dlapiper.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com

dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcahn@cahnlaw.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com

dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggraber@hodgsonruss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com

holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com

karol.denniston@dlapiper.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com

rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com

slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com

vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# EXHIBIT D

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |