UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                              :
                        Debtors.                                :    (Jointly Administered)
                                                                              :
                                                                              :
----------------------------------------------------------------x

ORDER DENYING SWEDBANK'S MOTION PURSUANT TO
FED. R. BANKR. P. 8005 FOR STAY PENDING APPEAL OF THE
PROPOSED ORDER GRANTING THE DEBTORS' MOTION PURSUANT
TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE
ENFORCING THE AUTOMATIC STAY AGAINST AND
COMPELLING PAYMENT OF POST-PETITION FUNDS BY SWEDBANK AB

A hearing having been held on May 6, 2010 (the "Hearing") pursuant to an Order to Show Cause, entered on April 22, 2010 [Docket No. 8590] ("Order to Show Cause") to consider the Stay Motion of Swedbank AB (publ) ("Swedbank"), pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") dated April 21, 2010 [Docket No. 8564] (the "Stay Motion") for an order staying the Order granting the Debtors' Motion pursuant to Sections 105(a) and 362 of the Bankruptcy Code Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank entered May 5, 2010 [Docket No. 8800] (the "Order") pending Swedbank's appeal of the Order to the district court; and the Court having jurisdiction to consider the Stay Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Stay Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Debtors' Objection to the Stay Motion dated April 30, 2010 [Docket No. 8740] (the "Objection"); and upon Swedbank's Reply in Further Support of the Stay Motion dated May 4, 2010 [Docket No. 8782]; and the Court having found and determined that the legal and factual bases set forth in the Stay Motion fail to show that Swedbank is entitled to a stay pending appeal to the district court pursuant to Rule 8005 of the Bankruptcy Rules; all as set forth in the record of the Hearing; and after due deliberation, it is hereby,

ORDERED that the Stay Motion is denied; it is further

ORDERED that the stay entered by the Court on April 22, 2010 pursuant to the Order to Show Cause is lifted effective immediately.

Dated: New York, New York
       May 6, 2010

                                            *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE