UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | (Jointly Administered) |
| Debtors. | |

---

## NOTICE OF WITHDRAWAL OF
## CLAIM NOS. 22623 AND 22624

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Manufacturers and Traders Trust Company, by its undersigned attorney, Mark W. Warren, Esq. does hereby withdraw the following claims:

- Claim no. 22623 filed on September 21, 2009 against Lehman Brothers Special Financing Inc. (08-13888) in the amount of $1,152,686.72, which claim suspended prior claim no. 4814 filed on May 28, 2009 in the amount of $1,079,301.48; and

- Claim no. 22624 filed on September 21, 2009 against Lehman Brothers Holdings Inc. (08-13555) in the amount of $1,152,686.72, which claim superseded prior claim no. 4815 filed on May 28, 2009 in the amount of $1,079,301.48.

Dated: Buffalo, New York
May 6, 2010

/S/ Mark W. Warren
Mark W. Warren, Esq.
Manufacturers and Traders Trust Company
One M&T Plaza, 12th Floor
Buffalo, New York 14203
Tel. (716) 842-5667
Fax (716) 842-5376
Email: mwarren@mtb.com

*Attorney for Manufacturers and
Traders Trust Company*