Buenos Aires, April 20, 2010.

To
The Chambers of the Honorable James M. Peck
One Bowling Green
New York, new York 10004
Courtroom 601

MAIL ID 0021701974 LBH19 04-01-2010
MERGE2,TXNUM2    4000003683

i) UNITED STATES BANKRUPCY COURT SOUTHERN DISTRICT OF NEW YORK
In RE LEHMAN BROTHERS HOLDINGS INC, ET AL, Debtors
Chapter 11 Case N. <u>08-13555 (JMP)</u>

We have received the notice of the Claim to be Disallowed and Expunged, Claim Number 3684. Basis for Objection: Sustantively Duplicative Claim, which is correct.

Please take note that:
The Survivng Claim N. 3683 has a Claim Amount of $ 100,000,00 plus interest as detailed on the filed Claim and not as appears as UNSPECIFIED.
It is clearly shown on page 25 of the documentation that completes the Surviving Claim N. 3683, on the Lehman Brothers Statement where it says:
100,000 MEDIUM TERM NOTES DUE 10 MAR 2023 09.25% Isin US5252MOEA14.

**ROTTNEST LTD**

RIVKA SCHMUSKOVITS, SILVIO SCHUSTER
NICOLAS SCHUSTER, FLAVIA SCHUSTER
LOS OLIVOS, 47 BOULOGNE ZIP B1609ENA
PROV. BUENOS AIRES
ARGENTINA



RECEIVED APR 30 2010 U.S. BANKRUPTCY COURT. SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :   08-13555 (JMP)
                        Debtors.                               :
                                                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

MAIL ID *** 0021701974 *** LBH OMNI9 04-01-2010 (MERGE2,TXNUM2) 4000003683
ROTTNEST LIMITED
RIVKA SCHMUSKOVITS, SILVIO SCHUSTER, NICOLAS SCHUSTER, FLAVIA SCHUSTER
LOS OLIVOS
47 BOULOGNE LA HORQUETA PROVINCIA
ZIPB1609ENA
BUENOS AIRES
ARGENTINA

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

## NOTICE OF HEARING ON DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVELY DUPLICATIVE CLAIMS)

**Creditor Name and Address**
TO: ROTTNEST LIMITED
RIVKA SCHMUSKOVITS, SILVIO SCHUSTER
NICOLAS SCHUSTER, FLAVIA SCHUSTER
LOS OLIVOS
BUENOS AIRES
ARGENTINA

**Basis For Objection:** Substantively Duplicative Claim

| | Claim Number | Date Filed | Debtor | Claim Amount |
|---|---|---|---|---|
| Claim to be Disallowed and Expunged | 3684 | 04/06/2009 | 08-13555 | $100,000.00 |
| Surviving Claim | 3683 | 04/06/2009 | 08-13555 | Unspecified |

PLEASE TAKE NOTICE that, on April 1, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Ninth Omnibus Objection to Claims (Substantively Duplicative Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is substantively duplicative of your claim(s) filed against the same Debtors and on account of the same obligations as the claim(s) listed above under SURVIVING CLAIM(S). Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 3, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on May 12, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, John O'Connor, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: April 1, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION