April 26, 2010



Honorable James M. Peck
Court Room 601
One Bowling Green
New York, New York 10004

Attn: Shai Waisman, Esq.
Weil Gotshal & Manges LLP (attorneys for Debors)
767 Fifth Avenue
New York, New York 10153

Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Biran Masumoto, Esq.,
Linda Riffkin, Esq., Tracy Hope Davis, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21 Floor
New York, New York 10004

Attn: Dennis Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
(Attorneys for the official committee of unsecured creditors)
Milbank, Tweed, Harley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

References:

1) United States Bankruptcy Court, Southern District of New York
2) Name of Debtors: Lehman Brothers Holding Inc., et al.
3) Case Number: 08-13555 (JMP)
4) Letter from United States Bankruptcy Court of Southern District of New York, Mail ID: ***0021701471***LBH OMN18 04-01-2010

Subject: Clarification regarding our Claim numbers 559 and 7004, and change of our address/phone number

Dear Honorable James M. Peck,

Regarding the above reference No. 4 letter, our claim number 559 (dated 10/21/2008) was expunged, and replaced by the Surviving Claim No. 7004 (dated 8/3/2009). However, the Surviving Claim No. 7004 does not show the Debtor number of 08-13555.

Therefore, please make sure to assign the Debtor number 08-13555 to our Claim number 7004.

1

Also, our address/phone numbers have been changed as below. The new address is:

**Park, U. Young and Kae Sook**
**5558-A Via Portora**
**Laguna Woods, CA 92637**
**Phone: 949-470-1122**
**Cell: 973-464-6440**

Thank you very much and we are eager to hear some good news about our loss.

U. Young Park
Kae Sook Park
5558-A Via Portora
Laguna Woods, CA 92637


Attachment: 1st page of Reference 4 letter

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
-----------------------------------------------------------------x

MAIL ID *** 0021701471 *** LBH OMNI8 04-01-2010 (MERGE2.TXNUM2) 4000000558

PARK, U. YOUNG AND KAE SOOK
1350 ALA MOANA BLVD, # 1409
HONOLULU, HI 96814

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, AIMEE N. BLANCHARD, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| | | Claim Number | Date Filed | Debtor | Claim Amount |
| TO: PARK, U. YOUNG AND KAE SOOK<br>1350 ALA MOANA BLVD, # 1409<br>HONOLULU, HI 96814 | Claim to be Disallowed and Expunged | 559 | 10/21/2008 | 08-13555 | Unsecured - $413,000.00 |
| | Surviving Claim | 7004 | 8/3/2009 | 1: No Case | Unsecured - $413,000.00 |

    PLEASE TAKE NOTICE that, on April 1, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

    The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

    If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 3, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.