

The Chambers of the Honorable James M. Peck    Budapest, 30 April, 2010
One Bowling Green
Courtroom 601
New York, New York 10004
USA

**THIS IS AN OPPOSITION TO THE OBJECTION OF THE FOLLOWING CLAIM**

| | |
|---|---|
| Bankruptcy Court: | United States Bankruptcy Court for the Southern District of New York |
| Name of the Debtor(s): | Lehman Brothers holdings Inc. (08-13555) |
| Case number: | 08-13555 |
| Title of the Objection: | Omnibus Objection to the Calims (Duplicate Claims) |
| Claimant: | OTP SUPRA DERIVATIVE BOND FUND |
| Amount of Claim: | USD 355,025.00 |

RECEIVED MAY 3 2010 U.S. BANKRUPTCY COURT, SDNY JMP

**Dear Sirs,**

We have been informed by a notice (the "Notice") that Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Seventh Omnibus Objection to Claims (Duplicate Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court).

According to the Notice the Objection requests the claim of OTP SUPRA DERIVATIVE BOND FUND (Claim Number 50389) to be disallowed and expunged by the Bankruptcy Court because of duplicate claims.

OTP Bank Plc. as the custodian of OTP SUPRA DERIVATIVE BOND FUND **do oppose the disallowance and expungement of the Claim Number 50389** in virtue of the followings.

According to the Notice, OTP SUPRA DERIVATIVE BOND FUND has two claims (Claim Number 50388 and 50389). On 27 October, 2009 two Proof of Claims were sent to the Bankruptcy Court, one for OTP SUPRA DERIVATIVE BOND FUND and one for OTP GLOBAL DERIVATIVE BOND FUND. The amount of the claims were USD 355,025.00 for both claims. Thus the two separate creditors have two separated claims in the value of USD 355,025.00 for each claims. No duplicated Proof of Claims have been sent on behalf of OTP SUPRA DERIVATIVE BOND FUND, but two separate Proof of Claims on behalf of two separate creditors. The two Proof of Claims must have been filed wrongly in the name of SUPRA DERIVATIVE BOND FUND. One of the Proof of Claims should have been filed to SUPRA DERIVATIVE BOND FUND and the other Proof of Claim should have been filed to OTP GLOBAL DERIVATIVE BOND FUND.

OTP Bank Plc.
E-mail: information@otpbank.hu
Internet: www.otpbank.hu
Postal Address: 16. Nádor street, H-1876 Budapest, Hungary

According to the above mentioned facts we request the Bankruptcy Court NOT to disallow and expunge the Claim Number 50389.

Name, address and telephone number of the person possessing ultimate authority to reconcile, settle, or otherwise resolve the claim of the Creditor:

Name:     Miklós TÓTH
Address:  16 Nádor street, Budapest, H-1051, Hungary.


Yours sincerely,

Dóra Sziládi-Losteiner
Director
Loan Execution, Special Transactions and Custody

Miklós Tóth
Deputy Director
Custody