May 1, 2010

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 601
Chambers: (202) 668-5632

Honorable James M. Peck

I am writing to file my Proof of Interest in the case of Lehman Brothers Holdings Inc., 08-13555, U.S. Bankruptcy Court, Southern District of New York (Manhattan) and request that you appoint an Official Equity Committee to represent and protect the rights of the equity owners of Lehman Brothers Inc.

Shareholders have suffered egregious losses, and I feel it is necessary to take any legal steps possible, as provided for by law, to protect my interests.

I would appreciate your efforts to provide the fairness and justice to each unrepresented investing citizen that this country is supposed to represent.

These are list of my shares:

LEHFQ = 8,851
LEHGQ = 4,150
LEHJQ = 13,000
LEHLQ = 708
LEHNQ = 700
LHHMQ = 1,000

Sincerely,

Chris C. Bobell
10653 Khoury League Road
Marion, Illinois 62959
ccvbobell@verizon.net
618-997-8014

RECEIVED
MAY 5 2010
U.S. BANKRUPTCY COURT, SDNY
JMP