SALANS LLP
  Claude D. Montgomery
  Paul C. Gunther
  Michael Kauffman
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500
Fax: (212) 632-5555

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

### CERTIFICATE OF SERVICE

      I, Paul C. Gunther, hereby certify that on May 6, 2010, I caused true copies of Notice of Appeal of Order Granting the Debtors' Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay Against and Compelling Payment of Post-Petition Funds by Swedbank AB, dated May 6, 2010, to be served by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New York on Andrew D. Velez-Rivera at the Office of the U.S. Trustee, 33 Whitehall, 21st Floor, New York, NY 10004, Richard P. Krasnow at Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 and Dennis F. Dunne, Evan R. Fleck and Dennis C. O'Donnell at Milbank, Tweed, Hadley & McCloy LLP at 1 Chase Manhattan Plaza, New York, NY 10005.

                                            /s/ Paul C. Gunther
                                            Paul C. Gunther

NewYork 1349370.1