# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Hickok Place, L.L.C. | Carimonte Holding S.p.A. |
|---|---|
| Name of Transferee | Name of Transferor |
| $113,010,541.00 | 28515 |
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: Hickok Place, L.L.C
Address:   c/o Ropes & Gray LLP
           1211 Avenue of the Americas
           New York, NY 10036-8704
           Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____                    Date: ___5-7-10___

Name: Jonathan Reisman
Title:   Counsel for Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Carimonte Holding S.p.A

Carimonte Holding S.p.A., a company (società per azioni) organized under the laws of Italy, with offices located at Via Indipendenza 11, 40121 Bologna, Italy ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Hickok Place, L.L.C., its successors and assigns, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $113,010,541.00 (representing a claim amount of EUR 79,644,179.00 converted into U.S. dollars at a rate of 0.70475 for 15 September 2008) and assigned Claim No. 000028515 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 20th day of November, 2009.

**Carimonte Holding S.p.A.**

By: _____
Name: Mr. Gianluigi Serafini
Title: Chairman


**Hickok Place, L.L.C.**

By: _____
Name: 
Title: AUTHORIZED SIGNATORY

4026111_6.DOC