**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 8836 & 8841**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT )
                                              ) ss.:
COUNTY OF HARTFORD   )

CRAIG FALLON, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a) "Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Restructure Certain Terms of the Archstone Credit Facilities," dated May 6, 2010 [Docket No. 8836], and

    b) " Order to Show Cause to Shorten Notice Period to Consider Debtors' Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Restructure Certain Terms of the Archstone Credit Facilities," dated May 6, 2010 [Docket No. 8841],

    by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, on May 6, 2010,

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on May 6, 2010,

    iii. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>, on May 6, 2010

    iv. delivered via hand delivery/personal service to those parties listed on the annexed <u>Exhibit D</u>, on May 7, 2010, and

T:\Clients\LBH\Affidavits\Archstone Motion & Order_DI 8836 & 8841_AFF_5-6-10.doc

     v.     delivered via facsimile to those parties listed on the annexed <u>Exhibit E</u>, on May 7, 2010.

     c)    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Craig Fallon
Craig Fallon

Sworn to before me this
7th day of May, 2010

/s/ Timothy C. Conklin
Timothy C. Conklin
Notary Public
State of Connecticut
My Commission Expires May 31, 2014

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

KAYE SCHOLER LLP,
425 PARK AVENUE
NEW YORK, NY 10022-3598,
ATTN:  MARGOT SCHONHOLTZ, ESQ. & EDMOND GABBAY, ESQ.

SIMPSON THACHER & BARTLETT LLP,
425 LEXINGTON AVENUE,
NEW YORK, NY 10017
ATTN:  PETER V. PANTALEO, ESQ.

KIRKLAND & ELLIS LLP,
601 LEXINGTON AVENUE,
NEW YORK, NY 10022
ATTN:  STEPHEN TOMLINSON, ESQ.  & EDWARD O. SASSOWER, ESQ.

| Claim Name | Address Information |
|---|---|
| 745 SEVENTH AVENUE, 16TH FLOOR | ATTN: NANCY WONG NEW YORK NY 10019 |
| AARON WELSH | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| AEGIS FINANCE LLC | C/O GSS HOLDINGS (AEGIS), INC. 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| ALSTON & BIRD | BANK OF AMERICA PLAZA SUITE 4000 101 SOUTH TRYON STREET ATTN: PATRICK HAYDEN CHARLOTTE NC 28280-4000 |
| AMY WOLF | WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| ARCHSTONE CORPORATE HEADQUARTERS | 9200 E. PANORAMA CIRCLE SUITE 400 ENGLEWOOD CO 80112 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | 214 NORTH TRYON STREET ATTN: JASON LABONTE CHARLOTTE NC 28255 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | C/O BANC OF AMERICA LEGAL DEPT. 231 S. LASALLE STREET ATTN: ILEANA STONE, ASSISTANT GENERAL COUNSEL CHICAGO IL 60604 |
| BANK OF AMERICA | JASON OURMAN PRINCIPAL ONE BRYANT PARK, 11TH FLOOR NY1-100-11-07 NEW YORK NY 10036 |
| BANK OF AMERICA SECURITIES, LLC | NY1-301-32-02 9 WEST 57TH STREET ATTN:  ROCHELLE R. DOBBS MANAGING DIRECTOR REAL ESTATE CAPITAL MARKETS NEW YORK NY 10019 |
| BANK OF AMERICA SECURITIES, LLC | NY1-100-11-07 ONE BRYANT PARK ATTN:  DON BENNINGFIELD MANAGING DIRECTOR GLOBAL STRUCTURED FINANCE NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | CMBS MORTGAGE SERVICING 900 WEST TRADE STREET NC1-026-06-01 ATTN: DEAN ROBERSON CHARLOTTE NC 28255 |
| BANK OF AMERICA, N.A. | 901 MAIN STREET ATTN: LESA BUTLER DALLAS TX 75202-3714 |
| BANK OF AMERICA, N.A. | 555 CALIFORNIA STREET 8TH FLOOR ATTN: SYLVIA O'NEILL SAN FRANCISCO CA 94104-1503 |
| BENJAMIN EPPLEG | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| BIH ASN LLC | C/O BARCLAYS CAPITAL 200 PARK AVENUE ATTN: LORI RUNG NEW YORK NY 10166 |
| BRAHMS FUNDING CORPORATION | C/O GLOBAL SECURITIZATION SERVICES, LLC 114 WEST 47TH STREET, SUITE 1715 NEW YORK NY 10036 |
| COOPERATIVE CENTRALE | RAIFFEISEN-BOERENLEENBANK B.A.. RABOBANK INTERNATIONAL, NEW YORK BRANCH 245 PARK AVENUE NEW YORK NY 10167 |
| ERIC SEILER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| FANNIE MAE | 3900 WISCONSIN AVENUE, N.W. ATTN: VICE PRESIDENT FOR MULTIFAMILY ASSET MANAGEMENT WASHINGTON DC 20016-2899 |
| FENWAY CAPITAL, LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 SOUTH SERVICE ROAD, SUITE 120 MELVILLE NY 11747 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  DIRECTOR, MULTIFAMILY PORTFOLIO SERVICES MCLEAN VA 22102 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  ROBERT E. BOSTROM, GENERAL COUNSEL MCLEAN VA 22102 |
| FREEDOM CCS 2008-1, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 KY |
| GERALD ADLER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| GIBSON, DUNN & CRUTCHER LLP | ONE MONTGOMERY STREET, SUITE 3100 ATTN: FRED L. PILLON, ESQ. SAN FRANCISCO CA 94104 |
| GRANT THORNTON (EU PAYING AGENT) | HERBERT STREET, DUBLIN 2 IE |
| HEMISPHERE LANE PTY LIMITED | LEVEL 7, 48 MARTIN PLANE SIDNEY, NEW SOUTH WALES 2000 AU |
| IAN W. STERLING | DIRECTOR & ASSOCIATE GENERAL COUNSEL BARCLAYS CAPITAL 200 PARK AVENUE, 27TH FLOOR NEW YORK NY 10166 |
| IRENA GOLDSTEIN | DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| JAMES C. BURESH | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| JPMORGAN CHASE BANK, N.A. | 245 PARK AVENUE – 12TH FLOOR ATTN: KEVIN KELLEY AND ED MAYFIELD NEW YORK NY 10167 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ATTN: MARGOT SCHONHOLTZ ATTN: EDMOND GABBAY ATTN: LOUIS J. |

