WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                              Debtors.                            :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF (I) DEBTORS' FIFTH OMNIBUS
OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS);
(II) DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND
SUPERSEDED CLAIMS); (III) DEBTORS' SEVENTH OMNIBUS OBJECTION TO
CLAIMS (DUPLICATE CLAIMS); (IV) DEBTORS' EIGHTH OMNIBUS OBJECTION
TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS); AND (V) DEBTORS' NINTH
OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVELY DUPLICATIVE CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on relief requested in

the following motions, which was scheduled for May 12, 2010 at 10:00 a.m., **has been**

**adjourned to May 25, 2010 at 11:00 a.m.:**

§   Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded
    Claims) **[Docket No. 8006]**;

§   Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded
    Claims) **[Docket No. 8007]**;

§   Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) **[Docket
    No. 8008]**;

- § Debtors' Eighth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8009]**; and

- § Debtors' Ninth Omnibus Objection to Claims (Substantively Duplicative Claims) **[Docket No. 8010]**

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 8, 2010
      New York, New York

                      /s/ Shai Y. Waisman
                      Shai Y. Waisman

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession