# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

PEETER GRUENBERGER
DIRECT LINE 212-310-8555
peter.gruenberger@weil.com

May 11, 2010

**VIA HAND DELIVERY**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

    Re:    ADR Procedures Order dated 9/17/09 ("Order")
               Sixth Status Report

Dear Judge Peck:

        The three Mediators have requested again, your Honor, that I submit this monthly report (the sixth) to the Court pursuant to Order ¶ 13. Debtors will file this report on the docket in advance of the May 12 omnibus hearing.

        In the just-ended 30-day period, Debtors have served four additional ADR Notices on four additional counterparties, bringing the total number of such notices served to 46 on 71 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in two ADR matters, each as a result of one-day mediations. Upon closing of these settlements, Debtors will have settled 10

WEIL, GOTSHAL & MANGES LLP

Honorable James M. Peck
May 11, 2010
Page 2

ADR matters involving 15 counterparties and received a total of $29.78 million new dollars for the Debtors' estates.

       To date, of the five ADR matters that have reached the mediation stage, four have been settled in mediation and one ADR matter is still in mediation. No mediation has yet terminated without settlement. Eight additional mediations have been scheduled to commence on the following dates: May 13, May 19, May 27, June 3, June 9, June 22, June 30 and July 7.

       Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp
cc:   James Freund, Esq.
       David Geronemus, Esq.
       Ralph Mabey, Esq.
       David Cohen, Esq.
       (all cc's via E-mail)

US_ACTIVE:\43386432\01\58399.0003