UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>　　　　　　Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>　　　　　　Plaintiffs,<br>v.<br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, AND LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br>　　　　　　Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |
| LIBRA CDO LIMITED, by BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br>　　　　　　Plaintiffs,<br>v.<br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>　　　　　　Defendant. | **Adversary Proceeding No. 09-ap-01178 (JMP)** |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING
MAYER BROWN LLP'S MOTION TO WITHDRAW**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

　　Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 2837], dated February 13, 2009 (the "Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On April 16, 2010, Mayer Brown LLP filed a motion pursuant to S.D.N.Y. Bankruptcy Court Local Rule 2090-1(e) to withdraw as counsel for:

- Defendants Bank of America, N.A., LaSalle Bank National Association, and Libra CDO Limited ("Libra") in Adversary Proceeding No. 09-ap-01177;

- Plaintiff Libra CDO Limited in Adversary Proceeding 09-ap-01178; and

- Libra CDO Limited, by Bank of America, N.A., in 08-bk-13555.

Notice of the Motion was served, in accordance with the procedures set forth in the Amended Case Management Order, on (i) the Debtors; (ii) the U.S. Trustee; (iii) the attorneys for the Official Committee of Unsecured Creditors; and (iv) all parties who receive electronic notice of filings in these Chapter 11 cases.

2. In accordance with the Amended Case Management Order, May 5, 2010 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file a response to the Motion (the "Objection Deadline"). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Objection Deadline has now passed and, to the best of my knowledge, no objections or other responsive pleadings to the Motion have been filed with the Court on the dockets of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order, nor has any objection or other responsive pleading with respect to the Motion been served on Mayer Brown LLP.

Accordingly, for the reasons set forth in the Motion, Mayer Brown LLP respectfully requests that the proposed order, annexed hereto as Exhibit A be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: May 10, 2010
      New York, New York

                                             /s/Steven Wolowitz
                                             MAYER BROWN LLP
                                             Steven Wolowitz
                                             Brian Trust
                                             Christopher J. Houpt
                                             1675 Broadway
                                             New York, New York  10019
                                             (212) 506-2500