UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (JMP)**<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>Plaintiffs,<br>v.<br>LIBRA CDO LIMITED, BANK OF AMERICA, N.A., TRUSTEE, AND LASALLE BANK NATIONAL ASSOCIATION, TRUSTEE, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br>Defendants. | **Adversary Proceeding No. 09-ap-01177 (JMP)** |
| LIBRA CDO LIMITED, by BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee, and SOCIÉTÉ GÉNÉRALE, NEW YORK BRANCH,<br>Plaintiffs,<br>v.<br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>Defendant. | **Adversary Proceeding No. 09-ap-01178 (JMP)** |

### [PROPOSED] ORDER GRANTING MAYER BROWN LLP'S MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw, dated April 16, 2010, of Mayer Brown LLP to withdraw as counsel for:

- Defendants Bank of America, N.A., LaSalle Bank National Association, and Libra CDO Limited ("Libra") in Adversary Proceeding No. 09-ap-01177;

- Plaintiff Libra CDO Limited in Adversary Proceeding 09-ap-01178; and

- Libra CDO Limited, by Bank of America, N.A., in 08-bk-13555,

pursuant to S.D.N.Y. Bankruptcy Court Local Rule 2090-1(e); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Amended Order entered February 13, 2009 governing case management and administrative procedures (Docket No. 2837); and the Court having reviewed the Memorandum of Law submitted therewith; and no objection having been filed by the objection deadline of May 5, 2010; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted.

It is further ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Signed this ____ day of _____, 2010

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE