# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Orange Capital, LLC, as investment advisor for Orange Capital Master I Ltd., Canyon Value Realization Fund LP and The Canyon Value Realization Fund (Cayman) Ltd.** |
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention: Alisa Mumola<br>Telephone: 203-862-8211<br>Email: amumola@contrariancapital.com | Orange Capital, LLC<br>c/o Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: Justin L. Shearer, Esq. |

**Proof of Claim #: 19675**
**Total amount of Claim: $2,627,604.26**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____    Date: _____May 11, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Contrarian Funds, LLC

**ORANGE CAPITAL, LLC**, located at 1370 Avenue of the Americas, 26th Floor, New York, NY 10019 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CONTRARIAN FUNDS, LLC**, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("**Buyer**") all right, title and interest in and to the claim of Seller against **LEHMAN BROTHERS HOLDINGS INC.** (which claim arises under a guarantee of Lehman Brothers International (Europe)) given **CLAIM NUMBER 19675** in the amount of **$2,627,604.26** (collectively the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  5  day of  MAY , 2010.

ORANGE CAPITAL, LLC

By:
Name: RUSSELL HOFFMAN
Title: MEMBER

Contrarian Funds, LLC
By: Contrarian Capital Management, L.L.C. as manager

By:
Name:
Title: **JANICE M. STANTON**
**MEMBER**