## EXHIBIT A  FORM OF EVIDENCE OF TRANSFER OF CLAIM

**TO:**   Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Argo Fund Limited ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Elliott Associates L.P. (the Assignee") pursuant to a Transfer of Claim Agreement dated May 10, 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, (i) a US$1,520,580.76 general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated April 15, 2005 between the Debtor and the Assignor relating to the ISDA Master Agreement dated March 24, 2005 and related documents (the "ISDA") between the Assignor and the Debtor and (ii) a US$789,440.21 general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "GMRA Guarantee Claim" and together with the ISDA Guarantee Claim, the "Claims")) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments of the Debtor relating to a Global Master Repurchase Agreement dated November 23, 2005 and related documents between the Assignor and the Debtor, including, without limitation, 40% of its interest in claims represented by Proof of Claim number 1940.  .

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

MKUAN\164519.8 - 5/7/10

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th day of May, 2010

**ASSIGNOR:**                                   **ASSIGNEE:**

**THE ARGO FUND LIMITED**                       **ELLIOTT ASSOCIATES L.P.**

By: _____                         By: _____
Name: _____                         Name:
Title: Kyriakos Rialas                          Title:
       Director                                 Elliott Associates, L.P.
                                                By: Elliott Capital Advisors, L.P., as general partner
       Loucas Demetriou                         By: Braxton Associates, Inc., as general partner
       Authorized Signatory

                                                By: _____
                                                    Elliot Greenberg, Vice President

23