JONES DAY
Ross S. Barr
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

JONES DAY
Simon D. Powell
29th Floor, Edinburgh Tower
The Landmark
15 Queen's Road Central
Hong Kong
Telephone: (852) 2526-6895
Facsimile: (852) 2868-5871

Special Counsel to Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   SS.: |
| COUNTY OF NEW YORK | ) |

Daniel Yi, being duly sworn, deposes and says:

1. The deponent resides at 257 Water St., Apt. 4F, New York, New York 10038, is over 18 years of age and is not a party to the above captioned proceeding.

2. On May 11, 2010, deponent caused to be served, a true and correct copy of the following document:

NYI-4277545v1

- Amended Fourth Interim Application of Jones Day, Special Counsel to the Debtors and Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses [Docket No. 8954]

upon the parties listed on the annexed service list by the manner indicated.

/s/ Daniel Yi
Daniel Yi

Sworn to before me on this
11th day of May, 2010

/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2010

NYI-4277545v1

**SERVICE LIST**

**By Overnight Courier**

Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas
45th Floor
New York, NY 10020
Attn: John Suckow and David Coles

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
    and Evan Fleck, Esq.

Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 390
Washington, DC 20004-1008
Attn: Kenneth R. Feinberg, Esq.

**By Hand Delivery**

Office of United States Trustee
33 Whitehall Street
22nd Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
    Tracy Hope Davis, Esq.

NYI-4277545v1