UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

CERTIFICATE OF SERVICE

    P.J. Marksbury, being first duly sworn, deposes and says:

    I am not a party to this action; am over eighteen (18) years of age and reside in Long Beach, California; that on the 10th day of May 2010, I served the pleading entitled: **Reply Re: Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief From Stay** as follows:

**1. SERVED BY FEDERAL EXPRESS:** I caused to be served on the following persons and/or entities at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope via Federal Express, service addressed as follows.

SEE SERVICE LIST ATTACHED AS EXHIBIT "1"

Executed this 11th day of May, 2010 at Newport Beach, California.

P.J. Marksbury

STATE OF CALIFORNIA        )
                           )
COUNTY OF ORANGE           )

On May 11, 2010, before me, Susan L. Connor, personally appeared P.J. Marksbury, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

Susan Connor
Notary Public in and for said State

SUSAN L. CONNOR
Commission # 1858393
Notary Public - California
Orange County
My Comm. Expires Jul 19, 2013

# EXHIBIT "1"

| | |
|---|---|
| United States Bankruptcy Court<br>Attn: Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | |
| *Debtor*<br>Lehman Brothers Holdings Inc.<br>Attn: Corporate Officer<br>745 Seventh Avenue<br>New York, NY 10019 | Office of the U.S. Trustee<br>Andrew D. Velez-Rivera<br>Paul Schwartzberg<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| Arthur J. Margulies<br>Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Richard P. Krasnow<br>Lori Fife<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Joshua Dorchak<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Jerrold Lyle Bregman<br>Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Ralph I. Miller<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W.<br>Suite 900<br>Washington, DC 20005 | Lynn P. Harrison, III<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| William J. Hine<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Robert J. Lemons<br>Shai Y. Waisman<br>Jacqueline Marcus<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |

| | |
|---|---|
| Committee Counsel<br>Dennis F. Dunne<br>Dennis O'Connell<br>Evan Fleck<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Committee Counsel<br>Robert K. Dakis<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Ave<br>22nd Floor<br>New York, NY 10010 |
| Citibank, N.A., In Its Capacity As Trustee<br>D. Sam Anderson<br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04101 | Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group<br>c/o Duane Morris LLP, Suite 2000<br>Attn: William Heuer<br>1540 Broadway<br>New York, NY 10036 |
| James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.<br>Christopher K. Kiplok<br>Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | A/P Hotel, LLC, Petitioning Creditor<br>Gregg L. Weiner<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Epiq Bankruptcy Solutions LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Kramer Levin Naftalis & Frankel<br>Paul B. O'Neill, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Attorneys for Fenway Capital LLC<br>Dewey & LeBoeuf LLP<br>Richard R. Reinthaler, Esq.<br>Irene Goldstein, Esq.<br>1301 Ave of the Americas<br>New York, NY 10019 | Robinson B. Lacy<br>Hydee R. Feldstein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | Neil J. Oxford<br>Sarah K. Loomis Cave<br>William R. Maguire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |

| Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 | |