WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR HEARING ON MAY 12, 2010 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CASE CONFERENCE**

1. Conference re: Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Contracts

    Related Documents:

    A. Sixth Status Report **[Docket No. 8963]**

    B. Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives Contracts **[Docket No. 5207]**

**II.   CONTESTED MATTERS:**

2. Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC **[Docket No. 7831]**

    Response Deadline:  April 7, 2010 at 4:00 p.m.

    Responses Received:

    A. SunCal Debtors' Joint Opposition **[Docket No. 8105]**

    B. SunCal Debtors' Objection to Form of Revised Order **[Docket No. 8863]**

    Related Documents:

    C. Debtors' Response to SunCal Debtors' Joint Opposition **[Docket No. 8260]**

    D. Declaration of Robert Roesch in Support of Debtors' Response **[Docket No. 8261]**

    E. Statement of Official Committee of Unsecured Creditors **[Docket No. 8220]**

F. Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee **[Docket No. 8273]**

G. Limited Joinder of Steven M. Speier, Chapter 11 Trustee, in the Opposition of SunCal Debtors **[Docket No. 8252]**

H. Notice of Filing of Revised Order Approving Debtors' Motion **[Docket No. 8788]**

I. Supplement to Debtors' Motion **[Docket No. 8916]**

J. Supplemental Statement of Official Committee of Unsecured Creditors **[Docket No. 8939]**

K. Declaration of Alfredo R. Perez in Support of Order to Show Cause **[Docket No. 7836]**

L. Order to Show Cause **[Docket No. 7839]**

Status: This matter is going forward.

3. Motion of the SunCal Debtors for Order Determining that Automatic Stay Does Not Apply; or, in the Alternative, Relief from the Automatic Stay **[Docket No. 8539]**

Response Deadline: May 7, 2010 at 4:00 p.m.

Responses Received:

A. Debtors' Objection **[Docket No. 8811]**

Related Documents:

B. Declaration of Sean A. O'Keefe in Support of Motion of the SunCal Debtors **[Docket No. 8541]**

C. Declaration of Bruce Cook in Support of Motion of the SunCal Debtors **[Docket No. 8542]**

D. Declaration of Allen S. Blaustein in Support of Debtors' Objection **[Docket No. 8812]**

E. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Objection **[Docket No. 8940]**

F. Reply of the SunCal Debtors **[Docket No. 8949]**

M. Declaration of Paul J. Couchot in Support of Reply of the SunCal Debtors **[Docket No. 8960]**

Status: This matter is going forward.

4. Motion of Debtors and Debtors in Possession for Entry of an Order to Consolidate Certain Proceedings and Establish Related Procedures **[Case No. 08-1355, Docket No. 8614; Adv. Case No. 10-03228, Docket No. 2; Case No. 10-03229, Docket No. 2]**

    Response Deadline: May 5, 2010 at 4:00 p.m.

    Responses Received:

    A. Response of Nomura International PLC and Nomura Securities CO., LTD **[Docket No. 8903]**

    Related Documents:

    B. Debtors' Reply **[Docket No. 8965]**

    Status: This motion will be going forward with respect to Nomura International plc and Nomura Securities Co. Ltd. and has been adjourned with respect to Nomura Global Financial Products, Inc. until June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time). The objection deadline for Nomura Global Financial Products, Inc. has been extended until June 9, 2010 at 4:00 p.m.

5. Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

    Response Deadline: December 1, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of Norton Gold Fields Limited **[Docket No. 6062]**

    Related Documents:

    B. Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6063]**

    C. Debtors' Reply in Support of Motion **[Docket No. 7012]**

    D. Declaration of James K. Goldfarb in Support of Debtors' Reply **[Docket No. 7013]**

  E.  Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion **[Docket No. 7527]**

  F.  Sur-Reply of Norton Gold Fields Limited to Debtors' Reply **[Docket No. 7679]**

  G.  Debtors' Response to the Sur-Reply of Norton Gold Fields Limited **[Docket No. 8219]**

  H.  Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 8961]**

Status: This matter is going forward.

## III. MATTERS TO BE HEARD AT 2:00 P.M.

### A. Adversary Proceedings:

6. LBSF v. BNY Corporate Trustee Services Ltd. **[Adv. Case No. 09-01242]**

**Status Conference**

Related Documents:

  A.  Motion and Memorandum of Law of Defendant BNY Corporate Trustee Services Limited in Support of its Motion for Entry of an Order, or, Alternatively, to Reopen and Reargue the Parties' Cross-Motions for Summary Judgment **[Docket No. 90]**

  B.  Memorandum Decision Signed on 1/25/10 Granting Motion for Summary Judgment and Declaring Applicable Payment Priorities **[Docket No. 86]**

Status: This matter is going forward as a status conference.

