UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :      Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :      08-13555 (JMP)
                                                                 :
              Debtors.                                           :      (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc., Index No. 08-13900 |
| Creditor Name and Address: | Yarpa Investimenti S.G.R. S.p.A. – RP3 Fund<br>c/o Yarpa Investimenti – Societa di Gestione del Risparmio S.p.A.<br>Sede Genova – Via Roma, 3 - 16121 |
| Claim Number (if known): | 29755 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed]* | Title: CEO - Yarpa Investment SGR SpA |
| Printed Name: ROBERTO D'ANGELO | Dated: 15th APRIL 2010 |