**THE LOBEL FIRM, LLP**
840 Newport Center Drive, Suite 750
Newport Beach, CA  92660
Telephone:     (949) 999-2860
Facsimile:      (949) 999-2870
William N. Lobel -- CA Bar No. 93202
Mike D. Neue -- CA Bar No. 179303
Counsel for Steven M. Speier, Chapter 11
Trustee for the SunCal Trustee Debtors[1]

Hearing Date: May 12, 2010 at 10:00 a.m. (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC, et al.,** | **Case No. 08-13555 (JMP)** |
|  | **Jointly Administered** |
| Debtors. | |

**PARTIAL WITHDRAWAL BY THE CHAPTER 11 TRUSTEE FOR THE SUNCAL TRUSTEE DEBTORS OF THE OBJECTION TO FORM OF REVISED ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY RELATING TO REPURCHASE TRANSACTION**

**PLEASE TAKE NOTICE** that Steven M. Speier, the chapter 11 trustee for the SunCal Trustee Debtors, who is a co-proponent of the Objection to Form of Revised Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy

---

[1] Steven M. Speier, the Chapter 11 Trustee on behalf of SunCal Marblehead, LLC, SunCal Heartland, LLC, LB/L-SunCal Northlake LLC, LB/L-SunCal Oak Valley LLC, SunCal PSV LLC, Delta Coves Venture LLC and SunCal Oak Knoll, LLC (collectively "SunCal Trustee Debtors").  The SunCal Voluntary Debtors and the SunCal Trustee Debtors are collectively referred to as the "SunCal Debtors."

62890.11

Relating to Repurchase Transaction (the "Objection"), hereby withdraws the Objection, to the extent it seeks relief on behalf of the SunCal Trustee Debtors, without prejudice.

Dated: May 11, 2010                           Respectfully submitted,

                                                  /s/ William N. Lobel
William N. Lobel
THE LOBEL FIRM
840 Newport Center Dr Suite 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870

*Attorneys for the Counsel for Steven M. Speier,*
*Chapter 11 Trustee for the SunCal Trustee Debtors*

62890.11