UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

LEHMAN BROTHERS HOLDINGS
INC, et al.,

Debtors.

Case No.
08-13555 (JMP)

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.:

Reginald Hunter, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Bronx, NY:

On May 11, 2010, I served the DECLARATION OF PAUL J. COUCHOT IN SUPPORT OF REPLY RE: MOTION OF THE SUNCAL DEBTORS FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY; OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY by delivering a true and complete copy of same to:

1. D. Dunne, D.OConnell, E. Fleck
   Milbank Tweede Hadley & McCloy
   1 Chase Manhattan Plaza, NYC 10005

2. R. Krasnow, L. Fife, R. Lemons, S. Waisman, J. Marcus
   Weil Gotshal & Manges LLP
   767 5th Avenue, NYC 10153

3. A. Velez-Rivera, P. Schwartzberg
   Office of the U. S. Trustee
   33 Whitehall Street, NYC 10004

Reginald Hunter
License No. 1346142

Sworn to before me this
11th day of May 2010.

NOTARY PUBLIC

MAUREEN I. MINTZER
Notary Public, State of New York
No. 60-4827421
Qualified in Westchester County
Commission Expires May 1, 2014