**THE LOBEL FIRM, LLP**
840 Newport Center Drive, Suite 750
Newport Beach, CA  92660
Telephone:      (949) 999-2860
Facsimile:      (949) 999-2870
William N. Lobel -- CA Bar No. 93202
Mike D. Neue -- CA Bar No. 179303
Counsel for Steven M. Speier, Chapter 11
Trustee for the SunCal Trustee Debtors[1]

Hearing Date: May 12, 2010 at 10:00 a.m. (EST)



RECEIVED
MAY 11 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>            **Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**Jointly Administered** |

## PARTIAL WITHDRAWAL BY THE CHAPTER 11 TRUSTEE FOR THE SUNCAL TRUSTEE DEBTORS OF THE MOTION FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY

**PLEASE TAKE NOTICE** that Steven M. Speier, the chapter 11 trustee for the SunCal

Trustee Debtors, who is a co-proponent of the Motion for an Order Determining That the

Automatic Stay Does Not Apply; or, in the Alternative, for Relief from Stay (the "Motion"),

hereby withdraws the Motion, to the extent it seeks relief on behalf of the SunCal Trustee Debtors,

without prejudice.

---

[1] Steven M. Speier, the Chapter 11 Trustee on behalf of SunCal Marblehead, LLC, SunCal Heartland, LLC, LB/L-SunCal Northlake LLC, LB/L-SunCal Oak Valley LLC, SunCal PSV LLC, Delta Coves Venture LLC and SunCal Oak Knoll, LLC (collectively "SunCal Trustee Debtors). The SunCal Voluntary Debtors and the SunCal Trustee Debtors are collectively referred to as the "SunCal Debtors".

62890.11

Dated: May 10, 2010                          Respectfully submitted,


                                             /s/  William N. Lobel
                                             William N. Lobel
                                             THE LOBEL FIRM
                                             840 Newport Center Dr Suite 750
                                             Newport Beach, CA 92660
                                             Telephone: (949) 999-2860
                                             Facsimile: (949) 999-2870

                                             *Attorneys for the Counsel for Steven M. Speier,*
                                             *Chapter 11 Trustee for the SunCal Trustee Debtors*

62890.11                                     1