**THE LOBEL FIRM, LLP**
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone:     (949) 999-2860
Facsimilie:     (949) 999-2870
William N. Lobel – CA Bar No. 93202
Mike D. Neue – CA Bar No. 179303
Counsel for Steven M. Speier, Chapter 11
Trustee for the SunCal Trustee Debtors



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Case No. 08-13555(JMP)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Cecilia Solórzano, certify as follows:

1.     I an employee of The Lobel Firm, LLP, counsel for Steven M. Speier, Chapter 11 Trustee for the SunCal Trustee Debtors. I am over the age of eighteen years and am not a party to this action. My business address is 840 Newport Center Drive, Suite 750, Newport Beach, California 92660. The matters stated herein are within my knowledge and, if called as a witness, I could and would competently testify thereto.

2.     On May 10, 2010, I served a true and complete copy of *PARTIAL WITHDRAWAL BY THE CHAPTER 11 TRUSTEE FOR THE SUNCAL TRUSTEE DEBTORS OF THE MOTION FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY* on each interested party, as stated on Exhibit 1, attached hereto, via Federal Express.

4237

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of May, 2010, at Newport Beach, California.

_____
Cecilia Solórzano

# **EXHIBIT 1**

| | |
|---|---|
| United States Bankruptcy Court<br>Attn: Honorable James M. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | |
| *Debtor*<br>Lehman Brothers Holdings Inc.<br>Attn: Corporate Officer<br>745 Seventh Avenue<br>New York, NY 10019 | Office of the U.S. Trustee<br>Andrew D. Velez-Rivera<br>Paul Schwartzberg<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| Arthur J. Margulies<br>Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Richard P. Krasnow<br>Lori Fife<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Joshua Dorchak<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Jerrold Lyle Bregman<br>Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Ralph I. Miller<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W.<br>Suite 900<br>Washington, DC 20005 | Lynn P. Harrison, III<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| William J. Hine<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Robert J. Lemons<br>Shai Y. Waisman<br>Jacqueline Marcus<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| Committee Counsel<br>Dennis F. Dunne<br>Dennis O'Connell<br>Evan Fleck<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Committee Counsel<br>Robert K. Dakis<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Ave<br>22nd Floor<br>New York, NY 10010 |

1

| | |
|---|---|
| Citibank, N.A., In Its Capacity As Trustee<br>D. Sam Anderson<br>Bernstein Shur Sawyer & Nelson<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04101 | Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group<br>c/o Duane Morris LLP, Suite 2000<br>Attn: William Heuer<br>1540 Broadway<br>New York, NY 10036 |
| James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.<br>Christopher K. Kiplok<br>Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | A/P Hotel, LLC, Petitioning Creditor<br>Gregg L. Weiner<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Epiq Bankruptcy Solutions LLC<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Kramer Levin Naftalis & Frankel<br>Paul B. O'Neill, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Attorneys for Fenway Capital LLC<br>Dewey & LeBoeuf LLP<br>Richard R. Reinthaler, Esq.<br>Irene Goldstein, Esq.<br>1301 Ave of the Americas<br>New York, NY 10019 | Robinson B. Lacy<br>Hydee R. Feldstein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | Neil J. Oxford<br>Sarah K. Loomis Cave<br>William R. Maguire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 | |

2

4237