UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
                                   :

In re                            :       Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       08-13555 (JMP)
                                   :

                 Debtors.          :       (Jointly Administered)
                                   :

--------------------------------------------------------------------x   Ref. Docket Nos. 8813-8817, 8823-
                                             8830, 8832-8834, 8847 & 8860

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 10, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
Sworn to before me this                 Lauren Rodriguez
11th day of May, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SPARKASSE PFORZHEIM CALW
          ATTN: MICHAEL TRAUTHWEIN
          POSTSTR. 3
          PFORZHEIM     75172
          GERMANY

Please note that your claim # 60681-01 in the above referenced case and in the amount of
     $4,245,300.00        has been transferred **(unless previously expunged by court order)**

          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: SPARKASSE PFORZHEIM CALW
          Attn: Susan McNamara Mail Code: NY1-A436
          1 CHASE MANHATTAN PLAZA, FLOOR 26
          New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8813      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          ─────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   LANDESBANK HESSEN-THURINGEN GIROZENTRALE
      ATTN: FLORIAN JOSEPH/ UDO KOLPIN
      CONIFACIUSSTRASSE 16
      ERFURT    99084
      GERMANY

Please note that your claim # 13906 in the above referenced case and in the amount of
$5,770,456.94       has been transferred **(unless previously expunged by court order)**

UBS AG, LONDON BRANCH
TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE
ATTN: SHARON CANHAM
ONE FINSBURY AVENUE
LONDON    EC2M 2PP
ENGLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8814      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                    Vito Genna, Clerk of Court


                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   LANDESBANK HESSEN-THURINGEN GIROZENTRALE
ATTENTION: FLORIAN JOSEPH/UDO KOLPIN
BONIFACIUSSTRASSE 16
ERFURT    99084
GERMANY

Please note that your claim # 13873 in the above referenced case and in the amount of
$6,635,609.85       has been transferred **(unless previously expunged by court order)**

UBS AG, LONDON BRANCH
TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE
ATTN: SHARON CANHAM
ONE FINSBURY AVENUE
LONDON    EC2M 2PP
ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8815       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            | Chapter 11 Case No.
                                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)
                                                 |
                                                 | (Jointly Administered)
                    Debtors.                     |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LANDESBANK HESSEN-THURINGEN GIROZENTRALE
         ATTN: FLORIAN JOSEPH/ UDO KOLPIN
         BONIFACIUSSTRASSE 16
         ERFURT    99084
         GERMANY

Please note that your claim # 13877 in the above referenced case and in the amount of
        $5,770,456.94       has been transferred **(unless previously expunged by court order)**

         UBS AG, LONDON BRANCH
         TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE
         ATTN: SHARON CANHAM
         ONE FINSBURY AVENUE
         LONDON    EC2M 2PP
         ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8816        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LANDESBANK HESSEN-THURINGEN GIROZENTRALE
         ATTN: FLORIAN JOSEPH/ UDO KOLPIN
         BONIFACIUSSTRASSE 16
         ERFURT   99084
         GERMANY

Please note that your claim # 13878 in the above referenced case and in the amount of
      $333,701.96        has been transferred **(unless previously expunged by court order)**

         UBS AG, LONDON BRANCH
         TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE
         ATTN: SHARON CANHAM
         ONE FINSBURY AVENUE
         LONDON   EC2M 2PP
         ENGLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8817        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   YORVIK PARTNERS LLP
                TRANSFEROR: BANK SARASIN & CO LTD
                ATTN: LISA KING
                11 IRONMONGER LANE
                LONDON     EC2V 8EY
                UNITED KINGDOM

Please note that your claim # 59300-01 in the above referenced case and in the amount of
          $1,500,000.00        has been transferred **(unless previously expunged by court order)**

