**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (JMP)
                                                                :
             Debtors.                                           :    (Jointly Administered)
                                                                :
-----------------------------------------------------------------x    Ref. Docket No. 8941

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Adjournment of (I) Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims); (II) Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims); (III) Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims); (IV) Debtors' Eighth Omnibus Objection to Claims (Amended and Superseded Claims); and (V) Debtors' Ninth Omnibus Objection to Claims (Substantively Duplicative Claims)," dated May 8, 2010 [Docket No. 8941],

   by causing true and correct copies to be delivered as follows:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, on May 8, 2010,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, on May 8, 2010, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on May 10, 2010.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
11th day of May, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc of Adjournment DI 8941_AFF_5-10-10.doc

**EXHIBIT A**

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brendan.Collins@dlapiper.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcahn@cahnlaw.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov

harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com

jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com

jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com

mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com

rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com

TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

EXHIBIT "B"

| **Name** | **Fax** |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

EXHIBIT "C"

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| AGFIRST FARM CREDIT BANK | RUSTY MICKLER, GENERAL COUNSEL P.O. BOX 1499 COLUMBIA SC 29202 |
| ANF PARTNERS #1 | ATTN: DOMINICK J. FAZZIO 2000 BELLE CHASSE HIGHWAY 3RD FLOOR   Account No. 1807 TERRYTOWN LA 70056 |
| BANK OF NEW YORK MELLON, THE | ATTN: PAUL CATANIA 101 BARCKAY ST. 4TH FLOOR WEST NEW YORK NY 10286 |
| BARNET ESTRUCH, MIGUEL / | NURIA JOSEMARIA TRINCHANT CARRER DE LA CREU, 33 4 3 SANT CUGAT DEL VALLES (BA 08172 ES |
| BARRON, EDWARD R. | 1 LONGFELLOW PL. APT 3418 BOSTON MA 02114 |
| BATHURST REGIONAL COUNCIL | ATTN: LESLEY HALEY 158 RUSSELL STREET   Account No. TC02 BATHURST, NSW 2795 AU |
| BERGIN, ANDREW W. | 4 SACHEM LANE GREENWICH CT 06830 |
