UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In Re:                               :
                                     :   Chapter 11
                                     :
LEHMAN BROTHERS HOLDINGS INC.,       :   Case No. 08-13555 (JMP)
                                     :
    Debtor                           :
                                     :
                                     :
------------------------------------ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the captioned case as counsel for Bank Julius Baer & Co. Ltd. and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

> Thomas P. Ogden (TO-7428)
> James I. McClammy (JM-5592)
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, New York 10017
> Telephone (212) 450-4000
> Facsimile (212) 450-3800
> Emails:   thomas.ogden@dpw.com
>           james.mcclammy@dpw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition,

pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Bank Julius Baer & Co. Ltd.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Bank Julius Baer & Co. Ltd's substantive or procedural rights, including without limitation: (i) Bank Julius Baer & Co. Ltd's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Bank Julius Baer & Co. Ltd's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Bank Julius Baer & Co. Ltd's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs and recoupments that Bank Julius Baer & Co. Ltd. expressly reserves.

Dated:  New York, New York
        May 13, 2010

DAVIS POLK & WARDWELL LLP

By: *[signature]*
    James I. McClammy

450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4584
Fax:  (212) 701-5584

Attorneys for Bank Julius Baer & Co. Ltd.