B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re **LEHMAN BROTHERS HOLDING, INC**,

Case No. **08-13555 JMP**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCO URQUIJO SBP, SA | EMILIO IZQUIERDO MERLO |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BANCO URQUIJO SBP- PLAZA CATALUÑA, 1 08201 SABADELL SPAIN

Court Claim # (if known): **56056**
Amount of Claim: **$144,293.61**
Date Claim Filed: **10/29/2009**

Phone: **34937289254**
Last Four Digits of Acct #: _____

Phone: **34646753043**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
    Transferee/Transferee's Agent

Date: **05/03/2010**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.