B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDING, INC   ,                Case No.  08-13555 JMP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCO URQUIJO SBP, SA | PATRICIA IZQUIERDO MERLO |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BANCO URQUIJO SBP- PLAZA
CATALUÑA, 1 08201 SABADELL SPAIN

Court Claim # (if known):  56055
Amount of Claim:  $144,293.61
Date Claim Filed:  10/29/2009

Phone: 34937289254
Last Four Digits of Acct #: _____

Phone: 34646753043
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 05/03/2010
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.          ,          Case No. 08-13555 JMP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCO URQUIJO SBP, SA | INVERSIONES Y FABRICACIONES, SL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BANCO URQUIJO SBP,SA; PLAZA DE CATALUÑA 1;08201 SABADELL; SPAIN

Court Claim # (if known): 44276
Amount of Claim: $161,321.40
Date Claim Filed: 10/22/2009

Phone: 34937289254
Last Four Digits of Acct #: _____

Phone: 34971263714
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____          Date: 05/07/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.