B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 JMP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANCO URQUIJO SBP, SA
Name of Transferee

INVERSIONES Y FABRICACIONES, SL
Name of Transferor

Name and Address where notices to transferee should be sent:
BANCO URQUIJO SBP,SA; PLAZA DE CATALUÑA 1;08201 SABADELL; SPAIN

Court Claim # (if known): 44276
Amount of Claim: $161,321.40
Date Claim Filed: 10/22/2009

Phone: 34937289254
Last Four Digits of Acct #: _____

Phone: 34971263714
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 05/07/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.