WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| -------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| -------------------------------------------------------x | | |

**MONTHLY REPORT OF ASSETS DISPOSED OF PURSUANT
TO THE *DE MINIMIS* ASSET SALE OR ABANDONMENT PROCEDURES**

Pursuant to the Amended Order Pursuant to Sections 105, 363, and 554(a) of the Bankruptcy Code Establishing Procedures for *De Minimis* Asset Sales and Abandonments entered by the United States Bankruptcy Court for the Southern District of New York on March 31, 2010 [Docket No. 7958] (the "Sale and Abandonment Order"), the above-captioned debtors and debtors in possession have disposed of the assets described on Exhibit A (sales) and Exhibit B (abandonments) attached hereto following notice, where required by the Sale and Abandonment Order, to the Interested Parties[1] and the expiration of the applicable Notice Period without objection by an Interested Party.

Dated: May 14, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms that are used but not defined herein shall have the meanings ascribed to them in the Sale and Abandonment Order.

**Exhibit A**

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Sale Procedures)

| Description of the Asset | REO Property | Location of the Asset | Purchaser | Relationship Between Purchaser and the Debtors | Lien or Encumbrance Holders | Terms and Conditions of the Noticed *De Minimis* Sale |
|---|---|---|---|---|---|---|
| Residential Real Property | Yes | 15945 Voyageurs Place, Wellington, FL | Ghislaine Morisseau | none | none | $310,000.00 |
| Residential Real Property | Yes | 1742 Southgate Street, Hayward, CA | Alfred and Bonita Henry | none | none | $330,000.00 |
| Residential Real Property | Yes | 411 161st Ave. Redington Beach, FL | Charles and Mary Schnurpal | none | none | $389,900.00 |
| Residential Real Property | Yes | 10003 South Lake Vista Circle, Fort Lauderdale, FL | Steven Todd | none | none | $615,000.00 |

## Exhibit B

(Schedule of Assets Disposed of Pursuant to the *De Minimis* Abandonment Procedures)

| Description of the Asset | Reason for the Abandonment | Party to Whom the Asset was Abandoned |
|---|---|---|
| none | | |