## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case Nos. 08-13555
                                        Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Eton Park Fund, L.P.**                **JPMorgan Chase Bank, N.A.**

Name of Transferee                      Name of Transferor

                                        Original Court Claim #: 66368 ($10,000,000.00, the "Total Claim Amount")

                                        Transferred Claim: 35.00% or $3,500,000.00 of the Total Claim Amount.

Name and Address where notices to Transferee should be sent:

Eton Park Fund, L.P.
399 Park Avenue, 10th Floor
New York, NY 10022
Attn: Serge Todorovich
Tel: (212) 756-5354
Email: Serge.Todorovich@etonpark.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _____             Date: 5/13/10
Name: Serge Todorovich
Title: Associate General Counsel
       Eton Park Capital Management, L.P.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

JPMorgan Chase Bank, N.A. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

(i)   Eton Park Fund, L.P., its successors and assigns, with offices at c/o Eton Park Capital Management, 399 Park Avenue, 10th Floor, New York, NY 10022 ("Eton Park Fund, L.P."); and

(ii)  Eton Park Master Fund Ltd., its successors and assigns, with offices at c/o Eton Park Capital Management, 399 Park Avenue, 10th Floor, New York, NY 10022 ("Eton Park Master Fund Ltd.", and together with Eton Park Fund, L.P., the "Buyers"),

all of Seller's rights, title and interest in and to the general unsecured claim (Claim No. 66368, which amended Claim Nos. 66310, 10406 and 3433) in the amount of $10,000,000.00 (the "Claim") against Lehman Brothers Holdings Inc., (the "Debtor"), the debtor-in-possession in that case filed under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as Case No. 08-13555 (JMP) (jointly administered) (the "Case") in the following amounts:

(i)   Eton Park Master Fund Ltd. – 65% of the Claim in the amount of $6,500,000.00

(ii)  Eton Park Fund, L.P. – 35% of the Claim in the amount of $3,500,000.00

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyers herein as the valid owners of the Claim (to the extent set forth above).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyers herein as the valid owners of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyers.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 29th day of April, 2010.

SELLER

JPMorgan Chase Bank, N.A.

By: _____
Name:
Title:     Michael Economos
           Authorized Signatory

BUYERS

Eton Park Master Fund Ltd.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _____
Name:
Title:

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _____
Name:
Title:

2

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 29th day of April, 2010.

**SELLER**

JPMorgan Chase Bank, N.A.

By: _____
Name:
Title:

**BUYERS**

Eton Park Master Fund Ltd.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _*Marcy*_
Name:   Marcy Engel
Title:   Chief Operating Officer & General Counsel
         Eton Park Capital Management, L.P.

Eton Park Fund, L.P.
By: Eton Park Capital Management, L.P.,
Its Investment Manager

By: _*Marcy*_
Name:
Title:   Marcy Engel
         Chief Operating Officer & General Counsel
         Eton Park Capital Management, L.P.