UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Loomis St. LLC                                      JPMorgan Chase Bank, N.A.
_____                           _____
Name of Transferee                                  Name of Transferor


$12,220,661.10                                      66353
_____                           _____
Proof of Claim Amount                               Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Loomis St. LLC
Address:       c/o Ropes & Gray LLP
               1211 Avenue of the Americas
               New York, NY 10036-8704
               Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____    Date: 5-14-10
Name: Jonathan P. Reisman
Title:  Counsel to Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A., a national banking association, with offices located at Mail Code: NYI-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, Attention: Susan McNamara ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Loomis St. LLC, its successors and assigns, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("BUYER"), all right, title and interest in and to the claim of Vitol S.A. against Lehman Brothers Holdings Inc., and its affiliates in the amount of $12,220,661.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, which was assigned and transferred to the SELLER at docket # 7627.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title: Michael Economos
Authorized _____
ASSOCIATE

**LOOMIS ST. LLC**

By:_____
Name:
Title:

24295518_6.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A., a national banking association, with offices located at Mail Code: NYI-A436, One Chase Manhattan Plaza, Floor 26. New York, New York 10005, Attention: Susan McNamara ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Loomis St. LLC, its successors and assigns, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("BUYER"), all right, title and interest in and to the claim of Vitol S.A. against Lehman Brothers Holdings Inc., and its affiliates in the amount of $12,220,661.10 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, which was assigned and transferred to the SELLER at docket # 7627.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 9th day of March, 2010.

**JPMORGAN CHASE BANK, N.A.**

By:_____
Name:
Title:


**LOOMIS ST. LLC**

By:_____
Name: JP MOONEY
Title: MANAGING DIRECTOR

24295518_6.DOC