SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
(212) 344-5400
Bennette D. Kramer (BK-1269)
E-mail: bdk@schlamstone.com
*Attorneys for Moore Capital Management, LP.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :   Chapter 11
LEHMAN BROTHERS HOLDING, INC., *et al.*,  :   Case No. 08-13555 (JMP)
                                                            :
                        Debtors.                            :   Jointly Administered
------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan LLP is appearing in this action as counsel for Moore Capital Management, LP. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
       May 14, 2010

SCHLAM STONE & DOLAN LLP

By: /s/ Bennette D. Kramer

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
Attorneys for Defendant
26 Broadway
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
E-mail: bdk@schlamstone.com
*Attorneys for Moore Capital Management, LP*