UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
:
In re:                                           :
:
LEHMAN BROTHERS INC.,          :     Case No. 08-01420 (JMP) SIPA
:
Debtor.                                   :
:
:
---------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK)

Jonathan Golden, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

On May 14, 2010, I served a true and complete copy of the foregoing **OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM with exhibits** upon:

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: LBI Hearing Request

by placing the **OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM with exhibits** in a postage paid, sealed envelope and depositing the envelope into a United State Post Office mail depository, causing the **OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM with exhibits** to be delivered to the above-listed address.

_____
Jonathan Golden

Sworn to before me this
14th day of May 2010

_____
Notary Public

REBECCA CARAVAGLIO
Notary Public, State of New York
No. 43-4993626
Qualified in Richmond County
Commission Expires March 23, 20 _10_