UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
                                                :
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF THE SUNCAL DEBTORS FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY; OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY

Upon consideration of the motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay, filed April 21, 2010 [Docket No. 8539] (the "Motion"),[1] filed by the SunCal Debtors[2] seeking a determination that the automatic stay provisions of 11 U.S.C. section 362 do not apply, or in the alternative, an order modifying the automatic stay with respect to Lehman Commercial Paper, Inc. ("LCPI") and Lehman Brothers Holdings, Inc. ("LBHI" and, together with LCPI, the "Debtors") to enable the SunCal Debtors' pursuit of their equitable subordination litigation pending before the Honorable Erithe Smith, Bankruptcy Court for the Central District of California; the Debtor having timely objected to the Motion on May 5, 2010, and a hearing having been held before this Court on May 12, 2010; and it appearing that the SunCal Debtors

---

[1] Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Motion.

[2] In the Reply re: Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay, filed May 10, 2010 [Docket No. 8949], the Trustee indicated in a footnote, that he would be withdrawing as a moving party, pursuant to a tentative settlement reached between the Trustee and the Debtors regarding the Trustee's claims in the California Adversary Proceeding.

have not established cause for obtaining relief from the automatic stay pursuant to the Motion; and for the reasons stated on the record; now, therefore, it is hereby

        ORDERED that the Motion is denied.


Dated: New York, New York
       May 17, 2010

                                                *s/ James M. Peck*
                                             HONORABLE JAMES M. PECK
                                             UNITED STATES BANKRUPTCY JUDGE