# United States Bankruptcy Court
## Southern District of New York

In Re:     **LEHMAN BROTHERS HOLDINGS, INC.**
Case No:   **08-13555**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM No. <u>55726</u> HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **SEA PORT GROUP SECURITIES, LLC** | **SYSTEMA VITA COMPAGNIA DI ASSICURAZIONI S.p.A** |

Name and address where notices to transferee should be sent:

Sea Port Group Securities, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Stephen Hansen

Phone: 212-616-7714
Last Four Digits of Acct #: __N/A__

Court Claim # (if known):   55726
Amount of Claim:            $762,000.50
Date Claim Filed:           10/29/2009

Name and Address of Transferor:
**Systema Vita Compagnia di Assicurazioni S.p.A**
Attn: Stefano Carlino
Via Senigallia
20161 Milan Italy

Phone:   39 02 7217091
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:           N/A
Last Four Digits of Acct. #:        N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jonathan Silverman_     Date: _____
Transferee / Transferee's Agent

**Jonathan Silverman**
**General Counsel**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

---
--DEADLINE TO OBJECT TO TRANSFER--
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                         _____
                                                **CLERK OF THE COURT**

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT/administrator

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to an Agreement and Evidence of Transfer of Claim (Lehman Program Security) dated as of the date hereof, **Systema Vita Compagnia di Assicurazioni S.p.A.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Sea Port Group Securities, LLC** ("Purchaser") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation, Proof of Claim Number 55726 filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser of the Purchase Amount (as defined in the Agreement and Evidence of Transfer of Claim) to Seller, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12$^{e}$ day of May, 2010.

Systema Vita Compagnia di Assicurazioni S.p.A.

By: _____
Name: Stefano Carlino
Title: Joint General Manager

Via Senigallia, 18/2
20161 Milan Italy

Sea Port Group Securities, LLC
By: The Seaport Group LLC

By: _____
**Jonathan Silverman
General Counsel**

360 Madison Avenue, 22nd Floor
New York, NY 10017

Schedule 1

## Transferred Claims

**Purchased Claim**

100% = EUR $35,000,000 which is the equivalent to US$762,000.50 the outstanding amount of the Proof of Claim as of May 5, 2010, including all pre-petition accrued interest related thereto)

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 25,000,000 Zero Coupon Notes due 6 December 2008 Under the U.S. $15,000,000,000 Euro Medium-Term Note Program | XS0158383454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | $762,000.50 | Zero Coupon Note | 6 December 2008 | N/A |



765338