UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                              Case No. 08-13555-JMP

LEHMAN BROTHERS HOLDINGS, INC.                      Chapter 11

        Debtor(s).                                Honorable James Peck
_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim No. 66497, in the amount of $23,431.62 (twenty-three thousand four hundred thirty-one and 62 / 100 dollars), dated April 5, 2010, is hereby withdrawn.

MICHAEL A. COX
Attorney General

/s/ Juandisha M. Harris
Juandisha M. Harris (P62978)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: harrisjm@michigan.gov

Dated: May 07, 2010