JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        Case No. 08-13555 (JMP)
                                                            :
                                                            :        (Jointly Administered)
                                                            :
                            Debtors.            :
                                                            :
------------------------------------------------------------ x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE**
**DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION**
**OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF**
**PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1]  the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

---

[1]  All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination and for the production of any documents (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: May 17, 2010
New York, NY

JONES DAY

*s/* Jayant W. Tambe
_____
Jayant W. Tambe
Aviva W. Sisitsky
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

**EXHIBIT A**

**NOTICE OF SUBPOENA**

| | |
|---|---|
| Name of Witness: | Relationship Funding Company, LLC |
| Date of Service of Subpoena: | May 14, 2010 |
| Subject of Subpoena: | Examination and Production of Documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination and for the Production of any Documents | Examination to be taken on July 6, 2010 at 10:00 A.M. (CST) at Jones Day, 77 West Wacker Drive, Suite 3500, Chicago, Illinois 60601<br><br>Documents to be produced by June 14, 2010 at 10:00 A.M. (CST) at Jones Day, 77 West Wacker Drive, Suite 3500, Chicago, Illinois 60601, Attn: Charma Dudley |

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. **08-13555 (JMP)**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

(   ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
( **X** ) Subpoena
( **X** ) Other: **Witness & Mileage Fee: $45.00**

1.   (   ) By leaving a copy with the named party, ------- personally on -------.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

2.   (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

3.   ( **X** ) On the within party, **Relationship Funding Company, LLC c/o Richard Michaels, R.A.** by leaving a copy with **Mary Beth Matela**, **Secretary and Authorized Person**, on **May 14, 2010**, and informed that person of the contents thereof.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

4.   ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **50**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

5.   ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **311 S. Wacker Drive, Suite 4400, Chicago, IL**
TIME OF DAY: **4:05 PM**
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

6.   (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **17**th day of **May 2010**.

_____
Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11