Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

| In re: | § | Chapter 11 |
|---|---|---|
|  | § |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** | § | Case No. 08-13555(JMP)-11 |
|  | § |  |
| **Debtors.** | § |  |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS**

The undersigned attorney with Law Offices of Robert E. Luna, P.C., as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, hereby withdraws her Notice of Appearance (Docket 9 filed September 15, 2008) and requests that she be removed from any and all service lists in this matter.

DATED this 18th day of May, 2010.

        LAW OFFICES OF ROBERT E. LUNA, P.C.
        4411 N. Central Expressway
        Dallas, Texas 75205
        (214) 521-8000
        (214) 521-1738 FACSIMILE

        By:  /s/ Andrea Sheehan
            Andrea Sheehan
            Texas State Bar No. 24002935

        Attorney for CARROLLTON-FARMERS BRANCH
        INDEPENDENT SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Notice of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 18th day of May, 2010.

                                             /s/ Andrea Sheehan
                                             ANDREA SHEEHAN