# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

King Street Acquisition Company, L.L.C.    Deutsche Bank AG, London Branch
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee should be sent:

King Street Acquisition Company, L.L.C.    Court Claim # (if known): 14795
65 East 55th Street, 30th Floor            Amount of Claim: $23,841,325.37 (or
New York, NY 10022                         JPY 2,504,173,611.00 using exchange rate of 105.035).
Phone: 212 812 3140
Fax: 646 289 7696                          Date Claim Filed: September 16, 2009
Email: tradeclaims@kingstreet.com
                                           Phone: N/A
With a copy to:
Mandel, Katz & Brosnan LLP
The Law Building, 210 Route 303,
Valley Cottage, New York 10989
Phone: 845 639 7800
Fax: 845 639 7850
Attention: Kara Katz
Email: kkatz@mkbllp.com

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KING STREET ACQUISITION COMPANY, L.L.C.

By: King Street Capital Management, L.P.
    Its Manager

By: King Street Capital Management GP, L.L.C.
    Its General Partner

By: _____ Jay Ryan _____         Date: _____
    Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-158/CERTS/2602414.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc, et al.       Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 14795 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on              .

| | |
|---|---|
| Deutsche Bank AG, London Branch<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Winchester House<br>1 Great Winchester Street<br>London<br>EC2N 2DB | King Street Acquisition Company, L.L.C.<br>Name of Transferee<br><br>Address of Transferee:<br><br>King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com<br><br>With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                 CLERK OF THE COURT

452-158/CERTS/2602414.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, DEUTSCHE BANK AG, LONDON BRANCH ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to KING STREET ACQUISITION COMPANY, L.L.C. (the "Assignee") pursuant to a Transfer of Claim Agreement dated 18 May 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $23,841,325.37 (or JPY 2,504,173,611.00 using exchange rate of 105.035) (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of May, 2010

ASSIGNOR:

DEUTSCHE BANK AG, LONDON BRANCH

ASSIGNEE:

KING STREET ACQUISITION COMPANY, L.L.C.

By: King Street Capital Management, L.P.

Its Manager

By: King Street Capital Management GP, L.L.C.

Its General Partner

By: _____
Jay Ryan
Authorized Signatory

452-158/MISC/2602408.1

## LBHI Notice of Assignment

TO:  United States Bankruptcy Court for the
     Southern District of New York ("**Bankruptcy Court**")

TO:  Lehman Brothers Holdings Inc. ("**Debtor**")
     Chapter 11
     Case No. 08-13555 (JMP)

   Attn:  Lehman Brothers Holdings Claims Processing Center
   c/o Epiq Bankruptcy Solutions, LLC
   FDR Station
   P.O. Box 5076
   New York NY 10150-5076
   United States of America

Date: 18 May 2010

Claim #: 14795

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

   **KING STREET ACQUISITION COMPANY L.L.C.**
   65 East 55th Street, 30th Floor
   New York, NY 10022

   Attn: Michele Piorkowski / Trade Claims
   Email: tradeclaims@kingstreet.com
   Phone: +1-212-812-3140
   Fax: +1-646-289-7696

its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the claim amount of US$23,841,325.38 (which includes principal amount of US$23,821,441.09 plus outstanding and accrued interest in the amount of US$19,884.29) ("**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 18 May 2010.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

Name:

Title:    Johan Sudiman          Maria Chang
         Director                Director