Jeff J. Friedman
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Royal Bank of Canada*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., | (Jointly Administered) |
| et al., | |
| Debtors. | |

------------------------------------------------------------x

### WITHDRAWAL OF MOTION OF ROYAL BANK OF CANADA FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND FED. R. BANKR. P. 4001 GRANTING RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

**PLEASE TAKE NOTICE** that on February 24, 2010 Royal Bank of Canada filed, in the above-captioned cases, the Motion of Royal Bank of Canada for Entry of an Order Pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief from the Automatic Stay to Effectuate Setoff [Docket No. 7268] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that pursuant to that certain Stipulation, Agreement and Order Between Lehman Brothers Holdings Inc. and Royal Bank of Canada Regarding (1) Reservation of Rights as to Pre-Petition Deposits and (2) Turnover of Post-Petition Deposits, dated April 30, 2010 and so-ordered by the Court on May 13, 2010 [Docket No. 9031] (the "Stipulation"), Lehman Brothers Holdings Inc. and Royal Bank of Canada have agreed to proceed to resolve the issues raised in the Motion in accordance with the Stipulation.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 5 of the Stipulation, Royal Bank of Canada hereby withdraws the Motion with prejudice.

Dated: New York, New York
       May 18, 2010

                                    KATTEN MUCHIN ROSENMAN LLP
                                    *Attorneys for Royal Bank of Canada*

                                    By:   */s/ Jeff J. Friedman*
                                           Jeff J. Friedman
                                           Merritt A. Pardini
                                    575 Madison Avenue
                                    New York, New York 10022-2585
                                    Telephone: (212) 940-8800