STEPHANIE GOLDSTEIN
**FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Stephanie.goldstein@friedfrank.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                          :
In re:                                    :    Case No. 08-13555 (JMP)
                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    (Jointly Administered)
                                          :
          Debtors.                        :
                                          :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CLAIM NO. 28571**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, HWA 555 Owners, LLC, by and through its undersigned counsel, hereby withdraws, with prejudice, claim number 28571 filed on September 22, 2008.

Dated: New York, New York
       May 18, 2010

                                  Respectfully submitted,

                                  /s/ Stephanie Goldstein
                                  Stephanie Goldstein

                                  FRIED, FRANK, HARRIS, SHRIVER
                                  & JACOBSON LLP
                                  One New York Plaza
                                  New York, NY 10004
                                  Telephone: (212) 859-8000
                                  Facsimile: (212) 859-4000

                                  *Counsel for HWA 555 Owners, LLC*