STEPHANIE GOLDSTEIN
**FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Stephanie.goldstein@friedfrank.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                             :
**In re:**                                                   :    Case No. 08-13555 (JMP)
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    (Jointly Administered)
                                                             :
                **Debtors.**                                 :
                                                             :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF HWA 555
OWNERS, LLC TO THE MOTIONS OF LEHMAN BROTHERS HOLDINGS
INC., JAMES W. GIDDENS AS TRUSTEE FOR LEHMAN BROTHERS INC.,
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LEHMAN BROTHERS HOLDINGS INC. TO MODIFY THE SEPTEMBER 20,
2008 SALE ORDER AND FOR OTHER RELIEF**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that HWA 555 Owners, LLC, by and through its undersigned counsel, hereby withdraws, with prejudice, the Limited Objection of HWA 555 Owners, LLC to the Motions of Lehman Brothers Holdings Inc., James W. Giddens as Trustee for Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. to modify the September 20, 2008 Sale Order and for Other Relief [Docket No. 5419].

Dated: New York, New York
May 18, 2010

Respectfully submitted,

/s/ Stephanie Goldstein
Stephanie Goldstein

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for HWA 555 Owners, LLC*

7692450