UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                           :          Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.           :          Case No. 08-13555 (JMP)

                                                :          Jointly Administered

                     Debtors                    :

-------------------------------------------------------------x

In re                                           :          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,                 :          Case No. 08-13555 (JMP)
INC.
                                                :

                     Debtor                     :

-------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings, Inc., Debtor,
Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for
security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| AG Super Fund International Partners, L.P. | Sea Port Group Securities, LLC |
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| Transferred Amount: $39,880.40[1] | 55726 |

You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  AG Super Fund International Partners, L.P.
Address:  Attn.: Christopher Brescio
          Angelo, Gordon & Co., L.P.
          Accounting Department
          245 Park Avenue, 26th Floor
          New York, NY 10167

---

[1]    Proof of Claim No. 55726 was filed in the amount of $762,000.50.  Only one portion of the claim, in the
        amount set forth above, is subject hereto.

13001388 1

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**AG Super Fund International Partners, L.P.**

by: AG Super Fund International LLC
    General Partner

by: AG Funds, L.P. Managing Member

By: _____          Date: _____, 2010

    May 17

Name:   Michael L. Gordon
Title:    Authorized Signatory

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT/administrator

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to an Agreement and Evidence of Transfer of Claim (Lehman Program Security) dated as of the date hereof, **Sea Port Group Securities, LLC** ("**Seller**") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Super Fund International Partners, L.P.** ("**Purchaser**") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "**Claim**") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "**Debtor**"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 55726** filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of May, 2010.

**Sea Port Group Securities, LLC**
By: The Seaport Group LLC, its sole member

By: _____
Name: ___Jonathan Silverman___
Title: ___General Counsel___

**AG Super Fund International Partners, L.P.**
By: AG Super Fund International LLC
   General Partner
By: AG Funds, L.P. Managing Member

By: _____
Name: ___Michael L. Gordon___
Title: ___Authorized Signatory___

Schedule 1

765758

## Transferred Claims

**Purchased Claim**

5.2336448598130896% – EUR 28,000 which is the equivalent to US$39,880.40 (the outstanding amount of the relevant portion of the Proof of Claim as of May 5, 2010, including all pre-petition accrued interest related thereto).

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 25,000,000 Zero Coupon Notes due 6 December 2008 Under the U.S.$15,000,000,000 Euro Medium-Term Note Program | XS0158383454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | $39,880.40 | Zero Coupon Note | 6 December 2008 | N/A |