UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.                        :    Case No. 08-13555 (JMP)
                                                             :
                                                             :    Jointly Administered
                          Debtors                            :
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC.,                              :    Case No. 08-13555 (JMP)
INC.                                                         :
                                                             :
                          Debtor                             :
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (**Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555**) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AG Super Fund International Partners, L.P. | Sea Port Group Securities, LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Proof of Claim Amount | Proof of Claim No. |
| Transferred Amount: $578,265.80, relating to securities with ISIN XS0158383454[1] | 55729 |

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Transferee at the address below.

---

[1] Proof of Claim No. 55729 was filed with respect to several securities, for an amount totaling $21,203,253.87. Only one portion of the claim, in the amount set forth above and related to securities with ISIN XS0158383454, is subject hereto.

13001407.1

TRANSFEREE: AG Super Fund International Partners, L.P.
Address: Attn.: Christopher Brescio
Angelo, Gordon & Co., L.P.
Accounting Department
245 Park Avenue, 26th Floor
New York, NY 10167

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

**AG Super Fund International Partners, L.P.**

by: AG Super Fund International LLC
    General Partner

by: AG Funds, L.P. Managing Member

By: _____    Date: ____May 17____, 2010
Name: Michael L. Gordon
Title: Authorized Signatory

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT/administrator

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to an Agreement and Evidence of Transfer of Claim (Lehman Program Security) dated as of the date hereof, **Sea Port Group Securities, LLC** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Super Fund International Partners, L.P.** ("Purchaser") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including, without limitation, the portion of Proof of Claim Number 55729 filed in the bankruptcy case of Lehman Brothers Holdings Inc. relating to the security referred to on Schedule I hereto and/or the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of May, 2010.

Sea Port Group Securities, LLC
By: The Seaport Group LLC, its sole member

By: _____
Name: Jonathan Silverman
Title: General Counsel

AG Super Fund International Partners, L.P.
By: AG Super Fund International LLC
    General Partner
By: AG Funds, L.P. Managing Member

By: _____
Name: Michael E. Gordon
Title: Authorized Signatory

Schedule 1

Transferred Claims

**Purchased Claim**

5.24547803617571% = EUR 406,000.00 which is the equivalent to US$ 578,265.80 (the outstanding amount of the relevant portion of the Proof of Claim as of May 5, 2010, including all pre-petition accrued interest related thereto).

Lehman Program Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 25,000,000 Zero Coupon Notes due 6 December 2008 Under the U.S.$15,000,000,000 Euro Medium-Term Note Program | XS0158383454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | $578,265.80 | Zero Coupon Note | 6 December 2008 | N/A |

7657538