GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC, et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered)<br><br>**NOTICE** |

### NOTICE OF INTENTION TO OFFER TESTIMONY IN SUPPORT OF MOTION PURSUANT TO RULE 9006(b)(1) FOR AN ORDER PERMITTING THE LATE FILING OF A CLAIM

PLEASE TAKE NOTICE that pursuant to the permission of the Court given on April 20, 2010, Mark Glasser intends to offer testimony in further support of his motion for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, on a date to be determined by the Court.

Dated: New York, New York
       May 18, 2010

                                GUSRAE, KAPLAN, BRUNO &
                                NUSBAUM PLLC

                                By: _____
                                    Martin H. Kaplan, Esq.
                                    Daniel Branower, Esq.
                                    *Attorneys for Mark Glasser*
                                    120 Wall Street
                                    New York, NY 10005
                                    212-269-1400