HEARING DATE AND TIME: June 29, 2010 at 11:00 a.m. (Eastern Time)
RESPONSE DEADLINE: June 17, 2010 at 4:00 p.m. (Eastern Time)

---

**PARTIES RECEIVING THIS NOTICE OF FIFTEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' FIFTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)**

      **PLEASE TAKE NOTICE** that on May 18, 2010, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their fifteenth omnibus objection to claims (the

"Debtors' Fifteenth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to

consider the Debtors' Fifteenth Omnibus Objection to Claims will be held before the Honorable

James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **June 29, 2010 at 11:00 a.m. (Eastern Time),** or as soon thereafter as counsel

may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'
Fifteenth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of
Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the
Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be
found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,
and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document
Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard
copy delivered directly to Chambers), in accordance with General Order M-182 (which can be
found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on
(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York
10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth
Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United
States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York,
New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto,
Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official
committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy
LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than
**June 17, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and
served with respect to the Debtors' Fifteenth Omnibus Objection to Claims or any claim set forth
thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Fifteenth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: May 18, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

### DEBTORS' FIFTEENTH OMNIBUS
### OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.    The Debtors file this fifteenth omnibus objection to claims (the "Fifteenth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Foreign Currency Claims") violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were not denominated in lawful currency of the United States.  The Debtors, therefore, request the disallowance and expungement of the Foreign Currency Claims in their entirety.

3.    The Debtors reserve all their rights to object on any other basis to any Foreign Currency Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.       Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

1015(b).  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.       On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.       On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.       On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

9.       On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must: . . . (ii) be denominated in lawful currency

of the United States . . . ." (Bar Date Ord. at 6.) Furthermore, the Bar Date Order provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set forth herein, shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto) . . . ." (Bar Date Ord. at 9-10.) A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

10.    Claimants also received notice of the Bar Date Order via mail and as posted on the docket. (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").) In the Bar Date Notice, which was also published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, claimants were specifically instructed that, "[i]f you file a Proof of Claim, your filed Proof of Claim must: . . . (ii) be denominated in the lawful currency of the United States . . . ." (Bar Date Notice at 4.) The Bar Date Notice also prominently stated in bold-face type that "any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable Debtor and other requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with respect to such claim) . . . ." (Bar Date Notice at 6.)

### The Foreign Currency Claims Should Be Disallowed and Expunged

11.    The Debtors have begun their review of the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent and have identified the claims on Exhibit A as not having been denominated in lawful currency of the United States.

12.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.    The Bar Date Order specifically requires that "each Proof of Claim *must*: . . .  (ii) be denominated in lawful currency of the United States . . . ."  (Bar Date Ord. at 6 (emphasis added).)  This requirement for proofs of claim is not a unique one.  Indeed, this Court and others in the Southern District of New York have entered similar orders requiring that proofs of claim be denominated in lawful currency of the United States.  (*See* Oct. 20, 2009 Ord. [Dkt. No. 316] at 6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); *see also* Oct. 14, 2009 Ord. at 2-3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG) (Gerber, J.).)  The Foreign Currency Claims do not satisfy this requirement.

14.    Claimants were specifically provided notice of these requirements.  Claimants received notice of the Bar Date Order, which included instructions on how to complete their proof of claim forms and a warning that failure to complete their forms in compliance with those instructions would result in their claims being barred.  (*See* Bar Date Notice at 4, 6.)  Nevertheless, these claimants filed the Foreign Currency Claims in denominations other than lawful currency of the United States.

15.    Accordingly, because the Foreign Currency Claims failed to comply with the Bar Date Order's specific direction that claims be denominated in lawful currency of the

United States, the Debtors request that the Court disallow and expunge in their entirety the Foreign Currency Claims listed on <u>Exhibit A</u>.

