STEPHANIE GOLDSTEIN
**FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: Stephanie.goldstein@friedfrank.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                :
In re:                                          :    Case No. 08-13555 (JMP)
                                                :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**      :    (Jointly Administered)
                                                :
               Debtor.                          :
                                                :
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Hannah Lee certifies as follows:

      On May 18, 2010, I caused a copy of the Notice of Withdrawal of Limited Objection of HWA 555 Owners, LLC to the Motions of Lehman Brothers Holdings Inc., James W. Giddens as Trustee for Lehman Brothers Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. to Modify the September 20, 2008 Sale Order and for Other Relief ("Notice") to be filed in the above captioned proceeding via the Court's ECF Filing System, caused a copy of the Notice to be served by hand delivery to the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York, 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, and Tracy Hope Davis), and caused a courtesy copy to be hand delivered to the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601.

      I further certify that on May 18, 2010, I caused copies of the Notice to be served by Electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

      On May 18, 2010, I caused copies of the Notice to be served via First Class Mail to:

      (i) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Christopher K. Kiplok, Esq., and Jeffrey S. Margolin, Esq.; (ii)

Securities Investor Protection Corporation, 805 Fifteenth Street, N.W., Suite 800, Washington, DC 20005, Attn: Kenneth J. Caputo ("SIPC"); (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., and (v) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Lindsee P. Granfield, Esq., and Luke A. Barefoot, Esq.

Date: May 19, 2010
New York, New York

                                                                      */s/ Hannah Lee*
                                                                      Hannah Lee