**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>    **Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Craig Goldblatt, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Intel Corporation in the above referenced case.

My address is Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006, Tel.: (202) 663-6000, e-mail: craig.goldblatt@wilmerhale.com.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice* and have submitted the $25 fee with this motion.

Dated: Washington, DC
       May 19, 2010

                                                     /s/ Craig Goldblatt
                                                     Craig Goldblatt
                                                     WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
                                                     1875 Pennsylvania Avenue NW
                                                     Washington, DC 20006
                                                     Telephone: (202) 663-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br><br>**(Jointly Administered)** |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

**WHEREAS**, Craig Goldblatt, a member in good standing of the bar of the District of Columbia, has requested admission, *pro hac vice*, to represent Intel Corporation in the above referenced case.

**IT IS HEREBY ORDERED,** that Craig Goldblatt, is admitted to practice**,** *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
_____ 2010

_____
JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE