UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE
AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP hereby enters its appearance as counsel for Intel Corporation ("Intel") in the above-captioned cases, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that copies of notices, pleadings and any other documents given, filed or required to be served in the above-captioned matter be served upon the undersigned at the following address:

| | |
|---|---|
| Peter J. Macdonald<br>Jeannette K. Boot<br>Charu Chandrasekhar<br>Wilmer Cutler Picking Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel. (212) 230-8800<br>Fax (212) 230-8888<br>peter.macdonald@wilmerhale.com<br>jeannette.boot@wilmerhale.com<br>charu.chandrasekhar@wilmerhale.com | Craig Goldblatt<br>Lisa Ewart<br>Wilmer Cutler Picking Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel. (202) 663-6000<br>Fax (202) 663-6363<br>craig.goldblatt@wilmerhale.com<br>lisa.ewart@wilmerhale.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition,

pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This appearance and demand for notice and service of papers is not intended as nor is it a waiver of (i) Intel's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Intel's right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Intel is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Intel expressly reserves.

| | |
|---|---|
| Dated:  May 19, 2010 | INTEL CORPORATION |
| Washington, D.C. | By:  /s/ Craig Goldblatt<br>Peter J. Macdonald<br>Jeannette K. Boot<br>Charu Chandrasekhar<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel. (212) 230-8800<br>Fax (212) 230-8888<br><br>Craig Goldblatt<br>Lisa Ewart<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave. N.W.<br>Washington D.C. 20006<br>Tel. (202) 663-6000<br>Fax. (202) 663-6363<br><br>Attorneys for Intel Corporation |