**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                     :
In re                                                :          **Chapter 11 Case No.**
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*         :          **08-13555 (JMP)**
                                                     :
                    **Debtors.**                     :          **(Jointly Administered)**
                                                     :
-------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF LATHAM & WATKINS LLP AS SPECIAL COUNSEL TO THE DEBTORS

Upon consideration of the application, dated May 5, 2010 (the "<u>Application</u>"),[1] of

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), pursuant to

section 327(e) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2014(a) of

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") for authorization to employ

and retain Latham & Watkins LLP ("<u>L&W</u>") as special counsel to the Debtors; and upon the

Declaration of Gregory O. Lunt, a partner of L&W (the "<u>Lunt Declaration</u>"), filed in support of

the Application; and the Court being satisfied, based on the representations made in the

Application and the Lunt Declaration, that L&W represents no interest adverse to the Debtors or

the Debtors' estates with respect to the matters upon which it is to be engaged, under section 327

of the Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to

consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District

of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.);

---

[1]  Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
    Application.

and consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided in

accordance with the procedures set forth in the amended order entered February 13, 2009

governing case management and administrative procedures [Docket No. 2837] to (i) the United

States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) L&W, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Application is in the best interests of

the Debtors, their estates and creditors, and all parties in interest and that the legal and factual

bases set forth in the Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain L&W as special counsel to the Debtors on the terms

set forth in the Application and this order for the Representative Matters identified in the

Application and in accordance with L&W's customary rates in effect from time to time and its

disbursement policies; and it is further

ORDERED that L&W shall apply for compensation and reimbursement of

expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy

Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines

established by the U.S. Trustee, and such other procedures that have been or may be fixed by

order of this Court, including but not limited to the Court's Third Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee

Protocol [Docket No. 3651].


Dated:    New York, New York
          May 20, 2010

                                      ___s/ James M. Peck_____
                                      Honorable James M. Peck
                                      United States Bankruptcy Judge