LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Michael J. Riela (MR-7829)
Email: robert.rosenberg@lw.com
   michael.riela@lw.com

Counsel for Aurora Bank FSB

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  Sarita Chalen, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

  2. On May 20, 2010, I caused true and correct copies of (i) Statement of Position and Reservation of Rights of Aurora Bank FSB with Respect to Debtors' Motion Pursuant to Section 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Restructure Certain Terms of the Archstone

NY\1602641.1

Credit Facilities, to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

      3.    On May 20, 2010, I caused true and correct copies of the Statement of Position and Reservation of Rights of Aurora Bank FSB with Respect to Debtors' Motion Pursuant to Section 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004 and 9019 for Authorization to Restructure Certain Terms of the Archstone Credit Facilities, to be served upon the following parties via 1st class mail.

                                                    /s/ Sarita Chalen
                                                    Sarita Chalen

Sworn to before me this
20st day of May, 2010

/s/ Donna Keeley
Donna Keeley
Notary Public, State of New York
No. 01KE6094872
Qualified in Queens County
Commission Expires June 30, 2011

NY\1602641.1

**Exhibit A**

**VIA HAND DELIVERY**

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY 10004

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Shai Y. Waisman, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Peter V. Pantaleo, Esq.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| Offices of the U.S Trustee for the Southern Distict of NY<br>33 White Hall Street, 21st Floor<br>New York, NY 10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Margot Schonholtz, Esq.<br>Edmond Gabbay, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Steven Tomlinson, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |

NY\1602641.1