UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 8995

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 18, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
19th day of May, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :       Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :       08-13555 (JMP)
                                                                 :
           Debtors.                                              :       (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     GOLDMAN, SACHS & CO.
        TRANSFEROR: AGGREGATING TRUST 10, LLC
        30 HUDSON STREET, 36TH FLOOR
        JERSEY CITY, NJ 07302

Your claim # 29000-01 in the above referenced case and in the amount of $15,000,000.00 has been transferred, (unless previously expunged by court order)

        ORE HILL HUB FUND LTD.
        TRANSFEROR: GOLDMAN, SACHS & CO.ARMONK, NY 10504
        ATTN: RACHE CARR-HARRIS
        650 FIFTH AVENUE, 9TH FLOOR
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        ONE BOWLING GREEN
        NEW YORK, NY 10004-1408

        Send a copy of your objection to the transferee.

Refer to docket number 8995 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR BSI USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 18, 2010.

# EXHIBIT B

GOLDMAN, SACHS & CO.
TRANSFEROR: AGGREGATING TRUST 10, LLC
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY, NJ 07302

ORE HILL HUB FUND LTD.
TRANSFEROR: GOLDMAN, SACHS & CO.
ATTN: RACHE CARR-HARRIS
650 FIFTH AVENUE, 9TH FLOOR
NEW YORK, NY 10019

GOLDMAN, SACHS & CO.
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

# EXHIBIT C

WEIL, GOTSHAL & MANGES LLP
ATTN: CHRISTOPHER A. STAUBLE
767 FIFTH AVENUE
NEW YORK, NY 10153