KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MARGARET BENNETT a/k/a MALGORZATA :
BENNETT, :
: 
                          Plaintiff, : Adv. Proc. No. 10-_____
:
  - against - :
: **STATEMENT PURSUANT**
: **TO FED. R. Civ. P. 7.1**
:
LEHMAN BROTHERS HOLDINGS INC., :
:
                          Defendant. :
:
-------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Lehman Brothers Holdings, Inc. ("Lehman") certifies that Lehman has no parent company and no publicly-held corporation directly or indirectly controls 10% or Lehman's stock.

Dated: New York, New York
       May 20, 2010

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                        By: _____
                                             Robert N. Holtzman
                                             Katrina L. Baker
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         (212) 715-9100
                                         RHoltzman@kramerlevin.com
                                         KBaker@kramerlevin.com

                                         *Attorneys for Defendant*
                                         Lehman Brothers Holdings Inc.

KL3 2778506.1