BKREF, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10–cv–04165–NRB
*Internal Use Only*

Bennett v. Lehman Brothers Holdings Inc.  
Assigned to: Judge Naomi Reice Buchwald  
Demand: $143,000  
Case in other court:  State Court – Supreme, 104833–10  
Cause: 28:1442 Notice of Removal

Date Filed: 05/20/2010  
Date Terminated: 05/20/2010  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Margaret Bennett**  
*also known as*  
Malgorzata Bennett

V.

**Defendant**

**Lehman Brothers Holdings Inc.**   represented by **Robert Neil Holtzman**  
Kramer Levin Naftalis &Frankel, LLP  
1177 Avenue of the Americas  
New York , NY 10036  
212 715–9100  
Fax: 212 715–8000  
Email: rholtzman@kramerlevin.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Katrina Lynne Baker**  
Kramer Levin Naftalis &Frankel, LLP  
1177 Avenue of the Americas  
New York , NY 10036  
(212)–715–9233  
Fax: (212)–715–8351  
Email: kbaker@kramerlevin.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2010 | 1 | NOTICE OF REMOVAL from State Supreme Court, County of New York. Case Number: 104833–10. (Filing Fee $ 350.00, Receipt Number 904491).Document filed by Lehman Brothers Holdings Inc.(ama) (ama). (Entered: 05/21/2010) |
| 05/20/2010 |   | Magistrate Judge James C. Francis IV is so designated. (ama) (Entered: 05/21/2010) |
| 05/20/2010 |   | Case Designated ECF. (ama) (Entered: 05/21/2010) |
| 05/20/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Lehman Brothers Holdings Inc.(ama) (ama). (Entered: 05/21/2010) |
| 05/20/2010 | 3 | ORDER REFERRING CASE to Bankruptcy Court as related to Bankuptcy Court Case No. 08–13555(JMP) (Signed by Judge Robert J. Ward on 7/10/1984) (ama) (Entered: 05/21/2010) |
| 05/20/2010 |   | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – |

08-13555-mg   Doc 9158-4   Filed 05/21/10   Entered 05/21/10 13:20:43   Docket Sheet
Case: 1:10-cv-04165-NRB   As of: 05/21/2010 04:48 PM EDT   2 of 2
10 cv 4165   Pg 2 of 2

| | | |
|---|---|---|
| | | Southern District of New York on 5/20/2010. (ama) (Entered: 05/21/2010) |
| 05/21/2010 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Robert Neil Holtzman for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 2 Rule 7.1 Corporate Disclosure Statement, 1 Notice of Removal to: case_openings@nysd.uscourts.gov. (ama) (Entered: 05/21/2010) |