*Original*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

*Submit Chambers*

MAY 18 2010

### Observations on the Case Management Order

Now comes William Kuntz, III who appears here Pro Se and Respectfully submits the following for the Court's Consideration:

1) With Respect to the Agenda Letter @ 42.
   There are Parties who must travel some distance to New York. The Record already Illustrated that on at least 1 Occasion, a Lawyer flew all the way from California <and back of course> because of this.
   The Agenda Letter should be filed <u>48 Hours</u> before the Hearing Date/Time.
2) With Respect to Service of Papers @ 12.
   Without counting, the Debtor's Counsel has caused to be sent perhaps 30 Overnight Documents to this Party alone. Each Document is billed to the Estate for about $20 plus the overhead of preparation. This alone is $600+ **wasted**.
   In almost every occasion, the Overnight Letters arrive too late anyway.
   The Order should be modified to allow Service by Regular Mail.
   The US Post Office provides

## Signature Confirmation

Verify delivery – and know who accepted your package.

Get all the benefits of Delivery Confirmation™ and more. Signature Confirmation™ gives you an added level of security by requiring a signature from the person who accepts your package.

If you're sending something important, you may want to be sure that it reaches not just the right address, but the right hands as well. With Signature Confirmation, you can get confirmation of delivery - including date, time and location - and you can request to have a letter faxed or mailed to you with a copy of the recipient's signature.

3) Service by email@13. Use of email. This Party does not have a 'dedicated' email address. As of Today, there are almost 60,000 emails in my account. My Service often treats Email from Debtor's Counsel as SPAM or VIRUS email and is subject to Auto-Deletion. SPAMGUARD Copyright © 2010 Yahoo! All rights reserved.

   Only Parties who are Lawyers and have filed a Notice of Appearance should have to endure email service.

   Further, in the interest of promotion of candid speaking and settlement, and other items, email should not be admissible for any purpose, unless waived in writing.

4) Service by Fax@12. As recalled under the NYCPLR Attorney's who list a Fax number are agreeable to Service by Fax <u>together with a Mailing</u>.
   As also recalled, the Debtors' Counsel has billed the Estate for Fax Service and it should be allowed, given the time and distance constraints often seen in this Case.

   This should not handicap the Key Parties in anyway.

RESPECTFULLY SUBMITTED,

William Kuntz, III
India St
PO Box 1801
Nantucket Ma 02554-1801

508-775-5225

Hyannis, Ma May 14, 2010