David B. Shemano (DS 1224)
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Shinhan Investment Corp.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11 Case
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,**                       :
*et al.*,                                                :   Case No. 08-13555 (JMP)
                                                         :
                                                         :   (Jointly Administered)
           **Debtors**                                   :
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF SHINHAN
INVESTMENT CORP. FOR ENTRY OF AN ORDER: (A) DETERMINING
THAT ITS PROOF OF CLAIM, AS AMENDED, BE DEEMED TIMELY
FILED, OR (B) EXTENDING THE TIME FOR IT TO FILE AN
AMENDED PROOF OF CLAIM PURSUANT TO FRBP 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on the motion of Shinhan Investment Corp. ("SIC") for entry of an order deeming SIC's proof of claim timely filed, or extending the time for SIC to file an amended proof of claim pursuant to FRBP 9006(b)(1) (the "Motion") [Docket No. 8584], which was scheduled for May 25, 2010, at 11:00 a.m., **has been adjourned to June 29, 2010, at 11:00 a.m**. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, and such hearing on the Motion

2

may be further adjourned from time to time without further notice other than an

announcement at the hearing.

Dated:  Los Angeles, California
       May 21, 2010       PEITZMAN, WEG & KEMPINSKY LLP


                By: /s/ David B. Shemano
                   David B. Shemano
                   10100 Santa Monica Blvd., Ste. 1450
                   Los Angeles, CA 90067
                   (310) 552-3100

                Attorneys for Shinhan Investment Corp.

**CERTIFICATE OF SERVICE**

Matthew M. Dryer, certifies as follows:

1. I am a paralegal employed by the law firm of Peitzman, Weg & Kempinsky LLP, counsel to Shinhan Investment Corp. in the above captioned case.

2. On May 21, 2010, I caused a copy of the:

> Notice of Adjournment of Hearing on Motion of Shinhan Investment Corp. for Entry of an Order: (A) Determining that its Proof of Claim, as Amended, be Deemed Timely Filed, or (B) Extending the Time for it to File an Amended Proof of Claim Pursuant to FRBP 9006(b)(1) (the "Notice")

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases.

3. On May 21, 2010, I caused a copy of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 21, 2010

/s/ Matthew M. Dryer
Matthew M. Dryer