## <u>EXHIBIT A</u>

**(Ordinary Course Professional Affidavit)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re                                                    :         Chapter 11 Case No.

                                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*             :         **08-13555 (JMP)**

                              **Debtors.**               :         **(Jointly Administered)**

                                                         :

                                                         :

------------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF LARRY W. STARK,

### ON BEHALF OF NVC, INC.

STATE OF COLORADO          )
                           ) ss:
COUNTY OF ARAPHOE          )

   Larry W. Stark, being duly sworn, upon his oath, deposes and says:

   1.  I am the President of NVC, Inc., located at 7807 E. Peakview Ave.

Centennial, CO 80111 (the "Firm").

   2.  Lehman Brothers Holdings Inc. and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have

requested that the Firm provide real estate appraisal and consulting services with respect to the

Moonlight Basin Ski Area / Development to the Debtors, and the Firm has consented to provide

such services.

   3.  I submit this Affidavit in accordance with the procedures set forth in the

order entered November 5, 2008 authorizing the Debtors to employ professionals utilized in the

ordinary course of business [Docket No. 1394] in connection with the Firm's engagement with

the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United

States Code, 11 U.S.C. § 101 *et seq.*

4.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.    The Debtors owe the Firm $ 0   for prepetition services.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
Larry W. Stark

Subscribed and sworn to before me
this 20 day of May , 2008 10

_____
Notary Public

My Commission expires:
12/14/2013

_____
[1] If necessary.

**EXHIBIT B**

**(Retention Questionnaire)**



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :    **08-13555 (JMP)**
                                                          :
                                    Debtors.              :    **(Jointly Administered)**
                                                          :
                                                          :
------------------------------------------------------------------x

<u>**RETENTION QUESTIONNAIRE**</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "<u>Debtors</u>")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS, TO:</u>

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.      Name and address of firm:

           NVC, Inc.

           7807 E. Peakview Avenue

           Suite #200

           Centennial, CO 80111

    2.      Date of retention:    <u>May 20, 2010</u>

3.    Type of services provided (accounting, legal, etc.):

Real estate appraisal and consulting services.

4.    Brief description of services to be provided:

Real estate appraisal and consulting services with respect to the Moonlight

Basin Ski Area / Development.

5.    Arrangements for compensation (hourly, contingent, etc.)

Fixed fee paid in advance of services: $59,500

(a)    Average hourly rate (if applicable):

N/A

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:       $ 0

Date claim arose:      N/A

Source of Claim:       N/A

7.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim:  $ 0



Date claim arose:  N/A

Source of claim:  N/A

8. Stock of the Debtors currently held by the firm:

Kind of shares:  N/A

No. of shares:   N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A

Status: N/A

Kind of shares:  N/A

No. of shares:  N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A

11. Name of individual completing this form:

Larry W. Stark