## EXHIBIT A

**(Ordinary Course Professional Affidavit)**

NY2:\1926908\02\15@T802!.DOC\58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
:
Debtors.                                              :     (Jointly Administered)
:
:
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN PATRICK BROWN, JR., ON BEHALF OF GREENSTEIN DELORME & LUCHS, P.C.

DISTRICT OF COLUMBIA    )
                                            ) ss:
                                            )

John Patrick Brown, Jr., being duly sworn, upon his oath, deposes and says:

1. I am a partner of Greenstein DeLorme & Luchs, P.C., located at 1620 L Street, N.W., Suite 900, Washington, D.C. 20036 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide real estate legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____
John Patrick Brown, Jr.

Subscribed and sworn to before me
this 18th day of May, 2010

_____
Notary Public

Julien H. Nam
Notary Public, District of Columbia
My Commission Expires 07-14-2010

## EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
                                                    :
                                                    :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:   Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Greenstein DeLorme & Luchs, P.C.

    1620 L Street, N.W, Suite 900

    Washington, D.C. 20036-5605

    _____

2. Date of retention:   April 23, 2010

3. Type of services provided (accounting, legal, etc.):

<u>Legal</u>

4. Brief description of services to be provided:

   <u>Greenstein DeLorme & Luchs, P.C. will provide legal advice on zoning and other District of Columbia local law with respect to loan modifications of Lehman sponsored loans that are secured by various real properties in Washington, D.C.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Greenstein DeLorme & Luchs, P.C. will be compensated on an hourly basis.</u>

   (a) Average hourly rate (if applicable):

   <u>$385</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   <u>N/A</u>

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:       <u>None</u>

   Date claim arose:      <u>Not Applicable</u>

   Source of Claim:       <u>Not Applicable</u>

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>None</u>

Status: Not applicable

Amount of Claim: $ Not applicable

Date claim arose: Not Applicable

Source of claim: Not applicable

8. Stock of the Debtors currently held by the firm:

Kind of shares: None

No. of shares: None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: Not Applicable

Status: Not Applicable

Kind of shares: Not Applicable

No. of shares: Not Applicable

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

11. Name of individual completing this form:

John Patrick Brown, Jr.