**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :          **08-13555 (JMP)**
:
Debtors.                                        :          **(Jointly Administered)**
:
------------------------------------------------------------------------x          **Ref. Docket No. 9108**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Filing of Term Sheet with Respect to the Restructuring of the Archstone Credit Facilities," dated May 18, 2010 [Docket No. 9108], by causing true and correct copies to be:

    a.  enclosed securely in postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, on May 18, 2010,

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on May 18, 2010,

    c.  delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>, on May 18, 2010, and

    d.  enclosed securely in postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, on May 19, 2010.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Samuel Garcia*_____
Samuel Garcia

Sworn to before me this
19th day of May, 2010
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

| Claim Name | Address Information |
|---|---|
| 745 SEVENTH AVENUE, 16TH FLOOR | ATTN: NANCY WONG NEW YORK NY 10019 |
| AARON WELSH | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| AEGIS FINANCE LLC | C/O GSS HOLDINGS (AEGIS), INC. 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| ALSTON & BIRD | BANK OF AMERICA PLAZA SUITE 4000 101 SOUTH TRYON STREET ATTN: PATRICK HAYDEN CHARLOTTE NC 28280-4000 |
| AMY WOLF | WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| ARCHSTONE CORPORATE HEADQUARTERS | 9200 E. PANORAMA CIRCLE SUITE 400 ENGLEWOOD CO 80112 |
| ARCHSTONE-SMITH TRUST | ATTN:  R. SCOT SELLERS 9200 EAST PANORAMA CIRCLE ENGLEWOOD CO 80112 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | 214 NORTH TRYON STREET ATTN: JASON LABONTE CHARLOTTE NC 28255 |
| BANC OF AMERICA STRATEGIC VENTURES, INC. | C/O BANC OF AMERICA LEGAL DEPT. 231 S. LASALLE STREET ATTN: ILEANA STONE, ASSISTANT GENERAL COUNSEL CHICAGO IL 60604 |
| BANK OF AMERICA | JASON OURMAN PRINCIPAL ONE BRYANT PARK, 11TH FLOOR NY1-100-11-07 NEW YORK NY 10036 |
| BANK OF AMERICA SECURITIES, LLC | NY1-301-32-02 9 WEST 57TH STREET ATTN:  ROCHELLE R. DOBBS MANAGING DIRECTOR REAL ESTATE CAPITAL MARKETS NEW YORK NY 10019 |
| BANK OF AMERICA SECURITIES, LLC | NY1-100-11-07 ONE BRYANT PARK ATTN:  DON BENNINGFIELD MANAGING DIRECTOR GLOBAL STRUCTURED FINANCE NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | CMBS MORTGAGE SERVICING 900 WEST TRADE STREET NC1-026-06-01 ATTN: DEAN ROBERSON CHARLOTTE NC 28255 |
| BANK OF AMERICA, N.A. | 901 MAIN STREET ATTN: LESA BUTLER DALLAS TX 75202-3714 |
| BANK OF AMERICA, N.A. | 555 CALIFORNIA STREET 8TH FLOOR ATTN: SYLVIA O'NEILL SAN FRANCISCO CA 94104-1503 |
| BENJAMIN EPPLEG | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| BIH ASN LLC | C/O BARCLAYS CAPITAL 200 PARK AVENUE ATTN: LORI RUNG NEW YORK NY 10166 |
| BRAHMS FUNDING CORPORATION | C/O GLOBAL SECURITIZATION SERVICES, LLC 114 WEST 47TH STREET, SUITE 1715 NEW YORK NY 10036 |
| CAMBRIDGE CAPITAL REAL ESTATE INVESTMENTS, LLC | C/O CONSOLIDATED INVESTMENT GROUP LLC ATTENTION:  MR. TIM W. BERTOCH 6400 S. FIDDLERÆS GREEN CIRCLE, SUITE 2000 ENGLEWOOD CO 80111 |
| COOPERATIVE CENTRALE | RAIFFEISEN-BOERENLEENBANK B.A.. RABOBANK INTERNATIONAL, NEW YORK BRANCH 245 PARK AVENUE NEW YORK NY 10167 |
| DIVERSIFIED REAL ESTATE INVESTORS LLC | 550 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| ERIC SEILER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| FANNIE MAE | 3900 WISCONSIN AVENUE, N.W. ATTN: VICE PRESIDENT FOR MULTIFAMILY ASSET MANAGEMENT WASHINGTON DC 20016-2899 |
| FENWAY CAPITAL, LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 SOUTH SERVICE ROAD, SUITE 120 MELVILLE NY 11747 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  DIRECTOR, MULTIFAMILY PORTFOLIO SERVICES MCLEAN VA 22102 |
| FREDDIE MAC | M.S.B-4F 8100 JONES BRANCH DRIVE ATTN:  ROBERT E. BOSTROM, GENERAL COUNSEL MCLEAN VA 22102 |
