United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEHMAN BROTHERS COMMODITY SERVICES INC | } Chapter 11 }  }  } } Case No. } 08-13555 |
| Debtor | } Amount $217,000.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SAGEBRUSH OIL & GAS LLC**
**400 W ILLINOIS, SUITE 950**
**MIDLAND, TX 12256**

The transfer of your claim as shown above in the amount of **$217,000.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/JEFFREY CARESS
    Liquidity Solutions Inc
    (201) 968-0001

99147

**TRANSFER NOTICE**

Sagebrush Oil & Gas LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lehman Brothers Commodity Services Inc. (the "Debtor"), in the aggregate amount of $217,000.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010.

WITNESS:
Sagebrush Oil & Gas LLC                          Liquidity Solutions, Inc.


By: _Hillary Boler_____         By: _____
(Signature)                                       (Signature)

_Hillary Boler_____              _JEFFREY L. CARESS_____
(Print Name of Witness)                           (Print Name and Title)

99147