B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Bank International Limited</u>
Name of Transferee

<u>Caisse Federale de Credit Mutuel de Loire Atlantique et du Centre Ouest</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Bank International Limited
Attn: Brian Cripps
20 Bank Street | Canary Wharf | Floor 02
London, E14 4AD
England

Court Claim # (if known): <u>18793</u>
Amount of Claim: <u>$101,396.92</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

596524.1/892-03714

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  BRIAN CRIPPS
     Transferee/Transferee's Agent  Authorised Signatory

Date: __20·5·2010__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

596524.1/892-03714

# Crédit Mutuel
### Loire-Atlantique, Centre-Ouest

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Caisse Fédérale de Crédit Mutuel de Loire Atlantique et du Centre Ouest** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Morgan Stanley Bank International Limited** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 18793 in the principal amount of $101,396.92 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 18 day of May, 2010.

| SELLER: | BUYER: |
|---|---|
| Caisse Fédérale de Crédit Mutuel de Loire Atlantique et du Centre Ouest | Morgan Stanley Bank International Limited |
| Name: Jean Louis LEPONT | Name: BRIAN CRIPPS |
| Title: Directeur Gestion Finances | Title: Authorised Signatory |

Caisse Fédérale de Crédit Mutuel de Loire-Atlantique et du Centre-Ouest
NY\1635107.5  Société Coopérative de Crédit à Capital Variable - Capital initial 336 912,33 euros - SIREN 870 800 299 RCS Nantes
Société de Courtage d'Assurances N°ORIAS 07 023 470 (immatriculation consultable auprès de l'ORIAS, 1 rue Jules Lefebvre 75431 Paris Cedex 09 - www.orias.fr)
46, rue du Port Boyer - BP 92636 - 44326 Nantes Cedex 3 - Tél. 02 40 68 12 12 - Télécopieur 02 40 68 12 54 - CCP Nantes 7-66 U - TVA intracommunautaire : FR CV870800299
Site Internet : http://www.cmlaco.creditmutuel.fr • e-mail : cmlaco-contact@cmlaco.creditmutuel.fr - Service Relations Clientèle (réclamations, remarques)