GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Facsimile: (970) 384-5005
Deborah Quinn, #7685

Attorneys for Objectors
Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
--------------------------------------------------------------

### GARFIELD COUNTY TREASURER'S WITHDRAWAL OF CLAIM

| Debtor Name and Case No. | LB Rose, Case No. 08-13555 |
|---|---|
| Creditor Name and Address | Garfield County Treasurer<br>P. O. Bo 1069<br>Glenwood Springs, CO 81601 |
| Claim No. | 560001310 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | $307,102.70 – 2008 *ad valorem* taxes and $310,346.26 estimated 2009 *ad valorem* taxes |

I, the undersigned, am the attorney for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claim register for the above-referenced Debtor.

DATED this 24th day of May, 2010.

        OFFICE OF THE COUNTY ATTORNEY
OF GARFIELD COUNTY, COLORADO

/s/ Deborah Quinn, original signature on file
Deborah Quinn
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601
(970) 945-9150
E-mail: dquinn@garfield-county.com
ATTORNEY FOR GARFIELD COUNTY
TREASURER AND BOARD OF COUNTY
COMMISSIONERS OF GARFIELD COUNTY,
COLORADO

*In re: Lehman Brothers Holdings, Inc., et al.*
Case No. 08-13555 (JMP)
T:\MyFiles\LITI\LB Rose - Bankruptcy\Pleadings - Work Product\Withdrawal of Claim.docx

2