GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Facsimile: (970) 384-5005
Deborah Quinn, Assistant Garfield County Attorney
Attorneys for Movant
Garfield County (Colorado) Treasurer

IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF COLORADO    )
                     : ss
COUNTY OF GARFIELD   )

CAROLYN COTTRELL, being duly sworn, deposes and says:

1. I am employed by the Garfield County Attorney, located at 108 8th Street, Glenwood Springs, Colorado 81601. I am over the age of eighteen (18) and am not a party to the above-captioned action.

2. On May 24, 2010, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York: GARFIELD COUNTY TREASURER'S WITHDRAWAL OF CLAIM [DKT. 9193] dated May 24, 2010.

3. In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on May 24, 2010, I placed a copy of the foregoing in overnight mail to the parties on the attached *Exhibit A* service list.

I certify that the forgoing statements made by me are true.

/s/ Carolyn Cottrell, original signature on file
Carolyn Cottrell
Legal Assistant

Sworn to before me this 24 day of May, 2010.

/s/ Rebecca J. Davis
Notary Public for the State of Colorado
Residing at Glenwood Springs, Colorado
My commission expires: 2/28/2011

# EXHIBIT A
# SERVICE LIST

The Chambers of the Hon. James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Shai Waisman, et al.
Weil Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, N Y 10017

Joshua Dorchak, et al.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Jerrold Bregman, et al.
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY  10178

Andy Velez- Rivera, et al.
The Office of the United States
Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, et al.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005