Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Genworth Life Insurance Company |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 18901
Amount of Claim: $40,433,878.53
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #:  N/A    Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/___   Date: _____April____, 2010_____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A
EVIDENCE OF TRANSFER

TO:    DEBTOR AND THE BANKRUPTCY COURT

**GENWORTH LIFE INSURANCE COMPANY**, with an address c/o Genworth Financial, Inc., 3001 Summer Street, Stamford, Connecticut 06905 ("*Seller*"), transfers unto Deutsche Bank AG, London, its successors and assigns ("*Buyer*"), pursuant to the terms of that certain Purchase and Sale Agreement[1], of even date herewith (the "*Agreement*"), all of its right, title and interest in and to particular Claims, in the amount of $40,433,878.53, as evidenced by Proof of Claim 18901, against Lehman Brothers Derivative Products, Inc. (the "*Debtor*"), in proceedings for reorganization (the "*Proceedings*") in the United States Bankruptcy Court for the Southern District of New York (the "*Court*"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of March 12, 2010.

**SELLER:**

**GENWORTH LIFE INSURANCE COMPANY**

By: _[signature]_
Name: J. PHILIP HART
Title: INVESTMENT OFFICER

**BUYER:**

**DEUTSCHE BANK AG, LONDON**

By: _____
Name: _____
Title: _____

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

## EXHIBIT A
### EVIDENCE OF TRANSFER

TO:   DEBTOR AND THE BANKRUPTCY COURT

**GENWORTH LIFE INSURANCE COMPANY**, with an address c/o Genworth Financial, Inc., 3001 Summer Street, Stamford, Connecticut 06905 ("*Seller*"), transfers unto Deutsche Bank AG, London, its successors and assigns ("*Buyer*"), pursuant to the terms of that certain Purchase and Sale Agreement[1], of even date herewith (the "*Agreement*"), all of its right, title and interest in and to particular Claims, in the amount of $40,433,878.53, as evidenced by Proof of Claim 18901, against Lehman Brothers Derivative Products, Inc. (the "*Debtor*"), in proceedings for reorganization (the "*Proceedings*") in the United States Bankruptcy Court for the Southern District of New York (the "*Court*"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of March 12, 2010.

**SELLER:**

**GENWORTH LIFE INSURANCE COMPANY**

By: _____
Name: _____
Title: _____

**BUYER:**

**DEUTSCHE BANK AG, LONDON**

By: _____
Name: Anik Das
Title: Director

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                               Name of Transferor

Deutsche Bank AG, London Branch                  Genworth Life Insurance Company

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                  Court Claim # (if known): 19249
60 Wall Street                                   Amount of Claim: $61,540,563.00
3rd Floor                                        Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                       Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A                  Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: _____April___, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT A
### EVIDENCE OF TRANSFER

TO:  DEBTOR AND THE BANKRUPTCY COURT

**GENWORTH LIFE INSURANCE COMPANY**, with an address c/o Genworth Financial, Inc., 3001 Summer Street, Stamford, Connecticut 06905 ("*Seller*"), transfers unto Deutsche Bank AG, London, its successors and assigns ("*Buyer*"), pursuant to the terms of that certain Purchase and Sale Agreement[1], of even date herewith (the "*Agreement*"), all of its right, title and interest in and to particular Claims described and included in and evidenced by Proof of Claim 19249 originally filed in the amount of $61,540,563.00 against Lehman Brothers Holdings, Inc. (the "*Debtor*"), in proceedings for reorganization (the "*Proceedings*") in the United States Bankruptcy Court for the Southern District of New York (the "*Court*"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of March 12, 2010.

**SELLER:**

GENWORTH LIFE INSURANCE COMPANY

By: _____
Name: J. PHILIP HART
Title: INVESTMENT OFFICER

**BUYER:**

DEUTSCHE BANK AG, LONDON

By: _____
Name: _____
Title: Anil Das
       Director

---

[1] Capitalized terms not otherwise defined herein, have those meanings ascribed to such terms in the Agreement.

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             Genworth Life Insurance Company

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 18967
60 Wall Street                              Amount of Claim: $61,540,563.00
3rd Floor                                   Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                  Phone: N/A
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: _____ April   , 2010 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**
**EVIDENCE OF TRANSFER**

TO:   DEBTOR AND THE BANKRUPTCY COURT

  **GENWORTH LIFE INSURANCE COMPANY**, with an address c/o Genworth Financial, Inc., 3001 Summer Street, Stamford, Connecticut 06905 ("*Seller*"), transfers unto Deutsche Bank AG, London, its successors and assigns ("*Buyer*"), pursuant to the terms of that certain Purchase and Sale Agreement[1], of even date herewith (the "*Agreement*"), all of its right, title and interest in and to particular Claims described and included in and evidenced by Proof of Claim 18967 originally filed in the amount of $61,540,563.00 against Lehman Brothers Special Financing, Inc. (the "*Debtor*"), in proceedings for reorganization (the "*Proceedings*") in the United States Bankruptcy Court for the Southern District of New York (the "*Court*"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

  Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

  IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of March 12, 2010.

**SELLER:**

**GENWORTH LIFE INSURANCE COMPANY**

By: _/s/ P.L.S._
Name: J. PHILIP HART
Title: INVESTMENT OFFICER

**BUYER:**

**DEUTSCHE BANK AG, LONDON**

By: _____
Name: Anil Das
Title: Director

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.