UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                          :      Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      08-13555 (JMP)
                                               :
                              Debtors.         :      (Jointly Administered)
                                               :

------------------------------------------------------------------------x      Ref. Docket Nos. 7014-7016, 7814, 7837,
7877-7882, 8120, 8534, 8801-8802, 8850-
8859, 8862, 8864-8865, 8867, 8870, 8873,
8880, 8922, 8924-8925, 8928-8931, 8933-
8936, 8943-8945, 8962, 8967-8971, 8975,
9000, 9003-9018, 9032, 9034-9037 &
9042

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 19, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
Sworn to before me this                                Lauren Rodriguez
21st day of May, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
                    Debtors.       |
                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  WESTERN ASSET UK GBP CREDIT PLUS BOND FUND
         C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY
         ATTN: LEGAL DEPT. W-5584
         385 E. COLORADO BLVD.
         PASADENA CA 91101

Please note that your claim # 58924-02 in the above referenced case and in the amount of
        $268,500.00         has been transferred **(unless previously expunged by court order)**

         THE FIRST UK BUS PENSION SCHEME
         TRANSFEROR: WESTERN ASSET UK GBP CREDIT PLUS BOND FUND
         10 EXCHANGE SQUARE
         PRIMROSE STREET
         LONDON    EC2A 2EN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7014        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                     Debtors.       |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANTHRACITE BALANCED COMPANY (46) LIMITED                    ANTHRACITE BALANCED COMPANY (46) LIMITED
    C/O HSBC BANK (CAYMAN) LIMITED                              CLIFFORD CHANCE US LLP
    P.O. BOX 1109, HSBC HOUSE                                   ATTN: JENNIFER C. MARCO, ESQ. AND DAVID A. S
    68 WEST BAY ROAD                                           31 WEST 52ND STREET
    ATTN: CONNAN HILL, SCOTT AITKEN                            NEW YORK NY 10019
    GEORGE TOWN, GRAND CAYMAN    KY1-1102
    CAYMAN ISLANDS

Please note that your claim # 11014 in the above referenced case and in the amount of
    $42,760,579.09       has been transferred **(unless previously expunged by court order)**

HUA AN INTERNATIONAL BALANCED FUND
TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED
360 SOUTH PUDONG ROAD
SHANGHAI 200120 PR
CHINA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7015      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |

LEHMAN BROTHERS HOLDINGS INC., et al.,         |

                              Debtors.         |

_____

|    Chapter 11 Case No.

|    08-13555 (JMP)

|    (Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANTHRACITE BALANCED COMPANY (46) LIMITED
    CLIFFORD CHANCE US LLP
    ATTN: JENNIFER C. MARCO, ESQ. AND DAVID A. SULLIVAN, ESQ.
    31 WEST 52ND STREET
    NEW YORK NY 10019

ANTHRACITE BALANCED COMPANY (46) LIMITED
C/O HSBC BANK (CAYMAN) LIMITED
P.O. BOX 1109, HSBC HOUSE
68 WEST BAY ROAD
ATTN: CONNAN HILL, SCOTT AITKEN
GEORGE TOWN, GRAND CAYMAN    KY1-1102
CAYMAN ISLANDS

Please note that your claim # 11014 in the above referenced case and in the amount of
    $42,760,579.09        has been transferred **(unless previously expunged by court order)**

HUA AN INTERNATIONAL BALANCED FUND
TRANSFEROR: ANTHRACITE BALANCED COMPANY (46)
360 SOUTH PUDONG ROAD
SHANGHAI 200120 PR
CHINA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7015    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|  |
|---|

In re                                          |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)

                                               |    (Jointly Administered)

                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED              ANTHRACITE INVESTMENTS (CAYMAN) LIMITED
    ATTN: THE DIRECTORS                                   CLIFFORD CHANCE US LLP
    STRATHVALE HOUSE, NORTH CHURCH STREET                 ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. S
    PO BOX 1109                                           31 WEST 52ND STREET
    GEORGETOWN                                            NEW YORK NY 10019 USA
    GRAND CAYMAN    KY1-1102
    CAYMAN ISLANDS

Please note that your claim # 21973 in the above referenced case and in the amount of
        $51,008,465.12      has been transferred (**unless previously expunged by court order**)

        HUA AN INTERNATIONAL BALANCED FUND
        TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED
        2F, NEW SHANGHAI INTERNATIONAL
        360 SOUTH PUDONG ROAD
        SHANGHAI  200120
        CHINA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7016       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED
CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ.
31 WEST 52ND STREET
NEW YORK NY 10019 USA

ANTHRACITE INVESTMENTS (CAYMAN) LIMITED
ATTN: THE DIRECTORS
STRATHVALE HOUSE, NORTH CHURCH STREET
PO BOX 1109
GEORGETOWN
GRAND CAYMAN    KY1-1102
CAYMAN ISLANDS

Please note that your claim # 21973 in the above referenced case and in the amount of
$51,008,465.12        has been transferred **(unless previously expunged by court order)**

HUA AN INTERNATIONAL BALANCED FUND
TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN)
2F, NEW SHANGHAI INTERNATIONAL
360 SOUTH PUDONG ROAD
SHANGHAI  200120
CHINA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7016    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MIZUHO SECURITIES CO LTD                                   MIZUHO SECURITIES CO LTD
     ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT  STROOCK & STROOCK & LAVAN LLP
     OTEMACHI FIRST SQUARE                                      ATTENTION: SHERRY MILLMAN ESQ.
     1-5-1, OTEMACHI                                            180 MAIDEN LANE
     CHIYODA-KU, TOKYO    100-0004                              NEW YORK NY 10038
     JAPAN
```

Please note that your claim # 44616-05 in the above referenced case and in the amount of
        $1,895,137.31       has been transferred **(unless previously expunged by court order)**

```
     RBS SECURITIES JAPAN LIMITED
     TRANSFEROR: MIZUHO SECURITIES CO LTD
     ATTN: JAEIK OH
     TOKYO CREDIT TRADING
     SHIN-MARUNOUCHI CENTER BUILDING
     1-6-2 MARUNOUCHI CHIYODA-KU
     TOKYO    100-0005
     JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7814      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
              Debtors.         |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: MIZUHO SECURITIES CO LTD                    MIZUHO SECURITIES CO LTD
    STROOCK & STROOCK & LAVAN LLP               ATTENTION: CREDIT TRADING & DERIVATIVE PRODU
    ATTENTION: SHERRY MILLMAN ESQ.              OTEMACHI FIRST SQUARE
    180 MAIDEN LANE                             1-5-1, OTEMACHI
    NEW YORK NY 10038                           CHIYODA-KU, TOKYO    100-0004
                                                JAPAN
```

Please note that your claim # 44616-05 in the above referenced case and in the amount of
$1,895,137.31        has been transferred **(unless previously expunged by court order)**

```
                                                RBS SECURITIES JAPAN LIMITED
                                                TRANSFEROR: MIZUHO SECURITIES CO LTD
                                                ATTN: JAEIK OH
                                                TOKYO CREDIT TRADING
                                                SHIN-MARUNOUCHI CENTER BUILDING
                                                1-6-2 MARUNOUCHI CHIYODA-KU
                                                TOKYO    100-0005
                                                JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7814        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BANK)
         ATTN: CAPITAL MARKETS TRADING DIVISION
         10-17 2-CHOME YAESU
         CHUO-KU
         TOKYO   104-0028
         JAPAN

Please note that your claim # 11085 in the above referenced case and in the amount of
    $6,851,585.82      has been transferred **(unless previously expunged by court order)**

         JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA
         1 Chase Manhattan Plaza, Floor 26
         Attn: Susan McNamara Mail Code: NY1-A436
         New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7837    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
              Debtors.         |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  KNIGHT CAPITAL EUROPE LIMITED
          TRANSFEROR: COMMERZBANK AG
          ATTN: SAM ROTHWELL
          55 BASINGHALL STREET
          LONDON    EC2V 5EH
          UNITED KINGDOM
```

Please note that your claim # 56081-01 in the above referenced case and in the amount of
$18,362,101.27      has been transferred **(unless previously expunged by court order)**

```
          DAVIDSON KEMPNER INTERNATIONAL, LTD
          TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
          ATTN: SUZANNE GIBBONS
          C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
          65 EAST 55TH STREET
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7877      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |        Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                |
                                |        (Jointly Administered)
                   Debtors.     |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  KNIGHT CAPITAL EUROPE LIMITED
         TRANSFEROR: COMMERZBANK AG
         ATTN: SAM ROTHWELL
         55 BASINGHALL STREET
         LONDON   EC2V 5EH
         UNITED KINGDOM
```

Please note that your claim # 56081-02 in the above referenced case and in the amount of
$4,059,063.12     has been transferred **(unless previously expunged by court order)**

```
         DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL
         TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
         ATTN: SUZANNE GIBBONS
         C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
         65 EAST 55TH STREET
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7878     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                 Vito Genna, Clerk of Court


                                 /s/ Lauren Rodriguez
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KNIGHT CAPITAL EUROPE LIMITED
             TRANSFEROR: COMMERZBANK AG
             ATTN: SAM ROTHWELL
             55 BASINGHALL STREET
             LONDON    EC2V 5EH
             UNITED KINGDOM

Please note that your claim # 56081-03 in the above referenced case and in the amount of
    $14,315,625.60        has been transferred **(unless previously expunged by court order)**

        DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.
        TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
        ATTN: SUZANNE GIBBONS
        C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
        65 EAST 55TH STREET
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7879     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |        Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |        08-13555 (JMP)
                                        |
                                        |        (Jointly Administered)
              Debtors.                  |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KNIGHT CAPITAL EUROPE LIMITED
             TRANSFEROR: COMMERZBANK AG
             ATTN: SAM ROTHWELL
             55 BASINGHALL STREET
             LONDON    EC2V 5EH
             UNITED KINGDOM

Please note that your claim # 56081-04 in the above referenced case and in the amount of
      $8,225,934.51       has been transferred **(unless previously expunged by court order)**

             DAVIDSON KEMPNER PARTNERS
             TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
             ATTN: SUZANNE GIBBONS
             C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
             65 EAST 55TH STREET
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7880      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  KNIGHT CAPITAL EUROPE LIMITED
             TRANSFEROR: COMMERZBANK AG
             ATTN: SAM ROTHWELL
             55 BASINGHALL STREET
             LONDON    EC2V 5EH
             UNITED KINGDOM

Please note that your claim # 56081-05 in the above referenced case and in the amount of
        $1,562,082.70      has been transferred **(unless previously expunged by court order)**

        M.H. DAVIDSON & CO.
        TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
        ATTN: SUZANNE GIBBONS
        C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
        65 EAST 55TH STREET
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7881      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |    (Jointly Administered)
               Debtors.         |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  KNIGHT CAPITAL EUROPE LIMITED
          TRANSFEROR: COMMERZBANK AG
          ATTN: SAM ROTHWELL
          55 BASINGHALL STREET
          LONDON    EC2V 5EH
          UNITED KINGDOM
```

Please note that your claim # 56081 in the above referenced case and in the amount of
       $1,866,575.66        has been transferred **(unless previously expunged by court order)**

```
          DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP
          TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED
          ATTN: SUZANNE GIBBONS
          C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
          65 EAST 55TH STREET
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7882      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |     Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                              |
                              |     (Jointly Administered)
             Debtors.         |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK SA/NV                    DEUTSCHE BANK SA/NV
     AVENUE MARNIX 13-15                    WHITE & CASE LLP
     BRUXELLES     1000                     ATTN: EVAN HOLLANDER, ESQ
     BELGIUM                                1155 AVE OF THE AMERICAS
                                            NEW YORK NY 10036

Please note that your claim # 50475-02 in the above referenced case and in the amount of
    $11,634,980.00      has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: DEUTSCHE BANK SA/NV
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8120        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK SA/NV                                          DEUTSCHE BANK SA/NV
     WHITE & CASE LLP                                            AVENUE MARNIX 13-15
     ATTN: EVAN HOLLANDER, ESQ                                   BRUXELLES    1000
     1155 AVE OF THE AMERICAS                                    BELGIUM
     NEW YORK NY 10036

Please note that your claim # 50475-02 in the above referenced case and in the amount of
     $11,634,980.00        has been transferred **(unless previously expunged by court order)**

                                                              BARCLAYS BANK PLC
                                                              TRANSFEROR: DEUTSCHE BANK SA/NV
                                                              745 Seventh Avenue
                                                              New York NY 10019
                                                              USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8120      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |        Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |        (Jointly Administered)
           Debtors.                 |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ZAO KB CITIBANK                                    ZAO KB CITIBANK
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP       ATTN: ZDENEK TUREK
     ATTN: DOUGLAS R. DAVIS                             6 GASHEKA STREET
     1285 AVENUE OF THE AMERICAS                        MOSCOW   125047
     NEW YORK NY 10019-6064                             RUSSIAN FEDERATION
```

Please note that your claim # 29636 in the above referenced case and in the amount of
        $4,474,325.51        has been transferred **(unless previously expunged by court order)**

```
     CITIBANK, N.A.                                     CITIBANK, N.A.
     DOUGLAS DAVIS                                      TRANSFEROR: ZAO KB CITIBANK
     PAUL WEISS RIFKIND WHARTON & GARRISON LLP          ATTN: EDWARD G. TURAN
     1285 AVENUE OF THE AMERICAS                        388 GREENWICH STREET
     NEW YORK NY 10019                                  NEW YORK NY 10013-2375
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8534        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT        |
Southern District of New York          |
                                       |
_____   |
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                   Debtors.            |
                                       |
_____   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ZAO KB CITIBANK                          ZAO KB CITIBANK
     ATTN: ZDENEK TUREK                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LL
     6 GASHEKA STREET                          ATTN: DOUGLAS R. DAVIS
     MOSCOW    125047                          1285 AVENUE OF THE AMERICAS
     RUSSIAN FEDERATION                        NEW  YORK NY 10019-6064
```

Please note that your claim # 29636 in the above referenced case and in the amount of
$4,474,325.51      has been transferred **(unless previously expunged by court order)**

