WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                          :   Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                               :
                    Debtors.                   :   (Jointly Administered)
                                               :
                                               :
---------------------------------------------------------------x

**SUPPLEMENT TO DEBTORS' MOTION PURSUANT TO SECTIONS
105 AND 363 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF
BANKRUPTCY PROCEDURE 6004 AND 9019 FOR AUTHORIZATION TO
RESTRUCTURE CERTAIN TERMS OF THE ARCHSTONE CREDIT FACILITIES**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

      1.      On May 6, 2010, Lehman Brothers Holdings Inc. ("LBHI"), Lehman Commercial Paper Inc. ("LCPI") and their affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors," and collectively with their non-debtor affiliates, "Lehman") filed the motion, pursuant to sections 105 and 363 of the United States Code and Rule 6004(h) of the Federal Rules of Bankruptcy Procedure for authorization and approval of the restructuring of the Archstone credit facilities (the "Motion") [Docket No. 8836].[1] On May 18, 2010, the Debtors

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

filed notice of the Term Sheet (the "Notice") [Docket No. 9108], setting forth the terms of the Restructuring.

    2.  The Motion and the Notice indicate that the terms set forth in the Term Sheet had not been agreed to and are subject to agreement by Barclays and Bank of America. The Restructuring involves highly complicated transactions necessitating negotiations with numerous third parties. The Debtors believe the terms and conditions set forth in the Term Sheet are those under which such third parties will agree, and, indeed, since the filing of the Notice, Bank of America has agreed to the terms and conditions set forth in the Term Sheet. However, negotiations with the relevant third parties continue, and as a result, the transaction is not fully agreed to by all of such parties. Nevertheless, the terms and conditions set forth in the Term Sheet are those that the Debtors believe will ultimately govern the Restructuring. If the terms of the definitive documentation evidencing the transactions contemplated under the Restructuring are inconsistent in any material respect from those set forth in the Term Sheet, the Debtors will seek further relief from the Court to approve and authorize such documentation and the transactions contemplated thereby.

Dated: May 24, 2010
   New York, New York

                /s/ Shai Y. Waisman
                Shai Y. Waisman

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for the Debtors
                and Debtors in Possession