WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
---------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 25, 2010 AT 11:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.  UNCONTESTED MATTERS:**

1. Debtors' Motion for Authorization to Restructure Certain Terms of the Archstone Credit Facilities **[Docket No. 8836]**

    Response Deadline: May 20, 2010 at 4:00 p.m.

    Responses Received:

    A. Statement of Position and Reservation of Rights of Aurora Bank FSB **[Docket No. 9148]**

    B. Response of Woodlands Commercial Bank **[Docket No. 9151]**

    Related Documents:
    .
    C. Declaration of Shai Y. Waisman in Support of Order to Show Cause **[Docket No. 8835]**

    D. Order to Show Cause **[Docket No. 8841]**

    E. Notice of Filing of Term Sheet **[Docket No. 9108]**

    F. Supplement to Debtors' Motion **[Docket No. 9214]**

    G. Declaration of Jeffrey Fitts in Support of Debtors' Motion **[Docket No. 9216]**

    Status: Aurora Bank's and Woodlands Commercial Bank's reservations have been resolved and a reservation of rights has been added to the proposed order. This matter is going forward.

**II.  CLAIMS MATTERS:**

2. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Resolved Responses:

  A.  Response of Deep & Meera Sood Sagar **[Docket No. 8489]**

Related Documents: None.

Status: This matter is going forward.

3. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

 Response Deadline: May 3, 2010 at 4:00 p.m.

 Unresolved Responses:

  A.  Response of William Kuntz **[Docket No. 8805]**

 Resolved Responses:

  B.  Response of Christine Fichtl **[Docket No. 8803]**

 Reservation of Rights:

  C.  Response of Libyan Arab Foreign Investment Co. **[Docket No. 8609]**

  D.  Response of Interwind Corp f/k/a Skypower Corp **[Docket No. 8735]**

 Related Documents: None.

 Status: This matter is going forward.

4. Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 8008]**

 Response Deadline: May 3, 2010 at 4:00 p.m.

 Resolved Responses:

  A.  Response of Christine Fichtl **[Docket No. 8803]**

  B.  Response of OTP Supra Derivative Bond Fund **[Docket No. 8869]**

 Related Documents: None.

 Status: This matter is going forward.

5. Debtors' Eighth Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 8009]**

   Response Deadline: May 3, 2010 at 4:00 p.m.

   Resolved Responses:

   A. Response of Merchantil Commercebank, N.A. **[Docket No. 8689]**

   B. Response of Park Uy Kaesook **[Docket No. 8868]**

   Related Documents: None.

   Status: This matter is going forward.

6. Debtors' Ninth Omnibus Objection to Claims (Substantively Duplicative Claims) **[Docket No. 8010]**

   Response Deadline: May 3, 2010 at 4:00 p.m.

   Resolved Responses:

   A. Response of Rottnest Limited **[Docket No. 8866]**

   B. Response of US Bank National Association **[Docket No. 8759]**

   Related Documents: None.

   Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III. UNCONTESTED MATTERS:**

7. Notice of Presentment of Stipulation and Order Regarding Unclaimed Property Recovery Service, Inc.'s Agreements with Lehman Brothers Inc. **[Docket No. 3227]**

   Response Deadline: May 12, 2010 at 9:00 a.m.

   Responses Received:

   A. Objection/Observation of William Kuntz III **[Docket No. 3260]**

   B. Further Reply of William Kuntz III **[Received by Trustee's Counsel]**

Related Documents:

      C.     Trustee's Reply in Further Support of the Stipulation and Order **[Docket No. 3292]**

      D.     Correspondence from Paul Batista in Support of the Stipulation and Order **[Docket No. 3301]**

      E.     Notice of Hearing on the Stipulation and Order **[Docket No. 3286]**

Status: The Objection/Observation of William Kuntz III has been withdrawn. This matter is going forward uncontested.

## IV. ADJOURNED MATTERS:

8. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

    Response Deadline: May 5, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to June 16, 2010.

9. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Unresolved Responses:

          A.     Response of Paul Berlage **[Docket No. 8876]**

          B.     Response of Gisela Schultz **[Docket No. 8877]**

          C.     Response of Bernd & Renate Werneyer **[Docket No. 8893]**

          D.     Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

    Related Documents: None.

    Status: These matters have been adjourned to June 29, 2010.

10. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

   Response Deadline: May 3, 2010 at 4:00 p.m.

   Unresolved Responses:

   A. Response of Gisela Schultz **[Docket No. 8877]**

   B. Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

   C. Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

   D. Response of Irmgard Wiecorek **[Docket No. 8883]**

   E. Response of Uwe Schaper **[Docket No. 8885]**

   F. Response of Korinna Schwerdt **[Docket No. 8886]**

   G. Response of Juergen Klein **[Docket No. 8887]**

   H. Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

   I. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

   J. Response of Manuel Freude **[Docket No. 8895]**

   K. Response of Dietmar Reinartz **[Docket No. 8896]**

   L. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

   M. Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

   N. Response of Wilfried Uttendorf **[Docket No. 8899]**

   O. Response of Gerd Meyer **[Docket No. 8900]**

   P. Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

   Q. Response of Marvin Schwerdtfeger **[Docket No. 8904]**

   R. Response of Martin Kuemmel **[Docket No. 8905]**

   S. Response of Marlies Wagner **[Docket No. 8906]**

| | | |
|---|---|---|
| | T. | Response of Walter & Siegrid Mosch **[Docket No. 8907]** |
| | U. | Response of Gertrud Styra **[Docket No. 8908]** |
| | V. | Response of Bernhard Koenner **[Docket No. 8909]** |
| | W. | Response of Uwe Schoenwaelder **[Docket No. 8910]** |
| | X. | Response of Friz & Marga Fickenscher **[Docket No. 8911]** |
| | Y. | Response of Hanspeter Wittig **[Docket No. 8912]** |
| | Z. | Response of Peter Huen **[Docket No. 8913]** |
| | AA. | Response of Hans-Dieter Olsberg **[Docket No. 8914]** |
| | BB. | Response of Eva Schwabmueller **[Docket No. 8915]** |

Related Documents: None.

Status: These matters have been adjourned to June 29, 2010.

11. Motion of Shinhan Investment Corp. for Entry of an Order Determining that its Proof of Claim, as Amended, be Deemed Timely Filed **[Docket No. 8584]**

   Response Deadline: May 18, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Declaration of Nam Koong, Hoon in Support of Motion of Shinhan Investment Corp. **[Docket No. 8591]**

   Status: This matter has been adjourned to June 29, 2010.

Dated: May 24, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: May 24, 2010
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.