UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                ) Case No. 08-13555-jmp
                                      ) Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,        )
    et al.,                           )             MAY 24 2010
                                      ) Jointly Administered
    Debtors.                          )

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gabriel I. Chacon, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the State of New Jersey, Division of Taxation and the New Jersey Economic Development Authority, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the States of New Jersey and Pennsylvania and the bar of the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Gabriel I. Chacon (GC5144)
Deputy Attorney General
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625-0106
(609)292-6028
(609)984-2523
gabriel.chacon@dol.lps.state.nj.us

Dated: 5/17/2010