UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                                                          :       Chapter 11 Case No.
                                                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :       08-13555 (JMP)
                                                                                                  :
           Debtors.                                                                    :       (Jointly Administered)
                                                                                                  :
------------------------------------------------------------------------x       Ref. Docket Nos. 9171 - 9173

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 21, 2010, I caused to be served the:

   a. "Notice of Forty Ninth Supplemental List of Ordinary Course Professionals," dated May 21, 2010 [Docket No. 9171], (the "Notice"),

   b. "Affidavit and Disclosure Statement of Larry W. Stark, on Behalf of NVC, Inc.," dated May 20, 2010 [Docket No. 9172], (the "NVC Affidavit"), and

   c. "Affidavit and Disclosure Statement of John Patrick Brown, Jr., on Behalf of Greenstein Delorme & Luchs, P.C.," dated May 18, 2010 [Docket No. 9173], (the "Greenstein Affidavit"),

   by causing true and correct copies of the:

   i. Notice, NVC Affidavit and Greenstein Affidavit, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Notice, NVC Affidavit and Greenstein Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   iii. NVC Affidavit, to be delivered via electronic mail to Lstark@nvc.com, and

   iv. Greenstein Affidavit to be delivered via electronic mail to ljg@gdllaw.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Eleni Kossivas*

Sworn to before me this                                          Eleni Kossivas
24th day of May, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\OCP Service_DI_9171 - 9173 5-21-10.doc

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT B**

**Exhibit B - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com