**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (JMP)
                                                    :
                            Debtors.                :    (Jointly Administered)
------------------------------------------------------------------x

**SEVENTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE**
**IN CONNECTION WITH RETENTION AND EMPLOYMENT OF**
**MILBANK, TWEED, HADLEY & McCLOY LLP AS COUNSEL TO**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

STATE OF CALIFORNIA       )
                          )   SS.:
COUNTY OF LOS ANGELES     )

ROBERT JAY MOORE, being duly sworn, says:

1. I submit this Seventh Supplemental Affidavit (the "Affidavit") on behalf of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as a supplement to the Initial Affidavit, sworn to on October 21, 2008, the First Supplemental Affidavit, sworn to on November 13, 2008, the Second Supplemental Affidavit, sworn to on January 30, 2009, the Third Supplemental Affidavit, sworn to on May 29, 2009, the Fourth Supplemental Affidavit sworn to on July 20, 2009, the Fifth Supplemental Affidavit, sworn to on December 23, 2009, and the Sixth Supplemental Affidavit, sworn to on March 18, 2010 (collectively, the "Prior Affidavits"),[1] pursuant to sections 328 and 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern District

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "Application") (Docket No. 1165).

of New York, in connection with Milbank's retention as counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee" or the "Committee") of Lehman Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-Debtor affiliates, "Lehman") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

        2.        I am a partner in the Financial Restructuring Group of Milbank and a member of the Task Force[2] established to oversee the continuing process of identifying to the fullest extent possible all connections that Milbank, its attorneys, and its employees had in the past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest in the Chapter 11 Cases and to gather the information required to complete this Affidavit. I have consulted with, and relied upon the input obtained from, the members of the Task Force, and I, or other members of the Task Force, have knowledge of all facts described herein.

        3.        Unless otherwise stated in this Affidavit, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[3] In preparing this Affidavit, I used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things, applied those procedures to parties that have filed notices of appearance and pleadings in the Chapter 11 Cases, a list of parties generated by Milbank's frequent internal inquiries, and a list prepared by the Debtors' counsel and provided to Milbank.

## Milbank's Retention

        4.        The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr.

---

[2] The current members of the Task Force are David S. Cohen, L. Douglas Harris, Robert J. Moore, and Risa M. Rosenberg.

[3] Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

2

P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket. No. 1654).

5. In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants. As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

**Milbank's Additional Connections with Debtors and Parties in Interest**

6. Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7. Except as set forth below and in the Prior Affidavits, to the best of my knowledge: (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank (i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any other known party in interest, or their respective attorneys and accountants and (ii) consistent with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11 Cases any other entity having an adverse.

8.  Except as set forth in this paragraph, and the related paragraphs in the Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern District of New York.  In addition to the matters set forth in the Prior Affidavits, certain Milbank attorneys have relatives, spouses, or domestic partners who are employed by the counsel to the Debtors or other parties in interest or by the courts of the Southern District of New York, as follows:  (i) the brother of a Milbank associate is a commodities trader with The Goldman Sachs Group, Inc.; (ii) the brother-in-law of a Milbank associate is a manager of a subsidiary of Inverness Medical Innovations, Inc.; (iii) the spouse of a Milbank associate is an attorney with Paul, Hastings, Janofsky & Walker LLP; (iv) a Milbank associate's cousin is an employee of the Bank of New York Mellon Corp.; (v) a Milbank associate's brother is an employee of WestLB AG; (vi) the nephew of a partner of Milbank has a job offer from White & Case LLP; (vii) the spouse of a Milbank associate works for Société Générale; and (viii) the father of a Milbank associate works for Deloitte & Touche LLP.  Additionally, (i) a Milbank associate previously worked as a paralegal for Cravath, Swaine & Moore LLP and assisted in the representation of Deloitte & Touche LLP in a lawsuit filed by the shareholders of Adelphia Communications Corporation; (ii) a Milbank associate previously worked as a paralegal for Skadden, Arps, Slate Meagher & Flom LLP and assisted in that firm's long term representation of Citigroup, Inc.; (iii) a Milbank associate previously worked as a paralegal for Dewey Ballantine LLP; (iv) a Milbank associate previously interned in the Federal Home Loan Bank of Atlanta; (v) a Milbank associate previously worked as a paralegal for Davis Polk & Wardwell LLP; (vi) a Milbank associate previously worked for both Linklaters LLP and Skadden, Arps, Slate Meagher & Flom LLP; (vii) a Milbank associate is a former intern in the legal department of the Royal Bank of Canada; (viii) a Milbank associate formerly worked as a paralegal for Sidley Austin LLP; (ix) a

