**Presentment Date and Time:** June 2, 2010 at 12:00 p.m. (Prevailing Eastern Time)
**Objection Deadline:** June 1, 2010 at 4:00 p.m. (Prevailing Eastern Time)
**Hearing Date and Time (Only if Objection Filed):** June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WILMER CUTLER PICKERING HALE AND DORR LLP
Peter J. Macdonald
Jeannette K. Boot
Charu Chandrasekhar
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8800
Fax. (212) 230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
Craig Goldblatt
Lisa Ewart
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 663-6000
Fax. (202) 663-6363

Attorneys for Intel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **LEHMAN BROTHERS HOLDINGS INC.,** *et al*. <br><br> **Debtors.** | **Chapter 11** <br><br> **Case No. 08-13555 (JMP)** <br><br> **(Jointly Administered)** |

**NOTICE OF PRESENTMENT OF STIPULATION GOVERNING**
**THE PRODUCTION OF CONFIDENTIAL MATERIALS**

PLEASE TAKE NOTICE that the undersigned will present the attached proposed Stipulation and Order Governing the Production of Confidential Materials entered into by and between Lehman Brothers Holdings, Inc. together with its jointly-administered affiliated debtors as debtors and debtors in possession and Intel Corporation to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **June 2, 2010, at 12:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Stipulation and Order must comply with the Amended Case Management Order, Federal Rules of Bankruptcy Procedures, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (*available at* www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Potable Document Format (PDF), Microsoft Word or any other Windows-based word processing format, and shall be served upon: (1) the chambers of the Honorable James M. Peck, Alexander Hamilton Customs House, One Bowling Green, Courtroom 601, New York, New York 10004; (2) Jones Day, 222 East 41st Street, New York, New York 10017-6702 (Attn: Jayant W. Tambe, Aviva Warter Sisitsky, Michael D. Silberfarb, and Nina Yadava), attorneys for the Debtors; (3) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus), attorney for the Debtors; (4) the Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (5) Milbank, Tweed Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan R. Fleck), attorneys for the Official Committee of Unsecured Creditors; (6) the attorneys for any other official committee(s) that may be appointed in these chapter cases; and (7) Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022 (Attn: Peter J. Macdonald, Jeannette K. Boot, and Charu Chandrasekhar), and Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006 (Attn: Craig Goldblatt

and Lisa Ewart), attorneys for Intel Corporation; so as to be filed and received by **June 1, 2010 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline")**.**

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served, a hearing will be held to consider the proposed Stipulation and Order on **June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, Alexander Hamilton Customs House, One Bowling Green, Courtroom 601, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default. If no objections are received by the Objection Deadline, the proposed Stipulation and Order may be signed and entered by the Bankruptcy Court.

Dated: May 26, 2010  
Washington, D.C.

INTEL CORPORATION

By: /s/ Craig Goldblatt  
Peter J. Macdonald  
Jeannette K. Boot  
Charu Chandrasekhar  
Wilmer Cutler Pickering Hale and Dorr LLP  
399 Park Avenue  
New York, NY 10022  
Tel. (212) 230-8800  
Fax (212) 230-8888

Craig Goldblatt  
Lisa Ewart  
Wilmer Cutler Pickering Hale and Dorr LLP  
1875 Pennsylvania Ave. N.W.  
Washington D.C. 20006  
Tel. (202) 663-6000  
Fax. (202) 663-6363

Attorneys for Intel Corporation