UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: LEHMAN BROTHERS HOLDINGS,
INC., *et al.*,

Chapter 11 Case No.
08-13555 (JMP)

**(Jointly Administered)**

           Debtors.
-----------------------------------------------------------x

### WITHDRAWAL OF APPEARANCE OF COUNSEL

**TO:**    The clerk of the court and all parties of record:

Notice of Appearance of the undersigned counsel on behalf of U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust, filed as Docket No. 7640 on March 18, 2010, is hereby withdrawn.

Dated:  Huntington, New York
        May 26, 2010

                                          Yours, etc.,

                                          CAHN & CAHN, LLP

                                          By:_____
                                             Daniel K. Cahn (DC-9791)
                                         Office & P.O. Address
                                         22 High Street, Suite 3
                                         Huntington, NY 11743
                                         (631) 752-1600
                                         (631) 752-1555 (fax)
                                         dcahn@cahnlaw.com