UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,      Case No. 08-13555 (JMP)

                    Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KEITH C. OWENS

UPON the motion of Keith C. Owens dated April 23, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Keith C. Owens is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 26, 2010

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE