**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 11966
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

Delaware VIP Diversified Income Series, a series of Delaware VIP Trust ("Creditor"), by its attorneys, Stradley, Ronon, Stevens & Young, LLP, files this notice of the withdrawal of its claim pursuant to Federal Rule of Bankruptcy Procedure 3006 (the "Withdrawal Notice") and hereby withdraws Proof of Claim (the"Claim") number 11966 filed by Creditor against Lehman Brothers Holdings Inc. ("LBHI") on September 14, 2009. In support of this Withdrawal Notice, Creditor states the following:

1.    Creditor hereby provides notice that it desires immediately to withdraw, as of right, the following Claim filed against LBHI:

| Claim Number | Claimant | Debtor Case Number | Amount |
|---|---|---|---|
| 11966 | Creditor | 08-13555 | $16,933.00 |

2.    As of the date of this Withdrawal Notice, no objection had been filed to the Claim, and no adversary complaint has been filed against Creditor in any of the jointly administered Lehman Brothers debtor cases.

3.    Creditor has not accepted or rejected a plan proposed in any of the Debtors' cases and has not participated significantly in LBHI's case or any of the jointly administered Lehman Brothers debtor cases.

4.     Accordingly, by filing this Withdrawal Notice, Creditor is entitled to, as of right, and does hereby withdraw, with prejudice, the Claim pursuant to Federal Rule of Bankruptcy Procedure 3006.

Respectfully submitted,

STRADLEY, RONON, STEVENS & YOUNG, LLC

Dated: _May 26, 2010_

By: /s/ Mark J. Dorval
     Mark J. Dorval, Esquire
     Michael J. Cordone, Esquire
     2600 One Commerce Square
     Philadelphia, PA 19103-7098
     (215) 564-8002 Phone
     (215) 564-8120 Fax

Attorneys for Delaware VIP Diversified Income Series, a series of Delaware VIP Trust

B # 1137093 v.1