UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :          **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*         :          **08-13555 (JMP)**
                                                                        :
                              Debtors.                                  :          **(Jointly Administered)**
                                                                        :
------------------------------------------------------------------------x

## ORDER DENYING MOTIONS FOR LEAVE TO FILE LATE CLAIMS

Upon consideration of the objections (the "Objections") of Lehman

Brothers Holdings Inc. ("LBHI" and together with its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors") to the

(i) Motion of Pacific Life Insurance Company to Permit it to File a Late Proof of Claim

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), dated October 22, 2009

[Docket No. 5599], (ii) Joint Motion of Sea Port Group Securities, LLC and Berner

Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs

Bar Date, dated December 11, 2009 [Docket No. 6150], (iii) Motion of Pennsylvania

Public School Employees Retirement System for Entry of an Order that Its Timely Filed

Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the

Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy

Procedure 9006(b)(1), dated January 7, 2010 [Docket No. 6558], (iv) Motion of Dynegy

Power Marketing Inc. for Entry of an Order that its Timely Filed Guarantee

Questionnaire be Deemed a Timely Filed Proof of Claim, or, in the Alternative, to Permit

a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), dated

February 5, 2010 [Docket No. 7008], (v) Amended Motion of Tensor Opportunity

Limited to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy

Procedure 9006(b)(1), dated February 18, 2010 [Docket No. 7162], (vi) Santa Fe Entities'

Motion to Treat Their Claims as Timely Filed and Memorandum of Points and

Authorities in Support Thereof, dated February 17, 2010 [Docket No. 7144]  and (vii)

CVI GVF (Lux) Master S.A.R.L.'S Motion to Treat Their Claims as Timely Filed and

Memorandum of Points and Authorities in Support Thereof, dated February 26, 2010

[Docket No. 7290] (collectively, the "Motions"); and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the each of Motions is denied for the reasons stated in the

Memorandum Decision Denying Motions for Leave to File Late Claims, dated May 20,

2010 [Docket No. 9150]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to the implementation and/or interpretation of this

Order.

Dated: New York, New York
         May 26, 2010

                              s/ James M. Peck
                              Honorable James M. Peck
                              United States Bankruptcy Judge