UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                        Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*                        Case No.: 08-13555 (JMP)

               Debtors.                       (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.; Case No. 08-13555<br>Lehman Commercial Paper, Inc.; Case No. 08-13900 |
| Creditor Name: | Tuxedo Reserve Owner LLC |
| Claim Numbers: | 13008 and 13113 |
| Date Claims Filed: | September 15, 2009 |
| Total Amount of Claims Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw, with prejudice, the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtors.

349243-1-W

Dated: May 27, 2010                     TUXEDO RESERVE OWNER LLC

                                        By: _____
                                        Name: Michael Brenner
                                        Title: Executive Vice President