UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.* | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## **WITHDRAWAL OF CLAIMS**

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.; Case No. 08-13555<br>Lehman Commercial Paper, Inc.; Case No. 08-13900 |
| Creditor Name: | Tuxedo TPA Owner LLC |
| Claim Numbers: | 13111 and 13112 |
| Date Claims Filed: | September 15, 2009 |
| Total Amount of Claims Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw, with prejudice, the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtors.

349212-1-W

2

Dated: May 27, 2010               TUXEDO TPA OWNER LLC

                                  By: _____
                                  Name: Michael Brenner
                                  Title: Executive Vice President

349212-1-W                         2