UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :       Chapter 11
                                                    :
LEHMAN BROTHERS HOLDING INC., *et. al.*,            :       Case No. 08-13555 (JMP)
                                                    :       (Jointly Administered)
            Debtors.                                :
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF
## MOTION OF TUXEDO RESERVE OWNER LLC
## AND TUXEDO TPA OWNER LLC FOR AN ORDER PURSUANT TO
## BANKRUPTCY CODE SECTIONS 105, 363 AND 1107 AUTHORIZING
## AND COMPELLING CERTAIN ACTIONS BY DEBTORS AS AGENT
## AND LENDER UNDER LOAN FACILITY AND GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC hereby withdraw, with prejudice, their Motion For An Order Pursuant to Bankruptcy Code Sections 105, 363 and 1107 Authorizing and Compelling Certain Actions by Debtors as Agent and Lender Under Loan Facility and Granting Related Relief [Docket No. 1435].

Dated: May 27, 2010
       New York, New York

                                    KATSKY KORINS LLP

                                    By:  /s/ Steven H. Newman
                                         Steven H. Newman

                                    605 Third Avenue
                                    New York, New York 10158
                                    (212) 963-6000

                                    GREENBERG TRAURIG, LLP
                                    Nancy A. Mitchell, Esq.
                                    Maria J. DiConza, Esq.
                                    200 Park Avenue
                                    New York, New York 10166

                                    *Co-counsel for Tuxedo Reserve Owner LLC
                                    and Tuxedo TPA Owner LLC*

349388-1-W