UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 12611 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds ("Creditor"), by its attorneys, Stradley, Ronon, Stevens & Young, LLP, files this notice of the withdrawal of its claim pursuant to Federal Rule of Bankruptcy Procedure 3006 (the "Withdrawal Notice") and hereby withdraws Proof of Claim (the "Claim") number 12611 filed by Creditor against Lehman Brothers Commercial Corp. ("LBCC") on September 14, 2009. In support of this Withdrawal Notice, Creditor states the following:

1. Creditor hereby provides notice that it desires immediately to withdraw, as of right, the following Claim filed against LBCC:

| Claim Number | Claimant | Debtor Case Number | Amount |
|---|---|---|---|
| 12611 | Creditor | 08-13901 | Unliquidated |

2. As of the date of this Withdrawal Notice, no objection had been filed to the Claim, and no adversary complaint has been filed against Creditor in any of the jointly administered Lehman Brothers debtor cases.

3. Creditor has not accepted or rejected a plan proposed in any of the Debtors' cases and has not participated significantly in LBCC's case or any of the jointly administered Lehman Brothers debtor cases.

4. Accordingly, by filing this Withdrawal Notice, Creditor is entitled to, as of right, and does hereby withdraw, with prejudice, the Claim pursuant to Federal Rule of Bankruptcy Procedure 3006.

Respectfully submitted,

STRADLEY, RONON, STEVENS & YOUNG, LLC

Dated: May 27, 2010

By: /s/ Mark J. Dorval
Mark J. Dorval, Esquire
Michael J. Cordone, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8002 Phone
(215) 564-8120 Fax

Attorneys for Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds

B # 1139986 v.1