**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
              Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 8288 & 8299
----------------------------------------------------------------x
In re: :
: Case No.
:
LEHMAN BROTHERS INC. : 08-01420 (JMP) (SIPA)
:
              Debtor. :
:
----------------------------------------------------------------x Ref. Docket Nos. 3087 & 3088

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2010, I caused to be served the:

    a. "Notice of Agenda of Matters Scheduled for Hearing on April 14, 2010 at 10:00 A.M.," dated April 13, 2010 [Docket No. 8288 in Case No. 08-13555 and Docket No. 3087 in Case No. 08-01420], and

    b. "Notice of Amended Agenda of Matters Scheduled for Hearing on April 14, 2010 at 10:00 A.M.," dated April 13, 2010 [Docket No. 8299 in Case No. 08-13555 and Docket No. 3088 in Case No. 08-01420],

    by causing true and correct copies to be:

        a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

        b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

     c.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENVLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Samuel Garcia
                                              Samuel Garcia

Sworn to before me this
13th day of April, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

# EXHIBIT A

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awasserman@lockelord.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brendan.Collins@dlapiper.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
broy@rltlawfirm.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
clynch@reedsmith.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com

cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcahn@cahnlaw.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com

dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
fdellamore@jaspanllp.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com

harrisjm@michigan.gov
harveystrickon@paulhastings.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com

jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jhellman@zeislaw.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com

lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com

mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.potter@pillsburylaw.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

| | |
|---|---|
| sfox@mcguirewoods.com | TGoren@mofo.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | Thomas_Noguerola@calpers.ca.gov |
| sharbeck@sipc.org | thomaskent@paulhastings.com |
| shari.leventhal@ny.frb.org | timothy.brink@dlapiper.com |
| sheehan@txschoollaw.com | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| shumaker@pursuitpartners.com | tkarcher@dl.com |
| shumaker@pursuitpartners.com | tkiriakos@mayerbrown.com |
| sidorsky@butzel.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| SLoden@DiamondMcCarthy.com | tmayer@kramerlevin.com |
| smayerson@ssd.com | tnixon@gklaw.com |
| smillman@stroock.com | toby.r.rosenberg@irscounsel.treas.gov |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | twatanabe@mofo.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| squigley@lowenstein.com | ukreppel@whitecase.com |
| SRee@lcbf.com | vdagostino@lowenstein.com |
| sselbst@herrick.com | Villa@StreusandLandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| steele@lowenstein.com | vrubinstein@loeb.com |
| stephanie.wickouski@dbr.com | wanda.goodloe@cbre.com |
| steve.ginther@dor.mo.gov | WBallaine@lcbf.com |
| steven.perlstein@kobrekim.com | wbenzija@halperinlaw.net |
| steven.wilamowsky@bingham.com | wcurchack@loeb.com |
| Streusand@StreusandLandon.com | wfoster@milbank.com |
| suomi_murano@chuomitsui.jp | william.m.goldman@dlapiper.com |
| susan.schultz@newedgegroup.com | wiltenburg@hugheshubbard.com |
| susheelkirpalani@quinnemanuel.com | wisotska@pepperlaw.com |
| swolowitz@mayerbrown.com | woconnor@crowell.com |
| szuch@wiggin.com | wsilverm@oshr.com |
| tannweiler@greerherz.com | wswearingen@llf-law.com |
| tarbit@cftc.gov | wtaylor@mccarter.com |
| tbrock@ssbb.com | wzoberman@bermanesq.com |
| tduffy@andersonkill.com | yamashiro@sumitomotrust.co.jp |

