UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                              :

In re                                       :           Chapter 11 Case No.
                                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :           08-13555 (JMP)
                                              :

        Debtors.                        :           (Jointly Administered)
                                              :
-----------------------------------------------------------------x    Ref. Docket Nos. 7894-7899

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2010, I caused to be served the:

   a) "Notice of Forty Fourth Supplemental List of Ordinary Course Professionals," dated March 30, 2010 [Docket No. 7894] (the "44th OCP Notice"),

   b) "Declaration and Disclosure Statement of Oscar Van Angeren on Behalf of Houthoff Buruma Cooperatief U.A," dated March 24, 2010 [Docket No. 7895] (the "Houthoff Declaration"),

   c) "Affidavit and Disclosure Statement of Andrew C. Coronios, on Behalf of Chardbourne & Parke LLP," dated March 9, 2010 [Docket No. 7896] (the "Chadbourne & Parke Affidavit"),

   d) "Affidavit and Disclosure Statement of Lawrence A. Dvorin, on Behalf of Ford & Paulekas, LLP," dated March 11, 2010 [Docket No. 7897] (the "Ford & Paulekas Affidavit"),

   e) "Affidavit and Disclosure Statement of Jonathan Scott Nash QC," dated March 17, 2010 [Docket No. 7898] (the "Nash Affidavit"), and

   f) Affidavit and Disclosure Statement of David I. Rosen, on Behalf of Littler Mendelson, P.C," dated March 19, 2010 [Docket No. 7899] (the "Littler Affidavit"),

by causing true and correct copies of:

    a. the 44th OCP Notice, Houthoff Declaration, Chadbourne & Parke Affidavit, Ford & Paulekas Affidavit, Nash Affidavit and Littler Affidavit to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b. the 44th OCP Notice, Houthoff Declaration, Chadbourne & Parke Affidavit, Ford & Paulekas Affidavit, Nash Affidavit and Littler Affidavit to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    c. the Houthoff Declaration, to be delivered via electronic mail to o.van.angeren@houthoff.com,

    d. the Chadbourne & Parke Affidavit, to be delivered via electronic mail to ACoronios@chadbourne.com,

    e. the Ford & Paulekas Affidavit, to be delivered via electronic mail to dobrizzo@fpllp.com,

    f. the Nash Affidavit, to be delivered via electronic mail to amonks@3vb.com, and

    g. the Littler Affidavit, to be delivered via electronic mail to DIRosen@littler.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ *Brittany Whalen*

Sworn to before me this                          Brittany Whalen
31st day of March, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
 NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

# EXHIBIT B

**Exhibit B - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com