**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                            :   Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :   08-13555 (JMP)
                                                 :
              Debtors.                           :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x   Ref. Docket Nos. 7804, 7805, 7833,
                                                     7837, 7843, 7844, 7846 - 7848

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Paul Belobritsky
Paul Belobritsky

Sworn to before me this
1st day of April, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT "A"**

```
In re                                           |  Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |  08-13555 (JMP)
                                                |
                                                |  (Jointly Administered)
            Debtors.                            |
                                                |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YORK SELECT UNIT TRUST                          YORK SELECT UNIT TRUST
      ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT        STROOCK & STROOCK & LAVAN LLP
      767 FIFTH AVENUE, 17TH FLOOR                    ATTN: IRINA GOMELSKAYA, ESQ.
      NEW YORK NY 10153                               180 MAIDEN LANE
                                                      NEW YORK NY 10018
```

Please note that your claim # 55533 in the above referenced case and in the amount of
       $26,168,416.66         has been transferred **(unless previously expunged by court order)**

```
      YORK SELECT MASTER FUND, LP
      TRANSFEROR: YORK SELECT UNIT TRUST
      767 FIFTH AVENUE, 17TH FLOOR
      ATTN: ADAM J. SEMLER - C/O OPERATION DEPARTMENT
      NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7804      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
         Debtors.                                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YORK CREDIT OPPORTUNITIES UNIT TRUST              YORK CREDIT OPPORTUNITIES UNIT TRUST
      ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT          STROOCK & STROOCK & LAVAN LLP
      767 FIFTH AVENUE, 17TH FLOOR                      ATTN: IRINA GOMELSKAYA, ESQ.
      NEW YORK NY 10153                                 180 MAIDEN LANE
                                                        NEW YORK NY 10018
```

Please note that your claim # 55535 in the above referenced case and in the amount of
        $107,777,277.22      has been transferred **(unless previously expunged by court order)**

```
      YORK CREDIT OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: YORK CREDIT OPPORTUNITIES UNIT TRUST
      767 FIFTH AVENUE, 17TH FLOOR
      ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT
      NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7805       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SAMSUNG LIFE INSURANCE CO., LTD.                SAMSUNG LIFE INSURANCE CO., LTD.
      ATTN: PAUL H. JANG, SENIOR COUNSEL              SHEARMAN & STERLING LLP
      LEGAL DEPARTMENT, 26TH FLOOR                    ATTN MICHAEL H. TORKIN, ESQ. & SUSAN A. FENN
      150, TAEPYUNGRO 2-GA                            599 LEXINGTON AVENUE
      JUNG-GU                                         NEW YORK NY 10022
      SEOUL    100-716
      KOREA, REPUBLIC OF
```

Please note that your claim # 49769 in the above referenced case and in the amount of
         $36,408,788.02         has been transferred **(unless previously expunged by court order)**

```
      J.P. MORGAN SECURITIES LTD
      TRANSFEROR: SAMSUNG LIFE INSURANCE CO., LTD.
      4 NEW YORK PLAZA
      16TH FLOOR
      NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7833        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                         Vito Genna, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
            Debtors.                          |
                                              |
_____|

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  SAMSUNG LIFE INSURANCE CO., LTD.                SAMSUNG LIFE INSURANCE CO., LTD.
           ATTN: PAUL H. JANG, SENIOR COUNSEL              SHEARMAN & STERLING LLP
           LEGAL DEPARTMENT, 26TH FLOOR                    ATTN MICHAEL H. TORKIN, ESQ. & SUSAN A. FENN
           150, TAEPYUNGRO 2-GA                            599 LEXINGTON AVENUE
           JUNG-GU                                         NEW YORK NY 10022
           SEOUL    100-716
           KOREA, REPUBLIC OF
```

