PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-326-0806
Tina N. Moss

Attorney For HSBC Bank USA, National Association,
as Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
Lehman Brothers Holdings Inc., *et al.,*    :   Case No. 08-13555(JMP)
                         Debtors.           :   Case No. 08-13888(JMP)
                                            :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM NUMBERS 0000028377 AND 0000028781 FILED BY HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2002-39-C

In accordance with the Letter Agreement dated May 6, 2010 among Deutsche Bank, AG London Branch, as beneficial owner, HSBC Bank USA, National Association, as trustee for Restructured Asset Certificates with Enhanced Returns Series 2002-39-C (the "Trustee"), Lehman Brothers Special Financing Inc., as swap counterparty and Lehman Brothers Inc., as depositor, the Trustee, by undersigned counsel, hereby withdraws claim numbers 0000028377 (with respect to Debtor Case No. 08-13555) and 0000028781 (with respect to Debtor Case No. 08-13888).

*[The remainder of this page was intentionally left blank.]*

-2-

May 27, 2010                                  Respectfully submitted,

                                              */s/Tina N. Moss*
                                              Tina N. Moss
                                              PRYOR CASHMAN LLP
                                              7 Times Square
                                              New York, New York 10036
                                              Telephone: 212-326-0421
                                              Facsimile: 212-326-0806

                                              ATTORNEY FOR HSBC BANK USA,
                                              NATIONAL ASSOCIATION,
                                              AS TRUSTEE

-2-