**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Sean A. O'Keefe – NY Bar No. 1980853, CA Bar No. 122417
Paul J. Couchot – CA Bar No. 131934
Counsel for the SunCal Appellants

**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Louis R. Miller – CA Bar No. 54141
Martin H. Pritikin -- CA Bar No. 210845
Special Litigation Counsel for the SunCal Appellants

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC, et al.,** | **Jointly Administered** |
| Debtors. | |

**NOTICE OF APPEAL OF ORDER DENYING MOTION OF THE**
**SUNCAL DEBTORS FOR AN ORDER DETERMINING**
**THAT THE AUTOMATIC STAY DOES NOT APPLY;**
**OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY**

Doc.#146459

PLEASE TAKE NOTICE that SunCal Communities I LLC, SunCal Communities III LLC, SCC/Palmdale LLC, Acton Estates LLC, SunCal Beaumont Heights LLC, SunCal Emerald Meadows LLC, SunCal Johansson Ranch LLC, SunCal Bickford Ranch LLC, SunCal Summit Valley LLC, Seven Brothers LLC, Kirby Estates LLC, SJD Partners Ltd., SJD Development Corp., SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC, the debtors and debtors-in-possession (collectively, the "SunCal Appellants") hereby appeal to the United States District Court Southern District of New York, pursuant to 28 U.S.C. § 158(a), from that certain *Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay* (the "Order") entered by the United States Bankruptcy Court on May 13, 2010 (Docket No. 9059). Attached hereto as Exhibit "1" is a true and correct copy of the Order that is the subject of this appeal.. The names of all parties to the Order and the names, addresses and their telephone numbers are listed below:

**Appellants:**
SunCal Appellants

**Attorneys For Appellants:**
Winthrop Couchot, P.C.
Paul J. Couchot
Sean A. O'Keefe
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel: 949.720.4100

Miller Barondess, LLP
Louis R. Miller
Martin H. Pritikin
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 552-4400

**Appellees**:
Lehman Commercial Paper, Inc.
Lehman Brothers Holdings, Inc.

**Attorneys for Appellees**:
Weil Gotshal & Manges, LLP
Alfred Perez
767 Fifth Avenue
New York, NY 10153
Tel: 212.310.8000

Doc.#146459

**Other Parties To The Order**:                    **Attorneys for Other Parties**:
Official Committee of Unsecured Creditors          Milbank, Tweed, Hadley & McCloy, LLP
                                                   Dennis F. Dunne
                                                   Evan R. Fleck
                                                   Dennis C. O'Donnell
                                                   One Chase Manhattan Plaza
                                                   New York, NY 10005
                                                   Tel: 212.530.5000

Dated: May 27, 2010          Respectfully submitted,


                             /s/  Sean A O'Keefe
                            Sean A O'Keefe
                            Paul J. Couchot
                            WINTHROP COUCHOT, P.C.
                            660 Newport Center Drive, Fourth Floor
                            Newport Beach, CA 92660
                            Telephone: (949) 720-4100
                            Facsimile: (949) 720-4111


                             /s/  Louis R. Miller
                            Louis R. Miller
                            MILLER BARONDESS, LLP
                            1999 Avenue of the Stars, Suite 1000
                            LOS ANGELES, CA 90067
                            Telephone: (310) 552-4400
                            Facsimile: (310) 552-8400

                            *Attorneys for the SunCal Appellants*

Doc.#146459

**EXHIBIT "1"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                              :

In re                         :     Chapter 11 Case No.
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    **08-13555 (JMP)**
                              :

                **Debtors.**      :    **(Jointly Administered)**
                              :
                              :
-------------------------------------------------------------------x

### ORDER DENYING MOTION OF THE SUNCAL DEBTORS FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY; OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY

Upon consideration of the motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay, filed April 21, 2010 [Docket No. 8539] (the "Motion"),[1] filed by the SunCal Debtors[2] seeking a determination that the automatic stay provisions of 11 U.S.C. section 362 do not apply, or in the alternative, an order modifying the automatic stay with respect to Lehman Commercial Paper, Inc. ("LCPI") and Lehman Brothers Holdings, Inc. ("LBHI" and, together with LCPI, the "Debtors") to enable the SunCal Debtors' pursuit of their equitable subordination litigation pending before the Honorable Erithe Smith, Bankruptcy Court for the Central District of California; the Debtor having timely objected to the Motion on May 5, 2010, and a hearing having been held before this Court on May 12, 2010; and it appearing that the SunCal Debtors

---

[1]     Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Motion.

[2] In the Reply re: Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay, filed May 10, 2010 [Docket No. 8949], the Trustee indicated in a footnote, that he would be withdrawing as a moving party, pursuant to a tentative settlement reached between the Trustee and the Debtors regarding the Trustee's claims in the California Adversary Proceeding.

have not established cause for obtaining relief from the automatic stay pursuant to the Motion;

and for the reasons stated on the record; now, therefore, it is hereby

ORDERED that the Motion is denied.

Dated: New York, New York
       May 17, 2010

                                        _____s/ James M. Peck_____
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

2