SALANS LLP
  Claude D. Montgomery
  Paul C. Gunther
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel: (212) 632-5500
Fax: (212) 632-5555

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF APPELLANT SWEDBANK (PUBL)'S**
**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON**
**APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

I, Paul C. Gunther, hereby certify that:

1.    On May 20, 2010, I caused to be served Appellant Swedbank AB (publ)'s Designation of Record and Statement of Issues on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8006 [Docket No. 9154] electronically through the Court's ECF system on parties requesting electronic service, and on May 21, 2010 by U.S. Mail, First Class, Postage Prepaid to the following persons:

    Honorable James M. Peck
    United States Bankruptcy Court
    Southern District of New York
    Alexander Hamilton Custom House
    One Bowling Green, Room 601
    New York, NY 10004-2870

NewYork 1352815.1

Mr. Andrew D. Velez-Rivera
Office of United States Trustee
33 Whitehall Street, 21st Street
New York, NY 10004

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

(the "U.S. Mail Service Parties"); and I further certify that

        2.      On May 25, 2010, I caused to be served Appellant Swedbank AB (publ)'s Corrected Designation of Record and Statement of Issues on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8006 [Docket No. 9240] electronically through the Court's ECF system on parties requesting electronic service, and on May 27, 2010, by U.S. Mail, First Class, Postage Prepaid, to the U.S. Mail Service Parties; and I further certify that

        3.      On May 27, 2010, I caused to be served Appellant Swedbank AB (publ)'s Amended Designation of Record and Statement of Issues on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8006 [Docket No. 9311] electronically through the Court's ECF system on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, to the U.S. Mail Service Parties.

Dated: May 27, 2010

                                      /s/ Paul C. Gunther
                                        Paul C. Gunther

NewYork 1352815.1