UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. et. al.; Case No. 08-13555 (JMP) |
| Creditor Name and Address: | CGKL Ventures, LLC<br>150 California Street<br>22nd Floor<br>San Francisco, CA 94111<br>Attn: Bryan Thornton |
| Claim Number (if known): | 24344 |
| Dates Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Amount to be determined. |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title:<br>Authorized Signatory |
|---|---|
| Printed Name:<br>Bryan Thornton | Dated:<br>May 21, 2010 |