UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LBCCO-1, L.L.C. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| No less than $2,181,676.92 | 17740 |
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE: LBCCO-1, L.L.C.
Address:    c/o Ropes & Gray LLP
            1211 Avenue of the Americas
            New York, NY 10036-8704
            Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date: _____5-28-10_____

Name:  Jonathan P. Reisman
Title:    Counsel to Transferee

Form 210A/B – Transfer of LBHI Claim # 17740

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 17740 |

**DEUTSCHE BANK AG, LONDON BRANCH** ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LBCCO-1, L.L.C.**
c/o ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Tel : +1 617-951-7000
Attn: Michael Szkodzinski

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US $2,181,676.19 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3 day of November 2009.

| Deutsche Bank AG, London Branch | LBCCO-1, L.L.C. |
|---|---|
| Duncan Robertson Title: Director | Name: JF MOONEY Title: MANAGING DIRECTOR |
| Anil Das Director | |