UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*,                  Case No. 08-13555 (JMP)

                    Debtors.                                    (Jointly Administered)
------------------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO. 50753 (AMENDING AND SUPERSEDING CLAIM NO. 807) PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   The Hongkong and Shanghai Banking Corporation Limited, Taipei Branch
      (identified on Claim No. 50753 as The Hongkong and Shanghai Banking Corporate
      Limited, Taipei Branch)
      3F, 285 Wen Hwa Road, Section 2
      Panchiao City, Taipei Taiwan
      Attention: Steve Chuang and Kelly Chen
      Telephone: 886-2-8252-9598 and 886-2-8252-5902

Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **50753 (amending and superseding Claim No. 807)**, date-stamped **October 28, 2009**, against Lehman Brothers Holdings Inc., a debtor in the above-captioned case, in the total filed amount of no less than **$7,931,013.48 plus interest, premium, fees and other amounts** (the first page of which proof of claim is attached hereto as Exhibit A), pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to HSBC Bank (Taiwan) Limited ("**Transferee**"), its successors and assigns, with offices located at:

        HSBC Bank (Taiwan) Limited
        3F, 285 Wen Hwa Road, Section 2
        Panchiao City, Taipei Taiwan
        Attention: Steve Chuang and Kelly Chen
        Telephone: 886-2-8252-9598 and 886-2-8252-5902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

ny-925233

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee: _____
Claims Agent Noticed: _____

_____
Deputy Clerk

## EXHIBIT A

**First Page of Proof of Claim No. 50753 (amending and superseding Claim No. 807)**

ny-925233

# ORIGINAL

| United States Bankruptcy Court / Southern District Of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | LEHMAN SECURITIES<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000050753 |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | ...E IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>The Hongkong and Shanghai Banking Corporate Limited, Taipei Branch, c/o Morrison & Foerster LLP<br>1290 Avenue of the Americas, New York, NY 10104<br>Attn: Karen Ostad, Tel: 212-468-8041, Email: kostad@mofo.com<br><br>The Hongkong and Shanghai Banking Corporate Limited, Taipei Branch<br>3F, 285 Wen Hwa Road, Section 2<br>Panchiao City, Taipei Taiwan<br>Attn: Steve Chuang, Tel: 886-2-8252-9598, Email: stevehtchuang@hsbc.com.tw<br>Attn: Kelly Chen, Tel: 886-2-8252-5902, Email: kellyljchen@hsbc.com.tw<br>Telephone number:    Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(if known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>The Hongkong and Shanghai Banking Corporate Limited, Taipei Branch<br>3F, 285 Wen Hwa Road, Section 2<br>Panchiao City, Taipei Taiwan<br>Attn: Steve Chuang, Tel: 886-2-8252-9598, Email: stevehtchuang@hsbc.com.tw<br>Attn: Kelly Chen, Tel: 886-2-8252-5902, Email: kellyljchen@hsbc.com.tw<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: <u>No less than $7,931,013.48, plus interest, premium, fees and other amounts (See Appendix)</u>   (Required)

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):   See Appendix                            (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

   See Appendix                          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
   See Appendix                          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>23 Oct.<br>2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  /s/ _____ Steve Chuang, SVP Wealth Management | FOR FILED RECEIVED<br><br>OCT 28 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ny-892906 v2

## EXHIBIT B

**Evidence of Transfer of Claim**

ny-925233

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555

Claim # : 50753 (amending and superseding Claim No. 807)

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, TAIPEI BRANCH** (identified on Claim No. 50753 as The Hongkong and Shanghai Banking Corporate Limited, Taipei Branch) ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of the Evidence of Transfer of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HSBC BANK (TAIWAN) LIMITED**
3F, 285 Wen Hwa Road, Section 2
Panchiao City, Taipei Taiwan
Attention: Steve Chuang and Kelly Chen
Telephone: 886-2-8252-9598 and 886-2-8252-5902

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the claim docketed as Claim No. 50753 (amending and superseding Claim No. 807), filed in the amount of no less than $7,931,013.48 plus interest, premium, fees and other amounts (the "Claim") against the Debtor in the case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

ny-925233

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2010.

| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, TAIPEI BRANCH (identified on Claim No. 50753 as The Hongkong and Shanghai Banking Corporate Limited, Taipei Branch) | HSBC BANK (TAIWAN) LIMITED |
|---|---|
| By: _____<br>Name: Steve Chuang<br>Title: Senior Vice President, Wealth Management | By: _____<br>Name: Betty Miao<br>Title: Senior Vice President<br>Head of Personal Financial Services |

ny-925233                                                                2