UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>                **Debtors.** | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**Jointly Administered** |

**ORDER TO SHOW CAUSE FIXING HEARING DATE TO CONSIDER SUNCAL APPELLANTS' MOTION FOR STAY PENDING APPEAL**

Upon the motion, dated May 28, 2010 (Docket no. 9327, the "Motion"), of SunCal Communities I LLC, SunCal Communities III LLC, SCC/Palmdale LLC, Acton Estates LLC, SunCal Beaumont Heights LLC, SunCal Emerald Meadows LLC, SunCal Johansson Ranch LLC, SunCal Bickford Ranch LLC, SunCal Summit Valley LLC, Seven Brothers LLC, Kirby Estates LLC, SJD Partners Ltd., SJD Development Corp., SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC, the debtors and debtors-in-possession (collectively, the "SunCal Appellants") pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") seeking a stay pending appeal of that certain *Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC* (the "Order") entered by the United States Bankruptcy Court on May 13, 2010 (Docket No. 9030) (the "Compromise Order") and that certain *Order Denying Motion Of The Suncal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay* (Docket No. 9059) ("RFS Order"); and upon the Declaration of Sean A. O'Keefe Pursuant to Local Bankruptcy Rule 9077-1(a), dated

May 28, 2010, in support of this order to show cause (the "Declaration"); and it appearing that an order to show cause is necessary to fix a hearing date to consider the relief requested in the Motion, and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **June 1, 2010 at 10:00 a.m. (Prevailing Eastern Time)**; and it is further;

ORDERED that notice of the Hearing shall be given by sending a copy of this Order, the Declaration and the Motion, via e-mail, fax, or overnight mail, on or before **May 28, 2010 at 5:00 p.m. (Prevailing Eastern Time)** to (i) Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019, Att: Irena Goldstein, attorneys for Fenway Capital, LLC, Fenway Funding, LLC and Hudson Castle Group Inc. ("Fenway and Hudson"); (ii) Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Att: Laurie Binder, attorneys for Deutsche Bank Trust Company Americas, in its capacity as master administrator and indenture trustee ("DBTCA"); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Att: Andy Velez-Rivera, Esq. (the "U.S. Trustee"); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Att: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck, attorneys for the Official Committee of Unsecured Creditors (the "Creditors' Committee"); (v) the Securities and Exchange Commission; (vi) the Internal Revenue Service; (vii) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases (the "Notice Parties"); and it is further

ORDERED that objections and responses, if any, to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the

User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, and shall be served in accordance with General Order M-242, upon the Notice Parties, so as to be so filed and received no later than **June 1, 2010 at 9:00 a.m. (Prevailing Eastern Time)**.

Dated: May 28, 2010
New York, New York

                                                             /s/ James M. Peck
                                         UNITED STATES BANKRUPTCY JUDGE