**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :       08-13555 (JMP)
                                                    :
                          Debtors.                  :       (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF REJECTION OF EXECUTORY CONTRACT

**PLEASE TAKE NOTICE** that, on October 3, 2008, the United States
Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court") entered an
order (the "Procedures Order") in the above-referenced chapter 11 cases of Lehman Brothers
Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors"), among other
things, approving expedited procedures (the "Rejection Procedures") for the rejection of
executory contracts of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the
Procedures Order, the Debtors hereby provide notice of their intent to reject the contract
identified below. Pursuant to the terms of the Procedures Order, unless a written objection is
filed and served in accordance with the terms of the Procedures Order, the following contract
will be rejected pursuant to 11 U.S.C. § 365(a), effective as of (a) the effective date otherwise set
forth in this Notice or, if no such date is set forth for your contract, (b) the date of this Rejection
Notice (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to
the proposed rejection of its contract must file and serve a written objection so that such
objection is filed with the Court and underlined(actually received) by the following parties (the "Objection
Notice Parties") no later than ten (10) days after this notice of rejection was sent to the
counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue,
New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman) and Curtis, Mallet-
Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178-0061 (Attn:  L. P. Harrison
3rd and Cindi M. Eilbott); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New
York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb
Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield
and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed,
Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F.
Dunne, and Wilbur F. Foster, Jr.); and  (v) the attorneys for the SIPA Trustee, Hughes Hubbard
& Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David
Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, if a timely objection to this Notice is filed and received in accordance with the Procedures Order, the Debtors shall schedule a hearing on such objection and shall provide at least five (5) days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract, then the applicable contract shall be deemed rejected (a) as of the Rejection Date, or (b) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract, you must submit a proof of claim for damages arising from such rejection, if any, to Epiq Bankruptcy Solutions, LLC[7], the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Debtors' cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form is available at http://chapter11.epiqsystems.com/lehman. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced Contract.

*[Remainder of Page Intentionally Left Blank]*

---

[7] Claims should be sent to the following addresses:

If by first-class mail: Lehman Brothers' Claims Processing, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5076, New York, New York 10150-5076.

If by hand delivery or overnight mail: Epiq Bankruptcy Solutions, LLC, Attn: Lehman Brothers' Claims Processing, 757 Third Avenue, 3rd Floor, New York, New York 10017.

7749025

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a contract counterparty as a security deposit or otherwise, the contract counterparty may not setoff or otherwise use such deposit without the prior authorization of the Bankruptcy Court.

**CONTRACT**

| Contract Counterparty (Name / Address) | Description of Contract | Effective Date of Rejection |
|---|---|---|
| AIG Technologies, Inc.<br>2 Peach Tree Hill Road<br>Livingston, New Jersey<br>07039 | License Agreement for Use of Co-location Space, dated March 31, 2004, as amended from time to time | June 15, 2010 |

Dated: May 28, 2010
New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:/s/ L. P. Harrison 3rd
    L. P. Harrison 3rd
    Cindi M. Eilbott
101 Park Avenue
New York, New York  10178-0061
Tel.:  (212) 696-6000
Fax:  (212) 697-1559

*Attorneys for the Debtors and
Debtors-in-Possesion*

7749025