Hearing: June 1, 2010 at 10:00 A.M.
Opposition Due: June 1, 2010 at 9:00 A.M.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**Jointly Administered** |

**NOTICE TO CREDITORS AND PARTIES IN INTEREST OF HEARING ON SUNCAL APPELLANTS' MOTION FOR STAY PENDING APPEAL; REQUEST FOR EXPEDITED HEARING AND ORDER STAYING IMPLEMENTATION OF ORDERS ON APPEAL PENDING CONSIDERATION OF MOTION (ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR AUTHORITY TO COMPROMISE CONTROVERSY IN CONNECTION WITH A REPURCHASE TRANSACTION WITH FENWAY CAPITAL, , LLC AND A COMMERCIAL PAPER PROGRAM WITH FENWAY FUNDING, LLC, AND ORDER DENYING MOTION OF THE SUNCAL DEBTORS FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY; OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY)**

NOTICE IS HEREBY GIVEN that, pursuant to that certain Order To Show Cause Fixing Hearing Date To Consider SunCal Appellants' Motion For Stay Pending Appeal, the Court has scheduled a hearing for June 1, 2010 at 10:00 A.M., prevailing Eastern Time before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Opposition, if any, to the Motion for Stay Pending Appeal must be in writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in

///

///

Doc#146568

accordance with General Order M-242, so as to be filed and received no later than June 1, 2010 at 9:00 A.M., prevailing Eastern Time.

Dated: May 28, 2010

    /s/  Sean A O'Keefe
Sean A O'Keefe
Paul J. Couchot
WINTHROP COUCHOT, P.C.
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

    /s/  Louis R. Miller
Louis R. Miller
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
LOS ANGELES, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

*Attorneys for the SunCal Appellants*