# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

P.J. Marksbury, being first duly sworn, deposes and says:

I am not a party to this action; am over eighteen (18) years of age and reside in Long Beach, California; that on the 28th day of May 2010, I caused to be served the following documents:

1. SunCal Appellants' Notice Of Motion For Stay Pending Appeal Pursuant To Fed. R. Bankr. P. 8005 Re Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC *And* Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal;

2. Order to Show Cause to Consider SunCal Appellants' Motion for Stay Pending Appeal; Request for Expedited Hearing and Order staying Implementation of Orders on Appeal Pending Consideration of Motion; and

3. Notice To Creditors And Parties In Interest Of Hearing On SunCal Appellants' Motion For Stay Pending Appeal; Request For Expedited Hearing And Order Staying Implementation Of Orders On Appeal Pending Consideration Of Motion (Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, , LLC And A Commercial Paper Program With Fenway Funding, LLC, And Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay).

**ON THE FOLLOWING PARTIES VIA FACSIMILE:**

1. Office of the United States Trustee for the Southern District of New York – **Facsimile: 212-668-2255.**

2. The Securities and Exchange Commission - **Facsimile: 212-336-1323.**

3. Internal Revenue Service - **Facsimile: 215-516-1499.**

4. 5. U.S. Attorney for Southern District of New York- **Facsimile: 212-637-2750.**

In Addition, on the 28th day of May 2010, I caused to be served the following documents:

1. Notice of Appeal of Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC;

2. Notice of Appeal of Order Denying Motion of the SunCal Debtors for An Order Determining that the Automatic Stay Does Not Apply; or, In the Alternative, Granting Relief From Stay;

3. Statement of Issues and Designation of Record Re Appeal of Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC Filed by the SunCal Appellants;

4. Statement of Issues and Designation of Record Re Appeal of Order Denying Motion of the SunCal Debtors for An Order Determining that the Automatic Stay Does Not Apply; or, In the Alternative, Granting Relief From Stay Filed by the SunCal Appellants;

5. SunCal Appellants' Notice Of Motion For Stay Pending Appeal Pursuant To Fed. R. Bankr. P. 8005 Re Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC *And* Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal;

6. SunCal Appellants' Memorandum Of Law Pursuant To Fed. R. Bankr. P. 8005 For Stay Pending Appeal Of Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC *And* For Stay Pending Appeal Of Order Denying Motion Of The SunCal Debtors For An Order Determining That The

|   |   |
|---|---|
|   | Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal; |
| 7. | Declaration Of Sean A. O'Keefe In Support Of SunCal Appellants' Motion For Stay Pending Appeal Pursuant To Fed. R. Bankr. P. 8005 Re Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, Llc *And* Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal; |
| 8. | Declaration of Sean A. O'Keefe in Support of Issuance of Order Setting Expedited Hearing and Staying Implementation of Orders on Appeal Pending Consideration of SunCal Appellants' Motion for Stay Pending Appeal; and |
| 9. | Order to Show Cause to Consider SunCal Appellants' Motion for Stay Pending Appeal; Request for Expedited Hearing and Order staying Implementation of Orders on Appeal Pending Consideration of Motion; and |
| 10. | Notice To Creditors And Parties In Interest Of Hearing On SunCal Appellants' Motion For Stay Pending Appeal; Request For Expedited Hearing And Order Staying Implementation Of Orders On Appeal Pending Consideration Of Motion (Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, , LLC And A Commercial Paper Program With Fenway Funding, LLC, And Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay). |

**ON THE FOLLOWING PARTIES VIA E-MAIL:**

Milbank, Tweed, Hadley & McCloy LLP, Dennis F. Dunne, Dennis O'Donnell and Evan Fleck:

**E-MAIL: dodonnel@milbank.com; efleck@milbank.com; ddunne@milbank.com;**

Dewey & LeBoeuf, Irena Goldstein: **E-Mail: igoldstein@dl.com;**

Seward & Kissel LLP, Laurie Binder: **E-MAIL: binder@sewkis.com ;**

Weil, Gotshal & Manges, LLP, Edward Soto and Shai Waisman: **E-MAIL:**

**Edward.soto@weil.com; shai.waisman@weil.com;** Pachulski,

Stang, Ziehl & Jones, Richard Pachulski, Dean Ziehl and Shirley Cho: **E-MAIL:**

**rpachulski@pszjlaw.com; dzichl@pszjlaw.com; scho@pszjlaw.com**

In Addition, on the 28th day of May 2010, I caused to be served the following document on the Parties in Exhibit "1" (attached hereto) via e-mail:

1.  Notice To Creditors And Parties In Interest Of Hearing On SunCal Appellants' Motion For Stay Pending Appeal; Request For Expedited Hearing And Order Staying Implementation Of Orders On Appeal Pending Consideration Of Motion (Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, , LLC And A Commercial Paper Program With Fenway Funding, LLC, And Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay).

Executed this 28th day of May, 2010 at Newport Beach, California.

