Hearing Date: June 1, 2010 at 10:00 a.m. (EST)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**Jointly Administered** |

# STIPULATION RE CONTINUANCE OF
# HEARING ON MOTION FOR STAY PENDING
# APPEAL AND PROPOSED BRIEFING SCHEDULE

The SunCal Appellants[1], Lehman Commercial Paper, Inc. and Lehman Brothers Holdings, Inc (the "Lehman Entities") hereby enter into, and present for Court approval, the within stipulation relating to that certain *Motion For Stay Pending Appeal* (the "Stay Motion") currently set for hearing on June 1, 2010 at the hour of 10:00 a.m.

## STIPULATION

1.   The SunCal Appellants' and the Lehman Entities have stipulated to continue the hearing on the Stay Motion in order to allow for a more extended briefing schedule

2.   The Lehman Entities have voluntarily agreed that closing of the transactions described in the Compromise Motion[2] will be delayed until the conclusion of the continued hearing on the Stay Motion.

---

[1] SunCal Communities I LLC, SunCal Communities III LLC, SCC/Palmdale LLC, Acton Estates LLC, SunCal Beaumont Heights LLC, SunCal Emerald Meadows LLC, SunCal Johansson Ranch LLC, SunCal Bickford Ranch LLC, SunCal Summit Valley LLC, Seven Brothers LLC, Kirby Estates LLC, SJD Partners Ltd., SJD Development Corp., SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC, the debtors and debtors-in-possession (collectively, the "SunCal Appellants").

[2] As defined in the Stay Motion.

64120.1

3. The Stay Motion will be continued to accommodate the following briefing schedule:

    a. The Lehman Entities will file their response to the Stay Motion by Friday, June 4, 2010; and

    b. The SunCal Appellants will file their reply to this response by Thursday, June 10, 2010.

4. The continued hearing on the Stay Motion will be held on the earliest convenient date for Court after June 10, 2010.

Dated: May 29, 2010                                        Respectfully submitted,

  /s/ Alfredo R. Perez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez
Attorneys for Debtors
and Debtors in Possession

  /s/ Sean A O'Keefe
Sean A O'Keefe
Paul J. Couchot
WINTHROP COUCHOT, P.C.
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111