**WINTHROP COUCHOT**  
**PROFESSIONAL CORPORATION**  
660 Newport Center Drive, Fourth Floor  
Newport Beach, CA 92660  
Telephone: (949) 720-4100  
Facsimile: (949) 720-4111  
Sean A. O'Keefe – NY Bar No. 1980853, CA Bar No. 122417  
Paul J. Couchot – CA Bar No. 131934  
Counsel for the SunCal Apellants

**MILLER BARONDESS, LLP**  
1999 Avenue of the Stars, Suite 1000  
Los Angeles, CA 90067  
Telephone: (310) 552-4400  
Facsimile: (310) 552-8400  
Louis R. Miller – CA Bar No. 54141  
Martin H. Pritikin -- CA Bar No. 210845  
Special Litigation Counsel for SunCal Appellants

Hearing Date: June 1, 2010 at 10:00 a.m. (EST)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>**Debtors.** | **Chapter 11**<br><br>Case No. 08-13555 (JMP)<br>**Jointly Administered** |

### CERTIFICATE OF SERVICE
### OF STIPULATION RE CONTINUANCE
### OF HEARING ON MOTION FOR STAY PENDING
### APPEAL AND PROPOSED BRIEFING SCHEDULE

    I, Sean A. O'Keefe, hereby certify that:

    1.    On May 31, 2010, I caused to be served *Stipulation Re Continuance Of Hearing On Motion For Stay Pending Appeal And Proposed Briefing Schedule (the "Stipulation")* electronically through the Court's ECF system on parties requesting electronic service;

    2.    On May 31, 2010, I caused the Stipulation to be served via email on the following parties at the email addresses below

64120.1

A) Milbank, Twecd, Hadley & McCloy LLP.  Dennis F. Dunne, Dennis O'Donnell and Evan Fleck: E-MAIL: dodonnel@milbank.com; efleck@milbank.com; ddunne@milbank.com;

B) Dewey & LeBoeuf: Irena Goldstein: E-Mail: igoldstein@.dl.com;

C) Seward & Kissel LLP. Laurie Binder: E-MAIL: binder@sewkis.com;

D) Weil, Gotshal & Manges, LLP. Edward Soto and Shai Waisman: E-MAIL: Edward.soto@weil.com; shai.waisman@weil.com;

E) Pachulski, Stang, Ziehl & Jones, LLP. Richard Pachulski, Dean Ziehl and Shirley Cho: E-MAIL: scho@pszjlaw.com; rpachulski@pszjlaw.com; dziehl@pszjlaw.eom; scho@pszjlaw.com.

/s/ Sean A. O'Keefe
_____
Sean A. O'Keefe