**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Malani J. Cademartori (MS 3882)
Russell Reid (RR 2011)
Carren Shulman (CS 2804)
Edward H. Tillinghast, III (ET 5566)
30 Rockefeller Plaza, 24th floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

-and-

Geraldine A. Freeman (Cal. Bar No. 111483)
Michael M. Lauter (Cal. Bar No. 246048)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Essex Fountain Park Apartments, L.P., Essex Inglenook Court, LLC, Essex Wandering Creek, LLC, Enel S. p.A., and Marriott International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>　　　　　　　　　Debtors. | Case No.   08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP PURSUANT TO BANKRUPTCY RULE 2019**

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP ("Sheppard Mullin") submits

this amended verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy

Procedure (the "Amended Verified Statement") in connection with the above-captioned chapter

11 cases of Lehman Brothers Holdings, Inc., *et al.* (collectively, the "Debtors"), and states as follows:

1. Sheppard Mullin currently represents the following parties in interest and creditors identified below that hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors in these bankruptcy cases (the "Entities"):

    (i)     Bank of New York Mellon
             One Wall Street, 11th Floor
             New York, NY 10005

    (ii)    Israel Discount Bank of New York
             511 Fifth Avenue
             New York, New York 10017

    (iii)   Norton Gold Fields Limited
             79 Hope Street
             South Brisbane QLD 4101
             Australia

    (iv)   STW Fixed Income Management, Ltd.
             6185 Carpinteria Avenue
             Carpinteria, CA 93013

    (v)    Essex Fountain Park Apartments, L.P.
             925 East Meadow Drive
             Palo Alto, CA 94303

    (vi)   Essex Inglenook Court, LLC
             925 East Meadow Drive
             Palo Alto, CA 94303

    (vii)   Essex Wandering Creek, LLC
             925 East Meadow Drive
             Palo Alto, CA 94303

    (viii)  Enel S. p.A.
             Viale Regina Margherita 137
             00198 Rome
             Rome, Italy

  (ix)  Marriott International, Inc.
      10400 Fernwood Road
      Bethesda, Maryland 20817

2.  Each of the Entities separately requested that Sheppard Mullin represent them and their individual interests in connection with the Debtors' chapter 11 cases.

3.  Each of these representations are separate representations. They are not under, or in connection with, any of Sheppard Mullin's clients acting together pursuant to a deposit agreement, proxy or committee arrangement. Information about the claims and interests held by Sheppard Mullin's clients are to be filed in their respective proofs of claims, administrative claims or statements of interest.

4.  Sheppard Mullin may also represent these or other clients in matters pertaining to the Debtors outside of these bankruptcy cases and otherwise, and in the future it may undertake other engagements. Those representations may or may not result in other representations in these bankruptcy cases. If such representations come to involve representations in these bankruptcy cases, this Amended Verified Statement will be supplemented.

5.  Upon information and belief, Sheppard Mullin does not currently possess any claims against or interests in any Debtor.[1]

6.  The undersigned verifies under oath that this Amended Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

- remainder of page intentionally left blank -

---

[1] Members and associates of Sheppard Mullin, in their individual capacities, may hold claims and/or equity interests in Debtors.

Dated:  June 1, 2010
        New York, New York

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By:   /s/ Carren Shulman
    Malani J. Cademartori (MS 3882)
    Russell Reid (RR 2011)
    Carren Shulman (CS 2804)
    Edward H. Tillinghast, III (ET 5566)
    30 Rockefeller Plaza, 24th Floor
    New York, New York 10112
    Tel: (212) 332-3800

-and-

Geraldine A. Freeman (Cal. Bar No. 111483)
Michael M. Lauter (Cal. Bar No. 246048)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Tel: (415) 434-9100

*Attorneys for Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Essex Fountain Park Apartments, L.P., Essex Inglenook Court, LLC, Essex Wandering Creek, LLC, Enel S. p.A., and Marriott International, Inc.*

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Malani J. Cademartori (MS 3882)
Russell Reid (RR 2011)
Carren Shulman (CS 2804)
Edward H. Tillinghast, III (ET 5566)
30 Rockefeller Plaza, 24th floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

-and-

Geraldine A. Freeman (Cal. Bar No. 111483)
Michael M. Lauter (Cal. Bar No. 246048)
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Essex Fountain Park Apartments, L.P., Essex Inglenook Court, LLC, Essex Wandering Creek, LLC, Enel S. p.A., and Marriott International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                    Debtors. | Case No.   08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Carren Shulman, certify that on June 1, 2010, I caused a true and correct copy of the *Amended Verified Statement of Sheppard, Mullin, Richter & Hampton LLP Pursuant to Bankruptcy Rule 2019*, to be served (a) electronically to all parties receiving notice through CM/ECF and (b) via United States Mail, postage pre-paid, to the following:

-1-

Pg 6 of 6

The Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:    Andy Velez-Rivera
         Paul Schwartzberg
         Brian Masumoto
         Linda Riffkin
         Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By:   /s/ Carren Shulman
      Carren Shulman