WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re                                                  : | **Chapter 11 Case No.** |
|                                                            : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,: | **08-13555 (JMP)** |
|                                                            : | |
| Debtors.                                       : | **(Jointly Administered)** |

----------------------------------------------------------------x

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that a hearing shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **August 25, 2010 at 10:00 a.m**. **(prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider the applications for interim allowance of compensation and reimbursement of expenses set forth on Exhibit A annexed hereto.

Dated:  June 1, 2010
            New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43409567\02\58399.0003

**EXHIBIT A**

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Bingham McCuthchen LLP | 8387 | Oct. 1, 2009 to Jan. 31, 2010 | $2,605,491.77 | $97,483.70 |
| Bortstein Legal LLC | 8371 | Oct. 1, 2009 to Jan. 31, 2010 | $541,345.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 8398 | Oct. 1, 2009 to Jan. 31, 2010 | $3,396,981.50 | $87,448.45 |
| Duff & Phelps LLC | 8420 | Oct. 1, 2009 to Jan. 31, 2010 | $17,090,309.03 | $346,491.55 |
| Ernst & Young LLP | 7604 | Oct. 1, 2009 to Jan. 31, 2010 | $126,459.90 | $0.00 |
| FTI Consulting, Inc. | 8329 | Oct. 1, 2009 to Jan. 31, 2010 | $9,500,022.29 | $199,398.23 |
| Gibson, Dunn & Crutcher LLP | 8849 | Oct. 1, 2009 to Jan. 31, 2010 | $380,282.25 | $4,762.39 |
| Houlihan Lokey Howard & Zukin Capital, Inc. | 8328 | Oct. 1, 2009 to Jan. 31, 2010 | $1,600,000.00 | $56,067.42 |
| Huron Consulting Group | 8421 | Oct. 1, 2009 to Jan. 31, 2010 | $141,553.00 | $27,047.93 |
| Jenner & Block LLP | 8404 | Oct. 1, 2009 to Jan. 31, 2010 | $20,604,413.25 | $3,014,481.99 |
| Jones Day | 8954 | Oct. 1, 2009 to Jan. 31, 2010 | $9,143,140.60 | $266,470.81 |
| Kleyr Grasso Associes | 8241 | June 1, 2009 to Jan. 31, 2010 | $244,551.06 | $3,981.74 |
| Lazard Frères & Co. LLC | 8394 | Oct. 1, 2009 to Jan. 31, 2010 | $5,400,000.00 | $3,985.90 |
| McKenna Long & Aldridge LLP | 8406 | Oct. 1, 2009 to Jan. 31, 2010 | $813,049.00 | $92,211.99 |
| Milbank, Tweed, Hadley & McCloy LLP | 8432 | Oct. 1, 2009 to Jan. 31, 2010 | $13,595,778.50 | $451,410.54 |
| Pachulski Stang Ziehl & Jones LLP | 8419 | Oct. 1, 2009 to Jan. 31, 2010 | $454,706.30 | $6,844.14 |
| PricewaterhouseCoopers LLP | 7496 | Oct. 1, 2008 to Sept. 30, 2009 | $298,631.90 | $1,095.15 |
| PricewaterhouseCoopers LLP | 8399 | Oct. 1, 2009 to Jan. 31, 2010 | $275,580.15 | $1,389.32 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | 8433 | Oct. 1, 2009 to Jan. 31, 2010 | $2,829,628.18 | $191,748.74 |
| Reilly Pozner LLP | 8297 | Oct. 1, 2009 to Jan. 31, 2010 | $710,528.00 | $62,023.14 |
| Richard Sheldon, Queen's Counsel | 8327 | June 1, 2009 to Jan. 31, 2010 | $134,985.04 | $19.83 |
| Simpson Thacher & Bartlett LLP | 8434 | Oct. 1, 2009 to Jan. 31, 2010 | $213,661.20 | $1,086.45 |
| The O'Neil Group, LLC | 8491 | Oct. 1, 2009 to Jan. 31, 2010 | $7,776.00 | $1,936.92 |
| Weil, Gotshal & Manges LLP | 8395 | Oct. 1, 2009 to Jan. 31, 2010 | $40,429,578.75 | $956,027.29 |
| Windels Marx Lane & Mittendorf, LLP | 8397 | Oct. 1, 2009 to Jan. 31, 2010 | $769,557.00 | $23,340.01 |