BLANK ROME LLP
Andrew B. Eckstein
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*., | **Case No. 08-13555 (JMP)** **Jointly Administered** |
| **Debtors.** | |

------------------------------------------------------------

**AMENDED VERIFIED STATEMENT OF**
**BLANK ROME LLP PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**TO:    THE HONORABLE JAMES M. PECK,**
**UNITED STATES BANKRUPTCY JUDGE**

Blank Rome LLP ("Blank Rome"), pursuant to Rule 2019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), submits this amended verified statement

("Amended Verified Statement") in the above-captioned chapter 11 cases of Lehman Brothers

Holdings Inc. and its affiliated debtors (collectively, the "Debtors"), and respectfully discloses

the following:

1.    Blank Rome has been consulted by the entities (the "Entities") listed on Exhibit

A, attached hereto.

2.    The Entities may hold claims against and/or interests in the Debtors arising out of

applicable agreements, law or equity pursuant to their respective relationships with the Debtors.

126121.00605/6920405v.1

3.        Blank Rome has consulted with each of the Entities relative to the Debtors'

chapter 11 cases.  Each of the Entities separately requested counsel from Blank Rome regarding

issues relating to the Debtors' chapter 11 cases.

4.        Upon information and belief, Blank Rome does not currently possess, and has not

in the past possessed, any claims against or interests in any of the Debtors.

5.        This statement is filed strictly to comply with Bankruptcy Rule 2019, and nothing

contained herein is with prejudice to any right, remedy, or claim of the represented Entities.  All

such rights, remedies, and claims are expressly preserved.

6.        Blank Rome reserves the right to supplement or amend this Amended Verified

Statement, including the attached Exhibit A, at any time in the future.

Dated: New York, New York
June 1, 2010

                                        **BLANK ROME LLP**

                                        By: */s/ Andrew B. Eckstein*
                                             Andrew B. Eckstein
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        Tel: (212) 885-5000
                                        Fax: (212) 885-5001

126121.00605/6920405v.1