# EXHIBIT A

**List of Entities Represented by Blank Rome LLP**

600 Partners Co, L.P.
600 Madison Avenue
New York NY 10022

Atlantic County Utilities Authority
P.O. Box 996
Pleasantville NJ 08232-0996

Banca Italease S.p.A.
Via Cino del Duca, 12
20122 Milano
Italy

Capital Automotive L.P.
8270 Greensboro Drive
McLean VA 22102

Delaware River Port Authority
2 Riverside Drive, 8th Floor
P.O. Box 1949
Camden NJ 08101

FX Alliance, LLC
900 Third Avenue, 3rd Floor
New York, New York 10022

GSEF Al Nawras (Cayman) Limited
P.O. Box 72888
The Gate, East Wing, 13th Floor
Dubai International Financial Centre
Dubai
United Arab Emirates

GSI Commerce Solutions, Inc.
935 First Avenue
King of Prussia, PA 19406

Iconix Brand Group, Inc.
1450 Broadway
New York NY 10018

Italease Finance S.p.A.
Via Cino del Duca, 12
20122 Milano
Italy

Kommunal Landspensjonskasse
P.B. 1733 Vika
Karl Johans gate 41 B
0121 Oslo
NORWAY

New Jersey Housing and Mortgage Finance Agency
637 South Clinton Avenue
Trenton NJ 08650-2085

Thomson Reuters PLC and Thomson Reuters Corporation (and their affiliates)
The Reuters Building
3 Times Square
New York NY 10036

Och-Ziff Capital Mgmt Group LLC
9 West 57th Street
New York, NY 10019

126121.00605/6920407v.1