Presentment Date and Time:   June 11, 2010 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline:   June 11, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|                                          |   |                          |
|------------------------------------------|---|--------------------------|
| In re                                    | : | **Chapter 11 Case No.**  |
|                                          | : |                          |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)**   |
|                                          | : |                          |
|                          **Debtors.**    | : | **(Jointly Administered)** |
|                                          | : |                          |
-------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF APPLICATION OF THE**
**DEBTORS PURSUANT TO SECTION 327(e) OF THE**
**BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION**
**TO EMPLOY AND RETAIN DECHERT LLP, AS SPECIAL**
**COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MARCH 1, 2010**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed

Application (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), pursuant to section

327(e) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a)

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to employ

and retain Dechert LLP as special counsel to the Debtors, effective *nunc pro tunc* to March 1,

2010, all as more fully described in the Application, to the Honorable James M. Peck, United

States Bankruptcy Judge, for approval and signature on **June 11, 2010 at 12:00 p.m. (Prevailing Eastern Time)**.

       **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797, Attn: Brian E. Greer, Esq., **so as to be so filed and received by no later than June 11, 2010 at 11:00 a.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely filed and served, a hearing will be held on **June 16, 2010 at 10 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408.    If an objection is filed the moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 1, 2010
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile. (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Presentment Date and Time:   **June 11, 2010 at 12:00 p.m. (Prevailing Eastern Time)**
Objection Deadline:   **June 11, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
Hearing Date and Time (If an Objection is Filed): **June 16, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                            :
In re                                                       :              **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :              **08-13555 (JMP)**
                                                            :
                    **Debtors.**                            :              **(Jointly Administered)**
                                                            :
-------------------------------------------------------------------x

**APPLICATION OF THE DEBTORS**
**PURSUANT TO SECTION 327(e) OF THE**
**BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION**
**TO EMPLOY AND RETAIN DECHERT LLP, AS SPECIAL**
**COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MARCH 1, 2010**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this application (the "Application")

and respectfully represent:

**Background**

1.       Commencing on September 15, 2008 and periodically thereafter (as

applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").   The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules").   The Debtors are authorized to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

2.    On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.    On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").   A trustee appointed under SIPA is administering LBI's estate.

4.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy

Code on March 11, 2010 [Docket No. 7531].

5.    On March 22, 2010, the Debtors filed their Joint Chapter 11 Plan pursuant

to section 1121 of the Bankruptcy Code.   On April 14, 2010, the Debtors filed an amended

proposal of their chapter 11 plan [Docket No. 8330] and their proposed Disclosure Statement

pursuant to Section 1125 of the Bankruptcy Code.   [Docket No. 8332].

## Jurisdiction

6.    This Court has subject matter jurisdiction to consider and determine this

matter pursuant to 28 U.S.C. § 1334.   This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## **Lehman's Business**

7.      Prior to the events leading up to these chapter 11 cases, Lehman was the fourth largest investment bank in the United States.   For more than 150 years, Lehman had been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients, and individuals worldwide.

8.      Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

## **Relief Requested**

9.      By this Application, the Debtors request authorization, pursuant to section 327(e) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to employ Dechert LLP ("Dechert") as special counsel to the Debtors, effective *nunc pro tunc* to March 1, 2010.   Specifically, Dechert has been engaged with respect to the representation of the Debtors in connection with real estate workouts and loan restructurings, including enforcement of remedies, similar to those described herein.

## **Dechert as an Ordinary Course Professional**

10.      Dechert has previously been performing legal services on behalf of the Debtors as an Ordinary Course Professional in these chapter 11 cases pursuant to this Court's Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the

Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated November 5, 2008 [Docket No. 1394] (the "OCP Order").    Pursuant to the procedures set forth in the OCP Order, such retention became effective upon the filing of the affidavit of Katherine A. Burroughs [Docket No. 2599] and the expiration of the relevant objection period.    Additional affidavits of Katherine A. Burroughs disclosing information in compliance with the OCP Order were filed in these cases on April 14, 2009 [Docket No. 3361], April 20, 2009 [Docket No. 3398], June 24, 2009 [Docket No. 4915], July 13, 2009 [Docket No. 4358], and August 24, 2009 [Docket No. 4915].

    11.    The OCP Order authorizes the Debtors to pay compensation to and reimburse the expenses of Ordinary Course Professionals in the full amount billed by each such Ordinary Course Professional "upon receipt of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such professional's standard billing practices."    As described in the Declaration of Katherine A. Burroughs in Support of Debtors' Application for Authorization to Employ and Retain Dechert LLP, as Special Counsel to the Debtors, *Nunc Pro Tunc* to March 1, 2010, Together With Disclosure of Compensation Pursuant to Bankruptcy Rule 2016(b) (the "Burroughs Declaration"), attached hereto as Exhibit A, in accordance with the OCP Order, Dechert provided services to the Debtors and was compensated for those services upon the presentation of detailed invoices indicating the nature of the services rendered, which were calculated in accordance with Dechert's standard billing practices.    A schedule setting forth the dates and amounts of these payments is set forth in the Burroughs Declaration.

    12.    The OCP Order further provides that "payment to any one Ordinary Course Professional shall not exceed $1 million for the period prior to the conversion of,

dismissal of, or entry of a confirmation in these chapter 11 cases (the '<u>Chapter 11 Period</u>')" and

that "in the event payment to any Ordinary Course Professional exceeds $1 million during the

Chapter 11 Period, such Ordinary Course Professional shall be required to file a retention

application to be retained as a professional pursuant to sections 327 and 328 of the Bankruptcy

Code. . . ."   Dechert has determined that, in May 2010, it had received payment of fees for

services rendered and expenses incurred during the pendency of these cases that exceeded $1

million in the aggregate (the "<u>OCP Cap</u>"). Accordingly, the Debtors now seek to retain Dechert

as special counsel in accordance with the OCP Order and pursuant to section 327(e) of the

Bankruptcy Code.   All fees and expenses paid to Dechert by the Debtors (as opposed to non-

Debtor entities) in excess of $1 million will be subject to the Court's review and approval.

### Qualifications of Dechert

13.    Dechert is an international law firm with over 850 lawyers.   Dechert has

offices in New York, Philadelphia, London, Washington, D.C., Boston, Paris, Charlotte,

Princeton, Hartford, Orange County, Silicon Valley, San Francisco, and Austin, as well as

Luxembourg, Brussels, Moscow, Munich, Hong Kong, and Beijing.

14.    As described in the Burroughs Declaration, Dechert has extensive

expertise and experience in virtually all aspects of the law that may arise in connection with its

representation of the Debtors.   In particular, Dechert has substantial and relevant real estate,

remedies, workout, and loan restructuring expertise.   For approximately six years the attorneys

in Dechert's Finance and Real Estate practice group have represented the Debtors and their non-

debtor affiliates in connection with a number of real estate workouts and restructurings.

15.    Dechert has performed legal services to the Debtors and their affiliates for

approximately six years.   Matters for which Dechert is currently performing legal services for

the Debtors include (i) providing advice in connection with the restructuring (which may happen

in the context of a borrower bankruptcy) of a $238 million mortgage loan secured by 20 hotel properties located in 13 states, (ii) providing advice in connection with the restructuring of certain mortgage and mezzanine loans in excess of $340 million related to the property located at 1107 Broadway in New York, New York, (iii) providing advice in connection with the restructuring and possible foreclosure of certain mezzanine loans in excess of $71 million related to seven properties located in Arizona, (iv) providing advice in connection with the restructuring of certain mortgage and mezzanine loans in excess of $19 million related to the property located at 325 West Broadway in New York, New York, (v) advising the Debtors on various matters related to 100 Wall Street Property LLC including the litigation styled *In re Lower Manhattan Disaster Site Litigation*, (vi) providing advice in connection with the approximate $1.2 billion in debt (approximately $450 million of which is owned by the Debtor) related to the property located at 237 Park Avenue, (vii) providing ongoing advice in connection with the BIII portfolio for which the Debtors previously completed a partial foreclosure and now controls the BIII properties, and (viii) providing advice in connection with the restructuring of certain mortgage and mezzanine loans, line of credit and equity investments in the total amount of approximately $113M in connection with a portfolio of development properties in Washington, DC. (collectively, the "Representative Matters").

16.    Dechert has significant experience with highly complex financing arrangements, including the Representative Matters.   The Debtors believe that Dechert has the relevant experience to provide the Debtors with effective and efficient services related to the Representative Matters and other matters in which the Debtors desire to retain Dechert.

17.    The Debtors believe that Dechert is uniquely able to represent them with respect to the Representative Matters in an efficient and effective manner.   If the Debtors are

required to retain counsel other than Dechert with respect to the Representative Matters, the

Debtors, their estates, and all parties in interest will be unduly prejudiced by the time and

expense necessary to enable such other counsel to become familiar with these matters.

### Scope of Services to be Provided

18.     Subject to further order of this Court, it is proposed that Dechert be

employed to render, among others, the following professional services:

> (a)     continue to advise the Debtors in connection with the
> Representative Matters; and
>
> (b)     represent the Debtors in connection with other real estate
> financings, transactions, enforcement actions, and workouts
> (together with the Representative Matters, the "Additional
> Representative Matters")

19.     In order to minimize costs, Dechert is prepared to work closely with the

Debtors and each of their other retained professionals to delineate clearly the professionals'

respective duties so as to prevent unnecessary duplication of services whenever possible.

20.     Furthermore, the Debtors request that Dechert's retention be made

effective *nunc pro tunc* to March 1, 2010 to ensure that Dechert is compensated for all of its

services to the Debtors.   Establishing March 1, 2010 as the date of Dechert's retention as special

counsel in these cases will enable Dechert to smoothly transition its billing practices and

procedures from its prior retention as an Ordinary Course Professional and will enable Dechert to

be compensated for all of its services rendered to the Debtors which provided value to the

Debtors' estates.   The Debtors submit that the circumstances of Dechert's initial retention as an

Ordinary Course Professional, effective as of the Commencement Date, and the compensation

provisions under the OCP Order warrant retroactive approval of Dechert as special counsel,

particularly because Dechert provided necessary services to the Debtors and such services are of

value to the estate and all parties in interest.   *See In re Hasset, Ltd.*, 283 B.R. 376, 379 (Bankr.

E.D.N.Y. 2002) (approving *nunc pro tunc* retention application and recognizing that "*nunc pro tunc* applications are disfavored in this Circuit but have been permitted when the attorney performs services of 'value' to the estate") (internal citations omitted); *see also In re Jarvis*, 53 F.3d 416 (1st Cir. 1995) (finding that a bankruptcy court may grant a *post facto* application if employment meets statutory requirements and delay results from extraordinary circumstances); *Matter of Arkansas Co. Inc.*, 798 F.2d. 645 (3d Cir. 1986) (opining that bankruptcy courts have discretion in extraordinary circumstances to retroactively approve a professional's employment). Dechert has been diligently preparing these application materials and performing the conflicts checks necessary to make the disclosures required by the Bankruptcy Rules since it learned that its fees and expenses would exceed $1 million.   However, due to the extraordinary circumstances of the size of the Debtors' cases and the vast number of potentially interested parties, it has taken Dechert until the date hereof to complete its conflicts checks and preparation of these application materials.

**Payment of Dechert's Fees and Expenses**

21.    The Debtors propose to pay Dechert its customary hourly rates for services rendered that are in effect from time to time, as set forth in the Burroughs Declaration,[1] and to reimburse Dechert according to its customary reimbursement policies, and respectfully submit that such rates are reasonable.   The Debtors understand that in connection with the reimbursement of reasonable and necessary expenses, it is Dechert's policy to charge its clients for expenses incurred in connection with providing certain client services, including, without limitation, travel, lodging, photocopying, postage, vendor charges, long distance and other

---

[1]    The names, positions, resident offices, and current hourly rates of the Dechert lawyers currently expected to have primary responsibility for providing services to the Debtors are listed in **Schedule 1**, which is attached to the Burroughs Declaration.   Other attorneys may provide services as well, depending on the legal issues facing the Debtors.

telephone charges, delivery service, and other expenses incurred in providing professional

services.

22.     All of Dechert's fees and expenses incurred during these chapter 11 cases

on or after March 1, 2010,[2] will be subject to approval of the Court upon proper application by

Dechert in accordance with section 330 of the Bankruptcy Code, the Bankruptcy Rules, the

Local Rules, and the guidelines promulgated by the U.S. Trustee, as those procedures may be

modified or supplemented by order of this Court, including this Court's Third Amended Order

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals [Docket No. 4165] and this Court's Order Appointing Fee Committee and

Approving Fee Protocol [Docket No. 3651].

## **Basis for Relief Requested**

23.     The retention of Dechert under the terms described herein is appropriate

under Bankruptcy Code sections 327(e) and 1107.   Section 327(e) provides for the appointment

of special counsel where the proposed counsel does not possess any interest that is materially

adverse to the debtor with regard to the matter(s) that will be handled by counsel.   Section

327(e) provides:

> The trustee, with the court's approval, may employ, for a specified
> special purpose, other than to represent the trustee in conducting
> the case, an attorney that has represented the debtor, if in the best
> interest of the estate, and if such attorney does not represent or
> hold any interest adverse to the debtor or to the estate with respect
> to the matter on which such attorney is to be employed.

---

[2]   The Debtors intend to pay Dechert for its services rendered and expenses incurred prior to
March 1, 2010, in accordance with the OCP Order.

Moreover, section 1107(b) provides that "a person is not disqualified for employment under section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case."

24.    Accordingly, section 327(e) of the Bankruptcy Code authorizes the retention of counsel who previously represented a debtor prepetition provided that: (a) the appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the specified special purpose for which counsel is being retained does not rise to the level of conducting the bankruptcy case for the debtor in possession.  *See In re AroChem Corp.*, 176 F.3d 610, 622 (2d Cir. 1999) (noting that "where the interest of the special counsel and the interest of the estate are identical *with respect to the matter for which special counsel is retained*, there is no conflict and the representation can stand") (emphasis in original); *In re DeVlieg, Inc.*, 174 B.R. 497 (N.D. III. 1994).   As explained more fully below, the Debtors submit that each of these factors is satisfied with respect to Dechert and that, therefore, its retention should be approved under section 327(e) of the Bankruptcy Code.

A.    **The Employment and Retention of
       Dechert is in the Best Interests of the Estates**

25.    As described more fully in the Burroughs Declaration, the Debtors retained Dechert with respect to the Representative Matters pursuant to the procedures set forth in the OCP Order.   Dechert has been working on the Representative Matters since that date.   As a result, Dechert is intimately familiar with the facts and circumstances surrounding the Representative Matters.   The Debtors believe that the continued employment of Dechert as special counsel for the Debtors will enable the Debtors to avoid the unnecessary expense otherwise attendant to having another law firm familiarize itself with the matters described

above.    For these reasons, the Debtors submit that the continued employment of Dechert is in

the best interests of the Debtors, their estates, and their creditors.

**B.    Dechert Holds No Interest Adverse to the Debtors or the Debtors' Estates
With Respect to the Representative and Additional Representative Matters**

26.    To the best of the Debtors' knowledge, and except as may be set forth in

the Burroughs Declaration, Dechert does not represent or hold any interest adverse to the

Debtors or their estates with respect to the matters as to which Dechert is to be employed.    *See*

*In re AroChem*, 176 F.3d at 622 (emphasizing that, under section 327(e) of the Bankruptcy Code,

potential conflicts must be evaluated only with respect to the scope of the proposed retention).

The Debtors have been informed that Dechert will continue to conduct an ongoing review of its

files to ensure that no disqualifying circumstances arise and, if any new relevant facts or

relationships are discovered, Dechert will supplement its disclosure to the Court.

27.    Dechert has filed a proof of claim in these chapter 11 cases asserting

contingent, unliquidated claims for earned but unpaid legal fees and expenses.    Dechert is,

therefore, a prepetition creditor of the Debtors.    However, Dechert's status as a prepetition

creditor of the Debtors should not be an impediment to its retention by LBHI under section

327(e) of the Bankruptcy Code. *See* 3 Collier on Bankruptcy ¶ 327.04[9][d] at 327-63 to 327-64

(15th ed. rev. 2009) ("the disinterested test of section 327(a) does not apply to section 327(e)

because the attorney may, in fact, be a creditor of the debtor for fees related to such prepetition

representation of the debtor ); *see also In re DeVlieg, Inc.*, 174 B.R. at 503 (holding that

proposed attorney due outstanding prepetition fees did not hold interest adverse to the debtor or

its estate for the matters for which it was to be retained under the "more relaxed conflict-of-

interest standard" of section 327(e)).

28.     Based on the foregoing and the disclosures set forth in the Burroughs
Declaration, the Debtors submit that Dechert does not hold or represent any interest adverse to
the Debtors or the Debtors' estates with respect to the matters on which Dechert is to be
employed.

**C.     Dechert will not Conduct the Debtors' Bankruptcy Case**

29.     By separate applications, the Debtors have sought and obtained the
Court's approval to retain and employ Weil, Gotshal & Manges LLP as the Debtors' general
bankruptcy counsel [Docket No. 1660], and Curtis, Mallet-Prevost, Colt & Mosle LLP as
conflicts counsel [Docket No. 1659].   By contrast, Dechert's postpetition work is comprised
substantially of the Representative Matters.   None of these matters involve the conduct of the
bankruptcy cases themselves.   Additionally, because Dechert is not serving as the Debtors'
general bankruptcy counsel, the Debtors believe that Dechert has not rendered "services . . . in
contemplation of or in connection with the case" within the meaning of section 329(a) of the
Bankruptcy Code.   Accordingly, the services rendered and functions to be performed by Dechert
have not been and will not be duplicative of any bankruptcy-related work performed by other
law firms retained by the Debtors.   Furthermore, Dechert will coordinate with the Debtors' other
professionals to ensure that its services are, to the maximum extent possible, complementary to
other professionals' services.

30.     As described above, the Debtors' proposed retention of Dechert as special
counsel to the Debtors falls squarely within the scope of and purpose for which Congress enacted
section 327(e).   As stated above, the Debtors do not believe that Dechert holds or represents any
interest adverse to the Debtors or their estates with respect to the matters for which Dechert is
proposed to be retained.   Accordingly, the Debtors submit that the retention of Dechert with

respect to the Additional Representative Matters is in the best interests of the Debtors, their

estates, and their creditors and should be approved by the Court.

**Notice**

31.     No trustee has been appointed in these chapter 11 cases.   The Debtors

have served notice of this Application in accordance with the procedures set forth in the

amended order entered on February 13, 2009 governing case management and administrative

procedures for these cases [Docket No. 2837] on: (i) the U.S. Trustee; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; and (vi) Dechert.

The Debtors submit that no other or further notice need be provided.

32.     No previous request for the relief sought herein has been made by the

Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as it deems just and proper.


Dated: June 1, 2010
        New York, New York


                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## <u>Exhibit A</u>

**Katherine A. Burroughs Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------ x

**DECLARATION OF KATHERINE A. BURROUGHS IN
SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION
TO EMPLOY AND RETAIN DECHERT LLP, AS SPECIAL COUNSEL TO
THE DEBTORS, NUNC PRO TUNC TO MARCH 1, 2010, TOGETHER WITH
<u>DISCLOSURE OF COMPENSATION PURSUANT TO BANKRUPTCY RULE 2016(b)</u>**

I, Katherine A. Burroughs, declare and state as follows:

<u>**FOUNDATION**</u>

1.      I am a partner in the law firm of Dechert LLP ("*Dechert*"). I am admitted

to practice before the courts of the State of Connecticut, New York and Massachusetts.  I submit

this Declaration, pursuant to sections 327(e) and 329 of title 11 of the United States Code (the

"*Bankruptcy Code*"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure (the

"*Bankruptcy Rules*"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy

Court for the Southern District of New York (the "*Local Rules*"), in support of the Debtors'

Application for Authorization to Employ and Retain Dechert LLP, as Special Counsel to the

Debtors, *Nunc Pro Tunc* to March 1, 2010 (the "*Application*").  Unless otherwise stated in this

Declaration, I have personal knowledge of the facts set forth herein.[1]

---

[1]      Capitalized terms used but not defined herein shall have the meanings set forth in the Application.  All other declarations filed with the Court in support of Dechert's retention as an ordinary course professional are deemed to be incorporated herein by reference.

1

## THE DEBTORS' RETENTION OF DECHERT

### A.    Qualifications of Dechert

2.    Dechert is an international law firm with over 850 attorneys.  Dechert has

offices in New York, Philadelphia, Washington, D.C., Boston, Charlotte, Princeton, Hartford,

Orange County, Silicon Valley, San Francisco, and Austin, as well as London, Paris,

Luxembourg, Brussels, Moscow, Munich, Hong Kong, and Beijing.

3.    Dechert has performed legal services to the Debtors and their affiliates for

approximately six years.  Matters for which Dechert is currently performing legal services for the

Debtors include (i) providing advice in connection with the restructuring (which may happen in

the context of a borrower bankruptcy) of a $238 million mortgage loan secured by 20 hotel

properties located in 13 states, (ii) providing advice in connection with the restructuring of

certain mortgage and mezzanine loans in excess of $340 million related to the property located at

1107 Broadway in New York, New York, (iii) providing advice in connection with the

restructuring and possible foreclosure of certain mezzanine loans in excess of $71 million related

to seven properties located in Arizona, (iv) providing advice in connection with the restructuring

of certain mortgage and mezzanine loans in excess of $19 million related to the property located

at 325 West Broadway in New York, New York, (v) advising the Debtors on various matters

related to 100 Wall Street Property LLC including the litigation styled *In re Lower Manhattan

Disaster Site Litigation*, (vi) providing advice in connection with the approximate $1.2 billion in

debt (approximately $450 million of which is owned by the Debtor) related to the property

located at 237 Park Avenue, (vii) providing ongoing advice in connection with the BIII portfolio

for which the Debtors previously completed a partial foreclosure and now controls the BIII

properties, and (viii) providing advice in connection with the restructuring of certain mortgage

and mezzanine loans, line of credit and equity investments in the total amount of approximately

$113 million in connection with a portfolio of development properties in Washington, DC. (collectively, the "Representative Matters").

