UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2010, I caused a true and correct copy of the Notice of Withdrawal of Claim No. 11945 Pursuant to Federal Rule of Bankruptcy Procedure 3006, to be served via first class, United States mail, postage pre-paid on the following:

Harvey R. Miller, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Erin D. Eckols, Esquire
Weil Gotshal & Manges, LLP
200 Crescent Court
Suite 300
Dallas, TX 75201

Dennis F. Dunne, Esquire
Wilbur F. Foster, Jr., Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

/s/Mark J. Dorval
Mark J. Dorval
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust, the investment advisers to The Lincoln National Life Insurance Company

B # 1144084 v.1