UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2010, I caused a true and correct copy of the Notice of Withdrawal of Claim No. 11937 Pursuant to Federal Rule of Bankruptcy Procedure 3006, to be served via first class, United States mail, postage pre-paid on the following:

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Erin D. Eckols, Esquire<br>Weil Gotshal & Manges, LLP<br>200 Crescent Court<br>Suite 300<br>Dallas, TX 75201 |
| Dennis F. Dunne, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Evan R. Fleck, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

/s/Mark J. Dorval
Mark J. Dorval
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust, the investment advisers to The Lincoln National Life Insurance Company

B # 1144085 v.1