**TAFT STETTINIUS & HOLLISTER LLP**
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
W. Timothy Miller (OH 0059952 *pro hac vice pending*)

*Counsel for The Federal Home Loan Bank of Cincinnati*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555-jmp |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | |
| | Jointly Administered |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that W. Timothy Miller, of the law firm Taft Stettinius & Hollister LLP ("Taft"), hereby enters his appearance as counsel for The Federal Home Loan Bank of Cincinnati ("FHLB") and requests that all notices given or required to be given and all papers served in this case be given to and served upon the following:

W. Timothy Miller, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
Email: miller@taftlaw.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure

11773691.1

statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-referenced case and the proceedings.

Please take further notice that FHLB intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after *de novo* review by the district judge; (2) trial by jury in a proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which FHLB is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments FHLB expressly reserves.

Dated:  June 2, 2010                                   TAFT STETTINIUS & HOLLISTER LLP

/s/ W. Timothy Miller_____
W. Timothy Miller (OH 0059952 *pro hac vice pending*)
425 Walnut Street, Ste. 1800
Cincinnati, OH  45202
Telephone:  (513) 381-2838
Facsimile:  (513) 381-0205
Email:  miller@taftlaw.com

*Counsel for The Federal Home Loan Bank of Cincinnati*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all registered ECF participants through the Court's ECF system at the email addresses registered with the Court on the 2nd day of June, 2010.

/s/ W. Timothy Miller