**TAFT STETTINIUS & HOLLISTER LLP**

425 Walnut Street, Suite 1800
Cincinnati, OH  45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
W. Timothy Miller (OH 0059952 *pro hac vice pending*)

*Counsel for The Federal Home Loan Bank of Cincinnati*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555-jmp |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

————————————————————————:

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. Timothy Miller, request admission, ***pro hac vice,*** before the Honorable James M.

Peck, to represent The Federal Home Loan Bank of Cincinnati in the above-referenced case.

*I certify that I am a member in good standing* of the Bar in the State of Ohio and the bar

of the U.S. District Court for the Southern District of Ohio.

I have submitted the filing fee of $25.00 with the motion for *pro hac vice* admission.

Dated: June 2, 2010                    **TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ W. Timothy Miller*
    W. Timothy Miller ( OH 0059952)
    425 Walnut Street, Suite 1800
    Cincinnati, OH  45202
    (513) 381-2838 (Telephone)
    (513) 381-0205 (Facsimile)
    miller@taftlaw.com
    *Counsel for The Federal Home Loan Bank of*
    *Cincinnati*

11773641.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served

on all registered ECF participants through the Court's ECF system at the email addresses

registered with the Court on the 2nd day of June, 2010.


/s/ W. Timothy Miller