FAEGRE & BENSON LLP
Michael M. Krauss (MK-9699)
Michael F. Doty
Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Santa Fe Partners, LLC;
Santa Fe Partners, LLC for and on behalf of
Anasazi Systematic Long Short LP and
Anasazi Market Neutral LP; and Santa Fe
Master Fund SPC for and on behalf of
Anasazi Market Neutral 2x, Segregated
Portfolio, Anasazi Market Neutral 3x,
Segregated Portfolio, Anasazi Systematic
Long Short B, Segregated Portfolio, Anasazi
Systematic European Long Short C,
Segregated Portfolio, Anasazi Japanese
Systematic Long Short D, Segregated
Portfolio, Anasazi Systematic European
Long Short E, Segregated Portfolio and
Anasazi Systematic Japanese Long Short F,
Segregated Portfolio

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

-------------------------------------------------------------------x

**<u>NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Santa Fe Partners, LLC ("Santa Fe") and certain related funds[1] (collectively, the "Funds" and together with Santa Fe, the "Santa Fe Entities") pursuant to 28 U.S.C. § 158(a)(1), and in accordance with Federal Rules of Bankruptcy Procedure 8001 and 8002, hereby gives notice that they are appealing from the Order Denying Motions For Leave To File Late Claims (Docket No. 9277), entered in the above-captioned proceeding on May 26, 2010 (the "Appealed Order"), and the corresponding Memorandum Decision Denying Motions For Leave To File Late Claims (Docket No. 9150), entered in the above-captioned proceeding on May 20, 2010 (the "Memorandum Decision"), by the Honorable James M. Peck. A copy of the Appealed Order is attached hereto as Exhibit A and a copy of the Memorandum Decision is attached hereto as Exhibit B.

In accordance with Fed. R. Bankr. P. 8001(a), the names of all parties to the Appealed Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellants:** | **Attorneys for the Appellants:** |
|---|---|
| Santa Fe Partners, LLC; | FAEGRE & BENSON LLP |
| Santa Fe Partners, LLC for and on behalf of | 2200 Wells Fargo Center |
| Anasazi Systematic Long Short LP and | 90 South Seventh Street |
| Anasazi Market Neutral LP; and Santa Fe | Minneapolis, MN 55402 |
| Master Fund SPC for and on behalf of | Telephone: (612) 766-7000 |
| Anasazi Market Neutral 2x, Segregated | Michael M. Krauss, Esq. |
| Portfolio, Anasazi Market Neutral 3x, Segregated | |
| Portfolio, Anasazi Systematic Long Short B, | |
| Segregated Portfolio, Anasazi Systematic European | |
| Long Short C, Segregated Portfolio, Anasazi | |
| Japanese Systematic Long Short D, Segregated | |
| Portfolio, Anasazi Systematic European Long | |
| Short E, Segregated Portfolio and Anasazi | |
| Systematic Japanese Long Short F, | |
| Segregated Portfolio | |

---

[1] Each of: Anasazi Systematic Long Short LP; Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio.

| | |
|---|---|
| **Appellees:** | **Attorneys for the Appellees:** |
| Lehman Brothers Holdings Inc., *et al.*, | WEIL GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone: (212) 310-8000 |
| | Shai Y. Waisman, Esq. |
| | Mark Bernstein, Esq. |
| | |
| **Other Parties to the Appealed Order:** | **Attorneys for the Other Parties:** |
| Pacific Life Insurance Company | EDWARDS ANGELL PALMER & DODGE LLP |
| | 750 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 308-4411 |
| | Paul J. Labov, Esq. |
| | |
| Seaport Group Securities, LLC | LOVELLS LLP |
| | 590 Madison Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 909-0600 |
| | Christopher R. Donoho, III, Esq. |
| | |
| Tensor Opportunity Ltd. | KLESTADT & WINTERS, LLP |
| | 292 Madison Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 972-3000 |
| | John E. Jureller, Jr., Esq. |
| | Samir Gebrael, Esq. |
| | |
| Dynergy Power Marketing Inc. | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | One Bryant Park |
| | New York, NY 10036 |
| | Telephone: (212) 872-1000 |
| | Robert A. Johnson, Esq. |
| | |
| Pennsylvania Public School Employees' Retirement System | DUANE MORRIS LLP |
| | 1540 Broadway |
| | New York, NY 10036 |
| | Telephone: (212) 692-1000 |
| | Patricia Piskorski Heer, Esq. |

| | |
|---|---|
| CVI GVF (Lux) Master S.A.R.L. | FAEGRE & BENSON LLP<br>90 South Seventh Street<br>2200 Wells Fargo Center<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Michael M. Krauss, Esq. |

Respectfully submitted,

Date:  June 2, 2010               By:  /s/ Michael M. Krauss
                                                FAEGRE & BENSON LLP
                                                Michael M. Krauss (MK-9699)
                                                Michael F. Doty
                                                Christopher J. Harayda
                                                2200 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN  55402-3901
                                                Telephone: (612) 766-7000
                                                Facsimile: (612) 766-1600

                                                Attorneys for Santa Fe Partners, LLC;
                                                Santa Fe Partners, LLC for and on behalf of
                                                Anasazi Systematic Long Short LP and
                                                Anasazi Market Neutral LP; and Santa Fe
                                                Master Fund SPC for and on behalf of
                                                Anasazi Market Neutral 2x, Segregated
                                                Portfolio, Anasazi Market Neutral 3x,
                                                Segregated Portfolio, Anasazi Systematic
                                                Long Short B, Segregated Portfolio, Anasazi
                                                Systematic European Long Short C,
                                                Segregated Portfolio, Anasazi Japanese
                                                Systematic Long Short D, Segregated
                                                Portfolio, Anasazi Systematic European
                                                Long Short E, Segregated Portfolio and
                                                Anasazi Systematic Japanese Long Short F,
                                                Segregated Portfolio

fb.us.5256499.01