**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|                                                    | :  |                          |
| In re                                              | :  | Chapter 11               |
|                                                    | :  |                          |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,           | :  | Case No. 08-13555 (JMP)  |
|                                                    | :  |                          |
|                          Debtors.                  | :  | (Jointly Administered)   |
|                                                    | :  |                          |
|                                                    | :  |                          |
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     Jessica E. Anderson of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on June 2, 2010, she served Santa Fe Entities' Notice of Appeal by U.S. Mail on the following parties listed on the attached service list.

     Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

June 2, 2010

/s/ Jessica E. Anderson
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY  10004 | WEIL GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>767 FIFTH AVENUE<br>NEW YORK, NY  10153 | OFFICE OF THE US TRUSTEE<br>ATTN: ANDY VELEZ-RIVERA, PAUL SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY  10004 |
| DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS DUNNE, DENNIS O'DONNELL, EVAN FLECK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY  10005 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LISA SCHWEITZER/LINDSEE GRANFIELD<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | WHITE & CASE LLP<br>ATTN: CHRISTOPHER SHORE AND LISA THOMPSON<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036-2787 | |