FAEGRE & BENSON LLP
Michael M. Krauss (MK-9699)
Abby E. Wilkinson
Michael F. Doty
Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for CVI GVF (Lux) Master S.a.r.l.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

----------------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that CVI GVF (Lux) Master S.a.r.l. ("CVI") pursuant to 28 U.S.C. § 158(a)(1), and in accordance with Federal Rules of Bankruptcy Procedure 8001 and 8002, hereby gives notice that it is appealing from the Order Denying Motions For Leave To File Late Claims (Docket No. 9277), entered in the above-captioned proceeding on May 26, 2010 (the "Appealed Order"), and the corresponding Memorandum Decision Denying Motions For Leave To File Late Claims (Docket No. 9150), entered in the above-captioned proceeding on May 20, 2010 (the "Memorandum Decision"), by the Honorable James M. Peck.  A copy of the Appealed Order is attached hereto as Exhibit A and a copy of the Memorandum Decision is attached hereto as Exhibit B.

In accordance with Fed. R. Bankr. P. 8001(a), the names of all parties to the Appealed Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Appellant:** | **Attorneys for the Appellant:** |
| CVI GVF (Lux) Master S.A.R.L. | FAEGRE & BENSON LLP |
| | 90 South Seventh Street |
| | 2200 Wells Fargo Center |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 766-7000 |
| | Michael M. Krauss, Esq. |
| | |
| **Appellees:** | **Attorneys for the Appellees:** |
| Lehman Brothers Holdings Inc., *et al.*, | WEIL GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone: (212) 310-8000 |
| | Shai Y. Waisman, Esq. |
| | Mark Bernstein, Esq. |
| | |
| **Other Parties to the Appealed Order:** | **Attorneys for the Other Parties:** |
| Pacific Life Insurance Company | EDWARDS ANGELL PALMER & DODGE LLP |
| | 750 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 308-4411 |
| | Paul J. Labov, Esq. |
| | |
| Seaport Group Securities, LLC | LOVELLS LLP |
| | 590 Madison Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 909-0600 |
| | Christopher R. Donoho, III, Esq. |
| | |
| Tensor Opportunity Ltd. | KLESTADT & WINTERS, LLP |
| | 292 Madison Avenue |
| | New York, NY 10017 |
| | Telephone: (212) 972-3000 |
| | John E. Jureller, Jr., Esq. |
| | Samir Gebrael, Esq. |

| | |
|---|---|
| Dynergy Power Marketing Inc. | AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Robert A. Johnson, Esq. |
| Pennsylvania Public School Employees' Retirement System | DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 692-1000<br>Patricia Piskorski Heer, Esq. |
| Santa Fe Partners, LLC;<br>Santa Fe Partners, LLC for and on behalf of Anasazi Systematic Long Short LP and Anasazi Market Neutral LP; and Santa Fe Master Fund SPC for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio, Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio and Anasazi Systematic Japanese Long Short F, Segregated Portfolio | FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>Michael M. Krauss, Esq. |

Respectfully submitted,

Date: June 2, 2010        By:    /s/ Michael M. Krauss
                                 FAEGRE & BENSON LLP
                                 Michael M. Krauss (MK-9699)
                                 Abby E. Wilkinson
                                 Michael F. Doty
                                 Christopher J. Harayda
                                 2200 Wells Fargo Center
                                 90 South Seventh Street
                                 Minneapolis, MN 55402-3901
                                 Telephone: (612) 766-7000
                                 Facsimile: (612) 766-1600

                                 Attorneys for CVI GVF (Lux) Master S.a.r.l.

fb.us.5265218.01