**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
          Debtors.                                      :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      Jessica E. Anderson of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on June 2, 2010, she served CVI GVF (Lux) Master S.a.r.l.'s Notice of Appeal by U.S. Mail on the following parties listed on the attached service list.

      Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.


June 2, 2010                              /s/ Jessica E. Anderson
                                                      Faegre & Benson LLP
                                                      2200 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, MN  55402-3901
                                                      Telephone: (612) 766-7000
                                                      Facsimile: (612) 766-1600

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY  10004 | WEIL GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>767 FIFTH AVENUE<br>NEW YORK, NY  10153 | OFFICE OF THE US TRUSTEE<br>ATTN: ANDY VELEZ-RIVERA, PAUL SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY  10004 |
| DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10019 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS DUNNE, DENNIS O'DONNELL, EVAN FLECK<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY  10005 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LISA SCHWEITZER/LINDSEE GRANFIELD<br>ONE LIBERTY PLAZA<br>NEW YORK, NY  10006 | WHITE & CASE LLP<br>ATTN: CHRISTOPHER SHORE AND LISA THOMPSON<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036-2787 | |