UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                                    Debtors.                :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT

## OF ROBERT C. ZINNERSHINE,

## ON BEHALF OF SEYFARTH SHAW LLP

COMMONWEALTH OF MASSACHUSETTS    )
                                 ) ss:
COUNTY OF SUFFOLK                )

Robert C. Zinnershine, being duly sworn, upon his oath, deposes and says:

1. I am a partner of Seyfarth Shaw LLP, located at Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 (the "Firm").

2. The Firm was previously appointed as "ordinary course counsel" to Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), to provide legal services to the Debtors, including representation of the Debtors as lenders in connection with mortgage loan workouts, foreclosures and related litigation (collectively, the "Loan Transactions").

3. In connection with the Firm's appointment as ordinary course counsel as provided above, I signed an Affidavit and Disclosure Statement dated January 20, 2010 and a

2

12348133v.2

Supplemental Affidavit and Disclosure Statement dated May 14, 2010 (collectively, the "Original Affidavit"), each of which was filed with the Court. This Supplemental Affidavit and Disclosure Statement is filed with the Court to supplement the disclosures made in the Original Affidavit.

4. The Firm has been retained by Hartford Mezzanine Investors 1-CRE CDO 2007-1, Ltd. ("Lender") to represent it as a lender in connection with an existing loan to Bascom H Street Apartments, LLC, Bascom Hughes Street Apartments, LLC, and Ashlan Pine Valley, LLC (collectively, "Bascom"), Delaware limited liability companies, in the original amount of $16,000,000 secured by first mortgage liens on apartment buildings located in Fresno County, California. Specifically, Lender has requested that we document an extension of the aforesaid loan, which extension is contemplated in the existing loan documents. It is the Firm's understanding that LBHI owns 100% of Lehman ALI, which owns 99.75% of Pami Inc., which owns 100% of Pami LLC, which owns an indirect interest in each of the Bascom entities.

5. The Firm's representation of Lender is not adverse to the Debtor or the estate with respect to the matters for which the Firm has been retained by the Debtor.

By: _____
Robert C. Zinnershine, Partner

Subscribed and sworn to before me
this 3rd day of June, 2010

_____
Notary Public


MELISSA B. WITMER
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires 04/01/2016

3

12348133v.2