**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
-------------------------------------------------------------------------x    **Ref. Docket No. 9387**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

SENA SENGUN, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 2, 2010, I caused to be served the "Supplement to Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Transfer Funds to Rosslyn LB Syndication Partner LLC," dated June 2, 2010 [Docket No. 9387], by causing true and correct copies to be:

    a)  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b)  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>,

    c)  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Sena Sengun*
Sworn to before me this                            Sena Sengun
3rd day of June, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

**Email Service List**

aaaronson@dilworthlaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

avi.gesser@dpw.com

awasserman@lockelord.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

## Email Service List

| | |
|---|---|
| bankruptcymatters@us.nomura.com | cbelmonte@ssbb.com |
| barbra.parlin@hklaw.com | cbrotstein@bm.net |
| bbisignani@postschell.com | cgoldstein@stcwlaw.com |
| bdk@schlamstone.com | chammerman@paulweiss.com |
| bguiney@pbwt.com | charles@filardi-law.com |
| bhinerfeld@sbtklaw.com | charles_malloy@aporter.com |
| bill.freeman@pillsburylaw.com | charu.chandrasekhar@wilmerhale.com |
| bmanne@tuckerlaw.com | chipford@parkerpoe.com |
| bmiller@mofo.com | chris.donoho@lovells.com |
| boneill@kramerlevin.com | christian.spieler@lehman.com |
| bpershkow@profunds.com | christopher.schueller@bipc.com |
| brendan.collins@dlapiper.com | clynch@reedsmith.com |
| brian.corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| brian.pfeiffer@friedfrank.com | cmtb_lc11@chuomitsui.jp |
| bromano@willkie.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| btrust@mayerbrown.com | cpappas@dilworthlaw.com |
| btupi@tuckerlaw.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | crogers@orrick.com |
| bzabarauskas@crowell.com | cs@stevenslee.com |
| cahn@clm.com | csalomon@beckerglynn.com |
| canelas@pursuitpartners.com | cschreiber@winston.com |
| carol.weinerlevy@bingham.com | cshore@whitecase.com |
| cbelisle@wfw.com | cshulman@sheppardmullin.com |

## Email Service List

| | |
|---|---|
| ctatelbaum@adorno.com | demetra.liggins@tklaw.com |
| cward@polsinelli.com | deryck.palmer@cwt.com |
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | dpiazza@hodgsonruss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |

**Email Service List**

| | |
|---|---|
| drosenzweig@fulbright.com | eschaffer@reedsmith.com |
| drosner@goulstonstorrs.com | eschwartz@contrariancapital.com |
| drosner@kasowitz.com | esmith@dl.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | fdellamore@jaspanllp.com |
| dwildes@stroock.com | feldsteinh@sullcrom.com |
| dworkman@bakerlaw.com | ffm@bostonbusinesslaw.com |
| easmith@venable.com | fhyman@mayerbrown.com |
| echang@steinlubin.com | fishere@butzel.com |
| ecohen@russell.com | francois.janson@hklaw.com |
| efile@willaw.com | frank.white@agg.com |
| efleck@milbank.com | fsosnick@shearman.com |
| efriedman@friedumspring.com | fyates@sonnenschein.com |
| egeekie@schiffhardin.com | gabriel.delvirginia@verizon.net |
| eglas@mccarter.com | gary.ticoll@cwt.com |
| ehollander@whitecase.com | gbray@milbank.com |
| ehret-vanhorn@mbaum.com | george.davis@cwt.com |
| ekbergc@lanepowell.com | ggraber@hodgsonruss.com |
| eli.mattioli@klgates.com | giddens@hugheshubbard.com |
| elizabeth.harris@klgates.com | gkaden@goulstonstorrs.com |
| ellen.halstead@cwt.com | glenn.siegel@dechert.com |
| eobrien@sbchlaw.com | gmoss@riemerlaw.com |
| eric.johnson@hro.com | gravert@mwe.com |

**Email Service List**

| | |
|---|---|
| gspilsbury@jsslaw.com | jafeltman@wlrk.com |
| guzzi@whitecase.com | james.mcclammy@dpw.com |
| hanh.huynh@cwt.com | james.sprayregen@kirkland.com |
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| heim.steve@dorsey.com | jason.jurgens@cwt.com |
| heiser@chapman.com | jay.hurst@oag.state.tx.us |
| helmut.olivier@lehman.com | jay@kleinsolomon.com |
| hirsch.robert@arentfox.com | jbecker@wilmingtontrust.com |
| hollace.cohen@troutmansanders.com | jbeemer@entwistle-law.com |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hweg@pwkllp.com | jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |

**Email Service List**

| | |
|---|---|
| jessica.fink@cwt.com | jlscott@reedsmith.com |
| jfalgowski@reedsmith.com | jmaddock@mcguirewoods.com |
| jfinerty@pfeiferlaw.com | jmazermarino@msek.com |
| jflaxer@golenbock.com | jmcginley@wilmingtontrust.com |
| jfox@joefoxlaw.com | jmelko@gardere.com |
| jfreeberg@wfw.com | jmerva@fult.com |
| jg5786@att.com | jmr@msf-law.com |
| jgarrity@shearman.com | john.mcnicholas@dlapiper.com |
| jgenovese@gjb-law.com | john.monaghan@hklaw.com |
| jguy@orrick.com | john.rapisardi@cwt.com |
| jherzog@gklaw.com | joli@crlpc.com |
| jhiggins@fdlaw.com | jorbach@hahnhessen.com |
| jhorgan@phxa.com | joseph.cordaro@usdoj.gov |
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |

## Email Service List

| | |
|---|---|
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kostad@mofo.com |
| jtimko@allenmatkins.com | kovskyd@pepperlaw.com |
| jtougas@mayerbrown.com | kowens@foley.com |
| judy.morse@crowedunlevy.com | kpiper@steptoe.com |
| jwallack@goulstonstorrs.com | kressk@pepperlaw.com |
| jwang@sipc.org | kreynolds@mklawnyc.com |
| jweiss@gibsondunn.com | kristin.going@dbr.com |
| jwest@velaw.com | krosen@lowenstein.com |
| jwh@njlawfirm.com | krubin@ozcap.com |
| jwhitman@entwistle-law.com | kstahl@whitecase.com |
| jwilliamson@bsblawyers.com | kurt.mayr@bgllp.com |
| k4.nomura@aozorabank.co.jp | lacyr@sullcrom.com |
| karen.wagner@dpw.com | landon@streusandlandon.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lberkoff@moritthock.com |
| keith.simon@lw.com | lee.stremba@troutmansanders.com |
| ken.coleman@allenovery.com | lgranfield@cgsh.com |
| ken.higman@hp.com | lhandelsman@stroock.com |
| kgwynne@reedsmith.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.ewart@wilmerhale.com |
| kkelly@ebglaw.com | lisa.kraidin@allenovery.com |
| klyman@irell.com | ljkotler@duanemorris.com |
| kmayer@mccarter.com | lmarinuzzi@mofo.com |
| kobak@hugheshubbard.com | lmay@coleschotz.com |

**Email Service List**

| | |
|---|---|
| lmcgowen@orrick.com | mberman@nixonpeabody.com |
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.bury@lehman.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| marvin.clements@ag.tn.gov | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| matthew.morris@lovells.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | mlandman@lcbf.com |

## Email Service List

| | |
|---|---|
| mmendez@hunton.com | nissay_10259-0154@mhmjapan.com |
| mmickey@mayerbrown.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | opetukhova@foley.com |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | patrick.potter@pillsburylaw.com |
| mpfeifer@pfeiferlaw.com | patrick.schmitz-morkramer@lehman.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mschonholtz@willkie.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarren@mtb.com | pfeldman@oshr.com |
| ncoco@mwe.com | phayden@mcguirewoods.com |
| neal.mann@oag.state.ny.us | pmaxcy@sonnenschein.com |
| ned.schodek@shearman.com | pnichols@whitecase.com |
| newyork@sec.gov | ppascuzzi@ffwplaw.com |
| nfurman@scottwoodcapital.com | ppatterson@stradley.com |
| nherman@morganlewis.com | psp@njlawfirm.com |

## Email Service List

| | |
|---|---|
| ptrostle@jenner.com | rjones@boultcummings.com |
| pwirt@ftportfolios.com | rlevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | robin.keller@lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | rtrust@cravath.com |
| rhs@mccallaraymer.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |

## Email Service List

| | |
|---|---|
| sabramowitz@velaw.com | shumaker@pursuitpartners.com |
| sagolden@hhlaw.com | sidorsky@butzel.com |
| sally.henry@skadden.com | slerner@ssd.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| sara.tapinekis@cliffordchance.com | smayerson@ssd.com |
| sbernstein@hunton.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | spiotto@chapman.com |
| schristianson@buchalter.com | splatzer@platzerlaw.com |
| scott.gibson@dubaiic.com | squigley@lowenstein.com |
| scottshelley@quinnemanuel.com | sree@lcbf.com |
| scousins@armstrongteasdale.com | sselbst@herrick.com |
| sdnyecf@dor.mo.gov | sshimshak@paulweiss.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfelderstein@ffwplaw.com | stephanie.wickouski@dbr.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.perlstein@kobrekim.com |
| sgordon@cahill.com | steven.wilamowsky@bingham.com |
| sgubner@ebg-law.com | streusand@streusandlandon.com |
| sharbeck@sipc.org | suomi_murano@chuomitsui.jp |
| shari.leventhal@ny.frb.org | susan.schultz@newedgegroup.com |
| shgross5@yahoo.com | susheelkirpalani@quinnemanuel.com |
| shumaker@pursuitpartners.com | swolowitz@mayerbrown.com |

**Email Service List**

| | |
|---|---|
| szuch@wiggin.com | twheeler@lowenstein.com |
| tannweiler@greerherz.com | ukreppel@whitecase.com |
| tarbit@cftc.gov | vdagostino@lowenstein.com |
| tbrock@ssbb.com | villa@streusandlandon.com |
| tduffy@andersonkill.com | vmilione@nixonpeabody.com |
| teresa.oxford@invescoaim.com | vrubinstein@loeb.com |
| tgoren@mofo.com | wanda.goodloe@cbre.com |
| thomas.califano@dlapiper.com | wballaine@lcbf.com |
| thomas.ogden@dpw.com | wbenzija@halperinlaw.net |
| thomas_noguerola@calpers.ca.gov | wcurchack@loeb.com |
| thomaskent@paulhastings.com | wfoster@milbank.com |
| timothy.brink@dlapiper.com | wheuer@dl.com |
| timothy.palmer@bipc.com | william.m.goldman@dlapiper.com |
| tjfreedman@pbnlaw.com | wiltenburg@hugheshubbard.com |
| tkarcher@dl.com | wisotska@pepperlaw.com |
| tkiriakos@mayerbrown.com | woconnor@crowell.com |
| tlauria@whitecase.com | wsilverm@oshr.com |
| tmacwright@whitecase.com | wswearingen@llf-law.com |
| tmayer@kramerlevin.com | wtaylor@mccarter.com |
| tnixon@gklaw.com | wzoberman@bermanesq.com |
| toby.r.rosenberg@irscounsel.treas.gov | yamashiro@sumitomotrust.co.jp |
| tony.davis@bakerbotts.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |

**EXHIBIT B**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

KAYE SCHOLER LLP
ATTN: ANA M. ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

ZEISLER & ZEISLER, P.C.
ATTN: JEFFREY R. HELLMAN, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605