UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                           :

In re                                                 :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        08-13555 (JMP)

         Debtors.                             :        (Jointly Administered)

------------------------------------------------------------------x    Ref. Docket No. 9334

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 28, 2010, I caused to be served the "Notice of Rejection of Executory Contract," dated May 28, 2010 [Docket No. 9334], by causing true and correct copies to be:

    a) delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b) delivered via facsimile to those parties listed on the annexed Exhibit B,

    c) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ *Panagiota Manatakis*
Sworn to before me this                              Panagiota Manatakis
1st day of June, 2010

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc of Rejection_DI_9334_5-28-10_.doc

**EXHIBIT A**

Email Addresses
kobak@hugheshubbard.com
margolin@hugheshubbard.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| AIG TECHNOLOGIES INC | 973-553-0752 |
| AIGT LEGAL DEPARTMENT DAVID JACKSON | 973-553-2520 |
| CLEARY GOTTLIEB STEEN L GRANFIELD | 212-225-2738 |
| MILBANK TWEED D DUNNE E FLECK D ODONNELL | 212-530-5219 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |
| WILKIE FARR GALLAGHER M ABRAMS | 212-728-8111 |

# EXHIBIT C

AIG Technologies, Inc.
2 Peach Tree Hill Road
Livingston, New Jersey 07039


AIGT Legal Department
2 Peach Tree Hill Road
Livingston, New Jersey 07039
Attn: David Jackson


Wilkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019
Attn: Marc Abrams, Shelley Chapman, Benito Romano

U.S. Trustee
 33 Whitehall Street, 21st Floor
 New York, New York 10004
Attn: Tracy Hope Davis

Cleary Gottlieb Steen & Hamilton LLP
 One Liberty Plaza
 New York NY 10006
Attn: Lindsee P. Granfield, Lisa M. Schweitzer

Milbank, Tweed, Hadley & McCloy LLP
 1 Chase Manhattan Plaza
 New York, NY 10005
Attn: Dennis F. Dunne, Wilbur F. Foster, Jr.

Hughes Hubbard & Reed LLP
 One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, David Wiltenburg, Jeff Margolin