WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :   **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   **08-13555 (JMP)**
                                                               :
                              Debtors.                         :   **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION OF WWK HAWAII-WAIKAPUNA, LLC AND AFFILIATED ENTITIES [DOCKET NO. 3182]

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the Motion of WWK Hawaii-Waikapuna, LLC, WWK Hawaii-Moaula, LLC, WWK Hawaii-Honu'apo, LLC, WWK Hawaii-Little Honu'apo, LLC, WWK Hawaii-House Parcel, LLC, WWK Hawaii-House Parcel 2, LLC, and WWK Hawaii-Naalehu Parcel 1, LLC (collectively, the "Movants") for Order (i) Setting Prompt Date for Assumption or Rejection of Project Loan; (ii) Upon Rejection, Granting Relief from the Automatic Stay; and (iii) Granting Related Relief [Docket No. 3182], which was scheduled for June 16, 2010, at 10:00 a.m., **has been adjourned indefinitely**, to be reset by the Movants for hearing on the date of any Omnibus Hearing (as such term is defined in the amended order entered February 13, 2009 governing case management and administrative procedures (the "Case Management Order")[Docket No. 2837]) upon at least

fourteen (14) days' notice, such notice to be provided by the Movants in accordance with the procedures set forth in the Case Management Order.

Dated: June 3, 2010
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession