|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Presentment: June 11, 2010 (12:00 p.m.)<br>Objections: June 11, 2010 (11:00 a.m.) |

---------------------------------------------------------x
                                                         :
In re                                                    :   Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC.,                          :   Case No. 08-13555 (JMP)
*et al.*,                                                :
                                                         :   (Jointly Administered)
                                                         :
                          Debtors.                       :
                                                         :
---------------------------------------------------------x

**NOTICE OF NON-OBJECTION BY THE UNITED STATES TRUSTEE
RE: DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(e)
AND BANKRUPTCY RULE 2014 FOR AUTHORIZATION TO
EMPLOY AND RETAIN DECHERT LLP AS SPECIAL COUNSEL**

TO:    THE HONORABLE JAMES M. PECK, UNITED STATES BANKRUPTCY JUDGE:

Diana G. Adams, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. §§ 586(a)(3) and (5), hereby files her notice of non-objection in the chapter 11 cases of Lehman Brothers Holdings, Inc. and related debtors in possession (the "Debtors"), as follows:

Under current Court consideration is the "Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Dechert LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to March 1, 2010 (the "Application," Docket No. 9357).

The United States Trustee has reviewed the Application. Based on that review and on her monitoring of the Debtors' bankruptcy cases, the United States Trustee has no objection to the Application.

**WHEREFORE**, in light of the foregoing, the United States Trustee respectfully requests that the Court grant such relief as the Court may deem appropriate and just.

Dated:    New York, New York    Respectfully submitted,
         June 4, 2010    DIANA G. ADAMS
                                              UNITED STATES TRUSTEE

                                    **By:**    */s/ Andrew D. Velez-Rivera*
                                              Trial Attorney
                                              33 Whitehall Street, 21st Floor
                                              New York, New York 10004
                                              Tel. (212) 510-0500; Fax  (212) 668-2255