UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK     )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Och-Ziff Capital Management Group, LLC, in the above-captioned Chapter 11 proceedings, that on the 2nd day of June, 2010, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Och-Ziff Capital Management Group LLCs Memorandum of Law in Support of its Objections to Debtors Subpoena Duces Tecum Dated April 12, 2010, Hearing scheduled for 06/16/2010 at 10:00 A.M., (Attachments: # (1) Declaration of Joel Martin Frank in Support of Och-Ziff Capital Management Group LLCs Opposition) [Dkt. No. 9382].*

Nora E. Morales

Sworn to and subscribed before
me this 3rd day of June 2010

_____
Notary Public

MARJORIE A. ROSEN
Notary Public, State of New York
No. 4654195
Qualified in New York County
Commission Expires May 31, 20__

126121.00605/6921156v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL:** |
|---|
| Harvey Miller, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Wilbur F. Foster, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>DDunne@milbank.com<br>EFleck@milbank.com<br>WFosterl@milbank.com |

| **BY FEDERAL EXPRESS:** |
|---|
| Honorable James M. Peck<br>USBC for the Southern District of NY<br>One Bowling Green<br>New York, NY 10004-1408 |

| **BY FACSIMILE:** |
|---|
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracey Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |

126121.00605/6921156v.1