LATHAM & WATKINS LLP
  Carlos Alvarez
  Mark Broude
885 Third Ave
New York, NY 10022-4834
Telephone:  (213) 906-1200
Facsimile:  (213) 751-4864
carlos.alvarez@lw.com; mark.broude@lw.com

Attorneys for Brickman Group Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>  Debtors | Chapter 11<br><br>Cas No. 08-13555 (JMP)<br><br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 29693
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006**

| Creditor Name and Address | Brickman Group Holdings, Inc.<br>18227-D Flower Hill Way<br>Gaithersburg, MD 20879 |
|---|---|
| Debtor | Lehman Brothers Special Financing Inc. |
| Court Claim Number | 29693 |
| Date Claim Filed | September 22, 2009 |
| Total Amount of Claim Filed | U.S.$739,152.00 plus accrued interest |

Brickman Group Holdings, Inc. ("Creditor"), by its attorneys, Latham & Watkins LLP, hereby files this notice of withdrawal of the claim referenced above pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure (the "Withdrawal Notice").  Creditor hereby withdraws the claim referenced above and hereby authorizes the Clerk of this Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced

LA\2102622.2

debtor.  In support of this Withdrawal Notice, Creditor states the following:

1. As of the date of this Withdrawal Notice, no objection has been filed to the claim, and no adversary complaint has been filed against Creditor in any of the jointly administered Lehman Brothers debtor cases.

2. Creditor has not accepted or rejected a plan proposed in any of the debtors' cases and has not participated significantly in Lehman Brothers Special Financing Inc.'s case or any of the jointly administered Lehman Brothers debtor cases.

3. Accordingly, by filing this Withdrawal Notice, Creditor is entitled, as of right, and does hereby withdraw, with prejudice, the above referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

                        Respectfully submitted,

Dated:  June 4, 2010                    LATHAM & WATKINS LLP

                        By: _/s/  Carlos Alvarez_____
                           Carlos Alvarez
                           885 Third Ave
                           New York, NY 10022-4834
                           Telephone:  (213) 906-1200
                           Facsimile:  (213) 751-4864
                           carlos.alvarez@lw.com;
                           mark.broude@lw.com

                           *Attorneys for Brickman Group Holdings, Inc.*

LA\2102622.2