**United States Bankruptcy Court**
**For the Southern District of New York**

In re: Lehman Brothers Holdings, Inc.                    Case No. 08-13555 (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED OR DEEMED FILED IN THIS CASE under 11 U.S.C. § 1111 (a) against **Lehman Brothers Holdings, Inc.** Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Moore Macro Fund, L.P.                                   Barclays Bank PLC
Name of Transferee                                        Name of the Transferor

Name and Address where notices to transferee should be    Court Claim # (if known): 55744
sent:

                                                          Amount of Claims:
c/o Moore Capital Management, L.P.                         general unsecured claim in the amount of
1251 Avenue of the Americas, 53rd Floor                    **$14,637,000.42 against Lehman Brothers Holdings, Inc.,**
New York, New York 10020                                   **Case No. 08-13555**
Attn: Legal Department
Phone: 212- 782-7000                                       Date Claim Filed: October 29, 2009

Last Four Digits of Acct. #: _____              c/o Jeff Psaki
                                                          Managing Director
                                                          Barclays Bank PLC
Name and Address where transferee payments                 745 7th Avenue
should be sent (if different from above): N/A              New York, New York 10019

Phone: _____                                    Phone: 212-412-2865
                                                          Last Four Digits of Acct.#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MOORE MACRO FUND, L.P.
By: Moore Capital Management, L.P., its Investment Manager

By: _____          Date: _2, JUNE 2010_____
       Transferee/Transferee's Agent

*(Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.)*

031571.0001 EAST 8302639 v1

## United States Bankruptcy Court
## For the Southern District of New York

In re: <u>Lehman Brothers Holdings. Inc.</u>                 Case No. <u>08-13555 (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM No. <u>55744</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case against **Lehman Brothers Holdings, Inc.** by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this Court on June 4, 2010.

| | |
|---|---|
| Barclays Bank PLC | Moore Macro Fund, L.P. |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Jeff Psaki<br>Managing Director<br>745 7th Avenue<br>New York, New York 10019<br><br>Phone: 212-412-2865<br>Email: Jeff.Psaki@barcap.com | c/o Moore Capital Management, L.P.<br>1251 Avenue of the Americas<br>53rd Floor<br>New York, NY 10020<br>Attn: Legal Department<br>Phone: 212-782-7000<br>Email: mark.hannafey@moorecap.com |

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                    CLERK OF THE COURT

*Treasury B.V. Issued Program Securities -- Final Form 11/20/09*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to **Moore Macro Fund, L.P.** (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **principal amount** specified in <u>Schedule 1</u> attached hereto (the "<u>Purchased Claim</u>"), in Seller's right, title and interest in and to Proof of Claim Number 55744 filed by or on behalf of **Barclays Bank PLC** (the "<u>Proof of Claim</u>") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "<u>Transferred Claims</u>"), and (d) the security or securities (any such security, a "<u>Purchased Security</u>") relating to the Purchased Claim and specified in <u>Schedule 1</u> attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in <u>Schedule 1</u> attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be govern-   by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 31th day of May 2010.

**Barclays Bank PLC**

By:

Name: Jeff Psaki
Title:  Managing Director

745 7th Avenue
New York, NY 10019

**Moore Macro Fund, L.P., by Moore Capital Management, L.P., its Investment Manager**

By:

Name: James Kaye
Title: Vice President

C/o Moore Capital Management, L.P.
1251 Avenue of the Americas
New York, New York 10020
Attn: Legal Department

Schedule 1

Purchased Claim

$14,637,000.42 of $552,607,016.17 (the outstanding amount of the Proof of Claim as of May 20th 2010).

Lehman Programs Securities to which Transfer Relates

Transferred Claims

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 350,000,000 CMS-linked Notes due January 2017 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$60,000,000,000 Euro Medium-Term Note Program | XS0283497005 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $14,243,000  Equivalent to EUR 10,000,000 | CMS Linked | May 1st 2016 | Accrued interest $394,000.42  Equivalent to EUR 276,627.41 |

Schedule 1

| United States Bankruptcy Court/Southern District of New York<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055744 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**UGF Banca S.p.A.    [ON BEHALF OF ITS CLIENTS]**<br>**Piazza della Costituzione, 2**<br>**40128 - Bologna**<br>**Italy**<br>Telephone number: **+39 02 51815955**    Email Address: **Legale.contenzioso@ugfassicurazioni.it** | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates. SEE EXHIBIT 1

**Amount of Claim: $ 552,607,016.17 (Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    SEE EXHIBIT 2    (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**SEE EXHIBIT 3 (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**SEE EXHIBIT 4 (Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>FILED / RECEIVED<br><br>OCT 29 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br><br>27-Oct-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    UGF BANCA S.p.A. – Chief Executive Officer<br>Colombini Luciano    SEE EXHIBIT 5 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____      _____ **I N F O R M A T I O N** _____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**

Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**UGF BANCA S.p.A. (On behalf of its clients)**

EXHIBIT 1 to the Proof of Claim - Claim amounts for each Lehman Programs Security to which the Proof of Claim relates and as evidenced in the highlighted column

Exchange Rate EUR/USD as of 15 September 2008: 1.4243
(source: Bloomberg)



| ISIN | Description | Claim amounts included in the Proof of Claim. Principal Amount plus interest accrued but not paid as of 14 September 2008 (included) (EUR) | Claim amounts included in the Proof of Claim. Principal Amount plus interest accrued but not paid as of 14 September 2008 (included) (USD) | Principal amount (EUR) | Principal amount (USD) | Interest accrued but not paid as of 14 September 2008 (included) (EUR) | Interest accrued but not paid as of 14 September 2008 (included) (USD) | Last Interest Payment Date | Applicable Rate | Depository | Account number | Booking N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XS0212857413 | LEH 6.38 05/10/11 | 10,587,128.30 | 15,079,260.24 | 10,358,000 | 14,752,899.4 | 229,128.30 | 326,347.44 | 10/05/09 | 6.375% | Clearstream | 11037 | C |
| XS0162296683 | LEH 0 02/28/10 | 60,000 | 85,458 | 60,000 | 85,458 | 0.00 | 0.00 | 02/26/09 | 0.000% | Clearstream | 11037 | C |
| XS0176183380 | LEH 0 10/10/13 | 920,441.97 | 1,310,896.90 | 895,000 | 1,274,748.50 | 25,441.97 | 36,237.00 | 10/10/08 | 3.060% cpn in arrears | Clearstream | 11037 | C |
| XS0178899009 | LEH 0 11/26/13 | 40,073.53 | 57,076.73 | 39,000 | 55,547.70 | 1,073.53 | 1,529.03 | 11/26/08 | 3.438% | Clearstream | 11037 | C |
| XS0178906009 | LEH 0 05/21/09 | 40,678.72 | 57,938.21 | 40,000 | 56,972 | 678.72 | 966.62 | 05/21/08 | 1.75% + italy cpt (min 1.2%) | Clearstream | 11037 | C |
| XS0181844972 | LEH 0 01/14/14 | 61,435.31 | 87,502.31 | 60,000 | 85,458 | 1,435.31 | 2,044.31 | 01/14/08 | 3.386% | Clearstream | 11037 | C |
| XS0183944643 | LEH 4 34 01/18/14 | 69,884,019.73 | 99,524,865.84 | 67,756,000 | 96,504,870.8 | 2,128,019.73 | 3,030,938.5 | 01/16/09 | 4.750% | Clearstream | 11037 | C |
| XS0185664449 | LEH 5 02/27/14 | 157,739.28 | 216,170.91 | 150,000 | 213,645 | 3,739.28 | 5,325.66 | 02/27/09 | 4.562% | Clearstream | 11037 | C |
| XS0187428275 | LEH 5 04/09/14 | 57,988.62 | 82,593.97 | 57,000 | 81,185.10 | 988.62 | 1,378.81 | 04/20/09 | 3.310% cpfemu/ +125bps (min 1.75%) | Clearstream | 11037 | C |
| XS0191974101 | LEH 0 04/05/11 | 62,831.72 | 89,496.86 | 62,000 | 88,306.60 | 831.72 | 899.78 | 10/06/08 | 3.319% | Clearstream | 11037 | C |
| XS0191303538 | LEH 0 09/21/09 | 24,080.41 | 34,302.75 | 24,000 | 34,183.20 | 80.41 | 118.80 | 11/21/08 | 5.215% | Clearstream | 11037 | C |
| XS0202417059 | LEH 0 09/27/14 | 61,590.37 | 87,725.16 | 60,000 | 85,458 | 1,590.37 | 2,265.16 | 10/27/08 | 3.003% | Clearstream | 11037 | C |
| XS0205169466 | LEH 0 11/09/09 | 40,197.12 | 57,246.81 | 40,000 | 56,972 | 197.12 | 280.76 | 11/10/08 | 5.218% | Clearstream | 11037 | C |
| XS0219247218 | LEH 0 06/03/13 | 30,670.63 | 43,684.31 | 30,000 | 42,729 | 670.63 | 955.16 | 02/20/09 | 3.549% cpfemu/ +110bps (min 1.2%) | Clearstream | 11037 | C |
| XS0210721552 | LEH 0 02/01/13 | 5,109.30 | 7,276.17 | 5,000 | 7,121.50 | 109.30 | 155.67 | 02/01/09 | 3.349% | Clearstream | 11037 | C |
| XS0211093041 | LEH 0 02/16/15 | 32,368.96 | 46,093.11 | 32,000 | 45,577.60 | 368.96 | 525.51 | 02/16/09 | 2.000% | Clearstream | 11037 | C |
| XS0211814123 | LEH 0 02/16/17 | 51,201.76 | 72,926.87 | 50,000 | 71,215 | 1,201.76 | 1,711.67 | 02/16/09 | 4.169% 3Y10Ycms 1Y(min 1.5%) | Clearstream | 11037 | C |
| XS0213989510 | LEH 0 04/06/15 | 55,032.79 | 78,388.19 | 55,000 | 71,215 | 1,471.00 | 2,095.18 | 03/09/09 | 4.000% cpfemu/ +100bps (min 1.5%) | Clearstream | 11037 | C |
| XS0224249670 | LEH 0 07/06/15 | 50,408.90 | 71,797.18 | 50,135,360 | 265,156.83 | 408,183.26 | 03/20/09 | 3.208% 80% cms 2Y (min 2.5%) | Clearstream | 11037 | C |
| XS0247976673 | LEH 0 09/17/11 | 1,012,754.43 | 1,442,470.83 | 1,000,000 | 1,424,300 | 12,754.43 | 18,137.63 | 09/17/08 | 5.151% 3m euribor+150ps | Clearstream | 11037 | C |
| XS0241932662 ZC | LEH TBV 6/2006-11 | 40,000,000 | 56,972,000 | 40,000,000 | 56,972,000 | 0.00 | 0.00 | 08/29/11 | 0.000% | Clearstream | ZC | C |
| XS0258402975 ZC | LEH TBV 6/2006-16 | 8,000,000 | 11,394,400 | 8,000,000 | 11,394,400 | 0.00 | 0.00 | 08/30/11 | 0.000% | Clearstream | ZC | C |
| XS0258448952 | LEH 14 09/26/16 | 52,055.33 | 74,142.40 | 50,000 | 71,215 | 2,055.33 | 2,927.40 | 09/26/08 | 4.250% fix fino al 09/11 | Clearstream | 11037 | C |
| XS0282937066 | LEH 0 02/05/14 | 5,029,286.67 | 7,163,184.41 | 5,000,000 | 7,121,500 | 29,286.67 | 41,684.51 | 11/05/08 | 5.266% 3m euribor+35bps | Clearstream | 11037 | C |
| XS0283497006 | LEH 0 01/31/17 | 10,276,627.41 | 14,637,000.42 | 10,000,000 | 14,243,000 | 276,627.41 | 394,000.42 | 01/31/09 | 4.660% 101% cms10Y | Clearstream | 11037 | C |
| XS0287084669 | LEH 0 04/03/19 | 15,340,770.49 | 21,849,781.33 | 15,000,000 | 21,364,500 | 340,770.49 | 485,232.34 | 03/14/09 | 4.625% fix fino al 03/14 | Clearstream | 11037 | C |
| XS0256449304 ZC | LEH TBV 6/2007-12 | 46,000,000 | 65,517,800 | 46,000,000 | 65,517,800 | 0.00 | 0.00 | 06/26/12 | 0.000% | Clearstream | ZC | C |
| XS0299329165 ZC | LEH TBV 7/2707-14 | 5,000,000 | 7,121,500 | 5,000,000 | 7,121,500 | 0.00 | 0.00 | 07/27/14 | 0.000% | Clearstream | ZC | C |
| XS0300056547 | LEH 0 09/00/12 | 5,024,876.67 | 7,159,931.80 | 5,000,000 | 7,121,500 | 24,876.67 | 35,411.80 | 09/26/08 | 4.288% index linked | Clearstream | 11037 | C |
| XS0302834059 | LEH 4 07/20/12 | 10,000 | 14,243 | 10,000 | 14,243 | 0.00 | 0.00 | 07/20/09 | 0.000% 3m euribor+30bps | Clearstream | 11037 | C |
| XS0304219818 | LEH 0 09/26/13 | 16,000,000 | 22,788,800 | 16,000,000 | 22,788,800 | 0.00 | 0.00 | 09/26/13 | 0.000% cpn in arrears | Clearstream | 11037 | C |
| XS0309119648 ZC | LEH TBV 6/2707-12 | 7,111,000 | 10,128,197.3 | 7,111,000 | 10,128,197.3 | 0.00 | 0.00 | 07/27/12 | 0.000% | Clearstream | ZC | C |
| XS0304821224 ZC | LEH 3/2008-14 ZC | 35,000,000 | 49,850,500 | 35,000,000 | 49,850,500 | 0.00 | 0.00 | 03/26/14 | 0.000% | Clearstream | ZC | C |
| XS0349911387 | LINK CMS SY | 56,470,555.74 | 80,431,912.44 | 78,538,000 | 1,470,555.74 | 2,094,512.54 | 03/03/09 | 5.018% 123% cmsSY max 8.5% | Clearstream | 11037 | C |
| XS0356976300 | LEH 2009/2014 ZC | 20,000,000 | 28,486,000 | 20,000,000 | 28,486,000 | 0.00 | 0.00 | 04/25/14 | 0.000% | Clearstream | ZC | C |
| | **Total (EUR)** 387,984,986.42 | | **Total (USD)** 552,607,016.17 | | | | | | | | | |

**UGF BANCA S.p.A. (On behalf of its clients)**

**EXHIBIT 2 to the Proof of Claim - ISINs of the Lehman Programs Securities to which the Proof of Claim relates**

| ISIN |
| --- |
| XS0128857413 |
| XS0162289663 |
| XS0176153350 |
| XS0178969209 |
| XS0179304869 |
| XS0181945972 |
| XS0183944643 |
| XS0185655445 |
| XS0189294225 |
| XS0189741001 |
| XS0193035358 |
| XS0202417050 |
| XS0205185456 |
| XS0208459023 |
| XS0210782552 |
| XS0211093041 |
| XS0211814123 |
| XS0213899510 |
| XS0224346592 |
| XS0247679573 |
| XS0251832662 |
| XS0258962975 |
| XS0268648952 |
| XS0282937985 |
| XS0283497005 |
| XS0287044969 |
| XS0296489304 |
| XS0299929165 |
| XS0300055547 |
| XS0302634059 |
| XS0304219818 |
| XS0309156668 |
| XS0342412284 |
| XS0349911387 |
| XS0356376300 |



**UGF BANCA S.p.A. (On behalf of its clients)**

**EXHIBIT 3 to the Proof of Claim - Blocking Numbers
of the Lehman Programs Securities to which the
Proof of Claim relates and as evidenced in
highlighted column**

| ISIN | Depositary | Account number | Blocking Reference Number |
|------|-----------|----------------|---------------------------|
| XS0128857413 | Clearstream | 11037 | CA36395 |
| XS0162289663 | Clearstream | 11037 | CA37084 |
| XS0176153350 | Clearstream | 11037 | CA37086 |
| XS0178969209 | Clearstream | 11037 | CA37087 |
| XS0179304869 | Clearstream | 11037 | CA37088 |
| XS0181945972 | Clearstream | 11037 | CA37091 |
| XS0183944643 | Clearstream | 11037 | CA37093 |
| XS0185655445 | Clearstream | 11037 | CA37096 |
| XS0189294225 | Clearstream | 11037 | CA37098 |
| XS0189741001 | Clearstream | 11037 | CA37101 |
| XS0193035358 | Clearstream | 11037 | CA37102 |
| XS0202417050 | Clearstream | 11037 | CA37111 |
| XS0205185456 | Clearstream | 11037 | CA37114 |
| XS0208459023 | Clearstream | 11037 | CA37116 |
| XS0210782552 | Clearstream | 11037 | CA37117 |
| XS0211093041 | Clearstream | 11037 | CA37119 |
| XS0211814123 | Clearstream | 11037 | CA37121 |
| XS0213899510 | Clearstream | 11037 | CA37122 |
| XS0224346592 | Clearstream | 11037 | CA37123 |
| XS0247679573 | Clearstream | 11037 | CA37127 |
| XS0251832662 | Clearstream | 11037 | CA37129 |
| XS0258962975 | Clearstream | 11037 | CA37132 |
| XS0268648952 | Clearstream | 11037 | CA37134 |
| XS0282937985 | Clearstream | 11037 | CA37135 |
| XS0283497005 | Clearstream | 11037 | CA37138 |
| XS0287044969 | Clearstream | 11037 | CA37141 |
| XS0296489304 | Clearstream | 11037 | CA37142 |
| XS0299929165 | Clearstream | 11037 | CA37144 |
| XS0300055547 | Clearstream | 11037 | CA37156 |
| XS0302634059 | Clearstream | 11037 | CA37302 |
| XS0304219818 | Clearstream | 11037 | CA37326 |
| XS0309156668 | Clearstream | 11037 | CA37425 |
| XS0342412284 | Clearstream | 11037 | CA37428 |
| XS0349911387 | Clearstream | 11037 | CA37429 |
| XS0356376300 | Clearstream | 11037 | CA37432 |

**UGF BANCA S.p.A. (On behalf of its clients)**

**EXHIBIT 4 to the Proof of Claim - Account Numbers related
to the Lehman Programs Securities to which the Proof of
Claim relates and as evidenced in the highlighted column**

| ISIN | Depositary | Account number |
|---|---|---|
| XS0128857413 | Clearstream | 11037 |
| XS0162289663 | Clearstream | 11037 |
| XS0176153350 | Clearstream | 11037 |
| XS0178969209 | Clearstream | 11037 |
| XS0179304869 | Clearstream | 11037 |
| XS0181945972 | Clearstream | 11037 |
| XS0183944643 | Clearstream | 11037 |
| XS0185655445 | Clearstream | 11037 |
| XS0189294225 | Clearstream | 11037 |
| XS0189741001 | Clearstream | 11037 |
| XS0193035358 | Clearstream | 11037 |
| XS0202417050 | Clearstream | 11037 |
| XS0205185456 | Clearstream | 11037 |
| XS0208459023 | Clearstream | 11037 |
| XS0210782552 | Clearstream | 11037 |
| XS0211093041 | Clearstream | 11037 |
| XS0211814123 | Clearstream | 11037 |
| XS0213899510 | Clearstream | 11037 |
| XS0224346592 | Clearstream | 11037 |
| XS0247679573 | Clearstream | 11037 |
| XS0251832662 | Clearstream | 11037 |
| XS0258962975 | Clearstream | 11037 |
| XS0268648952 | Clearstream | 11037 |
| XS0282937985 | Clearstream | 11037 |
| XS0283497005 | Clearstream | 11037 |
| XS0287044969 | Clearstream | 11037 |
| XS0296489304 | Clearstream | 11037 |
| XS0299929165 | Clearstream | 11037 |
| XS0300055547 | Clearstream | 11037 |
| XS0302634059 | Clearstream | 11037 |
| XS0304219818 | Clearstream | 11037 |
| XS0309156668 | Clearstream | 11037 |
| XS0342412284 | Clearstream | 11037 |
| XS0349911387 | Clearstream | 11037 |
| XS0356376300 | Clearstream | 11037 |



UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"



---

## FIRME SOCIALI

*Consiglio di Amministrazione*

**STEFANINI Pierluigi**
**Presidente**

**COFFARI Gilberto**
**Vice Presidente**



*Direzione Generale (*):*

**COLOMBINI Luciano**
**Direttore Generale**

**COLOMBERA Fabio**
**Vice Direttore Generale**

ALBERTAZZI Gianluca
Responsabile Concessione Crediti

CAVALLI Stefano
Responsabile Funzione Segmento Retail

DE SANTIS Stefano
Responsabile Funzione Legale, Societario e
Compliance

DI IORIO Pasquale
Responsabile Organizzazione e IT

8 (*)-Abilitati alla firma per la Direzione Generale e per tutte le dipendenze:        05/08/2009

UGF BANCA S.p.A. (on behalf of its clients)   -   EXHIBIT 5 to the proof of claim: "Authorised signatures"



---

*Direzione Generale (*):*

**LANZONI Romeo**
Dirigente

**MASCANZONI Gianfranco**
Direttore Crediti

**PAOLETTI Beatrice**
Responsabile Amministrazione e Bilancio

**TAGNOCHETTI Dario**
Dirigente

**TRIFIRO' Carlo**
Responsabile Programmazione e Controllo di Gestione

**VITALE Giacomo**
Vice Direttore Commerciale

**BONAVITA Saverio**
Responsabile Finanza

**GORLANI Pietro**
Responsabile Risk Management

**TESTINI Loredana**
Responsabile Personale

---

9 (*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          05/08/2009

---



**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**

**UGF BANCA**

*Direzione Generale (*):*

**ALIBERTI Paolo**
Quadro Direttivo 4° Livello

**ARMO' PIRRONE Ugo**
Quadro Direttivo 4° Livello

**BADIALI Marco**
Quadro Direttivo 4° Livello

**BAGNOLINI Moreno**
Quadro Direttivo 4° Livello

**BARONCINI Felice**
Quadro Direttivo 4° Livello

**BEONI Ferruccio**
Quadro Direttivo 4° Livello

**BETTELLI Marco**
Quadro Direttivo 4° Livello

**BICCHECCHI Mauro**
Quadro Direttivo 4° Livello

**BIRELLO Brenda**
Quadro Direttivo 4° Livello

10(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          20/04/2009

**UNIPOL GRUPPO**

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"** .



---

*Direzione Generale (\*):*

BONOMINI Giorgio
Quadro Direttivo 4° Livello
Area Finanza

BRUSCHI Gianfranco
Quadro Direttivo 4° Livello

BUX Alessandro
Quadro Direttivo 4° Livello

CASAGRANDE Claudio
Quadro Direttivo 4° Livello

CAVALIERI Antonella
Quadro Direttivo 4° Livello
Area Amministrazione

CAVANNA Marinella
Quadro Direttivo 4° Livello

CLAPCI Alberto
Quadro Direttivo 4° Livello

COCCHI Alessandro
Quadro Direttivo 4° Livello

COMINI Emanuele
Quadro Direttivo 4° Livello

11(\*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          01/10/2009

---



**UGF BANCA S.p.A. (on behalf of its clients)   -   EXHIBIT 5 to the proof of claim: "Authorised signatures"**



---

*Direzione Generale (*):*

**COVA Enrico**
Quadro Direttivo 4° Livello

**CRIVELLI Nicoletta**
Quadro Direttivo 4° Livello

**D'ARRIGO Lucio**
Quadro Direttivo 4° Livello

**DELLACROCE Alessandro**
Quadro Direttivo 4° Livello

**DEPOLITI Stefano**
Quadro Direttivo 4° Livello

**DE SIMONE Vincenzo**
Quadro Direttivo 4° Livello

**FALANGA PERI Roberto**
Quadro Direttivo 4° Livello

**FANTUZZI Mauro**
Quadro Direttivo 4° Livello

**FIOCCHI Michele**
Quadro Direttivo 4° Livello

12(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          01/07/2009

---



**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



---

*Direzione Generale (*):*

**FORNASIER Luca**
Quadro Direttivo 4° Livello

**FRAZZONI Rita**
Quadro Direttivo 4° Livello

**GALLERANI Stefano**
Quadro Direttivo 4° Livello

**GAMBERI Lorenzo**
Quadro Direttivo 4° Livello

**GHEDUZZI Andrea**
Quadro Direttivo 4° Livello

**GIOSCIA Leonardo**
Quadro Direttivo 4° Livello

**GRAZIANI Andrea**
Quadro Direttivo 4° Livello

**GUIDI Cesare**
Quadro Direttivo 4° Livello

**IZZO Roberto**
Quadro Direttivo 4° Livello

13(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          01/08/2009

---



**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



*Direzione Generale (*):*

**LARI Alberto**
Quadro Direttivo 4° Livello Area Finanza

**LEONARDI Andrea**
Quadro Direttivo 4° Livello

**LEONARDI Giovanni**
Quadro Direttivo 4° Livello

**LEPRETTI Maddalena**
Quadro Direttivo 4° Livello

**LIVI Luca Giuseppe**
Quadro Direttivo 4° Livello

**LUPPI Pier Angela**
Quadro Direttivo 4° Livello

**MANDRIOLI Carlo**
Quadro Direttivo 4° Livello

**MARCHI Andrea**
Quadro Direttivo 4° Livello

**MONTEVECCHI Renato**
Quadro Direttivo 4° Livello

**MORGAGNI Pieruigi**
Quadro Direttivo 4° Livello

14(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze        31/08/2009

UNIPOL GRUPPO

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



---

*Direzione Generale (*):*

NATALI Salvatore
Quadro Direttivo 4° Livello

NOBILE Mauro
Quadro Direttivo 4° Livello

PAPALE Maurizio
Quadro Direttivo 4° Livello

PIEDIGROTTA Natale
Quadro Direttivo 4° Livello

QUERCIOLI Mauro
Quadro Direttivo 4° Livello

RAGUSA Santi
Quadro Direttivo 4° Livello

RIBATTI Elisabetta
Quadro Direttivo 4° Livello

SANTONOCITO Giovanni
Quadro Direttivo 4° Livello

SCARAMAGLI Mauro
Quadro Direttivo 4° Livello

15(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          01/08/2009



**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



---

*Direzione Generale (*):*

**SCASSEDDU Mauro**
Quadro Direttivo 4° Livello

**SERRA Franco**
Quadro Direttivo 4° Livello Area Finanza

**TAGLIONI Massimo**
Quadro Direttivo 4° Livello
Area Back Office

**TALEVI Claudia**
Quadro Direttivo 4° Livello

**TEODORI Paolo**
Quadro Direttivo 4° Livello

**TESTONI Gian Guido**
Quadro Direttivo 4° Livello

**TOMASI Maurizio**
Quadro Direttivo 4° Livello

**VICENZI Michele**
Quadro Direttivo 4° Livello

**ZUCCHINI Claudio**
Quadro Direttivo 4° Livello

16(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          20/04/2009

---

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



*Direzione Generale (*):*

**AMBROSIO Italo Luigi**
Quadro Direttivo 3° Livello

**ATTANASIO Alfonso**
Quadro Direttivo 3° Livello

**BACCAN Gianni**
Quadro Direttivo 3° Livello

**BERGAMINI Marco**
Quadro Direttivo 3° Livello

**BOZZI Tonino**
Quadro Direttivo 3° Livello

**BUDA Pascale**
Quadro Direttivo 3° Livello

**DEPINO Stefano**
Quadro Direttivo 3° Livello

**DE PALMA Emilio**
Quadro Direttivo 3° Livello

**FINI Marco**
Quadro Direttivo 3° Livello

17(*) –Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          03/08/2009



**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



*Direzione Generale (*):*

PATRIARCA Almerindo
Quadro Direttivo 3° Livello

ROCCA Sandra
Quadro Direttivo 3° Livello

ROMANO Giovanni
Quadro Direttivo 3° Livello

ROSSI Paolo
Quadro Direttivo 3° Livello

SENATORE Sergio
Quadro Direttivo 3° Livello

SOFFRITTI Daniele
Quadro Direttivo 3° Livello

SPAMPINATO Filippo Luigi
Quadro Direttivo 3° Livello

STANZANI Mauro
Quadro Direttivo 3° Livello

TOLOMELLI Armando
Quadro Direttivo 3° Livello
Area Finanza

19(*) – Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze............    20/04/2009

UNIPOL GRUPPO

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"·**



---

*Direzione Generale (\*):*

**FORNI Fausto**
Quadro Direttivo 3° Livello

**FOTI Domenico**
Quadro Direttivo 3° Livello

**LAMBERTINI Andrea**
Quadro Direttivo 3° Livello

**MAINI Ivano**
Quadro Direttivo 3° Livello
Area Amministrazione

**MARRACCINI Alberto**
Quadro Direttivo 3° Livello

**MASOTTI Alessandra**
Quadro Direttivo 3° Livello

**MAZZOTTI Mirella**
Quadro Direttivo 3° Livello

**MUSOLESI Barbara**
Quadro Direttivo 3° Livello

**PASCALE GUIDOTTI MAGNANI Fabrizio**
Quadro Direttivo 3° Livello
Area Back Office

18 (\*) – Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          02/02/2009

UNIPOL GRUPPO

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures"**



*Direzione Generale (\*):*

VANNINI Paolo
Quadro Direttivo 3° Livello
Area Amministrazione

ZOCCO Antonino
Quadro Direttivo 3° Livello

*Per la Funzione Mutui e Crediti Speciali*

RIGHI Piero

*Per la Funzione Segreteria Fidi, Garanzie e Anagrafe Generale:*

MELILLO Maria Teresa

*Per la Funzione Back Office Estero*

BERNARDONI Alessandro

*Per la Funzione Asset Management Risparmio Gestito*

BOLOGNINI Gianluca

CAVANI Filippo

GALLETTI Luca

20 (\*) – Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze                    15/09/2009

UNIPOL GRUPPO

**UGF BANCA S.p.A. (on behalf of its clients)  -  EXHIBIT 5 to the proof of claim: "Authorised signatures".**

**UGF BANCA**

---

*Direzione Generale (\*):*

LANDI Valeria

MERLI Silvia

ORLANDO Francesca

ZAVALLONI Maurizio

*Per la Funzione Raccolta Ordini Negoziazione*

FABBRI Alberto

MONARI Giovanni

SERRA Gianluca

SGATTI Alessandro

ZEN Marco

21(\*) – Abilitati alla firma per la Direzione Generale e per tutte le Dipendenze          18/03/2009

---


UNIPOL GRUPPO FINANZIARIO

**HAND DELIVERY**

FILED / RECEIVED

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS

RECEIVED BY:

DATE

3:45

TIME