**UBS** Global Asset Management

UBS Global Asset Management (Americas) Inc.
UBS Tower
One North Wacker Drive
Chicago, Illinois 60606
312-525 7100
www.ubs.com

June 2, 2010

**VIA OVERNIGHT MAIL**

United States Bankruptcy Court / Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5076
New York, NY 10150-5076

Re:    Lehman Brothers Holdings Inc., et al – Case No. 08-13555(JMP)
       Debtor: Lehman Brothers Special Financing Inc - Case No. 08-13888

       Notice of Withdrawal of Claims on behalf of the following Creditors:
              UBS U.S. Securitized Mortgage Relationship Fund
              UBS U.S. Allocation Fund

Dear Sir or Madam:

We have determined that we no longer intend to pursue the following claims against Lehman Brothers Special Financing Inc.:

| Claim No. | Creditor Name | Amount |
|---|---|---|
| 27305 | UBS U.S. Securitized Mortgage Relationship Fund | $155,726.93 |
| 27306 | UBS U.S. Allocation Fund | $92,500.74 |

We hereby request that the claims be immediately withdrawn.

Should you require any further information in this regard, please contact me at 312.525.7927.

UBS U.S. Securitized Mortgage Relationship Fund
UBS U.S. Allocation Fund

Mary T. Capasso
Assistant Secretary

FILED / RECEIVED
JUN - 4 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

Cc:    James Glen, Legacy Asset Management Company, *a subsidiary of Lehman Brothers Holdings Inc*
       Jennifer Kuang, Legacy Asset Management Company, *a subsidiary of Lehman Brothers Holdings Inc*

UBS Global Asset Management (Americas) Inc. is a subsidiary of UBS AG