UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    08-13555 (JMP)
                                                          :
        Debtors.                                          :    (Jointly Administered)
                                                          :
-----------------------------------------------------------x    Ref. Docket No. 9386

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 2, 2010, I caused to be served the "Notice of Proposed Sale of *De Minimis* Asset Pursuant to *De Minimis* Asset Sale Procedure," dated June 2, 2010 [Docket No. 9386], by causing true and correct copies to be:

    a)  delivered via facsimile to those parties listed on the annexed Exhibit A, and

    b)  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/Konstantina Haidopoulos
Sworn to before me this                                 Konstantina Haidopoulos
3rd day of June, 2010

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

| **Name** | **Fax** |
| --- | --- |
| EVAN FLECK | 212-530-5219 |
| EVAN FLECK | 212-530-5567 |
| JEFF MARGOLIN | 212-422-4726 |
| JEFF MARGOLIN | 212-837-6375 |
| JOEL MOSS | 212-225-3999 |
| JOEL MOSS | 212-225-2398 |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004