**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :    08-13555 (JMP)
                                                         :
    Debtors.                                             :    (Jointly Administered)
                                                         :
------------------------------------------------------------------------x    Ref. Docket Nos. 9391-9394

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2010, I caused to be served the:

    a. "Notice of Fiftieth Supplemental List of Ordinary Course Professionals," dated June 3, 2010 [Docket No. 9391],

    b. "Declaration and Disclosure Statement of Doo-Sik Kim on behalf of Shin & Kim," dated May 25, 2010 [Docket No. 9192],

    c. "Declaration and Disclosure Statement of Yong Seok Park on behalf of Evergreen Law Group," dated June 1, 2010 [Docket No. 9193], and

    d. "Supplemental Affidavit and Disclosure Statement of Robert C. Zinnershine, on behalf of Seyfarth Shaw LLP," dated June 3, 2010 [Docket No. 9194],

   by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and as indicated upon those parties listed on the attached Exhibit B, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Samuel Garcia*  
Sworn to before me this                                      Samuel Garcia  
3rd day of June, 2010

*/s/ Elli Petris*  
Notary Public, State of New York  
No. 01PE6175879  
Qualified in Nassau County  
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\OCP Service_DI 9391-9394_Aff_6-3-10.doc

# EXHIBIT A

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

## **Exhibit B – Additional E-mail Parties**

1. Shin & Kim; Evergreen Law Group: rcyoung@shinkim.com (Docket Nos. 9392 & 9393 only)

2. Seyfarth Shaw LLP: rzinnershine@seyfarth.com (Docket No. 9394 only)

# EXHIBIT C

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004