UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 6524, 7762,
                                                                   7855, 7917, 7933-7934, 7971,
                                                                   8071, 8358, 8622, 8712, 8725,
                                                                   8762-8763, 8922, 8972, 8974,
                                                                   8977-8978, 9028-9029, 9045-
                                                                   9046, 9048, 9056, 9058, 9061-
                                                                   9063, 9067, 9075, 9077, 9081,
                                                                   9083-9092, 9096, 9101, 9109-
                                                                   9116, 9120-9125, 9127- 9138,
                                                                   9141-9147, 9152, 9160-9162,
                                                                   9164, 9166- 9170, 9178-9182,
                                                                   9189 & 9202-9204

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
2nd day of June, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

# EXHIBIT A

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
     TRANSFEROR: SHINKIN CENTRAL BANK              MANAGING CLERK
     ATTN: ANDREW CADITZ                           RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                  ONE WORLD FINANCIAL CENTER
     JERSEY CITY NJ 07302                          NEW YORK NY 10281-1003
```

Please note that your claim # 42201-02 in the above referenced case and in the amount of
         $28,405,478.13       has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS INTERNATIONAL                   GOLDMAN SACHS INTERNATIONAL
     TRANSFEROR: GOLDMAN, SACHS & CO.              RICHARDS KIBBE & ORBE LLP
     C/O GOLDMAN, SACHS & CO.                      ONE WORLD FINANCIAL CENTER
     30 HUDSON STREET, 36TH FLOOR                  NEW YORK NY 10281-1003
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6524    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 27, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
          Debtors.                       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   GOLDMAN, SACHS & CO.                      GOLDMAN, SACHS & CO.
          MANAGING CLERK                            TRANSFEROR: SHINKIN CENTRAL BANK
          RICHARDS KIBBE & ORBE LLP                 ATTN: ANDREW CADITZ
          ONE WORLD FINANCIAL CENTER                30 HUDSON STREET, 36TH FLOOR
          NEW YORK NY 10281-1003                    JERSEY CITY NJ 07302
```

Please note that your claim # 42201-02 in the above referenced case and in the amount of
      $28,405,478.13       has been transferred **(unless previously expunged by court order)**

```
          GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
          RICHARDS KIBBE & ORBE LLP                TRANSFEROR: GOLDMAN, SACHS & CO.
          ONE WORLD FINANCIAL CENTER               C/O GOLDMAN, SACHS & CO.
          NEW YORK NY 10281-1003                   30 HUDSON STREET, 36TH FLOOR
                                                   JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 6524     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 27, 2010.

# EXHIBIT B

```
TIME: 13:59:18                                        LEHMAN BROTHERS HOLDING INC.
DATE: 06/03/10                                              CREDITOR LISTING                                          PAGE:     1

Name                                        Address
AG SUPER FUND INTERNATIONAL PARTNERS,        TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: CHRISTOPHER BRESCIO, ACCOUNTING DEPARTMENT ANGELO, GORDON & CO., L.P.
L.P.                                         245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
AG SUPER FUND INTERNATIONAL PARTNERS,        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: CHRISTOPHER BRESCIO, ACCOUNTING DEPARTMENT ANGELO, GORDON & CO., L.P.
L.P.                                         245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
AGGREGATING TRUST 1, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFERY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 10, L.L.C.                 C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 2, L.L.C.                  C/O ROPES & GRAY LLP ONE INTERNATIONAL PLACE ATTN: JEFFREY R. KATZ BOSTON MA 02110
AGGREGATING TRUST 3, L.L.C.                  C/O ROPES & GRAY LLP ONE INTERNATIONAL PLACE ATTN: JEFFREY R. KATZ BOSTON MA 02110
AGGREGATING TRUST 4, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 4, LLC                     C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 5, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 5, LLC                     C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 6, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 6, LLC                     C/O ROPES & GRAY, LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 7, LLC                     C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 8, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 8, LLC                     C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 9, L.L.C.                  C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 9, LLC                     C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AHORRO CORPORACION FINANCIERA, S.V.,         ATTN: ISABEL BASTANTE/ANA JIMINEZ PASEO DE LA CASTELLANA, 89, 10TH FLOOR MADRID  28046 SPAIN
S.A.
AHORRO CORPORACION FINANCIERA, S V.,         JENNIFER D. DEMARCO, ESQ. & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
S.A.
AIU INSURANCE COMPANY JAPAN BRANCH           ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU, TOKYO  100-8234 JAPAN
ARGO CAPITAL INVESTORS FUND SPC, ET AL.      C/O ARGO CAPITAL MGMT. (CYPRUS) LTD. JACKIE COURT, SUITE 401 10 VASILISSIS FREDERIKIS STREET NICOSIA  1066 CYPRUS
ARGO FUND LIMITED, THE                       C/O ARGO CAPITAL MGMT. (CYPRUS) LTD. JACKIE COURT, SUITE 401 10 VASILISSIS FREDERIKIS STREET NICOSIA  1066 CYPRUS

BANC OF AMERICA SECURITIES LLC               TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: JON BARNES 214 N TRYON STREET, NC1-027-14-01 CHARLOTTE NC 28255

BANK JULIUS BAER & CO LTD.                   TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD                   TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                  TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND


BARCLAYS BANK PLC                            TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                            TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                            TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019


BOTTICELLI, L.L.C.                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: CHRISTOPHER BRESCIO ANGELO, GORDON & CO, L.P. ACCOUNTING DEPARTMENT
                                             245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BOTTICELLI, L.L.C.                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: CHRISTOPHER BRESCIO, ACCOUNTING DEPARTMENT ANGELO, GORDON & CO, L.P.
                                             245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BOTTICELLI, LLC                              TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: CHRISTOPHER BRESCIO, ACCOUNTING DEPARTMENT ANGELO, GORDON & CO, L.P.
                                             245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)      TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V., S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                             COBHAM, SURREY  KT11 2PD UNITED KINGDOM
C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK)      TRANSFEROR: ORANJE-NASSAU ENERGIE BV C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE
                                             COBHAM, SURREY  KT11 2PD UNITED KINGDOM
CAISSE D'EPARGNE ET DE PREVOYANCE            MIDI-PYRENEES 10 AVENUE MAXWELL BP 22306-31023 GERARD FERRAN DIRECTEUR DU CONTENTIEUX TOULOUSE CEDEX   FRANCE
CARILLON LTD.                                C/O HSBC BANK (CAYMAN) LIMITED HSBC HOUSE, 68 WEST BAY ROAD PO BOX 1109GT GEORGE TOWN GRAND CAYMAN  CAYMAN ISLANDS
CASPIAN SELECT CREDIT MASTER FUND, LTD       TRANSFEROR: BANC OF AMERICA SECURITIES LLC 50 MAMARONECK AVENUE HARRISON NY 10528


CITIGROUP GLOBAL MARKETS INC.                DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019




                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: KOMMUNALKREDIT AUSTRIA AG ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CME GROUP INC | KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: ELISE SCHERR FREJKA 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CME GROUP INC | ATTN: LISA DUNSKY-DIRECTOR AND ASSOCIATE GENERAL COUNSEL 20 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA DEUTCHE BANK AG, HONK KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL ATTN: HENG CHEAM AND MARIA CHANG HONG KONG    HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HARRINGTON PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS II, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERCED PARTNERS LIMITED PARTNERSHIP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MNC PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 10, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 4, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 5, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 6, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 7, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 8, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AGGREGATING TRUST 9, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES L.P. | TRANSFEROR: ARGO CAPITAL INVESTORS FUND SPC, ET AL. ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES L.P. | TRANSFEROR: ARGO FUND LIMITED, THE ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL L.P. | TRANSFEROR: ARGO CAPITAL INVESTORS FUND SPC, ET AL. ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL L.P. | TRANSFEROR: ARGO FUND LIMITED, THE ATTN: ELLIOT GREENBERG 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ETON PARK FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP | C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND LP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND LP | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO | TRANSFEROR: SAPHIR FINANCE PLC SERIES 2007-2 ATTN: IL SEGRTARIO GENERALE PALAZZO DEL MONTE DI PIETA PIAZZA DUOMO, 15 PADOVA   35141 ITALY |
| FONDIARIA-SAI S.P.A. | C/O MORRISON & FOERSTER LLP ATTENTION: JOHN A. PINTARELLI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 300 PARK AVENUE, 21ST FLOOR New York NY 10022 |

TIME: 13:59:18
DATE: 06/03/10
08-13555-mg    Doc 9426    Filed 06/04/10    Entered 06/04/10 16:16:06    Main Document
LEHMAN BROTHERS HOLDING INC.
Pg 9 of 14
CREDITOR LISTING
PAGE:    3

| Name | Address |
|---|---|
| GOLDMAN SACHS & CO | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS & CO | TRANSFEROR: PRIMARY FUND OF THE RESERVE FUND, THE 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS INTERNATIONAL | MANAGING CLERK RICHARD KIBBE & ORBE LLP ONE WORKD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: GOLDMAN, SACHS & CO. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: KIYO BANK, LTD, THE C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: KIYO BANK, LTD. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LCC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LCC | TRANSFEROR: SPCP GROUP, L.L.C. AS AGENT AND SUCCESSOR ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. AS AGENT AND SUCCESSOR C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 30TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L C/O GODLMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC., AS AGENT FOR SILVER POINT CAPITAL FUND, C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINKIN CENTRAL BANK ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GUGGENHEIM PORTFOLIO COMPANY X, LLC | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| HARRINGTON PARTNERS, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARRINGTON PARTNERS, LP | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| HARRINGTON PARTNERS, LP | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES, L.P. 601 CARLTON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| HAYMAN CAPITAL MASTER FUND, LP | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| HAYMAN CAPITAL MASTER FUND, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHIBA BANK, LTD, THE ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UGF BANCA S.P.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: VITOL ASIA PTE. LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: VITOL S.A. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| KING STREET ACQUISITION COMPANY LLC | KARA KATZ MANDEL KATZ & BROSNAN LLP THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| KING STREET ACQUISITION COMPANY LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KIYO BANK, LTD. | DIAMOND MCCARTHY LLP ATTN: ALLAN B DIAMOND, STEPHEN T LODEN TWO HOUSTON CENTER 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| KIYO BANK, LTD. | C/O STEPHEN T. LODEN DIAMOND MCCARTHY LLP 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |

TIME: 13:59:18
DATE: 06/03/10
08-13555-mg    Doc 9426    Filed 06/04/10    Entered 06/04/10 16:16:06    Main Document
LEHMAN BROTHERS HOLDING INC.
Pg 10 of 14
CREDITOR LISTING
PAGE:       4

| Name | Address |
|---|---|
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10033 |
| KOMMUNALKREDIT AUSTRIA AG | ATTN: MAG. GERLINDE MAYERHOFER-FRAS - LEGAL DEPARTMENT TURKENSTRASSE 9 VIENNA  A-1092 AUSTRIA |
| LBCCO-1, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SAGEBRUSH OIL & GAS LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LONGACRE MASTER FUND II, LP | TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LOOMIS ST. LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LOOMIS ST. LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MASON CAPITAL LP | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MASON CAPITAL MASTER FUND LP | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC 110 EAST 59TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| MERCED PARTNERS II, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERCED PARTNERS II, L.P. | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCED PARTNERS II, L.P. | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCED PARTNERS LIMITED PARTNERSHIP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MERCED PARTNERS LIMITED PARTNERSHIP | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERCED PARTNERS LIMITED PARTNERSHIP | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: NATIXIS S.A. ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM |
| MILANO ASSICURAZIONI S.P.A. | C/O MORRISON & FOERSETER LLP ATTENTION: JOHN A. PINTARELLI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050 |
| MNC PARTNERS, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MNC PARTNERS, L.P. | TRANSFEROR: CARILLON LTD. ATTN: GENERAL COUNSEL C/O EBF & ASSOCIATES, L.P. 601 CARLSON PARKWAY, SUITE 200 MINNETONKA MN 55305 |
| MORGAN STANLEY & CO.INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO.INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM |
| NATIXIS S.A. | TRANSFEROR: CAISSE D'EPARGNE ET DE PREVOYANCE ATTN: L.E. AUBERGER 30 AVENUE PIRRE MENDES-FRANCE PARIS  75013 FRANCE |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: FCP GROUPAMA DYNAMISME 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: FCP GROUPAMA EQUILIBRE 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM |
| NYKREDIT BANK A/S | KALVEBOD BRYGGE 1-3 COPENHAGEN V  DK-1780 DENMARK |
| NYKREDIT BANK A/S | PLESNER LAW FIRM RE: NYKREDIT BANK A/S ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN  DK-2100 DENMARK |
| OBEROSTERREICHISCHE VERSICHERUNG AG | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| OBEROSTERREICHISCHE VERSICHERUNG AG, AUSTRIA | SEWARD & KISSEL LL.P.; C/O RONALD COHEN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ORANJE-NASSAU ENERGIE BV | C/O LISA BECKERMAN AKIN GUMP STAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |

TIME: 13:59:18
DATE: 06/03/10
08-13555-mg    Doc 9426    Filed 06/04/10    Entered 06/04/10 16:16:06    Main Document
Pg 11 of 14
LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING
PAGE: 5

```
Name                                          Address

RBS SECURITIES JAPAN LIMITED                  TRANSFEROR: AIU INSURANCE COMPANY JAPAN BRANCH ATTN: JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING
                                              1-6-2 MARUNOUCHI CHIYODA-KU TOKYO  100-0005 JAPAN
RBS SECURITIES JAPAN LIMITED                  TRANSFEROR: AIU INSURANCE COMPANY JAPAN BRANCH ATTN: JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING
                                              1-6-2 MARUNOUCHI CHIYODA-KU TOYKO  100-0005 JAPAN
SAGEBRUSH OIL & GAS LLC                       400 W. ILLINOIS SUITE 950 MIDLAND TX 79701
SAPHIR FINANCE PLC SERIES 2007-2              C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
                                              LONDON  E14 5AL ENGLAND
SAPHIR FINANCE PLC SERIES 2007-2              ROBERTO SARO FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO PIAZZA DUOMO 15 PADOVA  35141 ITALY
SAPHIR FINANCE PLC SERIES 2007-2              MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SEA PORT GORUP SECURITIES LLC                 TRANSFEROR: VARDE FUND VII-B, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                 TRANSFEROR: FONDIARIA-SAI S.P.A. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: MILANO ASSICURAZIONI S.P.A. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: SYSTEMA VITA COMPAGNIA DI ASSICURAZIONI S.P.A. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE FUND IX, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE FUND IX-A, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE FUND V-B, L.P. , THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE FUND VIII, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017

SPCP GROUP, L.L.C.                            RONALD S. BEACHER, ESQ. DAY PITNEY 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                            RONALD S. BLEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                            TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P AS AGENT FOR SILVER POINT CAPITAL FUNS, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD.
                                              660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.                            TRANSFEROR: BALESTRA CAPITAL PARTNERS, L.P As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd
                                              660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.                            TRANSFEROR: SOUTHERN COMMUNITY BANK AND TRUST AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD
                                              660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.                            TRANSFEROR: SOUTHERN COMMUNITY FINANCIAL CORPORATION AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL
                                              OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C. AS AGENT AND               C/O DAY PITNEY LLC ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
  SUCCESSOR
SPCP GROUP, L.L.C., AS AGENT FOR SILVER       SILVER POINT CAPITAL OFFSHORE FUND, LTD., ASN AS SUCCESSOR TO ARCHE MASTER FUND, L.P. C/O DAY PITNEY LLC
  POINT CAPITAL FUND, L.P. AND                ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               RONALD S BEACHER, ESQ DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               TRANSFEROR: GOLDMAN SACHS & CO ATTN: ADAM J DEPANFILIS C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC, AS AGENT FOR SILVER          POINT CAPITAL OFFSHORE FUND, LTD., AND AS SUCCESSOR TO POPULAR HIGH- GRADE FIXED INCOME FUND, INC. C/O DAY PITNEY LLP
  POINT CAPITAL FUND, LP AND SILVER           ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC., AS AGENT FOR SILVER         SILVER POINT CAPITAL OFFSHORE FUND, LTD., AND AS SUCCESSOR TO POPULAR HIGH-GRADE FIXED INCOME FUND, INC., C/O DAY PITNEY LLP
  POINT CAPITAL FUND, L.P., AND               ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036

STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                              885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON
                                              885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                              885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
```

TIME: 13:59:18
DATE: 06/03/10

08-13555-mg    Doc 9426    Filed 06/04/10    Entered 06/04/10 16:16:06    Main Document
Pg 12 of 14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 6

| Name | Address |
|---|---|
| STONEHILL MASTER FUND LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| SYSTEMA VITA COMPAGNIA DI ASSICURAZIONI S.P.A. | ATTN: JOHN A PINTARELLI, ESQ. C/O MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| UBS AG, LONDON BRANCH | TRANSFEROR: ILLIQUIDX LTD ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP ENGLAND |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: INVESTCORP FIXED INCOME RELATIVE VALUE FUND LTD ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UGF BANCA S.P.A. | PIAZZA DELLA COSTITUZIONE, 2 BOLOGNA 40128 ITALY |
| VARDE FUND V-B, L.P. , THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: KATHY C. RICKE 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| YORVIK PARTNERS LLP | TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY |
| YORVIK PARTNERS LLP | TRANSFEROR: OBEROSTERREICHISCHE VERSICHERUNG AG, ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed     243

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153