**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:    (212) 589-4201
Richard J. Bernard, Esq.

and

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Donald A. Workman, Esq.

*Attorneys for Metavante Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                                                    Debtors. | Case No.  08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Metavante Corporation, by and through its undersigned counsel, files this notice of withdrawal of proofs of claim pursuant to Federal Rule of Bankruptcy Procedure 3006 (the "Withdrawal Notice") and hereby withdraws with prejudice Proofs of Claim Nos. 24183 and 24264 filed on September 21, 2009.

As of the date of this Withdrawal Notice, Metavante Corporation is unaware of any objection to the Proofs of Claim, and no adversary complaint has been filed against Metavante Corporation in any of the jointly administered Debtors' cases.

103424296.1

   Metavante has not accepted or rejected a plan proposed in any of the Debtors' cases and has not participated significantly in the Debtors' cases.

| | |
|---|---|
| Dated: June 4, 2010<br>     New York, New York | BAKER & HOSTETLER LLP<br>*Attorneys for Metavante Corporation* |

By: */s/ Richard J. Bernard*
   Richard J. Bernard
45 Rockefeller Plaza
New York, New York  10111
Telephone:  (212) 589-4200
Facsimile:   (212) 589-4201

and

Donald A. Workman
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone:  (202) 861-1500
Facsimile:   (202) 861-1783