B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.    ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, Stamford Branch | Tidal Energy Marketing Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
677 Washington Blvd, Stamford CT 06901
Attn: Darlene Arias/Craig Pearson/BPS

Court Claim # (if known):  14959
Amount of Claim:  $3,586,924.82
Date Claim Filed:  11/26/2008

Phone:  +203 719-3000
Last Four Digits of Acct #: _____

Phone:  +403 266-8318
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Darlene Arias/Stephen Scanapieco           Date:  06/03/2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

TIDAL ENERGY MARKETING INC., a company organized under the laws of Canada, with offices located at 3000, 425 – 1st Street SW, Calgary, Alberta ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG Stamford Branch, its successors and assigns, with offices located at 677 Washington Boulavard Stamford, Ct. 06901 ("Buyer"), a ratable portion equal to $3,586,924.82 of all right, title and interest in and to the claims of Seller against [LEHMAN BROTHERS COMMODITY SERVICES INC.], docketed as Claim No. 14959_____ (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13855

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of May, 2010.

**SELLER:**

TIDAL ENERGY MARKETING INC.

By: _____
Name: VERN D. YU
Title: VICE PRESIDENT

By: _____
Name: Glen Tannas
Title: Director, Finance

**BUYER:**

UBS AG Stamford Branch

By: _____           By: _____
Name: Daniel J. Fromm         Name:
Title: Managing Director      Title:

- 17 -