LATHAM & WATKINS LLP
Mark Broude
885 Third Ave
New York, NY 10022-4834
Telephone: (213) 906-1200
Facsimile: (213) 751-4864
mark.broude@lw.com

Tad Freese
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
tad.freese@lw.com

Attorneys for Advanced Micro Devices, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors | Chapter 11<br><br>Cas No. 08-13555 (JMP)<br><br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 62468
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006**

| | |
|---|---|
| Creditor Name and Address | Advanced Micro Devices, Inc.<br>7171 Southwest Parkway. B100.3<br>Austin, TX 78735<br>Attention: Chris Jacobs, Assistant General Counsel |
| Debtor | Lehman Brothers Holdings Inc. |
| Court Claim Number | 62468 |
| Date Claim Filed | September 17, 2009 |
| Total Amount of Claim Filed | U.S.$30,000,000 |

LA\2102916.4

Advanced Micro Devices, Inc. ("Creditor"), by its attorneys, Latham & Watkins LLP, hereby files this notice of withdrawal of the claim referenced above pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure (the "Withdrawal Notice").  Creditor hereby withdraws the claim referenced above and hereby authorizes the Clerk of this Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.  In support of this Withdrawal Notice, Creditor states the following:

1. As of the date of this Withdrawal Notice, no objection has been filed to the claim, and no adversary complaint has been filed against Creditor in any of the jointly administered Lehman Brothers debtor cases.

2. Creditor has not accepted or rejected a plan proposed in any of the debtors' cases and has not participated significantly in Lehman Brothers Holdings Inc.'s case or any of the jointly administered Lehman Brothers debtor cases.

3. Accordingly, by filing this Withdrawal Notice, Creditor is entitled, as of right, and does hereby withdraw, with prejudice, the above referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

For the avoidance of doubt, this Withdrawal Notice shall not affect any other claims of Creditor against Debtor.

LA\2102916.4

                                                    Respectfully submitted,

Dated: June _7_, 2010                  LATHAM & WATKINS LLP

                                                By: /s/ Mark Broude
                                                     Mark Broude
                                                     885 Third Ave
                                                     New York, NY 10022-4834
                                                     Telephone: (213) 906-1200
                                                     Facsimile: (213) 751-4864
                                                     mark.broude@lw.com

                                               *Attorneys for Advanced Micro Devices, Inc.*

LA\2102916.4