B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            )  Chapter 11
                                                                  )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          )  Case No. 08-13555 (JMP)
                                                                  )
                                                                  )
                                                                  )
         Debtors                                                  )  (Jointly Administered)
------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Morgan Stanley Japan Securities Co., Ltd. | The Okinawa Kaiho Bank, Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Yebisu Garden Place Tower,
4-20-3 Ebisu, Shibuya-ku, Tokyo
150-6008

Phone: 813-5424-7800

Court Claim #: 1659
Amount of Claim: $1,065,530.11
Date Claim Filed: January 12, 2009

With a copy to:
Richards Kibbe & Orbe L.L.P.
One World Financial Center
New York, NY 10281-1003
Attn: Managing Clerk

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

568103.1/892-02581

B 210A (Form 210A) (12/09)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____坂口博昭_____     Date: _05/13/2010_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

568103.1/892-02581

## **EXHIBIT A**

## **PROOF OF CLAIM**

NY493408.2/9999-00999

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers Holdings Inc. | Case Number:<br>08-13555 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
The Okinawa Kaiho Bank, Ltd.

Name and address where notices should be sent:

The Okinawa Kaiho Bank Ltd.
2-9-12 Kumoji, Naha City, Okinawa 900-8686, JAPAN

Telephone number:
+81-098-867-2298

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $    1,065,530.11

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Bond__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted c... orders, invoices, itemized stateme... You may also attach a summary. ... a security interest. You may also a...

DO NOT SEND ORIGINAL DOC SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000001659

Date:
01/07/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Seitatsu Kadena, President

FOR COURT USE ONLY

FILED / RECEIVED

JAN 12 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

<Attention>
This translation has been prepared solely for reference purpose, shall not have any binding force.
The original Japanese text will be definitive in case of any divergence in the meaning.

---

作成日：2008/11/14
*Making Date:2008/11/14*

振替口座簿記録事項証明書（基準日残高）
*Transfer Account Book Recorded Matters Certification*
**[TRANSLATION]**

株式会社沖縄海邦銀行　御中
*To: THE OKINAWA KAIHO BANK, LTD.*

口座管理機関
*Account Management Institution*

資産管理サービス信託銀行株式会社
*Trust & Custody Services Bank, Ltd.*

振替口座簿に下記の通り記録されている事を証明いたします。
*We hereunder certify the records of Transfer Account Book.*

記

基準日　　：　2008年9月16日
*Date : as of 16th of September, 2008*

口座番号　：　2700700
*Account No. : 2700700*

口座名称　：　株式会社沖縄海邦銀行（公社債口）
*Account Name : THE OKINAWA KAIHO BANK, LTD.(Public & Corporate Bonds Account)*

口座区分　：　自己口（保有口1）
*Account Classifications : Own Account ( Holding Account 1 )*

氏名又は名称　：　株式会社沖縄海邦銀行
*Name : THE OKINAWA KAIHO BANK, LTD.*

住所　：　沖縄県那覇市久茂地2丁目9番12号
*Address : 2-9-12 Kumoji Naha-city Okinawa-prefecture*

(単位：千円)
*Unit: thousand of yen*

| 項番 | 銘柄コード | 銘柄名称 | 課税区分 | 残高 | 内)凍結分 | 実質残高 | 備考 |
|---|---|---|---|---|---|---|---|
| *Ref No.* | *Issue code* | *Security Name* | *Taxation Classification* | *Nominal Amount* | *Detail Freezing Amount* | *Actual Amount* | *Remarks* |
| 1 | JP584117A762 | リーマン・ブラザーズ・ホールディングス・インク第6回円貨社債(2007) | 源泉徴収不適用 | ￥100,000 | ￥0 | ￥100,000 | |
| 1 | *JP584117A762* | *Lehman Brothers Holdings Inc. Japanese Yen Bonds – Sixth Series (2007)* | *Withholding Tax Not Applicable* | *￥100,000* | *￥0* | *￥100,000* | |

以上

内)凍結分は比債権者兼会社内容証明書の交付対象残高及び裁判所の差押命令による差押残高として抵当及び抹消の制限を受けるものを指します。
実質残高は定時償還債の場合には定時償還後の残高となります。

*Details) "The Freezing Amounts" indicates that the ownership of the bond is restricted due to court order, etc.*
*In case of Fixed Date Redemption Corporation Bonds, "Actual Amount" means current amount after amortization.*

## EXHIBIT B

**EVIDENCE OF TRANSFER OF CLAIM**

NY493408.2/9999-00999

**EVIDENCE OF TRANSFER OF CLAIM**

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Okinawa Kaiho Bank, Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Morgan Stanley Japan Securities Co., Ltd. (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 1659)  filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 18th day of March 2009.

The Okinawa Kaiho Bank, Ltd.
By: _____
Name: Seitatsu Kadena
Title: President


Morgan Stanley Japan Securities Co., Ltd.
By:    坂口博昭
Name:  Hiroaki Sakaguchi
Title:  Executive Director

NY493408.2/9999-00999

## EXHIBIT C

<u>Address for Notices</u>:

Morgan Stanley Japan Securities Co., Ltd. ("Transferee")
Yebisu Garden Place Tower, 4-20-3 Ebisu, Shibuya-ku, Tokyo 150-6008

NY493408.2/9999-00999