### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HIGHLAND CREDIT OPPORTUNITIES CDO, L.P.

HIGHLAND CREDIT OPPORTUNITIES CDO, L.P, a limited partnership, having offices located at 13455 Noel Road, Suite 800, Dallas, Texas ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., a national banking association, having offices at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $5,062,000.00, docketed as Claim No. 66703 which amended Claim No. 13204 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __8__ day of __June__, 2010.

**HIGHLAND CREDIT OPPORTUNITIES CDO, L.P**
By: Highland Credit Opportunities CDO GP, L.P., its General Partner
By: Highland Credit Opportunities CDO GP, LLC, its General Partner
By: Highland Capital Management, L.P., its Sole Member
By: Strand Advisors, Inc., its General Partner

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name: __JASON POST__
Title: __OPERATIONS DIRECTOR__
Tel.:_____

**JPMORGAN CHASE BANK, N.A.**

WITNESS:
_/s/ Alexander Wilk_
(Signature)

Name: _Alexander Wilk_
Title: _Associate_
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name: Dorian Herrera
Title: Authorized Signatory
Tel.:_____

17