ROPES & GRAY LLP
James A. Wright III (JW 3007)
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for the Putnam Funds*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                   :
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*            :    Case No. 08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that the funds identified below (the "Putnam Funds"), by and through their undersigned counsel, hereby withdraw the following proofs of claim:

| Fund Name | Claim Number | Debtor | Claim Amount | Date Filed |
|---|---|---|---|---|
| Putnam Variable Trust – Putnam VT International Equity Fund | 28940 | Lehman Brothers Holdings Inc. | $577,372.60 | 9/22/2009 |
| Putnam Variable Trust – Putnam VT International Equity Fund | 28941 | Lehman Brothers Special Financing Inc. | $577,372.60 | 9/22/2009 |
| Putnam Variable Trust – Putnam VT International New Opportunities Fund | 28950 | Lehman Brothers Holdings Inc. | $182,954.17 | 9/22/2009 |
| Putnam Variable Trust – Putnam VT International New Opportunities Fund | 28951 | Lehman Brothers Special Financing Inc. | $182,954.17 | 9/22/2009 |

24663353_4.DOC

| Fund Name | Claim Number | Debtor | Claim Amount | Date Filed |
|---|---|---|---|---|
| Putnam Variable Trust – Putnam VT International Growth and Income Fund | 29124 | Lehman Brothers Holdings Inc. | $633,668.21 | 9/22/2009 |
| Putnam Variable Trust – Putnam VT International Growth and Income Fund | 29125 | Lehman Brothers Special Financing Inc. | $633,668.21 | 9/22/2009 |
| Putnam Income Strategies Fund | 43786 | Lehman Brothers Holdings Inc. | $578,221.53 | 10/22/2009 |
| Putnam Income Strategies Fund | 43787 | Lehman Brothers Special Financing Inc. | $578,221.53 | 10/22/2009 |
| Putnam Floating Rate Income Fund | 28954 | Lehman Brothers Holdings Inc. | $8,558.48 | 9/22/2009 |
| Putnam Floating Rate Income Fund | 28955 | Lehman Brothers Special Financing Inc. | $8,558.48 | 9/22/2009 |
| Putnam Europe Equity Fund | 28956 | Lehman Brothers Holdings Inc. | $84,810.80 | 9/22/2009 |
| Putnam Europe Equity Fund | 28957 | Lehman Brothers Special Financing Inc. | $84,810.80 | 9/22/2009 |
| Putnam Funds Trust – Putnam International Growth and Income Fund | 29120 | Lehman Brothers Holdings Inc. | $1,725,298.77 | 9/22/2009 |
| Putnam Funds Trust – Putnam International Growth and Income Fund | 29121 | Lehman Brothers Special Financing Inc. | $1,725,298.77 | 9/22/2009 |
| Putnam International Equity Fund | 28958 | Lehman Brothers Holdings Inc. | $3,469,038.72 | 9/22/2009 |
| Putnam International Equity Fund | 28959 | Lehman Brothers Special Financing Inc. | $3,469,038.72 | 9/22/2009 |

24663353_4.DOC

|  |  |
|---|---|
| Dated: June 8, 2010<br>Boston, Massachusetts | Respectfully submitted,<br><br>ROPES & GRAY LLP<br><br>/s/  James A. Wright III<br>James A. Wright III (JW 3007)<br>One International Place<br>Boston, MA  02110-2624<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br><br>*Attorneys for the Putnam Funds* |