B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re. <u>Lehman Brothers Holdings Inc., et. al.,</u>  Case No. <u>08-13555 (JMP)</u>
Debtors                                          (Jointly Admistered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed.R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Groupama Asset Management on behalf of <u>Groupama Gan Vie</u>
Name of Transferee

Groupama Asset Management on behalf of <u>Groupama Vie</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Gide Loyrette Nouel LLP
Attn: Vanessa Tollis, Esq.
120 West 45th Street, 19FL
New York, NY 10036

Court Claim # (if known): <u>17266</u>
Amount of Claim: <u>$5,099,947.22</u>
Date Claim Filed: <u>9/18/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 403-6700</u>
Last Four Digits of Acct#:_____

Phone: <u>(212) 403-6700</u>
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Groupama Asset Management on behalf of
Groupama Gan Vie
58 bis rue la Boetie
75008 Paris France

Phone: <u>(212) 403-6700</u>
Last Four Digits of Acct#:_____

WS0501.451063.1

TO: THE DEBTOR AND THE BANKRUPTCY COURT

RE: NOTICE OF TRANSFER FROM ORIGINAL CLAIMANT TO SUCCESSOR CLAIMANT DUE TO INTERNAL REORGANIZATION

Pursuant to an internal reorganization the original claimant, Groupama Vie (the "Original Claimant") has been merged into its affiliate Groupama Gan Vie, formerly known as Gan Assurances Vie Companie Française d'Assurances Vie Mixte (the "Successor Claimant"), with Groupama Asset Management acting on behalf of the Original Claimant before the reorganization and on behalf of the Successor Claimant after the reorganization. Pursuant to such internal reorganization, all the right, title, interest, claims and causes of action in and to, or arising under or in connection with the claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 17266), in the principal amount of $4,793,746.64, plus applicable fees and expenses, including without limitation, attorney's fees, and applicable interest (for a total of at least $5,099,947.22 as of the date the claim was filed) (the "Claim"), filed by Groupama Asset Management acting as management company on behalf of the Original Claimant are now held by Groupama Asset Management acting as management company on behalf of the Successor Claimant.

Groupama Asset Management acting as management company on behalf of the Successor Claimant waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court to Groupama Asset Management acting as management company on behalf of the Successor Claimant, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Groupama Asset Management acting as management company on behalf of the Successor Claimant acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without notice to the Original Claimant (now the Successor Claimant) transferring the Claim to the Successor Claimant and recognizing the Successor Claimant as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered to the Successor Claimant.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM BY WAY OF AN INTERNAL REORGANIZATION TO THE SUCESSOR CLAIMANT is executed this ___ day of June, 2010.

Groupama Asset Management
On behalf of Groupama Gan Vie

_____
Francis AILHAUD
Chief Executive Officer

WS0501.455480 1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __07 day of June 2010__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

WS0501 451063 1