KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Marc E. Kasowitz
Michael J. Bowe
Albert S. Mishaan

Special Counsel for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
In re                                            :    Chapter 11
                                                 :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :
                                                 :    Jointly Administered
                    Debtors.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF ADJOURNMENT OF HEARING ON OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTIONS TO DEBTORS' SUBPOENA *DUCES TECUM* DATED APRIL 10, 2010

PLEASE TAKE NOTICE, that the hearing on relief requested in Och-Ziff Capital Management Group LLC's ("Och-Ziff") objection to Debtors' subpoena *duces tecum* dated April 12, 2010 (the "Objection"), which was scheduled for June 16, 2010, at 10:00 a.m. EST, **has been adjourned to August 18, 2010 at 10:00 a.m. EST**, with the consent of the parties. The hearing on the Objection will be held before the Honorable James M. Peck, in Room 601 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, and such hearing on the Objection may be further adjourned from time to time without further notice other than an announcement at the hearing.

PLEASE TAKE FURTHER NOTICE that the deadline to file any response papers to the Objection will be calculated pursuant to Local Bankruptcy Rule 9006-1.

Dated: New York, New York
June 9, 2010

                              Respectfully submitted,

                              KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                              By: _____
                                 Marc E. Kasowitz
                                 Michael J. Bowe
                                 Albert S. Mishaan
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 (fax)