UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
    Debtors.                                                       :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 6451, 6475,
                                                                       6589, 6693, 7814, 8142, 8739,
                                                                       9177, 9184-9186, 9188, 9190-
                                                                       9191, 9194-9196, 9198-9201,
                                                                       9205-9207, 9209-9212, 9215,
                                                                       9218-9221, 9224, 9226-9228,
                                                                       9233, 9244-9250, 9257, 9270-
                                                                       9271, 9273 & 9279-9280

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of June, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

-2-

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   IGNIS ASSET MANAGEMENT
          50 BOTHWELL STREET
          GLASGOW    G2 6HR
          UNITED KINGDOM

Please note that your claim # 55918 in the above referenced case and in the amount of
        $1,636,237.43         has been transferred **(unless previously expunged by court order)**

          BANC OF AMERICA SECURITIES LLC
          TRANSFEROR: IGNIS ASSET MANAGEMENT
          ONE BRYANT PARK
          ATTN: JON BARNES
          NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6451      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2010.

# EXHIBIT B

```
TIME: 18:41:38                                            LEHMAN BROTHERS HOLDING INC.
DATE: 06/04/10                                                 CREDITOR LISTING                                              PAGE:      1


Name                                           Address
ARISTEIA CAP/ARISTEIA PARTNERS LP              ATTN:ROBERT H. LYNCH, JR. ARISTEIA PARTNERS, L.P. C/O ARISTEIA CAPITAL, LLC 136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016
ARISTEIA MASTER, L.P.                          TRANSFEROR: ARISTEIA CAP/ARISTEIA PARTNERS LP C/O ARISTEIA CAPITAL, L.L.C. ATTN: ROBERT H. LYNCH, JR. MANAGER
                                               136 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10016
BANC OF AMERICA SECURITIES LLC                 TRANSFEROR: IGNIS ASSET MANAGEMENT ONE BRYANT PARK ATTN: JON BARNES NEW YORK NY 10036
BANQUE DE LUXEMBOURG                           ATNN: BERNARD CHARPENTIER 14 BOULEVARD ROYAL LUXEMBOURG  L-2449 LUXEMBOURG
BANQUE FEDERATIVE DU CREDIT MUTUEL             ATTN: MARIE-CHRISTINE BOUCHARD CMCIC MARCHES 31 RUE JEAN WENGER VALENTIN STRASBOURG  67000 FRANCE
BANQUE FEDERATIVE DU CREDIT MUTUEL             DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022
BARCLAYS BANK PLC                              ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166
BARCLAYS BANK PLC                              LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                              TRANSFEROR: SERENGETI OVERSEAS LTD 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                              TRANSFEROR: SERENGETI PARTNERS LP 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                              TRANSFEROR: SERENGETI RAPAX MM L.P. 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                              TRANSFEROR: UGF BANCA S.P.A. 745 Seventh Avenue New York NY 10019 USA
BDF LIMITED                                    CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
BDF LIMITED                                    C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830
BLACK RIVER COMMODITY SELECT FUND LTD.         FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402
BLACK RIVER COMMODITY SELECT FUND LTD.         ATTN: MARK RABOGLIATTI C/O BLACK RIVER ASSET MANAGEMENT, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343
BLACK RIVER EMERGING MARKETS CREDIT FUND       TRANSFEROR: BLACK RIVER COMMODITY SELECT FUND LTD. C/O BLACK RIVER ASSET MANAGEMENT LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE
 LTD.                                          MINNETONKA MN 55343
BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER       280 PARK AVENUE, 5TH FLOOR EAST NEW YORK NY 10017
 FUND LP
CARILLON LTD.                                  C/O HSBC BANK (CAYMAN) LIMITED HSBC HOUSE, 68 WEST BAY ROAD PO BOX 1109GT GEORGE TOWN GRAND CAYMAN    CAYMAN ISLANDS
CFCM LOIRE-ATLANTIQUE & CENTRE-QUEST           ATTN: BACK OFFICE TRESOREIRE- JEAN-LUC MONNIER 46 RUE DU PORT BOYER BP 92636 NANTES CEDEX 3   44326 FRANCE
CFCM LOIRE-ATLANTIQUE & CENTRE-QUEST           DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022
CIGOGNE MANAGEMENT S.A.                        ATTN: MARIE-CHRISTINE BOUCHARD CMCIC MARCHES 31 RUE JEAN WENGER VALENTIN STRASBOURG  67000 FRANCE
CIGOGNE MANAGEMENT S.A.                        DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022
CITIGROUP GLOBAL MARKETS INC                   TRANSFEROR: BDF LIMITED ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                  TRANSFEROR: BDF LIMITED ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CM-CIC ASSET MANAGEMENT                        ATTN: CIRA CHEZ QUEZADA 4 RUE GAILLON PARIS  75002 FRANCE
CM-CIC ASSET MANAGEMENT                        DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022
CME GROUP INC                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: ELISE SCHERR FREJKA 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036
CME GROUP INC                                  ATTN: LISA DUNSKY-DIRECTOR AND ASSOCIATE GENERAL COUNSEL 20 SOUTH WACKER DRIVE CHICAGO IL 60606
CREDIT DISTRESSED BLUE LINE MASTER FUND,       TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR
 LTD                                           NEW YORK NY 10022
CREDIT DISTRESSED BLUE LINE MASTER FUND,       TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR
 LTD.                                          NEW YORK NY 10022
CREDIT INDUSTRIEL ET COMMERCIAL                ATTN: MARIE-CHRISTINE BOUCHARD CMCIC MARCHES 31, RUE JEAN WENGER VALENTIN STRASBOURG  67000 FRANCE
CREDIT INDUSTRIEL ET COMMERCIAL                ATTN: MARIE-CHRISTINE BOUCHARD CMCIC MARCHES 31, RUE JEAN WENGER VALENTIN STRASBOURG  FRANCE FRANCE
CREDIT INDUSTRIEL ET COMMERCIAL                DOUGLAS P. BARTNER, ESQ & SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
CREDIT INDUSTRIEL ET COMMERCIAL                DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022
CREDIT SUISSE                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                  TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                               SURREY  KT11 2PD UK
CVI GVF (LUX) MASTER S.A.R.L.                  TRANSFEROR: BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE, COBHAM
                                               SURREY  KT11 2PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: CME GROUP INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)           TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
GENWORTH LIFE INSURANCE COMPANY                ATTN: PATRICIA MERRILL, ESQ. 6620 WEST BROAD STREET BUILDING 1 RICHMOND VA 23230
GENWORTH LIFE INSURANCE COMPANY                GENWORTH LIFE INSURANCE COMPANY ATTN: PATRICIA MERRILL, ESQ. 6620 WEST BROAD STREET RICHMOND VA 23230
GENWORTH LIFE INSURANCE COMPANY                F/K/A GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY ATTN: PATRICIA MERRILL, ESQ. 6620 WEST BROAD STREET BUILDING 1 RICHMOND VA 23230
GENWORTH LIFE INSURANCE COMPANY                F/K/A GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY C/O HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER
                                               951 EAST BYRD STREET RICHMOND VA 23219




                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 18:41:38
DATE: 06/04/10

08-13555-mg    Doc 9485    Filed 06/09/10    Entered 06/09/10 16:34:19    Main Document
Pg 7 of 10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
|---|---|
| GENWORTH LIFE INSURANCE COMPANY | FKA GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY J.R. SMITH, ESQ HUNTON & WILLIAMS LLP RIVERFRONT PLAZA,EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23230 |
| GENWORTH LIFE INSURANCE COMPANY | J.R. SMITH, ESQ. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| GOLDMAN SACHS INTERNATIONAL | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: GOLDMAN, SACHS & CO. C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GSEF AL NAWRAS (CAYMAN) LIMITED | C/O SCOTT GIBSON DUBAI INTERNATIONAL CAPITAL THE GATE, LEVEL 13, EAST WING PO BOX 72888 SHEIKH ZAYED ROAD DUBAI   UNITED ARAB EMIRATES |
| GSEF AL NAWRAS (CAYMAN) LIMITED | STEVEN ABRAMOWITZ, ESQ. VINSON & ELKINS, LLP 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I | C/O HARBINGER CAPITAL PARTNERS ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022 |
| IGNIS ASSET MANAGEMENT | 50 BOTHWELL STREET GLASGOW   G2 6HR UNITED KINGDOM |
| JP MORGAN CHASE BANK | TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: SUSUM MCNAMARA 1 CHASE MANHATTAN PLAZA FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JP MORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JP MORGAN CHASE BANK NA | TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: SUSAN MCNAMARA 1 CHASE MANHATTAN BANK PLAZA FLOOR 26 MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UGF BANCA S.P.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10005-1401 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LYONNAISE DE BANQUE | ATTN: MARIE-CHRISTINE BOUCHARD CMCIC MARCHES 31, RUE JEAN WENGER VALENTIN STRASBOURG   67000 FRANCE |
| LYONNAISE DE BANQUE | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD WARWICK COURT 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDON |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO   100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| MOORE MACRO FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT LP ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY BANK  INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY BANK  INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE DE LUXEMBOURG ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE DE LUXEMBOURG ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE FEDERATIVE DU CREDIT MUTUEL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CFCM LOIRE-ATLANTIQUE & CENTRE-QUEST ATTN: BRIAN CRIPPS 20 BANK STREET, CANARY WHARF, FLOOR 02 LONDON   E14 4AD UK |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CIGOGNE MANAGEMENT S.A. ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CM-CIC ASSET MANAGEMENT ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: LYONNAISE DE BANQUE ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON   E14 4AD ENGLAND |

TIME: 18:41:38
DATE: 06/04/10
08-13555-mg    Doc 9485    Filed 06/09/10    Entered 06/09/10 16:34:19    Main Document
LEHMAN BROTHERS HOLDING INC.
Pg 8 of 10
CREDITOR LISTING
PAGE:    3

```
Name                                         Address
MOUNT KELLET CAPITAL MANAGEMENT              TRANSFEROR: JPMORGAN CHASE BANK, N.A. 623 FIFTH AVE, 18TH FLOOR NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II, L.P.           TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022
QUINTESSENCE FUND L.P.                       TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND L.P.                                TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND LP                                  TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
RBS SECURITIES JAPAN LIMITED                 TRANSFEROR: MIZUHO SECURITIES CO LTD ATTN: JAEIK OH SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO  100-0005 JAPAN
SERENGETI OVERSEAS LTD                       RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI OVERSEAS LTD                       C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI PARTNERS LP                        RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI PARTNERS LP                        C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                      RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI RAPAX MM L.P.                      C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY 12TH FLOOR NEW YORK NY 10012
SIERRA LIQUIDITY FUND, LLC                   TRANSFEROR: US INFORMATION SYSTEMS INC. 2699 WHITE RD., SUITE # 255 IRVINE CA 92614
STONE LION PORTFOLIO LP                      TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR
                                             NEW YORK NY 10017
STONE LION PORTFOLIO LP                      TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD. STONE LION CAPITAL PARTNERS LP ATTN: CLAUDIA BORG 461 FIFTH AVENUE, 14TH FLOOR
                                             NEW YORK NY 10017
TACONIC CAPITAL PARTNERS 1.5 L.P.            TRANSFEROR: JP MORGAN CHASE BANK C/O TACONIC CAPITAL ADVISORS, LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.            TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: TIM ANDRIKS 450 PARK AVE NEW YORK NY 10022
TACONIC MARKET DISLOCATION FUND II LP        TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TACONIC MARKET DISLOCATION MASTER FUND       TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
 II L.P.
TACONIC OPPORTUNITY FUND L.P.                TRANSFEROR: JP MORGAN CHASE BANK C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE,8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                TRANSFEROR: JP MORGAN CHASE BANK NA C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND LP                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: TIM ANDRIKS 450 PARK AVE NEW YORK NY 10022
TOKAI TOKYO SECURITIES CO, LTD               TOKAI TOKYO SECURITIES CO, LTD 17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO  104-8317 JAPAN
TOKAI TOKYO SECURITIES CO, LTD               6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO  103-8275 JAPAN
UGF BANCA S.P.A.                             PIAZZA DELLA COSTITUZIONE, 2 BOLOGNA  40128 ITALY
US INFORMATION SYSTEMS INC.                  35 WEST JEFFERSON AVENUE PEARL RIVER NY 10965


Total Number of Records Printed         111
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153