UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                             :     Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :     08-13555 (JMP)
                                                  :
                        Debtors.                  :
                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 9293 &
                                                        9294

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 8, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                           /s/ Lauren Rodriguez
9th day of June, 2010                             Lauren Rodriguez

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9293 & 9294_Aff 06-08-10.doc

# EXHIBIT A

```
In re                                    |  Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (JMP)
                                         |
                                         |  (Jointly Administered)
              Debtors.                   |
                                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT
          FUND
          ATTN: GARY S. COHEN/RONAL TOROK
          C/O BANK OF AMERICA MERRILL LYNCH
          BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
          NEW YORK NY 10036
```

Please note that your claim # 32623-03 in the above referenced case and in the amount of
        $107,935.10        has been transferred **(unless previously expunged by court order)**

```
          MONARCH MASTER FUNDING LTD                        MONARCH MASTER FUNDING LTD
          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
          C/O MONARCH ALTERNATIVE CAPITAL LP
          535 MADISON AVE, 26TH FLOOR
          NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9293    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re |
| |
| LEHMAN BROTHERS HOLDINGS INC., et al., |
| |
| Debtors. |

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   MERRILL LYNCH CREDIT PRODUCTS, LLC
          TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS
          CONTRARIAN PORTFOLIO
          ATTN: GARY S. COHEN/RONAL TOROK
          C/O BANK OF AMERICA MERRILL LYNCH
          BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
          NEW YORK NY 10036

Please note that your claim # 32620-03 in the above referenced case and in the amount of
        $1,133,909.18       has been transferred **(unless previously expunged by court order)**

          MONARCH MASTER FUNDING LTD                                              MONARCH MASTER FUNDING LTD
          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
          C/O MONARCH ALTERNATIVE APITAL LP
          ATTN: MICHAEL GILLIN
          535 MADISON AVE, 26TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9294     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 6, 2010.

# EXHIBIT B

| | |
|---|---|
| Merrill Lynch Credit Products, LLC<br>Transferor: Janus Capital Management LLC<br>On Behalf of Pacific Select Fund<br>Attn: Gary S. Cohen/Ronal Torok<br>C/O Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | Merrill Lynch Credit Products, LLC<br>Transferor: Janus Capital Management LLC<br>On Behalf of ING Janus Contrarian Portfolio<br>Attn: Gary S. Cohen/Ronal Torok<br>C/O Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 |
| Monarch Master Funding LTD<br>Transferor: Merrill Lynch Credit Products, LLC<br>C/O Monarch Alternative Capital LP<br>535 Madison Ave, 26th Floor<br>New York, NY 10022 | Monarch Master Funding LTD<br>Transferor: Merrill Lynch Credit Products, LLC<br>C/O Monarch Alternative Apital LP<br>ATTN: Michael Gillin<br>535 Madison Ave, 26th Floor<br>New York, NY 10022 |

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153