SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Henry Weisburg
Brian H. Polovoy

*Attorneys for Nomura Global Financial Products, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
**In re:** : **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** : Case No. 08 – 13555 (JMP)
:
**Debtors.** : (Jointly Administered)
:
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        )   ss.:
COUNTY OF NEW YORK      )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On June 9, 2010, I caused to be served via hand delivery, to the parties list <u>Exhibit A</u> annexed hereto, true and correct copies of *Objection of Nomura Global Financial Products, Inc. to the Motion of Debtors and Debtors in Possession for Entry of an Order, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 1001, 7042 and 9014, to Consolidate Certain Proceedings and Establish Related Procedures.*

NYDOCS03/908946.1                    1

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 9th day of June, 2010.

RYAN KNUTSON
Notary Public, State of New York
No. 02KN6209396
Qualified in New York County
Commission Expires July 27, 20__

**Exhibit A**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004


Jayant W. Tambe
Corinne Ball
Aviva Warter Sisitsky
Jones Day
222 East 41st Street
New York, New York 10017


Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153


Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005