*original*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

:

**In re : Chapter 11 Case No.**

:

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : **08-13555 (JMP)**

:

**Debtors. : (Jointly Administered)**

:

-------------------------------------------------------------------x

**TO THE CLERK**
**PLEASE DOCKET THE ATTACHED**



**C&S
Wholesale
Grocers** _____

April 21, 2010

William Kuntz, III
India Street
P.O. Box 1801
Nantucket Island, Massachusetts 02554-1801



RECEIVED
JUN - 7 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

                Re:  Request for Information

Dear Mr. Kuntz:

I am writing this letter in response to our prior conversation and your request for
information related to a transaction involving C&S Wholesale Grocers, Inc. ("C&S") and
Grand Union Markets, LLC (the "Transaction"). Please be advised that C&S is not a
party to, or otherwise involved in, the matter entitled *In Re: Lehman Brothers Holdings,
Inc.*, which is pending in the New York Southern District Court. As such, C&S is neither
required nor willing to provide you with the information you have requested concerning
the Transaction. You may avail yourself of the publicly available bankruptcy court
records for any and all information relative to the Transaction.

In addition, I respectfully request that you cease and desist from contacting C&S, its
senior representatives, and C&S' counsel related to the Transaction, Landis Rath &
Cobb, LLP. Your repeated communication with C&S, senior representatives of C&S,
and Richard S. Cobb, Esq., is unwelcome and constitutes interference with our normal
business operations. To the extent you insist on communicating with any of the
aforementioned persons or entities regarding the Transaction, C&S will consider taking
legal action against you to prevent such further harassment.

Thank you for your time and attention to this matter.

Sincerely,

Linda M. Peruzzi
Corporate Counsel

Copies to:
Richard S. Cobb, Esq.

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EB79 6270 010U S**
Class: **Express Mail**®
Status: **Delivered**

Your item was delivered at 9:17 AM on May 20, 2010 in NANTUCKET, MA 02554. The item was signed for by W KUNTZ.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Detailed Results:

* **Delivered, May 20, 2010, 9:17 am, NANTUCKET, MA 02554**
* **Notice Left, April 22, 2010, 11:03 am, NANTUCKET, MA 02554**
* **Arrival at Pick-Up-Point, April 22, 2010, 11:03 am, NANTUCKET, MA 02554**
* **Out for Delivery or Available at PO Box, April 22, 2010, 9:01 am, NANTUCKET, MA 02554**
* **Sorting Complete, April 22, 2010, 8:31 am, NANTUCKET, MA 02554**
* **Arrival at Post Office, April 22, 2010, 8:06 am, NANTUCKET, MA 02554**
* **Processed through Sort Facility, April 22, 2010, 4:58 am, WAREHAM, MA 02571**
* **Processed through Sort Facility, April 21, 2010, 6:51 pm, MANCHESTER, NH 03103**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          6/3/2010

