NIXON PEABODY LLP
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas
and Deutsche Bank National Trust Company,
each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee
and in other related fiduciary capacities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 18537
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

| | |
|---|---|
| Creditor Name and Address: | Deutsche Bank Trust Company Americas<br>60 Wall Street, 26th Floor<br>Mail Stop NYC60-2606<br>New York, NY 10005 |
| Debtor: | Lehman Brothers Special Financing Inc. |
| Claim Number: | 18537 |
| Date Claim Filed: | September 18, 2009 |
| Amount of Claim Filed: | Unliquidated |

Deutsche Bank Trust Company Americas, as successor to Bankers Trust Company, as Security Trustee of Embarcadero Aircraft Securitization Trust (the "Creditor"), by its attorneys, Nixon Peabody

13026697.1

LLP, hereby files this notice of withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

The Creditor hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated: New York, New York
       June 10, 2010

> Respectfully Submitted,
>
> By: /s/ David H. Lee
> David H. Lee
> NIXON PEABODY LLP
> 437 Madison Avenue
> New York, NY 10022
> Telephone: (212) 940-3000
> Facsimile: (212) 940-3111
>
> and
>
> Amanda D. Darwin
> Richard C. Pedone (admitted *pro hac vice*)
> NIXON PEABODY LLP
> 100 Summer Street
> Boston, MA 02110
> Telephone: (617) 345-1000
>
> *Counsel to Deutsche Bank Trust Company Americas, and Deutsche Bank National Trust Company, each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee and in other related fiduciary roles*