UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

Viann Corbin, being first duly sworn, deposes and says:

I am not a party to this action; am over eighteen (18) years of age and reside in Mission Viejo, California; that on the 10th day of June 2010, I served the following documents:

1.  **SunCal Appellants' Reply To Opposition To Motion For Stay Pending Appeal Of Order Approving Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC** *And* **For Stay Pending Appeal Of Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal;**

///

///

MAINDOCS-#147227-v1-SCCLehmanNYCertServiceReplyStayPendingAppeal.DOC

2.      **Supplemental Declaration Of Sean O'Keefe In Support Of SunCal Appellants' Reply To Opposition To Motion For Stay Pending Appeal Of Order Approving Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC *And* For Stay Pending Appeal Of Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay And Notice Of Appeal; and**

3.      **Declaration Of Robert Starkman In Support Of SunCal Appellants' Reply Re Motion For Stay Pending Appeal Of Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC *And* For Stay Pending Appeal Of Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay does not Apply; or, in The Alternative, Granting Relief From Stay And Notice Of Appeal**

**ON THE FOLLOWING PARTIES VIA E-MAIL:**

Milbank, Tweed, Hadley & McCloy LLP, Dennis F. Dunne, Evan Fleck and Dennis O'Donnell:

**E-MAIL: dodonnel@milbank.com; efleck@milbank.com; ddunne@milbank.com;**

Weil, Gotshal & Manges, LLP, Edward Soto, Shai Waisman, Richard Krasnow; Lori Fife:

**E-MAIL: Edward.soto@weil.com; shai.waisman@weil.com; Richard.Krasnow@weil.com; Lori.fife@weil.com**

Pachulski, Stang, Ziehl & Jones, Richard Pachulski, Dean Ziehl and Shirley Cho:

**E-MAIL: rpachulski@pszjlaw.com; dziehl@pszjlaw.com; scho@pszjlaw.com**

///

**Party in interest:** Fenway Capital, represented by Dewey & LeBoeuf: John E. Schreiber,

Richard Reinthaler: jschreiber@dl.com; rreinthaler@dl.com

| Via Overnight Delivery: | Via Overnight Delivery |
|---|---|
| Honorable James M. Peck | U.S. Trustee for the |
| United States Bankruptcy Court | Southern District of New York, |
| One Bowling Green | Attn: Andy Velez-Rivera, Paul Schwartzberg |
| New York, NY 10004 | 33 Whitehall St., 21st Fl. |
|  | New York, NY 10004 |

Executed this 10th day of June, 2010 at Newport Beach, California.

_____
Viann Corbin

STATE OF CALIFORNIA    )
                       )
COUNTY OF ORANGE       )

On June 10, 2010, before me, Susan L. Connor, personally appeared Viann Corbin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Susan Connor
Notary Public in and for said State

SUSAN L. CONNOR
Commission # 1858393
Notary Public - California
Orange County
My Comm. Expires Jul 19, 2013