ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 220<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20013 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $148,085.57 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 7, 2010

*[signature]*

Print Name: Sandra E. Horwitz

Title if Applicable: Vice President

FILED / RECEIVED
JUN 1 1 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

NY3 - 512027.01