B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Special Financing Inc.          Case No. 08-13888 (JMP)
                                                      (Jointly Administrator)

## **PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the partial transfer, other than for security, of the claim referenced in this evidence and notice.

JPMorgan Chase Bank, N.A.                    Monarch Master Funding Ltd.
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 32624
should be sent:                                  Amount of Claim: USD $90,622.45

JPMorgan Chase Bank, N.A.                    Date Claim Filed: 9/22/09
One Chase Manhattan Plaza, 26th Fl.
New York, New York  10005
Attn: Susan McNamara
Phone: 212-552-1038                          Phone:

JPMorgan Chase Bank, N.A.
ABA: 021 000 021
SWIFT: CHASUS33
A/C Name: SPS High Yield Loan Trading
A/C#: 544 794742

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

                              Michael Economos
By: _____ Authorized Signatory  Date: 6/11/10 _____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7322464v.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Monarch Master Funding Ltd ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to JPMorgan Chase Bank, N.A. ("Purchaser") an undivided pro rata interest in $90,622.45 of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim, in each case as evidenced by Proof of Claim No. 32624 (the "Claim"), filed with the Bankruptcy Court in respect of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to such transfer. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 11th day of June, 2010.

Monarch Master Funding Ltd
By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:    Christopher Santana
         Managing Principa
Title:


JPMorgan Chase Bank, N.A.
MEI: US1L019291

By: _____
Name:
Title:    Michael Economos
          Authorized Signatory

NYI 7296282v.3