UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No.: 08-13555 |
| | ) |
| | ) Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC., et.al | ) |
| | ) **TRANSFER OF CLAIM** |
| Debtors. | ) **BANKRUPTCY RULE 3001(E) (2)** |

PLEASE TAKE NOTICE that the claim(s) of BROAD HOLDINGS, INC. (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $375,000.00, as set forth in proof of claim number 363 filed 10/24/2008 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** BROAD HOLDINGS, INC.

Print Name: Janet T. Hanson      Title: President

Signature: _[signature]_      Date: 06/11/2010

Corrected Address (if req.) 115 East Putnam Avenue, Greenwich, CT 06830

Phone: (203) 983-7520      E-Mail: jthanson@85broads.com

**TRANSFEREE:**
United States Debt Recovery V LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _[signature]_
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et. al

Debtors.

)  Case No.: 08-13555 (JMP)
)
)  (Jointly Administered)
)
)  Chapter 11
)
)  **TRANSFER OF CLAIM**
)  **BANKRUPTCY RULE 3001(E)  (2)**
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)  (2)**

**Name of Proposed Transferor:**
BROAD HOLDINGS, INC.
115 E PUTNAM AVE
GREENWICH, CT 06830

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk