QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
James C. Tecce (JT5910)

*Special Counsel for the Official
Committee Of Unsecured Creditors of
Lehman Brothers Holdings Inc., et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :    Chapter 11 Case
                                                        :
LEHMAN BROTHERS HOLDINGS INC.,                          :    No. 08-13555 (JMP)
et al.                                                  :
                                                        :    Jointly Administered
                         Debtors.                       :
------------------------------------------------------- x

### APPLICATION OF TYLER WHITMER FOR LEAVE TO APPEAR
### *PRO HAC VICE*, PURSUANT TO LOCAL RULE 2090-1(b)

Tyler Whitmer hereby applies pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure for the Southern District of New York, for leave to appear *pro hac vice* and practice before this Court (the "Application") as Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., for and in support thereof respectfully represents as follows:

I am an associate at the law firm, Quinn Emanuel Urquhart & Sullivan, LLP, which maintains an office for the practice of law at 51 Madison Avenue, New York, New York 10010.

I am a member in good standing of the Bar of the State of California and admitted to practice before the United States District Court for the Central District of California.

I am not currently, nor have I ever been, held in contempt of court, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor am I the subject of any pending complaint before this or any other court.

I certify that I am familiar with (a) Title 11 of the United States Code; (b) the Federal Rules of Bankruptcy Procedure; and (c) the Local Rules of Bankruptcy Procedure for the Southern District of New York.

I further certify that I shall adhere faithfully to the New York State Lawyer's Rules of Professional Conduct as adopted by the Appellate Divisions of the State of New York.

The $25.00 filing fee has been submitted to the court with the filing of this Application.


Dated: June 10, 2010                          /s/Tyler Whitmer
       New York, New York                     Tyler Whitmer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | No. 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

## ORDER ADMITTING TYLER WHITMER *PRO HAC VICE*

Upon the Application of Tyler Whitmer for Leave to Appear Pro Hac Vice Pursuant to Local Rule 2090-1(b), filed June 9, 2010 (the "Application"); due and sufficient notice of the Application having been served upon the Office of the United States Trustee; and the Court, having received no opposition or objection to the Application, and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Application is granted in its entirety; and,

**IT IS FURTHER ORDERED** that Tyler Whitmer is admitted, *pro hac vice*, to appear and practice before this Court as Special Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., in these Chapter 11 proceedings.

Dated: June __, 2010
        New York, New York

_____
United States Bankruptcy Judge