JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball
Jayant W. Tambe
Aviva Warter Sisitsky

*Attorneys for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :

In re:                                           :       Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       Case No. 08-13555 (JMP)
                                                :
            Debtors.                         :       (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF SCHEDULING OF MERITS HEARING WITH RESPECT
TO DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 17204 AND 17205**

      **PLEASE TAKE NOTICE** that on April 23, 2010, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), objected to proofs of claim numbers 17204 and 17205 (the "Proofs of Claim") filed by Nomura Global Financial Products, Inc. (the "Claimant") pursuant to the Objection of Debtors and Debtors in Possession to Claims of Nomura Global Financial Products, Inc. (the "Objection").

      **PLEASE TAKE FURTHER NOTICE** that on May 31, 2011 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as counsel may be heard, in accordance with the *Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors*, entered April 19, 2010 [Docket No. 8474] (the "Order"), a copy of which is attached hereto, the United States Bankruptcy Court for the Southern District of New York (the "Court") will commence a Merits Hearing (as defined in the Order) for the purposes of holding an evidentiary hearing on the merits of the Proofs of Claim. The rules and procedures applicable to such Merits Hearing will be set forth in any scheduling order issued by the Court in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtors may further adjourn the Merits Hearing at any time by providing notice to the Court and the Claimant.

Dated: June 11, 2010
New York, New York

                                            Respectfully submitted,

                                            /s/ Jayant W. Tambe
                                            Corinne Ball
                                            Jayant W. Tambe
                                            Aviva Warter Sisitsky
                                            JONES DAY
                                            222 East 41st Street
                                            New York, New York 10017
                                            Telephone:  (212) 326-3939
                                            Facsimile:  (212) 755-7306

                                            *Attorneys for the Debtors and*
                                            *Debtors in Possession*