**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (JMP)
                                                   :
            Debtors.                               :    (Jointly Administered)
                                                   :
----------------------------------------------------------------------x    Ref. Docket Nos. 9441, 9449, 9454

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2010, I caused to be served the:

    a. "Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Make New Debt Investment In 237 Park Avenue Property," dated June 7, 2010 [Docket No. 9441],

    b. "Order to Show Cause and Notice Fixing Hearing Date to Consider Lehman Brothers Holdings Inc.'s Motion, Pursuant to Section 363 of the Bankruptcy Code, for Authority to Make New Debt Investment In 237 Park Avenue Property," dated June 8, 2010 [Docket No. 9449], and

    c. Declaration of Alfredo R. Pérez In Support of Order to Show Cause and Notice Fixing Hearing to Consider Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 363 of the Bankruptcy Code for Authority to Make New Debt Investment In 237 Park Avenue Property," dated June 8, 2010 [Docket No. 9454],

by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ *Panagiota Manatakis*

Sworn to before me this                                Panagiota Manatakis
9th day of June, 2010

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

**Gregory M. Petrick**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6373

**Ingrid Bagby**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000