**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :   Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :   08-13555 (JMP)
                                                 :
        Debtors.                                 :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x   Ref. Docket No. 9487

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2010, I caused to be served the "Notice of Filing of Revised Participation Agreement in Connection with Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Authority to Enter into Settlement Agreement and Participation Agreement with State Street Bank and Trust Company Regarding a Certain 340 Madison Loan and to Pay Funds as Contemplated Thereby," dated June 9, 2010 [Docket No. 9487], by causing true and correct copies to be:

    a) delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Samuel Garcia*
Samuel Garcia

Sworn to before me this
9th day of June, 2010

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\NOF of Revised Participation Agmt_DI 9487_AFF_6-9-10.doc

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | avi.gesser@dpw.com |
| acker@chapman.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| adg@adorno.com | bankruptcy@goodwin.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com |
| aglenn@kasowitz.com | bguiney@pbwt.com |
| agold@herrick.com | bhinerfeld@sbtklaw.com |
| agolianopoulos@mayerbrown.com | bill.freeman@pillsburylaw.com |
| ahammer@freebornpeters.com | bmanne@tuckerlaw.com |
| aisenberg@saul.com | BMiller@mofo.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com |
| alesia.pinney@infospace.com | bpershkow@profunds.com |
| amarder@msek.com | Brendan.Collins@dlapiper.com |
| AMcMullen@BoultCummings.com | Brian.Corey@greentreecreditsolutions.com |
| amenard@tishmanspeyer.com | brian.pfeiffer@friedfrank.com |
| Andrew.Brozman@cliffordchance.com | bromano@willkie.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | btrust@mayerbrown.com |
| ann.reynaud@shell.com | btupi@tuckerlaw.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| aseuffert@lawpost-nyc.com | charles@filardi-law.com |
| ashaffer@mayerbrown.com | charles_malloy@aporter.com |
| ashmead@sewkis.com | charu.chandrasekhar@wilmerhale.com |
| asnow@ssbb.com | chipford@parkerpoe.com |
| atrehan@mayerbrown.com | chris.donoho@lovells.com |
| aunger@sidley.com | christian.spieler@lehman.com |

christopher.schueller@bipc.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com

| | |
|---|---|
| ellen.halstead@cwt.com | ian.levy@kobrekim.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eric.johnson@hro.com | igoldstein@dl.com |
| eschaffer@reedsmith.com | ilevee@lowenstein.com |
| eschwartz@contrariancapital.com | info2@normandyhill.com |
| esmith@dl.com | ira.herman@tklaw.com |
| ezujkowski@emmetmarvin.com | isgreene@hhlaw.com |
| ezweig@optonline.net | israel.dahan@cwt.com |
| fbp@ppgms.com | iva.uroic@dechert.com |
| feldsteinh@sullcrom.com | jacobsonn@sec.gov |
| ffm@bostonbusinesslaw.com | jafeltman@wlrk.com |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| fishere@butzel.com | James.Sprayregen@kirkland.com |
| francois.janson@hklaw.com | jamestecce@quinnemanuel.com |
| frank.white@agg.com | jar@outtengolden.com |
| fsosnick@shearman.com | jason.jurgens@cwt.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gary.ticoll@cwt.com | Jbecker@wilmingtontrust.com |
| gbray@milbank.com | jbeemer@entwistle-law.com |
| george.davis@cwt.com | jbird@polsinelli.com |
| GGraber@HodgsonRuss.com | jbromley@cgsh.com |
| giddens@hugheshubbard.com | jcarberry@cl-law.com |
| gkaden@goulstonstorrs.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.net |
| gravert@mwe.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeannette.boot@wilmerhale.com |
| guzzi@whitecase.com | jeff.wittig@coair.com |
| hanh.huynh@cwt.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| hbeltzer@morganlewis.com | jennifer.demarco@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.gore@shell.com |
| heiser@chapman.com | jeremy.eiden@state.mn.us |
| helmut.olivier@lehman.com | jessica.fink@cwt.com |
| hirsch.robert@arentfox.com | jfalgowski@reedsmith.com |
| hollace.cohen@troutmansanders.com | jfinerty@pfeiferlaw.com |
| holsen@stroock.com | jflaxer@golenbock.com |
| howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| hseife@chadbourne.com | jfreeberg@wfw.com |
| hsnovikoff@wlrk.com | jg5786@att.com |
| hweg@pwkllp.com | jgarrity@shearman.com |

| | |
|---|---|
| jgenovese@gjb-law.com | jsmairo@pbnlaw.com |
| jguy@orrick.com | jstoll@mayerbrown.com |
| jherzog@gklaw.com | jtimko@allenmatkins.com |
| jhiggins@fdlaw.com | jtougas@mayerbrown.com |
| jhorgan@phxa.com | judy.morse@crowedunlevy.com |
| jhuggett@margolisedelstein.com | jwallack@goulstonstorrs.com |
| jhuh@ffwplaw.com | jwang@sipc.org |
| jim@atkinslawfirm.com | jweiss@gibsondunn.com |
| jjoyce@dresslerpeters.com | jwest@velaw.com |
| jjureller@klestadt.com | jwh@njlawfirm.com |
| jkehoe@sbtklaw.com | jwhitman@entwistle-law.com |
| jlamar@maynardcooper.com | k4.nomura@aozorabank.co.jp |
| jlawlor@wmd-law.com | karen.wagner@dpw.com |
| jlee@foley.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlevitin@cahill.com | keckhardt@hunton.com |
| jlipson@crockerkuno.com | keith.simon@lw.com |
| jliu@dl.com | Ken.Coleman@allenovery.com |
| jlovi@steptoe.com | ken.higman@hp.com |
| jlscott@reedsmith.com | kgwynne@reedsmith.com |
| jmaddock@mcguirewoods.com | kiplok@hugheshubbard.com |
| jmazermarino@msek.com | kkelly@ebglaw.com |
| jmcginley@wilmingtontrust.com | klyman@irell.com |
| jmelko@gardere.com | kmayer@mccarter.com |
| jmerva@fult.com | kobak@hugheshubbard.com |
| jmr@msf-law.com | korr@orrick.com |
| john.mcnicholas@dlapiper.com | KOstad@mofo.com |
| john.monaghan@hklaw.com | kovskyd@pepperlaw.com |
| john.rapisardi@cwt.com | kowens@foley.com |
| joli@crlpc.com | kpiper@steptoe.com |
| jorbach@hahnhessen.com | kressk@pepperlaw.com |
| Joseph.Cordaro@usdoj.gov | KReynolds@mklawnyc.com |
| joseph.scordato@dkib.com | kristin.going@dbr.com |
| joshua.dorchak@bingham.com | krosen@lowenstein.com |
| jowen769@yahoo.com | krubin@ozcap.com |
| JPintarelli@mofo.com | kstahl@whitecase.com |
| jpintarelli@mofo.com | kurt.mayr@bgllp.com |
| jporter@entwistle-law.com | lacyr@sullcrom.com |
| jprol@lowenstein.com | Landon@StreusandLandon.com |
| jrabinowitz@rltlawfirm.com | lawallf@pepperlaw.com |
| jrsmith@hunton.com | lberkoff@moritthock.com |
| jschwartz@hahnhessen.com | Lee.Stremba@troutmansanders.com |
| jsheerin@mcguirewoods.com | lgranfield@cgsh.com |
| jshickich@riddellwilliams.com | lhandelsman@stroock.com |

| | |
|---|---|
| linda.boyle@twtelecom.com | mhopkins@cov.com |
| lisa.ewart@wilmerhale.com | michael.bonacker@lehman.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| LJKotler@duanemorris.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| Lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjacobs@pryorcashman.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | MJR1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lthompson@whitecase.com | MLandman@lcbf.com |
| lubell@hugheshubbard.com | mmendez@hunton.com |
| lwhidden@salans.com | mmickey@mayerbrown.com |
| lwong@pfeiferlaw.com | mmooney@deilylawfirm.com |
| mabrams@willkie.com | mmorreale@us.mufg.jp |
| MAOFILING@CGSH.COM | mmurphy@co.sanmateo.ca.us |
| Marc.Chait@standardchartered.com | mneier@ibolaw.com |
| margolin@hugheshubbard.com | monica.lawless@brookfieldproperties.com |
| mark.deveno@bingham.com | mpage@kelleydrye.com |
| mark.ellenberg@cwt.com | mpfeifer@pfeiferlaw.com |
| mark.houle@pillsburylaw.com | mpucillo@bermanesq.com |
| mark.sherrill@sutherland.com | mrosenthal@gibsondunn.com |
| martin.bury@lehman.com | mruetzel@whitecase.com |
| martin.davis@ots.treas.gov | mschimel@sju.edu |
| Marvin.Clements@ag.tn.gov | mschonholtz@willkie.com |
| matthew.klepper@dlapiper.com | mshiner@tuckerlaw.com |
| matthew.morris@lovells.com | mspeiser@stroock.com |
| mbenner@tishmanspeyer.com | mstamer@akingump.com |
| mberman@nixonpeabody.com | mvenditto@reedsmith.com |
| mbienenstock@dl.com | mwarren@mtb.com |
| mbossi@thompsoncoburn.com | ncoco@mwe.com |
| mcademartori@sheppardmullin.com | neal.mann@oag.state.ny.us |
| mcordone@stradley.com | ned.schodek@shearman.com |
| mcto@debevoise.com | newyork@sec.gov |
| mdorval@stradley.com | nfurman@scottwoodcapital.com |
| meltzere@pepperlaw.com | Nherman@morganlewis.com |
| metkin@lowenstein.com | nissay_10259-0154@mhmjapan.com |
| mfeldman@willkie.com | nlepore@schnader.com |
| mgordon@briggs.com | notice@bkcylaw.com |
| mgreger@allenmatkins.com | oipress@travelers.com |

| | |
|---|---|
| omeca.nedd@lovells.com | richard.tisdale@friedfrank.com |
| opetukhova@foley.com | ritkin@steptoe.com |
| paronzon@milbank.com | RJones@BoultCummings.com |
| patrick.schmitz-morkramer@lehman.com | RLevin@cravath.com |
| paul.turner@sutherland.com | rmatzat@hahnhessen.com |
| pbattista@gjb-law.com | rnetzer@willkie.com |
| pbosswick@ssbb.com | rnies@wolffsamson.com |
| pdublin@akingump.com | rnorton@hunton.com |
| peisenberg@lockelord.com | robert.bailey@bnymellon.com |
| peter.gilhuly@lw.com | robert.dombroff@bingham.com |
| peter.macdonald@wilmerhale.com | robert.henoch@kobrekim.com |
| peter.simmons@friedfrank.com | robert.malone@dbr.com |
| peter@bankrupt.com | Robert.yalen@usdoj.gov |
| pfeldman@oshr.com | robertdakis@quinnemanuel.com |
| phayden@mcguirewoods.com | Robin.Keller@Lovells.com |
| pmaxcy@sonnenschein.com | ronald.silverman@bingham.com |
| pnichols@whitecase.com | rqureshi@reedsmith.com |
| ppascuzzi@ffwplaw.com | rreid@sheppardmullin.com |
| ppatterson@stradley.com | rroupinian@outtengolden.com |
| psp@njlawfirm.com | rrussell@andrewskurth.com |
| ptrostle@jenner.com | rterenzi@stcwlaw.com |
| pwirt@ftportfolios.com | RTrust@cravath.com |
| pwright@dl.com | russj4478@aol.com |
| r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| raj.madan@bingham.com | rwyron@orrick.com |
| rajohnson@akingump.com | s.minehan@aozorabank.co.jp |
| ramona.neal@hp.com | sabin.willett@bingham.com |
| ranjit.mather@bnymellon.com | sabramowitz@velaw.com |
| rbeacher@daypitney.com | sagolden@hhlaw.com |
| rbernard@bakerlaw.com | Sally.Henry@skadden.com |
| rbyman@jenner.com | sandyscafaria@eaton.com |
| rchoi@kayescholer.com | Sara.Tapinekis@cliffordchance.com |
| rdaversa@orrick.com | sbernstein@hunton.com |
| relgidely@gjb-law.com | scargill@lowenstein.com |
| rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| rfrankel@orrick.com | Schepis@pursuitpartners.com |
| rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| rgmason@wlrk.com | schristianson@buchalter.com |
| rgraham@whitecase.com | Scott.Gibson@dubaiic.com |
| rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| RHS@mccallaraymer.com | scousins@armstrongteasdale.com |
| richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| richard.levy@lw.com | sehlers@armstrongteasdale.com |

| | |
|---|---|
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | thomas.ogden@dpw.com |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov |
| sgordon@cahill.com | thomaskent@paulhastings.com |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| shumaker@pursuitpartners.com | tkiriakos@mayerbrown.com |
| shumaker@pursuitpartners.com | tlauria@whitecase.com |
| sidorsky@butzel.com | tmacwright@whitecase.com |
| slerner@ssd.com | tmayer@kramerlevin.com |
| SLoden@DiamondMcCarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tony.davis@bakerbotts.com |
| smulligan@bsblawyers.com | tslome@msek.com |
| snewman@katskykorins.com | ttracy@crockerkuno.com |
| sory@fdlaw.com | twatanabe@mofo.com |
| spiotto@chapman.com | twheeler@lowenstein.com |
| splatzer@platzerlaw.com | ukreppel@whitecase.com |
| squigley@lowenstein.com | vdagostino@lowenstein.com |
| SRee@lcbf.com | Villa@StreusandLandon.com |
| sselbst@herrick.com | vmilione@nixonpeabody.com |
| sshimshak@paulweiss.com | vrubinstein@loeb.com |
| steele@lowenstein.com | wanda.goodloe@cbre.com |
| stephanie.wickouski@dbr.com | WBallaine@lcbf.com |
| steve.ginther@dor.mo.gov | wbenzija@halperinlaw.net |
| steven.perlstein@kobrekim.com | wcurchack@loeb.com |
| steven.wilamowsky@bingham.com | wfoster@milbank.com |
| Streusand@StreusandLandon.com | wheuer@dl.com |
| susan.schultz@newedgegroup.com | william.m.goldman@dlapiper.com |
| susheelkirpalani@quinnemanuel.com | wiltenburg@hugheshubbard.com |
| swolowitz@mayerbrown.com | wisotska@pepperlaw.com |
| szuch@wiggin.com | woconnor@crowell.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| TGoren@mofo.com | |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007