B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u> | <u>CIBC Bank and Trust Company (Cayman)</u> |
| Name of Transferee | <u>Limited, as Trustee of the Hitachi Master Fund – P</u> <u>Global Bond Master Fund</u> |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

Court Claim # (if known): <u>15802</u>
Amount of Claim: <u>$204,047.87</u>
Date Claim Filed: <u>9/17/09</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>212-761-2757</u>            Phone: 
Last Four Digits of Acct #: ___    Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

601383.1/892-03833

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*John Ragosa*_____     Date:  _6-11-10_____

Name of Transferor/Transferee's Agent
**John Ragosa**
**Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

08-13555-mg    Doc 9535    Filed 06/11/10    Entered 06/11/10 17:32:35    Main Document
Pg 2 of 3

601383.1/892-03833

# EXHIBIT B

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CIBC Bank and Trust Company (Cayman) Limited, as Trustee of the Hitachi Master Fund – P Global Bond Master Fund ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Morgan Stanley Senior Funding, Inc. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 15802) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27 day of May 2010.

CIBC Bank and Trust Company (Cayman) Limited, as Trustee of the Hitachi Master Fund – P Global Bond Master Fund

By its attorney

**PACIFIC INVESTMENT MANAGEMENT COMPANY LLC**

By: _____
Name:   Kevin M. Broadwater
Title:   Executive Vice President

Morgan Stanley Senior Funding, Inc.

By: _____
Name:
Title:         John Raguso
               Authorized Signatory