**Hearing Date and Time: June 29, 2010, at 11:00 a.m. ET**
                                                          **Objection Deadline: June 17, 2010 at 4:00 p.m. ET**

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------X | Chapter 11 Case No: | |
| In re:                                                        : | 08-13555 (JMP) | |
| : | | |
| LEHMAN BROTHERS HOLDINGS, INC., et al.  : | (Jointly Administered) | |
| : | | |
| : | | |
|                                      Debtor.       : | | |
| ------------------------------------------------------------X | | |

**LIMITED RESPONSE OF DIAMONDBACK FIXED INCOME MASTER**
**FUND, LTD. TO DEBTOR'S ELEVENTH OMNIBUS OBJECTIONS TO CLAIMS**

Diamondback Fixed Income Master Fund, Ltd. ("Diamondback"), by and through its undersigned counsel, hereby responds to the Eleventh Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors"), and respectfully states as follows:

1. On September 22, 2009, Diamondback timely filed a proof of claim in the amount of $49,964,095.00 (Claim No. 26490) (the "Original Claim").

2. On March 31, 2010, Diamondback filed an amended claim in the amount of $51,403,331.00 (Claim No. 66442) (the "Amended Claim"). The Amended Claim incorporates and asserts all of the claims and rights of payment against LBHI as asserted in the Original Claim.

NY1 7320010v.2

3. On May 18, 2010, the Debtors filed the Objection pursuant to the Court's order approving procedures for the filing of omnibus objections to proofs of claim. Among other things, the Debtors seek to disallow and expunge the Original Claim filed by Diamondback on the basis that it has been superseded by the Amended Claim.

4. Diamondback does not object to expunging and disallowing the Original Claim because such claim has in fact been superseded and is incorporated in full by the Amended Claim, which relates back to the date of filing of the Original Claim. However, Diamondback expressly preserves all rights, claims, interests, remedies and defenses with respect to the Amended Claim, and such other rights, claims, interests, remedies and defenses that Diamondback may now have or at any time hereafter may assert against the Debtors, or any other debtor, entity or person, and any property held by the Debtors or any such other debtor, entity or person.

DATED: New York, New York
June 14, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ Alex R. Rovira
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

NY1 7320010v.2