WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**SECOND SUPPLEMENT TO MOTION OF LEHMAN BROTHERS HOLDINGS INC.**
**AND LEHMAN COMMERCIAL PAPER INC. PURSUANT TO**
**SECTION 363 OF THE BANKRUPTCY CODE FOR AUTHORITY TO**
**TRANSFER FUNDS TO ROSSLYN LB SYNDICATION PARTNER LLC**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

      1.     On May 25, 2010, Lehman Brothers Holdings Inc. ("LBHI") and its affiliate, Lehman Commercial Paper Inc. ("LCPI"), as debtors and debtors in possession (together with their affiliated debtors in the above-referenced chapter 11 cases, the "Debtors") filed the *Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Transfer Funds to Rosslyn LB Syndication Partner LLC* (the "Motion")[1] [Docket No. 9238].

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2. On June 2, 2010, LBHI and LCPI filed the *Supplement to Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Transfer Funds to Rosslyn LB Syndication Partner LLC* [Docket No. 9387].

3. As described in more detail therein, the Motion seeks, generally, authorization (i) for LBHI as holder of the RACERS MM Notes to direct or cause LCPI, which is currently holding the RACERS Funds to transfer approximately $206,000,000 to Rosslyn LB to fund its portion of the Capital Call, and, if necessary, to transfer approximately $56,500,000 to Rosslyn LB for Rosslyn LB to make a partner loan to fund the Rosslyn JV's other partners' portion of the Capital Call, and (ii) for LCPI to make such transfers.

4. Since the filing of the Motion, however, the Debtors have had ongoing discussions with the other partners, and based on these discussions believe that the other partners will meet certain of their obligations under the Capital Call. As such the Debtors believe that the maximum amount of any potential partner loan with respect to the Capital Call will be less than $20 million.

Dated: June 14, 2010
       Houston, Texas

                                               /s/ Alfredo R. Pérez
                                               Alfredo R. Pérez

                                               WEIL, GOTSHAL & MANGES LLP
                                               700 Louisiana, Suite 1600
                                               Houston, TX 77002
                                               Telephone: (713) 546-5040
                                               Facsimile: (713) 224-9511

                                               Attorneys for Debtors
                                               and Debtors in Possession