Exhibit "A"

NOTICE OF CLAIMS PURCHASE AGREEMENT

**Meridian Diversified Fund Management, LLC** as the assignee of **Meridian Diversified Portable Alpha Fund, Ltd**, a _Delaware limited liability company_ (State of Incorporation) Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $186,112.07 (proof of claim amount, defined as the "Claim") against **Lehman Brothers Special Financing, Inc.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-13555 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 11th day of June, 2010.

_____Meridian Diversified Fund Management, LLC_____
(Company Name)

WITNESS ___[signature]___
(Signature)

___Laura K Smith___
(Print Name and Title of Witness)
Managing Director

___[signature]___
(Signature of Corporate Officer)

___Peter Brown, Partner___
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS ___[signature]___
(Signature)

___[signature]___
(Signature of Fund Representative)

___Eric Soderlund___
(Print Name, Corre Opportunities Fund, LP)