**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Richard J. Bernard, Esq.

and

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Donald A. Workman, Esq.

*Attorneys for Metavante Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-14-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAVANTE CORPORATION,<br><br>Appellant,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS INC. et al.<br><br>Appellees. | Case No. 09-CIV-09839 (JSR) |

## STIPULATION WITHDRAWING APPEAL

WHEREAS, on October 23, 2009, appellant Metavante Corporation ("Metavante") filed its Notice of Appeal, appealing the Order Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Contract and to Enforce the Automatic Stay (the "Order") entered by the Bankruptcy Court on September 17, 2009 (Peck, U.S.B.J.), which granted the Debtors' Motion Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code to Compel Performance of Metavante Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay (the "Motion"), and the Order Denying Motion of Metavante

103424241.1

Corporation to Alter or Amend the Court's Order Granting Lehman Brothers Special Financing Inc. and its Affiliated Debtors' Motion to Compel Performance and Enforce the Automatic Stay entered by the Bankruptcy Court on October 23, 2009; and

WHEREAS, on November 30, 2009, the appeal was entered on the docket of this Court;

WHEREAS, Lehman Brothers Holdings Inc., its affiliated debtors and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al. are the appellees to this appeal; and

WHEREAS, the parties entered into a resolution; and

WHEREAS, on March 16, 2010, this Court referred the settlement to the Bankruptcy Court for approval; and

WHEREAS, on April 15, 2010, the Bankruptcy Court entered an Order Granting Debtors' Motion for Approval of a Settlement Agreement with Metavante Corporation; and

WHEREAS, Metavante has agreed to withdraw the Appeal;

NOW, THEREFORE, the parties hereby AGREE AND STIPULATE AS FOLLOWS:

1.  The appeal filed by Metavante is hereby withdrawn;

2.  This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

Dated: May ____, 2010

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>*Attorneys for Lehman Brothers Holdings Inc.* | BAKER & HOSTETLER LLP<br>*Attorneys for Metavante Corporation* |

By: _____
    Richard W. Slack
    Robert J. Lemons
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

By: _____/s/ Richard J. Bernard_____
    Richard J. Bernard
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

and

Donald A. Workman
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

MILBANK, TWEED, HADLEY & McCLOY LLP
*Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

By: _____
    Dennis F. Dunne
    Wilbur F. Foster, Jr.
    Evan R. Fleck
    Robert J. Liubicic
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

and

David S. Cohen
1850 K. Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

2.      This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

Dated: May ____, 2010

WEIL, GOTSHAL & MANGES LLP
*Attorneys for Lehman Brothers Holdings Inc.*

By: _____
Richard W. Slack
Robert J. Lemons
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAKER & HOSTETLER LLP
*Attorneys for Metavante Corporation*

By: _____
Richard J. Bernard
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

and

Donald A. Workman
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

MILBANK, TWEED, HADLEY & McCLOY LLP
*Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

By: _____
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
Robert J. Liubicic
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

and

David S. Cohen
1850 K. Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

103424241.1          -3-

C:\DOCUMENTS AND SETTINGS\SINGHSUN\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\48EWN8W4\103424241_1 (3).DOC    3

2. This Stipulation may be executed in counterparts and by facsimile with the original signatures to be provided as soon as practicable thereafter.

Dated: May 27, 2010

WEIL, GOTSHAL & MANGES LLP
*Attorneys for Lehman Brothers Holdings Inc.*

By: _____
Richard W. Slack
Robert J. Lemons
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BAKER & HOSTETLER LLP
*Attorneys for Metavante Corporation*

By: _____
Richard J. Bernard
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

and

Donald A. Workman
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

MILBANK, TWEED, HADLEY & McCLOY LLP
*Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*

By: _____
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
Robert J. Liubicic
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

and

David S. Cohen
1850 K. Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

SO ORDERED

_____
USDJ
6-12-10