United States Bankruptcy Court
Southern District of New York
In re Lehman Brothers Holdings Inc.   Case Nos. 08-13555
Jointly Administered

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referred in this evidence and notice.

| Deutsche Bank AG, Tokyo Branch | Mizuho Corporate Bank, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Proof of Claim Number 66508 of Transferor dated April 8, 2010 before the United States Bankruptcy Court, Southern District of New York, Case No.08-13555 (JMP) (jointly administered).

Amount of Claim: USD 20,061,485.38
(plus certain additional, contingent unliquidated amount)

Name and Address where notices to Transferee should be sent:
Sanno Park Tower, 11-1, Nagata-cho 2chome, Chiyoda-ku, Tokyo, Japan 100-6170
Attention: Kazunori Sato/Strategic Investment Group
Telephone: +81-3-5156-7957 Email: kazunori.sato@db.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ikuo Kodama

By: _____   Date: JUN. 15. 2010

Kazunori Sato

By: _____   Date: 6/15/2010

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York
and to: Deutsche Bank AG, Tokyo Branch

Mizuho Corporate Bank, Ltd., a Japanese corporation ("Seller"), does hereby certify that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Loan Assignment Agreement dated as of June 1, 2010, Seller has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, Tokyo Branch, a German corporation, acting through its Tokyo branch ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. ("LBHI"), in the amount of USD $20,061,485.38 (plus certain additional, contingent unliquidated amount) due Seller under a guarantee provided by LBHI as guarantor of the obligations of Sunrise Finance Co., Ltd. to Seller[1] (hereinafter, the "Transferred Claim Amount"), docketed as Proof of Claim Number 66508 in the United States Bankruptcy Court, Southern District of New York, Case No.08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the United States Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim Amount to Buyer.

---

[1] Simultaneously herewith, Seller is transferring the underlying claim for principal and interest against Sunrise Finance Co., Ltd. to Buyer.

NY 72601708v1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June     , 2010.

| Mizuho Corporate Bank, Ltd. | Deutsche Bank AG, Tokyo Branch |
|---|---|
| By: *[signature]* <br> Name: Masaya Nakafuji <br> Title: General Manager <br> Kabutocho Corporate Banking and Securities Business Division <br> Address: 6-7, Nihonbashi Kabutocho, Chuo-ku, Tokyo, Japan 103-0026 <br> Attention: Hitoshi Ogawa <br> Telephone: +81-3-3669-6801 <br> Email: masaya.nakafuji@mizuho-cb.co.jp | By: *[signature]* <br> Name: Ikuo Kodama <br> Title: Director <br> Chief Operating Officer <br><br> By: *[signature]* <br> Name: Kazunori Sato <br> Title: Director <br><br> Address: Sanno Park Tower, 11-1, Nagata-cho 2chome, Chiyoda-ku, Tokyo, Japan 100-6170 <br> Attention: Kazunori Sato/Strategic Investment Group <br> Telephone: +81-3-5156-7957 <br> Email: kazunori.sato@db.com |

NY 72601708v1