Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to JP Morgan Chase Bank, N.A.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    Chapter 11 - Jointly Administered
                                             Case No. 08-13555 (JMP)
            Debtor.
------------------------------------------------------------x    **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    DEBORAH HARRIS, being duly sworn, deposes and says:

    I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

    On June 15, 2010, I served that Notice of Motion of JP Morgan Chase Bank, N.A. for Relief From the Automatic Stay, together with all supporting papers: (a) upon the parties identified on the attached Service List by depositing true copies of same, enclosed in properly addressed envelopes, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for regular, first class United States mail delivery, postage fully pre-paid; and (b) via e-mail upon all parties receiving notice by operation of the Court's ECF System upon electronic filing of the foregoing papers.

                                             DEBORAH HARRIS

Sworn to before me this
15th day of June, 2010

Eric C. Zabicki
Notary Public, State of New York
No. 02ZA6078736, Qualified in New York County
Commission Expires August 5, 2010

## SERVICE LIST (RECIPIENTS OF SERVICE BY FIRST CLASS MAIL)

Shai WY. Waisman, Esq.
Weil Gothshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(Counsel to the Debtors)

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(Counsel to the Creditors' Committee)

Christopher K. Kiplok, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Counsel to the Trustee of the SIPA Estate)

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Blake S. Atkin, Esq.
837 South 500 West, Suite 200
Bountiful, UT 84010
(Counsel to Jeff and Sharla Birschbach)

Bradley L. Tilt, Esq.
Fabian & Clendenin, P.C.
215 South State Street, Twelfth Floor
Salt Lake City, UT 84111
(Counsel to BNC Mortgage, Inc.)