**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                  :
    Debtors.                                                  :    (Jointly Administered)
                                                                  :
----------------------------------------------------------------------x    Ref. Docket No. 9528

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK    )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2010, I caused to be served the "Notice of Scheduling of Merits Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 17204 and 17205," dated June 11, 2010 [Docket No. 9528], by causing true and correct copies to be:

    a. enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Sena Sengun*
Sena Sengun

Sworn to before me this
14th day of June, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Ntc of Merits Hrng_DI_9528_AFF_6-11-10_PC.doc

# EXHIBIT A

**LBH 9528  6-11-10**

SHEARMAN & STERLING LLP
ATTN: DOUGLAS P. BARTNER
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**EXHIBIT B**

**Email Addresses**

daniel.lewis@shearman.com
dbartner@shearman.com
solomon.noh@shearman.com
ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com