**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**Diane C. Lavin**, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for the following: Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund ("Lead Plaintiffs") in Lehman Brothers Holdings, Inc., *et al.* As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on June 15, 2010, I caused a true and correct copy of *Response of Lead Plaintiffs to Examiner's Motion for Order Discharging Examiner and Granting Related Relief* to be served upon the parties indicated on the attached service list, in the manner listed therein.

-1-

   3. On June 15, 2010, the foregoing document (with attachments) was filed [Docket No. 9563] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

   4. A Chambers copy of the foregoing document was sent to the Chambers of the Honorable James M. Peck, United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408 via Hand Delivery on June 15, 2010.

   I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

               /s/Diane C. Lavin
               Diane C. Lavin, Paralegal

Dated: June 15, 2010

# SERVICE LIST

*On June 15, 2010 Via electronic mail:*

Harvey R. Miller, Esq. (harvey.miller@weil.com);
Shai Y. Waisman, Esq. (shai.waisman@weil.com);
Jonathan D. Polkes, Esq. (jonathan.polkes@weil.com);
Sunny Singh, Esq. (sunny.singh@weil.com)
Weil Gotshal, Attorneys for the Debtors

David S. Cohen, Esq. (dcohen2@milbank.com);
Dennis F. Dunne, Esq. (ddunne@milbank.com); Dennis O'Donnell, Esq. (dodonnell@milbank.com);
Evan Fleck, Esq. (efleck@milbank.com)
Attorneys for the Official Committee of Unsecured Creditors

Marc A. Weinstein, Esq. (weinstei@hugheshubbard.com);
Sarah Loomis Cave, Esq. (cave@hugheshubbard.com);
Jeffrey Margolin, Esq. (margolin@hugheshubbard.com)

Attorneys for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.

Andy Velez-Rivera, Esq. (Andy.Velez-Rivera@usdoj.gov);
Diana G. Adams, Esq., Brian Masumoto, Esq., Tracy Hope Davis, Esq. to (Diana.g.adams@usdoj.gov);
Paul Schwartzberg, Esq. (paul.Schwartzberg@usdoj.gov);
Linda Rifkin, Esq. (Linda.Riffkin@usdoj.gov);
Office of the US Trustee

Robert L. Byman, Esq. (rbyman@jenner.com);
Patrick J. Trostle, Esq. (ptrostle@jenner.com)
Attorneys for the Examiner

*On June 15, 2010 Via the Court's Electronic Filing System:*

All parties who have requested and are receiving notices through the Court's electronic filing system.