**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                                      :    Chapter 11 Case No.
                                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    08-13555 (JMP)
                                                                            :
           Debtors.                                              :    (Jointly Administered)
                                                                            :
------------------------------------------------------------------x    Ref. Docket No. 9534

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2010, I caused to be served the "Notice of Presentment of Stipulation, Agreement, and Order Between Lehman Brothers Holdings Inc. and UBS AG Providing for Limited Relief from the Automatic Stay," dated June 11, 2010 [Docket No. 9534], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    c. delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| | /s/ *Sena Sengun* |
| Sworn to before me this | Sena Sengun |
| 14th day of June, 2010 | |
| /s/ *Elli Petris* | |
| Notary Public, State of New York | |
| No. 01PE6175879 | |
| Qualified in Nassau County | |
| Commission Expires October 22, 2011 | |

T:\Clients\LBH\Affidavits\UBS AG Ntc of Presentment_DI_9534_AFF_6-11-10_PC.doc

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

**Email Service List**

aaaronson@dilworthlaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

**Email Service List**

barbra.parlin@hklaw.com

bbisignani@postschell.com

bdk@schlamstone.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

Brendan.Collins@dlapiper.com

Brian.Corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

crogers@orrick.com

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

**Email Service List**

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

DPiazza@HodgsonRuss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

**Email Service List**

| | |
|---|---|
| drosner@kasowitz.com | esmith@dl.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gary.ticoll@cwt.com |
| eglas@mccarter.com | gbray@milbank.com |
| ehollander@whitecase.com | george.davis@cwt.com |
| ehret-vanhorn@mbaum.com | GGraber@HodgsonRuss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |

**Email Service List**

| | |
|---|---|
| harrisjm@michigan.gov | James.Sprayregen@kirkland.com |
| harveystrickon@paulhastings.com | jamestecce@quinnemanuel.com |
| hbeltzer@morganlewis.com | jar@outtengolden.com |
| heim.steve@dorsey.com | jason.jurgens@cwt.com |
| heiser@chapman.com | jay.hurst@oag.state.tx.us |
| helmut.olivier@lehman.com | jay@kleinsolomon.com |
| hirsch.robert@arentfox.com | Jbecker@wilmingtontrust.com |
| hollace.cohen@troutmansanders.com | jbeemer@entwistle-law.com |
| holsen@stroock.com | jbird@polsinelli.com |
| howard.hawkins@cwt.com | jbromley@cgsh.com |
| hseife@chadbourne.com | jcarberry@cl-law.com |
| hsnovikoff@wlrk.com | jchristian@tobinlaw.com |
| hweg@pwkllp.com | Jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |
| james.mcclammy@dpw.com | jfalgowski@reedsmith.com |

**Email Service List**

| | |
|---|---|
| jfinerty@pfeiferlaw.com | jmaddock@mcguirewoods.com |
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |

**Email Service List**

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

Lmay@coleschotz.com

lmcgowen@orrick.com

**Email Service List**

| | |
|---|---|
| lml@ppgms.com | mbienenstock@dl.com |
| lnashelsky@mofo.com | mbossi@thompsoncoburn.com |
| loizides@loizides.com | mcademartori@sheppardmullin.com |
| lromansic@steptoe.com | mcordone@stradley.com |
| lscarcella@farrellfritz.com | mcto@debevoise.com |
| lschweitzer@cgsh.com | mdorval@stradley.com |
| lthompson@whitecase.com | meltzere@pepperlaw.com |
| lubell@hugheshubbard.com | metkin@lowenstein.com |
| lwhidden@salans.com | mfeldman@willkie.com |
| lwong@pfeiferlaw.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| MAOFILING@CGSH.COM | mhopkins@cov.com |
| Marc.Chait@standardchartered.com | michael.bonacker@lehman.com |
| margolin@hugheshubbard.com | michael.frege@cms-hs.com |
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.bury@lehman.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| Marvin.Clements@ag.tn.gov | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | MJR1@westchestergov.com |
| matthew.morris@lovells.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |
| mberman@nixonpeabody.com | MLandman@lcbf.com |

**Email Service List**

| | |
|---|---|
| mmendez@hunton.com | nissay_10259-0154@mhmjapan.com |
| mmickey@mayerbrown.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | opetukhova@foley.com |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | patrick.schmitz-morkramer@lehman.com |
| mpfeifer@pfeiferlaw.com | paul.turner@sutherland.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| mschonholtz@willkie.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| Nherman@morganlewis.com | ptrostle@jenner.com |

**Email Service List**

| | |
|---|---|
| pwirt@ftportfolios.com | RLevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | Robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | Robin.Keller@Lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| RHS@mccallaraymer.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |
| RJones@BoultCummings.com | sabramowitz@velaw.com |

**Email Service List**

| | |
|---|---|
| sagolden@hhlaw.com | slerner@ssd.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| Schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| Scott.Gibson@dubaiic.com | SRee@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.perlstein@kobrekim.com |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | Streusand@StreusandLandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |

**Email Service List**

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp