WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77027
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**NOTICE OF FILING OF REVISED ORDER PURSUANT TO SECTION 363 OF THE**
**BANKRUPTCY CODE GRANTING AUTHORITY TO LEHMAN BROTHERS**
**HOLDINGS INC. TO MAKE NEW DEBT INVESTMENT IN 237 PARK PROPERTY**

In connection with the hearing to be held on June 16, 2010 at 10:00 a.m. with

respect to Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 363 of the Bankruptcy

Code for Authority to Make New Debt Investment in 237 Park Avenue Property [Docket No.

9441] (the "237 Park Motion"), and all related documents thereto, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession, hereby file a revised form of order approving the 237 Park Motion (the "Revised 237

Park Order")s.

Attached hereto as "Exhibit A" is a clean copy of the proposed Revised 237 Park

Order, and attached hereto as "Exhibit B" is a blacklined copy of the proposed Revised 237 Park

Order, which is marked against the version filed with the 237 Park Motion.

Dated:  June 15, 2010
        New York, New York

                                         /s/ Alfredo R. Pérez
                                         Alfredo R. Pérez

                                         WEIL, GOTSHAL & MANGES LLP
                                         700 Louisiana Street, Suite 1600
                                         Houston, Texas 77027
                                         Telephone:  (713) 546-5000
                                         Facsimile:  (713) 224-9511

                                         Attorneys for Debtors
                                         and Debtors in Possession

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :        08-13555 (JMP)
                                            :
                     Debtors.               :        (Jointly Administered)
                                            :
---------------------------------------------------------------------x
```

## ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE GRANTING AUTHORITY TO LEHMAN BROTHERS HOLDINGS INC. <u>TO MAKE NEW DEBT INVESTMENT IN 237 PARK AVENUE PROPERTY</u>

Upon the motion, dated June 7, 2010 (the "<u>Motion</u>"),[1] of Lehman Brothers

Holdings Inc. ("<u>LBHI</u>"), as debtor in possession (together with their affiliated debtors in the

above-referenced chapter 11 cases, the "<u>Debtors</u>"), for an order pursuant to section 363 of title

11 of the United States Code (the "<u>Bankruptcy Code</u>") authorizing LBHI to use up to $255.4

million in estate funds to purchase the B Note tranche of 237 Park's senior debt, all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the amended

order entered February 13, 2009 governing case management and administrative procedures

---

[1] Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in the Motion.

[Docket No. 2837]; and the Court having found and determined that the relief sought in the

Motion is in the best interests of LBHI, its estate and creditors, and all parties in interest and that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that LBHI is authorized and empowered, but not directed, to

negotiate, in consultation with the Creditors' Committee, with the Seller for the purchase of the

B Note; and it is further

ORDERED that LBHI is authorized and empowered, but not directed, to use

estate funds as necessary to purchase the B Note at a purchase price up to its par value and to

execute, deliver, implement, and perform any and all obligations, instruments, documents and

papers, to make any required deposits, and to take any and all corporate and other actions that

may be necessary or appropriate to purchase the B Note; and it is further

ORDERED that to the extent it is ultimately determined that a Debtor or non-

debtor affiliate, other than LBHI, is the beneficial owner of the notes issued by SASCO C2-2008,

that entity will be responsible for the purchase price, if any, of the B Note; and it is further

ORDERED that nothing contained in the Motion shall be deemed to be a waiver

or the relinquishment of any rights, claims, interests, obligations, benefits, or remedies of LBHI,

Lehman Commercial Paper Inc., or any of the Debtors or their non-debtor affiliates except as

otherwise expressly provided in the Motion, that any of the Debtors or non-debtor affiliates may

have or choose to assert on behalf of their respective estates under any provision of the

Bankruptcy Code or any applicable non-bankruptcy law, including against each other or third

parties.  It is further ordered that the parties are authorized to execute such further documentation

necessary to reflect this reservation of rights; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June __, 2010
       New York, New York

_____

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        08-13555 (JMP)
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
-------------------------------------------------------------------x
```

### ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE GRANTING AUTHORITY TO LEHMAN BROTHERS HOLDINGS INC. <u>TO MAKE NEW DEBT INVESTMENT IN 237 PARK AVENUE PROPERTY</u>

Upon the motion, dated June [   ],7, 2010 (the "<u>Motion</u>"),[1] of Lehman Brothers

Holdings Inc. ("<u>LBHI</u>"), as debtor in possession (together with their affiliated debtors in the

above-referenced chapter 11 cases, the "<u>Debtors</u>"), for an order pursuant to section 363 of title

11 of the United States Code (the "<u>Bankruptcy Code</u>") authorizing LBHI to use up to $255.4

million in estate funds to purchase the B Note tranche of 237 Park's senior debt, all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61

Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided in accordance with the procedures set forth in the amended

order entered February 13, 2009 governing case management and administrative procedures

---

[1]  Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in the Motion.

[Docket No. 2837]; and the Court having found and determined that the relief sought in the

Motion is in the best interests of LBHI, its estate and creditors, and all parties in interest and that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that LBHI is authorized and empowered, but not directed, to

negotiate, in consultation with the Creditors' Committee, with ~~Prudential~~the Seller for the

purchase of the B Note; and it is further

ORDERED that LBHI is authorized and empowered, but not directed, to use

estate funds as necessary to purchase the B Note at a purchase price up to its par value and to

execute, deliver, implement, and perform any and all obligations, instruments, documents and

papers, to make any required deposits, and to take any and all corporate and other actions that

may be necessary or appropriate to purchase the B Note; and it is further

ORDERED that to the extent it is ultimately determined that a Debtor or non-

debtor affiliate, other than LBHI, is the beneficial owner of the notes issued by SASCO C2-2008,

that entity will be responsible for the purchase price, if any, of the B Note; and it is further

ORDERED that nothing contained in the Motion shall be deemed to be a waiver

or the relinquishment of any rights, claims, interests, obligations, benefits, or remedies of LBHI,

Lehman Commercial Paper Inc., or any of the Debtors or their non-debtor affiliates except as

otherwise expressly provided in the Motion, that any of the Debtors or non-debtor affiliates may

have or choose to assert on behalf of their respective estates under any provision of the

Bankruptcy Code or any applicable non-bankruptcy law, including against each other or third

parties.  It is further ordered that the parties are authorized to execute such further documentation necessary to reflect this reservation of rights; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June __, 2010
       New York, New York

_____

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE