WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
---------------------------------------------------------------x

# NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 16, 2010 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I. UNCONTESTED MATTERS:

1. Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. for Authority to Transfer Funds to Rosslyn LB Syndication Partner LLC **[Docket No. 9238]**

    Response Deadline:   June 9, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

      A.   Supplement to Motion of Lehman Brothers Holdings Inc., et al. **[Docket No. 9387]**

      B.   Notice of Filing of Revised Order **[Docket No. 9409]**

      C.   Statement of Official Committee of Unsecured Creditors **[Docket No. 9536]**

      D.   Second Supplement to Motion of Lehman Brothers Holdings Inc., et al. **[Docket No. 9542]**

    Status: This matter is going forward and the Debtors request that it be considered at the hearing after consideration of item 2 on the agenda listed below.

## II. CONTESTED MATTERS:

2. Examiner's Motion for Order Discharging Examiner and Granting Related Relief **[Docket No. 9361]**

    Response Deadline:   June 11, 2010 at 4:00 p.m.

    Responses Received:

      A.   Response of Lead Plaintiffs **[Docket No. 9563]**

    Related Documents:  None.

Status: This matter is going forward and the Debtors request that this be the first matter addressed at the hearing.

3. Notice of Presentment of Second Amended Order Implementing Certain Notice and Case Management Procedures **[Docket No. 9043]**

    Response Deadline: May 20, 2010 at 11:00 a.m.

    Responses Received: None.

    Related Documents:

    A. Response of William Kuntz III **[Docket No. 9159]**

    Status: This matter is going forward.

4. Motion of the Debtors for the Establishment of Procedures to Dispose of Certain Real Estate Assets and Modification of the Order Establishing Procedures **[Docket No. 9281]**

    Response Deadline: June 9, 2010 at 4:00 p.m.

    Responses Received:

    A. Renewed Objection of William Kuntz, III **[Docket No. 9496]**

    Related Documents: None.

    Status: This matter is going forward.

5. Motion of Lehman Brothers Holdings Inc. for Authority to Make New Debt Investment in 237 Park Avenue Property **[Docket No. 9441]**

    Response Deadline: June 15, 2010 at 5:00 p.m.

    Responses Received:

    A. Response of William Kuntz III **[Docket No. TBD]**

    Related Documents:

    B. Order to Show Cause **[Docket No. 9449]**

    C. Declaration of Alfredo R. Perez in Support of Order to Show Cause **[Docket No. 9454]**

    D. Notice of Filing of Revised Order **[Docket No. 9572]**

Status: This matter is going forward.

6. Motion of SunCal Debtors for Stay Pending Appeal **[Docket No. 9327]**

   Response Deadline: June 4, 2010

   Responses Received:

   A. Debtors' Response **[Docket No. 9428]**

   B. Joinder of Creditors' Committee to Debtors' Response **[Docket No. 9435]**

   Related Documents:

   C. Memorandum of Law in Support of Stay Pending Appeal **[Docket No. 9329]**

   D. Declaration of Sean A. O'Keefe in Support of SunCal Appellants' Motion **[Docket No. 9330]**

   E. Reply of SunCal Debtors **[Docket No. 9499]**

   F. Supplemental Declaration of Sean O'Keefe in Support of SunCal Appellants' Reply **[Docket No. 9500]**

   G. Declaration of Robert Starkman in Support of SunCal Appellants' Reply **[Docket No. 9501]**

   H. Order Approving the Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC **[Docket No. 9030]**

   I. Order Denying Motion of SunCal Debtors for an Order Determining that Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay **[Docket No. 9059]**

   J. Order to Show Cause **[Docket No. 9333]**

   K. Declaration of Sean A. O'Keefe in Support of Issuance of Order to Show Cause **[Docket No. 9331]**

   L. Stipulation Regarding Continuance and Proposed Briefing Schedule **[Docket No. 9337]**

   Status: This matter is going forward.

7.  Motion of Debtors and Debtors in Possession for Entry of an Order to Consolidate Certain Proceedings and Establish Related Procedures **[Case No. 08-13555, Docket No. 8614; Adv. Case No. 10-03228, Docket No. 2; Case No. 10-03229, Docket No. 2]**

    Response Deadline:   June 9, 2010 at 4:00 p.m. (For Nomura Global Financial Products, Inc.)

    Responses Received:

    A.  Objection of Nomura Global Financial Products, Inc. **[Docket No. 9481]**

    Related Documents:

    B.  Order to Consolidate Certain Proceedings and Establish Related Procedures **[Docket No. 9103]**

    Status:  This motion has been granted with respect to Nomura International plc and Nomura Securities Co., Ltd. and will proceed as a status conference and will be adjourned with respect to Nomura Global Financial Products, Inc. to July 14, 2010 at 10:00 a.m.

## III.  MATTERS TO BE HEARD AT 2:00 P.M.

### A.  Adversary Proceedings:

8.  LBHI v. JPMorgan Chase Bank, N.A. **[Case No. 10-03266]**

    **Joint Motion to Intervene of Official Committee of Unsecured Creditors [Docket No. 2]**

    Response Deadline:   June 10, 2010 at 12:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status: This matter is going forward.

## IV.  ADJOURNED MATTERS:

### A.  Lehman Brothers Holdings Inc.

9.  Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**
    Response Deadline:   April 17, 2009 at 4:00 p.m.

5

Responses Received:

    A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Documents: None.

Status: This matter has been adjourned to September 15, 2010.

10. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

    Response Deadline:    June 22, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to June 29, 2010 at 11:00 a.m.

11. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline:    July 7, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.    Notice of Amendment of Motion of Factiva, Inc., et al. **[Docket No. 7834]**

    Status: This matter has been adjourned to July 14, 2010.

12. Motion of Rosslyn Investors I, LLC for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Special Financing, Inc. and Other Entities **[Docket No. 8221]**

    Response Deadline:    May 7, 2010 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[Docket No. 8938]**

    Related Documents: None.

    Status: This matter has been adjourned to July 14, 2010.

13. Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

    Response Deadline: July 7, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to July 14, 2010.

14. Och-Ziff Capital Management's Objection to Debtors' Subpoena Duces Tecum **[Docket No. 9382]**

    Response Deadline: August 13, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Order Granting the Debtors Authority to Issue Subpoenas **[Docket No. 5910]**

    B. Notice of Subpoena Issued for the Production of Documents and Authorizing the Examination of Persons and Entities (Och-Ziff Capital Mgmt. Group LLC) **[Docket No. 8401]**

    Status: This matter has been adjourned to August 18, 2010.

15. Debtors' Motion Requesting Extensions of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 7966]**

    Response Deadline: May 7, 2010 at 4:00 p.m.

    Responses Received:

    A. Objection of Somerset Properties SPE, LLC **[Docket No. 8107]**

    Related Documents:

    B. Bridge Order **[Docket No. 8106]**

    C. Order Granting Debtors' Motion With Respect to Merit, LLC **[Docket No. 8348]**

    Status: This matter has been adjourned to July 14, 2010.

16. Objection of Debtors and Debtors in Possession to Claims of Nomura Global Financial Products, Inc. **[Docket No. 8612]**

    Response Deadline:   May 20, 2010 at 11:00 a.m.

    Responses Received:  None.

    Related Documents:

        A.   Response of Nomura Global Financial Products, Inc. **[Docket No. 9346]**

    Status: This matter has been adjourned pursuant to the Notice of Scheduling of Merits Hearing.

17. Debtors' Motion to Assume and Assign Derivative Contracts **[Docket No. 1498]**

    Response Deadline:   March 20, 2009.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to December 15, 2010.

18. Motion of WWK Hawaii-Waikapuna, LLC, et al. for Relief from the Automatic Stay [**Docket No. 3182**]

    Response Deadline:   May 5, 2009 at 4:00 p.m.

    Responses Received:

        A.   Debtors' Objection [**Docket No. 3387**]

        B.   Joinder of the Official Committee of Unsecured Creditors **[Docket No. 3389]**

    Related Documents:

        C.   Declaration of Alan Worden [**Docket No. 3184**]

    Status: This matter has been adjourned without date.

**B.   Adversary Proceedings**

19. PT Bank Negara Indonesia (Persero) Tbk v. LBSF **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

       A.     Adversary Complaint **[Docket No. 1]**

       B.     Answer of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. to Complaint **[Docket No. 7]**

       C.     Answer of Lehman Brothers Special Financing Inc. to Complaint **[Docket No. 8]**

       D.     Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

Status: This matter has been adjourned to July 14, 2010.

20. Turnberry et al v. LBHI **[Case No. 09-01062]**

   **Pre-Trial Conference**

   Related Documents:

       A.     Adversary Complaint **[Docket No. 1]**

   Status: This matter has been adjourned to July 14, 2010.

21. LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

   **Pre-Trial Conference**

   Related Documents:

       A.     Adversary Complaint **[Docket No. 1]**

       B.     Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

   Status: This matter has been adjourned to July 14, 2010.

22. LBHI v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

   **Pre-Trial Conference**

   Related Documents:

       A.     Adversary Complaint **[Docket No. 1]**

       B.     Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

   Status: This matter has been adjourned to July 14, 2010.

23. Michigan State Housing Development Authority v. LB Derivative Products Inc., et al. **[Case No. 09-01728]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to September 15, 2010.

C. **Lehman Brothers Inc.**

24. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

    Responses Received: None.

    Related Documents:

        A.    Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608, 2796, 2993, 3217, 3359]**

    Status: This matter has been adjourned to July 14, 2010.

25. Motion of Unclaimed Property Recovery Service, Inc. for an Order Directing Payment into Court of Unclaimed Funds by the New York State Comptroller **[Docket No. 3363]**

    Response Deadline: July 7, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.    Declaration of Bernard Gelb in Support of the Motion **[Docket No. 3363]**

        B.    Notice of Hearing **[Docket No. 3364]**

        C.    Notice of Proposed Order Granting the Motion **[Docket No. 3365]**

        D.    Notice of Adjournment **[Docket No. 3377]**

    Status: This matter has been adjourned to July 14, 2010.

## V. WITHDRAWN MATTERS:

### A. Lehman Brothers Inc.

26. Motion of Edison Properties Charitable Trust of Newark to Compel (I) Debtor and (II) Barclays Capital Inc. to Return Misdirected Funds and Appear at Hearing **[Docket No. 3094]**

    Response Deadline: June 9, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Notice of Withdrawal **[Docket No. 3261]**

    Status: This matter has been withdrawn.

Dated: June 15, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Dated: June 15, 2010
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.