# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>      Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| King Street Acquisition Company, L.L.C.<br>Name of Transferee | Deutsche Bank AG, London Branch<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com<br><br>With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com | Court Claim # (if known): 11387<br><br>Amount of Claim: $39,639,441.71<br><br>Date Claim Filed: September 11, 2009<br><br>Phone: N/A |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KING STREET ACQUISITION COMPANY, L.L.C.
By: King Street Capital Management, L.P.
    Its Manager

By: King Street Capital Management GP, L.L.C.
    Its General Partner

By: _/s/_                           Date: 2/16/10
Name: Bruce S. Darringer
Title: Chief Operating Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-269/FORMS/2600778.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>   Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 11387 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on               .

| | |
|---|---|
| <u>Deutsche Bank AG, London Branch</u><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Winchester House<br>1 Great Winchester Street<br>London<br>EC2N 2DB | <u>King Street Acquisition Company, L.L.C</u><br>Name of Transferee<br><br>Address of Transferee:<br><br>King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com<br><br>With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com |

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

452-269/FORMS/2600778.1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 11387 (In Part – See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a 60.00% or $39,639,441.71 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $66,065,736.19 (the "Claim").

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**King Street Acquisition Company, L.L.C.**
65 East 55th Street, 30th Floor
New York, NY 10022
Phone: 212-812-3140
Fax: 646-289-7696
E-mail: tradeclaims@kingstreet.com

("Buyer") by assignment agreement dated 5 February 2010.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of February 2010.

| Deutsche Bank AG, London Branch | KING STREET ACQUISITION COMPANY, L.L.C. |
|---|---|
| | By: King Street Capital Management, L.P. |
| | Its Manager |
| Name: *[signature]* | By: King Street Capital Management GP, L.L.C. |
| Title: Gavin Colquhoun, Managing Director | Its General Partner |
| Name: *[signature]* | |
| Title: Ross Miller, Vice President | Name: Jay Ryan |
| | Title: Authorized Signatory |