EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Fondazione Cassa Di Risparmio Di Padova E Rovigo

FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO, a *fondazione* organized pursuant to the laws of Italy, having offices located at Palazzo del Monte di Pietà, Piazza Duomo, 15-35141, Padova, Republic of Italy ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $36,576,240.29, docketed as Claim No. 66524 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered under Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of June, 2010.

WITNESS:

(Signature)

Name: ANTONELLA ANSUINI
Title: INVESTMENT OFFICER
(Print name and title of witness)

Fondazione Cassa Di Risparmio
Di Padova E Rovigo

By: _____
(Signature of authorized corporate officer)

Name: Roberto Saro
Title: Segretario Generale
       Fondazione Cassa di Risparmio di Padova e Rovigo
Tel.: 049-8234800

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212-623-1997

Fondazione Saphir Purchase Agreement (2).doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Fondazione Cassa Di Risparmio Di Padova E Rovigo

FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO, a *fondazione* organized pursuant to the laws of Italy, having offices located at Palazzo del Monte di Pietà, Piazza Duomo, 15-35141, Padova, Republic of Italy ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $37,636,344.35, docketed as Claim No. 66523 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14th day of June, 2010.

WITNESS:

(Signature)

Name: ANTONELLA ANSUINI
Title: INVESTMENT OFFICER
(Print name and title of witness)

Fondazione Cassa Di Risparmio
Di Padova E Rovigo

By:_____
(Signature of authorized corporate officer)

Name: Roberto Saro
Title: Segretario Generale
Fondazione Cassa di Risparmio di Padova e Rovigo
Tel.: 049. 8234 800

WITNESS:

(Signature)

Name: Alexander Wills
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By:_____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212.623.1997

Fondazione Saphir Purchase Agreement (2).doc