FAEGRE & BENSON LLP
Michael M. Krauss (MK-9699)
Abby E. Wilkinson
Michael F. Doty
Christopher J. Harayda
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for CVI GVF (Lux) Master S.a.r.l.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------------x

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**

CVI GVF (Lux) Master S.a.r.l. ("CVI") in accordance with Fed. R. Bankr. P. 8006, hereby set forth the issues and designate the record in the Santa Fe Entities' appeal to the District Court from the Order Denying Motions For Leave To File Late Claims (Docket No. 9277), entered in the above-captioned proceeding on May 26, 2010 (the "Appealed Order"), and the corresponding Memorandum Decision Denying Motions For Leave To File Late Claims (Docket No. 9150), entered in the above-captioned proceeding on May 20, 2010 (the "Memorandum Decision"), by the Honorable James M. Peck.

# I.
# STATEMENT OF ISSUES

1.  Did the Bankruptcy Court abuse its discretion in denying CVI's Motion to Treat its Claims as Timely Filed (the "Motion");

2.  Did the Bankruptcy Court correctly apply the "excusable neglect" standard found in Fed. R. Bankr. P. 9006(b)(1) in denying the Motion; and

3.  Did the Bankruptcy Court abuse its discretion in finding that the failure to timely file the proof of claim was not the result of "excusable neglect."

# II.
# DESIGNATION OF RECORD

The documents in the table below are designated to be included in the record in support of this appeal, and a copy of each is attached hereto.

| **Exhibit No.** | **Docket No. / Claim No.** | **Document Name** |
| --- | --- | --- |
| 1. | Docket No. 5599 | Motion to File Proof of Claim After Claims Bar Date filed by Paul J. Labov on behalf of Pacific Life Insurance Company |
| 2. | Docket No. 5601 | Motion to Authorize /Notice of Hearing and Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program Securities List or, Alternatively, to Deem Such Claims to be Timely Filed by the Securities Programs Bar Date |
| 3. | Docket No. 5676 | Motion to Authorize Notice of Hearing and Motion of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed by the Securities Programs Bar Date |
| 4. | Docket No. 5688 | Objection to Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program Securities List or, Alternatively, to Deem Such Claims to be Timely Filed by The Securities Programs Bar Date |
| 5. | Docket No. 5773 | Objection to Motion of Pacific Life Insurance Company to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 6. | Docket No. 5778 | Objection to Motion of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed by the |

|  |  |  |
|---|---|---|
|  |  | Securities Programs Bar Date |
| 7. | Docket No. 5805 | Motion to Join / Joinder Of Official Committee Of Unsecured Creditors To Debtors' Objection To Motion Of Banesco Banco Universal Requiring Lehman Brothers Holdings Inc. To Provide Requested Information And To Deem Claim To Be Timely Filed By The Securities Program Bar Date |
| 8. | Docket No. 5811 | Reply to Motion / PB Capital's Reply to Objection to the Motion of PB Capital to Include Certain European Medium Term Notes in the Lehman Program Securities List or, Alternatively, to Deem Such Claims to be Timely Filed by the Securities Programs Bar Date |
| 9. | Docket No. 5820 | Objection / Joinder of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in Debtors' Objection to Motion of Pacific Life Insurance Company to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 10. | Docket No. 5852 | Response Banesco's Corrected Reply to Debtors Objection to Motion Requiring Lehman Brothers Holdings Inc. to Provide Requested Information and to Deem Claim to be Timely Filed by the Securities Programs Bar Date |
| 11. | Docket No. 5896 | Transcript regarding Hearing Held on 11/18/09 10:03 AM RE: Status Conference |
| 12. | Docket No. 6150 | Motion to Authorize / Notice of Hearing and Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date |
| 13. | Docket No. 6175 | Motion to Allow/Motion of PB Capital for Leave to File a Limited Sur-Reply Declaration in Response to the Debtors Supplement to Objections to Requests to File Late Claims, with Exhibit A (proposed Sur-Reply) |
| 14. | Docket No. 6284 | Order Signed on 12/17/2009 Deeming PB Capital's Proof of Claim Timely Filed |
| 15. | Docket No. 6333 | Order Signed on 12/22/2009 Deeming Banesco's Claim to be Timely Filed |
| 16. | Docket No. 6558 | Motion to Authorize Motion of Pennsylvania Public School Employees' Retirement System for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, Or, in the Alternative, to Permit a Late Claim Filing |
| 17. | Docket No. 6566 | Objection / Objection to Joint Motion of Sea Port Group Securities LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date |
| 18. | Docket No. 6974 | Objection to Motion of Pennsylvania Public School Employees Retirement System for Entry of an Order that its |

|  |  | |
|---|---|---|
|  |  | Timely filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 19. | Docket No. 7008 | Motion to File Proof of Claim After Claims Bar Date Motion of Dynegy Power Marketing Inc. For Entry Of An Order That Its Timely Filed Guarantee Questionnaire Be Deemed A Timely Filed Proof Of Claim, Or, In The Alternative, To Permit A Late Claim Filing Pursuant To Federal Rule Of Bankruptcy Procedure 90006(b)(1) |
| 20. | Docket No. 7011 | Response to Motion Reply of PSERS to Debtors Objection to Motion for Entry of an Order That Its Timely Filed Guarantee Questionnaire Be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 21. | Docket No. 7162 | Amended Motion to File Proof of Claim After Claims Bar Date Amended Motion of Tensor Opportunity Limited to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) |
| 22. | Docket No. 7143 | Notice of Motion to Set Hearing of Santa Fe Entities' Motion to Treat Their Claims as Timely Filed filed by Michael M. Krauss on behalf of Santa Fe Partners LLC. with hearing to be held on 3/17/2010 at 10:00 AM at Courtroom 601 (JMP) Objections due by 3/10/2010. |
| 23. | Docket No. 7144 | Motion to Authorize Santa Fe Entities to Treat Their Claims as Timely Filed and Memorandum of Points and Authorities in Support Thereof (related document(s)[7143]) filed by Michael M. Krauss on behalf of Santa Fe Partners LLC. with hearing to be held on 3/17/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 3/10/2010, (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit Affidavit of J. Leatherberry# (5) Exhibit Affidavit of S. Mertz# (6) Pleading Proposed Order). |
| 24. | Docket No. 7289 | Notice of Motion to Set Hearing to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed filed by Michael M. Krauss on behalf of C.V.I. G.V.F. (Lux) Master S.a.r.l. with hearing to be held on 3/17/2010 at 10:00 AM at Courtroom 601 (JMP) Objections due by 3/10/2010 |
| 25. | Docket No. 7290 | Motion to Authorize Motion to Treat Claim Filed by Black River Asia Fund Ltd. as Timely Filed and Memorandum of Points and Authorities in Support Thereof (related document(s) [7289]) filed by Michael M. Krauss on behalf of C.V.I. G.V.F. (Lux) Master S.a.r.l.. with hearing to be held on 3/17/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 3/10/2010, (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Pleading Affidavit of Mark G. Rabogliatti # (6) Pleading Proposed Order) |

| | | |
|---|---|---|
| 26. | Docket No. 7499 | Objection: Omnibus Objection to Motions of (i) Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P. and Palmyra Capital Offshore Fund, L.P., (ii) Dynegy Power Marketing Inc., (iii) Tensor Opportunity Limited, (iv) The Santa Fe Entities, and (v) CVI GVF (Lux) Master S.A.R.L Each Seeking Relief Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 27. | Docket No. 7544 | Statement / Joinder of The Official Committee of Unsecured Creditors in the Debtors' Omnibus Objection To Motions of (I) Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P. and Palmyra Capital Offshore Fund, L.P., (II) Dynegy Power Marketing Inc., (III) Tensor Opportunity Limited, (IV) The Santa Fe Entities, and (V) CVI GVF (LUX) Master S.A.R.L Each Seeking Relief Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) |
| 28. | Docket No. 7558 | Reply to Motion Santa Fe Entities' Reply to the Omnibus Objection to Santa Fe Entities Motion to Treat Their Claims as Timely Filed Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1). |
| 29. | Docket No. 7559 | Reply to Motion CVI GVF (LUX) Master S.A.R.L.'s Reply to the Omnibus Objection to Treat Black River Asia Fund Limited's Claim as Timely Filed Pursuant to Federal Rule of Bankruptcy Procedure 9006(B)(1) |
| 30. | Docket No. 7589 | Reply to Motion of Dynegy Power Marketing Inc. to Debtors' Omnibus Objection to Motions of (i) Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P. and Palmyra Capital Offshore Fund, L.P., (ii) Dynegy Power Marketing Inc., (iii) Tensor Opportunity Limited, (iv) The Santa Fe Entities, and (v) CVI GVF (Lux) Master S.A.R.L Each Seeking Relief Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 31. | Docket No. 7703 | Transcript regarding Hearing Held on 3/17/2010 |
| 32. | Docket No. 9150 | Memorandum Decision Signed on 5/20/2010 Denying Motions for Leave to File Late Claims |
| 33. | Docket No. 9277 | Order Signed on 5/26/2010 Denying Motions for Leave to File Late Claims |
| 34. | Claim No. 54849 | Proof of claim owned by CVI GVF (LUX) Master S.a.r.l. |
| 35. | Claim No. 43793 | Proof of claim owned by Santa Fe Partners LLC, Faobo Anasazi Systematic Long Short LP |
| 36. | Claim No. 43794 | Proof of claim owned by Santa Fe Partners LLC, Faobo Anasazi Market Neutral LP |
| 37. | Claim No. 43795 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic Japanese Long Short F |

| 38. | Claim No. 43796 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic European Long Short E |
| --- | --- | --- |
| 39. | Claim No. 43797 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Japanese Systematic Long Short D |
| 40. | Claim No. 43798 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic European Long Short C |
| 41. | Claim No. 43799 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Systematic Long Short B, Seg. Por. |
| 42. | Claim No. 43800 | Proof of claim owned by Santa Fe Mstr Fd. Spc. Faobo Anasazi Market Neutral 3x, Seg. Port. |
| 43. | Claim No. 43801 | Proof Of Claim Owned By Santa Fe Mstr Fd. Spc. Faobo Anasazi Market Neutral 2x, Seg. Por. |
| 44. | Claim No. 66236 | Proof of Claim Owned by Tensor Opportunity Limited |
| 45. | Claim No. 42906 | Proof of Claim Owned by Pacific Life Insurance Company |
| 46. | Claim No. 43002 | Proof of Claim Owned by PB Capital Corporation |
| 47. | Claim No. 62723 | Proof of Claim Owned by Banesco Holdings CA |
| 48. | Claim No. 65931 | Proof of Claim Owned by Berner Kantonalbank AG |
| 49. | Claim No. 65932 | Proof of Claim Owned by Berner Kantonalbank AG |
| 50. | Claim No. 65933 | Proof of Claim Owned by Berner Kantonalbank AG |
| 51. | Claim No. 66390 | Proof of Claim Owned by PSERS |

Respectfully submitted,

Date:  June 16, 2010        By:  /s/ Michael M. Krauss
                FAEGRE & BENSON LLP
                Michael M. Krauss (MK-9699)
                Abby E. Wilkinson
                Michael F. Doty
                Christopher J. Harayda
                2200 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN  55402-3901
                Telephone: (612) 766-7000
                Facsimile: (612) 766-1600

                Attorneys for CVI GVF (Lux) Master S.a.r.l.

fb.us.5290153.03