**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Jessica E. Anderson of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on June 16, 2010, she served CVI GVF (Lux) Master S.a.r.l.'s Statement of Issues and Designation of Record on Appeal by U.S. Mail on the following:

> Weil Gotshal & Manges LLP
> Attn: Harvey R. Miller, Richard P. Krasnow, Lori R. Fife
> Shai Y. Waisman, Jacqueline Marcus
> 767 Fifth Avenue
> New York, NY  10153

Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

June 16, 2010

/s/ Jessica E. Anderson
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600