UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                                 :        Chapter 11
                                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        Case No. 08-13555 (JMP)
                                                                                           :
                                              Debtors.                     :        (Jointly Administered)
                                                                                           :
                                                                                           :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

     Jessica E. Anderson of the City of Minneapolis, County of Hennepin, State of Minnesota, states under penalty of perjury that on June 16, 2010, she served Santa Fe Entities' Statement of Issues and Designation of Record on Appeal by U.S. Mail on the following:

        Weil Gotshal & Manges LLP
        Attn: Harvey R. Miller, Richard P. Krasnow, Lori R. Fife
        Shai Y. Waisman, Jacqueline Marcus
        767 Fifth Avenue
        New York, NY  10153

     Parties who requested electronic service in these cases by Notice of Electronic Filing received service via ECF with the Bankruptcy Court in the Southern District of New York.

June 16, 2010                                      /s/ Jessica E. Anderson
                                                            Faegre & Benson LLP
                                                            2200 Wells Fargo Center
                                                             90 South Seventh Street
                                                            Minneapolis, MN  55402-3901
                                                            Telephone: (612) 766-7000
                                                           Facsimile: (612) 766-1600