Walter B. Stuart, Esq.
Patrick D. Oh, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
520 Madison Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| | **Jointly Administered** |
| **Debtors.** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Freshfields Bruckhaus Deringer US LLP hereby enters its appearance as counsel for SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG (collectively, "SLB Leasing") in the above-captioned cases, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all papers served or required to be served in this case be served upon:

Walter B. Stuart, Esq.
Patrick D. Oh, Esq.
Freshfields Bruckhaus Deringer US LLP
520 Madison Avenue, 34th Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
walter.stuart@freshfields.com
patrick.oh@freshfields.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, including, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice Of Appearance And Request For Notice And Service Of Papers is not intended as nor is it a waiver of (i) SLB Leasing's right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) SLB Leasing's right to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which SLB Leasing is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments SLB Leasing expressly reserves.

Dated: New York, New York
June 17, 2010

                    FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                        */s/ Walter Stuart*
                                       Walter B. Stuart, Esq.
                                       Patrick D. Oh, Esq.

520 Madison Avenue
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG*