## **EXHIBIT A**

**Creditors Represented by Freshfields**

| *Entity Name* | *Entity Address* | *Proof of Claim No.* |
|---|---|---|
| SLB Leasing-Fonds GmbH & Co Herakles KG | SLB Leasing-Fonds GmbH & Co Herakles KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19964 |
| SLB Leasing-Fonds GmbH & Co Odin KG | SLB Leasing-Fonds GmbH & Co Odin KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19968 |
| SLB Leasing-Fonds GmbH & Co Thor KG | SLB Leasing-Fonds GmbH & Co Thor KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19963 |
| SLB Leasing-Fonds GmbH & Co Uranus KG | SLB Leasing-Fonds GmbH & Co Uranus KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19967 |