Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Putnam World Trust - Putnam Total Return Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., : Case No. 08-13555 (JMP)
:
Debtor. : (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 23670

PLEASE TAKE NOTICE that Putnam World Trust - Putnam Total Return Fund, through the undersigned counsel, hereby withdraws Proof of Claim No. 23670 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: June 16, 2010
New York, New York

**BINGHAM MCCUTCHEN LLP**

By: _____/s/_____
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Putnam World Trust - Putnam Total Return Fund*

A/73362557.1