WEILAND, GOLDEN, SMILEY, WANG,
EKVALL & STROK, LLP
Evan D. Smiley, Esq.
Robert S. Marticello, Esq.
650 Town Center Drive, Suite 950
Coasta Mesa, California 92626
Telephone: (714) 966-1000

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 643-7000

*Attorneys for Alfred H. Siegel, Chapter 11 Trustee.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

## CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C., attorneys for Alfred H. Siegel, Chapter 11 Trustee.

On June 17, 2010, the following documents were filed in the United States Bankruptcy Court for the Southern District of New York:

1. Notice of Motion of the Chapter 11 Trustee of the SunCal Master Debtors for an Order Granting Relief from the Automatic Stay;
2. Motion of the Chapter 11 Trustee of the SunCal Master Debtors for an Order Granting Relief from the Automatic Stay;
3. Supporting Declaration of Evan D. Smiley; and
4. Proposed Order Approving Motion of the Chapter 11 Trustee of the SunCal Master Debtors for an Order Granting Relief from the Automatic Stay.

In addition to the parties which were served electronically with a Notice of Electronic Filing by the Court, the parties on the attached service list were served on June 17, 2010 as indicated.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: June 17, 2010

_Peter Calhoun_
PETER CALHOUN

Lehman Bros. Hldgs. Inc.
Case No. 08-13555-JMP

<u>Via First Class Mail</u>

Service List

Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Office of the U.S. Trustee
Southern District of N.Y.
33 Whitehall St., 21st Fl.
New York, NY 10004

Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Attn: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Attn: Andy Velez Rivera
    Paul Schwartberg
    Brian Masumoto
    Linda Rifkin
    Tracy Hope Davis

Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004

Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6200

Attn: Lindsee P. Granfield, Esq.
    Lisa Schweiger, Esq.

Attn: Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.

Attn: Daniel H. Reiss, Esq.