United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. / Case No. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Goldman Sachs International<br>Peterborough Court<br>133 Fleet Street<br>London EC4A 2BB |
| Court Claim Number (if known): | 66612 |
| Date Claim Filed: | 05/10/2010 |
| Total Amount of Claim Filed: | $ 34,469,444    Please see below. * |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 14, 2010

Print Name: John H. Tribolati

Title (if applicable): Managing Director

* Claim No. 66612, which purported to amend Claim No. 26676, was filed in error and is hereby withdrawn. Claim No. 26676 should be restored to its original status as filed in the above-referenced proceeding on September 22, 2009.


