B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Sea Port Group Securities, LLC | Popolare Vita S.p.A. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 55728<br>Amount of Claim: $433,336,940.80<br>Amount of Claim Transferred: $222,712,093.8<br>Date Claim Filed: October 29, 2009 |
| The Seaport Group<br>360 Madison Avenue, 22nd Floor<br>New York, New York 10017<br>Attention: Jonathan Silverman<br>Phone: 212-616-7000 | Phone: N/A |
| Last Four Digits of Acct #:N/A | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: 212-616-7000<br>Last Four Digits of Acct #:N/A | **Please See Attached Documents** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: June 17, 2010
Transferee/Transferee's Agent
Jonathan R. Silverman / Authorized Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\\\\NY - 002402/000001 - 2272442 v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT/administrator

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to an Agreement and Evidence of Transfer of Claim (Lehman Program Security) dated as of the date hereof, **Popolare Vita S.p.A.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Sea Port Group Securities, LLC** ("Purchaser"), to the extent of the applicable percentage specified in Schedule 1 attached hereto, all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co, B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the United States Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 55728** filed in the bankruptcy case of Lehman Brothers Holdings Inc. solely, for the purposes hereof, with respect to the security referred to on Schedule 1 hereto and/or the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser of the purchase price for the Claim to Seller, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11 day of June, 2010.

Popolare Vita S.p.A.

By: _____
Name: _____
Title: _____

Sea Port Group Securities, LLC
By: The Seaport Group LLC, its sole member

By: _____
Name: Jonathan Silverman
Title: General Counsel

Schedule 1

Purchased Claim

99.753% – EUR 156,366,000.00 which is the equivalent to US$222,712,093.80 (99.753% of the Proof of Claim as it relates solely with respect to ISIN/CUSIP XS0302315386 as of June 4, 2010, including all pre-petition accrued interest related thereto).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 162,000,000 Zero Coupon Notes due June 2013 under the U.S.$ 100,000,000,000 Euro Medium Term Note Program | XS0302315386 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | $223,308,875.50 | Zero Coupon | 29 June 2013 | N/A |