Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC. | : | Adv. Proc. No. 10-03228 (JMP) |
| Plaintiffs, | : | |
| - against - | : | |
| NOMURA INTERNATIONAL PLC, | : | |
| Defendant. | : | |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC. | : | Adv. Proc. No. 10-03229 (JMP) |
| Plaintiffs, | : | |
| - against - | : | |
| NOMURA SECURITIES CO., LTD, | : | |
| Defendant. | : | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

      MONICA ALSTON, being duly sworn, deposes and says:

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

      On the 16th of June, 2010, I caused a copy of the following documents:

1. NOTICE OF HEARING OF MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER, PURSUANT TO 11 U.S.C. § 1109(b) AND BANKRUPTCY RULE 7024, GRANTING RIGHT TO INTERVENE IN ADVERSARY PROCEEDING; and

2. MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER, PURSUANT TO 11 U.S.C. § 1109(b) AND BANKRUPTCY RULE 7024, GRANTING RIGHT TO INTERVENE IN ADVERSARY PROCEEDING,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by FedEx.

                                          /s/Monica Alston
                                          Monica Alston

SWORN TO AND SUBSCRIBED before
me this 17th day of June, 2010

/s/Grace Green
Grace Green
Notary Public, State of New York
No. 01GR6198164
Qualified in New York County
Certificate Filed in New York County
Commission Expires Dec. 8, 2012

**Exhibit A**

cball@jonesday.com; brosenblum@jonesday.com; dbartner@shearman.com; bpolovoy@shearman.com; hweisburg@shearman.com; solomon.noh@shearman.com; richard.krasnow@weil.com; maurice.horwitz@weil.com; harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; bpershkow@profunds.com; Brendan.Collins@dlapiper.com; Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com; bromano@willkie.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christian.spieler@lehman.com; christopher.schueller@bipc.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; crogers@orrick.com; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com;

3

dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehret-vanhorn@mbaum.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com; elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; george.davis@cwt.com; GGraber@HodgsonRuss.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; hanh.huynh@cwt.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; hbeltzer@morganlewis.com; heim.steve@dorsey.com; heiser@chapman.com; helmut.olivier@lehman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; James.Sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;

4

jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com; lwong@pfeiferlaw.com; mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; matthew.morris@lovells.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; mhopkins@cov.com; michael.bonacker@lehman.com; michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mschonholtz@willkie.com; mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com; opetukhova@foley.com; patrick.schmitz-morkramer@lehman.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com;

5

pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com; rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; RHS@mccallaraymer.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; Scott.Gibson@dubaiic.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; shumaker@pursuitpartners.com; sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com; jtambe@jonesday.com; awsisitsky@jonesday.com

## Exhibit B

INTERNAL REVENUE SERVICE
Fax No.: (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Harvey R. Miller, Esq.
         Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
         Jacqueline Marcus, Esq.
         Richard P. Krasnow, Esq.


Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Jones Day
222 East 41st Street
New York, NY 10017
Attn: Corinne Ball, Esq.
        Benjamin Rosenblum, Esq.
        Jayant W. Tambe, Esq.
        Aviva Warter Sisitsky, Esq.

Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn: Douglas P. Bartner, Esq.