Edward A. Smith
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone no. (212) 307-5500

*Counsel for Delta Air Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS, INC.   :    Case Nos. 08-13555 and 08-13900 (JMP)
and LEHMAN BROTHERS COMMODITY  :
SERVICES INC.,                                 :    Jointly Administered
                                                       :
            Debtor.                              :
                                                       :
---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 4813

PLEASE TAKE NOTICE that Delta Air Lines, Inc. ("Claimant") hereby withdraws Proof of Claim No. 4813 filed by Claimant against debtor Lehman Commodity Services Inc. in Case No. 08-13900 (JMP) on May 28, 2009.

Dated:    New York, New York
          June 18, 2010

                                        Respectfully submitted

                                        VENABLE LLP

                            By:    */s/ Edward A. Smith*
                                        Edward A. Smith
                                        Rockefeller Center
                                        1270 Avenue of the Americas, 25th Floor
                                        New York, New York 10020
                                        Telephone: (212) 307-5500

                                        *Counsel for Delta Air Lines, Inc.*