SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Andrew H. Sherman
Email: asherman@sillscummis.com

-and-

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
Robert S. Marticello, CA State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In re**                                                  :     **Chapter 11**
                                                           :
**LEHMAN BROTHERS HOLDINGS, INC., et al,**                 :     **Case No. 08-13555 (JMP)**
                                                           :
                                                           :
                        **Debtors.**                       :     **(Jointly Administered)**
---------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert S. Marticello, request admission *pro hac vice* before the Hon. James M. Peck, to represent in the above captioned case Alfred H. Siegel, the chapter 11 trustee of the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeney Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC, currently pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division, before Judge Erithe A. Smith.

1772334 v1

I certify that I am a member in good standing of the bars of the State of California, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

**WHEREFORE,** the movant respectfully requests entry of an order in the form annexed hereto granting the admission *pro hac vice* of Robert S. Marticello, Esq.

Respectfully Submitted,

Dated: June 17, 2010          By: _____
Robert S. Marticello
California State Bar No.: 244256
WEILAND, GOLDEN, SMILEY,
WANG EKVALL & STROK, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Email: rmarticello@wgllp.com
Telephone: (714) 966-1000
Facsimile: (714) 966-1000
Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

1772334 v1

2