UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            : Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et al,                           : Case No. 08-13555 (JMP)
                                                                 :
                                                                 :
                        Debtors.                                 : (Jointly Administered)
---------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert S. Marticello, to be admitted, *pro hac vice* to represent in the above captioned case Alfred H. Siegel, the chapter 11 trustee of the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeney Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC, currently pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division, before Judge Erithe A. Smith, a creditor in the above referenced case (the "Client"), and upon the movant's certification that the movant is a member in good standing of the bars of the State of California, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, it is hereby

**ORDERED**, that Robert S. Marticello, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York         /s/ _____
                               UNITED STATES BANKRUPTCY JUDGE

1772527 v1