SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Andrew H. Sherman
Email: asherman@sillscummis.com

-and-

Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
Evan D. Smiley, CA State Bar No. 161812
esmiley@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re                                                      :    **Chapter 11**
                                                           :
LEHMAN BROTHERS HOLDINGS, INC., et al,                     :    Case No. 08-13555 (JMP)
                                                           :
                                                           :
                        Debtors.                           :    (Jointly Administered)
---------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Evan D. Smiley, request admission *pro hac vice* before the Hon. James M. Peck, to represent Alfred H. Siegel, the chapter 11 trustee of the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC (the "SunCal Parent Debtor"), and LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeney Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC (collectively, the "SunCal Subsidiary Debtors" and together with the SunCal Parent Debtor, the "SunCal Master Debtors"), currently pending in the United States

1772333 v1

Bankruptcy Court, Central District of California, Santa Ana Division, before Judge Erithe A. Smith, in the above captioned case.

I certify that I am a member in good standing of the bars of the State of California, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

**WHEREFORE,** the movant respectfully requests entry of an order in the form annexed hereto granting the admission *pro hac vice* of Evan D. Smiley, Esq.

Respectfully Submitted,

Dated: June 17, 2010        By: _____
Evan D. Smiley
California State Bar No.: 161812
WEILAND, GOLDEN, SMILEY,
WANG EKVALL & STROK, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Email: esmiley@wgllp.com
Telephone: (714) 966-1000
Facsimile: (714) 966-1000
Attorneys for Alfred H. Siegel,
Chapter 11 Trustee

1772333 v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re                                                             :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS, INC., et al,                            :   Case No. 08-13555 (JMP)
                                                                  :
                                                                  :
                        Debtors.                                  :   (Jointly Administered)
----------------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Evan D. Smiley, to be admitted, *pro hac vice* to represent in the above captioned case Alfred H. Siegel, the chapter 11 trustee of the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeney Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC, currently pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division, before Judge Erithe A. Smith, a creditor in the above referenced case (the "Client"), and upon the movant's certification that the movant is a member in good standing of the bars of the State of California, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, it is hereby

**ORDERED**, that Evan D. Smiley, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York          /s/ _____
                            UNITED STATES BANKRUPTCY JUDGE

1772335 v2