United States Bankruptcy Court
Southern District of New York

In re:

LEHMAN BROTHERS HOLDINGS INC, <u>et</u> <u>al</u>.,

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **National Economic Research Associates** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention:   Alisa Mumola<br>Telephone:   203-862-8211<br>Email: amumola@contrariancapital.com | National Economic Research Associates<br>PO Box 29677<br>New York, NY 10087-9677 |

**Proof of Claim #: 8767**
**Total amount of Claim: $72,256.73**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____        Date: _____June 18, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 15, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim no. 8767 (the "Claim"), in the principal amount of $72,256.73, against Lehman Brothers Holdings, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 15 day of June 2010.

(Assignor)
NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.

By: _David C. Bucco_
Name: David C. Bucco
Title: Chief Financial Officer

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _[signature]_
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _Fred McHurley_
Name: _FM_
Title: Controller