**Hearing Date and Time:  June 29, 2010, at 11:00 a.m. ET**
**Objection Deadline:  June 17, 2010 at 4:00 p.m. ET**

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
Telephone:    (415) 433-1400
Facsimile:    (415) 433-3883

Attorneys for John Rosekrans

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                   :

In re:                            :

                            :            **Chapter 11**
                            :            **Case No:  08-13555 (JMP)**

LEHMAN BROTHERS HOLDINGS, INC., et al. :

                            :            **(Jointly Administered)**

            Debtor      :

-----------------------------------------------------------x

**DECLARATION OF JOHN P. CHRISTIAN IN SUPPORT OF RESPONSE**
**OF JOHN ROSEKRANS TO DEBTORS AND DEBTORS IN**
**POSSESSION FIFTEENTH OMNIBUS OBJECTION TO CLAIMS**

I, John P. Christian, declare as follows:

1.     I am a shareholder in the law firm of Tobin & Tobin, attorneys for Claimant, John

Rosekrans.  The following facts are of my own personal knowledge, and if called upon to testify

as to such facts and would do so competently.

2.     The Debtors' Fifteenth Omnibus Objection, as it pertains to John Rosekrans, is

premised upon the fact that the <u>face</u> page of the Proof of Claim form does not reference a dollar

amount, but, instead, references Euros, i.e., a foreign currency. A true and correct copy of the Proof of Claim filed on behalf of John Rosekrans is attached hereto as Exhibit "A" and is incorporated herein by reference. The documentation included in the Proof of Claim includes Euro and dollar amounts based upon Lehman's currency conversion rates. Mr. Rosekrans' claim arises from a wire transfer around the time of the Lehman bankruptcy petition filing, directed by Mr. Rosekrans, which was never received by the intended recipient.

3.      I have attached correspondence relating to the claims of John Rosekrans in both this bankruptcy case and the parallel SIPA proceedings, to provide context to the Court. There is nothing mysterious or elusive about the Rosekrans claim. Indeed, the exhibits to this Declaration evidence a certain familiarity with this claim among the professionals guiding this estate and the SIPA proceeding.

4.      Attached hereto as Exhibit "B" is a true and correct copy of my letter to Jared M. Goodman dated February 6, 2009.

5.      Attached hereto as Exhibit "C" is a true and correct copy of my letter to Daniel S. Lubell dated April 14, 2009.

6.      Attached hereto as Exhibit "D" is a true and correct copy of my letter to Rebecca R. Zubaty dated June 2, 2009.

7.      Attached hereto as Exhibit "E" is a collection of email exchanges between the undersigned and legal representatives of this estate, the trustee, and/or the SIPA proceedings.

8.      Attached hereto as Exhibit "F" is a true and correct copy of the SIPA liquidation trustee's allowance of Mr. Rosekrans' claim in the amount of $921,904.30 based upon a claim filed in the amount of $641,190.92 Euros.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2010, at San Francisco, California.


Dated: San Francisco, California
       June 16, 2010

                              Respectfully submitted,

                              TOBIN & TOBIN


                              By: _____ /s/ John P. Christian _____
                                  500 Sansome Street, Suite 800
                                  San Francisco, CA 94111
                                  Telephone:  (415) 433-1400
                                  Facsimile:  (415) 433-3883

                                  Attorneys for John Rosekrans

# EXHIBIT "A"

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for certain Lehman Program Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

John Rosekrans
c/o John P. Christian
Tobin & Tobin
500 Sansome Street, Suite 800
San Francisco, CA 94111
415-433-1400    jchristian@tobinlaw.com
Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____ (If known)

Filed on:_____

Name and address where payment should be sent (if different from above)

As Above

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

| 1. Amount of Claim as of Date Case Filed: $ EURO 641,190.92 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| --- | --- |

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

| 2. Basis for Claim: A EURO Dollar Cash Balance |
| --- |
(See instruction #2 on reverse side.)

| 3. Last four digits of any number by which creditor identifies debtor: __8054__ |
| --- |
3a. Debtor may have scheduled account as: __8054__
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate_____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection:_____
Amount of Secured Claim: $_____  Amount Unsecured: $ EURO 641,190.92

Amount entitled to priority:

$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

SEP 22 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 9/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. John P. Christian, Attorney for John Rosekrans |
| --- | --- |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13902 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien security interest. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition; nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Program Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

FILED / RECEIVED

SEP 22 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC



## SiPC
SECURITIES INVESTOR PROTECTION CORPORATION

### CUSTOMER CLAIM FORM
### LEHMAN BROTHERS INC.

John S. Rosekrans
Account# 83318054
68 Locust Ave.
Mill Valley, CA 94941-2134

Daytime Phone: _415-388-6160_.

Email: _JROSE@49ER.COM_.

Contact Person: _JOHN ROSEKRANS_.

Taxpayer I.D. Number
(Social Security No.): _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_.

## PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

FILED / RECEIVED
SEP 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "B"

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION

500 SANSOME STREET

EIGHTH FLOOR

SAN FRANCISCO, CALIFORNIA 94111-3214

FACSIMILE (415) 433-3883

(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1887)
ROBERT TOBIN (1875-1889)
CYRIL R. TOBIN (1905-1977)

February 6, 2009

Jared M. Goodman, Esq.               Via Email:  Goodman@hugheshubbard.com
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

     **Re:     John S. Rosekrans – Account No. 83318054**

Dear Mr. Goodman:

     Thank you for so promptly returning my telephone call to you of earlier today.   As we discussed, I represent John S. Rosekrans with respect to his Lehman/Barclays Account No. XXX-X8054.   As you know from our discussion, and from your familiarity with other account holders similarly-situated, Mr. Rosekrans has yet to receive the funds or the beneficial use of funds which belong to him, notwithstanding his wire authorization of September 16 2008.  This five-month delay truly stretches the meaning of "administrative freeze."  The amount involved is not insignificant, and I would appreciate your taking an interest in moving this matter towards resolution as expeditiously as possible.

     Per your request, I enclose a copy of the SIPC Customer Claim Form submitted on behalf of Mr. Rosekrans in December.  This should provide  you with the necessary background information.   If you need anything further, please do not hesitate to contact me.

     My direct dial is 415-772-9615.  I look forward to hearing from you.

     Very truly yours,

     TOBIN & TOBIN

     John P. Christian

Encl.
cc:  John S. Rosekrans
jpc\Goodman020609ltr

# EXHIBIT "C"

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION

500 SANSOME STREET

EIGHTH FLOOR

SAN FRANCISCO, CALIFORNIA 94111

FACSIMILE (415) 433-3883

(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1887)
ROBERT TOBIN (1875-1889)
CYRIL R. TOBIN (1905-1977)

April 14, 2009

Daniel S. Lubell, Esq.                                **Via Email**
Partner
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 1004-1482

  **Re: Lehman Brothers Inc.**

Dear Mr. Lubell:

  Thank you for taking my call today.  As I mentioned, we represent John Rosekrans in this matter.  For your ease of reference, and to facilitate discussions at your upcoming meeting with representatives of Citibank, I enclose a copy of the SIPC Claim filed on behalf of Mr. Rosekrans, and related correspondence.

  I look forward to hearing from you.

    Very truly yours,

    TOBIN & TOBIN

    John P. Christian

JPC/gb
Enclosures

H:\JPC\Lubell041409ltr.doc

# EXHIBIT "D"

# TOBIN & TOBIN

A PROFESSIONAL CORPORATION

500 SANSOME STREET

EIGHTH FLOOR

SAN FRANCISCO, CALIFORNIA 94111-3214

FACSIMILE (415) 433-3883

(415) 433-1400

JOHN P. CHRISTIAN
jchristian@tobinlaw.com

RICHARD TOBIN (1852-1887)
ROBERT TOBIN (1875-1889)
CYRIL R. TOBIN (1905-1977)

June 2, 2009

Rebecca R. Zubaty, Esq..
PAUL WEISS
1285 Avenue of the Americas
New York, NY 10019-6064

Via Email:  rzubaty@paulweiss.com

Re:    **John S. Rosekrans – Account No. 83318054**

Dear Ms. Zubaty:

It was a pleasure speaking with you today.  I'm sorry I wasn't at my desk last night at 7:15 p.m. when you left your message!  As we discussed, I represent John S. Rosekrans with respect to his Lehman/Barclays Account No. XXX-X8054.  As you know from our discussion, and from your familiarity with other account holders similarly-situated, Mr. Rosekrans has yet to receive the funds or the beneficial use of funds which belong to him, notwithstanding his wire authorization of September 16 2008.  This nine-month delay truly stretches the meaning of "administrative freeze".  Thank you for confirming that the funds are sitting in a non-segregated account of LBI in London against which Citibank continues to evaluate its potential set-off rights.  I acknowledge that the final decision does not rest with you, that you are in discussions with English counsel, and that you expressed hope that a resolution may be near.  As I shared with you, we have been hearing that "a resolution may be near" for many months.  When I asked you the patently unfair question -- "what would you do if you were in Mr. Rosekrans' position?"-- you deftly (and not surprisingly) responded that you could not respond.  The amount involved is not insignificant, and I would appreciate your taking an interest in moving this matter towards resolution as expeditiously as possible.

Per our discussion, I enclose a copy of the SIPC Customer Claim Form submitted on behalf of Mr. Rosekrans in December.  As we agreed, we will talk again on Thursday.

# TOBIN & TOBIN

Rebecca R. Zubaty, Esq.
PAUL WEISS
June 2, 2009
Page 2

I look forward to speaking with you then.

Very truly yours,

TOBIN & TOBIN

John P. Christian

JPC/gfb
Enclosure

cc:  John S. Rosekrans (via email)

# EXHIBIT "E"

## John Christian

**From:** Goodman, Jared [goodman@HughesHubbard.COM]
**Sent:** Tuesday, February 10, 2009 2:31 PM
**To:** John Christian
**Subject:** RE: John Rosekrans

John,

Yes we reviewed what you have sent and it appears that the funds are in a Citibank London account.  We are supposed to meet with Citibank the week of the 23rd regarding the Citibank London account where the funds are residing.  We expect that we should have internal agreement on the treatment of that account a couple of weeks afterward.  In the meanwhile, if you filed a customer claim, then your claim is on a dual track.  If not, please file a general claim.  The deadline for customer claims has passed.  Please let me know if you have any questions.

---

**From:** John Christian [mailto:jchristian@tobinlaw.com]
**Sent:** Tuesday, February 10, 2009 5:21 PM
**To:** Goodman, Jared
**Subject:** John Rosekrans

Jared – given the magnitude of funds suspended in transit somewhere, it should not surprise you that my client is most anxious to get this matter resolved.  Have you had an opportunity to review the claim materials I emailed to you last Friday?  Wondering where we go from here.  Thanks.

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA  94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

6/16/2010

## John Christian

**From:** Rebecca Zubaty [RZubaty@paulweiss.com]
**Sent:** Friday, June 05, 2009 3:54 PM
**To:** jchristian@tobinlaw.com
**Subject:** John Rosekrans

Mr. Christian,

Please see the attached letter.

Regards,
Rebecca

**Rebecca Zubaty** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3633 (Direct Phone) | (212) 492-0633 (Direct Fax)
rzubaty@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and
notify us immediately.

6/16/2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)


WRITER'S DIRECT DIAL NUMBER

(212) 373-3633

WRITER'S DIRECT FACSIMILE

(212) 492-0633

WRITER'S DIRECT E-MAIL ADDRESS

rzubaty@paulweiss.com

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MATTHEW W. ABBOTT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
ANDREW J. EHRLICH
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
PETER J. ROTHENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

June 5, 2009


<u>**Via Email & Federal Express**</u>

John P. Christian
Tobin & Tobin
500 Sansome Street
Eighth Floor
San Francisco, CA  94111-3214

Re:  John Rosekrans

Dear Mr. Christian:

We have received your letter dated June 2, 2009 and copy of Mr. Rosekrans's proof of claim against Lehman Brothers Inc. ("LBI").  I also understand that you tried reaching me yesterday and today by telephone.

We have recently become aware through discussions with Hughes, Hubbard & Reed ("Hughes Hubbard") of certain alleged third party claims to funds in a general proprietary LBI deposit account held at Citibank.  We are reviewing information that Hughes Hubbard has provided with respect to these claims, and will also review the information you have provided.  However, I am not in a position to confirm that Mr. Rosekrans's funds were transferred to any proprietary account of LBI and did not purport to issue any such confirmation on Tuesday's call.

We anticipate having further discussions with Hughes Hubbard about these alleged third party claims against LBI's accounts in the coming weeks.  Because we are not at liberty

John P. Christian                                                                            2
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

to discuss accounts of Citibank customers with third parties, we suggest that you direct
further inquires into the status of your client's alleged claims against LBI to Hughes
Hubbard.

In addition, on Wednesday I received a voice mail from Mr. Rosekrans.  Please
understand that I am unable to return his call given that he is represented by counsel.


Very truly yours,

Rebecca Zubaty

## John Christian

| | |
|---|---|
| **From:** | Lubell, Daniel S. [lubell@hugheshubbard.com] |
| **Sent:** | Monday, June 08, 2009 3:54 PM |
| **To:** | jchristian@tobinlaw.com |
| **Subject:** | Re: John Rosekrans |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

John, I've been out of the office on trial. We made a proposal to Citi regarding constructive trust type claims like Rosekrans in the context of global settlement negotiations. We're waiting to hear back. We are trying to get to a global settlement before July 15. I am back in the office Wed and Thurs, but will be in a better olace to speak next week if you'd like to discuss. Dan

---

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Mon Jun 08 17:58:06 2009
**Subject:** John Rosekrans

Mr. Lubell – Citibank's counsel is pushing back on this matter, on the basis that my client, John Rosekrans, is a Lehman customer, not a Citibank customer. Nine months have transpired since Mr. Rosekrans attempted to access his funds. Can you please advise where matters stand?

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA 94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

---

**From:** Glenda Broome [mailto:gbroome@tobinlaw.com]
**Sent:** Monday, June 08, 2009 2:22 PM
**To:** John Christian
**Subject:** John Rosekrans

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6/16/2010

## John Christian

| | |
|---|---|
| **From:** | Lubell, Daniel S. [lubell@hugheshubbard.com] |
| **Sent:** | Friday, October 30, 2009 4:06 PM |
| **To:** | jchristian@tobinlaw.com |
| **Subject:** | Re: John Rosekrans |

John,

I am not presently in the office to refamiliarize myself with the specifics of Rosekrans' wire into LBI's Citi UK account and the status of his LBI account. Did the LBI account go over to Barclays in the Lehman sale and is he now still a Barclays customer. If yes, there is one set of people I need to contact and prospects for a faster recovery are greater. If not, I will likely refer you to another law firm that is handling Citi issues. (I assume I am correct about Rosekrans funds being caught in a Citi-UK acct). There is also the people handling his customer claim (which I assume was filed before the bar date). I will get back to you again early next week, but you should let me know as soon as you know the status of the transfer of Rosekrans acct from LBI to Barclays or elsewhere.

Regards,

Dan

---

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Fri Oct 30 18:20:34 2009
**Subject:** RE: John Rosekrans

Dan – it seems we were hearing all the right kind of noises towards resolution over the summer months.   Lately, not so much.  My client is serious now about pursuing a Rule 2004 examination to get to the bottom of this – where are his funds, and what is the status of getting them freed.  I would appreciate your suggestion as to who would be the person most knowledgeable about Rosekrans' account history, post-petition, so we can schedule a convenient date.  Flights to NYC have never been cheaper, but we will want to be efficient about all of this; it's been over a year since our client had access to his money.   Could you please get back to me on this?   Thanks.

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA  94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

---

**From:** Lubell, Daniel S. [mailto:lubell@hugheshubbard.com]
**Sent:** Monday, June 08, 2009 3:54 PM
**To:** jchristian@tobinlaw.com
**Subject:** Re: John Rosekrans

John, I've been out of the office on trial. We made a proposal to Citi regarding constructive trust type claims like Rosekrans in the context of global settlement negotiations. We're waiting to hear back. We are trying to get to a global settlement before July 15. I am back in the office Wed and Thurs, but will be in a better olace to speak next week if you'd like to discuss. Dan

**From:** John Christian
**To:** Lubell, Daniel S.
**Sent:** Mon Jun 08 17:58:06 2009
**Subject:** John Rosekrans

Mr. Lubell – Citibank's counsel is pushing back on this matter, on the basis that my client, John Rosekrans, is a Lehman customer, not a Citibank customer.  Nine months have transpired since Mr. Rosekrans attempted to access his funds.  Can you please advise where matters stand?

John P. Christian, Esq.
Tobin & Tobin
500 Sansome Street, 8th Floor
San Francisco, CA  94111
415-433-1400
415-772-9615 (direct dial)
415-433-3883 (fax)
www.tobinlaw.com (website
jchristian@tobinlaw.com (e-mail)

**From:** Glenda Broome [mailto:gbroome@tobinlaw.com]
**Sent:** Monday, June 08, 2009 2:22 PM
**To:** John Christian
**Subject:** John Rosekrans

*********************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

*********************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

6/16/2010

# EXHIBIT "F"

**James W. Giddens**
**Trustee for the SIPA Liquidation of Lehman Brothers Inc.**
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3ʳᵈ Floor
New York, NY 10017

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

March 29, 2010

**VIA UPS OVERNIGHT**

JOHN S ROSEKRANS
C/O STEPHEN PAPALE
457 PARKER AVE
SAN FRANCISCO, CA 94118

|   | Re: | Claim Number(s): | 900000690 |
|---|---|---|---|
|   |   |   | 591 (Duplicate of claim 900000690) |
|   |   | Account Number(s): | 83318054, 52518054 |

Dear Claimant:

### PLEASE READ THIS NOTICE CAREFULLY

The liquidation of the business of Lehman Brothers Inc. ("LBI") is being conducted by James W. Giddens (the "Trustee") under the Securities Investor Protection Act of 1970, as amended ("SIPA"), pursuant to an order entered on September 19, 2008 by the United States District Court for the Southern District of New York. You have submitted the above-referenced claim(s) (the "Claim") as a customer claim in this proceeding. This Notice is applicable only to the claim(s) and/or accounts identified above. If you filed other claims, additional notices will be issued.

The Trustee has made the following determination regarding your Claim:

Your Claim is ALLOWED as a net equity claim for cash in account 52518054 in the amount of $921,904.30, which reflects activity through September 19, 2008 (the "Allowed Cash").

Your Claim for account 83318054 is DENIED. LBI records indicate that the above-referenced account(s) (the "Account") and all cash and securities related to the Account have been transferred to Barclays Capital Inc. ("BCI"). To the extent securities related to the Account were unavailable and could not be purchased for replacement, the Trustee has provided BCI with cash instead. An order approving the transfer of accounts to BCI was entered by the United States Bankruptcy Court, Southern District of New York, on December 14, 2009.

**RECEIPT BY THE TRUSTEE OF A DULY EXECUTED DECLARATION, RELEASE AND ASSIGNMENT IN THE FORM ATTACHED HERETO (the "Release") IS REQUIRED FOR RECEIVING DISTRIBUTIONS OF ALLOWED CLAIMS WHEN THEY BEGIN.** Distributions will be made in proportion to a claimant's share of available customer property and will be made based on the Trustee's best estimate of available customer property at the time of distribution, and may in some instances include cash in lieu of securities in accordance with SIPA. Distribution may take place in multiple installments over time and will require coordination with and cooperation from various third party custodians, which may delay some or all transfers. Distribution of customer name securities will be made in accordance with SIPA. Please note, no determination is being made as to the validity or allowed amount of any amounts you may have claimed for cash and/or securities, if any, received by the Trustee after September 19, 2008. Such property is not part of the net equity calculation, and the determination of any such claim will be dealt with separately in the Trustee's continuing administration of the estate. Depending on your contractual arrangements with Lehman Brothers Inc. or other Lehman entities, or by operation of law based on those relationships, distributions on your allowed amount as set forth above may be subject to liens or security interests held by another Lehman entity.

If you accept the Trustee's determination, please sign, date, and have notarized the enclosed Release, and return it to us at your earliest convenience. We recommend that you retain a copy for your records. **PLEASE NOTE THAT THE RELEASE REQUIRES YOU TO CONFIRM TO THE TRUSTEE, UNDER PENALTY OF PERJURY, THAT YOU HAVE NOT RECEIVED ANY PAYMENTS OR TRANSFERS OF THE ALLOWED SECURITIES AND/OR THE ALLOWED CASH THROUGH THE DATE OF THE RELEASE.** Kindly provide instructions for the transfer of securities and cash on the form provided. To expedite the distribution process, we recommend that you provide email addresses for you and your broker dealer. Upon receipt of the duly executed Release, a Trustee representative will contact you and your new broker to facilitate the transfer of the Allowed Securities and the Allowed Cash to your new brokerage account. Completed releases must be sent to the following address:

2

Epiq Bankruptcy Solutions LLC
757 Third Avenue, Ste. 302
New York, New York 10017-2063

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you MUST file your written opposition, setting forth (i) the claim number; (ii) a detailed statement of the reasons for your objection to the Trustee's determination; (iii) copies of any document or other writing upon which you rely; and (iv) mailing, phone, and email contact information, with the United States Bankruptcy Court and the Trustee within THIRTY DAYS of the date of this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must file your opposition in accordance with the above procedure electronically with the Court on the docket of *In re* Lehman Brothers Inc., Case No. 08-01420 (JMP) SIPA in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format.

If you do not have means to file your opposition electronically, you may mail your opposition to:

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

3

**PLEASE TAKE FURTHER NOTICE:**  You must serve your opposition upon the Trustee's counsel by mailing a copy to:

> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> Attn:  LBI Hearing Request
>
> Attorneys for James W. Giddens, Trustee for
> the SIPA Liquidation of Lehman Brothers Inc.

> Very Truly Yours,
>
>
> James W. Giddens
> Trustee for the SIPA Liquidation of
> Lehman Brothers Inc.

*In re* Lehman Brothers Inc.

Case No. 08-01420 (JMP) SIPA

## DECLARATION, RELEASE AND ASSIGNMENT

**CLAIMANT:**      **JOHN S ROSEKRANS**

**CLAIM NO.:**      **900000690**
                   **591 (Duplicate of claim 900000690)**

**ACCOUNT NO.:**   **83318054, 52518054**

     The above-named claimant ("Claimant"), having submitted the above-referenced claim(s) (the "Claim") to James W. Giddens (the "Trustee"), as Trustee for the Liquidation of Lehman Brothers Inc. ("LBI"), hereby declares to the Trustee, under penalty of perjury, that Claimant did not receive any payment and/or other transfer of the Allowed Cash and/or Securities as described in the Notice of Trustee's Determination of Claim dated March 29, 2010 for the above-referenced claim(s) and account number(s) (the "Notice") from LBI, or any entity or other person affiliated with LBI through the date of this declaration.

     Claimant, on behalf of Claimant and his, her or their heirs, successors and assigns, contingent only upon receipt of the Allowed Cash and/or Securities as described in and pursuant to the terms of the Notice (the "Consideration") from the Trustee after receipt by the Trustee of this signed Declaration, Release and Assignment, hereby remises, releases, and forever discharges the Trustee and his agents, employees, professionals, successors and assigns, the Securities Investor Protection Corporation ("SIPC") and its agents, employees, officers, directors, professionals, successors and assigns, and the LBI estate (all of the foregoing, collectively, the "Released Persons") of and from any and all claims or causes of action arising out of or relating to the Claim, the circumstances that gave rise to the Claim, any account(s) Claimant had with LBI, and any other transactions or dealings with LBI or any entity or other person affiliated with LBI relating to the Claim, which the Claimant now has, or hereafter can, shall, or may have, for or by any reason of any cause, matter, or thing whatsoever, prior to and including the date of execution hereof. Claimant represents and warrants that it is aware of no liens or claims against the above-referenced account(s) (the "Account") or its contents, and acknowledges and agrees that, to the extent the Account or property contained therein may be subject to any liens or claim, delivery of the Consideration will be subject to any such liens or claims.

     Notwithstanding any rights or remedies available to Claimant under applicable law, Claimant acknowledges and agrees to return immediately any property to the LBI estate that is later found by the Trustee or determined by a court (i) to have been distributed in error, (ii) to exceed claimant's proportional share of customer property, or (iii) to be subject to liens or claims of the LBI estate or any other entity or other person and will indemnify and hold harmless the Released Persons from and against any damages, costs or losses that may result from any assertion by any such other entity or other person of any such liens or claims.

Further, Claimant hereby assigns and transfers to the Trustee and SIPC all rights, including any and all claims and causes of action, and any proceeds derived therefrom, that Claimant may have against any party, arising out of or relating to the Claim, the circumstances that gave rise to the Claim and any account(s) Claimant had with LBI, to the extent of the Consideration.

Notwithstanding anything else herein to the contrary, claims for cash and/or securities, if any, received by the Trustee after September 19, 2008 are not deemed released hereby and the determination of any such claim will be dealt with separately in the Trustee's continuing administration of the estate.

Claimant further acknowledges the sufficiency of the Consideration and that Trustee may deliver such Consideration in multiple installments. Notwithstanding anything to the contrary herein, to the extent the Consideration is delivered in multiple installments, the releases set forth herein shall take effect only with respect to the portion of the Claim which has been satisfied by such portion of the Consideration.

WITNESS the due execution hereof, intending to be legally bound hereby, this _____ day of _____ 2010.

_____

By:

Title:

Sworn to before me this
_____ day of _____, 2010.

_____

Notary Public
My commission expires:

2

Instructions for the transfer of cash for:

JOHN S ROSEKRANS
C/O STEPHEN PAPALE
457 PARKER AVE
SAN FRANCISCO, CA  94118

Re:  Claim Number(s):    900000690
                        591 (Duplicate of claim 900000690)
     Account Number(s):  83318054, 52518054

To:   The Trustee for the SIPA Liquidation of Lehman Brothers Inc.

Please deliver the cash to satisfy my claim to:

Name of brokerage firm: _WELLS FARGO INVESTMENTS LLC._

Address: _420 MONTGOMERY ST. 7F    MAC A0101-077._

City/State/ZIP: _SAN FRANCISCO, CA  94104._

For my account (number): _# 7954-2753._

Account executive (name): _STEPHEN PAPALE_

Account executive telephone number: _415-222-2208._

Account executive fax (or e-mail): _SPAPALE @ WELLSFARGO.COM._

Signature(s) _____
               _JOHN S. ROSEKRANS_
               _____

Please complete and return this form with the Release.



COPY

**CUSTOMER CLAIM FORM**
**LEHMAN BROTHERS INC.**

SECURITIES INVESTOR PROTECTION CORPORATION

John S. Rosekrans
Account# 83318054
68 Locust Ave.
Mill Valley, CA 94941-2134

Daytime Phone: _415-388-6160._

Email: _JROSE@49ER.COM._

Contact Person: _JOHN ROSEKRANS._

Taxpayer I.D. Number

(Social Security No.): _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._

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.  LBI owes me a credit or cash in the amount of:    Euro $ 641,190.92

   b.  I owe LBI a debit or cash in the amount of:    $ 0

   c.  If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed with this claim form.**

   $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   <u>Please Do Not Claim Any Securities You Have In Your Possession</u>

   |  | YES | NO |
   |---|---|---|
   |  | (Circle Y or N) | |
   | a.  LBI owes me securities: | Y | N |
   | b.  I owe LBI securities: | Y | N |

   c.  If yes to either, please list below (or in additional pages as necessary):

   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|---|
   | | | | LBI Owes Me (Long) | I Owe LBI (Short) |
   | | | | | |
   | | | | | |
   | | | | | |
   | | | | | |
   | | | | | |

   If additional space is needed, attach additional pages providing the information in the exact format above.



## 3.  COMMODITY FUTURES CLAIMS

YES          NO
(Circle Y or N)

Do you have a claim based on a commodity futures account?    (Y)        N

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: EUR $ 641,190.92.

Basis for Claim: LEHMAN/BARCLAYS CAN NOT LOCATE A WIRE TRANSFER ON SEPT 16 2008. THE FUNDS WERE "DEBITED" FROM ACCOUNT, ALTHOUGH NOT RECEIVED FROM/BY MY BANK. THE EURO'S WERE NOT REDEPOSITED INTO MY LEHMAN/BARCLAYS ACCT NOR CREDITED TO MY WELLS FARGO INVESTMENTS ACCT.

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.

- Proper documentation can speed the review, allowance, and satisfaction of your claim.

- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.

- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.

- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

## NOTE:  IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

YES          NO
(Circle Y or N)

4.  Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)?

Y          (N)

5.  Has there been any change in your account since September 19, 2008?

(Y)          N




3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?   Y   (N)

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).   Y   (N)

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?   Y   (N)

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.   Y   (N)

10.  Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.   Y   (N)

11.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.   Y   (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____ STEPHEN PAPALE.

Address: _____ 457 PARKER AVE.

_____ SAN FRANCISCO, CA 94118.

Phone number: _____ 415-412-1413

Email address: _____ SRPAPALE @ PACBELL. NET.

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _12-29-08_____   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)



B 10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT | Southern District of New York | PROOF OF CLAIM |

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
1000973027 LBI 12/1/2008 890052
John S. Rosekrans
68 Locust Ave.
Mill Valley, CA 94941-2134

Telephone number: 415-388-6160

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

AS ABOVE.

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ EURO $ 641,190.92.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:    A EURO DOLLAR CASH BALANCE.
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: XXX-X8054

3a. Debtor may have scheduled account as:    XXX-X8054.
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection:

Amount of Secured Claim: $_____    Amount Unsecured: $ EUR$ 641,190.92.

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

6. Credits:  The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents:  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12-29-08 | Signature:  The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

If you would like to file your claim online please go to www.lehmantrustee.com and select the link for the online claim form. You will need the tracking number and mail id listed below to complete your claim online.

P0000L 0000** -P01300 208724 S811 1613 A

Tracking Number: 892696 Mail ID: 890052

John S. Rosekrans
68 Locust Ave.
Mill Valley, CA 94941-2134

**Question #5.  Page 3**

Has there been any change in your account since September 19, 2008?

Yes.  I did not receive the EURO$641,190.92 requested in my Letter of Authorization to wire funds submitted to Lehman Brothers/Barclays for action on September 16, 2008.

The Euro$ were never received at my Wells Fargo Investments account nor were the Eurodollars re-deposited into my Lehman Barclays account XXX-X8054.

Several requests for tracing or status made to Lehman/Barclay's has not resulted in finding the EURO$641,190.92.

Please see the attached spreadsheet "John Rosekrans Euro Cash Balance" Timeline and the referenced and numbered attachments.



**John Rosekrans Euro Cash Balance**
**XXX-X8054**

| Ref # | | Activity | Activity | Euro balance | Comments |
|---|---|---|---|---|---|
| #1 | 28-Mar-08 | Sell USD $1,000,000 / Buy EUR$ 631,592.24 | 631,592.24 | 631,592.24 | *initial EURO purchase/Trade Confirmation Report* |
| #2 | 31-Mar-08 | interest earned | | | Lehman March 2008 statement w/commodity transaction |
| #3 | Apr-08 | interest earned | | | |
| #3 | May-08 | interest earned | | 633,597.96 | June 08 monthly statement reflects May 08 closing balance |
| #3 | Jun-08 | interest earned | 1,840.16 | 635,438.12 | June 08 monthly statement reflects cash account balance in Euros |
| #4 | 2-Jul-08 | interest earned | 1,781.70 | 637,219.82 | July 02 08 statement reflects Euro$ balance & interest earned on 7/02/08 |
| #5 | 21-Aug-08 | interest earned | | 639,170.34 | Aug 21 08 statement reflects EUR$639,170.34 Euro$ balance |
| #6 | 15-Sep-08 | wire instructions | | | wire instructions delivered to Lehman Brothers via fax. |
| #7 | 16-Sep-08 | currency delivered out | 641,190.92 | | transaction #14414950 shows currency delivered out |
| #8 | 16-Sep-08 | currency delivered out | 641,190.92 | | Sept 08 monthly statement reflects currency delivered out |
| #9 | 3-Sep-08 | interest earned | 2,020.58 | | Sept 08 monthly statement reflects EURO $ and 9/03/08 interest earned |
| #10 | 18-Sep-08 | Notified Lehman Euros via email Euros not received | | | Requesting Confirmation of Payment |
| #11 | 22-Sep-08 | Lehman/Barclays will trace Euros not received | | | Email from Lehman/Barclay's Ops Mgr re trace funds |
| #12 | 6-Oct-08 | interest earned | 948.45 | 948.45 | Oct 08 statement DOES NOT reflect REDEPOSITED EUROS |
| #13 | 8-Dec-08 | interest earned | 952.48 | 952.48 | |
| #14 | 19-Dec-08 | Lehman/Barclay's Ops Mgr to trace wire transfer | | | Second request to Trace Wired Funds |

*#1*

LE:    ' BROTHERS INC.
745 .... AVE.
NEW YORK, NY  10019

*FUTURES/FOREIGN EXCHANGE
CONFIRMATION*

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

| MAR 28, 2008 | |
|---|---|
| IR NUMBER    ACCOUNT | |
| 347            8054 | |
| Page          1 | |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - - - -

.LAR                    OCR
                       OCR

- - - - - - - - - - - - - F O R E I G N    E X C H A N G E    S E T T L E M E N T S - - - - - - - - - - - - -
B/S      Base Currency Maturity Currency Pair       Counter Amount        Rate      Net Present Value

ttlement amounts shown below are reflected in the closing cash balance for each currency.

08 B        631,592.24CR 28MAR08 EUR/USD          1,000,000.00DB TYPE  1.5833000

- - - - - - - - - - - - - - I T E M I Z E D    C A S H    A C T I V I T Y - - - - - - - - - - - - - -
08 FROM STK    8054 TO CMDY    8054
                                                    3/28/08 USD    1,000,100.00CR
   CLOSING  ACCOUNT  BALANCES - - - - -

.AR             631,592.24CR*
                       OCR*

*#1*





# LEHMAN BROTHERS

**JOHN S ROSEKRANS**

March 1 - March 31, 2008

Brokerage account ████8054

page 17 of 26

## Withdrawals

| Activity | Date | Tracking code | Reference No. | Amount | Comment |
|---|---|---|---|---|---|
| REF ██████ | | | | | |
| 111901519 | | | | | |
| AMERICAN NATIONAL BANK | | | | | |
| REPUBLIC TITLE OF TEXAS, IN | | | | | |
| FROM STK 833-18054 TO CMDY | | | | -1,000,000.00 | |
| Total USD withdrawals | | | | -$1,142,626.63 | |

## Interest

| Activity | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BANK CASH DEPOSIT ACCT | 14 Mar 2008 | $142,626.53 | | -$142,626.53 | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities accounts to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments.

## Dividends

| Activity | Date | Taxable amt. | Non-taxable amt. | Amount | Comment |
|---|---|---|---|---|---|
| LEHMAN BROTHERS TAX-FREE MONEY FUND RESERVE CLASS | 26 Mar 2008 | $1,626.27 | | $1,626.27 | MONTHLY INTEREST FOR PERIOD 02/26/2008 - 03/25/2008 29 DAYS YLD 2.21% |
| NORTHROP GRUMMAN CORP | 03 Mar 2008 | | $3,331.33 | $3,331.33 | MONTHLY DIVIDEND FOR PERIOD 02/01/08 - 02/29/08 29 DAYS 7 DAY YIELD 2.24% |
| | 17 Mar 2008 | 428.46 | | 428.46 | CASH DIV ON 1158 SHS REC 03/03/08 PAY 03/15/08 |
| FREDDIE MAC 8.375% NON-CUMULATIVE PERPETUAL PREFERRED STOCK | 31 Mar 2008 | 674.65 | | 674.65 | CASH DIV ON 1000 SHS REC 03/17/08 PAY 03/31/08 |
| Total USD dividends | 28 Mar 2008 | $1,103.11 | $3,331.33 | $4,434.44 | |
| Total taxable dividends - 2008 | | $1,103.11 | | | |
| Total non-taxable dividends - 2008 | | | $3,331.33 | | |

The taxable and non-taxable designations provided above refer to the US income tax treatment of distributions from your securities accurate to the best of our knowledge. Clients should consult with a tax advisor regarding the tax treatment of their investments. The designations are

## Other activity

| Activity | Type | Date | Quantity |
|---|---|---|---|
| LB ADVISOR SERIES - INTERNATIONAL GROWTH EQUITY LP | Journal | 04 Mar 2008 | -9,149,967 |
| EXCHANGE TO 9N39T130 | | | |
| LEHMAN BROTHERS ADVISOR SERIES INTL GROWTH EQUITY LP CLASS E SERIES 1 | Journal | 04 Mar 2008 | 9,149,967 |
| EXCHANGE FROM 9N382770 | | | |

LEHMAN BROTHERS INC.
745TH AVE
NEW YORK, NY   10019

Monthly Statement For: JUN 01, 2008 through JUN 30, 2008

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

Salesman  Account
62525547  0054

Page   1

US NON-SEGREGATED ACCOUNT

- - - - OPENING ACCOUNT BALANCES - - - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - -
                                633,597.96CR                        6/03/08    EUR                    1,840.16CR
INTEREST EARNED                                              Total Cash    EUR                    1,840.16CR**

- - - - CLOSING ACCOUNT BALANCES - - - -
                                635,438.12CR**

- - - - - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - -
   Margin Requirement                              Margin                        Call/Excess
      Initial      OCR                           Excess/Deficit
Value in Base Currency                             635,438.12CR
      OCR

- - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - - - - - - - - - -
   Account                        Equity                       Margin
   Balance                       1,000,851.25CR              Call/Excess
Unrealized G/L                    635,438.12CR              635,438.12CR
   on Futures         Net Present Value           Net Option        Collateral Net Liquidating
   635,438.12CR         on Forwards                Value                     Value
Value in Base Currency               OCR              Market Value              840.16CR
   1,000,851.25CR                                       OCR              635,438.12CR
      OCR

- - - - - - P R O F I T   &   L O S S   S U M M A R Y - - - - - - - - -
   Futures                        OCR                           OCR                        OCR
Profit and Loss                Options                     Options
                              Long Premium               Short Premium         Commission              Fees
                                                        1,000,851.25CR                                1,000,851.25CR




**#4**

1271 6TH AVE
NEW YORK, NY  10019

*FUTURES/FOREIGN EXCHANGE CONFIRMATION*

| JUL 02, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

OPENING  ACCOUNT  BALANCES - - - -

635,438.12CR

- - - - - - - - - - - - -I T E M I Z E D   C A S H   A C T I V I T Y- - - - - - - - - - - - - - - - - -

INTEREST EARNED                                                    7/02/08 EUR          1,781.70CR

CLOSING  ACCOUNT  BALANCES - - - - -

637,219.82CR*

#4

# #5

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

**FUTURES/FOREIGN EXCHANGE
DAILY STATEMENT**

TH AVE
N. ORK, NY  10019

| AUG 21, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 347 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

```
- OPENING  ACCOUNT  BALANCES - - - -

                 639,170.34CR

 CLOSING  ACCOUNT  BALANCES - - - - -

                 639,170.34CR*
```

- - - - - - -  M A R G I N   R E Q U I R E M E N T   S U M M A R Y  - - - - - - - - - - - - - - - - - - - - -
- - - Margin Requirement  - - - - -

| Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|
| OCR | 639,170.34CR | 639,170.34CR |

lue in Base Currency

| OCR | 950,894.35CR | 950,894.35CR |

- - - - - - - - - -  A C C O U N T   V A L U E   S U M M A R Y  - - - - - - - - - - - - - - - - - - - -

| Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|
| 639,170.34CR | OCR | OCR | OCR | OCR | 639,170.34CR |

lue in Base Currency

| 950,894.35CR | OCR | OCR | OCR | OCR | 950,894.35CR |

```
* CURRENCY  CONVERSION  RATES *********
                                      *
 urrency - USD                        *

 URO        EUR .    1.4877010  *
 ************************************
```



# #5

# #6

Date: _Sept 15 2008_

Lehman Brothers Inc.
555California St., 30th Floor
San Francisco, California 94104

Re:     Future/Foreign Exchang Account ████ 8054
        Remittance of Euro (EUR) wire payments

Dear Account Representative,

Please accept this authorization to wire the full balance of my account, account ████ 8054.
Please instruct the initiating bank to route the payment as follows:

**Intermediary Bank:**                    Deutsche Bank AF Frankfurt AM Main
**Intermediary Bank SWIFT BIC:**          DEUTDEFF

**Beneficiary's Bank:**                   Wells Fargo Bank, N.A.
**Beneficiary's Bank SWIFT BIC:**         WFBIUS6S

**Beneficiary's Account Number:**         ████ 2753
**Beneficiary's Name:**                   John S. Rosekrans Trust Dtd 6/6/08
**Beneficiary's Address:**                68 Locust Ave.
(Swift Field 59)                          Mill Valley, CA 94941
Attention:                                FX Department / Chris Jackson

Please note: Subject to agreement between remitter and beneficiary, fees resulting from this wire
should be processed using one of the following SWIFT standards:

OUR:   Remitter pays all fees
SHA:   Remitter pays initiating bank fees and first intermediary bank fees.  Beneficiary
       pays any additional fees
BEN:   Remitter pays initiating bank fees.  Beneficiary pays first intermediary bank and
       any additional fees.

Thank you for your assistance to this request.  Please call me if you
information.

Sincerely.

John S. Rosekrans
(415) 388-6160

#6

#7

7TH AVE
YORK, NY  10019

JOHN S ROSEKRANS
58 LOCUST AVE.
MILL VALLEY, CA  94941-2134

0003346

*FUTURES/FOREIGN EXCHANGE*
*CONFIRMATION*

| SEP 16, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page 1 | |

US NON-SEGREGATED ACCOUNT

- - OPENING  ACCOUNT  BALANCES - - - -

    641,190.92CR

- - - - - - - - - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - - - - - - - - - - - - -

08 CURRENCY DELIVERED

    144134950                        9/16/08 EUR     641,190.92DB

- CLOSING  ACCOUNT  BALANCES - - - - -

    0CR*

#7.



1 \C   000346

#8

**FUTURES/FOREIGN EXCHANGE
MONTHLY STATEMENT**

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

0 PARK AVE
V YORK, NY  10166

P. 02

| SEP 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

```
- - - OPENING  ACCOUNT  BALANCES - - - -
                    639,170.34CR
- - - - - - - - - - - - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - - - - - - - - - - - -
3/08 INTEREST EARNED                                         9/03/08 EUR         2,020.58CR
6/08 CURRENCY DELIVERED                                      9/16/08 EUR       641,190.92DB
- - - CLOSING  ACCOUNT  BALANCES - - - - -                  Total Cash  EUR    639,170.34DB**
- - - - - - - - - - - - - - - P R O F I T  &  L O S S  S U M M A R Y - - - - - - - - - - - - - - - -
                                 0CR*
          Futures            Options           Options
       Profit and Loss    Long Premium     Short Premium        Commission            Fees
```

#8



**# 9**

ARK AVE
YORK, NY  10166

**FUTURES/FOREIGN EXCHANGE
MONTHLY STATEMENT**

Illdulullduleduleduleulullduleddluleduldud
JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

590200

| SEP 2008 | |
|---|---|
| HR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

```
- - OPENING  ACCOUNT  BALANCES - - - -
                  639,170.34CR
- - - - - - - - - - - - - I T E M I Z E D   C A S H    A C T I V I T Y - - - - - - - - - - - - - -
08 INTEREST EARNED                              9/03/08 EUR        2,020.58CR
08 CURRENCY DELIVERED                           9/16/08 EUR      641,190.92DB
                                             Total Cash  EUR     639,170.34DBxx
- - CLOSING  ACCOUNT  BALANCES - - - - -
                                 OCR*
- - - - - - - - - - - - - - - - - P R O F I T  &  L O S S  S U M M A R Y - - - - - - - - - - - - -
        Futures           Options           Options
  Profit and Loss      Long Premium       Short Premium        Commission           Fees
```

**# 9**

I 10

lark, Nerissa R.

**om:**       Pages, Cindy C [cynthia.pages@lehman.com]
**:nt:**      Thursday, September 18, 2008 9:04 AM
**:**         Clark, Nerissa R.
**ibject:**   FW: Confirmation of Payment

Here is the wire ref number along with the Swift Message of the wire.

# 10

FX144134950

S/GCCMOUT 0695T
ST/481095SW     N
AV/46F94F2F
AO/SLIIGB2LSLIIGB2LXXX
AS/          NNormal
AX/SLIIGB2LXXX
AM/FRWE
1:F01SLHIUS3XXXXX0000000000}{2:I103CITIGB2LXXXXN}{4:
20:FX144134950
23B:CRED
32A:080916EUR641190,92
50K:/10000014DUSE
LEHMAN BROTHERS INC.
45 7TH AVENEW YORK US
53B:/10640409
56A:DEUTDEFFXXX
57A:WFBIUS6SXXX
59:/79542753
OHN S. ROSEKRANS TRUST DTD 6-6-08
71A:OUR
72:/BNF/ATTN FX DEPARTMENT
CHRIS JACKSON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

:s message is intended only for the personal and confidential use of the designated recipient(s) named above. If you
not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or
ying of this message is strictly prohibited. This communication is for information purposes only and should not be
irded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any
saction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or
r-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon
ich. All information is subject to change without notice.



apale, Stephen R.

# # 11

| | |
|---|---|
| om: | Loggins, Ashanti [ALoggins@LEHMAN.COM] |
| nt: | Monday, September 22, 2008 12:05 PM |
| : | Papale, Stephen R. |
| bject: | RE: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92 |

fortunately, we haven't been able to get confirmation of any outgoing payments since we
e in the middle of a conversion. I will send confirmation to you once I have it and
en I find out more information.

-----Original Message-----
om: Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
nt: Monday, September 22, 2008 11:29 AM
: Loggins, Ashanti
: cindy.pages@lehman.com; Dower, Harriet
bject: FW: Confirmation of Payment (John S. Rosekrans) EUR 641,190.92
portance: High

Ashanti,

there anything I can do from this end to reverse trace the EUR transfer?

anks,

eve Papale

-----Original Message-----
om: Papale, Stephen R.
t: Friday, September 19, 2008 8:33 AM
: 'hdower@lehman.com'
: Clark, Nerissa R.; Jackson, Christopher S. (FX INTL)
bject: FW: Confirmation of Payment (John S. Rosekrans)
portance: High

Harriet,

nks for your help and let's talk.

ow are the wire details that Cindy sent to us. The wire out from Lehman on September 16
EUR641,190,92.

line 20 in the instructions there should be a " TRN ref #" and if Wells had that we
ht reverse inquiry from our side.

ls FX contact is Chris Jackson 415-371-6641.

nks

phen Papale
ls Fargo Investments LLC
pale@wellsfargo.com
5) 222-2208

# 11

-----Original Message-----
a: Clark, Nerissa R.
:: Thursday, September 18, 2008 9:07 AM
: Jackson, Christopher S. (FX INTL)

1

:: Papale, Stephen R.
bject: FW: Confirmation of Payment (John S. Rosekrans)
portance: High

Chris,

low is information received from Lehman regarding the wire transfer.
ease let me know if you will need more information.

rissa

---Original Message-----
om: Pages, Cindy C [mailto:cynthia.pages@lehman.com]
nt: Thursday, September 18, 2008 9:04 AM
: Clark, Nerissa R.
bject: FW: Confirmation of Payment

Here is the wire ref number along with the Swift Message of the wire.

FX144134950

/S/GCCMOUT 0695T
/ST/481095SW        N
/AV/46F94F2F
/AO/SLIIGB2LSLIIGB2LXXX
/AS/              NNormal
/AX/SLIIGB2LXXX
/AM/FRWE
{1:F01SLHIUS3XXXXX0000000000}{2:I103CITIGB2LXXXXN}{4:
:20:FX144134950
:23B:CRED
:32A:080916EUR641190,92
:50K:/10000014DUSE
LEHMAN BROTHERS INC.
745 7TH AVENEW YORK US
:53B:/10640409
:56A:DEUTDEFFXXX
:57A:WFBIUS6SXXX
59:/79542753
JOHN S. ROSEKRANS TRUST DTD 6-6-08
71A:OUR
72:/BNF/ATTN FX DEPARTMENT
/CHRIS JACKSON
-}

- - - - - - - - - - - - - - - - - - - - - - - -
- - - - - -

s message is intended only for the personal and confidential use of the designated
ipient(s) named above.  If you are not the intended recipient of this message you are
eby notified that any review, dissemination, distribution or copying of this message is
ictly prohibited.  This communication is for information purposes only and should not
regarded as an offer to sell or as a solicitation of an offer to buy any financial
duct, an official confirmation of any transaction, or as an official statement of
man Brothers.  Email transmission cannot be guaranteed to be secure or error-free.
refore, we do not represent that this information is complete or accurate and it should
be relied upon as such.  All information is subject to change without notice.


- - - - - - - - - - - - - - - - - - - - - - - -


s message is intended only for the personal and confidential use of the designated
ipient(s) named above.  If you are not the intended recipient of this message you are
eby notified that any review, dissemination, distribution or copying of this message is

rictly prohibited.  This communication is for information purposes only and should not
regarded as an offer to sell or as a solicitation of an offer to buy any financial
oduct, an official confirmation of any transaction, or as an official statement of
man Brothers.  Email transmission cannot be guaranteed to be secure or error-free.
refore, we do not represent that this information is complete or accurate and it should
 be relied upon as such.  All information is subject to change without notice.



**#12**

BARCLAYS CAPITAL INC.
200 PARK AVE
NEW YORK, NY  10166

*FUTURES/FOREIGN EXCHANGE
CONFIRMATION*

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA  94941-2134

000212

| OCT 06, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 678 | 8054 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

- OPENING  ACCOUNT  BALANCES - - - -

                              0CR

- - - - - - - - - - - - - -I T E M I Z E D   C A S H   A C T I V I T Y- - - - - - - - - - - -

INTEREST EARNED                                    10/06/08 EUR          948.45CR

CLOSING  ACCOUNT  BALANCES - - - - -

            948.45CRx

#12

**#13**

BARC    CAPITAL INC.
200 PARK AVE
NEW YORK, NY   10166

*FUTURES/FOREIGN EXCHANGE*
*DAILY STATEMENT*

JOHN S ROSEKRANS
68 LOCUST AVE.
MILL VALLEY, CA   94941-2134

| DEC 08, 2008 | |
|---|---|
| IR NUMBER   ACCOUNT | |
| 015 | 8054 |
| Page     1 | |

US NON-SEGREGATED ACCOUNT

```
- - OPENING  ACCOUNT  BALANCES - - - -
                          952.42CR
-  CLOSING  ACCOUNT  BALANCES - - - -
                          952.42CR*
- - - - - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - -
- - - -  Margin Requirement - - - - -         Equity              Margin
        Initial                          Excess/Deficit       Call/Excess
           0CR                              952.42CR            952.42CR
Value in Base Currency
           0CR
                                         1,233.93CR          1,233.93CR
- - - - - - - -  A C C O U N T   V A L U E   S U M M A R Y - - - - - - -
     Account        Unrealized G/L     Net Present Value    Net Option    Collateral    Net Liquidating
     Balance         on Futures         on Forwards           Value      Market Value       Value
    952.42CR                                 0CR               0CR           0CR
Value in Base Currency
   1,233.93CR            0CR
                                            0CR                0CR           0CR          952.42CR
** CURRENCY  CONVERSION  RATES *********
                                            0CR                0CR           0CR         1,233.93CR
  Currency - USD                                                      *
EURO           EUR        1.2955838 *
*************************************
```

**#13**

# 14

p'

## Papale, Stephen R.

**From:**     ashanti.loggins@barclayswealth.com
**Sent:**     Friday, December 19, 2008 11:47 AM
**To:**       Papale, Stephen R.
**Cc:**       jrose49er@sbcglobal.net
**Subject:**  RE: Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008

Steve,

The issue is being investigated. I received the swift message yesterday and back up details of the wire and have sent it to the appropriate parties for further research. I will advise as soon as I hear back.

---

**From:** Spapale@wellsfargo.com [mailto:Spapale@wellsfargo.com]
**Sent:** Friday, December 19, 2008 11:43 AM
**To:** Loggins, Ashanti: Barclays Wealth
**Cc:** jrose49er@sbcglobal.net
**Subject:** Rosekrans Wire Transfer EUR 641,190.92 on September 16, 2008

Hi Ashanti,

<<Rosekrans EUR 641,190.92 September 16 08.doc>>

Hope all is well.

Have you been able to determine that these Euros were actually delivered out as per the September 16, 2008 LOA and the a/c 52518054 statement? Wells Fargo has not received them.

If you can confirm that they were delivered out can you advise where they currently reside? Or put a trace on the attached wire instructions.

Thanks for your help.

## Stephen Papale

*Wells Fargo Investments LLC*

*420 Montgomery St., 7F*

*San Francisco, CA 94104*

*(415) 222 - 2208 Direct*

Investments and Insurance Products:

- Are Not insured by the FDIC or any other federal government agency

- Are Not deposits of or guaranteed by the bank or any bank affilia

- May Lose Value

# 14

12/26/2008

**#14** 82

*Wells Fargo Investments, LLC (member SIPC) is a non-bank affiliate of Wells Fargo & Company.*

*The information in this e-mail is confidential. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure,copying, distribution or any action take or omitted to be taken in reliance to it is prohibited and my be unlawful.*

Barclays Wealth is the wealth management division of Barclays Bank PLC, including Barclays Capital Inc. in the United States. This email may relate to or be sent from other members of the Barclays Group.

This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of The Barclays Group. The availability of products and services may be limited by the applicable laws and regulations in certain jurisdictions. The Barclays Group does not normally accept or offer business instructions via internet email. Any action that you might take upon this message might be at your own risk.
This email and any attachments are confidential and intended solely for the addressee and may also be privileged or exempt from disclosure under applicable law. If you are not the addressee, or have received this email in error, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email or its attachments.
Internet communications are not guaranteed to be secure or without viruses. The Barclays Group does not accept responsibility for any loss arising from unauthorised access to, or interference with, any Internet communications by any third party, or from the transmission of any viruses. This email and replies to this email may be monitored and archived by the Barclays Group.
Any opinion or other information in this email or its attachments that does not relate to the business of the Barclays Group is personal to the sender and is not given or endorsed by the Barclays Group. The Barclays Group has no obligation to update its opinions or the information in this material.
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Barclays Bank PLC. Registered in England and Wales (registered no. 1026167). Registered Office: 1 Churchill Place, London, E14 5HP, United Kingdom. Barclays Bank PLC is authorised and regulated by the Financial Services Authority. The registered office of Barclays Capital Inc. is 200 Park Avenue, New York, NY 10166. (c) 2008 Barclays Bank PLC. All rights reserved. Barclays and Barclays Wealth are trademarks of Barclays Bank PLC and its affiliates.



```
                                                      DAILY MARGIN EQUITY REPORT
                                                      LEHMAN BROS NA V4.01.04 BH
                                                      LEHMAN BROTHERS INC
                                                                                          1/12/09 22:00:18
                                                                                          PAGE 5265

CUSTOMER: 061                          LOCATION: 61525              FOR 1/12/09

$LSPSN/ACCTNO/REGCOD01:( 61525015 / 52SI8054 / 02 ) JOHN S ROSEKRANS

--- CLOSING ACCOUNT BALANCES ---

EURO        --- M A R G I N   R E Q U I R E M E N T   S U M M A R Y ---
            Margin Requirement       Equity           Margin         Call/Excess
EUR         Account 642,143.34CR     Excess/Deficit   642,143.34CR
            Initial                  642,143.34CR
            OCR

Total Value in Base Currency
USD                                  860,144.90CR

            --- A C C O U N T   V A L U E   S U M M A R Y ---
            Account      Unrealized G/L   Net Present Value   Net Option
            Balance      on Futures       on Forwards         Value
EUR         642,143.34CR OCR              OCR                 OCR
Total Value in Base Currency
USD         860,144.90CR                  860,144.90CR

            --- A C C O U N T   R E G   C O D E   S U M M A R Y ---
            Account Balance   Collateral Market Value   Net Liquidating Value
EUR                           OCR                       OCR
            642,143.34CR      OCR                       642,143.34CR

                                                        860,144.90CR USD

$LSPSN/ACCTNO/REGCOD01:( 61525015 / 52SI8054 / ) JOHN S ROSEKRANS

******** CURRENCY CONVERSION RATES ********
Base Currency - USD
EURO        EUR        1.3594905

EURO   ------ EUR Converted To Base Currency
```

**FedEx Express**    US Airbill

FedEx Tracking Number: 866 1335 6579

Sender's Copy

2/28/08

Sender's FedEx Account Number — SENDER'S FEDEX ACCOUNT NUMBER ONLY

ROSEKRANS | BARALE    Phone 415 412 1413

457 PARKER AVE
SF    State CA    ZIP 94118

Internal Billing Reference (OPTIONAL)

LEHMAN BROS. CLAIM PROCESSING    Phone 415 412 1413
EPIQ BANKRUPTCY SOLUTIONS INC
10 300 SW ALLEN BLVD

BEAVERTON    State OR    ZIP 97005

### 4a Express Package Service — Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

### 4b Express Freight Service — Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

### 5 Packaging
- [✓] FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

### 6 Special Handling
- SATURDAY Delivery NOT Available
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [✓] No
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required)
- Dry Ice
- Cargo Aircraft Only

### 7 Payment — Bill to:
- [✓] Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages    Total Weight    Total Declared Value $        .00

### 8 Residential Delivery Signature Options
- No Signature Required
- Direct Signature
- Indirect Signature

520

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

RETAIN THIS COPY FOR YOUR RECORDS

---

**FedEx Kinko's** Office and Print Center

555 California St
SAN FRANCISCO, CA 94104

Location:        JCCKO
Device ID:       JCCKO-POS1
Employee:        1880105
Transaction:     6902713S161

STANDARD OVERNIGHT    0.35 lb (S)
86641335657B                                    22.77

Shipment subtotal:                              22.77

Total Due:                                      22.77

(V) CreditCard:                                 22.77
***********4132

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

December 30, 2008 2:33:15 PM