Hearing Date and Time: June 29, 2010, at 11:00 a.m. ET
Objection Deadline: June 17, 2010 at 4:00 p.m. ET

TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone:   (415) 433-1400
Facsimile:    (415) 433-3883

Attorneys for John Rosekrans

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re:                                                                          :
:
:
:                      **Chapter 11**
:                      **Case No: 08-13555 (JMP)**
LEHMAN BROTHERS HOLDINGS, INC., et al.    :
:
:                      **(Jointly Administered)**
:
Debtor                                     :
:
-----------------------------------------------------------------x

## PROOF OF SERVICE

I, Glenda Broome, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Tobin & Tobin, 500 Sansome Street, 8th Floor, San Francisco, California 94111-3214.

On June 16, 2010, I served the documents described as: **RESPONSE OF JOHN ROSEKRANS TO DEBTORS AND DEBTORS IN POSSESSION FIFTEENTH OMNIBUS OBJECTION TO CLAIMS AND DECLARATION OF JOHN P. CHRISTIAN IN SUPPORT OF RESPONSE OF JOHN ROSEKRANS TO DEBTORS AND DEBTORS IN POSSESSION FIFTEENTH OMNIBUS OBJECTION OT CLAIMS** on the interested

parties in this matter by addressed as follows:

Weil, Gotshal & Manges LLP
Attn: Shai Waisman, Esq.
767 Fifth Avenue
New York, New York 10153
**Attorneys for the Debtors**

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
**Attorney for the Official Committee of
Unsecured Creditors**

    Service of the above document(s) was effectuated by the following means of service:

        **By First Class Mail** -- I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

_       **By Personal Service**  -- By personally delivering a true copy thereof in a sealed envelope(s).

X     **By Federal Express Delivery Service** -- I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the Federal Express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope was deposited with the express service carrier with delivery fees paid or provided for.

_       **Facsimile Transmission** -- I served the documents in this matter via facsimile transmission. True and correct copies of written confirmation of the parties' agreement to permit service by facsimile transmission, the facsimile transmission coversheet and transmission report, indicating the transmission and receipt of said documents are attached hereto collectively as Exhibit "A" and incorporated herein by reference.

_       **State Court** -- I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

X     **Federal Court** -- I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

Executed this 16th day of June, 2010, at San Francisco, California.

                                            /s/
                                      Glenda Broome