UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :
                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 8139, 8144,
                                                     8526, 8530, 8595, 8627-8628,
                                                     8632, 8655-8656, 8952, 9118,
                                                     9429-9430, 9506-9509, 9512-
                                                     9519, 9521-9524, 9533, 9535,
                                                     9549 & 9551-9552

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
16th day of June, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To: BLACK RIVER COMMODITY ENERGY FUND LLC<br>C/O BLACK RIVER ASSET MANAGEMENT, LLC<br>ATTN: MARK RABOGLIATTI<br>12700 WHITEWATER DRIVE<br>MINNETONKA MN 55343 | BLACK RIVER COMMODITY ENERGY FUND LLC<br>FAEGRE & BENSON LLP<br>ATTN: IRINA PALCHUK<br>2200 WELLS FARGO CENTER<br>90 SOUTH 7TH ST<br>MINNEAPLOIS MN 55402 |

Please note that your claim # 26155 in the above referenced case and in the amount of
         $206,587.00      has been transferred **(unless previously expunged by court order)**

        CVI GVF (LUX) MASTER S.A.R.L.
        TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC
        KNOWLE HILL PARK
        FAIRMILE LANE, COBHAM
        SURREY    KT11 2PD
        UK

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8139    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: BLACK RIVER COMMODITY ENERGY FUND LLC        BLACK RIVER COMMODITY ENERGY FUND LLC
    FAEGRE & BENSON LLP                          C/O BLACK RIVER ASSET MANAGEMENT, LLC
    ATTN: IRINA PALCHUK                          ATTN: MARK RABOGLIATTI
    2200 WELLS FARGO CENTER                      12700 WHITEWATER DRIVE
    90 SOUTH 7TH ST                              MINNETONKA MN 55343
    MINNEAPLOIS MN 55402
```

Please note that your claim # 26155 in the above referenced case and in the amount of
           $206,587.00           has been transferred **(unless previously expunged by court order)**

```
                                                 CVI GVF (LUX) MASTER S.A.R.L.
                                                 TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUN
                                                 KNOWLE HILL PARK
                                                 FAIRMILE LANE, COBHAM
                                                 SURREY    KT11 2PD
                                                 UK
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8139       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
          Debtors.                         |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BLACK RIVER COMMODITY ENERGY FUND LLC              BLACK RIVER COMMODITY ENERGY FUND LLC
      C/O BLACK RIVER ASSET MANAGEMENT, LLC              FAEGRE & BENSON LLP
      ATTN: MARK RABOGLIATTI                             ATTN: IRINA PALCHUK
      12700 WHITEWATER DRIVE                             2200 WELLS FARGO CENTER
      MINNETONKA MN 55343                                90 SOUTH 7TH ST
                                                         MINNEAPOLIS MN 55402
```

Please note that your claim # 26164 in the above referenced case and in the amount of
       $206,587.00        has been transferred **(unless previously expunged by court order)**

```
      CVI GVF (LUX) MASTER S.A.R.L.
      TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC
      ATTN: ANNMARIE JACOBSEN
      KNOWLE HILL PARK
      FAIRMILE LANE, COBHAM
      SURREY    KT11 2PD
      UK
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8139     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BLACK RIVER COMMODITY ENERGY FUND LLC              BLACK RIVER COMMODITY ENERGY FUND LLC
     FAEGRE & BENSON LLP                                C/O BLACK RIVER ASSET MANAGEMENT, LLC
     ATTN: IRINA PALCHUK                                ATTN: MARK RABOGLIATTI
     2200 WELLS FARGO CENTER                            12700 WHITEWATER DRIVE
     90 SOUTH 7TH ST                                    MINNETONKA MN 55343
     MINNEAPOLIS MN 55402
```

Please note that your claim # 26164 in the above referenced case and in the amount of
    $206,587.00    has been transferred **(unless previously expunged by court order)**

```
                                                        CVI GVF (LUX) MASTER S.A.R.L.
                                                        TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUN
                                                        ATTN: ANNMARIE JACOBSEN
                                                        KNOWLE HILL PARK
                                                        FAIRMILE LANE, COBHAM
                                                        SURREY    KT11 2PD
                                                        UK
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8139    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 15, 2010.

# EXHIBIT B

```
TIME: 17:17:01                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 06/15/10                                                    CREDITOR LISTING

Name                                                          Address
BANC OF AMERICA SECURITIES LLC                                TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: MEREDITH REYNOLDS CHARLOTTE NC 28255
BLACK RIVER COMMODITY ENERGY FUND LLC                         FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402
BLACK RIVER COMMODITY ENERGY FUND LLC                         FAEGRE & BENSON LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST MINNEAPOLIS MN 55402
BLACK RIVER COMMODITY ENERGY FUND LLC                         C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343
BLACK RIVER EMERGING MARKETS CREDIT FUND                      TRANSFEROR: BLACK RIVER GLOBAL CREDIT FUND LTD. C/O BLACK RIVER ASSET MANAGEMENT LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE
 LTD.                                                          MINNETONKA MN 55343
BROAD HOLDINGS, INC.                                          115 E PUTNAM AVE GREENWICH CT 06830
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE
                                                               COBHAM SURREY KT11 2PD UNITED KINGDOM
CC ARBITRAGE, LTD.                                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE, LTD.                                            TRANSFEROR: FAIRFAX FINANCIAL HOLDINGS LIMITED C/O CASTLE CREEK ARBITRAGE, LLC ATTN: LEGAL 111 WEST JACKSON BOULEVARD, 20TH FLOOR
                                                               CHICAGO IL 60604
CIBC BANK AND TRUST COMPANY (CAYMAN)                          TRANSFEROR: THE HITACHI MASTER FUND P GLOBAL BOND MASTER FUND PO BOX 694 GT 54 EDWARD STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS
 LIMITED, AS TRUSTEE
CORRE OPPORTUNITIES FUND, L.P.                                TRANSFEROR: MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                               NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                                 TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UK
CVI GVF (LUX) MASTER S.A.R.L.                                 TRANSFEROR: BLACK RIVER COMMODITY ENERGY FUND LLC KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UK
CVI GVF (LUX) MASTER S.A.R.L.                                 TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                                               SURREY KT11 2PD UK
DEUTSCHE BANK AG, LONDON BRANCH (UK)                          TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, TOKYO BRANCH                                TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: KAZUNORI SATO/STRATEGIC INVESTMENT GROUP SANNO PARK TOWER, 11-1,
                                                               NAGATA-CHO 2CHOME, CHIYODA-KU TOKYO 100-6170 JAPAN
ENBRIDGE GAS SERVICES INC.                                    ATTN: DAVIS FOTH 3000, 425 - 1ST STREET SW CALGARY AB T2P 3L8 CANADA
ENBRIDGE GAS SERVICES INC.                                    ATTN: DAVIS FOTH, LEGAL COUNSEL 3000, 425 - 1ST STREET S.W. CALGARY AB T2P 3L8 CANADA
FORSTAEDERNES BANK                                            ATTN: JIMMY BAK KALVEBOD BRYGGE COPENHAGEN 1560 DENMARK
GOLDMAN SACHS INTERNATIONAL                                   ATTN: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM
GOLDMAN SACHS INTERNATIONAL                                   SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LENDING PARTNERS LLC                            MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                            MANAGING CLERK RICHARDS KIBBE & ORBE, LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                            TRANSFEROR: CC ARBITRAGE, LTD. ATTN: LAUREN DAY C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                            TRANSFEROR: EVEREST CAPITAL ASIA FUND, L.P. C/O Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor
                                                               Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                            TRANSFEROR: EVEREST CAPITAL EMERGING MARKETS FUND, L.P. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor
                                                               Jersey City NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                            TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                          MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                                          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                                     ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: MEDITERRANEO VIDA SOCIEDAD ANONIMA E SEGUROS Y REASEGUROS 1 CHASE MANHATTAN PLAZA, FLOOR 26
                                                               ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FLOOR NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: NETAPP, INC. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: RESERVE INTERNATIONAL LIQUIDITY FUND LTD., THE ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FL. NEW YORK NY 10008
KNIGHTHEAD MASTER FUND, L.P.                                  TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: LAURA TORRADO KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FL
                                                               NEW YORK NY 10033
LMA SPC FOR AND ON BEHALF OF THE MAP 84                       TRANSFEROR: BANC OF AMERICA SECURITIES LLC ATTN: LAURA TORRADO KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FIFTH AVENUE, 29TH FL
 SEGREGATED PORTFOLIO                                          NEW YORK NY 10033
LONGACRE MASTER FUND II, L.P.                                 TRANSFEROR: FORSTAEDERNES BANK 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.                               TRANSFEROR: NESTE OIL OYJ 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
MEDITERRANEO VIDA SOCIEDAD ANONIMA E                          ATTN ESTER ROMERO LOPEZ DEL CASTILLO / JUAN JESUS GOMEZ AVENIDA DE ELCHE, 178 ALICANTE 03008 SPAIN
 SEGUROS Y REASEGUROS
MEDITERRANEO VIDA SOCIEDAD ANONIMA E                          VIDA SOCIEDAD ANONIMA DE SEGUROS Y REASEGUROS ATTN IGNACIO BERNAT AGUADO AVENIDA DE ELCHE, 178 ALICANTE 03008 SPAIN
 SEGUROS Y REASEGUROS

                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:17:01                                LEHMAN BROTHERS HOLDING INC.                                              PAGE: 2
DATE: 06/15/10                                     CREDITOR LISTING
```

| Name | Address |
|---|---|
| MEDITERRANEO VIDA SOCIEDAD ANONIMA E SEGUROS Y REASEGUROS | CLIFFORD CHANCE US LLP ATTN JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD | ATTN: PETER M. BROWN, GENERAL COUNSEL C/O MERIDIAN DIVERSIFIED FUND MANAGEMENT, LLC 20 CORPORATE WOODS BOULEVARD, 4TH FLOOR ALBANY NY 12211 |
| MERRILL LYNCH CREDIT PRODUCTS LLC | TRANSFEROR: WHARTON ASIAN ARBITRAGE FUND I, A SUB-FUND OF WHARTON ASIA ATTN: GARY COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS LLC | TRANSFEROR: WHARTON ASIAN SPECIAL OPPORTUNITIES COMPANY 1 LIMITED ATTN: GARY COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MIZUHO CORPORATE BANK, LTD. | ATTN: MASAYA NAKAFUJI 6-7, NIHONBASHI KABUTOCHO, CHUO-KU TOKYO 103-0026 JAPAN |
| MIZUHO CORPORATE BANK, LTD. | SHERRY MILLMAN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MONARCH MASTER FUNDING LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FL NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FL NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND - P GLOBAL BOND MASTER FUND 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| NESTE OIL OYJ | CORPORATE RISK MANAGEMENT ATTN: MARJA MAKI KEILARANTA 21, ESPOO POB 95 FIN-00095 NESTE OIL FINLAND |
| NESTE OIL OYJ | JOHN C LAMASTER, ESQ DEWEY & LEBOEUF 1 MINSTER COURT MINCING LANE LONDON EC3R 7YL UNITED KINGDOM |
| NETAPP, INC. | ATTN: GENERAL COUNSEL 495 EAST JAVA DRIVE SUNNYVALE CA 94089 |
| OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG | WHITE & CASE LLP ATTN: SYLVIA CHIN 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG | ELETRIZITATSWIRTSCHAFTS-AKTIENGESELLSCHAFT ATTN: ANDREAS WOLLEIN AM HOF 6A WIEN 1010 AUSTRIA |
| RESERVE INTERNATIONAL LIQUIDITY FUND LTD., THE | C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER 1540 BROADWAY NEW YORK NY 10036-4086 |
| SERENGETI MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI PARTNERS L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: ENBRIDGE GAS SERVICES INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: ENBRIDGE GAS SERVICES INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: BROAD HOLDINGS, INC. 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| WHARTON ASIAN ARBITRAGE FUND I, A SUB-FUND OF WHARTON ASIAN ARBITRAGE FUND COMPANY LIMITED | C/O WHARTON INVESTMENT ADVISORS, LIMITED ATTN: VANESSA GIBSON 17/F TESBURY CENTRE 28 QUEENS ROAD EAST HONG KONG |
| WHARTON ASIAN SPECIAL OPPORTUNITIES COMPANY 1 LIMITED | C/O WHARTON INVESTMENT ADVISORS LIMITED ATTN: VANESSA GIBSON 17/F TESBURY CENTRE 28 QUEENS ROAD EAST HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: OSTERREICHISCHE ELEKTRIZITATSWIRTSCHAFTS-AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UK |

Total Number of Records Printed    71

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153