UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

In re                                                    :         **Chapter 11 Case No.**

                                                         :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :         **08-13555 (JMP)**

                                                         :

                        Debtors.                         :

                                                         :

-------------------------------------------------------------------------------x        **Ref. Docket Nos. 5105, 8636-**
                                                                  **8637, 9088-9091, 9170, 9176,**
                                                                  **9217, 9285-9288, 9295-9296,**
                                                                  **9310, 9314, 9316, 9318, 9324,**
                                                                  **9326, 9340, 9358-9360, 9377-**
                                                                  **9380, 9388-9390, 9399, 9403,**
                                                                  **9408, 9412-9416, 9418, 9438,**
                                                                  **9440, 9442-9443, 9451, 9453,**
                                                                  **9455-9458, 9460-9465, 9470-**
                                                                  **9476, 9478, 9480 & 9488**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
16th day of June, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |     Chapter 11 Case No.
                                        |
                                        |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                        |     (Jointly Administered)
                                        |
              Debtors.                  |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARCHE MASTER FUND, L.P.                    ARCHE MASTER FUND, L.P.
     C/O XE CAPITAL ADVISERS                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     ATTN: JENNIFER CALMA                        ATTN: YOSSI VEBMAN & ANDREW M. THAU
     24 W. 40TH STREET, 2ND FL.                  FOUR TIMES SQUARE
     NEW YORK NY 10018                           NEW YORK NY 10036
```

Please note that your claim # 29968 in the above referenced case and in the amount of
      $4,496,800.97          has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.
     TRANSFEROR: ARCHE MASTER FUND, L.P.
     C/O DAY PITNEY LLP
     ATTN: RONALD S BEACHER, ESQ
     7 TIMES SQUARE
     NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5105      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 15, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
                                |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                |    (Jointly Administered)
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ARCHE MASTER FUND, L.P.                    ARCHE MASTER FUND, L.P.
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP   C/O XE CAPITAL ADVISERS
     ATTN: YOSSI VEBMAN & ANDREW M. THAU        ATTN: JENNIFER CALMA
     FOUR TIMES SQUARE                          24 W. 40TH STREET, 2ND FL.
     NEW YORK NY 10036                          NEW YORK NY 10018
```

Please note that your claim # 29968 in the above referenced case and in the amount of
$4,496,800.97      has been transferred **(unless previously expunged by court order)**

```
                                        SPCP GROUP, L.L.C.
                                        TRANSFEROR: ARCHE MASTER FUND, L.P.
                                        C/O DAY PITNEY LLP
                                        ATTN: RONALD S BEACHER, ESQ
                                        7 TIMES SQUARE
                                        NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5105      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 15, 2010.

**EXHIBIT B**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ACP MASTER, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022 |
| AIU INSURANCE COMPANY JAPAN BRANCH | ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU, TOKYO  100-8234 JAPAN |
| ARCHE MASTER FUND, L.P. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: YOSSI VEBMAN & ANDREW M. THAU FOUR TIMES SQUARE NEW YORK NY 10036 |
| ARCHE MASTER FUND, L.P. | C/O XE CAPITAL ADVISERS ATTN: JENNIFER CALMA 24 W. 40TH STREET, 2ND FL. NEW YORK NY 10018 |
| AURELIUS CAPITAL MASTER, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022 |
| AURELIUS CONVERGENCE MASTER, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE, 22ND FL NEW YORK NY 10022 |
| BANK HANDLOWY W WARSZAWIE SA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| BANK HANDLOWY W WARSZAWIE SA | ATTN: KRZYSZTOF KORZENIEWSKI SENATORSKA 16 WARSAW  00-923 POLAND |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEUTSCHE BANK SA/NV 745 Seventh Avenue New York NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM L.P. 745 Seventh Avenue New York NY 10019 USA |
| BARCLAYS BANK PLC | TRANSFEROR: VR-LIW GMBH 745 Seventh Avenue New York NY 10019 USA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM |
| CASSA DI RISPARMIO DI FERRARA S.P.A. | SERVIZIO SUPPORTO FINANZA - MR. ENRICO BONORA CORSO DELLA GIOVECCA, 108 - 1 FERRARA  44121 ITALY |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | 375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE NEW YORK NY 10022 |
| CITIGROUP GLOBAL MARKETS INC | DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC | TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | ATTENTION: EDWARD G. TURAN 388 GREENWICH ST NEW YORK NY 10013-2375 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: FINDOMESTIC BANCA SPA ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | BINGHAM & MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDON |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: SABRETOOTH MASTER FUND, LP 60 WALL STREET, FLOOR 2 ATTN: MATTHEW DOHENY NEW YORK NY 10005 |
| ETON PARK FUND L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| ETON PARK MASTER FUND LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| FINDOMESTIC BANCA SPA | VIA JACOPO DA DIACCETO 48 VILLA GIULIA FIRENZE  50112 ITALY |
| FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO | TRANSFEROR: SAPHIR FINANCE PLC SERIES 2007-2 PALAZZO DEL MONTE DI PIETA PIAZZA DUOMO, 15 PADOVA  35141 ITALY |
| GOLDMAN SACHS JAPAN CO., LTD | TRANSFEROR: HOUNJI TEMPLE ROPPONGI HILLS MORI TOWER LEVEL 43-48 10-1, ROPPINGI 6-CHROME MINATO-KU TOKYO  106-6147 JAPAN |
| GOLDMAN SACHS JAPAN CO., LTD | TRANSFEROR: HOUUNJI TEMPLE ROPPONGI HILLS MORI TOWER LEVEL 43-48 10-1, ROPPONGI 6-CHROME MINATO-KU TOKYO  106-6147 JAPAN |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: S.A.C. CAPITAL ASSOCIATES, LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: S.A.C. GLOBAL MACRO FUND, LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SAC CAPITAL ASSOCIATES, LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SAC GLOBAL MACRO FUND, LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SIGMA CAPITAL ASSOCIATES LLC 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SIGMA CAPITAL ASSOCIATES, LLC 200 WEST STREET NEW YORK NY 10282-2198 |

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SIGMA FIXED INCOME FUND, LTD 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SIGMA FIXED INCOME FUND, LTD. 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C. AS AGENT AND SUCCESSOR C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 30TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L C/O GODLMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L C/O GOLDMAN, SACHS & CO. - ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS JAPAN CO., LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GROUPAMA ASSET MANAGEMENT | ACTING AS MANAGEMENT COMPANY ON BEHALF OF GROUPAMA VIE 5/7 RUE DU CENTRE 93199 NOISY LE GRAND CEDEX FRANCE |
| GROUPAMA ASSET MANAGEMENT | ATTN: VANESSA TOLLIS, ESQ. GIDE LOYRETTE NOUEL LLP 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| GROUPAMA ASSET MANAGEMENT ON BEHALF OF GROUPAMA GAN VIE | TRANSFEROR: GROUPAMA ASSET MANAGEMENT GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 WEST 45TH ST, 19FL NEW YORK NY 10036 |
| HBK MASTER FUND | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK MASTER FUND L.P. ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, STE 700 DALLAS TX 75201 |
| HBK MASTER FUND | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, STE 700 DALLAS TX 75201 |
| HBK MASTER FUND | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, STE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGEMENT, LP DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | C/O HIGHLAND CAPITAL MANAGEMENT, LP 13455 NOEL ROAD, SUITE 800 DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| HONGKONG AND SHANGHAI BANKING CORP. LTD. | TAIPEI BRANCH (FOR & OBO ITS CUSTOMERS) 3F, 285 WEN HWA ROAD, SECTION Z PANCHIAO CITY TAIPEI   TAIWAN, PROVINCE OF CHINA |
| HONGKONG AND SHANGHAI BANKING CORPORATE, LTD | HONGKONG AND SHANGHAI BANKING CORPORATE LTD, TAIPEI BRANCH C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| HONGKONG AND SHANGHAI BANKING CORPORATE, LTD | TAIPEI BRANCH ATTN: STEVE CHUANG, KELLY CHEN 3F, 285 WEN HWA ROAD, SECTION 2 PANCHIAO CITY, TAIPEI   TAIWAN, PROVINCE OF CHINA |
| HOUNJI TEMPLE | ATTN: KAZUNARI NAKASHIMA, MANAGER OF FINANCIAL DEPARTMENT RELIGIOUS JUDICIAL PERSON NICHIREN-SHU, HO-ON JI 3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY ALCHI PREF  466-0832 JAPAN |
| HOUONJI TEMPLE | ATTN: MR. SEIICHI ENYA, MANAGER OR FINANCIAL DEPARTMENT RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI 3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY  466-0832 JAPAN |
| HOUONJI TEMPLE | HOUONJI TEMPLE ATTNL MR SEIICHI ENYA, MANAGER OF FINANCIAL DEPARTMENT RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI 3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY, AICHI PREF 466-0832 JAPAN |
| HSBC BANK (TAIWAN) LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP. LTD. 3F, 285 WEN HWA ROAD, SECTION 2 PANCHAIO CITY TAIPEI   TAIWAN |
| HSBC BANK (TAIWAN) LIMITED | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATE, LTD ATTN: STEVE CHUNG AND KELLY CHEN 3F, 285 WEN HWA ROAD, SECTION 2 PANCHIAO CITY TAIPEI   TAIWAN |
| ILLIQUIDX LTD | TRANSFEROR: CASSA DI RISPARMIO DI FERRARA S.P.A. ATTN: GALINA ALABATCHKA, MANAGING DIRECTOR 107-111 FLEET STREET LONDON  EC4A 2AB UK |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HIGHLAND CREDIT OPPORTUNITIES CDO LP 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |

TIME: 23:18:56
DATE: 06/14/10

LEHMAN BROTHERS HOLDING INC.
CLAIM TESTING

PAGE:   3

| Name | Address |
|------|---------|
| LBCCO-1, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MACQUARIE BANK LIMITED | TRANSFEROR: ILLIQUIDX LTD C/O MACQUARIE HOLDINGS (USA) INC. ATTN: VINCENT BASULTO 125 WEST 55TH ST NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MONARCH MASTER FUNDING LTD | |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FL NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FL NEW YORK NY 10022 |
| MOORE MACRO FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FL NEW YORK NY 10020 |
| MOORE MACRO FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FL NEW YORK NY 10020 |
| MOORE MACRO FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FL NEW YORK NY 10020 |
| MORGAN STANLEY & CO INCORPORATED | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB (PUBL), 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MORGAN STANLEY JAPAN SECURITIES CO., LTD. | TRANSFEROR: OKINAWA KAIHO BANK, LTD., THE YEBISU GARDEN PLACE TOWER 4-20-3 EBISU SHIBUYA-KU TOKYO  150-6008 JAPAN |
| OKINAWA KAIHO BANK, LTD., THE | 2-9-12 KUMOJI NAHA CITY, OKINAWA  900-8686 JAPAN |
| RATIA ENERGIE AG | |
| RATIA ENERGIE AG | C/O HUNTIN & WILLIAM SLLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E BYRD STREET RICHMOND VA 23219-4074 |
| RATIA ENERGIE AG | C/O HUNTIN & WILLIAM SLLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E BYRD STREET RICHMOND VA 23219-4074 |
| RBS SECURITIES JAPAN LIMITED | TRANSFEROR: AIU INSURANCE COMPANY JAPAN BRANCH ATTN: JAEIK OH TOKYO CREDIT TRADING SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO  100-0005 JAPAN |
| S.A.C. CAPITAL ASSOCIATES, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| S.A.C. CAPITAL ASSOCIATES, LLC | MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| S.A.C. GLOBAL MACRO FUND, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| S.A.C. GLOBAL MACRO FUND, LLC | MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SABRETOOTH MASTER FUND, LP | C/O SABRETOOTH CAPITAL MANAGEMENT LLC ATTN: CRAIG PERRY 405 LEXINGTON AVE., 50TH FLOOR NEW YORK NY 10174 |
| SAC CAPITAL ASSOCIATES, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC CAPITAL ASSOCIATES, LLC | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAC GLOBAL MACRO FUND, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC GLOBAL MACRO FUND, LLC | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAC GLOBAL MACRO FUND, LLC | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAPHIR FINANCE PLC SERIES 2007-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON  E14 5AL ENGLAND |
| SAPHIR FINANCE PLC SERIES 2007-2 | ROBERTO SARO FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO PIAZZA DUOMO 15 PADOVA  35141 ITALY |
| SAPHIR FINANCE PLC SERIES 2007-2 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SERENGETI RAPAX MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY 12TH FLOOR NEW YORK NY 10012 |
| SIGMA CAPITAL ASSOCIATES LLC | ATTN: PETER NUSSBAUM 71 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SIGMA CAPITAL ASSOCIATES LLC | MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIGMA CAPITAL ASSOCIATES, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SIGMA CAPITAL ASSOCIATES, LLC | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIGMA FIXED INCOME FUND, LTD | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |

TIME: 23:18:56
DATE: 06/14/10

08-13555-mg    Doc 9690    Filed 06/21/10    Entered 06/21/10 09:20:40    Main Document
LEHMAN BROTHERS HOLDING INC.
Pg 10 of 12

PAGE:    4

| Name | Address |
|------|---------|
| SIGMA FIXED INCOME FUND, LTD | SHELLEY CHAPMAN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIGMA FIXED INCOME FUND, LTD. | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SIGMA FIXED INCOME FUND, LTD. | MATTHEW A. FELDMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL), | WHITE & CASE LLP ETELARANTA 14 HELSINKI   00130 FINLAND |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL), | O/B/O THE BENEFICIAL HOLDER TEKNOLOGIATEOLLISUUS RY KUNGSTRADGARDSGATA 8 STOCKHOLM   10640 SWEDEN |
| SPCP GROUP L.L.C. | RONALD BEACHER DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP L.L.C. | TRANSFEROR: RATIA ENERGIE AG C/O SILVER POINT CAPITAL LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ARCHE MASTER FUND, L.P. C/O DAY PITNEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| STRATEGIC VALUE MASTER FUND, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| VENOR CAPITAL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O VENOR CAPITAL MANAGEMENT LP SEVEN TIMES SQUARE, SUITE 3505 NEW YORK NY 10036 |
| YORK ASIAN OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: ADAM J. SEMLER, C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FL NEW YORK NY 10153 |

Total Number of Records Printed      156

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153