UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                         Debtors.                                 :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 9493, 9554-
                                                                       9562 & 9582

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
17th day of June, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9493, 9554-9562 & 9582_Aff 06-16-10.doc

# EXHIBIT A

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)    LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
      ATTN: STEVEN ANTHONY PEARSON                                  PRICEWATERHOUSECOOPERS LLP
      25 BANK STREET                                                ATTN: STEVEN ANTHONY PEARSON
      LONDON    E14 5LE                                             PLUMTREE COURT
      UNITED KINGDOM                                                LONDON EC4A 4HT UNITED KINGDOM
```

Please note that your claim # 62783-08 in the above referenced case and in the amount of
     $4,746,760.00        has been transferred **(unless previously expunged by court order)**

```
      THE ASAHI SHINKIN BANK
      TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)
      ATTN: MINORU YUDA
      8-2 TAITO 2-CHOME, TAITO-KU
      TOKYO 110-0016
      JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9493    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/16/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)     LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
     PRICEWATERHOUSECOOPERS LLP                                     ATTN: STEVEN ANTHONY PEARSON
     ATTN: STEVEN ANTHONY PEARSON                                   25 BANK STREET
     PLUMTREE COURT                                                 LONDON     E14 5LE
     LONDON EC4A 4HT UNITED KINGDOM                                 UNITED KINGDOM
```

Please note that your claim # 62783-08 in the above referenced case and in the amount of
         $4,746,760.00          has been transferred **(unless previously expunged by court order)**

```
                                                                    THE ASAHI SHINKIN BANK
                                                                    TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                                    ATTN: MINORU YUDA
                                                                    8-2 TAITO 2-CHOME, TAITO-KU
                                                                    TOKYO 110-0016
                                                                    JAPAN
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9493 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/16/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 16, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
              Debtors.                      |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)    LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN A
         LINKLATERS LLP                                                ATTN: STEVEN ANTHONY PEARSON
         ATTN: TITIA HOLTZ                                             25 BANK STREET
         KIAH BEVERLY-GRAHAM                                           LONDON    E14 5LE
         1345 AVENUE OF THE AMERICAS                                   UNITED KINGDOM
         NEW YORK NY 10105
```

Please note that your claim # 62783-08 in the above referenced case and in the amount of
$4,746,760.00       has been transferred **(unless previously expunged by court order)**

```
                                                                       THE ASAHI SHINKIN BANK
                                                                       TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (E
                                                                       ATTN: MINORU YUDA
                                                                       8-2 TAITO 2-CHOME, TAITO-KU
                                                                       TOKYO 110-0016
                                                                       JAPAN
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9493      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/16/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 16, 2010.

# EXHIBIT B

```
TIME: 18:01:10                                         LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 06/16/10                                              CREDITOR LISTING

Name                                      Address
BANK JULIUS BAER & CO. LTD.               TRANSFEROR: CREDIT SUISSE ATTN: PATRICK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH   CH-8010 SWITZERLAND
BARCLAYS BANK PLC                         TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA

CREDIT SUISSE                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                             CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019

JADE TREE I, L.L.C.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150
JPMORGAN CHASE BANK, N.A.                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                 TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                 TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FLOOR NEW YORK NY 10005
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
 (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
 (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
 (IN ADMINISTRATION)
THE ASAHI SHINKIN BANK                    TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: MINORU YUDA 8-2 TAITO 2-CHOME, TAITO-KU
                                          TOKYO 110-0016  JAPAN

Total Number of Records Printed            27

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153