JUN 1 8 2010

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings, Inc., et al.    ,        Case No.  08-13555 (jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cloud Peak Energy Resources LLC                     Rio Tinto Energy America, Inc.
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):   14949
should be sent:                                       Amount of Claim:    $4,212,000.00
                                                      Date Claim Filed:      09/17/2009
   Bryan J. Pechersky, Cloud Peak Energy, Inc.,
   505 S. Gillette Ave., Gillette, WY  82716

Phone:  307-687-6045                                  Phone:  801-204-2805
Last Four Digits of Acct #:                           Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):


Phone:
Last Four Digits of Acct #:


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:                                          Date: 5/24/2010
   Transferee/Transferee's Agent

Amy J. Stefonick, Secretary

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

Rio Tinto Energy America, Inc., for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to a Master Separation Agreement and/or Acquisition Agreement, acknowledges and certifies that it has unconditionally and irrevocably transferred and assigned to Cloud Peak Energy Resources LLC any and all claims of Rio Tinto Energy America, Inc. against Lehman Brothers Holdings, Inc. and affiliates, specifically including Claim No. 14948, in the amount of $4,212,000.00 against Lehman Brothers Commodity Services, Inc., and Claim No. 14949, in the amount of $4,212,000.00 against Lehman Brothers Holdings, Inc., filed in the bankruptcy cases of Lehman Brothers Holdings, Inc. and its affiliates, Case No. 08-13555, jointly administered, in the United States Bankruptcy Court for the Southern District of New York.

Rio Tinto Energy America, Inc. hereby waives any objection and any notice or hearing requirements imposed by Rule 3001, F.R.B.P., or any other applicable law or rules, and acknowledges and stipulates that an order may be entered recognizing this transfer of claims and recognizing Cloud Peak Energy Resources LLC as the valid owner of the above-described claims. All future payments and distributions on account of the above-described claims, and all notices relating to such clams, are to be made and given to Cloud Peak Energy Resources LLC, as the proper holder of such claims.

Dated as of May 24, 2010

RIO TINTO ENERGY AMERICA, INC.

By: _____
Name: _____
Title: _____

CLOUD PEAK ENERGY RESOURCES LLC

By: _____
Name: _____
Title: _____

4834802_1.DOC

## EVIDENCE OF TRANSFER OF CLAIMS

Rio Tinto Energy America, Inc., for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to a Master Separation Agreement and/or Acquisition Agreement, acknowledges and certifies that it has unconditionally and irrevocably transferred and assigned to Cloud Peak Energy Resources LLC any and all claims of Rio Tinto Energy America, Inc. against Lehman Brothers Holdings, Inc. and affiliates, specifically including Claim No. 14948, in the amount of $4,212,000.00 against Lehman Brothers Commodity Services, Inc., and Claim No. 14949, in the amount of $4,212,000.00 against Lehman Brothers Holdings, Inc., filed in the bankruptcy cases of Lehman Brothers Holdings, Inc. and its affiliates, Case No. 08-13555, jointly administered, in the United States Bankruptcy Court for the Southern District of New York.

Rio Tinto Energy America, Inc. hereby waives any objection and any notice or hearing requirements imposed by Rule 3001, F.R.B.P., or any other applicable law or rules, and acknowledges and stipulates that an order may be entered recognizing this transfer of claims and recognizing Cloud Peak Energy Resources LLC as the valid owner of the above-described claims. All future payments and distributions on account of the above-described claims, and all notices relating to such clams, are to be made and given to Cloud Peak Energy Resources LLC, as the proper holder of such claims.

Dated as of May 24, 2010

RIO TINTO ENERGY AMERICA, INC.

By:_____
Name:_____
Title:_____

CLOUD PEAK ENERGY RESOURCES LLC

By:_____
Name:_Amy J. Stefonick_____
Title:_Secretary_____

4834802_1.DOC

Form 210B (12/09)

# United States Bankruptcy Court

_Southern_ **District Of** New York

In re Lehman Brothers Holdings, Inc., et al. ,    Case No. 08-13555 (jointly administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 14948 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Rio Tinto Energy America, Inc.                     Cloud Peak Energy Resources LLC

Name of Alleged Transferor                         Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

505 S. Gillette Ave.                               505 S. Gillette Ave.
Gillette, WY  82718                                Gillette, WY  82716

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of New York _____

In re Lehman Brothers Holdings, Inc., et al._____, Case No. 08-13555 (jointly administered) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 14949 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Rio Tinto Energy America, Inc.

Name of Alleged Transferor

Address of Alleged Transferor:

505 S. Gillette Ave.
Gillette, WY  82718

Cloud Peak Energy Resources LLC

Name of Transferee

Address of Transferee:

505 S. Gillette Ave.
Gillette, WY  82716

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**