*original*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x

*refiled*

## REPLY OF WILLIAM KUNTZ, III TO CLAIMS OBJECTION

Respondent, William Kuntz, III, who appears here *Pro Se* filed a reply to the Prior Claims

Objection of the Debtor. <docket 7364>  At the Time the Court entertained the Motion

Of the Debtor, Respondent and the Debtor entered into a Stipulation in Open Court

With regards to Respondent's Claims. While the Transcript is not yet available on line

the terms of the Stipulation are evidenced by Respondent's Handwritten Notations

upon a time-stamped <but undocketed> copy of a paper filed with regards to the

Creditor's Committee Ex 1 which were provided to Debtor's Counsel prior to the making of the

Stipulation. Recently, another objection came in the mail, as attached Ex 2. As the Court may

recall, Respondent was admonished for stating that he didn't care to be blindsided again by Weil,

Gotshal making Claims Objections, but this is just what might have happened despite

the Stipulation.

Respondent contacted Weil, Gotshal and as of this Morning nothing constructive has

resulted and accordingly, this Reply is submitted.

Respectfully,

William Kuntz, III  India St PO Box 1801 Nantucket Island, Ma 02554-1801

508-775-5225  ~~April 30, 2010~~ Hyannis, Ma

6/16/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

*Original*

*[Stamp: MAY - 4 2010, U.S. BANKRUPTCY COURT, SDNY]*

## REPLY OF WILLIAM KUNTZ, III TO CLAIMS OBJECTION

Respondent, William Kuntz, III, who appears here *Pro Se* filed a reply to the Prior Claims

Objection of the Debtor. <docket 7364>  At the Time the Court entertained the Motion

Of the Debtor, Respondent and the Debtor entered into a Stipulation in Open Court

With regards to Respondent's Claims. While the Transcript is not yet available on line

the terms of the Stipulation are evidenced by Respondent's Handwritten Notations

upon a time-stamped <but undocketed> copy of a paper filed with regards to the

Creditor's Committee Ex 1 which were provided to Debtor's Counsel prior to the making of the

Stipulation. Recently, another objection came in the mail, as attached Ex 2. As the Court may

recall, Respondent was admonished for stating that he didn't care to be blindsided again by Weil,

Gotshal making Claims Objections, but this is just what might have happened despite

the Stipulation.

Respondent contacted Weil, Gotshal and as of this Morning nothing constructive has

resulted and accordingly, this Reply is submitted.

Respectfully,

*/s/ William Kuntz, III*

William Kuntz, III  India St PO Box 1801 Nantucket Island, Ma 02554-1801

508-775-5225  April 30, 2010 Hyannis, Ma

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: : Chapter 11 Case No

LEHMAN BROTHERS HOLDINGS INC., et al : 08-13555 (JMP)

Debtors. : (Jointly Administered)

SUBMIT

### FURTHER OBSERVATIONS BY WILLIAM KUNTZ, III ON LATE CLAIMS

I see a 4 page Document<Docket 7544> filed by the Creditors Committee joining the Debtor's 54 page Objection <Docket 7499> as to Late Claims. As I have stated before, I think the Cure for all this foolish waste of time and effort is to reset the Bar Date. I have Stated that I am little concerned with the Dilution by late Claims. These Matters appear to represent 1/1600th of the Total Claims filed to date.

I submit the following for the Court's Consideration.



"The way I see it, justice delayed is that many more billable hours."

William Kuntz,III
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA
508-775-9717

March 15, 2010
Hyannis, Ma 02554

```
     1  12 2 2 1 2    1
  3  216  884. 60
  3  606  372  87
  4  600  704. 73
  ─────────────────
 11, 512 4 2 2 0
  1
```

Ex 1A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                       Debtors.                     :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

MAIL ID *** 0021701120 *** LBH OMNI6 04-01-2010 (MERGE2.TXNUM2) 4000057242

KUNTZ, WILLIAM III
PO BOX 1801
NANTUCKET ISLAND, MA 02554-4801

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| TO: KUNTZ, WILLIAM III | | Claim Number | Date Filed | Debtor | Claim Amount |
| PO BOX 1801 | Claim to be Disallowed and Expunged | 10509 | 9/2/2009 | 09-10558 | Priority - $3,699,417.29 |
| NANTUCKET ISLAND, MA 02554-4801 | | | | | |
| | Surviving Claim | 35121 | 9/15/2009 | 09-10558 | Priority - $3,216,884.60 |

PLEASE TAKE NOTICE that, on April 1, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Sixth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 3, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.



**Lehman-June 16,2010**                                    Wednesday, June 16, 2010 7:08 AM
From: "william kuntz" <kuntzwm1@yahoo.com>
To: kuntzwm1@yahoo.com

as i recall, your honor made a passing comment the last time i was in court that this case was not about me. i thought about that comment for a while and in fact this case is about me and the thousands of others who's retirement, finances and lives have been needlessly disrupted by the reckless greed of Lehman prior to filing Bankruptcy.-

------------------------------------

the debtor is again before the court under the so called business judgement standard. however, it must be recognized that the Debtor is not operating on all 8 cylinders so to speak, the stockholders have been all but shoved aside and the normal oversight of a corporation has been removed and replaced by a cadre of fee hungry lawyers and para-professionals who so far have racked up north of 1/2 billion in fee's so far with no end in sight.
-

the time is now for the Debtor to move forward with confirmation and implementation of it's plan. if the plan cannot be confirmed, then others may wish to propose something else, otherwise, liquidation is in order, not a decade long episode of the lawyers full employment act

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 6: EXHIBIT 1 - AMENDED & SUPERSEDED CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 69 | KONGREGATION DER BARMH. SCHWESTERN V. HL. KREUZ KREUZSTR. 3 GEMUNDEN A.M., 97737 GERMANY | 10/13/2009 | 08-13555 (JMP) | 38420 | Undetermined | KONGREGATION DER BARMH. SCHWESTERN V. HL. KREUZ KREUZSTR. 3 GEMUNDEN A.M., 97737 GERMANY | 10/30/2009 | 08-13555 (JMP) | 57145 | $286,456.20 |
| 70 | KONGREGATION DER BARMH. SCHWESTERN V. HL. KREUZ KREUZSTR. 3 GEMUNDEN A.M., 97737 GERMANY | 10/13/2009 | 08-13555 (JMP) | 38419 | Undetermined | KONGREGATION DER BARMH. SCHWESTERN V. HL. KREUZ KREUZSTR. 3 GEMUNDEN A.M., 97737 GERMANY | 10/30/2009 | 08-13555 (JMP) | 57144 | $606,194.42 |
| 71 | KSV - KLAUS SCHULTE VERWALTUNGS GMBH KORNERSTR. 64 GEVELSBERG, 58285 GERMANY | 08/05/2009 | 08-13555 (JMP) | 7385 | Undetermined | VERWALTUNGS, KLAUS SCHULTE, GMBH FELDSTR. 30 GEVELSBERG, 58285 GERMANY | 09/22/2009 | 08-13555 (JMP) | 32187 | $70,965.00 |
| 72 | KUNTZ, WILLIAM III PO BOX 1801 NANTUCKET ISLAND, MA 02554-4801 | 09/02/2009 | 09-10558 (JMP) | 10509 | $3,699,417.29 | KUNTZ, WILLIAM III PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/15/2009 | 09-10558 (JMP) | 35121 | $3,216,884.60 |
| 73 | LAHMER, KLAUS HIRTENWEG 14 WESTRAMSDORF, 96479 GERMANY | 04/27/2009 | 08-13555 (JMP) | 3987 | Undetermined | LAHMER, KLAUS HIRTENWEG 14 WESTRAMSDORF, 96479 GERMANY | 09/16/2009 | | 14001 | $7,734.65 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 14 : EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | KINO STAR LIMITED NO 62 SHEUNG CHEUNG WAI PING SHAN YUEN LONG NT, HONG KONG | 09/10/2009 | 08-13555 (JMP) | 11302 | $350,000.00* | KINO STAR LIMITED NO 62 SHEUNG CHEUNG WAI PING SHAN YUEN LONG NT, HONG KONG | 10/22/2009 | 08-13555 (JMP) | 44039 | $350,000.00 |
| 13 | KUNTZ, WILLIAM III PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/15/2009 | 09-10558 (JMP) | 35123 | $4,573,293.18 | KUNTZ, WILLIAM III INDIA STREET, PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13900 (JMP) | 33550 | $4,688,284.73 |
| 14 | KUNTZ, WILLIAM III PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/15/2009 | 09-10558 (JMP) | 35122 | $4,688,284.73 | KUNTZ, WILLIAM III INDIA STREET, PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13900 (JMP) | 33550 | $4,688,284.73 |
| 15 | KUNTZ, WILLIAM III PO BOX 1801 NANTUCKET, MA 02554- | 09/15/2009 | 08-13900 (JMP) | 35120 | $4,573,293.18 | KUNTZ, WILLIAM III INDIA STREET, PO BOX 1801 NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13555 (JMP) | 33550 | $4,688,284.73 |
| 16 | LAURENDEAU, MARIE 1634 SELKIRK AVE #1 MONTREAL, H3H 1C8 CANADA | 10/06/2008 | 08-13555 (JMP) | 104 | Undetermined | LAURENDEAU, MARIE 1634 SELKIRK AVE #1 MONTREAL, QC H3H 1C8 CANADA | 08/14/2009 | 08-13555 (JMP) | 8267 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts