UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

LEHMAN BROTHERS HOLDINGS INC.,

Debtor

---

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered under
08-13555 (JMP))

Honorable James M. Peck

## WITHDRAWAL OF CLAIM NUMBERS 26572 AND 28370 BY PURSUIT OPPORTUNITY FUND I MASTER LTD.

The Pursuit Opportunity Fund I Master Ltd. ("Claimant") hereby withdraws the following Proofs of Claim: (a) the claim filed by Claimant on September 22, 2009 against Lehman Brothers Holdings Inc. and designated as Claim Number 26572 and (b) the claim filed by Claimant on September 22, 2009 against Lehman Brothers Holdings Inc. and designated as Claim Number 28370.

Dated: June 10, 2010

PURSUIT OPPORTUNITY FUND I MASTER LTD.

By: _____
Name: Frank Canelas
Title: The Managing Member of Pursuit Investment
Management, LLC, the Manager of Claimant

NEWYORK/#233813.1