STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Mark A. Speiser
Harold A. Olsen
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Hess Energy Trading Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case Nos. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On June 16, 2010, affiant served true and correct copies of the *Statement of Hess Energy Trading Company LLC Regarding Debtors' Tenth Omnibus Objection to Claims (Amended and Superseded Claims)* (Docket No. 9608), filed via the Court's ECF system on such date and via Overnight Mail upon the parties listed on the Service List.

/s/ Mark R. Wojcik
Mark R. Wojcik

Sworn to before me this
21st day of June, 2010

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

## **Service List**

*Via Overnight Mail*
Brian Masumoto, Esq.
Linda Rifkin, Esq.
Tracy Hope Davis, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via Overnight Mail*
Shai Wasiman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005