

**PEITZMAN WEG & KEMPINSKY LLP**

10100 Santa Monica Boulevard
Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Howard J. Weg
Attorney
Direct dial: (310) 712-0088
e-mail: hweg@pwkllp.com

June 17, 2010

United States Bankruptcy Court
Southern District of New York
Attention Correction Department
One Bowling Green
New York, New York 10004-1408

**SENT BY U.S. MAIL AND FAX**

Re: *In re Lehman Brothers Holdings Inc., et al. Chapter 11 Case No.: 08-13555 (JMP)*

Dear Clerk,

I am writing to notify you that Howard J. Weg and Julian Gurule will no longer require notices of electronic filings, or hard copies of filings associated with the above referenced case.

I am requesting that Howard J. Weg and Julian Gurule be removed from the electronic filing mailing list for the above referenced case only.

Should you have any questions regarding this request for removal, please do not hesitate to contact our office.

Thank you for your assistance on this matter.

Very Truly Yours,

Howard J. Weg, Esq.

RECEIVED JUN 21 2010 U.S. BANKRUPTCY COURT, SDNY