## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Special Financing Inc.,    Case Nos. 08-13555
                                                  Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Serengeti Rapax MM L.P. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Original Court Claim #: 18967 ($56,447,572.00, the "Total Claim Amount")

Transferred Claim: 6.200443838% or $3,500,000.00 of the Total Claim Amount.

Name and Address where notices to Transferee should be sent:

Serengeti Rapax MM L.P.
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury
Tel: 212-672-2248
Email: schoudhury@serengeti-am.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: [signature]                              Date: June 9, 2010
Name:    Wai-Yen Lau
Title:        Director

KL2 2655073.1

**EXHIBIT B**

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 18967

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Serengeti Rapax MM L.P.
Attn: Shaker Choudhury
632 Broadway, 12th Floor
New York, NY 10012
Telephone: 212-672-2248
Fax: 212-672-2249
Email: schoudhury@serengeti-am.com

its successors and assigns ("Buyer"), all right, title and interest in and to $4,500,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June __, 2010.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Michael Sutton
Title: Managing Director

Anil Das
Director

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____
Name: Wai-Yen Lau
Title: Director