WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU – 2297)
Eric K. Stodola (ES – 1111)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                        :     **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :     **08-13555 (JMP)**
                                                             :
                              Debtors.              :     **(Jointly Administered)**
------------------------------------------------------------------x

### SUPPLEMENTAL STATEMENT OF WHITE & CASE LLP
### PURSUANT TO BANKRUPTCY RULE 2019

White & Case LLP ("White & Case") hereby submits this supplemental statement (the "Supplemental Statement") pursuant to Federal Rules of Bankruptcy Procedure 2019(a) in connection with the chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors") and states as follows:

1.  This Supplemental Statement supplements the Verified Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019(a) filed on June 15, 2009, to inform the Court and all parties in interest of changes in the membership and composition of the Ad Hoc Group of Lehman Brothers Creditors (the "Group") to which White & Case is counsel.

2.  The Group was formed in May 2009 by Elliott Capital Management Corporation ("Elliott"), King Street Capital Management, L.P., and Paulson & Co. Inc.  On February 9, 2010, Elliott was appointed to the Official Committee of Unsecured Creditors in the Debtors' Chapter 11 Cases and, as a consequence, withdrew from the Group.

3.  As of the date hereof, the Group is currently comprised of the eleven entities

whose names and addresses are set forth on Annex A, attached hereto.  White & Case has been advised by the members of the Group that they collectively, together with their affiliates, hold claims against LBHI and its affiliated Debtors, including claims directly against LBHI totaling approximately $14.8 billion, which claims are based in large part on the beneficial ownership or management of various accounts with investment authority, contractual authority, or voting authority for notes issued or otherwise guaranteed by LBHI.

Dated: June 22, 2010
      New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU - 2297)
Eric K. Stodola (ES – 1111)

By: */s/ Gerard Uzzi*
    Gerard Uzzi

ATTORNEYS FOR THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS

# ANNEX A

| NAME | ADDRESS |
|---|---|
| California Public Employees' Retirement System | P.O. Box 2749<br>Sacramento, CA 95812-2749 |
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Fiduciary Counselors Inc. | 700 12th Street NW, Suite 700<br>Washington, DC 20005 |
| Fir Tree, Inc. | 505 Fifth Avenue, 23rd Floor<br>New York, NY 10017 |
| Fortress Credit Opportunities Advisors LLC | 1345 Avenue of the Americas<br>New York, NY 10105 |
| King Street Capital Management, L.P. | 65 E. 55th Street<br>New York, NY 10022 |
| Owl Creek Asset Management, LP | 640 Fifth Avenue, 20th Floor<br>New York, NY 10019 |
| Paulson & Co. Inc. | 1251 Avenue of the Americas<br>New York, NY 10020 |
| San Mateo County | 400 County Center, 6th Floor<br>Redwood City, CA 94063-1662 |
| Taconic Capital Advisors L.P. | 450 Park Avenue, 9th Floor<br>New York, NY 10022 |
| Western Asset Management Company | 385 E. Colorado Blvd,<br>Pasadena, CA 91101 |