Presentment Date and Time:  July 6, 2010 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline:  July 6, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed):  July 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :
                        Debtors.              :     (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF APPLICATION**
**OF THE DEBTORS PURSUANT TO SECTION 327(e) OF THE**
**BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY**
**AND RETAIN REED SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed

Application (the "Application") of Lehman Brothers Holdings Inc. and its affiliated debtors in

the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the

"Debtors"), pursuant to section 327(e) of chapter 11 of title 11 of the United States Code, Rule

2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to

employ and retain Reed Smith LLP as special counsel to the Debtors, all as more fully described

in the Application, to the Honorable James M. Peck, United States Bankruptcy Judge, for

approval and signature on **July 6, 2010 at 12:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) Reed Smith LLP, 10 South Wacker Drive, Chicago, Illinois 60606-7507, Attn: Carolyn H. Rosenberg, Esq., **so as to be so filed and received by no later than July 6, 2010 at 11:00 a.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only if a written objection is timely filed and served, a hearing will be held on **July 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable

James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York

10004-1408.  If an objection is filed the moving and objecting parties are required to attend the

hearing, and failure to appear may result in relief being granted or denied upon default.


Dated: June 22, 2010
        New York, New York


                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

Presentment Date and Time:  July 6, 2010 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline:  July 6, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed):  July 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :      08-13555 (JMP)
                                          :
                         Debtors.         :      (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**APPLICATION OF THE DEBTORS PURSUANT**
**TO SECTION 327(e) OF THE BANKRUPTCY CODE**
**AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN**
**REED SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this application (the "Application")

and respectfully represent:

**Background**

1.      Commencing on September 15, 2008 and periodically thereafter (as

applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced in this

US_ACTIVE:\43421934\04\58399.0008

Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

4.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner. The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

5.      On March 22, 2010, the Debtors filed their Joint Chapter 11 Plan pursuant to section 1121 of the Bankruptcy Code. On April 14, 2010, the Debtors filed an amended proposal of their chapter 11 plan [Docket No. 8330] and their proposed Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code. [Docket No. 8332].

**Jurisdiction**

6.      This Court has subject matter jurisdiction to consider and determine this

matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Lehman's Business**

7.      Prior to the events leading up to these chapter 11 cases, Lehman was the fourth largest investment bank in the United States.  For more than 150 years, Lehman had been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients, and individuals worldwide.

8.      Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

**Relief Requested**

9.      By this Application, the Debtors request authorization, pursuant to section 327(e) of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to employ Reed Smith LLP ("Reed Smith") as special counsel to the Debtors.  Specifically, the Debtors seek to engage Reed Smith with respect to the representation of the Debtors in connection with directors' and officers' liability ("D&O") insurance coverage.

**Scope of Services to be Provided**

10.      Subject to approval by this Court, Reed Smith will serve as special insurance coverage counsel to LBHI to evaluate and advise the Debtors with respect to D&O insurance coverage, particularly with regard to insurance that may be available to respond to pending and future claims against directors and officers.  Among other things, Reed Smith would

provide the following professional services: advise and counsel the Debtors regarding potential

insurance recovery under D&O insurance policies issued to the Debtors in connection with

claims made against directors and officers; prepare correspondence, documents and pleadings as

necessary with regard to potential D&O insurance recovery for claims made against the directors

and officers; appear and represent the interests of the Debtors with respect to D&O insurance

recovery issues; and take such other action and perform such other services as the Debtors may

require of Reed Smith in connection with D&O insurance recovery for claims made against the

directors and officers.

## <u>Qualifications of Reed Smith</u>

11.    Reed Smith is an international law firm with more than 1,500 lawyers.

Reed Smith has offices in New York, London, Philadelphia, Washington, D.C., Chicago,

Pittsburgh, Paris, Munich, Los Angeles, San Francisco, Silicon Valley, Hong Kong, Beijing,

Dubai, Abu Dhabi, Silicon Valley, Wilmington, Richmond, Princeton, Piraeus, Oakland, Falls

Church and Century City.

12.    As described in the Declaration of Carolyn H. Rosenberg on Behalf of

Reed Smith LLP in Support of Debtors' Application for Authorization to Employ and Retain

Reed Smith LLP, as Special Counsel to the Debtors (the "<u>Rosenberg Declaration</u>"), Reed Smith

has extensive expertise and experience in virtually all aspects of the law that may arise in

connection with its representation of the Debtors.  In particular, Reed Smith has substantial and

relevant D&O insurance liability expertise.  Reed Smith Insurance Recovery Group attorneys

frequently advise corporations, their directors and officers and other professionals regarding

D&O insurance coverage and recovery, corporate indemnification and litigation matters

nationwide, including companies nearing insolvency or in bankruptcy.  Many of Reed Smith's

Insurance Recovery Group lawyers are Chambers-rated and have received numerous awards and recognition by their clients and peers.

13.    The Debtors believe that Reed Smith is uniquely able to represent them with respect to its insurance recovery matters in an efficient and effective manner.

### Payment of Reed Smith's Fees and Expenses

14.    The Debtors propose to pay Reed Smith its customary hourly rates for services rendered that are in effect from time to time, as set forth in the Rosenberg Declaration, and to reimburse Reed Smith according to its customary reimbursement policies, and respectfully submit that such rates are reasonable.  The Debtors understand that in connection with the reimbursement of reasonable and necessary expenses, it is Reed Smith's policy to charge its clients for expenses incurred in connection with providing certain client services, including, without limitation, travel, lodging, photocopying, postage, vendor charges, long distance and other telephone charges, delivery service, and other expenses incurred in providing professional services.

15.    All of Reed Smith's fees and expenses incurred during these chapter 11 cases will be subject to approval of the Court upon proper application by Reed Smith in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the U.S. Trustee, as those procedures may be modified or supplemented by order of this Court, including this Court's Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] and this Court's Order Appointing Fee Committee and Approving Fee Protocol [Docket No. 3651].

**Basis for Relief Requested**

16.     The retention of Reed Smith under the terms described herein is

appropriate under Bankruptcy Code section 327(e).  Section 327(e) provides for the appointment

of special counsel where the proposed counsel does not possess any interest that is materially

adverse to the debtor with regard to the matter(s) that will be handled by counsel.  Section 327(e)

provides:

> The trustee, with the court's approval, may employ, for a specified
> special purpose, other than to represent the trustee in conducting
> the case, an attorney that has represented the debtor, if in the best
> interest of the estate, and if such attorney does not represent or
> hold any interest adverse to the debtor or to the estate with respect
> to the matter on which such attorney is to be employed.

17.     Accordingly, section 327(e) of the Bankruptcy Code authorizes the

retention of counsel for a specified special purpose, provided that: (a) the appointment is in the

best interest of the debtor's estate; (b) counsel does not hold an interest adverse to the estate with

respect to the matter for which counsel is to be employed; and (c) the specified special purpose

for which counsel is being retained does not rise to the level of conducting the bankruptcy case

for the debtor in possession.  *See In re AroChem Corp.*, 176 F.3d 610, 622 (2d Cir. 1999) (noting

that "where the interest of the special counsel and the interest of the estate are identical *with*

*respect to the matter for which special counsel is retained*, there is no conflict and the

representation can stand") (emphasis in original); *In re DeVlieg, Inc.*, 174 B.R. 497 (N.D.Ill.

1994).  As explained more fully below, the Debtors submit that each of these factors is satisfied

with respect to Reed Smith and that, therefore, its retention should be approved under section

327(e) of the Bankruptcy Code.

A.      **The Employment and Retention of**
        <u>**Reed Smith is in the Best Interests of the Estates**</u>

18.     As described more fully in the Rosenberg Declaration, the Debtors seek to

retain Reed Smith because they believe that Reed Smith is well-suited to serve as its special

counsel with respect to its D&O insurance coverage matters.  Reed Smith's Insurance Recovery

Group has extensive experience assisting policyholders in insurance coverage matters, including

litigation, dispute resolution, and counseling regarding negotiation of insurance policies and

programs.  Reed Smith Insurance Recovery Group attorneys frequently advise corporations, their

directors and officers and other professionals regarding insurance coverage and recovery,

complex insurance claims and disputes, and corporate indemnification and litigation matters

nationwide, including companies nearing insolvency or in bankruptcy. For these reasons, the

Debtors submit that the retention of Reed Smith is in the best interests of the Debtors, their

estates, and their creditors.

B.      **Reed Smith Holds No Interest Adverse to the Debtors or the**
        <u>**Debtors' Estates With Respect to the Representative Matters**</u>

19.     To the best of the Debtors' knowledge, and except as may be set forth in

the Rosenberg Declaration, Reed Smith does not represent or hold any interest adverse to the

Debtors or their estates with respect to the matters as to which Reed Smith is to be employed.

*See In re AroChem*, 176 F.3d at 622 (emphasizing that, under section 327(e) of the Bankruptcy

Code, potential conflicts must be evaluated only with respect to the scope of the proposed

retention).  The Debtors have been informed that Reed Smith will continue to conduct an

ongoing review of its files to ensure that no disqualifying circumstances arise and, if any new

relevant facts or relationships are discovered, Reed Smith will supplement its disclosure to the

Court.  Further, the Debtors have been informed that Reed Smith will implement an ethical wall

to ensure that information obtained with respect to the representative matters remains

safeguarded.

20.    In the highly unlikely event that an irreconcilable conflict arises between

the proposed special representation and Reed Smith's other representations, LBHI and Reed

Smith have agreed that Reed Smith may resign its the proposed special representation of LBHI.

Such occurrence will not preclude Reed Smith from continued representation of its other clients,

including any client responsible for the irreconcilable conflict.

21.    Based on the foregoing and the disclosures set forth in the Rosenberg

Declaration, the Debtors submit that Reed Smith does not hold or represent any interest adverse

to the Debtors or the Debtors' estates with respect to the matters on which Reed Smith is to be

employed.

## C.    Reed Smith will not Conduct the Debtors' Bankruptcy Case

22.    By separate applications, the Debtors have sought and obtained the

Court's approval to retain and employ Weil, Gotshal & Manges LLP as the Debtors' general

bankruptcy counsel [Docket No. 1660], and Curtis, Mallet-Prevost, Colt & Mosle LLP as

conflicts counsel [Docket No. 1659].  By contrast, the matters for which the Debtors seek to

retain Reed Smith relate to insurance recovery and do not involve the conduct of the bankruptcy

cases themselves.  Additionally, because Reed Smith is not serving as the Debtors' general

bankruptcy counsel, the Debtors believe that Reed Smith will not render "services…in

contemplation of or in connection with the case" within the meaning of section 329(a) of the

Bankruptcy Code.  Accordingly, the services to be rendered and functions to be performed by

Reed Smith will not be duplicative of any bankruptcy-related work performed by other law firms

retained by the Debtors.  Furthermore, Reed Smith will coordinate with the Debtors' other professionals to ensure that its services are, to the maximum extent possible, complementary to other professionals' services.

23.    As described above, the Debtors' proposed retention of Reed Smith as special counsel to the Debtors falls squarely within the scope of and purpose for which Congress enacted section 327(e).  As stated above, the Debtors do not believe that Reed Smith holds or represents any interest adverse to the Debtors or their estates with respect to the matters for which Reed Smith is proposed to be retained.  Accordingly, the Debtors submit that the retention of Reed Smith with respect to the D&O insurance matters is in the best interests of the Debtors, their estates, and their creditors and should be approved by the Court.

**Notice**

24.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this Application in accordance with the procedures set forth in the amended order entered on February 13, 2009 governing case management and administrative procedures for these cases [Docket No. 2837] on: (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) Reed Smith.  The Debtors submit that no other or further notice need be provided.

25.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as it deems just and proper.

Dated: June 22, 2010
      New York, New York

                                                 /s/ Richard P. Krasnow
                                               Richard P. Krasnow
                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007
                                               Attorneys for Debtors
                                               and Debtors in Possession

## Exhibit A

**Declaration of Carolyn H. Rosenberg**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                    :

In re                         :        Chapter 11 Case No.
                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       08-13555 (JMP)
                    :

            Debtors.       :        (Jointly Administered)
                    :

-----------------------------------------------------------------x

## DECLARATION OF
## CAROLYN H. ROSENBERG ON BEHALF
## OF REED SMITH LLP IN SUPPORT OF DEBTORS'
## APPLICATION FOR AUTHORIZATION TO EMPLOY AND
## RETAIN REED SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS

Carolyn H. Rosenberg declares the following to be true under penalty of perjury:

### FOUNDATION

1.      I am an attorney, admitted to practice in the State of Illinois as well as before the

United States District Court for the Northern District of Illinois and the United States Court of

Appeals for the Sixth Circuit, among others.  I am a member of the firm Reed Smith LLP ("Reed

Smith" or the "Firm"), and am duly authorized to make this declaration (the "Declaration") on

the Firm's behalf.

2.      I submit this Declaration in connection with the application by Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above referenced chapter 11 cases

(collectively, the "Debtors"), pursuant to section 327(e) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), to retain the Firm as special counsel to

provide professional services relating to insurance recovery matters (the "<u>Application</u>").[1]  The
primary purpose of this Declaration is to make disclosures that may be required by the
Bankruptcy Code, the Bankruptcy Rules and the Local Rules in connection with the proposed
retention of Reed Smith by the Debtors.

      3.     Except as otherwise stated herein, I have personal knowledge of the matters set
forth herein, and, if called as a witness, would testify competently thereto.[2]  To the extent any
information disclosed herein requires amendment or modification upon the Firm's completion of
further review, or as additional party in interest information becomes available to it, a further
supplemental declaration reflecting such amended or modified information will be submitted to
the Court.

**THE DEBTORS' RETENTION OF REED SMITH**

<u>Scope of Services to be Provided</u>

      4.     Subject to approval by this Court, Reed Smith will serve as special insurance
coverage counsel to LBHI to evaluate and advise the Debtors with respect to directors' and
officers' liability ("<u>D&O</u>") insurance coverage, particularly with regard to insurance that may be
available to respond to pending and future claims against directors and officers.  Among other
things, Reed Smith would provide the following professional services:  advise and counsel the
Debtors regarding potential insurance recovery under D&O insurance policies issued to the
Debtors in connection with claims made against directors and officers; prepare correspondence,
documents and pleadings as necessary with regard to potential D&O insurance recovery for
claims made against the directors and officers; appear and represent the interests of the Debtors

---

[1]     Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

[2]     Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Reed Smith
and are based on information provided by them.

with respect to D&O insurance recovery issues; and take such other action and perform such other services as the Debtors may require of Reed Smith in connection with D&O insurance recovery for claims made against the directors and officers.

**Qualifications of Reed Smith**

5.      Claims filed against directors and officers of the Debtors have been reported to the Debtor's D&O insurers.  The Debtors seek specialized counsel with expertise in D&O insurance recovery to address substantive issues raised by the D&O insurers and to maximize potential recovery under the policies, which is in the best interest of the estate.  D&O insurance is a specialized and complex practice area.  The Debtors believe that Reed Smith is well-suited to serve as its Special Insurance Coverage Counsel in these matters.  Reed Smith, an international, full service law firm with more than 1,500 lawyers in over 20 offices, is nationally recognized as a premier law firm performing D&O insurance recovery work on behalf of policyholders.  Reed Smith's Insurance Recovery Group has over 60 full-time lawyers dedicated to assisting policyholders in insurance coverage matters, including litigation, dispute resolution, and counseling regarding negotiation of insurance policies and programs.  Reed Smith Insurance Recovery Group attorneys frequently advise corporations, their directors and officers and other professionals regarding insurance coverage and recovery, corporate indemnification and litigation matters nationwide, including companies nearing insolvency or in bankruptcy.  Many of Reed Smith's Insurance Recovery Group lawyers are Chambers-rated and have received numerous awards and recognition by their clients and peers.

6.      In addition, Reed Smith's Insurance Recovery Group has extensive experience in representing policyholders with respect to complex insurance claims and disputes, including the following selected matters:  the creditors' committee's special insurance coverage counsel in *In*

- 3 -

*re Chemtura Corp.*, No. 09-11233 (Bankr. S.D.N.Y.); the debtors' counsel in *In re Pittsburgh*

*Corning Corp.*, No. 00-22876 (Bankr. W.D. Pa.), including with respect to insurance matters; the

debtors' counsel in *In re North American Refractories Co.*, No. 02-20198 (Bankr. W.D. Pa.),

including with respect to insurance matters; and the debtors' counsel in *In re Global Industrial*

*Technologies Inc.*, No. 02-21626 (Bankr. W.D. Pa.), including with respect to insurance matters.

Sachnoff & Weaver, Ltd., which combined with Reed Smith in March 2007, was appointed

Special Insurance Coverage Counsel to the Debtors in *In re Speigel, Inc.*, No. 03-11540 (Bankr.

S.D.N.Y.), and assisted in similarly addressing insurance recovery under Spiegel's D&O

insurance coverage. Accordingly, Reed Smith is well qualified to serve the Debtors as Special

Insurance Coverage Counsel.

**Reed Smith Does Not Represent or Hold any Adverse Interest With**
**Respect to the Matters on Which it is to be Employed**

7.      Despite substantial efforts to identify and disclose connections with the Debtors

and parties in interest in these cases, because the Debtors are a large enterprise with many

creditors and other relationships, Reed Smith is unable to state with complete certainty that all of

its client connections with the Debtors and parties in interest have been disclosed. In this regard,

if Reed Smith discovers additional information that requires disclosure, the Firm will file

supplemental disclosures with the Court.

8.      Reed Smith maintains databases containing the names of current and former

clients and certain other parties related to such clients. As stated above, in connection with this

Declaration, I caused attorneys and paralegals working under my supervision to conduct a

detailed review of the information generated from these databases to determine Reed Smith's

"connections"[3] with "Parties in Interest."[4]  Based upon this review, while Parties in Interest may be current or former clients of Reed Smith, or may otherwise be involved in litigation or transactional matters in which Reed Smith represents a client, I do not believe that the Firm holds any interest adverse to the estates with respect to any of the insurance matters for which Reed Smith will be retained.  Furthermore, to the best of my knowledge, neither Reed Smith nor any attorney at the Firm holds or represents any interest adverse to the Debtors' estates with respect to such matters.

      9.    As part of its comprehensive legal practice, Reed Smith has represented in the past and may currently represent certain of the Parties in Interest (including subsidiaries and other related entities).  These representations may include, among other things, various general corporate, financial restructuring, finance, securities, insurance, environmental, real estate, tax and employee benefits, intellectual property, and litigation matters.  Except as expressly set forth herein, such representations are not directly related to the Debtors' chapter 11 cases.

      10.    To the extent the Firm's research of its relationships with the Parties in Interest indicates that the Firm has represented within the past two years, or currently represents, any of the Parties in Interest or entities that may be related to such Parties in Interest, the identities of these entities and their respective relationships to the Debtors are set forth in Schedule 2 attached hereto.

---

[3]    To the best of my knowledge, neither the term "connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for "connections" has been completely defined, and I am therefore required to exercise some degree of professional judgment in applying that term to the facts of which I am aware, as well as in defining the scope of how to search for such facts. Out of an abundance of caution, I may be disclosing items that are not disqualifying or problematic under either the Bankruptcy Code or applicable standards of professional ethics.

[4]    Reed Smith has performed conflicts searches for the entities and their affiliates included in the list provided by the Debtors. The results of those searches are contained herein. For the purposes of this Declaration, "Parties in Interest" shall mean the parties in interest for which conflicts searches were conducted, a list of which is attached hereto as Schedule 1.

11.    I understand that the Debtors have retained or will retain various professionals to aid in the prosecution of the Debtors' chapter 11 cases, including the professionals included on the list of Parties in Interest provided to the Firm. In the past, attorneys at the Firm have worked with parties with similar interests or parties with adverse interests. In addition, certain of these firms may be current or former clients of Reed Smith. We believe it is also likely that many of the professionals who may appear in these cases are trustees, witnesses, advisors or counsel, as the case may be, in transactions or cases in which the Firm also represents a client. The Firm may retain various such professionals or affiliates thereof to provide, *inter alia*, litigation support and financial advisory services to the Firm or the Firm's clients in a variety of past, present or future engagements. Current employees at Reed Smith may be former employees of, or related to employees of, one or more of the other professionals in this case. In addition, attorneys at Reed Smith belong to professional organizations to which other professionals who may appear in these cases may also belong.

12.    To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Reed Smith, nor any partner or associate thereof, has any connection with the Debtors, the U.S. Trustee or any Parties in Interest, except as set forth herein.

13.    I am not related, and, to the best of my knowledge, no other Reed Smith attorney is related, to any United States Bankruptcy or District Judge for the Southern District of New York or to the United States Trustee in these chapter 11 cases.

14.    Reed Smith attorneys may have personal relationships with persons affiliated with certain of the Parties in Interest or with certain Judges in the Southern District of New York. The Firm attorneys may also have ordinary business relationships with various Parties in Interest and

may have previously been employed by Parties in Interest. It is my understanding that none of the foregoing relationships are related to the Debtors' chapter 11 cases.

15.    I do not understand Bankruptcy Rule 2014(a) or other applicable law to require disclosure of each present or future engagement Reed Smith receives from a Party in Interest as long as it is unrelated to the Debtors' chapter 11 cases. Reed Smith intends to accept engagements from other Parties in Interest (whether existing or new clients), but will not undertake a representation in which the client would be adverse to the Debtors with respect to the insurance matters for which the Firm is to be retained. Reed Smith anticipates that there is a prospect that inactive representations related to the Debtors' chapter 11 cases may become active again. To the extent that this occurs, Reed Smith would only agree to the engagement if the engagement is not adverse with respect to the insurance matters for which the Firm is to be retained.

16.    Reed Smith has a comprehensive U.S. and international creditors' rights practice. The Firm has represented a number of clients in connection with the Debtors' chapter 11 cases (and, as set forth below, will continue to do so subject to certain restrictions).

17.    A list of clients which Reed Smith advises in connection with the Debtors' chapter 11 cases is attached hereto as Schedule 3 (collectively, the "Reed Smith Clients").[5] These representations have thus far been limited in scope and are unrelated to the insurance matters for which Reed Smith will be retained. To that end, I note specifically that Reed Smith has not advised any of the Reed Smith Clients in connection with any insurance matter related to the Debtors' chapter 11 cases. Moreover, nearly all of the issues for the Reed Smith Clients arise

---

[5]    Schedule 3 includes only clients whom Reed Smith advises in connection with the Debtors' chapter 11 cases. The attached list does not include clients that may have an interest in the Debtors' cases, but who have not specifically requested that Reed Smith represent them in connection therewith.

out of stand-alone actual or potential claims.  A number of these claims arise in circumstances where the primary Lehman entity involved is not a chapter 11 debtor but is, instead, involved in the Lehman Brothers Inc. proceeding under the Securities Investor Protection Act of 1970 or one of the foreign insolvency cases, and the only issue in the chapter 11 cases is a potential guaranty claim.  Schedule 3 does not include engagements that have been completed.

18.    I do not believe there are any actual or potential conflicts which would preclude Reed Smith from simultaneously representing the Debtors and the Reed Smith Clients. Based on, among other things, the following pertinent facts, I do not believe such dual representation will cause any harm to the Debtors or the Reed Smith Clients: (a) the Debtors have requested that Reed Smith continue to represent them as special counsel in their chapter 11 cases; (b) the Debtors have consented to and have waived any potential conflicts resulting from the Firm's representation of the Reed Smith Clients on matters that may be adverse to the Debtors, so long as those engagements are not related to and would not cause Reed Smith to represent a party adverse to the Debtors on the insurance matters for which the Firm is to be retained; (c) each Reed Smith Client has consented to, or will consent to, and has waived, or will waive, any potential conflicts resulting from Reed Smith's simultaneous representation of it and the Debtors in connection with the Debtors' chapter 11 cases; (d) the attorneys or paralegals who are involved in Reed Smith's representation of the Reed Smith Clients (collectively, the "Creditors' Team") are primarily located in the Firm's New York, Pittsburgh and UK offices, while the attorneys or paralegals who are working on the Debtors' substantive insurance matters (collectively, the "Debtors' Team") are primarily based in Chicago; (e) none of the work performed or anticipated to be performed for the Reed Smith Clients is related to the Firm's work for the Debtors, and the Debtors' Team has not been (and does not expect to be) adverse to

- 8 -

the Creditors' Team in any matter related to the Debtors; and, (f) attorneys working on substantive insurance matters for the Debtors will be in separate practice groups within Reed Smith from the attorneys working on the matters for the Reed Smith Clients.

19.     While I do not believe there are any actual or potential conflicts (or any restrictions under section 327(e) of the Bankruptcy Code) which would preclude Reed Smith from representing the Debtors and the Reed Smith Clients, to avoid even the appearance of impropriety resulting from such representations, the Firm will be implementing certain voluntary safeguards, including, as set forth more fully below, establishing an ethical wall between the Debtors' Team and the Creditors' Team. In order to implement the wall, Reed Smith management will send a memorandum to all personnel at Reed Smith who have billed time to matters related to the Debtors' chapter 11 cases. Each recipient of the memorandum will be required to sign and return it to a designated person, which signature will indicate the recipient's understanding of the memorandum and his/her obligation to comply therewith. The memorandum will include the following provisions: (a) the members of the Debtors' Team shall not be permitted to be involved in any way in Reed Smith's representation of any of the Reed Smith Clients in connection with the Debtors' chapter 11 cases; (b) the members of the Creditors' Team shall not be permitted to be involved in any way in Reed Smith's representation of any of the Debtors in connection with the Debtors' chapter 11 cases; (c) no member of the Debtors' Team may disclose to anyone on the Creditors' Team any confidences or secrets or work product of the Debtors or seek to obtain confidences or secrets or work product from members of the Creditors' Team; (d) no member of the Creditors' Team may disclose to anyone on the Debtors' Team any confidences or secrets or work product of the Reed Smith Clients or seek to obtain confidences or secrets or work product from members of the Debtors' Team; (e)

each member of the Debtors' Team and the Creditors' Team is responsible for ensuring that all documents and electronic files relating to his or her work are kept in a secure location when not in use and for ensuring that such secure locations are not accessible to members of the other team; (f) these procedures are mandatory and must be complied with.

20.    In furtherance of the foregoing, to the extent practicable, the Firm will take the steps necessary to ensure that the Debtors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Creditors' Team and the Creditors' Team will not have access to any electronic or other documents related to the Debtors that are drafted or maintained by the Debtors' Team.

21.    Additionally, Reed Smith will not represent any creditors in the Debtors' chapter 11 cases adverse to the Debtors on the insurance matters for which the Firm is to be retained, as required by section 327(e) of the Bankruptcy Code.

22.    The Creditors' Team intends to continue to advise clients in connection with the Debtors' chapter 11 cases (including, but not limited to, the Reed Smith Clients listed on Schedule 3). No member of the Debtors' Team will be permitted to participate in any such representations (and, in particular, no member of the Debtors' Team will provide any advice to the Reed Smith Clients in connection with the Debtors' chapter 11 cases).

23.    In the highly unlikely event that an irreconcilable conflict arises between the proposed special representation and Reed Smith's other representations, LBHI and Reed Smith have agreed that Reed Smith may resign from the proposed special representation. Such occurrence will not preclude Reed Smith from continued representation of its other clients, including any client responsible for the irreconcilable conflict.

24.    It is my understanding that a large number of the Debtors' debt and equity

- 10 -

securities are held by various mutual funds, trusts and portfolios and accounts that are managed

by various advisors.  Reed Smith does not know the ultimate beneficial owners of the funds,

although it is believed they are widely held.  Similarly, many of the Debtors' securities may be

registered in the name of Depository Trust Company or its nominee, and securities entitlements

to such securities are held through securities accounts maintained by brokers, investment

advisors and other securities intermediaries. The ultimate owners of the securities entitlements

are unknown to Reed Smith, except for those reported on the list of parties in interest provided

by Debtors' counsel.  It is possible that some of such holders may be clients of the Firm.  It is

also possible that individual attorneys at Reed Smith may own, or have beneficial interests in,

mutual funds, trusts owning or other entities with such holdings.  We have not conducted any

investigation of the banking, insurance, brokerage or investment activities of the Firm's

attorneys' in preparing this Declaration.  It should be noted, however, that the Firm has a long-

standing policy prohibiting all attorneys and support staff from using any confidential

information that may come to their attention in the course of their work.

**Payment of Reed Smith's Fees and Expenses**

25.     Subject to the Court's approval, Reed Smith will (a) charge the Debtors for its

legal services on an hourly basis in accordance with its ordinary and customary hourly rates in

effect on the date services are rendered, and (b) seek reimbursement of actual and necessary out

of-pocket expenses. Reed Smith's hourly rates may change from time to time in accordance with

the Firm's established billing practices and procedures and, generally, are adjusted in January of

each year.  Reed Smith will maintain detailed, contemporaneous records of time spent, as well as

any actual and necessary expenses incurred, in connection with the rendering of the legal

services described above by category and nature of the services rendered.

26.     Reed Smith's current hourly rate structure for representation similar to that for which the Debtors seek to retain Reed Smith ranges from $475 to $790 for partners, $240 to $620 for associates and counsel, and $130 to $340 for paraprofessionals.

27.     The hourly rates and corresponding rate structure to be utilized by Reed Smith in its capacity as special insurance coverage counsel are equivalent to the hourly rate structure predominantly used by Reed Smith for bankruptcy, restructuring, insolvency and comparable matters, and similarly complex insurance matters whether in court or otherwise, regardless of whether a fee application is required.

28.     During the course of this case, the Firm will invoice the Debtors no less frequently than monthly for services rendered and charges and disbursements incurred. The Firm intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the applicable provisions of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the U.S. Trustee, as those procedures may be modified or supplemented by order of this Court, including but not limited to this Court's *Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 4165] and the Court's *Order Appointing a Fee Committee and Approving a Fee Protocol* [Docket No. 3651].

I declare under penalty of perjury that the foregoing facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief.

Dated: June 22, 2010

_____
Carolyn H. Rosenberg

# Schedule 1

**List of "Parties in Interest" for Which Conflicts Searches were Conducted**

**Related Entities**

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)
4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC
7. ASB L.L.C.
8. Ballybunion Investments No. 2 Ltd.
9. Ballybunion Investments No. 3 Ltd
10. Ballybunion Investments No. Ltd.
11. Banque Lehman Brothers S.A.
12. Bixen Limited
13. BK I Realty Inc. (dissolved)
14. BK II Properties Inc.
15. BK III Properties Inc.
16. Blue Jay Realty Corporation
17. BNC Holdings Inc.
18. Bromley LLC
19. Brookson Corp.
20. Brookwood Energy & Properties Inc.
21. Canope Credit Corp.
22. Capital Analytics II, LP
23. Central Funding (Concord) Corporation (dissolved)
24. Clarks Summit I, LLC
25. Clarks Summit II, LLC
26. CP1 Real Estate Services Inc.
27. CP4 Real Estate Services Inc. (dissolved)
28. Dimont Corporation
29. DL Mortgage Corp.
30. DRA Management, Inc. (dissolved)
31. Eagle Energy Management, LLC
32. Eagle Energy Partners I, L.P.
33. East Dover Limited
34. Edibrook Corp.
35. EHP/GP Inc. (dissolved)
36. Eldon Street Holdings Limited
37. ELQ Holdings B.V.
38. ELQ Hypothekan N.V.
39. Equipment Management Inc.

40. Equity Strategies Loans LLC
41. Equity Strategy Loans LLC
42. e-Valuate, LP
43. Executive Monetary Management, Inc.
44. Falcon Holdings I LLC
45. First Ward Properties Inc.
46. Flight Sim I LLC
47. Flight Sim II LLC
48. Flight Sim III LLC
49. Flight Sim IV LLC
50. Flight Sim V Inc.
51. FRAH Special Services Inc.
52. Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53. Furno & Del Castano CapitalPartners LLP
54. GA Dekalb Inc.
55. GKI Korea Development Limited
56. Global Principal Strategies Loans Inc.
57. GmbH
58. GRA Finance Corporation Ltd.
59. GRA Finance Corporation Ltd.
60. Growth Partners Inc. (dissolved)
61. Hills Funding One, Ltd.
62. Hydrocarbon Capital II LLC
63. IL Lombard Inc. (dissolved)
64. Ivanhoe Lan Pty Limited
65. Jet Aircraft Leasing Inc. (dissolved)
66. Jet Partners, LLC
67. JFM Aviation Once LLC
68. KM-I Real Estate Company VII (sold)
69. Laminar Holdings LLC
70. LB 3 GmbH
71. LB Alberta Holdings Inc.
72. LB Beta Finance Cayman Limited
73. LB GPS Lightfoot L.L.C.
74. LB Holdings Intermediate 1 Ltd
75. LB Holdings Intermediate 2 Ltd
76. LB I Group Inc
77. LB India Holdings Cayman I Limited
78. LB India Holdings Cayman II Limited
79. LB India Holdings Mauritius I Limited
80. LB India Holdings Mauritius II Limited
81. LB India Holdings Mauritius III Limited
82. LB Investment Corp. Inc.
83. LB Investment Holding Company Limited (dissolved)
84. LB Investments (UK) Limited
85. LB Leasing Inc.

86.    LB Lomond Investments Limited
87.    LB Maritim Investor
88.    LB Memphis Brownestone LLC
89.    LB Military Housing LLC
90.    LB Note Corp.
91.    LB Ohana, LLC
92.    LB Skypower Inc.
93.    LB Trade Corp.
94.    LB UK Financing Limited
95.    LB UK RE Holdings Ltd.
96.    LBCCA Holdings I LLC
97.    LBCCA Holdings II LLC
98.    LB-NL Holdings (Cayman) Limited
99.    LB-NL Holdings I Inc.
100.   LB-NL Holdings L.P.
101.   LB-NL U.S. Investor Inc.
102.   LBO Investments Limited
103.   LBQ Funding (UK)
104.   LBQ Hong Kong Funding Ltd
105.   LBQ Hong Kong Services Limited
106.   LCP LTU LLC
107.   LCPI Properties Inc.
108.   LCPI Properties Inv.
109.   Leesburg ACG LLC
110.   Lehman ABS Corporation
111.   Lehman Aircraft Securitization Holdings LLC
112.   Lehman Asset Backed Caps Inc.
113.   Lehman Brother Venture Capital 2003 Partnership
114.   Lehman Brothers (Israel) Inc.
115.   Lehman Brothers (PTG) Limited
116.   Lehman Brothers (Spain) S.A.
117.   Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.   Lehman Brothers 1999 Vernture GP Partnership L.P.
119.   Lehman Brothers AIM Holding II LLC
120.   Lehman Brothers Alternative Investment Management LLC
121.   Lehman Brothers Argentina S.A.
122.   Lehman Brothers Asset Management (Europe) Ltd
123.   Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.   Lehman Brothers Asset Management France
125.   Lehman Brothers Asset Securitization LLC
126.   Lehman Brothers Capital GmbH, Co
127.   Lehman Brothers Capital Partners I, L.P.
128.   Lehman Brothers Capital Partners II, L.P.
129.   Lehman Brothers Capital Partners IV, L.P.
130.   Lehman Brothers CDO 2003 L.P.
131.   Lehman Brothers CDO Associates (Cayman), Ltd.

132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.
147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.
154.    Lehman Brothers Fund of Funds Associates L.P.
155.    Lehman Brothers Fund of Funds L.P.
156.    Lehman Brothers Global Asset Management K.K. (liquidated)
157.    Lehman Brothers Healthcare Venture Capital Associates L.P.
158.    Lehman Brothers Healthcare Venture Capital L.P.
159.    Lehman Brothers Holdings Inc.
160.    Lehman Brothers Holdings International Inc.
161.    Lehman Brothers Holdings Japan Inc.
162.    Lehman Brothers Holdings Plc
163.    Lehman Brothers Holdings Scottish LP
164.    Lehman Brothers Inc.
165.    Lehman Brothers Insurance Agency L.L.C
166.    Lehman Brothers International (Europe)
167.    Lehman Brothers International Services, Inc.
168.    Lehman Brothers Investment Holding Company Inc.
169.    Lehman Brothers Investment Management Asia Limited
170.    Lehman Brothers Investments PTE Ltd.
171.    Lehman Brothers Japan Inc
172.    Lehman Brothers LBO Inc.
173.    Lehman Brothers Limited
174.    Lehman Brothers Luxembourg Investments Sari
175.    Lehman Brothers MBG Associates III L.L.C.
176.    Lehman Brothers MBG Associates L.P.
177.    Lehman Brothers MBG Capital Partners 1998 (C) LP

178.    Lehman Brothers MBG Finders 1999 (A) L.P.
179.    Lehman Brothers MBG Finders 1999 (B) L.P.
180.    Lehman Brothers MBG Finders 2000 (B) L.P.
181.    Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182.    Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183.    Lehman Brothers MBG Partners 1998 (A) L.P.
184.    Lehman Brothers MBG Partners 1998 (B) L.P.
185.    Lehman Brothers MBG Partners 1998 (C) L.P.
186.    Lehman Brothers MBG Partners 1999 (A) L.P.
187.    Lehman Brothers MBG Partners 1999 (B) L.P.
188.    Lehman Brothers MBG Partners 1999 (C) L.P.
189.    Lehman Brothers MBG Partners L.P.
190.    Lehman Brothers MBG Venture Capital Partners 1997
191.    Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192.    Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193.    Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194.    Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195.    Lehman Brothers MLP Associates, L.P.
196.    Lehman Brothers MLP Partners, L.P.
197.    Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198.    Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199.    Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200.    Lehman Brothers Offshore Investment Partnership L.P.
201.    Lehman Brothers Offshore Investment Partnership-Japan L.P.
202.    Lehman Brothers Offshore long/short fund, ltd
203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC
218.    Lehman Brothers Secondary Fund of Funds Associates L.P.
219.    Lehman Brothers Secondary Fund of Funds L.P.
220.    Lehman Brothers Securities Taiwan Limited
221.    Lehman Brothers Services India Private Limited
222.    Lehman Brothers Singapore PTE Ltd.
223.    Lehman Brothers South Asia Limited (Inactive)

224.  Lehman Brothers South East Asia Investments PTE Limited
225.  Lehman Brothers Spain Holdings Limited
226.  Lehman Brothers Special Financing Inc.
227.  Lehman Brothers Sudamerica S.A.
228.  Lehman Brothers U.K. Holdings (Delaware) Inc.
229.  Lehman Brothers Uruguay S.A.
230.  Lehman Brothers VC Partners L.P.
231.  Lehman Brothers Venture Associates Inc.
232.  Lehman Brothers Venture Bankers' Partnership L.P.
233.  Lehman Brothers Venture Capital Partners I, L.P.
234.  Lehman Brothers Venture GP Partnership L.P.
235.  Lehman Brothers Venture Partners L.P.
236.  Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.  Lehman CMO Inc.
238.  Lehman Commercial Paper Inc.
239.  Lehman Crossroads Corporate Investors II, LP
240.  Lehman Insurance Company
241.  Lehman Loan Funding I LLC
242.  Lehman Mortgage Company of Canada (surrendered)
243.  Lehman Mortgage Holdings Canada I Inc. (inactive)
244.  Lehman Mortgage Holdings Canada II Inc. (inactive)
245.  Lehman Municipal ABS Corp.Lehman OPC LLC
246.  Lehman Pass-Through Securities Inc.
247.  Lehman Queens Center Inc. (inactive)
248.  Lehman Queens Limited Inc. (inactive)
249.  Lehman Re Ltd.
250.  Lehman Realty & Development Corp.
251.  Lehman Receivables Corp. (dissolved)
252.  Lehman Risk Advisors Inc.
253.  Lehman Risk Management, Inc. (dissolved)
254.  Lehman Structured Assets Inc.
255.  Lehman Structured Securities Corp.
256.  Lehman Syndicated Loan Inc.
257.  Lehman VIP Holdings Inc.
258.  Lehman VIP Investment LDC
259.  Liberty Corner Inc. (sold)
260.  Liberty GP II Inc. (sold)
261.  Libro Companhia Securitizadora de Creditos
262.  LIBRO Holdings I Inc.
263.  Long Point Funding Pty Ltd.
264.  Louise Y.K.
265.  LPTG Inc.
266.  LPTG Intermediate LLC
267.  LPTG LLC
268.  LW-LP Inc.
269.  LW-LP Properties Inc.

270.    M&L Debt Investments Holdings Pty Limited
271.    M&L Debt Investments Pty Limited
272.    Mast Depositor Corp
273.    MBAM Investor Limited
274.    MBR/GP Corp.
275.    Merit, LLC
276.    Metro Realty Corporation (dissolved)
277.    MMP Funding Corp.
278.    Morganberry Corporation
279.    Nai Ham Hotel 1 Company Limited
280.    Neuberger & Berman Agency, Inc.
281.    Neuberger Berman Asset Management, LLC
282.    Neuberger Berman Inc.
283.    Neuberger Berman Investment Services, LLC
284.    Neuberger Berman Pty Ltd.
285.    Neuberger Berman, LLC
286.    Newark Properties One Inc.
287.    Nexity Investment Partnership L.P.
288.    NL Funding, L.P.
289.    NL GP Inc.
290.    Northstar Equipment Leasing Income Inc. (dissolved)
291.    NPC Inc. (dissolved)
292.    O.M.B. Limited Partner Ltd.
293.    OCI Holdings Limited
294.    OSD Corp.
295.    PAC Aircraft Management Inc.
296.    Pentaring, Inc.
297.    Phuket Hotel 1 Holdings Company Limited.
298.    Pike International Y.K.Pindar Pty Ltd.
299.    Preferred Group Limited
300.    Preferred Holdings Limited
301.    Preferred Mortgages Limited
302.    Principal Transactions Inc.
303.    QP80 Real Estate Services Inc.
304.    Quality Pork Partners, Inc.
305.    Real Estate Investors Inc. (dissolved)
306.    Real Estate Private Equity Inc.
307.    Real Estate Services I Inc. (dissolved)
308.    Real Estate Services VII Inc. (dissolved)
309.    Reliance Energy E&P, LLC
310.    REPE LBREP III LLC
311.    Revival Holdings Limited
312.    RIBCO LLC
313.    RIBCO SPC, Inc.
314.    Rock Hill Real Estate, Inc.
315.    Sage Partners, LLC

316. SAIL Investor Pte Ltd.
317. Sambar Properties Inc.
318. SASCO ARC Corporation
319. Scranzay, Inc.
320. Security Assurance Advisers, LP
321. Select Asset Inc.
322. Senior Income Fund Inc. (dissolved)
323. Serafino Investments Pty Limited
324. Shearson Lehman Brothers Capital Partners II, L.P.
325. Shearson Lehman Hutton Capital Partners II
326. Skratook LLC
327. Small Business Assets I LLC
328. Southern Pacific Funding 5 Ltd
329. Stamford Investment Realty Inc.
330. STRATUS I Inc.
331. Structure Asset Securities Corporation II
332. Structured Asset Securities Corporation
333. Structured Options Inc.
334. STUIE CORP.
335. Sunrise Finance Co., Ltd.
336. TAL Europe, LLC
337. Tallus
338. Thayer Group Limited
339. Thayer Properties (Jersey) Ltd.
340. Thayer Properties Limited
341. Townsend Analytics Japan Ltd.
342. Townsend Analytics, Ltd.
343. TX Tower Inc. (sold)
344. West Dover, LLC
345. Wharf Reinsurance Inc.
346. Woori-LB First Asset Securitization Specialty Co., Ltd.
347. Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348. Y.K Tower Funding
349. Y.K. Park Funding


**Potential Parties in Interest**
1. 1301 Properties Owner, LP
2. 13D Research Inc.
3. 1407 Broadway Real Estate LLC
4. 25 Broad LLC
5. 250 East Borrower LLC
6. 4086 Advisors
7. 4Cast Inc.
8. 4Kids Entertainment, Inc.
9. 50 Broadway Realty Corp. LLC

10.    605 Third Avenue Fee LLC
11.    8 Sound Shore Associates LLC
12.    A/P Hotel, LLC
13.    AB Bankas
14.    AB Svensk Exportkredit
15.    Aberdeen Asset Management Inc.
16.    Abm Industries, Inc.
17.    ABN Ambro Holding N.V.
18.    AboveNet Communications Inc.
19.    Abu Dhabi Investment Authority
20.    Abu Dhabi National Energy
21.    Accel Capital Corporation Accellent Inc.
22.    Accenture LLP
23.    Access Asia Investment Holdings (BVI) Ltd.
24.    Access Data
25.    ACCLARA
26.    Account Temps
27.    Accredited Home Lenders, Inc.
28.    Accuride Corporation
29.    ACE America Insurance Company
30.    ACI Operations Pty Limited
31.    Acorn Partners LP
32.    Activant Solutions Inc.
33.    Acts Aero Tech Support
34.    Adagio IV CLO Limited
35.    ADV Portfolio Tech
36.    Advanced Graphic Printing, Inc.
37.    Advanced Portfolio Technologies, Inc.
38.    AES Corporation
39.    AEW Capital Management, LP
40.    AG Financial Products, Inc.
41.    AG First Farm Credit Bank
42.    AGA Medical Corporation
43.    Agribank
44.    Aida Sarmast
45.    AIG CDS, Inc.
46.    AIG Financial Products Corp.
47.    AIG Global Investment Corporation
48.    AIM Advisors
49.    AIM Funds
50.    Airclaims Limited
51.    Aircraft Finance Trust
52.    Airlie CDO I
53.    AIRLIE LCDO (AVIV LCDO 2006-3)
54.    AIRLIE LCDO (Pebble Creek 2007-1)
55.    Airlie Opportunity Master Fund Lt.d

56.   Akin Gump Strauss Hauer & Feld LLP
57.   Aktiengesellschaft
58.   Alabama Power Company
59.   Aladdin Relative Value Credit Master Fun Limited
60.   Alameda County (CA) Employees' Retirement Association
61.   Alan J. Worden
62.   Alcoa Inc.
63.   Alenco
64.   Alex E. Rhinehart
65.   Alexander Leytman
66.   Algoma Stell Inc.
67.   Aliant Bank
68.   Alix Egloff
69.   Alix Partners LLP
70.   Allegheny Energy
71.   Allen Matkins Leck Gamble Mallory
72.   Alliance Imaging, Inc.
73.   Alliance Laundry Equipment Receivable Trust 2005-A
74.   Alliance Laundry Equipment Receivables 2005 LLC
75.   Alliance Laundry Holdings LLC
76.   Alliance Laundry Systems
77.   Alliance Resource Operating
78.   AllianceBernstein LP
79.   Alliant Energy Corporation
80.   Allianz
81.   Allianz Global Investors AG
82.   Allied Holdings, Inc.
83.   Allied Waste Industries Inc.
84.   Allied World Assurance Company
85.   Allison Transmission, Inc.
86.   Allsport Management SA
87.   Alltel Communications
88.   Alltel Corp.
89.   Almtaler Volksbank
90.   Alpha D2 Limited
91.   Alpha III
92.   Altos Hornos de Mexico SA de CV
93.   Altova, Inc.
94.   Altra Group, Inc.
95.   AM International E Mac 63 Limited
96.   Amadeus Holdings Limited
97.   AMBAC
98.   Amber Capital Investment Management
99.   Amber Master Fund (Cayman) SPC
100.  Ameren Corporation
101.  Amerenergy Resources Generating

102.    American Airlines 1st Lien
103.    American Airlines Inc.
104.    American Axle & Manufacturing Inc.
105.    American Electric Power Company Inc.
106.    American European Insurance Company
107.    American Express
108.    American Express Travel Related Services Co., Inc.
109.    American Family Life Assurance Company
110.    American International Group Inc.
111.    American National Insurance Company
112.    American Transmission Company
113.    Americas
114.    America's Servicing Company
115.    AmeriSourceBergen Corporation
116.    Amgen Inc.
117.    Amuala S.L.
118.    Ana Fernanda Canales Gonzales
119.    Ana Serratosa Lujan
120.    ANC Rental Corporation
121.    Anchorage Crossover Credit Offshore Master Fund
122.    Anchorage Short Credit Offshore Master Fund, Ltd.
123.    Andreas Brandes
124.    Andromeda Global Credit Fund, Ltd.
125.    Anita Bryant
126.    Ann Lee
127.    Anne-Marie Oliveri
128.    Antero Resources Corporation
129.    Anthony J. Napolitano & Associates
130.    Anthony Victor Lomas
131.    Anthracite Balanced Company (R-26) Limited
132.    Anthracite Balanced Company 46 Limited
133.    Anthracite Investments (Ireland) PC
134.    Anthracite Related Invesments (Cayman) Limited
135.    Anton R. Valukas (Examiner)
136.    ANZ Securities, Inc.
137.    Aon Consulting
138.    Aozora Bank, Ltd.
139.    Apax Summer Bidco Limited
140.    Apollo Management Holdings, L.P.
141.    Arab Bank
142.    Aracruz
143.    Aramark Corporation
144.    Arapahoe County Attorney's Office
145.    Arapahoe County Treasurer
146.    Arapahoe International Limited
147.    Arche Master Fund, L.P

148.    Area Giochi Holding S.p.A
149.    ARINC Incorporated
150.    Aristeia International Limited
151.    Aristeia Master, L.P.
152.    Arizona Public Service Company
153.    Aron Oliner
154.    Arthur T. Bent c/o Reserve Management Company
155.    ArvinMeritor, Inc.
156.    Arysta Lifescience
157.    AS Propulsion Capital BV
158.    Asbury Atlantic
159.    Asbury-Solomons
160.    Ashmore Energy International / AEI
161.    Asian CRC Hedge Fund
162.    Asian Multi Finance Hedge Fund
163.    Asian SBC Hedge Fund
164.    Asian Special Finance Hedge Fund
165.    Aspecta Assurance International Luxembourg S.A.
166.    Aspen Creek Financial Advisors LLC
167.    Asset Backed Management Corp.
168.    Assicurazioni
169.    Assurant, Inc.
170.    Asurion Corporation
171.    AT&T Incorporated
172.    AT&T Services Inc.
173.    Atlas Pipeline Partners
174.    Atmos Energy Corporation
175.    Atrium Companies Inc.
176.    Audio Visual Services Corporation
177.    Australia and New Zealand Banking Group Limited
178.    Australia National Bank
179.    Autodesk Inc.
180.    Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
181.    Automobile Club Insurance Association
182.    Autonomy Capital Research LLP
183.    Autonomy Master Fund Limited
184.    Autonomy Rochevera One Limtied
185.    A-V Services, Inc.
186.    Avago Technologies Finance Pte. Ltd.
187.    Avaya Inc.
188.    Aveos
189.    Avio
190.    Avista Corp.
191.    AVIV LCDO 2006-1
192.    AVIV LCDO 2006-2
193.    Aviva Assicurazioni S.p.A.

194.    Aviva Investors North America, Inc.
195.    Aviva Italia Holding S.p.A.
196.    Aviva Italia S.p.A.
197.    Aviva Life and Annuity Company
198.    Aviva Life S.p.A.
199.    Aviva Previdenza S.p.A.
200.    Aviva S.p.A.
201.    Aviva Vita S.p.A.
202.    AVR Acquisitions B.V.
203.    AVR Industrial Waste B.V.
204.    AVR Industrie N.V.
205.    Axis – ACM Inc.
206.    Axon Financial
207.    B & G Foods
208.    B.I. OEI
209.    Bacar Constructors, Inc.
210.    BAE Systems Holdings Inc.
211.    Baker & Hostetler LLP
212.    Balestra Capital Partners, L.P.
213.    Ball Corporation
214.    Ball Packaging Products Canada
215.    Ballyrock ABS CDO 2007-1 Limited
216.    Banc of America Securities LLC
217.    Banca Akros S.p.A
218.    Banca Carige, S.p.A.
219.    Banca Italease S.p.A.
220.    Banca Monte dei Paschi di Seina S.p.A.
221.    Banca Popolare di Milano Societa Coopertiva a r.l.
222.    Banca Sai
223.    Banco Banif, S.A.
224.    Banco Bilbao Vizcaya Argentaria, S.A.
225.    Banco Inversis, S.A
226.    Banco Popolare Societa Coopertiva
227.    Banco Popular Espanol, S.A.
228.    Banco Santander
229.    Banesco Banco Universal
230.    Banesco Holding C.A.
231.    Banif-Banco
232.    Banif-Banco de Investimento, S.A.
233.    Bank of America Mellon
234.    Bank of America N.A.
235.    Bank of China
236.    Bank Of Montreal
237.    Bank of New York Mellon
238.    Bank of New York Mellon Trust Company, N.A.
239.    Bank of New York Trust Co., N.A.

240.    Bank of Nova Scotia
241.    Bank of Taiwan
242.    Bank Pekao
243.    Bankruptcy Creditors' Service, Inc.
244.    Banque Privee Saint Dominique
245.    Barbara Peonio
246.    Barclays Bank PLC
247.    Barclays Capital, Inc.
248.    Barclays Global Investors National Association
249.    Basso Capital Management L.P.
250.    Bats Holdings, Inc.
251.    Bausch and Lomb
252.    Baxter International Inc.
253.    Bay Harbour Management LC
254.    Bay Harbour Master
255.    BBVA Securities Inc.
256.    BCM Ireland Holdings Limited
257.    BCV Investments SCA
258.    BE Smith & Others
259.    BEA Systems, Inc.
260.    Beaver Country Day School (The)
261.    Begoa Serratosa Lujan
262.    Beig Midco Limited
263.    Beig Pikco Limited
264.    Bel Air Investment Advisors LLC
265.    Belmont Holdings Corp.
266.    Berry Plastics Corporation
267.    Best Buy
268.    Best Karpet
269.    BHCO Master
270.    BHM Exit Financing Facility
271.    BHM Exit Term Loan
272.    BHM Technologies, LLC
273.    BIM
274.    BIM Vita S.p.A.
275.    Binding Company, Inc.
276.    Biogen Iden Inc.
277.    Biomet, Inc.
278.    BKW FMB Energie SA
279.    Black Lion Beverages III B.V.
280.    Black River Asia Fund Ltd.
281.    Black River Commodity Select Fund Ltd.
282.    Black River EMCO Master Fund Ltd.
283.    Black River Emerging Markets Credit Fund Ltd.
284.    Black River Emerging Markets Fixed Income Fund Ltd.
285.    Black River Global Credit Fund Ltd.

286. Black River Global Investments Fund Ltd.
287. BlackRock
288. Blackrock Financial Management
289. Blackstone / Blackstone Capital Partners V L.P.
290. Block Financial Corporation
291. Bloomberg Finance L.P. and its affiliates
292. Bloomberg L.P. and its affiliates
293. BLT 39 LLC
294. Blue Angel Claims, LLC
295. Blue Chip Multi-Strategy Master Fund, L.P.
296. BlueMountain Capital Management LLC
297. BlueMountain Credit Alternatives Master Fund L.P.
298. BlueMountain Equity Alternatives Master Fund L.P.
299. BlueMountain Timberline Ltd.
300. BMO Capital Markets Corp.
301. BMO Nesbitt Burns, Inc
302. BNC Mortgage Loan Trust
303. BNY Capital Markets, Inc.
304. BNY Corporate Trustee Services Ltd.
305. Board of Education of the City of Chicago
306. Boardwalk Pipelines, LP
307. Bondwave LLC
308. Bonten Media Group, Inc.
309. Booz Allen Hamilton Inc.
310. Bortstein Legal LLC
311. Boston Generating, LLC
312. Boultbee (Helsinki) AB
313. Boultbee (Vasteras) AB
314. BP Canada
315. BP Capital Energy Equity Fund Master II, L.P.
316. BP Capital Energy Equity Fund, L.P.
317. BP Capital Energy Equity International Holdings I
318. BP Capital Energy Fund LP
319. BP Energy
320. BP North America
321. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
322. BRE Bank S.A.
323. BreitBurn Operating L.P.
324. Bremer Financial Corporation
325. Bremer Financial Corporation A-3
326. Brian Monahan
327. Brickman Group
328. Brigadier Capital Master Fund, Ltd.
329. Brigatta von Wendorr
330. British Airways Plc
331. British Sky Broadcasting Group plc

332.  Broadridge Processing Solutions, Inc.
333.  Brockton Contributory Retirement System
334.  Brookfield Properties One WFC Co. LLC
335.  Brooks Family Partnership, LLC
336.  Brownstein Hyatt Farber Schreck, LLP
337.  Bruce R. Bent
338.  Bryant University
339.  Buckeye Partners, L.P.
340.  Buffets, Inc.
341.  Building Materials - Wells
342.  Buildings Materials Holdings
343.  Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
344.  Bundesverband deutscher Banken e.V.
345.  Bunge SA
346.  Burger King Corporation
347.  Burleson, ISD
348.  Business Objects Americas
349.  C.V.I. G.V.F. (Lux) Master S.a.r.l.
350.  Cableuropa S.A.U.
351.  Cablevision Systems Corp.
352.  Cabrera Capital Markets, LLC
353.  Cadwalader, Wickersham & Taft LLP
354.  Caisse De Depot et Placement du Quebec
355.  Caixa Geral De Depositos, S.A.
356.  Caja de Ahorros y Monte de Piedad de Madrid
357.  Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
358.  Calabri Elena
359.  California Ind. Systems Operator Corp.
360.  California Public Employees Retirement System
361.  Calyon
362.  Calyon Securities
363.  Cammell Laird Holdings Plc
364.  Campbell Soup Company
365.  Canadian Imperial Bank
366.  Canyon Value Realization Mac 18 Ltd
367.  Cap Gemini Financial Services USA, Inc
368.  Capital Automotive L.P.
369.  Capital IQ, Inc.
370.  Capmark Financial Group Inc.
371.  Carbone S.A.R.L.
372.  Caribe Media Inc.
373.  Carlos Manala
374.  Carlos Quintero Abella
375.  Carlsberg Breweries
376.  Carlton Communications Ltd.
377.  Carlton Willard

378.  Carlyle Credit Partners Master Fund
379.  Carlyle High Yield Partners IX, Ltd.
380.  Carlyle Loan Investment
381.  Carmignac Gestion
382.  Carnegie Bank A/S
383.  Carrollton-Farmers Branch Independent School District
384.  Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
385.  CASAM ADI CD Arbitrage Fund Limited
386.  Casam Adi Cd Arbitrage Fund Limited
387.  Cascade Investment LLC
388.  Casema Mezzanine
389.  Casema/Euribor
390.  Cassa Di Risparmio Di Saluzzo SPA
391.  Castex Energy 1995, L.P.
392.  Cattolica Assicurazioni S.p.A.
393.  Cavalier Telephone
394.  CB Richard Ellis, Inc.
395.  CBI Italian Receivables
396.  CBI-Italian NPL
397.  CBR Textile GMBH
398.  CBS Corp.
399.  CBW LLC
400.  CCMP Acquisition
401.  CCP Credit Acquisition Holdings, LLC
402.  CD Representative, L.C.
403.  CDC IXIS Financial Guaranty Services Inc.
404.  CDW Corporation
405.  CEAGO ABS CDO 2007-1, LLC
406.  CEAGO ABS CDO 2007-1, Ltd.
407.  Cebridge 2nd Lien PIK
408.  Cedar Fair
409.  Cede & Co.
410.  CEI/Kensington Ltd.
411.  Cellcap Securities Limited
412.  Centennial Cellular Corp.
413.  Centennial Communications Corp.
414.  Center Energy Resources Corp.
415.  Centerbridge Credit Partners LP
416.  Centerbridge Credit Partners Master LP
417.  Centerbridge Special Credit Partners, L.P.
418.  Centerpoint Energy Resource
419.  Centra Park, LLC
420.  Central CATV Inc.
421.  Central European Industrial Development Company
422.  Central European Media Enterprises Ltd.
423.  Central Illinois Light Company

| 424. | Central Illinois Public Service Company |
| 425. | Centurytel, Inc. |
| 426. | Cenveo Corporation |
| 427. | Cequel Comm |
| 428. | Ceradyne, Inc. |
| 429. | Cereita Lawrence |
| 430. | Cessna |
| 431. | CFIP Fund |
| 432. | CFS Holding NV |
| 433. | Charise Carroll |
| 434. | Charles River School (The) |
| 435. | Charles Schwab & Co., Inc. |
| 436. | Chart Industries, Inc. |
| 437. | Charter Communications |
| 438. | Chequer Finance 1 S.A. |
| 439. | Chequer Finance 2 S.A. |
| 440. | Chequer Finance 3 S.A. |
| 441. | Chesapeake Appalachia, L.L.C. |
| 442. | Chesapeake Energy Corp. |
| 443. | Chevron Natural Gas |
| 444. | Chicago Board Options Exchange, Incorporated |
| 445. | Chicago Mercantile Exchange |
| 446. | Chinatrust Commercial Bank, et al. |
| 447. | Choctaw Investors B.V. |
| 448. | Chorion (Project Planet) PIK |
| 449. | Chris or Nancy Stovic |
| 450. | Christine Coleman |
| 451. | Chun IP |
| 452. | Chun Ip |
| 453. | Chuo Mitsui Trust And Banking Co. |
| 454. | CIBC Wolrd Markets Inc. |
| 455. | CIFG |
| 456. | CIFG Services, Inc. |
| 457. | Cilcorp Inc. |
| 458. | Cinemark USA, Inc. A-4 |
| 459. | Cisco Systems Capital Corporation |
| 460. | Cisco Systems, Inc. |
| 461. | CIT Group (Master) |
| 462. | Citadel Equity Fund, Ltd. |
| 463. | Citibank International PLC |
| 464. | Citibank, NA |
| 465. | Citic International Financial Holdings |
| 466. | Citigroup Global Market Limited |
| 467. | Citigroup, Inc. |
| 468. | Citrus Corporation |
| 469. | City of Auburn |

470.  City of Burbank
471.  City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
472.  City Of Farmers Branch
473.  City of Fremont
474.  City of Milwaukee, Wisconsin
475.  City of San Buenaventura
476.  City of South San Francisco
477.  City of Tuolumne
478.  CKX Inc.
479.  Claire's Stores, Inc.
480.  Clearwater Capital Partners
481.  Cleveland Barrett
482.  Clio European CLO B.V.
483.  Clondalkin Acquisition B.V.
484.  CME Group Inc.
485.  CNX Gas Co.
486.  Coast Electric Power Association
487.  Coblentz, Patch, Duffy & Bass LLP
488.  Coditel Sarl
489.  Cognizant Technology Solutions
490.  Colfax Corporation
491.  Collins & Aikman Products
492.  Collins Building Services, Inc.
493.  Collins Steward (CL) Ltd.
494.  Colonial Realty Limited Partnership
495.  Commerzbank A.G.
496.  Commerzbank A.G. (New York and Grand Cayman Branches)
497.  Commerzbank Capital Markets Corp.
498.  Commonwealth Bank of Australia
499.  Community Health System
500.  Community Trust Bancorp Inc.
501.  Compagnie Financiere Tradition SA
502.  Company I Ameren Resources Gen Co
503.  Compass Bank
504.  Computer Financial Consultants Inc.
505.  Concord Development Properties Ltd.
506.  Concordia Mac 29 Ltd
507.  Conduit Capital Markets Ltd.
508.  Conocophillips
509.  Conseco Inc.
510.  Consolidated Container Company LLC
511.  Constellation Capital Management LLC
512.  Constellation Energy Group, Inc.
513.  Constellation PL
514.  Continental AG I Continental
515.  Continental Airlines, Inc.

516. Contrarian Capital Management, LLC
517. Convenience Food System
518. Converteam
519. Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
520. Cooper-Standard Automotive Inc.
521. Core Laboratories, LP
522. Corporation Trust Company
523. Corrections Corporation of America
524. CorrectNet, Inc.
525. Cortefiel, S.A.
526. Corus Bank, N.A.
527. Costello Maione Schuch Inc.
528. Coughlin Stoia Geller Rudman & Robbins, LLP
529. Counsel To Australia And New Zealand Banking
530. Countrywide Home Loans
531. County of Monterey (CA)
532. County of San Mateo (CA)
533. County of Westchester
534. Covanta Energy Corporation
535. Coventry Health Care, Inc.
536. Coviden Inti
537. Cox Communications, Inc.
538. Cox Enterprises, Inc.
539. Cox Radio, Inc.
540. CPQ Midco II Corporation
541. CRA Rogerscasey, LLC
542. Credit Agricole
543. Credit Suisse
544. Credit Suisse Loan Funding LLC
545. Credit Suisse Securities (USA) LLC
546. CRJ 200 Whole Loan
547. CROSSMAR, Inc.
548. Crossmark Investment Advisers, LP
549. Crossroads Investment Advisors
550. Crown Americas, Inc.
551. Crown Castle
552. CSC Holdings
553. CSG Systems International, Inc.
554. Cura Fixed Fund
555. Currenex
556. Customer Asset Protection
557. CWT Senior
558. Cynthia Swabsin
559. D.E. Shaw Composite Portfolios, LLC
560. D.E. Shaw Dihedral Portfolios, L.L.C.
561. D.E. Shaw Oculus Portfolios, LLC

562.    DAB Bank AG
563.    Dae Aviation Holdings, Inc.
564.    Dallas County
565.    Dan Yoram Schwarzmann
566.    Dana Holding Corporation
567.    Danaher Corporation
568.    Danish Holdco
569.    Danske Bank A/S
570.    Darden Restaurants Inc.
571.    Data Down Link Corporation
572.    David A. Rosenfeld
573.    David C. Cimo
574.    David C. Walton
575.    David H. Arlington Oil and Gas, Inc.
576.    Dayco
577.    DBP NPLS
578.    DCFS Trust
579.    DCI Umbrella Fund PLC
580.    Debitel (Netherlands) Holding B.V.
581.    Deere & Company
582.    Del Monte Corporation
583.    Delaware Management Holdings, Inc.
584.    Delaware Port River Authority
585.    Delek Benelux B.V.
586.    Delek Luxembourg Holding Sarl
587.    Delek US Holdings Inc.
588.    Dell Global B.V.
589.    Dell Marketing L.P.
590.    Delphi
591.    Delta Airlines A-5
592.    Demann
593.    Denver Public Schools Retirement System
594.    Department of Labor and Industries
595.    DEPFA Bank PLC
596.    Desdner Kleinwort Group Holdings LLC
597.    Deustche Bank Securities Inc.
598.    Deutsche Bank AG
599.    Deutsche Bank AG (London Branch)
600.    Deutsche Bank National Trust Company
601.    Deutsche Bank Trust Company Americas
602.    Deutsche Borse AG
603.    Deutsche Pfandbriefbank AG
604.    Deutsche Postbank AG
605.    Deutsche Telekom AG
606.    Deutscher Sparkassen Und Giroverband (The)
607.    Dexia Banque Belgique S.A.

608.    Dexia Banque Internationale a Luxembourg S.A.
609.    Dexia Belgique
610.    Dexia Credit Local
611.    Dexia Deutschland
612.    Dexia Kommunalbank Deutschland AG
613.    Dexia Local
614.    Dexia Luxemburg
615.    DG3 Holdings LLC
616.    Diageo Finance PLC
617.    Diakon Lutheran Social Ministries
618.    Dido Erste Vermoegensverwaltun GS
619.    Digicel International Finance Limited
620.    Direct Energy Business LLC
621.    Direct Energy LLC
622.    Discover Financial Services
623.    Diversified Credit Investments LLC as agent for the Government of Singapore
624.    Investment Corporation PTE, LTD.
625.    Diversified Software Systems, Inc.
626.    Division of Taxation for Corporation Tax (State of Rhode Island and Providence
627.    Plantations)
628.    Division Water
629.    DK Acquisition Partners
630.    DNB Nor Bank Asa
631.    Dollar General Corporation
632.    Dominion Resources Inc.
633.    Domtar Inc.
634.    Don Engel
635.    Don Wing Liang
636.    Dovenmuehle Mortgage Inc.
637.    Dow Jones & Company, Inc.
638.    Dr. Monika Thuermer-Grant
639.    Drake Management LLC
640.    Drawbridge Global Macro Commodities Ltd.
641.    Dresdner Bank A.G.
642.    Dresdner Kleinwort Group Goldings LLC
643.    Dresser, Inc.
644.    Dubai International Capital LLC
645.    Duff & Phelps
646.    Duke Corporate Education
647.    Duke Energy Ohio, Inc.
648.    Dun & Bradstreet
649.    Duncan Energy Parnters L.P.
650.    DuPont Capital Management
651.    Dynegy Holdings, Inc.
652.    Dynergy Power Marketing, Inc.
653.    DZ Financial Markets LLC

654. E*TRADE Bank
655. E. Schuddeboom
656. E.On AG
657. EAC Partners Master Fund, Ltd.
658. Eagle Rock Energy Partners, L.P.
659. Easdaq N.V. (Artur Fischer)
660. East 46th Borrower LLC
661. Easton Investments II
662. Eaton Corporation
663. Ebay Inc.
664. ECP International S.A.
665. Edam Acquisition Holdings B.V.
666. Edgen Murray
667. Edison International
668. Edison Mission Energy
669. Edscha A.G.
670. Educational Management Corp.
671. Edward D. Jones & Co., LP
672. Edward Grieb
673. Edward Jones
674. EF Securities LLC
675. EFG Bank AG
676. EHMD, LLC
677. El Paso Corporation
678. El Paso Pipeline Partners
679. Electrabel
680. Electrabel S.A.
681. Electricite de France
682. Eletrabel n.v./s.a.
683. Elizabeth Yee
684. Ellington Credit Fund, Ltd.
685. Ellington Mortgage Fund S/C, Ltd.
686. Ellington Mortgage Partners, LP
687. Ellington Special Opportunities Ltd.
688. Elliot International L.P.
689. Elliot Management Corporation
690. Elliott Associates, L.P.
691. EM Opportunities Bond Fund, Inc.
692. Embarcadero Aircraft Securitization Trust
693. EMC Corporation
694. EMI Entertainment World, Inc.
695. Emigrant Bank
696. Empiricurve Fund Limited
697. Enbridge (U.S.) Inc.
698. Enbridge Energy Partners
699. EnBW Trading GmbH

700. Encana Corp.
701. Encana Oil and Gas
702. Endemol Mezz
703. Endemol Sen
704. Enel SPA
705. Energy Income and Growth Fund
706. EnergyCo Marketing and Trading
707. EnergyCo, LLC
708. E-NET Corporation
709. Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
710. Pension Board
711. eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
712. Enron Corp.
713. Entegra Holdings LLC
714. Entegra TC LLC
715. Entergy Corp.
716. Enterprise GP Holdings L.P.
717. Enterprise Products LLC
718. Enterprise Products Operating L.P.
719. Envirosolutions Real Property Holdings, Inc.
720. EPCO Holdings
721. Equitable Resources, Inc.
722. Eric and Margaret Mace-Tessler
723. ERP Operating Limited Partnership
724. Escaline S.a.r.l.
725. E-Source, Inc.
726. Espin & Alter, LLP
727. Essex Equity Holdings USA, LLC
728. Etihad Airways
729. Eurohypo AG, New York Branch
730. European Bank For Reconstruction
731. European Credit (Luxembourg) S.A.
732. European Credit Management Limited
733. Eurosai Finanziaria Partecipazioni S.r.l.
734. Evelyn Clair
735. Everest Capial Asia Fund, L.P.
736. Everest Capial Emerging Markets Fund, L.P.
737. Evergreen Core Bond Trust
738. Evergreen High Income Fund
739. Evergreen Income Advantage Fund
740. Evergreen Intermediate Bond Trust
741. Evergreen Investment Management Company, LLC
742. Evergreen Long Duration Trust
743. Evergreen Multi-Sector Income Fund
744. Evergreen Select high Yield Bond Trust
745. Evergreen Solar, Inc.

746.    Evergreen, Et. Al
747.    EXCO Operating Company, LP
748.    Exco Partners Operating Partnership L.P.
749.    Exco Resources Inc.
750.    Executive Fliteways, Inc.
751.    Exegy Incorporated
752.    Export Development Canada
753.    Express Energy Services Holding, LP
754.    Extendicare Health Services Inc.
755.    Exterran Holdings, Inc.
756.    EXUM RIDGE CBO 2006-1
757.    EXUM RIDGE CBO 2006-2
758.    EXUM RIDGE CBO 2006-4
759.    EXUM RIDGE CBO 2006-5
760.    EXUM RIDGE CBO 2007-1
761.    EXUM RIDGE CBO 2007-2
762.    EZE Castle
763.    FA Sub 3 Limited
764.    Fabio Castrovillari
765.    Fabio Liotti
766.    Factiva Limited
767.    Factiva, Inc.
768.    Fadesa Inmobiliaria, S.A.
769.    Faegre & Benson
770.    Fairpoint Communications, Inc.
771.    Fairway Fund Limited
772.    Falcon Senior
773.    Fannie Mae
774.    FCAR
775.    FCDB LBU 2009 LLC
776.    FCDB LBU LLC
777.    Federal Express Corporation
778.    Federal Home Loan Bank of Atlanta
779.    Federal Home Loan Bank of New York
780.    Federal Home Loan Bank Of Pittsburgh
781.    Federal Home Loan Mortgage Corp
782.    Federal National Mortgage Association
783.    Federal Reserve Bank of New York
784.    Federazione Italiana del Consorzi Agrari S.r.l.
785.    Federconsorzi
786.    Ferretti
787.    Fidelity Balanced Fund
788.    Fidelity Capital Markets Services A-6
789.    Fidelity Investments
790.    Field Point IV S.a.r.l.
791.    Fifth Third Bank, N.A.

792.  Financial Security Assurance
793.  Financiere Daunou
794.  Financiers CVT
795.  Finartex
796.  Finlandia Group plc
797.  Finmaser Diversifacin S.L.
798.  Finmeccanica Finance SA
799.  FINOVA Loan Administration
800.  Fir Tree Capital Opportunity Master Fund, L.P.
801.  Fir Tree Value Master Fund, L.P.
802.  Fire & Police Pension of Colorado
803.  Firma Modena Financing S.A.
804.  First Chemical Holding
805.  First Chemical Mexxanine
806.  First Chemical Senior
807.  First Choice Power, LP
808.  First Commercial Bank Co., Ltd. New York Agency
809.  First Data Corporation
810.  First Franklin Mortgage Lona Trust 2006-FFA
811.  First Trust Advisors L.P.
812.  First Trust Portfolios L.P.
813.  FirstBank Puerto Rico
814.  FirstEnergy Corp
815.  Firth Rixson Mezz
816.  Flextronics International Ltd
817.  Florida Gas Transmission Company, LLC
818.  Florida Power & Light Company
819.  FOLIOfn Investment, Inc.
820.  Fondazione Cassa di Risparmio di Imola, c/o Sciume & Associati
821.  Fondazione Cassa Risparmio della Spezia
822.  Fondazione Enasarco
823.  Fondiaria
824.  Fondo Latinoamericano De Reservas
825.  Fondo Pensione Per Il Personale Della Banca Di Roma
826.  Ford Motor Company
827.  Ford Motor Credit
828.  Forest Hills Trading Ltd. c/o Curacao Int. Trust
829.  Fortis Group
830.  Fortress Investment Group LLC
831.  FPB Bank, Inc.
832.  FPCM Inflation-Linked Opportunities Fund Limited
833.  FPL Group Capital Inc.
834.  FR Acquisitions Corporation (Europe) Limited
835.  Francisco Perez
836.  Franklin American Mortgage Company
837.  Franklin Lincoln National Corporation

838. Fred Hutchinson Cancer Research Center
839. Fred Telling
840. Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V.
841. Freenet
842. Freescale Semiconductor, Inc.
843. Fresenius Medical Holdings Inc.
844. Frictionless Commerce, Inc.
845. Friedman, Billings, Ramsey & Group, Inc.
846. Frontier Drilling
847. Frost & Sullivan
848. Fubon Insurance Co.
849. Fubon Securities Co.
850. Fulton Bank
851. Fusion Funding Limited
852. Fusion Funding Luxembourg, S.A.R.L.
853. FX Alliance LLC
854. FXCM Holdings, LLC
855. Gables Marquis
856. Gala
857. Gala Group Finance Limited
858. Gala Mezz
859. Galileo Fund Limited
860. Galleon Buccaneer's Offshore LTD
861. Galliard Capital Management
862. Gaming Invest Sarl
863. Gartner UK Limited
864. Gartner, Inc.
865. Gaselys
866. Gaston Christian School, Inc.
867. Gate Gourmet
868. G-BNWE Aircraft Pty Ltd
869. G-BNWF Aircraft Pty Ltd
870. G-BNWG Aircraft Pty Ltd
871. G-BNWJ Aircraft Pty Ltd
872. G-BNWK Aircraft Pty Ltd
873. G-BNWK Aircraft Pty Ltd.
874. G-BNWL Aircraft Pty Ltd
875. G-BNWS Aircraft Pty Ltd
876. G-BNWT Aircraft Pty Ltd
877. GE Capital Information Technology
878. GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
879. GE Corporate Financial Services, Inc.
880. Gemstone CDO VI Corp
881. Gemstone CDO VI Ltd
882. GenenTech, Inc.
883. General Electric Capital Corp

884.    General Helicopters International LLC
885.    General Mills, Inc.
886.    General Nutrition Centers, Inc.
887.    Genovese Joblove & Battista, P.A.
888.    Gensler Architecture, Design And Planning, P.C.
889.    Gentiva Health Services, Inc.
890.    Genworth Financial, Inc.
891.    Genworth Life Insurance Company (f/k/a General Electric Capital
892.    Assurance Corporation)
893.    Georg Degelmann
894.    George E. Di Russo
895.    Georgetown University
896.    Georgia Gulf
897.    Georgia Pacific Corporation
898.    Georgia-Pacific Expansion S.A.S
899.    German Association of Savings Banks
900.    Gesconsult S.A. SG LLC
901.    GFA I LLC
902.    GFI Securities, Ltd.
903.    GHB Karnten AG
904.    Gilmartin, Poster & Shafto LLP
905.    Ginn Clubs
906.    Giorgio Marinelli
907.    Givaudan S.A.
908.    GL Trade
909.    Glencore Commodities Ltd.
910.    GLG Partners LP
911.    Global Cash Access, Inc.
912.    Global Credit Hedge Fund
913.    Global Opportunity Master Fund, Ltd.
914.    Global Thematic
915.    Globe Pub Management Limited
916.    GM Canada Foreign Trust
917.    GMAC LLC
918.    GMAC Mortgage, LLC
919.    GMAC Residential Capital
920.    GMAC-IM
921.    GMAM Investment Funds Trust
922.    GMBH
923.    Godiva Chocolatier, Inc.
924.    GoldenTree Master Fund II, Ltd.
925.    GoldenTree Master Fund, Ltd.
926.    Goldman Sachs & Co.
927.    Goldman Sachs (Asia) Finance
928.    Goldman Sachs (Japan) Ltd.
929.    Goldman Sachs Asset Management International,

930. Goldman Sachs Asset Management, L.P.
931. Goldman Sachs Bank USA
932. Goldman Sachs Credit Partners
933. Goldman Sachs International
934. Goldman Sachs International Bank, Seoul Branch
935. Goldman Sachs Japan Co. Ltd.
936. Goldman Sachs Lending Partners LLC
937. Good Steward Trading SPC
938. Gosford City Council
939. Government of Guam Retirement Fund
940. Government of Singapore
941. Grace Wang
942. Graham Packaging Company, L.P.
943. Graphic Packaging International Corp
944. Grassi Marco
945. Great Lakes Dredge & Dock Corporation
946. Greektown Holdings LLC
947. Green Tree Servicing Inc.
948. Green Tree Servicing LLC
949. Green Valley Ranch Gaming LLC A-7
950. Greenbriar Minerals, LLC
951. Greenpoint Mortgage Funding Trust Series
952. Greenwich Insurance Company
953. Greg Georgas & Mark Grock
954. Greywolf Capital Management L.P.
955. Groupama Asset Management
956. Grupo Iusacell
957. GS European Performance Fund Limited
958. GS Investment Strategies, LLC
959. GSEF Al Nawras (Cayman) Limited
960. GSW Grundbesitz GmbH & Co. KG
961. GTAM Fund I, Ltd.
962. Gulf Stream Asset Management
963. H3C Holdings Ltd
964. Hain Capital Group, LLC
965. Hakone Fund II
966. Halbis Distressed Opportunity Master Fund Ltd.
967. Hale Avenue Borrower LLC
968. Halliburton Company
969. Hanger Orthopedic Group, Inc.
970. Hank's Living Trust
971. Hanover Moving & Storage Co. Inc
972. Harbert
973. Harbinger Capital Partners
974. Harbinger Capital Partners Special Situations Fund LP
975. Harbison Station Apts L.P.

976.   HarbourView CDO III, Limited
977.   Harpen Immobilien GmbH & Co. KG
978.   Harrah's Operating Co. Inc.
979.   Harris County
980.   Harris Nesbit Corp.
981.   Hartfield Fund Limited
982.   Hawaiian Telcom Communications, Inc.
983.   Hawaiian Telcom Holdco, Inc.
984.   Hawaiian Telcom IP Service Delivery Investment, LLC
985.   Hawaiian Telcom IP Service Delivery Research, LLC
986.   Hawaiian Telcom IP Video Investment, LLC
987.   Hawaiian Telcom IP Video Research, LLC
988.   Hawaiian Telcom Services Company, Inc.
989.   Hawaiian Telcom, Inc.
990.   Hawker Beechcraft
991.   HBK Investments LP
992.   HCA Inc.
993.   HD Supply
994.   Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
995.   Heating Finance PLC
996.   Hebron Academy Incorporated
997.   Hegemon Fund I, LLC
998.   Heike Goetz
999.   Hellman & Friedman
1000.   Henegan Construction Co., Inc.
1001.   Henry Schein, Inc.
1002.   Herbst Gaming, Inc.
1003.   Heritage Fields
1004.   Hexion
1005.   Highbridge LD Acquisition LLC
1006.   Highbridge Principal Strategies - Mezzanine Partners
1007.   Highland Capital Management, L.P.
1008.   Highmount Exploration & Production LLC
1009.   Hilite German GMBH & Co. KG
1010.   Hilliard Farber & Co. Inc.
1011.   Hillside Apex Fund Limited
1012.   HMH Publishers LLC
1013.   HMH Publishing Mezzanine Holdings Inc.
1014.   Hodgson Russ LLP
1015.   Hogan & Hartson LLP
1016.   Holger Jackisch
1017.   Holland & Knight LLP
1018.   Home Loan Mortgage Corporation
1019.   Hope Greenfield
1020.   Horizon II International Limited
1021.   Horizon Merger Corporation

| | |
|---|---|
| 1022. | Houghton Mifflin Harcourt Publishers Inc. |
| 1023. | Howard W. Tomlinson |
| 1024. | HSBC Bank PLC |
| 1025. | HSBC Finance Corporation |
| 1026. | HSBC Realty Credit |
| 1027. | HSH Nordbank AG, Luxembourg Branch |
| 1028. | Hua An International Balanced Fund |
| 1029. | Hudson CLO 3 B.V. |
| 1030. | Hughes Hubbard |
| 1031. | Huish Detergents Inc. (Huish) |
| 1032. | Humberto G. Merchland Lopez |
| 1033. | Humerick Environmental Constructions, Inc. |
| 1034. | Huntsman International LLC |
| 1035. | HVB Capital Markets, Inc. |
| 1036. | HWA 555 Owners, LLC |
| 1037. | Hybrid Capital K.K. |
| 1038. | Hypo Alpe-Adria Bank International AG |
| 1039. | Hypo Investment Bank Ag |
| 1040. | Iasis Healthcare LLC |
| 1041. | Ibertravel Vacations (MEZZ) |
| 1042. | Ibertravel Vacations Holding LS |
| 1043. | IBM |
| 1044. | ICAP North America Inc. |
| 1045. | Iconix Brand Group |
| 1046. | Icopal |
| 1047. | Idearc Inc. |
| 1048. | IGI Resources |
| 1049. | Ignis Asset Management |
| 1050. | III Credit Bias Hub Fund Ltd. |
| 1051. | III Enhanced Credit Bias Hub Fund Ltd. |
| 1052. | III Finance Ltd. |
| 1053. | III Global Ltd. |
| 1054. | III Relative Value Credit Strategies Hub Fund Ltd. |
| 1055. | III Relative Value/Macro Hub Fund Ltd. |
| 1056. | III Select Credit Hub Fund Ltd. |
| 1057. | Illinois National Insurance |
| 1058. | Illinois Power Company |
| 1059. | Illuminating |
| 1060. | IM US Hold Inverness Medical |
| 1061. | IMO Carwash |
| 1062. | Imperial Tobacco Entertainment Finance Limited |
| 1063. | Incapital LLC |
| 1064. | Independence Holding Co. |
| 1065. | Indian Pacific Ltd. |
| 1066. | INEOS Group Limited |
| 1067. | Inergy, L.P. |

| 1068. | INF SRVS |
|---|---|
| 1069. | Infineon Technologies AG |
| 1070. | Infonxx Inc. |
| 1071. | Informal Group Of Taiwan Financial Institutions |
| 1072. | Infospace Inc. |
| 1073. | ING bank, FSB |
| 1074. | ING Financial Markets LLC |
| 1075. | ING Group |
| 1076. | ING Life Insurance and Annuity Company |
| 1077. | ING Real Estate Finance |
| 1078. | Innovia Films (Holding 3) Limited |
| 1079. | Institutional Benchmarck Series (Augustus Conv Arb.) |
| 1080. | Institutional Benchmarck Series (Centaur Seg. Acct) |
| 1081. | Institutional Benchmarck Series (Taks Seg Acct) |
| 1082. | Institutional Benchmarck Series [Augustus Global] |
| 1083. | Institutional Benchmarks |
| 1084. | Instituto de Credito Oficial |
| 1085. | Intechra LLC |
| 1086. | Intelsat (Bermuda), Ltd. |
| 1087. | Intelsat Corporation (FKA Panamsat) |
| 1088. | Intelsat Jackson (FKA Bermuda) A-8 |
| 1089. | Intelsat Subsidiary Holding Company |
| 1090. | Interactive Data Corp. |
| 1091. | Inter-American Development Bank |
| 1092. | Intercall Inc. |
| 1093. | Interface Cable Assemblies and Services Corp. |
| 1094. | Intergen N.V. |
| 1095. | Interline Brands, Inc. |
| 1096. | Inter-Local Pension Fund Graphic Communications Conference of the International |
| 1097. | Brotherhood of Teamsters |
| 1098. | Internal Revenue Service |
| 1099. | International Bank for Reconstruction and Development |
| 1100. | International Business Machines Corporation |
| 1101. | International Lease Finance Corporation |
| 1102. | International Swaps and Derivatives Association, Inc. |
| 1103. | International Transmission Company |
| 1104. | Internationale Kapitalanlagegesellschaft mbH |
| 1105. | Intersil Corporation |
| 1106. | Intersil Europe SaRL, Inc. |
| 1107. | Intersil Holding GmbH |
| 1108. | Intersil Investment Company |
| 1109. | Interstate Brands Corporation |
| 1110. | Interstate Fibernet, Inc. |
| 1111. | Interstate Power and Light Company |
| 1112. | Intesa |
| 1113. | Intesa Sanpaolo S.p.A. |

1114.   IntraLinks Inc.
1115.   Inverness Medical Innovations Inc.
1116.   Inversiones Esser 2007 S.L.
1117.   INVESCO CLO
1118.   INVESCO Real Estate
1119.   Investcorp, Et. Al.
1120.   Investec Capital Accumulator Trust Limited
1121.   Investec Funds Series IV - Capital Accumulator Fund
1122.   Investkredit AG
1123.   Investment Corporation PTE, LTD.
1124.   Iowa Telecommunications Services, Inc.
1125.   Iridium Satellite LLC
1126.   Iris Software, Inc.
1127.   Iron Mountain Incorporated
1128.   Iron Mountain Information Management
1129.   Ironbridge Homes, LLC
1130.   Ironbridge Mountain Cottages, LLC
1131.   Ironbridge Poperty Owners Association
1132.   Ironbridgte Aspen Collection, LLC
1133.   Island Medical Group
1134.   Islavista Spain S.A.
1135.   ISS Holding
1136.   iStar Financial Inc.
1137.   Italease Finance S.p.A.
1138.   ITC Holdings Corporation
1139.   ITC Midwest LLC
1140.   ITC Transco
1141.   Iusacell
1142.   J P Morgan Chase Bank, N.A.
1143.   J. Aron & Company
1144.   Jacquelyn Soffer
1145.   James J. Sullivan
1146.   James W. Giddens
1147.   Jamie Desmond
1148.   Janet Crawshaw
1149.   Jarden Corporation
1150.   Jarett Wait
1151.   Jason C. Davis
1152.   Jason Siner
1153.   Jason Wallace
1154.   Jeanes Hospital
1155.   Jeffrey Soffer
1156.   JFB Firth Rixson, Inc.
1157.   JFK International Air Terminal LLC
1158.   Jin Liu
1159.   Jin Liu

1160.    JMG Capital Partners, LP
1161.    JMG Triton Offshore Fund Limited
1162.    Jo Anne Buzzo
1163.    John J. Genovese
1164.    Johnson County Arlington ISD
1165.    Johnson, Killen & Seiler
1166.    Jordan International Bank PLC
1167.    Josef Hoette
1168.    Joseph Cordaro, Assistant U.S. Attorney, SDNY
1169.    Journal Register
1170.    JSC Rosgosstrakh
1171.    Juice Energy, Inc.
1172.    Julie Verstraete
1173.    Jung Development Co., Ltd.
1174.    Jung Developments (Infinity 2) Inc.
1175.    Jung Developments Inc.
1176.    Jurgen Lindermann
1177.    Jyske Bank A/S
1178.    K2 Diversified Portable Alpha Fund II, LTD
1179.    Ka Kin Wong
1180.    Kabel Deutschland
1181.    Kahrl Roberts & Wutcher LLP
1182.    Kalaimoku-Kuhio Development Corp.
1183.    Kantatsu Co. Ltd.
1184.    Kapalua Bay, LLC
1185.    Karim Kano
1186.    Katten Muchin Rosenman LLP
1187.    Kaupthing Bank
1188.    KBC Bank KBC Financial Products UK Limited
1189.    KBC Financial Products USA, Inc.
1190.    KBC Investments Cayman Islands V Limited
1191.    KBC Investments Limited
1192.    KBR Holdings, LLC
1193.    KDP Investment Advisors, Inc.
1194.    Keane Inc.
1195.    Kelson Finance LLC
1196.    Kelson Holding LLC
1197.    Kensington International Limited
1198.    Kerasotes Theatres Inc.
1199.    Key Energy Services, Inc.
1200.    KeyBank National Association
1201.    Keystone Inc.
1202.    KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
1203.    KFW Bankengruppe
1204.    KGT Inc.
1205.    Kimberly-Clark Corporation

| | |
|---|---|
| 1206. | Kinder Morgan Energy Partners L.P. |
| 1207. | King Street Capital , L.P. |
| 1208. | King Street Capital Master Fund, Ltd. |
| 1209. | Kirch Holding GMBH & Co. KG |
| 1210. | KKR Private Equity Investors L.P. |
| 1211. | Klavins & Slaidins A-9 |
| 1212. | Kle Euribor Prime |
| 1213. | Kleopatra Lux 2 Mezz |
| 1214. | Kleopatra Lux 2 S.A.R.L |
| 1215. | Kleopatra Senior |
| 1216. | Knight Capital Group |
| 1217. | Knight Debtco Ltd. |
| 1218. | Knighthead Master Fund, L.P. |
| 1219. | Kontrabecki Group Limited Partnership |
| 1220. | Korea Development Bank |
| 1221. | Korea Investment & Securities Co., LTD |
| 1222. | KPMG |
| 1223. | Kraft Foods Inc. |
| 1224. | Kraus Partner Investment Solutions AG |
| 1225. | Kristine Smith |
| 1226. | Kroger Co. (The) |
| 1227. | Kubber Investments |
| 1228. | Laboratory Corporation of America Holdings |
| 1229. | LAHDE Capital Management |
| 1230. | Lai Mei Chan |
| 1231. | Lai-han Cheung |
| 1232. | Lake Las Vegas Resort (Laslas) |
| 1233. | Lan Dale Asset Purchasing |
| 1234. | Landale Liquidity Facility |
| 1235. | Landamerica Financial Group, Inc. |
| 1236. | Landsource |
| 1237. | Landwirtschaftliche Rentenbank |
| 1238. | Lanxess AG |
| 1239. | Laplace Fund Equities Limited (from) |
| 1240. | Las Vegas Resort |
| 1241. | Las Vegas Sands, LLC |
| 1242. | LaSalle Bank National Association |
| 1243. | LaSalle Global Trust Services |
| 1244. | Laurel Cove Development, LLC |
| 1245. | Lavena Holding GMBH 3 |
| 1246. | Lavena Holding GMBH 4 |
| 1247. | Lavena Mezz |
| 1248. | Lavena Senior |
| 1249. | Lawrence & Carolyn Fogarazzo |
| 1250. | LB 2080 Kalakaua Owners LLC |
| 1251. | LB Co-Investment Partners Cayman AIV I LP |

1252.    LB Merchant Banking Partners III Cayman AIV LP
1253.    LB Offshore GP Holdings (PE) Ltd.
1254.    LB Offshore Investment Partners II LP
1255.    LB Secondary OPP Offshore Fund II LP
1256.    LB Secondary OPP Offshore Fund LP
1257.    LB VC Partners LP (VC Fund II)
1258.    LBAYK
1259.    LBBW Asset Management Investmentgesellschaft MBH
1260.    LBREP /L-Suncal Master I LLC
1261.    LBREP Lakeside SC Master I, LLC
1262.    LBT Loan Funding
1263.    LBT Varlik Yonetim Anonim Sirketi
1264.    LeaseDimensions
1265.    Legal & General Group Plc
1266.    Legendre Holdings 17 SA
1267.    Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1268.    Lehman Brothers Bankhaus AG
1269.    Lehman Brothers Bankhaus Aktiengesellschaft
1270.    Lehman Brothers European Mezzanine LB S.A.R.L
1271.    Lehman Brothers First Trust Income Opportunity Fund Inc.
1272.    Lehman Brothers High Yield Bond Fund Lehman Brothers Income Funds for
1273.    Lehman Brothers High Income Bond Funds
1274.    Lehman Brothers Income Funds
1275.    Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1276.    Lehman Brothers Merchant Banking Partners IV LP
1277.    Lehman Brothers Private Equity Funds
1278.    Lehman Mortgage Trust
1279.    Lehman XS Trust
1280.    Leticia Chau
1281.    Level 3 Communications, LLC
1282.    Level 3 Financing, Inc.
1283.    Leveraged Loans Europe & Term Loans Europe
1284.    Levine Leichtman Capital Partners Deep Value Fund, L.P.
1285.    Lewtan Technologies, Inc.
1286.    LFIGXG LLC
1287.    LH 1440 LLC
1288.    Libby Wong
1289.    Liberator Bidco Limited
1290.    Liberator Jr Mezz
1291.    Liberator Mezz
1292.    Liberator Senior Facilities Dtd
1293.    Liberty Global Inc.
1294.    Liberty Mutual Group Inc.
1295.    LibertyView Arbitrage Fund, L.P.
1296.    LibertyView Capital Management, LLC
1297.    LibertyView Credit Opportunities Fund

1298.  LibertyView Credit Select Fund, L.P.
1299.  LibertyView Focus Fund, L.P.
1300.  LibertyView Funds, L.P.
1301.  Libra CDO LLC Libra CDO Ltd
1302.  Lim Finance II, Inc.
1303.  Limited Lincoln National Corporation
1304.  Lincoln Variable Insurance
1305.  Linda Demizio
1306.  Linden Advisors LP
1307.  Liquidity Solutions, Inc.
1308.  Liquidpoint
1309.  Litton Loan Servicing, L.P.
1310.  LKQ Corporation
1311.  LLC New York State Office of Unclaimed Funds
1312.  LLCA-2
1313.  Lloyds Bank
1314.  Lloyds TSB Bank plc
1315.  LM ISIS Opportunities Master Fund Ltd.
1316.  Local Insight Media
1317.  Local Insight Regatta Holdings, Inc.
1318.  Local Media Finance LLC
1319.  Longacre Master Fund II, L.P.
1320.  Longacre Master Fund Ltd
1321.  Longacre Opportunity Fund, L.P.
1322.  Loop Capital markets, LLC
1323.  Loretta Wan Ling Huo
1324.  Los Angeles City Employees' Retirement System
1325.  Louise Nervo
1326.  Lovells LLP
1327.  Luboja & Thau, LLP
1328.  Ludwig Merckle
1329.  Lufthansa AG
1330.  Lukoil Finance Limited
1331.  Lusardi Construction Company
1332.  Luxembourg 3 S.a.R.L.
1333.  LW Securities, Ltd.
1334.  Lyon Capital Ventures
1335.  Lyondell
1336.  LyondellBasell Industries
1337.  M&B Maher
1338.  M&G Investment Management Limited
1339.  M&G Investment Management Limited (as Investment Advisor to Stitching Shell
1340.  Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund
1341.  Limited, and The Prudential Assurance Company Limited)
1342.  M. Arthur Gensler Jr and Assoc, Inc.
1343.  M. Brian Maher and Basil Maher

| | |
|---|---|
| 1344. | M.B.H. Emprunteur |
| 1345. | M.R. Beal & Company |
| 1346. | Mack-Cali Realty LP |
| 1347. | Mackinaw Power Holdings, LLC |
| 1348. | Macquarie A-10 |
| 1349. | Madeline Dimodica |
| 1350. | Magnus Scaddan |
| 1351. | Main Street Natural Gas, Inc. |
| 1352. | Majestic Fund Limited |
| 1353. | Malaysian Airline System |
| 1354. | Man Group Finance Inc. |
| 1355. | Mansfield ISD |
| 1356. | Manufacturers and Traders Trust Company |
| 1357. | Manzoni/Prêt D?Acquisition VLM |
| 1358. | Mapco Express, Inc. |
| 1359. | Maples and Calder |
| 1360. | Maples Finance Limited |
| 1361. | Marathon Oil Company |
| 1362. | Marble Care |
| 1363. | Marfin Popular Bank Public Company |
| 1364. | Margolis Edelstein |
| 1365. | Maria DeSouza |
| 1366. | Marie Hunter |
| 1367. | Marina Bay-2nd Deal |
| 1368. | Marina District Finance Company, Inc. |
| 1369. | Mark Glasser |
| 1370. | Mark IV |
| 1371. | Mark L. Zusy |
| 1372. | Mark Mazzatta |
| 1373. | Mark T. Millkey |
| 1374. | Market Place Apts |
| 1375. | Marriott International Inc. |
| 1376. | Marsha Kosseff |
| 1377. | Marshall & Ilsley Trust Company, N.A. |
| 1378. | Marshall Funds, Inc. |
| 1379. | Martha Chilton Mueller |
| 1380. | Massachusetts Mutual Life Insurance |
| 1381. | Massachusetts Water Resources Authority |
| 1382. | Massdevelopment/Saltonstall Building Redevelopment Corporation |
| 1383. | Materis SAS |
| 1384. | Matthew Hudson |
| 1385. | Maureen Mason |
| 1386. | Maximilian Coreth |
| 1387. | MC Communications, LLC |
| 1388. | McJunkin Corporation |
| 1389. | McJunkin Red Man Holdings Corporation |

1390.    Mclennan County
1391.    Medassets
1392.    Medco Health Solutions Inc.
1393.    Mediolanum Vita S.p.A.
1394.    Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971
1395.    DOC
1396.    MEP II S.A.R.L.
1397.    Meridian Company of New York
1398.    Merit Floors Inc.
1399.    Merlin Entertainments Group
1400.    Merlin Italian SNR
1401.    Merlin Row SNR
1402.    Merrill Lynch & Co.
1403.    Merrill Lynch Credit Products
1404.    Merrill Lynch Interntional
1405.    Merrill Lynch Japan Securities Co. Ltd.
1406.    Metavante Corporation
1407.    Metropolitan Transit Authority
1408.    Metropolitan West Asset Management, LLC
1409.    Metropolitan West Total Return Bond Fund
1410.    MF Global Finance / MF Global Finance Europe Limited
1411.    MF Global Ltd. / Man Financial
1412.    MHB-Bank AG
1413.    Michael C. Frege
1414.    Michael John Andrew Jervis
1415.    Michael Karfunkel
1416.    Michael Stores
1417.    Michael Vana
1418.    Michele McHugh-Mazzatta
1419.    Michigan Department of Treasury
1420.    Michigan Electric Transmission Co.
1421.    Michigan State Housing Development Authority
1422.    MicroHedge LLC
1423.    Microsoft Corporation
1424.    Microsoft Licensing
1425.    Midamerican Energy Company
1426.    Midcontinent Express Pipeline LLC
1427.    MidCountry Bank
1428.    Midewest Realty Advisors LLC
1429.    Midwest Independent System
1430.    Milano
1431.    Milano Assicurazioni S.p.A.
1432.    Millenium Management, LLC
1433.    Millenium USA, L.P.
1434.    Millennium Automotive Group
1435.    Millennium International, Ltd.

| | |
|---|---|
| 1436. | Minardi Capital Corp |
| 1437. | Minera Del Norte S.A. |
| 1438. | Minnesota Masonic Home Care Center |
| 1439. | Minnesota State Board of Investment |
| 1440. | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. |
| 1441. | Mirant Corporation |
| 1442. | Mirant North America, LLC |
| 1443. | Missouri Department Of Revenue, Bankruptcy Unit |
| 1444. | Misys IQ LLC |
| 1445. | Misys PLC |
| 1446. | Mitsubishi UFJ, Ltd. |
| 1447. | Mitsui-MOL |
| 1448. | Mizuho Corporate Bank |
| 1449. | Mizuho Corporate Bank LTD |
| 1450. | Mizuho Financial Group |
| 1451. | Mizuho Investors Securities Co., Ltd. |
| 1452. | Mizuho Trust & Banking (Luxembourg S.A.) |
| 1453. | MKP Capital Management, LLC |
| 1454. | MKP Vela CBO, LLC |
| 1455. | MKP Vela CDO Ltd |
| 1456. | Moana Properties |
| 1457. | Moderna Finance |
| 1458. | Mok, Ping Yu Francis |
| 1459. | Monique Miller Fong |
| 1460. | Monument Realty LLC |
| 1461. | Moody's Corp. |
| 1462. | Moody's Investors Service |
| 1463. | Morgan Stanley & Co. Incorporated |
| 1464. | Morgan Stanley & Co. International plc |
| 1465. | Morgan Stanley Senior Funding, Inc. |
| 1466. | Motors Insurance Corp MP Bank HF |
| 1467. | Mount Kellett Master Fund II, L.P. |
| 1468. | Movie Gallery, Inc. |
| 1469. | MSN |
| 1470. | MSS Distressed & Opportunities 2 |
| 1471. | MSTD, Inc. |
| 1472. | Mueller Water Products Inc. |
| 1473. | Multi Asset Platform Master Fund SPC |
| 1474. | Municipal Electric Authority of Georgia |
| 1475. | Muriel Siebert & Co., Inc. |
| 1476. | Myung Soo Jung |
| 1477. | N.V. Luchthaven Schipol |
| 1478. | Na'alehu Ventures |
| 1479. | nabCapital Securities LLC |
| 1480. | Nakilat Inc. |
| 1481. | Namrun Finance S.A. |

| | |
|---|---|
| 1482. | Nasdaq OMX |
| 1483. | Nathan W. Bear A-11 |
| 1484. | National Agricultural Cooperative Federation |
| 1485. | National Australia Bank Limited |
| 1486. | National Bank of Canada |
| 1487. | National Bank of Fujairah psc |
| 1488. | National Cinemedia, Inc. |
| 1489. | National Power Corporation |
| 1490. | National Rural Utilities Cooperative Finance Corporation |
| 1491. | Nationwide Fund Advisors |
| 1492. | Natixis Bleichroeder Inc. |
| 1493. | Natixis Entities |
| 1494. | Natl Australia Bank Limited |
| 1495. | Natsis |
| 1496. | NCAT-New Center Asset Trust |
| 1497. | Nebraska Investment Finance Authority |
| 1498. | Nebraska Investment Finance Authority |
| 1499. | Neff Corp. |
| 1500. | Neggio Holding 3 GMBH |
| 1501. | Nelnet, Inc. |
| 1502. | Netapp, Inc. |
| 1503. | Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond |
| 1504. | Fund |
| 1505. | Neuberger Berman Income Opportunity Fund Inc. |
| 1506. | Neuberger Berman LLC |
| 1507. | Nevada Power Company |
| 1508. | New Center Asset Trust |
| 1509. | New Edge |
| 1510. | New England Power Company |
| 1511. | New Generation Funding Trust 15, 16, 37, 38, 39 and 83 |
| 1512. | New Holdco BV |
| 1513. | New Jersey Housing and Mortgage Finance Agency |
| 1514. | New South Federal Savings Bank |
| 1515. | New York Institute of Finance, Inc. |
| 1516. | New York Life Insurance Co |
| 1517. | New York Life Investment Management |
| 1518. | New York State Common Retirement Fund |
| 1519. | Newedge USA, LLC |
| 1520. | Newell Rubbermaid Inc. |
| 1521. | Newpage Corporation |
| 1522. | Newport Global Advisors LP |
| 1523. | Newport Global Credit Fund (Master) L.P. |
| 1524. | Newport Global Opportunities Fund LP |
| 1525. | Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc. |
| 1526. | NFI Luxco SCA |
| 1527. | NIBC Bank NV |

1528.    Niederosterreich-Mitte
1529.    Nippon Life Insurance Company
1530.    Nokia Corporation
1531.    Nomura Capital Markets plc
1532.    Nomura Holding America Inc.
1533.    Nomura Holdings Inc.
1534.    Nomura International PLC and its affiliates
1535.    Norma Delepine
1536.    Normandy Hill Capital, LP NorthEast
1537.    Nortek Holdings, Inc.
1538.    Northern Ireland Governmental Officers Superannuation Committee
1539.    Northern State Power Company
1540.    Northgate Minerals Corporation
1541.    Northrup Grumman
1542.    NorthStar Real Estate Securities Opportunity Master Fund L.P.
1543.    Northwest Airlines, Inc.
1544.    Norton Gold Fields Limited
1545.    Novara
1546.    Novartis Finance Corporation
1547.    NPD Group Inc.
1548.    NPL
1549.    NRG Energy, Inc.
1550.    NSG Holdings LLC
1551.    nTAG Interactive Corporation
1552.    NTL Cable Plc
1553.    NTL Communications Ltd
1554.    Nuance Communications, Inc.
1555.    NuStar Logistics, L.P.
1556.    NY State Department Of Taxation and Finance
1557.    Nybron Refi
1558.    Nycomed Germany Holding GMBH
1559.    Nycomed Holding A/S
1560.    NYFIX, Inc.
1561.    NYSE Euronext Inc.
1562.    O'Reilly Automotive, Inc.
1563.    Oaktree Capital Management, L.P.
1564.    Oaktree High Yield Plus Fund, L.P.
1565.    Oaktree Huntington Investment Fund, L.P.
1566.    Oaktree Opportunities Fund VIII Delaware, L.P.
1567.    Occidental Energy Marketing, Inc.
1568.    Occidental Power Services, Inc.
1569.    Oceania Cruises, Inc.
1570.    Oceania Vessel Finance, Ltd.
1571.    Och-Ziff
1572.    OCM Mezzanine Fund II Holdings, L.P.
1573.    OCM Opportunities Fund VII Delaware, L.P.

1574.   OCM Opportunities Fund VIIb Delaware, L.P.
1575.   Office of the U.S. Trustee
1576.   Office Of The United States Attorney
1577.   Office of Thrift Supervision
1578.   Office of Thrift Supervision, Northeast Region
1579.   Official Committee of Unsecured Creditors
1580.   OGE Energy Corp.
1581.   OI Canada Corporation
1582.   Oklahoma Gas And Electric Company
1583.   Oklahoma Municipal Power Authority
1584.   Omnicare, Inc.
1585.   OMX Timber Finance Investments
1586.   Oncor
1587.   OneBeacon US Holdings
1588.   ONEOK Energy Services Company, L.P.
1589.   Onex Debt Opportunity Fund, Ltd.
1590.   Opal Leasing Limited
1591.   Open Solutions Inc.
1592.   Openwave Systems Inc.
1593.   Operating Engineers Local 3 Trust Fund
1594.   Oppenheimer Funds Inc.
1595.   Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading,
1596.   LLC)
1597.   Optim Energy, LLC (f/k/a Energy Co., LLC)
1598.   Oracle Corporation
1599.   Oracle Credit Corporation
1600.   Orangina
1601.   Orbitz Worldwide
1602.   Orion Cable
1603.   Orrick, Herrington & Sutcliffe LLP
1604.   Osterreichische
1605.   Oversea-Chinese Banking Corp. Ltd.
1606.   Overstock.com
1607.   Owens & Minor, Inc.
1608.   Owens Illinois Inc.
1609.   Oz Management LP
1610.   Pablo Serratosa Lujan
1611.   Pacific Coast Cap. Partners, LLC
1612.   Pacific Gas & Electric Company
1613.   Pacific International Finance Limited
1614.   Pacific International Limited
1615.   Pacific Investment Management LLC
1616.   Pacific Summit Energy LLC
1617.   PacifiCorp
1618.   Pages Jaunes Groupe
1619.   Palmyra Capital Fund, L.P.

| | |
|---|---|
| 1620. | Palmyra Capital Institutional Fund, L.P. |
| 1621. | Palmyra Capital Offshore Fund, L.P. |
| 1622. | Panagiota Manatakis |
| 1623. | PanAmSat Corporation |
| 1624. | Pangea Ltd A-12 |
| 1625. | Panton Fund |
| 1626. | Panton Master Fund, LP |
| 1627. | Park Place Apartments L.P. |
| 1628. | Parker Drilling Company |
| 1629. | Parmalat Participacoes Do Brasil Ltda |
| 1630. | Parmalat Participacoes Promissory Note |
| 1631. | Parsec Corp. |
| 1632. | Parsec Trading Corp. |
| 1633. | Partnerre Ltd. |
| 1634. | Partnership Life Assurance Company Ltd. |
| 1635. | Patricia O'Reilly |
| 1636. | Patrick J. Coughlin |
| 1637. | Patrick W. Daniels |
| 1638. | Paul J. Battista |
| 1639. | Payreel, Inc. |
| 1640. | PB Capital Corporation |
| 1641. | Peabody Energy Corporation |
| 1642. | Pebble Creek 2007-2, LLC |
| 1643. | Pebble Creek 2007-2, LTD |
| 1644. | Pebble Creek LCDO 2006-1 |
| 1645. | Pebble Creek LCDO 2007, LLC |
| 1646. | Pebble Creek LCDO 2007-3 |
| 1647. | Pecos Investors LLC |
| 1648. | Penn Convention Center Authority |
| 1649. | Penn National Gaming |
| 1650. | Pennsylvania Public School Employees' Retirement System |
| 1651. | Pension Benefit Guaranty Corporation |
| 1652. | Pension Plan and Trust |
| 1653. | Pentwater Capital Management, LP |
| 1654. | PEP Credit Investor L.P. |
| 1655. | Pepsi Bottling Group, Inc. |
| 1656. | Perella Weinberg Partners LP |
| 1657. | Perry Partners International, Inc. |
| 1658. | Perry Partners L.P. |
| 1659. | Perstorp AB |
| 1660. | Pertus Sechzehnt GmbH |
| 1661. | Pertus Sechzehnte GBMH |
| 1662. | Peter J. and Mary Jane Dapuzzo |
| 1663. | PGA Holdings, Inc. |
| 1664. | PGRS 1407 BWAY LLC |
| 1665. | Pharmerica Corporation |

1666.  Philip Morris International Inc
1667.  Philips Electronics NV
1668.  Phoenix Life Limited
1669.  PHS Group PLC
1670.  PHS Senior
1671.  Pietro Ferrero
1672.  PIMCO Real Return Fund
1673.  PIMCO Real Return Fund (M)
1674.  Pinnacle Entertainment, Inc.
1675.  Pinnacle Foods Finance LLC
1676.  Pinnacle West Capital Corp.
1677.  Pioneer Europe Mac 70 Ltd
1678.  Pipeline Data, LLC
1679.  Piper Jaffray and Co.
1680.  Pivotal Promontory
1681.  PJM Interconnection, L.L.C.\
1682.  Planet Acquisition Holdco 1 Ltd
1683.  Planet Acquisition Holdco 2 Ltd
1684.  Plastech Engineered Products, Inc.
1685.  Plinius Investments B.V.
1686.  Plumbers and Pipefitters National Pension Fund
1687.  PNM Resources, Inc.
1688.  PNMR Services Co.
1689.  Polaris Software Lab Limited
1690.  Police and Fire Retirement System of the City of Detroit
1691.  Popolare
1692.  Popolare Vita S.p.A.
1693.  Popular Gestion S.G.I.I.C., S.A.
1694.  Popular High Grand Fixed Income Fund, Inc.
1695.  Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
1696.  Portfolio Green German CMBS
1697.  Portland General Electric Company
1698.  Power Sector Assets & Liabilities Management Corporation
1699.  Powerex Corp.
1700.  PQ Corporation
1701.  Precis Corporation
1702.  Precision Partners
1703.  PRGS 1407 BWAY LLC
1704.  PricewaterhouseCoopers AG, Zurich
1705.  Primedia Inc.
1706.  Primeshares
1707.  Principal Financial Group, Inc.
1708.  Private Limited Company
1709.  Profunds Advisors LLC 424.
1710.  Programma Dinamico S.p.A.
1711.  Project Cabellero

| | |
|---|---|
| 1712. | Project Knight Senior |
| 1713. | ProSiebenSat. |
| 1714. | Protection One Alarm Monitoring, Inc. |
| 1715. | Providence Equity Partners |
| 1716. | Providence TMT Special Situations Fund L.P. |
| 1717. | PSEG Power LLC |
| 1718. | Psychiatric Solutions Inc. |
| 1719. | PT Bank Negara Indonesia |
| 1720. | PT Mnc Sky Vision |
| 1721. | PTG Grande Asset DEB KF |
| 1722. | PTG Tanco Kingfisher |
| 1723. | Public Bank Berhad |
| 1724. | Public Employees' Retirement Association of Colorado |
| 1725. | Public Service Company of Colorado |
| 1726. | Public Service Enterprise Group Incorporated |
| 1727. | Public Service of North Carolina |
| 1728. | Public Utility District No. 1 of Chelan County, WA |
| 1729. | Puget Sound Energy Inc. |
| 1730. | Punjab National Bank (International) Limited |
| 1731. | Pursuit Capital Partners Master |
| 1732. | Pursuit Capital Partners Master (Cayman) Ltd. |
| 1733. | Pursuit Opportunity Fund I Master LTD. |
| 1734. | Pursuit Partners |
| 1735. | Putnam Investments, LLC and Affiliates |
| 1736. | Pyrrhuloxia, LP |
| 1737. | Qantas Aircraft Leases |
| 1738. | Qatar Liquefied Gas Company Limited |
| 1739. | Quadrifoglio Vita S.p.A. |
| 1740. | Quantitative Enhanced Decisions Master Fund |
| 1741. | Quinlan Private European Strategic Property Fund |
| 1742. | QVC, Inc. |
| 1743. | QVT Financial LP |
| 1744. | Qwest Services Corporation |
| 1745. | R3 |
| 1746. | R3 Capital Partners Master, LP |
| 1747. | Randolph H. Emerson |
| 1748. | Ras Laffan Liquefied Natural Gas Company Limited (II) |
| 1749. | RasGas |
| 1750. | Raymond F. Kravis Center for Performing Arts (The) |
| 1751. | Raymond James & Associates, Inc. |
| 1752. | RBC Dain Rauscher Inc. |
| 1753. | RBS Greenwich Capital |
| 1754. | Reddy Ice Corporation |
| 1755. | Regal Cinemas, Inc. |
| 1756. | Regency Gas Services LP |
| 1757. | Regent Seven Seas Cruises |

| | |
|---|---|
| 1758. | Region Marche |
| 1759. | Regions Bank |
| 1760. | Regulated Utilities |
| 1761. | Relative European Value S.A. |
| 1762. | Reliance Globalcom Services, Inc. |
| 1763. | Reliant Energy Inc. A-13 |
| 1764. | Reliant Energy Power Supply, LLC |
| 1765. | Reliant Energy Services, Inc. |
| 1766. | Renal Advantage, Inc. |
| 1767. | Rent-A-Center, Inc. |
| 1768. | Rentokil |
| 1769. | Republic Waste |
| 1770. | Reserve Management Company Inc. |
| 1771. | Residential Funding Company LLC |
| 1772. | Resona Holdings |
| 1773. | Resrv Partners, Inc. |
| 1774. | Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust |
| 1775. | Retirement Housing Foundation |
| 1776. | Rexnord Corporation |
| 1777. | Reynolds American |
| 1778. | RFG Holding (France) SAS |
| 1779. | RFG Midco A/S |
| 1780. | RH Donnelley |
| 1781. | Richard Clair |
| 1782. | Richard McKinney |
| 1783. | Rick Fleischman |
| 1784. | Right Management, Inc. |
| 1785. | River Capital Advisors Inc. |
| 1786. | Rizal Commercial Banking Corporation |
| 1787. | RJ Reynolds Tobacco Holdings, Inc. |
| 1788. | RMC |
| 1789. | Robert A. Schoellhorn Trust |
| 1790. | Robert Franz |
| 1791. | Robert M. Rothman |
| 1792. | Robert Teller |
| 1793. | Rocio Gonzalez De Canales |
| 1794. | Rock Creek Group LP, as Asset Manager |
| 1795. | Rockefeller Center Management Corporation |
| 1796. | Rockefeller Center North Inc. |
| 1797. | Rockefeller Group Development Corporation |
| 1798. | Rock-Forty Ninth LLC, Rockefeller Center et al. |
| 1799. | Rockies Express Pipeline LLC |
| 1800. | Roger B. Nagioff |
| 1801. | Roger Leveille |
| 1802. | Rogge Global Partners PLC (on behalf of its customers) |
| 1803. | Ronald P. Zemenak |

| | |
|---|---|
| 1804. | Ronald Profili |
| 1805. | Rony Seikaly |
| 1806. | Roofing Holding Inc. |
| 1807. | Ross Financial Company |
| 1808. | Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd) |
| 1809. | Royal & Sun Alliance Insurance Group Plc |
| 1810. | Royal Bank of America |
| 1811. | Royal Bank of Canada |
| 1812. | Royal Bank of Scotland |
| 1813. | RSA Insurance Group Plc |
| 1814. | Russell Investment Group, Inc. |
| 1815. | Rutger Schimmelpenninck |
| 1816. | RWE |
| 1817. | RWE AG |
| 1818. | RWE Supply & Trading GmbH |
| 1819. | Saad Investments Company Limited |
| 1820. | SABMi11er Plc |
| 1821. | SABMiller Finance B.V. |
| 1822. | Sabre Holdings Corporation |
| 1823. | Sailfish Structured Investment Management (G4), LLC |
| 1824. | Saint Joseph's University |
| 1825. | Salem Five Cents Savings Bank |
| 1826. | Sally-Anne E. Osborne |
| 1827. | Salt Lake Neighborhood Housing Services, Inc. |
| 1828. | Salzburg Munchen Bank |
| 1829. | Samir Tabet |
| 1830. | Sampo Bank PLC |
| 1831. | Samuel H. Rudman |
| 1832. | San Diego-Frazee, LLC |
| 1833. | Sandridge Energy, Inc. |
| 1834. | Santander Investment Securities Inc. |
| 1835. | Sarah Coombs |
| 1836. | Sarasin Investmentfonds |
| 1837. | SAS Institute Inc. |
| 1838. | Satterlee Stephens Burke & Burke LLP |
| 1839. | Saverio Panerai |
| 1840. | SBA Comm |
| 1841. | SBA Senior Finance |
| 1842. | Schefenacker AG |
| 1843. | Schieder Moebel Holding GMBH |
| 1844. | Scotia Capital (USA) Inc. |
| 1845. | Scott Aitken |
| 1846. | Sears Holdings Corp. |
| 1847. | Sears Roebuck Acceptance Corp. |
| 1848. | Seattle Pacific University |
| 1849. | SEB Enskilda, Inc. |

1850. Semcrude LP
1851. SemGroup Energy Partners, L.P.
1852. Seneca Center
1853. Sengent, Inc. -d/b/a ClariFI
1854. Sequa Corporation
1855. Serena Software, Inc.
1856. Serengeti Overseas Ltd.
1857. Serengeti Partners LP
1858. Serengeti Rapax MM LP
1859. Serpering Investments B.V.
1860. Service Corp Int'l
1861. SG Americas Securities LLC
1862. SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
1863. SGS International, Inc.
1864. Shareholders of Novastar Financial Inc.
1865. Shea-Edwards Limited Partnership
1866. Shell Energy North America (US) L.P.
1867. Shell Trading (US) Company
1868. Sheridan Holdings, Inc.
1869. Sherrill-Lubinksi Corporation
1870. Shiga Bank, Ltd. (The)
1871. Shin Kong Life Insurance Company Ltd
1872. Shinkin Central Bank
1873. Shinsei Bank Limited
1874. Short Credit Master Fund, LP
1875. SHPS, Inc.
1876. Sidley Austin LLP
1877. Siebert Capital Markets
1878. Siemens AG
1879. Sierra Pacific Power Company
1880. Silicon Graphics Inc.
1881. Silver Point Capital, LP
1882. Silver Sprints Apts
1883. Simeon Moreno
1884. Sinclair Television Group, Inc.
1885. Sing Heung
1886. Singapore Airlines
1887. Sisal Mezz
1888. Sisal S.p.A
1889. Sistema Universitario Ana G. Mendez
1890. Siu Lui Ching
1891. Six Flags Theme Parks Inc. A-14
1892. Sixth Gear
1893. Sky Power Corporation
1894. SLG 220 News Owner LLC
1895. Slim Baccar

1896. SLM Corporation
1897. SMBC Capital Markets
1898. Smolanksy Fund Limited
1899. Societe Generale
1900. Soffer Turnberry/South Strip, LLC
1901. Sola Ltd.
1902. Solent Credit Opportunities Master Fund
1903. Solo Cup Company
1904. Solutia Inc.
1905. Somers Dublin Ltd. A/C KBC Pledged
1906. Somerset Properties SPE, LLC
1907. Sourcecorp, Inc.
1908. South Mississippi Power Association
1909. Southeastern Golf, Inc.
1910. Southern Community Bank and Trust
1911. Southern Community Financial Corporation
1912. Southern Company
1913. Southwestern Public Service Company
1914. Sovereign Securities Corporation, LLC
1915. SP4190 S. Lasalle, L.P.
1916. Spanish Broadcasting Systems, Inc.
1917. Sparda-Bank Hessen eG
1918. Sparebank 1 SR-Bank
1919. Sparkasse Heidelberg
1920. Sparkasse Saarbruecken
1921. SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital
1922. Offshore Fund, Ltd.)
1923. Spectra Energy Capital, LLC (f/kfa Duke Capital)
1924. Spectra Energy Partners OLP, LP
1925. Spiegel Inc.
1926. Springfield Associates LLC
1927. Sprint Nextel Corp
1928. Sprint Solutions, Inc
1929. SR GGI Master MA, Ltd.
1930. SR Latigo Master MA, Ltd.
1931. Stagg, Terenz, Confusione & Wabnik, LLP
1932. Stahl Acquisition BV
1933. Stallion Oilfield Services Ltd.
1934. Stamford Associates L.P.
1935. Stamford Associates L.P.
1936. Stamford Law Corporation
1937. Stan Mehaffey
1938. Standard Bank Plc
1939. Standard Chartered Bank
1940. Standard Chartered Bank (Hong Kong) Limited
1941. Standard Credit Group LLC

| | |
|---|---|
| 1942. | Standard Life Bank Plc |
| 1943. | Standard Pacific |
| 1944. | Star Tribune Co. |
| 1945. | Starwood Hotels & Resorts |
| 1946. | State Bank of Long Island |
| 1947. | State Board of Administration of Florida |
| 1948. | State of Arizona ex rel Arizona State Treasurer |
| 1949. | State of Michigan, Department of Treasury |
| 1950. | State Street Bank |
| 1951. | Statler Arms Garage LLC |
| 1952. | Steingass |
| 1953. | Stephen Gott |
| 1954. | Stephen Green |
| 1955. | Stephen L. Hopkins |
| 1956. | Stephen N. Hurley |
| 1957. | Steptoe & Johnson LLP |
| 1958. | Steven Anthony Pearson |
| 1959. | Steven G. Holder Living Trust |
| 1960. | Steven Mehos |
| 1961. | Steven T. Mulligan |
| 1962. | STF THSRC |
| 1963. | Stone Lion Portfolio L.P. |
| 1964. | Stone Tower Capital LLC |
| 1965. | Stone Tower Debt Advisors LLC |
| 1966. | Stony Brook Court |
| 1967. | Strategic Value Master Fund, Ltd. |
| 1968. | Stroock & Stroock & Lavan LLP |
| 1969. | Structure Consulting Group, LLC |
| 1970. | Structure Tone Inc. |
| 1971. | Structured Products Transaction Management Group |
| 1972. | SuccessFactors Inc. |
| 1973. | Sullivan & Company Marketing |
| 1974. | Sumitomo Mitsui Banking Corp. |
| 1975. | Sumitomo Mitsui Brussels Branch |
| 1976. | Sumitomo Mitsui Financial Group |
| 1977. | Sumitomo Trust & Banking |
| 1978. | Sumitomo Trust & Banking Co., LTD |
| 1979. | Summit Systems, Inc. |
| 1980. | Sun Microsystems, Inc. |
| 1981. | Sun Trust Banks, Inc. |
| 1982. | SunAmerica Asset Management |
| 1983. | SunCal Debtors |
| 1984. | Suncor Energy Marketing, Inc. |
| 1985. | SunGard |
| 1986. | SunGard Assent LLC |
| 1987. | SunGard Asset Management Systems LLC |

1988.   SunGard Availability Services LP
1989.   SunGard Business Integration Ltd.
1990.   SunGard Data Reference Solutions, LLC
1991.   Sungard Data Systems Inc.
1992.   SunGard Expert Solutions LLC
1993.   SunGard Institutional Brokerage Inc.
1994.   SunGard Investment Systems LLC
1995.   SunGard Kiodex, Inc.
1996.   SunGard Securities Finance LLC
1997.   Sunoco Inc.
1998.   Sunoco Logistics Partners Operations, LP
1999.   Sunrise Partners Limited Partnership
2000.   Sunshine Holdings Limited
2001.   SunTrust Robinson Humphrey, Inc.
2002.   Supervalu Inc.
2003.   Susan Sayers
2004.   Sutherland Asbill & Brennan
2005.   Svenska Handelsbanken AB
2006.   Swedbank
2007.   Swedbank AB, New York Branch
2008.   Swift Transportation Co., Inc.
2009.   Swiss Reinsurance Company
2010.   Sylvia Lewis
2011.   Symetra Financial Corporation
2012.   Synagro Technologies, Inc.
2013.   Synatech
2014.   Syncora Syncora Holdings Ltd. Syniverse
2015.   Syniverse Technologies
2016.   Systema
2017.   Systema Vita Compagnia di Assicurizioni S.p.A.
2018.   Szeto Ting Hoi
2019.   T & W Funding Company
2020.   T. Boone Pickens
2021.   Ta Chong Finance (Hong Kong) Limited
2022.   Taconic Capital Partners 1.5 L.P.
2023.   Taconic Market Dislocation Fund II, L.P.
2024.   Taconic Opportunity Fund L.P.
2025.   Taifook Securities Company Limited
2026.   Taipei Fubon Commercial Bank Co.
2027.   Taishin International Bank
2028.   TAM YIN MUI
2029.   Tangoe, Inc.
2030.   Targa Resources, Inc.
2031.   Target Corporation
2032.   Tarrant County
2033.   Tata American International

2034.    Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
2035.    Tata Consultancy Services LTD
2036.    TD Securities (USA) LLC
2037.    TD Security
2038.    TDS Investor Corporation
2039.    Teachers' Retirement System of the State of Illinois
2040.    Team Finance LLC
2041.    Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
2042.    Telecom Italia Capital S.A.
2043.    Telefonica Europe B.V.
2044.    Telefonica, S.A.
2045.    Tembec
2046.    Tembec Industries Inc.
2047.    Temple Health System Transport Team, Inc.
2048.    Temple Physicians, Inc.
2049.    Temple University Health Systems, Inc. for itself and as Agent
2050.    Templeton Global
2051.    Tennenbaum Multi Strategy Master Fund
2052.    Tennessee Department of Revenue
2053.    Tensor Opportunity Limited
2054.    Teppco Partners, L.P. A-15
2055.    Tesoro Corporation
2056.    Tetra Tech, Inc.
2057.    Teva Hungary Pharmaceutical Marketing
2058.    Teva Pharmaceutical Works Company
2059.    TFS
2060.    Thalia CLO
2061.    Thalia Credit FAC
2062.    The Adelphia Recovery Trust
2063.    The Arizona Department of Revenue
2064.    The Bank of New York
2065.    The Bank of New York Corporate Trustee Services Limited
2066.    The Bank Of Tokyo-Mitsubishi UFJ, Ltd
2067.    The Blackstone Group
2068.    The Carlyle Group
2069.    The Central Puget Sound Regional Transit Authority
2070.    The Chuo Mitsui Trust And Banking Co., Ltd
2071.    The City of Long Beach
2072.    The Clorox Company
2073.    The Commonwealth Of Pennsylvania
2074.    The Co-operative Bank p.l.c.
2075.    The Hartford Financial Services Group, Inc.
2076.    The Hertz Corporation
2077.    The Horne Depot, Inc.
2078.    The Hotchkiss School
2079.    The Informal Noteholder Group

| | |
|---|---|
| 2080. | The Iyo Bank, Ltd. |
| 2081. | The Joint Administrators of the Lehman European Group Administration Companies |
| 2082. | The Juilliard School |
| 2083. | The Kiyo Bank |
| 2084. | The Kyoei Fire and Marine Insurance Company Ltd. |
| 2085. | The Lightstone Group |
| 2086. | The Liverpool Limited Partnership |
| 2087. | The McGraw-Hill Companies, Inc. |
| 2088. | The Neiman Marcus Group, Inc. |
| 2089. | The Pemex Project Funding Master Trust |
| 2090. | The Pension Fund Group |
| 2091. | The Primary Fund of the Reserve Fund |
| 2092. | The Provisional French Administrator to Banque Lehman Brothers |
| 2093. | The Provisional French Administrator to Banque Lehman Brothers SA |
| 2094. | The Related Companies |
| 2095. | The Reserve International Liquidity Fund |
| 2096. | The Reserve Yield Plus Fund |
| 2097. | The Rhodes Companies, LLC |
| 2098. | The Seaport Group LLC |
| 2099. | The Sports Authority, Inc. |
| 2100. | The TAARP Group, LLP |
| 2101. | The Vanguard Group, Inc. |
| 2102. | The Walt Disney Company / Disney |
| 2103. | The Williams Companies |
| 2104. | Thomas Cook AG |
| 2105. | Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund |
| 2106. | Thompson Investment Management, Inc. |
| 2107. | Thomson Reuters Plc & Thomson Reuters Corp. |
| 2108. | ThruPoint, Inc. |
| 2109. | Ticknor Corner LLC |
| 2110. | Tiffany & Co. |
| 2111. | Tiger Asia Fund, L.P. |
| 2112. | Tiger Asia Overseas Fund, Ltd. |
| 2113. | Time Warner |
| 2114. | Tishman Speyer Properties, L.P. |
| 2115. | Tishman Speyer Real Estate Venture VII, L.P |
| 2116. | Tobacco Settlement Financing Corporation |
| 2117. | Tom Wolf |
| 2118. | TomTom N.V. |
| 2119. | Toronto-Dominion Bank |
| 2120. | Total Gas & Power Limited |
| 2121. | TOUSA, Inc. (f/k/a Technical Olympic USA Inc.) |
| 2122. | Town Sports International, Inc. |
| 2123. | Toys R Us |
| 2124. | TPF Generation Holdings, LLC |
| 2125. | TPG-Austin Portfolio Holdings LLC |

2126.    TPG-Axon Partners (Offshore) Ltd.
2127.    TPG-Axon Partners, LP
2128.    Trademarks LLC
2129.    Tradeweb Markets LLC
2130.    Trading Technologies International
2131.    Training the Street, Inc.
2132.    Trans World Airlines Inc.
2133.    Transamerica Asset Funding Corp.I
2134.    TransCanada Pipelines Limited
2135.    Transdigm Inc
2136.    Transocean Inc.
2137.    Travelers National Accounts
2138.    Travelport 2nd A&R
2139.    Travelport Holdings Ltd.
2140.    Travelport Inc.
2141.    Treasurer of Douglas County, Colorado
2142.    Treasurer of Garfield County, Colorado (The)
2143.    TRG Global Opportunity Master Fund, Ltd.
2144.    TRG Local Currency Opportunity Master Fund, Ltd.
2145.    Tribune Company
2146.    TriOptima AB
2147.    Triple Point Technology, Inc.
2148.    Tri-State Generation And Transmission Association, Inc.
2149.    Tronox Worldwide
2150.    Tronox Worldwide LLC
2151.    Trophy Hunter Investments
2152.    Tropicana Entertainment
2153.    Troutman Sanders LLP
2154.    True Friend 4th Securitization Specialty Co.
2155.    TRW Automotive Holdings Corp.
2156.    TRW Automotive Inc.
2157.    Tudor Global Emerging Markets Portfolio L.P.
2158.    Turnberry Associates
2159.    Turnberry Fund
2160.    Turnberry Leveraged Credit Master LP
2161.    Turnberry Retail Holding, L.P.
2162.    Turnberry/Centra Crossroads, LLC
2163.    Turnberry/Centra Development, LLC
2164.    Turnberry/Centra Office Sub, LLC
2165.    Turnberry/Centra Quad, LLC
2166.    Turnberry/Centra Sub, LLC
2167.    Turnberry/South Strip, LP
2168.    Tuxedo Reserve Owner LLC
2169.    Tuxedo TPA Owner LLC
2170.    TW Telecom Inc.
2171.    TXU / Texas Utilities

2172.    TXU Energy Company
2173.    Tyco Electronics Tyco International Group S.A.
2174.    U.S. Bank National Association
2175.    U.S. Shipping Partners L.P.
2176.    UBS AG
2177.    UBS Financial Services
2178.    UBS Financial Services of Puerto Rico
2179.    UBS International Inc.
2180.    UBS Securities LLC
2181.    Unclaimed Property Recovery Service, Inc.
2182.    Unicredito Italiano
2183.    Union Bank Of California, N.A.
2184.    Union Investment Privatfonds GmbH
2185.    United Air Lines
2186.    United Components, Inc.
2187.    United Corporate Federal Credit Union
2188.    United of Omaha Life Insurance
2189.    United Parcel Services, Inc. / UPS
2190.    United States Steel Corporation / US Steel Corp
2191.    United Surgical Partners International, Inc.
2192.    UnitedHealth Group IncA-16
2193.    University of Pittsburgh
2194.    Univision Communications Inc.
2195.    UPC Broadband Holding B.V.
2196.    UPCMedia
2197.    US AG Bank
2198.    US Airways Group, Inc.
2199.    US Bank National Association
2200.    US Bus Pension Scheme
2201.    US Investigations Services, Inc.
2202.    US Securities and Exchange Commission
2203.    USAA Capital Corporation
2204.    USI Holdings Corp.
2205.    USPF Holdings, LLC
2206.    Utah Housing Corporation
2207.    Utendahl Capital Partners, L.P.
2208.    Uwe Schirrmeister
2209.    Valero Energy Corporation
2210.    Van Der Moolen Specialists
2211.    Van Gansewinkel Holding B.V.
2212.    Varde Investment Partners, L.P.
2213.    Varig S.A. (Vicao Aerea Rio-Grandense)
2214.    VBS Investment Bank
2215.    Venetian Macau Limited
2216.    Venise Acquisition
2217.    Venoco, Inc.

2218.    Venstar Leasing
2219.    Verde CDO
2220.    Verint Systems Inc.
2221.    Verizon Communications Inc.
2222.    Verso Paper Holding LLC
2223.    Versorgungswerk der Apothekerkammer Nordrheim
2224.    Vertrue Incorporated
2225.    Veyance Technologies, Inc.
2226.    Victoria Reinsurance Company Ltd.
2227.    Vignette Europe Limited
2228.    Viktoiaplatz
2229.    Virginia Electric And Power Company
2230.    Virtual Expo
2231.    Visteon Corporation
2232.    VITA
2233.    Vodafone Group Plc
2234.    Volksbank Aichfeld-Murboden
2235.    Volksbank Bad Goisern
2236.    Volksbank Enns-St. Valentin
2237.    Volksbank Feldkirchen
2238.    Volksbank Gmuend
2239.    Volksbank Graz-Bruck
2240.    Volksbank Obersdorf-Wolkersdorf-Dt
2241.    Volksbank Oetscherland
2242.    Volksbank Osttirol
2243.    Volksbank Ried im Innkreis
2244.    Volksbank Schaerding
2245.    Volksbank Slovenia
2246.    Volksbank Tullnerfeld eG
2247.    Volksbank Voklabruck-Bmunden e.Gen
2248.    Vollers Excavating & Construstion,Inc
2249.    Vornado Realty L.P. Vought Aircraft Industries, Inc.
2250.    VR-LIW GmbH on behalf of Deutsche Apotheker
2251.    Wachovia Bank
2252.    Wachovia Securities Ltd.
2253.    Wagram
2254.    Wall St Concepts
2255.    Walmart Stores
2256.    Warburg Pincus Equity Partners L.P.
2257.    Washington Metro
2258.    Washington Mutual Bank
2259.    Washington Mutual, Inc.
2260.    Washington State Tobacco Settlement Authority
2261.    Water Pollution Control Authority for the City of Bridgeport
2262.    Waterfall European CLO S.A.
2263.    Waterstone Market Neutral Mac 51 Ltd

| | |
|---|---|
| 2264. | WCCV |
| 2265. | WCG Master Fund |
| 2266. | WCI Capital Corp. |
| 2267. | WCI Communities |
| 2268. | WDAC Intermediate |
| 2269. | Weetabix Mills |
| 2270. | Wellmont Health System |
| 2271. | Wellpoint Inc |
| 2272. | Wells Fargo & Co. |
| 2273. | Wells Fargo Bank Minnesota |
| 2274. | Wells Fargo Bank, NA |
| 2275. | Werra Papier |
| 2276. | Wesco Aircraft Hardware Corp. |
| 2277. | Westar Energy, Inc. |
| 2278. | Western Asset UK GBP Credit Plus Bond Fund |
| 2279. | Western Digital Corporation |
| 2280. | Westernbank Puerto Rico |
| 2281. | WestLB AG, New York Branch |
| 2282. | Westport Capital Management |
| 2283. | WH 2005 / NIAM III East Holding OY |
| 2284. | Whippoorwill Associates Inc |
| 2285. | White Marlin CDO 2007-1 |
| 2286. | White Mountains Insurance Group, Ltd. |
| 2287. | Whitworth College, d/b/a Whitworth University |
| 2288. | William Capital Group, L.P. |
| 2289. | William Kuntz, III |
| 2290. | William P. White |
| 2291. | Williams Partners L.P. |
| 2292. | Wilmar Landco LLC |
| 2293. | Wilmington Trust Company |
| 2294. | Wilmington Trust Company |
| 2295. | Wilmington Trust FSB |
| 2296. | Wimar Opco |
| 2297. | Wind Telecommunicazioni S.P.A. |
| 2298. | Windels Marx Lane & Mittendorf, LLP |
| 2299. | Windwalker Hawaii |
| 2300. | Wingecarribee Shire Council |
| 2301. | Winstar |
| 2302. | Wintergreen Orchard House |
| 2303. | Wisconsin Electric Power Company |
| 2304. | Wisconsin Energy Corporation |
| 2305. | Wisconsin Gas LLC (f/kla Wisconsin Gas Company) |
| 2306. | Wisconsin Power And Light Company |
| 2307. | WMG Acquisition Corp. |
| 2308. | Wolf Hollow 2nd Lien |
| 2309. | Wolf Hollow I LP |

| | |
|---|---|
| 2310. | Wolters Kluwer NV |
| 2311. | Woodmark |
| 2312. | World Directories |
| 2313. | World Directories Acquisition Corp. |
| 2314. | WSG Development Co. |
| 2315. | WWK Hawaii |
| 2316. | Wyeth |
| 2317. | Xcel Energy Inc. |
| 2318. | Xerox Corporation |
| 2319. | Xicor, LLC |
| 2320. | XL Capital |
| 2321. | XL Specialty Insurance Company A-I7 |
| 2322. | XLCA Admin, LLC |
| 2323. | XLCDS, LLC |
| 2324. | Yang Wei Ying |
| 2325. | Yankee Candle Company, Inc. |
| 2326. | Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund |
| 2327. | Yarpa Investmenti S.G.R. S.P.A.-RP3 |
| 2328. | Yellowstone Club |
| 2329. | Yellowstone Mtn Club |
| 2330. | Yildiz Holdings, Inc. |
| 2331. | Yin Ying Leung |
| 2332. | Young Broadcasting |
| 2333. | YPSO France S.A.S. |
| 2334. | YPSO Senior |
| 2335. | Yuksung Korea Co., Ltd. |
| 2336. | Yuma Hospital District |
| 2337. | Zahniser Trust |
| 2338. | ZAIS Opportunity Master Fund, Ltd. |
| 2339. | Zais Scepticus Fund I, Ltd. |
| 2340. | Zephyrus Investments LLC |
| 2341. | Zwinger Opco 6 BV |

# Schedule 2

**List of Relationships with "Parties in Interest" or "Related Entities"**

**Parties in Interest**

| Potential Party In Interest | Relationship to Special Counsel |
|---|---|
| Abu Dhabi Investment Authority | Current or recent RS client |
| Accenture LLP | Current or recent RS client |
| Access Data | Current or recent RS client |
| Accuride Corporation | Current or recent RS client |
| AIG Global Investment Corporation | Current or recent RS client |
| Aktiengesellschaft | Current or recent RS client |
| Alcoa Inc | Current or recent RS client |
| Allegheny Energy | Current or recent RS client |
| Allen Matkins Leck Gamble Mallory | Current or recent RS client |
| Allianz Global Investors AG | RS client represented in Lehman-bankruptcy-related Matters |
| Allied Waste Industries Inc | Current or recent RS client |
| Altova Inc | Current or recent RS client |
| American Airlines Inc | Current or recent RS client |
| American Electric Power Company Inc | Current or recent RS client |
| American Express | Current or recent RS client |

| | |
|---|---|
| Arab Bank | Current or recent RS client |
| Aramark Corporation | Current or recent RS client |
| ArvinMeritor Inc | Current or recent RS client |
| Assurant Inc | Current or recent RS client |
| AT&T Incorporated | Current or recent RS client |
| Australia and New Zealand Banking Group Limited | Current or recent RS client |
| Australia National Bank | Current or recent RS client |
| BAE Systems Holdings Inc | Current or recent RS client |
| Banca Monte dei Paschi di Seina SpA | Current or recent RS client |
| Bank of America NA | Current or recent RS client |
| Bank of China | Current or recent RS client |
| Bank of Montreal | Current or recent RS client |
| Bank of Nova Scotia | Current or recent RS client |
| Barclays Bank PLC | Current or recent RS client |
| BEA Systems Inc | Current or recent RS client |
| Berry Plastics Corporation | Current or recent RS client |
| Best Buy | Current or recent RS client |
| Biomet Inc | Current or recent RS client |
| BlackRock | Current or recent RS client |
| Blackstone | Current or recent RS client |
| Bloomberg L.P. | Current or recent RS client |
| BlueMountain Capital Management LLC | Current or recent RS client |
| BNC Mortgage Loan Trust | Current or recent RS client |

| | |
|---|---|
| BNY Mellon | RS client represented in Lehman-bankruptcy-related Matters |
| Booz Allen Hamilton Inc | Current or recent RS client |
| BP North America | Current or recent RS client |
| Brickman Group | Current or recent RS client |
| British Airways Plc | Current or recent RS client |
| Brookfield Properties One WFC Co LLC | Current or recent RS client |
| Building Materials Holdings | Current or recent RS client |
| Burger King Corporation | Current or recent RS client |
| Caixa Geral De Depositos SA | Current or recent RS client |
| Caja de Ahorros y Monte de Piedad de Madrid | Current or recent RS client |
| California Public Employees Retirement System | Current or recent RS client |
| Calyon | Current or recent RS client |
| Campbell Soup Company | Current or recent RS client |
| Capital IQ Inc | Current or recent RS client |
| Capmark Financial Group Inc | Current or recent RS client |
| Carlton Communications Ltd | Current or recent RS client |
| Cascade Investment LLC | Current or recent RS client |
| CB Richard Ellis Inc | Current or recent RS client |
| CBS Corp | Current or recent RS client |
| Cedar Fair | Current or recent RS client |
| Centennial Communications Corp. | Current or recent RS client |
| Cessna | Current or |

|  | recent RS client |
|---|---|
| Charles Schwab & Co Inc | Current or recent RS client |
| Charter Communications | Current or recent RS client |
| Chesapeake Appalachia LLC | Current or recent RS client |
| Chevron Natural Gas | Current or recent RS client |
| Chicago Board Options Exchange Incorporated | Current or recent RS client |
| Chicago Mercantile Exchange | Current or recent RS client |
| CIBC World Markets Inc | Current or recent RS client |
| CIFG | Current or recent RS client |
| Cisco Systems, Inc. | Current or recent RS client |
| CIT Group (Master) | Current or recent RS client |
| Citadel Equity Fund Ltd | Current or recent RS client |
| Citibank NA | Current or recent RS client |
| Citic International Financial Holdings | Current or recent RS client |
| Citigroup Inc | Current or recent RS client |
| City of South San Francisco | Current or recent RS client |
| CKX, Inc. | Current or recent RS client |
| CNX Gas Co | Current or recent RS client |
| Cognizant Technology Solutions | Current or recent RS client |
| Colfax Corporation | Current or recent RS client |
| Collins & Aikman Products | Current or recent RS client |
| Commerzbank AG | Current or recent RS client |
| Community Health System | Current or recent RS client |

| | |
|---|---|
| Conocophillips | Current or recent RS client |
| Conseco Inc | Current or recent RS client |
| Consolidated Container Company LLC | Current or recent RS client |
| Constellation Energy Group Inc | Current or recent RS client |
| Continental AG I Continental | Current or recent RS client |
| Continental Airlines Inc | Current or recent RS client |
| Converteam | Current or recent RS client |
| Corus Bank NA | Current or recent RS client |
| County of Westchester | Current or recent RS client |
| Credit Agricole | Current or recent RS client |
| Credit Suisse | Current or recent RS client |
| Crown Americas Inc | Current or recent RS client |
| Crown Castle | Current or recent RS client |
| Dana Holding Corporation | Current or recent RS client |
| Danaher Corporation | Current or recent RS client |
| Danske Bank AS | Current or recent RS client |
| Darden Restaurants Inc | Current or recent RS client |
| DCFS Trust | Current or recent RS client |
| Deere & Company | Current or recent RS client |
| Del Monte Corporation | Current or recent RS client |
| Delek US Holdings Inc. | Current or recent RS client |
| Delphi | Current or recent RS client |
| Delta Airlines A 5 | Current or recent RS client |

| | |
|---|---|
| Deutsche Bank National Trust Company | Current or recent RS client |
| Deutsche PostBank AG | Current or recent RS client |
| Deutsche Telekom AG | Current or recent RS client |
| Dexia Luxemburg | Current or recent RS client |
| Direct Energy LLC | Current or recent RS client |
| Discover Financial Services | Current or recent RS client |
| DNB Nor Bank Asa | Current or recent RS client |
| Dollar General Corporation | Current or recent RS client |
| Dow Jones & Company Inc | Current or recent RS client |
| Dresdner Kleinwort Group Goldings LLC | Current or recent RS client |
| Duff & Phelps | Current or recent RS client |
| Ebay Inc | Current or recent RS client |
| Edison Mission Energy | Current or recent RS client |
| Educational Management Corp | Current or recent RS client |
| El Paso Corporation | Current or recent RS client |
| Electrabel | Current or recent RS client |
| Elliot Associates LP | Current or recent RS client |
| EMC Corporation | Current or recent RS client |
| Emigrant Bank | Current or recent RS client |
| Enel SPA | Current or recent RS client |
| Enron Corp | Current or recent RS client |
| Envirosolutions Real Property Holdings, Inc. | Current or recent RS client |
| Etihad Airways | Current or recent RS client |

| | |
|---|---|
| European Bank For Reconstruction | Current or recent RS client |
| Evergreen Investment Management Company LLC | Current or recent RS client |
| Export Development Canada | Current or recent RS client |
| Extendicare Health Services Inc | Current or recent RS client |
| Faegre & Benson | Current or recent RS client |
| Fannie Mae | Current or recent RS client |
| Federal Express Corporation | Current or recent RS client |
| Federal Home Loan Mortgage Corp. | Current or recent RS client |
| Fidelity Investments | Current or recent RS client |
| Fifth Third Bank NA | Current or recent RS client |
| Finmeccanica Finance SA | Current or recent RS client |
| Finnova Loan Administration | Current or recent RS client |
| First Commercial Bank Co Ltd New York Agency | Current or recent RS client |
| First Data Corporation | Current or recent RS client |
| FirstEnergy Corp | Current or recent RS client |
| Florida Power & Light Company | Current or recent RS client |
| FOLIOfn Investment Inc | Current or recent RS client |
| Ford Motor Company | Current or recent RS client |
| Fortis Group | Current or recent RS client |
| Fortress Investment Group LLC | Current or recent RS client |
| Franklin American Mortgage Company | Current or recent RS client |
| Fresenius Medical Holdings Inc | Current or recent RS client |
| Galileo Fund Limited | Current or recent RS client |

| | |
|---|---|
| Galleon Buccaneer's Offshore LTD | Current or recent RS client |
| GenenTech Inc | Current or recent RS client |
| General Electric Capital Corp. | Current or recent RS client |
| General Mills Inc | Current or recent RS client |
| General Nutrition Centers, Inc. | Current or recent RS client |
| Genworth Financial, Inc. | Current or recent RS client |
| Georgetown University | Current or recent RS client |
| Georgia Pacific Corp. | Current or recent RS client |
| GLG Partners LP | Current or recent RS client |
| GMAC | Current or recent RS client |
| GMBH | Current or recent RS client |
| Godiva Chocolatier Inc | Current or recent RS client |
| Government of Singapore | Current or recent RS client |
| Graham Packaging Company LP | Current or recent RS client |
| Great Lakes Dredge & Dock Corporation | Current or recent RS client |
| Green Tree Servicing LLC | Current or recent RS client |
| Greenwich Insurance Company | Current or recent RS client |
| Halliburton Company | Current or recent RS client |
| Harbinger Capital Partners | Current or recent RS client |
| HCA Inc | Current or recent RS client |
| HD Supply | Current or recent RS client |
| Health Care Services Corp DBA Blue Cross and Blue Shield of Illinois | Current or recent RS client |
| Henry Schein Inc | Current or recent RS client |

| | |
|---|---|
| Highbridge LD Acquisition LLC | Current or recent RS client |
| Highbridge Principal Strategies Mezzanine Partners | Current or recent RS client |
| Home Loan Mortgage Corporation | Current or recent RS client |
| HSBC Bank PLC | Current or recent RS client |
| Hypo Investment Bank Ag | Current or recent RS client |
| IBM | Current or recent RS client |
| ICAP North America Inc | Current or recent RS client |
| Iconix Brand Group | Current or recent RS client |
| Icopal | Current or recent RS client |
| INEOS Group Limited | Current or recent RS client |
| Infineon Technologies AG | Current or recent RS client |
| ING Bank FSB | Current or recent RS client |
| Intersil Corporation | Current or recent RS client |
| Intesa Sanpaolo S.p.A. | RS client represented in Lehman-bankruptcy-related Matters |
| Investcorp Et Al | Current or recent RS client |
| Investkredit AG | Current or recent RS client |
| Investment Corporation PTE LTD | Current or recent RS client |
| Iron Mountain Inc. | Current or recent RS client |
| Journal Register | Current or recent RS client |
| JP Morgan Chase Bank N.A. | Current or recent RS client |
| Katten Muchin Rosenman LLP | Current or recent RS client |
| KBC Bank | Current or |

| | recent RS client |
|---|---|
| KBC Financial Products | Current or recent RS client |
| Keane Inc | Current or recent RS client |
| KeyBank National Association | Current or recent RS client |
| Keystone Inc | Current or recent RS client |
| Kimberly-Clark Corporation | Current or recent RS client |
| Kinder Morgan Energy Partners LP | Current or recent RS client |
| Knight Capital Group | Current or recent RS client |
| Korea Development Bank | Current or recent RS client |
| Korea Investment & Securities Co LTD | Current or recent RS client |
| KPMG | Current or recent RS client |
| Kraft Foods Inc | Current or recent RS client |
| Kroger Co (The) | Current or recent RS client |
| Laboratory Corporation of America Holdings | Current or recent RS client |
| Landamerica Financial Group Inc | Current or recent RS client |
| Lanxess AG | Current or recent RS client |
| Legendre Holdings 17 SA | Current or recent RS client |
| Level 3 Communications, LLC | Current or recent RS client |
| Levine Leichtman Capital Partners Deep Value Fund LP | Current or recent RS client |
| Liberty Mutual Group Inc | Current or recent RS client |
| Limited Lincoln National Corporation | Current or recent RS client |
| Lloyds TSB Bank plc | Current or recent RS client |
| Lukoil Finance Limited | Current or recent RS client |

| | |
|---|---|
| Luxembourg 3 SaRL | Current or recent RS client |
| Lyondell | Current or recent RS client |
| M&G Investment Management Limited | Current or recent RS client |
| Macquarie A 10 | Current or recent RS client |
| Marathon Oil Company | Current or recent RS client |
| Mark IV | Current or recent RS client |
| Market Place Apts | Current or recent RS client |
| Marriott International Inc | Current or recent RS client |
| Marshall & Ilsley Trust Company NA | Current or recent RS client |
| Marshall Funds Inc | Current or recent RS client |
| Massachusetts Mutual Life Insurance | Current or recent RS client |
| Medassets | Current or recent RS client |
| Merrill Lynch & Co. | Current or recent RS client |
| Metavante Corporation | Current or recent RS client |
| Microsoft Corp. | Current or recent RS client |
| Milano | Current or recent RS client |
| Mirant Corp. | Current or recent RS client |
| Mitsubishi UFJ Ltd | Current or recent RS client |
| Mitsui MOL | Current or recent RS client |
| Monument Realty LLC | Current or recent RS client |
| Morgan Stanley & Co Incorporated | Current or recent RS client |
| MSS Distressed & Opportunities 2 | Current or recent RS client |
| National Rural Utilities Cooperative Finance Corporation | Current or recent RS client |

| | |
|---|---|
| Nationwide Fund Advisors | Current or recent RS client |
| Natixis entities | Current or recent RS client |
| Nelnet Inc | Current or recent RS client |
| New England Power Company | Current or recent RS client |
| New Jersey Housing and Mortgage Finance Agency | Current or recent RS client |
| New South Federal Savings Bank | Current or recent RS client |
| Newedge USA LLC | Current or recent RS client |
| Nippon Life Insurance Company | Current or recent RS client |
| Nokia Corporation | Current or recent RS client |
| Nomura International | Current or recent RS client |
| Northrup Grumman | Current or recent RS client |
| Northwest Airlines Inc | Current or recent RS client |
| Norton Gold Fields Limited | Current or recent RS client |
| NRG Energy Inc | Current or recent RS client |
| NSG Holdings LLC | Current or recent RS client |
| Nuance Communications Ltd | Current or recent RS client |
| Nycomed Holding A/S | Current or recent RS client |
| Occidental Energy Marketing, Inc. | Current or recent RS client |
| Occidental Power Services, Inc. | Current or recent RS client |
| Och-Ziff | Current or recent RS client |
| Omnicare, Inc. | Current or recent RS client |
| Open Solutions, Inc. | Current or recent RS client |
| Oppenheimer Funds, Inc. | Current or recent RS client |

| | |
|---|---|
| Oracle Corporation | Current or recent RS client |
| Oracle Credit Corporation | Current or recent RS client |
| O'Reilly Automotive, Inc. | Current or recent RS client |
| Orrick, Herrington & Sutcliffe LLP | Current or recent RS client |
| Owens & Minor, Inc. | Current or recent RS client |
| Owens Illinois, Inc. | Current or recent RS client |
| Pacific Gas & Electric Company | Current or recent RS client |
| Pacific International Finance Limited | Current or recent RS client |
| Pacific International Limited | Current or recent RS client |
| Pacific Investment Management LLC | Current or recent RS client |
| PacifiCorp | Current or recent RS client |
| PanAmSat Corporation | Current or recent RS client |
| Pepsi Bottling Group, Inc. | Current or recent RS client |
| Perstorp AB | Current or recent RS client |
| PGA Holdings, Inc. | Current or recent RS client |
| Pharmerica Corporation | Current or recent RS client |
| Philips Electronics NV | Current or recent RS client |
| Phoenix Life Limited | Current or recent RS client |
| Pinnacle Entertainment, Inc. | Current or recent RS client |
| Pinnacle Foods Finance LLC | Current or recent RS client |
| Piper Jaffray and Co. | Current or recent RS client |
| Popular Gestion S.G.I.I.C, S.A. | Current or recent RS client |
| Popular High Grand Fixed Income, Inc. | Current or recent RS client |

| | |
|---|---|
| PricewaterhouseCoopers AG, Zurich | Current or recent RS client |
| Providence Equity Partners | Current or recent RS client |
| Providence TMT Special Situations Fund LP | Current or recent RS client |
| Psychiatric Solutions, Inc. | Current or recent RS client |
| PT Bank Negara Indonesia | Current or recent RS client |
| Public Bank Berhad | Current or recent RS client |
| Qantas Aircraft Leases | Current or recent RS client |
| Qatar Liquefied Gas Company Limited | Current or recent RS client |
| Ras Laffan Liquefied Natural Gas Company Limited II | Current or recent RS client |
| Raymond James & Associates, Inc. | Current or recent RS client |
| Regent Seven Seas Cruises | Current or recent RS client |
| Reliant Energy Power Supply LLC | Current or recent RS client |
| Reliant Energy Services, Inc. | Current or recent RS client |
| Reliant Energy, Inc. A-13 | Current or recent RS client |
| Rent-A-Center, Inc. | Current or recent RS client |
| Residential Funding Company LLC | Current or recent RS client |
| Rexnord Corporation | Current or recent RS client |
| RH Donnelley | Current or recent RS client |
| Royal Bank of America | Current or recent RS client |
| Royal Bank of Canada | Current or recent RS client |
| Royal Bank of Scotland | Current or recent RS client |
| Santander Investment Securities, Inc. | Current or recent RS client |
| SBA Comm | Current or recent RS client |

| | |
|---|---|
| SBA Senior Finance | Current or recent RS client |
| Scotia Capital (USA), Inc. | Current or recent RS client |
| Sears Holdings Corp. | Current or recent RS client |
| Sears Roebuck Acceptance Corp. | Current or recent RS client |
| SEB Enskilda, Inc. | Current or recent RS client |
| Serena Software, Inc. | Current or recent RS client |
| Service Corp. International | Current or recent RS client |
| SG Americas Securities LLC | Current or recent RS client |
| SGS HY Credit Fund I (Exum Ridge CBO 2006-3) | Current or recent RS client |
| SGS International, Inc. | Current or recent RS client |
| Shell Energy North America (US) LP | Current or recent RS client |
| Shell Trading (US) Company | Current or recent RS client |
| Siemens AG | Current or recent RS client |
| Sierra Pacific Power Company | Current or recent RS client |
| Singapore Airlines | Current or recent RS client |
| Sixth Gear | Current or recent RS client |
| SLG 220 News Owner LLC | Current or recent RS client |
| SMBC Capital Markets | Current or recent RS client |
| Sourcecorp, Inc. | Current or recent RS client |
| Sprint Nextel Corp. | Current or recent RS client |
| Sprint Solutions, Inc. | Current or recent RS client |
| Stamford Associates LP | Current or recent RS client |
| Stamford Law Corporation | Current or recent RS client |

| | |
|---|---|
| Standard  Chartered Bank | Current or recent RS client |
| Standard Credit Group LLC | Current or recent RS client |
| Standard Pacific | Current or recent RS client |
| State Bank of Long Island | Current or recent RS client |
| SuccessFactors, Inc. | Current or recent RS client |
| Sumitomo Mitsui Banking Corp. | Current or recent RS client |
| Sumitomo Mitsui Brussels Branch | Current or recent RS client |
| Sumitomo Mitsui Financial Group | Current or recent RS client |
| Sumitomo Trust & Banking Co., Ltd. | Current or recent RS client |
| Sun Microsystems, Inc. | Current or recent RS client |
| Sungard | Current or recent RS client |
| SunGard Asset Management Systems LLC | Current or recent RS client |
| SunGard Availability Services LP | Current or recent RS client |
| SunGard Business Integration Ltd. | Current or recent RS client |
| SunGard Data Systems, Inc. | Current or recent RS client |
| SunGard Expert Solutions LLC | Current or recent RS client |
| SunGard Institutional Brokerage, Inc. | Current or recent RS client |
| SunGard Investment Systems LLC | Current or recent RS client |
| Sunoco Logistics Partners Operations LP | Current or recent RS client |
| Sunoco, Inc. | Current or recent RS client |
| Sunrise Partners Limited Partnership | Current or recent RS client |
| Sunshine Holdings Limited | Current or recent RS client |
| Svenska Handelsbanken AB | Current or recent RS client |

| | |
|---|---|
| Swiss Reinsurance Company | Current or recent RS client |
| Taconic Capital Partners 1.5 LP | Current or recent RS client |
| Taconic Opportunity Fund LP | Current or recent RS client |
| Taipei Fubon Commercial Bank Co. | Current or recent RS client |
| Target Corporation | Current or recent RS client |
| Tetra Tech, Inc. | Current or recent RS client |
| Teva Hungary Pharmaceutical Marketing | Current or recent RS client |
| Teva Pharmaceutical Works Company | Current or recent RS client |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Current or recent RS client |
| The Clorox Company | Current or recent RS client |
| The Commonwealth of Pennsylvania | Current or recent RS client |
| The Related Companies | Current or recent RS client |
| The Vanguard Group, Inc. | Current or recent RS client |
| The Walt Disney Company | Current or recent RS client |
| Tiger Asia Fund LP | Current or recent RS client |
| Tiger Asia Overseas Fund, Ltd. | Current or recent RS client |
| Time Warner | Current or recent RS client |
| TomTom N.V. | Current or recent RS client |
| Toronto-Dominion Bank | Current or recent RS client |
| Total Gas & Power Limited | Current or recent RS client |
| TPF Generation Holdings LLC | Current or recent RS client |
| Trading Technologies International | Current or recent RS client |
| Transamerica Asset Funding Corp. I | Current or recent RS client |

| | |
|---|---|
| Travelport 2nd A&R | Current or recent RS client |
| Travelport Holdings, Ltd. | Current or recent RS client |
| Travelport, Inc. | Current or recent RS client |
| Tribune Company | Current or recent RS client |
| Troutman Sanders LLP | Current or recent RS client |
| TRW Automotive Holdings Corp. | Current or recent RS client |
| TRW Automotive, Inc. | Current or recent RS client |
| Tyco Electronics Tyco International Group S.A. | Current or recent RS client |
| UBS AG | Current or recent RS client |
| UBS Financial Services | Current or recent RS client |
| UBS Financial Services of Puerto Rico | Current or recent RS client |
| UBS International, Inc. | Current or recent RS client |
| Unicredito Italiano | Current or recent RS client |
| Union Bank of California, N.A. | Current or recent RS client |
| United Air Lines | Current or recent RS client |
| United of Omaha Life Insurance | Current or recent RS client |
| United Parcel Services, Inc. / UPS | Current or recent RS client |
| United States Steel Corporation / US Steel Corp | Current or recent RS client |
| United Surgical Partners International, Inc. | Current or recent RS client |
| University of Pittsburgh | RS client represented in Lehman-bankruptcy-related Matters |
| USAA Capital Corporation | Current or recent RS client |
| USI Holdings Corp. | Current or |

|  |  |
|---|---|
|  | recent RS client |
| Varde Investment Partners LP | Current or recent RS client |
| Varig S.A. (Vicao Area Rio-Grandense) | Current or recent RS client |
| Verint Systems, Inc. | Current or recent RS client |
| Verizon Communications, Inc. | Current or recent RS client |
| Vertrue Incorporated | Current or recent RS client |
| Virginia Electric and Power Company | Current or recent RS client |
| Vodafone Group Plc | Current or recent RS client |
| Vornado Realty LP Vought Aircraft Industries, Inc. | Current or recent RS client |
| Wachovia Bank | Current or recent RS client |
| Wachovia Securities Limited | Current or recent RS client |
| Warburg Pincus Equity Partners LP | Current or recent RS client |
| Washington Mutual Bank | Current or recent RS client |
| Washnigton Mutual, Inc. | Current or recent RS client |
| Wellmont Health System | Current or recent RS client |
| Wellpoint, Inc. | Current or recent RS client |
| Wells Fargo & Co. | Current or recent RS client |
| Wells Fargo Bank Minnesota | Current or recent RS client |
| Wells Fargo Bank, N.A. | Current or recent RS client |
| Wesco Aircraft Hardware Corp. | Current or recent RS client |
| WestLB AG, New York Branch | Current or recent RS client |
| Whippoorwill Associates, Inc. | Current or recent RS client |
| White Mountains Insurance Group, Ltd. | Current or recent RS client |

| | |
|---|---|
| Williams Partners LP | Current or recent RS client |
| Wilmington Trust Company | Current or recent RS client |
| Wolters Kluwer N.V. | Current or recent RS client |
| Wyeth | Current or recent RS client |
| Xcel Energy, Inc. | Current or recent RS client |
| Yarpa Investmenti S.G.R. S.p.A. - RP3 Fund | RS client represented in Lehman-bankruptcy-related Matters |
| Yuma Hospital District | Current or recent RS client |

## Related Entities

| Related Entities | Description of Representation |
|---|---|
| Lehman Brothers Asset Management Europe Limited | Advice to newly-appointed directors |
| Lehman Brothers Japan, Inc. | HCCW No. 437 of 2008 and HCCW No. 443 of 2008 |
| LB SF Warehouse Limited | Counsel to appointed Directors and Company |
| Monet Real Estate (High Wycombe) Limited | Counsel to appointed Directors and Company |
| Monet Real Estate Limited | Counsel to appointed Directors and Company |
| Strummer Investments (Tubs Hill) LLP | Counsel to appointed Directors and Company |

| | |
|---|---|
| Eldon Street (Birchin) Limited | Counsel to appointed Directors and Company |
| Eldon Street (Colbert Orco) Limited | Counsel to appointed Directors and Company |
| Eldon Street (Fidenza) Limited | Counsel to appointed Directors and Company |
| Eldon Street (Jefferson) Limited | Counsel to appointed Directors and Company |
| Eldon Street (Harley) Limited | Counsel to appointed Directors and Company |
| Parkmetro Limited | Counsel to appointed Directors and Company |
| LB Yellow (No. 1) Limited | Counsel to appointed Directors and Company |
| Resetfan Limited | Counsel to appointed Directors and Company |
| Yellow Real Estate Limited | Counsel to appointed Directors and Company |
| Investrev Limited | Counsel to appointed Directors and Company |
| LB PB Nominees Limited | Counsel to appointed Directors and Company |
| MBAM Investor Limited | Counsel to appointed Directors and Company |
| Preferred Group Limited | Counsel to appointed Directors and Company |
| Preferred Holdings Limited | Counsel to appointed Directors and Company |
| LB Holdings Intermediate 1 Limited | Counsel to appointed Directors and Company |
| Lehman Brothers Nominees Limited | Counsel to appointed Directors and Company |
| Southern Pacific Personal Loans Limited | Counsel to appointed Directors and Company |
| Southern Pacific Residuals 4 Limited (incorporated in Jersey) | Counsel to appointed Directors and Company |
| SM Funding No 1 Limited (incorporated in Ireland) | Counsel to appointed Directors and Company |
| Stepstone Mortgage Funding Limited (incorporated in Ireland) | Counsel to appointed Directors and Company |
| Capital Servicing A/S in liquidation (incorporated in Turkey) | Counsel to appointed Directors and Company |
| Eldon Street (Cube) Limited (in liquidation) | Counsel to appointed Directors and Company |

| | |
|---|---|
| Eldon Street (Raven) Limited (in liquidation) | Counsel to appointed Directors and Company |
| Platform Commercial Mortgage Limited (in liquidation) | Counsel to appointed Directors and Company |
| Eldon Street (Marcol) Limited (proposal to strike off the Register) | Counsel to appointed Directors and Company |
| ELQ Holdings B.V. | Identified Related Entity; corporate governance and advice to Directors |
| ELQ Hypothekan N.V. | Identified Related Entity; corporate governance and advice to Directors |
| Furno & Del Castano Capital Partners LLP | Identified Related Entity; corporate governance and advice to Directors |
| LBO Investments Limited | Identified Related Entity; corporate governance and advice to Directors |
| LBQ Funding (UK) | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers Asset Management (Europe) Limited | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers Asset Management France | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers Holdings Scottish LP | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers Luxembourg Investments Sari | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers Spain Holdings Limited | Identified Related Entity; corporate governance and advice to Directors |
| Lehman Brothers U.K. Holdings (Delaware) Inc. | Identified Related Entity; corporate governance and advice to Directors |
| MBAM Investor Limited | Identified Related Entity; corporate governance and advice to Directors |
| OCI Holdings Limited | Identified Related Entity; corporate governance and advice to |

|  | Directors |
| --- | --- |
| Preferred Group Limited | Identified Related Entity; corporate governance and advice to Directors |
| Preferred Holdings Limited | Identified Related Entity; corporate governance and advice to Directors |
| Preferred Mortgages Limited | Identified Related Entity; corporate governance and advice to Directors |
| Thayer Properties Limited | Identified Related Entity; corporate governance and advice to Directors |
| Woori-LB First Asset Securitization Specialty Co., Ltd. | Identified Related Entity; corporate governance and advice to Directors |
| Woori-LB Fourth Asset Securitization Specialty Co., Ltd. | Identified Related Entity; corporate governance and advice to Directors |

# Schedule 3

**List of Clients that Reed Smith advises in Connection with the Debtors' Chapter 11
Cases**
**(NOTE: This list does not include engagements that have been completed)**

| Client Represented in LBHI Bankruptcy or related matter | Description of Representation |
| --- | --- |
| Allianz Investments Management Italia SPA | Dispute regarding an ISDA Master Agreement with LBIE involving UK law |
| Banca CR Asti SPA and Cassa Di Risparmino Asti | Proofs of claim arising out of a multi-currency cross border swap agreement |
| Bank of New York | Represent BNY Corporate Trustee Services in litigation with Lehman Brothers Special Financing Inc. regarding enforceability of market-standard provisions in structured finance transactions that subordinate swap termination payments upon a swap counterparty default when the default is due to the bankruptcy of the counterparty or the holding company of the counterparty. |
| Bank of New York | Represent indenture trustee in connection with certain certificates issued by a vehicle created by Lehman Brothers.  The client has claims against Lehman and a third party insurer; represent trustee in connection with default; represent trustee in connection with termination of agreement with Lehman; prepare proof of claim forms in Lehman Brothers Bankruptcy; advise client in connection with UK repacks and other debt issues; represent trustee in connection with defaulted CDO (collateralized debt obligation) (NOTE: The third party insurer is not among the identified insurers that would be the subject of Reed Smith's appointment) |
| Boultbee (Vasteras) AB and Boultbee (Uppsala) AB | Termination of Lehmans SWAP  relating to Acquisiton of Multi-Center, Vasteras and St Per, Uppsala |

| | |
|---|---|
| China Strategic Investment Ltd. | Advise China Strategic Investment Limited generally on interpretation of terms of CBs issued to Lehman Brothers Commercial Corporation Asia limited |
| CIMB-GK Securities Pte Ltd. | Claim against Lehman Brothers Securities Asia Limited (In liquidation) |
| Essent Trading International SA | Advice on close out notices |
| FED-ALL Federated Funds | Counsel re futures contracts transfer, settlement of repurchase agreements, and trade failures |
| Fondazione CARIPARO | Assignment of claims notices with respect to the bankruptcy case of LBSF |
| Guidance Green Terrain Enhanced Fund, LLC | Breach of contract claims against Lehman Brothers Special Financing under a security agreement, and against Lehman Brothers Holdings Inc under a guaranty. |
| Hindle, Leon | Lehman Brothers Asia Limited - Securities Regulartory Matter: Section 182(1) Investigation |
| Intesa Sanpaolo SPA | We represent the bank in connection with its claims against the Lehman bankruptcy estate.  Our client initially retained us to file a proof of claim but the debtor devised a process by which the client was not required to file a proof of claim in order to be entitled to assert a claim against the Lehman estate.  We have been monitoring the docket and periodically answer questions from the bank relating to its claim, including the priority of its claim vis a vis other creditors |
| Janus Capital Management LLC | We advised Janus Capital Management LLC in connection with its response to two (2) claims determinations made by the SIPA Trustee in the SIPA proceeding of debtor Lehman Brothers Inc.  We prepared objections responding to those determinations and filed the same with the Bankruptcy Court |
| Lifestyle International Holdings Limited | RS acts for Lifestyle which has offered to make an investment in EganaGoldfeil to rescue it. LB is just one of the 40+ creditors of EganaGoldfeil |
| Mirabaud Securities LLP | Share settlement dispute with seller arising from Lehman default |

| | |
|---|---|
| Nigel Sloam & Co. | Advice and representation in respect of notes issued for clients' customers |
| Northwest Mutual Life Insurance | Advise as to rights and interests as a creditor in the related U.S. Lehman bankruptcy proceedings |
| Pacific Coast Bankers Bank - (2 Matters) | Advice regarding an existing interest rate swap with two Lehman Brothers entities;assist client with the Lehman Bankruptcy Proceedings |
| RP3 Prosperity SPA a/k/a YARPA Investimenti SGR SPA | Dispute over bank debt purchase from LCPI |
| State of Hawaii | Represent Hawaiian State pension fund in the Lehman Brothers Holdings, Inc. Chapter 11 case and the SIPA liquidation of Lehman Brothers, Inc. |
| Trafigura Derivatives Ltd. | Termination of ISDA |
| Uniqa Versicherung AG | Advice with respect to noteholder position |
| University of Pittsburgh - (2 Matters) | Termination of Lehman swaps and filing an objection in Bankruptcy Court; Lehman ADR Procedures |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                          :
                    **Debtors.**          :    **(Jointly Administered)**
                                          :
-------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 327(e)**
**OF THE BANKRUPTCY CODE AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF REED**
**SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS**

Upon consideration of the application, dated June 22, 2010 (the "Application"),[1]

of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

section 327(e) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2014(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), to employ and retain Reed Smith LLP ("Reed Smith") as special counsel to the Debtors,

all as more fully described in the Application; and upon the Declaration of Carolyn H. Rosenberg

(the "Rosenberg Declaration"), filed in support of the Application; and the Court being satisfied,

based on the representations made in the Application and the Rosenberg Declaration, that Reed

Smith represents no interest adverse to the Debtors or the Debtors' estates with respect to the

matters upon which it is to be engaged, under section 327 of the Bankruptcy Code; and the Court

having jurisdiction to consider the Application and the relief requested therein in accordance

---

[1]    Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
Application.

with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10,

1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having

been provided in accordance with the procedures set forth in the amended order entered February

13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the

United States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) Reed Smith, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Application is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is

      ORDERED that the Application is approved; and it is further

      ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Reed Smith as special counsel to the Debtors on the

terms set forth in the Application and this order for the specified special purpose of insurance

recovery matters identified in the Application and in accordance with Reed Smith's customary

rates in effect from time to time and its disbursement policies; and it is further

      ORDERED that Reed Smith shall apply for compensation and reimbursement of

expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy

Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines

established by the U.S. Trustee, and such other procedures that have been or may be fixed by

order of this Court, including but not limited to the Court's Third Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee

Protocol [Docket No. 3651].


Dated: July __, 2010
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE