Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>        Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Credit Suisse AG</u>
Name of Transferee

<u>Credit Suisse (Deutschland) AG</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Credit Suisse AG
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage

Court Claim # (if known): <u>55824</u>
Date Claim Filed: <u>October 29, 2009</u>
Amount of Claim: <u>--</u>
Portion of Claim Transferred (see Schedule I): <u>Evidence of Transfer of Claim, Schedule I</u>

Phone: <u>(212) 538-9137</u>
Last Four Digits of Acct #: <u>--</u>

Phone: <u>--</u>
Last Four Digits of Acct. #: <u>--</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ [signature]</u>         Date: <u>June 22, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CREDIT SUISSE**

CREDIT SUISSE (DEUTSCHLAND) AKTIENGESELLSCHAFT

Postfach 10 03 40           Telefon:   069 26911-0
60003 Frankfurt am Main     Telefax:   069 26911-333

Junghofstr. 16              www.credit-suisse.com/de
60311 Frankfurt am Main

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Deutschland) AG** („Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG** („Transferee") all of its rights, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55824**) **of 100 units** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the „Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the „Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31ST DAY OF MARCH 2010.

**CREDIT SUISSE (DEUTSCHLAND) AG**

Stephan Koch                Ralf Burghardt
Director                    Director
Securities Administration   Legal Department

Vorsitzender des Aufsichtsrates: Michael Martin Rüdiger, Vorstand: Andreas Brandt (Vorsitzender), Dr. Peter von Arx, Wulf Matthias, Michael Eichler;
Credit Suisse (Deutschland) AG mit Sitz in Frankfurt am Main, HRB 44312 Amtsgericht Frankfurt am Main
Bankleitzahl 501 205 00, SWIFT-Adresse CRESDE55, USt-Id.-Nr. DE222539860, Steuer-Nr. 047 220 07545

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units |
| --- | --- | --- | --- | --- |
| DE000A0N6GH8 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 100 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |