Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>          Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse AG | Lloyds TSB Bank plc, Geneva, Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

Credit Suisse AG
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage

Phone: (212) 538-9137

Last Four Digits of Acct #: --

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 55522
Date Claim Filed: October 29, 2009
Amount of Claim: --
Portion of Claim Transferred (see
Schedule I): Evidence of Transfer of Claim, Schedule I

Phone: --

Last Four Digits of Acct. #: --

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: June 22, 2010 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Lloyds TSB Bank plc, Geneva ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55522**) in the **principal amount/nominal amount/amount of $ 250'806.97** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON APRIL 27, 2010.

**Lloyds TSB Bank plc, Geneva**

By:_____

Name of person signing _____
Title of person signing _____

PERNET M.
P 026
Signing officer

JACQUEMAI F.
J022
Signing officer

Lloyds TSB Bank plc
Place Bel-Air 1
Case postale 5145
CH 1211 Genève 11

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount/ Units/Amount of Claim related to Security |
|---|---|---|---|---|
| CH0034783701 | 55522 | 29.10.2009 | LEHMAN BROTHERS TREASURY CO. BV | USD 143,318.27 |
| CH0034783669 | 55522 | 29.10.2009 | LEHMAN BROTHERS TREASURY CO. BV | USD 107,488.70 |