DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Irena M. Goldstein, Esq.

*Attorney for Fenway Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re**                                                     :   Chapter 11
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :   Case No. 08-13555 (JMP)
                                                              :
         **Debtors.**                                         :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS NOS. 27994 AND 27995

PLEASE TAKE NOTICE that Fenway Capital, LLC ("Claimant") hereby withdraws Proofs of Claims Nos. 27994 and 27995 filed by Claimant against Debtors Lehman Brothers Holdings Inc. in Case No. 08-13555 (JMP) and Lehman Commercial Paper Inc. in Case No. 08-13900 (JMP) on September 22, 2009.

Dated: June 23, 2010          **DEWEY & LEBOEUF LLP**
New York, New York

                              /s/ Irena M. Goldstein
                              Irena M. Goldstein, Esq.
                              1301 Avenue of the Americas
                              New York, New York 10019
                              Telephone: (212) 259-8000
                              Facsimile: (212) 259-6333

                              *Attorneys for Fenway Capital, LLC*

NY3 3058323.1