**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
In re                                                       :        Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**            :        08-13555 (JMP)
                                                            :
         Debtors.                                           :        (Jointly Administered)
                                                            :
-----------------------------------------------------------------x   Ref. Docket No. 9739

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2010, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 of the Bankruptcy Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Authority to Enter into Settlement Related to, and Assign Interest in Heritage Fields Property and to Purchase Participation Interests Related Thereto," dated June 22, 2010, to which was attached the "Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 of the Bankruptcy Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure for Authority to Enter into Settlement Related to, and Assign Interest in Heritage Fields Property and to Purchase Participation Interests Related Thereto," dated June 22, 2010 [Docket No. 9739], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this | /s/ *Pete Caris* |
| 22nd day of June, 2010 | Pete Caris |

/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BILZIN SUMBERG | 200 S. BISCAYNE BOULEVARD, SUITE 2500 ATTENTION: BRIAN L. BILZIN / STEVEN D. LEAR MIAMI FL 33131-5340 |
| BINGHAM MCCUTCHEN LLP | THREE EMBARCADERO CENTER ATTENTION: EDWARD S. MERRILL SAN FRANCISCO CA 94111-4067 |
| CERBERUS CALIFORNIA, LLC | 11812 SAN VICENTE BLVD., SUITE 300 ATTENTION: MURRAY MCQUEEN LOS ANGELES CA 90049 |
| CERBERUS REAL ESTATE CAPITAL MANAGEMENT LLC | 299 PARK AVENUE ? FLOOR 22 ATTENTION: RON KRAVIT, MANAGING PRINCIPAL NEW YORK NY 10171 |
| CERBERUS REAL ESTATE CAPITAL MANAGEMENT LLC | 299 PARK AVENUE, 23RD FLOOR ATTENTION: RAHIM THOBANI, ASSOCIATE NEW YORK NY 10171 |
| DAVID TEAM & CURT STEPHENSON, | PRESIDENT, NATIONAL LAND GROUP LENNAR CORPORATION 7000 TRABUCO RD., BLDG. 873 ATTN: RICHARD LEIGH, CFO GREAT PARK NEIGHBORHOODS IRVINE CA 92618 |
| FIVE POINT COMMUNITIES | 25 ENTERPRISE, SUITE 400 ATTENTION: EMILE HADDAD, CHIEF EXECUTIVE OFFICER & GRAHAM JONES, SENIOR VICE PRESIDENT ALISO VIEJO CA 92656 |
| HERITAGE FIELDS | 7130 TRABUCO ROAD ATTENTION: LYNN JOCHIM / RICHARD LEIGH IRVINE CA 92618 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ATTENTION: STEVE GLIATTA / LOUIS HAIT / MICHAEL DAMAST / IAN TATTENBAUM / DAVINA RAUCH NEW YORK NY 10022 |
| LENNAR CORPORATION | 25 ENTERPRISE ATTN: RICHARD LEIGH, CFO GREAT PARK NEIGHBORHOODS & JON JAFFE, VICE PRESIDENT ALISO VIEJO CA 92656 |
| LNR PROPERTY CORP. | 4350 VON KARMAN AVE., STE 200 ATTN: J. PATRICK GALVIN, GENERAL COUNSEL CPG NEWPORT BEACH CA 92660 |
| MSD CAPITAL, L.P. | 100 WILSHIRE BOULEVARD, SUITE 1450 ATTENTION: ALAN EPSTEIN & BARRY SHOLEM SANTA MONICA CA 90401 |
| ROCKPOINT GROUP, LLC | 13155 NOEL ROAD SUITE 700 ATTENTION: PAT FOX & KYLE GARDNER DALLAS TX 75240 |
| ROCKPOINT GROUP, LLC | 1 BUSH STREET SUITE 1450 ATTENTION: GREG HARTMAN & ARIC SHALEV, PRINCIPAL SAN FRANCISCO CA 94104 |

**Total Creditor count  14**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

STEVE GLIATTA
KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022

GRAHAM JONES
SENIOR VICE PRESIDENT
FIVE POINT COMMUNITIES
25 ENTERPRISE, SUITE 400
ALISO VIEJO, CA 92656

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

08-13555-mg    Doc 9793    Filed 06/23/10    Entered 06/23/10 17:30:50    Main Document
Pg 7 of 14

# EXHIBIT C

## Email Addresses

aaaronson@dilworthlaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
brendan.collins@dlapiper.com
brian.corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
crogers@orrick.com
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bslawyers.com

**Email Addresses**

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com

eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
ggraber@hodgsonruss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com

**Email Addresses**

james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com

john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com

**Email Addresses**

lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com

**Email Addresses**

| | |
|---|---|
| ptrostle@jenner.com | scargill@lowenstein.com |
| pwirt@ftportfolios.com | schannej@pepperlaw.com |
| pwright@dl.com | schepis@pursuitpartners.com |
| r.stahl@stahlzelloe.com | schnabel.eric@dorsey.com |
| raj.madan@bingham.com | schristianson@buchalter.com |
| rajohnson@akingump.com | scott.gibson@dubaiic.com |
| ramona.neal@hp.com | scottshelley@quinnemanuel.com |
| ranjit.mather@bnymellon.com | scousins@armstrongteasdale.com |
| rbeacher@daypitney.com | sdnyecf@dor.mo.gov |
| rbernard@bakerlaw.com | sehlers@armstrongteasdale.com |
| rbyman@jenner.com | sfelderstein@ffwplaw.com |
| rchoi@kayescholer.com | sfineman@lchb.com |
| rdaversa@orrick.com | sfox@mcguirewoods.com |
| relgidely@gjb-law.com | sgordon@cahill.com |
| rfleischer@pryorcashman.com | sgubner@ebg-law.com |
| rfrankel@orrick.com | sharbeck@sipc.org |
| rfriedman@silvermanacampora.com | shari.leventhal@ny.frb.org |
| rgmason@wlrk.com | shgross5@yahoo.com |
| rgraham@whitecase.com | shumaker@pursuitpartners.com |
| rhett.campbell@tklaw.com | sidorsky@butzel.com |
| rhs@mccallaraymer.com | slerner@ssd.com |
| richard.lear@hklaw.com | sloden@diamondmccarthy.com |
| richard.levy@lw.com | smayerson@ssd.com |
| richard.tisdale@friedfrank.com | smillman@stroock.com |
| ritkin@steptoe.com | smulligan@bsblawyers.com |
| rjones@boultcummings.com | snewman@katskykorins.com |
| rlevin@cravath.com | sory@fdlaw.com |
| rmatzat@hahnhessen.com | spiotto@chapman.com |
| rnetzer@willkie.com | splatzer@platzerlaw.com |
| rnies@wolffsamson.com | squigley@lowenstein.com |
| rnorton@hunton.com | sree@lcbf.com |
| robert.bailey@bnymellon.com | sselbst@herrick.com |
| robert.dombroff@bingham.com | sshimshak@paulweiss.com |
| robert.henoch@kobrekim.com | steele@lowenstein.com |
| robert.malone@dbr.com | stephanie.wickouski@dbr.com |
| robert.yalen@usdoj.gov | steve.ginther@dor.mo.gov |
| robertdakis@quinnemanuel.com | steven.perlstein@kobrekim.com |
| robin.keller@lovells.com | steven.wilamowsky@bingham.com |
| ronald.silverman@bingham.com | streusand@streusandlandon.com |
| rqureshi@reedsmith.com | susan.schultz@newedgegroup.com |
| rreid@sheppardmullin.com | susheelkirpalani@quinnemanuel.com |
| rroupinian@outtengolden.com | swolowitz@mayerbrown.com |
| rrussell@andrewskurth.com | szuch@wiggin.com |
| rterenzi@stcwlaw.com | tannweiler@greerherz.com |
| rtrust@cravath.com | tarbit@cftc.gov |
| russj4478@aol.com | tbrock@ssbb.com |
| rwasserman@cftc.gov | tduffy@andersonkill.com |
| rwyron@orrick.com | teresa.oxford@invescoaim.com |
| s.minehan@aozorabank.co.jp | tgoren@mofo.com |
| sabin.willett@bingham.com | thomas.califano@dlapiper.com |
| sabramowitz@velaw.com | thomas.ogden@dpw.com |
| sagolden@hhlaw.com | thomas_noguerola@calpers.ca.gov |
| sally.henry@skadden.com | thomaskent@paulhastings.com |
| sandyscafaria@eaton.com | timothy.brink@dlapiper.com |
| sara.tapinekis@cliffordchance.com | timothy.palmer@bipc.com |
| sbernstein@hunton.com | tjfreedman@pbnlaw.com |

**Email Addresses**

tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp