**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                       :
In re                                  :        **Chapter 11 Case No.**
                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                       :
            Debtors.                   :        **(Jointly Administered)**
                                       :
-------------------------------------------------------------------------x        **Ref. Docket No. 9721**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

BRITTANY WHALEN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 22, 2010, I caused to be served the:

    a.  "Notice of Fifty-Second Supplemental List of Ordinary Course Professionals," dated June 22, 2010 [Docket No. 9721], (the "Fifty-Second Supplemental Notice"),

    b.  Declaration and Disclosure Statement of Richard Hacker, related to Docket No. 9721, annexed hereto as <u>Exhibit A</u>, (the "Hacker Declaration"),

    c.  Declaration and Disclosure Statement of Robert Stuart Levy Q.C, related to Docket No. 9721, annexed hereto as <u>Exhibit B</u>, (the "Stuart Declaration"), and

    d.  Declaration and Disclosure Statement of Felicity Rosalind Toube, related to Docket No. 9721, annexed hereto as <u>Exhibit C</u>, (the "Toube Declaration"),

    by causing true and correct copies of:

    a.  the Fifty-Second Supplemental Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    b.  the Fifty-Second Supplemental Notice, to be delivered via email to those parties listed on the annexed <u>Exhibit E</u>,

    c.  the Hacker Declaration and Toube Declaration, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit F</u>, and

    d.  the Stuart Declaration, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit G</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Brittany Whalen*

Sworn to before me this                      Brittany Whalen
23rd day of June, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                              **Debtors.**          :        **(Jointly Administered)**
                                                    :
                                                    :
-------------------------------------------------------------------x


### DECLARATION AND DISCLOSURE STATEMENT OF RICHARD HACKER


RICHARD HACKER declares and says:

        1.     I am a member of the Bar of England and Wales and a Queen's

Counsel , practising as such as a sole practitioner at 3-4 South Square, Gray's Inn,

London WC1R 5HP, England.

        2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors

in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have

requested that I provide legal advice and representation to the Debtors, and I have

consented to provide such services.

        3.     I may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are

parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I

am retained in cases, proceedings, and transactions involving many different parties,

some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases. In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.     I have not agreed to share nor will share any portion of the compensation to be received from the Debtors with any other person.

5.     I do not hold or represent any interest adverse to the Debtors or their estates.

6.     The Debtors do not owe me any amount for prepetition services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: London, England
26th May 2010

_____
RICHARD HACKER

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                             :

In re                         :     Chapter 11 Case No.
                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                             :

             Debtors.     :     (Jointly Administered)
                             :

                             :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Jennifer Sapp
             Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

     1.     Name and address:

           RICHARD HACKER, A MEMBER OF THE BAR OF ENGLAND AND

           WALES AND A QUEEN'S COUNSEL , PRACTISING AS SUCH AS A

           SOLE PRACTITIONER AT 3-4 SOUTH SQUARE, GRAY'S INN,

           LONDON WC1R 5HP, ENGLAND

     2.     Type of services provided (accounting, legal, etc.):

           LEGAL

3.      Brief description of services to be provided:

        LEGAL ADVICE AND REPRESENTATION IN RELATION TO

        RIGHTS AND OBLIGATIONS EXISTING UNDER NOTES ISSUED

        BY EXCALIBUR FUNDING NO. 1 PLC

4.      Arrangements for compensation (hourly, contingent, etc.)

        HOURLY FOR ADVICE, AND POSSIBLE COMMITMENT OR LUMP

        SUM PAYMENTS IN RELATION TO COURT HEARINGS

        (a)     Average hourly rate (if applicable):

                GBP 900 – 950 (OR AS OTHERWISE AGREED)

        (b)     Estimated average monthly compensation based on prepetition
                retention (if firm was employed prepetition):

                N/A

5.      Prepetition claims against the Debtors held by the firm:

        Amount of claim:       $ N/A

        Date claim arose:       N/A

        Source of Claim:        N/A

6.      Prepetition claims against the Debtors held individually by any member,
        associate, or professional employee of the firm:

        Name: N/A

        Status: N/A

        Amount of Claim:   $ N/A

        Date claim arose:  N/A

        Source of claim:  N/A

7.    Stock of the Debtors currently held :

      Kind of shares:  <u>N/A</u>

      No. of shares:  <u>N/A</u>

8.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name:  <u>N/A</u>

      Status: <u>N/A</u>

      Kind of shares:  <u>N/A</u>

      No. of shares:  <u>N/A</u>

9.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      <u>N/A</u>

11.   Name of individual completing this form:

      <u>RICHARD HACKER</u>

# EXHIBIT B



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                              :

In re                           :         Chapter 11 Case No.
                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                              :

                Debtors.       :         (Jointly Administered)
                              :

                              :
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERT STUART LEVY Q.C.

CITY OF LONDON           )

COUNTY OF THE UNITED KINGDOM)

        ROBERT STUART LEVY Q.C., being duly sworn, upon his oath, deposes and

says:

        1.     I am a Queen's Counsel, called to the Bar of England and Wales and a

member of Barristers Chambers known as New Square Chambers, 12 New Square, Lincoln's

Inn, London WC2A 3SW.

        2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"

and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal

services to the Debtors with respect to matters of UK law and in particular with respect to the

position of the UK administrators and I have consented to provide such services.

        3.     I may have performed services in the past and may perform services in the

future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in

the Debtors' chapter 11 cases. As part of its customary practice, I am retained in cases,

proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. To the best of my knowledge I do not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      I have not agreed to share and will not share any portion of the compensation to be received from the Debtors with any other person other than my regular expenses encountered with the administration of any barristers Chambers.

5.      Insofar as I have been able to ascertain, I do not hold or represent any interest adverse to the Debtors or their estate.

6.      I have not provided any pre-petition services to the Debtors.

7.      If I should discover any facts bearing on the matters described herein, I will supplement the information contained in the Affidavit

By: _____

Subscribed and sworn to before me
this ___ day of May 2010

_____
Notary Public

**WILLIAM B. KENNAIR**
**SCRIVENER NOTARY**
**LONDON, ENGLAND**

My commission is for life

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                :

In re                             :      Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                  :

          Debtors.                :      (Jointly Administered)
                                        :

                                  :
-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn:  Jennifer Sapp
               Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

1.     Name and address of firm:

        ROBERT LEVY Q.C.

        NEW SQUARE CHAMBERS, 12 NEW SQUARE

        LINCOLN'S INN

        LONDON WC2A 3SW

2.     Date of retention:    14 AUGUST 2009

3.     Type of services provided (accounting, legal, etc.):

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

LEGAL _____

_____

_____

4.    Brief description of services to be provided:

LEGAL ADVICE AND REPRESENTATION AS IS NORMMALLY

PROVIDED BY BARRISTERS, IN PARTICULAR WITH REGARD TO

THE POSISTION OF THE UK ADMINISTRATORS _____

_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)

HOURLY _____

    (a)    Average hourly rate (if applicable):

        GBP 300 _____

    (b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

        N/A _____

6.    Prepetition claims against the Debtors held by the firm:

    Amount of claim:        $ NONE_____

    Date claim arose:        N/A_____

    Source of Claim:        N/A_____

7.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

    Name: N/A_____

    Status: N/A_____

    Amount of Claim:  $ ZERO_____

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.        2

Date claim arose: N/A_____

Source of claim: N/A_____

_____

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

Kind of shares:   NONE_____

No. of shares:   _NONE_____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A_____

Status: N/A_____

_____

Kind of shares:  N/A_____

No. of shares:  N/A_____

10.   Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the
above-named firm is to be employed.

NONE_____

_____

_____

_____

11.   Name of individual completing this form:

ROBERT LEVY Q.C.

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

------------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF FELICITY ROSALIND
TOUBE**

FELICITY ROSALIND TOUBE declares and says:

1.      I am a member of the Bar of England and Wales, practising as such as a
sole practitioner at 3-4 South Square, located at 3-4 South Square, Grays Inn, London WC1R
5HP, United Kingdom.

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the
above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"
and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal
advice and representation to the Debtors in connection with the administration of LB UK RE
Holdings Limited (including the Debtors' interests in LB UK RE Holdings as its largest
creditor) and other related matters, and I have consented to provide such services.

3.      I may have performed services in the past and may perform services in the
future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in
the Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases,
proceedings, and transactions involving many different parties, some of whom may represent or

be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  I

do not perform services for any such person in connection with these chapter 11 cases.  In

addition, I do not have any relationship with any such person, their attorneys, or accountants

that would be adverse to the Debtors or their estates with respect to the matters for which I seek

to be retained.[1]

4.      I have not agreed to share nor will share any portion of the compensation

to be received from the Debtors with any other person.

5.      As far as I am aware, I do not hold or represent any interest adverse to the

Debtors or their estates.

6.      The Debtors do not owe me any amount for prepetition services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.

Dated: London, England

_____MAY  27, 2010

[DECLARANT'S NAME]

---

[1]      I represent certain parties on matters where they are or may be (or may become)
adverse to the Debtors.  However, those matters are unrelated to my representation of the
Debtors. A list of those parties is attached hereto as Attachment 1.

US_ACTIVE:\20936201\01\20936201_1.DOC\58399.0003          2

ATTACHMENT 1

- Autonomy Capital Research LLP
- DE Shaw
- Royal Bank of Scotland
- Contrarian Fund
- MKM Longboat Multi Strategy Master Fund Limited
- CRC Credit Fund, Limited
- Barclays Bank
- ELQ Hypotheken NV

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    08-13555 (JMP)
                                                    :
                              Debtors.              :    **(Jointly Administered)**
                                                    :
                                                    :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:   Jennifer Sapp
              Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

        Felicity Toube

        3-4 South Square,

        Gray's Inn, London. WC1R 5HP

        United Kingdom

    2.    Date of retention:     13 May 2010

    3.    Type of services provided (accounting, legal, etc.): Legal

_____

_____

_____

4.      Brief description of services to be provided:

        Advising on and drafting re: CVA proposal for LB UK RE Holdings

        _____

        _____

5.      Arrangements for compensation (hourly, contingent, etc.)

        Hourly _____

        (a)     Average hourly rate (if applicable):

                £350 per hour _____

        (b)     Estimated average monthly compensation based on prepetition
                retention (if firm was employed prepetition):

                N/A _____

6.      Prepetition claims against the Debtors held by the firm:

        Amount of claim:        $0_____

        Date claim arose:       N/A_____

        Source of Claim:        N/A_____

7.      Prepetition claims against the Debtors held individually by any member,
        associate, or professional employee of the firm:

        Name:  N/A_____

        Status:  _____

        Amount of Claim:  $_____

        Date claim arose:  _____

        Source of claim:  _____

_____

_____

_____

8.    Stock of the Debtors currently held by the firm:

      Kind of shares:  None_____

      No. of shares:  None_____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

      Name:  None _____

      Status: N/A_____

      _____

      Kind of shares:  N/A_____

      No. of shares:  N/A_____

10.   Disclose the nature and provide a brief description of any interest adverse to
      the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

      I represent certain parties on matters where they are or may be (or may

      become) adverse to the Debtors.  However, those matters are unrelated to

      my representation of the Debtors and a list of those parties is attached to

      my disclosure statement as Attachment 1.

11.   Name of individual completing this form:

      Felicity Toube _____

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT E**

## Exhibit A - Counsel To The Official Committee Of Unsecured Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT F**

MRadoycheva@gibsondunn.com

**EXHIBIT G**

Neil.Garrett@NewSquareChambers.co.uk