UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                         :

In re                                                    :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        08-13555 (JMP)

**Debtors.**                                        :

------------------------------------------------------------------x    Ref. Docket Nos. 4366, 9147,
9209-9212, 9369, 9417, 9575,
9577-9581, 9583-9587, 9589,
9592-9593 & 9610-9611

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                  */s/ Lauren Rodriguez*

Sworn to before me this                           Lauren Rodriguez
23rd day of June, 2010

*/s/ Elli Petris*
_____
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |  Chapter 11 Case No.
                                           |
                                           |  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |  (Jointly Administered)
                                           |
        Debtors.                           |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  SHIGA BANK, LTD.
         1-38
         HAMAMACHI
         OTSU-CITY
         SHIGA      520-8686
         JAPAN
```

Please note that your claim # 65535 in the above referenced case and in the amount of
        $5,756,957.66        has been transferred **(unless previously expunged by court order)**

```
         MERRILL LYNCH JAPAN SECURITIES
         TRANSFEROR: SHIGA BANK, LTD.
         ATTN: GARY COHEN, JEFF BENESH, RON TOROK
         BANK OF AMERICA TOWER, 3RD FL
         1 BRYANT PARK
         NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4366     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/17/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 17, 2010.

**EXHIBIT B**

```
TIME: 17:51:27                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 06/17/10                                                    CREDITOR LISTING

Name                                                        Address
ASAHI SHINKIN BANK, THE                                     ATTN: MINORU YUDA 1-2 HIGASHI-KANDA 2-CHOME CHIYODA-KU TOKYO   JAPAN
ASAHI SHINKIN BANK, THE                                     ATTN: MINORU YUDA 8-2 TAITO 2-CHOME TAITO-KU TOKYO   JAPAN
ASAHI SHINKIN BANK, THE                                     SHEARMAN & STERLING LLP MICHAEL H. TORKIN, ESQ SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
BARCLAYS BANK PLC                                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 745 SEVENTH AVENUE New York NY 10019
BARCLAYS BANK PLC                                           TRANSFEROR: FIR TREE VALUE MASTER FUND LP 745 Seventh Avenue New York NY 10019 USA
BARCLAYS BANK PLC                                           TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
CARILLON LTD.                                               C/O HSBC BANK (CAYMAN) LIMITED HSBC HOUSE, 68 WEST BAY ROAD PO BOX 1109GT GEORGE TOWN GRAND CAYMAN   CAYMAN ISLANDS
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: SPARKASSE SAARBRUECKEN ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: VR-LIW GMBH, ON BEHALF OF DEUTSCHE APOTHEKER-UND ARZTEBANK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
GOLDENTREE EUROPEAN SELECT OPP. LP                          TRANSFEROR: BARCLAYS BANK PLC 1230 AVENUE OF THE AMERICAS, 3RD FLOOR ATTN: MORRIS J. TUCKER NEW YORK NY 10020
GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC) LTD   TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD. TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS J. TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR ATTN: MORRIS J. TUCKER NEW YORK NY 10020
GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD           TRANSFEROR: BARCLAYS BANK PLC ATTN:  MORRIS TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10020
GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD.          TRANSFEROR: BARCLAYS BANK PLC 1230 AVENUE OF THE AMERICAS, 3RD FLOOR ATTN: MORRIS J. TUCKER NEW YORK NY 10020
GOLDENTREE MASTER FUND II, LTD                              TRANSFEROR: BARCLAYS BANK PLC 1230 AVENUE OF THE AMERICAS, 3RD FLOOR ATTN: MORRIS J. TUCKER NEW YORK NY 10020
GOLDENTREE MASTER FUND II, LTD                              TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                                 TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                                TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS J. TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10020
GT HIGH YIELD VALUE MASTER UNIT TRUST                       TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS J. TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10022
GT HIGH YIELD VALUE MASTER UNIT TRUST                       TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS 3RD FLOOR NEW YORK NY 10020
HAYMAN CAPITAL MASTER FUND, LP                              TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: MEDITERRANEO VIDA SOCIEDAD ANONIMA E SEGUROS Y REASEGUROS 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004
KING STREET ACQUISITION COMPANY L.L.C.                      KARA KATZ MANDEL KATZ & BROSNAN LLP THE LAW BUILDING 210 RTE 303 VALLEY COTTAGE NY 10989
KING STREET ACQUISITION COMPANY L.L.C.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH ST, 30TH FL NEW YORK NY 10022
KING STREET ACQUISITION COMPANY, LLC                        MANDEL KATZ & BROSNAN LLP ATTN: KARA KATZ THE LAW BUILDING, 210 ROUTE 303 VALLEY COTTAGE NY 10989
KING STREET ACQUISITION COMPANY, LLC                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: ASAHI SHINKIN BANK, THE ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: THE ASAHI SHINKIN BANK ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH JAPAN SECURITIES                              TRANSFEROR: SHIGA BANK, LTD. ATTN: GARY COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER, 3RD FL 1 BRYANT PARK NEW YORK NY 10036
MOORE MACRO FUND L.P.                                       TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT L.P. ATTN: LEGAL DEPT 1251 AVENUE OF THE AMERICAS, 53RD FL NEW YORK NY 10020
MOUNT KELLETT CAPITAL MANAGEMENT LP                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. 623 5TH AVENUE, FLOOR 18 NEW YORK NY 10022
QUINTESSENCE FUND L.P.                                      TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036
QVT FUND LP                                                 TRANSFEROR: CARILLON LTD. C/O NICK BRUMM QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036
SEA PORT GROUP SECURITIES LLC                               TRANSFEROR: VARDE FUND VII-B, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SHIGA BANK, LTD.                                            1-38 HAMAMACHI OTSU-CITY SHIGA  520-8686 JAPAN
THE ASAHI SHINKIN BANK                                      TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: MINORU YUDA 8-2 TAITO 2-CHOME, TAITO-KU TOKYO 110-0016   JAPAN

Total Number of Records Printed                             36

                                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153