UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (JMP)
:
Debtors.                                                                :
:
------------------------------------------------------------------------x    Ref. Docket Nos. 7806, 8622,
9591, 9614-9615, 9618-9630,
9666-9668, 9678, 9681, 9684,
9691, 9693, 9696, 9698-9700,
9709 & 9713

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
23rd day of June, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

# EXHIBIT A

```
In re                                        |  Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |  08-13555 (JMP)
                                             |
                                             |  (Jointly Administered)
                  Debtors.                   |
                                             |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ICICI BANK UK PLC
      ATTN: PRITI SHETTY
      ONE THOMAS MORE SQUARE
      5 THOMAS MORE STREET
      LONDON     E1W 1YN
      UNITED KINGDOM
```

Please note that your claim # 58791-03 in the above referenced case and in the amount of
        $14,274,235.35        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: ICICI BANK UK PLC
      ATTN: JEFFREY OLINSKY
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7806        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/22/2010                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2010.

# EXHIBIT B

```
TIME: 17:41:36                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 06/22/10                                                   CREDITOR LISTING

Name                                                Address
AGGREGATING TRUST 1, LLC                            C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 10, LLC                           C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 2, LLC                            C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 3, LLC                            C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 4, L.L.C.                         C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 5, L.L.C.                         C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 6, LLC                            C/O ROPES & GRAY, LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 7, LLC                            C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 8, LLC                            C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
AGGREGATING TRUST 9, L.L.C.                         C/O ROPES & GRAY LLP ATTN: JEFFREY R. KATZ ONE INTERNATIONAL PLACE BOSTON MA 02110
APPALOOSA INVESTMENT L.P.1                          DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P.1                          DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 1, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 2, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 3, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 4, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 5, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 6, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 7, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1                          TRANSFEROR: AGGREGATING TRUST 9, L.L.C. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
BANC OF AMERICA SECURITIES LLC                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TRYON STREET, NC1-027-14-01 ATTN: JON BARNES CHARLOTTE NC 28255
BANCO DE ORO UNIBANK, INC.                          BDO CORPORATE CENTER ATTN: PEDRO FLORESCIO, LUISITO SALAZAR, MA. ANA ELENA REYES 7899 MAKATI AVENUE MAKATI CITY   0726 PHILIPPINES
BARCLAYS BANK PLC                                   TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019
CASPIAN SELECT CREDIT MASTER FUND, LTD              TRANSFEROR: BANC OF AMERICA SECURITIES LLC 50 MAMARONECK AVENUE HARRISON NY 10528
CLOUD PEAK ENERGY RESOURCES LLC                     TRANSFEROR: RIO TINTO ENERGY AMERICA, INC ATTN: BRYAN J. PECHERSKY 505 S. GILLETTE AVE. GILLETTE WY 82716
CONTRARIAN FUNDS, LLC                               TRANSFEROR: NATIONAL ECONOMIC RESEARCH ASSOCIATES ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BANCO DE ORO UNIBANK, INC. C/O DEUTSCHE BANK AG HONG KONG BRANCH ATTN: HENG CHEAM/CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM

DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ICICI BANK UK PLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: VIATHON CAPITAL MASTER FUND, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: CREDIT SUISSE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM

GOLDMAN, SACHS & CO.                                C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                                TRANSFEROR: BDF LIMITED 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                TRANSFEROR: LBVN HOLDINGS, L.L.C. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302

HARVEST SS, LTD                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO/AMY SIM 100 WEST PUTNAM AVE GREENWICH CT 06830
HBK MASTER FUND L.P.                                TRANSFEROR: HIGHLAND CREDIT OPPORTUNITIES CDO LP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201


                                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:41:36                                            LEHMAN BROTHERS HOLDING INC.                                                      PAGE:  2
DATE: 06/22/10                                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | 13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGMENT, LP DALLAS TX 75240 |
| HIGHLAND CREDIT OPPORTUNITIES CDO LP | EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219 |
| ICICI BANK UK PLC | ATTN: PRITI SHETTY ONE THOMAS MORE SQUARE 5 THOMAS MORE STREET LONDON E1W 1YN UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HIGHLAND CREDIT OPPORTUNITIES CDO LP 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| NATIONAL ECONOMIC RESEARCH ASSOCIATES | PO BOX 29677 NEW YORK NY 10087-9677 |
| POPOLARE VITA S.P.A. | C/O MORRISON & FOERSTER LLP ATTENTION: JOHN A. PINTARELLI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050 |
| RIO TINTO ENERGY AMERICA, INC | ATTN: KEVIN BAKER 505 S. GILLETTE AVENUE GILLETTE WY 82718 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: POPOLARE VITA S.P.A. ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| VIATHON CAPITAL MASTER FUND, L.P. | DOUGLAS HIRSCH, ESQ. SADIS & GOLDBERG, LLP 551 5TH AVE 21ST FL NEW YORK NY 10176 |

Total Number of Records Printed         68

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153