UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                              Debtors.                             :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555 (JMP)) |
|---|---|
| Creditor Name and Address: | Lehman Brothers Real Estate Capital Partners III, L.P.<br>1271 Avenue of the Americas, 38th floor<br>New York, New York 10020<br>Attn: Judy Turchin and Ji Yeong Chu |
| Claim Number (if known): | 29380 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Not specified |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
|  | Authorized Signatory |
| Printed Name: | Dated: |
| Rodolpho Amboss |  |



FILED / RECEIVED
JUN 24 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

US_ACTIVE:¥43425334¥01¥73683.0932