UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                  :
                        Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555 (JMP)) |
| Creditor Name and Address: | Lehman Brothers Real Estate Offshore Capital Partners III, L.P. 1271 Avenue of the Americas, 38th floor New York, New York 10020 Attn: Judy Turchin and Ji Yeong Chu |
| Claim Number (if known): | 29381 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Not specified |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Authorized Signatory |
|---|---|
| Printed Name: Rodolpho Ambess | Dated: |



FILED / RECEIVED
JUN 2 4 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

US_ACTIVE:¥43425336¥01¥73683.0932