Walter B. Stuart, Esq.
Patrick D. Oh, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
520 Madison Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| Debtors. | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF RESPONSE OF SLB LEASING TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS) AND DECLARATION IN SUPPORT THEREOF**

PLEASE TAKE NOTICE that the Response to Debtors' Fifteenth Omnibus Objection To Claims (Foreign Currency Claims) filed by SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG [Dkt. No. 9637] and the Declaration of Patrick D. Oh in support thereof [Dkt. No. 9638] are hereby withdrawn.

Dated: New York, New York
June 24, 2010

                        FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                     /s/ Walter Stuart
                                  Walter B. Stuart, Esq.
                                  Patrick D. Oh, Esq.

520 Madison Avenue
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG and SLB Leasing-Fonds GmbH & Co Uranus KG*