SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Laurie R. Binder, Esq. (LB 0476)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 33519, 33520 AND 37326 FILED BY DEUTSCHE BANK TRUST COMPANY AMERICAS, AS INDENTURE TRUSTEE

Please note on the claims docket in the above-captioned cases that, pursuant to the Agreement (the "Agreement") among Fenway Capital, LLC, Fenway Funding, LLC, Hudson Capital Group, Inc., Deutsche Bank Trust Company Americas, in various capacities as listed in the Agreement, Lehman Brothers Holdings Inc., and Lehman Commercial Paper Inc., dated June 22, 2010, approved by the Bankruptcy Court by order dated May 13, 2010, Deutsche Bank Trust Company Americas, as Indenture Trustee, hereby withdraws Proof of Claim No. 33519 that it filed against Lehman Commercial Paper Inc. on September 21, 2009 and Proof of Claim Nos. 33520 and 37326 (amending Claim No. 33520) that it filed against Lehman Brothers Holding Inc. on September 21, 2009 and October 7, 2009, respectively.

Dated: New York, New York
June 25, 2010

        SEWARD & KISSEL LLP

By:    s/ Laurie R. Binder
       Laurie R. Binder (LB 0476)
       One Battery Park Plaza
       New York, NY  10004
       Telephone:  (212) 574-1586
       Facsimile: (212) 480-8421
       E-mail:  binder@sewkis.com

*Counsel to Deutsche Bank Trust Company Americas, as Indenture Trustee*

SK 00211 2413 1110817