**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
                                                                   :
          Debtors.                                             :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------x   Ref. Docket No. 9836

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2010, I caused to be served the "Notice of Withdrawal of Response of SLB Leasing to Debtors' Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) and Declaration in Support Thereof," dated June 24, 2010 [Docket No. 9836], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Sena Sengun*
Sena Sengun

Sworn to before me this
24th day of June, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\SLB Leasing Ntc of Withdrawal_DI 9836_AFF_6-24-10_KH.doc

**EXHIBIT A**

| | |
|---|---|
| FBD1- Docket No. 9836 6-24-10<br><br>OFFICE OF THE US TRUSTEE<br>ANDREW D VELEZ-RIVERA,<br>PAUL SCHWARTZBERG, BRIAN MASUMOTO,<br>LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 | FBD1- Docket No. 9836 6-24-10<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, LUC DESPINS,<br>WILBUR FOSTER, JR, DENNIS O'DONNELL,<br>ESQ., EVAN FLECK, ESQ.<br>(COUNSEL TO THE OFFICIAL COMMITTEE<br>OF UNSECURED CREDITORS)<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| FBD1- Docket No. 9836 6-24-10<br><br>UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 | FBD1- Docket No. 9836 6-24-10<br><br>WEIL, GOTSHAL & MANGES LLP<br>ATTN: CHRISTOPHER A. STAUBLE<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| FBD1- Docket No. 9836 6-24-10<br><br>INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007 | FBD1- Docket No. 9836 6-24-10<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS)<br>601 SOUTH FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES, CA 90017 |

# EXHIBIT B

**Email Service List**

aaaronson@dilworthlaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

avi.gesser@dpw.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

**Email Service List**

barbra.parlin@hklaw.com

bbisignani@postschell.com

bdk@schlamstone.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

Brendan.Collins@dlapiper.com

Brian.Corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

crogers@orrick.com

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

**Email Service List**

| | |
|---|---|
| cweber@ebg-law.com | dfelder@orrick.com |
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dladdin@agg.com |
| dbalog@intersil.com | dlemay@chadbourne.com |
| dbarber@bsblawyers.com | dlipke@vedderprice.com |
| dbaumstein@whitecase.com | dludman@brownconnery.com |
| dbesikof@loeb.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmurray@jenner.com |
| dckaufman@hhlaw.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | douglas.bacon@lw.com |
| ddavis@paulweiss.com | dove.michelle@dorsey.com |
| ddrebsky@nixonpeabody.com | dowd.mary@arentfox.com |
| ddunne@milbank.com | DPiazza@HodgsonRuss.com |
| deggermann@kramerlevin.com | dravin@wolffsamson.com |
| deggert@freebornpeters.com | drose@pryorcashman.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |
| deryck.palmer@cwt.com | drosner@goulstonstorrs.com |

**Email Service List**

| | |
|---|---|
| drosner@kasowitz.com | esmith@dl.com |
| dshemano@pwkllp.com | ezujkowski@emmetmarvin.com |
| dspelfogel@foley.com | ezweig@optonline.net |
| dtatge@ebglaw.com | fbp@ppgms.com |
| dwdykhouse@pbwt.com | feldsteinh@sullcrom.com |
| dwildes@stroock.com | ffm@bostonbusinesslaw.com |
| dworkman@bakerlaw.com | fhyman@mayerbrown.com |
| easmith@venable.com | fishere@butzel.com |
| echang@steinlubin.com | francois.janson@hklaw.com |
| ecohen@russell.com | frank.white@agg.com |
| efile@willaw.com | fsosnick@shearman.com |
| efleck@milbank.com | fyates@sonnenschein.com |
| efriedman@friedumspring.com | gabriel.delvirginia@verizon.net |
| egeekie@schiffhardin.com | gary.ticoll@cwt.com |
| eglas@mccarter.com | gbray@milbank.com |
| ehollander@whitecase.com | george.davis@cwt.com |
| ehret-vanhorn@mbaum.com | GGraber@HodgsonRuss.com |
| ekbergc@lanepowell.com | giddens@hugheshubbard.com |
| eli.mattioli@klgates.com | gkaden@goulstonstorrs.com |
| elizabeth.harris@klgates.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |

**Email Service List**

| | |
|---|---|
| harrisjm@michigan.gov | jamestecce@quinnemanuel.com |
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@morganlewis.com | jason.jurgens@cwt.com |
| heim.steve@dorsey.com | jay.hurst@oag.state.tx.us |
| heiser@chapman.com | jay@kleinsolomon.com |
| helmut.olivier@lehman.com | Jbecker@wilmingtontrust.com |
| hirsch.robert@arentfox.com | jbeemer@entwistle-law.com |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| ian.levy@kobrekim.com | jdyas@halperinlaw.net |
| icatto@kirkland.com | jean-david.barnea@usdoj.gov |
| igoldstein@dl.com | jeannette.boot@wilmerhale.com |
| ilevee@lowenstein.com | jeff.wittig@coair.com |
| info2@normandyhill.com | jeffrey.sabin@bingham.com |
| ira.herman@tklaw.com | jeldredge@velaw.com |
| isgreene@hhlaw.com | jen.premisler@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.demarco@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| jafeltman@wlrk.com | jessica.fink@cwt.com |
| james.mcclammy@dpw.com | jfalgowski@reedsmith.com |
| James.Sprayregen@kirkland.com | jfinerty@pfeiferlaw.com |

**Email Service List**

| | |
|---|---|
| jflaxer@golenbock.com | jmazermarino@msek.com |
| jfox@joefoxlaw.com | jmcginley@wilmingtontrust.com |
| jfreeberg@wfw.com | jmelko@gardere.com |
| jg5786@att.com | jmerva@fult.com |
| jgarrity@shearman.com | jmr@msf-law.com |
| jgenovese@gjb-law.com | john.mcnicholas@dlapiper.com |
| jguy@orrick.com | john.monaghan@hklaw.com |
| jherzog@gklaw.com | john.rapisardi@cwt.com |
| jhiggins@fdlaw.com | joli@crlpc.com |
| jhorgan@phxa.com | jorbach@hahnhessen.com |
| jhuggett@margolisedelstein.com | Joseph.Cordaro@usdoj.gov |
| jhuh@ffwplaw.com | joseph.scordato@dkib.com |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjureller@klestadt.com | JPintarelli@mofo.com |
| jkehoe@sbtklaw.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |

**Email Service List**

jtimko@allenmatkins.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

Lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

**Email Service List**

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mmendez@hunton.com

**Email Service List**

| | |
|---|---|
| mmickey@mayerbrown.com | nlepore@schnader.com |
| mmooney@deilylawfirm.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | oipress@travelers.com |
| mmurphy@co.sanmateo.ca.us | omeca.nedd@lovells.com |
| mneier@ibolaw.com | opetukhova@foley.com |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | patrick.oh@freshfields.com |
| mpfeifer@pfeiferlaw.com | patrick.schmitz-morkramer@lehman.com |
| mpucillo@bermanesq.com | paul.turner@sutherland.com |
| mrosenthal@gibsondunn.com | pbattista@gjb-law.com |
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| mschonholtz@willkie.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarren@mtb.com | pfeldman@oshr.com |
| ncoco@mwe.com | phayden@mcguirewoods.com |
| neal.mann@oag.state.ny.us | pmaxcy@sonnenschein.com |
| ned.schodek@shearman.com | pnichols@whitecase.com |
| newyork@sec.gov | ppascuzzi@ffwplaw.com |
| nfurman@scottwoodcapital.com | ppatterson@stradley.com |
| Nherman@morganlewis.com | psp@njlawfirm.com |
| nissay_10259-0154@mhmjapan.com | ptrostle@jenner.com |

**Email Service List**

| | |
|---|---|
| pwirt@ftportfolios.com | RLevin@cravath.com |
| pwright@dl.com | rmatzat@hahnhessen.com |
| r.stahl@stahlzelloe.com | rnetzer@willkie.com |
| raj.madan@bingham.com | rnies@wolffsamson.com |
| rajohnson@akingump.com | rnorton@hunton.com |
| ramona.neal@hp.com | robert.bailey@bnymellon.com |
| ranjit.mather@bnymellon.com | robert.dombroff@bingham.com |
| rbeacher@daypitney.com | robert.henoch@kobrekim.com |
| rbernard@bakerlaw.com | robert.malone@dbr.com |
| rbyman@jenner.com | Robert.yalen@usdoj.gov |
| rchoi@kayescholer.com | robertdakis@quinnemanuel.com |
| rdaversa@orrick.com | Robin.Keller@Lovells.com |
| relgidely@gjb-law.com | ronald.silverman@bingham.com |
| rfleischer@pryorcashman.com | rqureshi@reedsmith.com |
| rfrankel@orrick.com | rreid@sheppardmullin.com |
| rfriedman@silvermanacampora.com | rroupinian@outtengolden.com |
| rgmason@wlrk.com | rrussell@andrewskurth.com |
| rgraham@whitecase.com | rterenzi@stcwlaw.com |
| rhett.campbell@tklaw.com | RTrust@cravath.com |
| RHS@mccallaraymer.com | russj4478@aol.com |
| richard.lear@hklaw.com | rwasserman@cftc.gov |
| richard.levy@lw.com | rwyron@orrick.com |
| richard.tisdale@friedfrank.com | s.minehan@aozorabank.co.jp |
| ritkin@steptoe.com | sabin.willett@bingham.com |
| RJones@BoultCummings.com | sabramowitz@velaw.com |

**Email Service List**

| | |
|---|---|
| sagolden@hhlaw.com | slerner@ssd.com |
| Sally.Henry@skadden.com | SLoden@DiamondMcCarthy.com |
| sandyscafaria@eaton.com | smayerson@ssd.com |
| Sara.Tapinekis@cliffordchance.com | smillman@stroock.com |
| sbernstein@hunton.com | smulligan@bsblawyers.com |
| scargill@lowenstein.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |
| Schepis@pursuitpartners.com | spiotto@chapman.com |
| schnabel.eric@dorsey.com | splatzer@platzerlaw.com |
| schristianson@buchalter.com | squigley@lowenstein.com |
| Scott.Gibson@dubaiic.com | SRee@lcbf.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | steele@lowenstein.com |
| sehlers@armstrongteasdale.com | stephanie.wickouski@dbr.com |
| sfelderstein@ffwplaw.com | steve.ginther@dor.mo.gov |
| sfineman@lchb.com | steven.perlstein@kobrekim.com |
| sfox@mcguirewoods.com | steven.wilamowsky@bingham.com |
| sgordon@cahill.com | Streusand@StreusandLandon.com |
| sgubner@ebg-law.com | susan.schultz@newedgegroup.com |
| sharbeck@sipc.org | susheelkirpalani@quinnemanuel.com |
| shari.leventhal@ny.frb.org | swolowitz@mayerbrown.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |

**Email Service List**

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp