UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF W. TIMOTHY MILLER

UPON the motion of W. Timothy Miller dated June 2, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that W. Timothy Miller is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 25, 2010

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE