

# Solidus Securities S.A.

MEMBER OF THE ATHENS STOCK EXCHANGE
MEMBER OF THE ATHENS DERIVATIVES EXCHANGE
MEMBER OF EUREX - MEMBER OF A.DE.C.H

Athens, 1st June  2010
Ref. no.: 129

The Honorable James M.  Peck,
One Bowling Green, New York,
New York 10004, Courtroom 601



RECEIVED
JUN  7 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:
LEHMAN BROTHERS HOLDING INC., et al.,
Debtors: LEHMAN BROTHERS TSY BV
Chapter 11 Case No.
08-13555(JMP)
 Jointly Administered
Foreign Currency and no Documentation Claim
Name of Claimants
JOHN LIVADITIS
ANGELIKI PSAROUDAKI
IFIGENEIA GEORGILI-GENIGEORGIOU
ILIAS FAMELOS
THEODOROS SPIRATOS
GEORGIOS LAGADINOS
LEDA PAPADOPOULOU
KONSTANTINOS KOKONAS

Dear Sir/Madam,

Several of our clients, holding Bonds of Lehman Brothers who filed claims on
18/09/2009, received a letter from the Weil & Gotshal, the law firm that represents
Lehman Brothers, which stated that our clients' claims were not valid since the
amount of claim was not denominated in U.S. Dollars.

Our clients have decided to resubmit their claims in U.S. Dollars. As they were told
from one of your colleagues, they used the prevailing exchange rate of 1.4711



## SolidUS Securities S.A.

MEMBER OF THE ATHENS STOCK EXCHANGE
MEMBER OF THE ATHENS DERIVATIVES EXCHANGE
MEMBER OF EUREX - MEMBER OF A.DE.C.H

(USD/EUR). This is the cross-rate on Bloomberg on 18/09/2009, the date the claims were filed by our clients.

In addition our clients are submitting, supplemental documentation (in Greek) proving that they have purchased these bonds from Artion Securities that was acquired on 22/05/2009 by Solidus Securities. Solidus Securities representative verifies by signing and sealing the document that they are true copies of the original that we hold in our files.

We would appreciate to contact us if you need any additional information that we can provide on behalf of our clients or if there is any other reason that we can be helpful.

Contact Name:       Stratis Polychroneas
                    Solidus Securities
                    L. Riankour 64, 11523
                    Athens, Greece
                    Phone: +30 210 6900659
                    Fax:    +30 210 6925260
                    e-mail: s.polychroneas@solidus.gr

Kind Regards,

SOLIDUS SECURITIES S.A.
64, LOYIZA RIANCOUR , ATHENS
ZIP CODE 115 23
TEL: 0030 10.6925500
FAX: 0030 10.6985421
TAX ID No 099555553

Elias Vongelis
General Manager

Enclosed: Proofs of Claims with supporting documentation for each claimant.

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROS. TSY BV | 08-13555 (JMP) |

## PROOF OF CLAIM

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

JOHN LIVADITIS
1 PELLIS STR
145 61 ATHENS, KIFISSIA
john.leivoditis @gmail.com
Telephone number: 0030 - 2106233982    Email address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
*(If known)*

Filed on: 18/9/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 205.984 *
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** PURCHASE OF BONDS
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ISIN XS0229584296
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**Amount entitled to priority:**

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: 3/5/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Bloomberg cross rate 18/9/2009 : 1.4711

# ARTION

**Χρηματιστηριακή Α.Ε.Π.Ε.Υ.**
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 20195 στο όνομα ΛΕΙΒΑΔΙΤΗΣ Θ. ΙΩΑΝΝΗΣ, Α.Δ.Τ. Κ070673, Α.Φ.Μ. 000572966 την 3/10/2005 με το ποσό των 139.300,00 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 3.174

| | |
|---|---|
| Εκδότης : | LEHMAN BROTHERS TSY BV 7.25% 05/10/2035 |
| ISIN : | XS0229584296 |
| Νόμισμα : | EUR |
| Ημ/νία εκκαθάρισης : | 5/10/2005 |
| Ημ/νία έκδοσης : | 5/10/2005 |
| Ημ/νία λήξης : | 5/10/2035 |
| Κουπόνι : | 7,250000 % |
| Καθαρή Αξία : | 99,5000 |
| Ονομαστική Αξία : | 140.000,00 € |
| Αξία Κεφαλαίου : | 139.300,00 € |
| Δεδουλευμένοι Τόκοι : | 0,00 € |
| Συνολική Αξία : | 139.300,00 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη

SOLIDUS SECURITIES S.A.
64, LOYIZI RANCOUR , ATHENS
ZIP CODE     23
TEL. 0030     6925500
FAX. 0030     6985421
TAX ID N    099555553

Elias Vongelis
General Manager

Για την ARTION ΑΧΕΠΕΥ

ARTION ΧΡΗΜΑΤΙΣΤΗΡΙΑΚΗ ΑΕ.Π.Ε.Υ
ΣΙΝΑ 4 - ΑΘΗΝΑ 106 72
ΑΦΜ: 099370208 - ΔΟ
ΤΗΛ. 36 71 700     FAX: 36



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΓΙΑ ΣΥΝΑΛΛΑΓΗ ΕΠΙ ΟΜΟΛΟΓΩΝ ΣΤΗΝ ΔΙΑΤΡΑΠΕΖΙΚΗ ΑΓΟΡΑ

**Εντολή πελάτη για:**  α. ΑΓΟΡΑ ΟΜΟΛΟΓΟΥ ......... ... Χ ... .......... ..

β. ΠΩΛΗΣΗ ΟΜΟΛΟΓΟΥ ...... ... ..........

**Κωδικός πελάτη στην ARTION ΑΧΕΠΕΥ:**  20195

| Όνομα Εκδότη: | **LEHMAN BROS CAP FUND II** |
|---|---|
| ISIN: | **XS0229584296** |
| Αξιολόγηση Moody's: | A1e |
| Νόμισμα: | EUR |
| Ημερομηνία  εκκαθάρισης: | **5/10/2005** |
| Ημερομηνία  έκδοσης: | 5/10/2005 |
| Ημερομηνία  λήξης: | 5/10/2035 |
| Ημερομηνία  ανάκλησης: | 5/10/2010 |
| Κουπόνι: | 7.25% till 10/10; Thereafter 4*(10yr €cms-2yr €cms) min:1% max:9% |
| Καθαρή Τιμή: | 99.50 |
| Ονομαστική αξία: | € 140.000 |
| Αξία κεφαλαίου: | € 139.300,00 |
| Δεδουλευμένοι Τόκοι: | € 0.00 |
| Συνολική αξία: | € 139.300,00 |

**Ημερομηνία εντολής:**  29 Σεπτεμβρίου 2005

**Υπογραφή Πελάτη**

SOLIDUS SECURITIES S.A.
64, LOYIZIS RANCOUR , ATHENS
ZIP CODE AV 188 5500
TEL. 0030 108965421
FAX: 0030 108965553
TAX ID No

Elias Vongelis
General Manager

| **United States Bankruptcy Court/Southern District of New York** | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,  Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,  Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC,  Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROS. TSY BV | 08-13555 (JMP) |

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ANGELIKI PSAROUDAKI
DODEKANISSOU 13
14562 KIFISSIA , ATHENS
angelpsar@hotmail.com

Telephone number: 0030- 210 8086073    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 18/09/2009

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.  Amount of Claim as of Date Case Filed:** $ 147.110 *
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

**2.  Basis for Claim:**  PURCHASE OF BONDS
(See instruction #2 on reverse side.)

**3.  Last four digits of any number by which creditor identifies debtor:** ISIN XS0229584296
**3a.  Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4.  Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**7.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.  Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: 3/5/2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Bloomberg Gross Rate 18/9/2007 : 1.4711.



# ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 20221 στο όνομα ΨΑΡΟΥΔΑΚΗ Γ.
ΑΓΓΕΛΙΚΗ, Α.Δ.Τ. I057822, Α.Φ.Μ. 065980660 την 3/10/2005 με το ποσό των 99.500,00 € από την Αγορά
των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης :3.186

| | |
|---|---|
| Εκδότης : | LEHMAN BROS STR 7.25% 10/35 |
| ISIN : | XS0229584296 |
| Νόμισμα : | EUR |
| Ημ/νία εκκαθάρισης : | 5/10/2005 |
| Ημ/νία έκδοσης : | 5/10/2005 |
| Ημ/νία λήξης : | 5/10/2035 |
| Κουπόνι : | 7,250000 % |
| Καθαρή Αξία : | 99,5000 |
| Ονομαστική Αξία : | 100.000,00 € |
| Αξία Κεφαλαίου : | 99.500,00 € |
| Δεδουλευμένοι Τόκοι : | 0,00 € |
| Συνολική Αξία : | 99.500,00 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα
(HypoVereinsbank)

Για τον πελάτη                                          Για την ARTION ΑΧΕΠΕΥ





**ΓΙΑ ΣΥΝΑΛΛΑΓΗ ΕΠΙ ΟΜΟΛΟΓΩΝ ΣΤΗΝ ΔΙΑΤΡΑΠΕΖΙΚΗ ΑΓΟΡΑ**

_Εντολή πελάτη για:_    α. ΑΓΟΡΑ ΟΜΟΛΟΓΟΥ .......... ... X ... .......... ..

β. ΠΩΛΗΣΗ ΟΜΟΛΟΓΟΥ ...... ... ..........

_Κωδικός πελάτη στην ARTION ΑΧΕΠΕΥ:_    _90221_

| | |
|---|---|
| Όνομα Εκδότη: | **LEHMAN BROS CAP FUND II** |
| ISIN: | **XS0229584296** |
| Αξιολόγηση Moody's: | A1e |
| Νόμισμα: | EUR |
| Ημερομηνία  εκκαθάρισης: | **5/10/2005** |
| Ημερομηνία  έκδοσης: | 5/10/2005 |
| Ημερομηνία  λήξης: | 5/10/2035 |
| Ημερομηνία  ανάκλησης: | 5/10/2010 |
| Κουπόνι: | 7.25% till 10/10; Thereafter 4*(10yr €cms-2yr €cms) min:1% max:9% |
| Καθαρή Τιμή: | 99.50 |
| Ονομαστική αξία: | € 100.000 |
| Αξία κεφαλαίου: | € 99.500,00 |
| Δεδουλευμένοι Τόκοι: | € 0.00 |
| Συνολική αξία: | **€ 99.500,00** |

_Ημερομηνία εντολής:_  30 Σεπτεμβρίου 2005

SOLIDUS SECURITIES S.A.
64, LOYIZIS RIANCOUR , ATHENS
ZIP CODE 11521
TEL. 003010 8055590
FAX: 003010 8055421
TAX ID No 09585553

**Υπογραφή Πελάτη**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,   Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,   Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

Name of Debtor Against Which Claim is Held | Case No. of Debtor

LEHMAN BROTHERS TSY BV    08-13555 (JHP)

# PROOF OF CLAIM

### THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

IFIGENEIA GEORGILI-GENIGEORGIOU
27, STROFILIOU STR
KIFISSIA 14561
0030- 2106072050

Telephone number: 2106072050    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(if known)*

Filed on: 18/9/2009

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  **Amount of Claim as of Date Case Filed:** $ 147.110 *
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2.  **Basis for Claim:** PURCHASE OF BONDS
(See instruction #2 on reverse side.)

3.  **Last four digits of any number by which creditor identifies debtor:** ISIN XS0229584206
  3a.  Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4.  **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6.  **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**Amount entitled to priority:**
$_____

7.  **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements.
Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date:
3/5/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Bloomberg cross rate 18/9/2009 : 1.4711

# ARTION

Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

**ΓΙΑ ΣΥΝΑΛΛΑΓΗ ΕΠΙ ΟΜΟΛΟΓΩΝ ΣΤΗΝ ΔΙΑΤΡΑΠΕΖΙΚΗ ΑΓΟΡΑ**

**Εντολή πελάτη για:**   α. ΑΓΟΡΑ ΟΜΟΛΟΓΟΥ ......... ... Χ ... ......... ..

β. ΠΩΛΗΣΗ ΟΜΟΛΟΓΟΥ ...... ... ..........

**Κωδικός πελάτη στην ARTION ΑΧΕΠΕΥ:** ...70220...

| | |
|---|---|
| Όνομα Εκδότη: | **LEHMAN BROS CAP FUND II** |
| ISIN: | **XS0229584296** |
| Αξιολόγηση Moody's: | A1e |
| Νόμισμα: | EUR |
| Ημερομηνία εκκαθάρισης: | **5/10/2005** |
| Ημερομηνία έκδοσης: | 5/10/2005 |
| Ημερομηνία λήξης: | 5/10/2035 |
| Ημερομηνία ανάκλησης: | 5/10/2010 |
| Κουπόνι: | 7.25% till 10/10; Thereafter 4*(10yr €cms-2yr €cms) min:1% max:9% |
| Καθαρή Τιμή: | 99.50 |
| Ονομαστική αξία: | € 100.000 |
| Αξία κεφαλαίου: | € 99.500,00 |
| Δεδουλευμένοι Τόκοι: | € 0.00 |
| Συνολική αξία: | € 99.500,00 |

**Ημερομηνία εντολής:** 30 Σεπτεμβρίου 2005

**Υπογραφή Πελάτη**

SOLIDUS SECURITIES S.A.
64, LOYIZI RIANCOUR , ATHENS
ZIP CODE 11523
TEL. 003010.6925500
FAX. 003010.6985421
TAX ID No 099555553



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 20220 στο όνομα ΓΕΝΗΓΕΩΡΓΙΟΥ Θ. ΙΦΙΓΕΝΕΙΑ, Α.Δ.Τ. Θ955705, Α.Φ.Μ. 063427686 την 3/10/2005 με το ποσό των 99,500,00 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 3.187

| | |
|---|---|
| Εκδότης : | LEHMAN BROS STR 7.25% 10/35 |
| ISIN : | XS0229584296 |
| Νόμισμα : | EUR |
| Ημ/νία εκκαθάρισης : | 5/10/2005 |
| Ημ/νία έκδοσης : | 5/10/2005 |
| Ημ/νία λήξης : | 5/10/2035 |
| Κουπόνι : | 7,250000 % |
| Καθαρή Αξία : | 99,5000 |
| Ονομαστική Αξία : | 100,000,00 € ✳ |
| Αξία Κεφαλαίου : | 99,500,00 € |
| Δεδουλευμένοι Τόκοι : | 0,00 € |
| Συνολική Αξία : | 99,500,00 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη                                          Για την ARTION ΑΧΕΠΕΥ

SOLIDUS SECURITIES S.A.
64, LOYIZIS RIANGOUR , ATHENS
ZIP CODE 115 21
TEL: 003010.6974500
FAX: 003010.6984421
TAX ID No 099565553
...ies Vongelis
...Manager

ARTION ΧΡΗΜΑΤΙΣΤΗΡΙΑΚΗ Α.Ε.Π.Ε.Υ
ΣΙΝΑ 4 - ΑΘΗΝΑ 106 72
ΑΦΜ 099370208 - ΔΟΥ: Γ΄ΑΕΞ ΑΘΗΝΩΝ
ΤΗΛ 36 71 700 - FAX: 36 22 664

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC, Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC, Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

Name of Debtor Against Which Claim is Held | Case No. of Debtor
**LEHMAN BROS.TSVBV  08-13555 (JMP)**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**ILIAS FAMELOS
4 STRAVONOS STR
16674 GLYFADA , ATHENS , GREECE
0030. 2109681138   ifamelos@gmail.com**

Telephone number: | Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: **18/9/2009**

Name and address where payment should be sent (if different from above)

**Same**

Telephone number: | Email Address: **Same**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed: $ ___73,555 *___**
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

**2. Basis for Claim: PURCHASE OF BONDS**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor: ISIN  XS0229584296**
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $ _____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____**
(See instruction #6 on reverse side.)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ _____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: **31/5/2010**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**\* Bloomberg  cross rate  18/9/2009 : 1,4711**



# ARTION
### Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 3060 στο όνομα ΦΑΜΕΛΟΣ Π. ΗΛΙΑΣ, Α.Δ.Τ. Μ171057, Α.Φ.Μ. 025213476 την 13/04/2007 με το ποσό των 36,686.64 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 7,806

| | |
|---|---:|
| **Εκδότης :** | LEHMAN BROS STR 7.25% 10/35 |
| **ISIN :** | XS0229584296 |
| **Νόμισμα :** | EUR |
| **Ημ/νία εκκαθάρισης :** | 18/04/2007 |
| **Ημ/νία έκδοσης :** | 05/10/2005 |
| **Ημ/νία λήξης :** | 05/10/2035 |
| **Κουπόνι :** | 7.250000 % |
| **Καθαρή Αξία :** | 69.5000 |
| **Ονομαστική Αξία :** | 50,000.00 € |
| **Αξία Κεφαλαίου :** | 34,750.00 € |
| **Δεδουλευμένοι Τόκοι :** | 1,936.64 € |
| **Συνολική Αξία :** | 36,686.64 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη

SOLIDUS SECURITIES S.A.
54, LOYIZIS RIANCOUR , ATHENS
ZIP CODE 11523
TEL .0030 10 6925500
FAX .0030 10 6985421
Tax ID No 099585553

Elias Vongelis
General Manager

Για την ARTION ΑΧΕΠΕΥ

ARTION ΧΡΗΜΑΤΙΣΤΗΡΙΑΚΗ Α.Ε.Π.Ε.Υ.
ΖΙΝΑ ΦΛΑΘΗΝΑ 106 72
ΑΦΜ: 099370208 - ΔΟΥ: ΦΑΕΕ ΑΘΗΝΩΝ
ΤΗΛ.: 210-3671700 - FAX: 210-362200

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,  Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,  Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

Name of Debtor Against Which Claim is Held
LEHMAN BROTHERS TSY BV

Case No. of Debtor
08-13555 (JMP)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

THEODOROS SPIRATOS
99 ISMINIS STR.
10443 ATHENS GREECE
Telephone number: 0030 210 5130186  Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: 18/9/2009

Name and address where payment should be sent (if different from above)

SAME

Telephone number:          Email Address: SAME

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 147,110.— *
If all or part of your claim is secured, complete Item 4 below; however, if any part of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** PURCHASE OF BONDS
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____ 4296
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Bloomberg Rate 18/9/2009: 1,4711



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 2334 στο όνομα ΣΠΥΡΑΤΟΣ Ι. ΘΕΟΔΩΡΟΣ, Α.Δ.Τ. Λ038849, Α.Φ.Μ. 002294910 την 02/10/2006 με το ποσό των 81,100,00 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 5.956

| | |
|---|---|
| **Εκδότης :** | LEHMAN BROS STR 7.25% 10/35 |
| **ISIN :** | XS0229584296 |
| **Νόμισμα :** | EUR |
| **Ημ/νία εκκαθάρισης :** | 05/10/2006 |
| **Ημ/νία έκδοσης :** | 05/10/2005 |
| **Ημ/νία λήξης :** | 05/10/2035 |
| **Κουπόνι :** | 7,250000 % |
| **Καθαρή Αξία :** | 81,1000 |
| **Ονομαστική Αξία :** | 100,000,00 € |
| **Αξία Κεφαλαίου :** | 81,100,00 € |
| **Δεδουλευμένοι Τόκοι :** | 0,00 € |
| **Συνολική Αξία :** | 81,100,00 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη                                     Για την ARTION ΑΧΕΠΕΥ

SOLIDUS SECURITIES S.A.
64, LOYIZIS RIANCOUR , ATHENS
ZIP CODE 11523
TEL. 0030101625500
FAX. 0030101645421
TAX ID No 099255553

Elias Vongelis
General Manager

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,   Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,   Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROTHERS TSY BV | 08 - 13555 (JMP) |

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

GEORGIOS LAGADINOS
12 NEAS HALKIDONOS STR.
17234 DAPHNI, ATHENS, GREECE

Telephone number: 0030 2109013845   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 18/9/2009

Name and address where payment should be sent (if different from above)

SAME

Telephone number: _____   Email Address: SAME

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 44,133.- *
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

**2. Basis for Claim:** PURCHASE OF BONDS
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____ 4296
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: _____
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$_____

**FOR COURT USE ONLY**

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

\* Bloomberg Rate 18/9/2009 : 1.471



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 2349 στο όνομα ΛΑΓΚΑΔΙΝΟΣ Α. ΓΕΩΡΓΙΟΣ, Α.Δ.Τ. Μ125673, Α.Φ.Μ. 031058034 την 3/10/2005 με το ποσό των 30.060,00 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 3.183

| | |
|---|---|
| Εκδότης : | LEHMAN BROTHERS TSY BV 7.25% 05/10/2035 |
| ISIN : | XS0229584296 |
| Νόμισμα : | EUR |
| Ημ/νία εκκαθάρισης : | 5/10/2005 |
| Ημ/νία έκδοσης : | 5/10/2005 |
| Ημ/νία λήξης : | 5/10/2035 |
| Κουπόνι : | 7,250000 % |
| Καθαρή Αξία : | 100,2000 |
| Ονομαστική Αξία : | 30.000,00 € |
| Αξία Κεφαλαίου : | 30.060,00 € |
| Δεδουλευμένοι Τόκοι : | 0,00 € |
| Συνολική Αξία : | 30.060,00 € |

Οι παραπάνω άυλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη

SOLIDUS SECURITIES S.A.
64, LOYIZIS RIANCOUR , ATHENS
ZIP CODE 11500
TEL. 0030107  500
FAX. 0030107  421
TAX ID No 09  5553

Elias Vongelis
General Manager

Για την ARTION ΑΧΕΠΕΥ

ARTION ΧΡΗΜΑΤΙΣΤΗΡΙΑΚΗ Α.Ε.Π.Ε.Υ
ΣΙΝΑ 4 - ΑΘΗΝΑ 106 72
ΑΦΜ 099970208 - ΔΟΥ ΦΑΕΕ ΑΘΗΝΩΝ
ΤΗΛ. 36 71 700    FAX 36 22 364

**PROOF OF CLAIM**

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC,  Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC,  Chapter 11 Case No. 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROTHERS TSY BV | 08 - 13555 (JMP) |

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LEDA PAPADOPOULOU
7 EPTALOFOU STR.
15124 MAROUSI
GREECE
Telephone number: 0030210 6109660    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 18/9/2009

Name and address where payment should be sent (if different from above)

SAME

Telephone number:    Email Address:    SAME

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1.  **Amount of Claim as of Date Case Filed:** $ 257,442.50 *
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2.  **Basis for Claim:** PURCHASE OF BONDS
(See instruction #2 on reverse side.)

3.  **Last four digits of any number by which creditor identifies debtor:** 4296
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4.  **Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

6.  **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

5.  **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

7.  **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.  **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Bloomberg Rate 18/9/2009: 1,4711.



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 13289 στο όνομα ΠΑΠΑΔΟΠΟΥΛΟΥ Α. ΛΗΔΑ, Α.Δ.Τ. Φ090340, Α.Φ.Μ. 026893137 την 02/10/2006 με το ποσό των 141.925,00 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 5.954

| | |
|---|---|
| **Εκδότης :** | LEHMAN BROS STR 7.25% 10/35 |
| **ISIN :** | XS0229584296 |
| **Νόμισμα :** | EUR |
| **Ημ/νία εκκαθάρισης :** | 05/10/2006 |
| **Ημ/νία έκδοσης :** | 05/10/2005 |
| **Ημ/νία λήξης :** | 05/10/2035 |
| **Κουπόνι :** | 7,250000 % |
| **Καθαρή Αξία :** | 81,1000 |
| **Ονομαστική Αξία :** | 175.000,00 € |
| **Αξία Κεφαλαίου :** | 141.925,00 € |
| **Δεδουλευμένοι Τόκοι :** | 0,00 € |
| **Συνολική Αξία :** | 141.925,00 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη                                                                 Για την ARTION ΑΧΕΠΕΥ

SOLIDUS SECURITIES S.A.
64, LOYIZIS RIANCOUR , ATHENS
ZIP CODE 11523
TEL. 00301 6925500
FAX: 00301 6985421
TAX ID N 093555553

Elias Vongelis
General Manager

Fax from : 00302851022353

| United States Bankruptcy Court/Southern District of New York | PROOF OF CLAIM |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Merit, LLC.  Chapter 11 Case No. 09-17331 (JMP)
In Re: LB Somerset LLC.  Chapter 11 Case No 0917503 (JMP)
In Re: LB Preferred Somerset LLC, Chapter 11 Case No. 09-17505 (JMP)

Name of Debtor Against Which Claim is Held: **LEHMAN BROTHERS TSY BV**
Case No. of Debtor: **08-13555 (JMP)**

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**KONSTANTINOS KOKONAS
PAPANASTASIOU 18
RETHYMNO 74100
GREECE
0030 9831027401   www.armenistis2@hotmail.com**

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: **000024315**
(If known)
Filed on: **18/09/2009**

Name and address where payment should be sent (if different from above)

**SAME              SAME**

Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **13.555 \***
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **PURCHASE OF BONDS**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **ISIN XS0229584296**
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $ _____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____   Basis for perfection: _____
Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date: **31/05/2010**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**KONSTANTINOS KOKONAS**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**\* Bloomberg cross rate 18/9/2009 : 1,4711**



**ARTION**
Χρηματιστηριακή Α.Ε.Π.Ε.Υ.
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΑΞΙΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ ΧΡΗΜΑΤΙΣΤΗΡΙΟΥ ΠΑΡΑΓΩΓΩΝ ΑΘΗΝΩΝ
ΜΕΛΟΣ ΤΟΥ EUREX

## ΑΠΟΔΕΙΞΗ ΧΡΕΩΣΗΣ ΓΙΑ ΑΓΟΡΑ ΟΜΟΛΟΓΩΝ ΑΠΟ ΤΗΝ ΠΡΩΤΟΓΕΝΗ / ΔΕΥΤΕΡΟΓΕΝΗ ΑΓΟΡΑ

Η ARTION ΑΧΕΠΕΥ χρεώνει τον επενδυτικό λογαριασμό 14127 στο όνομα ΚΟΚΟΝΑΣ Ν. ΚΩΝ/ΝΟΣ, Α.Δ.Τ. Λ992155, Α.Φ.Μ. 099121935 την 26/10/2006 με το ποσό των 50,258.22 € από την Αγορά των παρακάτω τίτλων σταθερού εισοδήματος με αριθμό πράξης : 6,177

| | |
|---|---|
| Εκδότης : | LEHMAN BROS STR 7.25% 10/35 |
| ISIN : | XS0229584296 |
| Νόμισμα : | EUR |
| Ημ/νία εκκαθάρισης : | 31/10/2006 |
| Ημ/νία έκδοσης : | 05/10/2005 |
| Ημ/νία λήξης : | 05/10/2035 |
| Κουπόνι : | 7.250000 % |
| Καθαρή Αξία : | 100.0000 |
| Ονομαστική Αξία : | 50,000.00 € |
| Αξία Κεφαλαίου : | 50,000.00 € |
| Δεδουλευμένοι Τόκοι : | 258.22 € |
| Συνολική Αξία : | 50,258.22 € |

Οι παραπάνω άϋλοι τίτλοι φυλάσσονται στον λογαριασμό του πελάτη που τηρείται στο θεματοφύλακα (HypoVereinsbank)

Για τον πελάτη                                                     Για την ARTION ΑΧΕΠΕΥ

SECURITIES S.A.
BANCOURT , ATHENS
23
ZIP COD... 06925500
TEL 0030 6985421
FAX... 0030 089555653
Elias Vongelis
General Manager