

**MARIE and ANDRÉ LAURENDEAU**
1634 Selkirk Ave. #1
Montreal, Quebec
Canada H3H 1C8

Phone; 514-939-0116/514-989-9803, e-mail; laurendeau@yahoo.com

June 1st 2010, without prejudice

Honorable James M. Peck
One Bowling Green
Court room 601
New York, New York
USA, 10004

Reference; Lehman Brothers Holdings Inc.  Chapter 11 case # 08-13555 (JMP)

Gentlemen,

We disagree with the disallowance dated May 18th, 2010 of our claim of $20,000cdn for Lehman Bros. Hldgs. senior unsecured notes 4.73%  June 1, 2011.

As per your notice of objection to claims, we hereby submitt the requested information as follows:

1- United States Bankruptcy Court Southern District of New York,
   Lehman Brothers Holdings Inc.
   Case # 08-13555 (JMP)
   Title; Notice of Hearing on Debtor's Fourtheent Omnibus Objection to Claims
(Amended and Superceded Claims)

2- Marie Laurendeau is the rightful owner of $20,517cdn original value of Lehman Bros Hldgs senior unsecured notes, 4.73% June 1, 2011. These notes were purchased by RBC Investissements (RBC), on March 28 2007 and on April 18 2007. A copy of a letter and statements from Mr. Terrence Galarneau, Vice president of RBC dated July 27 2009 confirming these purchases as sufficient proof and information required for the proper completion and filling out of your proof of claim form are enclosed herewith. We have therefore sent your notice of objection to claims dated May 18 2010 to RBC and asked RBC to submitt the required information so that we can participate in the eventual distribution of the funds to the note holders.

These unsecured notes were transferred from RBC account # 321-155337-001 to TD Waterhonse  account # 344299$^E$ in the name of André Laurendeau on February 19 2008 as per enclosed statement and subsequently during 2008, they were transferred to account 347177$^E$ in the name of Marie Laurendeau. The latest statement of Marie Laurendeau dated May 28 2010 shows these securities having a market value of $4,600. We tried to sell them, however we were unable to because there is simply no market for them.

Tel; 514-939-0116          Cel; 514-758-1634          E-Mail; laurendeau@yahoo.com

3- This claim should not be disallowed, expunged, etc., because surely these Securities are authentic and valid having been purchased in good faith by RBC Investissements a subsidiary of the Royal Bank of Canada. As a matter of fact, the information provided by RBC in July 2009 was used in the submission of our revised claim # 8267 dated August 4 2009 and filed at your court on August 14 2009 under debtor 08-13555.

The first proof of claim # 104 was filed in October 2008 but was rejected and subsequently the revised claim # 8267 was filed in August 2009.

We have done everything within our ability in order to submitt a valid proof of our claim and as a last resort we have formally notified RBC about this situation so that the proofs and information can be submitted by the deadline of June 17 2010.

Should you wish to discuss this matter, please feel free to contact us at the adresses and phone numbers listed on the letterhead.

Yours truly,

André Laurendeau

Marie Laurendeau

Copies to: Weil Gotshal & Manges LLP 767 Fith Ave. New York, New York, 10153, Attention Shai Waisman

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY, 10004, attention Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, Tracy Hope Davis

Millbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhatan Plaza, New York, NY, 10005, attention Dennis F Dunne, Dennis O'Connell, Evan Fleck

Tel; 514-939-0116          Cel; 514-758-1634          E-Mail; laurendeau@yahoo.com



**RBC Phillips, Hager & North**
**Services-conseils en placements**ᶦⁿᶜ

RBC Phillips, Hager & North
Services-conseils en placements Inc.
1 Place Ville-Marie
6e étage, aile est
Montréal, (Qc) H3B 1Z5

Tél. :   514 876-7747
          1 800 461-1071
Téléc. : 514 876-2778

*27 juillet 2009*

#2

M. André Laurendeau
Mme. Marie Laurendeau
1634 rue Selkirk #2
Montréal, Québec
H3H 1C8

*Objet : Lehman Brothers Holdings*

Madame, Monsieur,

Nous accusons réception de votre lettre du 14 juillet 2009 adressée à Terrence Galarneau de RBC Phillips, Hager & North Services-conseils en placements inc.

Ci-joints vous trouverez vos relevés de portefeuille pour la période du 1ᵉʳ janvier 2007 au 31 mars 2007, ainsi que la période du 1ᵉʳ avril au 30 juin 2007. Les deux relevés démontrent clairement les transactions d'achat des obligations de Lehman Brothers. Ceci devrait constituer une preuve suffisante d'achat du placement en question pour que vous puissiez soumettre votre "proof of claim".

Salutations,

*pour Terrence Galarneau*

Terrence Galarneau
Vice-président et Gestionnaire de portefeuilles

## DÉTAILS DE VOS OPÉRATIONS - SUITE

### Achats - suite

| DATE | DESCRIPTION | QUANTITÉ | PRIX PAR PART | INTÉRÊTS COURUS ($ CAD) | COMMISSIONS ($ CAD) | AUTRES COÛTS ($ CAD) | TOTAL ($ CAD) |
|---|---|---|---|---|---|---|---|
| | COPERNICAN INTL FINL PRF SPLIT SHS | 170 | 10,10 | 0,00 | 5,10 | 0,00 | 1 722,10 |
| | WALT DISNEY CO COMMON | 50 | 34,96 US | 0,00 US | 0,29 | 0,00 | 2 024,47 |
| | BROOKFIELD PPTY CL AAA PRF SHS SER J | 400 | 26,05 | 0,00 | 8,00 | 0,00 | 10 428,00 |
| | ANHEUSER BUSCH COS COMMON | 50 | 50,78 US | 0,00 US | 0,29 | 0,00 | 2 940,45 |
| | BCE INC PRF SR R 6.174% CV | 400 | 25,50 | 0,00 | 8,00 | 0,00 | 10 208,00 |
| | AT&T INC COMMON | 40 | 38,92 US | 0,00 US | 0,23 | 0,00 | 1 803,01 |
| 28 mars | CDN IMP BANK COMMERC COMMON | 75 | 101,09 | 0,00 | 0,37 | 0,00 | 7 582,12 |
| | CANCAP PREFERRED PREFERRED 5.40% | 400 | 25,30 | 0,00 | 2,00 | 0,00 | 10 122,00 |
| | BARRICK GOLD CORP COMMON | 150 | 33,55 | 0,00 | 0,75 | 0,00 | 5 033,28 |
| | CGI GROUP INC CLASS A SUB VTG | 350 | 10,04 | 0,00 | 1,75 | 0,00 | 3 515,75 |
| | WESTJET AIRLINES COMMON | 235 | 15,25 | 0,00 | 1,18 | 0,00 | 3 584,93 |
| | RESEARCH IN MOTION COMMON | 50 | 158,34 | 0,00 | 0,25 | 0,00 | 7 917,25 |
| | TELUS CORP COMMON | 75 | 58,05 | 0,00 | 0,37 | 0,00 | 4 354,12 |
| | RONA INC 5.400 OCT 20 16 | 10 000 | 99,59 | 106,52 | 0,00 | 0,00 | 10 065,52 |
| | LEHMAN BROS HLDGS 4.730 JUN 01 11 | 10 000 | 101,25 | 158,10 | 0,00 | 0,00 | 10 283,10 |
| | METHANEX CORP COMMON | 120 | 26,16 | 0,00 | 0,60 | 0,00 | 3 139,80 |
| | NATIONAL BK CDA COMMON | 75 | 63,29 | 0,00 | 0,37 | 0,00 | 4 747,12 |
| 29 mars | RBC PRIVATE EAFE EQU POOL SERIES O $CA | 1 681 | 14,87 | 0,00 | 0,00 | 0,00 | 25 000,00 |
| | RBC PRIVATE INCOME POOL SERIES O | 59 | 168,84 | 0,00 | 0,00 | 0,00 | 10 000,00 |

**Total Achats**     949 440,32



RBCIM30000_73435I4 000001 HRI - - 08 - 05 - 04 - 12

000010