

The chambers of the Honorable
James M. Peck
One Bowling Green
New York
New York 10004
U.S.A

Harmelen, 6-7-2010

Regarding:

United States Bankrupty Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O Box 5076
New York, NY 10150-5076

<u>In Re:</u>                                    <u>Chapter 11</u>
Lehman Brothers Holdings Inc, et al,    Case No 08-13555 [JMP]
Debtors                                          [Jointly Administered]

Regarding: OBJECTION Amended Claim. Claim numbers 45259 and 64598

Dear Attorneys

I just received your letter, dated May 18, 2010 regarding <u>OBJECTION TO CLAIMS [ AMENDED AND SUPERSEDED CLAIMS ]</u>

The claim nr 45259 Date Filed 10/23/2009 Debtor 08-13555 Claim Amount $106.132,00
This claim has been Disallowed and Expunged

The Surviving Claim 64598 Date Filed 11/4/2009 Debtor 08-13555 Claim Amount <u>Undetermined.</u>

I have never had the intention to ammend or change my previous claim nr 45259.

The reason that I have sent the second form was based on the fact, that I supposed that it was an obligation, that my wife had to sign the Proof of Claim as well. [ See my enclosed letter, dated 10-20-2009 and registered sent.

Likely it was not necessary in taking the action to send in a second Proof of Claim, because I am now confrontated with a Claim Amount of Undetermined in stead of the previous amount of $ 106132,-

Let's say we have brought ourselves in a bad position now, than we like to keep our Claimnumber 45259

We really do hope on your understanding in this matter.

The name, address etc is according to the presented proof of claim

Kind regards,

Mr L.C Hoogstraten

Mrs H.T.Hoogstraten-Wijkmans

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptey Solutions. L.L.C
FDR Station, P.O. Box 5076
New York. NY 10150-5076                    Harmelen 10-20-2009


Dear receiver.


Enclosed I send you the second filled in formular regarding the Lehman Securities Programs Proof of Claim.

The reason for doing this, is the fact that the creditors are as well myself as my wife, so I guess we have to sign both of us.

The first Proof of Claim was signed just by myself and dated 10-15-2009.


Kind regards

L.C.Hoogstraten

---

**FICHE DE DÉPÔT D'UN RECOMMANDÉ INTERNATIONAL**    517

LA POSTE

Cadres réservés à La Poste

Niveau de garantie : R1 [X]   R2 [ ]

83530   AGAY
         44g                    AR    PR    *H

| CRBT | Prix | Date de dépôt |
|------|------|---------------|
|      | 7,00EUR    R1 | 21/10/09 |

Destinataire :
Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptey
Solutions. LLC
FDR Station. Po Box 5076
Localité: New York NY 10150-5076
Pays (en français): U.S.A.

Expéditeur :
Mr L.C. Hoogstraten
Mrs H.T Hoogstraten-Wijk...
Postbus 20