
IHRE BEHÖRDENNUMMER


RECEIVED JUN 15 2010 U.S. BANKRUPTCY COURT, SDNY JMP

DER OBERBÜRGERMEISTER

STADT  MÜNSTER

Amt für Finanzen und Beteiligungen
STADTKASSE

Postanschrift: Stadt Münster • 48127 Münster

**LUFTPOST**
United States Bankruptcy Court
Southern District of New York
Chambers of the Honourable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

Prinzipalmarkt 5

Auskunft erteilt:
Herr Teigelkamp
Zimmer:    320
Telefon:    0251/492 - 21 61
Telefax:    0251/492 - 79 65
E-Mail:
Teigelkamp@stadt-muenster.de
Sprechzeiten:
Mo - Mi    08.00 - 16.00
Do         08.00 - 18.00
Fr         08.00 - 12.00

Datum und Zeichen Ihres Schreibens:

Mein Zeichen (Bitte angeben):
20.32.0011

Münster, 09.06.2010

**In re**
**LEHMAN BROTHERS HOLDINGS INC. et al., Debtors,**
Chapter 11 case No. 08.13555 (JMP) (Jointly Admininstered)
Response to the Objection against Claim Number 5268 (Foreign Currency Claim)
25375688 LBH OMNI115 05-18-2010 (MERGE2, TXNUM2) 4000051907

Dear Sir,

With a letter from the Cashier's Office of Muenster Municipal Authority (Stadtkasse Münster) dated July 8, 2009, enclosing contract confirmations from August 14 and 15, 2008 and the guarantee undertaking issued by Lehman Brothers Holdings Inc. on November 21, 2002, Muenster City Council asserted the following claims against Lehman Brothers Holdings Inc as the guarantor of the company Lehman Brothers Bankhaus AG:

1. Statutory default interest of 11.49 % on 8.000.000,00 EUR for     141.862,30 EUR
   the period from September 16th, 2008 – November 12th, 2008
2. Statutory default interest of 11.49 % on 7.000.000,00 EUR for     104.868,03 EUR
   the period from September 25th, 2008 – November 12th, 2008

                                                                     **246.730,33 EUR**
                                                                     =============

The claims were to be expunged as the application was made in EUR. Based on the decisive exchange rate of 1,4151 which had validity on 15.09.2008 the claims were for the following in $:

1. Statutory default interest of 11.49 % on 8.000.000,00 EUR for     200.749,34 $
   the period from September 16th, 2008 – November 12th, 2008
2. Statutory default interest of 11.49 % on 7.000.000,00 EUR for     148.398,75 $
   the period from September 25th, 2008 – November 12th, 2008

                                                                     **349.148,09 $**
                                                                     ===========

**Konten der Stadtkasse**
Sparkasse Münsterland Ost    Kto.-Nr. 752           (BLZ 400 501 50)    IBAN: DE10400501500000000752, BIC/SWIFT: WELADED1MST
Commerzbank Münster          Kto.-Nr. 393 2100      (BLZ 400 400 28)    Deutsche Bank Münster    Kto.-Nr. 0470 005       (BLZ 400 700 80)
Postbank Dortmund            Kto.-Nr. 21 1 36 461   (BLZ 440 100 46)    Dresdner Bank Münster    Kto.-Nr. 606 465 600    (BLZ 400 800 40)
SEB                          Kto.-Nr. 1 010 305 100 (BLZ 400 101 11)    Volksbank Münster eG     Kto.-Nr. 4 200 800      (BLZ 401 600 50)
Bankhaus Lampe Münster       Kto.-Nr. 306 002       (BLZ 480 201 51)    WestLB AG                Kto.-Nr. 61 226         (BLZ 400 500 00)

**Zentrale Verbindungen**
☎ Hauptvermittlung (0251) 492-0
Telefax            (0251) 492-7700
Stadtverwaltung@stadt-muenster.de
www.muenster.de/stadt

- 2 -

I hereby contradict the exclusion and apply for the recognition of the registered claims in the above converted amount.

The signatory Heinrich Humpohl, Municipal Law Counselor, Prinzipalmarkt 5, 48143 Muenster, Germany (Tel. 00492514922108) is authorized with the arbitration, settlement or conclusion of the matter in another manner.

Many thanks.
I.A.



Heinrich Humpohl
Muenster Municipal Administration
Finances and Participations Department