Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

June 11, 2010

      Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

It is my understanding you represent the plaintiffs in this action. I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I sent you two letters for assistance in this matter: January 30, 2010 & March 25, 2010. (Copies enclosed). I have not received an answer or an acknowledgment to my letters. I would appreciate an answer, and resolution. We need to hear from you within the next thirty days.

Sincerely,


Barbara K. Peonio

Cc (without enclosures).    The Honorable James M. Peck, U. S. District Court
                                    Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
                                    Ms. Julie Becker


RECEIVED
JUN 15 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Covington & Burling LLP
Attn: Michael B. Hopkins/Marlin E. Beeler
The New York Times Bldg
620 Eighth Ave.
New York, NY 10018

June 11, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Mr. Hopkins & Mr. Beeler:

It is my understanding you represent the plaintiffs in this action. I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I sent you two letters for assistance in this matter: January 30, 2010 & March 25, 2010. (Copies enclosed). I have not received an answer or an acknowledgment to my letters. I would appreciate an answer, and resolution. We need to hear from you within the next thirty days.

Sincerely,


Barbara K. Peonio

Cc (without enclosures).    The Honorable James M. Peck, U. S. District Court
    Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
    Ms. Julie Becker