RECEIVED
JUN 2 3 2010
U.S. BANKRUPTCY COURT, SDNY

Buenos Aires, June 14, 2010.

To
The Chambers of the Honorable James M. Peck
One Bowling Green
New York, new York 10004
Courtroom 601

MAIL ID 25374899 LBH OMN11 05-18-2010
MERGE2,TXNUM2    4000003683

i)   UNITED STATES BANKRUPCY COURT SOUTHERN DISTRICT OF NEW YORK
In RE LEHMAN BROTHERS HOLDINGS INC, ET AL, Debtors
Chapter 11 Case N. 08-13555 (JMP)

We have received the notice of the Claim to be Disallowed and Expunged, Claim Number 3684.
Basis for Objection: Sustantively Duplicative Claim, which is correct.

Please take note that:

The Survivng Claim N.19712 corresponds to the Debtor identified as **08-13555** and is related to the **Claim N. 3683** clearly shown on the respectively Proof of Claim.

100,000 MEDIUM TERM NOTES DUE 10 MAR 2023 09.25%
Isin US5252MOEA14.

*Rivka Schmuskovits* (signature)

**ROTTNEST LTD**

**RIVKA SCHMUSKOVITS, SILVIO SCHUSTER
NICOLAS SCHUSTER, FLAVIA SCHUSTER
LOS OLIVOS, 47 BOULOGNE ZIP B1609ENA
PROV. BUENOS AIRES
ARGENTINA**