Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Diamondback Fixed Income Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X  Chapter 11 Case No:
In re:                                                      :  08-13555 (JMP)
                                                            :
LEHMAN BROTHERS HOLDINGS, INC., et al.                      :  (Jointly Administered)
                                                            :
                                                            :
                        Debtor.                             :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   s.s.:
COUNTY OF NEW YORK         )

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On June 14, 2010 I caused to be served true and correct copy of the **Limited Response of Diamondback Fixed Income Master Fund, Ltd. to Debtor's Eleventh Omnibus Objections to Claims**, by email and by first class mail, postage prepaid upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Shai Waisman, Esq.(shai.waisman@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq.

NY1 7334328v.1

(efleck@milbank.com); and by first class mail, postage prepaid upon: (iii) Office of the U.S.

Trustee, 33 Whitehall Street, 21st Fl., New York, NY  10004.

                                              /s/ Eileen A. McDonnell
                                              EILEEN A. MCDONNELL

Sworn to before me this
25th day of June 2010

/s/ Melanie Nelson
Notary Public, State of New York
No.01NE6214750
Qualified in New York County
Commission Expires 12/21/13

2

NY1 7334328v.1
NY1 7118012v.1