UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
         Debtors.                                              :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 9808 & 9809

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2010, I caused to be served the:

    a. "Notice of Debtors' Motion Pursuant Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Settlement Agreement between Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc., Silver Lake Credit Fund, L.P. and Silver Lake Financial Associates, L.P.," dated June 23, 2010, to which was attached the "Debtors' Motion Pursuant Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Settlement Agreement between Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc., Silver Lake Credit Fund, L.P. and Silver Lake Financial Associates, L.P.," dated June 23, 2010, [Docket No. 9808], (the "Silver Lake Motion"), and

    b. "Notice Of LBHI's Motion, Pursuant to Sections 105(a), 363(b)(1) and 363(f) of the Bankruptcy Code and Rule 6004(h) of the Bankruptcy Rules, for Authorization to Transfer Certain Mortgage Servicing Rights to Aurora Bank FSB," dated June 23, 2010, to which was attached the "LBHI's Motion, Pursuant to Sections 105(a), 363(b)(1) and 363(f) of the Bankruptcy Code and Rule 6004(h) of the Bankruptcy Rules, for Authorization to Transfer Certain Mortgage Servicing Rights to Aurora Bank FSB," dated June 23, 2010 [Docket No. 9809], (the "LBHI Motion"),

by causing true and correct copies of the:

i. Silver Lake Motion and LBHI Motion, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to Office of The US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

ii. Silver Lake Motion, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to Internal Revenue Service, Special Procedures Branch, Attn: District Director, 290 Broadway New York, NY 10007.

iii. Silver Lake Motion and LBHI Motion, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

iv. LBHI Motion, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
24th day of June, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bmanne@tuckerlaw.com |
| abraunstein@riemerlaw.com | bmiller@mofo.com |
| acaton@kramerlevin.com | boneill@kramerlevin.com |
| acker@chapman.com | bpershkow@profunds.com |
| adarwin@nixonpeabody.com | brendan.collins@dlapiper.com |
| adg@adorno.com | brian.corey@greentreecreditsolutions.com |
| adiamond@diamondmccarthy.com | brian.pfeiffer@friedfrank.com |
| aeckstein@blankrome.com | bromano@willkie.com |
| aentwistle@entwistle-law.com | broy@rltlawfirm.com |
| afriedman@irell.com | btrust@mayerbrown.com |
| agbanknewyork@ag.tn.gov | btupi@tuckerlaw.com |
| aglenn@kasowitz.com | bturk@tishmanspeyer.com |
| agold@herrick.com | bwolfe@sheppardmullin.com |
| agolianopoulos@mayerbrown.com | bzabarauskas@crowell.com |
| ahammer@freebornpeters.com | cahn@clm.com |
| aisenberg@saul.com | canelas@pursuitpartners.com |
| akantesaria@oppenheimerfunds.com | carol.weinerlevy@bingham.com |
| alesia.pinney@infospace.com | cbelisle@wfw.com |
| amarder@msek.com | cbelmonte@ssbb.com |
| amcmullen@boultcummings.com | cbrotstein@bm.net |
| amenard@tishmanspeyer.com | cgoldstein@stcwlaw.com |
| andrew.brozman@cliffordchance.com | chammerman@paulweiss.com |
| andrew.lourie@kobrekim.com | charles@filardi-law.com |
| angelich.george@arentfox.com | charles_malloy@aporter.com |
| ann.reynaud@shell.com | charu.chandrasekhar@wilmerhale.com |
| anthony_boccanfuso@aporter.com | chipford@parkerpoe.com |
| aoberry@bermanesq.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christian.spieler@lehman.com |
| aquale@sidley.com | christopher.schueller@bipc.com |
| araboy@cov.com | clynch@reedsmith.com |
| arahl@reedsmith.com | cmontgomery@salans.com |
| arheaume@riemerlaw.com | cohenr@sewkis.com |
| arlbank@pbfcm.com | cp@stevenslee.com |
| arosenblatt@chadbourne.com | cpappas@dilworthlaw.com |
| arthur.rosenberg@hklaw.com | craig.goldblatt@wilmerhale.com |
| arwolf@wlrk.com | crmomjian@attorneygeneral.gov |
| aseuffert@lawpost-nyc.com | crogers@orrick.com |
| ashaffer@mayerbrown.com | cs@stevenslee.com |
| ashmead@sewkis.com | csalomon@beckerglynn.com |
| asnow@ssbb.com | cschreiber@winston.com |
| atrehan@mayerbrown.com | cshore@whitecase.com |
| aunger@sidley.com | cshulman@sheppardmullin.com |
| austin.bankruptcy@publicans.com | ctatelbaum@adorno.com |
| avenes@whitecase.com | cward@polsinelli.com |
| avi.gesser@dpw.com | cweber@ebg-law.com |
| azylberberg@whitecase.com | cweiss@ingramllp.com |
| bankr@zuckerman.com | dallas.bankruptcy@publicans.com |
| bankruptcy@goodwin.com | daniel.guyder@allenovery.com |
| bankruptcy@morrisoncohen.com | dave.davis@isgria.com |
| bankruptcymatters@us.nomura.com | david.bennett@tklaw.com |
| barbra.parlin@hklaw.com | david.crichlow@pillsburylaw.com |
| bbisignani@postschell.com | david.heller@lw.com |
| bdk@schlamstone.com | davids@blbglaw.com |
| bguiney@pbwt.com | davidwheeler@mvalaw.com |
| bhinerfeld@sbtklaw.com | dbalog@intersil.com |
| bill.freeman@pillsburylaw.com | dbarber@bslawyers.com |

**Email Addresses**

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ehret-vanhorn@mbaum.com
ekbergc@lanepowell.com

eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
ggraber@hodgsonruss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com

**Email Addresses**

james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com

john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com

**Email Addresses**

| | |
|---|---|
| lawallf@pepperlaw.com | mjacobs@pryorcashman.com |
| lberkoff@moritthock.com | mjedelman@vedderprice.com |
| lee.stremba@troutmansanders.com | mjr1@westchestergov.com |
| lgranfield@cgsh.com | mkjaer@winston.com |
| lhandelsman@stroock.com | mlahaie@akingump.com |
| linda.boyle@twtelecom.com | mlandman@lcbf.com |
| lisa.ewart@wilmerhale.com | mmendez@hunton.com |
| lisa.kraidin@allenovery.com | mmickey@mayerbrown.com |
| ljkotler@duanemorris.com | mmooney@deilylawfirm.com |
| lmarinuzzi@mofo.com | mmorreale@us.mufg.jp |
| lmay@coleschotz.com | mmurphy@co.sanmateo.ca.us |
| lmcgowen@orrick.com | mneier@ibolaw.com |
| lml@ppgms.com | monica.lawless@brookfieldproperties.com |
| lnashelsky@mofo.com | mpage@kelleydrye.com |
| loizides@loizides.com | mpfeifer@pfeiferlaw.com |
| lromansic@steptoe.com | mpucillo@bermanesq.com |
| lscarcella@farrellfritz.com | mrosenthal@gibsondunn.com |
| lschweitzer@cgsh.com | mruetzel@whitecase.com |
| lthompson@whitecase.com | mschimel@sju.edu |
| lubell@hugheshubbard.com | mschonholtz@willkie.com |
| lwhidden@salans.com | mshiner@tuckerlaw.com |
| lwong@pfeiferlaw.com | mspeiser@stroock.com |
| mabrams@willkie.com | mstamer@akingump.com |
| maofiling@cgsh.com | mvenditto@reedsmith.com |
| marc.chait@standardchartered.com | mwarren@mtb.com |
| margolin@hugheshubbard.com | ncoco@mwe.com |
| mark.deveno@bingham.com | neal.mann@oag.state.ny.us |
| mark.ellenberg@cwt.com | ned.schodek@shearman.com |
| mark.houle@pillsburylaw.com | newyork@sec.gov |
| mark.sherrill@sutherland.com | nfurman@scottwoodcapital.com |
| martin.bury@lehman.com | nherman@morganlewis.com |
| martin.davis@ots.treas.gov | nissay_10259-0154@mhmjapan.com |
| marvin.clements@ag.tn.gov | nlepore@schnader.com |
| matthew.klepper@dlapiper.com | notice@bkcylaw.com |
| matthew.morris@lovells.com | oipress@travelers.com |
| mbenner@tishmanspeyer.com | omeca.nedd@lovells.com |
| mberman@nixonpeabody.com | opetukhova@foley.com |
| mbienenstock@dl.com | paronzon@milbank.com |
| mbossi@thompsoncoburn.com | patrick.oh@freshfields.com |
| mcademartori@sheppardmullin.com | patrick.schmitz-morkramer@lehman.com |
| mcordone@stradley.com | paul.turner@sutherland.com |
| mcto@debevoise.com | pbattista@gjb-law.com |
| mdorval@stradley.com | pbosswick@ssbb.com |
| meltzere@pepperlaw.com | pdublin@akingump.com |
| metkin@lowenstein.com | peisenberg@lockelord.com |
| mfeldman@willkie.com | peter.gilhuly@lw.com |
| mgordon@briggs.com | peter.macdonald@wilmerhale.com |
| mgreger@allenmatkins.com | peter.simmons@friedfrank.com |
| mhopkins@cov.com | peter@bankrupt.com |
| michael.bonacker@lehman.com | pfeldman@oshr.com |
| michael.frege@cms-hs.com | phayden@mcguirewoods.com |
| michael.kim@kobrekim.com | pmaxcy@sonnenschein.com |
| millee12@nationwide.com | pnichols@whitecase.com |
| miller@taftlaw.com | ppascuzzi@ffwplaw.com |
| mimi.m.wong@irscounsel.treas.gov | ppatterson@stradley.com |
| mitchell.ayer@tklaw.com | psp@njlawfirm.com |

**Email Addresses**

ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com

scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com

**Email Addresses**

tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |