Eric T. Moser
K&L Gates LLP
599 Lexington Ave.
New York, NY 10025
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

Attorneys for the Tobacco Settlement Financing Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. | Case No. 08-13555 (JMP) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 41424

PLEASE TAKE NOTICE that the Tobacco Settlement Financing Corporation, hereby withdraws Proof of Claim No. 41424 (the "Claim") filed against Lehman Brothers Holdings, Inc. in Case No. 08-13555, and waives any and all rights to Claimant's distributions on account of such Claim.

Date: June 28, 2010

K&L GATES LLP

By: */s/ Eric T. Moser*
    Eric T. Moser, Esq.
    A Member of the Firm
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

NY-794745 v3