WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :    08-13555 (JMP)
                                                         :
                                  Debtors.               :    (Jointly Administered)
                                                         :
------------------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JUNE 29, 2010 AT 11:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.  CLAIM MATTERS:

1. Motion of Shinhan Investment Corp. for Entry of an Order Determining that its Proof of Claim, as Amended, be Deemed Timely Filed **[Docket No. 8584]**

   Response Deadline:   May 18, 2010 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Declaration of Nam Koong, Hoon in Support of Motion of Shinhan Investment Corp. **[Docket No. 8591]**

   Status: A stipulation and agreed order will be presented to the Court.

2. Debtors' Tenth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9093]**

   Response Deadline: June 17, 2010 at 4:00 p.m.

   Responses Received:

   A. Statement of Hess Energy Trading Company LLC **[Docket No. 9608]**

   B. Objection of T. Hoogstraten-Wijkmans, et al. **[Docket No. 9877]**

   Related Documents: None.

   Status: This matter is going forward.

3. Debtors' Eleventh Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9094]**

   Response Deadline: June 17, 2010 at 4:00 p.m.

   Responses Received:

   A. Limited Response of Diamondback Fixed Income Master Fund, Ltd. **[Docket No. 9539]**

   B. Response of Rottnest Ltd. **[Docket No. 9881]**

   Related Documents: None.

   Status: This matter is going forward.

4. Debtors' Twelfth Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 9095]**

   Response Deadline: June 17, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is going forward.

5.  Debtors' Thirteenth Omnibus Objection to Claims (Substantively Duplicative Claims) **[Docket No. 9097]**

    Response Deadline: June 17, 2010 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:   None.

    Status: This matter is going forward.

6.  Debtors' Fourteenth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9098]**

    Response Deadline: June 17, 2010 at 4:00 p.m.

    Responses Received:

        A.  Renewed Reply of William Kuntz, III to Claims Objection **[Docket No. 9695]**

        B.  Objection of Andre Laurendeau, et al. **[Docket No. 9875]**

    Related Documents:   None.

    Status: This matter is going forward.

7.  Debtors' Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) **[Docket No. 9099]**

    Response Deadline: June 17, 2010 at 4:00 p.m.

    Unresolved Responses:

        A.  Declaration of John P. Christian in Support of Response of John Rosekrans **[Docket No. 9686]**

        B.  Response of John Rosekrans **[Docket No. 9687]**

        C.  Opposition of Bowman Gilfillan **[Docket No. 9880]**

    Resolved Responses:

        D.  Objection of Maximiliano Herrera Campos **[Docket No. 9876]**

        E.  Response of Heinrich Humpohl **[Docket No. 9878]**

    Related Documents:   None.

Status: This matter will go forward on an uncontested basis and has been adjourned as to the unresolved responses listed above to August 4, 2010 with respect.

8. Debtors' Sixteenth Omnibus Objection to Claims (Foreign Currency and No Documentation Claims) **[Docket No. 9100]**

    Response Deadline: June 17, 2010 at 4:00 p.m.

    Resolved Responses:

        A.    Response of John Livaditis, et al. **[Docket No. 9873]**

    Related Documents: None.

    Status: This matter is going forward.

## II. ADJOURNED MATTERS:

9. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Unresolved Responses:

        A.    Response of Paul Berlage **[Docket No. 8876]**

        B.    Response of Gisela Schultz **[Docket No. 8877]**

        C.    Response of Bernd & Renate Werneyer **[Docket No. 8893]**

        D.    Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

    Related Documents: None.

    Status: This matter has been adjourned to August 4, 2010.

10. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

    Response Deadline: May 3, 2010 at 4:00 p.m.

    Unresolved Responses:

        A.    Response of Gisela Schultz **[Docket No. 8877]**

        B.    Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

  C.  Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

  D.  Response of Irmgard Wiecorek **[Docket No. 8883]**

  E.  Response of Uwe Schaper **[Docket No. 8885]**

  F.  Response of Korinna Schwerdt **[Docket No. 8886]**

  G.  Response of Juergen Klein **[Docket No. 8887]**

  H.  Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

  I.  Response of Bernd & Renate Werneyer **[Docket No. 8893]**

  J.  Response of Manuel Freude **[Docket No. 8895]**

  K.  Response of Dietmar Reinartz **[Docket No. 8896]**

  L.  Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

  M.  Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

  N.  Response of Wilfried Uttendorf **[Docket No. 8899]**

  O.  Response of Gerd Meyer **[Docket No. 8900]**

  P.  Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

  Q.  Response of Marvin Schwerdtfeger **[Docket No. 8904]**

  R.  Response of Martin Kuemmel **[Docket No. 8905]**

  S.  Response of Marlies Wagner **[Docket No. 8906]**

  T.  Response of Walter & Siegrid Mosch **[Docket No. 8907]**

  U.  Response of Gertrud Styra **[Docket No. 8908]**

  V.  Response of Bernhard Koenner **[Docket No. 8909]**

  W.  Response of Uwe Schoenwaelder **[Docket No. 8910]**

  X.  Response of Friz & Marga Fickenscher **[Docket No. 8911]**

  Y. Response of Hanspeter Wittig **[Docket No. 8912]**

  Z. Response of Peter Huen **[Docket No. 8913]**

  AA. Response of Hans-Dieter Olsberg **[Docket No. 8914]**

  BB. Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents: None.

Status: This matter has been adjourned to August 4, 2010.

11. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

Responses Received: None.

Related Documents: None.

Status: This matter has been adjourned to August 4, 2010.

Dated: June 28, 2010
   New York, New York

            /s/ Shai Y. Waisman
            Shai Y. Waisman

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession