UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 7627, 9048,
                                                                    9056, 9390, 9399, 9709, 9711-
                                                                    9713, 9719, 9727-9728, 9730,
                                                                    9733 & 9735-9737

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of June, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 7627, 9048, 9056...9733 & 9735-9737_Aff 06-23-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
                Debtors.                           |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VITOL ASIA PTE LTD                          VITOL ASIA PTE LTD
      C/O K&L GATES LLP                           TREASURER & MNGR COMMODITIES & SWAPS GRP OPE
      ATTN: ERIC T. MOSER                         VITOL ASIA PTE LTD
      599 LEXINGTON AVE                           260 ORCHARD RD #13-01
      NEW YORK NY 10022                           THE HEEREN 238855 SINGAPORE
```

Please note that your claim # 15009 in the above referenced case and in the amount of
       $4,354,023.33         has been transferred **(unless previously expunged by court order)**

```
      JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: VITOL ASIA PTE LTD
      1 CHASE MANHATTAN PLAZA, FLOOR 26
      ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A436
      NEW YORK NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7627     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  VITOL ASIA PTE LTD                                      VITOL ASIA PTE LTD
     TREASURER & MNGR COMMODITIES & SWAPS GRP OPERATIONS     C/O K&L GATES LLP
     VITOL ASIA PTE LTD                                      ATTN: ERIC T. MOSER
     260 ORCHARD RD #13-01                                   599 LEXINGTON AVE
     THE HEEREN 238855 SINGAPORE                             NEW YORK NY 10022
```

Please note that your claim # 15009 in the above referenced case and in the amount of
        $4,354,023.33        has been transferred **(unless previously expunged by court order)**

```
                                                             JPMORGAN CHASE BANK, N.A.
                                                             TRANSFEROR: VITOL ASIA PTE LTD
                                                             1 CHASE MANHATTAN PLAZA, FLOOR 26
                                                             ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A4
                                                             NEW YORK NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7627    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2010                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 23, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: VITOL S.A.                              VITOL S.A.
        C/O K&L GATES LLP                       VITOL S.A.
        ATTN: ERIC T. MOSER, ESQ.               ATTN: MANAGER COMMODITIES & SWAP GROUP
        599 LEXINGTON AVENUE                    BOULEVARD DU PONT-D'ARVE 28
        NEW YORK NY 10022                       P.O. BOX 384
                                                1211 GENEVA 4 SWITZERLAND
```

Please note that your claim # 42246 in the above referenced case and in the amount of
　　　　$14,839,488.78　　　　has been transferred **(unless previously expunged by court order)**

```
        JPMORGAN CHASE BANK, N.A.
        TRANSFEROR: VITOL S.A.
        1 CHASE MANHATTAN PLAZA, FLOOR 26
        ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A436
        NEW YORK NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　　　　New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7627　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2010　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 23, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
            Debtors.                          |
                                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  VITOL S.A.                                     VITOL S.A.
         VITOL S.A.                                     C/O K&L GATES LLP
         ATTN: MANAGER COMMODITIES & SWAP GROUP         ATTN: ERIC T. MOSER, ESQ.
         BOULEVARD DU PONT-D'ARVE 28                    599 LEXINGTON AVENUE
         P.O. BOX 384                                   NEW YORK NY 10022
         1211 GENEVA 4 SWITZERLAND
```

Please note that your claim # 42246 in the above referenced case and in the amount of
      $14,839,488.78        has been transferred **(unless previously expunged by court order)**

```
                                                        JPMORGAN CHASE BANK, N.A.
                                                        TRANSFEROR: VITOL S.A.
                                                        1 CHASE MANHATTAN PLAZA, FLOOR 26
                                                        ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A4
                                                        NEW YORK NY 10004
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 7627     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 23, 2010.

# EXHIBIT B

```
TIME: 19:03:07                                                LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 06/23/10                                                     CREDITOR LISTING

Name                                              Address
AHORRO CORPORACION FINANCIERIA S.V. S.A.          CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
AHORRO CORPORACION FINANCIERIA S.V. S.A.          PASEO DE LA CASTELLANA, 89, 10TH FL MADRID  28046 SPAIN
BANK OF VALLETTA P.L.C.                           C/O DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311
BARCLAYS BANK PLC                                 TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
C.V I G.V.F. (LUX) MASTER S.A.R.L.                TRANSFEROR: AHORRO CORPORACION FINANCIERIA S.V. S.A. C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK FAIRMILE LANE, COBHAM
                                                  SURREY  KT11 2PD UK
CENTERBRIDGE CREDIT PARTNERS, L.P.                375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS, L.P.                LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVE. NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: BANK OF VALLETTA P.L.C. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: VITOL ASIA PTE LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A436 NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: VITOL S.A. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: ALEXSANDRA MARKOVIC, MAIL CODE: NY1-A436 NEW YORK NY 10004
LOOMIS ST. LLC                                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE FUND IX, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE FUND IX-A, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE FUND VI-A, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE FUND VIII, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE FUND, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC                     TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SERENGETI LYCAON MM L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
VARDE FUND IX, LP, THE                            C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX-A, L.P.                             C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VI-A, LP, THE                          C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VIII, L.P.                             C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND, L.P.                                  C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS (OFFSHORE)              C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
  MASTER, L.P
VARDE INVESTMENT PARTNERS, L.P                    C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VITOL ASIA PTE LTD                                C/O K&L GATES LLP ATTN: ERIC T. MOSER 599 LEXINGTON AVE NEW YORK NY 10022
VITOL ASIA PTE LTD                                TREASURER & MNGR COMMODITIES & SWAPS GRP OPERATIONS VITOL ASIA PTE LTD 260 ORCHARD RD #13-01 THE HEEREN  238855 SINGAPORE
VITOL S.A.                                        VITOL S.A. ATTN: MANAGER COMMODITIES & SWAP GROUP BOULEVARD DU PONT-D'ARVE 28 P.O. BOX 384 1211 GENEVA 4  SWITZERLAND
VITOL S.A.                                        C/O K&L GATES LLP ATTN: ERIC T. MOSER, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022

Total Number of Records Printed         32
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153