UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                    :

In re                           :       Chapter 11 Case No.
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**
                                      :

**Debtors.**                        :
                                      :

------------------------------------------------------------------x     **Ref. Docket Nos. 9740-9747,
9749-9750, 9752, 9754-9767,
9771-9790, 9792, 9794, 9796,
9799, 9804-9807 & 9848**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 25, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
Sworn to before me this                   Lauren Rodriguez
28th day of June, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
                  Debtors.              |
                                        |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY & CO. INTERNATIONAL PLC          MORGAN STANLEY & CO. INTERNATIONAL PLC
     TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB (PUBL),   MANAGING CLERK
     25, CABOT SQUARE                                 RICHARDS KIBBE & ORBE LLP
     CANARY WHARF                                     ONE WORLD FINANCIAL CENTER
     LONDON    E14 4QA                                NEW YORK NY 10281
     ENGLAND

Please note that your claim # 60676-01 in the above referenced case and in the amount of
       $849,060.00      has been transferred **(unless previously expunged by court order)**

     TACONIC CAPITAL PARTNERS 1.5 LP
     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
     ATTN: T. ANDRIKS
     450 PARK AVE, 9TH FL
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9740       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 25, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

```
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
                                        |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |    (Jointly Administered)
                                        |
                    Debtors.            |
                                        |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY & CO. INTERNATIONAL PLC        MORGAN STANLEY & CO. INTERNATIONAL PLC
     MANAGING CLERK                                TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB
     RICHARDS KIBBE & ORBE LLP                     25, CABOT SQUARE
     ONE WORLD FINANCIAL CENTER                    CANARY WHARF
     NEW YORK NY 10281                             LONDON    E14 4QA
                                                   ENGLAND
```

Please note that your claim # 60676-01 in the above referenced case and in the amount of $849,060.00        has been transferred **(unless previously expunged by court order)**

```
                                                   TACONIC CAPITAL PARTNERS 1.5 LP
                                                   TRANSFEROR: MORGAN STANLEY & CO. INTERNATION
                                                   ATTN: T. ANDRIKS
                                                   450 PARK AVE, 9TH FL
                                                   NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9740        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 25, 2010.

**EXHIBIT B**

TIME: 21:17:38
DATE: 06/25/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK, NY 10019 |
| CREDIT SUISSE (UK) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (UK) LIMITED ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: EFG BANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATION LTD | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL PARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| FARALLON CAPITAL INSTIT. PART. II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUT PARTN III, L.P | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTION PART., L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST III, L.P | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST III, INC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GREYWOLF CAPITAL OVERSEAS FUND C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GREYWOLF CAPITAL OVERSEAS FUND C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS MATRIX VI-1 L.P. C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302 |
| GREYWOLF CAPITAL OVERSEAS FUND | C/O GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF CAPITAL OVERSEAS FUND | C/O GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD | C/O GREYWOLF ADVISORS LLC 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD | C/O GREYWOLF CAPITAL MANAGEMENT LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE NY 10577 |
| JPMORGAN CHASE BANK, N.A. | THE ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FL. NEW YORK NY 10005 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: | RESERVE INTERNATIONAL LIQUIDITY FUND LTD., THE LLOYDS TSB BANK PLC (GENEVA BRANCH) ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: | MR. DR. ROLF MEIER &/OR MRS. ANITA K. MEIER FADENSTRASSE 37 ZUG 6300 SWITZERLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB (PUBL), 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |

TIME: 21:17:38
DATE: 06/25/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LTD | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBR 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: POPOLARE VITA S.P.A. ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| TACONIC CAPITAL PARTNERS 1.5 LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: T. ANDRIKS 450 PARK AVE., 9TH FL NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: T. ANDRIKS 450 PARK AVE., 9TH FL NEW YORK NY 10022 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: QUANTUM PARTNERS LTD C/O RBS GLOBAL BANKING & MARKETS SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS 135 BISHOPSGATE LONDON EC2M 3UR GB |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: QUANTUM PARTNERS LTD C/O RBS GLOBAL BANKING & MARKETS SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS 135 BISHOPSGATE LONDON EC2M 3UR GB |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: QUANTUM PARTNERS LTD C/O RBS GLOBAL BANKING & MARKETS SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS 135 BISHOPSGATE LONDON EC2M 3UR GB |
| UBS AG | BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | HUGO KOLLER, OQ9C/OSGC UBS AG PO BOX ZURICH 8098 SWITZERLAND |
| VARDE FUND GROUP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND V-B, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VII, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VII-B, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| YORVIK PARTNERS LLP | TRANSFEROR: BANK SARASIN & CO LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| ZAIS MATRIX VI-I L.P. | C/O ZAIS GROUP, LLC ATTN: ROSSEL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZAIS MATRIX VI-I L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZAIS MATRIX VI-I L.P. | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |

Total Number of Records Printed    69

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153