GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

                Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**<u>NOTICE OF
APPEARANCE</u>**

---

        PLEASE TAKE NOTICE that creditor MARK GLASSER hereby appears in the

above-entitled action by the undersigned attorney.

Dated: New York, New York
        June 29, 2010

                GUSRAE, KAPLAN, BRUNO &
                 NUSBAUM PLLC


                By: _____/s_____
                    Brian D. Graifman (BG5636)
                    *Attorneys for Mark Glasser*
                    120 Wall Street
                    New York, NY  10005
                    212-269-1400