WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br><br>   Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>BNY CORPORATE TRUSTEE SERVICES LIMITED,<br><br>   Defendant. | Adversary Proceeding<br>No. 09-01242 (JMP) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 30, 2010 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.**  **CONTESTED MATTERS:**

  1.  Motion and Memorandum of Law of Defendant BNY Corporate Trustee Services Limited in Support of its Motion for Entry of an Order, or, Alternatively, to Reopen and Reargue the Parties' Cross-Motions for Summary Judgment **[Docket No. 90]**

Response Deadline: June 16, 2010.

Responses Received:

    A.    Lehman Brothers Special Financing Inc.'s Memorandum of Law in Opposition **[Docket No. 92]**

    B.    Joinder of the Official Committee of Unsecured Creditors in Lehman Brothers Special Financing Inc.'s Memorandum of Law **[Docket No. 93]**

Related Documents:

    C.    Reply Memorandum of Law of Defendant BNY Corporate Trustee Services Limited **[Docket No. 96]**

Status: This matter is going forward.

Dated: June 29, 2010
       New York, New York

          /s/ Ralph I. Miller
          Ralph I. Miller

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession