**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Sean A. O'Keefe – NY Bar No. 1980853, CA Bar No. 122417
Paul J. Couchot – CA Bar No. 131934
Counsel for the SunCal Appellants

**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400
Louis R. Miller – CA Bar No. 54141
Martin H. Pritikin -- CA Bar No. 210845
Special Litigation Counsel for SunCal Appellants

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC, et al.,**<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**Jointly Administered** |

## <u>AMENDED</u> STATEMENT OF ISSUES AND DESIGNATION OF RECORD RE APPEAL OF ORDER DENYING MOTION OF THE SUNCAL DEBTORS FOR AN ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY; OR, IN THE ALTERNATIVE, GRANTING RELIEF FROM STAY <u>FILED BY THE SUNCAL APPELLANTS</u>

SunCal Communities I LLC, SunCal Communities III LLC, SCC/Palmdale LLC, Acton Estates LLC, SunCal Beaumont Heights LLC, SunCal Emerald Meadows LLC, SunCal Johansson Ranch LLC, SunCal Bickford Ranch LLC, SunCal Summit Valley LLC, Seven Brothers LLC, Kirby Estates LLC, SJD Partners Ltd., SJD Development Corp., SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC, the debtors and debtors-in-possession (collectively, the "SunCal Appellants") hereby set forth the issues and designate the record in the

SunCal Appellants' appeal to the District Court for the Southern District of New York from that certain *Order Denying Motion Of The SunCal Debtors For An Order Determining That The Automatic Stay Does Not Apply; Or, In The Alternative, Granting Relief From Stay* (the "Stay Order") entered by the United States Bankruptcy Court on May 17, 2010 (Docket No. 9059).

The SunCal Appellants are concurrently appealing that certain *Order Approving Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Authority To Compromise Controversy In Connection With A Repurchase Transaction With Fenway Capital, LLC And A Commercial Paper Program With Fenway Funding, LLC* (the "Compromise Order") and they have filed a motion seeking to consolidate these appeals on the grounds that the hearings on the underlying motions were effectively combined, and the resulting rulings are integrally related, both factually and legally. Accordingly, the within Designation of Record encompasses documents that are relevant to both the Stay Order and the Compromise Order.

# I

## STATEMENT OF ISSUES

1.    Whether the lower court erred in finding that LCPI's automatic stay would stay an ongoing action in the United States Bankruptcy Court for the Central District of California, which seeks to equitably subordinate certain claims filed in the SunCal Appellants' Chapter 11 cases (pending in such court) by non-debtor, Fenway Capital, LLC, after LCPI acquired such claims;

2.    Whether the lower court erred in finding that LBHI's automatic stay would stay an ongoing action in the United States Bankruptcy Court for the Central District of California, which seeks to equitably subordinate certain claims filed in the SunCal Appellants' Chapter 11 cases (pending in such court) by non-debtor, Fenway Capital, LLC, after LCPI acquired such claims;

3.    Whether the lower court used the proper legal standard in denying the SunCal Appellants' Motion for Relief From Stay;

4.    Whether the lower court correctly applied the proper legal standard in denying the SunCal Appellants' Motion For Relief From Stay; and

5. Whether the lower court abused its discretion in denying the SunCal Appellants' Motion For Relief From Stay.

## II

## **DESIGNATION OF RECORD**

The following documents in the record below are designated in support of this appeal:

| Item No. | Docket No. | Document |
|---|---|---|
| 1. | 7831 | Motion to Authorize : Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC.. |
| 2. | 7836 | Declaration of Alfredo R. Perez in Support of Order to Show Cause to Consider Debtors Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 3. | 8105 | Opposition SunCal Debtors' Joint Opposition to Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 4. | 8273 | Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee, thereto, to the Debtors' Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital and a Commercial Paper Program with Fenway Funding |
| 5. | 8252 | Motion to Join - Limited Joinder of Steven M. Speier, Chapter 11 Trustee in the Opposition of Suncal Debtors to Motion Pursuant to Bankruptcy Rule 9019 For Authority to Compromise Controversy in Connection With a Repurchase Transaction With Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC. |
| 6. | 8260 | Response / Debtors' Response to the SunCal Debtors' Joint Opposition to Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |

| 7. | 8261 | Declaration / Declaration of Robert Roesch in Support of Debtors' Response to the SunCal Debtors' Joint Opposition to Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
|---|---|---|
| 8. | 8273 | Response of Fenway Capital, LLC and Fenway Funding, LLC to the Suncal Debtors' Joint Opposition, and the Limited Joinder of Steven M. Spier, Chapter 11 Trustee, thereto, to the Debtors' Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital and a Commercial Paper Program with Fenway Funding |
| 9. | 8375 | Motion for Adjournment Request of SunCal Debtors for Adjournment of Motion Pursuant to Bankruptcy Rule 9010 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and A Commercial Paper Program with Fenway Funding, LLC |
| 10. | 8539 | Motion for Relief from Stay Notice and Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay filed by Sean A. Okeefe on behalf of SunCal Debtors. with hearing to be held on 5/12/2010 at 10:00 AM at Courtroom 601 (JMP) (Okeefe, Sean) (Entered: 04/21/2010) |
| 11. | 8541 | Declaration of Sean A. O'Keefe in Support of Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay |
| 12. | 8542 | Declaration of Bruce Cook in Support of Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay |
| 13. | 8539 | Debtors Objection to the Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief from Stay |
| 14. | 8788 | Notice of Filing of Revised Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 15. | 8812 | Declaration of Allen S. Blaustein in Support of Debtors' Objection to the Motion of the Suncal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief from Stay |

| 16. | 8863 | Objection to Motion SunCal Debtors' Objection to Form of Revised Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy Relating to Repurchase Transaction |
|---|---|---|
| 17. | 8916 | Supplement to Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 18. | 8939 | Statement / Supplemental Statement Of Official Committee Of Unsecured Creditors with Respect to Proposed Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 19. | 8940 | Statement Of Official Committee Of Unsecured Creditors With Respect To SunCal Debtors' Motion To Modify The Automatic Stay |
| 20. | 8949 | Reply to Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, In the Alternative, Granting Relief From Stay |
| 21. | 8960 | Declaration of Paul J. Couchot in Support of Reply Re: Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay |
| 22. | 9030 | Order Signed on 5/13/2010 Approving the Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC. |
| 23. | 9059 | Order Signed on 5/17/2010 Denying the Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay |
| 24. | 9312 | Notice of Appeal of Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC |
| 25. | 9313 | Notice of Appeal of Order Denying the Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or in the Alternative, Granting Relief From Stay |
| 26. | 9327 | SunCal Appellants' Notice of Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8005 re Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program With Fenway Funding, LLC *and* Order Denying Motion of the SunCal Debtors for an Order Determining that the Automatic |

|     |      |                                                                                                                                                                                                                                                                                                                                                                                                      |
| --- | ---- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |      | Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal                                                                                                                                                                                                                                                                                                          |
| 27. | 9329 | SunCal Appellants' Memorandum of Law Pursuant to Fed. R. Bankr. P. 8005 re Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program With Fenway Funding, LLC *and* Order Denying Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 28. | 9330 | Declaration of Sean A. O'Keefe in Support of SunCal Debtors' Motion for Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8005 re Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program With Fenway Funding, LLC *and* Order Denying Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 29. | 9331 | Declaration of Sean a. O'Keefe in Support of Issuance of Order Setting Expedited Hearing and Staying Implementation of Orders on Appeal Pending Consideration of SunCal Appellants' Motion for Stay Pending Appeal |
| 30. | 9333 | Order to Show Cause Fixing Hearing Date to Consider SunCal Appellants' Motion for Stay Pending Appeal |
| 31. | 9335 | Notice to Creditors and Parties in Interest of Hearing on SunCal Appellants' Motion for Stay Pending Appeal; Request for Expedited Hearing and Order Staying Implementation of Orders on Appeal Pending Consideration of Motion (Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy In Connection with a Repurchase Transaction with Fenway Capital, , LLC and a Commercial Paper Program with Fenway Funding, LLC, and Order Denying Motion of the Suncal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief From Stay) |
| 32. | 9337 | Stipulation re Continuance of Hearing on Motion for Stay Pending Appeal and Proposed Briefing Schedule |
| 33. | 9339 | Order re Stipulation re Continuance of Hearing on Motion for Stay Pending Appeal and Proposed Briefing Schedule |
| 34. | 9351 | Transcript regarding Hearing Held on May 12, 2010 10:07 AM RE: Conference Re: Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Contracts; Hearing Re: Debots' Motion for Authority to Compromise Controversy in |

|     |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|-----|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |      | Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC.                                                                                                                                                                                                                                                                                                                                                                 |
| 35. | 9428 | Debtors' Response to SunCal Debtors' Motion and Memorandum of Law Pursuant to Fed R. Bankr P. 8005 for Stay Pending Appeal of Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC and for Stay Pending Appeal of Order Denying Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 36. | 9435 | Joinder of Official Committee of Unsecured Creditors in Debtors' Response to SunCal Debtors' Motion and Memorandum of Law Pursuant to Fed R. Bankr P. 8005 for Stay Pending Appeal of Order Approving Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC and for Stay Pending Appeal of Order Denying Motion of the SunCal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 37. | 9499 | SunCal Appellants' Reply to Opposition to Motion for Stay Pending Appeal of Order Approving Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC *and* for Stay Pending Appeal of Order Denying Motion of the Suncal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 38. | 9500 | Supplemental Declaration of Sean O'Keefe in Support of SunCal Appellants' Reply to Opposition to Motion for Stay Pending Appeal of Order Approving Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC *and* for Stay Pending Appeal of Order Denying Motion of the Suncal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |
| 39. | 9501 | Declaration of Robert Starkman in Support of SunCal Appellants' Reply to Opposition to Motion for Stay Pending Appeal of Order Approving Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC *and* for Stay Pending Appeal of Order Denying Motion of the Suncal Debtors for an Order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief from Stay and Notice of Appeal |

| 40. | 9595 | Order Denying SunCal Appellants' Motion for Stay Pending Appeal of (i) Order Approving Debtors' Motion for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC, and (ii) Order Denying Motion of the SunCal Debtors for an order Determining that the Automatic Stay Does Not Apply; or, in the Alternative, Granting Relief From Stay |

Dated: June 29, 2010         Respectfully submitted,

  /s/  Sean A O'Keefe
Sean A O'Keefe
Paul J. Couchot

WINTHROP COUCHOT, P.C.
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

  /s/  Louis R. Miller
Louis R. Miller
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
LOS ANGELES, CA 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

*Attorneys for the SunCal Appellants*