

**WSET®**
Wine & Spirit Education Trust

Honorable James M Peck
One Bowling Green
New York
New York 10004
Courtroom 601

Chief Executive: Ian M. Harris BA(Hons) AIWS CMBII

International Wine & Spirit Centre
39-45 Bermondsey Street
London SE1 3XF
Telephone: 020 7089 3800
Facsimile: 020 7089 3847

email: wset@wset.co.uk
website: www.wset.co.uk

24-May-10

Dear Sirs

### Ref Claim :08 -13555 (JMP) Southern District of New York: Lehman Brothers Holdings INC.,et al., Claim Number 5697

I attach the copy Sales Invoice, number 566682 dated 7th August 2008, to support the creditor's claim (5697) of £268 from Lehman Brothers on behalf of my charitable organisation; the Wine & Spirit Education Trust.

Please let me know if there is anything else you need us to send you. My direct line is +44 2070893824 and e-mail afordham@wset.co.uk at the above postal address, I am the person who will be resolving the claim on behalf odf the Wine & Spirit Education Trust.

Yours faithfully

Angela Fordham
Finance Director

Copies to: Attorneys for the Debtors
  Office of the United States Trustee for the Southern State of New York
  Attorneys for the official committee of unsecured creditors

WSET and the Ariadne logo are registered trademarks
Registered Charity No. 313766
Registered Office: 39-45 Bermondsey Street
London SE1 3XF
Registered in England & Wales No. 964179
VAT Reg No. 245 5591 46

RECEIVED JUN 1 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                              Debtors.               : (Jointly Administered)
                                                     :

------------------------------------------------------------x

MAIL ID *** 25375769 *** LBH OMNI15 05-18-2010 (MERGE2,TXNUM2) 4000052393
WINE & SPIRIT EDUCATION TRUST
INTERNATIONAL WINE & SPIRIT CENTRE
39 - 45 BERMONDSEY STREET
SOUTHWARK
LONDON SE1 3XF UNITED KINGDOM

11944
22/7/2008
Inv 56682

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' FIFTEENTH
OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)**

TO: WINE & SPIRIT EDUCATION TRUST
INTERNATIONAL WINE & SPIRIT CENTRE
39 - 45 BERMONDSEY STREET
SOUTHWARK
LONDON SE1 3XF
UNITED KINGDOM

Basis For Objection:   Foreign Currency Claim

| Claim to be Expunged | Claim Number | Claim Amount |
|---|---|---|
|  | 5697 | Undetermined |

PLEASE TAKE NOTICE that, on May 18, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifteenth Omnibus Objection to Claims (Foreign Currency Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they were not denominated in lawful currency of the United States. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on June 17, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Wine & Spirit Education Trust
International Wine & Spirit Centre
39-45 Bermondsey Street,
London SE1 3XF (Registered Office)
Telephone: +44 (0)20 7089 3800   Fax: +44 (0)20 7089 3847
Email: wset@wset.co.uk   Website: www.wset.co.uk

VAT Reg. No. 245 5591 46

Registered Charity
No. 313766

Wine & Spirit Education Trust, WSET and the Ariadne logo are all registered trademarks.

Invoice                                                    Page 1

| | |
|---|---|
| Invoice No. | 56682 |
| Invoice/Tax Date | 22/07/2008 |
| Order No. | Nigel Clift |
| Account No. | LEHMAN |

Lehman Brothers - 1117
c/o Accounts Payable
PO Box 50559
London
E14 5WU
Ref ERno. 26835

VAT NO.

| Service Details | Net Amount | VAT Amount |
|---|---|---|
| New Approved Programme Provider 2008/9 Level 1 Foundation Certificate Courses in Wines | 268.00 | 0.00 |

| | |
|---|---|
| Total Net Amount | 268.00 |
| Total VAT Amount | 0.00 |
| Carriage | 0.00 |
| Invoice Total | £ 268.00 |

TERMS: STRICTLY 30 DAYS NETT