Ingeburg Bethke
Gerbstedter Str. 45                                                    11.06.2010
06333 Hettstedt (Deutschland)
Telefon: 03476 201332
Email: inge.bethke@t-online.de


James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601


Honorable Jame M. Peck

In response to at the letter date 18.05.2010 give the follow statement:

| | |
|---|---|
| UN Bankruptcy Court: | Southern District of New York |
| Debtors: | Lehman-Brothers Holding Inc. |
| Case Number: | 08-13555 (JMP)  Chapter 11 |
| Creditor: | Ingeburg BETHKE |
| Date Received: | 10/30/2009 |
| Claim Number: | 57310 |
| Amount of Claim: | **10.091,07 $    THIS IS MY CLAIM** |

(Claim number 7375 plase delete!
Give reasons for: I have made this demand in Euro of currency.)

I have only above-mentioned 1 rigth of $ 10. 091,07


Yours sincerely

Ingeburg Bethke

*[signature]*



RECEIVED
JUN 18 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

*(Page rotated 90°; content reads as follows:)*

**3480  BETHKE, FRAU INGEBURG  3/24/2009  $0.00  Image**
GERBSTEDTER STR. 45
HETTSTEDT, 06333
GERMANY

Claimed Secured: $0.00
Claimed Priority:

Remarks: 7,108.15 Euros
CLAIMED UNLIQUIDATED

Debtor: Lehman Brothers Holdings Inc.

**7375  BETHKE, FRAU INGEBURG  8/5/2009  $0.00  Image**
GERBSTEDTER STR 45.
HETTSTEDT, 06333
GERMANY

Claimed Secured: $0.00
Claimed Priority:

Remarks: The claim amount is 7,108.15 Euros
POSSIBLE DUPLICATE CLAIM
CLAIMED UNLIQUIDATED

Debtor: NO DEBTOR ASSERTED BY CREDITOR

**57310  BETHKE, INGEBURG  10/30/2009  $10,091.07  Image**
GERBSTEDTER STR.45
HETTSLEDT, 06333
GERMANY

Claimed Unsecured: $10,091.07

Debtor: Lehman Brothers Holdings Inc.

*Handwritten:* This is my claim
Sign.: BM