## ANNETTA FARBER PUGIA
## 3 OLD TOPSFIELD ROAD
## BOXFORD, MASSACHUSETTS 01921

Dated June 22, 2010

*RECEIVED JUN 25 2010 U.S. BANKRUPTCY COURT, SDNY*

Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Dear Clerk of the Court,

Find attached my objection to Lehman Brother's motion, case number 08-13555 (JMP) a chapter 11 bankruptcy, disallowing my claim for payment.

Please attach these documents to this action?

Thanking you for your attention to this objection; I Remain,

Sincerely,

*[signature]*

Ms. Annetta Farber Pugia

Cc: consuls of record

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
---------------------------------------------------------------x

MAIL ID *** 0028965902 *** LBH OB27 06-17-2010 (MERGE2,TXNUM2) 4000081932
PUGIA, ANNETTA
3 OLD TOPSFIELD RD
BOXFORD, MA 01921

RECEIVED JUN 25 2010 U.S. BANKRUPTCY COURT, SDNY

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' TWENTY- SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| | | **Claim Number** | **Date Filed** | **Debtor** | **Claim Amount** |
| TO: PUGIA, ANNETTA<br>3 OLD TOPSFIELD RD<br>BOXFORD, MA 01921 | Claim to be Disallowed and Expunged | 35260 | 09/28/2009 | No Case | $23,595.15 |
| | Surviving Claim | 21805 | 09/21/2009 | 08-13555 | $314,207,499.10 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty- Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the holders of certain notes issued pursuant to an indenture. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

..................................................................X

*In RE*

*LEHMAN BROTHERHOLDING INC>, et al,*

*Debtor,*

**Chapter 11 Case
Number 08-13555 (JMP)
(Jointly Administered)**

..................................................................X

**ON COMES ANNETTA FARBER PUGIA HOLDER/CREDITOR IN THE ABOVE TITLED MATTER AND BRINGS FORWARD HER OBJECTION TO DEBTOR LEHMAN BROTHERS HOLDINGS INC. TWENTY-SEVENTH OMINIBUS TO CLAIMS OF INDENTURE TRUSTEE**

*Annetta Farber Pugia of 3 Old Topsfield Road, Boxford, Massachusetts 01921 a citizen of the United States pleas this most honorable court does not disallow her claim:*

*Claim Number: 35260*

*Date Filed: 09/28/2009*

*Amount: $23,595.15*

      *For, But Not Limited to the Following Reasons:*

*1.) Holder Creditor is a senior living on Social Security and her claim for $23,595.15 not only represents a large sum to her, but is required by her to meet her obligations.*

*2.) Holder/creditor places reliance and assures on the debtor's claims that her investment was safe from failure before investing her funds, while the debtor knew full well that it was unable to meet its obligations and was facing financial problems and potential ruin.*

*3.) Further, while the debtor knew it had financial problems and it took the holder/creditors investment it continued to pay its executives large salaries.*

1.

## SUMMARY

*The debtor fail in its fiduciary duty under the prudent-man rule causing great harm to its investors, while assuring the investors through its brochures and adverting that is was acting in a prudent manner.*

*Even more the record has shown that its senior executives and officers were performing in corrupt misbehavior that went against all the rules of proper conduct for a company entrusted with the investments of its clients.*

*Therefore this most honorable court which now stands as the last court for the small investors, those investors who was led to believe they were investing their life savings/funds in a company who was acting prudent with their funds under the rule should disallow the debtor's motion in the favor of the creditor in this matter.*

*[signature]* Dated June 22, 2010
**Annetta Farber Pugia**
**3 Old Topsfield Road**
**Boxford, Massachusetts 01921**
**(978) 887-2919**

## NOTICE OF SERVICE

*Now comes, Annetta Farber Pugia a creditor in the above titled matter and under the pains and penalties of perjury to hereby certify that I have on this date of June 22, 2010 forwarded by first class prepaid Untied States mail to debtor's attorneys of record this objection to:*

**WEIL, GOTSHAL & MANGES LLP,**
**767 Fifth Avenue,**
**New York, New York 10153,**

*Marked to the attentions of: Attorneys Mr. Shai Y. Waisman, Mr. John O'Connor and Ms. Sarah Decker*

*[signature]* Dated June 22, 2010
**Annetta Farber Pugia**