UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

## OBJECTION TO SILK ROAD GIVEAWAY

Now comes William Kuntz, III who appears here Pro Se and respectfully submits the following to the Apparent 'Give-Away" of the Silk Road Asset.

1) A Review of the underlying Proof of Claim reveals perhaps the most obtuse Document I have ever read in the Lehman Case to date. It is not even clear just what exactly the claim is in Dollars. Further, the Claim admits conduct that clearly would indicate a violation of the Automatic Stay and is Couched in Language that indicates a total disdain and arrogance that only Lawyers could expect from brethren.

2) It is unclear just who the Debtor asked about selling this interest. A search of the 2 major Newspapers in India, the Times of India[1] and the Economic Times[2] Archives reveals no Stories or Ads about this proposal. There are other stories about this fund, so in view of India's growing wealth, the Debtor's Statement is at best a fabrication.

---

[1] http://timesofindia.indiatimes.com/
[2] http://economictimes.indiatimes.com/

Printed from
**THE TIMES OF INDIA**

# India's wealthy population crossed one-lakh mark in 2009

PTI, Jun 23, 2010, 04.56pm IST

NEW YORK: India's population of high net worth individuals grew by as much as 51 per cent to over 1.26 lakh in 2009, riding on the surge in market valuations and improved economic growth, a report said.

According to the 2010 Merrill Lynch-Capgemini World Wealth Report, in India, the number of high net worth individuals (HNWIs) with minimum investable assets of USD 1 million (around Rs 5 crore) rose to 1,26,700 by the end of 2009 compared to just 84,000 in 2008.

"India also has a relatively high market-cap-to-GDP ratio (two times GDP) and its stock-market capitalisation more than doubled in 2009, after dropping 64.1 per cent in 2008," the report added.

"The recovery was also underpinned, however, by the strong outlook for India's underlying economy," it said.

HNWIs are defined as those having investable assets of USD 1 million or more, excluding primary residence, collectibles, consumables and consumer durables.

Among Asia-Pacific markets, Hong Kong and India led the pack, rebounding from mammoth declines in their HNWI base and wealth in 2008 due to strong growth of their stock markets.

The wealth of Asia-Pacific HNWIs rose to USD 9.7 trillion by the end of 2009, a 30.9 per cent increase over the previous year.

Interestingly, for the first time-ever, the wealth of Asia-Pacific HNWIs surpassed that of Europe's HNWIs (USD 9.5 trillion) in 2009.

"In Asia-Pacific, China and India will continue to lead the way, with economic expansion and growth likely to keep outpacing more developed economies. The region's HNWI growth is likely to be the fastest in the world as a result," the report added.

China continues to have the world's fourth largest HNWI base of 477,000 wealthy people at the end of 2009.

Overall, the world's population of HNWIs grew 17.1 per cent to one crore in 2009, returning to

levels last seen in 2007, despite contraction in the world gross domestic product.

Global HNWI wealth similarly recovered, rising 18.9 per cent to USD 39 trillion, with HNWI wealth in Asia-Pacific and Latin America actually surpassing 2007 levels.

The global HNWI population, nevertheless, remains highly concentrated in the US, Japan and Germany, which accounted for 53.5 per cent of the world's HNWI population at the end of 2009, down slightly from 54 per cent in 2008.

Australia became the tenth largest home to HNWIs after overtaking Brazil due to a considerable increase in wealth.

The wealth of ultra-HNWIs, having investable assets of USD 30 million or more, also increased in 2009 and accounted for 35.5 per cent of global HNWI wealth.

Printed from
**THE TIMES OF INDIA**

# Total lending to India this year to touch $9.3bn: World Bank

PTI, Jun 23, 2010, 04.32pm IST

NEW DELHI: The World Bank today said its total lending to India will touch $9.3 billion for the fiscal ending June this year.

The total expected lending this year includes $2.6 billion in interest-free credit and $6.7 billion in the form of a long-term, low interest loan, the World Bank said in a statement.

"Part of this lending is in support of the government of India's response to the global financial crisis. Another significant portion is aimed at helping the country remove infrastructure constraints to high growth," World Bank Country Director (India) Roberto Zagha said.

These loans are spread across five new projects and are aimed at helping India sustain growth.

The World Bank follows a fiscal year from July to June. The lending also includes a $2 billion package to provide capital to facilitate credit expansion of some of the public sector banks and prevent a shortfall of capital from affecting India's economy in the wake of the global economic crisis, he added.

Printed from
# THE TIMES OF INDIA

# New Silk Route buys into K S Oils

Reeba Zachariah, TNN, May 19, 2009, 01.01am IST

MUMBAI: Private equity fund New Silk Route is buying into India's largest mustard oil company, the Morena, Madhya Pradesh—based K S Oils. The fund that bought the troubled financial services firm Dawnay Day and has invested in Reliance Telecom, is putting in Rs 135 crore for a 7-8% stake in K S Oils.

The Gargs-promoted K S Oils is raising Rs 450 crore via primary issue of equity shares, global depository receipts and warrants to be used to set up palm plantations in Indonesia and Malaysia. Besides New Silk Route, K S Oils already has other large PE investors like CVC and Baring. The Gargs, CVC and Baring are also investing in the company to maintain their respective holdings.

After the transaction is completed, the promoters' stake will stand at 38%, CVC's 11% and Baring's 7%. On Monday, the K S Oils scrip closed at Rs 52, up around 11% on BSE. PricewaterhouseCoopers is learnt to be exclusive financial advisor to the deal. K S Oils's global expansion is driven through its Singapore arm K S Natural Resources and is part of its backward integration plans. The Indonesian and Malaysian oil palms will assure supply of crude palm oil to India.

The K S Oils transaction, signed on Monday, reflects the changing scenario in PE space. Investment banking circles expect PE deals, preferential allotments and qualified institutional placements to pick up steam in the coming months, thanks the easing credit situation followed by stock market upswing. April has been reasonably good, with 15 PE deals worth $493.94 million being done, compared to the first three months of 2009, says advisory firm Grant Thornton.

However, the overall volume and ticket size, in comparison to the first four months of last year, were not remarkable. Following the global financial crisis, the number of deals has come down considerably as fund managers have become choosy about their investments.

to hear more how Lehman lost 1/2 Billion on the John Hancock Tower[3] in favor of

RBS Greenwich Capital in the Foreclosure recently.

The Court Should Deny this Motion.

Respectfully,

William Kuntz, III

India St PO Box 1801
Nantucket Island, Ma 02554-1801

June 23, 2010
Hyannis, Ma

---

1. 3 Mish's Global Economic Trend Analysis: **John Hancock Tower ...**
Apr 4, 2009 ... March 31, 2009 10:33 AM - The **John Hancock Tower** was sold today for $660.6 million at a **foreclosure** auction in New York City. ...
globaleconomicanalysis.blogspot.com/.../john-hancock-tower-foreclosure-sale-65.html - Cached - Similar