UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. :
:
------------------------------------------------------------------------x   Ref. Docket No. 8593

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2010, I caused to be served personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Sworn to before me this                                    Lauren Rodriguez
29th day of June, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Defective Transfer 8593_Aff 06-28-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    08-13555 (JMP)
                                                            :
        Debtors.       :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    YORVIK PARTNERS LLP
                  ATTN: LISA KING
                  11 IRONMONGER LANE
                  LONDON EC2V 8EY
                  U.K.

Transferee:    SOTHIC CAPITAL EUROPEAN OPPORTUNITIES MASTER FUND LTD
                  ATTN: GEOFF HAFFNER
                  C/O SOTHIC CAPITAL MANAGEMENT LLP
                  50 HANS CRESCENT
                  LONDON SW1X 0NA
                  U.K.

**Your transfer of claim #5276 is defective for the reason(s) checked below:**

CLAIM NUMBER IN ERROR

Refer to docket number 8593 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 28, 2010.

# EXHIBIT B

YORVIK PARTNERS LLP
ATTN: LISA KING
11 IRONMONGER LANE
LONDON EC2V 8EY
U.K.

SOTHIC CAPITAL EUROPEAN OPPORTUNITIES
MASTER FUND LTD
C/O SOTHIC CAPITAL MANAGEMENT
50 HAND CRESCENT
LONDON SW1X 0NA
U.K.

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153