UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                          Debtors.                                          :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 9868-9871

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                     /s/ Lauren Rodriguez
Sworn to before me this                                                  Lauren Rodriguez
29th day of June, 2010
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9868-9871_Aff 06-28-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UNDERLYING FUNDS TRUST, ON BEHALF OF ITS        UNDERLYING FUNDS TRUST, ON BEHALF OF ITS
     SERIES FIXED INCOME ARBITRAGE - 1               BILL SCHWARTZ
     C/O ALTERNATIVE INVESTMENT PERTNERS             C/O SMITH BREEDEN ASSOCIATES, INC.
     600 MAMMARONECK AVE, SUITE 400                  280 S. MANGUM ST. SUITE 301
     HARRISON NY 10528                               DURHAM NC 27701
```

Please note that your claim # 26869 in the above referenced case and in the amount of
        $2,058,857.48        has been transferred **(unless previously expunged by court order)**

```
UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1    UNDERLYING FUNDS TRUST ON BEHALF OF FIXED IN
TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS            BILL SCHWARTZ
HATTERAS FUNDS                                                  C/O SMITH BREEDEN ASSOCIATES
8540 COLONNADE CENTER DRIVE, ST. 401                            280 MANGUM ST., SUITE 301
RALEIGH NC 27615                                                DURHAM NC 27701
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9868       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
                Debtors.                       |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UNDERLYING FUNDS TRUST, ON BEHALF OF ITS         UNDERLYING FUNDS TRUST, ON BEHALF OF ITS
     BILL SCHWARTZ                                    SERIES FIXED INCOME ARBITRAGE - 1
     C/O SMITH BREEDEN ASSOCIATES, INC.               C/O ALTERNATIVE INVESTMENT PERTNERS
     280 S. MANGUM ST. SUITE 301                      600 MAMMARONECK AVE, SUITE 400
     DURHAM NC 27701                                  HARRISON NY 10528
```

Please note that your claim # 26869 in the above referenced case and in the amount of
         $2,058,857.48        has been transferred **(unless previously expunged by court order)**

```
UNDERLYING FUNDS TRUST ON BEHALF OF FIXED INCOME ARBITRAGE-1      UNDERLYING FUNDS TRUST ON BEHALF OF FIXED IN
BILL SCHWARTZ                                                    TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHAL
C/O SMITH BREEDEN ASSOCIATES                                     HATTERAS FUNDS
280 MANGUM ST., SUITE 301                                        8540 COLONNADE CENTER DRIVE, ST. 401
DURHAM NC 27701                                                  RALEIGH NC 27615
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9868     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
         Debtors.                                  |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   UNDERLYING FUNDS TRUST, ON BEHALF OF ITS            UNDERLYING FUNDS TRUST, ON BEHALF OF ITS
      SERIES FIXED INCOME ARBITRAGE - 1                   BILL SCHWARTZ
      C/O ALTERNATIVE INVESTMENT PARTNERS                 C/O SMITH BREEDEN ASSOCIATES, INC.
      600 MAMARONECK AVE, SUITE 400                       280 S. MANGUM ST., SUITE 301
      HARRISON NY 10528                                   DURHAM NC 27701

Please note that your claim # 26868 in the above referenced case and in the amount of
       $2,058,857.48       has been transferred **(unless previously expunged by court order)**

      UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1    UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED I
      TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS               BILL SCHWARTZ
      HATTERAS FUNDS                                                     C/O SMITH BREEDEN ASSOCIATES
      8540 COLONNADE CENTER DRIVE, ST. 401                               280 SOUTH MANGUM ST., SUITE 301
      RALEIGH NC 27615                                                   DURHAM NC 27701

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9869      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS
BILL SCHWARTZ
C/O SMITH BREEDEN ASSOCIATES, INC.
280 S. MANGUM ST., SUITE 301
DURHAM NC 27701

UNDERLYING FUNDS TRUST, ON BEHALF OF ITS
SERIES FIXED INCOME ARBITRAGE - 1
C/O ALTERNATIVE INVESTMENT PARTNERS
600 MAMARONECK AVE, SUITE 400
HARRISON NY 10528

Please note that your claim # 26868 in the above referenced case and in the amount of $2,058,857.48 has been transferred **(unless previously expunged by court order)**

UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED INCOME ARBITRAGE - 1
BILL SCHWARTZ
C/O SMITH BREEDEN ASSOCIATES
280 SOUTH MANGUM ST., SUITE 301
DURHAM NC 27701

UNDERLYING FUNDS TRUST, ON BEHALF OF FIXED I
TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHAL
HATTERAS FUNDS
8540 COLONNADE CENTER DRIVE, ST. 401
RALEIGH NC 27615

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9869 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
     ATTENTION: EDWARD G. TURAN                       DOUGLAS R DAVIS
     388 GREENWICH ST                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LL
     NEW YORK NY 10013-2375                           1285 AVENUE OF THE AMERICAS
                                                      NEW YORK NY 10019-6064
```

Please note that your claim # 60623 in the above referenced case and in the amount of
     $18,623,220.00     has been transferred **(unless previously expunged by court order)**

```
SCOTTWOOD MASTER LTD
TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
33 BENEDICT PLACE
GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9870     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                            Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                      |
                                      |   (Jointly Administered)
                  Debtors.            |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CITIGROUP GLOBAL MARKETS INC.                CITIGROUP GLOBAL MARKETS INC.
     DOUGLAS R DAVIS                              ATTENTION: EDWARD G. TURAN
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 388 GREENWICH ST
     1285 AVENUE OF THE AMERICAS                  NEW YORK NY 10013-2375
     NEW YORK NY 10019-6064

Please note that your claim # 60623 in the above referenced case and in the amount of
        $18,623,220.00        has been transferred **(unless previously expunged by court order)**

                                                  SCOTTWOOD MASTER LTD
                                                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
                                                  33 BENEDICT PLACE
                                                  GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9870    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
     ATTENTION: EDWARD G. TURAN                       DOUGLAS R DAVIS
     388 GREENWICH ST                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LL
     NEW YORK NY 10013-2375                           1285 AVENUE OF THE AMERICAS
                                                      NEW YORK NY 10019-6064
```

Please note that your claim # 60624 in the above referenced case and in the amount of
     $10,077,500.00          has been transferred **(unless previously expunged by court order)**

```
SCOTTWOOD MASTER LTD
TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
33 BENEDICT PLACE
GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9871     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 28, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP GLOBAL MARKETS INC.                CITIGROUP GLOBAL MARKETS INC.
      DOUGLAS R DAVIS                              ATTENTION: EDWARD G. TURAN
      PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 388 GREENWICH ST
      1285 AVENUE OF THE AMERICAS                  NEW YORK NY 10013-2375
      NEW YORK NY 10019-6064
```

Please note that your claim # 60624 in the above referenced case and in the amount of
    $10,077,500.00        has been transferred **(unless previously expunged by court order)**

```
                                                    SCOTTWOOD MASTER LTD
                                                    TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
                                                    33 BENEDICT PLACE
                                                    GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9871       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2010.

# EXHIBIT B

```
TIME: 18:06:39                                    LEHMAN BROTHERS HOLDING INC.                                                       PAGE:   1
DATE: 06/28/10                                          CREDITOR LISTING

Name                                              Address
CITIGROUP GLOBAL MARKETS INC.                     ATTENTION: EDWARD G. TURAN 388 GREENWICH ST NEW YORK NY 10013-2375
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064




SCOTTWOOD MASTER LTD                              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. 33 BENEDICT PLACE GREENWICH CT 06830
UNDERLYING FUNDS TRUST ON BEHALF OF               BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 MANGUM ST., SUITE 301 DURHAM NC 27701
FIXED INCOME ARBITRAGE-1
UNDERLYING FUNDS TRUST ON BEHALF OF               TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615
FIXED INCOME ARBITRAGE-1
UNDERLYING FUNDS TRUST, ON BEHALF OF              BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 SOUTH MANGUM ST., SUITE 301 DURHAM NC 27701
FIXED INCOME ARBITRAGE - 1
UNDERLYING FUNDS TRUST, ON BEHALF OF              TRANSFEROR: UNDERLYING FUNDS TRUST, ON BEHALF OF ITS HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615
FIXED INCOME ARBITRAGE - 1
UNDERLYING FUNDS TRUST, ON BEHALF OF ITS          BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST. SUITE 301 DURHAM NC 27701
UNDERLYING FUNDS TRUST, ON BEHALF OF ITS          BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701
UNDERLYING FUNDS TRUST, ON BEHALF OF ITS          SERIES FIXED INCOME ARBITRAGE - 1 C/O ALTERNATIVE INVESTMENT PARTNERS 600 MAMARONECK AVE, SUITE 400 HARRISON NY 10528
UNDERLYING FUNDS TRUST, ON BEHALF OF ITS          SERIES FIXED INCOME ARBITRAGE - 1 C/O ALTERNATIVE INVESTMENT PERTNERS 600 MAMARONECK AVE, SUITE 400 HARRISON NY 10528


Total Number of Records Printed       17


                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153