NIXON PEABODY LLP
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas*
*and Deutsche Bank National Trust Company,*
*each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee*
*and in other related fiduciary capacities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 18519
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

| | |
|---|---|
| Creditor Name and Address: | Deutsche Bank Trust Company Americas<br>1761 East Saint Andrew Place<br>Santa Ana, CA 92705-4934<br>Attention: Structured Credit Services |
| Debtor: | Lehman Brothers Special Financing Inc. |
| Claim Number: | 18519 |
| Date Claim Filed: | September 18, 2009 |
| Amount of Claim Filed: | Unliquidated |

Deutsche Bank Trust Company Americas, as Trustee of Ares Enhanced Loan Investment

Strategy II (the "Creditor"), by its attorneys, Nixon Peabody LLP, hereby files this notice of withdrawal

of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

13043582.2

The Creditor hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the

Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the

above-referenced debtor.

Dated:  New York, New York
       June 29, 2010

Respectfully Submitted,

By:  */s/ David H. Lee*_____
David H. Lee
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

and

Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas, and Deutsche Bank National Trust Company, each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee and in other related fiduciary roles*