# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| King Street Acquisition Company, L.L.C. | Yorvik Partners LLP |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | |
| King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com | Court Claim # (if known): 27006<br><br>Amount of Claim: $21,664,012.42<br><br>Date Claim Filed: September 22, 2009<br><br>Phone: N/A |
| With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com | |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KING STREET ACQUISITION COMPANY, L.L.C.
By: King Street Capital Management, L.P.
    Its Manager

By: King Street Capital Management GP, L.L.C.
    Its General Partner

By: _____        Date: _____
    Name:    Jay Ryan
    Title:    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-288/FORMS/2643856.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 27006 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| | |
|---|---|
| <u>Yorvik Partners LLP</u><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>11 Ironmonger Lane<br>London<br>EC2V 8EY | <u>King Street Acquisition Company, L.L.C</u><br>Name of Transferee<br><br>Address of Transferee:<br><br>King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com<br><br>With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com |

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                    CLERK OF THE COURT

452-288/FORMS/2643856.1

EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, YORVIK PARTNERS LLP ("**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to KING STREET ACQUISITION COMPANY, L.L.C. (the "**Assignee**") pursuant to a Transfer of Claim Agreement dated 26 February 2010 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of EUR 15,000,000.00 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of February, 2010

ASSIGNOR:

YORVIK PARTNERS LLP

SIMON MULLALY
452-299 PARTNER

ASSIGNEE:

KING STREET ACQUISITION COMPANY, L.L.C.

By: King Street Capital Management, L.P.

Its Manager

By: King Street Capital Management GP, L.L.C.

Its General Partner

Jay Ryan
Authorized Signatory