WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (JMP)
                                                                 :
                              Debtors.                           :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
```

### DEBTORS-APPELLEES' COUNTER-DESIGNATION
### OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellees, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11

debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, hereby designate,

pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional

items to be included in the record on appeal in addition to items designated by Appellant, CVI

GVF (Lux) Master S.a.r.l. [Docket No. 9596].

# COUNTER-DESIGNATION OF ITEMS TO
# BE INCLUDED IN THE RECORD ON APPEAL

| ITEM NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| 1. | Notice of Presentment of Debtors Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form | 3654 |
| 2. | Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form (the "Bar Date Order") | 4271 |
| 3. | Notice of Deadlines for Filing Proofs of Claim | 4271 |
| 4. | Affidavit of Service Regarding the Bar Date Order | 4309 |
| 5. | Affidavit of Service Regarding the Notice of Deadlines for Filing Proof of Claims and Proof of Claim Forms | 4349 |
| 6. | Debtors' Supplement to Objection to Requests to File Late Claims | 5960 |
| 7. | Objection to Joint Motion of Sea Port Group Securities LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date | 6566 |
| 8. | Transcript of Hearing held on January 13, 2010 | 7203 |
| 9. | Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, dated April 14, 2010 | 8332 |
| 10. | Debtors' Disclosure Statement for Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code, dated April 14, 2010 | 8332 |
| 11. | Errata Order regarding the Memorandum Decision Denying Motions for Leave to File Late Claims, dated May 20, 2010 | 9255 |
| 12. | Corrected Affidavit of Service Regarding the Bar Date Notice and Proof of Claim Forms | 9395 |
| 13. | Transcript of Hearing held on December 16, 2009 | 9812 |
| 14. | Affidavit of Publication of Bar Date Notice | 9930 |

Dated: June 30, 2010
New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession