UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case No. 13555 (JMP) |
| Creditor Name and Address: | Landesbank Hessen-Thuringen Girozentrale<br>420 Fifth Ave.<br>New York, New York 10018 |
| Claim Numbers (if known): | 28203 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $380,305,305.78 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| *[signature]* | Attorneys for Landesbank Hessen-Thüringen Girozentrale |
| Printed Name:<br>Patrick E. Fitzmaurice<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212.768.6700<br>Fax: 212.768.6800 | Dated: 6/17/10 |



WGM_TRAILER