**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Karen E. Wagner
Marshall S. Huebner
James I. McClammy
Brian M. Resnick

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **In re:** | |
| | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **08-13555 (JMP)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FIFTH AMENDED VERIFIED STATEMENT OF**
**DAVIS POLK & WARDWELL LLP PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

     Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this amended verified statement (the "**Amended Verified Statement**") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "**Debtors**") and respectfully states as follows:

     1.  Davis Polk represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that are creditors of one or more of the Debtors (together, the "**Represented Parties**").  Those Represented Parties that are not listed on Exhibit A include entities that have not yet determined to appear in the Cases and/or have sought from Davis Polk general advice regarding the Cases. Davis Polk will supplement this statement as necessary.

     2.  Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors, in law or equity.  The specific nature and

amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest filed or to be filed in the Cases.

    3. Each of the Represented Parties separately requested that Davis Polk represent them in connection with the Cases.

    4. Davis Polk has provided, and may continue to provide, certain legal services to certain of the Debtors. With respect to these services, Davis Polk has prepetition and may have post-petition claims against the Debtors. Davis Polk has not purchased, sold or otherwise transferred any claims against the Debtors.

    5. The undersigned hereby certifies that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Davis Polk reserves the right to revise and supplement this statement.

Dated:   New York, New York
          July 1, 2010

                         By:  /s/ Marshall S. Huebner
                               Karen E. Wagner
                               Marshall S. Huebner
                               James I. McClammy
                               Brian M. Resnick

                               DAVIS POLK & WARDWELL LLP
                               450 Lexington Avenue
                               New York, New York 10017
                               Telephone: (212) 450-4000
                               Facsimile: (212) 450-6501

# EXHIBIT A

1. The Joint Administrators of the
   Lehman European Group Administration Companies[1]
   Level 23
   25 Canada Square
   London
   E14 5LQ
   United Kingdom

2. Natixis ABM LLC
   1251 Avenue of the Americas, 34th Floor
   New York, New York 10020

3. Natixis Securities
   47 quai d'Austerlitz
   75648 Paris cedex 13
   FRANCE

4. Banque Privée 1818
   50 Avenue Montaigne
   75008, Paris
   France

5. Assurances Banque Populaire Vie
   115 rue Réaumur
   CS 40230 - 75086
   PARIS  CEDEX 02
   FRANCE

6. Natixis
   30, avenue Pierre Mendes-France
   75013 Paris
   France

7. Natixis Bleichroeder Inc.
   810 Seventh Avenue, 18th Floor
   New York, NY 10019
   United States of America

---

[1] The Lehman European Group Administration Companies include Lehman Brothers International (Europe) and the other Lehman group companies in administration proceedings in the UK to which partners of PricewaterhouseCoopers LLP are appointed as Joint Administrators.

8.       Natixis Financial Products Inc.
9 West 57th Street, 15th Floor
New York, NY 10019
United States of America

9.       Legal & General Finance Plc
One Coleman Street
London, EC2R 5AA
United Kingdom

10.     Legal & General Protected Investments Plc
1 Grand Canal Square
Grand Canal Harbour
Dublin 2
Ireland

11.     Mediolanum International Life Limited
Block B
Iona Building
Shelbourne Road
Dublin 4
Ireland

12.     EKT Holding AG
Bahnhofstrasse 37
CH – 9320 Arbon
Switzerland

13.     Banque de Luxembourg
14 Boulevard Royal
L-2449 Luxembourg
Grand Duchy of Luxembourg

14.     Lupus alpha Kapitalanlagegesellschaft mbH
Speicherstraße 49-51
60327 Frankfurt am Main
Germany

15.     ICICI Bank Limited
ICICI Bank Towers
Bandra Kurla Complex
Mumbai-400051
India

16.     International Finance Corporation
2121 Pennsylvania Avenue, N.W.
Washington, D.C. 20433

17. Bank Julius Baer & Co. Ltd.
    Bahnofstrasse 36
    8001 Zürich
    Switzerland

18. Appleby Trust (Jersey) Limited
    as Trustee of the Diageo No. Employees' Benefit Trust
    P.O. Box 207
    St. Helier, Jersey, C.I.
    JE1 1BD

19. International Bank for Reconstruction and Development
    1818 H Street, N.W., MSN MC7-706
    Washington, DC 20433

20. Silver Point Capital Offshore Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830

21. Silver Point Capital Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830