UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                             :        **Chapter 11 Case No.**

                                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :        **08-13555 (JMP)**

                                                  :

                              **Debtors.**        :

                                                  :

------------------------------------------------------------------------x        **Ref. Docket Nos. 9826,**
                                                           **9886-9892, 9897 & 9898**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                             */s/ Lauren Rodriguez*
Sworn to before me this                      Lauren Rodriguez
30th day of June, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CIT GROUP INC.
C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
ATTN: JAMES R. MORTIMER, ESQ.
11 WEST 42ND STREET, 12TH FLOOR
NEW YORK NY 10036

CIT GROUP INC.
CIT GROUP INC.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: JEAN HANSON, ESQ.
ONE NEW YORK PLAZA
NEW YORK NY 10004

Please note that your claim # 7578 in the above referenced case and in the amount of
$33,228,987.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CIT GROUP INC.
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                                Vito Genna, Clerk of Court

                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CIT GROUP INC.
    CIT GROUP INC.
    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    ATTN: JEAN HANSON, ESQ.
    ONE NEW YORK PLAZA
    NEW YORK NY 10004

CIT GROUP INC.
C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
ATTN: JAMES R. MORTIMER, ESQ.
11 WEST 42ND STREET, 12TH FLOOR
NEW YORK NY 10036

Please note that your claim # 7578 in the above referenced case and in the amount of
$33,228,987.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CIT GROUP INC.
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:** .

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9826        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CIT GROUP INC.
      C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
      ATTN: JAMES R. MORTIMER, ESQ.
      11 WEST 42ND STREET, 12TH FLOOR
      NEW YORK NY 10036

CIT GROUP INC.
CIT GROUP INC.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LL
ATTN: JEAN HANSON, ESQ.
ONE NEW YORK PLAZA
NEW YORK NY 10004

Please note that your claim # 7579 in the above referenced case and in the amount of
$33,228,987.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CIT GROUP INC.
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
|---|---|---|
| | | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CIT GROUP INC.                                    CIT GROUP INC.
     CIT GROUP INC.                                    C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
     FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP     ATTN: JAMES R. MORTIMER, ESQ.
     ATTN: JEAN HANSON, ESQ.                           11 WEST 42ND STREET, 12TH FLOOR
     ONE NEW YORK PLAZA                                NEW YORK NY 10036
     NEW YORK NY 10004

Please note that your claim # 7579 in the above referenced case and in the amount of
     $33,228,987.00      has been transferred **(unless previously expunged by court order)**

                                                       DEUTSCHE BANK AG, LONDON BRANCH
                                                       TRANSFEROR: CIT GROUP INC.
                                                       ATTN: MATTHEW WEINSTEIN
                                                       60 WALL ST., 3RD FLOOR
                                                       NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s)


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CIT GROUP INC.
C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
ATTN: JAMES R. MORTIMER, ESQ.
11 WEST 42ND STREET, 12TH FLOOR
NEW YORK NY 10036

CIT GROUP INC.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: JEAN HANSON, ESQ.
ONE NEW YORK PLAZA
NEW YORK NY 10004

Please note that your claim # 66829 in the above referenced case and in the amount of
$31,500,000.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CIT GROUP INC.
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                                    Vito Genna, Clerk of Court

                                                   /s/ Lauren Rodriguez
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
-----------------------------------------
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                   Debtors.              |
                                         |
-----------------------------------------
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CIT GROUP INC.                          CIT GROUP INC.
     FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP    C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
     ATTN: JEAN HANSON, ESQ.                 ATTN: JAMES R. MORTIMER, ESQ.
     ONE NEW YORK PLAZA                      11 WEST 42ND STREET, 12TH FLOOR
     NEW YORK NY 10004                       NEW YORK NY 10036
```

Please note that your claim # 66829 in the above referenced case and in the amount of
$31,500,000.00      has been transferred **(unless previously expunged by court order)**

```
                                             DEUTSCHE BANK AG, LONDON BRANCH
                                             TRANSFEROR: CIT GROUP INC.
                                             ATTN: MATTHEW WEINSTEIN
                                             60 WALL ST., 3RD FLOOR
                                             NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010

```
                        Vito Genna, Clerk of Court


                        /s/ Lauren Rodriguez
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CIT GROUP INC.
C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
ATTN: JAMES R. MORTIMER, ESQ.
11 WEST 42ND STREET, 12TH FLOOR
NEW YORK NY 10036

CIT GROUP INC.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: JEAN HANSON, ESQ.
ONE NEW YORK PLAZA
NEW YORK NY 10004

Please note that your claim # 66830 in the above referenced case and in the amount of $31,500,000.00        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CIT GROUP INC.
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
                                   |
              Debtors.             |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CIT GROUP INC.                          CIT GROUP INC.
     FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP   C/O THE CIT GROUP/COMMERCIAL SERVICES, INC.
     ATTN: JEAN HANSON, ESQ.                 ATTN: JAMES R. MORTIMER, ESQ.
     ONE NEW YORK PLAZA                      11 WEST 42ND STREET, 12TH FLOOR
     NEW YORK NY 10004                       NEW YORK NY 10036
```

Please note that your claim # 66830 in the above referenced case and in the amount of
     $31,500,000.00        has been transferred **(unless previously expunged by court order)**

```
                                         DEUTSCHE BANK AG, LONDON BRANCH
                                         TRANSFEROR: CIT GROUP INC.
                                         ATTN: MATTHEW WEINSTEIN
                                         60 WALL ST., 3RD FLOOR
                                         NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9826      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SEA PORT GROUP SECURITIES LLC
             TRANSFEROR: VARDE FUND VIII, L.P.
             ATTN: STEPHEN HANSEN
             360 MADISON AVENUE, 22ND FL
             NEW YORK NY 10017

Please note that your claim # 62813-02 in the above referenced case and in the amount of
        $1,357,000.00        has been transferred **(unless previously expunged by court order)**

             HAYMAN CAPITAL MASTER FUND LP
             TRANSFEROR: SEA PORT GROUP SECURITIES LLC
             ATTN: DEBBY LAMOY
             2101 CEDAR SPRINGS RD, STE 1400
             DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9886        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         ───────────────────────────────
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SEA PORT GROUP SECURITIES LLC
             TRANSFEROR: VARDE FUND IX-A, L.P.
             ATTN: STEPHEN HANSEN
             360 MADISON AVENUE, 22ND FL
             NEW YORK NY 10017

Please note that your claim # 62814-02 in the above referenced case and in the amount of
        $740,000.00       has been transferred **(unless previously expunged by court order)**

             HAYMAN CAPITAL MASTER FUND LP
             TRANSFEROR: SEA PORT GROUP SECURITIES LLC
             ATTN: DEBBY LAMOY
             2101 CEDAR SPRINGS RD, STE 1400
             DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9887      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To: SEA PORT GROUP SECURITIES LLC
          TRANSFEROR: VARDE FUND IX, LP, THE
          ATTN: STEPHEN HANSEN
          360 MADISON AVENUE, 22ND FL
          NEW YORK NY 10017

Please note that your claim # 62815-02 in the above referenced case and in the amount of
    $5,609,000.00    has been transferred **(unless previously expunged by court order)**

          HAYMAN CAPITAL MASTER FUND LP
          TRANSFEROR: SEA PORT GROUP SECURITIES LLC
          ATTN: DEBBY LAMOY
          2101 CEDAR SPRINGS RD, STE 1400
          DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9888    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                    Vito Genna, Clerk of Court

                            /s/ Lauren Rodriguez

                            By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  SEA PORT GROUP SECURITIES LLC
         TRANSFEROR: VARDE FUND VI-A, LP, THE
         ATTN: STEPHEN HANSEN
         360 MADISON AVENUE, 22ND FL
         NEW YORK NY 10017
```

Please note that your claim # 62816-01 in the above referenced case and in the amount of
$100,000.00         has been transferred **(unless previously expunged by court order)**

```
    HAYMAN CAPITAL MASTER FUND LP
    TRANSFEROR: SEA PORT GROUP SECURITIES LLC
    ATTN: DEBBY LAMOY
    2101 CEDAR SPRINGS RD, STE 1400
    DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9889    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SEA PORT GROUP SECURITIES LLC
             TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P
             ATTN: STEPHEN HANSEN
             360 MADISON AVENUE, 22ND FL
             NEW YORK NY 10017

Please note that your claim # 62818-02 in the above referenced case and in the amount of
        $1,492,000.00        has been transferred **(unless previously expunged by court order)**

        HAYMAN CAPITAL MASTER FUND LP
        TRANSFEROR: SEA PORT GROUP SECURITIES LLC
        ATTN: DEBBY LAMOY
        2101 CEDAR SPRINGS RD, STE 1400
        DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9890      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | | 08-13555 (JMP) |
| | | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  SEA PORT GROUP SECURITIES LLC
         TRANSFEROR: VARDE FUND, L.P.
         ATTN: STEPHEN HANSEN
         360 MADISON AVENUE, 22ND FL
         NEW YORK NY 10017

Please note that your claim # 62820-01 in the above referenced case and in the amount of
    $100,000.00        has been transferred **(unless previously expunged by court order)**

         HAYMAN CAPITAL MASTER FUND LP
         TRANSFEROR: SEA PORT GROUP SECURITIES LLC
         ATTN: DEBBY LAMOY
         2101 CEDAR SPRINGS RD, STE 1400
         DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9891      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                               |
In re                          |    Chapter 11 Case No.
                               |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                               |
                               |    (Jointly Administered)
                Debtors.       |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SEA PORT GROUP SECURITIES LLC
      TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P
      ATTN: STEPHEN HANSEN
      360 MADISON AVENUE, 22ND FL
      NEW YORK NY 10017
```

Please note that your claim # 62821-02 in the above referenced case and in the amount of $602,000.00        has been transferred **(unless previously expunged by court order)**

```
HAYMAN CAPITAL MASTER FUND LP
TRANSFEROR: SEA PORT GROUP SECURITIES LLC
ATTN: DEBBY LAMOY
2101 CEDAR SPRINGS RD, STE 1400
DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9892        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: LBVN HOLDINGS, L.L.C.
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 58884-02 in the above referenced case and in the amount of
        $854,580.00        has been transferred **(unless previously expunged by court order)**

         LMA SPC FOR AND ON BEHALF OF MAP 84 SEGREGATED PORTFOLIO
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: LAURA TORRADO
         KNIGHTHEAD CAPITAL MANAGEMENT
         623 FIFTH AVE, 29TH FL
         NEW YORK NY 10033

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9897        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                              Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  BARCLAYS BANK PLC
> TRANSFEROR: LBVN HOLDINGS, L.L.C.
> 745 SEVENTH AVENUE
> NEW YORK NY 10019

Please note that your claim # 58884-03 in the above referenced case and in the amount of
$20,509,920.00        has been transferred **(unless previously expunged by court order)**

> KNIGHTHEAD MASTER FUND LP
> TRANSFEROR: BARCLAYS BANK PLC
> ATTN: LAURA TORRADO
> 623 FIFTH AVE, 29TH FL
> NEW YORK NY 10033

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9898       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2010                              Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2010.

**EXHIBIT B**

```
TIME: 18:17:21                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 06/29/10                                          CREDITOR LISTING

Name                              Address
BARCLAYS BANK PLC                 TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019
CIT GROUP INC.                    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ATTN: JEAN HANSON, ESQ. ONE NEW YORK PLAZA NEW YORK NY 10004
CIT GROUP INC.                    C/O THE CIT GROUP/COMMERCIAL SERVICES INC. ATTN: JAMES R. MORTIMER, ESQ. 11 WEST 42ND STREET, 12TH FLOOR NEW YORK NY 10036
CIT GROUP INC.                    CIT GROUP INC. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ATTN: JEAN HANSON, ESQ. ONE NEW YORK PLAZA NEW YORK NY 10004
CIT GROUP INC.                    CIT GROUP INC. FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP ATTN: JEAN HANSON, ESQ. ONE NEW YORK PLAZA NEW YORK NY 10004
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: CIT GROUP INC. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS LLC MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND LP     TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: DEBBY LAMOY 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
KNIGHTHEAD MASTER FUND LP         TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO 623 FIFTH AVE, 29TH FL NEW YORK NY 10033
L@A SPC FOR AND ON BEHALF OF MAP 84 TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVE, 29TH FL NEW YORK NY 10033
  SEGREGATED PORTFOLIO
NEWTONVILLE PARTNERS L.L.C.       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                  NEW YORK NY 10036-8704
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE FUND IX, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE FUND IX-A, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE FUND VI-A, LP, THE ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE FUND VIII, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE FUND, L.P. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES LLC     TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017

Total Number of Records Printed   19
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153