**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                                                       :        **Chapter 11 Case No.**
                                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        **08-13555 (JMP)**
                                                                                               :
                                                        Debtors.                 :        **(Jointly Administered)**
-----------------------------------------------------------------------x

**ORDER GRANTING DEBTORS'**
**TWELFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**

Upon the twelfth omnibus objection to claims, dated May 18, 2010 (the "Twelfth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], disallowing and expunging the Duplicate Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims, all as more fully described in the Twelfth Omnibus Objection to Claims; and due and proper notice of the Twelfth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Twelfth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Twelfth Omnibus Objection to Claims.

Twelfth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twelfth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "<u>Duplicate Claims</u>") are disallowed and expunged; and it is further

ORDERED that the claims listed on <u>Exhibit 1</u> annexed hereto under the heading "*Surviving Claims*" (collectively, the "<u>Surviving Claims</u>") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Duplicate Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicate Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and is further

ORDERED that nothing in this Order or disallowance and expungement of the Duplicate Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Twelfth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicate Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       July 1, 2010

                                *s/ James M. Peck*
                              HONORABLE JAMES M. PECK
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

|   | \| CLAIMS TO BE DISALLOWED \| | | | | \| SURVIVING CLAIMS \| | | | |
|---|---|---|---|---|---|---|---|---|
|   | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ABIN VERMOGENSBERATUNG GMBH<br>FELDSTRASSE 50<br>KLOSTERNEUBURG<br>KRITZENDORF, A-3420<br>AUSTRIA | 11/12/2009 | 08-13555 (JMP) | 65485 | $66,344.93 | ABIN VERMOGENSBERATUNG GMBH<br>FELDSTRASSE 50<br>KRITZENDORF<br>KLOSTERNEUBURG, A-3420<br>AUSTRIA | 11/04/2009 | 08-13555 (JMP) | 64607 | $66,344.93 |
| 2 | CAJA DE CREDITO DE LOS INGENIEROS, S.C.C.<br>ATTN: JOAN CAVALLE<br>VIA LAIETANA, 39<br>BARCELONA, 08003<br>SPAIN | 11/11/2009 | 08-13555 (JMP) | 65390 | $2,852,423.91 | CAJA DE CREDITO DE LOS INGENIEROS, S.C.C.<br>ATTN: JOAN CAVALLE<br>VIA LAIETANA, 39<br>BARCELONA, 08003<br>SPAIN | 11/03/2009 | 08-13555 (JMP) | 64263 | $2,852,423.91 |
| 3 | CITY OF OAKLAND AND OAKLAND REDEVELOPMENT AGENCY<br>ATTN: JOHN A RUSSO, CITY ATTORNEY- SBN 129729<br>BARBARA J. PARKER, CHIEF ASSIST. CITY ATTY- SBN 069722<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>OAKLAND, CA 94612 | 09/18/2009 |   | 18675 | $13,404,000.00* | CITY OF OAKLAND AND OAKLAND REDEVELOPMENT AGENCY<br>ATTN: JOHN A RUSSO, CITY ATTORNEY- SBN 129729<br>BARBARA J. PARKER, CHIEF ASSIST. CITY ATTY- SBN 069722<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>SUSAN H. MOSK, DEPUTY CITY ATTORNEY- SBN 148410<br>OAKLAND, CA 94612 | 09/18/2009 |   | 18674 | $13,404,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 6

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS/GESAMTKAPITALANLAGEN ROLAND UNTERNEHMENSGRUPPE HAHNSTRASSE 55 FRANKFURT, 60528 GERMANY | 11/02/2009 | 08-13555 (JMP) | 62853 | $427,320.00* | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS/GESAMTKAPITALANLAGEN ROLAND RS HAHNSTRASSE 55 FRANKFURT, 60528 GERMANY | 11/02/2009 | 08-13555 (JMP) | 62854 | $427,320.00* |
| 5 | DORSEY & WHITNEY LLP ATTN: TODD PEARSON 50 SOUTH 6TH STREET MINNEAPOLIS, MN 55402-1498 | 09/22/2009 | 08-13900 (JMP) | 27258 | $58,861.63 | DORSEY & WHITNEY LLP 300 DELAWARE AVE STE 1010 WILMINGTON, DE 198011671 | 09/11/2009 | 08-13900 (JMP) | 19690 | $58,861.63 |
| 6 | GALLEON BUCCANEER'S OFFSHORE, LTD. C/O THE GALLEON GROUP 590 MADISON AVENUE NEW YORK, NY 10022 | 09/22/2009 | 08-13888 (JMP) | 28142 | $146,702,592.72 | GALLEON BUCCANEER'S OFFSHORE, LTD. C/O THE GALLEON GROUP 590 MADISON AVENUE NEW YORK, NY 10022 | 09/22/2009 | 08-13888 (JMP) | 28124 | $146,702,592.72 |
| 7 | HANCOCK, STEPHEN 36 NEWTON ROAD CAMBRIDGE, CAMBS, CB2 8AL UNITED KINGDOM | 10/22/2009 | | 64039 | $556,746.00 | HANCOCK, STEPHEN 36 NEWTON ROAD CAMBRIDGE, CAMBS, CB2 8AL UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 64041 | $556,746.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | KOCH, PETER<br>STEINSTR. 44<br>HUERTH, D-50354<br>GERMANY | 10/19/2009 | 08-13555 (JMP) | 41526 | $42,708.00 | KOCH, PETER, DR.<br>STEINSTR. 44<br>HUERTH, D-50354<br>GERMANY | 09/24/2009 | 08-13555 (JMP) | 34867 | $42,708.00 |
| 9 | LAUTENSCHLAGER, ROLF A.<br>SAUERBRUCHSTRASSE 31<br>MUENCHEN, 81377<br>GERMANY | 09/24/2009 | 08-13555 (JMP) | 34858 | $14,500.00 | LAUTENSCHLAGER, ROLF A.<br>SAUERBRUCHSTRASSE 31<br>MUENCHEN, 81377<br>GERMANY | 09/24/2009 | 08-13555 (JMP) | 34834 | $14,500.00 |
| 10 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION)<br>KPMG, CERTIFIED PUBLIC ACCOUNTANTS<br>8TH FLOOR, PRINCE'S BUILDING<br>10 CHAPTER ROAD<br>CENTRAL,<br>HONG KONG | 10/30/2009 | 08-13888 (JMP) | 58560 | $398,689.89 | LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION)<br>KPMG, CERTIFIED PUBLIC ACCOUNTANTS<br>8TH FLOOR, PRINCE'S BUILDING<br>10 CHATER ROAD<br>CENTRAL,<br>HONG KONG | 10/30/2009 | 08-13888 (JMP) | 58189 | $398,689.89* |
| 11 | LIBERTY SQUARE APARTMENTS, LTD<br>P. O. BOX 220<br>FLORENCE, AL 35631-0220 | 09/22/2009 | 08-13899 (JMP) | 32267 | $152,640.64 | LIBERTY SQUARE APARTMENTS, LTD<br>LIBERTY SQUARE APARTMENTS, LTD<br>P. O. BOX 220<br>FLORENCE, AL 35631 | 09/22/2009 | 08-13899 (JMP) | 32270 | $152,640.64 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | LIBERTY SQUARE APARTMENTS, LTD LIBERTY SQUARE APTS 920 FLORENCE BOULEVARD FLORENCE, AL 35631-0220 | 09/22/2009 | 08-13899 (JMP) | 32269 | $152,640.64 | LIBERTY SQUARE APARTMENTS, LTD LIBERTY SQUARE APARTMENTS, LTD P. O. BOX 220 FLORENCE, AL 35631 | 09/22/2009 | 08-13899 (JMP) | 32270 | $152,640.64 |
| 13 | LIBERTY SQUARE APARTMENTS, LTD. PO BOX 220 920 FLORENCE BOULEVARD FLORENCE, AL 35631-0220 | 09/22/2009 | 08-13899 (JMP) | 32268 | $152,640.64 | LIBERTY SQUARE APARTMENTS, LTD LIBERTY SQUARE APARTMENTS, LTD P. O. BOX 220 FLORENCE, AL 35631 | 09/22/2009 | 08-13899 (JMP) | 32270 | $152,640.64 |
| 14 | LIBERTY SQUARE APTS 920 FLORENCE BOULEVARD FLORENCE, AL 35631-0220 | 09/22/2009 | | 32266 | $152,640.64 | LIBERTY SQUARE APARTMENTS, LTD LIBERTY SQUARE APARTMENTS, LTD P. O. BOX 220 FLORENCE, AL 35631 | 09/22/2009 | 08-13899 (JMP) | 32270 | $152,640.64 |
| 15 | LOK, KWAN WAI FLAT E, 14/F, BLOCK 4 RICHLAND GARDENS KOWLOON BAY KOWLOON, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 51624 | $60,000.00* | LOK KWAN WAI FLAT E, 14/F, BLOCK 4 RICHLAND GARDENS KOWLOON BAY KOWLOON, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 49431 | $60,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | MARCHISIO, ANNA - SLIZZA, MICHELE<br>CORSO LODI 29<br>MILAN, 20135<br>ITALY | 09/23/2009 | | 34711 | $34,498.92 | MARCHISIO, ANNA - SLIZZA, MICHELE<br>MICHELE SLIZA<br>CORSO LODI<br>MILAN, 20135<br>ITALY | 09/23/2009 | 08-13555 (JMP) | 34710 | $34,498.92 |
| 17 | MARTIN, GRIFF<br>LINDENSTR. 17<br>SENNFELD, D-97526<br>GERMANY | 11/09/2009 | | 65206 | $14,243.00 | MARTIN, GRIFF<br>LINDENSTR. 17<br>SENNFELD, D-97526<br>GERMANY | 11/09/2009 | 08-13555 (JMP) | 65205 | $14,243.00 |
| 18 | MCKENNA LONG & ALDRIDGE LLP<br>GARY W. MARSH, ESQ.<br>303 PEACHTREE STREET, N.E., SUITE 5300<br>ATLANTA, GA 30308 | 12/04/2009 | 08-13555 (JMP) | 65856 | $894,283.09 | MCKENNA LONG & ADLRIDGE LLP<br>GARY W. MARSH, ESQ.<br>303 PEACHTREE STREET, N.E., SUTIE 5300<br>ATLANTA, GA 30308 | 12/04/2009 | 08-13555 (JMP) | 65844 | $894,283.09 |
| 19 | RUMORE, JOHN C.<br>505 EAST 79TH STREET # 10F<br>NEW YORK, NY 10021 | 09/15/2009 | 08-13555 (JMP) | 12723 | $88,194.00 | RUMORE, JOHN C.<br>505 EAST 79TH STREET # 10F<br>NEW YORK, NY 10075 | 09/15/2009 | 08-13555 (JMP) | 12724 | $88,194.00 |
| 20 | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25023 | $64,546.00* | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25022 | $64,546.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 6

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 12: EXHIBIT 1 - DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25024 | $64,546.00* | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25022 | $64,546.00* |
| 22 | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25025 | $64,546.00* | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25022 | $64,546.00* |
| 23 | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25031 | $64,546.00* | SCIANGULA, BARBARA J.<br>116 PEASLEY DRIVE<br>MARLBORO, NJ 07746 | 09/21/2009 | 08-13555 (JMP) | 25022 | $64,546.00* |
| 24 | ZHAO, WENQIAN<br>30 NEWPORT PARKWAY # 1106<br>JERSEY CITY, NJ 07310 | 09/21/2009 | 08-13555 (JMP) | 25088 | $34,064.00 | ZHAO, WENQIAN<br>30 NEWPORT PARKWAY # 1106<br>JERSEY CITY, NJ 07310 | 09/18/2009 | 08-13555 (JMP) | 18095 | $34,064.00 |
| | | | | TOTAL | $166,518,216.65 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts