**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :     08-13555 (JMP)
                                                                  :
                                   Debtors.                       :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTEENTH OMNIBUS
### OBJECTION TO CLAIMS (SUBSTANTIVELY DUPLICATIVE CLAIMS)

Upon the thirteenth omnibus objection to claims, dated May 18, 2010 (the "Thirteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], disallowing and expunging the Substantively Duplicative Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims, all as more fully described in the Thirteenth Omnibus Objection to Claims; and due and proper notice of the Thirteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Thirteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirteenth Omnibus Objection to Claims.

bases set forth in the Thirteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Thirteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Substantively Duplicative Claims") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Substantively Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Thirteenth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Substantively Duplicative Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and is further

2

ORDERED that nothing in this Order or the disallowance and expungement of the Substantively Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Thirteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Substantively Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Substantively Duplicative Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      July 1, 2010

    *s/ James M. Peck*
    HONORABLE JAMES M. PECK
    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ANDERSEN, SVEN<br>SCHOPENHAUERSTRASSE 10<br>FRANKFURT AM MAIN, 60316<br>GERMANY | 08/19/2009 | | 8730 | $305,377.00 | ANDERSEN, SVEN<br>SCHOPENHAUERSTRASSE 10<br>FRANKFURT AM MAIN, 60316<br>GERMANY | 08/19/2009 | 08-13555 (JMP) | 8731 | $305,377.00 |
| 2 | AXIS BROKERAGE, LP<br>19855 SOUTHWEST FREEWAY<br>SUITE 250<br>SUGAR LAND, TX 77479 | 08/03/2009 | | 7062 | $3,670.00 | AXIS BROKERAGE, LP<br>19855 SOUTHWEST FREEWAY<br>SUITE 250<br>SUGAR LAND, TX 77479 | 12/29/2008 | 08-13885 (JMP) | 1491 | $3,670.00 |
| 3 | BAER, MELVIN<br>89 NORTH STREET<br>TOPSFIELD, MA 01983 | 07/15/2009 | | 5351 | $23,850.00 | BAER, MELVIN A.<br>89 NORTH STREET<br>TOPSFIELD, MA 01983 | 07/15/2009 | 08-13555 (JMP) | 5347 | $23,850.00 |
| 4 | BDP LIMITED<br>PO BOX 83<br>ORDNANCE HOUSE<br>31 PIER ROAD<br>JERSEY, JE4 8PW<br>UNITED KINGDOM | 10/19/2009 | 08-13555 (JMP) | 41338 | $19,200,000.00 | BDP LIMITED<br>PO BOX 83<br>ORDNANCE HOUSE<br>31 PIER ROAD<br>JERSEY, JE4 8PW<br>UNITED KINGDOM | 10/19/2009 | 08-13555 (JMP) | 41335 | $19,200,000.00 |
| 5 | BIGOTT, CARLOS<br>1111 BRICKELL AVE, SUITE 1400<br>(CREDIT SUISSE)<br>MIAMI, FL 33131 | 07/17/2009 | | 5510 | $10,625.00 | BIGOTT, CARLOS<br>1111 BRICKELL AVE, SUITE 1400<br>(CREDIT SUISSE)<br>MIAMI, FL 33131 | 10/30/2008 | 08-13555 (JMP) | 437 | $10,625.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | BRVELL, NATASHA<br>27 CROCKERTON ROAD<br>LONDON, SW17 7HE<br>UNITED KINGDOM | 10/20/2009 | 08-13555 (JMP) | 42717 | $8,224.00 | BRVELL, NATASHA<br>27 CROCKERTON ROAD<br>LONDON, SW17 7HE<br>UNITED KINGDOM | 10/20/2009 | 08-13555 (JMP) | 42710 | $8,224.00 |
| 7 | CORNICK, JACK A<br>707 ALDER ST.<br>EDMONDS, WA 98020 | 07/23/2009 | | 5967 | $50,280.00 | CORNICK, JACK A.<br>707 ALDER ST.<br>EDMONDS, WA 98020 | 01/26/2009 | 08-13555 (JMP) | 1950 | $50,280.00 |
| 8 | DEFINED RETURNS LIMITED (IN ADMINSTRATION)<br>C/O GRAMT THORNTON UK LLP<br>30 FINSBURY SQUARE<br>LONDON, EC2P 2YO<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59118 | $62,011,874.40 | DEFINED RETURNS LIMITED ON BEHALF OF UNDERLYING INVESTORS (IN ADMINISTRATION)<br>C/O GRANT THORNTON UK LLP<br>30 FINSBURY SQUARE<br>LONDON, EC2P 2YO<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59120 | $71,911,874.40 |
| 9 | DIRECT FX LIMITED<br>P.O. BOX 11897<br>WELLINGTON, NEW ZEALAND, 6142<br>NEW ZEALAND | 09/09/2009 | | 10980 | Undetermined | DIRECT FX<br>DIRECT FX LIMITED<br>P.O. BOX 11897<br>WELLINGTON, 6142<br>NEW ZEALAND | 09/09/2009 | 08-13901 (JMP) | 10979 | $27,067.83 |
| 10 | GOLLIN, MARK<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>SURREY<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15131 | $792,128.00 | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>SURREY<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15134 | $792,128.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | GOLLIN, MARK D<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15133 | $792,128.00 | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>SURREY<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15134 | $792,128.00 |
| 12 | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15130 | $792,128.00 | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>SURREY<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15134 | $792,128.00 |
| 13 | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>COBHAM, SURREY, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15132 | $792,128.00* | GOLLIN, MARK D.<br>FIRTH HOUSE,<br>HATCHFORD PARK<br>OCKHAM LANE<br>SURREY<br>COBHAM, KT11 1LR<br>UNITED KINGDOM | 09/17/2009 | 08-13555 (JMP) | 15134 | $792,128.00 |
| 14 | HERSHMAN HOLDINGS LLC<br>1 HOLLOW LANE<br>LAKE SUCCESS, NY 11042-1215 | 09/17/2009 | | 15752 | $87,525.00 | HERSHMAN HOLDINGS LLC<br>1 HOLLOW LANE<br>LAKE SUCCESS, NY 11042-1215 | 01/29/2009 | 08-13555 (JMP) | 2152 | $87,525.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | HEVER CASTLE LTD<br>HEVER<br>EDENBRIDGE, TN8 7NG<br>UNITED KINGDOM | 10/02/2009 | | 36114 | $5,372.10 | HEVER CASTLE LTD<br>HEVER<br>EDENBRIDGE, TN8 7NG<br>UNITED KINGDOM | 10/02/2009 | | 36113 | $5,372.10 |
| 16 | HORNE, CATHY<br>971 FAIRMONT PARK DRIVE<br>DACULA, GA 30019-6546 | 09/18/2009 | | 18357 | Undetermined | HORNE, CATHY<br>971 FAIRMONT PARK DRIVE<br>DACULA, GA 30019 | 09/18/2009 | 08-13555 (JMP) | 18359 | $14,269.22 |
| 17 | JANKOWSKI, JANICE A.<br>1445 MAPLE STREET<br>GLENVIEW, IL 60025 | 09/11/2009 | | 11529 | $3,714.00* | JANKOWSKI, JANICE A.<br>1445 MAPLE STREET<br>GLENVIEW, IL 60025 | 09/11/2009 | 08-13555 (JMP) | 11530 | $3,714.00* |
| 18 | LEHMAN BROTHERS SECURITIES N.V.<br>MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS SECURITIES N.V.<br>C/O VANEPS KUNNERMAN VANDOOME<br>CURACAO, NETHERLANDS ANTILLES | 10/30/2009 | 08-13555 (JMP) | 58654 | $100,589,377.71* | LEHMAN BROTHERS SECURITIES N.V.<br>MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS SECURITIES N.V.<br>C/O VANEPS KUNNERMAN VANDOOME<br>CURACAO, NETHERLANDS | 10/30/2009 | 08-13555 (JMP) | 58655 | $272,026,097.82* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 19 | LEHMAN BROTHERS TREASURY CO. B.V. RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN AS BANKRUPTCY TRUSTEES (""CURATOREN"") FOR LEHMAN BROTHERS TREASURY CO. B.V. AMSTERDAM, NL-1070 NETHERLANDS | 10/30/2009 | 08-13555 (JMP) | 58610 | $37,566,349.39* | LEHMAN BROTHERS TREASURY CO. B.V. RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN AS BANKRUPTCY TRUSTEES (""CURATOREN"") FOR LEHMAN BROTHERS TREASURY C/O HOUTHOFF BURUMA N.V. AMSTERDAM, NL-1070 NETHERLANDS | 10/30/2009 | 08-13555 (JMP) | 58611 | $38,413,246.93* |
| 20 | NEWMAN, MARK H FLAT 7 44 SLOANE STREET LONDON, SW1X 9LU UNITED KINGDOM | 09/18/2009 | | 18905 | $9,150,000.00 | NEWMAN, MARK H FLAT 7 44 SLOANE STREET LONDON, SW1X 9LU UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18339 | $9,150,000.00 |
| 21 | NEWMAN,MARK H FLAT 7 44 SLOANE STREET LONDON, GT LON, SW1X 9LU UNITED KINGDOM | 09/18/2009 | | 18340 | Undetermined | NEWMAN, MARK H FLAT 7 44 SLOANE STREET LONDON, SW1X 9LU UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18339 | $9,150,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | PALOMA INDUSTRIES NOGATA PLANT LTD C/O AUTUMN D. HIGHSMITH 2323 VICTORY AVE., STE 700 DALLAS, TX 75219-7673 | 09/18/2009 | 08-13555 (JMP) | 16849 | $16,000,000.00* | PALOMA INDUSTRIES NOGATA PLANT LTD C/O AUTUMN D. HIGHSMITH 2323 VICTORY AVE., STE 700 DALLAS, TX 75219-7673 | 09/18/2009 | 08-13555 (JMP) | 16850 | $16,000,000.00* |
| 23 | SUERTH, MICHAEL CLEMENS-AUGUST-PLATZ 10 MUENSTER, 48167 GERMANY | 10/28/2009 | | 50244 | $7,462.50 | SUERTH, MICHAEL CLEMENS-AUGUST-PLATZ 10 MUENSTER, 48167 GERMANY | 10/28/2009 | 08-13555 (JMP) | 50243 | $7,462.50 |
| 24 | TUOSTO, JOHN 78 NOTTINGHAM WAY JACKSON, NJ 08527 | 09/22/2009 | | 32706 | $299,996.00 | TUOSTO, JOHN 78 NOTTINGHAM WAY JACKSON, NJ 08527 | 09/22/2009 | 08-13555 (JMP) | 32705 | $299,996.00 |
| 25 | VAN HOLTHE, SAMUEL L LEIGH HOUSE WITHERENDEN HILL BURWASH ETCHINGHAM, TN19 7EA UNITED KINGDOM | 09/18/2009 | | 17757 | $2,148,649.69 | VAN HOLTHE, SAMUEL L TREEMANS TREEMANS ROAD HORSTED KEYNES,W SUSX, RH17 7EA UNITED KINGDOM | 09/18/2009 | | 17793 | $2,148,649.69 |
| 26 | VAN HOLTHE, SAMUEL L LEIGH HOUSE WITHERENDEN HILL BURWASH ETCHINGHAM, TN19 7EA UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 17794 | $2,148,649.69 | VAN HOLTHE, SAMUEL L TREEMANS TREEMANS ROAD HORSTED KEYNES,W SUSX, RH17 7EA UNITED KINGDOM | 09/18/2009 | | 17793 | $2,148,649.69 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 13: EXHIBIT 1 – SUBSTANTIVELY DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | VAN HOLTHE, SAMUEL L<br>LEIGH HOUSE<br>WITHERENDEN HILL<br>BURWASH<br>ETCHINGHAM, E.SUSX,<br>TN19 7EA<br>UNITED KINGDOM | 09/18/2009 | | 17795 | $2,148,649.69 | VAN HOLTHE, SAMUEL L<br>TREEMANS<br>TREEMANS ROAD<br>HORSTED KEYNES, W SUSX,<br>RH17 7EA<br>UNITED KINGDOM | 09/18/2009 | | 17793 | $2,148,649.69 |
| 28 | WANG, ROBERTO Y<br>52 WEST HOMESTEAD<br>AVENUE<br>PALISADES PARK, NJ 07650 | 09/04/2009 | | 10332 | $7,686.10 | WANG, ROBERTO Y<br>52 WEST HOMESTEAD<br>AVENUE<br>PALISADES PARK, NJ 07650 | 09/04/2009 | 08-13555 (JMP) | 10331 | $7,686.10 |
| 29 | WEBSTER, KEITH W.<br>6735 ALTAMOR DRIVE<br>LOS ANGELES, CA 90045 | 07/20/2009 | | 5753 | $112,786.22 | WEBSTER, KEITH W.<br>6735 ALTAMOR DRIVE<br>LOS ANGELES, CA 90045 | 07/20/2009 | 08-13555 (JMP) | 5754 | $112,786.22 |
| | | | | TOTAL | $255,058,630.49 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 13: EXHIBIT 2 – SUBSTANTIVELY DUPLICATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS ORIGINALLY PROPOSED TO BE DISALLOWED (OBJECTIONS WITHDRAWN) | | | | | CLAIMS ORIGINALLY PROPOSED TO SURVIVE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BETHKE, FRAU JNGEBURG GERBSTEDTER STR 45. HETTSTEDT, 06333 GERMANY | 08/05/2009 | | 7375 | Undetermined | BETHKE, FRAU JNGEBURG GERBSTEDTER STR. 45 HETTSTEDT, 06333 GERMANY | 03/24/2009 | 08-13555 (JMP) | 3480 | Undetermined |
| | | | | TOTAL | $0.00 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1