**EVIDENCE OF TRANSFER**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **THE ROYAL BANK OF SCOTLAND PLC**

**The Royal Bank of Scotland plc**, its successors and assignees, with offices located at **c/o RBS Global Banking and Markets, 135 Bishopsgate, London, EC2M 3UR ("Seller")**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **ELLIOTT ASSOCIATES, L. P.**, a company organized under the laws of Delaware, with offices located at 712 Fifth Avenue, New York, NY 10019 (**"Buyer"**), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Commercial Corporation (and its affiliates)** docketed as Claim No. 66389 (amending Claim No. 4780) in the amount of $2,735,684 (the **"Claim"**) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 1st day of July, 2010.

WITNESS:
_____
(Signature)
Name: Neelam Bhatthi
Title: Authorised Signatory
(Print name and title of witness)

THE ROYAL BANK OF SCOTLAND PLC

By: _____
(Signature of authorised corporate officer)

Name: ADRIAN CORRES
Title: MANAGER
Tel.:

WITNESS:
_____
(Signature)
Name: Oksana Biketh
Title: Admin
(Print name and title of witness)

ELLIOTT ASSOCIATES, L.P.

By: _____
(Signature of authorised corporate officer)

Name:
Title: Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Elliot Greenberg, Vice President