**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                   :
                              Debtors.                    :    (Jointly Administered)
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FOURTEENTH OMNIBUS
### OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the fourteenth omnibus objection to claims, dated May 18, 2010 (the "Fourteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], disallowing and expunging the Amended and Superseded Claims on the grounds that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the Fourteenth Omnibus Objection to Claims; and due and proper notice of the Fourteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Fourteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fourteenth Omnibus Objection to Claims establish just

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fourteenth Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fourteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Fourteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, (a) that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "<u>Reinstated Claim</u>") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved, and (b) that if the Court subsequently orders that a Surviving Claim did appropriately amend and supersede the corresponding Amended and Superseded Claim, then, solely with respect to any Surviving Claim where the corresponding Amended and Superseded Claim was timely filed, the Surviving Claim shall be deemed to have been filed as of the date of filing of the Amended and Superseded Claim, and the rights of all interested parties with respect to the Surviving Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       July 1, 2010

                                        *s/ James M. Peck*
                                    HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ABIN VERMOGENSBERATUNG GMBH<br>FELDSTRASSE 50<br>KLOSTERNEVBURG<br>KRITZENDORF, A 3420<br>AUSTRIA | 10/21/2009 | 08-13555 (JMP) | 42954 | $66,344.93 | ABIN VERMOGENSBERATUNG GMBH<br>FELDSTRASSE 50<br>KRITZENDORF<br>KLOSTERNEUBURG, A-3420<br>AUSTRIA | 11/04/2009 | 08-13555 (JMP) | 64607 | $66,344.93 |
| 2 | ASTLE PLANES LTD. #173106<br>UBS TRUSTEES (SINGAPORE) LTD. (REF: 1899)<br>5, TEMASEK BOULEVARD, #18-00<br>, SG 038985<br>SINGAPORE | 05/26/2009 | | 4577 | $100,000.00 | ASTLE PLANES LTD. #173106<br>UBS TRUSTEES (SINGAPORE) LTD. (REF: 1899)<br>5, TEMASEK BOULEVARD, #18-00<br>SINGAPORE, SG 038985 | 08/03/2009 | | 6954 | $100,000.00 |
| 3 | BAUMANN, SIBYLLLE MRS.<br>AM GLOCKENBACH 3<br>MUNCHEN, 80469<br>GERMANY | 08/11/2009 | | 7992 | Undetermined | BAUMANN, SIBYLLE<br>AM GLOCKENBACH 3<br>MUNCHEN, DE 80469<br>GERMANY | 10/19/2009 | 08-13555 (JMP) | 41742 | $12,765.60 |
| 4 | BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT<br>LORISTRASSE 8<br>80335 MUNICH,<br>GERMANY | 10/22/2009 | 08-13555 (JMP) | 44514 | $372,607.96 | BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT<br>LORISTRASSE 8<br>MUNICH, 80335<br>GERMANY | 10/22/2009 | 08-13555 (JMP) | 44522 | $372,607.96 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | CAMARENA PADILLA, ROSA EVELIA / MA DE LA LUZ CAMARENA PADILLA<br>CANADA 105-A<br>COL.JARDIN DEL MORAL<br>LEON GTO, 37160<br>MEXICO | 03/24/2009 | 08-13555 (JMP) | 3489 | $410,000.00 | CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ<br>CANADA 105-A COL.JARDIN DEL MORAL<br>LEON GTO, 37160<br>MEXICO | 10/29/2009 | 08-13555 (JMP) | 56944 | $410,000.00 |
| 6 | COUNTY OF SANTA CLARA<br>TAX COLLECTOR, TAX COLLECTIONS DIVISION<br>COUNTY GOVERNMENT CENTER, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | 11/17/2008 | 08-13555 (JMP) | 773 | $127.95 | COUNTY OF SANTA CLARA TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER<br>6TH FLOOR, EAST WING<br>SAN JOSE, CA 95110 | 03/09/2009 | 08-13555 (JMP) | 4508 | $1,687.15 |
| 7 | DEUTSCHE BANK AG, LONDON BRANCH<br>TRANSFEROR: SK SECURITIES CO.,LTD<br>ATTN: JEFFREY OLINSKY<br>60 WALL ST., 3RD FLOOR<br>NEW YORK, NY 10005 | 01/16/2009 | 08-13555 (JMP) | 4303 | $1,177,639.37 | DEUTSCHE BANK AG, LONDON BRANCH<br>TRANSFEROR: SK SECURITIES CO., LTD<br>ATTN: JEFFREY OLINSKY<br>60 WALL ST., 3RD FLOOR<br>NEW YORK, NY 10005 | 09/21/2009 | 08-13555 (JMP) | 24372 | $1,177,639.37 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | DEXIA EPARGNE PENSION<br>J. HAURIGRE - REY<br>76 RUE DE LA VICTOIRE<br>PARIS, 75009<br>FRANCE | 09/21/2009 | | 25045 | $9,322,350.00 | DEXIA EPARGNE PENSION<br>J. HAUTIERE-REY<br>76, RUE DE LA VICTOIRE<br>PARIS, 75009<br>FRANCE | 10/19/2009 | 08-13555 (JMP) | 41223 | $9,322,350.00 |
| 9 | GRUEN, MARCUS<br>MBE # 112, S-5 COEXMALL,<br>159, SAMSUNG-DONG,<br>GANGNAM-GU<br>SEOUL,<br>KOREA, REPUBLIC OF | 10/29/2009 | 08-13555 (JMP) | 56063 | $21,694.77 | GRUEN, MARCUS<br>MBE # 112, S-5 COEXMALL<br>159, SAMSUNG-DONG<br>GANGNAM-GU<br>SEOUL,<br>KOREA, REPUBLIC OF | 11/02/2009 | 08-13555 (JMP) | 61388 | $21,031.50 |
| 10 | JA SOLAR HOLDINGS CO LTD<br>C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>ATTN: VAN C. DURRER II)<br>300 S. GRAND AVE., # 3400<br>LOS ANGELES, CA 90071 | 09/21/2009 | 08-13555 (JMP) | 26090 | $100,000,000.00 | JA SOLAR HOLDINGS CO., LTD.<br>C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>ATTN: VAN C. DURRER II<br>300 S. GRADD AVE., # 3400<br>LOS ANGELES, CA 90071 | 10/30/2009 | 08-13555 (JMP) | 57014 | $100,000,000.00 |
| 11 | KING, MITCHELL B.<br>572 4TH STREET<br>BROOKLYN, NY 11215 | 08/26/2009 | 08-13555 (JMP) | 9408 | $167,581.95 | KING, MITCHELL B.<br>572 4TH STREET<br>BROOKLYN, NY 11215 | 09/21/2009 | 08-13555 (JMP) | 23742 | $178,531.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | KINO STAR LIMITED<br>NO 62 SHEUNG CHEUNG WAI<br>PING SHAN<br>YUEN LONG NT,<br>HONG KONG | 09/10/2009 | 08-13555 (JMP) | 11302 | $350,000.00* | KINO STAR LIMITED<br>NO 62 SHEUNG CHEUNG WAI<br>PING SHAN<br>YUEN LONG NT,<br>HONG KONG | 10/22/2009 | 08-13555 (JMP) | 44039 | $350,000.00 |
| 13 | KUNTZ, WILLIAM III<br>PO BOX 1801<br>NANTUCKET, MA 02554- | 09/15/2009 | 08-13900 (JMP) | 35120 | $4,573,293.18 | KUNTZ, WILLIAM III<br>INDIA STREET, PO BOX 1801<br>NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13900 (JMP) | 33550 | $4,688,284.73 |
| 14 | KUNTZ, WILLIAM III<br>PO BOX 1801<br>NANTUCKET, MA 02554-4801 | 09/15/2009 | 09-10558 (JMP) | 35122 | $4,688,284.73 | KUNTZ, WILLIAM III<br>INDIA STREET, PO BOX 1801<br>NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13900 (JMP) | 33550 | $4,688,284.73 |
| 15 | KUNTZ, WILLIAM III<br>PO BOX 1801<br>NANTUCKET, MA 02554-4801 | 09/15/2009 | 09-10558 (JMP) | 35123 | $4,573,293.18 | KUNTZ, WILLIAM III<br>INDIA STREET, PO BOX 1801<br>NANTUCKET, MA 02554-4801 | 09/22/2009 | 08-13900 (JMP) | 33550 | $4,688,284.73 |
| 16 | LAURENDEAU, MARIE<br>1634 SELKIRK AVE #1<br>MONTREAL, H3H 1C8<br>CANADA | 10/06/2008 | 08-13555 (JMP) | 104 | Undetermined | LAURENDEAU, MARIE<br>1634 SELKIRK AVE #1<br>MONTREAL, QC H3H 1C8<br>CANADA | 08/14/2009 | 08-13555 (JMP) | 8267 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | NANCARROW, PAUL<br>THE CHANTRY<br>50 BAKER STREET<br>HERTS<br>POTTERS BAR, EN6 2EB<br>UNITED KINGDOM | 08/25/2009 | 08-13555 (JMP) | 9368 | $100,000.00 | NANCARROW, PAUL<br>50 BAKER ST<br>POTTERS BAR<br>HERTS, EN6 2EB<br>UNITED KINGDOM | 10/27/2009 | 08-13555 (JMP) | 48869 | $100,000.00 |
| 18 | NDF ADMINISTRATION LIMITED (IN ADMINISTRATION)<br>C/O GRANT THORNTON UK LLP<br>30 FINSBURY SQUARE<br>LONDON, EC2P 2YO<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59122 | $63,305,516.40 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE, NEI 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63499 | $63,305,516.40 |
| 19 | NDF ADMINISTRATION LTD FOR AND ON BEHALF OF UNDERLYING INVESTORS (IN ADMINSTRAION)<br>C/O GRANT THORNTON UK LLP<br>30 FINSBURY SQUARE<br>LONDON, EC2P 2YO<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59119 | $63,305,516.39 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE, NEI 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63499 | $63,305,516.40 |
| 20 | NUBER, BERND<br>ROSENSTR 28<br>WESSLING, D-82234<br>GERMANY | 05/13/2009 | 08-13555 (JMP) | 4282 | $28,472.00 | NUBER, BERND<br>ROSENSTR. 28<br>WESSLING, D-82234<br>GERMANY | 10/16/2009 | 08-13555 (JMP) | 40626 | $28,472.00 |

## OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | **PIEDMONT PRODUCTIONS LLC<br>110 WEST 80TH STREET #3F<br>NEW YORK, NY 10024** | 09/30/2008 | 08-13555 (JMP) | 51 | $9,167.30 | **PIEDMONT PRODUCTIONS LLC<br>110 EST 80TH STREET # 3F<br>NEW YORK, NY 10024** | 01/19/2010 | 08-13555 (JMP) | 66119 | $9,167.30 |
| 22 | **ROSFUND SPC, FOR AND ON BEHALF OF ITS ""PS - RESERVE SEGREGATED PORTFOLIO""<br>P.O. BOX 1344<br>DMS HOUSE, 2ND FLOOR<br>GRAND CAYMAN, KY1-1108<br>CAYMAN ISLANDS** | 10/19/2009 | 08-13555 (JMP) | 41772 | $5,000,000.00 | **ROSFUND SPL, FOR & ON BEHALF OF ITS ""PS-RESERVE SEGREGATED PORTFOLIO""<br>PO BOX 1344<br>DMS HOUSE 2ND FL<br>20 GENESIS HOUSE<br>GRAND CAYMAN, KY1-1108<br>CAYMAN ISLANDS** | 10/22/2009 | 08-13555 (JMP) | 43783 | $5,000,000.00* |
| 23 | **SCHAFER, KLAUS<br>MOZARTSTRASSE 7<br>EHRINGSHAUSEN, 35630<br>GERMANY** | 10/30/2009 | 08-13555 (JMP) | 58124 | $23,752.35 | **SCHAFER, KLAUS<br>MOZARTSTRASSE 7<br>EHRINGSHAUSEN, 35630<br>GERMANY** | 11/03/2009 | 08-13555 (JMP) | 64488 | $23,752.35 |
| 24 | **STATE OF MINNESOTA DEPT OF REVENUE COLLECTION DIVISION BANKRUPTCY SECTION<br>PO BOX 64447 BKY<br>SAINT PAUL, MN 55164-0447** | 10/27/2008 | 08-13555 (JMP) | 367 | $582,769.11 | **STATE OF MINNESOTA, DEPARTMENT OF REVENUE COLLECTION DIVISION - BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164-0447** | 12/15/2008 | 08-13555 (JMP) | 4293 | $582,769.11 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 14: EXHIBIT 1 – AMENDED & SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | STEMLER, RUDOLF<br>KIRCHENWEG 1<br>MAISING/POCKING, D-82343<br>GERMANY | 06/12/2009 | 08-13555 (JMP) | 4857 | $19,754.59 | STEMLER, RUDOLF<br>KIRCHENWEG 1<br>MAISING/POCKING, D-82343<br>GERMANY | 10/13/2009 | 08-13555 (JMP) | 39837 | $19,754.00 |
| 26 | SUERTH, MICHAEL<br>CLEMENS-AUGUST-PLATZ 10<br>MUENSTER, 48167<br>GERMANY | 02/10/2009 | 08-13555 (JMP) | 2693 | $6,107.00 | SUERTH, MICHAEL<br>CLEMENS-AUGUST-PLATZ 10<br>MUENSTER, 48167<br>GERMANY | 10/28/2009 | 08-13555 (JMP) | 50243 | $7,462.50 |
| 27 | TEMPORIS HOLDINGS LIMITED<br>C/O CHRISTINA RUIZ CASANUEVA, ABOGADO<br>AVD. VALLE DEL GOLF<br>ALOHA SUR 32, 9-A<br>NUEVA ANDALUCIA-MARBELLA/MALAGA,<br>SPAIN | 09/08/2009 | 08-13555 (JMP) | 10552 | $241,755.00 | TEMPORIS HOLDINGS LIMITED<br>C/O CRISTINA RUIZ CASANUEVA, ABOGADO<br>AVD. VALLE DEL GOLF<br>ALOHA SUR 32, 9-A<br>MALAGA, E-29660<br>SPAIN | 11/09/2009 | 08-13555 (JMP) | 65242 | $247,755.00 |
| 28 | TIMPE, JOCHEN<br>EGERER STRABE. 22<br>STUTTGART, 70567<br>GERMANY | 08/12/2009 | | 8057 | $35,228.63 | TIMPE, JOCHEN<br>EGERER ST. 22<br>STUTTGART, 70567<br>GERMANY | 10/20/2009 | 08-13555 (JMP) | 42445 | $70,965.00 |
| | | | | TOTAL | $258,481,256.79 | | | | | |