UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                              Debtors.                 :    (Jointly Administered)
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO
CLAIMS (FOREIGN CURRENCY AND NO DOCUMENTATION CLAIMS)**

Upon the sixteenth omnibus objection to claims, dated May 18, 2010 (the "Sixteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the Foreign Currency and No Documentation Claims on the grounds that the Bar Date Order required that such claims be denominated in lawful currency of the United States and include supporting documentation or an explanation as to why such documentation is unavailable, all as more fully described in the Sixteenth Omnibus Objection to Claims; and due and proper notice of the Sixteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixteenth Omnibus Objection to Claims.

factual bases set forth in the Sixteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Sixteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Foreign Currency and No Documentation Claims") are disallowed and expunged; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Foreign Currency and No Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that the Debtors have withdrawn without prejudice the Sixteenth Omnibus Objection to Claims with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Sixteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      July 1, 2010           *s/ James M. Peck*
                                HONORABLE JAMES M. PECK
                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 16: EXHIBIT 1 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALGO INVERSIONES SI<br>CL MODESTO LAFUENTE 65 5-C<br>MADRID, 28003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11047 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 2 | ASES 5 LTD.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8394 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 3 | BANOT CORP.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8374 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 4 | BARCO INTERNATIONAL COMPANY<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8402 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 5 | BEAR RIVER CORP.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8461 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 6 | BECLERS, PAUL<br>IE PEN LAAM 60<br>BUNDE, 6241 AS<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25456 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 7 | COSTA DORADA S.A.<br>1, RUE GOETHE<br>, L-1637<br>LUXEMBOURG | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6201 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 8 | EDMOND ALPHANDERY<br>36, BOULEVARD FLANDRIN<br>PARIS, 75016<br>FRANCE | | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7296 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 9 | ELIAS, SILVIA<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8384 | Undetermined | Foreign Denomination; No Supporting Documentation |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 16: EXHIBIT 1 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | FOUNTAIN COURT CHAMBERS TEMPLE LONDON, EC4Y 9DH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5667 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 11 | GOLDBACH, GEORGE GARTNER STR. 12A AUGSBURG, 86153 GERMANY | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/16/2009 | 13336 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 12 | HARBISON VENTURES COMPANY INC. 401 B STREET, SUITE 920 SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8401 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 13 | HEALTHY BUILDINGS INTERNATIONAL LTD 229 HYDE END ROAD SPENCERS ROAD SPENCER WOOD, RG7 1BU UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6285 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 14 | HORIZON SERVICES CORP. 401 B STREET, SUITE 920 SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8368 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 15 | ICE LTD THE COOMBS HINTON PARVA SWINDON, SN4 0DH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/13/2009 | 8237 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 16 | JUANOLA, LUIS ALONSO CL MODESTO LAFUENTE 65 5-C 28003, MADRID, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11110 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 17 | LEZPEZI TRUST 401 B STREET, SUITE 920 SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8400 | Undetermined | Foreign Denomination; No Supporting Documentation |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 16: EXHIBIT 1 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|-------------------------|
| 18 | MOUNTAINBURG OVERSEAS LTD.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8459 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 19 | NORWEGIAN FINANCE CIVIL COMPANY<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8505 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 20 | OBRADOVIC, MILICA<br>26 MARYLEBONE HIGH ST., FLAT 4<br>LONDON, W1U 4PJ<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31328 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 21 | PANG KAI YUEN PETER<br>FLAT 17G, TOWER A, HOLLYWOOD TERRACE<br>268 QUEEN'S ROAD CENTRAL<br>HONG KONG, | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8379 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 22 | PIATTI, DANIELA<br>VIA B.M. CARCANO, 17/A<br>LOMAZZO, CO 22074<br>ITALY | | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7348 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 23 | SCHEIBLER, REINHOLD<br>MITTELFELD STR. 3<br>ALZENAN, D-63755<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13342 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 24 | SCHROETER,DR. ANDREAS<br>TIERARZTLICHE PRAXIS<br>NEUENGAMMER HAUSDEICH 246<br>HAMBURG, 21039<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6088 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 25 | SHANDON HOLDINGS CORP.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8367 | Undetermined | Foreign Denomination; No Supporting Documentation |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 16: EXHIBIT 1 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | SHIVA TRUST<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8399 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 27 | SPROTTE, ANDREAS<br>GROITSCHENER BERG 4<br>07554  BRAHMENAU,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5669 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 28 | STONEWALL EQUALITY LTD<br>TOWER BUILIDING<br>YORK ROAD<br>LONDON, SE1 7NX<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6076 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 29 | T.E.Q HOLDINGS LTD.<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8403 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 30 | VISHNU<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8369 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 31 | VOLPATO, MARCO<br>VIA C. COLOMBO, 49<br>TEREZZANO SUL NAVIGLIO, MI 20090<br>ITALY | | Lehman No Case Asserted/All Cases Asserted | 09/09/2009 | 10900 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 32 | YEDID HILU, EMILIA, SALOMON COHEN YEDID, LATIFE COHEN YEDID, LOLA COHEN YEDID & DAVID COHEN YEDID<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8392 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 33 | ZARINA<br>401 B STREET, SUITE 920<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8457 | Undetermined | Foreign Denomination; No Supporting Documentation |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 16: EXHIBIT 2 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FAMELOS, ILIAS<br>STRAYONOS 4<br>GLYFADA, 16674<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24317 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 2 | GEORGILI, IFIGENEIA<br>27 STROFILIOU STR.<br>KIFISSIX, 14561<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24318 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 3 | KOKONAS, KONSTANTINOS<br>PAPNASTASIOU 18<br>RETHIMNO, 74100<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24315 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 4 | LAGADINOS, GEORGE<br>NEAS HALKIDONOS 12<br>17234 DAFNI<br>ATHENS,<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24313 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 5 | LEIVADITIS, JOHN<br>1, PELLIS STR<br>14561 ATHENS, KIFISSIA,<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24314 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 6 | PAPADUPOULOV, LEDA<br>8 EPTALOFOU STR.<br>MAROUSI<br>ATHENS,<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24311 | Undetermined | Foreign Denomination; No Supporting Documentation |
| 7 | PSAROUDAKI, ANGELIKI<br>DODEKANISSOU 13<br>ATHENS, 14562<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24316 | Undetermined | Foreign Denomination; No Supporting Documentation |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 16: EXHIBIT 2 – FOREIGN CURRENCY & NO DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | SPYRATOS, THEODOROS<br>99 ISMINIS STR.<br>ATHENS, 10443<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24312 | Undetermined | Foreign Denomination; No Supporting Documentation |
| | | | | | TOTAL | $0.00 | |