IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, | : | |
| INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2010, upon consideration of the Motion for Extension of Time filed by Greenbrier,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Extension of Time is granted, the hearing date is continued to the 18th day of August, 2010 and the deadline for filing a response to Debtor's Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay is hereby extended until August 6, 2010 at 4 p.m.

                                                     BY THE COURT:

                                                     _____
                                                     United States Bankruptcy Judge

6099461