IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## **BRIDGE ORDER**

AND NOW, this _____ day of _____, 2010, upon consideration of the foregoing Emergency Motion for Extension of Time filed by the Debtor (the "Motion to Continue"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Continue is granted on an interim basis and the deadline for filing a response to Debtor's Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for an Order Enforcing the Automatic Stay is hereby extended until such time as the Court schedules a hearing to fully consider the Motion to Continue.

BY THE COURT:

_____
United States Bankruptcy Judge

6099461