DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Karen E. Wagner
Marshall S. Huebner
James I. McClammy
Brian M. Resnick

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
**In re:**                                                :
                                                          : **Chapter 11**
                                                          :
**LEHMAN BROTHERS**                                       : **Case No. 08-13555 (JMP)**
**HOLDINGS INC.,** *et al.,*                              :
                                                          : **(Jointly Administered)**
                                                          :
                        **Debtors.**                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

MARGUERITE M. MELVIN, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

    2.    On July 2, 2010, I caused to be served a true and correct copy of the "Fifth Amended Verified Statement of Davis Polk & Wardwell LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a)" to those parties listed on the

annexed Exhibit A, in the manner listed.

      /s/ Marguerite M. Melvin
      Marguerite M. Melvin

Sworn to before me this
2nd day of July, 2010

/s/ Rana Ramjas
Rana Ramjas
Notary Public, State of New York
No. 01RA6027334
Qualified in New York County
Commission Expires July 6, 2011

# EXHIBIT A

**By Hand Delivery:**

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**By First Class Mail:**

*Attorneys for Debtors:*

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Creditors' Committee:*

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Office of the United States Trustee:*

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004