David W. Dykhouse
Daniel A Lowenthal
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER** LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
In re:                                    :  Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*   :  Case No. 08-13555 (JMP)
                                          :
                           Debtors.       :  Jointly Administered
                                          :
------------------------------------------x

### VERIFIED STATEMENT OF PATTERSON BELKNAP WEBB & TYLER LLP
### PURSUANT TO RULE 2019, FEDERAL RULES OF BANKRUPTCY PROCEDURE

Patterson Belknap Webb & Tyler LLP ("Patterson"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby submits this verified statement in the Chapter 11 cases of these debtors and debtors-in-possession (collectively, "Debtors") and respectfully discloses the following:

1. Patterson has been consulted by the entities and individuals ("Clients") listed on Exhibit A attached hereto.

2. The Clients may hold claims against and/or interests in the Debtors arising out of applicable law or agreements pursuant to their respective relationships with the Debtors.

3. Patterson has consulted with each of the Clients concerning the Debtors' cases. Each of the Clients separately requested assistance from Patterson regarding issues relating to the Debtors' cases.

4049885v.2

4. Upon information and belief, Patterson does not currently possess, and has not in the past possessed, any claims against or interests in any of the Debtors.

5. This statement is filed strictly to comply with Bankruptcy Rule 2019, and nothing contained herein shall prejudice any right, remedy or claim of the Clients or Patterson. All such rights, remedies and claims are expressly reserved.

6. Patterson reserves the right to supplement or amend this Verified Statement, including Exhibit A, at any time.

Dated: New York, New York
July 2, 2010

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER** LLP

By: /s/David W. Dykhouse
David W. Dykhouse
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

- 2 -

4049885v.2

## EXHIBIT A

Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004

Ampega Gerling Asset Management Gmbh
Dr. Katrin Flothen
Hohenzollering 72 50762 Koeln

Asbury Atlantic, Inc.
Asbury-Solomons, Inc.
20030 Century Boulevard, Suite 300
Germantown, Maryland 20874

Mr. Carlo Buora
c/o Giliberti Pappalettera Triscornia et
    Associati Studio
Legale Via Visconti Di Modrone 21
Milan, ITALY 20122

Debeka Lebensversicherungsverein A.G.
Debeka Krankenversicherungsverein A.G.
Gorg Parnterschaft Von Rechtsanwalten
Sitz Koln Amtsgericht Essen Pr 1281
Sachsenring 81, D-50677 Koln GERMANY

Hilliard Farber & Co. Inc.
45 Broadway
New York, New York 10006

Mr. Louis Gonda
c/o Lexington Ventures
9350 Wilshire Boulevard, Suite 400
Beverly Hills, California 90212

Hans Bockler Stiftung
Hans Bockler-Strabe 39
Dusseldorf, GERMANY 40476

Theodore P. Janulis
993 Fifth Avenue, 10th Floor
New York, New York 10028

OP-Japan Index
c/o OP - Rahastoyhtio OY
Manner Heimintie
Helsinki, FINLAND 00100

Montpelier Re Holdings Ltd.
Montpelier Reinsurance Ltd.
8 Par-La-Ville Road
P.O. Box HM 2079
Hamilton HM HX, Bermuda

Republic of Portugal
c/o Instituto de Gestao de Tesouraria Do
Credito Publico
Av. Da Republica, 57-6 Andar
Lisbon, PORTUGAL 1050-189

Sachsische Aufbaubank
C/O Graf Von Westphalen
Grobe Bleichen 21
D-20354 Hamburg, GERMANY

Training The Street, Inc.
1214 Garden Street
Hoboken, New Jersey 07030

Syncora Guarantee Inc.
Worldwide Plaza
825 Eighth Avenue, 24th Floor
New York, New York 10019-7416

4049885v.2