UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                    :

**In re**                              :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**

               **Debtors.**           :

                                      :
---------------------------------------------------------------x      **Ref. Docket Nos. 9176,
9908-9912, 9918, 9926,
9928-9929 & 9931**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                Lauren Rodriguez
1st day of July, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  SAPHIR FINANCE PLC-SERIES 2007-2                    SAPHIR FINANCE PLC-SERIES 2007-2
     C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH      REED SMITH LLP
     ATTN : SANJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL    ATTN : MICHAEL J. VENDITTO, ESQ.
     CORPORATE TRUST                                     599 LEXINGTON AVENUE
     ONE CANADA SQUARE                                   NEW YORK NY 10022
     LONDON    E14 5AL
     UNITED KINGDOM

Please note that your claim # 37214-01 in the above referenced case and in the amount of
     $37,636,344.35       has been transferred **(unless previously expunged by court order)**

FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO
TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2007-2
PALAZZO DEL MONTE DI PIETA
PIAZZA DUOMO, 15
PADOVA      35141
ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9176       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                    Debtors.                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SAPHIR FINANCE PLC-SERIES 2007-2          SAPHIR FINANCE PLC-SERIES 2007-2
    REED SMITH LLP                            C/O THE BANK OF NEW YORK MELLON-LONDON BRANC
    ATTN : MICHAEL J. VENDITTO, ESQ.          ATTN : SANJAY JOBANPUTRA-VICE PRESIDENT, GLO
    599 LEXINGTON AVENUE                      CORPORATE TRUST
    NEW YORK NY 10022                         ONE CANADA SQUARE
                                              LONDON    E14 5AL
                                              UNITED KINGDOM

Please note that your claim # 37214-01 in the above referenced case and in the amount of
     $37,636,344.35      has been transferred **(unless previously expunged by court order)**

                                              FONDAZIONE CASSA DI RISPARMIO DI PADOVA E RO
                                              TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2007-2
                                              PALAZZO DEL MONTE DI PIETA
                                              PIAZZA DUOMO, 15
                                              PADOVA    35141
                                              ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9176     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

------------------------------------

In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                    Debtors.             |
                                         |
------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SAPHIR FINANCE PLC-SERIES 2007-2              SAPHIR FINANCE PLC-SERIES 2007-2
    FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO    C/O THE BANK OF NEW YORK MELLON-LONDON BRANC
    ATTN: ROBERTO SARO                            ATTN : SANJAY JOBANPUTRA-VICE PRESIDENT, GLO
    PIAZZA DUOMO 15                               CORPORATE TRUST
    PADOVA 35141 ITALY                            ONE CANADA SQUARE
                                                  LONDON    E14 5AL
                                                  UNITED KINGDOM

Please note that your claim # 37214-01 in the above referenced case and in the amount of
     $37,636,344.35        has been transferred **(unless previously expunged by court order)**

                                                  FONDAZIONE CASSA DI RISPARMIO DI PADOVA E RO
                                                  TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2007-2
                                                  PALAZZO DEL MONTE DI PIETA
                                                  PIAZZA DUOMO, 15
                                                  PADOVA     35141
                                                  ITALY

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9176        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BAYERISCHE HYPO- UND VEREINSBANK AG    BAYERISCHE HYPO- UND VEREINSBANK AG
ATTN: DR. JOHANNES WODSAK               JENNIFER C. DEMARCO & DAVID A. SULLIVAN
ARABELLASTRASSE 12                      CLIFFORD CHANCE US LLP
MUNICH    D-81925                       31 WEST 52ND STREET
GERMANY                                 NEW YORK NY 10019

Please note that your claim # 63604-01 in the above referenced case and in the amount of
$16,940,918.00        has been transferred **(unless previously expunged by court order)**

BARCLAYS BANK PLC
TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG
745 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9908        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |        Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |        08-13555 (JMP)
                                               |
                                               |        (Jointly Administered)
                        Debtors.               |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BAYERISCHE HYPO- UND VEREINSBANK AG                     BAYERISCHE HYPO- UND VEREINSBANK AG
     JENNIFER C. DEMARCO & DAVID A. SULLIVAN                 ATTN: DR. JOHANNES WODSAK
     CLIFFORD CHANCE US LLP                                  ARABELLASTRASSE 12
     31 WEST 52ND STREET                                     MUNICH    D-81925
     NEW YORK NY 10019                                       GERMANY

Please note that your claim # 63604-01 in the above referenced case and in the amount of
     $16,940,918.00        has been transferred **(unless previously expunged by court order)**

                                                            BARCLAYS BANK PLC
                                                            TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK
                                                            745 SEVENTH AVENUE
                                                            NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9908      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                                 Vito Genna, Clerk of Court


                                                 /s/ Lauren Rodriguez
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  YORVIK PARTNERS LLP
                 TRANSFEROR: BANK SARASIN & CO LTD
                 ATTN: LISA KING
                 11 IRONMONGER LANE
                 LONDON    EC2V 8EY
                 UNITED KINGDOM

Please note that your claim # 59301-01 in the above referenced case and in the amount of
        $543,420.30        has been transferred **(unless previously expunged by court order)**

            DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD
            TRANSFEROR: YORVIK PARTNERS LLP
            65 EAST 55TH ST, 19TH FL
            NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 Southern District of New York
                 One Bowling Green
                 New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9909        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
    6-2, NIHOMBASHI 3-CHOME                            TOKAI TOKYO SECURITIES CO, LTD
    CHUO-KU                                            17-21, SHINKAWA 1-CHOME
    TOKYO   103-8275                                   CHUO-KU
    JAPAN                                              TOKYO 104-8317 JAPAN

Please note that your claim # 46185 in the above referenced case and in the amount of
     $952,231.84     has been transferred **(unless previously expunged by court order)**

SHINSEI SECURITIES CO LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
2-1-8 UCHISAIWAI-CHO
CHIYODA-KU
TOKYO
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9910     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
    TOKAI TOKYO SECURITIES CO, LTD                    6-2, NIHOMBASHI 3-CHOME
    17-21, SHINKAWA 1-CHOME                           CHUO-KU
    CHUO-KU                                           TOKYO    103-8275
    TOKYO 104-8317 JAPAN                              JAPAN

Please note that your claim # 46185 in the above referenced case and in the amount of
        $952,231.84        has been transferred **(unless previously expunged by court order)**

                                                     SHINSEI SECURITIES CO LTD
                                                     TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                                     2-1-8 UCHISAIWAI-CHO
                                                     CHIYODA-KU
                                                     TOKYO
                                                     JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9910      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                                   |    Chapter 11 Case No.
|
LEHMAN BROTHERS HOLDINGS INC., et al.,                  |    08-13555 (JMP)
|
|    (Jointly Administered)
Debtors.                        |
|
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SHINSEI SECURITIES CO LTD
             TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
             2-1-8 UCHISAIWAI-CHO
             CHIYODA-KU
             TOKYO
             JAPAN

Please note that your claim # 46185 in the above referenced case and in the amount of
      $952,231.84        has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.                             GOLDMAN, SACHS & CO.
        TRANSFEROR: SHINSEI SECURITIES CO LTD            MANAGING CLERK
        30 HUDSON STREET, 36TH FLOOR                     RICHARDS KIBBE & ORBE LLP
        ATTN: ANDREW CADITZ                              ONE WORLD FINANCIAL CENTER
        JERSEY CITY NJ 07302                             NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9911      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

SHINSEI SECURITIES CO LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
2-1-8 UCHISAIWAI-CHO
CHIYODA-KU
TOKYO
JAPAN

Please note that your claim # 46185 in the above referenced case and in the amount of $952,231.84 has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
MANAGING CLERK
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

GOLDMAN, SACHS & CO.
TRANSFEROR: SHINSEI SECURITIES CO LTD
30 HUDSON STREET, 36TH FLOOR
ATTN: ANDREW CADITZ
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9911 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                Debtors.                        |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
    6-2, NIHOMBASHI 3-CHOME                            TOKAI TOKYO SECURITIES CO, LTD
    CHUO-KU                                            17-21, SHINKAWA 1-CHOME
    TOKYO    103-8275                                  CHUO-KU
    JAPAN                                              TOKYO 104-8317 JAPAN

Please note that your claim # 46192 in the above referenced case and in the amount of
      $956,870.36         has been transferred **(unless previously expunged by court order)**

    SHINSEI SECURITIES CO. LTD
    TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
    2-1-8 UCHISAIWAI-CHO
    CHIYODA-KU
    TOKYO
    JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9912      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD
    TOKAI TOKYO SECURITIES CO, LTD
    17-21, SHINKAWA 1-CHOME
    CHUO-KU
    TOKYO 104-8317 JAPAN

TOKAI TOKYO SECURITIES CO, LTD
6-2, NIHOMBASHI 3-CHOME
CHUO-KU
TOKYO   103-8275
JAPAN

Please note that your claim # 46192 in the above referenced case and in the amount of
    $956,870.36        has been transferred **(unless previously expunged by court order)**

SHINSEI SECURITIES CO. LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
2-1-8 UCHISAIWAI-CHO
CHIYODA-KU
TOKYO
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9912      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                                        Vito Genna, Clerk of Court

                        /s/ Lauren Rodriguez
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
                                |
            Debtors.            |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: SHINSEI SECURITIES CO. LTD
            TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
            2-1-8 UCHISAIWAI-CHO
            CHIYODA-KU
            TOKYO
            JAPAN

Please note that your claim # 46192 in the above referenced case and in the amount of
        $956,870.36        has been transferred (**unless previously expunged by court order**)

        GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
        TRANSFEROR: SHINSEI SECURITIES CO. LTD   MANAGING CLERK
        30 HUDSON STREET, 36TH FLOOR            RICHARDS KIBBE & ORBE LLP
        ATTN: ANDREW CADITZ                     ONE WORLD FINANCIAL CENTER
        JERSEY CITY NJ 07302                    NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9918    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                Debtors.                 |
                                         |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:                                    SHINSEI SECURITIES CO. LTD
                                               TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                               2-1-8 UCHISAIWAI-CHO
                                               CHIYODA-KU
                                               TOKYO
                                               JAPAN

Please note that your claim # 46192 in the above referenced case and in the amount of
        $956,870.36        has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.                   GOLDMAN, SACHS & CO.
        MANAGING CLERK                         TRANSFEROR: SHINSEI SECURITIES CO. LTD
        RICHARDS KIBBE & ORBE LLP              30 HUDSON STREET, 36TH FLOOR
        ONE WORLD FINANCIAL CENTER             ATTN: ANDREW CADITZ
        NEW YORK NY 10281                      JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9918      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
            Debtors.               |
                                   |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD
    6-2, NIHOMBASHI 3-CHOME
    CHUO-KU
    TOKYO    103-8275
    JAPAN

TOKAI TOKYO SECURITIES CO, LTD
TOKAI TOKYO SECURITIES CO, LTD
17-21, SHINKAWA 1-CHOME
CHUO-KU
TOKYO 104-8317 JAPAN

Please note that your claim # 46193 in the above referenced case and in the amount of
       $951,899.46       has been transferred **(unless previously expunged by court order)**

SHINSEI SECURITIES CO. LTD
TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
2-1-8 UCHISAIWAI-CHO
CHIYODA-KU
TOKYO
JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9926    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
     TOKAI TOKYO SECURITIES CO, LTD                    6-2, NIHOMBASHI 3-CHOME
     17-21, SHINKAWA 1-CHOME                           CHUO-KU
     CHUO-KU                                           TOKYO    103-8275
     TOKYO 104-8317 JAPAN                              JAPAN

Please note that your claim # 46193 in the above referenced case and in the amount of
       $951,899.46        has been transferred **(unless previously expunged by court order)**

                                                      SHINSEI SECURITIES CO. LTD
                                                      TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                                      2-1-8 UCHISAIWAI-CHO
                                                      CHIYODA-KU
                                                      TOKYO
                                                      JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9926         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SHINSEI SECURITIES CO. LTD
             TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
             2-1-8 UCHISAIWAI-CHO
             CHIYODA-KU
             TOKYO
             JAPAN

Please note that your claim # 46193 in the above referenced case and in the amount of
        $951,899.46        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
TRANSFEROR: SHINSEI SECURITIES CO. LTD        MANAGING CLERK
30 HUDSON STREET, 36TH FLOOR                  RICHARDS KIBBE & ORBE LLP
ATTN: ANDREW CADITZ                           ONE WORLD FINANCIAL CENTER
JERSEY CITY NJ 07302                          NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9928    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
                                        SHINSEI SECURITIES CO. LTD
                                        TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                        2-1-8 UCHISAIWAI-CHO
                                        CHIYODA-KU
                                        TOKYO
                                        JAPAN

Please note that your claim # 46193 in the above referenced case and in the amount of
        $951,899.46        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                    GOLDMAN, SACHS & CO.
MANAGING CLERK                          TRANSFEROR: SHINSEI SECURITIES CO. LTD
RICHARDS KIBBE & ORBE LLP               30 HUDSON STREET, 36TH FLOOR
ONE WORLD FINANCIAL CENTER              ATTN: ANDREW CADITZ
NEW YORK NY 10281                       JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9928    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
              Debtors.             |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD                    TOKAI TOKYO SECURITIES CO, LTD
    6-2, NIHOMBASHI 3-CHOME                            TOKAI TOKYO SECURITIES CO, LTD
    CHUO-KU                                            17-21, SHINKAWA 1-CHOME
    TOKYO    103-8275                                  CHUO-KU
    JAPAN                                              TOKYO 104-8317 JAPAN

Please note that your claim # 46194 in the above referenced case and in the amount of
    $984,745.79       has been transferred **(unless previously expunged by court order)**

    SHINSEI SECURITIES CO LTD
    TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
    2-1-8 UCHISAIWAI-CHO
    CHIYODA-KU
    TOKYO
    JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9929     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: TOKAI TOKYO SECURITIES CO, LTD                  TOKAI TOKYO SECURITIES CO, LTD
    TOKAI TOKYO SECURITIES CO, LTD                  6-2, NIHOMBASHI 3-CHOME
    17-21, SHINKAWA 1-CHOME                         CHUO-KU
    CHUO-KU                                         TOKYO    103-8275
    TOKYO 104-8317 JAPAN                            JAPAN

Please note that your claim # 46194 in the above referenced case and in the amount of
    $984,745.79       has been transferred **(unless previously expunged by court order)**

                                                    SHINSEI SECURITIES CO LTD
                                                    TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                                    2-1-8 UCHISAIWAI-CHO
                                                    CHIYODA-KU
                                                    TOKYO
                                                    JAPAN

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9929    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SHINSEI SECURITIES CO LTD
             TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
             2-1-8 UCHISAIWAI-CHO
             CHIYODA-KU
             TOKYO
             JAPAN

Please note that your claim # 46194 in the above referenced case and in the amount of
        $984,745.79       has been transferred **(unless previously expunged by court order)**

        GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
        TRANSFEROR: SHINSEI SECURITIES CO LTD         MANAGING CLERK
        30 HUDSON STREET, 36TH FLOOR                  RICHARDS KIBBE & ORBE LLP
        ATTN: ANDREW CADITZ                           ONE WORLD FINANCIAL CENTER
        JERSEY CITY NJ 07302                          NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9931      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:
                                                    SHINSEI SECURITIES CO LTD
                                                    TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD
                                                    2-1-8 UCHISAIWAI-CHO
                                                    CHIYODA-KU
                                                    TOKYO
                                                    JAPAN

Please note that your claim # 46194 in the above referenced case and in the amount of
        $984,745.79        has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
MANAGING CLERK                                TRANSFEROR: SHINSEI SECURITIES CO LTD
RICHARDS KIBBE & ORBE LLP                     30 HUDSON STREET, 36TH FLOOR
ONE WORLD FINANCIAL CENTER                    ATTN: ANDREW CADITZ
NEW YORK NY 10281                             JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9931    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2010                     Vito Genna, Clerk of Court


                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2010.

**EXHIBIT B**

TIME: 17-40-39
DATE: 06/30/10

PAGE:   1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BAYERISCHE HYPO- UND VEREINSBANK AG | ATTN: DR. JOHANNES WODSAK ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO- UND VEREINSBANK AG | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO | TRANSFEROR: SAPHIR FINANCE PLC-SERIES 2007-2 PALAZZO DEL MONTE DI PIETA PIAZZA DUOMO, 15 PADOVA   35141 ITALY |
| GOLDMAN, SACHS & CO. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINSEI SECURITIES CO LTD 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SHINSEI SECURITIES CO, LTD 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302 REED SMITH LLP ATTN : MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC-SERIES 2007-2 | TRANSFEROR: CASSA DI RISPARMIO DI PADOVA E ROVIGO ATTN: ROBERTO SARO PIAZZA DUOMO 15 PADOVA   35141 ITALY |
| SAPHIR FINANCE PLC-SERIES 2007-2 | FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO ATTN: ROBERTO SARO PIAZZA DUOMO 15 PADOVA   35141 ITALY |
| SAPHIR FINANCE PLC-SERIES 2007-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN : SANJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM |
| SHINSEI SECURITIES CO LTD | TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD 2-1-8 UCHISAIWAI-CHO CHIYODA-KU TOKYO   JAPAN |
| SHINSEI SECURITIES CO. LTD | TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD 2-1-8 UCHISAIWAI-CHO CHIYODA-KU TOKYO   JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | TOKAI TOKYO SECURITIES CO, LTD 17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO 104-8317 JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | 6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO 103-8275 JAPAN |
| YORVIK PARTNERS LLP | TRANSFEROR: BANK SARASIN & CO LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        16

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153