**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (JMP)
:
Debtors.                          :    (Jointly Administered)
:
----------------------------------------------------------------x    Ref. Docket Nos. 9942-9943

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2010, I caused to be served the:

    a. "Debtors-Appellees' Counter –Designation of Items to be Included in Record on Appeal," dated June 30, 2010 [Docket No. 9942], and

    b. "Debtors-Appellees' Counter –Designation of Items to be Included in Record on Appeal," dated June 30, 2010 [Docket No. 9943],

by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to those parties listed on the annexed Exhibit C.

T:\Clients\LBH\Affidavits\Counter Designation 1-2_DI 9942-9943_AFF_6-30-10.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          /s/*Panagiota Manatakis*
Sworn to before me this          Panagiota Manatakis
1st day of July, 2010
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

-2-

T:\Clients\LBH\Affidavits\Counter Designation 1-2_DI 9942-9943_AFF_6-30-10.doc