Paul M. Basta
Cindy Chen Delano
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Counsel to CapStar Secaucus LLC
c/o Lehman Brothers Real Estate Partners II, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**CERTIFICATE OF SERVICE**

     1.    That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

     2.    That on the 2nd day of July, 2010, I caused to be served a true and correct copy of Notice of Withdrawal of Proofs of Claim by CapStar Secaucus LLC [Docket 10010] by (a) the Court's ECF system on all parties requesting electronic service and (b) first class mail upon:

**Hon. James M. Peck**
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

| | |
|---|---|
| **Dennis F. Dunne** | **Robert K. Dakis** |
| Milbank, Tweed, Hadley & McCloy LLP | Quinn Emanuel Urquhart & Sullivan LLP |
| 1 Chase Manhattan Plaza | 51 Madison Avenue, 22nd Floor |
| New York, NY 10005 | New York, NY 10010 |

Dated: July 6, 2010
New York, New York

/s/ Daniel Kelleher_____
Daniel Kelleher