**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi M. Eilbott

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
In re:                                                                   :   Chapter 11
                                                                         :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :
                                                                         :
                    Debtors.                                             :
------------------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

   Georgia Faust, being duly sworn, deposes and says:

   1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

   2. On July 7, 2010, I served a true and correct copy of each of the following Notices of Partial Transfer of Claim Pursuant to Rule 3001(e)(2):  Docket Nos. 10020-10025, 10027-10030, 10032-10034, 10036, 10038, 10040, 10042, 10044-10049 upon the parties listed on the appended <u>Exhibit A</u> by hand delivery.

                 /s/ Georgia Faust
                 Georgia Faust

Sworn to before me this
7th day of July 2010

/s/ James V. Drew
  Notary Public

**JAMES V. DREW
Notary Public, State of New York
No. 02DR6079092
Qualified in Kings County
Commission Expires August 12, 2010**

7974567

## **EXHIBIT A**

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attention: Kathryn Gettles-Atwa, Esq.

Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention: Andrew D. Velez-Rivera, Esq.
    Paul K. Schwartzberg, Esq.
    Brian S. Masumoto, Esq.
    Linda A. Rifkin, Esq.
    Tracy Hope Davis, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attention: James C. Tecce, Esq.