ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Raniero D'Aversa, Jr., Esq.
Courtney M. Rogers, Esq.
—and—
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Jonathan P. Guy, Esq.

*Attorneys for The Bank of Nova Scotia*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Courtney M. Rogers withdraws her appearance on behalf of The Bank of Nova Scotia ("BNS") in the above-referenced bankruptcy proceeding. Raniero D'Aversa, Jr. and Jonathan Guy remain as counsel on behalf of BNS. Accordingly,

OHS East:160737747.1

please remove Courtney Rogers from any and all mailing matrices concerning her representation of BNS in this matter.

Dated: July 7, 2010
      New York, New York

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ Courtney M. Rogers*
Raniero D'Aversa, Jr., Esq.
Courtney M. Rogers, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
—and—
Jonathan P. Guy, Esq.
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for The Bank of Nova Scotia*