ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Raniero D'Aversa, Jr., Esq.
*Attorneys for Telecom Italia Capital S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Courtney M. Rogers withdraws her appearance on behalf of Telecom Italia Capital S.A. in the above-referenced bankruptcy proceeding. Raniero D'Aversa, Jr. remains as counsel on behalf of Telecom Italia Capital S.A..  Accordingly, please remove Courtney Rogers from any and all mailing matrices concerning her representation of Telecom Italia Capital S.A. in this matter.

Dated: July 7, 2010                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
New York, New York

                                                           By:     */s/ Courtney M. Rogers*
                                                                   Raniero D'Aversa, Jr., Esq.
                                                                   Courtney M. Rogers, Esq.
                                                                    51 West 52nd Street
                                                                   New York, NY  10019-6142
                                                                   Telephone: (212) 506-5000
                                                                   Facsimile:  (212) 506-5151
                                                                   *Attorneys for Telecom Italia Capital S.A.*

OHS East:160737749.1