## United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>         Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse International | Credit Suisse AG (f/k/a Credit Suisse) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse International
Eleven Madison Avenue, 5th Floor
New York, New York 10010
Attn: Gil Golan
Tel: 212-325-2175
Fax: 212-743-4953

Court Claim # (if known): 22852 (claim against Lehman Brothers Holdings Inc.)

Amount of Claim: $138,712,743.90 plus unliquidated portion of claim.

Date Claim Filed: September 21, 2009

Last Four Digits of Acct. #: _____

Phone: 212-538-9137
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE INTERNATIONAL

By: _____*Claire Perkins*_____       Date: __7/1/10__
    Transferee's Authorized Signatory

By: _____*Melanie Harris*_____       Date: __7/1/10__
    Transferee's Agent
    Assistance Vice President
    Operations

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-12870/COURT/2687823.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 22852 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Credit Suisse AG (f/k/a Credit Suisse) | Credit Suisse International |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Credit Suisse AG (f/k/a Credit Suisse)<br>11 Madison Avenue<br>New York, NY 10010<br>Attn:   Allen Gage, Esq.<br>Tel:    212-538-9137<br>e-mail:   Allen.Gage@credit-suisse.com | Credit Suisse International<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Gil Golan<br>Tel: 212-325-2175<br>Fax: 212-743-4953 |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

038-12870/COURT/2687823.1