# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.　　　Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | Glencore Energy UK Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse Loan Funding LLC
Eleven Madison Avenue, 5th Floor
New York, New York 10010
Attn: Gil Golan
Tel: 212-325-2175
Fax: 212-743-4953

Last Four Digits of Acct. #: _____

Court Claim # (if known): 66593 (claim against Lehman Brothers Holdings Inc.)

Amount of Claim: $2,500,000.00

Date Claim Filed: April 26, 2010

Phone: +44 20 7412 3297
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE LOAN FUNDING LLC

By: _____    Date: 7/7/10
Transferee/Transferee's Agent
Gil Golan
Vice President

By: _____    Date: 7/7/10
Douglas DiBella
Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

058-14091/COURT/2694693.1

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 66593 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Glencore Energy UK Limited | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Glencore Energy UK Limited<br>50 Berkeley Street<br>London W1J8HD<br>Attention: Lee Munden<br>Telephone: +44 20 7412 3297<br>E mail: lee.munden@glencore.co.uk | Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn: Gil Golan<br>Tel: 212-325-2175<br>Fax: 212-743-4953 |
|  |  |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                CLERK OF THE COURT

038-14091/COURT/2694693.1

### EVIDENCE OF TRANSFER OF CLAIM

TO:   Lehman Brothers Commodity Services Inc.;
      Lehman Brothers Holdings Inc.; and
      The Bankruptcy Court (as defined below).

*June 9th, 2010* For value received, the adequacy and sufficiency of which are hereby acknowledged, GLENCORE ENERGY UK LIMITED ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated ~~May 7th, 2010~~ between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. and Lehman Brothers Commodity Services Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$2,500,000 (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~__ day of May, 2010~~ *9th day of June*

| SELLER: | BUYER: |
|---|---|
| GLENCORE ENERGY UK LIMITED | CREDIT SUISSE LOAN FUNDING LLC |
| By: _/s/_ | By: _____ |
| Name: | Name: |
| Title: Lee Munden, Head of Credit | Title: |
| | By: _____ |
| | Name: |
| | Title: |

EOIN DILWORTH
COMPANY SECRETARY

- 1 -

038-14091/AGR/2623793.1

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Lehman Brothers Commodity Services Inc.;
     Lehman Brothers Holdings Inc.; and
     The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, GLENCORE ENERGY UK LIMITED ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated ~~May ___, 2010~~ *June 9th, 2010* between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. and Lehman Brothers Commodity Services Inc. (together, the "Debtors"), each a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$2,500,000 (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~___ day of May,~~ *9th day of June* 2010

**SELLER:**

GLENCORE ENERGY UK LIMITED

By: _____
Name:
Title:

**BUYER:**

CREDIT SUISSE LOAN FUNDING LLC

By: _____  *Gil Golan*
Name:         Authorized Signatory
Title:

By: _____
Name:
Title: **Douglas DiBella**
Authorized Signatory

- 1 -

138-14091/AGR/2623793.1