08-13555-mg    Doc 10079    Filed 07/07/10    Entered 07/07/10 18:43:29    Main Document
          Pg 1 of 2

Sabin Willett
Andrew C. Phelan
Evan J. Benanti
Eric Heining
One Federal Street
Boston, Massachusetts 02110
Telephone: 617.951.8000

*Counsel for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br>Debtor. | **Chapter 11 Case No.**<br>**08-13555 (JMP)**<br>(Jointly Administered) |
| In re<br><br>LEHMAN COMMERCIAL PAPER INC.,<br>Debtor. | Chapter 11 Case No.<br>08-13900 (JMP) |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 32,696**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006**

| | |
|---|---|
| Creditor Name and Address: | State Street Bank and Trust Company<br>1 Lincoln Street, Boston, Massachusetts 02111 |
| Debtor: | Lehman Commercial Paper Inc. |
| Claim Number: | 32,696 |
| Date Claim Filed: | September 22, 2009 |
| Amount of Claim Filed: | Not less than $31,200,000 |

State Street Bank and Trust Company ("State Street"), by its attorneys, Bingham McCutchen LLP, hereby files this notice of withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

A/73410570.1

State Street hereby withdraws the above-referenced claim and authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated: Boston, Massachusetts
July _7_, 2010

Respectfully submitted,

By: _/s/ Andrew C. Phelan_
Sabin Willett (*admitted pro hac vice*)
Andrew C. Phelan (*admitted pro hac vice*)
Evan J. Benanti (EB1202)
Eric Heining (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110
Tel: 617-951-8000 / Fax: 617-951-8736

*Counsel to State Street Bank and Trust Company*

2

A/73410570.1