UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     : 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                                     :
            Debtors.                       : (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a copy of the foregoing *RESPONSE AND RESERVATION OF RIGHTS OF FEDERAL NATIONAL MORTGAGE ASSOCIATION TO MOTION OF THE DEBTORS, PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 363(f) OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO TRANSFER CERTAIN MORTGAGE SERVICING RIGHTS TO AURORA BANK FSB* was served on July 7, 2010 by Overnight Courier pursuant to my office's procedures for overnight delivery, and upon the persons identified in Exhibit A, and by email, and first-class mail pursuant to my office's procedures for USPS mail, upon the persons identified in Exhibit B.

This 7th day of July, 2010

_____
Lane H. Lerner

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

5

# Exhibit A

Honorable James M. Peck
One Bowling Green
New York, New York 10004,
Courtroom 601


Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

# Exhibit B

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Alfredo R. Perez, Esq.
alfredo.perez@weil.com

*Counsel to the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

*Counsel to the Official Committee of Unsecured Creditors*

NY:1295463.6