FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York  11556-1320
Tel:    (516) 227-0700
Fax:    (516) 227-0777
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan

*Attorneys for Capital One, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                            :

In re:                    :    Chapter 11
                            :

Lehman Brothers Holdings, Inc., *et al.*,    :    Case No. 08-13555 (JMP)
                            :

           Debtors.        :    Jointly Administered
                            :

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       The undersigned attorney for movant Capital One, N.A. hereby certifies that a true and correct copy of the *Notice of Adjournment of Hearing on Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001* [Doc. No. 10014] was served on July 7, 2010, upon the parties identified in the attached Exhibit "A" by first class mail, postage prepaid, on July 7, 2010, upon the parties identified in the attached Exhibit "B" by electronic mail and on July 6, 2010, upon the parties identified on the attached Exhibit "C" by electronic mail through the CM/ECF system.

Dated:  Uniondale, New York
      July 8, 2010

                           **FARRELL FRITZ, P.C.**

                  By:    /s/ Robert C. Yan            .
                        Louis A. Scarcella
                        Darren A. Pascarella
                        Robert C. Yan
                        1320 RXR Plaza
                        Uniondale, New York 11556-1320
                        Tel:    (516) 227-0700
                        Fax:    (516) 227-0777

                        *Attorneys for Capital One, N.A.*