# EXHIBIT C

# PART I

**EXHIBIT C**

**Via E-mail (through CM/ECF System)**

See attached Notice of Electronic Filing for parties.

Interwoven\1479187.1

New York Southern Live System

**File a Notice:**

08-13555-jmp Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc.

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Robert C. Yan entered on 7/6/2010 at 1:32 PM and filed on 7/6/2010
**Case Name:** Lehman Brothers Holdings Inc and Lehman Commercial Paper Inc
**Case Number:** 08-13555-jmp
**Document Number:** 10014

**Docket Text:**
Notice of Adjournment of Hearing *on Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001* (related document(s)[8425]) filed by Robert C. Yan on behalf of Capital One, N.A. with hearing to be held on 8/18/2010 at 10:00 AM at Courtroom 601 (JMP) Objections due by 8/11/2010. (Yan, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Lehman Adj.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/6/2010] [FileNumber=9075159-0] [
0ef69fe31d012308e2e4250d159ed1943e608010bd5a0535d054a09e5d696c565884c5
f5facc24f1b9f50d7da964f50e8bc2bcb66292823d5c972b1e3feeb086]]

**08-13555-jmp** Notice will be electronically mailed to:

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
aalfonso@willkie.com

Darryl J. Alvarado on behalf of Unknown Chun Ju
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

D. Sam Anderson on behalf of Unknown Citibank, N.A., In its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com lkubiak@bernsteinshur.com

George Angelich on behalf of Creditor The Vanguard Group, Inc
angelich.george@arentfox.com, angelich.george@arentfox.com,lane.katie@arentfox.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Bruce G. Arnold on behalf of Creditor Metavante Corporation
barnold@whdlaw.com, chandy@whdlaw.com

John R. Ashmead on behalf of Creditor Breen Investors International Fund L.P.
ashmead@sewkis.com

Lee Stein Attanasio on behalf of Attorney Sidley Austin LLP
emcdonnell@sidley.com

Douglas Bacon on behalf of Defendant Federal National Mortgage Association
douglas.bacon@lw.com, chefiling@lw.com beth.arnold@lw.com

Donald M. Badaczewski on behalf of Interested Party Russell Investment Group, Inc
donald.badaczewski@dechert.com

Ingrid Bagby on behalf of Foreign Representative Lehman Re Ltd.
ingrid.bagby@cwt.com, betty.comerro@cwt.com, michele.maman@cwt.com

Katrina Lynne Baker on behalf of Defendant Lehman Brothers Holdings Inc
kbaker@kramerlevin.com

Helen Ball on behalf of Creditor Wellmont Health System
nball@ba-boult.com, mtavier@ba-boult.com

New York Southern Live System

William G. Ballaine on behalf of Creditor Federal Home Loan Mortgage Corporation
wballaine@lchf.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Duncan E. Barber on behalf of Creditor Ironbridge Aspen Collection, LLC
dbarber@hsblawyers.com

Jean-David Barnea on behalf of Defendant United States Of America
jean-david.barnea@usdoj.gov

David L. Borrack on behalf of Unknown Canadian National Resources Limited
dbarrack@fulbright.com

Lawrence Bass on behalf of Creditor National CineMedia
lawrence.bass@hro.com

Beatrice Hamza Bassey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
hassey@hugheshubbard.com

Paul M. Basta on behalf of Creditor CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P
pbasta@kirkland.com, jacob.goldfinger@kirkland.com

Paul A. Batista on behalf of Creditor Unclaimed Property Recovery Service, Inc
batista007@aol.com

Ronald Scott Beacher on behalf of Creditor Silver Point Capital, LP
rbeacher@daypitney.com

Anne E. Beaumont on behalf of Creditor Lazard Freres & Co. LLC
abeaumont@fklaw.com, lehmanbros@fklaw.com

T. Scott Belden on behalf of Creditor Superior Pipelines, Inc
shelden@kleinlaw.com, rmedelli@kleinlaw.com, srucker@kleinlaw.com, kfryer@kleinlaw.com

Christopher Robert Belmonte on behalf of Attorney Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer or behalf of Attorney Morgan, Lewis & Bockius LLP
hbeltzer@morganlewis.com

Evan J. Benanti on behalf of Defendant State Street Bank & Trust Company
evan.benanti@bingham.com

Walter Benzija on behalf of Creditor Dunn & Bradstreet
wbenzija@halperinlaw.net

Shaya M. Berger on behalf of Creditor Interwind Corp.
bergers@dicksteinshapiro.com

Jed I. Bergman on behalf of Counter-Defendant Turnberry Retail Holding, L.P
jbergman@kasowitz.com, courtnotices@kasowitz.com

Jed I. Bergman on behalf of Defendant Fontainebleau Resorts, LLC
jbergman@kasowitz.com, courtnotices@kasowitz.com, smoskowitz@kasowitz.com

Leslie Ann Berkoff on behalf of Creditor The Hotchkiss School
lberkoff@moritthock.com

Ronit J. Berkovich on behalf of Plaintiff Lehman Brothers Holdings Inc
ronit.berkovich@weil.com

Mark N. Berman on behalf of Creditor Metropolitan Transportation Authority
mberman@nixonpeabody.com

Richard J. Bernard on behalf of Creditor Metavante Corporation
rbernard@bakerlaw.com

Scott Howard Bernstein on behalf of Creditor CA IOC VIDA, Sociedad Anonima de Seguros
sbernstein@hunton.com

Darren Elliot Bernstein on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
bernsied@lbitrustee.com

Daniel B. Besikof on behalf of Interested Party Thomas Cook AG
dbesikof@loeb.com

Riyaz G. Bhimani on behalf of Creditor Merchantil Commercebank, N.A
rbhimani@eckertseamans.com

Martin J. Bienenstock on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
martin.bienenstock@dl.com, tkarcher@dl.com, haaronson@dl.com, lsaal@dl.com

Laurie R. Binder on behalf of Trustee/Not Bankrupt Deutsche Bank Trust Company Americas, as Indenture Trustee

New York Southern Live System

binder@sewkis.com

Robert Jeffery Black on behalf of Plaintiff State Street Bank And Trust Company
jeffery.black@bingham.com, pat.wright@bingham.com

Joshua R. Blackman on behalf of Creditor The Foundation of the Catholic Diocese of Columbus Ohio
jBlackman@morganlewis.com

Benjamin Blaustein on behalf of Creditor The Juilliard School
bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Daniel S. Bleck on behalf of Interested Party Wells Fargo Bank, National Association, as Indenture Trustee
dbleck@mintz.com

Anthony D. Boccanfuso on behalf of Defendant Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
Anthony.Boccanfuso@aporter.com

Carmine Boccuzzi on behalf of Creditor GS European Performance Fund Limited
maofiling@cgsh.com, cboccuzzi@cgsh.com

Hilary B. Bonial on behalf of Creditor Litton Loan Servicing, LP
notice@bkcylaw.com

Mark V. Bossi on behalf of Creditor ARG Funding Corp., et al.
mbossi@thompsoncoburn.com, jmckinnon@thompsoncoburn.com

Maria A. Bove on behalf of Attorney Special Counsel to the Debtors
mbove@pszjlaw.com, dharris@pszjlaw.com mbove@pszjlaw.com

Jerrold Lyle Bregman on behalf of Debtor Lehman Brothers Holdings Inc.
jbregman@curtis.com, cmanther@curtis.com, ghertzberg@curtis.com

Timothy W. Brink on behalf of Interested Party River Capital Advisors, Inc
timothy.brink@dlapiper.com

James L. Bromley on behalf of Interested Party Hellman & Friedman LLC
maofiling@cgsh.com

Luke O. Brooks on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
lukeb@rgrdlaw.com, e_file_sf@rgrdlaw.com

Melvin A. Brosterman on behalf of Creditor Basso Capital Management, L.P.
mbrosterman@stroock.com, docketing@stroock.com,insolvency@stroock.com

Mark A. Broude on behalf of Creditor Bundesverband deutscher Banken e.V.
mark.broude@lw.com, peter.gilhuly@lw.com

Andrew P. Brozman on behalf of Creditor Calyon
andrew.brozman@cliffordchance.com

Robert W. Brundige on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
brundige@hugheshubbard.com

Martin G. Bunin on behalf of Creditor Dell Global B.V.
marty.bunin@alston.com

Spencer A. Burkholz on behalf of Plaintiff Ka Kin Wong, Siu Lui Ching
spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Michael G. Busenkell on behalf of Plaintiff Carolina First Bank
mbusenkell@wcsr.com

Daniel K. Cahn on behalf of Creditor U.S. Bank National Association, Trustee for Lehman Brothers Securitization Name Structured Asset Investment Loan Trust
dcahn@cahnlaw.com

Aaron R. Cahn on behalf of Unknown GFI Group, Inc
cahn@clm.com

Carollynn H.G. Callan on behalf of Creditor Danske Bank A/S, London Branch
ccallan@venable.com

Sarah Campbell on behalf of Creditor German Association of Savings Banks
jdisanti@whitecase.com,mcoshnv@whitecase.com

Donald F. Campbell on behalf of Creditor South Jersey Hospital Inc
dcampbell@ghclaw.com

Matthew Allen Cantor on behalf of Interested Party Normandy Hill Capital, L.P.
info2@normandy.hill.com

John F. Carberry on behalf of Creditor 8 Sound Shore Associates LLC
jcarberry@cl-law.com, dsantos@cl-law.com

Scott Cargill on behalf of Creditor Lehman Brothers GTAA Unit Trust I
scargill@lowenstein.com

New York Southern Live System

Roy H. Carlin on behalf of Unknown PT Bank Negara Indonesia
carlin@thshlaw.com

Lawrence E. Carnevale on behalf of Plaintiff Declan Kelly
bankruptcy@clm.com

James S. Carr on behalf of Creditor BP Corporation North America Inc
KDWBankruptcyDepartment@kelleydrye.com

Gerard Sylvester Catalanello on behalf of Unknown Pennsylvania Public School Employees' Retirement System
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Iskender Catto on behalf of Unknown Pacific Summit Energy LLC
icatto@kirkland.com

Gabriel I. Chacon on behalf of Creditor New Jersey Economic Development Authority
gabriel.chacon@dol.lps.state.nj.us

Shelley C. Chapman on behalf of Creditor AIG CDS, Inc
maoshny@willkie.com

Thomas E. Chase on behalf of Unknown Malayan Banking Berhad
tchase@rlrpclaw.com

Pamela Rogers Chepiga on behalf of Counter-Claimant KBC Financial Products UK Limited
pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Creditor Bryant University
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jeffrey Chubak on behalf of Creditor The Boston Company Asset Management, LLC
jchubak@dl.com

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
jared.clark@bingham.com, david.marcus@bingham.com, pat.wright@bingham.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Ronald L. Cohen on behalf of Creditor Battenkill Asset Management, LLC
cohenr@sewkis.com

Hollace T. Cohen on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
hollace.cohen@troutmansanders.com

Michael H. Cohn on behalf of Creditor Accredited Home Lenders, Inc.
mcohn@cohnroth.com, scaba@cohnroth.com, tburns@cohnroth.com

Joshua D. Cohn on behalf of Interested Party International Swaps and Derivatives Association, Inc
joshua.cohn@allenovery.com, kurt.vellek@allenovery.com

Kenneth P. Coleman on behalf of Creditor Bank of China (Tokyo)
kurt.vellek@allenovery.com

Magdeline D. Coleman on behalf of Defendant PNC Bank, National Association
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Jeffrey R. Coleman on behalf of Unknown James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc
coleman@hugheshubbard.com

Patrick Collins on behalf of Creditor Cargill Investment Group, Ltd
pcollins@farrellfritz.com

Christopher Combest on behalf of Creditor United Parcel Service, Inc
ccombest@quarles.com, tbf@quarles.com

Dena Copulsky on behalf of Unknown Landwirtschaftliche Rentenbank
dicopulsky@hhlaw.com, nduncan@hhlaw.com

Kenneth Corey-Edstrom on behalf of Creditor Heritage Christian Academy
kcoreyedstrom@larkinhoffman.com

Jeffrey Castell on behalf of Creditor Easton Investments II
jlc@costell-law.com

Patrick M. Costello on behalf of Interested Party SuccessFactors, Inc
pcostello@vectislawgroup.com

Patrick M. Costello on behalf of Interested Party Sun Microsystems, Inc
pcostello@bbslaw.com

New York Southern Live System

Steven Cousins on behalf of Creditor Ameren Corporation and its subsidiaries
scousins@armstrongteasdale.com, jsantu@armstrongteasdale.com

David N. Crapo on behalf of Creditor Standard & Poor's
dcrapo@gibbonslaw.com

David A. Crichlow on behalf of Unknown Union Bank of California, N.A.
david.crichlow@pillsburylaw.com

Maureen A. Cronin on behalf of Interested Party JFK International Air Terminal LLC
mao-ecf@debevoise.com

Leo T. Crowley on behalf of Attorney Pillsbury Winthrop Shaw Pittman LLP
leo.crowley@pillsburylaw.com

Walter H. Curchack on behalf of Attorney Loeb & Loeb LLP
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Creditor Hudson City Savings Bank
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Avaya Inc
vdagostino@lowenstein.com, jbecho@lowenstein.com

Robert K. Dakis on behalf of Creditor Committee Official Committee of Unsecured Creditors
robertdakis@quinnemanuel.com

Michael R. Dal Lago on behalf of Creditor Carmignac Gestion
bankruptcy@morrisoncohen.com

J. Patrick Darby on behalf of Creditor Wellmont Health System
pdarby@babc.com

Jason C. Davis on behalf of Interested Party Chun Ip
jdavis@rgrdlaw.com, e_file_sf@rgrdlaw.com

Paul R. DeFilippo on behalf of Plaintiff Sola Ltd.
pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Louis T. DeLucia on behalf of Creditor The Robert C. Lieber 2003 Life Insurance Trust UAD 4/24/2003
ldelucia@schiffhardin.com, lbonilla@schiffhardin.com, sedavis@schiffhardin.com, smartin@schiffhardin.com

Jennifer C. DeMarco on behalf of Creditor Barclays Global Investors National Association
jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. on behalf of Creditor The TAARP Group, LLP
gabriel.delvirginia@verizon.net

John Dellaportas on behalf of Unknown National Agricultural Cooperative Federation
dellajo@duanemorris.com

Bradford E. Dempsey on behalf of Creditor Costello Maione Schuch Inc. dba CMS Innovative Consultants
bdempsey@faegre.com, cwilds@faegre.com

Paul H. Deutch on behalf of Creditor Jason Wallace
hosborne@om.com, pdeutch1@aol.com

Mark W. Deveno on behalf of Creditor Metropolitan Life Insurance Company
mark.deveno@bingham.com, pat.wright@bingham.com

Francesco Di Pietro on behalf of Interested Party Carret P.T., L.P. #2
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Maria J. DiConza on behalf of Interested Party FPL Energy Power Marketing, Inc. and Florida Power & Light Company
diconzam@gtlaw.com, baddleyd@gtlaw.com, petermannj@gtlaw.com

Daryl L. Diesing on behalf of Unknown Daryl Diesing
ddiesing@whdlaw.com, lramirez@whdlaw.com, phartol@whdlaw.com

Gianni Dimos on behalf of Creditor CPMG, Inc
gianni.dimos@pillsburylaw.com

Sara Discepolo on behalf of Creditor Simeon Moreno
Sara_Discepolo@verizon.net

Christopher R. Donoho on behalf of Creditor Standard Chartered Bank
chris.donoho@lovells.com, scao@centerbridge.com

Joshua Dorchak on behalf of Creditor CRS Fund, Ltd
joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval on behalf of Creditor Aberdeen Asset Management Inc
mdorval@stradley.com

Amish R. Doshi on behalf of Cred. Comm. Chair SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd

New York Southern Live System

adoshi@daypitney.com

Mary Joanne Dowd on behalf of Interested Party Georgetown University
dowd.mary@arentfox.com, roihleder.jeffrey@arentfox.com, campbell.andrea@arentfox.com

Thomas Alan Draghi on behalf of Unknown CorrectNet, Inc
tdraghi@westermanllp.com

Dennis J. Drebsky on behalf of Unknown County of Monterey, California
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Creditor Nelson Westerberg, Inc. DBA Atlas Van Lines, Inc.
rdremluk@seyfarth.com, phanser@seyfarth.com, dehristian@seyfarth.com

Todd E. Duffy on behalf of Unknown South Mississippi Electric Power Association and Coast Electric Power Association
tduffy@andersonkill.com, dnolan@andersonkill.com

David Dunn on behalf of Interested Party Westernbank Puerto Rico
ddunn@hhlaw.com, mferrara@hhlaw.com

Matthew Dyer on behalf of Creditor America's Servicing Company
BkMail@pmmmis.com

David W. Dykhouse on behalf of Attorney Patterson Belknap Webb & Tyler LLP
mcobankruptcy@pbwt.com

Lawrence P. Eagel on behalf of Plaintiff Mark Mazzatta
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Attorneys for Italease Finance S.p.A.
aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman on behalf of Creditor Pursuit Opportunity Fund I Master Ltd.
mjedelman@vedderprice.com, ecfmydocket@vedderprice.com

Daniel Eggermann on behalf of Creditor Rutger Schimmelpenninck and Frederic Verhoeven as Trustees for Lehman Brothers Treasury Co. B.V.
deggermann@kramerlevin.com, mmakinde@kramerlevin.com

Devon Eggert on behalf of Creditor Accenture LLP
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers on behalf of Creditor Ameren Corporation and its subsidiaries
sehlers@armstrongteasdale.com

Steven B. Eichel on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
seichel@crowell.com

Jeremy D. Eiden on behalf of Creditor Minnesota State Board of Investment
jeremy.eiden@state.mn.us

Charles R. Ekberg on behalf of Creditor Fred Hutchinson Cancer Research Center
ekberge@lanepowell.com, jagows@lanepowell.com

Robert F. Elgidely on behalf of Interested Party Coscan Construction, LLC
relgidely@gjb-law.com, gjbecf@gjb-law.com

Erin L. Eliasen on behalf of Creditor ElectroScientific Industries, Inc
eleliasen@stoel.com, basargent@stoel.com

David S. Elkind on behalf of Creditor West Corporation
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg on behalf of Creditor FXCM Holdings, LLC
mark.ellenberg@cwt.com, allison.dipasqua@cwt.com, betty.comerro@cwt.com

Kristin Elliott on behalf of Creditor Washington State Tabacco Settlement Authority
kelliott@kelleydrye.com

Bertin C. Emmons on behalf of Creditor Sovereign Bank
bemmons@sovereignbank.com

Michael R. Enright on behalf of Unknown Lewtan Technologies, Inc
menright@rc.com

Andrew J. Entwistle on behalf of Interested Party New York State Common Retirement Fund
aentwistle@entwistle-law.com, mbernard@entwistle-law.com, veappuccio@entwistle-law.com, jwhitman@entwistle-law.com, jporter@entwistle-law.com

Scott L. Esbin on behalf of Creditor Centerbridge Credit Partners LP
bankruptcyinfo@esbinalter.com, bankruptcy.info@esbinalter.com

Edward J. Estrada on behalf of Unknown PD Financial Corporation
eestrada@reedsmith.com

Michael S. Etkin on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
metkin@lowenstein.com, msevmour@lowenstein.com

New York Southern Live System

William J. Factor on behalf of Creditor City of Chicago
wfactor@wfactorlaw.com, slorber@wfactorlaw.com

Michael A. Fagone on behalf of Creditor Hebron Academy
mfagone@bernsteinshur.com

Jessica Fainman on behalf of Interested Party Barclays Bank PLC
jessica.fainman@barclayscapital.com

Robert Michael Farquhar on behalf of Creditor Structure Consulting Group, LLC
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Barclays Capital Inc
farrisw@sullcrom.com

Gregg M. Ficks on behalf of Creditor Openwave Systems, Inc
gmf@cpdb.com

Charles J. Filardi on behalf of Creditor Federal Express Corporation
charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman on behalf of Unknown Certified Class in Austin, et al. v. Chisick, et al
sfineman@lchb.com

Steven J. Fink on behalf of Defendant Ballyrock ABS CDO 2007-1 Limited
sfink@orrick.com, nymao@orrick.com

Harden Alexander Fisch on behalf of Creditor TPG-Austin Portfolio Holdings LLC
afisch@stutman.com

Gabriel Fischbarg on behalf of Plaintiff Margaret Bennett
fis123@yahoo.com

Eric Fisher on behalf of Creditor Caixa Geral de Depositos, S.A.
fisher@butzel.com, richarda@butzel.com

Steven B. Flancher on behalf of Creditor State of Michigan, Department of Treasury, Revenue Division
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Abraham Kamber & Company LLC
dflanigan@polsinelli.com, tbackus@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Sunrise Partners Limited Partnership
jflaxer@golenbock.com, ssmith@golenbock.com, eneuman@golenbock.com, mweinstein@golenbock.com

Robert M. Fleischer on behalf of Interested Party LC Representative, L.C
rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics on behalf of Unknown Joint Administrators of the Lehman European Group Administration Companies
martin.flics@linklaters.com, shaun.wang@linklaters.com, casey.hell@linklaters.com

Shawn Randall Fox on behalf of Unknown McGuireWoods LLP
sfox@mcguirewoods.com

Mark A. Frankel on behalf of Creditor Citizens Electric Company of Lewisburg, PA and Wellsboro Electric Company
mfrankel@bfklaw.com, mark_frankel@yahoo.com

Jane M. Freeberg on behalf of Creditor Roger Nagioff
jfreeberg@wfw.com

Mark Freedlander on behalf of Creditor Access Data Corp.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

Rachel Freeman on behalf of Creditor Melvyn Colby
rfreeman@dealysilberstein.com

Elise Scherr Frejka on behalf of Interested Party CME Group Inc
efrejka@kramerlevin.com

Michael Friedman on behalf of Creditor BDF Limited
mfriedman@rkollp.com, mschneider@rkollp.com, jhong@rkollp.com, dgallacher@rkollp.com

Jeff J. Friedman on behalf of Creditor Clearbridge Advisors LLC
jeff.friedman@kattenlaw.com

Ellen A. Friedman on behalf of Creditor Pacific Gas & Electric Company
mmyles@friedumspring.com

Kenneth Friedman on behalf of Unknown Informatica Corporation
kfriedman@manatt.com, efrasiolas@manatt.com

Joseph Froehlich on behalf of Counter-Claimant Wells Fargo Bank, N.A., Trustee
jfroehlich@lockelord.com

New York Southern Live System

Thomas M. Gaa on behalf of Interested Party Cisco Systems Capital Corporation and Cisco Systems, Inc
tgaa@bbslaw.com, catherine@bbslaw.com

Amanda J. Gallagher on behalf of Defendant Harrier Finance Limited, a.k.a. Rathgar Capital Corporation
amanda.gallagher@linklaters.com

Alan E. Gamza on behalf of Unknown Deutsche Bank, AG New York Branch
Agamza@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com,cgresh@mosessinger.com

Samir Gebrael on behalf of Creditor Tensor Opportunity Limited
sgebrael@klestadt.com

Barry S. Gedan on behalf of Unknown Michael Berland as Beneficiary, Penn, Schoen & Berland Associates, M/P/P FBO Michael Berland
gedanman@gedanlaw.com

Karl Geercken on behalf of Creditor Aozora Bank, Ltd.
kgeercken@alston.com, kgeercken@alston.com,plewis@alston.com

Lawrence V. Gelber on behalf of Creditor Auriel Currency 2X Fund
lawrence.gelber@srz.com

Jan B. Geller on behalf of Creditor Oceanus Securities, LLC
jbgesq@bway.net

Anthony I. Giacobbe on behalf of Creditor SecureWorks, Inc. f/k/a LURHQ Corp
agiacobbe@zeklaw.com

Christopher J. Giaimo on behalf of Creditor Transaction Network Services, Inc.
giaimoc@arentfox.com

Steven D. Ginsburg on behalf of Unknown GMAC LLC
sdg@adorno.com, ctatelbaum@adorno.com,jalper@adorno.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Joseph M. Gitto on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Capital Moving & Storage Co., Inc
eglas@mccarter.com

Andrew K. Glenn on behalf of Creditor Ramius LLC
aglenn@kasowitz.com, courtnotices@kasowitz.com

Jay M. Goffman on behalf of Creditor H/2 Credit Partners Master Fund LTD
JGoffman@skadden.com, mmirkovic@skadden.com

Matthew J. Gold on behalf of Creditor Elliott Associates, L.P.
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Unknown AEW Capital Management, LP
agold@herrick.com

Thomas D. Goldberg on behalf of Plaintiff Jonathan Keeney
tdgoldberg@dbh.com

Adam J. Goldberg on behalf of Unknown Latham & Watkins LLP
adam.goldberg@lw.com

Seth Goldman on behalf of Creditor Southern California Edison Company
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Elliott Associates, L.P.
igoldstein@dl.com, pabelson@dl.com

Stephanie J. Goldstein on behalf of Plaintiff HWA 555 Owners, LLC
stephanie.goldstein@friedfrank.com

Brett D. Goodman on behalf of Plaintiff PT Bank Negara Indonesia (Persero) Tbk
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Todd M. Goren on behalf of Interested Party Fondo Latinoamericano de Reservas, Individually and as a Trustee
tgoren@mofo.com, linarinuzzi@mofo.com,brettmiller@mofo.com

Andrew R. Gottesman on behalf of Broker SecondMarket, Inc.
agottesman@secondmarket.com, gsalamone@secondmarket.com

Christopher F. Graham on behalf of Unknown McKenna Long & Aldridge LLP
cgraham@mckennalong.com, jvargas@mckennalong.com

Brian D. Graifman on behalf of Creditor Mark Glasser
bgraifman@gkblaw.com

Lindsee Paige Granfield on behalf of Defendant Barclays Capital, Inc.

New York Southern Live System

lgranfield@cgsh.com,
maofiling@cgsh.com, racooper@cgsh.com, ghongartz@cgsh.com, mfleming@cgsh.com, bmoraga@cgsh.com, jmoss@cgsh.com, smemillan@cgsh.com, otsestkin@cgsh.com, jrie

Ira S. Greene on behalf of Attorney Hogan & Hartson L.L.P.
sgreene@hhlaw.com, nduncan@hhlaw.com

Carl M. Greenfield on behalf of Creditor Cerberus Partners, L.P. and Cerberus International, Ltd.
cgreenfeld@lowenstein.com

Stefanie Birbrower Greer on behalf of Spec. Counsel McKee Nelson LLP
stefanie.greer@bingham.com, joshua.mclaughlin@bingham.com, joyce.gilroy@bingham.com

Brian E. Greer on behalf of Unknown Dechert LLP
brian.greer@dechert.com

Emanuel C. Grillo on behalf of Plaintiff Evergreen Solar, Inc.
egrillo@goodwinprocter.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Securities, Ltd.
howard.j.grossman@chase.com

Steven T. Gubner on behalf of Creditor City of Long Beach
ecf@ebg-law.com

Philip M. Guess on behalf of Creditor Fifth Third Structured Large Cap Plus Fund
philg@klgates.com, rhonda.hinman@klgates.com

Paul C. Gunther on behalf of Creditor LiquidPoint
pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder on behalf of Creditor Aozora Bank, Ltd.
daniel.guyder@allenovery.com, kurt.vellek@allenovery.com, jonathan.chou@allenovery.com

Thomas J. Hall on behalf of Creditor GLG Absolute Return Bond Fund
thall@chadbourne.com

Terry E. Hall on behalf of Creditor Indiana State Teachers Retirement Fund
tehall@bakerd.com, sarah.laughlin@bakerd.com

Robert R. Hall on behalf of Creditor State of Arizona
robert.hall@azag.gov

Alan D. Halperin on behalf of Creditor BTR Global Arbitrage Trading Limited
ahalperin@halperinlaw.net, spark@halperinlaw.net, cmitchell@halperinlaw.net, ebattaglia@halperinlaw.net

William Hao on behalf of Creditor Dell Global B.V.
william.hao@alston.com

Lee Harrington on behalf of Interested Party BANK OF AMERICA, N.A.
lharrington@nixonpeabody.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov, holcombm@michigan.gov

Christopher Harris on behalf of Interested Party Veyance Technologies, Inc.
Christopher.harris@lw.com

Lynn P. Harrison on behalf of Debtor Lehman Brothers Holdings Inc.
lharrison@curtis.com, jdrew@curtis.com, mhschin@curtis.com, ceilbott@curtis.com, jpizzurro@curtis.com, mmoscato@curtis.com, ndelaney@curtis.com

Diane Harvey on behalf of Debtor Lehman Brothers Holdings Inc.
diane.harvey@weil.com

Howard R. Hawkins on behalf of Creditor Credit Suisse
howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden on behalf of Unknown The Toronto-Dominion Bank
phayden@mcguirewoods.com

Dion W. Hayes on behalf of Unknown The Toronto-Dominion Bank
dhayes@mcguirewoods.com, phayden@mcguirewoods.com, kcaira@mcguirewoods.com

Nava Hazan on behalf of Interested Party Crestview Capital Master LLC
nhazan@mwe.com

Patricia H. Heer on behalf of Creditor Pennsylvania Public School Employees' Retirement System
phheer@duanemorris.com, odfmclean@duanemorris.com

Douglas S. Heffer on behalf of Creditor Trading Technologies International, Inc.
dheffer@foley.com

Christopher R. Heinrich on behalf of Creditor Nebraska Investment Council and State of Nebraska
cheinrich@hslegalfirm.com

James M. Heiser on behalf of Attorney Ann Acker

New York Southern Live System

heiser@chapman.com

Jay S. Heilman on behalf of Plaintiff Ceradyne, Inc.
jsh@spallp.com

Sally M. Henry on behalf of Attorney Skadden, Arps, Slate, Meagher & Flom LLP
Sally.Henry@skadden.com, efilecltec@skadden.com

Ira L. Herman on behalf of Creditor Chevron Natural Gas
ira.herman@tklaw.com, orlando.salcedo@tklaw.com, delilah.garcia@tklaw.com

Neil E. Herman on behalf of Creditor Cognizant Technology Solutions
Nherman@morganlewis.com

Jennifer B. Herzog on behalf of Unknown Marshall & Ilsley Trust Company N.A.
jherzog@gklaw.com, mroufus@gklaw.com, zraiche@gklaw.com

William Heuer on behalf of Clerk of Court Fondazione Cassa di Risparmio di Imola
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Creditor The Vanguard Group, Inc.
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

David J. Hoffman on behalf of Creditor Hipotecas de America, SA
djhoffman@djhoffmanlaw.com

Evan C. Hollander on behalf of Creditor MTR Corporation Limited
ehollander@whitecase.com, mcoshry@whitecase.com, jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Finlandia Group plc
pholleman@sandw.com

Robert Neil Holtzman on behalf of Defendant Lehman Brothers Holdings Inc
rholtzman@kramerlevin.com

Jonathan Hook on behalf of Creditor Parties Listed on Exhibit "A"
jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

Christopher J. Houpt on behalf of Defendant Bank Of America, N.A.
choupt@mayerbrown.com, jmarsala@mayerbrown.com

Casey B. Howard on behalf of Plaintiff Carolina First Bank
choward@lockelord.com

Hamish Hume on behalf of Interested Party Barclays Capital, Inc
hhume@bsfllp.com, NYC_Managing_Clerk@bsfllp.com, tbloomer@bsfllp.com, lsmith@bsfllp.com, nkemp@bsfllp.com

Stephen C. Hunt on behalf of Creditor Sofia Frankel
shunt@amstein.com, sch.ecfnotices@gmail.com, amroot@amstein.com

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us

Frederick D. Hyman on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp. and CIBC World Markets Inc.
fhyman@mayerbrownrowe.com

Jeremiah Iadevaia on behalf of Plaintiff Olivia Bam
jiadevaia@vladeck.com

Adam H. Isenberg on behalf of Interested Party The Pennsylvania Convention Center Authority
aisenberg@saul.com

Robbin L. Itkin on behalf of Creditor Korea Investment & Securities Co., LTD
ritkin@steptoe.com, kpiper@steptoe.com, khollingsworth@steptoe.com

Jennifer M. Jackson on behalf of Counter-Defendant Michigan State Housing Development Authority
jacksonj5@michigan.gov

Steve Jakubowski on behalf of Unknown Robert A. Schoellhorn Trust
sjakubowski@colemanlawfirm.com

Michael E. Johnson on behalf of Counter-Defendant Libra CDO Limited
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Dynegy Power Marketing, Inc.
rajohnson@akingump.com

Eric E. Johnson on behalf of Creditor National CineMedia
eric.johnson@hro.com, alicia.berry@hro.com

John J. Jolley on behalf of Creditor City and County of Denver, Department of Revenue
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roger G. Jones on behalf of Creditor Franklin American Mortgage Company
rjones@bccb.com

John E. Jureller on behalf of Creditor Fisher Investments
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 125 High Street, L.P.
gkaden@goulstonstorrs.com

William Wade Kannel on behalf of Creditor Belmont Insurance Company
wkannel@mintz.com

Richard S. Kanowitz on behalf of Creditor AboveNet Communications Inc
rkanowitz@cooley.com

Alex J. Kaplan on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P.
ajkaplan@sidley.com, mkilby@sidley.com, emcdonnell@sidley.com

Martin H. Kaplan on behalf of Creditor Mark Glasser
mkaplan@gkblaw.com

Gary Kaplan on behalf of Interested Party The 144A Master Fund, LP
gary.kaplan@ffhsj.com, jennifer.rodburg@ffhsj.com

Dimitri G. Karcazes on behalf of Unknown Huron Consulting Group, Inc.
dimitri.karcazes@goldbergkohn.com, kristina.hunker@goldbergkohn.com

David J. Karp on behalf of Creditor C V I G V F (Lux) Master S.a.r.l
david.karp@srz.com

Diane J. Kasselman on behalf of Creditor Trade Settlement Inc
dkasselman@kasselman-law.com

Elyssa Suzanne Kates on behalf of Creditor Advanced Graphic Printing, Inc
ekates@bskerlaw.com

Jordan Kaye on behalf of Defendant Lehman Brothers Holdings Inc.
jknye@kramerlevin.com

Robert J. Keach on behalf of Creditor Hebron Academy Incorporated
rkeach@bernsteinshur.com, acummings@bernsteinshur.com, sspizuoco@bernsteinshur.com, lkubiak@bernsteinshur.com, astewart@bernsteinshur.com

Robin Elizabeth Keller on behalf of Creditor QVT Financial LP
robin.keller@lovells.com, omeca.nedd@lovells.com

Craig J. Kelley on behalf of Creditor Merit Floors, Inc.
craig@kelleylawoffice.com, sarah@kelleylawoffice.com

Kenneth J. Kelly on behalf of Creditor Intersil Europe SaRL, Inc
kkelly@ebglaw.com, nymao@ebglaw.com

J. Michael Kelly on behalf of Creditor SumTotal Systems, Inc
kellyjm@cooley.com

Michael John Kelly on behalf of Interested Party WWK Hawaii-HonuApo, LLC
mkelly@willkie.com, maoshuy@willkie.com

Thomas L. Kent on behalf of Unknown 605 Third Avenue Fee LLC
tomkent@paulhastings.com

Christopher K. Kiplok on behalf of Defendant Lehman Brothers Inc.
kiplok@hugheshubbard.com

Paul Kizel on behalf of Creditor BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com, jkramer@lowenstein.com

Barry R. Kleiner on behalf of Creditor Shinsei Bank, Limited
dkleiner@velaw.com

Howard Koh on behalf of Unknown Ipreo Holdings, LLC
hkoh@meisterseelig.com

Samuel S. Kohn on behalf of Unknown Informal Committee of Noteholders of iStar Financial, Inc
dcunsolo@winston.com

Lawrence J. Kotler on behalf of Creditor FPB International Bank, Inc
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party ING BANK, FSB
kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com, alexsym@pepperlaw.com

Bennette D. Kramer on behalf of Creditor Moore Capital Management, LP
bdk@schlamstone.com

Richard P. Krasnow on behalf of Debtor Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior
richard.krasnow@weil.com, richard.krasnow@weil.com, shai.waisman@weil.com, victoria.vron@weil.com

New York Southern Live System

Michael M. Krauss on behalf of Attorney Faegre & Benson LLP
mkrauss@faegre.com, charavda@faegre.com, cdougherty@faegre.com

Julia S. Kreher on behalf of Attorney Hodgson Russ LLP
jkreher@hodgsonruss.com, rleek@hodgsonruss.com, mrcyen@hodgsonruss.com

J. Alex Kress on behalf of Creditor Lawson Software, Inc
akress@riker.com

Martin Krolewski on behalf of Defendant J.P. Morgan Chase Bank, N.A
mkrolewski@kelleydrye.com, docketing@kelleydrye.com, BankruptcyCourt@KelleyDrye.com

Greg T. Kupniewski on behalf of Creditor The LAARP Group, LLC
greg.kupniewski@flastergreenberg.com

Paul J. Labov on behalf of Creditor OM Financial Life Insurance Company
plabov@eapdlaw.com

Robinson B. Lacy on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P
Lacyrs@sullcrom.com

Darryl S. Laddin on behalf of Creditor Suntrust Banks, Inc
bkrfilings@agg.com

Michael C. Lambert on behalf of Attorney Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com

Mark Landman on behalf of Creditor Federal Home Loan Mortgage Corporation
mlandman@lchf.com

David P. Langlois on behalf of Interested Party Shell Energy North America (US), L.P
david.langlois@sablaw.com

Robert Laplaca on behalf of Creditor Zedak Corp.
rlaplaca@levettrockwood.com

Kevin J. Larner on behalf of Creditor The Kroger Co.
klarner@riker.com

Francis J. Lawall on behalf of Interested Party EnCana Corporation and EnCana Oil & Gas Partnership
lawallf@pepperlaw.com

James N. Lawlor on behalf of Unknown Sistema Universitario Ana G. Mendez
jlawlor@wmd-law.com, gbenaur@wmd-law.com

David M. LeMay on behalf of Creditor Amber Capital Investment Management
dlemay@chadbourne.com

Mark G. Ledwin on behalf of Creditor Hartford Index HLS Fund
mark.ledwin@wilsonelser.com

David H. Lee on behalf of Creditor Bank Of America, N.A
dlee@nixonpeabody.com

Robert J. Lemons on behalf of Debtor Lehman Brothers Holdings Inc
gillad.matteyahu@weil.com, matthew.schoenfeld@weil.com

Stephen D. Lerner on behalf of Creditor KeyBank National Association
slerner@ssd.com

Ira M. Levee on behalf of Unknown Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc
ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal on behalf of Creditor Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Richard B. Levin on behalf of Creditor Credit Suisse
rlevin@cravath.com, managing_attorneys_office@cravath.com

Jonathan Levine on behalf of Unknown EPCO Holdings
jlevine@andrewskurth.com, jlevine@akllp.com

Jeffrey W. Levitan on behalf of Unknown MarketAxess Holdings Inc. and MarketAxess Corporation
jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin on behalf of Creditor HYPO Investmentbank AG
JLevitin@cahill.com, MMcLoughlin@cahill.com, SGordon@cahill.com, Plinken@cahill.com

Ian N. Levy on behalf of Creditor 4Kids Entertainment Inc
ian.levy@kobrekim.com

Leo V. Leyva on behalf of Interested Party 125North10, LLC
lleyva@coleschotz.com

Isabelle Liberman on behalf of Unknown Common Fund Hedged Equity Co

New York Southern Live System

rliberman@akingump.com

Michael Liberman on behalf of Unknown Larsen & Toubro Infotech, Ltd
mliberman@ebglaw.com, nyma@ebglaw.com

Valdi Licul on behalf of Plaintiff Olivia Bam
vlicul@vladeck.com

Sarah E. Lieber on behalf of Defendant Lehman Brothers Special Financing Inc
selieber@jonesday.com

David Liebov on behalf of Interested Party Barclays Capital, Inc
liebovda@sullcrom.com

Demetra Liggins on behalf of Creditor Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com

Jeanne K. Lipson on behalf of Creditor The Central Puget Sound Regional Transit Authority
jlipson@crockerkuno.com, ttracy@crockerkuno.com, karly@crockerkuno.com

Judy G.Z. Liu on behalf of Creditor The Bank of New York Mellon
judy.liu@dl.com, haaronson@dl.com, lsaal@dl.com

Stephen T. Loden on behalf of Interested Party The Kiyo Bank, Ltd
sloden@diamondmccarthy.com, adamond@diamondmccarthy.com, tmarkovich@diamondmccarthy.com

Joli A. Lofstedt on behalf of Creditor Ironbridge Property Owners Association
joli@clrpc.com

Sarah K. Loomis Cave on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
cave@hugheshubbard.com

Eric Lopez Schnabel on behalf of Creditor Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com, de.ecf@dorsey.com

Sara E. Lorber on behalf of Creditor City of Chicago
slorber@wfactorlaw.com

Alexander S. Lorenzo on behalf of Counter-Defendant Libra CDO Limited
alexander.lorenzo@alston.com

Daniel A. Lowenthal on behalf of Creditor Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Mark L. Lubelsky on behalf of Intervenor-Defendant LH 1440, L.L.C
mark@mllassociates.com

Donald K. Ludman on behalf of Creditor Business Objects Americas
dludman@brownconnery.com

Alan Lungen on behalf of Interested Party BHCO Master Ltd
alungen@kasowitz.com, alunger@kasowitz.com

Kerri Anne Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

John H. Maddock on behalf of Creditor CSX Transportation, Inc
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

William R. Maguire on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
maguire@hugheshubbard.com

George E.B. Maguire on behalf of Unknown Juice Energy, Inc
gebmaguire@debevoise.com, mao-ecf@debevoise.com

John S. Mairo on behalf of Creditor Aliant Bank
jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com, sakelly@pbnlaw.com, lkkabse@pbnlaw.com, mpdermatis@pbnlaw.com, kdecrtin@pbnlaw.com

Christopher J. Major on behalf of Creditor Clayton Fixed Income Services, Inc
cmajor@rc.com, tgarrell@rc.com

Robert K. Malone on behalf of Creditor Allianz Global Investors AG
robert.malone@dbr.com

Ray A. Mandlekar on behalf of Interested Party Chun Ip
e_file_sd@csgrr.com

Beverly Weiss Manne on behalf of Creditor Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com

Julie A. Manning on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

Jacqueline Marcus on behalf of Debtor BNC Mortgage LLC
jacqueline.marcus@weil.com, jae.kim@weil.com, aliza.reicher@weil.com, jessica.liou@weil.com, stefanie.birer@weil.com

Alan E. Marder on behalf of Creditor Advanced Portfolio Technologies, Inc.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Attorney Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Lorenzo Marinuzzi on behalf of Interested Party BRM Group, Ltd
lmarinuzzi@mofo.com

D. Ross Martin on behalf of Creditor Stanford Hospital and Clinics
ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Rosanne Thomas Matzat on behalf of Interested Party Avista Corporation and Powerex Corp
jcerbone@hahnhessen.com, kcraner@hahnhessen.com, gzawadzki@hahnhessen.com, sthompson@hahnhessen.com, nrigano@hahnhessen.com, zvirani@hahnhessen.com, kprimi

Laurence May on behalf of Creditor Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown The Carlyle Group
dkmayer@wlrk.com, calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party Caisse de depot et placement du Quebec
smayerson@ssd.com, wlancaster@ssd.com, rgreen@ssd.com

Kurt A. Mayr on behalf of Creditor Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

J-I Mazer-Marino on behalf of Creditor Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy on behalf of Creditor Asset Backed Management Corp.
james.mcclammy@davispolk.com

Mark McDermott on behalf of Plaintiff Prudential Global Funding LLC
brian.medermott@skadden.com

Hugh M. McDonald on behalf of Creditor Hudson City Savings Bank
hmcdonald@sonnenschein.com, mmuller@tpw.com, elsmith@sonnenschein.com, lcureton@sonnenschein.com

Daniel J. McGarry on behalf of Unknown Daniel McGarry
dmcgarry@whdlaw.com, dkarns@whdlaw.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com

Michelle McMahon on behalf of Unknown Gotham Technology Group, LLC
michelle.mcmahon@bryancave.com, doriz@bryancave.com, werenshaw@pogolaw.com

Austin L. McMullen on behalf of Creditor Franklin American Mortgage Company
amcmullen@babc.com

John P. McNicholas on behalf of Creditor Hank's Living Trust
william.coleman@dlapiper.com, rosemary.scaritt@dlapiper.com, vincent.roldan@dlapiper.com, christopher.thomson@dlapiper.com, jeremy.johnson@dlapiper.com

John P. Melko on behalf of Creditor Pyrrhuloxia, LP
jmelko@gardere.com

Michelle A. Mendez on behalf of Creditor Health Care Service Corporation
mmendez@hunton.com

Michael T. Mervis on behalf of Unknown Markit Group Limited
Mmervis@proskauer.com, Mmervis@proskauer.com, LSONYSB@proskauer.com

Richard M. Meth on behalf of Creditor Community Trust Bancorp Inc
msteen@foxrothschild.com, spmicklich@daypitney.com

Robert N. Michaelson on behalf of Creditor Washington State Tobacco Settlement Authority
rmichaelson@klgates.com

Lisa Milas on behalf of Creditor Attorneys for Property Asset Managment Inc and US Bank National Association as Trustee
lmilas@rosicki.com, ecfnotices@rosicki.com

Ralph I. Miller on behalf of Counter-Claimant Lehman Brothers Special Financing Inc
ralph.miller@weil.com

Brett H. Miller on behalf of Creditor AB Bankas SNORAS
hmiller@mofo.com

Harvey R. Miller on behalf of Debtor Lehman Brothers Holdings Inc
harvey.miller@weil.com, garrett.fail@weil.com

David Emanuel Miller on behalf of Unknown Sociedad Militar Seguro de Vida Institucion Mutua ista
dmiller@rakowerlaw.com, mrakower@rakowerlaw.com

W. Timothy Miller on behalf of Unknown The Federal Home Loan Bank of Cincinnati
miller@taftlaw.com, grote@taftlaw.com, docket@taftlaw.com

Anne Miller-Hulbert on behalf of Creditor LSF6 Mercury REO Investments Trust Series 2008-1
ahulbert@logs.com

Joseph Thomas Moldovan on behalf of Creditor Carpenter Group, Inc
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com, tmoloney@cgsh.com, dlivshiz@cgsh.com

David Molton on behalf of Creditor Providence Equity Partners VI L.P
dmolton@brownrudnick.com, jelstad@brownrudnick.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

Claude D. Montgomery on behalf of Creditor Svenska Handelsbanken AB (publ)
cmontgomery@salans.com, apabon@salans.com, nkhalatova@salans.com

Martin A. Mooney on behalf of Creditor DCFS Trust
mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com

Matthew P. Morris on behalf of Creditor Centerbridge Credit Partners LP
matthew.morris@lovells.com, hugh.hill@lovells.com, daniel.lanigan@lovells.com

Judy Hamilton Morse on behalf of Creditor Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com

Joshua D. Morse on behalf of Unknown DCP Parties
morsej@hbdlawyers.com

Seth A. Moskowitz on behalf of Defendant Fontainebleau Resorts, LLC
smoskowitz@kasowitz.com, courtnotices@kasowitz.com

Steven T. Mulligan on behalf of Creditor Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com

Michael F. Murphy on behalf of Plaintiff Michigan State Housing Development Authority
murphym2@michigan.gov

Jason A. Nagi on behalf of Creditor EXCO Operating Company, LP and other Clients listed on Schedule 1
jnagi@polsinelli.com

David L. Neale on behalf of Creditor Kalaimoku-Kuhio Development Corp
kjm@lnbrb.com

David Neier on behalf of Creditor Pentwater Capital Management, LP
dneier@winston.com, deunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Duke Energy Ohio, Inc
mneier@ibolaw.com

Laura E. Neish on behalf of Creditor The State of New Jersey, Department of Treasury, Division of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com

Roger David Netzer on behalf of Creditor AIG CDS, Inc
maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman on behalf of Creditor Tuxedo Reserve Owner LLC
snewman@katskykonns.com

Robert E. Nies on behalf of Creditor Mack-Cali Realty LP
rnies@wolffsamson.com, ecf@wolffsamson.com

Timothy F. Nixon on behalf of Interested Party Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A
tnixon@gklaw.com, zraichez@gklaw.com, mroufus@gklaw.com

Rebecca Northey on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
morthey-lbi@mhjur.com

Richard P. Norton on behalf of Unknown Genworth Financial, Inc.
rnorton@hunton.com

Robert M. Novick on behalf of Cross-Claimant Lloyds TSB Bank plc
rnovick@kasowitz.com, courtnotices@kasowitz.com

Harold S. Novikoff on behalf of Creditor JP Morgan Chase Bank N.A
hsnovikoff@wlrk.com, calert@wlrk.com

Anne Faith O'Berry on behalf of Creditor Florida State Board of Administration

New York Southern Live System

rputnam@bermanesq.com

Edmond P. O'Brien on behalf of Unknown SLG 220 News Owner LLC
cobrien@sbchlaw.com

Brian Edward O'Connor on behalf of Creditor Oppenheimer Value Fund
maosbny@willkie.com, boconnor@willkie.com

Sean A. O'Neal on behalf of Interested Party AB Svensk Exportkredit
soneal@cgsh.com, maofiling@cgsh.com, jcroft@cgsh.com, crodriguez@cgsh.com, msercombe@cgsh.com

Carl W. Oberdier on behalf of Unknown Northern Indiana Public Service Company and NiSource Finance Corp
coberdier@schiffhardin.com, lbonilla@schiffhardin.com, cgeckie@schiffhardin.com, sodavis@schiffhardin.com

Kalman Ochs on behalf of Unknown HWA 555 Owners, LLC
ochslaw@ffhsj.com

Patrick D. Oh on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor KG,
SLB Leasing-Fonds GmbH & Co Uranus KG
patrick.oh@freshfields.com

Sean A. Okeefe on behalf of Unknown SunCal Debtors
sokeefe@winthropcouchot.com

Harold Olsen on behalf of Creditor Mercuria Energy Trading PTE Limited
holsen@stroock.com

Matthew Olsen on behalf of Interested Party SCC Entities
molsen@morganlewis.com

Karen Ostad on behalf of Interested Party CB Richard Ellis, Inc.
kostad@mofo.com

Jody Michelle Oster on behalf of Creditor The Huntington National Bank
ECF.Oster@huntington.com

Alec P. Ostrow on behalf of Attorney Stevens & Lee, P.C.
aostrow@beckerglynn.com

Neil J. Oxford on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
oxford@hugheshubbard.com

R. Stephen Painter on behalf of Unknown Commodity Futures Trading Commission
spainter@cftc.gov

Charles Palella on behalf of Creditor Frictionless Commerce, Inc.
cpalella@kurzman.com

Deryck A. Palmer on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
deryck.palmer@cwt.com, allison.dipasqua@cwt.com, wendy.kane@cwt.com, agnes.wysoczanski@cwt.com, scott.greenberg@cwt.com, elizabeth.walker@cwt.com

Charles N. Panzer on behalf of Unknown HFF I, LLC
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor Board of Education of the City of Chicago
dustin.branch@kattenlaw.com, brian.huben@kattenlaw.com, nyc.bknotices@kattenlaw.com, joni.jacobsen@kattenlaw.com, monica.mosby@kattenlaw.com

Barbra R. Parlin on behalf of Creditor Kantatsu Co. Ltd.
barbra.parlin@hklaw.com

Peter S. Partee on behalf of Interested Party E*TRADE Bank
ppartee@hunton.com

Alfredo R. Perez on behalf of Debtor Luxembourg Residential Properties Loan Finance S.a.r.l.
alfredo.perez@weil.com,
Michele.meises@weil.com, Chris.lopez@weil.com, gayle.mitchell@weil.com, manesh.shah@weil.com, michele.meises@weil.com, donald.etienne@weil.com, sherri.toub@weil...

Steven W. Perlstein on behalf of Creditor Essex Equity Holdings USA, LLC, M. Brian Maher & Basil Maher
steven.perlstein@kobrekim.com

Robert E. Pershes on behalf of Creditor Camilo Kuri Cran
rpershes@bdblaw.com, sjohnson@bdblaw.com, blitcal@bdblaw.com, swertes@bdblaw.com, rsteele@bdblaw.com, cedwards@bdblaw.com

Gregory M. Petrick on behalf of Foreign Representative Lehman Re Ltd.
gregory.petrick@cwt.com, diana.perez@cwt.com, david.forsh@cwt.com, allison.dipasqua@cwt.com

Olya Petukhova on behalf of Unknown Libyan Arab Foreign Investment Company
opetukhova@foley.com

Brian D. Pfeiffer on behalf of Creditor HWA 555 Owners, LLC
brian.pfeiffer@friedfrank.com

Deborah J. Piazza on behalf of Attorney Hodgson Russ LLP
dpiazza@hodgsonruss.com, svoon@hodgsonruss.com

Douglas J. Pick on behalf of Unknown JPMORGAN CHASE BANK, N.A.
dpick@picklaw.net, ezabicki@picklaw.net

Andrea Pincus on behalf of Interested Party State of Hawaii Employees' Retirement System
apincus@reedsmith.com

Leslie A. Plaskon on behalf of Unknown 605 Third Avenue Fee LLC
leslieplaskon@paulhastings.com

Sydney G. Platzer on behalf of Creditor 250 East Borrower, LLC
splatzer@platzerlaw.com

Frederick B. Polak on behalf of Creditor Duke Corporate Education, f/k/a Duke Corporate Education, Inc.
lmr@ppgms.com

Dana Post on behalf of Unknown Avenue Investments, L.P.
dpost@kramerlevin.com

John N. Poulos on behalf of Trustee James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc
poulos@hugheshubbard.com

Constantine Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Jennifer Premisler on behalf of Creditor Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com

Patricia Williams Prewitt on behalf of Creditor Dynegy Power Marketing, Inc
pwp@pattiprewittlaw.com

William C. Price on behalf of Creditor Access Data Corp
wprice@mcguirewoods.com

Maulyn Gleich Primoff on behalf of Unknown Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com, maoshny@kayescholer.com

Jeffrey D. Prol on behalf of Interested Party Fubon Insurance Co., Ltd.
jprol@lowenstein.com

Jacob S. Pultman on behalf of Intervenor-Plaintiff FCCD Limited
jacob.pultman@allenovery.com, kurt.vellek@allenovery.com, eloise.hirsch@allenovery.com

Deborah Quinn on behalf of Creditor The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com, garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor Somerset Associates, LLC
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
araboy@cov.com

Paul A. Rachmuth on behalf of Creditor BCP Voyager Master Funds SPC, Ltd.
prachmuth@gerstensavage.com

Jack A. Raisner on behalf of Plaintiff ALEXANDER LEVITMAN
jar@outtengolden.com

John J. Rapisardi on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com, scott.greenberg@cwt.com, betty.comerro@cwt.com

Craig V. Rasile on behalf of Unknown HBK Master Fund L.P.
crasile@hunton.com, mtucker@hunton.com, adeboer@hunton.com, keckhardt@hunton.com, mmannering@hunton.com

Paul L. Ratelle on behalf of Creditor Bremer Financial Corporation
pratelle@fwhtlaw.com

Gary Ravert on behalf of Interested Party Marie Papillon
gravert@mwe.com

Sophia Ree on behalf of Creditor Federal Home Loan Mortgage Corporation
sree@lchf.com

Ira A. Reid on behalf of Unknown Hewlett-Packard Company
ira.a.reid@bakernet.com

Russell Lowell Reid on behalf of Unknown Israel Discount Bank of New York
rreid@sheppardmullin.com, bwolfe@sheppardmullin.com

Steven J. Reisman on behalf of Debtor Lehman Brothers Holdings Inc
sreisman@curtis.com,
ceilbott@curtis.com, jdrew@curtis.com, tbarnes@curtis.com, cmanther@curtis.com, vhodesu@curtis.com, mgallagher@curtis.com, dching@curtis.com, njames@curtis.com

Howard D. Ressler on behalf of Interested Party DCI Umbrella Fund PLC
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com

New York Southern Live System

Kenneth A. Reynolds on behalf of Interested Party Executive Fliteways, Inc
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com, tcard@mklawnyc.com

Alexander G. Rheaume on behalf of Creditor Salem Five Cents Savings Bank
arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich on behalf of Creditor Structure Tone Inc
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Attorney Blank Rome, LLP Attorneys for the FX Alliance, LLC and Affiliates and Subsidiaries,
mrichards@blankrome.com

Paul J. Ricotta on behalf of Attorney Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com

Michael J. Riela on behalf of Unknown Latham & Watkins LLP
michael.riela@lw.com

Dirk S. Roberts on behalf of Interested Party Office of Thrift Supervision
dirk.roberts@ots.treas.gov

Jennifer L. Rodburg on behalf of Creditor BREF ONE, LLC
jennifer.rodburg@friedfrank.com, aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman@friedfrank.com

Michael J. Roeschenthaler on behalf of Creditor Access Data Corp
mroeschenthaler@mcguirewoods.com

Courtney Rogers on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
crogers@orrick.com

Theodore O. Rogers on behalf of Defendant Barclays Capital Inc
rogerst@sullcrom.com

William J.F. Roll on behalf of Plaintiff BANK OF AMERICA, N.A
wroll@shearman.com

Elizabeth L. Rose on behalf of Unknown Compagnie Financiere Tradition SA
erose@herrick.com, erose@herrick.com

Arthur E. Rosenberg on behalf of Interested Party Caisse de depot et placement du Quebec
arthur.rosenberg@hklaw.com

Kermit A. Rosenberg on behalf of Interested Party Satyam Computer Services, Ltd.
krosenberg@tighepatton.com

Jeffrey M. Rosenberg on behalf of Unknown Hope Greenfield
jeff@kleinsolomon.com

Benjamin Rosenblum on behalf of Debtor Lehman Brothers Holdings Inc
brosenblum@jonesday.com

Wendy Rosenthal on behalf of Creditor Barclays Global Investors National Association
wendy.rosenthal@cliffordchance.com

Jeffrey A. Rosenthal on behalf of Creditor Dader Investment Corp
maofiling@cgsh.com

Michael A. Rosenthal on behalf of Foreign Representative Lehman Brothers Finance AG, in Liquidation
mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com

David A. Rosenzweig on behalf of Creditor AT&T Inc
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor BP 399 Park Avenue LLC
drosner@goulstonstorrs.com

David S. Rosner on behalf of Interested Party BFCO Master Ltd
dfliman@kasowitz.com, courtnotices@kasowitz.com

Melissa-Jean Rotini on behalf of Creditor Westchester County
mjr1@westchestergov.com

Rene S. Roupinian on behalf of Creditor CYNTHIA SWAHSIN
rroupinian@outtengolden.com

Alex R. Rovira on behalf of Counter-Defendant Blackrock Mortgage Investors Master Fund, L.P
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Unknown Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Samuel H. Rudman on behalf of Plaintiff Chun IP
srudman@csgrr.com, kstadelmann@csgrr.com

Abby Rudzin on behalf of Creditor Olivant Investments Switzerland S.A.
arudzin@omm.com

Scott K. Rutsky on behalf of Unknown BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Jeffrey S. Sabin on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff Carolina First Bank
jsafer@lockelord.com

Jeffrey D. Saferstein on behalf of Unknown Oaktree Capital Management, L.P.
jsaferstein@paulweiss.com

Chester B. Salomon on behalf of Creditor 1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com, jholdridge@beckerglynn.com, lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@publicans.com

Lori K. Sapir on behalf of Creditor Niscayah, Inc.
lsapir@sillscummis.com

Jennifer Savion on behalf of Unknown The City Of Syracuse
jsavion@ci.syracuse.ny.us

Robert Scannell on behalf of Unknown SunCal Debtors
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Creditor Capital One, N.A.
lscarcella@farrellfritz.com

Brian Schartz on behalf of Creditor QVT Fund LP
bschartz@kirkland.com

Jonathan D. Schiller on behalf of Interested Party Barclays Capital, Inc.
jschiller@bsfllp.com

Michael L. Schleich on behalf of Creditor Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
mschleich@fslf.com

Carey D. Schreiber on behalf of Creditor Capgemini Financial Services USA, Inc.
cschreiber@winston.com

Christopher P. Schueller on behalf of Creditor Greenbriar Minerals, LLC
christopher.schueller@bipc.com, timothy.palmer@bipc.com, donna.curcio@bipc.com

Dan Jeremy Schulman on behalf of Creditor Eze Castle Software LLC
dschulman@salans.com

Jeffrey L. Schwartz on behalf of Creditor CommerzBank A.G.
jdivack@hahnhessen.com, jcerbone@hahnhessen.com, kcrancer@hahnhessen.com, sthompson@hahnhessen.com, jorbach@hahnhessen.com

Lisa M. Schweitzer on behalf of Interested Party Barclays Capital, Inc.
lschweitzer@cgsh.com, maofiling@cgsh.com, jmoss@cgsh.com, jgaynor@cgsh.com

Brendan M. Scott on behalf of Plaintiff Massachusetts Water Resources Authority
bscott@klestadt.com

John Scott on behalf of Unknown Yarpa Investimenti S.G.R. S.p.A. RP3 Fund
jscott@reedsmith.com

Howard Seife on behalf of Creditor GLG Partners LP
arosenblatt@chadbourne.com

Stephen B. Seibst on behalf of Creditor MEAG New York Corporation
sseibst@herrick.com, courtnotices@herrick.com

John T. Shahan on behalf of Unknown Elizabeth Galt
jshahan@whitmct.com

Andrew D. Shaffer on behalf of Unknown Mayer Brown LLP
ashaffer@mayerbrown.com

Nolan E. Shanahan on behalf of Creditor Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com

David B. Shemano on behalf of Creditor Shinhan Investment Corp.
dshemano@pwkllp.com, lpeitzman@pwkllp.com

Thomas I. Sheridan on behalf of Unknown Benjamin Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney Sills Cummis & Gross P.C.

asherman@siliscummis.com, asherman@siliscummis.com

Mark Sherrill on behalf of Creditor AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Citigroup Inc. and all of its affiliates, including Citibank, N.A.
sshimshak@paulweiss.com, sshimshak@paulweiss.com

Mark Shinderman on behalf of Creditor Southern California Edison Company
paula.ayers@mto.com

Michael A. Shiner on behalf of Plaintiff Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com, jdisanti@whitecase.com, mcosbny@whitecase.com, agoldenberg@whitecase.com, jwinters@whitecase.com

Carren B. Shulman on behalf of Unknown Bank of New York Mellon
cshulman@sheppardmullin.com, jqin@sheppardmullin.com

Glenn E. Siegel on behalf of Interested Party Russell Investment Group, Inc.
Glenn.Siegel@dechert.com

Paul H. Silverman on behalf of Creditor Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Paul N. Silverstein on behalf of Creditor Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Peter L. Simmons on behalf of Creditor Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com

Keith A. Simon on behalf of Unknown Fannie Mae
keith.simon@lw.com, chefiling@lw.com, beth.arnold@lw.com

Leif T. Simonson on behalf of Unknown Sante Fe Master Fund SPC for and on behalf of the Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com

Charles E. Simpson on behalf of Unknown Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com, detheridge@windelsmarx.com, mhudson@windelsmarx.com, mmartin@windelsmarx.com

Howard G. Sloane on behalf of Defendant HSBC Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) LTD)
pfarren@cahill.com

Thomas R. Slome on behalf of Creditor Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com

Edward Smith on behalf of Creditor Brevan Howard Master Fund Limited
easmith@venable.com

Elizabeth Page Smith on behalf of Creditor Customer Asset Protection Company
esmith@llgm.com

Abigail Snow on behalf of Attorney Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com

Eric J. Snyder on behalf of Attorney Siller Wilk LLP
esnyder@sillerwilk.com

John Wesley Spears on behalf of Creditor Japan Net Bank, Ltd.
john.spears@alston.com

Mark A. Speiser on behalf of Creditor Mizuho Corporate Bank, Ltd.
mspeiser@stroock.com, insolvency2@stroock.com

Douglas E. Spelfogel on behalf of Unknown Nemesis Asset Management LLP, f/k/a Ambix Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com

James H.M. Sprayregen on behalf of Unknown Lehman Re, Ltd
jsprayregen@kirkland.com, wguerrieri@kirkland.com

Marvin E. Sprouse on behalf of Creditor Level 3 Communications LLC
msprouse@jw.com, ccthomas@jw.com, kgradney@jw.com

Bonnie Steingart on behalf of Unknown FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Jack G. Stern on behalf of Interested Party Barclays Capital, Inc
jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com

Malani Sternstein on behalf of Unknown Bank of New York Mellon
msternstein@sheppardmullin.com

J. Robert Stoll on behalf of Interested Party The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com

Brent C. Strickland on behalf of Interested Party Headstrong Services, L.L.C.
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

Walter B. Stuart on behalf of Creditor SLB Leasing-Fonds GmbH & Co Herakles KG, SLB Leasing-Fonds GmbH & Co Odin KG, SLB Leasing-Fonds GmbH & Co Thor
KG, SLB Leasing-Fonds GmbH & Co Uranus KG
walter.stuart@freshfields.com

David A. Sullivan on behalf of Creditor SGSS Deutschland Kapitalanlagegesellschaft mbH
david.sullivan@cliffordchance.com

Walter E. Swearingen on behalf of Unknown Mary Jane DaPuzzo
wswearingen@llf-law.com

Matthew S. Tamasco on behalf of Unknown PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tareza on behalf of Creditor Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

James Tecce on behalf of Attorrey Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor EnergyCo, LLC and EnergyCo Marketing and Trading
jteele@lowenstein.com, ghuecellato@lowenstein.com, klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Clearbridge Advisors LLC
jteitelbaum@tblawllp.com

H. Marc Tepper on behalf of Defendant PNC Bank, National Association
marc.tepper@bipc.com, donna.curcio@bipc.com

Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stewlaw.com

April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov

My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-oef@debevoise.com

Kenneth B. Tomer on behalf of Plaintiff Evergreen Solar, Inc.
ktomer@goodwinprocter.com

Amit K. Trehan on behalf of Creditor Canadian Imperial Bank of Commerce, CIBC World Markets Corp., CIBC World Markets Inc., National Bank of Canada Inc., National
Bank of Canada Financial Inc., National Bank Financial Inc., SP4 190 S. La
atrehan@mayerbrown.com, atrehan@mayerbrown.com, cwalsh@mayerbrown.com

Curtis V. Trinko on behalf of Plaintiff Carolyn Fogarazzo
ctrinko@trinko.com

Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com

Thomas R. Trowbridge, III on behalf of Creditor Linn Energy, LLC
thomas.trowbridge@bakerbotts.com

Brian Trust on behalf of Creditor National Bank of Canada Inc., National Bank of Canada Financial Inc., and National Bank Financial Inc.
btrust@mayerbrown.com

Gerard Uzzi on behalf of Creditor Ad Hoc Group of Lehman Brothers Creditors
guzzi@whitecase.com, mcosbny@whitecase.com, gdisanti@whitecase.com

Ehret A. Van Horn on behalf of Creditor GMAC Mortgage, LLC
ehret-vanhorn@mbaum.com, bkincoming@mbaum.com

Shmuel Vasser on behalf of Creditor Aviva Investors North America, Inc.
shmuel.vasser@dechert.com

Michael J. Venditto on behalf of Attorney Reed Smith LLP
mvenditto@reedsmith.com

Raymond W. Verdi on behalf of Interested Party Barclays Capital, Inc.
rwvlaw@yahoo.com

Jon C. Vigano on behalf of Creditor Chicago Board Options Exchange, Incorporated
jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra on behalf of Creditor Simpson Meadows

New York Southern Live System

jvincequerra@wolfblock.com

Shai Waisman on behalf of Debtor LB 2080 Kalakaua Owners LLC
shai.waisman@weil.com, amanda.hendy@weil.com, jae.kim@weil.com, sherri.toub@weil.com, victoria.vron@weil.com, julio.gurdian@weil.com, michele.meises@weil.com

Adrienne Walker on behalf of Creditor Belmont Insurance Company
awalker@mintz.com

Lisa L. Wallace on behalf of Creditor BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP as servicing agent for Lehman Brothers Holding Inc
lwallace@mwe-law.com

Josephine Wang on behalf of Counter-Defendant Securities Investor Protection Corporation
jwang@sipc.org

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mth.com

W. Clark Watson on behalf of Creditor Compass Bank
cwatson@balch.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Gregg L. Weiner on behalf of Unknown A/P Hotel, LLC
weinegr@friedfrank.com, docketclerks@friedfrank.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@fklaw.com, vgarvey@fklaw.com, smartin@fklaw.com, gfox@fklaw.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct and indirect subsidiaries and affiliates
john.weiss@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David B. Wheeler on behalf of Creditor Public Service of North Carolina
davidwheeler@mvalaw.com

Timothy Raymond Wheeler on behalf of Interested Party Spiral Binding Company, Inc
twheeler@lowenstein.com

Lee Pupachristou Whidden on behalf of Attorney Salans
lwhidden@salans.com, nkhalatova@salans.com

Dennis J. Wickham on behalf of Interested Party Lusardi Construction Company
wickham@scmv.com, havard@scmv.com

Stephanie Wickouski on behalf of Creditor Parsec Trading Corp.
stephanie.wickouski@dbr.com, jschwartz@gcd.com, kristin.going@dbr.com, dnorthrop@gcd.com, gert.sofman@dbr.com, swickous@aol.com

Erin E. Wietecha on behalf of Attorney Cole Schotz Meisel Forman & Leonard, P.A.
ewietecha@coleschotz.com

Michael E. Wiles on behalf of Unknown Carlyle Credit Partners Master Fund
mewiles@debevoise.com, mao-ecf@debevoise.com

Deborah D. Williamson on behalf of Interested Party Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson on behalf of Creditor Murphy & Durieu, L.P
KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson on behalf of Stockholder Greg Georgas, et al
efile@wllaw.com

Steven R. Wirth on behalf of Unknown Wollmuth Maher & Deutsch LLP
swirth@wmd-law.com

Jane Rue Wittstein on behalf of Defendant Lehman Brothers Real Estate Fund III, L.P
jruewittstein@jonesday.com

Amy R. Wolf on behalf of Attorney Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, calert@wlrk.com

Joshua Matthew Wolf on behalf of Creditor City Of New York
jowolf@law.nyc.gov

Blanka K. Wolfe on behalf of Unknown Norton Gold Fields Limited
bwolfe@sheppardmullin.com

Steven Wolowitz on behalf of Defendant Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

Libby Wong on behalf of Unknown NBGI Inc
lwong@pfeiferlaw.com, nyrivers@pfeiferlaw.com

James Addison Wright on behalf of Counter-Defendant Millennium International, Ltd.
james.wright@ropesgray.com

Robert C. Yan on behalf of Creditor Capital One, N.A.
ryan@farrellfritz.com

David Farrington Yates on behalf of Interested Party Dr. Michael C. Frege
fyates@sonnenschein.com

Jack Yoskowitz on behalf of Interested Party Israel Discount Bank Limited
yoskowitz@sewkis.com

Erin Zavalkoff on behalf of Creditor Newedge USA, LLC and Affiliated Entities
ecfnydocket@vedderprice.com

Menachem O. Zelmanovitz on behalf of Unknown SunCal Debtors
mzelmanovitz@morganlewis.com

N. Theodore Zink on behalf of Creditor Bayview Firacial, L.P. and Bayview Opportunity Master Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com, crivera@chadbourne.com

Peter Alan Zisser on behalf of Creditor Carlton Willard Homes, Inc.
pzisser@ssd.com, wlancaster@ssd.com, rgreen@ssd.com

Scott A. Zuber on behalf of Creditor SPCP Group L.L.C.
szuber@daypitney.com, jhahn@daypitney.com

Edward P. Zujkowski on behalf of Creditor Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Ellen Zweig on behalf of Unknown Ellen Zweig Law Office of Neil Moldovan
ezweig@optonline.net

Abraham L. Zylberberg on behalf of Creditor Adagio Fund
azylberberg@whitecase.com, mcoshny@whitecase.com, jdisanti@whitecase.com

**08-13555-jmp Notice will not be electronically mailed to:**

Toni-Ann Citera on behalf of Defendant Trilantic Capital Partners III L.P.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

Robert C. Micheletto on behalf of Defendant Trilantic Capital Partners III L.P.
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

50 Broadway Realty Corp.
.

A-V Services, Inc.
.

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

AXA Alternative Financing Corp
.

AXA Mezzanine II SA, SICAR
.

Steven M. Abramowitz on behalf of Creditor Continental Airlines, Inc
Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-0040

Frederic R. Abramson
.

Ad Hoc Consortium of Lehman Brothers Special Financing Inc

Brown Rudnick LLP
Attn: Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

Advanced Micro Devices, Inc.
.

Suyash Agrawal on behalf of Unknown Joint Administrators of Lehman Brothers International (Europe)
Susman Godfrey L.L.P
1000 Louisiana, Suite 5100
Houston, TX 77002

Ahorro Corporacion Financiera, S.V., S.A.
Paseo de la Castellana, 89, 7 planta
28046 Madrid

Airlie Opportunity Master Fund, Ltd.
.

Smitha Aivar
2452 W. Bayshore Rd.
#7
Paul Alto, CA 94303

Akin Gump Strauss Hauer & Feld LLP
.

Luma Al-Shbib on behalf of Creditor Qwest Corporation and Qwest Communications Corporation
Reed Smith
599 Lexington Avenue
New York, NY 10022

Alandsbanken Sverige AB

David Craig Albalah on behalf of Creditor Internap Network Services Corporation
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
david.albalah@bracewellgiuliani.com

Colin B. Albaugh
.

Wim J.M. Aten
Jumeirah Beach Residence
Bahar 5, app. 1204
Dubai,

Shannon Allen
.

Altova, Inc And Altova Gmbh
.

Ivan Aldea Alvarez
Marina No 43
Valladolid Spain, CP 47009

American Express Travel Related Services Company, Inc
.

Ana Serratosa Lujan, Begoa Serratosa Lujan, Pablo Serratosa Lujan, Amiala S.L., Finmaser Diversifacin S.L., and Inversiones Esser 2007 S.L.

Mark R. Anderson on behalf of Unknown AllianceBerstein, L.P.
1345 Avenue of the Americas
New York, NY 10105

Anthracite Balanced Company 46 Limited
.

Anthracite Investments (Cayman) Limited
.

Dhyan Appachu

10460 Roosevelt Blvd N
Ste. 387
St. Petersburg, FL 33716

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166

Sudhakar Aremanda
1707 Deer Creek Dr
Plainsboro, NJ 08536

Aristeia International Limited
.

Aristeia Partners, L.P.
c/o Aristeia Capital, L.L.C
136 Madison Avenue
3rd Floor
New York, NY 10016

Kathleen Arnold
.

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736

Aron Oliner as Chapter 11 Trustee of The Kontrabecki Group
c/o Duane Morris LLP, Suite 2000
1540 Broadway
New York, NY 10036

Asurion Corporation
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Lauren Attard on behalf of Creditor Banco Popular Espanol, S.A.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
lattard@kayescholer.com

Aurelius Capital Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

Aurelius Convergence Master, Ltd.
Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022

Avista Corporation, Cascade Investment, LLC, and Powerex Corp.
.

BGC Partners, Inc.
.

Corinne Ball on behalf of Plaintiff Lehman Brothers Holdings Inc.
Jones Day
222 East 41st Street
New York, NY 10017
dscrabarassi@jonesday.com

Banca Carige S.p.A.
Societa per Azioni
Via Cassa di Risparmio
15 - 16123 Genova
16100 Genova, C.P. 987

Mark I Bane on behalf of Unknown Ropes & Gray LLP
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Banif - Banco De Investimento, S.A.
Rua Tierno Galvan
Torre 3, 14,
Lisbon Portugal, 1070-274

Bank Hapoalim B.M.
.

New York Southern Live System

Bank Julius Bear & Co. Ltd.
.

Bank Sarasin & Co. Ltd
.

Bank of Oklahoma, N.A.
.

Duncan E. Barber
.

Ida May S. Barnes
.

Ross Barr on behalf of Spec. Counsel Jones Day
Jones Day
222 E. 41st Street
New York, NY 10017

Douglas P. Bartner on behalf of Creditor Nomura Global Financial Products Inc
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
dbartner@shearman.com, ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.com

Basso Capital
.

Rogelio Beltran
2000 David Ave
Apt 26
Monterey, CA 93940

Rogelio Beltran
2000 David Ave
Apt. 26
Monterey, CA 93940

Gerald C. Bender on behalf of Creditor Arcot Systems, Inc
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
gbender@omm.com, bwajda@omm.com

Samuel E. Benjamin
.

Bruce Bennett on behalf of Unknown DCP Parties
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Howard J. Berman on behalf of Unknown Wilpro Limited and Wilpro Inc.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Bradford M. Berry on behalf of Unknown Commodity Futures Trading Commission
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511

Ingeburg Bethke
Gernstedter Str. 45
06333 Hettstedt
Deutschland,

BigFix, Inc
c/o Michael St. James
St James Law, P C
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Neil S. Binder on behalf of Creditor BDF Limited
Richchards Kibbe & Orbe LLP
One World Financial Center
29th Floor

New York Southern Live System

New York, NY 10281
mschneider@rkollp.com

Bingham McCutchen LLP

Bingham McCutchen LLP
.

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Robert L. Biscardi
617 Sunrise Avenue
Winter Springs, FL 32708

Brian W. Bisignani
Post & Schell
17 North Second Street
12th Floor
Harrisburg, PA 17101-1601

Glen A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Glenn A. Blaze
245 Red Hill Road
Middleton, NJ 07748

Michael Blumenthal
590 Madison Avenue
New York, NY 10022-2524

Chris C. Bobell
10653 Khoury Legue Road
Marion, IL 62959

J. William Boone on behalf of Creditor Wilmington Trust Company, as Indenture Trustee
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
bill.boone@alston.com

Bortstein Legal LLC
.

Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640

Glenn A. Bostie
2607 Swailes Rd.
Troy, OH 45373

Boultbee (Helsinki) AB
c/o EFM (Sverige) AB
PO Box 730
Vasteras, SE-721 20

Donald L. Boyd
30 Beach Walker Rd
Fernandina, FL 32034

Daniel S. Braverman on behalf of Unknown Direct Edge ECN LLC
.

Daniel S. Braverman on behalf of Unknown Securities Exchange, LLC
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Charles F. Brennan
.

Charles F. Brennan on behalf of Creditor Matthew Hudson
DerGarabedian Dillon Grizopoulos & Nathan
11 Clinton Avenue
Rockville Centre, NY 11570

Lawrence Jay Brenner on behalf of Unknown AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC.
Crowell & Moring LLP
590 Madison Avenue
20th Floor

New York, NY 10022

Brickman Group Holdings, Inc
.

Kristi Brim
.

Kristi Brim
12421 Riverdale Dr. #2
Valley Village, CA 91607

Evan Brodie
.

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379

David C. Bryan on behalf of Unknown JPMORGAN CHASE BANK, N.A
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
debryan@wlrk.com, calert@wlrk.com

Bundesanstalt fur Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
Bonn Germany, 53117

Erich Buser
Aargausche Kantonalbank
CH-5001 Aarau
Bahnhofstrasse 58
Switzerland, MWST-Nr. 100 203

Fatima Butt
69-38 64th Street
Glendale, NY 11385

Robert L. Bymar,
.

C.V.I. G.V.F. (Lux) Master S.a.r.l
.

CAT Brokerage AG
.

CBW LLC
c/o Ashurst LLP
1 Penn Plaza, 36th Floor
New York, NY 10119

CDW Corporation
.

CEDAR DKR Holding Fund Ltd
.

CT
.

Elizabeth J. Cabraser on behalf of Unknown Counsel for the Certified Class in Austin v. Chisick
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Darrell S. Cafasso on behalf of Defendant Barclays Capital Inc
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Thomas R. Califano on behalf of Attorney DLA Piper LLP (US)
DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor

New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com,vincent.roldan@dlapiper.com,william.coleman@dlapiper.com,christopher.thomson@dlapiper.com,camisha.simmons@dlapiper.com,christoph

Ariel Pierre Calonne on behalf of Creditor City of San Buenaventura
Office of The City Attorney
City of San Buenaventura
501 Poli Street
P.O. Box 99
Ventura, CA 93002

Maximiliano Herrera Campos
.

Cheung Kam Mee Camy
Flat A, 19/F Blk. 7
Carmel Heights, Hong Kong Garden
100 Castle Peak Rd
Hong Kong.

Wade K. Cannon on behalf of Unknown Crystal Springs Printworks, Inc
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Cantor Fitzgerald
.

Cantor Fitzgerald & Co.
.

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey, KT11 2PD

Caspian
c/o Brown Rudnick LLP
Attn: Tim Bennett, Esq.
Seven Times Square
New York, NY 10036

Caspian Alpha Long Credit Fund, L.P.
.

Caspian Capital Partners, L.P.
.

Caspian Corporate Loan Fund, LLC
.

Caspian Select Credit Master Fund, Ltd
.

Amy Caton on behalf of Unknown Abrams Capital Partners II, L.P.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
acaton@kramerlevin.com

Rocco A. Cavaliere on behalf of Attorney Capital Automotive L.P
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
rcavaliere@blankrome.com, senese@blankrome.com, nmorales@blankrome.com

Adam Chadwick
.

Billie Chadwick
24479 State Hwy PP
Skidmore, MO 64487

John Chadwick
24479 State Hwy PP
Skidmore, MO 64487