Submit original

RECEIVED JUL 6 2010 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)
----------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC. and
LEHMAN BROTHERS SPECIAL FINANCING INC.
Plaintiffs,
- against -
NOMURA INTERNATIONAL PLC,
Defendant.
----------------------------------------------------------

Adv. Proc. No. 10-03228 (JMP)
LEHMAN BROTHERS HOLDINGS INC and
LEHMAN BROTHERS SPECIAL FINANCING INC.
Plaintiffs,
- against -
NOMURA SECURITIES CO., LTD,
Defendant.

## SUBMISSION OF WILLIAM KUNTZ, III ON CREDITORS COMMITTEE MOTION

Now comes William Kuntz, III who appears here Pro Se and respectfully submits the following for the Court's Consideration.

1) By Motion Dated June 16, 2010 the Creditors Committee seeks to Intervene in the Nomura Litigation.

2) As an unsecured Creditor of Lehman it would seem to me that this is only another Make-Work Earn-Fee Proposal by the Lawyers. As the present composure of the Creditors Committee is akin to a Multi-Billionaires Club, it would seem proper and appropriate that as the Motion is almost silent on the question of who will defray this expense, that if the Creditors Committee

believes that Milbank Tweed will really add to what Weil, Gotshal can do that the Members[1] of the Creditors Committee contribute in full to any Fee's and Expenses that the Lawyers would otherwise seek to suck out of the Estate.

3) This party would also request that the Creditors Committee's Real Estate Subcommittee Docket it's Minutes and/or Transcript with regards to the Hancock Tower Fiasco so that the General Body of Creditors might be informed as to just how the Estate Suffered a Loss Of almost ½ Billion on the Recent Foreclosure Action[2],[3] which it's interests are being 'looked after' by the Billionaire's Club of Creditors. This Party for one, would hope that Milbank Tweed would not start out on a crybaby routine about impairing decisions, etc in providing this important information as it has already been paid considerable sums of Money out of the Estate

Respectfully,

William Kuntz, III
India St PO Box 1801
Nantucket Island, Ma 02554-1801
508-775-5225

June 24, 2010
Hyannis, Ma 02554

---

[1] As the Court may recall, Met Life alone was recently paid several hundred million dollars well in advance of creditors such as myself.

[2] http://www.boston.com/yourtown/waltham/articles/2009/07/23/firm_that_lost_hancock_tower_to_relinquish_bay_colony_center/

[3] Broadway borrowed about $1.1 billion, or 85 percent of the Hancock's total price, to buy the building from Beacon Capital Partners. The borrowing included a long-term loan of $640 million from Greenwich Capital Financial Products and a second level of about $470 million in short-term debt, held by now-defunct Lehman Brothers and other lenders, according to mortgage documents and executives familiar with the transaction