WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :   08-13555 (JMP)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF LEHMAN BROTHERS
HOLDINGS INC. PURSUANT TO SECTION 363 OF THE BANKRUPTCY
CODE AND RULE 9019(A) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE FOR AUTHORITY TO ENTER INTO SETTLEMENT
RELATED TO, AND ASSIGN INTEREST IN HERITAGE FIELDS PROPERTY
AND TO PURCHASE PARTICIPATION INTERESTS RELATED THERETO**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of

Lehman Brothers Holdings Inc. Pursuant to Section 363 of the Bankruptcy Code and Rule

9019(a) of the Federal Rules of Bankruptcy Procedure for Authority to Enter into Settlement

Related to, and Assign Interest in Heritage Fields Property and to Purchase Participation Interests

Related Thereto [Docket No. 9739] (the "Motion"), which was scheduled for July 14, 2010 at

10:00 a.m., **has been adjourned to August 18, 2010 at 10:00 a.m.**, or as soon thereafter as

counsel may be heard. The hearing on the Motion will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  July 8, 2010
      New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession