# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO BANKRUPTCY RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Name and Address of Transferor:

Ivy Fixed Income Alpha Transport Fund, Ltd.
c/o Ivy Asset Management
Attn: Legal Dept.
One Jericho Plaza
Jericho, NY 11753

Name and Address of Transferee:

Ivy Asset Management LLC
Attn: Legal Dept.
One Jericho Plaza
Jericho, NY 11753

Court Claim #: 19460
Total Amount of Claim: $21,558.60*
Date Claim Filed: 9/18/2009
Transferred Portion: All

*Reduced and allowed pursuant to the Seventeenth Omnibus Objection to Claims (Settled Derivative Claims)

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Ivy Asset Management LLC

By: /s/ Douglas W. Squasoni      Date: 7/8/10
Title: Douglas W. Squasoni
Chief Restructuring Officer

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
|---|---|
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | Lehman Brothers Special Financing Inc. |
| CASE NO. | Chapter 11, Case No. 08-13888 (JMP) |
| CLAIM NO. | 19460 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | Unsecured claim – Terminated Derivative Contract |

It is hereby certified that Ivy Fixed Income Alpha Transport Fund, Ltd. ("Transferor"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to:

Ivy Asset Management LLC
Attn: Legal Dept.
One Jericho Plaza
Jericho, NY 11753

("Transferee") by assignment agreement dated July 8, 2010.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rule or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee Claim and recognizing Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8th day of July, 2010.

| Ivy Fixed Income Alpha Transport Fund, Ltd. By: Ivy Asset Management LLC As Investment Manager | Ivy Asset Management LLC |
|---|---|
| Name: *[signature]* Title: Douglas W. Squasoni Chief Restructuring Officer | Name: *[signature]* Title: Douglas W. Squasoni Chief Restructuring Officer |

7739671