Hearing Date and Time: July 14, 2010 at 10:00 a.m.
Objection Deadline: July 8, 2010 at 5:00 p.m.

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd floor
New York, NY 10018-1669
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling (WS-6322)
Donald E. Malecki
Zakarij O. Thomas
Attorneys for Greenbrier Minerals Holdings, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010 I caused to be served the Objection To Motion Pursuant To Sections 105(A) And 362 Of The Bankruptcy Code For An Order Enforcing The Automatic Stay Against Greenbrier Minerals Holdings, LLC upon the persons and entities listed on the attached service list as noted thereon.

Dated: New York, New York
      July 9, 2010           **BUCHANAN INGERSOLL & ROONEY PC**

                            /s/  William H. Schorling (WS-6322)
                            William H. Schorling, Esquire (WS-6322)
                            Donald E. Malecki, Esquire
                            Zakarij O. Thomas, Esquire
                            620 Eighth Avenue, 23rd Floor
                             New York, NY 10018-1669
                             (212) 440-4400 - Telephone
                             (212) 440-4401 - Facsimile

                            Counsel for Greenbrier Minerals Holdings, LLC

**Service List**

Via Hand Delivery:

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY 10004-1408

Jones Day
222 East 41st Street
New York, NY  10017
Attn:   Corinne Ball
        Brett Barragate
        Richard Engman
        Robert Micheletto

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn:   Richard P. Krasnow
        Lori R. Fife
        Shai Y. Waisman
        Jacqueline Marcus

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY   10004
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY   10005
Attn:   Dennis F. Dunne
        Dennis O'Donnell
        Evan Fleck

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY    10010
Attn:   Susheel Kirpalani

All other interested parties served via ECF Notification.