BOA                    Fax 6468555732              Mar  5 2005 03:01am  P001/012

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case Nos. 08-13555
                                        Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Merrill Lynch Credit Products, LLC | Fernwood Associates LLC |
| Name of Transferee | Name of Transferor |

Original Court Claim #: 66526 ($45,000,000, the "Total Claim Amount")

Transferred Claim: 28.62% or $12,876,923.08 of the Total Claim Amount.

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Global Distressed Products
Bank of America Tower-3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary Cohen
Tel: 646-855-7450
Email: g.cohen@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _____           Date: 7/6/2010
Name: Ron Tarok
Title: Director

BOA                        Fax 6468555732              Mar  5 2005 03:02am  P002/012

### EXHIBIT A
### EVIDENCE OF TRANSFER

TO:    DEBTOR AND THE BANKRUPTCY COURT

Fernwood Associates LLC ("Seller"), transfers unto Merrill Lynch Credit Products, LLC, its successors and assigns ("Buyer"), pursuant to the terms of that certain Purchase and Sale Agreement for Certain Claims in the Chapter 11 Cases[1], of even date herewith (the "Agreement"), to the extent of $12,876,923.08 principal amount, all of its right, title and interest in and to particular Claims identified in Proof of Claim Number 66526, against Lehman Brothers Holdings, Inc., and its affiliates, subsidiaries and/or assigns ("Debtors"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York ("Court"), which cases are administered under In re Lehman Brothers Holdings, Inc. et al., Chapter 11 Case No. 08-13555.

Seller hereby waives to the fullest extent permitted by law any right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have caused this Evidence of Transfer to be duly executed as of July 1, 2010.

**SELLER:**

**FERNWOOD ASSOCIATES LLC**

BY: INTERMARKET CORPORATION

By: _____
Name: David B. Forer
Title: Managing Director

**BUYER:**

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____
Name: Ron Torok
Title: Director

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.