Hearing Date and Time: July 14, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                             Debtors.                             :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**NOTICE OF REVISED PROPOSED ORDER GRANTING LBHI'S MOTION, PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 363(f) OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO TRANSFER CERTAIN MORTGAGE SERVICING RIGHTS TO AURORA BANK FSB**

In connection with the hearing to be held on July 14, 2010 at 10:00 a.m. with respect to Lehman Brothers Holdings Inc.'s ("LBHI") Motion, Pursuant to Sections 105(a), 363(b)(1) and 363(f) of the Bankruptcy Code and Rule 6004(h) of the Bankruptcy Rules, for Authorization to Transfer Certain Mortgage Servicing Rights to Aurora Bank FSB **[Docket No. 9809]** (the "Motion"), LBHI hereby files a revised form of order granting the Motion. Attached hereto as Exhibit A is a blacklined copy of the revised form of order granting the Motion, reflecting modifications made to the proposed order annexed to the Motion. Attached hereto as Exhibit B is a clean copy of the revised form of order granting the Motion.

2

Dated:  July 12, 2010
       Houston, Texas

           /s/ Alfredo R. Pérez
           Alfredo R. Pérez

           WEIL, GOTSHAL & MANGES LLP
           700 Louisiana, Suite 1600
           Houston, Texas 77002
           Telephone: (713) 546-5000
           Facsimile: (713) 224-9511

           Attorneys for Debtors
           and Debtors in Possession

## **Exhibit A**

(Revised Proposed Order – Blackline)

US_ACTIVE:\43444593\01\58399.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

### ORDER GRANTING LBHI'S MOTION, PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 363(f) OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO TRANSFER CERTAIN MORTGAGE SERVICING RIGHTS TO AURORA BANK FSB

Upon the motion, dated June 23, 2010 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a), 363(b)(1) and 363(f) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authorization to transfer certain of its mortgage servicing rights on a portfolio of Federal National Mortgage Association ("Fannie Mae") sponsored loans (the "Designated Fannie Mae MSRs") free and clear of any liens, claims or interests in such assets to Aurora Bank FSB (the "Bank"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

US_ACTIVE:\43442837\0102\58399.0003

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy Code, LBHI is authorized to transfer the Designated Fannie Mae MSRs to the Bank; and it is further

ORDERED that, pursuant to section 363(f) of the Bankruptcy Code, the Bank shall take title to and possession of LBHI's interest in the Designated Fannie Mae MSRs free and clear of all liens, claims, encumbrances and other interests of any kind or nature whatsoever; and it is further

ORDERED that nothing herein shall prejudice, impair or be construed as a waiver of any claims asserted by Fannie Mae in its proofs of claim (including, without limitation, claim

numbers 22469, 29557 and 40611) against LBHI or any of the other Debtors in these chapter 11 cases, and all of Fannie Mae's and the Debtors' rights with respect thereto are fully preserved; and it is further

ORDERED that LBHI and Lehman Commercial Paper Inc.'s ("LCPI") rights with respect to whether LCPI has an interest in the Designated Fannie Mae MSRs and the nature and priority of such interest are preserved and all of Fannie Mae's rights to contest such interests are preserved; and it is further

ORDERED that, to the extent it is determined that LCPI has an interest in the Designated Fannie Mae MSRs, LCPI's right to assert a claim for the value of such interest against LBHI in the nature and priority equivalent to such interest is preserved and shall not be prejudiced, and all of Fannie Mae's rights to contest such claims are preserved and shall not be prejudiced; and it is further

ORDERED that the requirements of Bankruptcy Rule 6004(h) are waived and this Order shall be effective immediately upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: July __, 2010
      New York, New York

                                                       _____
                                                       UNITED STATES BANKRUPTCY JUDGE

## **Exhibit B**

(Revised Proposed Order – Clean)

US_ACTIVE:\43444593\01\58399.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                    :
               Debtors.                                        :   (Jointly Administered)
                                                                    :
---------------------------------------------------------------------x

### ORDER GRANTING LBHI'S MOTION, PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 363(f) OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO TRANSFER CERTAIN MORTGAGE SERVICING RIGHTS TO AURORA BANK FSB

Upon the motion, dated June 23, 2010 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105(a), 363(b)(1) and 363(f) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authorization to transfer certain of its mortgage servicing rights on a portfolio of Federal National Mortgage Association ("Fannie Mae") sponsored loans (the "Designated Fannie Mae MSRs") free and clear of any liens, claims or interests in such assets to Aurora Bank FSB (the "Bank"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

US_ACTIVE:\43442837\02\58399.0003

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 363(b)(1) of the Bankruptcy Code, LBHI is authorized to transfer the Designated Fannie Mae MSRs to the Bank; and it is further

ORDERED that, pursuant to section 363(f) of the Bankruptcy Code, the Bank shall take title to and possession of LBHI's interest in the Designated Fannie Mae MSRs free and clear of all liens, claims, encumbrances and other interests of any kind or nature whatsoever; and it is further

ORDERED that nothing herein shall prejudice, impair or be construed as a waiver of any claims asserted by Fannie Mae in its proofs of claim (including, without limitation, claim

numbers 22469, 29557 and 40611) against LBHI or any of the other Debtors in these chapter 11 cases, and all of Fannie Mae's and the Debtors' rights with respect thereto are fully preserved; and it is further

ORDERED that LBHI and Lehman Commercial Paper Inc.'s ("LCPI") rights with respect to whether LCPI has an interest in the Designated Fannie Mae MSRs and the nature and priority of such interest are preserved and all of Fannie Mae's rights to contest such interests are preserved; and it is further

ORDERED that, to the extent it is determined that LCPI has an interest in the Designated Fannie Mae MSRs, LCPI's right to assert a claim for the value of such interest against LBHI in the nature and priority equivalent to such interest is preserved and shall not be prejudiced, and all of Fannie Mae's rights to contest such claims are preserved and shall not be prejudiced; and it is further

ORDERED that the requirements of Bankruptcy Rule 6004(h) are waived and this Order shall be effective immediately upon its entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: July __, 2010
      New York, New York

                                                 _____
                                                 UNITED STATES BANKRUPTCY JUDGE