Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Rothschild Bank AG</u>    <u>Credit Suisse AG</u>
Name of Transferee    Name of Transferor

Name and Address where notices    Court Claim # (if known): <u>55 829</u>
to transferee should be sent:    Date Claim Filed: <u>October 29 2009</u>

ROTHSCHILD BANK AG    Amount of Claim: <u>—</u>
Zollikerstrasse 181    Portion of Claim Transferred (see
CH-8034 Zürich    Schedule I): <u>see evidence of Partial Transfer of claim</u>

Phone: <u>044 384 76 65</u>    Phone: <u>(212) 538-9137</u>
Last Four Digits of Acct #: <u>3270</u>    Last Four Digits of Acct. #: <u>n/a</u>

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Rothschild Bank AG</u>    Date: <u>July 1, 2010</u>
    Transferee/~~Transferee's Agent~~

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

K. Wieland    W. IMPER

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Rothschild Bank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55829**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS June 2, 2010.

**Credit Suisse AG**

By: _____
Name:  Martina Stettler
Title:   Vice President

By: _____
Name:  Juliette Diallo
Title:   Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ |
|---|---|---|---|---|
| CH0036891148 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 25'000 |
| CH0036891262 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 20'000 |
| XS0376511928 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 15'000 |