**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (JMP)
:
Debtors.                                  :
:
----------------------------------------------------------------x   Ref. Docket Nos. 8526,
8632, 9451, 9684, 9977-
9982, 9985, 9988-9989,
9992-9997, 9999 & 10001

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Sworn to before me this            Lauren Rodriguez
12th day of July, 2010

/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 8526, 8632, 9451, 9684, 9977-9982, 9985, 9988-9989, 9992-9997, 9999 & 10001_Aff 07-06-10.doc

Pg 2 of 8

# EXHIBIT A

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     SETH GROSSHANDLER, ESQ.                        ATTN: JOHN TRIBOLATI & CAROLINE CARR
     CLEARY GOTTLIEB STEEN & HAMILTON LLP           PETERBOROUGH COURT
     ONE LIBERTY PLAZA                              133 FLEET STREET
     NEW YORK NY 10006                              LONDON    EC4A 2BB
                                                    UNITED KINGDOM
```

Please note that your claim # 58822 in the above referenced case and in the amount of
$1,539,646.00　　　has been transferred **(unless previously expunged by court order)**

```
GOLDMAN, SACHS & CO.                                GOLDMAN, SACHS & CO.
MANAGING CLERK                                      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
RICHARDS KIBBE & ORBE LLP                           30 HUDSON STREET, 36TH FL
1 WORLD FINANCIAL CENTER                            JERSEY CITY NJ 07302
NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　Southern District of New York
　　　　　　　　　　One Bowling Green
　　　　　　　　　　New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8526　　　in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/06/2010　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on　July 6, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>  Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL                    GOLDMAN SACHS INTERNATIONAL
     ATTN: JOHN TRIBOLATI & CAROLINE CARR           SETH GROSSHANDLER, ESQ.
     PETERBOROUGH COURT                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
     133 FLEET STREET                               ONE LIBERTY PLAZA
     LONDON    EC4A 2BB                             NEW YORK NY 10006
     UNITED KINGDOM
```

Please note that your claim # 58822 in the above referenced case and in the amount of
        $1,539,646.00        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO.                           GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL        MANAGING CLERK
     30 HUDSON STREET, 36TH FL                      RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                           1 WORLD FINANCIAL CENTER
                                                    NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 8526    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/06/2010                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 6, 2010.

# EXHIBIT B

```
TIME: 17:31:36                                    LEHMAN BROTHERS HOLDING INC.                                   PAGE:  1
DATE: 07/06/10                                          CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: UGF ASSICURAZIONI S.P.A. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FL 26 NEW YORK NY 10005
  CORPORATION
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CONTROLAC, SGPS, SA 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: MACGERE, SGPS, SA 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
  OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
  OPPORTUNITIES INTERNATIONAL FUND
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS           TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
  L.P.
DAVIDSON KEMPNER INTERNATIONAL LTD                TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
DAVIDSON KEMPNER PARTNERS                         TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
ELLIOTT ASSOCIATES L.P.                           TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 712 FIFTH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 712 FIFTH AVENUE NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC 712 FIFTH AVENUE NEW YORK NY 10019
ETON PARK FUND, L.P.                              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10019
ETON PARK MASTER FUND LTD                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
ETON PARK MASTER FUND, L.P.                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
GOLDMAN SACHS INTERNATIONAL                       TRANSFEROR: JOHN TRIBOLATI & CAROLINE CARR PETERBOROUGH COURT 133 FLEET STREET LONDON EC4A 2BB UNITED KINGDOM
                                                  ATTN: SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: PANTON MASTER FUND, LP c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City NJ 07302
                                                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HIGHLAND CAPITAL SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS RD, STE 700 DALLAS TX 75201
HBK MASTER FUND                                   13455 NOEL ROAD, SUITE 800 C/O HIGHLAND CAPITAL MANAGMENT, LP DALLAS TX 75240
HIGHLAND CREDIT OPPORTUNITIES CDO LP              EVERETT, SCOTT HAYNES AND BOONE, LLP 2323 VICTORY AVE., SUITE 700 DALLAS TX 75219
HIGHLAND CREDIT OPPORTUNITIES CDO LP              SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: HIGHLAND CREDIT OPPORTUNITIES CDO LP ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FL 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: MERCHANT INVESTORS ASSURANCE COMPANY LIMITED ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, 26TH F
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: NETAPP, INC. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005-1401
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: YORVIK PARTNERS LLP 383 MADISON AVENUE, 3RD FL NEW YORK NY 10017
M.H. DAVIDSON & CO.                               TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
MERCHANT INVESTORS ASSURANCE COMPANY              2A PARKVIEW HOUSE BEECH HILL OFFICE PARK, BEECH HILL ROAD DUBLIN 4   IRELAND
  LIMITED
NETAPP, INC.                                      ATTN: GENERAL COUNSEL 495 EAST JAVA DRIVE SUNNYVALE CA 94089
NETAPP, INC.                                      LATHAM & WATKINS LLP ATTN: PETER M. GILHULY 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560
NEWTONVILLE PARTNERS LLC                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATNN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR   UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND PLC                    TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATTN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR   UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT ATTN: ANDREW SCOTLAND/OONAGH HOYLAND 135 BISHOPSGATE LONDON EC2M 3UR   UNITED KINGDOM
UGF ASSICURAZIONI S.P.A.                          FORMERLY: COMPAGNIA ASSICURATRICE S.P.A. VIA STALINGRADO, 45 BOLOGNA  40128 ITALY
YORVIK PARTNERS LLP                               TRANSFEROR: ITZARRI EPSV ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UK


Total Number of Records Printed         40                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153