**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    08-13555 (JMP)
:
Debtors.                                        :
:
------------------------------------------------------------------------x    Ref. Docket Nos. 9774 &
9788

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 2, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Sworn to before me this                 Lauren Rodriguez
6th day of July, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9774 & 9788_Aff 07-02-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
         Debtors.                                                :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF AMENDED TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     SEA PORT GROUP SECURITIES, LLC
        TRANSFEROR: POPOLARE VITA S.P.A.
        ATTN: JONATHAN SILVERMAN
        360 MADISON AVENUE, 22ND FL
        NEW YORK, NY 10017


Your claim #55728-07 in the above referenced case and in the amount of $3,847,034.30 has been transferred, unless previously expunged by court order)

        VARDE FUND LP, THE
        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
        ATTN: EDWINA P.J. STEFFER
        8500 NORMANDALE LAKE BOULEVARD SUITE 1500
        MINNEAPOLIS, MN 55437


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

                        UNITED STATES BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF NEW YORK
                                ONE BOWLING GREEN
                             NEW YORK, NY 10004-1408

                Send a copy of your objection to the transferee.

Refer to docket number 9774 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).



FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 2, 2010.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
        Debtors.                                                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x


## NOTICE OF AMENDED TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     SEA PORT GROUP SECURITIES, LLC
        TRANSFEROR: POPOLARE VITA S.P.A.
        ATTN: JONATHAN SILVERMAN
        360 MADISON AVENUE, 22ND FL
        NEW YORK, NY 10017


Your claim #55728-14 in the above referenced case and in the amount of $39,032,941.50 has been transferred, unless previously expunged by court order)

        VARDE FUND VIII, LP
        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
        ATTN: EDWINA P.J. STEFFER
        8500 NORMANDALE LAKE BOULEVARD SUITE 1500
        MINNEAPOLIS, MN 55437


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
                    ONE BOWLING GREEN
                    NEW YORK, NY 10004-1408

                Send a copy of your objection to the transferee.

Refer to docket number 9788 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).



FOR BSI USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 2, 2010.

**EXHIBIT B**

Sea Port Group Securities, LLC
Transferor: Popolare Vita S.P.A.
Attn: Jonathan Silverman
360 Madison Avenue, 22nd Fl
New York, NY 10017

Varde Fund LP, The
Transferor: Sea Port Group Securities, LLC
Attn: Edwina P.J. Steffer
8500 Normandale Lake Boulevard Suite 1500
Minneapolis, MN 55437

Sea Port Group Securities, LLC
Transferor: Popolare Vita S.P.A.
Attn: Jonathan Silverman
360 Madison Avenue, 22nd Fl
New York, NY 10017

Varde Fund VIII, LP
Transferor: Sea Port Group Securities, LLC
Attn: Edwina P.J. Steffer
8500 Normandale Lake Boulevard Suite 1500
Minneapolis, MN 55437

# EXHIBIT C

08-13555-mg    Doc 10140    Filed 07/12/10    Entered 07/12/10 15:24:08    Main Document
Pg 8 of 8

08-13555-mg    Doc 10140    Filed 07/12/10    Entered 07/12/10 15:24:08    Main Document
Pg 8 of 8

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153