**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    08-13555 (JMP)
:
Debtors.                                  :
:
---------------------------------------------------------------x    Ref. Docket Nos. 9922 &
9972-9975

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 2, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
6th day of July, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9922 & 9972-9975_Aff 07-02-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ITZARRI EPSV
     C/ SAN ANTONIO NO 2
     VITORIA GASTEIZ    01005
     SPAIN
```

Please note that your claim # 36267 in the above referenced case and in the amount of
    $1,415,100.00         has been transferred **(unless previously expunged by court order)**

```
     YORVIK PARTNERS LLP
     TRANSFEROR: ITZARRI EPSV
     ATTN: LISA KING
     11 IRONMONGER LANE
     LONDON    EC2V 8EY
     UK
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9922     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
         ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG  CONOR MCGOVERN
         WINCHESTER HOUSE                                  DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
         1 GREAT WINCHESTER STREET                         21ST FLOOR, 99 BISHOPSGATE
         LONDON    EC2N 2DB                                LONDON EC2M 3XD UNITED KINGDOM
         UNITED KINGDOM

Please note that your claim # 59736-01 in the above referenced case and in the amount of $0.00 has been transferred **(unless previously expunged by court order)**

    AURELIUS CONVERGENCE MASTER LTD
    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
    C/O AURELIUS CAPITAL MANAGEMENT LP
    ATTN: DAVID TIOMKIN
    535 MADISON AVENUE, 22ND FL
    NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9972   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |  Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |  08-13555 (JMP)
                                        |
                                        |  (Jointly Administered)
            Debtors.                    |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG LONDON BRANCH                      DEUTSCHE BANK AG LONDON BRANCH
         CONOR MCGOVERN                                       ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
         DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS  WINCHESTER HOUSE
         21ST FLOOR, 99 BISHOPSGATE                           1 GREAT WINCHESTER STREET
         LONDON EC2M 3XD UNITED KINGDOM                       LONDON     EC2N 2DB
                                                              UNITED KINGDOM
```

Please note that your claim # 59736-01 in the above referenced case and in the amount of
           $0.00       has been transferred **(unless previously expunged by court order)**

```
                                                              AURELIUS CONVERGENCE MASTER LTD
                                                              TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                              C/O AURELIUS CAPITAL MANAGEMENT LP
                                                              ATTN: DAVID TIOMKIN
                                                              535 MADISON AVENUE, 22ND FL
                                                              NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9972      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG LONDON BRANCH              DEUTSCHE BANK AG LONDON BRANCH
         ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG    CONOR MCGOVERN
         WINCHESTER HOUSE                            DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
         1 GREAT WINCHESTER STREET                   21ST FLOOR, 99 BISHOPSGATE
         LONDON    EC2N 2DB                          LONDON EC2M 3XD UNITED KINGDOM
         UNITED KINGDOM
```

Please note that your claim # 59736-02 in the above referenced case and in the amount of $0.00 has been transferred **(unless previously expunged by court order)**

```
         AURELIUS CAPITAL MASTER LTD
         TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
         C/O AURELIUS CAPITAL MANAGEMENT LP
         ATTN: DAVID TIOMKIN
         535 MADISON AVE, 22ND FL
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9973 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:  DEUTSCHE BANK AG LONDON BRANCH                     DEUTSCHE BANK AG LONDON BRANCH
        CONOR MCGOVERN                                     ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
        DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS   WINCHESTER HOUSE
        21ST FLOOR, 99 BISHOPSGATE                         1 GREAT WINCHESTER STREET
        LONDON EC2M 3XD UNITED KINGDOM                     LONDON     EC2N 2DB
                                                           UNITED KINGDOM
```

Please note that your claim # 59736-02 in the above referenced case and in the amount of
           $0.00         has been transferred **(unless previously expunged by court order)**

```
                                                           AURELIUS CAPITAL MASTER LTD
                                                           TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                           C/O AURELIUS CAPITAL MANAGEMENT LP
                                                           ATTN: DAVID TIOMKIN
                                                           535 MADISON AVE, 22ND FL
                                                           NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9973      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          |  Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |  08-13555 (JMP)
                                               |
                                               |  (Jointly Administered)
              Debtors.                         |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
      ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG  CONOR MCGOVERN
      WINCHESTER HOUSE                                  DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
      1 GREAT WINCHESTER STREET                         21ST FLOOR, 99 BISHOPSGATE
      LONDON    EC2N 2DB                                LONDON EC2M 3XD UNITED KINGDOM
      UNITED KINGDOM
```

Please note that your claim # 59736 in the above referenced case and in the amount of
            $0.00           has been transferred **(unless previously expunged by court order)**

```
      ACP MASTER LTD
      TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
      C/O AURELIUS CAPITAL MANAGEMENT LP
      ATTN: DAVID TIOMKIN
      535 MADISON AVENUE, 22ND FL
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9974        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
          Debtors.                  |
                                    |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DEUTSCHE BANK AG LONDON BRANCH                    DEUTSCHE BANK AG LONDON BRANCH
         CONOR MCGOVERN                                    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDIC
         DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS    WINCHESTER HOUSE
         21ST FLOOR, 99 BISHOPSGATE                        1 GREAT WINCHESTER STREET
         LONDON EC2M 3XD UNITED KINGDOM                    LONDON    EC2N 2DB
                                                           UNITED KINGDOM
```

Please note that your claim # 59736 in the above referenced case and in the amount of
         $0.00         has been transferred **(unless previously expunged by court order)**

```
                                                           ACP MASTER LTD
                                                           TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH
                                                           C/O AURELIUS CAPITAL MANAGEMENT LP
                                                           ATTN: DAVID TIOMKIN
                                                           535 MADISON AVENUE, 22ND FL
                                                           NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9974      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.          CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: MACGERE, SGPS, SA              DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FL               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      ATTN: CARL MEYER                           1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                          NEW YORK NY 10019
```

Please note that your claim # 39786-01 in the above referenced case and in the amount of
        $990,570.00         has been transferred **(unless previously expunged by court order)**

```
      ETON PARK FUND LP
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      ATTN: SERGE TODOROVICH
      399 PARK AVENUE, 10TH FL
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9975      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
              Debtors.                             |
                                                   |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
      DOUGLAS R. DAVIS                               TRANSFEROR: MACGERE, SGPS, SA
      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP   390 GREENWICH STREET, 4TH FL
      1285 AVENUE OF THE AMERICAS                    ATTN: CARL MEYER
      NEW YORK NY 10019                              NEW YORK NY 10013
```

Please note that your claim # 39786-01 in the above referenced case and in the amount of
      $990,570.00          has been transferred **(unless previously expunged by court order)**

```
                                                     ETON PARK FUND LP
                                                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC
                                                     ATTN: SERGE TODOROVICH
                                                     399 PARK AVENUE, 10TH FL
                                                     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9975       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2010.

# EXHIBIT B

```
TIME: 18:26:32                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 07/02/10                                        CREDITOR LISTING

Name                              Address
ACP MASTER LTD                    TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                  NEW YORK NY 10022
AURELIUS CAPITAL MASTER LTD       TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVE, 22ND FL
                                  NEW YORK NY 10022
AURELIUS CONVERGENCE MASTER LTD   TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O AURELIUS CAPITAL MANAGEMENT LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FL
                                  NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC. DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC. TRANSFEROR: MACGERE, SGPS, SA 390 GREENWICH STREET, 4TH FL ATTN: CARL MEYER NEW YORK NY 10013
DEUTSCHE BANK AG LONDON BRANCH    ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH    CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
ETON PARK FUND LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
ITZARRI EPSV                      C/ SAN ANTONIO NO 2 VITORIA GASTEIZ  01005 SPAIN
YORVIK PARTNERS LLP               TRANSFEROR: ITZARRI EPSV ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UK


Total Number of Records Printed      10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153