**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (JMP)
                                                    :
                  Debtors.                          :
                                                    :
-------------------------------------------------------------------x    Ref. Docket Nos. 9936-
                                                                         9937, 9939-9941, 9944-
                                                                         9945 & 9957
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), samples of which are annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of July, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9936-9937, 9939-9941, 9944-9945 & 9957_Aff 07-01-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:     YORVIK PARTNERS LLP
        TRANSFEROR: KREISSPARKASSE HEINSBERG
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON     EC2V 8EY
        UNITED KINGDOM
```

Please note that your claim # 27006 in the above referenced case and in the amount of
        $21,664,012.42         has been transferred **(unless previously expunged by court order)**

```
KING STREET ACQUISITION COMPANY, LLC              KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: YORVIK PARTNERS LLP                   MANDEL, KATZ & BROSNAN LLP
65 EAST 55TH STREET, 30TH FLOOR                   ATTN: KARA KATZ
NEW YORK NY 10022                                 THE LAW BUILDING, 210 ROUTE 303
                                                  VALLEY COTTAGE NY 10989
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9936    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |    Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|    08-13555 (JMP)
                                      |
                                      |    (Jointly Administered)
          Debtors.                    |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

YORVIK PARTNERS LLP
TRANSFEROR: KREISSPARKASSE HEINSBERG
ATTN: LISA KING
11 IRONMONGER LANE
LONDON     EC2V 8EY
UNITED KINGDOM

Please note that your claim # 27006 in the above referenced case and in the amount of
$21,664,012.42       has been transferred **(unless previously expunged by court order)**

KING STREET ACQUISITION COMPANY, LLC
MANDEL, KATZ & BROSNAN LLP
ATTN: KARA KATZ
THE LAW BUILDING, 210 ROUTE 303
VALLEY COTTAGE NY 10989

KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: YORVIK PARTNERS LLP
65 EAST 55TH STREET, 30TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9936    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   RBS SECURITIES JAPAN LIMITED
      TRANSFEROR: MIZUHO SECURITIES CO LTD
      ATTN: JAEIK OH
      SHIN-MARUNOUCHI CENTER BUILDING
      1-6-2 MARUNOUCHI CHIYODA-KU
      TOKYO    100-0005
      JAPAN
```

Please note that your claim # 44616-06 in the above referenced case and in the amount of
$1,895,137.31        has been transferred **(unless previously expunged by court order)**

```
      THE ROYAL BANK OF SCOTLAND PLC
      TRANSFEROR: RBS SECURITIES JAPAN LIMITED
      600 STEAMBOAT ROAD
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9937     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                                  Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
_____
                                      |
In re                                 |       Chapter 11 Case No.
                                      |
LEHMAN BROTHERS HOLDINGS INC., et al.,|       08-13555 (JMP)
                                      |
                                      |       (Jointly Administered)
            Debtors.                  |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  YORVIK PARTNERS LLP
         TRANSFEROR: BANK SARASIN & CO LTD
         ATTN: LISA KING
         11 IRONMONGER LANE
         LONDON     EC2V 8EY
         UNITED KINGDOM
```

Please note that your claim # 59301 in the above referenced case and in the amount of
        $206,813.50         has been transferred **(unless previously expunged by court order)**

```
         DAVIDSOME KEMPNER DISTRESSED OPPORTUNITIES FUND LP
         TRANSFEROR: YORVIK PARTNERS LLP
         65 EAST 55TH ST, 19TH FL
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9939      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
        Debtors.                               |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  YORVIK PARTNERS LLP
         TRANSFEROR: BANK SARASIN & CO LTD
         ATTN: LISA KING
         11 IRONMONGER LANE
         LONDON    EC2V 8EY
         UNITED KINGDOM
```

Please note that your claim # 59301-03 in the above referenced case and in the amount of
       $4,120,580.70       has been transferred **(unless previously expunged by court order)**

```
         DAVIDSON KEMPNER INSTITUTIONAL PARTNERS
         TRANSFEROR: YORVIK PARTNERS LLP
         65 EAST 55TH ST, 19TH FL
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9940     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
            Debtors.                        |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: YORVIK PARTNERS LLP
        TRANSFEROR: BANK SARASIN & CO LTD
        ATTN: LISA KING
        11 IRONMONGER LANE
        LONDON    EC2V 8EY
        UNITED KINGDOM
```

Please note that your claim # 59301-02 in the above referenced case and in the amount of
         $2,049,593.10         has been transferred **(unless previously expunged by court order)**

```
        DAVIDSON KEMPNER INTERNATIONAL LTD
        TRANSFEROR: YORVIK PARTNERS LLP
        65 EAST 55TH ST, 19TH FL
        NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9941      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |     Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |     08-13555 (JMP)
                                           |
                                           |     (Jointly Administered)
              Debtors.                     |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  AES EASTERN ENERGY L.P.                        AES EASTERN ENERGY L.P.
         ATTN: TOM SPENCER                              TROUTMAN SANDERS LLP
         130 EAST SENECA STREET, SUITE 505              ATTN: HOLLACE T COHEN, ESQ
         ITHACA NY 14850                                THE CHRYSLER BUILDING
                                                       405 LEXINGTON AVENUE
                                                       NEW YORK NY 10174

Please note that your claim # 29998 in the above referenced case and in the amount of
        $1,004,768.00         has been transferred **(unless previously expunged by court order)**

         BLUE ANGEL CLAIMS LLC
         TRANSFEROR: AES EASTERN ENERGY L.P.
         ATTN: ANTHONY YOSELOFF, MANAGER
         65 EAST 55TH STREET, 19TH FLOOR
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9944        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
            Debtors.                           |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: AES EASTERN ENERGY L.P.                      AES EASTERN ENERGY L.P.
        TROUTMAN SANDERS LLP                         ATTN: TOM SPENCER
        ATTN: HOLLACE T COHEN, ESQ                   130 EAST SENECA STREET, SUITE 505
        THE CHRYSLER BUILDING                        ITHACA NY 14850
        405 LEXINGTON AVENUE
        NEW YORK NY 10174
```

Please note that your claim # 29998 in the above referenced case and in the amount of
       $1,004,768.00        has been transferred **(unless previously expunged by court order)**

```
                                                    BLUE ANGEL CLAIMS LLC
                                                    TRANSFEROR: AES EASTERN ENERGY L.P.
                                                    ATTN: ANTHONY YOSELOFF, MANAGER
                                                    65 EAST 55TH STREET, 19TH FLOOR
                                                    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9944       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                     |
In re                                |   Chapter 11 Case No.
                                     |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                     |
                                     |   (Jointly Administered)
          Debtors.                   |
                                     |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  AES EASTERN ENERGY L.P.                      AES EASTERN ENERGY L.P.
         ATTN: TOM SPENCER                            TROUTMAN SANDERS LLP
         130 EAST SENECA STREET, SUITE 505            ATTN: HOLLACE T COHEN, ESQ
         ITHACA NY 14850                              THE CHRYSLER BUILDING
                                                     405 LEXINGTON AVENUE
                                                     NEW YORK NY 10174
```

Please note that your claim # 29997 in the above referenced case and in the amount of
        $1,004,768.00        has been transferred **(unless previously expunged by court order)**

```
         BLUE ANGEL CLAIMS LLC
         TRANSFEROR: AES EASTERN ENERGY L.P.
         ATTN: ANTHONY YOSELOFF, MANAGER
         65 EAST 55TH STREET, 19TH FLOOR
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9945     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2010.

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   AES EASTERN ENERGY L.P.                                  AES EASTERN ENERGY L.P.
      TROUTMAN SANDERS LLP                                     ATTN: TOM SPENCER
      ATTN: HOLLACE T COHEN, ESQ                               130 EAST SENECA STREET, SUITE 505
      THE CHRYSLER BUILDING                                    ITHACA NY 14850
      405 LEXINGTON AVENUE
      NEW YORK NY 10174

Please note that your claim # 29997 in the above referenced case and in the amount of
        $1,004,768.00        has been transferred **(unless previously expunged by court order)**

                                                              BLUE ANGEL CLAIMS LLC
                                                              TRANSFEROR: AES EASTERN ENERGY L.P.
                                                              ATTN: ANTHONY YOSELOFF, MANAGER
                                                              65 EAST 55TH STREET, 19TH FLOOR
                                                              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9945    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 1, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                           | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,           | 08-13555 (JMP)

                                                 | (Jointly Administered)

        Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA
               CENTRO DIREZIONALE "MILANO OLTRE" PALAZZO GIOTTO
               ATTN: ALESSANDRO MASATTI
               VIA CASSANESE, 224
               SEGRATE (MILANO)    20090
               ITALY

Please note that your claim # 49790 in the above referenced case and in the amount of
        $46,406,445.45         has been transferred **(unless previously expunged by court order)**

               NOMURA INTERNATIONAL PLC
               TRANSFEROR: ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA
               25 BANK STREET
               LONDON    E14 5LE
               UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9957    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2010                                Vito Genna, Clerk of Court


                                                /s/ Lauren Rodriguez
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 1, 2010.

**EXHIBIT B**

08-13555-mg    Doc 10142    Filed 07/12/10    Entered 07/12/10 15:26:43    Main Document
Pg 14 of 17

```
TIME: 17:57:39                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/01/10                                              CREDITOR LISTING

Name                                          Address
AES EASTERN ENERGY L.P.                       TROUTMAN SANDERS LLP ATTN: HOLLACE T COHEN, ESQ THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174
AES EASTERN ENERGY L.P.                       ATTN: TOM SPENCER 130 EAST SENECA STREET, SUITE 505 ITHACA NY 14850
ASSIMOCO VITA S.P.A. COMPAGNIA DI             CENTRO DIREZIONALE "MILANO OLTRE" PALAZZO GIOTTO ATTN: ALESSANDRO MASATTI VIA CASSANESE, 224 SEGRATE (MILANO)  20090 ITALY
  ASSICURAZIONE SULLA VITA
BLUE ANGEL CLAIMS LLC                         TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
DAVIDSOME KEMPNER DISTRESSED                  TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022
  OPPORTUNITIES FUND LP
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS       TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022
DAVIDSON KEMPNER INTERNATIONAL LTD            TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022
KING STREET ACQUISITION COMPANY, LLC          MANDEL, KATZ & BROSNAN LLP ATTN: KARA KATZ THE LAW BUILDING, 210 ROUTE 303 VALLEY COTTAGE NY 10989
KING STREET ACQUISITION COMPANY, LLC          TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022
NOMURA INTERNATIONAL PLC                      TRANSFEROR: ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
RBS SECURITIES JAPAN LIMITED                  TRANSFEROR: MIZUHO SECURITIES CO LTD ATTN: JAEIK OH SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO  100-0005 JAPAN
THE ROYAL BANK OF SCOTLAND PLC                TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830
YORVIK PARTNERS LLP                           TRANSFEROR: BANK SARASIN & CO LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: KREISSPARKASSE HEINSBERG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed       14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153