Hearing Date and Time: July 14, 2010 at 10:00 a.m. (Eastern Time)
Objection Deadline: July 7, 2010 at 4:00 p.m. (Eastern Time)

David Neier
Robert Boudreau
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel to Federal National Mortgage Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11 Case No.
                                                            :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :
                                                            :
                           Debtors.                         :   (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL WITH RESPECT TO RESPONSE AND RESERVATION OF RIGHTS OF FEDERAL NATIONAL MORTGAGE ASSOCIATION TO MOTION OF THE DEBTORS, PURSUANT TO SECTIONS 105(a), 363(b)(1) AND 363(f) OF THE BANKRUPTCY CODE AND RULE 6004(h) OF THE BANKRUPTCY RULES, FOR AUTHORIZATION TO TRANSFER CERTAIN MORTGAGE SERVICING RIGHTS TO AURORA BANK FSB

PLEASE TAKE NOTICE that Federal National Mortgage Association, by and through its undersigned counsel, hereby withdraws its *Response and Reservation of Rights to Motion of the Debtors, Pursuant to Sections 105(a), 363(b)(1) and 363(f) of the Bankruptcy Code and Rule 6004 (h) of the Bankruptcy Rules, for Authorization to Transfer Certain Mortgage Servicing Rights to Aurora Bank FSB*, dated July 7, 2010 [Docket No. 10065].

**[SIGNATURE PAGE FOLLOWS]**

Dated: July 12, 2010
      New York, New York

                                Respectfully submitted,

                                WINSTON & STRAWN LLP

                                By:   /s/David Neier
                                      David Neier
                                      Robert Boudreau
                              200 Park Avenue
                              New York, New York 10166-4193
                              (212) 294-6700 (telephone)
                              (212) 294-4700 (facsimile)
                              dneier@winston.com

                              Attorneys for Federal National Mortgage Association

NY:1296226.1