WEILAND, GOLDEN, SMILEY, WANG,
EKVALL & STROK, LLP
Evan D. Smiley, Esq.
Robert S. Marticello, Esq.
650 Town Center Drive, Suite 950
Coasta Mesa, California 92626
Telephone: (714) 966-1000

SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 643-7000

*Attorneys for Alfred H. Siegel, Chapter 11 Trustee.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | |
| | Case No. 08-13555 (JMP) |
| Debtors. | |

**CERTIFICATION OF SERVICE**

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C., attorneys for Alfred H. Siegel, Chapter 11 Trustee.

On July 12, 2010, the following document was filed in the United States Bankruptcy Court for the Southern District of New York:

> Reply of the Chapter 11 Trustee of the SunCal Master Debtors to the Debtors' Objection to the Motion for an Order Granting Relief from the Automatic Stay.

In addition to the parties which were served electronically with a Notice of Electronic Filing by the Court, the parties on the attached service list were served on July 12, 2010 as indicated.

      I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: July 12, 2010

*Peter Calhoun*
PETER CALHOUN

Lehman Bros. Hldgs. Inc.
Case No. 08-13555-JMP

Service List

**Via Hand Delivery**

Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Attn: Richard P. Krasnow, Esq.
　　Lori R. Fife, Esq.
　　Shai Y. Waisman, Esq.
　　Jacqueline Marcus, Esq.

Hon. James M. Peck
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Room 601
New York, NY 10004

Office of the U.S. Trustee
Southern District of N.Y.
33 Whitehall St., 21st Fl.
New York, NY 10004

Attn: Andy Velez Rivera
　　Paul Schwartberg
　　Brian Masumoto
　　Linda Rifkin
　　Tracy Hope Davis

Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Attn: Dennis F. Dunne, Esq.
　　Dennis O'Donnell, Esq.
　　Evan Fleck, Esq.

**Via Federal Express Overnight Mail**

Cleary Gottliebb LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
　　Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
　　Hydee R. Feldstein, Esq.