B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CBW LLC</u>                                      Chase Lincoln First Commercial Corporation
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):<u>22007</u>
should be sent:                                   Amount of Claim:<u>$7,998,301.79</u>
CBW LLC                                           Date Claim Filed:<u>9/21/09</u>
c/o Ashurst LLP                                   Debtor: <u>Lehman Brothers Holdings Inc.</u>
1 Penn Plaza, 36th Floor
New York, NY 10119
ATTN: Amanda Goehring

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>646-557-4379</u>                            Phone: <u>212-834-5857</u>
Last Four Digits of Acct #: _____                Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

607730.1/9999-00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Amanda [signature]_ under POA    Date: _July 12, 2010_
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

607730.1/9999-00999

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: CHASE LINCOLN FIRST COMMERCIAL CORPORATION

CHASE LINCOLN FIRST COMMERCIAL CORPORATION, a corporation organized under the laws of Delaware, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CBW LLC, its successors and assigns, with offices located at 1 Penn Plaza, 36th Floor, New York, NY 10119 (c/o Ashurst) ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $7,998,301.79 and assigned Claim No. 22007 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

The Claim was transferred from UGF Assicurazioni S.p.A. to Seller as evidenced at docket No. 9997 in the proceedings referenced above.

IN WITNESS WHEREOF, dated as of the 2 day of July, 2010.

Chase Lincoln First Commercial Corporation

By: _____
Name: Karoline Kaute
Title: Executive Director


CBW LLC

By: Amanda Goslow    under POA
Name: Amanda Goslow
Title: Attorney-in-fact

1