## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

PEETER GRUENBERGER
DIRECT LINE 212-310-8555
peter.gruenberger@weil.com

July 13, 2010

### VIA HAND DELIVERY

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

      Re:     ADR Procedures Order dated 9/17/09 ("Order")
                      Eighth Status Report

Dear Judge Peck:

      The three Mediators have requested again, your Honor, that I submit this monthly report (the eighth) to the Court pursuant to Order ¶ 13. Debtors will file this report on the docket in advance of the July 14 omnibus hearing.

      In the just-ended 31-day period, Debtors have served six additional ADR Notices on six additional counterparties, bringing the total number of such notices served to 62 on 86 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in six additional ADR matters, five as a result of mediations and one during the ADR process preceding mediation. Upon closing of these settlements, Debtors will have settled 23 ADR matters involving 29

US_ACTIVE:\43444875\01\58399.0003

WEIL, GOTSHAL & MANGES LLP

Honorable James M. Peck
July 13, 2010
Page 2

counterparties and received a total of $178,949,982.10 new dollars for the Debtors' estates.

      To date, of the 13 ADR matters that have reached the mediation stage, all 13 have been settled in mediation. No mediation has yet terminated without settlement. Four additional mediations have been scheduled to commence on the following dates: July 9, 28 (two), August 9 and 10.

                                        Respectfully submitted,

                                        Peter Gruenberger
                                        WEIL, GOTSHAL & MANGES LLP
                                        Attorneys for Debtors
                                        and Debtors in Possession

PG:mp
cc:    James Freund, Esq.
       David Geronemus, Esq.
       Ralph Mabey, Esq.
       David Cohen, Esq.
       (all cc's via E-mail)

US_ACTIVE:\43444875\01\58399.0003