WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |

---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 14, 2010 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I. UNCONTESTED MATTERS:**

1. Motion of JPMorgan Chase Bank, N.A for Relief from the Automatic Stay **[Docket No. 9565]**

    Response Deadline: July 7, 2010 at 5:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward. A stipulation and agreed order will be submitted to the Court.

**II. CONTESTED MATTERS:**

2. Debtors' Motion for Authorization to Sell Its Limited Partnership Interest in New Silk Route PE Asia Fund, L.P. **[Docket No. 9682]**

    Response Deadline: July 2, 2010 at 4:00 p.m.

    Responses Received:

        A. Objection of William Kuntz, III **[Docket No. 9921]**

    Related Documents:

        B. Declaration of Christopher Mosher in Support of Motion **[Docket No. 9714]**

    Status: This matter is going forward.

3. Debtors' Motion for Approval of Settlement Agreement Between Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc., Silver Lake Credit Fund, L.P. and Silver Lake Financial Associates, L.P. **[Docket No. 9808]**

    Response Deadline: July 7, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

        A.       Response of William Kuntz, III **[Docket No. TBD]**

Status: This matter is going forward.

4. LBHI's Motion for Authorization to Transfer Certain Mortgage Servicing Rights to Aurora Bank FSB **[Docket No. 9809]**

   Response Deadline:    July 7, 2010 at 4:00 p.m.

   Responses Received:

       A.    Response and Reservation of Rights of Federal National Mortgage Association **[Docket No. 10065]**

       B.    Response of William Kuntz, III **[Docket No. TBD]**

   Related Documents:

       C.    Statement of Official Committee of Unsecured Creditors **[Docket No. 10120]**

       D.    Notice of Revised Proposed Order **[Docket No. 10129]**

       E.    Notice of Withdrawal with Respect to Response and Reservation of Rights of Federal National Mortgage Association **[Docket No. 10143]**

   Status: This matter is going forward.

5. Motion of the Chapter 11 Trustee of the SunCal Master Debtors for Relief from the Automatic Stay **[Docket No. 9642]**

   Response Deadline:    June 9, 2010 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[Docket No. 10106]**

       B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10121]**

   Related Documents:

       C.    Declaration of Arthur J. Steinberg in Support of Debtors' Objection **[Docket No. 10107]**

       D.    Reply of Chapter 11 Trustee of SunCal Master Debtors **[Docket No. 10130]**

Status: This matter is going forward.

6. Debtors' Motion for an Order Enforcing the Automatic Stay Against Greenbrier Minerals Holdings, LLC **[Docket No. 9729]**

    Response Deadline: July 8, 2010 at 5:00 p.m.

    A. Objection of Greenbrier Minerals Holdings, LLC **[Docket No. 10093]**

    Related Documents:

    B. Declaration of Jack McCarthy, Sr. in Support of Motion **[Docket No. 9731]**

    C. Reply of Debtor Lehman Commercial Paper Inc. in Support of Motion **[Docket No. 10131]**

    D. Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 10148]**

    E. Emergency Motion for Continuance and Extension of Time to Respond **[Docket No. 9998]**

    Status: This matter is going forward.

7. Debtors' Motion to Compel Performance by Norton Gold Fields Limited of its Obligations Under an Executory Contract and to Enforce the Automatic Stay **[Docket No. 5897]**

    Response Deadline: December 1, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of Norton Gold Fields Limited **[Docket No. 6062]**

    Related Documents:

    B. Declaration of Simon Brodie in Support of the Objection of Norton Gold Fields Limited **[Docket No. 6063]**

    C. Debtors' Reply in Support of Motion **[Docket No. 7012]**

    D. Declaration of James K. Goldfarb in Support of Debtors' Reply **[Docket No. 7013]**

    E. Statement of Ad Hoc Group of Lehman Brothers Creditors in Support of Motion **[Docket No. 7527]**

F.	Sur-Reply of Norton Gold Fields Limited to Debtors' Reply **[Docket No. 7679]**

G.	Debtors' Response to the Sur-Reply of Norton Gold Fields Limited **[Docket No. 8219]**

H.	Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 8961]**

Status: This matter is going forward.

### III.	MATTERS TO BE HEARD AT 2:00 P.M.

**A.	Adversary Proceedings:**

8.	Lehman Brothers Holdings Inc. v. JPMorgan Chase Bank, N.A. **[Adv. Case No. 10-03266]**

	**Pre-Trial Conference**

	Related Documents:

	A.	Adversary Complaint **[Docket No. 1]**

	Status: This matter is going forward.

9.	PT Bank Negara Indonesia (Persero) Tbk v. LBSF, et al. **[Adv. Case No. 09-01480]**

	**Pre-Trial Conference**

	Related Documents:

	A.	Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

	B.	Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

	C.	Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

	D.	Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

	Status: This matter is going forward.

10. Turnberry, et al v. Lehman Brothers Holdings Inc., et al. **[Case No. 09-01062]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Amended Answer and Counterclaims of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB to Complaint **[Docket No. 30]**

    Status: This matter is going forward.

11. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02821]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    Status: This matter is going forward.

12. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Case No. 10-02823]**

    **Pre-Trial Conference**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 1]**

        B.    Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    Status: This matter is going forward.

13. Motion of Official Committee of Unsecured Creditors Granting Right to Intervene in Adversary Proceedings **[Docket No. 9607]**

    Response Deadline: July 7, 2010 at 4:00 p.m.

    Responses Received:

A. Response of Nomura International plc and Nomura Securities Co. Ltd. **[Docket No. 10064]**

B. Submission of William Kuntz, III **[Docket No. 10097]**

Related Documents:

C. Reply of Official Committee of Unsecured Creditors **[Docket No. 10132]**

Status: This matter is going forward.

## IV. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

14. Motion of Coscan Construction, LLC. for Relief from the Automatic Stay **[Docket No. 7226]**

    Response Deadline: July 28, 2010.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to August 4, 2010.

15. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

    Response Deadline: August 11, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to August 18, 2010.

16. Motion of Rosslyn Investors I, LLC for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Special Financing, Inc. and Other Entities **[Docket No. 8221]**

    Response Deadline: May 7, 2010 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[Docket No. 8938]**

Related Documents: None.

Status: This matter has been adjourned to August 18, 2010.

17. Motion of Capital One, N.A. for Relief from the Automatic Stay **[Docket No. 8425]**

    Response Deadline: August 11, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to August 18, 2010.

18. Debtors' Motion Requesting Extensions of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans LB Somerset LLC and LB Preferred Somerset LLC **[Docket No. 7966]**

    Response Deadline: May 7, 2010 at 4:00 p.m.

    Responses Received:

        A. Objection of Somerset Properties SPE, LLC **[Docket No. 8107]**

    Related Documents:

        B. Bridge Order **[Docket No. 8106]**

        C. Order Granting Debtors' Motion With Respect to Merit, LLC **[Docket No. 8348]**

    Status: This matter has been adjourned to August 18, 2010.

19. Motion of Debtors and Debtors in Possession for Entry of an Order to Consolidate Certain Proceedings and Establish Related Procedures **[Case No. 08-13555; Docket No. 8614; Adv. Case No. 10-03228, Docket No. 2; Adv. Case No. 10-03229, Docket No. 2]**

    Response Deadline: June 9, 2010 at 4:00 p.m. (For Nomura Global Financial Products Inc.)

    Responses Received:

        A. Objection of Nomura Global Financial Products, Inc. **[Docket No. 9481]**

    Related Documents:

B. Order to Consolidate Certain Proceedings and Establish Related Procedures **[Docket No. 9103]**

Status: This motion has been granted with respect to Nomura International plc and Nomura Securities Co., Ltd., and this matter has been adjourned to August 18, 2010 with respect to Nomura Global Financial Products Inc.

20. Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 566]**

    Response Deadline: March 6, 2009 at 4:00 p.m.

    Responses Received:

    A. Objection of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

    B. Statement of the Informal Noteholder Group **[Docket No. 887]**

    Related Documents:

    C. Stipulation and Consent Order **[Docket No. 1402]**

    Status: This matter has been adjourned without date.

21. Motion of Lehman Brothers Holdings Inc. for Authority to Enter into Settlement Related to, and Assign Interest in Heritage Fields Property **[Docket No. 9739]**

    Response Deadline: July 7, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to August 18, 2010.

**B. Adversary Proceedings:**

22. Lehman Brothers Holdings Inc. v. USA **[Case No. 10-03211]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    Status: This matter has been adjourned to August 18, 2010.

**C. Lehman Brothers Inc.**

23. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Inc. and the SIPA Trustee **[Docket No. 123]**

    Response Deadline: August 13, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Notices of Adjournment **[Docket Nos. 215, 312, 364, 429, 529, 601, 665, 728, 750, 810, 1624, 1663, 2062, 2325, 2480, 2608, 2796, 2993, 3217, 3359, 3440]**

    Status: This matter has been adjourned to August 18, 2010.

24. Motion of Unclaimed Property Recovery Service, Inc. for an Order Directing Payment into Court of Unclaimed Funds by the New York State Comptroller **[Docket No. 3363]**

    Response Deadline: August 11, 2010 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Bernard Gelb in Support of the Motion **[Docket No. 3363]**

    B. Notice of Hearing **[Docket No. 3364]**

    C. Notice of Proposed Order Granting the Motion **[Docket No. 3365]**

D. Notice of Adjournment **[Docket No. 3377]**

<u>Status</u>: This matter has been adjourned to August 18, 2010.

Dated: July 13, 2010
      New York, New York

           <u>/s/ Shai Y. Waisman</u>
           Shai Y. Waisman

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

Dated: July 13, 2010
      New York, New York

           <u>/s/ Jeffrey S. Margolin</u>
           James B. Kobak, Jr.
           Jeffrey S. Margolin

           HUGHES HUBBARD & REED LLP
           One Battery Park Plaza
           New York, New York 10004
           Telephone: (212) 837-6000
           Facsimile: (212) 422-4726

           Attorneys for James W. Giddens, Trustee for
           the SIPA Liquidation of Lehman Brothers Inc.