

# YORVIK

11 Ironmonger Lane
London EC2V 8EY

Tel +44 (0) 207 796 5900
Fax +44 (0) 207 796 5919
enquiries@yorvikpartners.com
www.yorvikpartners.com

Clerk of Court
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

7 July 2010

Dear Sir/Madam,

I attach a completed 3001(e) forms and the related assignment agreements in respect a transfer of claims for your consideration and filing on the Epiq system:

Mizrahi Tefahot Bank Ltd to Yorvik Partners LLP:  Claim number 59837

I look forward to receiving your acknowledgement that the transfer of claim has been processed.

Yours faithfully,

Lisa King
Yorvik Partners LLP



Yorvik Partners LLP
Partnership No. OC345182
Authorised and Regulated by the Financial Services Authority 501018

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc            Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Yorvik Partners LLP**
Name of Transferee

Name and Address where notices to transferee should be sent:
Lisa King
Yorvik Partners LLP
11 Ironmonger Lane
London EC2V 8EY
U.K.

e-mail: l.king@yorvikpartners.com

Phone:   +44 20 7796 5906

Last Four Digits of Acct. #: _____

**Mizrahi Tefahot Bank Ltd**
Name of Transferor

Court Claim # (if known):   59837

Amount of Claim:  US$ 7,169,378.62 (transferred amount 100%)

Date Claim Filed:   30 October 2009

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____SIMON MULLALY_____       Date:  7 July 2010
    Transferee/Transferee's Agent
    PARTNER

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JUL -9 2010

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc           Case No.   08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 59837 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on           .

| **Mizrahi Tefahot Bank Ltd** | **Yorvik Partners LLP** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 7 Jabotinsky Street<br>Ramat Gan 52136<br>Israel | Lisa King<br>Yorvik Partners LLP<br>11 Ironmonger Lane<br>London EC2V 8EY<br>U.K. |

RECEIVED JUL -9 2010 U.S. BANKRUPTCY COURT, SDNY

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                  CLERK OF THE COURT