# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                    Chapter 11
                                                          Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC., et. al.**                (Jointly Administered)

### WRITTEN RESPONSE TO OBJECTION

Come now Anthony Lee Kane and Sheila R. Kane, herein called claimants and for their Response to the Objection to Claims filed by the debtors on June 17, 2010 and say:

1.) The claimants are Anthony Lee Kane and Sheila R. Kane. They timely filed a claim in this matter on June 8, 2009 (Claim Number 4802) for Ten Thousand Four Hundred Eight Dollars and Seventy-Eight Cents ($10,408.78).

2.) The claimants' claim is not duplicative of any global claims filed by Wilmington Trust Company as the Kane claim represents the amount lost in their account.

3.) The Kanes cannot be fully compensated by the surviving claim of Wilmington Trust Company.

4.) The Court should not disallow, expunge, reduce or reclassify the Kane claim.

5.) Claimants are unable to be present at the hearing.

WHEREFORE, the undersigned respectfully requests that the Court overrule the objection filed by the debtor to their claim.

Respectfully submitted,

*Anthony Lee Kane*
Anthony Lee Kane

*Sheila R. Kane*
Sheila R. Kane


RECEIVED
JUL 1 2 2010
U.S BANKRUPTCY COURT
SD DIST OF NEW YORK

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing instrument was served upon WEIL, GOTSHAL & MANGES, LLP, ATTN: Shai Waisman, 767 Fifth Avenue, New York, New York 10153; Honorable James M. Peck, One Bowling Green, New York, New York 10004; Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, ATTN: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin; Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, and Evan Fleck by first class mail, postage prepaid on this 8th day of July, 2010.

_____
Anthony Lee Kane

_____
Sheila R. Kane

Anthony Lee Kane
Sheila R. Kane
701 North Elm Street
North Vernon, Indiana  47265
Telephone:  (812) 346-4941



RECEIVED
JUL 1 2 2010
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK