

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

July 9, 2010

**Via Federal Express**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Vito Genna

Re: *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP)

Dear Sir:

Please find attached the following documents:

1. Notice of Transfer of Claim Other Than for Security dated July 6, 2010; and

2. Evidence of Transfer of Claim properly executed on February 10, 2010

The transferor of the claim is JMG Capital Partners LP and the transferee is Merrill Lynch Credit Products, LLC. Evidence of the transfer is being submitted in lieu of submitting the actual agreement, as permitted by the Bankruptcy Rule 3001(e)(2).

In accordance with Rule 3001(e)(2), please notify the transferor, JMG Capital Partners LP, and make the appropriate substitution.

Please feel free to contact me if you have any questions.

Thank you in advance.

Sincerely yours,

Douglas J. Schneller

Encs. (as stated)

www.pillsburylaw.com

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Merrill Lynch Credit Products, LLC**
Name of Transferee

**JMG Capital Partners LP**
Name of Transferor

Name and Address where notices to transferee should be sent:

**Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Attn: Gary Cohen
Bank of America Tower, 3rd Floor
One Bryant Park
New York, NY 10036**

Phone: **646-855-7450**
Last Four Digits of Acct #: _____

Court Claim #: **21885**
Amount of Claim as Filed: **$8,170,733.00**
Date Claim Filed: **9/21/09**


RECEIVED
JUL 1 2 2010
U.S. BANKRUPTCY COURT, SDNY

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 7/6/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BOA                         Fax 6468555732                Feb 27 2005 06:56pm   P001/001

## EVIDENCE OF TRANSFER OF CLAIM

JUL 12 2010

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JMG Capital Partners LP

JMG Capital Partners LP, with offices located at c/o JMG Capital Management, LLC, 11601 Wilshire Blvd, Suite 2180, Los Angeles, CA 90025 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $7,471,627.00, docketed as Claim No. 21885 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10th day of February, 2010.

JMG CAPITAL PARTNERS LP

WITNESS:
Name: [signature]
Title: Trading Manager

By: [signature]
Name: Jonathan M. Glaser
Title: Member Manager or the GP

WITNESS:
Name: Jeff Beuesh
Title: Associate

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: [signature]
Name: Ron Torok
Title: Director

12889277.1