**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

Upon the fifteenth omnibus objection to claims, dated May 18, 2010 (the "Fifteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and expunging the Foreign Currency Claims on the grounds that the Bar Date Order required that such claims be denominated in lawful currency of the United States, all as more fully described in the Fifteenth Omnibus Objection to Claims; and due and proper notice of the Fifteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Fifteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifteenth Omnibus Objection

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifteenth Omnibus Objection to Claims.

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is

       ORDERED that the relief requested in the Fifteenth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

       ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on <u>Exhibit 1</u> annexed hereto under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "<u>Foreign Currency Claims</u>") are disallowed and

expunged; and it is further

       ORDERED that this Order supersedes all previous orders regarding the

disposition of the Foreign Currency Claims listed on <u>Exhibit 1</u> annexed hereto; and it is

further

       ORDERED that the Debtors have withdrawn the Fifteenth Omnibus

Objection to Claims with respect to the claims listed on <u>Exhibit 2</u> annexed hereto; and it

is further

       ORDERED that the Debtors have adjourned to the next omnibus hearing

date (or as may be further adjourned by the Debtors) the Fifteenth Omnibus Objection to

Claims with respect to the claims listed on <u>Exhibit 3</u> annexed hereto; and it is further

       ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the

Fifteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and*

*Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.


Dated: New York, New York
       July 13, 2010

                                    ___s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A.T. LAW 26 DOVER STREET LONDON, W1S 4LY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9754 | Undetermined | Foreign Denomination |
| 2 | ASCEND WORLD LIMITED CARDINAL POINT NEWALL ROAD, HEATHROW AIRPORT LONDON, TW6 2AS UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5646 | Undetermined | Foreign Denomination |
| 3 | ASLETT, GAVIN STUART 32 WARWICK BUILDING CHELSEA BRIDGE WHARF 366A QUEENSTOWN RD LONDON, SW8 4NJ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5483 | Undetermined | Foreign Denomination |
| 4 | BANNASCH UND WITT OHG WALTER-PATEZAMNN-STR.3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7642 | Undetermined | Foreign Denomination |
| 5 | BANNASCH UND WITT OHG WALTER-PATEZAMNN-STR.3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7641 | Undetermined | Foreign Denomination |
| 6 | BANNASCH UND WITT OHG WALTER-PAETZMANN-STR. 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7638 | Undetermined | Foreign Denomination |
| 7 | BANNASCH UND WITT OHG WALTER-PAETZMANN-STR. 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7639 | Undetermined | Foreign Denomination |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BECHTELER, WILHELM,PROFESSOR DR<br>DROSSELING 4<br><br>,<br>GERMANY | 08-13902 (JMP) | **Lehman Brothers Financial Products Inc.** | 09/08/2009 | 10852 | Undetermined | **Foreign Denomination** |
| 9 | BERNARD HODES GROUP LIMITED<br>SALISBURY HOUSE, BLUECOATS<br>HERTFORD, HERTS, SG14 1PU<br>UNITED KINGDOM | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/20/2009 | 5670 | Undetermined | **Foreign Denomination** |
| 10 | BOCCIA, VALERIA<br>CORSO DI PORTA TIGNESE, 107<br>MILANO, 20123<br>ITALY | | **Lehman No Case Asserted/All Cases Asserted** | 09/21/2009 | 24566 | Undetermined | **Foreign Denomination** |
| 11 | BUNDESVERBAND ALTERNATIVE INVESTMENTS<br>POPPELSDORFER ALLEE 106<br>BONN, D53115<br>GERMANY | | **Lehman No Case Asserted/All Cases Asserted** | 07/27/2009 | 6318 | Undetermined | **Foreign Denomination** |
| 12 | CASTA¥ARES MATEOS, JOSE LUIS & MARIA JOSE MARIN FUENTES<br>C/ CA¥ADA NO. 24-4C<br>ALCORCON, MADRID, 28922<br>SPAIN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 08/06/2009 | 9000 | Undetermined | **Foreign Denomination** |
| 13 | CERESINI, CECILIA<br>VIA MARTIRI BERNIMI, 3<br>43010 TORRECHIARA (PARMA)<br><br>,<br>ITALY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/06/2009 | 5155 | Undetermined | **Foreign Denomination** |
| 14 | CHANCEMARKETING LIMITED<br>UNIT 109<br>16 BALDWINS GARDENS<br>LONDON, EC1N 7RJ<br>UNITED KINGDOM | | **Lehman No Case Asserted/All Cases Asserted** | 07/16/2009 | 5450 | Undetermined | **Foreign Denomination** |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | COOPER, MRS PETRA DRUMOAK 28 LANSDOWN ROAD CHALFONT ST PETER BUCKS, SL9 9SR UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/06/2009 | 5131 | Undetermined | Foreign Denomination |
| 16 | DE INDUSTRIEELE GROOTE CLUB DAM 27 AMSTERDAM, 1012 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5439 | Undetermined | Foreign Denomination |
| 17 | DE LA ROSA DORADO, HIPOLITO C/ DOCE DE OCTUBRE NO 40 - 50 MADRID, 28009 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8251 | Undetermined | Foreign Denomination |
| 18 | DE VISME CONNOR, EMILY RACHEL EAST COLALRIE FARM WATERSIDE EAST AYRSHIRE, KA3 6JJ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9123 | Undetermined | Foreign Denomination |
| 19 | DEVLIN ELECTRONICS LTD UNIT D1 GRAFTON WAY BASINGSTOKE HAMPSHIRE, RG22 6HZ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7069 | Undetermined | Foreign Denomination |
| 20 | DI FOLCO, NATHALIE 12 ALMA ROAD ST ALBANS HERTFORDSHIRE, AL1 3BT UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/22/2009 | 5873 | Undetermined | Foreign Denomination |
| 21 | DIAZ GAMBOA, SANDRA LUCIA C/CONCEJO DE TEVERGA, 22.5D MADRID, 28053 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8253 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | DRAKE, ALAN 55 SQUIRRELS HEATH ROAD HAROLD WOOD ROMFORD, RM3 0LS UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10976 | Undetermined | Foreign Denomination |
| 23 | ESTEVE FERNANDEZ, ANTONIO FOR HIS FATHER ANTONIO ESTEVE LOPEZ PLAZA LEALTAD, 6 MAJADAHONDA, 28220 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8998 | Undetermined | Foreign Denomination |
| 24 | FLORIA, LILIAN LAUBIWEG 6 ZURICH, 8057 SWITZERLAND | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13343 | $0.00 | Foreign Denomination |
| 25 | FRIENDS OF TOWER HAMLETS CEMETERY PARK KENNETH GREENWAY TOWER HAMLETS CEMETERY PARK C/O THE SOANES CENTRE, SOUTHERN GROVE LONDON, E3 4PX UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/12/2009 | 8066 | Undetermined | Foreign Denomination |
| 26 | GARRIDO RODRIGUEZ, ELENA SUBIDA DE HOSPITAL Y BJD TOLEDO, 45006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8254 | Undetermined | Foreign Denomination |
| 27 | GEISLER, JOHANN RING STR. 7 SCHMIDGADEN, 92546 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8718 | $0.00 | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | GENSCAPE, INC.<br>445 E. MARKET STREET<br>SUITE 200<br>LOUISVILLE, KY 40202 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18139 | Undetermined | Foreign Denomination |
| 29 | GRIFFITHS, DAVID CHRISTOPHER & GILLIAN MARY<br>BODSIRIOL<br>BYPASS ROAD<br>GOBOWEN<br>OSWESTRY, SY11 3NG<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6209 | Undetermined | Foreign Denomination |
| 30 | GUTIERREZ TASIS, ALESANDRO / GARRIDO HERDER, MARGARITA<br>C/ PALOMA NO. 13<br>LAGUNA DE DUERO (VALLADOLID), 47140<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8996 | Undetermined | Foreign Denomination |
| 31 | GUTIERREZ TASIS, JESUS/ALESANDRO/GREGORIO/JUAN FRANCISCO/MARIA DE LOS ANGELES<br>C/ AUDA DE MADRID NO 17 - 1B<br>LAGUNA DE DUERO (VALLADULID), 47140<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8997 | Undetermined | Foreign Denomination |
| 32 | HADNETT, RAYMOND<br>9 CREST DR<br>ENNISKILLEN<br>CO FERMANAGH, BT74 6JJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5283 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | HANDLES AND FITTINGS LTD HAF HOUSE MEAD LANE HERTFORD, HERTS, UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5412 | Undetermined | Foreign Denomination |
| 34 | HARVENS PARTNERS, LP 600 LEXINGTON AVENUE NEW YORK, NY 10022 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26592 | Undetermined | Foreign Denomination |
| 35 | HELLENIC REPUBLIC ACTING THROUGH PUBLIC DEBT MANAGEMENT AGENCY 8, OMIROU STR. ATHENS, 10564 GREECE | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22292 | Undetermined | Foreign Denomination |
| 36 | HERNANDEZ SANMAMES, IGNACIO MARIANO LUIS AVENIDA SALAMANCA NO. 10 2 B VALLADOLID, 47014 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8993 | Undetermined | Foreign Denomination |
| 37 | HERRMANN'S POSTHOTEL GMBH&CO.KG MARKTPLATZ 11 WIRSBERG, 95339 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/18/2009 | 9018 | Undetermined | Foreign Denomination |
| 38 | HEUSINGER, KARL UND ELFRIEDE KAR-SCHWEINFURT-STR. 7 SCHWEINFURT, 97424 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6365 | Undetermined | Foreign Denomination |
| 39 | HOMEFRONT JOHN J BOWLEN BUILDING 501 620 7TH AVENUE SW CALGARY ALBERTA CANADA, T2P 0Y8 CANADA | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6196 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 40 | HONG KONG DELIVERY COMPANY LTD, THE<br>7/F, CHEUNG HING FACTORY BLDG,<br>12P SMITH FIELD,<br>KENNEDY TOWN ,<br>HONG KONG,<br>HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12480 | Undetermined | Foreign Denomination |
| 41 | HUGHES-CASTELL (HONG KONG) LTD.<br>618, HUTCHISON HOUSE,<br>10 HARCOURT ROAD<br>CENTRAL, HONG KONG,<br>HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15161 | Undetermined | Foreign Denomination |
| 42 | I.D.A., INTERNATIONAL (HONG KONG) LTD<br>UNIT 1303, CRE BUILDING<br>303 HENNESSY ROAD<br>WANCHAI<br>HONG KONG SAR,<br>CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7006 | Undetermined | Foreign Denomination |
| 43 | IBEX INTERIORS LTD<br>3RD FLOOR, CHANCERY EXCHANGE<br>10 FURNIVAL STREET<br>LONDON, EC4A 1AB<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7749 | Undetermined | Foreign Denomination |
| 44 | ICF FINANCE LIMITED<br>EDGWARE HOUSE<br>389 BURNT OAK BROADWAY<br>EDGWARE, HA8 5TX<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5437 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | IMPRIMA DE BUSSY NARTLAWEG 14 POSTBUS 21 100 AA AMSTERDAM, NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 08/17/2009 | 8377 | Undetermined | Foreign Denomination |
| 46 | IMPULSE TECHNOLOGY LTD. 364, HEMPSTEAD ROAD, WATFORD HERTS, WD17 4NA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 22762 | Undetermined | Foreign Denomination |
| 47 | INTEGRATED FINANCIAL PRODUCTS- MILAN BRANCH F/K/A INTERFIN SIM S.P.A VIA VITTOR PISANI 22 MILANO, 20124 ITALY | | Lehman No Case Asserted/All Cases Asserted | 07/23/2009 | 6656 | $0.00* | Foreign Denomination |
| 48 | JACKSONS (CLEAR GLASS) LIMITED CATERING HOUSE COX LANE CHESSINGTON -, KT9 1SG UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5484 | Undetermined | Foreign Denomination |
| 49 | JONES, E.M. (DECEASED) TRUST C/O GEORGE THOMAS JONES 2 HEXHAM WAY SUTTON ROAD SHREWSBURY, 5Y2 6QX UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/17/2009 | 8588 | Undetermined | Foreign Denomination |
| 50 | KIDS COMPANY 1 KENBURRY STREET LONDON, SE5 9BS UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/21/2009 | 5800 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | KONRAD, HORST J. PO BOX 1239 GROSSHEUBACH, D-63920 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/14/2009 | 8263 | Undetermined | Foreign Denomination |
| 52 | KRENT, THOMAS BLOCK 60 # 25-113 LORONG 4, TOA PAYOH, 310060 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5897 | Undetermined | Foreign Denomination |
| 53 | KRUMBUGEL, WILFRIED & GITTA VOGELSANGER STR. 21 FLENSBURG, 24943 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8695 | Undetermined | Foreign Denomination |
| 54 | KWIATKOWSKI, WALTER N. CL MARTIRS 91 ALQUERIA DE LA CONDESA VALENCIA, 46715 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8191 | Undetermined | Foreign Denomination |
| 55 | LANCASTER OFFICE CLEANING COMPANY LTD RAVENSCOURT WESTERHAM ROAD LOCKBOTTOM, BR2 6HE UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18729 | Undetermined | Foreign Denomination |
| 56 | LEE, VICTORIA 5 PARKMEAD GARDENS MILL HILL, GT LON, NW7 2JW UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13962 | Undetermined | Foreign Denomination |
| 57 | LIN, WONG YUK FLAT 514, 5/F. WING YAN HOUSE TUNG YAN COURT , HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8716 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | LUTTEKE, HARALD & IRENE AHORNPLATZ 1 ROSBACH, 61191 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18153 | Undetermined | Foreign Denomination |
| 59 | LYRECO SVERIGE AG BOX 501 BANKERYD, 56428 SWEDEN | | Lehman No Case Asserted/All Cases Asserted | 08/27/2009 | 9526 | Undetermined | Foreign Denomination |
| 60 | MALLAK LIMITED 57163 LINE WALL ROAD PO BOX 199 , GIBRALTAR | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8710 | Undetermined | Foreign Denomination |
| 61 | MCAULEY, ARAN PATRICK FLAT 27 87 ST GEORGE'S DRIVE LONDONM, GT LON SWIV 4DB LONDON, UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18171 | Undetermined | Foreign Denomination |
| 62 | MCGIRR, VERONICA 150 WHIKEBRIDGE ROAD SIXMILECROSS, OMAGH CO. TYRONE BT79 9EH , UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/08/2009 | 5171 | Undetermined | Foreign Denomination |
| 63 | MORENO SANCHEZ, FRUCTUOSO C/ VIRGEN DE LAS ANGUSTIAS 39-3-3.3 , SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9015 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 64 | MUELLER-KENGELBACH, PETER ODER MUELLER-KENGELBACH, MONIKA STILLSTR. 18A 91301 FORCHHEIM, GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12056 | Undetermined | Foreign Denomination |
| 65 | NEIRA, GUSTAVO TOLEDO CALLE 97A # 9-57 BOGOTA, COLOMBIA | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10712 | Undetermined | Foreign Denomination |
| 66 | NEW IDEA OFFICE SUPPLIES 1/F, CAVENDISH CENTRE 23 YIP KAN STREET WONG CHUK HANG ABERDEEN, HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15121 | Undetermined | Foreign Denomination |
| 67 | PAGAN, IAN 4 CONDOR PATH NORTHOLT MIDDLESEX, UB5 6TA UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22952 | Undetermined | Foreign Denomination |
| 68 | PAPERCHASE SUPPLIES LTD- IN LIQUIDATION C/O BAILEY AHMAD 257 B CROYDON ROAD BECKENHAM KENT, BR3 3PS UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5542 | Undetermined | Foreign Denomination |
| 69 | PIETERSEN, C.N.J. EPICEADREEF 24 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5310 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | PIJUAN PERALBA, RAMON - SANCHEZ HIDALGO, REMEDIOS ALFRED PERENYA, 29 LLEIDA, 25008 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 10508 | Undetermined | Foreign Denomination |
| 71 | PRICEWATERHOUSECOOPERS BELASTINGADVISEUR THOMAS MALTHUSSTRAAT 5 AMSTERDAM, 1006 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5411 | Undetermined | Foreign Denomination |
| 72 | PRICEWATERHOUSECOOPERS BELASTINGADVISEUR THOMAS MALTHUSSTRAAT 5 AMSTERDAM, 1006 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 07/16/2009 | 5410 | Undetermined | Foreign Denomination |
| 73 | PRINCIPAL SEARCH LTD 62 CORNHILL LONDON, EC3V 3NH UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11361 | Undetermined | Foreign Denomination |
| 74 | PROPERTY INFORMATION MANAGEMENT SERVICES 10 DRAGOON HOUSE HUSSAR COURT WATERLOOVILLE, HANTS, PO7 7SF UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5618 | Undetermined | Foreign Denomination |
| 75 | PROSIEBEN SAT.1 MEDIA AG MEDIENALLE 7 UNTERFOEHRING, 85774 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12310 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | R & H TRUST HELIER CO. (BVI) LTD RE THE FREEDOM TRUST<br>P.O. BOX 83<br>ORDINANCE HOUSE<br>31 PIER ROAD<br>ST HELIER, JE4 8PW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13393 | Undetermined | Foreign Denomination |
| 77 | ROBSON, ROBERT ALICK<br>PO BOX 503<br>SPIT JUNCTION<br>NEW SOUTH WALES, 2088<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5284 | Undetermined | Foreign Denomination |
| 78 | ROYAL SURREY COUNTY HOSPITAL NHS TRUST<br>SHARED BUSINESS SERVICES,<br>PHOENIX HOUSE,<br>TOPCLIFFE LANE<br>WAKEFIELD, WF3 1WE<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7146 | Undetermined | Foreign Denomination |
| 79 | SALDANA BARRAGAN, SEBASTIAN JOSE<br>C/ CASTILLO DE CUMBRES MAYORES NO. 8 CHALET 2<br>SEVILLA, 41013<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9017 | Undetermined | Foreign Denomination |
| 80 | SCHIFFER, CRAIG<br>40 BEEKMAN TERRACE<br>SUMMIT, NJ 07901 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24613 | Undetermined | Foreign Denomination |
| 81 | SCHMID, OTTO<br>RINGSTRAPE 55<br>D-74248 ELLHOFEN,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8769 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | SCHMIDT, WERNER ODER ELEONORA WERNER SCHMIDT LINDENSTRASSE 13 DITTELBRUNN, 97456 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5672 | Undetermined | Foreign Denomination |
| 83 | SERER SANMARTIN, MARIA PILAR TR DE GRACIA 48 3-4 BARCELONA, 08021 SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24446 | Undetermined | Foreign Denomination |
| 84 | SHULTE, WILFRIED DR. MED. KINDERARZT BEETHOVENSTR. 6 HERTEN, 45699 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7984 | Undetermined | Foreign Denomination |
| 85 | SIEMENS PLC SIEMENS ENTERPRISE COMMUNICATIONS LTD BRICKHILL STREET WILLEN LAKE MILTON KEYNES, MK15 0DJ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/17/2009 | 5535 | Undetermined | Foreign Denomination |
| 86 | SJ BERWIN LLP 10 QUEEN STREET PLACE LONDON , EC4R 1BE UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/20/2009 | 8780 | Undetermined | Foreign Denomination |
| 87 | SOLER NAVARRO, JUAN MANUEL / COLLANTES BALLESTA, FRANCISCA DE PAULA C/ VALLE DE LOS BORBOLLONES 26 AVILA, 05004 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8995 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 88 | SOLIS & LOMBARDIA NOTARIOS C.B. IGNACIO SOLIS VILLA C/ VELAZQUEZ, N 16, 2 DCHA MADRID, 28001 SPAIN | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5688 | Undetermined | Foreign Denomination |
| 89 | SORIANO OCANA, MARIA JOSEFA URB. MIMOSAS GOLF CABORINO FASE III PTAL 7-33 MARBELLA-MALAGA, 29604 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8994 | Undetermined | Foreign Denomination |
| 90 | STADT FRANKFURT AM MAIN DER MAGISTRAT KASSEN-UND STEUERAMT PAULSPLATZ 9 FRANKFURT AM MAIN, D-60275 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 9006 | Undetermined | Foreign Denomination |
| 91 | STADT KARLSRUHE STADTKAMMEREI Z.HD. HERR DOLLINGER RATHAUS AM MARKTPLATZ KARLSUHE, 76133 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7078 | Undetermined | Foreign Denomination |
| 92 | STIBBE CENTRAL PLAZA LOKSUMSTU 7U5 BRUSSELS, 7000 BELGIUM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5641 | Undetermined | Foreign Denomination |
| 93 | STREEL, MICHELINE RUE DE BEAUMONT 43 CLERMONT, 5650 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12186 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 94 | TARSITANO, MARIA CONCETTA VIA MAGNA GRECIA, NO. 8 FAGNANO CASTELLO, 87013 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/10/2009 | 5250 | Undetermined | Foreign Denomination |
| 95 | THREADNEEDLE ASSET MANAGEMENT LTD. ON BEHALF OF WEST LB HORIAZON FUND MULTI- MANAGER TARGET RETURN FUND ATTN: HEAD OF LEGAL C/O 60 ST. MARY AVENUE LONDON, EC3A 8JQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18690 | Undetermined | Foreign Denomination |
| 96 | TOMAS, CHRISTOPHER DR. KIESBERGLTR 40 DARNSTADT, D-64285 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 19360 | Undetermined | Foreign Denomination |
| 97 | TOPEMPLOYERS LTD 456 - 458 STRAND SUITE 167 LONDON, WC2R 0DZ UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25236 | Undetermined | Foreign Denomination |
| 98 | TORRADO-VILLALOBO, ANGEL C/ALDEANUEBA DE LA VERA 17 5-A MADRID, 28044 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8252 | Undetermined | Foreign Denomination |
| 99 | TOSETTO LINO VIA G. GALILEI 2 30020 ERACLEA VENICE, ITALY | | Lehman No Case Asserted/All Cases Asserted | 07/06/2009 | 5152 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 100 | TUSHINGHAM MOORE LLP ACRESFIELD ST ANNS SQUARE MANCHESTER, M2 7HA UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5691 | Undetermined | Foreign Denomination |
| 101 | TW INTERNATIONAL COUNSEL PTE LTD 18A TANJONG PAGAR ROAD SINGAPORE , 088441 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8972 | Undetermined | Foreign Denomination |
| 102 | UBI BANCA SEDE LEGALE: PIAZZA VITTORIO VENETO,8 BERGAMO, 24122 ITALY | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 19650 | Undetermined | Foreign Denomination |
| 103 | VELDMAN B.V. T.A.V. R. VELDMAN WARMELO 34 EINDHOVEN, 5655 JW NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9553 | Undetermined | Foreign Denomination |
| 104 | VERSORGUNGSWERK DER APOTHEKERKAMMER WESTFALEN-LIPPE BISMARCKALLEE 25 48151 MUENSTER, GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/21/2009 | 5796 | Undetermined | Foreign Denomination |
| 105 | VERSORGUNGSWERK DER LANDESAPOTHERKAMMER HESSEN KDOR AM LEONHARDSBRUNN 5 FRANKFURT, D-60487 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/29/2009 | 54984 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 106 | VIEJO GARCIA, NESTOR C/ BECQUER NO. 15 - 5C MOSTOLES, MADRID, 28932 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 9001 | Undetermined | Foreign Denomination |
| 107 | VIEJO GARCIA, NESTOR C/ BECQUER NO. 15 - 5C MOSTOLES, MADRID, 28932 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 8999 | Undetermined | Foreign Denomination |
| 108 | VISCIDI, PASQUALE & BRUNA, MORI VIA SASSARI, 5 BATTIPAGLIA, SA 84091 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12043 | Undetermined | Foreign Denomination |
| 109 | VOEHRINGER, KLAUS BERGSTR.33 HAITERBACH, 72221 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/17/2009 | 8529 | Undetermined | Foreign Denomination |
| 110 | WALKER, GEORGE ARTHUR & JILLIAN KAY 18 VIRGINIA DRIVE BLACON CHESTER, CH1 5AL UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/04/2009 | 7329 | Undetermined | Foreign Denomination |
| 111 | WANG, TRACY FLAT 4C, BLOCK 2, CITY GARDEN NORTH POINT HONG KONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7458 | Undetermined | Foreign Denomination |
| 112 | WESTON CORPORATION 3-2-6-1404 NISHIGOTANDA SHINAGAWAKU TOKYO, 141-0031 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6177 | Undetermined | Foreign Denomination |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 15: EXHIBIT 1 – FOREIGN CURRENCY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 113 | WITT & CO. OHG WALTER_PAETZMANN-STRASSE 3 UNTERHACHING, 82008 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7640 | Undetermined | Foreign Denomination |
| 114 | WOOLF SIMMONDS 1 GREAT CUMBERLAND PLACE LONDON, W1H 7AL UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 7152 | Undetermined | Foreign Denomination |
| | | | | | TOTAL | $0.00 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 15: EXHIBIT 2 – FOREIGN CURRENCY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BELOW VON ANTON & CO. GROSSE THEATERSTRASSE 42 HAMBURG, 20354 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 07/31/2009 | 6787 | Undetermined | Foreign Denomination |
| 2 | CABINET KINESITHERAPIE JEANNE-MARIE MALTAUX 33 AVENUE DES POULES D'EAU 1640 RHODE. ST. GENESE BELGIUM, BELGIUM | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 19647 | Undetermined | Foreign Denomination |
| 3 | CAMPOS, MAXIMILIANO HERRERA AV MERIDIANA 329 5-1 BARCELONA, 08027 SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/04/2009 | 10419 | Undetermined | Foreign Denomination |
| 4 | CITIGROUP PTY LIMITED ATT: ALISTAIR MORGAN 2 PARK STREET SYDNEY, NSW 2000 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29635 | Undetermined | Foreign Denomination |
| 5 | HAVENS PARTNERS, LP 600 LEXINGTON AVENUE NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29055 | Undetermined | Foreign Denomination |
| 6 | JENDRUSIAK, KARINA FREIHERR-VOM-STEIN-STRASSE 56 FRANKFURT, HE D60323 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/11/2009 | 7998 | Undetermined | Foreign Denomination |
| 7 | LEHMAN BROTHERS INVESTMENTS KOREA INC. C/O SAMJONG KPMG AMC INC GANGNAM FINANCE CENTER 10TH FLOOR 737 YEOKSAM-DONG GANGNAM-GU SEOUL, 135-984 KOREA, REPUBLIC OF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18557 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 15: EXHIBIT 2 – FOREIGN CURRENCY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | MENOUNOS, ALEXANDROS<br>44 THAMES POINT<br>IMPERIAL WHARF<br>LONDON, GT LON, SW6 2SX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18736 | Undetermined | Foreign Denomination |
| 9 | MUENSTER, STADT<br>STADTKASSE<br>MUNSTER, 48127<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5268 | Undetermined | Foreign Denomination |
| 10 | OPTIQUE PTY LTD ATF OPTIQUE SUPER<br>PENSION FUND<br>KEITH MASNICK<br>1 ROSLYNDALE AVE<br>WOOLLAHRA, N.S.W., 2025<br>AUSTRALIA | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5712 | Undetermined | Foreign Denomination |
| 11 | SLB LEASING-FONDS GMBH & CO HERAKLES KG<br>C/O SACHSENFONDS GMBH<br>ATTN: MS. DAGMAR MECKLER<br>HANS-STIESSBERGER-STRASSE 2A<br>85540 HAAR,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19964 | Undetermined | Foreign Denomination |
| 12 | SLB LEASING-FONDS GMBH & CO ODIN KG<br>C/O SACHSENFONDS GMBH<br>ATTN: MS. DAGMAR MECKLER<br>HANS-STIESSBERGER-STRASSE 2A<br>85540 HAAR,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19968 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 2 – FOREIGN CURRENCY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | SLB LEASING-FONDS GMBH & CO THOR KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19963 | Undetermined | Foreign Denomination |
| 14 | SLB LEASING-FONDS GMBH & CO URANUS KG C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19967 | Undetermined | Foreign Denomination |
| 15 | STOCK EXCHANGE OF HONG KONG LIMITED, THE 12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE 1 HARBOUR VIEW STREET CENTRAL, HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31746 | Undetermined | Foreign Denomination |
| 16 | STOCK EXCHANGE OF HONG KONG LIMITED, THE 12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE 1 HARBOUR VIEW STREET CENTRAL, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31745 | Undetermined | Foreign Denomination |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 2 – FOREIGN CURRENCY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON ORIGINALLY PROPOSED FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | WINE & SPIRIT EDUCATION TRUST INTERNATIONAL WINE & SPIRIT CENTRE 39 - 45 BERMONDSEY STREET SOUTHWARK LONDON, SE1 3XF UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5697 | Undetermined | Foreign Denomination |
| | | | | | TOTAL | $0.00 | |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 15: EXHIBIT 3 – FOREIGN CURRENCY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOWMAN GILFILLAN INC PO BOX 785812 SANDTON, 2146 SOUTH AFRICA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17761 | Undetermined | Foreign Denomination |
| 2 | FLOE EJENDOMME APS MOSEGARDSVEJ 35 DK-7000 FREDERICIA , DENMARK | | Lehman No Case Asserted/All Cases Asserted | 08/11/2009 | 8023 | Undetermined | Foreign Denomination |
| 3 | GIL PUIG, MARIA DESAMPARADOS C/ CONDE OLOCAU 1 - 11 VALENCIA, 46003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 9016 | Undetermined | Foreign Denomination |
| 4 | ROSEKRANS, JOHN C/O JOHN P. CHRISTIAN TOBIN & TOBIN 500 SANSOME STREET, SUITE 800 SAN FRANCISCO, CA 94111 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27265 | Undetermined | Foreign Denomination |
| | | | | | TOTAL | $0.00 | |