# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

**Andrew H. Sherman**
Member of the Firm
Direct Dial: (973) 643-6982
E-mail: asherman@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

July 13, 2010

<u>*Via ECF*</u>

The Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York

      Re:    In re Lehman Brothers Holdings, Inc., *et al.*
               <u>Case No. 08-13555 (JMP) (Jointly Administered)</u>

Dear Judge Peck:

      This firm is co-counsel to Alfred H. Siegel, the chapter 11 trustee (the "Trustee") of the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC, and LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeney Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC, currently pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division. In further support of the Trustee's Motion for an Order Granting Relief from the Automatic Stay [Docket No. 9642], scheduled to be heard before Your Honor on July 14, 2010 at 10:00 a.m., submitted herewith please find an executed copy of the Purchase Agreement and Escrow Instructions, entered on July 13, 2010, by and between the Trustee and Land Co. Coldwater Endeavor, LLC.

                                                                   Respectfully,

                                                         <u>/s/ *Andrew H. Sherman*</u>
                                                         Andrew H. Sherman

cc:    ECF Service List