# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.                Case No. 08-13555 (JMP) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| King Street Acquisition Company, L.L.C. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | |
| King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com | Court Claim # (if known): 27880<br><br>Amount of Claim: $1,000,00.00<br><br>Date Claim Filed: September 22, 2009<br><br>Phone: N/A |
| With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com | |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KING STREET ACQUISITION COMPANY, L.L.C.
By: King Street Capital Management, L.P.
    Its Manager

By: King Street Capital Management GP, L.L.C.
    Its General Partner

By: _____        Date: 7/13/2010
Name: **Jay Ryan**
Title: **Authorized Signatory**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-280/FORMS/2602409.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 27880 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on            .

| Deutsche Bank AG, London Branch<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Winchester House<br>1 Great Winchester Street<br>London<br>EC2N 2DB | King Street Acquisition Company, L.L.C<br>Name of Transferee<br><br>Address of Transferee:<br><br>King Street Acquisition Company, L.L.C.<br>65 East 55th Street, 30th Floor<br>New York, NY 10022<br>Phone: 212 812 3140<br>Fax: 646 289 7696<br>Email: tradeclaims@kingstreet.com<br><br>With a copy to:<br>Mandel, Katz & Brosnan LLP<br>The Law Building, 210 Route 303,<br>Valley Cottage, New York 10989<br>Phone: 845 639 7800<br>Fax: 845 639 7850<br>Attention: Kara Katz<br>Email: kkatz@mkbllp.com |
|---|---|

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                     _____
                                                                              CLERK OF THE COURT

452-280/FORMS/2602409.1

Form 210A/B –Transfer of Portion of LBHI Claim # 27880

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 27880 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a 16.52% or $1,000,000 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $6,051,196.98 (the "Claim"). |

It is hereby certified that **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**KING STREET ACQUISITION COMPANY, L.L.C.**
Contact Person:   Trade Claims
Address:          65 East 55th Street, 30th Floor
                  New York, NY 10022
Phone:            212-812-3140
Fax:              646-289-7696
E-mail:           TradeClaims@kingstreet.com

("Buyer"), by assignment agreement dated 15 December 2009, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th day of December 2009.

Deutsche Bank AG, London Branch

Name:
Title:
Anil Das
Director
452-280/CERTS/2395430.1

King Street Acquisition Company, L.L.C.
By: King Street Capital Management, L.P.
   Its Manager
By: King Street Capital Management GP, L.L.C.
   Its General Partner

Name:
Title:

Bruce S. Darringer
Chief Operating Officer

NOTICE TO INSOLVENCY OFFICER

To:   PricewaterhouseCoopers AG, Zurich
      Appointed Liquidators of Lehman Brothers Finance S.A. (in liquidation)
      Attn: Christiana Suhr Brunner / Pascal Portmann

From: Deutsche Bank AG, London Branch (the "**Assignor**") and
      King Street Acquisition Company, L.L.C. (the "**Assignee**")

Dear Sirs

**Lehman Brothers Finance S.A. (in liquidation) ("LBF")**
Notice of assignment

1. We refer to the claim originally held and filed by Swiss Re Global Markets Limited (the "**Original Holder**") in the amount of USD 6,051,196.98 in respect of the amount due under a Master Confirmation Agreement dated 30 November 2006 (as amended and restated) between the Original Holder and LBF (the "**Claim**").

2. We further refer to the assignment of the Claim to the Assignor, as notified to you by notice dated 10 December 2009.

3. We hereby notify you that as of 15 December 2009 the Assignor has assigned to the Assignee a 16.52% or $1,000,000 portion of the Claim.

4. The administrative details of the Assignee are as follows:

   KING STREET ACQUISITION COMPANY, L.L.C.
   Contact Person:  Trade Claims
   Address:         65 East 55th Street, 30th Floor
                    New York, NY 10022
   Phone:           212-812-3140
   Fax:             646-289-7696
   E-mail:          TradeClaims@kingstreet.com

5. Please acknowledge this notice.

This notice shall be governed by and construed in accordance with the laws of England.

........................................................    ........................................................
DEUTSCHE BANK AG, LONDON BRANCH              KING STREET ACQUISITION COMPANY, L.L.C.
                                             By: King Street Capital Management, L.P.
                                               Its Manager
                                             By: King Street Capital Management GP, L.L.C.
                                               Its General Partner

                                             Bruce S. Darringer
                                             Chief Operating Officer

452-280/CERTS/2395434.1