UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
         Debtors.                                             :    (Jointly Administered)
                                                                   :
---------------------------------------------------------------------x    Ref. Docket No. 10138

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                                              ) ss.:
COUNTY OF HARTFORD  )

CRAIG FALLON, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2010, I caused to be served "Certificate of No Objection Under 28 U.S.C. 1746 Regarding Debtors' Motion for Authorization to Reject Certain Derivative Contracts Scheduled for Hearing on July 14, 2010, dated July 12, 2010 [Docket No. 10138], delivered via facsimile to the parties listed on the annexed Exhibit A.

|  |  |
|---|---|
|  | /s/ Craig Fallon |
| Sworn to before me this | Craig Fallon |
| 13th day of July, 2010 |  |
| /s/ Timothy C. Conklin |  |
| Notary Public, State of Connecticut |  |
| My Commission Expires May 31, 2014 |  |

EXHIBIT "A"

| Name | Fax |
|---|---|
| Milbank; Dennis Dunne, Evan Fleck, Dennis ODonnell | 212-530-5219 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

08-13555-mg    Doc 10175    Filed 07/14/10    Entered 07/14/10 09:57:23    Main Document
Pg 3 of 3