UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO ALL CREDITORS AND PARTIES-IN-INTEREST

  PLEASE TAKE NOTICE THAT GMAC MORTGAGE, LLC, through its counsel Steven J. Baum, P.C. hereby files this Notice of Withdrawal of Appearance in the above-referenced, jointly administered bankruptcy cases.

  1. Steven J. Baum, P.C. requests that it and including but not limited to the undersigned attorneys, be removed from the official service list for the Debtors' bankruptcy cases; and as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system.

  2. There are currently no motions, applications, or other proceedings by or against GMAC MORTGAGE, LLC pending before this Court in the Debtors' bankruptcy cases,

Respectfully submitted this 14th day of July, 2010.

STEVEN J. BAUM, P.C.

By: _____
Ehret A. Van Horn, Esq.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
Telephone: (716) 204-3427
Facsimile: (716) 204-3027

*Attorney for GMAC MORTGAGE, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned personally caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served via the Court's CM/ECF system upon the parties that have requested service on the 14th day of July, 2010.

By: _____
Ehret A. Van Horn, Esq.