# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No: 08-13555 (JMP) <br><br> EVIDENCE OF TRANSFER OF CLAIM <br> BANKRUPTCY RULE 3001(E)(2) <br><br> Jointly Administered |

PLEASE TAKE NOTICE that the claim(s) of Harmonic Alpha Plus Global Currency Fund (underlying creditor or "Transferor") against Lehman Brothers International (Europe) under the ISDA Master Agreement and Lehman Brothers Holdings Inc., as set forth below:

Lehman Brothers Holdings Inc. claim number 18547 in the amount of **$3,571,700.05**

have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claims. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby sell, assign and transfer my claims and all rights there under to USDR upon terms as set forth in the letter agreement between the parties. The clerk of the court or monitor is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** Harmonic Capital Partners LLP as investment manager for:

Harmonic Alpha Plus Global Currency Fund

Print Name: PHILIP BRIGGS    Title: MEMBER
Signature: [signed]    Date: 18 JUNE 2010
Corrected Address (if req.): HARMONIC CAPITAL PARTNERS LLP, 2 THROGMORTON AVENUE, LONDON EC2N 2DG
Phone: +44 20 7448 0345    E-Mail: phil.briggs@harmonic-capital.com

**TRANSFEREE:**
United States Debt Recovery V LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et. al<br><br>Debtors. | Case No.: 08-13555 (JMP)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**TRANSFER OF CLAIM**<br>**BANKRUPTCY RULE 3001 (2)** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E) (2)**

**Name of Proposed Transferor:**
HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND
C/O HARMONIC CAPITAL PARTNERS LLP
2 THROGMORTON AVENUE
LONDON, EC2N 2DG
UNITED KINGDOM

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk