**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                                                    :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :     **08-13555 (JMP)**
:
Debtors.                                        :     **(Jointly Administered)**
:
-----------------------------------------------------------------------x     **Ref. Docket No. 10136**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2010, I caused to be served the:

    a. "Notice of Fifty-Fourth Supplemental List of Ordinary Course Professionals," dated July 12, 2010 [Docket No. 10136], (the "Fifty-Fourth Supplemental"), and

    b. "Affidavit and Disclosure Statement of James L. Allen, on Behalf of Miller, Canfield, Paddock, and Stone, PLC," dated July 8, 2010, to which is attached as Exhibit A, (the "Miller Affidavit"),

    by causing true and correct copies of the:

    i.  Fifty-Fourth Supplemental, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed Exhibit B,

    ii. Fifty-Fourth Supplemental, to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

    iii. Miller Affidavit, to be to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/*Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
13th day of July, 2010
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                      : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   : 08-13555 (JMP)
:
                Debtors.                                      : (Jointly Administered)
:
:
------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JAMES L. ALLEN, ON BEHALF OF MILLER, CANFIELD, PADDOCK, AND STONE, PLC

STATE OF MICHIGAN    )
                                ) ss:
COUNTY OF OAKLAND    )

        James L. Allen, being duly sworn, upon his oath, deposes and says:

        1.     I am a Principal of Miller, Canfield, Paddock and Stone, PLC, located at 840 West Long Lake Road, Suite 200, Troy, MI 48098 (the "Firm").

        2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

        3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0.00 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: _____
James L. Allen

Subscribed and sworn to before me
this 8th day of July, 2010

_____
Notary Public, Macomb County
Acting in Oakland

TRACEY L. ROBINSON
Notary Public, State of Michigan
County of Macomb
My Commission Expires Dec. 12, 2014
Acting in the County of Oakland

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       : Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    : 08-13555 (JMP)
                                                            :
                          Debtors.                          : (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Miller, Canfield, Paddock and Stone, PLC

   840 West Long Lake Road, Suite 200

   Troy, MI 48098

2. Date of retention:   July 7, 2010

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Legal services on behalf of Debtors for loans held by Debtors related to commercial mortgages in default, including, but not limited to foreclosure and related legal services.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   **$300 average rate**

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   **$7,500**

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $0.00

   Date claim arose:

   Source of Claim:

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status:

   Amount of Claim: $ N/A

Date claim arose:_____

Source of claim: _____

_____

_____

_____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares:_____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: Jennifer A. Bielfield, Principal

   Status: Unknown

   _____

   Kind of shares: Series Q Convertible 7-1-11 LBHGP

   No. of shares: 25

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

    _____

11. Name of individual completing this form:

    James L. Allen

18,148,714.1\088888-03857
07/08/10 3:40 PM

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

# EXHIBIT C

ddunne@milbank.com

wfoster@milbank.com

dodonnell@milbank.com

efleck@milbank.com

paronzon@milbank.com

gbray@milbank.com

# EXHIBIT D

Odell@millercanfield.com