WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTIONS 105(a) AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Sections 105(a) and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

In accordance with the Order, the Debtors hereby file the quarterly report, which is attached hereto as <u>Exhibit A</u>, of all settlements entered into under the authority of the Order for the period from April 1, 2010 to and including July 13, 2010.

Dated: July 14, 2010
      New York, New York

                                                  /s/ Shai Y. Waisman
                                                  Shai Y. Waisman

                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  Attorneys for Debtors
                                                  and Debtors in Possession

**Exhibit A**
**(Quarterly Report)**

| Claimant | Claim # | Type of Claim | Filed Claim Amount | Claim Settlement Amount | Priority of Claim Settlement Amount |
|---|---|---|---|---|---|
| MISYS PLC | 14828 | General Unsecured | 31,084,566.00 | 15,000,000.00 | General Unsecured |
| FIR TREE VALUE MASTER FUND, L.P. | 11074 | General Unsecured | 1,103,062.50 | 1,103,062.50 | General Unsecured |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | 11073 | General Unsecured | 387,562.50 | 387,562.50 | General Unsecured |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | 22831 | General Unsecured | 362,474.92 | 362,474.92 | General Unsecured |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | 22832 | General Unsecured | 205,808.58 | 205,808.58 | General Unsecured |
| CSAM FUNDING I | 22839 | General Unsecured | 205,808.58 | 205,808.58 | General Unsecured |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD | 22840 | General Unsecured | 148,629.84 | 148,629.84 | General Unsecured |
| APOSTLE LOOMIS SAYLES CREDIT OPP. FUND | 611 | General Unsecured | 178,000.00 | 147,140.00 | General Unsecured |
| VELOCITY CLO, LTD. | 23540 | General Unsecured | 457,500.00 | 125,000.00 | General Unsecured |
| STARK MASTER FUND LTD. | 16134 | General Unsecured | 158,000.00 | 116,000.00 | General Unsecured |
| CALRYLE LOAN INVESTMENT LTD. | 27573 | General Unsecured | 344,131.26 | 104,735.60 | General Unsecured |
| CREDIT SUISSE LOAN FUNDING LLC | 22827 | General Unsecured | 86,500.00 | 86,500.00 | General Unsecured |
| RESOLUTION PARTNERS, LLC | 14935 | General Unsecured | 940,000.00 | 75,000.00 | General Unsecured |
| CRESCENT 1, LP | 14166 | General Unsecured | 76,570.00 | 51,382.50 | General Unsecured |
| CARLYLE HIGH YIELD PARTNERS IX, LTD | 27574 | General Unsecured | 134,750.00 | 45,375.00 | General Unsecured |
| BLACK DIAMOND CLO 2005-1 LTD | 31898 | General Unsecured | 103,710.48 | 32,175.00 | General Unsecured |
| CRS FUND, LTD | 14165 | General Unsecured | 41,420.00 | 27,795.00 | General Unsecured |
| HIGHLAND FLOATING RATE FUND | 4570 | General Unsecured | 23,933.36 | 23,933.96 | General Unsecured |
| LFSIGXG, LLC | 10060 | General Unsecured | 195,675.71 | 22,387.50 | General Unsecured |
| NORTHWOODS CAPITAL VII LTD | 14758 | General Unsecured | 110,166.67 | 17,461.11 | General Unsecured |
| NORTHWOODS CAPITAL V, LIMITED | 14759 | General Unsecured | 110,166.67 | 17,461.11 | General Unsecured |
| BANK OF MONTREAL | 24933 | General Unsecured | 69,847.00 | 11,495.00 | General Unsecured |