Gerald D. Constance
7225 Warren Road
Ann Arbor, Michigan 48105
(734) 662-1563

July 6, 2009

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

**Re:** United States Bankruptcy Court Southern District of New York
Lehman Brothers Holdings Inc. et al: Debtors
Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Objection to Claims (Duplicative of indenture trustee claims)

Name of Claimant:
Gerald D. Constance
7225 Warren Road
Ann Arbor, MI 48105
Basis of Claim: Investment Bond Note $10,000

I oppose the disallowance, expungement, reduction or reclassification of my claim, Claim Number 1444 filed 12/24/2008 in the amount of $10,000, asserted to be duplicative with Claim Number 7465 filed 8/6/2009. The legal basis for my objection is that I filed two claims in error. Having no legal background, I thought that I was filling out continuation forms on the original claim and not filing two separate claims. I assert my primary and initial claim dated 12/24/2008 be allowed to commence, while the 8/6/09 claim and the 9/2/2009 claim be expunged.

Sincerely,

*[signature]*

Gerald D. Constance

RECEIVED
JUL - 6 2010
U.S. BANKRUPTCY COURT, SDNY
JMP