Date: July 4, 2010

To:   The Chambers of:
      The Honorable James M. Peck
      Courtroom 601
      One Bowling Green
      New York, New York 10004



From: Richard L. Morris
      864 Saranac Lake Drive
      Apt 101
      Venice, FL 34292

In Reference to: NOTICE OF HEARING ON DEBTORS' TWENTY-OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE
TRUSTEE CLAIMS)

United States Bankruptcy Court,
Southern District Of New York
Chapter 11 Case No. 08-1355 (JMP)
Lehman Brothers Holdings Inc., et al,
(LB 745 LLC) Debtors.

Subject: Objection to the Debtors' motion to DISALLOW or EXPUNG claim number 209, filed October 17, 2008, on the grounds that it is a Duplicative of Indenture Trustee Claim.

This is to register my disagreement with the proposed action to disallow my claim, number 209, on the grounds that it is a duplicate claim. The proposed action would disallow my claim in favor of claim number 21800, which is a claim filed by the Bank of New York Mellon.

Please consider the following:

1.  Claim number 209 was filed first, on 8/17/2008, and claim number 21800 was not filed until 9/21/2009.
2.  The Bank of New York Mellon, to the best of my knowledge, does not represent me. I have not signed any document with the Bank of New York Melon, nor have I received any correspondence from them in reference to my claim.
3.  I am the legal owner of the Lehman Brothers Bonds listed on my claim. I purchased $34,000 (face value), of Lehman Brothers Holdings JR., CUSIP #524908R36 on 7/17/2007, and I still hold them in my IRA account with Morgan Stanley Smith Barney.

-1-

I can be contacted at phone number 941-492-6458, or 614-416-6748.
My email address is: morris1eng@aol.com


Respectfully,

*Richard L. Morris*
Richard L. Morris


Copies to:

Attorneys for the Debtors:
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq.


The office of:
The United States Trustee for the Southern District of New York
33 White Hall Street, 21st. Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq.

Attorneys for the official committee of unsecured creditors:
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.