# ANNETTA FARBER PUGIA
# 3 OLD TOPSFIELD ROAD
# BOXFORD, MASSACHUSETTS 01921

Dated June 29, 2010

Clerk of the Bankruptcy Court
Most Honorable James M. Peck
Court Room 601
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Dear Clerk of the Court,

Find attached my second objection to Lehman Brother's motion, case number 08-13555 (JMP) a chapter 11 bankruptcy, disallowing my claim for payment.

I have forwarded this action even thought I see no different between this notice attached to my objection and this letter and my prior answered objection to the debtors original notice?.

I not only strongly object to debtor disallowing my claim, I intent to subject to my health at that time and funds attend the hearing.

Please make sure I am advised.

Thanking you for your attention to this letter and my attached objection; I Remain,

Very Sincerely Yours,

*[signature]*

Ms. Annetta Farber Pugia

cc: consuls of record

RECEIVED
JUL - 6 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (JMP)
                                                         :
                                    Debtors.             :   (Jointly Administered)
                                                         :
------------------------------------------------------------x

MAIL ID *** 0028965902 *** LBH OB27 06-17-2010 (MERGE2,TXNUM2) 4000081932

PUGIA, ANNETTA
3 OLD TOPSFIELD RD
BOXFORD, MA 01921

**THIS IS A CORRECTED NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| TO: PUGIA, ANNETTA | | Claim Number | Date Filed | Debtor | Claim Amount |
| 3 OLD TOPSFIELD RD | Claim to be Disallowed and Expunged | 35260 | 09/28/2009 | No Case | $23,595.15 |
| BOXFORD, MA 01921 | | | | | |
| | Surviving Claim | 21805 | 09/21/2009 | 08-13555 | $314,207,499.10 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty-Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Bank of New York Mellon on behalf of itself and the holders of certain notes issued pursuant to an indenture. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on August 4, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sarah Decker, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: June 24, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

...................................................................X

In RE                                              **Chapter 11 Case**
                                                   **Number 08-13555 (JMP)**
**LEHMAN BROTHERHOLDING INC>, et al,**    *(Jointly Administered)*

*Debtor,*

...................................................................X


**NOW COMES AGAIN; ANNETTA FARBER PUGIA**
**HOLDER/CREDITOR IN THE ABOVE TITLED MATTER AND ONCE**
**AGAIN FILES AND BRINGS FORWARD HER OBJECTION TO**
**DEBTOR LEHMAN BROTHERS HOLDINGS INC. SECOND**
**CORRECTED NOTICE OF THEIR TWENTY-SEVENTH OMINIBUS TO**
**CLAIMS OF INDENTURE TRUSTEE (ATTACHED)**

*I, Annetta Farber Pugia of 3 Old Topsfield Road, Boxford, Massachusetts 01921 a citizen of the United States pleas this most honorable court does not disallow her claim:*

*Claim Number: 35260*

*Date Filed: 09/28/2009*

*Amount: $23,595.15*

   *For, But Not Limited to the Following Reasons:*

*1.) Holder Creditor is a senior living on Social Security and her claim for $23,595.15 not only represents a large sum to her, but is required by her to meet her obligations.*

*2.) Holder/creditor places reliance and assures on the debtor's claims that her investment was safe from failure before investing her funds, while the debtor knew full well that it was unable to meet its obligations and was facing financial problems and potential ruin.*

*1.*

*3.) Further, while the debtor knew it had financial problems and it took the holder/creditors investment it continued to pay its executives large salaries.*

## SUMMARY

*The debtor fail in its fiduciary duty under the prudent-man rule causing great harm to its investors, while assuring the investors through its brochures and adverting that is was acting in a prudent manner.*

*Even more the record has shown that its senior executives and officers were performing in corrupt misbehavior that went against all the rules of proper conduct for a company entrusted with the investments of its clients.*

*Therefore this most honorable court which now stands as the last court for the small investors, those investors who was led to believe they were investing their life savings/funds in a company who was acting prudent with their funds under the rule should disallow the debtor's motion in the favor of the creditor in this matter.*

*[signature]* ------ *Dated June 29, 2010*

*Annetta Farber Pugia*
*3 Old Topsfield Road*
*Boxford, Massachusetts 01921*
*(978) 887-2919*

## NOTICE OF SERVICE

*Now comes, Annetta Farber Pugia a creditor in the above titled matter and under the pains and penalties of perjury to hereby certify that I have on this date of June 29, 2010 forwarded by first class prepaid Untied States mail to debtor's, trustee and committee of unsecured creditors in this matter to the attorneys of record this second filed objection to:*

**Attorneys of Debtor**
**WEIL, GOTSHAL & MANGES LLP,**
**767 Fifth Avenue,**
**New York, New York 10153,**

*Marked to the attentions of: Attorneys Mr. Shai Y. Waisman, Mr. John O'Connor and Ms. Sarah Decker*

*And*

**The Office of the Trustee**
**For The Second District of New York**
**33 Whitehall Street, 21st Floor**
**New York, New York 1004**

*Marked to the Attentions of: Attorneys Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope*

*And*

**The Official Committee of unsecured debtors**
**Milbank, Tweed, Hadley & McCloy, LLP**
**1 Chase Manhattan Plaza**
**New York, New York 10005**

*Marked to the Attention of: Attorneys Dennis F. dunne, Dennis O'Donnell and Evan Fleck*

*Annetta F. Pugia*
**Annetta Farber Pugia**

**Dated June 29, 2010**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                            Debtors.                           :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

MAIL ID *** 0028965902 *** LBH OB27 06-17-2010 (MERGE2,TXNUM2) 4000081932
PUGIA, ANNETTA
3 OLD TOPSFIELD RD
BOXFORD, MA 01921

### THIS IS A CORRECTED NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' TWENTY- SEVENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| | | Claim Number | Date Filed | Debtor | Claim Amount |
| TO: PUGIA, ANNETTA<br>3 OLD TOPSFIELD RD<br>BOXFORD, MA 01921 | Claim to be Disallowed and Expunged | 35260 | 09/28/2009 | No Case | $23,595.15 |
| | Surviving Claim | 21805 | 09/21/2009 | 08-13555 | $314,207,499.10 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty- Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Bank of New York Mellon on behalf of itself and the holders of certain notes issued pursuant to an indenture. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on August 4, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sarah Decker, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: June 24, 2010
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION