## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

      Harbinger Capital Partners Master Fund I, Ltd., with offices at c/o Harbinger Capital Partners LLC, 450 Park Avenue, 30th Floor, New York, New York 10022-2637 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to a portion in the amount of $94,500,000 (the "Assigned Claim") of that claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $264,000,000 based on a certain Termination and Settlement Agreement dated as of May 10, 2010, being one of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 15 day of July, 2010.

Harbinger Capital Partners Master Fund I, Ltd.,
By:  Harbinger Capital Partners LLC, its investment manager

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
       Keith M. Hladek
      Authorized Signatory
Tel.: _____
      212.339.5151

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: _____
      Michael Economos
      Authorized Signatory
Title: _____
Tel.: 212.623.1997

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

      Harbinger Capital Partners Master Fund I, Ltd., with offices at c/o Harbinger Capital Partners LLC, 450 Park Avenue, 30th Floor, New York, New York 10022-2637 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to a portion in the amount of $94,500,000 (the "Assigned Claim") of that claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $264,000,000 based on a certain Termination and Settlement Agreement dated as of May 10, 2010, being one of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 15 day of July, 2010.

Harbinger Capital Partners Master Fund I, Ltd.,
By: Harbinger Capital Partners LLC, its investment manager

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: Keith M. Hladek
     Authorized Signatory
Tel.: 212.339.5181

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: 212.623.1997