| Claim Name | Address Information |
|---|---|
| KAYE SCHOLER LLP | HAIT ATTN: MARK S. KINGSLEY, ATTN: ANA ALFONSO NEW YORK NY 10022-3598 |
| KIRKLAND & ELLIS LLP | 200 EAST RANDOLPH DRIVE ATTN: MARGARET A. GIBSON, P.C. AND MICHAEL D. BELSEY CHICAGO IL 60601-6636 |
| LAODICEA LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| LEHMAN BROTHERS BANK, FSB | 745 SEVENTH AVENUE ATTN:  LLOYD WINANS, GENERAL COUNSEL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANK, FSB | GENERAL COUNSEL-LBB 745 SEVENTH AVENUE ATTN: STEVE KORELL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE ATTN:  FRANK ZEITZ GB |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE GB |
| LEHMAN BROTHERS COMMERCIAL BANK | WOODLAND TOWER 1 4001 SOUTH 700 EAST SUITE 410 ATTN: PRESIDENT SALT LAKE CITY UT 84107 |
| LEHMAN BROTHERS FINANCING LIMITED | 25 BANK STREET LONDON E14 5LE GB |
| LEHMAN BROTHERS HOLDINGS INC. | 399 PARK AVENUE ATTN: CHARLENE THOMAS NEW YORK NY 10022 |
| LEHMAN BROTHERS HOLDINGS, INC. | LEHMAN BROTHERS COMMERCIAL BANK 745 SEVENTH AVENUE ATTN: SCOTT KIMMEL AND JULIE BOYLE NEW YORK NY 10019 |
| LEHMAN BROTHERS HOLDINGS, INC. | OFFICE OF GENERAL COUNSEL 745 SEVENTH AVENUE ATTN: SCOTT LECHNER NEW YORK NY 10019 |
| LEHMAN COMMERCIAL PAPER INC. | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN LOAN FUNDING 1 LLC | C/O LEHMAN COMMERCIAL PAPER INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN SYNDICATED LOAN FUNDING TRUST | C/O WILMINGTON TRUST COMPANY AS TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX L-1371 LU |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX ATTN: ALEXIS KAMAROWSKY L-1371 LU |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE 2 SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG TRADING FINANCE | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS GRAND CAYMAN KY1-1102 KY |
| MARK MANSKE | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MICHAEL MAZZEI | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING – VERANO CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING – PINE CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CMBS SURVEILLANCE-SASCO 2008-C2, LLC NEW YORK NY 10007 |
| NATHAN OSTRANDER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| PAUL KJELSBERG | LOCKE LORD BISSELL & LIDDELL LLP 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| PETER V. PANTALEO | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| PINE CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| PINE CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS GRAND CAYMAN KY1-1102 KY |
| RICHARD SCHETMAN | CADWALADER, WICKERSHAM & TAFT ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SASCO 2008-C-2, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET (COUNTY OF NEW CASTLE) WILMINGTON DE 19801 |
| SCHULTE, ROTH & ZABEL LLP | 919 THIRD AVENUE ATTN: ANDREW J. DADY NEW YORK NY 10022 |
| SCOTT WEINER | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| SEAN L. MCKENNA | PRINCIPAL MORTGAGE TRADING GROUP BARCLAYS CAPITAL 745 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| SPRUCE CCS, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 KY |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE VERANO CCS, LTD. NEW YORK NY 10041-0003 |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE PINE CCS, LTD. NEW YORK NY 10041-0003 |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE SASCO 2008-C2, LLC NEW YORK NY 10041-0003 |
| STEVEN C. STICKLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SUMITOMO MITSUI BANKING CORPORATION | 277 PARK AVENUE NEW YORK NY 10172 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | AS COLLATERAL TRUSTEE 2 NORTH LASALLE STREET, SUITE 1020 CHICAGO IL 60602 |
| THE BANK OF NEW YORK, AS COLLATERAL AGENT | 101 BARCLAY STREET NEW YORK NY 10286 |
| TISHMAN SPEYER | 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL NEW YORK NY 10111 |
| TISHMAN SPEYER ARCHSTONE-SMITH | MULTIFAMILY FUND VII (ERISA) CORP. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER PROPERTIES, L.P. | C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE VENTURE VII | PARALLEL (INT), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE VENTURE VII | PARALLEL (SGP), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER U.S. | VALUE-ADDED ASSOCIATES VII, L.L.C. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TRIMONT REAL ESTATE ADVISORS, INC. | 3424 PEACHTREE ROAD, NE SUITE 2200 ATTN: BRIAN PITTARD AND GREG WINCHESTER ATLANTA GA 30326 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES VERANO CCS AND BRAND HOSFORD CHARLOTTE NC 28202 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES - PINE CCS CHARLOTTE NC 28202 |
| VANESSA BRESSLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| VARIABLE FUNDING TRUST 2008-1 | C/O U.S. BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 300 DELAWARE AVENUE, 9TH FLOOR WILMINGTON DE 19801 |
| VENABLE LLP | 575 7TH STREET, N.W. ATTN: STEPHANIE L. DELONG, ESQ. WASHINGTON DC 20004 |
| VERANO CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| VERANO CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTORS GRAND CAYMAN KY1-1102 KY |
| WACHOVIA BANK, NATIONAL ASSOCIATION | NC 1075, 9TH FLOOR 201 S. COLLEGE ST. ATTN: PORTFOLIO MANAGER, SASCO 2008-C2 CHARLOTTE NC 28244 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 375 PARK AVENUE MAIL CODE NY 4060 ATTN: DAVID S. KAPLAN NEW YORK NY 10152 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 700 NORTH PEARL STREET, 17TH FLOOR MAIL CODE TX5648 ATTN: EMILY BURNS, VICE PRESIDENT DALLAS TX 75201 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC AND BRIAN SMITH COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | SIXTH STREET & MARQUETTE AVENUE, ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC MINNEAPOLIS MN 55479 |
| WILLIAM P. WEINTRAUB | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | 1 ALLEE SCHEFFER L-2520 LU |
| WINDERMERE VII CMBS P.L.C. | 1 ALLEE SCHEFFER L-2520 LU |

**Claim Name**                              **Address Information**

Total Creditor Count 98

**EXHIBIT B**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brendan.Collins@dlapiper.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov

1

crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcahn@cahnlaw.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com

dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com

francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com

john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.c
om
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com

kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com

mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com

RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

EXHIBIT "D"

ARCHSTONE-SMITH TRUST
9200 EAST PANORAMA CIRCLE
ENGLEWOOD, CO  80112
ATTN:  R. SCOT SELLERS

WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019
ATTN:  STEPHEN T. LINDO, ESQ.

JERRY L. COHEN & ASSOCIATES, L.L.C.:
C/O OF TISHMAN SPEYER
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK  10111
ATTN:  JERRY L. COHEN

DIVERSIFIED REAL ESTATE INVESTORS LLC
550 NEWPORT CENTER DRIVE
NEWPORT BEACH, CALIFORNIA  92660

CAMBRIDGE CAPITAL REAL ESTATE INVESTMENTS, LLC
C/O CONSOLIDATED INVESTMENT GROUP LLC
ATTENTION:  MR. TIM W. BERTOCH
6400 S. FIDDLER'S GREEN CIRCLE, SUITE 2000
ENGLEWOOD, CO 80111

EXHIBIT "E"

| Name | Fax |
|------|-----|
| Archstone-Smith Trust, Attn:  R. Scot Sellers | (303) 858-0021 |
| Willkie Farr & Gallagher, Attn:  Stephen T. Lindo | (212) 728-9242 |
| Jerry L Cohen & Assoc, LLC, Attn:  Jerry L. Cohen | (212) 895-0340 |
| Diversified Real Estate Investors LLC Attn:Gn Cnsl | (949) 760-0896 |