7. Neuberger Berman v. PNC Bank, NA, et al. **[Case No. 09-01258]**

**Status Conference**

Related Documents:

  A.  Adversary Complaint **[Docket No. 1]**

  B.  Answer of Lehman Brothers Inc. to Complaint **[Docket No. 10]**

  C.  Answer of Lehman Brothers Commercial Corp. to Complaint **[Docket No. 37]**

- D. Answer of PNC Bank, National Association to Complaint **[Docket No. 43]**

- E. Neuberger Berman, LLC's Reply to the Counterclaim of PNC Bank, National Association **[Docket No. 44]**

Status: This matter is going forward.

## IV. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

8. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

   Response Deadline: May 5, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

9. Motion of Shinhan Investment Corp. for Entry of an Order Determining that its Proof of Claim, as Amended, be Deemed Timely Filed **[Docket No. 8584]**

   Response Deadline: May 18, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   - A. Declaration of Nam Koong, Hoon in Support of Motion of Shinhan Investment Corp. **[Docket No. 8591]**

   Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

10. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Related Documents: None.

    Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

11. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

Response Deadline: May 3, 2010 at 4:00 p.m.

Related Documents: None.

Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

12. Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 8008]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Related Documents: None.

    Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

13. Debtors' Eighth Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 8009]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Related Documents: None.

    Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

14. Debtors' Ninth Omnibus Objection to Claims (Substantively Duplicative Claims) **[Docket No. 8010]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Related Documents: None.

    Status: This matter has been adjourned to May 25, 2010 at 11:00 a.m.

15. Debtors' Motion Requesting Extensions of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans of Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 7966]**

    Response Deadline: May 7, 2010 at 4:00 p.m.

    Responses Received:

        A. Objection of Somerset Properties SPE, LLC **[Docket No. 8107]**

    Related Documents:

        B. Debtors' Reply in Support of Motion **[Docket No. TBD]**

        C. Bridge Order **[Docket No. 8106]**

        D.        Order Granting Debtors' Motion With Respect to Merit, LLC **[Docket No. 8348]**

    Status: This matter has been adjourned to June 16, 2010.

16.    Motion of Rosslyn Investors I, LLC for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Special Finance Inc. and Other Entities **[Docket No. 8221]**

    Response Deadline:    May 7, 2010 at 4:00 p.m.

    Responses Received:

        A.        Debtors' Objection **[Docket No. 8938]**

    Related Documents:    None.

    Status: This matter has been adjourned to June 16, 2010.

17.    Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

    Response Deadline:    June 9, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:    None.

    Status: This matter has been adjourned to June 16, 2010.

18.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline:    June 9, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.        Notice of Amendment of Motion of Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc. **[Docket No. 7834]**

    Status: This matter has been adjourned to June 16, 2010.

19.    Motion of Cascan Construction, LLC for Relief from Automatic Stay **[Docket No. 7226]**

    Objection Deadline:    July 7, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to July 14, 2010.

20. Motion of the Official Committee of Unsecured Creditors of LBHI for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: October 13, 2008 at 4:00 p.m.

    Responses Received:

        A.      Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

        B.      Statement of the Informal Noteholder Group **[Docket No. 887]**

    Related Documents:

        C.      Stipulation and Consent Order (i) Governing Interim Production of Documents and (ii) Adjourning Remainder of Motion of Official Committee of Unsecured Creditors for **[Docket No. 1402]**

    Status: This matter has been adjourned to July 14, 2010.

21. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay [**Docket No. 3182**]

    Response Deadline: May 5, 2009 at 4:00 p.m.

    Responses Received:

        A.      Debtors' Objection [**Docket No. 3387**]

        B.      Joinder of the Official Committee of Unsecured Creditors **[Docket No. 3389]**

    Related Documents:

        C.      Declaration of Alan Worden [**Docket No. 3184**]

    Status: This matter has been adjourned to June 16, 2010.

22. Motion of Official Committee of Unsecured Creditors for an Order Authorizing Discovery From Ernst & Young LLP **[Docket No. 8477]**

    Response Deadline: May 5, 2010 at 4:00 p.m.

    Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned without date.

23. Motion of Royal Bank of Canada for Relief from the Automatic Stay **[Docket No. 7268]**

   Response Deadline:   April 9, 2010

   Responses Received: None.

   Related Documents:   None.

   Status: This matter has been resolved and a stipulation has been presented to the Court.

**B.   Adversary Proceedings**

24. Turnberry et al v. LBHI **[Case No. 09-01062]**

   **Pre-Trial Conference**

   Related Documents:

       A.   Adversary Complaint **[Docket No. 1]**

   Status: This matter has been adjourned to June 16, 2010.

25. LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

   **Pre-Trial Conference**

   Related Documents:

       A.   Adversary Complaint **[Docket No. 1]**

   Status: This matter has been adjourned to June 16, 2010.

26. Berenshteyn v. Lehman Brothers Holdings Inc. **[Adv. Case No. 08-01654]**

   **Pre-Trial Conference**

   Related Documents:

       A.   Adversary Complaint **[Docket No. 1]**

   Status: This matter has been adjourned to June 16, 2010.

27. PT Bank Negara Indonesia (Persero) Tbk v. LBSF **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. to Complaint **[Docket No. 7]**

        C.    Answer of Lehman Brothers Special Financing Inc. to Complaint **[Docket No. 8]**

        D.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    Status: This matter has been adjourned to June 16, 2010.

28. LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to June 16, 2010.

29. LBSF v. Millennium USA, L.P. **[Adv. Case No. 10-02351]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned pending approval of the settlement.

**C.**     **Lehman Brothers Inc.**

30. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

    Responses Received: None.

    Related Documents:

  A. Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608, 2796, 2993, 3217]**

Status: This matter has been adjourned to June 16, 2010.

31. Trustee's Motion for an Order Enforcing the Automatic Stay and the Stays in the LBI Liquidation Order and Holding Israel Discount Bank Limited and Bank Leumi le-Israel B.M. in Contempt for Violating the Automatic Stay, Interfering with the Trustee's Administration and Property of the Debtor's Estate, and Commencing Foreign Legal Proceedings against the Debtor **[Docket No. 2288]**

Response Deadline: June 4, 2010 at 4:00 p.m., extended for certain parties.

Responses Received:

  A. Objection of Lehman Brothers Holdings Inc. and Certain of its Affiliates to the Motion **[Docket No. 1059]**

  B. Objection of Trustee to the Motion **[Docket No. 1123]**

Related Documents:

  C. Declaration of Robert W. Brundige, Jr. in Support of the Motion **[Docket No. 2289]**

  D. Statement of LBHI in Support of the Motion **[Docket No. 2367]**

  E. Stipulation for Extension of Time **[Docket No. 2391]**

  F. Stipulation for Further Extension of Time **[Docket No. 2523]**

  G. Notices of Adjournment **[Docket Nos. 2378, 2526, 2619, 2730, 2920, 3180]**

Status: This matter has been adjourned to June 24, 2010.

32. Motion of Edison Properties Charitable Trust of Newark to Compel (I) Debtor and (II) Barclays Capital Inc. to Return Misdirected Funds and Appear at Hearing **[Docket No. 3094]**

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received: None.

Related Documents:

  A. Notice of Adjournment **[Docket No. 3206]**

Status:  This matter has been adjourned to June 16, 2010.

**V.**     **WITHDRAWN MATTERS:**

33. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6335]**

    Response Deadline:    April 9, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Notice of Withdrawal **[Docket No. 8393]**

    Status: This matter has been withdrawn.

34. Motion of Property Asset Management Inc. for Relief from the Automatic Stay **[Docket No. 6350]**

    Response Deadline:    April 9, 2010 at 4:00 p.m.

    Responses Received:  None.

Related Documents:

    A.    Notice of Withdrawal **[Docket No. 8665]**

Status: This matter has been withdrawn.

Dated: May 11, 2010
       New York, New York

                            /s/ Harvey R. Miller
                            Harvey R. Miller

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

Dated: May 11, 2010
       New York, New York

                            /s/ Jeffrey S. Margolin
                            James B. Kobak, Jr.
                            Jeffrey S. Margolin

                            HUGHES HUBBARD & REED LLP
                            One Battery Park Plaza
                            New York, New York 10004
                            Telephone: (212) 837-6000
                            Facsimile: (212) 422-4726

                            Attorneys for James W. Giddens, Trustee for
                            the SIPA Liquidation of Lehman Brothers Inc.