                SCOGGIN CAPITAL MANAGEMENT II
                TRANSFEROR: YORVIK PARTNERS LLP
                ATTN: DEV CHODRY
                600 MADISON AVENUE, 20TH FLOOR
                NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8823       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (JMP)
                                          |
                                          |   (Jointly Administered)
                  Debtors.                |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  YORVIK PARTNERS LLP
             TRANSFEROR: BANK SARASIN & CO LTD
             ATTN: LISA KING
             11 IRONMONGER LANE
             LONDON    EC2V 8EY
             UNITED KINGDOM
```

Please note that your claim # 59300-02 in the above referenced case and in the amount of
$2,250,000.00       has been transferred **(unless previously expunged by court order)**

```
        SCOGGIN INTERNATIONAL FUND LTD
        TRANSFEROR: YORVIK PARTNERS LLP
        ATTN: DEV CHODRY
        600 MADISON AVENUE, 20TH FLOOR
        NEW YORK NY 10021
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8824       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          ─────────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                    Debtors.            |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   YORVIK PARTNERS LLP
              TRANSFEROR: BANK SARASIN & CO LTD
              ATTN: LISA KING
              11 IRONMONGER LANE
              LONDON    EC2V 8EY
              UNITED KINGDOM

Please note that your claim # 59300 in the above referenced case and in the amount of
       $2,050,000.00        has been transferred **(unless previously expunged by court order)**

              SCOGGIN WORLDWIDE FUND LTD
              TRANSFEROR: YORVIK PARTNERS LLP
              ATTN: DEV CHODRY
              600 MADISON AVENUE, 20TH FLOOR
              NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8825      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                    Debtors.                  |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   KC CLO II PLC                                KC CLO II PLC
      ATTN: ALLEN GAGE                              CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE, 9TH FLOOR                      ATTN: RICHARD LEVIN
      NEW YORK NY 10010                             WORLDWIDE PLAZA
                                                    825 8TH AVE
                                                    NEW YORK NY 10019
```

Please note that your claim # 22831 in the above referenced case and in the amount of
    $362,474.92       has been transferred **(unless previously expunged by court order)**

```
      CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
      TRANSFEROR: KC CLO II PLC
      PRANISHA KHADKA
      ELEVEN MADISON AVENUE, 4TH FLOOR
      NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8826       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                  Debtors.                |
                                          |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  KC CLO II PLC                             KC CLO II PLC
     CRAVATH, SWAINE & MOORE LLP               ATTN: ALLEN GAGE
     ATTN: RICHARD LEVIN                       1 MADISON AVE, 9TH FLOOR
     WORLDWIDE PLAZA                           NEW YORK NY 10010
     825 8TH AVE
     NEW YORK NY 10019
```

Please note that your claim # 22831 in the above referenced case and in the amount of $362,474.92      has been transferred **(unless previously expunged by court order)**

```
                                          CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
                                          TRANSFEROR: KC CLO II PLC
                                          PRANISHA KHADKA
                                          ELEVEN MADISON AVENUE, 4TH FLOOR
                                          NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8826      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    ──────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                        Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KC CLO I LIMITED                          KC CLO I LIMITED
             ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
             1 MADSION AVE, 9TH FLOOR                   ATTN: RICHARD LEVIN
             NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                        825 8TH AVE
                                                        NEW YORK NY 10019

Please note that your claim # 22832 in the above referenced case and in the amount of
        $205,808.58        has been transferred **(unless previously expunged by court order)**

        CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
        TRANSFEROR: KC CLO I LIMITED
        PRANISHA KHADKA
        ELEVEN MADISON AVENUE, 4TH FLOOR
        NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8827        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                     Debtors.                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  KC CLO I LIMITED                          KC CLO I LIMITED
     CRAVATH, SWAINE & MOORE LLP               ATTN: ALLEN GAGE
     ATTN: RICHARD LEVIN                       1 MADSION AVE, 9TH FLOOR
     WORLDWIDE PLAZA                           NEW YORK NY 10010
     825 8TH AVE
     NEW YORK NY 10019

Please note that your claim # 22832 in the above referenced case and in the amount of
     $205,808.58        has been transferred **(unless previously expunged by court order)**

CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
TRANSFEROR: KC CLO I LIMITED
PRANISHA KHADKA
ELEVEN MADISON AVENUE, 4TH FLOOR
NEW YORK NY 10010

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8827        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,           |    08-13555 (JMP)

                                                 |    (Jointly Administered)

                    Debtors.                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
              ATTN: DANIEL CROWLEY, JESSICA FAINMAN
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 50315-05 in the above referenced case and in the amount of
        $240,000.00        has been transferred **(unless previously expunged by court order)**

              SCOGGIN CAPITAL MANAGEMENT II
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: DEV CHODRY
              600 MADISON AVENUE, 20TH FLOOR
              NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8828        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          ──────────────────────────────
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: FIR TREE VALUE MASTER FUND LP
              ATTN: DANIEL CROWLEY, JESSICA FAINMAN
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 50316-05 in the above referenced case and in the amount of
      $1,260,000.00        has been transferred (**unless previously expunged by court order**)

              SCOGGIN CAPITAL MANAGEMENT II
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: DEV CHODRY
              600 MADISON AVENUE, 20TH FLOOR
              NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8829       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARCLAYS BANK PLC
             TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
             ATTN: DANIEL CROWLEY, JESSICA FAINMAN
             745 SEVENTH AVENUE
             NEW YORK NY 10019

Please note that your claim # 50315-06 in the above referenced case and in the amount of
        $360,000.00        has been transferred **(unless previously expunged by court order)**

             SCOGGIN INTERNATIONAL FUND LTD
             TRANSFEROR: BARCLAYS BANK PLC
             ATTN: DEV CHODRY
             600 MADISON AVENUE, 20TH FLOOR
             NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8830        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                      |   Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                     |   08-13555 (JMP)
                                                           |   (Jointly Administered)
                    Debtors.                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:   BARCLAYS BANK PLC
                  TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                  ATTN: DANIEL CROWLEY, JESSICA FAINMAN
                  745 SEVENTH AVENUE
                  NEW YORK NY 10019

Please note that your claim # 50316-06 in the above referenced case and in the amount of $1,890,000.00      has been transferred **(unless previously expunged by court order)**

            SCOGGIN INTERNATIONAL FUND LTD
            TRANSFEROR: BARCLAYS BANK PLC
            ATTN: DEV CHODRY
            600 MADISON AVENUE, 20TH FLOOR
            NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8832      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARCLAYS BANK PLC
             TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
             ATTN: DANIEL CROWLEY, JESSICA FAINMAN
             745 SEVENTH AVENUE
             NEW YORK NY 10019

Please note that your claim # 50315-03 in the above referenced case and in the amount of
        $200,000.00        has been transferred **(unless previously expunged by court order)**

             SCOGGIN WORLDWIDE FUND LTD
             TRANSFEROR: BARCLAYS BANK PLC
             ATTN: DEV CHODRY
             600 MADISON AVENUE, 20TH FLOOR
             NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8833        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCLAYS BANK PLC
              TRANSFEROR: FIR TREE VALUE MASTER FUND LP
              ATTN: DANIEL CROWLEY, JESSICA FAINMAN
              745 SEVENTH AVENUE
              NEW YORK NY 10019

Please note that your claim # 50316-03 in the above referenced case and in the amount of
        $1,050,000.00        has been transferred **(unless previously expunged by court order)**

              SCOGGIN WORLDWIDE FUND LTD
              TRANSFEROR: BARCLAYS BANK PLC
              ATTN: DEV CHODRY
              600 MADISON AVENUE, 20TH FLOOR
              NEW YORK NY 10021

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8834        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VR-LIW GMBH
             GUNNAR MANGEL-GENERAL MANAGER
             GABELSBERGERSTRASSE 1A
             HAMM    59069
             GERMANY

Please note that your claim # 55169-02 in the above referenced case and in the amount of
        $14,635,162.50       has been transferred **(unless previously expunged by court order)**

             BARCLAYS BANK PLC
             TRANSFEROR: VR-LIW GMBH
             745 Seventh Avenue
             New York NY 10019
             USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8847       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010               Vito Genna, Clerk of Court


                               /s/ Lauren Rodriguez

                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                        Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
     TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP    RICHARDS KIBBE & ORBE L.L.P.
     30 HUDSON STREET, 36TH FLOOR                  ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                          ONE WORLD FINANCIAL CENTER
                                                   NEW YORK NY 10281

Please note that your claim # 50315-07 in the above referenced case and in the amount of
     $2,278,880.00        has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN, SACHS & CO.
ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8860      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                 Debtors.               |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
     RICHARDS KIBBE & ORBE L.L.P.            TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
     ATTN: MANAGING CLERK                    30 HUDSON STREET, 36TH FLOOR
     ONE WORLD FINANCIAL CENTER              JERSEY CITY NJ 07302
     NEW YORK NY 10281

Please note that your claim # 50315-07 in the above referenced case and in the amount of
     $2,278,880.00       has been transferred **(unless previously expunged by court order)**

                                             QUANTUM PARTNERS LTD
                                             TRANSFEROR: GOLDMAN, SACHS & CO.
                                             ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANA
                                             888 SEVENTH AVENUE, 33RD FLOOR
                                             NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8860      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 7, 2010.

**EXHIBIT B**

TIME: 22:29:44
DATE: 05/07/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: DANIEL CROWLEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND LP ATTN: DANIEL CROWLEY, JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VR-LIW GMBH 745 Seventh Avenue New York NY 10019 USA |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | TRANSFEROR: KC CLO I LIMITED PRANISHA KHADKA ELEVEN MADISON AVENUE, 4TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | TRANSFEROR: KC CLO II PLC PRANISHA KHADKA ELEVEN MADISON AVENUE, 4TH FLOOR NEW YORK NY 10010 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SPARKASSE PFORZHEIM CALW Attn: Susan McNamara Mail Code: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10004 |
| KC CLO I LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK NY 10010 |
| KC CLO I LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| KC CLO II PLC | ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK NY 10010 |
| KC CLO II PLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | ATTN: FLORIAN JOSEPH/ UDO KOLPIN BONIFACIUSSTRASSE 16 ERFURT  99084 GERMANY |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | ATTN: FLORIAN JOSEPH/ UDO KOLPIN CONIFACIUSSTRASSE 16 ERFURT  99084 GERMANY |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: JAY SCHOENFARBER, C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 1010 |
| SCOGGIN CAPITAL MANAGEMENT II | TRANSFEROR: BARCLAYS BANK PLC ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SCOGGIN CAPITAL MANAGEMENT II | TRANSFEROR: YORVIK PARTNERS LLP ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SCOGGIN INTERNATIONAL FUND LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SCOGGIN INTERNATIONAL FUND LTD | TRANSFEROR: YORVIK PARTNERS LLP ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SCOGGIN WORLDWIDE FUND LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SCOGGIN WORLDWIDE FUND LTD | TRANSFEROR: YORVIK PARTNERS LLP ATTN: DEV CHODRY 600 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10021 |
| SPARKASSE PFORZHEIM CALW | ATTN: MICHAEL TRAUTHWEIN POSTSTR. 3 PFORZHEIM  75172 GERMANY |
| UBS AG, LONDON BRANCH | TRANSFEROR: LANDESBANK HESSEN-THURINGEN GIROZENTRALE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON  EC2M 2PP ENGLAND |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM  59069 GERMANY |
| YORVIK PARTNERS LLP | TRANSFEROR: BANK SARASIN & CO LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          47

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153