| BROWN, RICHARD SEYMOUR | HIGHLANDS HOUSE NEAR COWDEN, KENT EDENBRIDGE TN8 7ED GB |
| CALLIES, GUILLEMETTE | 43 RUE DE LA FERME NEUILLY-SUR-SEINE F92200 FR |
| CATALANO, JULIE ANN | 109 NANCY LANE   Account No. 4842 CHESTER NY 10918 |
| CAVEZZALI, DIEGO | ATTN: TANYA VLADIMIROV 8020 GEARY BLVD SAN FRANCISCO CA 94121 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TOYOKAWA SHINKIN BANK, THE 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF LONG BEACH, THE | STEVEN T. GUBNER, ESQ./COREY WEBER, ESQ. EZRA BRUTZKUS GUBNER LLP 21650 OXNARD STREET, SUITE 500 WOODLAND HILLS CA 91367 |
| COFFS HARBOUR CITY COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUAIRE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AU |
| CORETH, MAXIMILIAN | 93 MERCER STREET NEW YORK NY 10012 |
| CORETH, MAXIMILIAN | ROBERT K. GROSS, ESQ. EAT & VAN WINKLE LLP 3 PARK AVENUE, 16TH FLOOR NEW YORK NY 10016 |
| COUNT LEPOLD D'URSELL | 42 RUE J.G. EGGERICX BRUSSELS 1150 BE |
| CROXTON LIMITED | UNIT 2305-15, 23/F METRO LOFT 38 KWAI HEI STREET KWAI CHUNG, N.T. HK |
| DARER, HYMAN TR FBO | HYMAN DARER REVOCABLE TRUST UA 02/05/2001 1027 WOLVERTON B BOCA RATON FL 33434-4515 |
| EDGAR CREDIT SHELTER TRUST | C/O R. ALLAN EDGAR, TRUSTEE 99 WALNUT ST. SUITE 201   Account No. 1478 CHATTANOOGA TN 37403 |
| ELIAS, RICHARD | 13150 LOG CABIN PTE FENTON MI 48430 |
| EMPLEADOS CAJA EXTREMADURA FP | C/O CNP VIDA SEGUROS Y REASEGUROS ATTN: FABRICE MARAVAL CALLE OCHANDIANO, 10 EL PLANTIO MADRID 28023 ES |
| EMPLEADOS CAJA EXTREMADURA FP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ & JENNIFER B. PREMI 31 WEST 52ND STREET NEW YORK NY 10019 |
| ERVIN, ROBERT | 6216 SAINT ELMO ROAD   Account No. 7963 BARTLETT TN 38135 |
| FICHTL, CHRISTIAN | OSTERNACHER WEG 10 PRIEN D-83209 DE |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX SS0 8PZ GB |
| GABELMAN, RICK L | 1228 EVERGREEN DR   Account No. 4693 LINCOLN NE 68510 |
| GESCONSULT S.A SGIIC | ATTN: CHAIRMAN OR SECRETARY OF THE BOARD PLAZA DEL MARQUES DE SALAMANCA 11 6TH FL MADRID 28006 ES |
| GESCONSULT S.A SGIIC | HODGSON RUSS LLP MAUREEN T. BASS/DEBORAH J. PIAZZA GUARANTY BLDG, 140 PEARL STREET BUFFALO NY 14203 |
| GILGANDRA COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AU |
| GOLDENSOHN, PAUL M | 27 CANDLEWYCK DRIVE   Account No. 0BV8 HENDERSON NV 89052 |
| HAWKINS, JACK D. | 2162 OAKWOOD DRIVE   Account No. 3555 MILFORD OH 45150 |
| HOETTE, JOSEF | WAGNERSTR. 9 WARBURG 34414 DE |
| HOETTE, MARCUS | WIENER STR. 38 MUNSTER 48145 DE |
| HOETTE-NIEMANN, MARION | WAGNERSTR. 9 WARBURG 34414 DE |
| HUI ZHANG | 11235 OAK LEAF DR #919 SILVER SPRING MD 20901 |

| Claim Name | Address Information |
|---|---|
| JAENSON, STEVE K. & ANNIE M, LIVING TRUST | LINDA JAENSON TTEE 7137 PINEHILL ROAD   Account No. 8257 PAINESVILLE OH 44077-9305 |
| JOHN H. & JUDITH W BEACH TRUST | JOHN H BEACH 13215 SE MILL PLAIN BLVD., # 800 VANCOUVER WA 98684 |
| KEENER, SHIRLEY G. | 16 CLYDE CIRCLE   Account No. 4948 LUMBERTON NC 28358 |
| KEYBANK NATIONAL ASSOCIATION | SQUIRE SANDERS & SEMPSEY L.L.P. C/O ANDREW SIMON AND STEPHEN LERNER 221 E. FOURTH ST., SUITE 2900 CINCINNATI OH 45202 |
| KIAMA MUNICIPAL COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SYDNEY, NSW 2000 AU |
| KIM, MINJI | 318 54TH STREET, APT. 5E   Account No. 3622 WEST NEW YORK NJ 07093 |
| KUNTZ, WILLIAM III | PO BOX 1801 NANTUCKET ISLAND MA 02554-4801 |
| LANDGRAF, PETER | SCHIMBORNWEG 8   Account No. R366 KRONBERB 61476 DE |
| LBBW LUXEMBURG S.A. | 10-12 BOULEVARD ROOSEVELT LUXEMBOURG L-2450 LU |
| LBBW LUXEMBURG S.A. | SHEARMAN & STERLING LLP ATTN DOUGLAS P. BARTNER, ESQ. & SUSAN A. FENNESSEY 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LIBYAN ARAB FOREIGN INVESTMENT COMPANY | C/O KEITH C. OWENS FOLEY & LARDNER LLP 555 SOUTH FLOWER STREET, 35TH FL LOS ANGELES CA 90071 |
| LOPEZ RODRIGUEZ, JOSE | CALLE SATURNO QUINTA MARIA ESTHER SANTA PAULA CARACAS 1061 VE |
| LOPEZ RODRIGUEZ, JOSE | ATTN: PEDRO LEIZAOLA BANCO SABADELL MIAMI ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BLVD SUITE 3301 MIAMI FL 33131 |
| LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. | C/O LYDIAN ASSET MANAGEMENT L.P. ATTN: BRUCE GILLE 495 POST ROAD EAST WESTPORT CT 06880 |
| LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. | KATTEN MUCHIN ROSENMAN LLP ATTN: WENDY COHEN, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| MATHILDEN-STIFTUNG FUR MITMENSCHLICHE DIENSTE | C/O BEAT NAEGELI BITZIGHOFERSTRASSE 8   Account No. 0847 SARNEN 6060 CH |
| MATHILDEN-STIFTUNG FUR MITMENSCHLICHE DIENSTE | OBWALDNER KANTONALBANK BAHNHOFSTRASSE 2 SARNEN 6061 CH |
| MERCHANTIL COMMERCEBANK, N.A. | 3105 NW 107TH AVE., 6TH FLOOR MIAMI FL 33172-2136 |
| MEYERS, SHARON | 112 COUNTRY CLUB DRIVE   Account No. 1170 MONROE TOWNSHIP NJ 08831 |
| MUIR-LOUGHREY, MADELINE | 712 DEL ROSARIO ST. THE VILLAGES FL 32159 |
| MYHRE, TROND | FREDRIKSBORGREIEN 40 A OSLO 0286 NO |
| NANCARROW, PAUL | THE CHANTRY 50 BAKER STREET HERTS POTTERS BAR EN6 2EB GB |
| NARRABRI SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AU |
| OLYMPIC FINANCE, INC. | ROBERT DREMLUK, ESQ. SEYFARTH SHAW LLP 620 EIGHTH AVE. NEW YORK NY 10018 |
| OLYMPIC FINANCE, INC. | C/O OLYMPIC TOWER ASSOCS. ATTN: RICHARD EHRLICH, ESQ. 645 FIFTH AVE., SUITE 301 NEW YORK NY 10022 |
| OTP SUPRA DERIVATIVE BOND FUND | DORA SZILADI-LOSTEINER, DIRECTOR 16, NADOR STREET BUDAPEST H-1876 HU |
| PARK, U. YOUNG AND KAE SOOK | 5558-A VIA POTORA   Account No. PZ38 LAGUNA WOODS CA 92637 |
| PARRISH, LAWRENCE M. | CAMBRIDGE INVESTMNET RESEARCH JOHN GRILLO 205 LEE ST. CARROLLTON GA 30117 |
| PARRISH, LAWRENCE M. | PARRISH APPLIANCE DEFINED BENIFIT PENSION PLAN 2069 CENTER PT RD. TEMPLE GA 30179 |
| PEP CREDIT INVESTOR L.P. | ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| POTHEN, MICHAEL E. | 2011  122ND STREET EAST # D6   Account No. 7678 BURNSVILLE MN 55337-3159 |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE | ATTN: CRAIG HUSTING, CIO 3210 W. TRUMAN BLVD. JEFFERSON CITY MO 65109 |
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: WESLEY SASSER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ROCKWELL AUTOMATION HOLDINGS INC | C/O UBS TRUSTEES (SINGAPORE) LTD. 5 TEMASEK BOULEVARD, #18-00 SUNTEC TOWER 5 038985 SG |
| ROSEN, ELEANOR | 1 CHANNEL DR. UNIT 806 MONMOUTH BEACH NJ 07750 |

| Claim Name | Address Information |
|---|---|
| ROSNER, SHARON E. | 152 S MAPLE DR BEVERLY HILLS CA 90212 |
| ROTTNEST LIMITED | RIVKA SCHMUSKOVITS, SILVIO SCHUSTER NICOLAS SCHUSTER, FLAVIA SCHUSTER LOS OLIVOS 47 BOULOGNE LA HORQUETA PROVINCIA ZIPB1609ENA   Account No. 1084 BUENOS AIRES AR |
| RYAN, KATHERINE S. | 99-16 157TH AVENUE    Account No. 4454 HOWARD BEACH NY 11414 |
| RYER, PATRICIA | 925 OAKS DRIVE FRANKLIN SQUARE NY 11010 |
| SAGAR, DEEP & SOOD, MEERA | ROSINKA, BALCARY GARDENS, BERKHAMSTED    Account No. 0200 HERTFORDSHIRE HP4 3UU GB |
| SANMINA-SCI CORPORATION | PACHULSKI STANG ZIEHL & JONES LLP ATTN: JEFFREY N. POMERANTZ, ESQ. 10100 SANTA MONICA BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| SCHULTZ, GISELA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320    Account No. E0020 GREAT FALLS MT 59401 |
| SEHI-EMOVON, K | 18 NORTH THIRTEENTH STREET MILTON KEYNES BUCKINGHAMSHIRE MK9 3BP GB |
| SELESKE, GREGORY | 2840 NE 33RD COURT APT 5 FORT LAUDERDALE FL 33306-2037 |
| SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STIFTUNG LEBENSRAUM GEBIRGE | OBWALDNER KANTONALBANK BAHNHOFSTRASSE 2 SARNEN 6061 CH |
| STIFTUNG LEBENSRAUM GEBIRGE | HERRENHAUS    Account No. 0847 GRAFENORT 6388 CH |
| STRUCTURED ASSET SECURITIES CORPORATION | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. MBS 35 B NEW YORK NY 10022 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-37A THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDIT 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| TEIGE, PAMELA A. | 3717 SMOKING GUN CT.    Account No. 3334 LAS VEGAS NV 89129 |
| TEMKIN, LEAH | C/O RIEZMAN BERGER, P.C. 7700 BONHOMME AVE., 7TH FL.    Account No. 7914 SAINT LOUIS MO 63105 |
| TENZER, LEWIS | 8364 CANARY PALM COURT    Account No. 8049 SARASOTA FL 34238 |
| THAYER PROPERTIES LIMITED | ATTN: BARRY PORTER AS DIRECTOR 25 BANK STREET LONDON E14 5LE GB |
| THAYER PROPERTIES LIMITED | PRICEWATERHOUSECOOPERS LLP ATTN: MICHAEL JOHN ANDREW JERVIS PLUMTREE COURT LONDON EC4A 4HT GB |
| THAYER PROPERTIES LIMITED | LINKLATERS LLP ATTN: TITIA HOLTZ ELIZABETH DOWD 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| US AGBANK, FCB | CRAIG A. OLSEN 245 N. WACO WICHITA KS 67202 |
| WEINRYB, VIC | 1303 E. 6175 S.    Account No. 6523 S. OGDEN UT 84405 |
| WELLINGTON SHIRE COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOV MACQUARIE TOWER - 1 FARRER PLACE SIDNEY, NSW 2000 AU |
| WIERZGAC, EUGENE J. | 2792 MANCHESTER ROAD    Account No. 8BQ2 ANN ARBOR MI 48104 |
| WOOLLAHRA MUNICIPAL COUNCIL | C/O AMANDA BANTON PIPER ALDERMAN LAWYERS LEVEL 23, GOV MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AU |
| WOOLLAHRA MUNICIPAL COUNCIL | WOOLLAHRA MUNICIPAL COUNCIL C/O AMANDA BANTON PIPER ALDERMAN LAWYERS LEVEL 23, GOV MACQUARIE TOWER 1 FARRER PLACE SYDNEY NSW 2000 AU |
| ZENTER, MAYNARD C. JR. | 16474 A.E. MULLINIX ROAD    Account No. 0FE2 WOODBINE MD 21797 |

**Total Creditor Count 101**