**<u>Notice</u>**

16.     No trustee has been appointed in these chapter 11 cases.  Notice of this Fifteenth Omnibus Objection to Claims has been provided to:  (i) each claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; and (vi) the United States Attorney for the Southern District of New York, in accordance with the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009 [Docket No. 2837] and the Procedures Order.  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

17.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: May 18, 2010
        New York, New York

                                   /s/ Shai Y. Waisman
                                   Shai Y. Waisman
                                   Randi W. Singer

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A.T. LAW 26 DOVER STREET LONDON, W1S 4LY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9754 | Undetermined | Foreign Denomination |
| 2 | ASCEND WORLD LIMITED CARDINAL POINT NEWALL ROAD, HEATHROW AIRPORT LONDON, TW6 2AS UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5646 | Undetermined | Foreign Denomination |
| 3 | ASLETT, GAVIN STUART 32 WARWICK BUILDING CHELSEA BRIDGE WHARF 366A QUEENSTOWN RD LONDON, SW8 4NJ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5483 | Undetermined | Foreign Denomination |
| 4 | BANNASCH UND WITT OHG WALTER-PATEZAMNN-STR.3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/07/2009 | 7641 | Undetermined | Foreign Denomination |
| 5 | BANNASCH UND WITT OHG WALTER-PAETZMANN-STR. 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/07/2009 | 7638 | Undetermined | Foreign Denomination |
| 6 | BANNASCH UND WITT OHG WALTER-PATEZAMNN-STR.3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/07/2009 | 7642 | Undetermined | Foreign Denomination |
| 7 | BANNASCH UND WITT OHG WALTER-PAETZMANN-STR. 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/07/2009 | 7639 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BECHTELER, WILHELM,PROFESSOR DR<br>DROSSELING 4<br>,<br>GERMANY | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/08/2009 | 10852 | Undetermined | Foreign Denomination |
| 9 | BELOW VON ANTON & CO.<br>GROSSE THEATERSTRASSE 42<br>HAMBURG, 20354<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 07/31/2009 | 6787 | Undetermined | Foreign Denomination |
| 10 | BERNARD HODES GROUP LIMITED<br>SALISBURY HOUSE, BLUECOATS<br>HERTFORD, HERTS, SG14 1PU<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5670 | Undetermined | Foreign Denomination |
| 11 | BOCCIA, VALERIA<br>CORSO DI PORTA TIGNESE, 107<br>MILANO, 20123<br>ITALY | | Lehman No Case Asserted/All Case Asserted | 09/21/2009 | 24566 | Undetermined | Foreign Denomination |
| 12 | BOWMAN GILFILLAN INC<br>PO BOX 785812<br>SANDTON, 2146<br>SOUTH AFRICA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17761 | Undetermined | Foreign Denomination |
| 13 | BUNDESVERBAND ALTERNATIVE INVESTMENTS<br>POPPELSDORFER ALLEE 106<br>BONN, D53115<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 07/27/2009 | 6318 | Undetermined | Foreign Denomination |
| 14 | CABINET KINESITHERAPIE<br>JEANNE-MARIE MALTAUX<br>33 AVENUE DES POULES D'EAU<br>1640 RHODE. ST. GENESE<br>BELGIUM,<br>BELGIUM | | Lehman No Case Asserted/All Case Asserted | 09/11/2009 | 19647 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CAMPOS, MAXIMILIANO HERRERA AV MERIDIANA 329  5-1 BARCELONA, 08027 SPAIN | | Lehman No Case Asserted/All Case Asserted | 09/04/2009 | 10419 | Undetermined | Foreign Denomination |
| 16 | CASTA¥ARES MATEOS, JOSE LUIS & MARIA JOSE MARIN FUENTES C/ CA¥ADA NO. 24-4C ALCORCON, MADRID, 28922 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 9000 | Undetermined | Foreign Denomination |
| 17 | CERESINI, CECILIA VIA MARTIRI BERNIMI, 3 43010 TORRECHIARA (PARMA) , ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5155 | Undetermined | Foreign Denomination |
| 18 | CHANCEMARKETING LIMITED UNIT 109 16 BALDWINS GARDENS LONDON, EC1N 7RJ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5450 | Undetermined | Foreign Denomination |
| 19 | CITIGROUP PTY LIMITED ATT: ALISTAIR MORGAN 2 PARK STREET SYDNEY, NSW 2000 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29635 | Undetermined | Foreign Denomination |
| 20 | COOPER, MRS PETRA DRUMOAK 28 LANSDOWN ROAD CHALFONT ST PETER BUCKS, SL9 9SR UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/06/2009 | 5131 | Undetermined | Foreign Denomination |
| 21 | DE INDUSTRIEELE GROOTE CLUB DAM 27 AMSTERDAM, 1012 NETHERLANDS | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5439 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | DE LA ROSA DORADO, HIPOLITO C/ DOCE DE OCTUBRE NO 40 - 50 MADRID, 28009 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8251 | Undetermined | Foreign Denomination |
| 23 | DE VISME CONNOR, EMILY RACHEL EAST COLALRIE FARM WATERSIDE EAST AYRSHIRE, KA3 6JJ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/24/2009 | 9123 | Undetermined | Foreign Denomination |
| 24 | DEVLIN ELECTRONICS LTD UNIT D1 GRAFTON WAY BASINGSTOKE HAMPSHIRE, RG22 6HZ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/03/2009 | 7069 | Undetermined | Foreign Denomination |
| 25 | DI FOLCO, NATHALIE 12 ALMA ROAD ST ALBANS HERTFORDSHIRE, AL1 3BT UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/22/2009 | 5873 | Undetermined | Foreign Denomination |
| 26 | DIAZ GAMBOA, SANDRA LUCIA C/CONCEJO DE TEVERGA, 22.5D MADRID, 28053 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8253 | Undetermined | Foreign Denomination |
| 27 | DRAKE, ALAN 55 SQUIRRELS HEATH ROAD HAROLD WOOD ROMFORD, RM3 0LS UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 09/08/2009 | 10976 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | ESTEVE FERNANDEZ, ANTONIO FOR HIS FATHER ANTONIO ESTEVE LOPEZ PLAZA LEALTAD, 6 MAJADAHONDA, 28220 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8998 | Undetermined | Foreign Denomination |
| 29 | FLOE EJENDOMME APS MOSEGARDSVEJ 35 DK-7000 FREDERICIA , DENMARK | | Lehman No Case Asserted/All Case Asserted | 08/11/2009 | 8023 | Undetermined | Foreign Denomination |
| 30 | FLORIA, LILIAN LAUBIWEG 6 ZURICH, 8057 SWITZERLAND | | Lehman No Case Asserted/All Case Asserted | 09/16/2009 | 13343 | $0.00 | Foreign Denomination |
| 31 | FRIENDS OF TOWER HAMLETS CEMETERY PARK KENNETH GREENWAY TOWER HAMLETS CEMETERY PARK C/O THE SOANES CENTRE, SOUTHERN GROVE LONDON, E3 4PX UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/12/2009 | 8066 | Undetermined | Foreign Denomination |
| 32 | GARRIDO RODRIGUEZ, ELENA SUBIDA DE HOSPITAL Y BJD TOLEDO, 45006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8254 | Undetermined | Foreign Denomination |
| 33 | GEISLER, JOHANN RING STR. 7 SCHMIDGADEN, 92546 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/19/2009 | 8718 | $0.00 | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | GENSCAPE, INC. 445 E. MARKET STREET SUITE 200 LOUISVILLE, KY 40202 | | Lehman No Case Asserted/All Case Asserted | 09/18/2009 | 18139 | Undetermined | Foreign Denomination |
| 35 | GIL PUIG, MARIA DESAMPARADOS C/ CONDE OLOCAU 1 - 11 VALENCIA, 46003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9016 | Undetermined | Foreign Denomination |
| 36 | GRIFFITHS, DAVID CHRISTOPHER & GILLIAN MARY BODSIRIOL BYPASS ROAD GOBOWEN OSWESTRY, SY11 3NG UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/27/2009 | 6209 | Undetermined | Foreign Denomination |
| 37 | GUTIERREZ TASIS, ALESANDRO / GARRIDO HERDER, MARGARITA C/ PALOMA NO. 13 LAGUNA DE DUERO (VALLADOLID), 47140 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8996 | Undetermined | Foreign Denomination |
| 38 | GUTIERREZ TASIS, JESUS/ALESANDRO/GREGORIO/JUAN FRANCISCO/MARIA DE LOS ANGELES C/ AUDA DE MADRID NO 17 - 1B LAGUNA DE DUERO (VALLADULID), 47140 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8997 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | HADNETT, RAYMOND<br>9 CREST DR<br>ENNISKILLEN<br>CO FERMANAGH, BT74 6JJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5283 | Undetermined | Foreign Denomination |
| 40 | HANDLES AND FITTINGS LTD<br>HAF HOUSE<br>MEAD LANE<br>HERTFORD, HERTS,<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5412 | Undetermined | Foreign Denomination |
| 41 | HARVENS PARTNERS, LP<br>600 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26592 | Undetermined | Foreign Denomination |
| 42 | HAVENS PARTNERS, LP<br>600 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Case Asserted | 09/22/2009 | 29055 | Undetermined | Foreign Denomination |
| 43 | HELLENIC REPUBLIC ACTING THROUGH PUBLIC DEBT MANAGEMENT AGENCY<br>8, OMIROU STR.<br>ATHENS, 10564<br>GREECE | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22292 | Undetermined | Foreign Denomination |
| 44 | HERNANDEZ SANMAMES, IGNACIO MARIANO LUIS<br>AVENIDA SALAMANCA NO. 10 2 B<br>VALLADOLID, 47014<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8993 | Undetermined | Foreign Denomination |
| 45 | HERRMANN'S POSTHOTEL GMBH&CO.KG<br>MARKTPLATZ 11<br>WIRSBERG, 95339<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/18/2009 | 9018 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | HEUSINGER, KARL UND ELFRIEDE KAR-SCHWEINFURT-STR. 7 SCHWEINFURT, 97424 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6365 | Undetermined | Foreign Denomination |
| 47 | HOMEFRONT JOHN J BOWLEN BUILDING 501 620 7TH AVENUE SW CALGARY ALBERTA CANADA, T2P 0Y8 CANADA | | Lehman No Case Asserted/All Case Asserted | 07/27/2009 | 6196 | Undetermined | Foreign Denomination |
| 48 | HONG KONG DELIVERY COMPANY LTD, THE 7/F, CHEUNG HING FACTORY BLDG, 12P SMITH FIELD, KENNEDY TOWN , HONG KONG, HONG KONG | | Lehman No Case Asserted/All Case Asserted | 09/14/2009 | 12480 | Undetermined | Foreign Denomination |
| 49 | HUGHES-CASTELL (HONG KONG) LTD. 618, HUTCHISON HOUSE, 10 HARCOURT ROAD CENTRAL, HONG KONG, HONG KONG | | Lehman No Case Asserted/All Case Asserted | 09/17/2009 | 15161 | Undetermined | Foreign Denomination |
| 50 | I.D.A., INTERNATIONAL (HONG KONG) LTD UNIT 1303, CRE BUILDING 303 HENNESSY ROAD WANCHAI HONG KONG SAR, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7006 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | IBEX INTERIORS LTD<br>3RD FLOOR, CHANCERY EXCHANGE<br>10 FURNIVAL STREET<br>LONDON, EC4A 1AB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/10/2009 | 7749 | Undetermined | Foreign Denomination |
| 52 | ICF FINANCE LIMITED<br>EDGWARE HOUSE<br>389 BURNT OAK BROADWAY<br>EDGWARE, HA8 5TX<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5437 | Undetermined | Foreign Denomination |
| 53 | IMPRIMA DE BUSSY<br>NARTLAWEG 14 POSTBUS 21<br>100 AA<br>AMSTERDAM,<br>NETHERLANDS | | Lehman No Case Asserted/All Case Asserted | 08/17/2009 | 8377 | Undetermined | Foreign Denomination |
| 54 | IMPULSE TECHNOLOGY LTD.<br>364, HEMPSTEAD ROAD,<br>WATFORD HERTS, WD17 4NA<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 22762 | Undetermined | Foreign Denomination |
| 55 | INTEGRATED FINANCIAL PRODUCTS-MILAN BRANCH<br>F/K/A INTERFIN SIM S.P.A<br>VIA VITTOR PISANI 22<br>MILANO, 20124<br>ITALY | | Lehman No Case Asserted/All Case Asserted | 07/23/2009 | 6656 | $0.00* | Foreign Denomination |
| 56 | JACKSONS (CLEAR GLASS) LIMITED<br>CATERING HOUSE<br>COX LANE<br>CHESSINGTON<br>-, KT9 1SG<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5484 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | JENDRUSIAK, KARINA<br>FREIHERR-VOM-STEIN-STRASSE 56<br>FRANKFURT, HE D60323<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/11/2009 | 7998 | Undetermined | Foreign Denomination |
| 58 | JONES, E.M. (DECEASED) TRUST<br>C/O GEORGE THOMAS JONES<br>2 HEXHAM WAY<br>SUTTON ROAD<br>SHREWSBURY, 5Y2 6QX<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/17/2009 | 8588 | Undetermined | Foreign Denomination |
| 59 | KIDS COMPANY<br>1 KENBURRY STREET<br>LONDON, SE5 9BS<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/21/2009 | 5800 | Undetermined | Foreign Denomination |
| 60 | KONRAD, HORST J.<br>PO BOX 1239<br>GROSSHEUBACH, D-63920<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/14/2009 | 8263 | Undetermined | Foreign Denomination |
| 61 | KRENT, THOMAS<br>BLOCK 60 # 25-113<br>LORONG 4, TOA PAYOH, 310060<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5897 | Undetermined | Foreign Denomination |
| 62 | KRUMBUGEL, WILFRIED & GITTA<br>VOGELSANGER STR. 21<br>FLENSBURG, 24943<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/19/2009 | 8695 | Undetermined | Foreign Denomination |
| 63 | KWIATKOWSKI, WALTER N.<br>CL MARTIRS 91<br>ALQUERIA DE LA CONDESA<br>VALENCIA, 46715<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8191 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 64 | **LANCASTER OFFICE CLEANING COMPANY LTD RAVENSCOURT WESTERHAM ROAD LOCKBOTTOM, BR2 6HE UNITED KINGDOM** | | **Lehman No Case Asserted/All Case Asserted** | 09/18/2009 | 18729 | **Undetermined** | **Foreign Denomination** |
| 65 | **LEE, VICTORIA 5 PARKMEAD GARDENS MILL HILL, GT LON, NW7 2JW UNITED KINGDOM** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 13962 | **Undetermined** | **Foreign Denomination** |
| 66 | **LEHMAN BROTHERS INVESTMENTS KOREA INC. C/O SAMJONG KPMG AMC INC GANGNAM FINANCE CENTER 10TH FLOOR 737 YEOKSAM-DONG GANGNAM-GU SEOUL, 135-984 KOREA, REPUBLIC OF** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18557 | **Undetermined** | **Foreign Denomination** |
| 67 | **LIN, WONG YUK FLAT 514, 5/F. WING YAN HOUSE TUNG YAN COURT , HONG KONG** | | **Lehman No Case Asserted/All Case Asserted** | 08/19/2009 | 8716 | **Undetermined** | **Foreign Denomination** |
| 68 | **LUTTEKE, HARALD & IRENE AHORNPLATZ 1 ROSBACH, 61191 GERMANY** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/18/2009 | 18153 | **Undetermined** | **Foreign Denomination** |
| 69 | **LYRECO SVERIGE AG BOX 501 BANKERYD, 56428 SWEDEN** | | **Lehman No Case Asserted/All Case Asserted** | 08/27/2009 | 9526 | **Undetermined** | **Foreign Denomination** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | MALLAK LIMITED<br>57163 LINE WALL ROAD<br>PO BOX 199<br>,<br>GIBRALTAR | | Lehman No Case Asserted/All Case Asserted | 08/19/2009 | 8710 | Undetermined | Foreign Denomination |
| 71 | MCAULEY, ARAN PATRICK<br>FLAT 27<br>87 ST GEORGE'S DRIVE<br>LONDONM, GT LON SWIV 4DB<br>LONDON,<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 09/18/2009 | 18171 | Undetermined | Foreign Denomination |
| 72 | MCGIRR, VERONICA<br>150 WHIKEBRIDGE ROAD<br>SIXMILECROSS, OMAGH<br>CO. TYRONE BT79 9EH<br>,<br>UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/08/2009 | 5171 | Undetermined | Foreign Denomination |
| 73 | MENOUNOS, ALEXANDROS<br>44 THAMES POINT<br>IMPERIAL WHARF<br>LONDON, GT LON, SW6 2SX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18736 | Undetermined | Foreign Denomination |
| 74 | MORENO SANCHEZ, FRUCTUOSO<br>C/ VIRGEN DE LAS ANGUSTIAS 39-3-3.3<br>,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9015 | Undetermined | Foreign Denomination |
| 75 | MUELLER-KENGELBACH, PETER ODER MUELLER-KENGELBACH, MONIKA<br>STILLSTR. 18A<br>91301 FORCHHEIM,<br>GERMANY | | Lehman No Case Asserted/All Case Asserted | 09/14/2009 | 12056 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | MUENSTER, STADT STADTKASSE MUNSTER, 48127 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5268 | Undetermined | Foreign Denomination |
| 77 | NEIRA, GUSTAVO TOLEDO CALLE 97A # 9-57 BOGOTA, COLOMBIA | | Lehman No Case Asserted/All Case Asserted | 09/08/2009 | 10712 | Undetermined | Foreign Denomination |
| 78 | NEW IDEA OFFICE SUPPLIES 1/F, CAVENDISH CENTRE 23 YIP KAN STREET WONG CHUK HANG ABERDEEN, HONG KONG | | Lehman No Case Asserted/All Case Asserted | 09/17/2009 | 15121 | Undetermined | Foreign Denomination |
| 79 | OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W., 2025 AUSTRALIA | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5712 | Undetermined | Foreign Denomination |
| 80 | PAGAN, IAN 4 CONDOR PATH NORTHOLT MIDDLESEX, UB5 6TA UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 09/21/2009 | 22952 | Undetermined | Foreign Denomination |
| 81 | PAPERCHASE SUPPLIES LTD- IN LIQUIDATION C/O BAILEY AHMAD 257 B CROYDON ROAD BECKENHAM KENT, BR3 3PS UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/17/2009 | 5542 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | PIETERSEN, C.N.J. EPICEADREEF 24 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5310 | Undetermined | Foreign Denomination |
| 83 | PIJUAN PERALBA, RAMON - SANCHEZ HIDALGO, REMEDIOS ALFRED PERENYA, 29 LLEIDA, 25008 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 10508 | Undetermined | Foreign Denomination |
| 84 | PRICEWATERHOUSECOOPERS BELASTINGADVISEUR THOMAS MALTHUSSTRAAT 5 AMSTERDAM, 1006 NETHERLANDS | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5411 | Undetermined | Foreign Denomination |
| 85 | PRICEWATERHOUSECOOPERS BELASTINGADVISEUR THOMAS MALTHUSSTRAAT 5 AMSTERDAM, 1006 NETHERLANDS | | Lehman No Case Asserted/All Case Asserted | 07/16/2009 | 5410 | Undetermined | Foreign Denomination |
| 86 | PRINCIPAL SEARCH LTD 62 CORNHILL LONDON, EC3V 3NH UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 09/10/2009 | 11361 | Undetermined | Foreign Denomination |
| 87 | PROPERTY INFORMATION MANAGEMENT SERVICES 10 DRAGOON HOUSE HUSSAR COURT WATERLOOVILLE, HANTS, PO7 7SF UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5618 | Undetermined | Foreign Denomination |
| 88 | PROSIEBEN SAT.1 MEDIA AG MEDIENALLE 7 UNTERFOEHRING, 85774 GERMANY | | Lehman No Case Asserted/All Case Asserted | 09/14/2009 | 12310 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | R & H TRUST HELIER CO. (BVI) LTD RE THE FREEDOM TRUST P.O. BOX 83 ORDINANCE HOUSE 31 PIER ROAD ST HELIER, JE4 8PW UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13393 | Undetermined | Foreign Denomination |
| 90 | ROBSON, ROBERT ALICK PO BOX 503 SPIT JUNCTION NEW SOUTH WALES, 2088 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5284 | Undetermined | Foreign Denomination |
| 91 | ROSEKRANS, JOHN C/O JOHN P. CHRISTIAN TOBIN & TOBIN 500 SANSOME STREET, SUITE 800 SAN FRANCISCO, CA 94111 | | Lehman No Case Asserted/All Case Asserted | 09/22/2009 | 27265 | Undetermined | Foreign Denomination |
| 92 | ROYAL SURREY COUNTY HOSPITAL NHS TRUST SHARED BUSINESS SERVICES, PHOENIX HOUSE, TOPCLIFFE LANE WAKEFIELD, WF3 1WE UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/03/2009 | 7146 | Undetermined | Foreign Denomination |
| 93 | SALDANA BARRAGAN, SEBASTIAN JOSE C/ CASTILLO DE CUMBRES MAYORES NO. 8 CHALET 2 SEVILLA, 41013 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9017 | Undetermined | Foreign Denomination |
| 94 | SCHIFFER, CRAIG 40 BEEKMAN TERRACE SUMMIT, NJ 07901 | | Lehman No Case Asserted/All Case Asserted | 09/21/2009 | 24613 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 95 | SCHMID, OTTO RINGSTRAPE 55 D-74248 ELLHOFEN, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8769 | Undetermined | Foreign Denomination |
| 96 | SCHMIDT, WERNER ODER ELEONORA WERNER SCHMIDT LINDENSTRASSE 13 DITTELBRUNN, 97456 GERMANY | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5672 | Undetermined | Foreign Denomination |
| 97 | SERER SANMARTIN, MARIA PILAR TR DE GRACIA 48 3-4 BARCELONA, 08021 SPAIN | | Lehman No Case Asserted/All Case Asserted | 09/21/2009 | 24446 | Undetermined | Foreign Denomination |
| 98 | SHULTE, WILFRIED DR. MED. KINDERARZT BEETHOVENSTR. 6 HERTEN, 45699 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7984 | Undetermined | Foreign Denomination |
| 99 | SIEMENS PLC SIEMENS ENTERPRISE COMMUNICATIONS LTD BRICKHILL STREET WILLEN LAKE MILTON KEYNES, MK15 0DJ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/17/2009 | 5535 | Undetermined | Foreign Denomination |
| 100 | SJ BERWIN LLP 10 QUEEN STREET PLACE LONDON , EC4R 1BE UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/20/2009 | 8780 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | SLB LEASING-FONDS GMBH & CO HERAKLES KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19964 | Undetermined | Foreign Denomination |
| 102 | SLB LEASING-FONDS GMBH & CO ODIN KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19968 | Undetermined | Foreign Denomination |
| 103 | SLB LEASING-FONDS GMBH & CO THOR KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19963 | Undetermined | Foreign Denomination |
| 104 | SLB LEASING-FONDS GMBH & CO URANUS KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19967 | Undetermined | Foreign Denomination |
| 105 | SOLER NAVARRO, JUAN MANUEL / COLLANTES BALLESTA, FRANCISCA DE PAULA C/ VALLE DE LOS BORBOLLONES 26 AVILA, 05004 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8995 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 106 | SOLIS & LOMBARDIA NOTARIOS C.B. IGNACIO SOLIS VILLA C/ VELAZQUEZ, N 16, 2 DCHA MADRID, 28001 SPAIN | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5688 | Undetermined | Foreign Denomination |
| 107 | SORIANO OCANA, MARIA JOSEFA URB. MIMOSAS GOLF CABORINO FASE III PTAL 7-33 MARBELLA-MALAGA, 29604 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8994 | Undetermined | Foreign Denomination |
| 108 | STADT FRANKFURT AM MAIN DER MAGISTRAT KASSEN-UND STEUERAMT PAULSPLATZ 9 FRANKFURT AM MAIN, D-60275 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 9006 | Undetermined | Foreign Denomination |
| 109 | STADT KARLSRUHE STADTKAMMEREI Z.HD. HERR DOLLINGER RATHAUS AM MARKTPLATZ KARLSUHE, 76133 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7078 | Undetermined | Foreign Denomination |
| 110 | STIBBE CENTRAL PLAZA LOKSUMSTU 7U5 BRUSSELS, 7000 BELGIUM | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5641 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 111 STOCK EXCHANGE OF HONG KONG LIMITED, THE 12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE 1 HARBOUR VIEW STREET CENTRAL, HONG KONG | | Lehman No Case Asserted/All Case Asserted | 09/22/2009 | 31746 | Undetermined | Foreign Denomination |
| 112 STOCK EXCHANGE OF HONG KONG LIMITED, THE 12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE 1 HARBOUR VIEW STREET CENTRAL, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31745 | Undetermined | Foreign Denomination |
| 113 STREEL, MICHELINE RUE DE BEAUMONT 43 CLERMONT, 5650 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12186 | Undetermined | Foreign Denomination |
| 114 TARSITANO, MARIA CONCETTA VIA MAGNA GRECIA, NO. 8 FAGNANO CASTELLO, 87013 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/10/2009 | 5250 | Undetermined | Foreign Denomination |
| 115 THREADNEEDLE ASSET MANAGEMENT LTD. ON BEHALF OF WEST LB HORIAZON FUND MULTI- MANAGER TARGET RETURN FUND ATTN: HEAD OF LEGAL C/O 60 ST. MARY AVENUE LONDON, EC3A 8JQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18690 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 116 | TOMAS, CHRISTOPHER DR. KIESBERGLTR 40 DARNSTADT, D-64285 GERMANY | | Lehman No Case Asserted/All Case Asserted | 09/18/2009 | 19360 | Undetermined | Foreign Denomination |
| 117 | TOPEMPLOYERS LTD 456 - 458 STRAND SUITE 167 LONDON, WC2R 0DZ UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 09/21/2009 | 25236 | Undetermined | Foreign Denomination |
| 118 | TORRADO-VILLALOBO, ANGEL C/ALDEANUEBA DE LA VERA 17 5-A MADRID, 28044 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8252 | Undetermined | Foreign Denomination |
| 119 | TOSETTO LINO VIA G. GALILEI 2 30020 ERACLEA VENICE, ITALY | | Lehman No Case Asserted/All Case Asserted | 07/06/2009 | 5152 | Undetermined | Foreign Denomination |
| 120 | TUSHINGHAM MOORE LLP ACRESFIELD ST ANNS SQUARE MANCHESTER, M2 7HA UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5691 | Undetermined | Foreign Denomination |
| 121 | TW INTERNATIONAL COUNSEL PTE LTD 18A TANJONG PAGAR ROAD SINGAPORE , 088441 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8972 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 122 | UBI BANCA SEDE LEGALE: PIAZZA VITTORIO VENETO,8 BERGAMO, 24122 ITALY | | Lehman No Case Asserted/All Case Asserted | 09/16/2009 | 19650 | Undetermined | Foreign Denomination |
| 123 | VELDMAN B.V. T.A.V. R. VELDMAN WARMELO 34 EINDHOVEN, 5655 JW NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9553 | Undetermined | Foreign Denomination |
| 124 | VERSORGUNGSWERK DER APOTHEKERKAMMER WESTFALEN-LIPPE BISMARCKALLEE 25 48151 MUENSTER, GERMANY | | Lehman No Case Asserted/All Case Asserted | 07/21/2009 | 5796 | Undetermined | Foreign Denomination |
| 125 | VERSORGUNGSWERK DER LANDESAPOTHERKAMMER HESSEN KDOR AM LEONHARDSBRUNN 5 FRANKFURT, D-60487 GERMANY | | Lehman No Case Asserted/All Case Asserted | 10/29/2009 | 54984 | Undetermined | Foreign Denomination |
| 126 | VIEJO GARCIA, NESTOR C/ BECQUER NO. 15 - 5C MOSTOLES, MADRID, 28932 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 9001 | Undetermined | Foreign Denomination |
| 127 | VIEJO GARCIA, NESTOR C/ BECQUER NO. 15 - 5C MOSTOLES, MADRID, 28932 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8999 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 128 | VISCIDI, PASQUALE & BRUNA, MORI VIA SASSARI, 5 BATTIPAGLIA, SA 84091 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12043 | Undetermined | Foreign Denomination |
| 129 | VOEHRINGER, KLAUS BERGSTR.33 HAITERBACH, 72221 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/17/2009 | 8529 | Undetermined | Foreign Denomination |
| 130 | WALKER, GEORGE ARTHUR & JILLIAN KAY 18 VIRGINIA DRIVE BLACON CHESTER, CH1 5AL UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/04/2009 | 7329 | Undetermined | Foreign Denomination |
| 131 | WANG, TRACY FLAT 4C, BLOCK 2, CITY GARDEN NORTH POINT HONG KONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7458 | Undetermined | Foreign Denomination |
| 132 | WESTON CORPORATION 3-2-6-1404 NISHIGOTANDA SHINAGAWAKU TOKYO, 141-0031 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6177 | Undetermined | Foreign Denomination |
| 133 | WINE & SPIRIT EDUCATION TRUST INTERNATIONAL WINE & SPIRIT CENTRE 39 - 45 BERMONDSEY STREET SOUTHWARK LONDON, SE1 3XF UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 07/20/2009 | 5697 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15 : EXHIBIT A – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 134 | WITT & CO. OHG WALTER_PAETZMANN-STRASSE 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Case Asserted | 08/07/2009 | 7640 | Undetermined | Foreign Denomination |
| 135 | WOOLF SIMMONDS 1 GREAT CUMBERLAND PLACE LONDON, W1H 7AL UNITED KINGDOM | | Lehman No Case Asserted/All Case Asserted | 08/03/2009 | 7152 | Undetermined | Foreign Denomination |
| | | | | | TOTAL | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                         :
                                    **Debtors.**         :        **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

Upon the fifteenth omnibus objection to claims, dated May 18, 2010 (the "Fifteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the Foreign Currency Claims on the grounds that the Bar Date Order required that such claims be denominated in lawful currency of the United States, all as more fully described in the Fifteenth Omnibus Objection to Claims; and due and proper notice of the Fifteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Fifteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifteenth Omnibus Objection

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifteenth Omnibus Objection to Claims.

to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Fifteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Foreign Currency Claims") are disallowed and expunged; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Foreign Currency Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Fifteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
     New York, New York

               _____
               UNITED STATES BANKRUPTCY JUDGE