| FREEDOM CCS 2008-1, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 CAYMAN ISLANDS |
| GERALD ADLER | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| GIBSON, DUNN & CRUTCHER LLP | ONE MONTGOMERY STREET, SUITE 3100 ATTN: FRED L. PILLON, ESQ. SAN FRANCISCO CA 94104 |
| GRANT THORNTON (EU PAYING AGENT) | HERBERT STREET, DUBLIN 2 IRELAND, REPUBLIC OF |
| HEMISPHERE LANE PTY LIMITED | LEVEL 7, 48 MARTIN PLANE SIDNEY, NEW SOUTH WALES 2000 AUSTRALIA |
| IAN W. STERLING | DIRECTOR & ASSOCIATE GENERAL COUNSEL BARCLAYS CAPITAL 200 PARK AVENUE, 27TH FLOOR NEW YORK NY 10166 |
| IRENA GOLDSTEIN | DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| JAMES C. BURESH | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| JERRY L. COHEN & ASSOCIATES, L.L.C.: | C/O OF TISHMAN SPEYER ATTN:  JERRY L. COHEN 45 ROCKEFELLER PLAZA NEW YORK, NY 10111 |
| JPMORGAN CHASE BANK, N.A. | 245 PARK AVENUE - 12TH FLOOR ATTN: KEVIN KELLEY AND ED MAYFIELD NEW YORK NY 10167 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ATTN: MARGOT SCHONHOLTZ ATTN: EDMOND GABBAY ATTN: LOUIS J. HAIT ATTN: MARK S. KINGSLEY, ATTN: ANA ALFONSO NEW YORK NY 10022-3598 |
| KAYE SCHOLER LLP, | ATTN:  MARGOT SCHONHOLTZ, ESQ. & EDMOND GABBAY, ESQ. 425 PARK AVENUE NEW YORK NY 10022-3598 |
| KIRKLAND & ELLIS LLP | 200 EAST RANDOLPH DRIVE ATTN: MARGARET A. GIBSON, P.C. AND MICHAEL D. BELSEY CHICAGO IL 60601-6636 |
| KIRKLAND & ELLIS LLP, | ATTN:  STEPHEN TOMLINSON, ESQ.  & EDWARD O. SASSOWER, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LAODICEA LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD, SUITE 239 MELVILLE NY 11747 |
| LEHMAN BROTHERS BANK, FSB | 745 SEVENTH AVENUE ATTN:  LLOYD WINANS, GENERAL COUNSEL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANK, FSB | GENERAL COUNSEL-LBB 745 SEVENTH AVENUE ATTN: STEVE KORELL NEW YORK NY 10019 |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE ATTN:  FRANK ZEITZ UNITED KINGDOM |
| LEHMAN BROTHERS BANKHAUS AG, LONDON BRANCH | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS COMMERCIAL BANK | WOODLAND TOWER 1 4001 SOUTH 700 EAST SUITE 410 ATTN: PRESIDENT SALT LAKE CITY UT 84107 |
| LEHMAN BROTHERS FINANCING LIMITED | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | 399 PARK AVENUE ATTN: CHARLENE THOMAS NEW YORK NY 10022 |
| LEHMAN BROTHERS HOLDINGS, INC. | LEHMAN BROTHERS COMMERCIAL BANK 745 SEVENTH AVENUE ATTN: SCOTT KIMMEL AND JULIE BOYLE NEW YORK NY 10019 |
| LEHMAN BROTHERS HOLDINGS, INC. | OFFICE OF GENERAL COUNSEL 745 SEVENTH AVENUE ATTN: SCOTT LECHNER NEW YORK NY 10019 |
| LEHMAN COMMERCIAL PAPER INC. | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN LOAN FUNDING 1 LLC | C/O LEHMAN COMMERCIAL PAPER INC. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LEHMAN SYNDICATED LOAN FUNDING TRUST | C/O WILMINGTON TRUST COMPANY AS TRUSTEE 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX L-1371 LUXEMBOURG |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 7, VAL SAINTE CROIX ATTN: ALEXIS KAMAROWSKY L-1371 LUXEMBOURG |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG RESIDENTIAL PROPERTIES | LOAN FINANCE 2 SARL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| LUXEMBOURG TRADING FINANCE | 745 SEVENTH AVENUE NEW YORK NY 10019 |
| MAPLES FINANCE LIMITED | P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MARK MANSKE | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MICHAEL MAZZEI | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - VERANO CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CBO/CLO MONITORING - PINE CCS, LTD. NEW YORK NY 10007 |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER AT 250 GREENWICH STREET ATTN: CMBS SURVEILLANCE—SASCO 2008-C2, LLC NEW YORK NY 10007 |
| NATHAN OSTRANDER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| PAUL KJELSBERG | LOCKE LORD BISSELL & LIDDELL LLP 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |

| Claim Name | Address Information |
|---|---|
| PETER V. PANTALEO | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| PINE CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| PINE CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTS GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| RICHARD SCHETMAN | CADWALADER, WICKERSHAM & TAFT ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SASCO 2008-C-2, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET (COUNTY OF NEW CASTLE) WILMINGTON DE 19801 |
| SCHULTE, ROTH & ZABEL LLP | 919 THIRD AVENUE ATTN: ANDREW J. DADY NEW YORK NY 10022 |
| SCOTT WEINER | C/O BARCLAYS CAPITAL 200 PARK AVENUE NEW YORK NY 10166 |
| SEAN L. MCKENNA | PRINCIPAL MORTGAGE TRADING GROUP BARCLAYS CAPITAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| SIMPSON THACHER & BARTLETT LLP, | ATTN:  PETER V. PANTALEO, ESQ. 425 LEXINGTON AVENUE, NEW YORK NY 10017 |
| SPRUCE CCS, LTD. | C/O MAPLES FINANCE LIMITED PO BOX 1093 CRICKET SQUARE GEORGE TOWN GRAND CAYMAN KYI 1102 CAYMAN ISLANDS |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE VERANO CCS, LTD. NEW YORK NY 10041-0003 |
| STEVEN C. STICKLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| SUMITOMO MITSUI BANKING CORPORATION | 277 PARK AVENUE NEW YORK NY 10172 |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. | AS COLLATERAL TRUSTEE 2 NORTH LASALLE STREET, SUITE 1020 CHICAGO IL 60602 |
| THE BANK OF NEW YORK, AS COLLATERAL AGENT | 101 BARCLAY STREET NEW YORK NY 10286 |
| TISHMAN SPEYER | 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER/GENERAL COUNSEL NEW YORK NY 10111 |
| TISHMAN SPEYER ARCHSTONE-SMITH | MULTIFAMILY FUND VII (ERISA) CORP. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER PROPERTIES, L.P. | C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE VENTURE VII | PARALLEL (INT), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER REAL ESTATE VENTURE VII | PARALLEL (SGP), L.P. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TISHMAN SPEYER U.S. | VALUE-ADDED ASSOCIATES VII, L.L.C. C/O TISHMAN SPEYER 45 ROCKEFELLER PLAZA ATTN: CHIEF FINANCIAL OFFICER NEW YORK NY 10111 |
| TRIMONT REAL ESTATE ADVISORS, INC. | 3424 PEACHTREE ROAD, NE SUITE 2200 ATTN: BRIAN PITTARD AND GREG WINCHESTER ATLANTA GA 30326 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES VERANO CCS AND BRAND HOSFORD CHARLOTTE NC 28202 |
| U.S. BANK NATIONAL ASSOCIATION | 214 NORTH TRYON STREET, 26TH FLOOR ATTN: CDO TRUST SERVICES - PINE CCS CHARLOTTE NC 28202 |
| VANESSA BRESSLER | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017-3954 |
| VARIABLE FUNDING TRUST 2008-1 | C/O U.S. BANK TRUST NATIONAL ASSOCIATION CORPORATE TRUST SERVICES 300 DELAWARE AVENUE, 9TH FLOOR WILMINGTON DE 19801 |
| VENABLE LLP | 575 7TH STREET, N.W. ATTN: STEPHANIE L. DELONG, ESQ. WASHINGTON DC 20004 |
| VERANO CCS, CORP. | 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| VERANO CCS, LTD., | C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 BOUNDARY HALL, CRICKET SQUARE ATTN: THE DIRECTORS GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| WACHOVIA BANK, NATIONAL ASSOCIATION | NC 1075, 9TH FLOOR 201 S. COLLEGE ST. ATTN: PORTFOLIO MANAGER, SASCO 2008-C2 CHARLOTTE NC 28244 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 375 PARK AVENUE MAIL CODE NY 4060 ATTN: DAVID S. KAPLAN NEW YORK NY 10152 |
| WACHOVIA MULTIFAMILY CAPITAL, INC. | 700 NORTH PEARL STREET, 17TH FLOOR MAIL CODE TX5648 ATTN: EMILY BURNS, VICE PRESIDENT DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC AND BRIAN SMITH COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | SIXTH STREET & MARQUETTE AVENUE, ATTN: CORPORATE TRUST SERVICES GROUP SASCO 2008-C2, LLC MINNEAPOLIS MN 55479 |
| WILLIAM P. WEINTRAUB | FRIEDMAN KAPLAN SEILER & ADELMAN LLP 1633 BROADWAY NEW YORK NY 10019-6708 |
| WILLKIE FARR & GALLAGHER LLP | ATTN:  STEPHEN T. LINDO, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WINDERMERE IX CMBS (MULTIFAMILY) S.A. | 1 ALLEE SCHEFFER L-2520 LUXEMBOURG |
| WINDERMERE VII CMBS P.L.C. | 1 ALLEE SCHEFFER L-2520 LUXEMBOURG |

**Total Creditor count  104**

**EXHIBIT B**

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com
bankr@zuckerman.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brendan.Collins@dlapiper.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcahn@cahnlaw.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov

harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com

jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com

jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com

mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com

rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
suomi_murano@chuomitsui.jp
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
TGoren@mofo.com

thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE PINE CCS, LTD. NEW YORK NY 10041-0003 |
| STANDARD & POOR'S RATINGS SERVICES | 55 WATER STREET, 42ND FLOOR ATTN: STRUCTURED FINANCE RATINGS ASSET-BACKED SECURITIES CBO/CLO SURVEILLANCE SASCO 2008-C2, LLC NEW YORK NY 10041-0003 |

**Total Creditor count  2**