```
     CITIBANK, N.A.                           CITIBANK, N.A.
     TRANSFEROR: ZAO KB CITIBANK              DOUGLAS DAVIS
     ATTN: EDWARD G. TURAN                    PAUL WEISS RIFKIND WHARTON & GARRISON LLP
     388 GREENWICH STREET                     1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013-2375                   NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8534      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                                    |
           Debtors.                 |
                                    |
_____|
```

**NOTICE:** **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    JPMORGAN CHASE BANK, N.A.
       TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA
       1 Chase Manhattan Plaza, Floor 26
       Attn: Susan McNamara Mail Code: NY1-A436
       New York NY 10004

Please note that your claim # 11086 in the above referenced case and in the amount of
        $6,858,554.30        has been transferred **(unless previously expunged by court order)**

       SERENGETI RAPAX MM L.P.
       TRANSFEROR: JPMORGAN CHASE BANK, N.A.
       C/O SERENGETI ASSET MANAGEMENT LP
       ATTN: SHAKER CHOUDHURY
       632 BROADWAY, 12TH FLOOR
       NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8801      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010               Vito Genna, Clerk of Court


                               /s/ Lauren Rodriguez
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                    Debtors.    |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: JPMORGAN CHASE BANK, N.A.
        TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA
        1 Chase Manhattan Plaza, Floor 26
        Attn: Susan McNamara Mail Code: NY1-A436
        New York NY 10004

Please note that your claim # 11085 in the above referenced case and in the amount of
       $6,851,585.82      has been transferred **(unless previously expunged by court order)**

        SERENGETI RAPAX MM L.P.
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.
        C/O SERENGETI ASSET MANAGEMENT LP
        ATTN: SHAKER CHOUDHURY
        632 BROADWAY, 12TH FLOOR
        NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8802      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
 In re                                    |    Chapter 11 Case No.
                                          |
 LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                  Debtors.                |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ATTN: SETH GROSSHANDLER, ESQ.
     LONDON    EC4A 2BB                              ONE LIBERTY PLAZA
     UNITED KINGDOM                                 NEW YORK NY 10006

Please note that your claim # 58795 in the above referenced case and in the amount of
     $9,465,215.00       has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8850       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                   |
In re                              |        Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |        (Jointly Administered)
                Debtors.           |
                                   |
_____|

                **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                         **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
               CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
               ATTN: SETH GROSSHANDLER, ESQ.                  133 FLEET STREET
               ONE LIBERTY PLAZA                              LONDON    EC4A 2BB
               NEW YORK NY 10006                              UNITED KINGDOM

Please note that your claim # 58795 in the above referenced case and in the amount of
        $9,465,215.00        has been transferred **(unless previously expunged by court order)**

                                             QUANTUM PARTNERS LTD.
                                             TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                             C/O SOROS FUND MANAGEMENT LLC
                                             ATTN: JAY SCHOENFARBER
                                             888 SEVENTH AVENUE, 33RD FLOOR
                                             NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8850      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                   Vito Genna, Clerk of Court


                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail. postage prepaid on  May 18, 2010.

```
--------------------------------------------
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
                    Debtors.                |
                                            |
--------------------------------------------
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL                     GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR            SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                                ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                              NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58851 in the above referenced case and in the amount of $4,450,000.00 has been transferred **(unless previously expunged by court order)**

```
QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8851    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.
```

```
_____
UNITED STATES BANKRUPTCY COURT        |
Southern District of New York         |
                                      |
                                      |
_____     |
                                      |
In re                                 |         Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|         08-13555 (JMP)
                                      |
                                      |         (Jointly Administered)
             Debtors.                 |
                                      |
_____     |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                 GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                     ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP        PETERBOROUGH COURT
     ONE LIBERTY PLAZA                           133 FLEET STREET
     NEW YORK NY 10006                           LONDON     EC4A 2BB
                                                 UNITED KINGDOM

Please note that your claim # 58851 in the above referenced case and in the amount of
     $4,450,000.00       has been transferred **(unless previously expunged by court order)**

                                                 QUANTUM PARTNERS LTD
                                                 TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                 C/O SOROS FUND MANAGEMENT LLC
                                                 ATTN: JAY SCHOENFARBER
                                                 888 SEVENTH AVENUE, 33RD FLOOR
                                                 NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8851      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED**, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
                Debtors.                  |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ATTN: SETH GROSSHANDLER, ESQ.
     LONDON    EC4A 2BB                              ONE LIBERTY PLAZA
     UNITED KINGDOM                                  NEW YORK NY 10006
```

Please note that your claim # 58798 in the above referenced case and in the amount of
$6,000,000.00        has been transferred **(unless previously expunged by court order)**

```
QUANTUM PARTNERS LTD.
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8852        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                        GOLDMAN SACHS INTERNATIONAL
     CLEARY GOTTLIEB STEEN & HAMILTON LLP               PETERBOROUGH COURT
     ATTN: SETH GROSSHANDLER, ESQ.                      133 FLEET STREET
     ONE LIBERTY PLAZA                                  LONDON    EC4A 2BB
     NEW YORK NY 10006                                  UNITED KINGDOM

Please note that your claim # 58798 in the above referenced case and in the amount of
     $6,000,000.00      has been transferred **(unless previously expunged by court order)**

                                                        QUANTUM PARTNERS LTD.
                                                        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                        C/O SOROS FUND MANAGEMENT LLC
                                                        ATTN: JAY SCHOENFARBER
                                                        888 SEVENTH AVENUE, 33RD FLOOR
                                                        NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8852      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR           SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                             NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58816 in the above referenced case and in the amount of
     $6,810,000.00         has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8853        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                   Debtors.              |
                                         |
_____  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ONE LIBERTY PLAZA                              133 FLEET STREET
     NEW YORK NY 10006                              LONDON     EC4A 2BB
                                                    UNITED KINGDOM

Please note that your claim # 58816 in the above referenced case and in the amount of
        $6,810,000.00        has been transferred (**unless previously expunged by court order**)

                                                    QUANTUM PARTNERS LTD
                                                    TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                    C/O SOROS FUND MANAGEMENT LLC
                                                    ATTN: JAY SCHOENFARBER
                                                    888 SEVENTH AVENUE, 33RD FLOOR
                                                    NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8853      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
              Debtors.              |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR           SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                             NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58801 in the above referenced case and in the amount of
    $4,150,000.00        has been transferred **(unless previously expunged by court order)**

          QUANTUM PARTNERS LTD
          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
          C/O SOROS FUND MANAGEMENT LLC
          ATTN: JAY SCHOENFARBER
          888 SEVENTH AVENUE, 33RD FLOOR
          NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8854        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.
     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ONE LIBERTY PLAZA
     NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58801 in the above referenced case and in the amount of
     $4,150,000.00       has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8854     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                   Debtors.         |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO.                    GOLDMAN SACHS & CO.
     ATTN: DARREN LITTLEJOHN                SETH GROSSHANDLER, ESQ.
     85 BROAD STREET                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10004                      ONE LIBERTY PLAZA
                                            NEW YORK NY 10006

Please note that your claim # 58830 in the above referenced case and in the amount of
      $3,066,209.00        has been transferred **(unless previously expunged by court order)**

          QUANTUM PARTNERS LTD
          TRANSFEROR: GOLDMAN SACHS & CO.
          C/O SOROS FUND MANAGEMENT LLC
          ATTN: JAY SCHOENFARBER
          888 SEVENTH AVENUE, 33RD FLOOR
          NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8855        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
            Debtors.                     |
                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDMAN SACHS & CO.                      GOLDMAN SACHS & CO.
             SETH GROSSHANDLER, ESQ.                  ATTN: DARREN LITTLEJOHN
             CLEARY GOTTLIEB STEEN & HAMILTON LLP      85 BROAD STREET
             ONE LIBERTY PLAZA                        NEW YORK NY 10004
             NEW YORK NY 10006

Please note that your claim # 58830 in the above referenced case and in the amount of
        $3,066,209.00        has been transferred **(unless previously expunged by court order)**

                                        QUANTUM PARTNERS LTD
                                        TRANSFEROR: GOLDMAN SACHS & CO.
                                        C/O SOROS FUND MANAGEMENT LLC
                                        ATTN: JAY SCHOENFARBER
                                        888 SEVENTH AVENUE, 33RD FLOOR
                                        NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8855     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO.                            GOLDMAN SACHS & CO.
     ATTN: DARREN LITTLEJOHN                        SETH GROSSHANDLER, ESQ.
     85 BROAD STREET                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
     NEW YORK NY 10004                              ONE LIBERTY PLAZA
                                                    NEW YORK NY 10006

Please note that your claim # 58827 in the above referenced case and in the amount of
     $4,097,731.00     has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS & CO.
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8856     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO.                          GOLDMAN SACHS & CO.
     SETH GROSSHANDLER, ESQ.                      ATTN: DARREN LITTLEJOHN
     CLEARY GOTTLIEB STEEN & HAMILTON LLP         85 BROAD STREET
     ONE LIBERTY PLAZA                            NEW YORK NY 10004
     NEW YORK NY 10006

Please note that your claim # 58827 in the above referenced case and in the amount of
     $4,097,731.00      has been transferred **(unless previously expunged by court order)**

                                                 QUANTUM PARTNERS LTD
                                                 TRANSFEROR: GOLDMAN SACHS & CO.
                                                 C/O SOROS FUND MANAGEMENT LLC
                                                 ATTN: JAY SCHOENFARBER
                                                 888 SEVENTH AVENUE, 33RD FLOOR
                                                 NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8856      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                 |     Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|     08-13555 (JMP)
                                      |
                                      |     (Jointly Administered)
                    Debtors.          |
                                      |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                     GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR            SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                                ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                              NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58814 in the above referenced case and in the amount of
      $600,000.00         has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8857      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
              Debtors.             |
                                   |
_____|

**NOTICE:** **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                         ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP            PETERBOROUGH COURT
     ONE LIBERTY PLAZA                               133 FLEET STREET
     NEW YORK NY 10006                               LONDON    EC4A 2BB
                                                     UNITED KINGDOM

Please note that your claim # 58814 in the above referenced case and in the amount of
       $600,000.00        has been transferred **(unless previously expunged by court order)**

                                                    QUANTUM PARTNERS LTD
                                                    TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                                    C/O SOROS FUND MANAGEMENT LLC
                                                    ATTN: JAY SCHOENFARBER
                                                    888 SEVENTH AVENUE, 33RD FLOOR
                                                    NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8857      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |      (Jointly Administered)
                  Debtors.      |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR     SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                         ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                        NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58815 in the above referenced case and in the amount of
       $520,000.00       has been transferred **(unless previously expunged by court order)**

```
QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBR
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8858        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |     Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                 |
                                 |     (Jointly Administered)
             Debtors.            |
                                 |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS INTERNATIONAL          GOLDMAN SACHS INTERNATIONAL
    SETH GROSSHANDLER, ESQ.                ATTN: JOHN TRIBOLATI & CAROLINE CARR
    CLEARY GOTTLIEB STEEN & HAMILTON LLP    PETERBOROUGH COURT
    ONE LIBERTY PLAZA                     133 FLEET STREET
    NEW YORK NY 10006                     LONDON    EC4A 2BB
                                       UNITED KINGDOM

Please note that your claim # 58815 in the above referenced case and in the amount of
    $520,000.00         has been transferred **(unless previously expunged by court order)**

                                          QUANTUM PARTNERS LTD
                                          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
                                          C/O SOROS FUND MANAGEMENT LLC
                                          ATTN: JAY SCHOENFARBR
                                          888 SEVENTH AVENUE, 33RD FLOOR
                                          NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8858     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
            Debtors.              |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL                GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR       SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                         CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                           ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                          NEW YORK NY 10006
     UNITED KINGDOM

Please note that your claim # 58817 in the above referenced case and in the amount of
     $980,000.00          has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8859    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL
      SETH GROSSHANDLER, ESQ.
      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      ONE LIBERTY PLAZA
      NEW YORK NY 10006

GOLDMAN SACHS INTERNATIONAL
ATTN: JOHN TRIBOLATI & CAROLINE CARR
PETERBOROUGH COURT
133 FLEET STREET
LONDON    EC4A 2BB
UNITED KINGDOM

Please note that your claim # 58817 in the above referenced case and in the amount of
      $980,000.00        has been transferred **(unless previously expunged by court order)**

QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8859        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |     Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                              |
                              |     (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS & CO.                    GOLDMAN SACHS & CO.
     30 HUDSON ST., 36TH FL                 MANAGING CLERK
     JERSEY CITY NJ 07302                   RICHARDS KIBBE & ORBE LLP
                                            ONE WORLD FINANCIAL CTR.
                                            NEW YORK NY 10281
```

Please note that your claim # 66433 in the above referenced case and in the amount of
$4,740,519.55        has been transferred **(unless previously expunged by court order)**

```
QUANTUM PARTNERS LTD
TRANSFEROR: GOLDMAN SACHS & CO.
C/O SOROS FUND MANAGEMENT LLC
ATTN: JAY SCHOENFARBER
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8862      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                                  |
In re                             |   Chapter 11 Case No.
                                  |
                                  |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                  |   (Jointly Administered)
                                  |
              Debtors.            |
                                  |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To: GOLDMAN SACHS & CO.                    GOLDMAN SACHS & CO.
       MANAGING CLERK                         30 HUDSON ST., 36TH FL
       RICHARDS KIBBE & ORBE LLP              JERSEY CITY NJ 07302
       ONE WORLD FINANCIAL CTR.
       NEW YORK NY 10281
```

Please note that your claim # 66433 in the above referenced case and in the amount of
         $4,740,519.55        has been transferred **(unless previously expunged by court order)**

```
                                        QUANTUM PARTNERS LTD
                                        TRANSFEROR: GOLDMAN SACHS & CO.
                                        C/O SOROS FUND MANAGEMENT LLC
                                        ATTN: JAY SCHOENFARBER
                                        888 SEVENTH AVENUE, 33RD FLOOR
                                        NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8862        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

```
Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).
```

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                Debtors.       |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HSBC BANK USA NATIONAL ASSOCIATION
             ATTN: ANNE M. PETERSON
             ONE HSBC CENTER, 27TH FLOOR
             BUFFALO NY 14203

Please note that your claim # 10935 in the above referenced case and in the amount of
        $50,420,868.24      has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY SENIOR FUNDING INC               MORGAN STANLEY SENIOR FUNDING INC
        TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATION  MANAGING CLERK
        1585 BROADWAY, 2ND FLOOR                        RICHARDS KIBBE & ORBE LLP
        NEW YORK NY 10036                               ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8864        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                Debtors.       |
                               |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:                                    HSBC BANK USA NATIONAL ASSOCIATION
                                                ATTN: ANNE M. PETERSON
                                                ONE HSBC CENTER, 27TH FLOOR
                                                BUFFALO NY 14203

Please note that your claim # 10935 in the above referenced case and in the amount of
        $50,420,868.24        has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
        MANAGING CLERK                             TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATI
        RICHARDS KIBBE & ORBE LLP                  1585 BROADWAY, 2ND FLOOR
        ONE WORLD FINANCIAL CENTER                 NEW YORK NY 10036
        NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8864      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |
                                               |    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               |    08-13555 (JMP)
                                               |
                        Debtors.               |    (Jointly Administered)
                                               |

---

**NOTICE:** FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: HSBC BANK USA, NATIONAL ASSOCIATION
            ATNN: ANNE M. PETERSON
            ONE HSBC CENTER, 27TH FLOOR
            BUFFALO NY 14203

Please note that your claim # 10933 in the above referenced case and in the amount of
     $50,420,868.24      has been transferred **(unless previously expunged by court order)**

        MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
        TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIATION      MANAGING CLERK
        1585 BROADWAY, 2ND FLOOR                             RICHARDS KIBBE & ORBE LLP
        NEW YORK NY 10036                                    ONE WORLD FINANCIAL CENTER
                                                             NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8865      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | (Jointly Administered) |
| | Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:                                                          HSBC BANK USA, NATIONAL ASSOCIATION
                                                             ATTN: ANNE M. PETERSON
                                                             ONE HSBC CENTER, 27TH FLOOR
                                                             BUFFALO NY 14203

Please note that your claim # 10933 in the above referenced case and in the amount of $50,420,868.24        has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY SENIOR FUNDING INC                   MORGAN STANLEY SENIOR FUNDING INC
MANAGING CLERK                                       TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIAT
RICHARDS KIBBE & ORBE LLP                            1585 BROADWAY, 2ND FLOOR
ONE WORLD FINANCIAL CENTER                           NEW YORK NY 10036
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8865        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                                Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
          Debtors.                   |
                                     |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  DEUTSCHE BANK SECURITIES INC.
          TRANSFEROR: ALLIANCE BERNSTEIN
          ATTN: RICH VICHAIDITH
          60 WALL STREET
          3RD FLOOR
          NEW YORK NY 10005
```

Please note that your claim # 63582-03 in the above referenced case and in the amount of
$2,927,135.50        has been transferred **(unless previously expunged by court order)**

```
          CASPIAN CAPITAL PARTNERS L.P.
          TRANSFEROR: DEUTSCHE BANK SECURITIES INC.
          ATTN: SUSAN LANCASTER
          500 MAMARONECK AVENUE
          HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8867        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |        Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                              |
                              |        (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  DEUTSCHE BANK SECURITIES INC.
>      TRANSFEROR: ALLIANCE BERNSTEIN
>      ATTN: RICH VICHAIDITH
>      60 WALL STREET
>      3RD FLOOR
>      NEW YORK NY 10005

Please note that your claim # 63582-04 in the above referenced case and in the amount of $5,610,343.04        has been transferred **(unless previously expunged by court order)**

> CASPIAN SELECT CREDIT MASTER FUND LTD
> TRANSFEROR: DEUTSCHE BANK SECURITIES INC.
> ATTN: SUSAN LANCASTER
> 500 MAMARONECK AVENUE
> HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8870        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                             |
In re                        |    Chapter 11 Case No.
                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                             |
                             |    (Jointly Administered)
             Debtors.        |
                             |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK SECURITIES INC.
             TRANSFEROR: ALLIANCE BERNSTEIN
             ATTN: RICH VICHAIDITH
             60 WALL STREET
             3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 63582 in the above referenced case and in the amount of
        $406,546.60      has been transferred **(unless previously expunged by court order)**

        CASPIAN ALPHA LONG CREDIT FUND L.P.
        TRANSFEROR: DEUTSCHE BANK SECURITIES INC.
        ATTN: SUSAN LANCASTER
        500 MAMARONECK AVENUE
        HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8873      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                  |
In re                             |        Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                  |
                                  |        (Jointly Administered)
              Debtors.            |
                                  |
_____ |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
     C/O CARVAL INVESTORS, UK, LTD
     KNOWLE HILL PARK, FAIRMILE LANE
     COBHAM
     SURREY    KT11 2PD
     UNITED KINGDOM
```

Please note that your claim # 59098-10 in the above referenced case and in the amount of
        $23,066,376.32        has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.   MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                   RICHARDS KIBBE & ORBE LLP
JERSEY CITY NJ 07302                           ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8880        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                      |

LEHMAN BROTHERS HOLDINGS INC., et al.,     |

                              Debtors.     |
_____

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
C/O CARVAL INVESTORS, UK, LTD
KNOWLE HILL PARK, FAIRMILE LANE
COBHAM
SURREY    KT11 2PD
UNITED KINGDOM

Please note that your claim # 59098-10 in the above referenced case and in the amount of
$23,066,376.32      has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8880      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VARDE FUND V-B, L.P. , THE
             C/O BROWN RUDNICK LLP
             ATTN: HOWARD STEEL, ESQ.
             SEVEN TIMES SQUARE
             NEW YORK NY 10036

Please note that your claim # 62819 in the above referenced case and in the amount of
        $0.00        has been transferred **(unless previously expunged by court order)**

        SEA PORT GROUP SECURITIES LLC
        TRANSFEROR: VARDE FUND V-B, L.P. , THE
        ATTN: STEPHEN HANSEN
        360 MADISON AVENUE, 22ND FLOOR
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8922        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                               |     Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                    |
                                    |     (Jointly Administered)
                  Debtors.          |
                                    |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VARDE FUND VII-B, LP, THE
             C/O BROWN RUDNICK LLP
             HOWARD STEEL, ESQ
             SEVEN TIMES SQUARE
             NEW YORK NY 10036

Please note that your claim # 62817-01 in the above referenced case and in the amount of
        $19,940.20       has been transferred **(unless previously expunged by court order)**

        SEA PORT GORUP SECURITIES LLC
        TRANSFEROR: VARDE FUND VII-B, LP, THE
        ATTN: STEPHEN HANSEN
        360 MADISON AVENUE, 22ND FLOOR
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8924       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
              Debtors.                |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  VARDE FUND VIII, L.P.
         C/O BROWN RUDNICK LLP
         ATTN: HOWARD STEEL, ESQ.
         SEVEN TIMES SQUARE
         NEW YORK NY 10036

Please note that your claim # 62813-01 in the above referenced case and in the amount of
    $814,699.60        has been transferred **(unless previously expunged by court order)**

         SEA PORT GROUP SECURITIES, LLC
         TRANSFEROR: VARDE FUND VIII, L.P.
         ATTN: STEPHEN HANSEN
         360 MADISON AVENUE, 22ND FLOOR
         NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8925       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                  Debtors.               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P
             C/O BROWN RUDNICK LLP
             ATTN: HOWARD STEEL, ESQ.
             SEVEN TIMES SQUARE
             NEW YORK NY 10036

Please note that your claim # 62821-01 in the above referenced case and in the amount of
        $351,802.10       has been transferred **(unless previously expunged by court order)**

        SEA PORT GROUP SECURITIES, LLC
        TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P
        ATTN: STEPHEN HANSEN
        360 MADISON AVENUE, 22ND FLOOR
        NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8925       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: VARDE INVESTMENT PARTNERS, L.P
    C/O BROWN RUDNICK LLP
    HOWARD STEEL, ESQ.
    SEVEN TIMES SQUARE
    NEW YORK NY 10036

Please note that your claim # 62818-01 in the above referenced case and in the amount of
    $714,998.60        has been transferred **(unless previously expunged by court order)**

SEA PORT GROUP SECURITIES, LLC
TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P
ATTN: STEPHEN HANSEN
360 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8928        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                                Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                                       |
           Debtors.                    |
                                       |
_____|
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  VARDE FUND IX, LP, THE
>      C/O BROWN RUDNICK LLP
>      HOWARD STEEL, ESQ
>      SEVEN TIMES SQUARE
>      NEW YORK NY 10036

Please note that your claim # 62815-01 in the above referenced case and in the amount of
$4,715,857.30        has been transferred **(unless previously expunged by court order)**

> SEA PORT GROUP SECURITIES, LLC
> TRANSFEROR: VARDE FUND IX, LP, THE
> ATTN: STEPHEN HANSEN
> 360 MADISON AVENUE, 22ND FLOOR
> NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8929        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
              Debtors.                  |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   VARDE FUND IX-A, L.P.
              C/O BROWN RUDNICK LLP
              ATTN: HOWARD STEEL, ESQ.
              SEVEN TIMES SQUARE
              NEW YORK NY 10036

Please note that your claim # 62814-01 in the above referenced case and in the amount of
        $573,992.90        has been transferred **(unless previously expunged by court order)**

              SEA PORT GROUP SECURITIES, LLC
              TRANSFEROR: VARDE FUND IX-A, L.P.
              ATTN: STEPHEN HANSEN
              360 MADISON AVENUE, 22ND FLOOR
              NEW YORK NY 10017

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8930        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
               Debtors.             |
                                    |
_____ |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CARIMONTE HOLDING S.P.A.
             ATTN: MR LUCIO CEARIO
             VIA INDIPENDENZA, 11
             I-40121
             BOLOGNA
             ITALY

Please note that your claim # 28515 in the above referenced case and in the amount of
        $113,010,541.00        has been transferred **(unless previously expunged by court order)**

        HICKOK PLACE, LLC
        TRANSFEROR: CARIMONTE HOLDING S.P.A.
        C/O ROPES & GRAY LLP
        ATTN: ADAM REISS
        1211 AVENUE OF THE AMERICAS
        NEW YORK NY 10036-8704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8931        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
                    Debtors.             |
                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
     TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIATION       MANAGING CLERK
     1585 BROADWAY, 2ND FLOOR                              RICHARDS KIBBE & ORBE LLP
     NEW YORK NY 10036                                     ONE WORLD FINANCIAL CENTER
                                                           NEW YORK NY 10281

Please note that your claim # 10933 in the above referenced case and in the amount of
      $2,126,563.08      has been transferred **(unless previously expunged by court order)**

          CASPIAN ALPHA LONG CREDIT FUND, L.P.
          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
          ATTN: SUSAN LANCASTER
          500 MAMARONECK AVENUE
          HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8933     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
  In re                                |    Chapter 11 Case No.
                                       |
  LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                Debtors.               |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                              TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIAT
     RICHARDS KIBBE & ORBE LLP                   1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                  NEW YORK NY 10036
     NEW YORK NY 10281

Please note that your claim # 10933 in the above referenced case and in the amount of
       $2,126,563.08        has been transferred **(unless previously expunged by court order)**

                                                CASPIAN ALPHA LONG CREDIT FUND, L.P.
                                                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                ATTN: SUSAN LANCASTER
                                                500 MAMARONECK AVENUE
                                                HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8933      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |        Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                |
                                |        (Jointly Administered)
             Debtors.           |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY SENIOR FUNDING INC                  MORGAN STANLEY SENIOR FUNDING INC
     TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATION     MANAGING CLERK
     1585 BROADWAY, 2ND FLOOR                           RICHARDS KIBBE & ORBE LLP
     NEW YORK NY 10036                                  ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
```

Please note that your claim # 10935 in the above referenced case and in the amount of
        $2,126,563.08        has been transferred **(unless previously expunged by court order)**

```
     CASPIAN ALPHA LONG CREDIT FUND, L.P.
     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
     ATTN: SUSAN LANCASTER
     500 MAMARONECK AVENUE
     HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8933     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
                                 |
             Debtors.            |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                              TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATI
     RICHARDS KIBBE & ORBE LLP                   1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                  NEW YORK NY 10036
     NEW YORK NY 10281
```

Please note that your claim # 10935 in the above referenced case and in the amount of
      $2,126,563.08       has been transferred **(unless previously expunged by court order)**

```
                                                CASPIAN ALPHA LONG CREDIT FUND, L.P.
                                                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                ATTN: SUSAN LANCASTER
                                                500 MAMARONECK AVENUE
                                                HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8933       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
     TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIATION      MANAGING CLERK
     1585 BROADWAY, 2ND FLOOR                             RICHARDS KIBBE & ORBE LLP
     NEW YORK NY 10036                                    ONE WORLD FINANCIAL CENTER
                                                          NEW YORK NY 10281

Please note that your claim # 10933-03 in the above referenced case and in the amount of
     $16,568,750.29        has been transferred **(unless previously expunged by court order)**

          CASPIAN CAPITAL PARTNERS,L.P.
          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
          ATTN: SUSAN LANCASTER
          500 MAMARONECK AVENUE
          HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8934      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |   Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                              |
                              |   (Jointly Administered)
             Debtors.         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MORGAN STANLEY SENIOR FUNDING INC             MORGAN STANLEY SENIOR FUNDING INC
    MANAGING CLERK                                 TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIAT
    RICHARDS KIBBE & ORBE LLP                      1585 BROADWAY, 2ND FLOOR
    ONE WORLD FINANCIAL CENTER                     NEW YORK NY 10036
    NEW YORK NY 10281

Please note that your claim # 10933-03 in the above referenced case and in the amount of
     $16,568,750.29        has been transferred **(unless previously expunged by court order)**

                                                   CASPIAN CAPITAL PARTNERS,L.P.
                                                   TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                   ATTN: SUSAN LANCASTER
                                                   500 MAMARONECK AVENUE
                                                   HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8934       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
                                              |
UNITED STATES BANKRUPTCY COURT                |   Chapter 11 Case No.
Southern District of New York                 |
                                              |   08-13555 (JMP)
In re                                         |
                                              |   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |
                                              |
                Debtors.                      |
                                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                     MORGAN STANLEY SENIOR FUNDING INC
     TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATION         MANAGING CLERK
     1585 BROADWAY, 2ND FLOOR                               RICHARDS KIBBE & ORBE LLP
     NEW YORK NY 10036                                      ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281

Please note that your claim # 10935-03 in the above referenced case and in the amount of
    $16,568,750.29       has been transferred **(unless previously expunged by court order)**

        CASPIAN CAPITAL PARTNERS L.P.
        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
        ATTN: SUSAN LANCASTER
        500 MAMARONECK AVENUE
        HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8934     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                  Debtors.      |
                                |
_____|
```

<center>NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)</center>

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                             TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATI
     RICHARDS KIBBE & ORBE LLP                  1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                 NEW YORK NY 10036
     NEW YORK NY 10281
```

Please note that your claim # 10935-03 in the above referenced case and in the amount of $16,568,750.29    has been transferred (**unless previously expunged by court order**)

```
                                           CASPIAN CAPITAL PARTNERS L.P.
                                           TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                           ATTN: SUSAN LANCASTER
                                           500 MAMARONECK AVENUE
                                           HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8934    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
              Debtors.                  |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
     TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIATION       MANAGING CLERK
     1585 BROADWAY, 2ND FLOOR                               RICHARDS KIBBE & ORBE LLP
     NEW YORK NY 10036                                      ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281

Please note that your claim # 10933-02 in the above referenced case and in the amount of
     $28,440,620.04          has been transferred **(unless previously expunged by court order)**

          CASPIAN SELECT CREDIT MASTER FUND, LTD.
          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
          ATTN: SUSAN LANCASTER
          500 MAMARONECK AVENUE
          HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8935      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                     | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,    | 08-13555 (JMP)

                                          | (Jointly Administered)

              Debtors.                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
      MANAGING CLERK                              TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIAT
      RICHARDS KIBBE & ORBE LLP                   1585 BROADWAY, 2ND FLOOR
      ONE WORLD FINANCIAL CENTER                  NEW YORK NY 10036
      NEW YORK NY 10281

Please note that your claim # 10933-02 in the above referenced case and in the amount of
     $28,440,620.04       has been transferred **(unless previously expunged by court order)**

                                                CASPIAN SELECT CREDIT MASTER FUND, LTD.
                                                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                ATTN: SUSAN LANCASTER
                                                500 MAMARONECK AVENUE
                                                HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8935       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                       Debtors.               |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
      TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATION        MANAGING CLERK
      1585 BROADWAY, 2ND FLOOR                              RICHARDS KIBBE & ORBE LLP
      NEW YORK NY 10036                                     ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281
```

Please note that your claim # 10935-02 in the above referenced case and in the amount of
$28,440,620.04         has been transferred **(unless previously expunged by court order)**

```
      CASPIAN SELECT CREDIT MASTER FUND, LTD.
      TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
      ATTN: SUSAN LANCASTER
      500 MAMARONECK AVENUE
      HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8935          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,   08-13555 (JMP)
                               |
                               |    (Jointly Administered)
          Debtors.            |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                             TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATI
     RICHARDS KIBBE & ORBE LLP                  1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                 NEW YORK NY 10036
     NEW YORK NY 10281

Please note that your claim # 10935-02 in the above referenced case and in the amount of
     $28,440,620.04      has been transferred **(unless previously expunged by court order)**

                                               CASPIAN SELECT CREDIT MASTER FUND, LTD.
                                               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                               ATTN: SUSAN LANCASTER
                                               500 MAMARONECK AVENUE
                                               HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8935      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                MORGAN STANLEY SENIOR FUNDING INC
      TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIATION    MANAGING CLERK
      1585 BROADWAY, 2ND FLOOR                    RICHARDS KIBBE & ORBE LLP
      NEW YORK NY 10036                          ONE WORLD FINANCIAL CENTER
                                                      NEW YORK NY 10281

Please note that your claim # 10933-01 in the above referenced case and in the amount of
$3,284,934.83        has been transferred **(unless previously expunged by court order)**

CASPIAN CORPORATE LOAN FUND, LLC
TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
ATTN: SUSAN LANCASTER
500 MAMARONECK AVENUE
HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8936       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                                        Vito Genna, Clerk of Court


                                                       /s/ Lauren Rodriguez
                                                       _____
                                                       By: Epiq Bankruptcy Solutions, LLC
                                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.               |
                                    |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC          MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                             TRANSFEROR: HSBC BANK USA, NATIONAL ASSOCIAT
     RICHARDS KIBBE & ORBE LLP                  1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                 NEW YORK NY 10036
     NEW YORK NY 10281

Please note that your claim # 10933-01 in the above referenced case and in the amount of
      $3,284,934.83       has been transferred **(unless previously expunged by court order)**

                                                CASPIAN CORPORATE LOAN FUND, LLC
                                                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                ATTN: SUSAN LANCASTER
                                                500 MAMARONECK AVENUE
                                                HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8936      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    MORGAN STANLEY SENIOR FUNDING INC                    MORGAN STANLEY SENIOR FUNDING INC
       TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATION       MANAGING CLERK
       1585 BROADWAY, 2ND FLOOR                             RICHARDS KIBBE & ORBE LLP
       NEW YORK NY 10036                                    ONE WORLD FINANCIAL CENTER
                                                            NEW YORK NY 10281

Please note that your claim # 10935-01 in the above referenced case and in the amount of
    $3,284,934.83        has been transferred **(unless previously expunged by court order)**

        CASPIAN CORPORATE LOAN FUND, LLC
        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
        ATTN: SUSAN LANCASTER
        500 MAMARONECK AVENUE
        HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8936        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
_____
                                     |
  In re                             |    Chapter 11 Case No.
                                     |
  LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
                                     |
          Debtors.                   |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING INC                MORGAN STANLEY SENIOR FUNDING INC
     MANAGING CLERK                                   TRANSFEROR: HSBC BANK USA NATIONAL ASSOCIATI
     RICHARDS KIBBE & ORBE LLP                        1585 BROADWAY, 2ND FLOOR
     ONE WORLD FINANCIAL CENTER                       NEW YORK NY 10036
     NEW YORK NY 10281

Please note that your claim # 10935-01 in the above referenced case and in the amount of
     $3,284,934.83        has been transferred **(unless previously expunged by court order)**

                                                 CASPIAN CORPORATE LOAN FUND, LLC
                                                 TRANSFEROR: MORGAN STANLEY SENIOR FUNDING IN
                                                 ATTN: SUSAN LANCASTER
                                                 500 MAMARONECK AVENUE
                                                 HARRISON NY 10528

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8936       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
            Debtors.                    |
                                        |
_____ |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JP MORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 4, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30286-01 in the above referenced case and in the amount of
       $2,637,910.64       has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIIB DELWARE, L.P.
        TRANSFEROR: JP MORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P.
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                                       |
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 10, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN BANK PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30287-01 in the above referenced case and in the amount of
      $20,510,621.89       has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P.
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 9, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30288-01 in the above referenced case and in the amount of
        $1,187,734.75        has been transferred **(unless previously expunged by court order)**

             OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
             TRANSFEROR: JPMORGAN CHASE BANK NA
             C/O OAKTREE CAPITAL MANAGEMENT, L.P.
             333 SOUTH GRAND AVENUE, 28TH FLOOR
             LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                               |
                               |
            Debtors.           |
                               |
_____
```

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  JPMORGAN CHASE BANK NA
         TRANSFEROR: AGGREGATING TRUST 8, L.L.C.
         ATTN: SUSAN MCNAMARA
         MAIL CODE: NY1-A436
         1 CHASE MANHATTAN PLAZA, FLOOR 26
         NEW YORK NY 10005
```

Please note that your claim # 30289-02 in the above referenced case and in the amount of
    $1,910,335.36        has been transferred **(unless previously expunged by court order)**

```
         OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
         TRANSFEROR: JPMORGAN CHASE BANK NA
         C/O OAKTREE CAPITAL MANAGEMENT, L.P.
         333 SOUTH GRAND AVENUE, 28TH FLOOR
         LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                |    Chapter 11 Case No.
                                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,               |    08-13555 (JMP)
                                                     |
                                                     |    (Jointly Administered)
                Debtors.                             |
                                                     |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  JPMORGAN CHASE BANK NA
               TRANSFEROR: AGGREGATING TRUST 7,L.L.C.
               ATTN: SUSAN MCNAMARA
               MAIL CODE: NY1-A436
               1 CHASE MANHATTAN PLAZA, 26TH FLOOR
               NEW YORK NY 10005

Please note that your claim # 30290-02 in the above referenced case and in the amount of
        $2,423,979.14        has been transferred **(unless previously expunged by court order)**

          OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
          TRANSFEROR: JPMORGAN CHASE BANK NA
          C/O OAKTREE CAPITAL MANAGEMNT, L.P.
          333 SOUTH GRAND AVENUE, 28TH FLOOR
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF**
**YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL**
**BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
             Debtors.                   |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JP MORGAN CHASE BANK NA
           TRANSFEROR: AGGREGATING TRUST 3, L.L.C.
           ATTN: SUSAN MCNAMARA
           MAIL CODE: NY1-A436
           1 CHASE MANHATTAN PLAZA, FLOOR 26
           NEW YORK NY 10005

Please note that your claim # 30321-02 in the above referenced case and in the amount of
      $2,430,137.74        has been transferred **(unless previously expunged by court order)**

      OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
      TRANSFEROR: JP MORGAN CHASE BANK NA
      C/O OAKTREE CAPITAL MANAGEMENT, L.P.
      333 SOUTH GRAND AVENUE, 28TH FLOOR
      LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                 Vito Genna, Clerk of Court

                          /s/ Lauren Rodriguez
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |
                                         |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                  Debtors.               |
                                         |
_____         |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 2, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30322-02 in the above referenced case and in the amount of
        $410,303.12        has been transferred **(unless previously expunged by court order)**

          OCM OPPORTUNITIES FUN VIIB DELAWARE, L.P.
          TRANSFEROR: JPMORGAN CHASE BANK NA
          C/O OAKTREE CAPITAL MANAGEMENT, L.P.
          333 SOUTH GRAND AVENUE, 28TH FLOOR
          LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                    Debtors.        |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  JPMORGAN CHASE BANK NA
            TRANSFEROR: AGGREGATING TRUST 1,L.L.C
            ATTN: SUSAN MCNAMARA
            MAIL CODE: NY1-A436
            1 CHASE MANHATTAN PLAZA, FLOOR 26
            NEW YORK NY 10005

Please note that your claim # 30323-04 in the above referenced case and in the amount of
       $971,514.76       has been transferred **(unless previously expunged by court order)**

            OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
            TRANSFEROR: JPMORGAN CHASE BANK NA
            C/O OAKTREE CAPITAL MANAGEMENT, L.P.
            333 SOUTH GRAND AVENUE, 28TH FLOOR
            LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8943       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                      Debtors.           |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JP MORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 4, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30286-02 in the above referenced case and in the amount of
        $1,231,024.97        has been transferred **(unless previously expunged by court order)**

        OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
        TRANSFEROR: JP MORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P,
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: JPMORGAN CHASE BANK NA
    TRANSFEROR: AGGREGATING TRUST 10, L.L.C.
    ATTN: SUSAN MCNAMARA
    MAIL CODE: NY1-A436
    1 CHASE MANHATTAN BANK PLAZA, FLOOR 26
    NEW YORK NY 10005

Please note that your claim # 30287-02 in the above referenced case and in the amount of
$9,571,623.55    has been transferred **(unless previously expunged by court order)**

OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
TRANSFEROR: JPMORGAN CHASE BANK NA
C/O OAKTREE CAPITAL MANAGEMENT L.P.
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8944    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                      | Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     | 08-13555 (JMP)
                                           |
                                           | (Jointly Administered)
                Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 9, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30288-02 in the above referenced case and in the amount of
        $554,276.22      has been transferred **(unless previously expunged by court order)**

        OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P.
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
              Debtors.                  |
                                        |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  JPMORGAN CHASE BANK NA
            TRANSFEROR: AGGREGATING TRUST 8, L.L.C.
            ATTN: SUSAN MCNAMARA
            MAIL CODE: NY1-A436
            1 CHASE MANHATTAN PLAZA, FLOOR 26
            NEW YORK NY 10005

Please note that your claim # 30289-03 in the above referenced case and in the amount of
       $891,489.83        has been transferred **(unless previously expunged by court order)**

            OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
            TRANSFEROR: JPMORGAN CHASE BANK NA
            C/O OAKTREE CAPITAL MANAGEMENT, L.P.
            333 SOUTH GRAND AVENUE, 28TH FLOOR
            LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
              Debtors.          |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 7,L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, 26TH FLOOR
             NEW YORK NY 10005

Please note that your claim # 30290-01 in the above referenced case and in the amount of
        $1,131,190.26        has been transferred **(unless previously expunged by court order)**

             OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
             TRANSFEROR: JPMORGAN CHASE BANK NA
             C/O OAKTREE CAPITAL MANAGEMENT, L.P.
             333 SOUTH GRAND AVENUE, 28TH FLOOR
             LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |     Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |     08-13555 (JMP)
                                |
                                |     (Jointly Administered)
              Debtors.          |
                                |
_____|
```

**NOTICE:** FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JP MORGAN CHASE BANK NA
           TRANSFEROR: AGGREGATING TRUST 3, L.L.C.
           ATTN: SUSAN MCNAMARA
           MAIL CODE: NY1-A436
           1 CHASE MANHATTAN PLAZA, FLOOR 26
           NEW YORK NY 10005

Please note that your claim # 30321-03 in the above referenced case and in the amount of
      $1,134,064.28         has been transferred **(unless previously expunged by court order)**

           OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
           TRANSFEROR: JP MORGAN CHASE BANK NA
           C/O OAKTREE CAPITAL MANAGEMENT, L.P.
           333 SOUTH GRAND AVENUE, 28TH FLOOR
           LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                              |
                                   |  Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
                                   |
                                   |  (Jointly Administered)
                                   |
            Debtors.               |
                                   |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 2, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30322-03 in the above referenced case and in the amount of
        $191,474.79        has been transferred **(unless previously expunged by court order)**

             OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
             TRANSFEROR: JPMORGAN CHASE BANK NA
             C/O OAKTREE CAPITAL MANAGEMENT, L.P.
             333 SOUTH GRAND AVENUE, 28TH FLOOR
             LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
            Debtors.                  |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  JPMORGAN CHASE BANK NA
           TRANSFEROR: AGGREGATING TRUST 1,L.L.C
           ATTN: SUSAN MCNAMARA
           MAIL CODE: NY1-A436
           1 CHASE MANHATTAN PLAZA, FLOOR 26
           NEW YORK NY 10005

Please note that your claim # 30323-05 in the above referenced case and in the amount of
      $453,373.55       has been transferred **(unless previously expunged by court order)**

           OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
           TRANSFEROR: JPMORGAN CHASE BANK NA
           C/O OAKTREE CAPITAL MANAGEMENT, L.P.
           333 SOUTH GRAND AVENUE, 28TH FLOOR
           LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8944      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  JP MORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 4, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005
```

Please note that your claim # 30286-03 in the above referenced case and in the amount of
       $4,924,099.87       has been transferred **(unless previously expunged by court order)**

```
        OCM OPPORTUNITIES FUND VIII DELWARE, L.P.
        TRANSFEROR: JP MORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT L.P.
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945       in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
               Debtors.             |
                                    |
_____|
```

            **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                    BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  JPMORGAN CHASE BANK NA
            TRANSFEROR: AGGREGATING TRUST 10, L.L.C.
            ATTN: SUSAN MCNAMARA
            MAIL CODE: NY1-A436
            1 CHASE MANHATTAN BANK PLAZA, FLOOR 26
            NEW YORK NY 10005

Please note that your claim # 30287 in the above referenced case and in the amount of
      $38,286,494.18       has been transferred **(unless previously expunged by court order)**

       OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
       TRANSFEROR: JPMORGAN CHASE BANK NA
       C/O OAKTREE CAPITAL MANAGEMENT, L.P.
       333 SOUTH GRAND AVENUE, 28TH FLOOR
       LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK NA
       TRANSFEROR: AGGREGATING TRUST 9, L.L.C.
       ATTN: SUSAN MCNAMARA
       MAIL CODE: NY1-A436
       1 CHASE MANHATTAN PLAZA, FLOOR 26
       NEW YORK NY 10005

Please note that your claim # 30288 in the above referenced case and in the amount of
    $2,217,104.86       has been transferred **(unless previously expunged by court order)**

       OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
       TRANSFEROR: JPMORGAN CHASE BANK NA
       C/O OAKTREE CAPITAL MANAGEMENT, L.P.
       333 SOUTH GRAND AVENUE, 28TH FLOOR
       LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                 Vito Genna, Clerk of Court

                    /s/ Lauren Rodriguez
                    _____
                    By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 8, L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, FLOOR 26
             NEW YORK NY 10005

Please note that your claim # 30289-01 in the above referenced case and in the amount of
        $3,565,959.33        has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P.
        333 SOUTH GRAND AVENUE,28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                   |    (Jointly Administered)
                                   |
           Debtors.                |
                                   |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK NA
             TRANSFEROR: AGGREGATING TRUST 7,L.L.C.
             ATTN: SUSAN MCNAMARA
             MAIL CODE: NY1-A436
             1 CHASE MANHATTAN PLAZA, 26TH FLOOR
             NEW YORK NY 10005

Please note that your claim # 30290 in the above referenced case and in the amount of
     $4,524,761.06       has been transferred **(unless previously expunged by court order)**

        OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK NA
        C/O OAKTREE CAPITAL MANAGEMENT, L.P.
        333 SOUTH GRAND AVENUE, 28TH FLOOR
        LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                 |
                                 |    (Jointly Administered)
                Debtors.         |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  JP MORGAN CHASE BANK NA
>      TRANSFEROR: AGGREGATING TRUST 3, L.L.C.
>      ATTN: SUSAN MCNAMARA
>      MAIL CODE: NY1-A436
>      1 CHASE MANHATTAN PLAZA, FLOOR 26
>      NEW YORK NY 10005

Please note that your claim # 30321-01 in the above referenced case and in the amount of
     $4,536,257.11       has been transferred **(unless previously expunged by court order)**

> OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
> TRANSFEROR: JP MORGAN CHASE BANK NA
> C/O OAKTREE CAPITAL MANAGEMENT, L.P.
> 333 SOUTH GRAND AVENUE, 28TH FLOOR
> LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK NA
         TRANSFEROR: AGGREGATING TRUST 2, L.L.C.
         ATTN: SUSAN MCNAMARA
         MAIL CODE: NY1-A436
         1 CHASE MANHATTAN PLAZA, FLOOR 26
         NEW YORK NY 10005

Please note that your claim # 30322-01 in the above referenced case and in the amount of
        $765,899.15        has been transferred **(unless previously expunged by court order)**

         OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
         TRANSFEROR: JPMORGAN CHASE BANK NA
         C/O OAKTREE CAPITAL MANAGEMENT, L.P.
         333 SOUTH GRAND AVENUE, 28TH FLOOR
         LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK NA
         TRANSFEROR: AGGREGATING TRUST 1,L.L.C
         ATTN: SUSAN MCNAMARA
         MAIL CODE: NY1-A436
         1 CHASE MANHATTAN PLAZA, FLOOR 26
         NEW YORK NY 10005

Please note that your claim # 30323-01 in the above referenced case and in the amount of
      $1,813,494.21        has been transferred **(unless previously expunged by court order)**

         OCM OPPORTUNITIES FUND VIII DELAWARE, L.P.
         TRANSFEROR: JPMORGAN CHASE BANK NA
         C/O OAKTREE CAPITAL MANAGEMENT, L.P.
         333 SOUTH GRAND AVENUE, 28TH FLOOR
         LOS ANGELES CA 90071

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8945        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | |
| | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD          TOKAI TOKYO SECURITIES CO, LTD
    6-2, NIHOMBASHI 3-CHOME                  TOKAI TOKYO SECURITIES CO, LTD
    CHUO-KU                                  17-21, SHINKAWA 1-CHOME
    TOKYO    103-8275                        CHUO-KU
    JAPAN                                    TOKYO 104-8317 JAPAN

Please note that your claim # 46186 in the above referenced case and in the amount of
    $474,491.65        has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH INTERNATIONAL
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
ATTN: JAMES RUSSELL
WARWICK COURT, 2 KING EDWARD STREET
LONDON    EC1A 1HQ
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8962       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD
TOKAI TOKYO SECURITIES CO, LTD
17-21, SHINKAWA 1-CHOME
CHUO-KU
TOKYO 104-8317 JAPAN

TOKAI TOKYO SECURITIES CO, LTD
6-2, NIHOMBASHI 3-CHOME
CHUO-KU
TOKYO    103-8275
JAPAN

Please note that your claim # 46186 in the above referenced case and in the amount of
      $474,491.65        has been transferred **(unless previously expunged by court order)**

MERRILL LYNCH INTERNATIONAL
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
ATTN: JAMES RUSSELL
WARWICK COURT, 2 KING EDWARD STREET
LONDON    EC1A 1HQ
UNITED KINGDON

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8962     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           |    Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |    08-13555 (JMP)
                                                |
                                                |    (Jointly Administered)
                          Debtors.              |
                                                |

---

**NOTICE:** FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED                                    MACQUARIE BANK LIMITED
     TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI    C/O SIDLEY AUSTIN LLP
     PSICOLOGI                                                 ATTN: JAIME SENIOR
     C/O MACQUARIE CAPITAL (USA) INC.                          787 SEVENTH AVENUE
     ATTN: FICC CREDIT SALES & TRADING                         NEW YORK NY 10019
     125 WEST 55TH STREET
     NEW YORK NY 10019

Please note that your claim # 3964-01 in the above referenced case and in the amount of
     $1,204,996.28         has been transferred **(unless previously expunged by court order)**

          TACONIC CAPITAL PARTNERS 1.5 L.P.
          TRANSFEROR: MACQUARIE BANK LIMITED
          C/O TACONIC CAPITAL ADVISORS LP
          ATTN: TIM ANDRIKS
          450 PARK AVENUE, 9TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8967      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                  |
In re                             |   Chapter 11 Case No.
                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                  |
                                  |   (Jointly Administered)
            Debtors.             |
                                  |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MACQUARIE BANK LIMITED          MACQUARIE BANK LIMITED
     C/O SIDLEY AUSTIN LLP           TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED
     ATTN: JAIME SENIOR              PSICOLOGI
     787 SEVENTH AVENUE              C/O MACQUARIE CAPITAL (USA) INC.
     NEW YORK NY 10019               ATTN: FICC CREDIT SALES & TRADING
                                     125 WEST 55TH STREET
                                     NEW YORK NY 10019
```

Please note that your claim # 3964-01 in the above referenced case and in the amount of
        $1,204,996.28       has been transferred **(unless previously expunged by court order)**

```
                                     TACONIC CAPITAL PARTNERS 1.5 L.P.
                                     TRANSFEROR: MACQUARIE BANK LIMITED
                                     C/O TACONIC CAPITAL ADVISORS LP
                                     ATTN: TIM ANDRIKS
                                     450 PARK AVENUE, 9TH FLOOR
                                     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8967       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                        |    Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                Debtors.                     |
                                             |
_____

        **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                     BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED                          MACQUARIE BANK LIMITED
     TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI    SIDLEY AUSTIN LLP
     PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.        ATTN: JAMIE SENIOR
     C/O MACQUARIE CAPITAL (USA) INC.                 787 SEVENTH AVENUE
     ATTN: FICC CREDIT SALES & TRADING                NEW YORK NY 10019
     125 WEST 55TH STREET
     NEW YORK NY 10019

Please note that your claim # 55525-01 in the above referenced case and in the amount of
       $1,204,996.28        has been transferred **(unless previously expunged by court order)**

          TACONIC CAPITAL PARTNERS 1.5 L.P.
          TRANSFEROR: MACQUARIE BANK LIMITED
          C/O TACONIC CAPITAL ADVISORS LP
          ATTN: TIM ANDRIKS
          450 PARK AVENUE, 9TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8967      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED
     SIDLEY AUSTIN LLP
     ATTN: JAMIE SENIOR
     787 SEVENTH AVENUE
     NEW YORK NY 10019

MACQUARIE BANK LIMITED
TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED
PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.
C/O MACQUARIE CAPITAL (USA) INC.
ATTN: FICC CREDIT SALES & TRADING
125 WEST 55TH STREET
NEW YORK NY 10019

Please note that your claim # 55525-01 in the above referenced case and in the amount of
     $1,204,996.28       has been transferred **(unless previously expunged by court order)**

TACONIC CAPITAL PARTNERS 1.5 L.P.
TRANSFEROR: MACQUARIE BANK LIMITED
C/O TACONIC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE, 9TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8967       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: MACQUARIE BANK LIMITED
    TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI
    PSICOLOG/O MACQUARIE CAPITAL (USA) INC.
    C/O MACQUARIE CAPITAL (USA) INC.
    ATTN: FICC CREDIT SALES & TRADING
    125 WEST 55TH STREET
    NEW YORK NY 10019

MACQUARIE BANK LIMITED
SIDLEY AUSTIN LLP
ATTN: JAMIE SENIOR
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55525-02 in the above referenced case and in the amount of
    $3,464,969.07      has been transferred **(unless previously expunged by court order)**

TACONIC OPPORTUNITY FUND L.P.
TRANSFEROR: MACQUARIE BANK LIMITED
C/O TACONIC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE, 8TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8968    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                   Vito Genna, Clerk of Court

                                  /s/ Lauren Rodriguez

                                  By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED
     SIDLEY AUSTIN LLP
     ATTN: JAMIE SENIOR
     787 SEVENTH AVENUE
     NEW YORK NY 10019

MACQUARIE BANK LIMITED
TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED
PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.
C/O MACQUARIE CAPITAL (USA) INC.
ATTN: FICC CREDIT SALES & TRADING
125 WEST 55TH STREET
NEW YORK NY 10019

Please note that your claim # 55525-02 in the above referenced case and in the amount of
     $3,464,969.07        has been transferred **(unless previously expunged by court order)**

TACONIC OPPORTUNITY FUND L.P.
TRANSFEROR: MACQUARIE BANK LIMITED
C/O TACONIC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE, 8TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8968        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED                                          MACQUARIE BANK LIMITED
     TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI   SIDLEY AUSTIN LLP
     PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.                        ATTN: JAMIE SENIOR
     C/O MACQUARIE CAPITAL (USA) INC.                                 787 SEVENTH AVENUE
     ATTN: FICC CREDIT SALES & TRADING                                NEW YORK NY 10019
     125 WEST 55TH STREET
     NEW YORK NY 10019

Please note that your claim # 55525-03 in the above referenced case and in the amount of
     $1,196,296.48       has been transferred (**unless previously expunged by court order**)

     TACONIC MARKET DISLOCATION FUND II L.P.
     TRANSFEROR: MACQUARIE BANK LIMITED
     C/O TACONIC CPAITAL ADVISORS LP
     ATTN: TIM ANDRIKS
     450 PARK AVENUE, 9TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8969     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                          |
| In re                                    |  Chapter 11 Case No.
|                                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
|                                          |
|                                          |  (Jointly Administered)
|                  Debtors.                |
|                                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MACQUARIE BANK LIMITED                     MACQUARIE BANK LIMITED
     SIDLEY AUSTIN LLP                          TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED
     ATTN: JAMIE SENIOR                         PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.
     787 SEVENTH AVENUE                         C/O MACQUARIE CAPITAL (USA) INC.
     NEW YORK NY 10019                          ATTN: FICC CREDIT SALES & TRADING
                                                125 WEST 55TH STREET
                                                NEW YORK NY 10019
```

Please note that your claim # 55525-03 in the above referenced case and in the amount of
$1,196,296.48      has been transferred **(unless previously expunged by court order)**

```
                                                TACONIC MARKET DISLOCATION FUND II L.P.
                                                TRANSFEROR: MACQUARIE BANK LIMITED
                                                C/O TACONIC CPAITAL ADVISORS LP
                                                ATTN: TIM ANDRIKS
                                                450 PARK AVENUE, 9TH FLOOR
                                                NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8969      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |   Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                               |
                               |   (Jointly Administered)
              Debtors.         |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MACQUARIE BANK LIMITED                                    MACQUARIE BANK LIMITED
     TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTANZA PER GLI   SIDLEY AUSTIN LLP
     PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.                ATTN: JAMIE SENIOR
     C/O MACQUARIE CAPITAL (USA) INC.                         787 SEVENTH AVENUE
     ATTN: FICC CREDIT SALES & TRADING                        NEW YORK NY 10019
     125 WEST 55TH STREET
     NEW YORK NY 10019
```

Please note that your claim # 55525-04 in the above referenced case and in the amount of
    $278,246.20       has been transferred **(unless previously expunged by court order)**

```
     TACONIC MARKET DISLOCATION MASTER FUND II L.P.
     TRANSFEROR: MACQUARIE BANK LIMITED
     C/O TACONC CAPITAL ADVISORS LP
     ATTN: TIM ANDRIKS
     450 PARK AVENUE, 9TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8970        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | |
| | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MACQUARIE BANK LIMITED
     SIDLEY AUSTIN LLP
     ATTN: JAMIE SENIOR
     787 SEVENTH AVENUE
     NEW YORK NY 10019

MACQUARIE BANK LIMITED
TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED
PSICOLOGIC/O MACQUARIE CAPITAL (USA) INC.
C/O MACQUARIE CAPITAL (USA) INC.
ATTN: FICC CREDIT SALES & TRADING
125 WEST 55TH STREET
NEW YORK NY 10019

Please note that your claim # 55525-04 in the above referenced case and in the amount of
     $278,246.20        has been transferred **(unless previously expunged by court order)**

TACONIC MARKET DISLOCATION MASTER FUND II L.
TRANSFEROR: MACQUARIE BANK LIMITED
C/O TACONC CAPITAL ADVISORS LP
ATTN: TIM ANDRIKS
450 PARK AVENUE, 9TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8970       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010               Vito Genna, Clerk of Court

                               /s/ Lauren Rodriguez
                               _____
                               By: Epiq Bankruptcy Solutions, LLC
                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  ORANGE CAPITAL, LLC | ORANGE CAPITAL, LLC |
| C/O SEWARD & KISSEL LLP | ORANGE CAPITAL LLC |
| ATTN: JUSTIN L. SHEARER, ESQ. | ATTN: RUSSELL HOFFMAN |
| ONE BATTERY PARK PLAZA | 1370 AVENUE OF THE AMERICAS |
| NEW YORK NY 10004 | 26TH FLOOR |
| | NEW YORK NY 10019 |

Please note that your claim # 19675 in the above referenced case and in the amount of
$2,627,604.26        has been transferred **(unless previously expunged by court order)**

CONTRARIAN FUNDS, LLC
TRANSFEROR: ORANGE CAPITAL, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8971        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ORANGE CAPITAL, LLC                    ORANGE CAPITAL, LLC
     ORANGE CAPITAL LLC                     C/O SEWARD & KISSEL LLP
     ATTN: RUSSELL HOFFMAN                  ATTN: JUSTIN L. SHEARER, ESQ.
     1370 AVENUE OF THE AMERICAS            ONE BATTERY PARK PLAZA
     26TH FLOOR                             NEW YORK NY 10004
     NEW YORK NY 10019
```

Please note that your claim # 19675 in the above referenced case and in the amount of
   $2,627,604.26       has been transferred **(unless previously expunged by court order)**

```
                                            CONTRARIAN FUNDS, LLC
                                            TRANSFEROR: ORANGE CAPITAL, LLC
                                            ATTN: ALISA MUMOLA
                                            411 WEST PUTNAM AVENUE, SUITE 425
                                            GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8971      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                     Debtors.            |
                                         |
_____      |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  FCP GROUPAMA EQUILIBRE                    FCP GROUPAMA EQUILIBRE
            AT GROUPAMA ASSET MANAGEMENT              GIDE LOYRETTE NOUEL LLP
            58 BIS RUE LA BOETIE                      ATTN: VANESSA TOLLIS, ESQ.
            PARIS    75008                            120 W. 45TH STREET, 19TH FLOOR
            FRANCE                                    NEW YORK NY 10036

Please note that your claim # 58101 in the above referenced case and in the amount of
     $3,128,970.06        has been transferred **(unless previously expunged by court order)**

            NOMURA INTERNATIONAL PLC
            TRANSFEROR: FCP GROUPAMA EQUILIBRE
            25 BANK STREET
            LONDON      E14 5LE
            UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8975        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
            Debtors.              |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FCP GROUPAMA EQUILIBRE                    FCP GROUPAMA EQUILIBRE
     GIDE LOYRETTE NOUEL LLP                   AT GROUPAMA ASSET MANAGEMENT
     ATTN: VANESSA TOLLIS, ESQ.                58 BIS RUE LA BOETIE
     120 W. 45TH STREET, 19TH FLOOR            PARIS    75008
     NEW YORK NY 10036                         FRANCE
```

Please note that your claim # 58101 in the above referenced case and in the amount of
       $3,128,970.06       has been transferred **(unless previously expunged by court order)**

```
                                    NOMURA INTERNATIONAL PLC
                                    TRANSFEROR: FCP GROUPAMA EQUILIBRE
                                    25 BANK STREET
                                    LONDON    E14 5LE
                                    UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8975     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |   Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                    |
                                    |   (Jointly Administered)
            Debtors.               |
                                    |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| To:  FCP GROUPAMA DYNAMISME | FCP GROUPAMA DYNAMISME |
|---|---|
|      AT GROUPAMA ASSET MANAGEMENT | GIDE LOYRETTE NOUEL LLP |
|      58 BIS RUE LA BOETIE | ATTN VANESSA TOLLIS, ESQ. |
|      PARIS    75008 | 120 W. 45TH STREET, 19TH FLOOR |
|      FRANCE | NEW YORK NY 10036 |

Please note that your claim # 58102 in the above referenced case and in the amount of
$1,450,010.52       has been transferred **(unless previously expunged by court order)**

NOMURA INTERNATIONAL PLC
TRANSFEROR: FCP GROUPAMA DYNAMISME
25 BANK STREET
LONDON    E14 5LE
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8975       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|  08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
                Debtors.            |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FCP GROUPAMA DYNAMISME                 FCP GROUPAMA DYNAMISME
     GIDE LOYRETTE NOUEL LLP                AT GROUPAMA ASSET MANAGEMENT
     ATTN VANESSA TOLLIS, ESQ.              58 BIS RUE LA BOETIE
     120 W. 45TH STREET, 19TH FLOOR         PARIS    75008
     NEW YORK NY 10036                      FRANCE
```

Please note that your claim # 58102 in the above referenced case and in the amount of
$1,450,010.52        has been transferred **(unless previously expunged by court order)**

```
                                            NOMURA INTERNATIONAL PLC
                                            TRANSFEROR: FCP GROUPAMA DYNAMISME
                                            25 BANK STREET
                                            LONDON    E14 5LE
                                            UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8975        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |    08-13555 (JMP)
                                          |
                                          |    (Jointly Administered)
              Debtors.                    |
                                          |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS INTERNATIONAL          GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.              ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP PETERBOROUGH COURT
     ONE LIBERTY PLAZA                    133 FLEET STREET
     NEW YORK NY 10006                    LONDON    EC4A 2BB
                                          UNITED KINGDOM

Please note that your claim # 58820 in the above referenced case and in the amount of
      $578,947.00        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                      GOLDMAN, SACHS & CO.
MANAGING CLERK                            TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
RICHARDS KIBBE & ORBE, LLP                30 HUDSON STREET, 36TH FLOOR
ONE WORLD FINANCIAL CENTER                JERSEY CITY NJ 07302
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9000      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
```
---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR     SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                       CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                         ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                        NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58820 in the above referenced case and in the amount of $578,947.00      has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO.                      GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL   MANAGING CLERK
     30 HUDSON STREET, 36TH FLOOR              RICHARDS KIBBE & ORBE, LLP
     JERSEY CITY NJ 07302                      ONE WORLD FINANCIAL CENTER
                                               NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9000      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                Vito Genna, Clerk of Court


                                /s/ Lauren Rodriguez
                                _____
                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
              Debtors.        |
                              |
_____|
```

<div align="center">

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

</div>

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD.
         ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
         1 CHASE MANHATTAN PLAZA, FLOOR 26
         New York NY 10005

Please note that your claim # 27688 in the above referenced case and in the amount of
    $2,712,517.71        has been transferred **(unless previously expunged by court order)**

    JADE TREE I, L.L.C.                          JADE TREE I, L.L.C.
    TRANSFEROR: JPMORGAN CHASE BANK, N.A.        SCOTT L. ESBIN
    P.O. BOX 6463                                ESBIN & ALTER, LLP
    NEW YORK NY 10150                            497 SOUTH MAIN STREET
                                                 NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9003     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FU
ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
1 CHASE MANHATTAN PLAZA, FLOOR 26
New York NY 10005

Please note that your claim # 27688 in the above referenced case and in the amount of
$2,712,517.71        has been transferred **(unless previously expunged by court order)**

JADE TREE I, L.L.C.
SCOTT L. ESBIN
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
NEW CITY NY 10956

JADE TREE I, L.L.C.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
P.O. BOX 6463
NEW YORK NY 10150

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9003        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD.
             1 Chase Manhattan Plaza, Floor 26
             Attn: Susan McNamara Mail Code: NY1-A436
             New York NY 10004

Please note that your claim # 27689 in the above referenced case and in the amount of
        $2,712,517.71      has been transferred **(unless previously expunged by court order)**

        JADE TREE I, L.L.C.                              JADE TREE I, L.L.C.
        TRANSFEROR: JPMORGAN CHASE BANK, N.A.            SCOTT L. ESBIN
        P.O. BOX 6463                                    ESBIN & ALTER, LLP
        NEW YORK NY 10150                                497 SOUTH MAIN STREET
                                                         NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9004      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |      Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                              |
                              |      (Jointly Administered)
              Debtors.        |
                              |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FU
1 Chase Manhattan Plaza, Floor 26
Attn: Susan McNamara Mail Code: NY1-A436
New York NY 10004

Please note that your claim # 27689 in the above referenced case and in the amount of
     $2,712,517.71        has been transferred **(unless previously expunged by court order)**

JADE TREE I, L.L.C.                          JADE TREE I, L.L.C.
SCOTT L. ESBIN                               TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ESBIN & ALTER, LLP                           P.O. BOX 6463
497 SOUTH MAIN STREET                        NEW YORK NY 10150
NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9004        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JPMORGAN CHASE BANK, N.A.
             TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.
             1 Chase Manhattan Plaza, Floor 26
             Attn: Susan McNamara Mail Code: NY1-A436
             New York NY 10004

Please note that your claim # 27690 in the above referenced case and in the amount of
        $3,109,961.15       has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| JADE TREE I, L.L.C. | JADE TREE I, L.L.C. |
| TRANSFEROR: JPMORGAN CHASE BANK, N.A. | SCOTT L. ESBIN |
| P.O. BOX 6463 | ESBIN & ALTER, LLP |
| NEW YORK NY 10150 | 497 SOUTH MAIN STREET |
| | NEW CITY NY 10956 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9005       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                  Debtors.             |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:                                JPMORGAN CHASE BANK, N.A.
                                             TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY M
                                             1 Chase Manhattan Plaza, Floor 26
                                             Attn: Susan McNamara Mail Code: NY1-A436
                                             New York NY 10004

Please note that your claim # 27690 in the above referenced case and in the amount of
     $3,109,961.15      has been transferred **(unless previously expunged by court order)**

          JADE TREE I, L.L.C.                        JADE TREE I, L.L.C.
          SCOTT L. ESBIN                             TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          ESBIN & ALTER, LLP                         P.O. BOX 6463
          497 SOUTH MAIN STREET                      NEW YORK NY 10150
          NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9005      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY MASTER FUND, LTD.
         1 Chase Manhattan Plaza, Floor 26
         Attn: Susan McNamara Mail Code: NY1-A436
         New York NY 10004

Please note that your claim # 27691 in the above referenced case and in the amount of
    $3,109,961.15        has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| JADE TREE I, L.L.C.<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>P.O. BOX 6463<br>NEW YORK NY 10150 | JADE TREE I, L.L.C.<br>SCOTT L. ESBIN<br>ESBIN & ALTER, LLP<br>497 SOUTH MAIN STREET<br>NEW CITY NY 10956 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9006        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                   |
                                   |   (Jointly Administered)
              Debtors.             |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:
                                                         JPMORGAN CHASE BANK, N.A.
TRANSFEROR: TRG LOCAL CURRENCY OPPORTUNITY M
1 Chase Manhattan Plaza, Floor 26
Attn: Susan McNamara Mail Code: NY1-A436
New York NY 10004

Please note that your claim # 27691 in the above referenced case and in the amount of
    $3,109,961.15      has been transferred **(unless previously expunged by court order)**

JADE TREE I, L.L.C.                            JADE TREE I, L.L.C.
SCOTT L. ESBIN                               TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ESBIN & ALTER, LLP                          P.O. BOX 6463
497 SOUTH MAIN STREET                    NEW YORK NY 10150
NEW CITY NY 10956

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9006     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                          /s/ Lauren Rodriguez
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP                 FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     C/O FIR TREE, INC.                                          CLIFFORD CHANCE US LLP
     ATTN: SCOTT GANZEKAUFER                                     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P
     505 FIFTH AVENUE, 23RD FLOOR                                31 WEST 52ND STREET
     NEW YORK NY 10017                                           NEW YORK NY 10019

Please note that your claim # 50315-14 in the above referenced case and in the amount of
      $2,831,216.00       has been transferred **(unless previously expunged by court order)**

          BARCLAYS BANK PLC
          TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
          745 Seventh Avenue
          New York NY 10019
          USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9007       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
      CLIFFORD CHANCE US LLP                               C/O FIR TREE, INC.
      ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
      31 WEST 52ND STREET                                  505 FIFTH AVENUE, 23RD FLOOR
      NEW YORK NY 10019                                    NEW YORK NY 10017

Please note that your claim # 50315-14 in the above referenced case and in the amount of
     $2,831,216.00        has been transferred (**unless previously expunged by court order**)

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9007      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     C/O FIR TREE, INC.
     ATTN: SCOTT GANZEKAUFER
     505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10017

FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P
31 WEST 52ND STREET
NEW YORK NY 10019

Please note that your claim # 50315-13 in the above referenced case and in the amount of
     $2,845,669.00        has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9008        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |    08-13555 (JMP)
                                              |
                                              |    (Jointly Administered)
                     Debtors.                 |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP                                C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                  505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                     NEW YORK NY 10017

Please note that your claim # 50315-13 in the above referenced case and in the amount of
     $2,845,669.00          has been transferred **(unless previously expunged by court order)**

                                                          BARCLAYS BANK PLC
                                                          TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
                                                          745 Seventh Avenue
                                                          New York NY 10019
                                                          USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9008      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     C/O FIR TREE, INC.                                    CLIFFORD CHANCE US LLP
     ATTN: SCOTT GANZEKAUFER                               ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P
     505 FIFTH AVENUE, 23RD FLOOR                          31 WEST 52ND STREET
     NEW YORK NY 10017                                     NEW YORK NY 10019

Please note that your claim # 50315-12 in the above referenced case and in the amount of
     $1,967,502.00        has been transferred (**unless previously expunged by court order**)

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9009        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                Debtors.       |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP        FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP                             C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                               505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                 NEW YORK NY 10017
```

Please note that your claim # 50315-12 in the above referenced case and in the amount of
     $1,967,502.00      has been transferred **(unless previously expunged by court order)**

```
                                                       BARCLAYS BANK PLC
                                                       TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
                                                       745 Seventh Avenue
                                                       New York NY 10019
                                                       USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9009      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                          |
In re                                     |    Chapter 11 Case No.
                                          |
                                          |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,    |
                                          |    (Jointly Administered)
                                          |
                   Debtors.               |
                                          |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     C/O FIR TREE, INC.                                   CLIFFORD CHANCE US LLP
     ATTN: SCOTT GANZEKAUFER                              ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P
     505 FIFTH AVENUE, 23RD FLOOR                         31 WEST 52ND STREET
     NEW YORK NY 10017                                    NEW YORK NY 10019
```

Please note that your claim # 50315-11 in the above referenced case and in the amount of
     $5,341,820.00       has been transferred **(unless previously expunged by court order)**

```
     BARCLAYS BANK PLC
     TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     745 Seventh Avenue
     New York NY 10019
     USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9010      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    |     Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |     08-13555 (JMP)
                                         |
                                         |     (Jointly Administered)
                  Debtors.               |
                                         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP                               C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                  505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                    NEW YORK NY 10017

Please note that your claim # 50315-11 in the above referenced case and in the amount of
     $5,341,820.00        has been transferred **(unless previously expunged by court order)**

                                                         BARCLAYS BANK PLC
                                                         TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
                                                         745 Seventh Avenue
                                                         New York NY 10019
                                                         USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9010      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |    08-13555 (JMP)
                                              |
                                              |    (Jointly Administered)
                    Debtors.                  |
                                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     C/O FIR TREE, INC.                                   CLIFFORD CHANCE US LLP
     ATTN: SCOTT GANZEKAUFER                              ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P
     505 FIFTH AVENUE, 23RD FLOOR                         31 WEST 52ND STREET
     NEW YORK NY 10017                                    NEW YORK NY 10019

Please note that your claim # 50315-10 in the above referenced case and in the amount of
     $8,866,787.00      has been transferred **(unless previously expunged by court order)**

     BARCLAYS BANK PLC
     TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     745 Seventh Avenue
     New York NY 10019
     USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9011      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP          FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP                               C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTN: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                  505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                    NEW YORK NY 10017

Please note that your claim # 50315-10 in the above referenced case and in the amount of
     $8,866,787.00       has been transferred **(unless previously expunged by court order)**

                                                          BARCLAYS BANK PLC
                                                          TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
                                                          745 Seventh Avenue
                                                          New York NY 10019
                                                          USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9011      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
               Debtors.                 |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP<br>C/O FIR TREE, INC.<br>ATTN: SCOTT GANZEKAUFER<br>505 FIFTH AVENUE, 23RD FLOOR<br>NEW YORK NY 10017 | FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP<br>CLIFFORD CHANCE US LLP<br>ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. P<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 |

Please note that your claim # 50315-09 in the above referenced case and in the amount of
     $2,662,444.00       has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9012      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                        Debtors.               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
     CLIFFORD CHANCE US LLP
     ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ.
     31 WEST 52ND STREET
     NEW YORK NY 10019

FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP
C/O FIR TREE, INC.
ATTN: SCOTT GANZEKAUFER
505 FIFTH AVENUE, 23RD FLOOR
NEW YORK NY 10017

Please note that your claim # 50315-09 in the above referenced case and in the amount of $2,662,444.00    has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MAS
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9012    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                       |
                                       |    (Jointly Administered)
                    Debtors.           |
                                       |
_____|
```

                NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  FIR TREE VALUE MASTER FUND LP              FIR TREE VALUE MASTER FUND LP
           C/O FIR TREE, INC.                         CLIFFORD CHANCE US LLP
           ATTENTION: SCOTT GANZEKAUFER               ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
           505 FIFTH AVENUE, 23RD FLOOR               31 WEST 52ND STREET
           NEW YORK NY 10017                          NEW YORK NY 10019
```

Please note that your claim # 50316-14 in the above referenced case and in the amount of
      $14,997,598.00        has been transferred **(unless previously expunged by court order)**

```
           BARCLAYS BANK PLC
           TRANSFEROR: FIR TREE VALUE MASTER FUND LP
           745 Seventh Avenue
           New York NY 10019
           USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9013      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                           |                                    |
| In re                                     | Chapter 11 Case No.                |
|                                           |                                    |
| LEHMAN BROTHERS HOLDINGS INC., et al.,    | 08-13555 (JMP)                     |
|                                           |                                    |
|                              Debtors.     | (Jointly Administered)             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   FIR TREE VALUE MASTER FUND LP                           FIR TREE VALUE MASTER FUND LP
      CLIFFORD CHANCE US LLP                                  C/O FIR TREE, INC.
      ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
      31 WEST 52ND STREET                                     505 FIFTH AVENUE, 23RD FLOOR
      NEW YORK NY 10019                                       NEW YORK NY 10017

Please note that your claim # 50316-14 in the above referenced case and in the amount of
     $14,997,598.00      has been transferred **(unless previously expunged by court order)**

                                                              BARCLAYS BANK PLC
                                                              TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                                              745 Seventh Avenue
                                                              New York NY 10019
                                                              USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9013      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                        |    Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
                     Debtors.                |
                                             |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  FIR TREE VALUE MASTER FUND LP           FIR TREE VALUE MASTER FUND LP
             C/O FIR TREE, INC.                      CLIFFORD CHANCE US LLP
             ATTENTION: SCOTT GANZEKAUFER            ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
             505 FIFTH AVENUE, 23RD FLOOR            31 WEST 52ND STREET
             NEW YORK NY 10017                       NEW YORK NY 10019
```

Please note that your claim # 50316-13 in the above referenced case and in the amount of
          $15,074,160.00          has been transferred **(unless previously expunged by court order)**

```
        BARCLAYS BANK PLC
        TRANSFEROR: FIR TREE VALUE MASTER FUND LP
        745 Seventh Avenue
        New York NY 10019
        USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9014      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |    Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |    (Jointly Administered)
              Debtors.               |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FIR TREE VALUE MASTER FUND LP                FIR TREE VALUE MASTER FUND LP
     CLIFFORD CHANCE US LLP                       C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                          505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                            NEW YORK NY 10017
```

Please note that your claim # 50316-13 in the above referenced case and in the amount of
$15,074,160.00      has been transferred **(unless previously expunged by court order)**

```
                                            BARCLAYS BANK PLC
                                            TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                            745 Seventh Avenue
                                            New York NY 10019
                                            USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9014      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   FIR TREE VALUE MASTER FUND LP                     FIR TREE VALUE MASTER FUND LP
      C/O FIR TREE, INC.                                CLIFFORD CHANCE US LLP
      ATTENTION: SCOTT GANZEKAUFER                       ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
      505 FIFTH AVENUE, 23RD FLOOR                       31 WEST 52ND STREET
      NEW YORK NY 10017                                  NEW YORK NY 10019

Please note that your claim # 50316-12 in the above referenced case and in the amount of
      $10,422,315.00        has been transferred **(unless previously expunged by court order)**

      BARCLAYS BANK PLC
      TRANSFEROR: FIR TREE VALUE MASTER FUND LP
      745 Seventh Avenue
      New York NY 10019
      USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9015        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE VALUE MASTER FUND LP                      FIR TREE VALUE MASTER FUND LP
     CLIFFORD CHANCE US LLP                             C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10017

Please note that your claim # 50316-12 in the above referenced case and in the amount of
     $10,422,315.00       has been transferred **(unless previously expunged by court order)**

                                                        BARCLAYS BANK PLC
                                                        TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                                        745 Seventh Avenue
                                                        New York NY 10019
                                                        USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9015      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE VALUE MASTER FUND LP                    FIR TREE VALUE MASTER FUND LP
     C/O FIR TREE, INC.                               CLIFFORD CHANCE US LLP
     ATTENTION: SCOTT GANZEKAUFER                     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
     505 FIFTH AVENUE, 23RD FLOOR                     31 WEST 52ND STREET
     NEW YORK NY 10017                                NEW YORK NY 10019

Please note that your claim # 50316-11 in the above referenced case and in the amount of
     $28,296,847.00        has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: FIR TREE VALUE MASTER FUND LP
745 Seventh Avenue
New York NY 10019
USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9016      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  FIR TREE VALUE MASTER FUND LP              FIR TREE VALUE MASTER FUND LP
          CLIFFORD CHANCE US LLP                     C/O FIR TREE, INC.
          ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
          31 WEST 52ND STREET                        505 FIFTH AVENUE, 23RD FLOOR
          NEW YORK NY 10019                          NEW YORK NY 10017
```

Please note that your claim # 50316-11 in the above referenced case and in the amount of
    $28,296,847.00     has been transferred **(unless previously expunged by court order)**

```
                                                  BARCLAYS BANK PLC
                                                  TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                                  745 Seventh Avenue
                                                  New York NY 10019
                                                  USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9016     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
               Debtors.        |
                               |
_____
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE VALUE MASTER FUND LP                          FIR TREE VALUE MASTER FUND LP
     C/O FIR TREE, INC.                                     CLIFFORD CHANCE US LLP
     ATTENTION: SCOTT GANZEKAUFER                           ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
     505 FIFTH AVENUE, 23RD FLOOR                           31 WEST 52ND STREET
     NEW YORK NY 10017                                      NEW YORK NY 10019

Please note that your claim # 50316-10 in the above referenced case and in the amount of
    $46,969,407.00       has been transferred **(unless previously expunged by court order)**

          BARCLAYS BANK PLC
          TRANSFEROR: FIR TREE VALUE MASTER FUND LP
          745 Seventh Avenue
          New York NY 10019
          USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9017       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
                 Debtors.               |
                                        |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE VALUE MASTER FUND LP                      FIR TREE VALUE MASTER FUND LP
     CLIFFORD CHANCE US LLP                             C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                                505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10017

Please note that your claim # 50316-10 in the above referenced case and in the amount of
       $46,969,407.00        has been transferred **(unless previously expunged by court order)**

                                                        BARCLAYS BANK PLC
                                                        TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                                        745 Seventh Avenue
                                                        New York NY 10019
                                                        USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9017      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                        |
                                        |    (Jointly Administered)
            Debtors.                    |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  FIR TREE VALUE MASTER FUND LP              FIR TREE VALUE MASTER FUND LP
     C/O FIR TREE, INC.                         CLIFFORD CHANCE US LLP
     ATTENTION: SCOTT GANZEKAUFER               ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B.
     505 FIFTH AVENUE, 23RD FLOOR               31 WEST 52ND STREET
     NEW YORK NY 10017                          NEW YORK NY 10019

Please note that your claim # 50316-09 in the above referenced case and in the amount of
     $13,672,853.00        has been transferred **(unless previously expunged by court order)**

     BARCLAYS BANK PLC
     TRANSFEROR: FIR TREE VALUE MASTER FUND LP
     745 Seventh Avenue
     New York NY 10019
     USA

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9018        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                 Debtors.               |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FIR TREE VALUE MASTER FUND LP              FIR TREE VALUE MASTER FUND LP
     CLIFFORD CHANCE US LLP                     C/O FIR TREE, INC.
     ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ.   ATTENTION: SCOTT GANZEKAUFER
     31 WEST 52ND STREET                        505 FIFTH AVENUE, 23RD FLOOR
     NEW YORK NY 10019                          NEW YORK NY 10017
```

Please note that your claim # 50316-09 in the above referenced case and in the amount of
       $13,672,853.00        has been transferred **(unless previously expunged by court order)**

```
                                                BARCLAYS BANK PLC
                                                TRANSFEROR: FIR TREE VALUE MASTER FUND LP
                                                745 Seventh Avenue
                                                New York NY 10019
                                                USA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9018     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
                    Debtors.          |
                                      |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   JULIUS MEINL INVESTMENT GMBH
              NICOLE STREBINGER
              KAERTNER RING 2/5
              A-1010 VIENNA
              AUSTRIA

Please note that your claim # 46765 in the above referenced case and in the amount of
        $465,105.17        has been transferred **(unless previously expunged by court order)**

        CONTRARIAN FUNDS, LLC
        TRANSFEROR: JULIUS MEINL INVESTMENT GMBH
        ATTN: ALISA MUMOLA
        411 WEST PUTNAM AVENUE, SUITE 425
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9032        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

| Chapter 11 Case No.

| 08-13555 (JMP)

| (Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERLO LOPEZ, MARGARITA ROSA
     C/ MARIE CURIE 5
     7 ED. ALFA 3PTA.
     RIVAS- VACIAMADRID   28529
     SPAIN
```

Please note that your claim # 56054 in the above referenced case and in the amount of
$144,293.61       has been transferred **(unless previously expunged by court order)**

```
BANCO URQUIJO SBP, SA
TRANSFEROR: MERLO LOPEZ, MARGARITA ROSA
BANCO URQUIJO SBP - PLAZA
CATALUNA, 1
SABADELL    08201
SPAIN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9034       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                    |
In re                               |   Chapter 11 Case No.
                                    |
                                    |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                    |   (Jointly Administered)
                                    |
              Debtors.              |
                                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MERLO, EMILIO IZQUIERDO
             C/ MARIE CURIE 5
             7 ED. ALFA / 3PTA.
             RIVAS-VACIAMADRID    28529
             SPAIN

Please note that your claim # 56056 in the above referenced case and in the amount of
        $144,293.61       has been transferred **(unless previously expunged by court order)**

        BANCO URQUIJO SBP, SA
        TRANSFEROR: MERLO, EMILIO IZQUIERDO
        BANCO URQUIJO SBP - PLAZA
        CATALUNA, 1
        SABADELL    08201
        SPAIN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9035      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                              |
In re                         |   Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |   08-13555 (JMP)
                              |
                              |   (Jointly Administered)
                Debtors.      |
                              |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  JIMIENEZ, EMILIO IZQUIERDO
             C/ MARIE CURIE 5
             7 ED. ALFA 3PTA.
             RIVAS-VACIAMADRID    28529
             SPAIN

Please note that your claim # 56057 in the above referenced case and in the amount of
        $144,293.61        has been transferred **(unless previously expunged by court order)**

        BANCO URQUIJO SBP, SA
        TRANSFEROR: JIMIENEZ, EMILIO IZQUIERDO
        BANCO URQUIJO SBP - PLAZA
        CATALUNA, 1
        SABADELL    08201
        SPAIN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9036       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  INVERSIONES Y FABRICACIONES, S.L.
         C/ AUSIAS MARCH, NO 4
         PALMA DE MALLORCA    07003
         SPAIN

Please note that your claim # 44276 in the above referenced case and in the amount of
    $161,321.40      has been transferred **(unless previously expunged by court order)**

         BANCO URQUIJO SBP, SA
         TRANSFEROR: INVERSIONES Y FABRICACIONES, S.L.
         PLAZA DE CATALUNA 1
         SABADELL    08201
         SPAIN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9037      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re                                | Chapter 11 Case No.
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
|                                      | (Jointly Administered)
| Debtors.                             |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MERLO, PATRICIA IZQUIERDO
         C/ MARIE CURIE 5
         5-7 ED. ALFA 3 PTA.
         RIVAS VACIAMADRID    28529
         SPAIN

Please note that your claim # 56055 in the above referenced case and in the amount of
    $144,293.61       has been transferred **(unless previously expunged by court order)**

         BANCO URQUIJO SBP, SA
         TRANSFEROR: MERLO, PATRICIA IZQUIERDO
         BANCO URQUIJO SBP - PLAZA
         CATALUNA, 1
         SABADELL    08201
         SPAIN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9037      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| In re                                    | \| | Chapter 11 Case No.         |
|                                          | \| |                              |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   | \| | 08-13555 (JMP)              |
|                                          | \| |                              |
|                                          | \| | (Jointly Administered)      |
|                 Debtors.                 | \| |                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   EMBS INC
          16057 TAMPA PALMS BLVD
          W#222
          TAMPA FL 33647

Please note that your schedule in the above referenced case and in the amount of
        $4,030.00        has been transferred **(unless previously expunged by court order)**

          SIERRA LIQUIDITY FUND, LLC
          TRANSFEROR: EMBS INC
          2699 WHITE RD., SUITE # 255
          IRVINE CA 92614

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9042      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2010.

**EXHIBIT B**

TIME: 15:08:10
DATE: 05/18/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. MARCO, ESQ. AND DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | C/O HSBC BANK (CAYMAN) LIMITED P.O. BOX 1109, HSBC HOUSE 68 WEST BAY ROAD ATTN: JOHANN HILL, SCOTT AITKEN GEORGE TOWN, GRAND CAYMAN |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 USA |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS STRATHVALE HOUSE, NORTH CHURCH STREET PO BOX 1109 GEORGETOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS USA |
| BANCO URQUIJO SBP, SA | TRANSFEROR: INVERSIONES Y FABRICACIONES, S.L. PLAZA DE CATALUNA, 1 SABADELL, 08201 SPAIN |
| BANCO URQUIJO SBP, SA | TRANSFEROR: JIMIENEZ, EMILIO IZQUIERDO BANCO URQUIJO SBP - PLAZA CATALUNA, 1 SABADELL, 08201 SPAIN |
| BANCO URQUIJO SBP, SA | TRANSFEROR: MERLO LOPEZ, MARGARITA ROSA BANCO URQUIJO SBP - PLAZA CATALUNA, 1 SABADELL 08201 SPAIN |
| BANCO URQUIJO SBP, SA | TRANSFEROR: MERLO, EMILIO IZQUIERDO BANCO URQUIJO SBP - PLAZA CATALUNA, 1 SABADELL 08201 SPAIN |
| BANCO URQUIJO SBP, SA | TRANSFEROR: MERLO, PATRICIA IZQUIERDO BANCO URQUIJO SBP - PLAZA CATALUNA, 1 SABADELL 08201 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK SA/NV 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: MORGAN, LEWIS & BOCKIUS LLP ATTN: WILLIAM H. PARISH, JR. 1000 LOUISIANA STREET, SUITE 4000 HOUSTON TX 77002 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CARIMONTE HOLDING S.P.A. | ATTN: MR LUCIO CERARIO VIA INDIPENDENZA, 11 I-40121 BOLOGNA ITALY |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN ALPHA LONG CREDIT FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS L.P. | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CORPORATE LOAN FUND, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CITIBANK, N.A. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CITIBANK, N.A. | 2A0 KB CITIBANK ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: JULIUS MEINL INVESTMENT GMBH ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: ORANGE CAPITAL, LLC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| DEUTSCHE BANK SA/NV | WHITE & CASE LLP ATTN: EVAN HOLLANDER, ESQ 1155 AVE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE BANK SA/NV | TRANSFEROR: MARNIX 13-15 BRUXELLES 1000 BELGIUM |
| DEUTSCHE BANK SECURITIES INC. | 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| EMGS INC. | 16057 TAMPA PALMS BLVD W #223, TAMPA FL 33647 |
| FCP GROUPAMA DYNAMISME | AT GROUPAMA ASSET MANAGEMENT 58 BIS RUE LA BOETIE PARIS 75008 FRANCE |
| FCP GROUPAMA DYNAMISME | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| FCP GROUPAMA EQUILIBRE | AT GROUPAMA ASSET MANAGEMENT 58 BIS RUE LA BOETIE PARIS 75008 FRANCE |
| FCP GROUPAMA EQUILIBRE | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND | C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GOLDMAN SACHS & CO. | 30 HUDSON ST., 36TH FL JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | ATTN: DARREN LITTLEJOHN 85 BROAD STREET NEW YORK NY 10004 |
| GOLDMAN SACHS INTERNATIONAL | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS & CO. | SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS & CO. | PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

TIME: 15:08:10
DATE: 05/18/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| GOLDMAN, SACHS & CO. | TRANSFEROR: AGGREGATING TRUST 10, LLC 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HICKOX PLACE, LLC | TRANSFEROR: CARIMONTE HOLDING S.P.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN: ANNE M. PETERSON ONE HSBC CENTER, 27TH FLOOR BUFFALO NY 14203 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN: ANNE M. PETERSON ONE HSBC CENTER, 27TH FLOOR BUFFALO NY 14203 |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED 360 SOUTH PUDONG ROAD SHANGHAI 200120 PR CHINA |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED 2F, NEW SHANGHAI INTERNATIONAL 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA |
| INVERSIONES Y FABRICACIONES, S.L. | C/ AUSIAS MARCH, NO 4 PALMA DE MALLORCA 07003 SPAIN |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JIMENEZ IZQUIERDO, EMILIO | C/ MARIE CURIE 5 7 ED. ALFA 3PTA. RIVAS-VACIAMADRID 28529 SPAIN |
| JP MORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JP MORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 8, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 10, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN BANK PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 7,L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 8 L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A436 New |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW Y |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TRG GLOBAL OPPORTUNITY MASTER FUND, LTD. 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code: NY1-A4 |
| JULIUS MEINL INVESTMENT GMBH | NICOLE STREBINGER KARNTNER STRASSE 2/6 A-1010 VIENNA AUSTRIA |
| KNIGHT CAPITAL EUROPE LIMITED | TRANSFEROR: COMMERZBANK AG ATTN: SAM ROTHWELL 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM |
| M.H. DAVIDSON & CO. | TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLOGI C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES |
| MACQUARIE BANK LIMITED | TRANSFEROR: ENTE NAZIONALE DI PREVIDENZA ED ASSISTENZA PER GLI PSICOLOGI C/O MACQUARIE CAPITAL (USA) INC. C/O MACQUARIE CAPITAL (USA) INC |
| MERLO LOPEZ, MARGARITA ROSA | C/ MARIE CURIE 5 7 ED. ALFA, 3 PTA. RIVAS-VACIAMADRID 28529 SPAIN |
| MERLO, EMILIO IZQUIERDO | C/ MARIE CURIE 5 7 ED. ALFA, 3 PTA. RIVAS-VACIAMADRID 28529 SPAIN |
| MERLO, EMILIO IZQUIERDO | C/ MARIE CURIE 5 5-7 ED. ALFA 3 PTA. RIVAS-VACIAMADRID 28529 SPAIN |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CREDIT TOKYO SECURITIES CO, LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION SHERYL P. GIUGLIANO, ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: FCP GROUPAMA DYNAMISME 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: FCP GROUPAMA EQUILIBRE 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: FCP GROUPAMA DYNAMISME 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | HSBC BANK USA, NATIONAL ASSOCIATION 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| NOMURA INTERNATIONAL PLC | HSBC BANK USA, NATIONAL ASSOCIATION 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUN VSTMENT FUND, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: JP MORGAN CHASE BANK NA C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| ORANGE CAPITAL, LLC | ORANGE CAPITAL LLC ATTN: RUSSELL HOFFMAN 1370 AVENUE OF THE AMERICAS 26TH FLOOR NEW YORK NY 10019 |

```
TIME: 15:08:10                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    3
DATE: 05/18/10                                         CREDITOR LISTING
```

| Name | Address |
|------|---------|
| ORANGE CAPITAL, LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: RACHE CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR '009 |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFABER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10159 |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFABER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFABER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY |
| QUANTUM PARTNERS LTD. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFABER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY |
| RBS SECURITIES JAPAN LIMITED | TRANSFEROR: MIZUHO SECURITIES CO LTD ATTN: JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TO |
| SEA PORT GROUP SECURITIES LLC | TRANSFEROR: VARDE FUND VII-B, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES LLC | TRANSFEROR: VARDE FUND V-B, L.P., THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE FUND IX, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE FUND IX-A, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE FUND VIII, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE | CENTRAL MARKETS TRADING DIVISION 10-17 2-CHOME YAESU CHUO-KU TOKYO 104-0028 JAPAN |
| SIERRA LIQUIDITY FUND, LLC | EMBS INC 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION FUND II L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CPAITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC MARKET DISLOCATION MASTER FUND II | TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| THE FIRST UK BUS PENSION SCHEME | TRANSFEROR: WESTERN ASSET UK GBP CREDIT PLUS BOND FUND 10 EXCHANGE SQUARE PRIMROSE STREET LONDON EC2A 2EN |
| TOKAI TOKYO SECURITIES CO, LTD | 6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO 103-8275 JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | TOKAI TOKYO SECURITIES CO, LTD 17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO 104-8317 JAPAN |
| VARDE FUND IX, LP, THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND IX-A, L.P. | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND V-B, L.P., THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VII-B, LP, THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VIII, L.P. | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER/OLBROWN | RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS, L.P | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| WESTERN ASSET UK GBP CREDIT PLUS BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-5584 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ZAO K3 CITIBANK | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| ZAO K3 CITIBANK | ATTN: ZDENEK TUREK 8 GASHEKA STREET MOSCOW 125047 RUSSIAN FEDERATION |

```
Total Number of Records Printed        146
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153