Milbank associate previously worked as consultant for Accenture; and (x) a Milbank associate previously worked as an intern for Metropolitan Life Insurance Company. Additionally, (i) an incoming Milbank associate previously represented Cascade Investment LLC as a swap counterparty in the Chapter 11 Cases; and (ii) an incoming Milbank associate, while associated with Morgan, Lewis & Bockius LLP, previously represented (a) the following parties in interest in connection with the Chapter 11 Cases or SIPA Proceedings: (i) Lehman Brothers International (Europe), (ii) various affiliates of BNP Paribas, (iii) Citadel Broadcasting Corporation, (iv) University of Florida Investment Corporation, (v) Cardif Assicurazioni SpA, (vi) Cardif Life Insurance Company, (vii) Cardif Property and Casualty Insurance Company, (viii) Cardif Lux International SA, (ix) Clifton Group Investment Management Company, (x) CooperNeff Master Fund I Segregated Portfolio Company SPC, (xi) Darnell Limited, Fischer Francis Trees & Watts, Inc., (xii) Meteor Asset Management Limited, (xiii) Prudential Investment Management - Fixed Income, (xiv) Julie Shapiro, (xv) Deutsche Investment Management Americas Inc. and (xvi) Schweizerische Unfallversicherungsansstalt; and (b) the following parties in interest in matters unrelated to the Chapter 11 Cases and SIPA Proceedings: (i) an affiliate of American Airlines, Inc., (ii) JPMorgan Chase Bank, N.A., (iii) Mellon Bank, N.A., (iv) Mitsubishi Corporation, (v) Philadelphia Museum of Art, (vi) Prudential Insurance Company of America, (vii) Sun Capital Partners, Inc., (viii) Wachovia Bank, N.A, and (ix) King Street Capital Management LLC. Additionally, a Milbank summer associate is a former intern to the Honorable Judge James M. Peck and the husband of a Milbank associate is a summer associate with Barclays Capital Inc. In each foregoing instance the applicable Milbank attorney and/or employee will not be assigned to any matters in these Chapter 11 Cases that involve the respective parties in interest, and has been advised in writing of, and directed to maintain, his or her duty of confidentiality with respect to client matters.

9. To the best of my knowledge, neither Milbank nor any attorney or employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except as described in the Application and Prior Affidavits.

10. As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date. Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank. Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

Connections with Creditors and Other Parties in Interest, Counterparties

11. Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

12. Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

6

13. Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Fifth Supplemental Potential Party List"), and includes entities that have appeared as creditors or parties in interest in the Chapter 11 Cases or related proceedings, or that have been involved in transactions and other matters involving the Debtors since the Initial Petition Date. Exhibit B to this Affidavit sets forth a list of the current and former clients of Milbank that was generated in connection with the Fifth Supplemental Potential Party List.[4] To the extent that the interests of the Creditors' Committee and a known Milbank client in an unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a waiver from such client or the conflicts matter will be handled by Conflicts Counsel. If any litigation arises between the Creditors' Committee and any of these clients in connection with the Chapter 11 Cases, the Creditors' Committee will be represented by Conflicts Counsel in such litigation.

[Remainder of Page Intentionally Left Blank]

---

[4] To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and their relationships are not included herein.

7

14. Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits. As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.

_____
ROBERT JAY MOORE

Sworn to before me this ___ day
of _____

_____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of LosAngeles } ss.

On 5/25/10, before me, Bonita J. Paul Notary Public
      Date                             Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _____
                                            Name(s) of Signer(s)

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence

[Notary seal: BONITA J. PAUL, Commission # 1779251, Notary Public - California, Los Angeles County, My Comm. Expires Nov 10, 2011]

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Bonita J. Paul_
Signature of Notary Public

Place Notary Seal Above

─────────────── OPTIONAL ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

# EXHIBIT A[1]

# Potential Parties In Interest

---

[1] Certain parties in interest were researched to assess whether any connections arose since the filing of the Prior Affidavits.

1. 801 Grand CDO
2. AB Svensk Exportkredit
3. Abu Dhabi Investment Authority
4. Access Flex High Yield Fund
5. Access VP High Yield Fund
6. Acton Estates, LLC
7. AG Financial Products, Inc.
8. Aladdin Relative Value Credit Master Fun Limited
9. Alliance Laundry Equipment Receivables 2005 LLC
10. Almtaler Volksbank
11. Alta CDO
12. AM International E Mac 63 Limited
13. America's Servicing Company
14. American Express
15. American Express Travel Related Services Co., Inc.
16. Anne E. Miller-Hulbert
17. Anthony J. Napolitano & Associates
18. Anton R. Valukas (Examiner)
19. AT&T Services Inc.
20. Australia National Bank
21. Autonomy Capital Research LLP
22. Autonomy Master Fund Limited
23. Autonomy Rochevera One Limtied
24. Aviva Assicurazioni S.p.A.
25. Aviva Italia S.p.A.
26. Aviva Life S.p.A.
27. Aviva Previdenza S.p.A.
28. Aviva S.p.A.
29. Aviva Vita S.p.A.
30. Banca Akros S.p.A
31. Banca Carige, S.p.A.
32. Banca Monte dei Paschi di Seina S.p.A.
33. Banca Popolare di Milano Societa Coopertiva a r.l.
34. Banco Banif, S.A.
35. Banco Bilbao Vizcaya Argentaria, S.A.
36. Banco Inversis, S.A
37. Banco Popolare Societa Coopertiva
38. Banco Popular de Puerto Rico
39. Banco Popular Espanol, S.A.
40. Banif-Banco de Investimento, S.A.
41. Bank of New York Mellon Trust Company, N.A.
42. Bank of Nova Scotia
43. Barclays Bank PLC
44. Barclays Global Investors National Association
45. Barton Springs CDO
46. Basso Capital Management L.P.
47. Bats Holdings, Inc.
48. Beaver Country Day School (The)
49. Benetton Group
50. Benetton International
51. Best Karpet
52. BHCO Master
53. BKW FMB Energie SA
54. Black River (as Black River Asset Management)
55. Black River Asia Fund Ltd.
56. Blue Angel Claims, LLC
57. Blue Point CDO
58. BlueMountain Capital Management LLC
59. BMO Nesbitt Burns, Inc
60. Brookfield Properties One WFC Co. LLC
61. Burleson, ISD
62. Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
63. Canyon Value Realization Mac 18 Ltd
64. Cap Gemini Financial Services USA, Inc
65. Capital One, N.A.
66. Carlyle Credit Partners Master Fund
67. Carlyle High Yield Partners IX, Ltd.
68. Carlyle Loan Investment
69. Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
70. CASAM ADI CD Arbitrage Fund Limited
71. Casam Adi Cd Arbitrage Fund Limited
72. Centerbridge Credit Partners LP
73. Centerbridge Credit Partners Master LP
74. Ceradyne, Inc.
75. Charles River School (The)
76. Cherry Hill CDO
77. Chinatrust Commercial Bank, et al.
78. Chris or Nancy Stovic
79. Christine Coleman
80. Chun Ip
81. City of San Antonio, acting by and through its City Public Service Board
82. City-Yuwa Partners
83. Compass Bank
84. Concordia Mac 29 Ltd
85. Corporation Trust Company
86. Corus Bank, N.A.
87. County of Westchester
88. CVI GVF (Lux) Master S.a.r.l.

89. D.E. Shaw Composite Portfolios, LLC
90. D.E. Shaw Oculus Portfolios, LLC
91. DCFS Trust
92. Dell Global B.V.
93. Delta Coves Venture, LLC
94. Department of Labor and Industries
95. Deutsche Postbank AG
96. Deutscher Sparkassen Und Giroverband (The)
97. Dexia Credit Local
98. Dexia Deutschland
99. Dexia Kommunalbank Deutschland AG
100. Digna Sanchez
101. Dr. Monika Thuermer-Grant
102. E*TRADE Bank
103. Easdaq N.V. (Artur Fischer)
104. Easton Investments II
105. Eaton Corporation
106. Eletrabel n.v./s.a.
107. Empiricurve Fund Limited
108. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
109. Eric and Margaret Mace-Tessler
110. European Credit (Luxembourg) S.A.
111. European Credit Management Limited
112. Eurosai Finanziaria Partecipazioni S.r.l.
113. Evergreen Investment Management Company, LLC
114. Evergreen Investment Management Company, LLC
115. EXCO Operating Company, LP
116. Falling US Dollar Profund
117. Federal Home Loan Bank of Cincinnati /Federal Home Loan Bank
118. Federal Home Loan Bank of New York
119. Federal Home Loan Mortgage Corp
120. Federal Reserve Bank of New York
121. Florida Gulf Coast University Corporation
122. FOLIOfn Investment, Inc.
123. Franklin Lincoln National Corporation
124. Freedom Park CDO
125. Fullerton Drive CDO
126. Galileo Fund Limited
127. Galliard Capital Management
128. Garfield County, Colorado
129. Gaselys
130. George E. Di Russo
131. GFA I LLC
132. GHB Karnten AG
133. Gilmartin, Poster & Shafto LLP
134. Glencore Commodities Ltd.
135. Goldman Sachs (Asia) Finance
136. Goldman Sachs (Japan) Ltd.
137. Goldman Sachs Asset Management International,
138. Goldman Sachs Asset Management, L.P.
139. Goldman Sachs Bank USA
140. Goldman Sachs Credit Partners
141. Goldman Sachs International
142. Goldman Sachs International Bank, Seoul Branch
143. Goldman Sachs Japan Co. Ltd.
144. Goldman Sachs Lending Partners LLC
145. Goodmorning Shinhan Securities Co., Ltd.
146. Green Tree Servicing LLC
147. Greystone CDO
148. Greywolf Capital Management L.P.
149. GS Investment Strategies, LLC
150. GSEF Al Nawras (Cayman) Limited
151. GSW Grundbesitz GmbH & Co. KG
152. Harpen Immobilien GmbH & Co. KG
153. Hartfield Fund Limited
154. Hebron Academy Incorporated
155. Highland Capital Management, L.P.
156. Home Loan Mortgage Corporation
157. Hudson Castle Group
158. ICCREA / Instituto Centrale Delle Banche Di Credito Coopertivo
159. International Business Machines Corporation
160. International Swaps and Derivatives Association, Inc.
161. Investkredit AG
162. Ironbridge Aspen Collection, LLC
163. Ironbridge Homes, LLC
164. Ironbridge Mountain Cottages, LLC
165. Jason Wallace
166. Jefferson Valley CDO
167. JMG Capital Partners, LP
168. JMG Triton Offshore Fund Limited
169. Johnson, Killen & Seiler
170. Juice Energy, Inc.
171. Jurgen Lindermann
172. Jyske Bank A/S
173. Kalaimoku-Kuhio Development Corp.
174. Kantatsu Co. Ltd.
175. Kensington International Limited
176. KeyBank National Association

2

177. KFW Bankengruppe
178. Kings River
179. Kirby Estates, LLC
180. Korea Development Bank
181. Kroger Co. (The)
182. Lakeview CDO
183. Landwirtschaftliche Rentenbank
184. Laplace Fund Equities Limited (from)
185. LB Rose Ranch LLC
186. LB/L SunCal Northlake. LLC
187. LB/L-SunCal Oak Valley, LLC
188. Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
189. Leveraged Loans Europe & Term Loans Europe
190. Levine Leichtman Capital Partners Deep Value Fund, L.P.
191. Litton Loan Servicing Limited Partnership
192. Longacre Master Fund Ltd
193. Longacre Opportunity Fund, L.P.
194. LSF6 Mercury REO Investments Trust Series 2008-1
195. M&G Investment Management Limited
196. Majestic Fund Limited
197. Manufacturers and Traders Trust Company
198. Massdevelopment/Saltonstall Building Redevelopment Corporation
199. Matthew Hudson
200. Mclennan County
201. Mediolanum Vita S.p.A.
202. Merrill Lynch Credit Products
203. Merrill Lynch Japan Securities Co. Ltd.
204. Michigan Department of Treasury
205. Millenium Management
206. Millenium Partners
207. Millenium USA
208. Millennium Management
209. Millennium Partners
210. Millennium USA
211. Minnesota Masonic Home Care Center
212. Mitsui-MOL
213. Mizuho Investors Securities Co., Ltd.
214. Mizuho Trust & Banking (Luxembourg S.A.)
215. Mortgage Electronic Registration Systems, Inc
216. National Agricultural Cooperative Federation
217. National Australia Bank Limited
218. Natl Australia Bank Limited
219. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond
220. Neuberger Berman LLC
221. New Central Avenue, LLC
222. New York State Common Retirement Fund
223. Newport Global Credit Fund (Master) L.P.
224. Newport Global Opportunities Fund LP
225. Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
226. Niederosterreich-Mitte
227. Nomura International PLC and its affiliates
228. Norma Delepine
229. North Orange Del Rio Land, LLC
230. NYFIX, Inc.
231. OCM Opportunities Fund VII Delaware, L.P.
232. Office of the U.S. Trustee
233. Optim Energy, LLC (f/k/a Energy Co., LLC)
234. Palmdale Hills Property, LLC
235. Pantera Vive CDO
236. Passavant Memorial Area Hospital Association
237. Patricia O'Reilly
238. PB Capital Corporation
239. Penn Convention Center Authority
240. PEP Credit Investor L.P.
241. Picbengro LLC
242. Pioneer Europe Mac 70 Ltd
243. Polaris Software Lab Limited
244. Popular Gestion S.G.I.I.C., S.A.
245. Providence TMT Special Situations Fund L.P.
246. PT Bank Negara Indonesia
247. Public Bank Berhad
248. Punjab National Bank
249. Putnam Investments, LLC and Affiliates
250. Randolph H. Emerson
251. Raymond F. Kravis Center for Performing Arts (The)
252. Relative European Value S.A.
253. Retirement Housing Foundation
254. Robania CDO
255. Robert A. Schoellhorn Trust
256. Ross Financial Company

Going:

257. Rosslyn Investors, I LLC
258. Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
259. RWE
260. RWE Supply & Trading GmbH
261. SCC Acquisitions
262. SCC Communities LLC / SSC
263. SCC/Palmdale LLC
264. Securitized Product of Restructured Collateral Limited
265. Securitized Product of Restructured Collateral Ltd
266. SEGREGATED PORTFOLIO SPRC D-FORCE
267. Seneca Center
268. Seven Brothers, LLC
269. Shapiro & DiCaro LLP
270. Shiga Bank, Ltd. (The)
271. Shinhan Investments / Shinhan
272. Short Credit Master Fund, LP
273. Simeon Moreno
274. SJD Development Com.
275. SJD Partners, Ltd.
276. Smolanksy Fund Limited
277. Solar V CDO
278. Springfield Associates LLC
279. Sprint Solutions, Inc
280. State Bank of Long Island
281. State of Arizona ex rel Arizona State Treasurer
282. Steven G. Holder Living Trust
283. Steven M. Speier
284. Stone & Youngberg
285. Stony Hill CDO
286. Stowe CDO
287. SunCal Beaumont Heights
288. SunCal Bickford Ranch, LLC
289. SunCal Communities I, LLC
290. SunCal Communities III, LLC
291. SunCal Emerald Meadows, LLC
292. SunCal Heartland LLC
293. SunCal Johannson Ranch. LLC
294. SunCal Marblehead, LLC
295. SunCal Oak Knoll, I,LC
296. SunCal PSV, LLC
297. SunCal Summit Valley, LLC
298. SunCal Torrance LLC
299. SunGard Asset Management Systems LLC
300. SunGard Availability Services LP
301. SunGard Business Integration Ltd.
302. SunGard Expert Solutions LLC
303. SunGard Institutional Brokerage Inc.
304. SunGard Investment Systems LLC
305. Sunset Park CDO
306. Sutherland Asbill & Brennan LLP
307. TABXSPOKE SEGREGATED PORTFOLIO
308. Taconic Capital Partners 1.5 L.P.
309. Taconic Opportunity Fund L.P.
310. Tavares Square CDO
311. Taylor Creek
312. Teachers' Retirement System of the State of Illinois
313. Tesoro SF, LLC / Tesoro
314. Tetra Tech, Inc.
315. The Commonwealth Of Pennsylvania
316. The Related Companies
317. THL Equity Advisors VI
318. Thomas H. Lee Equity Fund VI
319. Tom Wolf
320. TPG-Austin Portfolio Holdings LLC
321. Tradewinds II CDO
322. Trinitas Hospital
323. TriOptima AB
324. U.S. Bank National Association
325. UBS AG
326. US AG Bank
327. US Securities and Exchange Commission
328. Versorgungswerk der Apothekerkammer Nordrheim
329. Volksbank Aichfeld-Murboden
330. Volksbank Bad Goisern
331. Volksbank Enns-St. Valentin
332. Volksbank Feldkirchen
333. Volksbank Gmuend
334. Volksbank Graz-Bruck
335. Volksbank Obersdorf-Wolkersdorf-Dt
336. Volksbank Oetscherland
337. Volksbank Osttirol
338. Volksbank Ried im Innkreis
339. Volksbank Schaerding
340. Volksbank Slovenia
341. Volksbank Tullnerfeld eG
342. Volksbank Voklabruck-Bmunden e.Gen
343. Vox Place CDO
344. Wagram
345. Waterstone Market Neutral Mac 51 Ltd
346. WCG Master Fund
347. West Liberty Care Center
348. Western Digital Corporation

349. Westernbank Puerto Rico
350. WH 2005 / NIAM III East Holding OY
351. White Marlin CDO 2007-1
352. WSG Development Co.
353. Zwinger Opco 6 BV

# EXHIBIT B

## Connections To Potential Parties In Interest[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Abu Dhabi Investment Authority | Former client on unrelated matters | Potential party in interest |
| Aviva Life S.p.A. | Affiliate of current client on unrelated matters | Potential party in interest |
| Banco Bilbao Vizcaya Argentaria, S.A. | Current client on unrelated matters | Potential party in interest |
| Basso Capital Management L.P. | Former client on unrelated matters | Potential party in interest |
| Black River Asia Fund Ltd. | Affiliate of former client of Milbank attorney on unrelated matters | Potential party in interest |
| DCFS Trust | Affiliate of former client on unrelated matters | Potential party in interest |
| Deutsche Bank Trust Company Americas | Current client on unrelated matters | Potential party in interest |
| Dexia Credit Local | Current client on unrelated matters | Potential party in interest |
| European Credit Management Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Evergreen Investment Management Company, LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| Galliard Capital Management | Affiliate of current client on | Potential party in interest |

---

[1] To the extent parties in interest have already been searched and disclosed in connection with the Prior Affidavits and the Exhibits thereto and their relationships have not changed, such parties and their relationships are not included herein.

[2] A "current client" is an entity for which there are, as of the Petition Date or as of the date of this Affidavit, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date and as of the date of this Affidavit, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| | unrelated matters | |
| Goldman Sachs (Asia) Finance | Current client on unrelated matters | Potential party in interest |
| Goldman Sachs Asset Management, L.P. | Former client on unrelated matters | Potential party in interest |
| Goldman Sachs Bank USA | Current client on unrelated matters | Potential party in interest |
| Goldman Sachs Credit Partners | Current client on unrelated matters | Potential party in interest |
| Goldman Sachs International | Current client on unrelated matters | Potential party in interest |
| Goldman Sachs Japan | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Highland Capital Management L.P. | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| International Swaps and Derivatives Association, Inc. | Current client on unrelated matters | Potential party in interest |
| JMG Capital Partners, LP | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| KeyBank National Association | Current client on unrelated matters | Potential party in interest |
| KFW Bankengruppe | Current client on unrelated matters | Potential party in interest |
| Korea Development Bank | Former client on unrelated matters | Potential party in interest |
| Levine Leichtman Capital Partners Deep Value Fund, L.P. | Current client on unrelated matters | Potential party in interest |
| Manufacturers and Traders Trust Company | Current client on unrelated matters | Potential party in interest |
| Merrill Lynch Credit Products | Former client on unrelated matters | Potential party in interest |

2

| **Party In Interest** | **Relationship With Milbank[2]** | **Relationship With Debtors** |
|---|---|---|
| Merrill Lynch Credit Products | Affiliate of current client on unrelated matters | Potential party in interest |
| Merrill Lynch Japan Securities Co. Ltd. | Affiliate of current client on unrelated matters | Potential party in interest |
| New York Life Insurance Company | Former client on unrelated matters | Potential party in interest |
| Newport Global Credit Fund (Master) L.P. | Affiliate of former client on unrelated matter | Potential party in interest |
| Newport Global Opportunities Fund LP | Affiliate of former client on unrelated matter | Potential party in interest |
| Nomura International PLC | Current client on unrelated matter | Potential party in interest |
| Punjab National Bank | Former client on unrelated matters | Potential party in interest |

3