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| ALSTON BIRD LLP W BOONE | 404-881-7777 |
| ASST AG MICHIGAN M MURPHY | 517-373-2060 |
| BAKER BOTTS LLP T TROWBRIDGE | 212-408-2501 |
| BERNSTEIN, SHUR, SAWYER NELSON M FAGONE | 207-774-1127 |
| BINGHAM MCCUTCHEN LLP D MITRY | 212-702-3667 |
| CADWALADER, WICKERSHAM TAFT LLP G PETRICK | 212-504-6666 |
| CADWALADER, WICKERSHAM TAFT LLP P FRIEDMAN | 202-862-2400 |
| CLEARY GOTTLIEB STEEN HAMILTON LLP T MOLONEY | 212-225-3999 |
| DEWEY LEBOEUF LLP I GOLDSTEIN | 212-259-6333 |
| DUANE MORRIS LLP P PISKORSKI | 212-208-4521 |
| EDWARDS ANGELL PALMER AND DODGE LLP P LABOV | 617-227-4420 |
| EDWARDS ANGELL PALMER AND DODGE LLP J TORTORELLI | 212-308-4844 |
| FAEGRE BENSON LLP M KRAUSS | 612-766-1600 |
| FUTURES INDUSTRY ASSOCIATION | 202-296-3184 |
| KASOWITZ,BENSON, TORRES FRIEDMAN LLP M KASOWITZ | 212-506-1800 |
| KELLEY DRYE WARREN LLP J CARR | 212-808-7897 |
| KIRKLAND ELLIS LLP A MCGAAN D SELIGMAN | 312-862-2200 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP R SCHMIDT | 212-715-8000 |
| LATHAM WATKINS LLP M BROUDE | 212-751-4864 |
| LINKLATERS LLP M FLICS P HESSLER | 212-903-9100 |
| LOIZIDES, PA C LOIZIDES | 302-654-0728 |
| MILLER BARONDESS, LLP L MILLER | 310-552-8400 |
| NATIONAL FUTURES ASSOCIATION D ROTH | 312-781-1467 |
| NIXON PEABODY LLP D LEE | 212-940-3111 |
| OUTTEN GOLDEN LLP R ROUPINIAN | 212-977-4005 |
| PAUL, WEISS, RIFKIND, WHARTON GARRISON A KORNBERG | 212-757-3990 |
| QUINN EMANUEL URQUHART OLIVER LLP K SULLIVAN | 212-849-7100 |
| SHEPPARD MULLIN RICHTER HAMPTON, LLP E TILLINGHAST | 212-653-8701 |
| STROOCK STROOCK & LAVAN LLP C SZYFER | 212-806-6006 |
| STROOCK STROOCK LAVAN LLP K PASQUALE | 212-806-6006 |
| THE LOBEL FIRM W LOBEL M NEUE | 949-999-2870 |
| WILMER CUTLER PICKERING HALE DORR LLP C GOLDBLATT | 202-663-6363 |
| WINTHROP COUCHOT S OKEEFE P COUCHOT | 949-720-4111 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004


KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR & THOMAS B. KINZLER
101 PARK AVENUE
NEW YORK, NY 10178


WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: CRAIG GOLDBLATT & LISA EWART
COUNSEL FOR TACONIC CAPITAL PARTNERS 1.5 LP AND TACONIC OPPORTUNITY FUND LP
1875 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20006


THE LOBEL FIRM
ATTN: WILLIAM LOBEL & MIKE NEUE
840 NEWPORT CENTER DRIVE, SUITE 750
NEWPORT BEACH, CA 92660


EDWARDS ANGELL PALMER AND DODGE LLP
ATTN: PAUL J LABOV
111 HUNGTINGTON AVENUE
BOSTON, MA 02199-7613

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BERNER KANTONALBANK AG | SAMUEL STUCKI 3011 BERNE 10020 CH |
| BUCHANAN INGERSOLL & ROONEY PC | H. MARC TEPPER 620 EIGHTH AVENUE, 23RD FLOOR NEW YORK NY 10018-1669 |
| BUCHANAN INGERSOLL & ROONEY PC | H. MARC TEPPER 50 SOUTH 16TH STREET, SUITE 3200 PHILADELPHIA PA 19102-2555 |
| BUCHANAN INGERSOLL & ROONEY PC | STANLEY YORSZ, KATHLEEN JONES GOLDMAN ONE OXFORD CENTRE, 20TH FLOOR 301 GRANT STREET PITTSBURGH PA 15219-1410 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| DUANE MORRIS LLP | (COUNSEL FOR PA PUBLIC SCHOOL EMPLOYEES) RUDOLPH J. DI MASSA, JR. , ESQ 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| EPSTEIN BECKER & GREEN, P.C. | KENNETH J. KELLY, ESQ. COUNSEL TO INTERSIL INVESTMENT COMPANY,INTERSIL HOLDING GMBH, INTERSIL EUROPE SARL, INC. AND XICOR, LLC 250 PARK AVENUE NEW YORK NY 10177-1211 |
| EPSTEIN BECKER & GREEN, P.C. | DAVID B. TATGE, ESQ. COUNSEL TO INTERSIL INVESTMENT COMPANY,INTERSIL HOLDING GMBH, INTERSIL EUROPE SARL, INC AND XICOR, LLC 1227 25TH STREET, N.W., SUITE 700 WASHINGTON DC 20037 |
| GUSRAE, KAPLAN , BRUNO & NUSBAUM PLLC | MARTIN H. KAPLAN, ESQ. 120 WALL STREET NEW YORK NY 10005 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | STEPHEN ZIDE COUNSEL FOR STONEHILL INSTITUTIONAL PARTNERS, L.P AND STONEHILL OFFSHORE PARTNERS LIMITED 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SHAPIRO & DICARO, LLP | ANNE E. MILLER-HULBERT 250 MILE CROSSING BOULEVARD, SUITE ONE ROCHESTER NY 14624 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JAMES H. MILLAR COUNSEL FOR TACONIC CAPITAL PARTNERS 1.5 LP AND TACONIC OPPORTUNITY FUND LP 399 PARK AVENUE, 31ST FLOOR NEW YORK NY 10022 |

**Total Creditor Count 12**