Please note that your claim # 49770 in the above referenced case and in the amount of
        $22,078,789.02         has been transferred **(unless previously expunged by court order)**

```
           J.P. MORGAN SECURITIES LTD
           TRANSFEROR: SAMSUNG LIFE INSURANCE CO., LTD.
           4 NEW YORK PLAZA
           16TH FLOOR
           NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7833        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BANK)
          ATTN: CAPITAL MARKETS TRADING DIVISION
          10-17   2-CHOME YAESU
          CHUO-KU
          TOKYO     104-0028
          JAPAN

Please note that your claim # 66415 in the above referenced case and in the amount of
         $5,700,000.00         has been transferred **(unless previously expunged by court order)**

          JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA
          1 Chase Manhattan Plaza, Floor 26
          Attn: Susan McNamara Mail Code: NY1-A436
          New York NY 10004

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7837       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      214 N TRYON STREET, NC1-027-14-01
      ATTN: JON BARNES
      CHARLOTTE NC 28255
```

Please note that your claim # 59509-01 in the above referenced case and in the amount of
$4,366,932.93        has been transferred **(unless previously expunged by court order)**

```
      STONE LION PORTFOLIO LP
      TRANSFEROR: BANC OF AMERICA SECURITIES LLC
      C/O STONE LION CAPITAL PARTNERS LP
      461 5TH AVE, 14TH FL   ATTN: CLAUDIA BORG
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7843       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                          Vito Genna, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

```
_____
                                                |
In re                                           |  Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |  08-13555 (JMP)
                                                |
                                                |  (Jointly Administered)
            Debtors.                            |
                                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   BANC OF AMERICA SECURITIES LLC
           TRANSFEROR: MERRILL LYNCH INTERNATIONAL
           214 N TRYON STREET, NC1-027-14-01
           ATTN: JON BARNES
           CHARLOTTE NC 28255
```

Please note that your claim # 59506 in the above referenced case and in the amount of
       $2,221,447.00        has been transferred **(unless previously expunged by court order)**

```
           STONE LION PORTFOLIO LP
           TRANSFEROR: BANC OF AMERICA SECURITIES LLC
           C/O STONE LION CAPITAL PARTNERS LP
           461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG
           NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7844       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                             Vito Genna, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
            Debtors.                           |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    FRIENDSHIP VILLAGE OF WEST COUNTY INC
           15201 OLIVE BLVD
           CHESTERFIELD MO 63017

Please note that your claim # 15432 in the above referenced case and in the amount of
        $234,000.00       has been transferred **(unless previously expunged by court order)**

           CONTRARIAN FUNDS, LLC
           TRANSFEROR: FRIENDSHIP VILLAGE OF WEST COUNTY INC
           ATTN: ALISA MUMOLA
           411 WEST PUTNAM AVENUE, SUITE 425
           GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7846      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A.
          ON BEHALF OF NIKKO TRUST
          9A RUE ROBERT STUMPER
          LUXEMBOURG    L-2557
          LUXEMBOURG

Please note that your claim # 10953 in the above referenced case and in the amount of
      $202,054.32       has been transferred **(unless previously expunged by court order)**

          CONTRARIAN FUNDS, LLC
          TRANSFEROR: TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A.
          ATTN: ALISA MUMOLA
          411 WEST PUTNAM AVENUE, SUITE 425
          GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7847     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                        Vito Genna, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
         Debtors.                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    PALATINE ASSET MANAGEMENT
           ATTN: DOMINIQUE HARTOG -
           CHAIRMAN OF THE MANAGING BOARD
           42 RUE D'ANJOU
           PARIS     75008
           FRANCE

Please note that your claim # 1089 in the above referenced case and in the amount of
         $6,235,543.39          has been transferred **(unless previously expunged by court order)**

```
    MORGAN STANLEY & CO. INTERNATIONAL PLC              MORGAN STANLEY & CO. INTERNATIONAL PLC
    TRANSFEROR: PALATINE ASSET MANAGEMENT               MANAGING CLERK
    25, CABOT SQUARE                                    RICHARDS KIBBE & ORBE LLP
    CANARY WHARF                                        ONE WORLD FINANCIAL CENTER
    LONDON     E14 4QA                                  NEW YORK NY 10281-1003
    ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7848      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                           Vito Genna, Clerk of Court


                                           /s/ Paul Belobritsky
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
                                      |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |   (Jointly Administered)
                                      |
          Debtors.                    |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   PALATINE ASSET MANAGEMENT                     PALATINE ASSET MANAGEMENT
          ATTENTION: MR. DOMINIQUE HARTOG -             GIDE LOYRETTE NOUEL LLP
          CHAIRMAN OF THE MANAGING BOARD                ATTN: VANESSA TOLLIS, ESQ.
          42 RUE D'ANJON                                120 W. 45TH STREET, 19TH FLOOR
          PARIS    75008                                NEW YORK, NY 10036
          FRANCE
```

Please note that your claim # 55843 in the above referenced case and in the amount of
      $6,835,220.50         has been transferred **(unless previously expunged by court order)**

```
          MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
          TRANSFEROR: PALATINE ASSET MANAGEMENT         MANAGING CLERK
          25, CABOT SQUARE                              RICHARDS KIBBE & ORBE LLP
          CANARY WHARF                                  ONE WORLD FINANCIAL CENTER
          LONDON     E14 4QA                            NEW YORK NY 10281-1003
          ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7848         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2010                      Vito Genna, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2010.

**EXHIBIT "B"**

```
TIME: 14:36:37                                          LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:     1
DATE: 03/30/10                                               CREDITOR LISTING

Name                                                    Address
BANC OF AMERICA SECURITIES LLC                          TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
CONTRARIAN FUNDS, LLC                                   TRANSFEROR: FRIENDSHIP VILLAGE OF WEST COUNTY INC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CONTRARIAN FUNDS, LLC                                   TRANSFEROR: TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
FRIENDSHIP VILLAGE OF WEST COUNTY INC                   15201 OLIVE BLVD CHESTERFIELD MO 63017
J.P. MORGAN SECURITIES LTD                              TRANSFEROR: SAMSUNG LIFE INSURANCE CO., LTD. 4 NEW YORK PLAZA 16TH FLOOR NEW YORK NY 10010
JPMORGAN CHASE BANK, N.A.                               TRANSFEROR: SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN BA 1 Chase Manhattan Plaza, Floor 26 Attn: Susan McNamara Mail Code
                                                        MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: PALATINE ASSET MANAGEMENT 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  ATTENTION: MR. DOMINIQUE HARTOG - CHAIRMAN OF THE MANAGING BOARD 42 RUE D'ANJOU PARIS  75008 FRANCE
PALATINE ASSET MANAGEMENT                               ATTN: DOMINIQUE HARTOG - CHAIRMAN OF THE MANAGING BOARD 42 RUE D'ANJOU PARIS  75008 FRANCE
PALATINE ASSET MANAGEMENT                               GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK, NY 10036
SAMSUNG LIFE INSURANCE CO., LTD.                        SHEARMAN & STERLING LLP ATTN MICHAEL H. TORKIN, ESQ. & SUSAN A. FENNESSEY, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
SAMSUNG LIFE INSURANCE CO., LTD.                        ATTN: PAUL H. JANG, SENIOR COUNSEL LEGAL DEPARTMENT, 26TH FLOOR 150, TAEPYUNGRO 2-GA JUNG-GU SEOUL  100-716 KOREA, REPUBLIC OF
SHOKO CHUKIN BANK, LTD., THE (FORMERLY THE SHOKO CHUKIN MARKETS TRADING DIVISION 10-17  2-CHOME YAESU CHUO-KU TOKYO  104-0028 JAPAN
STONE LION PORTFOLIO LP                                 TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG NEW YORK NY 10
TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANIE S.A.    OF NIKKO TRUST 9A RUE ROBERT STUMPER LUXEMBOURG  L-2557 LUXEMBOURG
YORK CREDIT OPPORTUNITIES MASTER FUND, LP               TRANSFEROR: YORK CREDIT OPPORTUNITIES UNIT TRUST 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT NEW YORK
YORK CREDIT OPPORTUNITIES UNIT TRUST                    ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES UNIT TRUST                    STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
YORK SELECT MASTER FUND, LP                             TRANSFEROR: YORK SELECT UNIT TRUST 767 FIFTH AVENUE, 17TH FLOOR ATTN: ADAM J. SEMLER - C/O OPERATION DEPARTMENT NEW YORK NY 10153
YORK SELECT UNIT TRUST                                  ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK SELECT UNIT TRUST                                  STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018


Total Number of Records Printed              22
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, New York 10153