*[signature]*
P.J. Marksbury

STATE OF CALIFORNIA             )
                                )
COUNTY OF ORANGE                )

On May 28, 2010, before me, Susan L. Connor, personally appeared P.J. Marksbury, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Susan Connor
Notary Public in and for said State

SUSAN L. CONNOR
Commission # 1858393
Notary Public - California
Orange County
My Comm. Expires Jul 19, 2013

aaaronson@dilworthlaw.com; maosbny@willkie.com; mabrams@willkie.com;
acker@chapman.com; dadler@mccarter.com; aalfonso@kayescholer.com;
daniel.bloom@kayescholer.com; rcappiello@kayescholer.com; gjeanlouis@kayescholer.com;
tania.ingman@kayescholer.com; dalvarado@rgrdlaw.com; e_file_sd@rgrdlaw.com;
sanderson@bernsteinshur.com; acummings@bernsteinshur.com;lkubiak@bernsteinshur.com;
angelich.george@arentfox.com; angelich.george@arentfox.com;lane.katie@arentfox.com;
tannweiler@greerherz.com; barnold@whdlaw.com; chandy@whdlaw.com;
ashmead@sewkis.com; emcdonnell@sidley.com; douglas.bacon@lw.com;
chefiling@lw.com;beth.arnold@lw.com; donald.badaczewski@dechert.com;
ingrid.bagby@cwt.com; betty.comerro@cwt.com;michele.maman@cwt.com;
kbaker@kramerlevin.com; hball@ba-boult.com; mtaylor@ba-boult.com; wballaine@lcbf.com;
rgleason@pbfcm.com; ebcalvo@pbfcm.com; dbarber@bsblawyers.com;
dbarrack@fulbright.com; lawrence.bass@hro.com; bassey@hugheshubbard.com;
pbasta@kirkland.com; jacob.goldfinger@kirkland.com; batista007@aol.com;
rbeacher@daypitney.com;; abeaumont@fklaw.com; lehmanbros@fklaw.com;
sbelden@kleinlaw.com; imedelli@kleinlaw.com; srucker@kleinlaw.com;
kfryer@kleinlaw.com; cbelmonte@ssbb.com; pbosswick@ssbb.com;
Beltzer;hbeltzer@morganlewis.com; evan.benanti@bingham.com; wbenzija@halperinlaw.net;
bergers@dicksteinshapiro.com;; jbergman@kasowitz.com; courtnotices@kasowitz.com;
jbergman@kasowitz.com; courtnotices@kasowitz.com; smoskowitz@kasowitz.com;
lberkoff@moritthock.com; ronit.berkovich@weil.com; mberman@nixonpeabody.com;
rbernard@bakerlaw.com; bernsted@lbitrustee.com; sbernstein@hunton.com;
dbesikof@loeb.com; rbhimani@eckertseamans.com; martin.bienenstock@dl.com;
tkarcher@dl.com; haaronson@dl.com; lsaal@dl.com;lcassey@dl.com;
jeffery.black@bingham.com; pat.wright@bingham.com; jBlackman@morganlewis.com;
bblaustein@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com;
dbleck@mintz.com; Anthony_Boccanfuso@aporter.com; maofiling@cgsh.com;
cboccuzzi@cgsh.com; notice@bkcylaw.com; mbossi@thompsoncoburn.com;
lmckinnon@thompsoncoburn.com; mbove@pszjlaw.com; dharris@pszjlaw.com;
mbove@pszjlaw.com; jbregman@curtis.com; cmanthei@curtis.com; ghertzberg@curtis.com;
timothy.brink@dlapiper.com; maofiling@cgsh.com; lukeb@rgrdlaw.com;
e_file_sf@rgrdlaw.com; mbrosterman@stroock.com; docketing@stroock.com;
insolvency@stroock.com; mark.broude@lw.com; peter.gilhuly@lw.com;
andrew.brozman@cliffordchance.com; brundige@hugheshubbard.com;
marty.bunin@alston.com; spenceb@rgrdlaw.com; e_file_sd@rgrdlaw.com; Busenkell;
mbusenkell@wcsr.com; cahn@clm.com; dcahn@cahnlaw.com; ccallari@venable.com;
dcampbell@ghclaw.com; jdisanti@whitecase.com; mcosbny@whitecase.com;
info2@normandyhill.com; jcarberry@cl-law.com; dsantos@cl-law.com;
scargill@lowenstein.com; carlin@thshlaw.com; bankruptcy@clm.com;
KDWBankruptcyDepartment@kelleydrye.com; gcatalanello@duanemorris.com;
gcatalanello@duanemorris.com; icatto@kirkland.com; gabriel.chacon@dol.lps.state.nj.us;
maosbny@willkie.com; tchase@rlrpclaw.com; pamela.chepiga@newyork.allenovery.com;
kurt.vellek@allenovery.com; schristianson@buchalter.com; cmcintire@buchalter.com;
rchristmas@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com; jchubak@dl.com;
jared.clark@bingham.com; david.marcus@bingham.com; pat.wright@bingham.com;
agbanknewyork@ag.tn.gov; hollace.cohen@troutmansanders.com; cohenr@sewkis.com;

joshua.cohn@allenovery.com; kurt.vellek@allenovery.com; mcohn@cohnroth.com;
scaba@cohnroth.com; tburns@cohnroth.com; coleman@hugheshubbard.com;
evelyn.rodriguez@allenovery.com; kurt.vellek@allenovery.com;
magdeline.coleman@bipc.com; donna.curcio@bipc.com; pcollins@farrellfritz.com;
ccombest@quarles.com; fbf@quarles.com; dlcopulsky@hhlaw.com; nduncan@hhlaw.com;
kcoreyedstrom@larkinhoffman.com; jlc@costell-law.com; pcostello@bbslaw.com;
pcostello@vectislawgroup.com; scousins@armstrongteasdale.com;
jsant@armstrongteasdale.com; dcrapo@gibbonslaw.com; dcrichlow@pillsburywinthrop.com;
mao-ecf@debevoise.com; leo.crowley@pillsburylaw.com; wcurchack@loeb.com;
vrubinstein@loeb.com; lcurcio@sonnenschein.com; vdagostino@lowenstein.com;
jbecht@lowenstein.com; robertdakis@quinnemanuel.com; Lago;
bankruptcy@morrisoncohen.com; pdarby@babc.com;
wendy.kane@cwt.com;michael.schrader@cwt.com; jdavis@rgrdlaw.com;
e_file_sf@rgrdlaw.com; pdefilippo@wmd-law.com; gparascondola@wmd-law.com;
ldelucia@schiffhardin.com; lbonilla@schiffhardin.com; sodavis@schiffhardin.com;
smartin@schiffhardin.com; jennifer.demarco@cliffordchance.com;
gabriel.delvirginia@verizon.net; dellajo@duanemorris.com; bdempsey@faegre.com;
cwilds@faegre.com; harriet.cohen@troutmansanders.com; mark.deveno@bingham.com;
pat.wright@bingham.com; francesco.dipietro@wg-law.com; gayle.eisenberg@wg-law.com;
diconzam@gtlaw.com; baddleyd@gtlaw.com; petermann@gtlaw.com;
ddiesing@whdlaw.com; lramirez@whdlaw.com; pbartoli@whdlaw.com;
gianni.dimos@pillsburylaw.com; Sara_Discepolo@verizon.net; chris.donoho@lovells.com;
scao@centerbridge.com; joshua.dorchak@bingham.com; mdorval@stradley.com;
adoshi@daypitney.com; dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com; tdraghi@westermanllp.com; ddrebsky@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com; rdremluk@seyfarth.com; pbaisier@seyfarth.com;
dchristian@seyfarth.com; tduffy@andersonkill.com; dnolan@andersonkill.com;
ddunn@hhlaw.com; mferrara@hhlaw.com; BkMail@prommis.com;
mcobankruptcy@pbwt.com; eagel@bragarwexler.com; aeckstein@blankrome.com;
senese@blankrome.com; mjedelman@vedderprice.com; ecfnydocket@vedderprice.com;
deggermann@kramerlevin.com; mmakinde@kramerlevin.com; deggert@freebornpeters.com;
bkdocketing@freebornpeters.com; sehlers@armstrongteasdale.com; seichel@crowell.com;
jeremy.eiden@state.mn.us; ekbergc@lanepowell.com; jagows@lanepowell.com;
relgidely@gjb-law.com; gjbecf@gjb-law.com; eleliasen@stoel.com; basargent@stoel.com;
david.elkind@ropesgray.com; paul.lang@ropesgray.com; mark.ellenberg@cwt.com;
allison.dipasqua@cwt.com; betty.comerro@cwt.com; kelliott@kelleydrye.com;
bemmons@sovereignbank.com; menright@rc.com; aentwistle@entwistle-law.com;
mbernard@entwistle-law.com; vcappucci@entwistle-law.com; jwhitman@entwistle-law.com;
jporter@entwistle-law.com; bankruptcyinfo@esbinalter.com; bankruptcyinfo@esbinalter.com;
eestrada@reedsmith.com; metkin@lowenstein.com; mseymour@lowenstein.com;
wfactor@wfactorlaw.com; slorber@wfactorlaw.com; mfagone@bernsteinshur.com;
jessica.fainman@barclayscapital.com; mfarquhar@winstead.com; whsu@winstead.com;
farrisw@sullcrom.com; gmf@cpdb.com; charles@filardi-law.com; abothwell@filardi-
law.com; sfineman@lchb.com; sfink@orrick.com; nymao@orrick.com; Fisch;
afisch@stutman.com; fishere@butzel.com; richarda@butzel.com; flanchers@michigan.gov;
dflanigan@polsinelli.com; tbackus@polsinelli.com; jflaxer@golenbock.com;

ssmith@golenbock.com; eneuman@golenbock.com; mweinstein@golenbock.com;
rfleischer@pryorcashman.com; docketing@pryorcashman.com; martin.flics@linklaters.com;
shauin.wang@linklaters.com; casey.bell@linklaters.com; sfox@mcguirewoods.com;
mfrankel@bfklaw.com; mark_frankel@yahoo.com; jfreeberg@wfw.com;
mfreedlander@mcguirewoods.com; hhickman@mcguirewoods.com;
rfreeman@dealysilberstein.com; efrejka@kramerlevin.com; DFriedman@kasowitz.com;
courtnotices@kasowitz.com; mmyles@friedumspring.com; jeff.friedman@kattenlaw.com;
kfriedman@manatt.com; efrasiolas@manatt.com; mfriedman@rkollp.com;
mschneider@rkollp.com; jhong@rkollp.com; dgallacher@rkollp.com;
jfroehlich@lockelord.com; tgaa@bbslaw.com; catherine@bbslaw.com;
amanda.gallagher@linklaters.com; Agamza@mosessinger.com; dkick@mosessinger.com;
dbutvick@mosessinger.com; cgresh@mosessinger.com; sgebrael@klestadt.com;
gedanman@gedanlaw.com; kgeercken@alston.com;
kgeercken@alston.com;plewis@alston.com; lawrence.gelber@srz.com; jbgesq@bway.net;
agiacobbe@zeklaw.com; giaimoc@arentfox.com; sdg@adorno.com; ctatelbaum@adorno.com;
jalper@adorno.com; sdnyecf@dor.mo.gov; jgitto@nixonpeabody.com; eglas@mccarter.com;
aglenn@kasowitz.com; courtnotices@kasowitz.com;JGoffman@skadden.com;
mmirkovi@skadden.com; agold@herrick.com; mgold@kkwc.com;
mattgoldesq@optonline.net; adam.goldberg@lw.com; seth.goldman@mto.com;
igoldstein@dl.com; pabelson@dl.com; stephanie.goldstein@friedfrank.com;
brett.goodman@troutmansanders.com; harriet.cohen@troutmansanders.com;
tgoren@mofo.com; lmarinuzzi@mofo.com; brettmiller@mofo.com;
agottesman@secondmarket.com; gsalamone@secondmarket.com;
cgraham@mckennalong.com; jvargas@mckennalong.com; lgranfield@cgsh.com;
maofiling@cgsh.com; racooper@cgsh.com; gbongartz@cgsh.com; mfleming@cgsh.com;
bmorag@cgsh.com; jmoss@cgsh.com; smcmillan@cgsh.com;otseytkin@cgsh.com;
jrietema@cgsh.com; isgreene@hhlaw.com; nduncan@hhlaw.com; brian.greer@dechert.com;
stefanie.greer@bingham.com; joshua.mclaughlin@bingham.com; joyce.gilroy@bingham.com;
egrillo@goodwinprocter.com; howard.j.grossman@chase.com; ecf@ebg-law.com;
philg@klgates.com; rhonda.hinman@klgates.com; pgunther@salans.com;
nkhalatova@salans.com; daniel.guyder@allenovery.com; kurt.vellek@allenovery.com;
jonathan.cho@allenovery.com; robert.hall@azag.gov; tehall@bakerd.com;
sarah.laughlin@bakerd.com; thall@chadbourne.com; ahalperin@halperinlaw.net;
spark@halperinlaw.net; cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net;
william.hao@alston.com; lharrington@nixonpeabody.com; Christopher.harris@lw.com;
Juandisha; Harris; harrisj12@michigan.gov; holcombm@michigan.gov; lharrison@curtis.com;
jdrew@curtis.com; mlischin@curtis.com; ceilbott@curtis.com; jpizzurro@curtis.com;
mmoscato@curtis.com; ndelaney@curtis.com; pbehmke@curtis.com;
diane.harvey@weil.com; howard.hawkins@cwt.com; allison.dipasqua@cwt.com;
phayden@mcguirewoods.com; dhayes@mcguirewoods.com; phayden@mcguirewoods.com;
kcain@mcguirewoods.com; nhazan@mwe.com; phheer@duanemorris.com;
odmclean@duanemorris.com; dheffer@foley.com; cheinrich@hslegalfirm.com;
heiser@chapman.com; jsh@spallp.com; Sally.Henry@skadden.com; efiechte@skadden.com;
ira.herman@tklaw.com; orlando.salcedo@tklaw.com; amy.wowak@tklaw.com;
delilah.garcia@tklaw.com; Nherman@morganlewis.com; jherzog@gklaw.com;
mroufus@gklaw.com; zraiche@gklaw.com; wheuer@duanemorris.com;

hirsh.robert@arentfox.com; constantino.nova@arentfox.com; djhoffman@djhoffmanlaw.com; ehollander@whitecase.com; mcosbny@whitecase.com; jdisanti@whitecase.com; pholleman@sandw.com; rholtzman@kramerlevin.com; Jonathan; Hook; jonathan.hook@haynesboone.com; lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com; Christopher; J.; Houpt; choupt@mayerbrown.com; jmarsala@mayerbrown.com; Casey; B.; Howard; choward@lockelord.com; hhume@bsfllp.com; NYC_Managing_Clerk@bsfllp.com; tbloomer@bsfllp.com; lsmith@bsfllp.com; nkemp@bsfllp.com; shunt@arnstein.com; sch.ecfnotices@gmail.com; amroot@arnstein.com; jay.hurst@oag.state.tx.us; fhyman@mayerbrownrowe.com; jiadevaia@vladeck.com; aisenberg@saul.com; ritkin@steptoe.com; kpiper@steptoe.com,khollingsworth@steptoe.com; jacksonj5@michigan.gov; sjakubowski@colemanlawfirm.com; eric.johnson@hro.com; alicia.berry@hro.com; michael.johnson@alston.com; rajohnson@akingump.com; jay.jolley@fnf.com; thomas.roubidoux@kutakrock.com; rjones@bccb.com; jjureller@klestadt.com; jjureller@klestadt.com; gkaden@goulstonstorrs.com; Kannel; wkannel@mintz.com; rkanowitz@cooley.com; ajkaplan@sidley.com; mkilby@sidley.com; emcdonnell@sidley.com; gary.kaplan@ffhsj.com; jennifer.rodburg@ffhsj.com; mkaplan@gkblaw.com; dimitri.karcazes@goldbergkohn.com; kristina.bunker@goldbergkohn.com; david.karp@srz.com; dkasselman@kasselman-law.com; ekates@bakerlaw.com; jkaye@kramerlevin.com; rkeach@bernsteinshur.com; acummings@bernsteinshur.com; sspizuoco@bernsteinshur.com; lkubiak@bernsteinshur.com; astewart@bernsteinshur.com; robin.keller@lovells.com; omeca.nedd@lovells.com; craig@kelleylawoffice.com; sarah@kelleylawoffice.com; kellyjm@cooley.com; kkelly@ebglaw.com; nyma@ebglaw.com; mkelly@willkie.com; maosbny@willkie.com; tomkent@paulhastings.com; kiplok@hugheshubbard.com; pkizel@lowenstein.com; jkramer@lowenstein.com; dkleiner@velaw.com; hkoh@meisterseelig.com; skohn@dl.com; dcunsolo@winston.com; ljkotler@duanemorris.com; kovskyd@pepperlaw.com; kressk@pepperlaw.com; wisotska@pepperlaw.com; alexsym@pepperlaw.com; bdk@schlamstone.com; richard.krasnow@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; victoria.vron@weil.com; mkrauss@faegre.com; charayda@faegre.com; cdougherty@faegre.com; jkreher@hodgsonruss.com; rleek@hodgsonruss.com; mreyen@hodgsonruss.com; akress@riker.com; mkrolewski@kelleydrye.com; docketing@kelleydrye.com; BankruptcyCourt@KelleyDrye.com; greg.kupniewski@flastergreenberg.com; plabov@eapdlaw.com; Lacyr@sullcrom.com; bkrfilings@agg.com; mclambert@lawpost-nyc.com; mlandman@lcbf.com; david.langlois@sablaw.com; rlaplaca@levettrockwood.com; klarner@riker.com; lawallf@pepperlaw.com; jlawlor@wmd-law.com; gbenaur@wmd-law.com; dlemay@chadbourne.com; mark.ledwin@wilsonelser.com; dlee@nixonpeabody.com; gillad.matiteyahu@weil.com; matthew.schoenfeld@weil.com; slerner@ssd.com; ilevee@lowenstein.com; mseymour@lowenstein.com; shari.leventhal@ny.frb.org; rlevin@cravath.com; managing_attorneys_office@cravath.com; jlevine@andrewskurth.com; jlevine@akllp.com; jlevitan@proskauer.com; srutsky@proskauer.com; JLevitin@cahill.com; MMcLoughlin@cahill.com; SGordon@cahill.com; Plinken@cahill.com; ian.levy@kobrekim.com; lleyva@coleschotz.com; iliberman@akingump.com; mliberman@ebglaw.com; nyma@ebglaw.com; vlicul@vladeck.com; selieber@jonesday.com; liebovd@sullcrom.com; Demetra; Liggins;

demetra.liggins@tklaw.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com;
karly@crockerkuno.com; judy.liu@dl.com; haaronson@dl.com; lsaal@dl.com;
sloden@diamondmccarthy.com; adiamond@diamondmccarthy.com; joli@crlpc.com;
cave@hugheshubbard.com; mikhailevich.jessica@dorsey.com; de.ecf@dorsey.com;
slorber@wfactorlaw.com; alexander.lorenzo@alston.com; dalowenthal@pbwt.com;
mcobankruptcy@pbwt.com; mark@mllassociates.com; dludman@brownconnery.com;
alungen@kasowitz.com; alungen@kasowitz.com; klyman@irell.com;
jmaddock@mcquirewoods.com; jsheerin@mcguirewoods.com; gebmaguire@debevoise.com;
mao-ecf@debevoise.com; maguire@hugheshubbard.com; jsmairo@pbnlaw.com;
mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; lkkabse@pbnlaw.com;
mpdermatis@pbnlaw.com; kdcurtin@pbnlaw.com; cmajor@rc.com; tgorrell@rc.com;
robert.malone@dbr.com; raym@csgrr.com; e_file_sd@csgrr.com; Manne;
bmanne@tuckerlaw.com; bankruptcy@goodwin.com; jacqueline.marcus@weil.com;
jac.kim@weil.com; aliza.reicher@weil.com; jessica.liou@weil.com;
stefanie.beyer@weil.com; lgomez@msek.com; margolin@hugheshubbard.com;
lmarinuzzi@mofo.com; ross.martin@ropesgray.com; Patricia.Chen@ropesgray.com;
jcerbone@hahnhessen.com; kcraner@hahnhessen.com; jzawadzki@hahnhessen.com;
sthompson@hahnhessen.com; nrigano@hahnhessen.com; zvirani@hahnhessen.com;
kprimm@hahnhessen.com; jsmith@hahnhessen.com; lmay@coleschotz.com;
dkmayer@wlrk.com; calert@wlrk.com; smayerson@ssd.com;
wlancaster@ssd.com;rgreen@ssd.com; kurt.mayr@bgllp.com; jmazermarino@msek.com;
kgiddens@msek.com; brian.mcdermott@skadden.com; hmcdonald@sonnenschein.com;
mmuller@tpw.com; elsmith@sonnenschein.com; lcurcio@sonnenschein.com;
dmcgarry@whdlaw.com; dkarns@whdlaw.com; ffm@bostonbusinesslaw.com;
lmcgowen@orrick.com; michelle.mcmahon@bryancave.com; dortiz@bryancave.com;
wcrenshaw@pogolaw.com; amcmullen@babc.com; john.mcnicholas@dlapiper.com;
william.coleman@dlapiper.com; rosemary.scariati@dlapiper.com;
vincent.roldan@dlapiper.com; mark.c.smith@dlapiper.com;
christopher.thomson@dlapiper.com; robert.ware@dlapiper.com;
jeremy.johnson@dlapiper.com; jmelko@gardere.com; mmendez@hunton.com;
Mmervis@proskauer.com; Mmervis@proskauer.com; LSONYSB@proskauer.com;
msteen@foxrothschild.com; spmicklich@daypitney.com; rmichaelson@klgates.com;
lmilas@rosicki.com; ecfnotice@rosicki.com; bmiller@mofo.com; dmiller@rakowerlaw.com;
mrakower@rakowerlaw.com; harvey.miller@weil.com; garrett.fail@weil.com;
ralph.miller@weil.com; ahulbert@logs.com; bankruptcy@morrisoncohen.com;
maofiling@cgsh.com; tmoloney@cgsh.com; dlivshiz@cgsh.com;
dmolton@brownrudnick.com; jelstad@brownrudnick.com; crmomjian@attorneygeneral.gov;
cmontgomery@salans.com; apabon@salans.com; nkhalatova@salans.com;
mmooney@deilylawfirm.com; tjohnson@deilylawfirm.com;
bkecfactivitynotices@deilylawfirm.com; matthew.morris@lovells.com;
hugh.hill@lovells.com; daniel.lanigan@lovells.com; morsej@hbdlawyers.com;
judy.morse@crowedunlevy.com; smoskowitz@kasowitz.com; courtnotices@kasowitz.com;
smulligan@bsblawyers.com; murphym2@michigan.gov; jnagi@polsinelli.com;
kjm@lnbrb.com; dneier@winston.com; dcunsolo@winston.com; mneier@ibolaw.com;
lneish@zuckerman.com; maosbny@willkie.com; rnetzer@willkie.com;
snewman@katskykorins.com; rnies@wolffsamson.com; ecf@wolffsamson.com;

tnixon@gklaw.com; zraiche@gklaw.com; mroufus@gklaw.com; rnorthey-lbi@mhjur.com;
rnorton@hunton.com; rnovick@kasowitz.com; courtnotices@kasowitz.com;
hsnovikoff@wlrk.com; calcrt@wlrk.com; jputnam@bermanesq.com; eobrien@sbchlaw.com;
maosbny@willkie.com; boconnor@willkie.com; soneal@cgsh.com; maofiling@cgsh.com;
jcroft@cgsh.com; crodriguez@cgsh.com; msercombe@cgsh.com; boneill@kramerlevin.com;
coberdier@schiffhardin.com; lbonilla@schiffhardin.com; egeekie@schiffhardin.com;
sodavis@schiffhardin.com; ochska@flhsj.com; sokeefe@winthropcouchot.com;
holsen@stroock.com; molsen@morganlewis.com; kostad@mofo.com;
ECF.Oster@huntington.com; apo@stevenslee.com; oxford@hugheshubbard.com;
spainter@cftc.gov; cpalella@kurzman.com; deryck.palmer@cwt.com;
allison.dipasqua@cwt.com; wendy.kane@cwt.com; agnes.wysoczanski@cwt.com;
scott.greenberg@cwt.com;elizabeth.walker@cwt.com; cpanzer@sillscummis.com;
merritt.pardini@kattenlaw.com; dustin.branch@kattenlaw.com; brian.huben@kattenlaw.com;
nyc.bknotices@kattenlaw.com; joni.jacobsen@kattenlaw.com;
monica.mosby@kattenlaw.com; barbra.parlin@hklaw.com; ppartee@hunton.com;
alfredo.perez@weil.com; Michele.meises@weil.com; Chris.lopez@weil.com;
gayle.mitchel@weil.com; manesh.shah@weil.com; michele.meises@weil.com;
donald.etienne@weil.com; sherri.toub@weil.com; nicole.aliseo@weil.com;
aliza.reicher@weil.com; steven.perlstein@kobrekim.com; rpershes@bdblaw.com;
sjohnson@bdblaw.com; blitcal@bdblaw.com; sweires@bdblaw.com; rsteele@bdblaw.com;
gregory.petrick@cwt.com; diana.perez@cwt.com; david.forsh@cwt.com;
allison.dipasqua@cwt.com; opetukhova@foley.com; brian.pfeiffer@friedfrank.com;
dpiazza@hodgsonruss.com; syoon@hodgsonruss.com; apincus@reedsmith.com;
leslieplaskon@paulhastings.com; splatzer@platzerlaw.com; lml@ppgms.com;
dpost@kramerlevin.com; poulos@hugheshubbard.com; cp@stevenslee.com;
Jen.Premisler@cliffordchance.com; pwp@pattiprewittlaw.com; wprice@mcguirewoods.com;
mprimoff@kayescholer.com; maosbny@kayescholer.com; jprol@lowenstein.com;
jacob.pultman@allenovery.com; kurt.vellek@allenovery.com; dquinn@garfield-county.com;
garcoatt@garfield-county.com; jrabinowitz@rltlawfirm.com; ypalmeri@rltlawfirm.com;
araboy@cov.com; prachmuth@gerstensavage.com; jar@outtengolden.com;
john.rapisardi@cwt.com; agnes.wysoczanski@cwt.com; scott.greenberg@cwt.com;
betty.comerro@cwt.com; crasile@hunton.com; mtucker@hunton.com; adeboer@hunton.com;
keckhardt,mmannering@hunton.com; pratelle@fwhtlaw.com; gravert@mwe.com;
sree@lcbf.com; ira.a.reid@bakernet.com; rreid@sheppardmullin.com; ERotenberg-
Schwartz@sheppardmullin.com; bwolfe@sheppardmullin.com; sreisman@curtis.com;
ccilbott@curtis.com; jdrew@curtis.com; tbarnes@curtis.com; cmanthei@curtis.com;
vhodeau@curtis.com; mgallagher@curtis.com; dching@curtis.com; njames@curtis.com;
kreynolds@mklawnyc.com; jwalsh@mklawnyc.com; tcard@mklawnyc.com;
arheaume@riemerlaw.com; gmoss@riemerlaw.com; jeff.rich@klgates.com;
nathanael.meyers@klgates.com; mrichards@blankrome.com; pricotta@mintz.com;
michael.riela@lw.com; dirk.roberts@ots.treas.gov; jennifer.rodburg@friedfrank.com;
aaron.rothman@friedfrank.com; matthew.roose@friedfrank.com;
richard.tisdale@friedfrank.com; aaron.kleinman@friedfrank.com;
mroeschenthaler@mcguirewoods.com; crogers@orrick.com; rogerst@sullcrom.com;
wroll@shearman.com; erose@herrick.com; erose@herrick.com;
arthur.rosenberg@hklaw.com; jeff@kleinsolomon.com; krosenberg@tighepatton.com;

brosenblum@jonesday.com; maofiling@cgsh.com; mrosenthal@gibsondunn.com;
jcontreras@gibsondunn.com; wendy.rosenthal@cliffordchance.com;
DRosenzweig@Fulbright.com; dfliman@kasowitz.com; courtnotices@kasowitz.com;
drosner@goulstonstorrs.com; mjr1@westchestergov.com; rroupinian@outtengolden.com;
arovira@sidley.com; emcdonnell@sidley.com; broy@rltlawfirm.com;
ypalmeri@rltlawfirm.com; srudman@csgrr.com; kstadelmann@csgrr.com;
arudzin@omm.com; srutsky@proskauer.com; jeffrey.sabin@bingham.com;
jsafer@lockelord.com; jsaferstein@paulweiss.com; csalomon@beckerglynn.com;
jholdridge@beckerglynn.com; lmueller@beckerglynn.com;
austin.bankruptcy@publicans.com; lsapir@sillscummis.com; jsavion@ci.syracuse.ny.us;
rscannell@morganlewis.com; lscarcella@farrellfritz.com; bschartz@kirkland.com;
jschiller@bsfllp.com; mschleich@fslf.com; cschreiber@winston.com;
christopher.schueller@bipc.com; timothy.palmer@bipc.com;donna.curcio@bipc.com;
dschulman@salans.com; jdivack@hahnhessen.com; jcerbone@hahnhessen.com;
kcraner@hahnhessen.com; sthompson@hahnhessen.com; jorbach@hahnhessen.com;
lschweitzer@cgsh.com; maofiling@cgsh.com; jmoss@cgsh.com; jgaynor@cgsh.com;
bscott@klestadt.com; jscott@reedsmith.com; arosenblatt@chadbourne.com;
sselbst@herrick.com; courtnotices@herrick.com; jshaban@wbamct.com;
ashaffer@mayerbrown.com; nshanahan@coleschotz.com; dshemano@pwkllp.com;
lpeitzman@pwkllp.com; tsheridan@hanlyconroy.com; mark.sherrill@sablaw.com;
sshimshak@paulweiss.com; sshimshak@paulweiss.com; mark.shinderman@mto.com;
paula.ayers@mto.com; mshiner@tuckerlaw.com; cshore@whitecase.com;
jdisanti@whitecase.com; mcosbny@whitecase.com; agoldenberg@whitecase.com;
jwinters@whitecase.com; cshulman@sheppardmullin.com; jqin@sheppardmullin.com;
Glenn.Siegel@dechert.com; PSilverman@mclaughlinstern.com;
paulsilverstein@andrewskurth.com; jlevine@akllp.com; peter.simmons@friedfrank.com;
keith.simon@lw.com; chefiling@lw.com; beth.arnold@lw.com; lsimonson@faegre.com;
csimpson@windelsmarx.com; detheridge@windelsmarx.com; mhudson@windelsmarx.com;
mmartir@windelsmarx.com; pfarren@cahill.com; lgomez@msek.com; easmith@venable.com;
esmith@llgm.com; asnow@ssbb.com; esnyder@sillerwilk.com; john.spears@alston.com;
mspeiser@stroock.com; insolvency2@stroock.com; dspelfogel@foley.com;
jsprayregen@kirkland.com; wguerrieri@kirkland.com; msprouse@jw.com;
ccthomas@jw.com; kgradney@jw.com; steinbo@ffhsj.com; nydocketclrk@ffhsj.com;
jstern@bsfllp.com; NYC_Managing Clerk@bsfllp.com; msternstein@sheppardmullin.com;
jstoll@mayerbrownrowe.com; jstoll@mayerbrownrowe.com; bstrickland@wtplaw.com;
harveystrickon@paulhastings.com; david.sullivan@cliffordchance.com; wswearingen@llf-law.com; mtamasco@schnader.com; sara.tapinekis@cliffordchance.com; bobt@tglaw.net;
jamestecce@quinnemanuel.com; jteele@lowenstein.com; gbuccellato@lowenstein.com;
klafiura@lowenstein.com; jteitelbaum@tblawllp.com; marc.tepper@bipc.com;
donna.curcio@bipc.com; rterenzi@stcwlaw.com; april.theis@azag.gov;
mcto@debevoise.com; mao-ecf@debevoise.com; ktomer@goodwinprocter.com;
atrehan@mayerbrown.com; atrehan@mayerbrown.com; cwalsh@mayerbrown.com;
ctrinko@trinko.com; ptrostle@jenner.com; thomas.trowbridge@bakerbotts.com;
btrust@mayerbrown.com; guzzi@whitecase.com; mcosbny@whitecase.com;
jdisanti@whitecase.com; ehret-vanhorn@mbaum.com; bkincoming@mbaum.com;
shmuel.vasser@dechert.com; mvenditto@reedsmith.com; rwvlaw@yahoo.com;

jvigano@schiffhardin.com; dgordon@schiffhardin.com; jvincequerra@wolfblock.com;
shai.waisman@weil.com; amanda.hendy@weil.com; jae.kim@weil.com;
sherri.toub@weil.com; victoria.vron@weil.com; julio.gurdian@weil.com;
matthew.curro@weil.com; michele.meises@weil.com; awalker@mintz.com; lwallace@mwc-law.com; jwang@sipc.org; mwarren@mtb.com; mary.warren@linklaters.com;
cwatson@balch.com; ecf@ebg-law.com; jeffrey.wegner@kutakrock.com;
chaya.weinberg@withers.us.com; weinegr@friedfrank.com; docketclerks@friedfrank.com;
wweintraub@fklaw.com; vgarvey@fklaw.com; smartin@fklaw.com;gfox@fklaw.com;
rochellew@shiboleth.com; john.weiss@alston.com; dallas.bankruptcy@publicans.com;
davidwheeler@mvalaw.com; twheeler@lowenstein.com; lwhidden@salans.com;
nkhalatova@salans.com; wickham@scmv.com; havard@scmv.com;
stephanie.wickouski@dbr.com; jschwartz@gcd.com; kristin.going@dbr.com;
dnorthrop@gcd.com; gert.sofman@dbr.com; swickous@aol.com; ewietecha@coleschotz.com;
mewiles@debevoise.com; mao-ecf@debevoise.com; dwilliamson@coxsmith.com;
aseifert@coxsmith.com; KDWBankruptcyDepartment@Kelleydrye.com; efile@willaw.com;
swirth@wmd-law.com; jruewittstein@jonesday.com; arwolf@wlrk.com; calert@wlrk.com;
jowolf@law.nyc.gov; bwolfe@sheppardmullin.com; swolowitz@mayerbrown.com;
jmarsala@mayerbrown.com; lwong@pfeiferlaw.com; nyrivera@pfeiferlaw.com;
james.wright@ropesgray.com; ryan@farrellfritz.com; fyates@sonnenschein.com;
yoskowitz@sewkis.com; ezavalkoff-babej@vedderprice.com; ecfnydocket@vedderprice.com;
Zelmanovitz; mzelmanovitz@morganlewis.com; tzink@chadbourne.com;
tzink@chadbourne.com; crivera@chadbourne.com; pzisser@ssd.com; wlancaster@ssd.com;
rgreen@ssd.com; szuber@daypitney.com; jhahn@daypitney.com;
ezujkowski@emmetmarvin.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net;
azylberberg@whitecase.com; mcosbny@whitecase.com; jdisanti@whitecase.com