       4.    As a result of these representations, I and other Dechert professionals have developed relevant experience and expertise regarding the Debtors that will assist us in providing effective and efficient services to the Debtors.

**B.**    **Scope of Services to be Provided**

       5.    I understand that the Debtors are seeking to employ Dechert to render, among others, the following professional services:

    (a)    continue to advise the Debtors in connection with the Representative Matters; and

    (b)    represent the Debtors in connection with other real estate financings, transactions, enforcement actions, and workouts (together with the Representative Matters, the "Additional Representative Matters").

       6.    In order to minimize costs, Dechert is prepared to work closely with the Debtors and each of their other retained professionals to delineate clearly the professionals' respective duties so as to prevent unnecessary duplication of services whenever possible.

**C.**    **Payment of Dechert's Fees and Expenses**

       7.    Subject to the Court's approval, Dechert intends to (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered,[2] and (b) seek reimbursement of actual and necessary out-of-pocket expenses.  Dechert's hourly rates may change from time to time in accordance with

---

[2]    The hourly rates charged by Dechert professionals differ based on, among other things, the professional's level of experience.

Dechert's established billing practices and procedures.[3]  Dechert will maintain detailed, contemporaneous records of time spent, as well as any actual and necessary expenses incurred, in connection with the rendering of the legal services described above by category and nature of the services rendered.

8.    Dechert intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the applicable provisions of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the U.S. Trustee, as those procedures may be modified or supplemented by order of this Court, including this Court's *Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 4165] (the "***Interim Compensation Order***") and this Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651] (the "***Fee Committee Order***"). Dechert has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these chapter 11 cases, other than as permitted pursuant to section 504 of the Bankruptcy Code.

## D.    Prepetition Payments to Dechert

9.    In the one-year period immediately preceding the Commencement Date, Dechert received payments totaling approximately $2,276,401.84 (the "***Prepetition Payments***") on account of services rendered and expenses incurred by Dechert in connection with its representation of the Debtors.

---

[3]    The names, positions, resident offices, and current hourly rates of the Dechert lawyers currently expected to have primary responsibility for providing services to the Debtors are listed in ***Schedule 1***, which is attached hereto. Other attorneys may provide services as well, depending on the legal issues facing the Debtors.

10.     A schedule identifying each of the Prepetition Payments is set forth below. To the best of my knowledge, the source of the Prepetition Payments was the operating cash of the Debtors or one of their non-Debtor affiliates.  Dechert does not believe that any of the Prepetition Payments are avoidable as a preference under section 547 of the Bankruptcy Code.[4]

| Date Payment Received by Dechert | Amount of Prepetition Payment | Check No./Wire Transfer |
|---|---|---|
| 9/24/2007 | $389.42 | Check #2008228 |
| 10/18/2007 | $98,100.00 | Check #13708 |
| 10/24/2007 | $39,204.00 | WT1024A |
| 10/26/2007 | $3,013.83 | Check #2016751 |
| 11/16/2007 | $573,300.00 | Check #2022314 |
| 11/28/2007 | $6,849.20 | Check #2025212 |
| 12/13/2007 | $23,130.00 | Check #2028857 |
| 12/14/2007 | $1,400.00 | Check #2028199 |
| 12/18/2007 | $55,000.00 | Check #2028483 |
| 12/20/2007 | $98,100.00 | Check #2030248 |
| 12/24/2007 | $2,160.50 | Check #2032068 |
| 12/28/2007 | $361,900.00 | Check #2032439 |
| 12/31/2007 | $3,884.75 | Check #2033355 |
| 12/31/2007 | $237,000.00 | Check #2032805 |
| 1/7/2008 | $6,214.50 | Check #74162272 |
| 1/8/2008 | $15,131.00 | Check #2033094 |
| 2/12/2008 | $192,308.00 | Check #2042390 |
| 2/20/2008 | $160.00 | Check #2044580 |
| 3/11/2008 | $11,533.15 | WT0311F |
| 3/27/2008 | $14,873.50 | WT0327D |
| 5/7/2008 | $118,500.00 | WT0507D |
| 7/1/2008 | $1,040.00 | WT0701K |
| 7/22/2008 | $128,000.00 | WT0722C |
| 7/24/2008 | 295.50 | WT0724K |
| 8/11/2008 | $200.00 | WT0811J |
| 8/15/2008 | $128,000.00 | WT0815B |
| 8/26/2008 | $172.00 | WT0826L |
| 9/12/2008 | $700.00 | WT0912K |
| 9/15/2008 | $155,842.49 | Check #60085 |
| **Total:** | **$2,276,401.84** | |

---

[4]     Certain of the prepetition payments set forth herein were received by Dechert from non-debtor Lehman entities for services rendered to those entities and other non-debtor payors.  Dechert may have received additional payments within one year before the Commencement Date from non-debtor Lehman entities or other non-debtor payors that are not set forth herein.

E.     **Postpetition Payments to Dechert**

11.     Following the Commencement Date and at the Debtors' request, Dechert

assisted the Debtors in connection with the Additional Representative Matters and other matters

as one of the Debtors' Ordinary Course Professionals, as that term is defined in this *Court's*

*Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the*

*Debtors to Employ Professionals Utilized in the Ordinary Course of Business* [Docket No. 1394]

(the "***OCP Order***").

12.     The OCP Order authorizes the Debtors to pay compensation to and

reimburse the expenses of Ordinary Course Professionals in the full amount billed by each such

Ordinary Course Professional "upon receipt of reasonably detailed invoices indicating the nature

of the services rendered and calculated in accordance with such professional's standard billing

practices."  In accordance with the OCP Order, Dechert provided services to the Debtors and was

compensated for those services upon the presentation of detailed invoices indicating the nature of

the services rendered, which were calculated in accordance with Dechert's standard billing

practices.  A schedule setting forth the dates and amounts of these payments is set forth below.[5]

| Date Payment Received by Dechert | Amount | Check No./Wire Transfer |
|---|---|---|
| 4/8/2009 | $43,604.23 | Check #7500166 |
| 4/8/2009 | $26,359.48 | Check #7500166 |
| 4/8/2009 | $5,680.00 | Check #7500166 |
| 4/20/2009 | $33,656.76 | Check #7500211 |
| 5/15/2009 | $11,817.00 | WT0515X |
| 5/15/2009 | $12,597.00 | WT0515X |
| 5/15/2009 | $11,817.00 | WT0515X |

---

[5]     Certain of the postpetition payments set forth herein were received by Dechert from non-debtor Lehman entities for services rendered to those entities and other non-debtor payors.  Dechert may have received additional payments within one year before the Commencement Date from non-debtor Lehman entities or other non-debtor payors that are not set forth herein  To the extent postpetition payments were received by Dechert from the Debtors (as opposed to non-debtor entities) in excess of $1 million, Dechert shall seek court approval of such postpetition fees and expenses in excess of $1 million.

| | | |
|---|---|---|
| 5/15/2009 | $3,380.00 | WT0515BB |
| 8/17/2009 | $9,529.83 | WT0817L |
| 8/17/2009 | $5,599.00 | WT0817L |
| 10/1/2009 | $14,540.95 | WT1001X |
| 10/7/2009 | $55,222.50 | WT1007Y |
| 10/7/2009 | $7,245.50 | WT1007Y |
| 10/7/2009 | $4,717.50 | WT1007AA |
| 10/13/2009 | $4,698.50 | WT1013KK |
| 10/13/2009 | $85,209.50 | WT1013KK |
| 10/16/2009 | $14,953.70 | WT1016Y |
| 10/16/2009 | $52,211.86 | WT1016Y |
| 10/20/2009 | $67,711.32 | WT1020K |
| 10/28/2009 | $499.25 | WT1028Q |
| 11/6/2009 | $81,720.20 | WT1106Q |
| 11/12/2009 | $33,252.97 | WT1112YY |
| 11/13/2009 | $13,732.62 | WT1113QQ |
| 12/7/2009 | $11,544.00 | WT1207JJ |
| 12/16/2009 | $124,722.59 | WT1216W |
| 12/16/2009 | $2,407.50 | WT1216W |
| 12/21/2009 | $4,906.50 | WT1221S1 |
| 12/23/2009 | $14,217.35 | WT1223NN |
| 12/23/2009 | $4,912.50 | WT1223NN |
| 1/26/2010 | $11,817.00 | WT0126S |
| 3/2/2010 | $112,588.36 | WT0302L |
| 4/22/2010 | $704.34 | WT0422BB |
| 4/23/2010 | $27,984.21 | WT0423K |
| 5/7/2010 | $18,782.50 | WT0507V |
| 5/13/2010 | $77,167.42 | WT0513S |

**Total:**          **$1,011,510.94**

13.     Pursuant to the OCP Order, Ordinary Course Professionals may not

receive payments from the Debtors which exceed $1 million in the aggregate without applying to

the Court to be retained pursuant to section 327 of the Bankruptcy Code.  Dechert has

determined that, in May 2010, it had received payment of fees for services rendered and

expenses incurred during the pendency of these cases that exceeded $1 million in the aggregate.

Accordingly, Dechert now seeks to be retained as special counsel pursuant to section 327(e).

Dechert has been diligently preparing the present application and performing the necessary

conflicts checks since it learned that its fees and expenses would exceed the $1 million threshold.

**F.    Dechert Does Not Represent or Hold
      any Adverse Interest With Respect to the
      Matters on Which it is to be Employed**

        14.    The Debtors have provided Dechert with a list of the names (collectively,

the "*Interested Parties*") of individuals or institutions in the following categories:

    **a)**    **the Debtors' 50 largest bond holders;**

    **b)**    **the Debtors' largest unsecured creditors other than bond
holders;**

    **c)**    **the Debtors' significant landlords;**

    **d)**    **the Debtors' secured creditors;**

    **e)**    **relevant government and state regulatory agencies;**

    **f)**    **members of the ad hoc and unofficial creditors' committees;**

    **g)**    **significant stockholders;**

    **h)**    **the Debtors' officers and directors;**

    **i)**    **underwriting investment bankers for the Debtors' securities;**

    **j)**    **entities related to the Debtors;**

    **k)**    **other potential parties in interest identified by the Debtor;**

    **l)**    **professionals retained by the Debtors;**

    **m)**    **litigation claimants;**

    **n)**    **the Debtors' largest holders of trade debt;**

    **o)**    **professionals retained by significant creditor groups;**

    **p)**    **the Debtors' utility providers;**

    **q)**    **members of the official committee of unsecured creditors;**

    **r)**    **selected derivative counterparties; and**

> s)    **the Debtors' principal investments.**

The identities of the Interested Parties are set forth on Schedule 2, attached hereto.

15.    To check and clear potential conflicts of interest in these cases, as well as determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the United States trustee (the "***United States Trustee***"), or any person employed in the office of the United States Trustee, Dechert researched its client database to determine whether it has any relationships with Interested Parties.

16.    In preparing this Declaration, I used a set of procedures developed by Dechert to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of special counsel by a debtor under section 327(e) of the Bankruptcy Code (the "***Disclosure Procedures***").  Pursuant to the Disclosure Procedures, Dechert performed the actions described below to determine whether Dechert or any of its attorneys have any connections with, or are currently representing potential parties in interest in these chapter 11 cases.

> a.    Dechert compared each of the Interested Parties to the names that Dechert maintains in its master client database created from its conflict clearance and billing records.  Dechert's client database includes (i) the name of each current or former client and (ii) the names of the Dechert attorneys responsible for such current or former clients.
>
> b.    Any matches between the Interested Parties and the entities in Dechert's client database were identified, reviewed by an attorney, and compiled for purposes of this Declaration.  To the extent that Dechert currently represents any Interested Parties in active matters, the identities of such entities are set forth on Schedule 3, attached hereto.  In determining whether a client is presently represented by Dechert, Dechert attorneys relied on the existence of an "open" notation on the report to reflect current representation.

17.  The client connections listed on Schedule 3 attached hereto were reviewed by an attorney working under my supervision, and based upon such review, it is my belief that, in respect of each connection between Dechert and such parties, Dechert, as required by section 327(e) of the Bankruptcy Code, does not hold or represent an interest that is adverse to the Debtors' estates with respect to the matters for which Dechert is proposed to be employed.

18.  As a supplement to the disclosure of Dechert's connections with the Interested Parties set forth in Schedule 3, and without limiting such disclosure, Dechert represents or has represented the following parties in connection with these chapter 11 cases and/or in connection with claims against certain affiliates of the Debtors:

a.  Aladdin Capital Management

b.  Arcus Zenkai Fund

c.  B&G Foods, Inc.

d.  Carson Wagonlit B.V.

e.  CEFDEX

f.  GSA Capital Partners LLP

g.  Hana Financial Group, Inc.

h.  Jana Partners LLC

i.  Korea Development Bank

j.  Legacy Properties, LLC

k.  Millenium Partners LP

l.  Pursuit Capital Partners

m.  Raven Asset Management

n.  Stark Investments

o.  Strategic Value Partners

p.    Thames River Capital

q.    The Bank of New York Mellon Corporation

r.    The Brickman Group, Ltd.

s.    The Russell Financial Group

t.    Wells Fargo & Co.

19.    As a further supplement to the disclosure of Dechert's connections with the Interested Parties set forth in Schedule 3, and without limiting such disclosure, Dechert represents other Lehman entities in these cases and in matters unrelated to these cases, including, without limitation, Manufactured Housing Services, Inc. and Neuberger Berman Funds.  Dechert also represents current and former Independent Directors of Lehman Brothers Holdings Inc. in connection with, among other things, various investigative and litigation matters.  Such current and former Independent Directors are: Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, and John D. Macomber.

20.    In addition to the foregoing, to the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Dechert, nor any partner or associate thereof, has any connection with (a) the United States Trustee for the Southern District of New York or any person employed by the Office of the United States Trustee; or (b) any creditors or other parties in interest that would be adverse to the Debtors or their estates with respect to the matters for which Dechert seeks to be retained.

21.    As part of its practice, Dechert may represent certain affiliates or parties otherwise related to the Interested Parties.  Dechert may also represent from time to time other clients that are co-defendants with one or more of the Debtors.  Moreover, Dechert may represent, in matters unrelated to the Debtors, competitors of the Debtors.  Dechert also appears

in cases, proceedings, and transactions involving many different parties that are not represented by Dechert, some of which now or may in the future be parties in interest in these chapter 11 cases. Those cases, proceedings, and transactions also involve numerous attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and other parties in interest in these chapter 11 cases. Dechert is not aware of any relationship it has with any such affiliates or parties or their attorneys, accountants, financial consultants, and investment bankers that would be adverse to the Debtors or their estates with respect to the matters for which Dechert is proposed to be retained. Dechert has not and will not represent any such parties in relation to the matters for which Dechert is proposed to be retained by the Debtors.

22.    Because Dechert is an international law firm with approximately 900 attorneys and many other employees in 19 offices, some Dechert attorneys or employees may have banking, insurance, brokerage, or other commercial relationships with the Debtors, other parties in interest, or professionals involved in these cases. Dechert attorneys or other employees and their spouses or relatives may own, directly or indirectly, securities of the Debtors or other parties in interest in these cases. Dechert attorneys or other employees may have relatives or spouses who are members of professional firms involved in these cases or employed by parties in interest.

23.    Dechert is confident that its diligence has resulted, to the greatest extent possible, in the disclosure of all potential conflicts. However, despite the efforts described above to identify and disclose Dechert's connections with parties in interest in these cases, Dechert is unable to state with absolute certainty that every relevant client representation or other connection has been disclosed because the Debtors are a large global enterprise with thousands

12

24.     To the best of my knowledge, information, and belief, Dechert does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which Dechert is proposed to be retained.  Accordingly, I believe that Dechert satisfies the requirements for employment as special counsel pursuant to section 327(e) of the Bankruptcy Code.

25.     No promises have been received by Dechert or any member or associate thereof as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code and the Bankruptcy Rules.  Other than with members and regular associates of the fire, Dechert has no agreement with any other entity to share with such entity any compensation received by Dechert.

26.     The foregoing constitutes the statement of Dechert pursuant to sections 327(e), 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on [], 2010.

/s/ *Katherine A Burroughs*
Katherine A Burroughs

# Schedule 1
**List of Dechert Professionals**

## <u>Schedule 1 - List of Professionals and Rates</u>

| <u>Professional</u> | <u>Hourly Rate</u> | <u>Position</u> | <u>Resident Office</u> |
|---|---|---|---|
| Izabela E. Boltryk | $610 | Associate | Hartford |
| Andrew Buck | $525 | Associate | New York |
| Katherine A. Burroughs | $855 | Partner | Hartford |
| Derrick E. Champagne | $610 | Associate | Charlotte |
| Ann Marie Cotharin | $235 | Paralegal | Hartford |
| David W. Forti | $970 | Partner | New York |
| Justin J. Gdula | $455 | Associate | Philadelphia |
| Michael J. Gilbert | $750 | Partner | Philadelphia |
| Deron L. Green | $495 | Associate | Philadelphia |
| Brian E. Greer | $715 | Partner | New York |
| Kenneth D. Hackman | $395 | Associate | Philadelphia |
| Bret Harper | $400 | Associate | New York |
| Nicole Herther-Spiro | $440 | Associate | New York |
| Michael Hirschfeld | $995 | Partner | New York |
| Kathleen M. Mylod | $545 | Associate | Hartford |
| K. Keely Rankin | $405 | Associate | New York |
| Jonathan A. Rini | $580 | Associate | Hartford |
| Matthew D. Root | $610 | Associate | New York |
| Jason S. Rozes | $715 | Partner | Philadelphia |
| Michael Sage | $970 | Counsel | New York |
| Joshua I. Sherman | $545 | Associate | New York |
| Steven Smith | $660 | Counsel | New York |
| Timothy A. Stafford | $895 | Partner | New York |

2

| | | | |
|---|---|---|---|
| Jeremy Syz | $395 | Associate | San Francisco |
| Kristin Wainright | $395 | Associate | Hartford |
| Jay Zagoren | $855 | Partner | Philadelphia |

# Schedule 2

**Interested Parties**

# Retention Checklist

I.50 Largest Bond Holders

1.      Advanced Series Trust
2.      AETNA Life Insurance Company
3.      AIG Annuity Insurance Company
4.      ALFA Mutual Fire Insurance Company
5.      Allianz Life Insurance Company of North America
6.      Alpha Mutual Fund Management
7.      American Family Life Assurance Company
8.      American Life Insurance Company
9.      AXA Equitable Life Insurance Company
10.     Barclays Global Fund Advisors
11.     BBVA Gestion SA SGIIC (Spain)
12.     Blackrock Advisors
13.     Capital Research and Management
14.     Continental Casualty Company
15.     Federated Investors
16.     Fidelity Management and Research
17.     Franklin Advisors Inc.
18.     Franklin Templeton Investments
19.     Guardian Life Insurance Company
20.     Hartford Life Insurance Company
21.     ING Investment LLC
22.     Jackson National Life Insurance
23.     John Hancock Investment Management Services
24.     John Hancock Life Insurance Company
25.     Liberty National Life Insurance Company
26.     Loomis Sayles & Company L.P.
27.     Medical Liability Mutual Insurance Company
28.     Metlife Insurance Company of Connecticut
29.     Metropolitan Life Insurance Company
30.     Metropolitan West Capital Management
31.     NATIXIS  Asset Management Advisors
32.     Northwest Mutual Life Insurance Company
33.     Phillips Hager & North Investment Management
34.     PIMCO Advisors LP
35.     PIMCO Funds Global Investors
36.     Principal Life Insurance Company
37.     Prudential Financial Inc.
38.     Prudential Insurance Company of America
39.     Riversource Life Insurance Company
40.     Sun Life Assure Co. of Canada
41.     T. Rowe Price Associates
42.     Teachers Insurance and Annuity Association

43.    Thrivent Financial for Lutherans
44.    Transamerica Life Insurance Company
45.    UBS Investment KAG
46.    United States – Indices
47.    Van Kampen Asset Management
48.    Vanguard Group Incorporated
49.    Western Asset Management Company
50.    Zurich American Insurance Company

II. Largest Unsecured Creditors other than Bondholders

1.    1221 Avenue of the Americas *
2.    125 Broad Street *
3.    1301 Properties Owner LP
4.    55 Broadway *
5.    767 Fifth  Ave *
6.    Allen & Overy
7.    Anjarlekar & Associates
8.    ANZ Banking Group Limited
9.    Aozora Bank
10.    Ashurst Morris Crisp
11.    Australia and New Zealand Banking Group Limited
12.    Banctec Ltd.
13.    Bank of America Plaza STE 3500 *
14.    Bank of China, New York Branch
15.    Bank of Taiwan, New York Agency
16.    Bats Trading, Inc.
17.    Bloomberg Finance LP
18.    Bloomberg L.P.
19.    BNP Paribas
20.    Broadridge Securities Processing
21.    Caldwalader, Wickersham, and Taft
22.    Canary Warf Management Limited
23.    CB Richard Ellis Client Account RE Gloa
24.    CDW Direct LLC
25.    Chuo Mitsui Trust & Banking
26.    Citibank N.A. Hong Kong Branch
27.    Citibank, NA
28.    Clifford Chance
29.    Commonwealth Bank of Australia, Tokyo Branch
30.    Compucenter (UK) Ltd.
31.    CW Lending II Limited
32.    Davis, Polk and Wardwell
33.    Dell Marketing L.P.
34.    Deutsche Borsche AG
35.    Dimension Data
36.    DnB NOR Bank ASA
37.    Drowst Trading, LLC

| | |
|---|---|
| 38. | Ernst & Young |
| 39. | Ernst and Young Private Limited |
| 40. | Fidessa Plc. |
| 41. | First Commercial Bank Co., Ltd, New York Agency |
| 42. | FT Interactive Data |
| 43. | Haworth Singapore PTE Ltd. |
| 44. | Henegan Construction Co., Inc. |
| 45. | Hewlett-Packard AP (HONG KONG) LIMITED |
| 46. | HSBC Bank |
| 47. | Hua Nan Commercial Bank, Ltd |
| 48. | IBM Corporation |
| 49. | ICAP Securities Limited |
| 50. | Information Builders Inc. |
| 51. | JQ Network PTD Limited |
| 52. | KBC Bank |
| 53. | Kim & Chang |
| 54. | Kingston Communications PLC |
| 55. | Linklaters, S.L. |
| 56. | Lloyds Bank, PLC |
| 57. | London & European Title Insurance Services Ltd. |
| 58. | London Borough of Tower Hamlets Rates |
| 59. | Mace Limited |
| 60. | McKee Nelson LLP |
| 61. | Microsoft Licensing, GP |
| 62. | Millennium Developers PVT LTD |
| 63. | Mizuho Corporate Bank Ltd. |
| 64. | Morse Group Limited |
| 65. | Morse Service Holdings Limited |
| 66. | National Bank of Australia |
| 67. | National Commerce bank |
| 68. | Network Appliance, Inc. |
| 69. | Nippon Life Insurance Co. |
| 70. | NYSE Market, Inc. |
| 71. | Origin HR Consulting Limited |
| 72. | Paul Weiss |
| 73. | Pricoa Relocation UK Limited |
| 74. | Reuters America Inc. |
| 75. | Reuters Limited |
| 76. | Shinkin Central Bank |
| 77. | Shinsei Bank Ltd. |
| 78. | Sidley Austin Brown & Wood |
| 79. | Standard & Poor's |
| 80. | Standard Chartered Bank |
| 81. | Sumitomo Mitsui Banking Corp |
| 82. | Sungard Securities Finance Inc. |
| 83. | Svenska Handelsbanken |

84.    Swapswire Limited
85.    Taipei Fubon Bank, New York Agency
86.    Tata Consultancy Services
87.    The Bank of New York
88.    The Bank of Nova Scotia
89.    The British Land Company PLC
90.    Thompson Financial
91.    TIBCO Software, Inc.
92.    UFJ Bank Limited
93.    Vertex Mortgage Services
94.    Virtx
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)
III. Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP

- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC
- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership

- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust
- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

IV. Secured Creditors

1.      Danske Bank
2.      Fenway Funding LLC
3.      JPMorgan Chase
4.      MetLife
5.      SMBC
6.      State Street
7.      Swedbank

**V.** Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)
- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

**VI.** Members of Ad Hoc or Unofficial Creditors' Committees

1.      <u>The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds</u>

- Allstate Insurance Co.
- Capital Research Management Co.
- Capital Research Management Co.
- Franklin Advisors LP
- Franklin Federal Intermediate-Term-Tax-Free Income Fund
- Franklin Federal Tax-Free Income Fund
- Franklin Georgia Tax-Free Income Fund
- Franklin High-Yield Tax-Free Income Fund
- Independence Holding Co.
- Oppenheimer Funds, Inc.
- The Vanguard Group

2.      <u>Informal LBHI Bondholder Group</u>

- Alliance Bernstein
- Capital Guardian Trust Company
- Cyrus Capital Partners, L.P.

- King Street Capital Management, L.L.C.
- Pacific Management Investment Company
- Wexford Capital LLC
- York Capital Management

**VII.** Significant Stockholders

- AXA and related parties                                   7.25%
- Clearbridge Advisors, LLC and related parties            6.33%
- FMR LLC and related parties                              5.87%

**VIII.** Directors and Officers (LBHI) **– Current and former (up to three years) members of the corporation's board of directors and its officers.**

Board of Directors

- Henry Kaufman
- Jerry A. Grundhofer
- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers

- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen

- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski
- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino

- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

**IX.** Underwriting Investment Bankers for Debtor's Securities

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

**Related Entities**

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)
4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC
7. ASB L.L.C.
8. Ballybunion Investments No. 2 Ltd.
9. Ballybunion Investments No. 3 Ltd
10. Ballybunion Investments No. Ltd.
11. Banque Lehman Brothers S.A.
12. Bixen Limited
13. BK I Realty Inc. (dissolved)
14. BK II Properties Inc.
15. BK III Properties Inc.
16. Blue Jay Realty Corporation
17. BNC Holdings Inc.
18. Bromley LLC
19. Brookson Corp.
20. Brookwood Energy & Properties Inc.
21. Canope Credit Corp.
22. Capital Analytics II, LP
23. Central Funding (Concord) Corporation (dissolved)
24. Clarks Summit I, LLC
25. Clarks Summit II, LLC
26. CP1 Real Estate Services Inc.
27. CP4 Real Estate Services Inc. (dissolved)
28. Dimont Corporation
29. DL Mortgage Corp.
30. DRA Management, Inc. (dissolved)
31. Eagle Energy Management, LLC
32. Eagle Energy Partners I, L.P.
33. East Dover Limited

34.     Edibrook Corp.
35.     EHP/GP Inc. (dissolved)
36.     Eldon Street Holdings Limited
37.     ELQ Holdings B.V.
38.     ELQ Hypothekan N.V.
39.     Equipment Management Inc.
40.     Equity Strategies Loans LLC
41.     Equity Strategy Loans LLC
42.     e-Valuate, LP
43.     Executive Monetary Management, Inc.
44.     Falcon Holdings I LLC
45.     First Ward Properties Inc.
46.     Flight Sim I LLC
47.     Flight Sim II LLC
48.     Flight Sim III LLC
49.     Flight Sim IV LLC
50.     Flight Sim V Inc.
51.     FRAH Special Services Inc.
52.     Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.     Furno & Del Castano CapitalPartners LLP
54.     GA Dekalb Inc.
55.     GKI Korea Development Limited
56.     Global Principal Strategies Loans Inc.
57.     GmbH
58.     GRA Finance Corporation Ltd.
59.     GRA Finance Corporation Ltd.
60.     Growth Partners Inc. (dissolved)
61.     Hills Funding One, Ltd.
62.     Hydrocarbon Capital II LLC
63.     IL Lombard Inc. (dissolved)
64.     Ivanhoe Lan Pty Limited
65.     Jet Aircraft Leasing Inc. (dissolved)
66.     Jet Partners, LLC
67.     JFM Aviation Once LLC
68.     KM-I Real Estate Company VII (sold)
69.     Laminar Holdings LLC
70.     LB 3 GmbH
71.     LB Alberta Holdings Inc.
72.     LB Beta Finance Cayman Limited
73.     LB GPS Lightfoot L.L.C.
74.     LB Holdings Intermediate 1 Ltd
75.     LB Holdings Intermediate 2 Ltd
76.     LB I Group Inc
77.     LB India Holdings Cayman I Limited
78.     LB India Holdings Cayman II Limited
79.     LB India Holdings Mauritius I Limited

80.    LB India Holdings Mauritius II Limited
81.    LB India Holdings Mauritius III Limited
82.    LB Investment Corp. Inc.
83.    LB Investment Holding Company Limited (dissolved)
84.    LB Investments (UK) Limited
85.    LB Leasing Inc.
86.    LB Lomond Investments Limited
87.    LB Maritim Investor
88.    LB Memphis Brownestone LLC
89.    LB Military Housing LLC
90.    LB Note Corp.
91.    LB Ohana, LLC
92.    LB Skypower Inc.
93.    LB Trade Corp.
94.    LB UK Financing Limited
95.    LB UK RE Holdings Ltd.
96.    LBCCA Holdings I LLC
97.    LBCCA Holdings II LLC
98.    LB-NL Holdings (Cayman) Limited
99.    LB-NL Holdings I Inc.
100.   LB-NL Holdings L.P.
101.   LB-NL U.S. Investor Inc.
102.   LBO Investments Limited
103.   LBQ Funding (UK)
104.   LBQ Hong Kong Funding Ltd
105.   LBQ Hong Kong Services Limited
106.   LCP LTU LLC
107.   LCPI Properties Inc.
108.   LCPI Properties Inv.
109.   Leesburg ACG LLC
110.   Lehman ABS Corporation
111.   Lehman Aircraft Securitization Holdings LLC
112.   Lehman Asset Backed Caps Inc.
113.   Lehman Brother Venture Capital 2003 Partnership
114.   Lehman Brothers (Israel) Inc.
115.   Lehman Brothers (PTG) Limited
116.   Lehman Brothers (Spain) S.A.
117.   Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.   Lehman Brothers 1999 Vernture GP Partnership L.P.
119.   Lehman Brothers AIM Holding II LLC
120.   Lehman Brothers Alternative Investment Management LLC
121.   Lehman Brothers Argentina S.A.
122.   Lehman Brothers Asset Management (Europe) Ltd
123.   Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.   Lehman Brothers Asset Management France
125.   Lehman Brothers Asset Securitization LLC

126.    Lehman Brothers Capital GmbH, Co
127.    Lehman Brothers Capital Partners I, L.P.
128.    Lehman Brothers Capital Partners II, L.P.
129.    Lehman Brothers Capital Partners IV, L.P.
130.    Lehman Brothers CDO 2003 L.P.
131.    Lehman Brothers CDO Associates (Cayman), Ltd.
132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.
147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc

172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP
178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.
196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200.    Lehman Brothers Offshore Investment Partnership L.P.
201.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.    Lehman Brothers Offshore long/short fund, ltd
203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC

218. Lehman Brothers Secondary Fund of Funds Associates L.P.
219. Lehman Brothers Secondary Fund of Funds L.P.
220. Lehman Brothers Securities Taiwan Limited
221. Lehman Brothers Services India Private Limited
222. Lehman Brothers Singapore PTE Ltd.
223. Lehman Brothers South Asia Limited (Inactive)
224. Lehman Brothers South East Asia Investments PTE Limited
225. Lehman Brothers Spain Holdings Limited
226. Lehman Brothers Special Financing Inc.
227. Lehman Brothers Sudamerica S.A.
228. Lehman Brothers U.K. Holdings (Delaware) Inc.
229. Lehman Brothers Uruguay S.A.
230. Lehman Brothers VC Partners L.P.
231. Lehman Brothers Venture Associates Inc.
232. Lehman Brothers Venture Bankers' Partnership L.P.
233. Lehman Brothers Venture Capital Partners I, L.P.
234. Lehman Brothers Venture GP Partnership L.P.
235. Lehman Brothers Venture Partners L.P.
236. Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237. Lehman CMO Inc.
238. Lehman Commercial Paper Inc.
239. Lehman Crossroads Corporate Investors II, LP
240. Lehman Insurance Company
241. Lehman Loan Funding I LLC
242. Lehman Mortgage Company of Canada (surrendered)
243. Lehman Mortgage Holdings Canada I Inc. (inactive)
244. Lehman Mortgage Holdings Canada II Inc. (inactive)
245. Lehman Municipal ABS Corp.Lehman OPC LLC
246. Lehman Pass-Through Securities Inc.
247. Lehman Queens Center Inc. (inactive)
248. Lehman Queens Limited Inc. (inactive)
249. Lehman Re Ltd.
250. Lehman Realty & Development Corp.
251. Lehman Receivables Corp. (dissolved)
252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.

264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.
293. OCI Holdings Limited
294. OSD Corp.
295. PAC Aircraft Management Inc.
296. Pentaring, Inc.
297. Phuket Hotel 1 Holdings Company Limited.
298. Pike International Y.K.Pindar Pty Ltd.
299. Preferred Group Limited
300. Preferred Holdings Limited
301. Preferred Mortgages Limited
302. Principal Transactions Inc.
303. QP80 Real Estate Services Inc.
304. Quality Pork Partners, Inc.
305. Real Estate Investors Inc. (dissolved)
306. Real Estate Private Equity Inc.
307. Real Estate Services I Inc. (dissolved)
308. Real Estate Services VII Inc. (dissolved)
309. Reliance Energy E&P, LLC

310.   REPE LBREP III LLC
311.   Revival Holdings Limited
312.   RIBCO LLC
313.   RIBCO SPC, Inc.
314.   Rock Hill Real Estate, Inc.
315.   Sage Partners, LLC
316.   SAIL Investor Pte Ltd.
317.   Sambar Properties Inc.
318.   SASCO ARC Corporation
319.   Scranzay, Inc.
320.   Security Assurance Advisers, LP
321.   Select Asset Inc.
322.   Senior Income Fund Inc. (dissolved)
323.   Serafino Investments Pty Limited
324.   Shearson Lehman Brothers Capital Partners II, L.P.
325.   Shearson Lehman Hutton Capital Partners II
326.   Skratook LLC
327.   Small Business Assets I LLC
328.   Southern Pacific Funding 5 Ltd
329.   Stamford Investment Realty Inc.
330.   STRATUS I Inc.
331.   Structure Asset Securities Corporation II
332.   Structured Asset Securities Corporation
333.   Structured Options Inc.
334.   STUIE CORP.
335.   Sunrise Finance Co., Ltd.
336.   TAL Europe, LLC
337.   Tallus
338.   Thayer Group Limited
339.   Thayer Properties (Jersey) Ltd.
340.   Thayer Properties Limited
341.   Townsend Analytics Japan Ltd.
342.   Townsend Analytics, Ltd.
343.   TX Tower Inc. (sold)
344.   West Dover, LLC
345.   Wharf Reinsurance Inc.
346.   Woori-LB First Asset Securitization Specialty Co., Ltd.
347.   Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.   Y.K Tower Funding
349.   Y.K. Park Funding

**Potential Parties in Interest**
1.   1301 Properties Owner, LP
2.   13D Research Inc.
3.   1407 Broadway Real Estate LLC
4.   25 Broad LLC

5. 250 East Borrower LLC
6. 4086 Advisors
7. 4Cast Inc.
8. 4Kids Entertainment, Inc.
9. 50 Broadway Realty Corp. LLC
10. 605 Third Avenue Fee LLC
11. 8 Sound Shore Associates LLC
12. A/P Hotel, LLC
13. AB Bankas
14. AB Svensk Exportkredit
15. Aberdeen Asset Management Inc.
16. Abm Industries, Inc.
17. ABN Ambro Holding N.V.
18. AboveNet Communications Inc.
19. Abu Dhabi Investment Authority
20. Abu Dhabi National Energy
21. Accel Capital Corporation Accellent Inc.
22. Accenture LLP
23. Access Asia Investment Holdings (BVI) Ltd.
24. Access Data
25. ACCLARA
26. Account Temps
27. Accredited Home Lenders, Inc.
28. Accuride Corporation
29. ACE America Insurance Company
30. ACI Operations Pty Limited
31. Acorn Partners LP
32. Activant Solutions Inc.
33. Acts Aero Tech Support
34. Adagio IV CLO Limited
35. ADV Portfolio Tech
36. Advanced Graphic Printing, Inc.
37. Advanced Portfolio Technologies, Inc.
38. AES Corporation
39. AEW Capital Management, LP
40. AG Financial Products, Inc.
41. AG First Farm Credit Bank
42. AGA Medical Corporation
43. Agribank
44. Aida Sarmast
45. AIG CDS, Inc.
46. AIG Financial Products Corp.
47. AIG Global Investment Corporation
48. AIM Advisors
49. AIM Funds
50. Airclaims Limited

51. Aircraft Finance Trust
52. Airlie CDO I
53. AIRLIE LCDO (AVIV LCDO 2006-3)
54. AIRLIE LCDO (Pebble Creek 2007-1)
55. Airlie Opportunity Master Fund Lt.d
56. Akin Gump Strauss Hauer & Feld LLP
57. Aktiengesellschaft
58. Alabama Power Company
59. Aladdin Relative Value Credit Master Fun Limited
60. Alameda County (CA) Employees' Retirement Association
61. Alan J. Worden
62. Alcoa Inc.
63. Alenco
64. Alex E. Rhinehart
65. Alexander Leytman
66. Algoma Stell Inc.
67. Aliant Bank
68. Alix Egloff
69. Alix Partners LLP
70. Allegheny Energy
71. Allen Matkins Leck Gamble Mallory
72. Alliance Imaging, Inc.
73. Alliance Laundry Equipment Receivable Trust 2005-A
74. Alliance Laundry Equipment Receivables 2005 LLC
75. Alliance Laundry Holdings LLC
76. Alliance Laundry Systems
77. Alliance Resource Operating
78. AllianceBernstein LP
79. Alliant Energy Corporation
80. Allianz
81. Allianz Global Investors AG
82. Allied Holdings, Inc.
83. Allied Waste Industries Inc.
84. Allied World Assurance Company
85. Allison Transmission, Inc.
86. Allsport Management SA
87. Alltel Communications
88. Alltel Corp.
89. Almtaler Volksbank
90. Alpha D2 Limited
91. Alpha III
92. Altos Hornos de Mexico SA de CV
93. Altova, Inc.
94. Altra Group, Inc.
95. AM International E Mac 63 Limited
96. Amadeus Holdings Limited

97. AMBAC
98. Amber Capital Investment Management
99. Amber Master Fund (Cayman) SPC
100.    Ameren Corporation
101.    Amerenergy Resources Generating
102.    American Airlines 1st Lien
103.    American Airlines Inc.
104.    American Axle & Manufacturing Inc.
105.    American Electric Power Company Inc.
106.    American European Insurance Company
107.    American Express
108.    American Express Travel Related Services Co., Inc.
109.    American Family Life Assurance Company
110.    American International Group Inc.
111.    American National Insurance Company
112.    American Transmission Company
113.    Americas
114.    America's Servicing Company
115.    AmeriSourceBergen Corporation
116.    Amgen Inc.
117.    Amuala S.L.
118.    Ana Fernanda Canales Gonzales
119.    Ana Serratosa Lujan
120.    ANC Rental Corporation
121.    Anchorage Crossover Credit Offshore Master Fund
122.    Anchorage Short Credit Offshore Master Fund, Ltd.
123.    Andreas Brandes
124.    Andromeda Global Credit Fund, Ltd.
125.    Anita Bryant
126.    Ann Lee
127.    Anne-Marie Oliveri
128.    Antero Resources Corporation
129.    Anthony J. Napolitano & Associates
130.    Anthony Victor Lomas
131.    Anthracite Balanced Company (R-26) Limited
132.    Anthracite Balanced Company 46 Limited
133.    Anthracite Investments (Ireland) PC
134.    Anthracite Related Invesments (Cayman) Limited
135.    Anton R. Valukas (Examiner)
136.    ANZ Securities, Inc.
137.    Aon Consulting
138.    Aozora Bank, Ltd.
139.    Apax Summer Bidco Limited
140.    Apollo Management Holdings, L.P.
141.    Arab Bank
142.    Aracruz

143. Aramark Corporation
144. Arapahoe County Attorney's Office
145. Arapahoe County Treasurer
146. Arapahoe International Limited
147. Arche Master Fund, L.P
148. Area Giochi Holding S.p.A
149. ARINC Incorporated
150. Aristeia International Limited
151. Aristeia Master, L.P.
152. Arizona Public Service Company
153. Aron Oliner
154. Arthur T. Bent c/o Reserve Management Company
155. ArvinMeritor, Inc.
156. Arysta Lifescience
157. AS Propulsion Capital BV
158. Asbury Atlantic
159. Asbury-Solomons
160. Ashmore Energy International / AEI
161. Asian CRC Hedge Fund
162. Asian Multi Finance Hedge Fund
163. Asian SBC Hedge Fund
164. Asian Special Finance Hedge Fund
165. Aspecta Assurance International Luxembourg S.A.
166. Aspen Creek Financial Advisors LLC
167. Asset Backed Management Corp.
168. Assicurazioni
169. Assurant, Inc.
170. Asurion Corporation
171. AT&T Incorporated
172. AT&T Services Inc.
173. Atlas Pipeline Partners
174. Atmos Energy Corporation
175. Atrium Companies Inc.
176. Audio Visual Services Corporation
177. Australia and New Zealand Banking Group Limited
178. Australia National Bank
179. Autodesk Inc.
180. Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
181. Automobile Club Insurance Association
182. Autonomy Capital Research LLP
183. Autonomy Master Fund Limited
184. Autonomy Rochevera One Limtied
185. A-V Services, Inc.
186. Avago Technologies Finance Pte. Ltd.
187. Avaya Inc.
188. Aveos

189.    Avio
190.    Avista Corp.
191.    AVIV LCDO 2006-1
192.    AVIV LCDO 2006-2
193.    Aviva Assicurazioni S.p.A.
194.    Aviva Investors North America, Inc.
195.    Aviva Italia Holding S.p.A.
196.    Aviva Italia S.p.A.
197.    Aviva Life and Annuity Company
198.    Aviva Life S.p.A.
199.    Aviva Previdenza S.p.A.
200.    Aviva S.p.A.
201.    Aviva Vita S.p.A.
202.    AVR Acquisitions B.V.
203.    AVR Industrial Waste B.V.
204.    AVR Industrie N.V.
205.    Axis – ACM Inc.
206.    Axon Financial
207.    B & G Foods
208.    B.I. OEI
209.    Bacar Constructors, Inc.
210.    BAE Systems Holdings Inc.
211.    Baker & Hostetler LLP
212.    Balestra Capital Partners, L.P.
213.    Ball Corporation
214.    Ball Packaging Products Canada
215.    Ballyrock ABS CDO 2007-1 Limited
216.    Banc of America Securities LLC
217.    Banca Akros S.p.A
218.    Banca Carige, S.p.A.
219.    Banca Italease S.p.A.
220.    Banca Monte dei Paschi di Seina S.p.A.
221.    Banca Popolare di Milano Societa Coopertiva a r.l.
222.    Banca Sai
223.    Banco Banif, S.A.
224.    Banco Bilbao Vizcaya Argentaria, S.A.
225.    Banco Inversis, S.A
226.    Banco Popolare Societa Coopertiva
227.    Banco Popular Espanol, S.A.
228.    Banco Santander
229.    Banesco Banco Universal
230.    Banesco Holding C.A.
231.    Banif-Banco
232.    Banif-Banco de Investimento, S.A.
233.    Bank of America Mellon
234.    Bank of America N.A.

235. Bank of China
236. Bank Of Montreal
237. Bank of New York Mellon
238. Bank of New York Mellon Trust Company, N.A.
239. Bank of New York Trust Co., N.A.
240. Bank of Nova Scotia
241. Bank of Taiwan
242. Bank Pekao
243. Bankruptcy Creditors' Service, Inc.
244. Banque Privee Saint Dominique
245. Barbara Peonio
246. Barclays Bank PLC
247. Barclays Capital, Inc.
248. Barclays Global Investors National Association
249. Basso Capital Management L.P.
250. Bats Holdings, Inc.
251. Bausch and Lomb
252. Baxter International Inc.
253. Bay Harbour Management LC
254. Bay Harbour Master
255. BBVA Securities Inc.
256. BCM Ireland Holdings Limited
257. BCV Investments SCA
258. BE Smith & Others
259. BEA Systems, Inc.
260. Beaver Country Day School (The)
261. Begoa Serratosa Lujan
262. Beig Midco Limited
263. Beig Pikco Limited
264. Bel Air Investment Advisors LLC
265. Belmont Holdings Corp.
266. Berry Plastics Corporation
267. Best Buy
268. Best Karpet
269. BHCO Master
270. BHM Exit Financing Facility
271. BHM Exit Term Loan
272. BHM Technologies, LLC
273. BIM
274. BIM Vita S.p.A.
275. Binding Company, Inc.
276. Biogen Iden Inc.
277. Biomet, Inc.
278. BKW FMB Energie SA
279. Black Lion Beverages III B.V.
280. Black River Asia Fund Ltd.

281. Black River Commodity Select Fund Ltd.
282. Black River EMCO Master Fund Ltd.
283. Black River Emerging Markets Credit Fund Ltd.
284. Black River Emerging Markets Fixed Income Fund Ltd.
285. Black River Global Credit Fund Ltd.
286. Black River Global Investments Fund Ltd.
287. BlackRock
288. Blackrock Financial Management
289. Blackstone / Blackstone Capital Partners V L.P.
290. Block Financial Corporation
291. Bloomberg Finance L.P. and its affiliates
292. Bloomberg L.P. and its affiliates
293. BLT 39 LLC
294. Blue Angel Claims, LLC
295. Blue Chip Multi-Strategy Master Fund, L.P.
296. BlueMountain Capital Management LLC
297. BlueMountain Credit Alternatives Master Fund L.P.
298. BlueMountain Equity Alternatives Master Fund L.P.
299. BlueMountain Timberline Ltd.
300. BMO Capital Markets Corp.
301. BMO Nesbitt Burns, Inc
302. BNC Mortgage Loan Trust
303. BNY Capital Markets, Inc.
304. BNY Corporate Trustee Services Ltd.
305. Board of Education of the City of Chicago
306. Boardwalk Pipelines, LP
307. Bondwave LLC
308. Bonten Media Group, Inc.
309. Booz Allen Hamilton Inc.
310. Bortstein Legal LLC
311. Boston Generating, LLC
312. Boultbee (Helsinki) AB
313. Boultbee (Vasteras) AB
314. BP Canada
315. BP Capital Energy Equity Fund Master II, L.P.
316. BP Capital Energy Equity Fund, L.P.
317. BP Capital Energy Equity International Holdings I
318. BP Capital Energy Fund LP
319. BP Energy
320. BP North America
321. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
322. BRE Bank S.A.
323. BreitBurn Operating L.P.
324. Bremer Financial Corporation
325. Bremer Financial Corporation A-3
326. Brian Monahan

327. Brickman Group
328. Brigadier Capital Master Fund, Ltd.
329. Brigatta von Wendorr
330. British Airways Plc
331. British Sky Broadcasting Group plc
332. Broadridge Processing Solutions, Inc.
333. Brockton Contributory Retirement System
334. Brookfield Properties One WFC Co. LLC
335. Brooks Family Partnership, LLC
336. Brownstein Hyatt Farber Schreck, LLP
337. Bruce R. Bent
338. Bryant University
339. Buckeye Partners, L.P.
340. Buffets, Inc.
341. Building Materials - Wells
342. Buildings Materials Holdings
343. Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
344. Bundesverband deutscher Banken e.V.
345. Bunge SA
346. Burger King Corporation
347. Burleson, ISD
348. Business Objects Americas
349. C.V.I. G.V.F. (Lux) Master S.a.r.l.
350. Cableuropa S.A.U.
351. Cablevision Systems Corp.
352. Cabrera Capital Markets, LLC
353. Cadwalader, Wickersham & Taft LLP
354. Caisse De Depot et Placement du Quebec
355. Caixa Geral De Depositos, S.A.
356. Caja de Ahorros y Monte de Piedad de Madrid
357. Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
358. Calabri Elena
359. California Ind. Systems Operator Corp.
360. California Public Employees Retirement System
361. Calyon
362. Calyon Securities
363. Cammell Laird Holdings Plc
364. Campbell Soup Company
365. Canadian Imperial Bank
366. Canyon Value Realization Mac 18 Ltd
367. Cap Gemini Financial Services USA, Inc
368. Capital Automotive L.P.
369. Capital IQ, Inc.
370. Capmark Financial Group Inc.
371. Carbone S.A.R.L.
372. Caribe Media Inc.

373. Carlos Manala
374. Carlos Quintero Abella
375. Carlsberg Breweries
376. Carlton Communications Ltd.
377. Carlton Willard
378. Carlyle Credit Partners Master Fund
379. Carlyle High Yield Partners IX, Ltd.
380. Carlyle Loan Investment
381. Carmignac Gestion
382. Carnegie Bank A/S
383. Carrollton-Farmers Branch Independent School District
384. Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
385. CASAM ADI CD Arbitrage Fund Limited
386. Casam Adi Cd Arbitrage Fund Limited
387. Cascade Investment LLC
388. Casema Mezzanine
389. Casema/Euribor
390. Cassa Di Risparmio Di Saluzzo SPA
391. Castex Energy 1995, L.P.
392. Cattolica Assicurazioni S.p.A.
393. Cavalier Telephone
394. CB Richard Ellis, Inc.
395. CBI Italian Receivables
396. CBI-Italian NPL
397. CBR Textile GMBH
398. CBS Corp.
399. CBW LLC
400. CCMP Acquisition
401. CCP Credit Acquisition Holdings, LLC
402. CD Representative, L.C.
403. CDC IXIS Financial Guaranty Services Inc.
404. CDW Corporation
405. CEAGO ABS CDO 2007-1, LLC
406. CEAGO ABS CDO 2007-1, Ltd.
407. Cebridge 2nd Lien PIK
408. Cedar Fair
409. Cede & Co.
410. CEI/Kensington Ltd.
411. Cellcap Securities Limited
412. Centennial Cellular Corp.
413. Centennial Communications Corp.
414. Center Energy Resources Corp.
415. Centerbridge Credit Partners LP
416. Centerbridge Credit Partners Master LP
417. Centerbridge Special Credit Partners, L.P.
418. Centerpoint Energy Resource

419. Centra Park, LLC
420. Central CATV Inc.
421. Central European Industrial Development Company
422. Central European Media Enterprises Ltd.
423. Central Illinois Light Company
424. Central Illinois Public Service Company
425. Centurytel, Inc.
426. Cenveo Corporation
427. Cequel Comm
428. Ceradyne, Inc.
429. Cereita Lawrence
430. Cessna
431. CFIP Fund
432. CFS Holding NV
433. Charise Carroll
434. Charles River School (The)
435. Charles Schwab & Co., Inc.
436. Chart Industries, Inc.
437. Charter Communications
438. Chequer Finance 1 S.A.
439. Chequer Finance 2 S.A.
440. Chequer Finance 3 S.A.
441. Chesapeake Appalachia, L.L.C.
442. Chesapeake Energy Corp.
443. Chevron Natural Gas
444. Chicago Board Options Exchange, Incorporated
445. Chicago Mercantile Exchange
446. Chinatrust Commercial Bank, et al.
447. Choctaw Investors B.V.
448. Chorion (Project Planet) PIK
449. Chris or Nancy Stovic
450. Christine Coleman
451. Chun IP
452. Chun Ip
453. Chuo Mitsui Trust And Banking Co.
454. CIBC Wolrd Markets Inc.
455. CIFG
456. CIFG Services, Inc.
457. Cilcorp Inc.
458. Cinemark USA, Inc. A-4
459. Cisco Systems Capital Corporation
460. Cisco Systems, Inc.
461. CIT Group (Master)
462. Citadel Equity Fund, Ltd.
463. Citibank International PLC
464. Citibank, NA

465.    Citic International Financial Holdings
466.    Citigroup Global Market Limited
467.    Citigroup, Inc.
468.    Citrus Corporation
469.    City of Auburn
470.    City of Burbank
471.    City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
472.    City Of Farmers Branch
473.    City of Fremont
474.    City of Milwaukee, Wisconsin
475.    City of San Buenaventura
476.    City of South San Francisco
477.    City of Tuolumne
478.    CKX Inc.
479.    Claire's Stores, Inc.
480.    Clearwater Capital Partners
481.    Cleveland Barrett
482.    Clio European CLO B.V.
483.    Clondalkin Acquisition B.V.
484.    CME Group Inc.
485.    CNX Gas Co.
486.    Coast Electric Power Association
487.    Coblentz, Patch, Duffy & Bass LLP
488.    Coditel Sarl
489.    Cognizant Technology Solutions
490.    Colfax Corporation
491.    Collins & Aikman Products
492.    Collins Building Services, Inc.
493.    Collins Steward (CL) Ltd.
494.    Colonial Realty Limited Partnership
495.    Commerzbank A.G.
496.    Commerzbank A.G. (New York and Grand Cayman Branches)
497.    Commerzbank Capital Markets Corp.
498.    Commonwealth Bank of Australia
499.    Community Health System
500.    Community Trust Bancorp Inc.
501.    Compagnie Financiere Tradition SA
502.    Company I Ameren Resources Gen Co
503.    Compass Bank
504.    Computer Financial Consultants Inc.
505.    Concord Development Properties Ltd.
506.    Concordia Mac 29 Ltd
507.    Conduit Capital Markets Ltd.
508.    Conocophillips
509.    Conseco Inc.
510.    Consolidated Container Company LLC

511. Constellation Capital Management LLC
512. Constellation Energy Group, Inc.
513. Constellation PL
514. Continental AG I Continental
515. Continental Airlines, Inc.
516. Contrarian Capital Management, LLC
517. Convenience Food System
518. Converteam
519. Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
520. Cooper-Standard Automotive Inc.
521. Core Laboratories, LP
522. Corporation Trust Company
523. Corrections Corporation of America
524. CorrectNet, Inc.
525. Cortefiel, S.A.
526. Corus Bank, N.A.
527. Costello Maione Schuch Inc.
528. Coughlin Stoia Geller Rudman & Robbins, LLP
529. Counsel To Australia And New Zealand Banking
530. Countrywide Home Loans
531. County of Monterey (CA)
532. County of San Mateo (CA)
533. County of Westchester
534. Covanta Energy Corporation
535. Coventry Health Care, Inc.
536. Coviden Inti
537. Cox Communications, Inc.
538. Cox Enterprises, Inc.
539. Cox Radio, Inc.
540. CPQ Midco II Corporation
541. CRA Rogerscasey, LLC
542. Credit Agricole
543. Credit Suisse
544. Credit Suisse Loan Funding LLC
545. Credit Suisse Securities (USA) LLC
546. CRJ 200 Whole Loan
547. CROSSMAR, Inc.
548. Crossmark Investment Advisers, LP
549. Crossroads Investment Advisors
550. Crown Americas, Inc.
551. Crown Castle
552. CSC Holdings
553. CSG Systems International, Inc.
554. Cura Fixed Fund
555. Currenex
556. Customer Asset Protection

557. CWT Senior
558. Cynthia Swabsin
559. D.E. Shaw Composite Portfolios, LLC
560. D.E. Shaw Dihedral Portfolios, L.L.C.
561. D.E. Shaw Oculus Portfolios, LLC
562. DAB Bank AG
563. Dae Aviation Holdings, Inc.
564. Dallas County
565. Dan Yoram Schwarzmann
566. Dana Holding Corporation
567. Danaher Corporation
568. Danish Holdco
569. Danske Bank A/S
570. Darden Restaurants Inc.
571. Data Down Link Corporation
572. David A. Rosenfeld
573. David C. Cimo
574. David C. Walton
575. David H. Arlington Oil and Gas, Inc.
576. Dayco
577. DBP NPLS
578. DCFS Trust
579. DCI Umbrella Fund PLC
580. Debitel (Netherlands) Holding B.V.
581. Deere & Company
582. Del Monte Corporation
583. Delaware Management Holdings, Inc.
584. Delaware Port River Authority
585. Delek Benelux B.V.
586. Delek Luxembourg Holding Sarl
587. Delek US Holdings Inc.
588. Dell Global B.V.
589. Dell Marketing L.P.
590. Delphi
591. Delta Airlines A-5
592. Demann
593. Denver Public Schools Retirement System
594. Department of Labor and Industries
595. DEPFA Bank PLC
596. Desdner Kleinwort Group Holdings LLC
597. Deustche Bank Securities Inc.
598. Deutsche Bank AG
599. Deutsche Bank AG (London Branch)
600. Deutsche Bank National Trust Company
601. Deutsche Bank Trust Company Americas
602. Deutsche Borse AG

603. Deutsche Pfandbriefbank AG
604. Deutsche Postbank AG
605. Deutsche Telekom AG
606. Deutscher Sparkassen Und Giroverband (The)
607. Dexia Banque Belgique S.A.
608. Dexia Banque Internationale a Luxembourg S.A.
609. Dexia Belgique
610. Dexia Credit Local
611. Dexia Deutschland
612. Dexia Kommunalbank Deutschland AG
613. Dexia Local
614. Dexia Luxemburg
615. DG3 Holdings LLC
616. Diageo Finance PLC
617. Diakon Lutheran Social Ministries
618. Dido Erste Vermoegensverwaltun GS
619. Digicel International Finance Limited
620. Direct Energy Business LLC
621. Direct Energy LLC
622. Discover Financial Services
623. Diversified Credit Investments LLC as agent for the Government of Singapore
     Investment Corporation PTE, LTD.
624. Diversified Software Systems, Inc.
625. Division of Taxation for Corporation Tax (State of Rhode Island and Providence
     Plantations)
626. Division Water
627. DK Acquisition Partners
628. DNB Nor Bank Asa
629. Dollar General Corporation
630. Dominion Resources Inc.
631. Domtar Inc.
632. Don Engel
633. Don Wing Liang
634. Dovenmuehle Mortgage Inc.
635. Dow Jones & Company, Inc.
636. Dr. Monika Thuermer-Grant
637. Drake Management LLC
638. Drawbridge Global Macro Commodities Ltd.
639. Dresdner Bank A.G.
640. Dresdner Kleinwort Group Goldings LLC
641. Dresser, Inc.
642. Dubai International Capital LLC
643. Duff & Phelps
644. Duke Corporate Education
645. Duke Energy Ohio, Inc.
646. Dun & Bradstreet

647. Duncan Energy Parnters L.P.
648. DuPont Capital Management
649. Dynegy Holdings, Inc.
650. Dynergy Power Marketing, Inc.
651. DZ Financial Markets LLC
652. E*TRADE Bank
653. E. Schuddeboom
654. E.On AG
655. EAC Partners Master Fund, Ltd.
656. Eagle Rock Energy Partners, L.P.
657. Easdaq N.V. (Artur Fischer)
658. East 46th Borrower LLC
659. Easton Investments II
660. Eaton Corporation
661. Ebay Inc.
662. ECP International S.A.
663. Edam Acquisition Holdings B.V.
664. Edgen Murray
665. Edison International
666. Edison Mission Energy
667. Edscha A.G.
668. Educational Management Corp.
669. Edward D. Jones & Co., LP
670. Edward Grieb
671. Edward Jones
672. EF Securities LLC
673. EFG Bank AG
674. EHMD, LLC
675. El Paso Corporation
676. El Paso Pipeline Partners
677. Electrabel
678. Electrabel S.A.
679. Electricite de France
680. Eletrabel n.v./s.a.
681. Elizabeth Yee
682. Ellington Credit Fund, Ltd.
683. Ellington Mortgage Fund S/C, Ltd.
684. Ellington Mortgage Partners, LP
685. Ellington Special Opportunities Ltd.
686. Elliot International L.P.
687. Elliot Management Corporation
688. Elliott Associates, L.P.
689. EM Opportunities Bond Fund, Inc.
690. Embarcadero Aircraft Securitization Trust
691. EMC Corporation
692. EMI Entertainment World, Inc.

693. Emigrant Bank
694. Empiricurve Fund Limited
695. Enbridge (U.S.) Inc.
696. Enbridge Energy Partners
697. EnBW Trading GmbH
698. Encana Corp.
699. Encana Oil and Gas
700. Endemol Mezz
701. Endemol Sen
702. Enel SPA
703. Energy Income and Growth Fund
704. EnergyCo Marketing and Trading
705. EnergyCo, LLC
706. E-NET Corporation
707. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire Pension Board
708. eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
709. Enron Corp.
710. Entegra Holdings LLC
711. Entegra TC LLC
712. Entergy Corp.
713. Enterprise GP Holdings L.P.
714. Enterprise Products LLC
715. Enterprise Products Operating L.P.
716. Envirosolutions Real Property Holdings, Inc.
717. EPCO Holdings
718. Equitable Resources, Inc.
719. Eric and Margaret Mace-Tessler
720. ERP Operating Limited Partnership
721. Escaline S.a.r.l.
722. E-Source, Inc.
723. Espin & Alter, LLP
724. Essex Equity Holdings USA, LLC
725. Etihad Airways
726. Eurohypo AG, New York Branch
727. European Bank For Reconstruction
728. European Credit (Luxembourg) S.A.
729. European Credit Management Limited
730. Eurosai Finanziaria Partecipazioni S.r.l.
731. Evelyn Clair
732. Everest Capial Asia Fund, L.P.
733. Everest Capial Emerging Markets Fund, L.P.
734. Evergreen Core Bond Trust
735. Evergreen High Income Fund
736. Evergreen Income Advantage Fund
737. Evergreen Intermediate Bond Trust

738.    Evergreen Investment Management Company, LLC
739.    Evergreen Long Duration Trust
740.    Evergreen Multi-Sector Income Fund
741.    Evergreen Select high Yield Bond Trust
742.    Evergreen Solar, Inc.
743.    Evergreen, Et. Al
744.    EXCO Operating Company, LP
745.    Exco Partners Operating Partnership L.P.
746.    Exco Resources Inc.
747.    Executive Fliteways, Inc.
748.    Exegy Incorporated
749.    Export Development Canada
750.    Express Energy Services Holding, LP
751.    Extendicare Health Services Inc.
752.    Exterran Holdings, Inc.
753.    EXUM RIDGE CBO 2006-1
754.    EXUM RIDGE CBO 2006-2
755.    EXUM RIDGE CBO 2006-4
756.    EXUM RIDGE CBO 2006-5
757.    EXUM RIDGE CBO 2007-1
758.    EXUM RIDGE CBO 2007-2
759.    EZE Castle
760.    FA Sub 3 Limited
761.    Fabio Castrovillari
762.    Fabio Liotti
763.    Factiva Limited
764.    Factiva, Inc.
765.    Fadesa Inmobiliaria, S.A.
766.    Faegre & Benson
767.    Fairpoint Communications, Inc.
768.    Fairway Fund Limited
769.    Falcon Senior
770.    Fannie Mae
771.    FCAR
772.    FCDB LBU 2009 LLC
773.    FCDB LBU LLC
774.    Federal Express Corporation
775.    Federal Home Loan Bank of Atlanta
776.    Federal Home Loan Bank of New York
777.    Federal Home Loan Bank Of Pittsburgh
778.    Federal Home Loan Mortgage Corp
779.    Federal National Mortgage Association
780.    Federal Reserve Bank of New York
781.    Federazione Italiana del Consorzi Agrari S.r.l.
782.    Federconsorzi
783.    Ferretti

784. Fidelity Balanced Fund
785. Fidelity Capital Markets Services A-6
786. Fidelity Investments
787. Field Point IV S.a.r.l.
788. Fifth Third Bank, N.A.
789. Financial Security Assurance
790. Financiere Daunou
791. Financiers CVT
792. Finartex
793. Finlandia Group plc
794. Finmaser Diversifacin S.L.
795. Finmeccanica Finance SA
796. FINOVA Loan Administration
797. Fir Tree Capital Opportunity Master Fund, L.P.
798. Fir Tree Value Master Fund, L.P.
799. Fire & Police Pension of Colorado
800. Firma Modena Financing S.A.
801. First Chemical Holding
802. First Chemical Mexxanine
803. First Chemical Senior
804. First Choice Power, LP
805. First Commercial Bank Co., Ltd. New York Agency
806. First Data Corporation
807. First Franklin Mortgage Lona Trust 2006-FFA
808. First Trust Advisors L.P.
809. First Trust Portfolios L.P.
810. FirstBank Puerto Rico
811. FirstEnergy Corp
812. Firth Rixson Mezz
813. Flextronics International Ltd
814. Florida Gas Transmission Company, LLC
815. Florida Power & Light Company
816. FOLIOfn Investment, Inc.
817. Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
818. Fondazione Cassa Risparmio della Spezia
819. Fondazione Enasarco
820. Fondiaria
821. Fondo Latinoamericano De Reservas
822. Fondo Pensione Per Il Personale Della Banca Di Roma
823. Ford Motor Company
824. Ford Motor Credit
825. Forest Hills Trading Ltd. c/o Curacao Int. Trust
826. Fortis Group
827. Fortress Investment Group LLC
828. FPB Bank, Inc.
829. FPCM Inflation-Linked Opportunities Fund Limited

| | |
|---|---|
| 830. | FPL Group Capital Inc. |
| 831. | FR Acquisitions Corporation (Europe) Limited |
| 832. | Francisco Perez |
| 833. | Franklin American Mortgage Company |
| 834. | Franklin Lincoln National Corporation |
| 835. | Fred Hutchinson Cancer Research Center |
| 836. | Fred Telling |
| 837. | Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V. |
| 838. | Freenet |
| 839. | Freescale Semiconductor, Inc. |
| 840. | Fresenius Medical Holdings Inc. |
| 841. | Frictionless Commerce, Inc. |
| 842. | Friedman, Billings, Ramsey & Group, Inc. |
| 843. | Frontier Drilling |
| 844. | Frost & Sullivan |
| 845. | Fubon Insurance Co. |
| 846. | Fubon Securities Co. |
| 847. | Fulton Bank |
| 848. | Fusion Funding Limited |
| 849. | Fusion Funding Luxembourg, S.A.R.L. |
| 850. | FX Alliance LLC |
| 851. | FXCM Holdings, LLC |
| 852. | Gables Marquis |
| 853. | Gala |
| 854. | Gala Group Finance Limited |
| 855. | Gala Mezz |
| 856. | Galileo Fund Limited |
| 857. | Galleon Buccaneer's Offshore LTD |
| 858. | Galliard Capital Management |
| 859. | Gaming Invest Sarl |
| 860. | Gartner UK Limited |
| 861. | Gartner, Inc. |
| 862. | Gaselys |
| 863. | Gaston Christian School, Inc. |
| 864. | Gate Gourmet |
| 865. | G-BNWE Aircraft Pty Ltd |
| 866. | G-BNWF Aircraft Pty Ltd |
| 867. | G-BNWG Aircraft Pty Ltd |
| 868. | G-BNWJ Aircraft Pty Ltd |
| 869. | G-BNWK Aircraft Pty Ltd |
| 870. | G-BNWK Aircraft Pty Ltd. |
| 871. | G-BNWL Aircraft Pty Ltd |
| 872. | G-BNWS Aircraft Pty Ltd |
| 873. | G-BNWT Aircraft Pty Ltd |
| 874. | GE Capital Information Technology |
| 875. | GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services |

876. GE Corporate Financial Services, Inc.
877. Gemstone CDO VI Corp
878. Gemstone CDO VI Ltd
879. GenenTech, Inc.
880. General Electric Capital Corp
881. General Helicopters International LLC
882. General Mills, Inc.
883. General Nutrition Centers, Inc.
884. Genovese Joblove & Battista, P.A.
885. Gensler Architecture, Design And Planning, P.C.
886. Gentiva Health Services, Inc.
887. Genworth Financial, Inc.
888. Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation)
889. Georg Degelmann
890. George E. Di Russo
891. Georgetown University
892. Georgia Gulf
893. Georgia Pacific Corporation
894. Georgia-Pacific Expansion S.A.S
895. German Association of Savings Banks
896. Gesconsult S.A. SG LLC
897. GFA I LLC
898. GFI Securities, Ltd.
899. GHB Karnten AG
900. Gilmartin, Poster & Shafto LLP
901. Ginn Clubs
902. Giorgio Marinelli
903. Givaudan S.A.
904. GL Trade
905. Glencore Commodities Ltd.
906. GLG Partners LP
907. Global Cash Access, Inc.
908. Global Credit Hedge Fund
909. Global Opportunity Master Fund, Ltd.
910. Global Thematic
911. Globe Pub Management Limited
912. GM Canada Foreign Trust
913. GMAC LLC
914. GMAC Mortgage, LLC
915. GMAC Residential Capital
916. GMAC-IM
917. GMAM Investment Funds Trust
918. GMBH
919. Godiva Chocolatier, Inc.
920. GoldenTree Master Fund II, Ltd.

921.    GoldenTree Master Fund, Ltd.
922.    Goldman Sachs & Co.
923.    Goldman Sachs (Asia) Finance
924.    Goldman Sachs (Japan) Ltd.
925.    Goldman Sachs Asset Management International,
926.    Goldman Sachs Asset Management, L.P.
927.    Goldman Sachs Bank USA
928.    Goldman Sachs Credit Partners
929.    Goldman Sachs International
930.    Goldman Sachs International Bank, Seoul Branch
931.    Goldman Sachs Japan Co. Ltd.
932.    Goldman Sachs Lending Partners LLC
933.    Good Steward Trading SPC
934.    Gosford City Council
935.    Government of Guam Retirement Fund
936.    Government of Singapore
937.    Grace Wang
938.    Graham Packaging Company, L.P.
939.    Graphic Packaging International Corp
940.    Grassi Marco
941.    Great Lakes Dredge & Dock Corporation
942.    Greektown Holdings LLC
943.    Green Tree Servicing Inc.
944.    Green Tree Servicing LLC
945.    Green Valley Ranch Gaming LLC A-7
946.    Greenbriar Minerals, LLC
947.    Greenpoint Mortgage Funding Trust Series
948.    Greenwich Insurance Company
949.    Greg Georgas & Mark Grock
950.    Greywolf Capital Management L.P.
951.    Groupama Asset Management
952.    Grupo Iusacell
953.    GS European Performance Fund Limited
954.    GS Investment Strategies, LLC
955.    GSEF Al Nawras (Cayman) Limited
956.    GSW Grundbesitz GmbH & Co. KG
957.    GTAM Fund I, Ltd.
958.    Gulf Stream Asset Management
959.    H3C Holdings Ltd
960.    Hain Capital Group, LLC
961.    Hakone Fund II
962.    Halbis Distressed Opportunity Master Fund Ltd.
963.    Hale Avenue Borrower LLC
964.    Halliburton Company
965.    Hanger Orthopedic Group, Inc.
966.    Hank's Living Trust

967.  Hanover Moving & Storage Co. Inc
968.  Harbert
969.  Harbinger Capital Partners
970.  Harbinger Capital Partners Special Situations Fund LP
971.  Harbison Station Apts L.P.
972.  HarbourView CDO III, Limited
973.  Harpen Immobilien GmbH & Co. KG
974.  Harrah's Operating Co. Inc.
975.  Harris County
976.  Harris Nesbit Corp.
977.  Hartfield Fund Limited
978.  Hawaiian Telcom Communications, Inc.
979.  Hawaiian Telcom Holdco, Inc.
980.  Hawaiian Telcom IP Service Delivery Investment, LLC
981.  Hawaiian Telcom IP Service Delivery Research, LLC
982.  Hawaiian Telcom IP Video Investment, LLC
983.  Hawaiian Telcom IP Video Research, LLC
984.  Hawaiian Telcom Services Company, Inc.
985.  Hawaiian Telcom, Inc.
986.  Hawker Beechcraft
987.  HBK Investments LP
988.  HCA Inc.
989.  HD Supply
990.  Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
991.  Heating Finance PLC
992.  Hebron Academy Incorporated
993.  Hegemon Fund I, LLC
994.  Heike Goetz
995.  Hellman & Friedman
996.  Henegan Construction Co., Inc.
997.  Henry Schein, Inc.
998.  Herbst Gaming, Inc.
999.  Heritage Fields
1000.  Hexion
1001.  Highbridge LD Acquisition LLC
1002.  Highbridge Principal Strategies - Mezzanine Partners
1003.  Highland Capital Management, L.P.
1004.  Highmount Exploration & Production LLC
1005.  Hilite German GMBH & Co. KG
1006.  Hilliard Farber & Co. Inc.
1007.  Hillside Apex Fund Limited
1008.  HMH Publishers LLC
1009.  HMH Publishing Mezzanine Holdings Inc.
1010.  Hodgson Russ LLP
1011.  Hogan & Hartson LLP
1012.  Holger Jackisch

1013. Holland & Knight LLP
1014. Home Loan Mortgage Corporation
1015. Hope Greenfield
1016. Horizon II International Limited
1017. Horizon Merger Corporation
1018. Houghton Mifflin Harcourt Publishers Inc.
1019. Howard W. Tomlinson
1020. HSBC Bank PLC
1021. HSBC Finance Corporation
1022. HSBC Realty Credit
1023. HSH Nordbank AG, Luxembourg Branch
1024. Hua An International Balanced Fund
1025. Hudson CLO 3 B.V.
1026. Hughes Hubbard
1027. Huish Detergents Inc. (Huish)
1028. Humberto G. Merchland Lopez
1029. Humerick Environmental Constructions, Inc.
1030. Huntsman International LLC
1031. HVB Capital Markets, Inc.
1032. HWA 555 Owners, LLC
1033. Hybrid Capital K.K.
1034. Hypo Alpe-Adria Bank International AG
1035. Hypo Investment Bank Ag
1036. Iasis Healthcare LLC
1037. Ibertravel Vacations (MEZZ)
1038. Ibertravel Vacations Holding LS
1039. IBM
1040. ICAP North America Inc.
1041. Iconix Brand Group
1042. Icopal
1043. Idearc Inc.
1044. IGI Resources
1045. Ignis Asset Management
1046. III Credit Bias Hub Fund Ltd.
1047. III Enhanced Credit Bias Hub Fund Ltd.
1048. III Finance Ltd.
1049. III Global Ltd.
1050. III Relative Value Credit Strategies Hub Fund Ltd.
1051. III Relative Value/Macro Hub Fund Ltd.
1052. III Select Credit Hub Fund Ltd.
1053. Illinois National Insurance
1054. Illinois Power Company
1055. Illuminating
1056. IM US Hold Inverness Medical
1057. IMO Carwash
1058. Imperial Tobacco Entertainment Finance Limited

1059.    Incapital LLC
1060.    Independence Holding Co.
1061.    Indian Pacific Ltd.
1062.    INEOS Group Limited
1063.    Inergy, L.P.
1064.    INF SRVS
1065.    Infineon Technologies AG
1066.    Infonxx Inc.
1067.    Informal Group Of Taiwan Financial Institutions
1068.    Infospace Inc.
1069.    ING bank, FSB
1070.    ING Financial Markets LLC
1071.    ING Group
1072.    ING Life Insurance and Annuity Company
1073.    ING Real Estate Finance
1074.    Innovia Films (Holding 3) Limited
1075.    Institutional Benchmarck Series (Augustus Conv Arb.)
1076.    Institutional Benchmarck Series (Centaur Seg. Acct)
1077.    Institutional Benchmarck Series (Taks Seg Acct)
1078.    Institutional Benchmarck Series [Augustus Global]
1079.    Institutional Benchmarks
1080.    Instituto de Credito Oficial
1081.    Intechra LLC
1082.    Intelsat (Bermuda), Ltd.
1083.    Intelsat Corporation (FKA Panamsat)
1084.    Intelsat Jackson (FKA Bermuda) A-8
1085.    Intelsat Subsidiary Holding Company
1086.    Interactive Data Corp.
1087.    Inter-American Development Bank
1088.    Intercall Inc.
1089.    Interface Cable Assemblies and Services Corp.
1090.    Intergen N.V.
1091.    Interline Brands, Inc.
1092.    Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters
1093.    Internal Revenue Service
1094.    International Bank for Reconstruction and Development
1095.    International Business Machines Corporation
1096.    International Lease Finance Corporation
1097.    International Swaps and Derivatives Association, Inc.
1098.    International Transmission Company
1099.    Internationale Kapitalanlagegesellschaft mbH
1100.    Intersil Corporation
1101.    Intersil Europe SaRL, Inc.
1102.    Intersil Holding GmbH
1103.    Intersil Investment Company

1104.   Interstate Brands Corporation
1105.   Interstate Fibernet, Inc.
1106.   Interstate Power and Light Company
1107.   Intesa
1108.   Intesa Sanpaolo S.p.A.
1109.   IntraLinks Inc.
1110.   Inverness Medical Innovations Inc.
1111.   Inversiones Esser 2007 S.L.
1112.   INVESCO CLO
1113.   INVESCO Real Estate
1114.   Investcorp, Et. Al.
1115.   Investec Capital Accumulator Trust Limited
1116.   Investec Funds Series IV - Capital Accumulator Fund
1117.   Investkredit AG
1118.   Investment Corporation PTE, LTD.
1119.   Iowa Telecommunications Services, Inc.
1120.   Iridium Satellite LLC
1121.   Iris Software, Inc.
1122.   Iron Mountain Incorporated
1123.   Iron Mountain Information Management
1124.   Ironbridge Homes, LLC
1125.   Ironbridge Mountain Cottages, LLC
1126.   Ironbridge Poperty Owners Association
1127.   Ironbridgte Aspen Collection, LLC
1128.   Island Medical Group
1129.   Islavista Spain S.A.
1130.   ISS Holding
1131.   iStar Financial Inc.
1132.   Italease Finance S.p.A.
1133.   ITC Holdings Corporation
1134.   ITC Midwest LLC
1135.   ITC Transco
1136.   Iusacell
1137.   J P Morgan Chase Bank, N.A.
1138.   J. Aron & Company
1139.   Jacquelyn Soffer
1140.   James J. Sullivan
1141.   James W. Giddens
1142.   Jamie Desmond
1143.   Janet Crawshaw
1144.   Jarden Corporation
1145.   Jarett Wait
1146.   Jason C. Davis
1147.   Jason Siner
1148.   Jason Wallace
1149.   Jeanes Hospital

1150. Jeffrey Soffer
1151. JFB Firth Rixson, Inc.
1152. JFK International Air Terminal LLC
1153. Jin Liu
1154. Jin Liu
1155. JMG Capital Partners, LP
1156. JMG Triton Offshore Fund Limited
1157. Jo Anne Buzzo
1158. John J. Genovese
1159. Johnson County Arlington ISD
1160. Johnson, Killen & Seiler
1161. Jordan International Bank PLC
1162. Josef Hoette
1163. Joseph Cordaro, Assistant U.S. Attorney, SDNY
1164. Journal Register
1165. JSC Rosgosstrakh
1166. Juice Energy, Inc.
1167. Julie Verstraete
1168. Jung Development Co., Ltd.
1169. Jung Developments (Infinity 2) Inc.
1170. Jung Developments Inc.
1171. Jurgen Lindermann
1172. Jyske Bank A/S
1173. K2 Diversified Portable Alpha Fund II, LTD
1174. Ka Kin Wong
1175. Kabel Deutschland
1176. Kahrl Roberts & Wutcher LLP
1177. Kalaimoku-Kuhio Development Corp.
1178. Kantatsu Co. Ltd.
1179. Kapalua Bay, LLC
1180. Karim Kano
1181. Katten Muchin Rosenman LLP
1182. Kaupthing Bank
1183. KBC Bank KBC Financial Products UK Limited
1184. KBC Financial Products USA, Inc.
1185. KBC Investments Cayman Islands V Limited
1186. KBC Investments Limited
1187. KBR Holdings, LLC
1188. KDP Investment Advisors, Inc.
1189. Keane Inc.
1190. Kelson Finance LLC
1191. Kelson Holding LLC
1192. Kensington International Limited
1193. Kerasotes Theatres Inc.
1194. Key Energy Services, Inc.
1195. KeyBank National Association

1196. Keystone Inc.
1197. KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
1198. KFW Bankengruppe
1199. KGT Inc.
1200. Kimberly-Clark Corporation
1201. Kinder Morgan Energy Partners L.P.
1202. King Street Capital , L.P.
1203. King Street Capital Master Fund, Ltd.
1204. Kirch Holding GMBH & Co. KG
1205. KKR Private Equity Investors L.P.
1206. Klavins & Slaidins A-9
1207. Kle Euribor Prime
1208. Kleopatra Lux 2 Mezz
1209. Kleopatra Lux 2 S.A.R.L
1210. Kleopatra Senior
1211. Knight Capital Group
1212. Knight Debtco Ltd.
1213. Knighthead Master Fund, L.P.
1214. Kontrabecki Group Limited Partnership
1215. Korea Development Bank
1216. Korea Investment & Securities Co., LTD
1217. KPMG
1218. Kraft Foods Inc.
1219. Kraus Partner Investment Solutions AG
1220. Kristine Smith
1221. Kroger Co. (The)
1222. Kubber Investments
1223. Laboratory Corporation of America Holdings
1224. LAHDE Capital Management
1225. Lai Mei Chan
1226. Lai-han Cheung
1227. Lake Las Vegas Resort (Laslas)
1228. Lan Dale Asset Purchasing
1229. Landale Liquidity Facility
1230. Landamerica Financial Group, Inc.
1231. Landsource
1232. Landwirtschaftliche Rentenbank
1233. Lanxess AG
1234. Laplace Fund Equities Limited (from)
1235. Las Vegas Resort
1236. Las Vegas Sands, LLC
1237. LaSalle Bank National Association
1238. LaSalle Global Trust Services
1239. Laurel Cove Development, LLC
1240. Lavena Holding GMBH 3
1241. Lavena Holding GMBH 4

1242.   Lavena Mezz
1243.   Lavena Senior
1244.   Lawrence & Carolyn Fogarazzo
1245.   LB 2080 Kalakaua Owners LLC
1246.   LB Co-Investment Partners Cayman AIV I LP
1247.   LB Merchant Banking Partners III Cayman AIV LP
1248.   LB Offshore GP Holdings (PE) Ltd.
1249.   LB Offshore Investment Partners II LP
1250.   LB Secondary OPP Offshore Fund II LP
1251.   LB Secondary OPP Offshore Fund LP
1252.   LB VC Partners LP (VC Fund II)
1253.   LBAYK
1254.   LBBW Asset Management Investmentgesellschaft MBH
1255.   LBREP /L-Suncal Master I LLC
1256.   LBREP Lakeside SC Master I, LLC
1257.   LBT Loan Funding
1258.   LBT Varlik Yonetim Anonim Sirketi
1259.   LeaseDimensions
1260.   Legal & General Group Plc
1261.   Legendre Holdings 17 SA
1262.   Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1263.   Lehman Brothers Bankhaus AG
1264.   Lehman Brothers Bankhaus Aktiengesellschaft
1265.   Lehman Brothers European Mezzanine LB S.A.R.L
1266.   Lehman Brothers First Trust Income Opportunity Fund Inc.
1267.   Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for
        Lehman Brothers High Income Bond Funds
1268.   Lehman Brothers Income Funds
1269.   Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1270.   Lehman Brothers Merchant Banking Partners IV LP
1271.   Lehman Brothers Private Equity Funds
1272.   Lehman Mortgage Trust
1273.   Lehman XS Trust
1274.   Leticia Chau
1275.   Level 3 Communications, LLC
1276.   Level 3 Financing, Inc.
1277.   Leveraged Loans Europe & Term Loans Europe
1278.   Levine Leichtman Capital Partners Deep Value Fund, L.P.
1279.   Lewtan Technologies, Inc.
1280.   LFIGXG LLC
1281.   LH 1440 LLC
1282.   Libby Wong
1283.   Liberator Bidco Limited
1284.   Liberator Jr Mezz
1285.   Liberator Mezz
1286.   Liberator Senior Facilities Dtd

1287. Liberty Global Inc.
1288. Liberty Mutual Group Inc.
1289. LibertyView Arbitrage Fund, L.P.
1290. LibertyView Capital Management, LLC
1291. LibertyView Credit Opportunities Fund
1292. LibertyView Credit Select Fund, L.P.
1293. LibertyView Focus Fund, L.P.
1294. LibertyView Funds, L.P.
1295. Libra CDO LLC Libra CDO Ltd
1296. Lim Finance II, Inc.
1297. Limited Lincoln National Corporation
1298. Lincoln Variable Insurance
1299. Linda Demizio
1300. Linden Advisors LP
1301. Liquidity Solutions, Inc.
1302. Liquidpoint
1303. Litton Loan Servicing, L.P.
1304. LKQ Corporation
1305. LLC New York State Office of Unclaimed Funds
1306. LLCA-2
1307. Lloyds Bank
1308. Lloyds TSB Bank plc
1309. LM ISIS Opportunities Master Fund Ltd.
1310. Local Insight Media
1311. Local Insight Regatta Holdings, Inc.
1312. Local Media Finance LLC
1313. Longacre Master Fund II, L.P.
1314. Longacre Master Fund Ltd
1315. Longacre Opportunity Fund, L.P.
1316. Loop Capital markets, LLC
1317. Loretta Wan Ling Huo
1318. Los Angeles City Employees' Retirement System
1319. Louise Nervo
1320. Lovells LLP
1321. Luboja & Thau, LLP
1322. Ludwig Merckle
1323. Lufthansa AG
1324. Lukoil Finance Limited
1325. Lusardi Construction Company
1326. Luxembourg 3 S.a.R.L.
1327. LW Securities, Ltd.
1328. Lyon Capital Ventures
1329. Lyondell
1330. LyondellBasell Industries
1331. M&B Maher
1332. M&G Investment Management Limited

1333.  M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
1334.  M. Arthur Gensler Jr and Assoc, Inc.
1335.  M. Brian Maher and Basil Maher
1336.  M.B.H. Emprunteur
1337.  M.R. Beal & Company
1338.  Mack-Cali Realty LP
1339.  Mackinaw Power Holdings, LLC
1340.  Macquarie A-10
1341.  Madeline Dimodica
1342.  Magnus Scaddan
1343.  Main Street Natural Gas, Inc.
1344.  Majestic Fund Limited
1345.  Malaysian Airline System
1346.  Man Group Finance Inc.
1347.  Mansfield ISD
1348.  Manufacturers and Traders Trust Company
1349.  Manzoni/Prêt D?Acquisition VLM
1350.  Mapco Express, Inc.
1351.  Maples and Calder
1352.  Maples Finance Limited
1353.  Marathon Oil Company
1354.  Marble Care
1355.  Marfin Popular Bank Public Company
1356.  Margolis Edelstein
1357.  Maria DeSouza
1358.  Marie Hunter
1359.  Marina Bay-2nd Deal
1360.  Marina District Finance Company, Inc.
1361.  Mark Glasser
1362.  Mark IV
1363.  Mark L. Zusy
1364.  Mark Mazzatta
1365.  Mark T. Millkey
1366.  Market Place Apts
1367.  Marriott International Inc.
1368.  Marsha Kosseff
1369.  Marshall & Ilsley Trust Company, N.A.
1370.  Marshall Funds, Inc.
1371.  Martha Chilton Mueller
1372.  Massachusetts Mutual Life Insurance
1373.  Massachusetts Water Resources Authority
1374.  Massdevelopment/Saltonstall Building Redevelopment Corporation
1375.  Materis SAS
1376.  Matthew Hudson

1377. Maureen Mason
1378. Maximilian Coreth
1379. MC Communications, LLC
1380. McJunkin Corporation
1381. McJunkin Red Man Holdings Corporation
1382. Mclennan County
1383. Medassets
1384. Medco Health Solutions Inc.
1385. Mediolanum Vita S.p.A.
1386. Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
1387. MEP II S.A.R.L.
1388. Meridian Company of New York
1389. Merit Floors Inc.
1390. Merlin Entertainments Group
1391. Merlin Italian SNR
1392. Merlin Row SNR
1393. Merrill Lynch & Co.
1394. Merrill Lynch Credit Products
1395. Merrill Lynch Interntional
1396. Merrill Lynch Japan Securities Co. Ltd.
1397. Metavante Corporation
1398. Metropolitan Transit Authority
1399. Metropolitan West Asset Management, LLC
1400. Metropolitan West Total Return Bond Fund
1401. MF Global Finance / MF Global Finance Europe Limited
1402. MF Global Ltd. / Man Financial
1403. MHB-Bank AG
1404. Michael C. Frege
1405. Michael John Andrew Jervis
1406. Michael Karfunkel
1407. Michael Stores
1408. Michael Vana
1409. Michele McHugh-Mazzatta
1410. Michigan Department of Treasury
1411. Michigan Electric Transmission Co.
1412. Michigan State Housing Development Authority
1413. MicroHedge LLC
1414. Microsoft Corporation
1415. Microsoft Licensing
1416. Midamerican Energy Company
1417. Midcontinent Express Pipeline LLC
1418. MidCountry Bank
1419. Midewest Realty Advisors LLC
1420. Midwest Independent System
1421. Milano

1422.  Milano Assicurazioni S.p.A.
1423.  Millenium Management, LLC
1424.  Millenium USA, L.P.
1425.  Millennium Automotive Group
1426.  Millennium International, Ltd.
1427.  Minardi Capital Corp
1428.  Minera Del Norte S.A.
1429.  Minnesota Masonic Home Care Center
1430.  Minnesota State Board of Investment
1431.  Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
1432.  Mirant Corporation
1433.  Mirant North America, LLC
1434.  Missouri Department Of Revenue, Bankruptcy Unit
1435.  Misys IQ LLC
1436.  Misys PLC
1437.  Mitsubishi UFJ, Ltd.
1438.  Mitsui-MOL
1439.  Mizuho Corporate Bank
1440.  Mizuho Corporate Bank LTD
1441.  Mizuho Financial Group
1442.  Mizuho Investors Securities Co., Ltd.
1443.  Mizuho Trust & Banking (Luxembourg S.A.)
1444.  MKP Capital Management, LLC
1445.  MKP Vela CBO, LLC
1446.  MKP Vela CDO Ltd
1447.  Moana Properties
1448.  Moderna Finance
1449.  Mok, Ping Yu Francis
1450.  Monique Miller Fong
1451.  Monument Realty LLC
1452.  Moody's Corp.
1453.  Moody's Investors Service
1454.  Morgan Stanley & Co. Incorporated
1455.  Morgan Stanley & Co. International plc
1456.  Morgan Stanley Senior Funding, Inc.
1457.  Motors Insurance Corp 361. MP Bank HF
1458.  Mount Kellett Master Fund II, L.P.
1459.  Movie Gallery, Inc.
1460.  MSN
1461.  MSS Distressed & Opportunities 2
1462.  MSTD, Inc.
1463.  Mueller Water Products Inc.
1464.  Multi Asset Platform Master Fund SPC
1465.  Municipal Electric Authority of Georgia
1466.  Muriel Siebert & Co., Inc.
1467.  Myung Soo Jung

1468. N.V. Luchthaven Schipol
1469. Na'alehu Ventures
1470. nabCapital Securities LLC
1471. Nakilat Inc.
1472. Namrun Finance S.A.
1473. Nasdaq OMX
1474. Nathan W. Bear A-11
1475. National Agricultural Cooperative Federation
1476. National Australia Bank Limited
1477. National Bank of Canada
1478. National Bank of Fujairah psc
1479. National Cinemedia, Inc.
1480. National Power Corporation
1481. National Rural Utilities Cooperative Finance Corporation
1482. Nationwide Fund Advisors
1483. Natixis Bleichroeder Inc.
1484. Natixis Entities
1485. Natl Australia Bank Limited
1486. Natsis
1487. NCAT-New Center Asset Trust
1488. Nebraska Investment Finance Authority
1489. Nebraska Investment Finance Authority
1490. Neff Corp.
1491. Neggio Holding 3 GMBH
1492. Nelnet, Inc.
1493. Netapp, Inc.
1494. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
1495. Neuberger Berman Income Opportunity Fund Inc.
1496. Neuberger Berman LLC
1497. Nevada Power Company
1498. New Center Asset Trust
1499. New Edge
1500. New England Power Company
1501. New Generation Funding Trust 15, 16, 37, 38, 39 and 83
1502. New Holdco BV
1503. New Jersey Housing and Mortgage Finance Agency
1504. New South Federal Savings Bank
1505. New York Institute of Finance, Inc.
1506. New York Life Insurance Co
1507. New York Life Investment Management
1508. New York State Common Retirement Fund
1509. Newedge USA, LLC
1510. Newell Rubbermaid Inc.
1511. Newpage Corporation
1512. Newport Global Advisors LP

1513. Newport Global Credit Fund (Master) L.P.
1514. Newport Global Opportunities Fund LP
1515. Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
1516. NFI Luxco SCA
1517. NIBC Bank NV
1518. Niederosterreich-Mitte
1519. Nippon Life Insurance Company
1520. Nokia Corporation
1521. Nomura Capital Markets plc
1522. Nomura Holding America Inc.
1523. Nomura Holdings Inc.
1524. Nomura International PLC and its affiliates
1525. Norma Delepine
1526. Normandy Hill Capital, LP NorthEast
1527. Nortek Holdings, Inc.
1528. Northern Ireland Governmental Officers Superannuation Committee
1529. Northern State Power Company
1530. Northgate Minerals Corporation
1531. Northrup Grumman
1532. NorthStar Real Estate Securities Opportunity Master Fund L.P.
1533. Northwest Airlines, Inc.
1534. Norton Gold Fields Limited
1535. Novara
1536. Novartis Finance Corporation
1537. NPD Group Inc.
1538. NPL
1539. NRG Energy, Inc.
1540. NSG Holdings LLC
1541. nTAG Interactive Corporation
1542. NTL Cable Plc
1543. NTL Communications Ltd
1544. Nuance Communications, Inc.
1545. NuStar Logistics, L.P.
1546. NY State Department Of Taxation and Finance
1547. Nybron Refi
1548. Nycomed Germany Holding GMBH
1549. Nycomed Holding A/S
1550. NYFIX, Inc.
1551. NYSE Euronext Inc.
1552. O'Reilly Automotive, Inc.
1553. Oaktree Capital Management, L.P.
1554. Oaktree High Yield Plus Fund, L.P.
1555. Oaktree Huntington Investment Fund, L.P.
1556. Oaktree Opportunities Fund VIII Delaware, L.P.
1557. Occidental Energy Marketing, Inc.
1558. Occidental Power Services, Inc.

1559. Oceania Cruises, Inc.
1560. Oceania Vessel Finance, Ltd.
1561. Och-Ziff
1562. OCM Mezzanine Fund II Holdings, L.P.
1563. OCM Opportunities Fund VII Delaware, L.P.
1564. OCM Opportunities Fund VIIb Delaware, L.P.
1565. Office of the U.S. Trustee
1566. Office Of The United States Attorney
1567. Office of Thrift Supervision
1568. Office of Thrift Supervision, Northeast Region
1569. Official Committee of Unsecured Creditors
1570. OGE Energy Corp.
1571. OI Canada Corporation
1572. Oklahoma Gas And Electric Company
1573. Oklahoma Municipal Power Authority
1574. Omnicare, Inc.
1575. OMX Timber Finance Investments
1576. Oncor
1577. OneBeacon US Holdings
1578. ONEOK Energy Services Company, L.P.
1579. Onex Debt Opportunity Fund, Ltd.
1580. Opal Leasing Limited
1581. Open Solutions Inc.
1582. Openwave Systems Inc.
1583. Operating Engineers Local 3 Trust Fund
1584. Oppenheimer Funds Inc.
1585. Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading, LLC)
1586. Optim Energy, LLC (f/k/a Energy Co., LLC)
1587. Oracle Corporation
1588. Oracle Credit Corporation
1589. Orangina
1590. Orbitz Worldwide
1591. Orion Cable
1592. Orrick, Herrington & Sutcliffe LLP
1593. Osterreichische
1594. Oversea-Chinese Banking Corp. Ltd.
1595. Overstock.com
1596. Owens & Minor, Inc.
1597. Owens Illinois Inc.
1598. Oz Management LP
1599. Pablo Serratosa Lujan
1600. Pacific Coast Cap. Partners, LLC
1601. Pacific Gas & Electric Company
1602. Pacific International Finance Limited
1603. Pacific International Limited

1604. Pacific Investment Management LLC
1605. Pacific Summit Energy LLC
1606. PacifiCorp
1607. Pages Jaunes Groupe
1608. Palmyra Capital Fund, L.P.
1609. Palmyra Capital Institutional Fund, L.P.
1610. Palmyra Capital Offshore Fund, L.P.
1611. Panagiota Manatakis
1612. PanAmSat Corporation
1613. Pangea Ltd A-12
1614. Panton Fund
1615. Panton Master Fund, LP
1616. Park Place Apartments L.P.
1617. Parker Drilling Company
1618. Parmalat Participacoes Do Brasil Ltda
1619. Parmalat Participacoes Promissory Note
1620. Parsec Corp.
1621. Parsec Trading Corp.
1622. Partnerre Ltd.
1623. Partnership Life Assurance Company Ltd.
1624. Patricia O'Reilly
1625. Patrick J. Coughlin
1626. Patrick W. Daniels
1627. Paul J. Battista
1628. Payreel, Inc.
1629. PB Capital Corporation
1630. Peabody Energy Corporation
1631. Pebble Creek 2007-2, LLC
1632. Pebble Creek 2007-2, LTD
1633. Pebble Creek LCDO 2006-1
1634. Pebble Creek LCDO 2007, LLC
1635. Pebble Creek LCDO 2007-3
1636. Pecos Investors LLC
1637. Penn Convention Center Authority
1638. Penn National Gaming
1639. Pennsylvania Public School Employees' Retirement System
1640. Pension Benefit Guaranty Corporation
1641. Pension Plan and Trust
1642. Pentwater Capital Management, LP
1643. PEP Credit Investor L.P.
1644. Pepsi Bottling Group, Inc.
1645. Perella Weinberg Partners LP
1646. Perry Partners International, Inc.
1647. Perry Partners L.P.
1648. Perstorp AB
1649. Pertus Sechzehnt GmbH

1650. Pertus Sechzehnte GBMH
1651. Peter J. and Mary Jane Dapuzzo
1652. PGA Holdings, Inc.
1653. PGRS 1407 BWAY LLC
1654. Pharmerica Corporation
1655. Philip Morris International Inc
1656. Philips Electronics NV
1657. Phoenix Life Limited
1658. PHS Group PLC
1659. PHS Senior
1660. Pietro Ferrero
1661. PIMCO Real Return Fund
1662. PIMCO Real Return Fund (M)
1663. Pinnacle Entertainment, Inc.
1664. Pinnacle Foods Finance LLC
1665. Pinnacle West Capital Corp.
1666. Pioneer Europe Mac 70 Ltd
1667. Pipeline Data, LLC
1668. Piper Jaffray and Co.
1669. Pivotal Promontory
1670. PJM Interconnection, L.L.C.\
1671. Planet Acquisition Holdco 1 Ltd
1672. Planet Acquisition Holdco 2 Ltd
1673. Plastech Engineered Products, Inc.
1674. Plinius Investments B.V.
1675. Plumbers and Pipefitters National Pension Fund
1676. PNM Resources, Inc.
1677. PNMR Services Co.
1678. Polaris Software Lab Limited
1679. Police and Fire Retirement System of the City of Detroit
1680. Popolare
1681. Popolare Vita S.p.A.
1682. Popular Gestion S.G.I.I.C., S.A.
1683. Popular High Grand Fixed Income Fund, Inc.
1684. Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
1685. Portfolio Green German CMBS
1686. Portland General Electric Company
1687. Power Sector Assets & Liabilities Management Corporation
1688. Powerex Corp.
1689. PQ Corporation
1690. Precis Corporation
1691. Precision Partners
1692. PRGS 1407 BWAY LLC
1693. PricewaterhouseCoopers AG, Zurich
1694. Primedia Inc.
1695. Primeshares

1696.  Principal Financial Group, Inc.
1697.  Private Limited Company
1698.  Profunds Advisors LLC 424.
1699.  Programma Dinamico S.p.A.
1700.  Project Cabellero
1701.  Project Knight Senior
1702.  ProSiebenSat.
1703.  Protection One Alarm Monitoring, Inc.
1704.  Providence Equity Partners
1705.  Providence TMT Special Situations Fund L.P.
1706.  PSEG Power LLC
1707.  Psychiatric Solutions Inc.
1708.  PT Bank Negara Indonesia
1709.  PT Mnc Sky Vision
1710.  PTG Grande Asset DEB KF
1711.  PTG Tanco Kingfisher
1712.  Public Bank Berhad
1713.  Public Employees' Retirement Association of Colorado
1714.  Public Service Company of Colorado
1715.  Public Service Enterprise Group Incorporated
1716.  Public Service of North Carolina
1717.  Public Utility District No. 1 of Chelan County, WA
1718.  Puget Sound Energy Inc.
1719.  Punjab National Bank (International) Limited
1720.  Pursuit Capital Partners Master
1721.  Pursuit Capital Partners Master (Cayman) Ltd.
1722.  Pursuit Opportunity Fund I Master LTD.
1723.  Pursuit Partners
1724.  Putnam Investments, LLC and Affiliates
1725.  Pyrrhuloxia, LP
1726.  Qantas Aircraft Leases
1727.  Qatar Liquefied Gas Company Limited
1728.  Quadrifoglio Vita S.p.A.
1729.  Quantitative Enhanced Decisions Master Fund
1730.  Quinlan Private European Strategic Property Fund
1731.  QVC, Inc.
1732.  QVT Financial LP
1733.  Qwest Services Corporation
1734.  R3
1735.  R3 Capital Partners Master, LP
1736.  Randolph H. Emerson
1737.  Ras Laffan Liquefied Natural Gas Company Limited (II)
1738.  RasGas
1739.  Raymond F. Kravis Center for Performing Arts (The)
1740.  Raymond James & Associates, Inc.
1741.  RBC Dain Rauscher Inc.

1742.  RBS Greenwich Capital
1743.  Reddy Ice Corporation
1744.  Regal Cinemas, Inc.
1745.  Regency Gas Services LP
1746.  Regent Seven Seas Cruises
1747.  Region Marche
1748.  Regions Bank
1749.  Regulated Utilities
1750.  Relative European Value S.A.
1751.  Reliance Globalcom Services, Inc.
1752.  Reliant Energy Inc. A-13
1753.  Reliant Energy Power Supply, LLC
1754.  Reliant Energy Services, Inc.
1755.  Renal Advantage, Inc.
1756.  Rent-A-Center, Inc.
1757.  Rentokil
1758.  Republic Waste
1759.  Reserve Management Company Inc.
1760.  Residential Funding Company LLC
1761.  Resona Holdings
1762.  Resrv Partners, Inc.
1763.  Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
1764.  Retirement Housing Foundation
1765.  Rexnord Corporation
1766.  Reynolds American
1767.  RFG Holding (France) SAS
1768.  RFG Midco A/S
1769.  RH Donnelley
1770.  Richard Clair
1771.  Richard McKinney
1772.  Rick Fleischman
1773.  Right Management, Inc.
1774.  River Capital Advisors Inc.
1775.  Rizal Commercial Banking Corporation
1776.  RJ Reynolds Tobacco Holdings, Inc.
1777.  RMC
1778.  Robert A. Schoellhorn Trust
1779.  Robert Franz
1780.  Robert M. Rothman
1781.  Robert Teller
1782.  Rocio Gonzalez De Canales
1783.  Rock Creek Group LP, as Asset Manager
1784.  Rockefeller Center Management Corporation
1785.  Rockefeller Center North Inc.
1786.  Rockefeller Group Development Corporation
1787.  Rock-Forty Ninth LLC, Rockefeller Center et al.

1788.  Rockies Express Pipeline LLC
1789.  Roger B. Nagioff
1790.  Roger Leveille
1791.  Rogge Global Partners PLC (on behalf of its customers)
1792.  Ronald P. Zemenak
1793.  Ronald Profili
1794.  Rony Seikaly
1795.  Roofing Holding Inc.
1796.  Ross Financial Company
1797.  Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
1798.  Royal & Sun Alliance Insurance Group Plc
1799.  Royal Bank of America
1800.  Royal Bank of Canada
1801.  Royal Bank of Scotland
1802.  RSA Insurance Group Plc
1803.  Russell Investment Group, Inc.
1804.  Rutger Schimmelpenninck
1805.  RWE
1806.  RWE AG
1807.  RWE Supply & Trading GmbH
1808.  Saad Investments Company Limited
1809.  SABMi11er Plc
1810.  SABMiller Finance B.V.
1811.  Sabre Holdings Corporation
1812.  Sailfish Structured Investment Management (G4), LLC
1813.  Saint Joseph's University
1814.  Salem Five Cents Savings Bank
1815.  Sally-Anne E. Osborne
1816.  Salt Lake Neighborhood Housing Services, Inc.
1817.  Salzburg Munchen Bank
1818.  Samir Tabet
1819.  Sampo Bank PLC
1820.  Samuel H. Rudman
1821.  San Diego-Frazee, LLC
1822.  Sandridge Energy, Inc.
1823.  Santander Investment Securities Inc.
1824.  Sarah Coombs
1825.  Sarasin Investmentfonds
1826.  SAS Institute Inc.
1827.  Satterlee Stephens Burke & Burke LLP
1828.  Saverio Panerai
1829.  SBA Comm
1830.  SBA Senior Finance
1831.  Schefenacker AG
1832.  Schieder Moebel Holding GMBH
1833.  Scotia Capital (USA) Inc.

1834. Scott Aitken
1835. Sears Holdings Corp.
1836. Sears Roebuck Acceptance Corp.
1837. Seattle Pacific University
1838. SEB Enskilda, Inc.
1839. Semcrude LP
1840. SemGroup Energy Partners, L.P.
1841. Seneca Center
1842. Sengent, Inc. -d/b/a ClariFI
1843. Sequa Corporation
1844. Serena Software, Inc.
1845. Serengeti Overseas Ltd.
1846. Serengeti Partners LP
1847. Serengeti Rapax MM LP
1848. Serpering Investments B.V.
1849. Service Corp Int'l
1850. SG Americas Securities LLC
1851. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
1852. SGS International, Inc.
1853. Shareholders of Novastar Financial Inc.
1854. Shea-Edwards Limited Partnership
1855. Shell Energy North America (US) L.P.
1856. Shell Trading (US) Company
1857. Sheridan Holdings, Inc.
1858. Sherrill-Lubinksi Corporation
1859. Shiga Bank, Ltd. (The)
1860. Shin Kong Life Insurance Company Ltd
1861. Shinkin Central Bank
1862. Shinsei Bank Limited
1863. Short Credit Master Fund, LP
1864. SHPS, Inc.
1865. Sidley Austin LLP
1866. Siebert Capital Markets
1867. Siemens AG
1868. Sierra Pacific Power Company
1869. Silicon Graphics Inc.
1870. Silver Point Capital, LP
1871. Silver Sprints Apts
1872. Simeon Moreno
1873. Sinclair Television Group, Inc.
1874. Sing Heung
1875. Singapore Airlines
1876. Sisal Mezz
1877. Sisal S.p.A
1878. Sistema Universitario Ana G. Mendez
1879. Siu Lui Ching

1880.  Six Flags Theme Parks Inc. A-14
1881.  Sixth Gear
1882.  Sky Power Corporation
1883.  SLG 220 News Owner LLC
1884.  Slim Baccar
1885.  SLM Corporation
1886.  SMBC Capital Markets
1887.  Smolanksy Fund Limited
1888.  Societe Generale
1889.  Soffer Turnberry/South Strip, LLC
1890.  Sola Ltd.
1891.  Solent Credit Opportunities Master Fund
1892.  Solo Cup Company
1893.  Solutia Inc.
1894.  Somers Dublin Ltd. A/C KBC Pledged
1895.  Somerset Properties SPE, LLC
1896.  Sourcecorp, Inc.
1897.  South Mississippi Power Association
1898.  Southeastern Golf, Inc.
1899.  Southern Community Bank and Trust
1900.  Southern Community Financial Corporation
1901.  Southern Company
1902.  Southwestern Public Service Company
1903.  Sovereign Securities Corporation, LLC
1904.  SP4190 S. Lasalle, L.P.
1905.  Spanish Broadcasting Systems, Inc.
1906.  Sparda-Bank Hessen eG
1907.  Sparebank 1 SR-Bank
1908.  Sparkasse Heidelberg
1909.  Sparkasse Saarbruecken
1910.  SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital Offshore Fund, Ltd.)
1911.  Spectra Energy Capital, LLC (f/kfa Duke Capital)
1912.  Spectra Energy Partners OLP, LP
1913.  Spiegel Inc.
1914.  Springfield Associates LLC
1915.  Sprint Nextel Corp
1916.  Sprint Solutions, Inc
1917.  SR GGI Master MA, Ltd.
1918.  SR Latigo Master MA, Ltd.
1919.  Stagg, Terenz, Confusione & Wabnik, LLP
1920.  Stahl Acquisition BV
1921.  Stallion Oilfield Services Ltd.
1922.  Stamford Associates L.P.
1923.  Stamford Associates L.P.
1924.  Stamford Law Corporation

1925.  Stan Mehaffey
1926.  Standard Bank Plc
1927.  Standard Chartered Bank
1928.  Standard Chartered Bank (Hong Kong) Limited
1929.  Standard Credit Group LLC
1930.  Standard Life Bank Plc
1931.  Standard Pacific
1932.  Star Tribune Co.
1933.  Starwood Hotels & Resorts
1934.  State Bank of Long Island
1935.  State Board of Administration of Florida
1936.  State of Arizona ex rel Arizona State Treasurer
1937.  State of Michigan, Department of Treasury
1938.  State Street Bank
1939.  Statler Arms Garage LLC
1940.  Steingass
1941.  Stephen Gott
1942.  Stephen Green
1943.  Stephen L. Hopkins
1944.  Stephen N. Hurley
1945.  Steptoe & Johnson LLP
1946.  Steven Anthony Pearson
1947.  Steven G. Holder Living Trust
1948.  Steven Mehos
1949.  Steven T. Mulligan
1950.  STF THSRC
1951.  Stone Lion Portfolio L.P.
1952.  Stone Tower Capital LLC
1953.  Stone Tower Debt Advisors LLC
1954.  Stony Brook Court
1955.  Strategic Value Master Fund, Ltd.
1956.  Stroock & Stroock & Lavan LLP
1957.  Structure Consulting Group, LLC
1958.  Structure Tone Inc.
1959.  Structured Products Transaction Management Group
1960.  SuccessFactors Inc.
1961.  Sullivan & Company Marketing
1962.  Sumitomo Mitsui Banking Corp.
1963.  Sumitomo Mitsui Brussels Branch
1964.  Sumitomo Mitsui Financial Group
1965.  Sumitomo Trust & Banking
1966.  Sumitomo Trust & Banking Co., LTD
1967.  Summit Systems, Inc.
1968.  Sun Microsystems, Inc.
1969.  Sun Trust Banks, Inc.
1970.  SunAmerica Asset Management

1971.  SunCal Debtors
1972.  Suncor Energy Marketing, Inc.
1973.  SunGard
1974.  SunGard Assent LLC
1975.  SunGard Asset Management Systems LLC
1976.  SunGard Availability Services LP
1977.  SunGard Business Integration Ltd.
1978.  SunGard Data Reference Solutions, LLC
1979.  Sungard Data Systems Inc.
1980.  SunGard Expert Solutions LLC
1981.  SunGard Institutional Brokerage Inc.
1982.  SunGard Investment Systems LLC
1983.  SunGard Kiodex, Inc.
1984.  SunGard Securities Finance LLC
1985.  Sunoco Inc.
1986.  Sunoco Logistics Partners Operations, LP
1987.  Sunrise Partners Limited Partnership
1988.  Sunshine Holdings Limited
1989.  SunTrust Robinson Humphrey, Inc.
1990.  Supervalu Inc.
1991.  Susan Sayers
1992.  Sutherland Asbill & Brennan
1993.  Svenska Handelsbanken AB
1994.  Swedbank
1995.  Swedbank AB, New York Branch
1996.  Swift Transportation Co., Inc.
1997.  Swiss Reinsurance Company
1998.  Sylvia Lewis
1999.  Symetra Financial Corporation
2000.  Synagro Technologies, Inc.
2001.  Synatech
2002.  Syncora Syncora Holdings Ltd. Syniverse
2003.  Syniverse Technologies
2004.  Systema
2005.  Systema Vita Compagnia di Assicurizioni S.p.A.
2006.  Szeto Ting Hoi
2007.  T & W Funding Company
2008.  T. Boone Pickens
2009.  Ta Chong Finance (Hong Kong) Limited
2010.  Taconic Capital Partners 1.5 L.P.
2011.  Taconic Market Dislocation Fund II, L.P.
2012.  Taconic Opportunity Fund L.P.
2013.  Taifook Securities Company Limited
2014.  Taipei Fubon Commercial Bank Co.
2015.  Taishin International Bank
2016.  TAM YIN MUI

2017.    Tangoe, Inc.
2018.    Targa Resources, Inc.
2019.    Target Corporation
2020.    Tarrant County
2021.    Tata American International
2022.    Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
2023.    Tata Consultancy Services LTD
2024.    TD Securities (USA) LLC
2025.    TD Security
2026.    TDS Investor Corporation
2027.    Teachers' Retirement System of the State of Illinois
2028.    Team Finance LLC
2029.    Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
2030.    Telecom Italia Capital S.A.
2031.    Telefonica Europe B.V.
2032.    Telefonica, S.A.
2033.    Tembec
2034.    Tembec Industries Inc.
2035.    Temple Health System Transport Team, Inc.
2036.    Temple Physicians, Inc.
2037.    Temple University Health Systems, Inc. for itself and as Agent
2038.    Templeton Global
2039.    Tennenbaum Multi Strategy Master Fund
2040.    Tennessee Department of Revenue
2041.    Tensor Opportunity Limited
2042.    Teppco Partners, L.P. A-15
2043.    Tesoro Corporation
2044.    Tetra Tech, Inc.
2045.    Teva Hungary Pharmaceutical Marketing
2046.    Teva Pharmaceutical Works Company
2047.    TFS
2048.    Thalia CLO
2049.    Thalia Credit FAC
2050.    The Adelphia Recovery Trust
2051.    The Arizona Department of Revenue
2052.    The Bank of New York
2053.    The Bank of New York Corporate Trustee Services Limited
2054.    The Bank Of Tokyo-Mitsubishi UFJ, Ltd
2055.    The Blackstone Group
2056.    The Carlyle Group
2057.    The Central Puget Sound Regional Transit Authority
2058.    The Chuo Mitsui Trust And Banking Co., Ltd
2059.    The City of Long Beach
2060.    The Clorox Company
2061.    The Commonwealth Of Pennsylvania
2062.    The Co-operative Bank p.l.c.

2063. The Hartford Financial Services Group, Inc.
2064. The Hertz Corporation
2065. The Horne Depot, Inc.
2066. The Hotchkiss School
2067. The Informal Noteholder Group
2068. The Iyo Bank, Ltd.
2069. The Joint Administrators of the Lehman European Group Administration Companies
2070. The Juilliard School
2071. The Kiyo Bank
2072. The Kyoei Fire and Marine Insurance Company Ltd.
2073. The Lightstone Group
2074. The Liverpool Limited Partnership
2075. The McGraw-Hill Companies, Inc.
2076. The Neiman Marcus Group, Inc.
2077. The Pemex Project Funding Master Trust
2078. The Pension Fund Group
2079. The Primary Fund of the Reserve Fund
2080. The Provisional French Administrator to Banque Lehman Brothers
2081. The Provisional French Administrator to Banque Lehman Brothers SA
2082. The Related Companies
2083. The Reserve International Liquidity Fund
2084. The Reserve Yield Plus Fund
2085. The Rhodes Companies, LLC
2086. The Seaport Group LLC
2087. The Sports Authority, Inc.
2088. The TAARP Group, LLP
2089. The Vanguard Group, Inc.
2090. The Walt Disney Company / Disney
2091. The Williams Companies
2092. Thomas Cook AG
2093. Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
2094. Thompson Investment Management, Inc.
2095. Thomson Reuters Plc & Thomson Reuters Corp.
2096. ThruPoint, Inc.
2097. Ticknor Corner LLC
2098. Tiffany & Co.
2099. Tiger Asia Fund, L.P.
2100. Tiger Asia Overseas Fund, Ltd.
2101. Time Warner
2102. Tishman Speyer Properties, L.P.
2103. Tishman Speyer Real Estate Venture VII, L.P
2104. Tobacco Settlement Financing Corporation
2105. Tom Wolf
2106. TomTom N.V.
2107. Toronto-Dominion Bank
2108. Total Gas & Power Limited

2109.  TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
2110.  Town Sports International, Inc.
2111.  Toys R Us
2112.  TPF Generation Holdings, LLC
2113.  TPG-Austin Portfolio Holdings LLC
2114.  TPG-Axon Partners (Offshore) Ltd.
2115.  TPG-Axon Partners, LP
2116.  Trademarks LLC
2117.  Tradeweb Markets LLC
2118.  Trading Technologies International
2119.  Training the Street, Inc.
2120.  Trans World Airlines Inc.
2121.  Transamerica Asset Funding Corp.I
2122.  TransCanada Pipelines Limited
2123.  Transdigm Inc
2124.  Transocean Inc.
2125.  Travelers National Accounts
2126.  Travelport 2nd A&R
2127.  Travelport Holdings Ltd.
2128.  Travelport Inc.
2129.  Treasurer of Douglas County, Colorado
2130.  Treasurer of Garfield County, Colorado (The)
2131.  TRG Global Opportunity Master Fund, Ltd.
2132.  TRG Local Currency Opportunity Master Fund, Ltd.
2133.  Tribune Company
2134.  TriOptima AB
2135.  Triple Point Technology, Inc.
2136.  Tri-State Generation And Transmission Association, Inc.
2137.  Tronox Worldwide
2138.  Tronox Worldwide LLC
2139.  Trophy Hunter Investments
2140.  Tropicana Entertainment
2141.  Troutman Sanders LLP
2142.  True Friend 4th Securitization Specialty Co.
2143.  TRW Automotive Holdings Corp.
2144.  TRW Automotive Inc.
2145.  Tudor Global Emerging Markets Portfolio L.P.
2146.  Turnberry Associates
2147.  Turnberry Fund
2148.  Turnberry Leveraged Credit Master LP
2149.  Turnberry Retail Holding, L.P.
2150.  Turnberry/Centra Crossroads, LLC
2151.  Turnberry/Centra Development, LLC
2152.  Turnberry/Centra Office Sub, LLC
2153.  Turnberry/Centra Quad, LLC
2154.  Turnberry/Centra Sub, LLC

2155. Turnberry/South Strip, LP
2156. Tuxedo Reserve Owner LLC
2157. Tuxedo TPA Owner LLC
2158. TW Telecom Inc.
2159. TXU / Texas Utilities
2160. TXU Energy Company
2161. Tyco Electronics Tyco International Group S.A.
2162. U.S. Bank National Association
2163. U.S. Shipping Partners L.P.
2164. UBS AG
2165. UBS Financial Services
2166. UBS Financial Services of Puerto Rico
2167. UBS International Inc.
2168. UBS Securities LLC
2169. Unclaimed Property Recovery Service, Inc.
2170. Unicredito Italiano
2171. Union Bank Of California, N.A.
2172. Union Investment Privatfonds GmbH
2173. United Air Lines
2174. United Components, Inc.
2175. United Corporate Federal Credit Union
2176. United of Omaha Life Insurance
2177. United Parcel Services, Inc. / UPS
2178. United States Steel Corporation / US Steel Corp
2179. United Surgical Partners International, Inc.
2180. UnitedHealth Group IncA-16
2181. University of Pittsburgh
2182. Univision Communications Inc.
2183. UPC Broadband Holding B.V.
2184. UPCMedia
2185. US AG Bank
2186. US Airways Group, Inc.
2187. US Bank National Association
2188. US Bus Pension Scheme
2189. US Investigations Services, Inc.
2190. US Securities and Exchange Commission
2191. USAA Capital Corporation
2192. USI Holdings Corp.
2193. USPF Holdings, LLC
2194. Utah Housing Corporation
2195. Utendahl Capital Partners, L.P.
2196. Uwe Schirrmeister
2197. Valero Energy Corporation
2198. Van Der Moolen Specialists
2199. Van Gansewinkel Holding B.V.
2200. Varde Investment Partners, L.P.

2201.  Varig S.A. (Vicao Aerea Rio-Grandense)
2202.  VBS Investment Bank
2203.  Venetian Macau Limited
2204.  Venise Acquisition
2205.  Venoco, Inc.
2206.  Venstar Leasing
2207.  Verde CDO
2208.  Verint Systems Inc.
2209.  Verizon Communications Inc.
2210.  Verso Paper Holding LLC
2211.  Versorgungswerk der Apothekerkammer Nordrheim
2212.  Vertrue Incorporated
2213.  Veyance Technologies, Inc.
2214.  Victoria Reinsurance Company Ltd.
2215.  Vignette Europe Limited
2216.  Viktoiaplatz
2217.  Virginia Electric And Power Company
2218.  Virtual Expo
2219.  Visteon Corporation
2220.  VITA
2221.  Vodafone Group Plc
2222.  Volksbank Aichfeld-Murboden
2223.  Volksbank Bad Goisern
2224.  Volksbank Enns-St. Valentin
2225.  Volksbank Feldkirchen
2226.  Volksbank Gmuend
2227.  Volksbank Graz-Bruck
2228.  Volksbank Obersdorf-Wolkersdorf-Dt
2229.  Volksbank Oetscherland
2230.  Volksbank Osttirol
2231.  Volksbank Ried im Innkreis
2232.  Volksbank Schaerding
2233.  Volksbank Slovenia
2234.  Volksbank Tullnerfeld eG
2235.  Volksbank Voklabruck-Bmunden e.Gen
2236.  Vollers Excavating & Construstion,Inc
2237.  Vornado Realty L.P. Vought Aircraft Industries, Inc.
2238.  VR-LIW GmbH on behalf of Deutsche Apotheker
2239.  Wachovia Bank
2240.  Wachovia Securities Ltd.
2241.  Wagram
2242.  Wall St Concepts
2243.  Walmart Stores
2244.  Warburg Pincus Equity Partners L.P.
2245.  Washington Metro
2246.  Washington Mutual Bank

2247. Washington Mutual, Inc.
2248. Washington State Tobacco Settlement Authority
2249. Water Pollution Control Authority for the City of Bridgeport
2250. Waterfall European CLO S.A.
2251. Waterstone Market Neutral Mac 51 Ltd
2252. WCCV
2253. WCG Master Fund
2254. WCI Capital Corp.
2255. WCI Communities
2256. WDAC Intermediate
2257. Weetabix Mills
2258. Wellmont Health System
2259. Wellpoint Inc
2260. Wells Fargo & Co.
2261. Wells Fargo Bank Minnesota
2262. Wells Fargo Bank, NA
2263. Werra Papier
2264. Wesco Aircraft Hardware Corp.
2265. Westar Energy, Inc.
2266. Western Asset UK GBP Credit Plus Bond Fund
2267. Western Digital Corporation
2268. Westernbank Puerto Rico
2269. WestLB AG, New York Branch
2270. Westport Capital Management
2271. WH 2005 / NIAM III East Holding OY
2272. Whippoorwill Associates Inc
2273. White Marlin CDO 2007-1
2274. White Mountains Insurance Group, Ltd.
2275. Whitworth College, d/b/a Whitworth University
2276. William Capital Group, L.P.
2277. William Kuntz, III
2278. William P. White
2279. Williams Partners L.P.
2280. Wilmar Landco LLC
2281. Wilmington Trust Company
2282. Wilmington Trust Company
2283. Wilmington Trust FSB
2284. Wimar Opco
2285. Wind Telecommunicazioni S.P.A.
2286. Windels Marx Lane & Mittendorf, LLP
2287. Windwalker Hawaii
2288. Wingecarribee Shire Council
2289. Winstar
2290. Wintergreen Orchard House
2291. Wisconsin Electric Power Company
2292. Wisconsin Energy Corporation

2293.  Wisconsin Gas LLC (f/k/a Wisconsin Gas Company)
2294.  Wisconsin Power And Light Company
2295.  WMG Acquisition Corp.
2296.  Wolf Hollow 2nd Lien
2297.  Wolf Hollow I LP
2298.  Wolters Kluwer NV
2299.  Woodmark
2300.  World Directories
2301.  World Directories Acquisition Corp.
2302.  WSG Development Co.
2303.  WWK Hawaii
2304.  Wyeth
2305.  Xcel Energy Inc.
2306.  Xerox Corporation
2307.  Xicor, LLC
2308.  XL Capital
2309.  XL Specialty Insurance Company A-I7
2310.  XLCA Admin, LLC
2311.  XLCDS, LLC
2312.  Yang Wei Ying
2313.  Yankee Candle Company, Inc.
2314.  Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
2315.  Yarpa Investmenti S.G.R. S.P.A.-RP3
2316.  Yellowstone Club
2317.  Yellowstone Mtn Club
2318.  Yildiz Holdings, Inc.
2319.  Yin Ying Leung
2320.  Young Broadcasting
2321.  YPSO France S.A.S.
2322.  YPSO Senior
2323.  Yuksung Korea Co., Ltd.
2324.  Yuma Hospital District
2325.  Zahniser Trust
2326.  ZAIS Opportunity Master Fund, Ltd.
2327.  Zais Scepticus Fund I, Ltd.
2328.  Zephyrus Investments LLC
2329.  Zwinger Opco 6 BV

X. Affiliations of Outside Directors

Michael L. Ainslie

- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB

- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers

- director - W.R. Grace & Co

Roger S. Berlind

- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans

- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent

- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez

- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.
- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman

- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber

- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

XI. Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Anthony J. Napolitano & Associates
- Appleby Global
- Baker & McKenzie LLP
- Balcomb & Green, P.C.
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Bickerton Lee Dang & Sullivan, LLP
- Bih Li & Lee

- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- BLP Abogados
- BlueGate Partners, LLC
- Bonchonsky & Zaino, LLP
- Bonelli Erede Pappalardo
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Broad & Cassel
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- CB Richard Ellis
- Cederquist
- Chiomenti Studio Legale
- Chun Rair & Yoshimoto LLP
- Click & Null, P.C.
- Clyde Click
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- David Marks QC
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- Dickstein Shapiro LLP
- DLA Piper
- Dorsey & Whitney LLP
- DTZ Rockwood LLC
- Duff and Phelps
- Duff and Phelps
- Einstein Malanchuk LLP
- Epiq
- Ernst & Young LLP
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP

- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP
- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Herzfeld & Rubin, P.C.
- Hoegen & Associates, P.C.
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunt Leibert Jacobson, P.C.
- Hunton & Williams LLP
- Huron Consulting Group
- International Legal Counselors Thailand Ltd.
- Jackson Lewis LLP
- Jeffer, Mangels, Butler & Marmaro
- Jeffery Peter Onions QC
- Jenner & Block LLP
- Jenner and Block LLP
- Jones Day
- Juris Law Offices
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kelly Matthew Wright
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krebsbach & Snyder, P.C.
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- Lombardo Dufresne
- LS Horizon Ltd.

- Luboja & Thau, LLP
- Mandel, Katz & Brosnan LLP
- Mannheimer Swartling Advokatbyrå Ab
- Maples and Calder (Cayman Office)
- Mayo Crowe LLC
- Mazars LLP
- McCann FitzGerald Solicitors
- McDermott Will & Emery LLP
- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Merra & Kanakis, P.C.
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- Mourant du Feu & Jeune
- Natixis Capital Markets
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Pachulski Stang Ziehl & Jones LL
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- PetroVal, Inc.
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richard Sheldon QC
- Richards, Layton & Finger, P.A.
- Salvadore Auctions & Appraisals, Inc.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP

- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Snyder Valuation
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan
- Sutherland Asbill & Brennan LLP
- Thacher Proffitt & Wood LLP
- The Madden Law Firm
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Travers Smith LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Valentine S. Grimes & Co.
- Wachtel & Masyr LLP
- Watson, Farley & Williams (Thailand) Limited
- White & Case
- Willkie Farr & Gallagher LLP
- Wilmer Cutler Pickering Hale and Dorr LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.
- Worldwide Trade Partners
- Wynn & Wynn, P.C.

XII.Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- American Family Life Assurance Company Of Columbus
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
- Avenius, et, al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bank of America Trust and Banking Corporation (Cayman) Limited
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank

- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- FCCD Limited
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Harrier Finance Limited,
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Metropolitan West Low Duration Bond Fund
- Miron Berenshteyn
- Nomura Global Financial Products Inc.
- Oliver Cheng
- Olivia Bam
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- PNC Bank, National Association
- Prudential Global Funding LLC
- Rathgar Capital Corporation
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited

- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

XIII. Largest Holders of Trade Debt

1.  1221 Avenue of the Americas
2.  125 Broad Street
3.  1301 Properties Owner LP
4.  2027 Collections Center Drive
5.  4 Connections LLC
6.  425 Lexington Ave.
7.  515 South Flower Street
8.  55 Broadway
9.  767 Fifth Avenue
10. 77 West Wacker
11. A V Services Inc.
12. AC Nielsen Company
13. Acronis, Inc.
14. AFD Contract Furniture Inc.
15. Agilysys Nj, Inc.
16. Allen & Overy
17. Alpha Office Supplies Inc.
18. Anjarlekar & Associates
19. ANZ Banking Group Limited
20. Aperture Technologies
21. Ashurst Morris Crisp
22. Australia and New Zealand Banking Group Limited
23. Automated Securities Clearance Ltd.
24. Ayco Services Agency Inc.
25. Banctec Ltd.
26. Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
27. Bank One Plaza
28. Bats Trading, Inc.
29. Bloomberg Finance LP
30. Bloomberg L.P.

31.   Broadridge Securities Processing
32.   BT Americas, Inc.
33.   Cadwalader, Wickersham and Taft
34.   Canary Wharf Management Limited
35.   CB Richard Ellis Client Account RE Gloa
36.   CDW Direct LLC
37.   Centrale Attivita Finanziarie SPA
38.   CHD Meridian Healthcare
39.   Clayton Fixed Income Services, Inc.
40.   Clifford Chance
41.   Compliance Data Center Inc.
42.   Compucenter (UK) Ltd.
43.   Computer Associates International Inc.
44.   Computer Financial Consultants, Inc.
45.   Cushman & Wakefield Inc.
46.   Cyveillance
47.   Davis Polk and Wardwell
48.   DBRS Inc.
49.   Dell Marketing L.P.
50.   Deutsche Borsche AG
51.   DGWB, Inc.
52.   Dimension Data
53.   Diversified Global Graphics Group DG3
54.   DnB NOR Bank ASA
55.   Drowst Trading LLC
56.   Elyo Services Limited
57.   Emil Werr
58.   Enterprise Solution Providers Inc.
59.   Ernst & Young LLP
60.   Ernst & Young Private Limited
61.   EXLservice Holdings Inc.
62.   Fidessa Plc.
63.   First Commercial Bank Co., Ltd, New York Agency
64.   FTInteractive Data
65.   Gartner Group Inc.
66.   Gotham Technology Group
67.   Greenline Financial Technologies Inc.
68.   Hanover Moving &Storage Co Inc.
69.   Hatfield Philips International Limited
70.   Haworth Singapore PTE Ltd.
71.   Headstrong Services, LLC
72.   Henegan Construction Co., Inc.
73.   Hewlett Packard AP (Hong Kong) Limited
74.   Hewlett Packard Company
75.   HSBC Bank
76.   IBM Corporation

77.    ICAP Securities Limited 1078.
78.    Information Builders Inc.
79.    Intuition Publishing
80.    Ikon Office Solutions Inc.
81.    ILOG Inc.
82.    Inconit Corporation
83.    Information Builders Inc
84.    Infusion Development Corp.
85.    Integreon Managed Solutions
86.    Interactive Data Corp.
87.    Intuition Publishing Inc.
88.    IPC Information Systems Inc.
89.    Iron Mountain Digital Archives
90.    Iron Mountain Records Management
91.    JQ Network PTD Limited 1082
92.    Kepner Tregoe Inc.
93.    Key Systems
94.    Kim & Chang
95.    Kingston Communications PLC
96.    KPMG, LLP
97.    Lancaster Office Cleaning Co.
98.    Lexis Nexis
99.    Linklaters, S.L.
100.   Liquid Engines, Inc.
101.   Logical Information Machines
102.   London & European Title Insurance Services Ltd.
103.   London Borough of Tower Hamlets Rates
104.   London Eastern Railway Limited
105.   Mace Limited
106.   McKee Nelson LLP
107.   Mellon Analytical Solutions
108.   Meridian IT, Inc.
109.   Meridian It, Inc.
110.   Michael Stapleton Associates
111.   Microsoft Corporation
112.   Microsoft Licensing, GP
113.   Millennium Developers PVT Ltd.
114.   Morse Group Limited
115.   Morse Service Holdings Limited
116.   National Bank of Australia
117.   National Commerce Bank
118.   Net One Systems
119.   Network Appliance Inc.
120.   Nishimura & Partners
121.   Northrop Grunman
122.   NYSE Market, Inc.

123.  Origin HR Consulting Limited
124.  Paul Weiss
125.  Polaris Software Lab (India), Ltd.
126.  Pricoa Relocation UK Limited
127.  Quest Software Inc.
128.  Rainmaker Group LLC
129.  Restaurant Associates
130.  Reuters America
131.  Reuters Ltd.
132.  Rittal Corporation
133.  Rockefeller Center North, Inc.
134.  Rolfe & Nolan Systems Inc.
135.  RR Donnelley Receivables Inc.
136.  SAS Institute Inc
137.  Sharon Land Company, LLC
138.  SOS Security Inc.
139.  Standard & Poors
140.  Standard and Poors Corp.
141.  Standard Chartered Bank
142.  Standard Register
143.  Storage Technology Corp
144.  Structure Group
145.  Sungard Securities Finance Ltd.
146.  Swapswire Limited
147.  Swets Information Services Inc.
148.  Tac Americas, Inc.
149.  Taipei Fubon Bank, New York Agency
150.  Tata Consultancy Services
151.  The Bank Of New York
152.  The British Land Company PLC
153.  Thomson Financial
154.  Tibco Software, Inc.
155.  Transaction Network Services
156.  Trilogy Leasing Co. LLC
157.  Trimont Real Estate Advisors Inc.
158.  Triple Point Technology, Inc.
159.  Verrazano Consulting Solutions, LLC
160.  Vertex Mortgage Services
161.  Video Corporation Of America
162.  Virtix
163.  Wipro Technologies
164.  Wombat Financial Software, Inc.
165.  ZKB (Zurcher Kantonalbank)

XIV. Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP

- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP
- The Wilson Law Firm, PC

XV. Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

XVI. Committee Members

(a)   <u>Current</u>
- Metlife
- Mizuho Corporate Bank, Ltd.
- The Bank of NY Mellon
- The Vanguard Group
- Wilmington Trust Company
- U.S. Bank N.A.
- Elliot Management Corp.


(b)   <u>Former</u>
- Aegon USA Investment Management
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Royal Bank of Scotland, PLC

XVII. Selected Derivative Counterparties

1.   Advanced Graphic Printing, Inc.
2.   Advanced Micro Devices, Inc.
3.   AIG CDS, Inc.
4.   Aircraft Finance Trust

5.      Allison Transmission
6.      AMBAC Credit Products, LLC
7.      A.M. McGregor Home
8.      American Investor Life Insurance Company
9.      Aviva Life Insurance Company
10.     Aviva Live & Annuity Company
11.     Banca Italease S.p.A.
12.     Banco Espirito Santo Investimento
13.     Banco Espirito Santo
14.     Bayview Financial, L.P.
15.     Bayview Opportunity Master Fund, L.P.
16.     Bremer Financial Corporation
17.     BRM Group, Ltd.
18.     Canadian National Resources Limited
19.     Capital Automotive L.P.
20.     Cheung Kong Bond Finance Limited
21.     Chevron U.S.A. Inc.
22.     City of Milwaukee, Wisconsin
23.     Colorado Housing Finance Authority
24.     Consolidated Container Company LLC
25.     Convexity Capital Master Fund L. P.
26.     Deer Park Road Corporation
27.     Delaware River Port Authority
28.     Deutsche Bank National Trust Company
29.     Deutsche Bank Trust Company Americas
30.     Dexia Bank Internationale a Luxembourg SA
31.     Dexia Banque Belgique SA
32.     Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33.     Direct Energy Business, LLC
34.     Dollar General Corporation
35.     E-Capital Profits Limited
36.     Embarcadero Aircraft Securitization Trust
37.     Emigrant Bank
38.     Energy America LLC
39.     Enterprise Products Operating, LLC
40.     EPCO Holdings, Inc.
41.     Federal Home Loan Bank of Dallas
42.     FirstBank of Puerto Rico
43.     Florida Power & Light Company
44.     FPL Energy Power Marketing, Inc.
45.     FSA Credit Protection Trust 283
46.     Gaston Christian School, Inc.
47.     Government of Singapore Investment Corp.
48.     H21 Absolute Return Concepts SPC  ARC-B07-20
49.     H21 Absolute Return Portfolios SPC Class A
50.     HarbourView CDO III, Limited

51.  HFF I, LLC
52.  Houghton Mifflin Harcourt Publishing Company
53.  Iconix Brand Group, Inc.
54.  Idaho Housing and Finance Association
55.  Indianapolis Life Insurance Company (Inc)
56.  ING Life Insurance & Annuity Company
57.  ING USA Annuity & Life Insurance Company
58.  Intel Corporation
59.  Iowa Telecommunications Services Inc
60.  Irish Life & Permanent PLC
61.  Italease Finance S.p.A.
62.  JA Solar Holdings Co., LTD.
63.  Lexington Insurance Company
64.  Life Investors Insurance Company of America
65.  Lincore Limited
66.  Linn Energy, LLC
67.  MEG Energy Corp.
68.  Metavante Corporation
69.  Ministry of Finance Italy
70.  Monumental Life Insurance Company (INC)
71.  Natixis Environment & Infrastructures
72.  Nebraska Investment Finance Authority
73.  New Generation Funding Trust 15
74.  New Generation Funding Trust 16
75.  New Jersey Housing and Mortgage Finance Agency
76.  New York Life & Annuity Insurance Corporation
77.  New York Life INS & Annuity Corp Private Placi
78.  New York Life Insurance Company Inc
79.  Northcrest, Inc.
80.  Occidental Power Services, Inc.
81.  Official Committee of Unsecured Creditors
82.  OHP Opportunity Limited Partnership
83.  One Madison Investments (CAYCO) Limited
84.  Pacific Life & Annuity Co
85.  Pacific Lifecorp
86.  Pacific Life Insurance Company
87.  Pinnacle Foods Finance LLC
88.  Portfolio Green German CMBS GMBH
89.  Principal Financial Services Inc.
90.  Putnam (183 ISDA's)
91.  Reliastar Life Insurance Company
92.  Reliastar Life Insurance Company of New York
93.  Reynolds American Defined Benefit Master Trust
94.  Riversource Life Insurance Company of New York
95.  Russell Implementation Services Inc.
96.  Russell Investment Group

97.     Security Life of Denver Insurance Company
98.     Security Life of Denver Insurance Company Inc
99.     Simpson Meadows
100.    Southern California Edison Company
101.    Standard Credit Group LLC
102.    Sunamerica Life Insurance Company
103.    TFS (Germany)
104.    TFS (TX)
105.    TFS Derivatives Corporation
106.    TFS Derivatives Total
107.    TFS Derivatives Total
108.    TFS Oil
109.    TFS Oil Floor
110.    TFS PWR NG
111.    TFS Sing
112.    TFS UK
113.    TFS UK Cleared
114.    TFS-ICAP
115.    Tobacco Settlement Financing Corporation
116.    Tradition (North America) Inc.
117.    Tradition Asiel Securities Inc.
118.    Tradition Services S.A. DE C.V. Mex
119.    Transamerica Financial Life Insurance Co
120.    Transamerica Occidental Life Insurance Co
121.    Tullett Prebon Holdings Corporation
122.    University of Pittsburgh
123.    Verde CDO Ltd.
124.    Verde CDO, LLC
125.    Veyance Technologies, Inc.
126.    Wellmont Health System
127.    West Corporation
128.    Zeeland Aluminium Company AG


**Principal Investments**

1.      ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
2.      AlixPartners
3.      Applebees
4.      Brozero Limited
5.      Castex Energy 2007, L.P.
6.      Castex Energy, Inc.
7.      Crimson Exploration Inc.
8.      David Arrington Oil & Gas Barnett Shale IV, LLC
9.      David Arrington Oil & Gas, Inc.
10.     Delta Prefco Limited

11.    Delta Topco Limited
12.    DHS Drilling Company
13.    DHS Holding Company
14.    Energy XXI Gulf Coast, Inc.
15.    FDR Holdings, Ltd.
16.    First Wind Holdings, LLC
17.    Firth Rixson Limited
18.    Forgings International Holdings 1 Limited
19.    Forgings International Holdings Limited
20.    Forgings International Limited
21.    FR Acquisition Corporation (Europe) Limited
22.    FR Acquisition Corporation (Luxembourg) Sarl
23.    FR Acquisition Corporation (US), Inc.
24.    FR Acquisition Finance Subco (Luxembourg) Sarl
25.    FR Acquisition Holding Corporation (Luxembourg) Sarl
26.    FR Acquisition Subco (Luxembourg) Sarl
27.    Frontier Drilling ASA
28.    Frontier Drilling USA, Inc.
29.    Greenbrier Minerals Holdings, LLC
30.    Greenbrier Minerals, LLC
31.    Greenbrier Petroleum Corp.
32.    Hilcorp Energy I, L.P.
33.    Hilcorp Exploration Venture 1 LLC
34.    Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc.
35.    Jazz Pharmaceuticals, Inc.
36.    JFB Firth Rixson, Inc.
37.    JFB Overseas Holdings Limited
38.    JPI Commercial, LLC
39.    Labarge Pipe & Steel Company
40.    Latshaw Drilling & Exploration Company
41.    Latshaw Drilling Company, LLC
42.    LBPS Holding Co.
43.    LIM
44.    McJunkin Nigeria Limited
45.    McJunkin –Puerto Rico Corp.
46.    McJunkin Red Man Development Corp. (F/K/A McJunkin  Development  Corporation)
47.    McJunkin Red Man Holding Corp.
48.    McJunkin -West Africa Corp.
49.    MEG Energy Corp.
50.    Midway-Tristate Corp.
51.    Milton Oil & Gas Co.
52.    Minrad International, Inc.
53.    Mountain Drilling Company
54.    Mountain Drilling LLC
55.    MRC Management Co. (F/K/A MRM West Virginia Management Company)
56.    MRM Oklahoma Management LLC

57.     Oceana
58.     Orthovita, Inc.
59.     Pegasus International, Inc.
60.     Petsec Energy Inc.
61.     Pinnacle Entertainment Corp.
62.     Red Man Pipe & Supply Co.
63.     Regents
64.     RJO Holdings Corp.
65.     RJO Investor Corp.
66.     Ruffner Realty Co.
67.     Sacher Funding Ltd.
68.     SBS
69.     SCP Worldwide I L.P.
70.     Sheridan Healthcare
71.     Sixth Gear Funding Trust
72.     Sixth Gear Inc.
73.     Sixth Gear Solutions Corp.
74.     SkyPower Corp.
75.     Universal Ensco, Inc.
76.     Universal Pegusus
77.     UP Acquisition Sub Inc.
78.     Up Holdings Inc.
79.     Varel Funding Corp.
80.     Varel International Ind., L.P.
81.     Veyance
82.     Voss of Norway
83.     Vought
84.     Wesco Acquisition Partners, Inc.
85.     Yankee Candle

# Schedule 3
## Disclosure of Representation

15582585

## Schedule 3 — DISCLOSURE OF REPRESENTATION

A.    <u>Representations Unrelated to Debtors' Chapter 11 Cases</u>

Set forth below are the Interested Parties (other than the Debtors) who Dechert currently represents or may have represented in matters unrelated to the Debtors' chapter 11 cases. Several Interested Parties fall into multiple categories of Interested Parties; however, each Interested Party may be listed only once below.

**The Debtors' 50 Largest Bond Holders**
AETNA Life Insurance Company
Blackrock Advisors
Capital Research and Management
Federated Investors
Fidelity Management and Research
Franklin Templeton Investments
Hartford Life Insurance Company
John Hancock Life Insurance Company
Philips Hager & North Investment Management
PIMCO Advisors LP
Prudential Insurance Company of America
Sun Life Assure Co. of Canada
Teachers Insurance and Annuity Association
Transamerica Life Insurance Company
T. Rowe Price Associates
Western Asset Management Company


**The Debtors' Largest Unsecured Creditors Other than Bond Holders**
Ashurst Morris Crisp
Citibank, N.A.
Lloyd's Bank
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Standard Chartered Bank
Mackenzie Financial Corporation
National Union Fire Insurance Company
Oppenheimer Funds, Inc.
AIG Financial Products Corp.
AIG Global Investment Corporation
Aladdin Capital Management


**The Debtors' Significant Landlords**
Archipelago Holdings, Inc.
Mackenzie Financial Corporation
National Union Fire Insurance Company of Pittsburgh, PA

**The Debtors' Secured Creditors**
JPMorgan Chase & Co.
MetLife
State Street

**Members of the Ad Hoc and Unofficial Creditors' Committees**
Oppenheimer Funds, Inc.
Allstate Insurance Co.

**The Debtors' Officers and Directors**
Michael L. Ainslie
John F. Akers
Roger S. Berlind
Thomas H. Cruikshank
Marsha Johnson Evans
Sir Christopher Gent
Jerry A. Grundhofer
Roland A. Hernandez
Henry Kaufman
John D. Macomber

**Other Potential Parties in Interest Identified by the Debtor**
Aberdeen Asset Management
ACE America Insurance Company
AIG Financial Products Corp.
AIG Global Investment Corporation
Alliance Laundry Systems
Allianz
Allstate Insurance Co.
Aviva Life and Annuity Co.
AXA
B&G Foods, Inc.
Banca Italease S.p.A.
Bank of America, N.A.
Bank of New York Mellon
Barclays Capital Inc.
Bausch and Lomb
Blackrock
BNP Paribas
Carlson Wagonlit B.V.
CB Richard Ellis, Inc.
CBS Corp.
Chinatrust Commercial Bank

Citigroup, Inc.
Clayton Fixed Income Services, Inc.
CommerzBank A.G.
Credit Agricole
Credit Suisse
Deutsche Bank Securities, Inc.
Deutsche Bank Trust Company Americas
Dresdner Bank A.G.
Duff and Phelps
Ebay Inc.
Edgen Murray
Edward Jones
Electricite de France
Elliott Associates, L.P.
Eurohypo AG, New York Branch
European Bank for Reconstruction and Development
Factiva, Inc.
Fannie Mae
Federal Home Loan Mortgage Corporation
Federal Reserve Bank of New York
Federated Investors
Fidelity Management and Research
Fortress Investment Group LLC
Genworth Finacial, Inc.
Goldman, Sachs & Co.
Government of Singapore Investment Corporation
Groupama Asset Management
GSA Capital Partners LLP
Hain Capital Group LLC
Hana Financial Group, Inc.
Hewlett-Packard Company
HSBC Bank
Hsh Nordbank AG
Ignis Asset Management
Ikon Office Solutions, Inc.
ING Real Estate Finance
Interline Brands, Inc
Intersil Corporation
INVESCO
Investcorp
iStar Financial Inc.
Jana Partners LLC
John Hancock Life Insurance Company
King Street Capital Management L.L.C.
Kraft Foods Inc.
Lazard Freres & Co.

M&G Investment Management Limited
Massachusetts Mutual Life Insurance
Metropolitan Life Insurance Company
Microsoft Corporation
Millenium Partners LP
National Australia Bank Limited
National Cinemedia, Inc.
Neuberger Berman Funds
NYSE Euronext, Inc.
Oaktree Capital Management L.P.
Perella Weinberg Partners
Phoenix Life Limited
PrimesharesRaven Asset Management
Saint Joseph's University
SBS
SGS International, Inc.
Societe Generale
Standard Bank Plc
Stark Investments
Sun Life Assure Co. of Canada
Sun Trust Banks, Inc.
Sunoco Inc.
Swiss Reinsurance Company
Synagro Technologies, Inc.
T. Rowe Price Associates
Teachers Insurance and Annuity Association
The Bank of Tokyo Mitsubishi Capital Corp.
The Brickman Group, Ltd.
The Royal Bank of Scotland, plc
Russell Investment Group, Inc.
The Toronto-Dominion Bank
The Vanguard Group, Inc.
Time Warner
Town Sports International, Inc.
UBS AG
UBS Financial Services Inc.
Unicredito Italiano
US Airways Group, Inc.
U.S. Bank National Association
Washington Mutual Bank
Wells Fargo & Co.
Wilmer Cutler Pickering Hale and Dorr LLP
Wilmington Trust Company
Wilmington Trust FSB
Wyeth

B.      <u>Representations Related to Debtors' Chapter 11 Cases</u>

      Set forth below are the Interested Parties (other than the Debtors) who Dechert currently represents or may have represented in matters related to the Debtors' chapter 11 cases.  Several Interested Parties fall into multiple categories of Interested Parties; however, each Interested Party may be listed only once below.

**The Debtors' Officers and Directors**
Michael L. Ainslie
John F. Akers
Roger S. Berlind
Thomas H. Cruikshank
Marsha Johnson Evans
Sir Christopher Gent
Jerry A. Grundhofer
Roland A. Hernandez
Henry Kaufman
John D. Macomber

**The Debtors' Largest Unsecured Creditors Other than Bond Holders**
Aladdin Capital Management

**Other Potential Parties in Interest Identified by the Debtor**
B&G Foods, Inc.
Carlson Wagonlit B.V.
GSA Capital Partners LLP
Hana Financial Group, Inc.
Jana Partners LLC
Millenium Partners LP
Neuberger Berman Funds
PrimesharesRaven Asset Management
Stark Investments
The Bank of New York Mellon
The Brickman Group, Ltd.
Russell Investment Group, Inc.
Wells Fargo & Co.

**Other Potential Parties in Interest Identified by Dechert**
Arcus Zenkai Fund
CEFDEX
Korea Development Bank
Legacy Properties, LLC
Manufactured Housing Service, Inc.
Pursuit Capital Partners
Strategic Value Partners
Thames River Capital

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                        :

In re                         :        Chapter 11 Case No.
                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                         :

              Debtors.      :        (Jointly Administered)
                         :
---------------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF DECHERT LLP, AS SPECIAL COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MARCH 1, 2010

Upon consideration of the application, dated June 1, 2010 (the "Application"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

section 327(e) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to

employ and retain Dechert LLP ("Dechert") as special counsel to the Debtors, effective *nunc pro*

*tunc* to March 1, 2010, all as more fully described in the Application; and upon the Declaration

of Katherine A. Burroughs (the "Burroughs Declaration"), filed in support of the Application;

and the Court being satisfied, based on the representations made in the Application and the

Burroughs Declaration, that Dechert represents no interest adverse to the Debtors or the Debtors'

estates with respect to the matters upon which it is to be engaged, under section 327 of the

Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider

---

[1]    Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New

York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided in

accordance with the procedures set forth in the amended order entered February 13, 2009

governing case management and administrative procedures [Docket No. 2837] to (i) the United

States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) Dechert, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Application is in the best interests of

the Debtors, their estates and creditors, and all parties in interest and that the legal and factual

bases set forth in the Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Dechert as special counsel to the Debtors, effective

*nun pro tunc* to March 1, 2010 on the terms set forth in the Application and this order for the

Additional Representative Matters identified in the Application and in accordance with Dechert's

customary rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Dechert shall, solely with respect to fees and expenses paid to

Dechert by the Debtors (as opposed to non-debtor entities) in excess of $1 million, apply for

compensation and reimbursement of expenses in accordance with the procedures set forth in

sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and

orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that

have been or may be fixed by order of this Court, including but not limited to the Court's Third

Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy

Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of

Expenses of Professionals [Docket No. 4165] and the Court's Order Appointing a Fee

Committee and Approving a Fee Protocol [Docket No. 3651].

Dated: June __, 2010
    New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE