UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :
                          Debtors.            :   (Jointly Administered)
                                              :
------------------------------------------------------------x   Ref. Docket No. 9183

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfer, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
Sworn to before me this                       Lauren Rodriguez
14th day of July, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
:
    Debtors.                                   :    (Jointly Administered)
:
-----------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    SULLIVAN & CROMWELL LLP
               125 BROAD STREET
               NEW YORK, NY 10004-2498


Transferee:    JP MORGAN CHASE BANK N.A.
               ATTN: SUSAN MCNAMARA
               MAIL CODE: NY1-A436
               ONE CHASE MANHATTAN PLAZA, FLOOR 26
               NEW YORK, NY 10005


**Your transfer of claim #4462 is defective for the reason(s) checked below:**

CASE NUMBER IN ERROR


Refer to docket number 9183 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 13, 2010.

# EXHIBIT B

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004-2498

JP MORGAN CHASE BANK N.A.
ATTN: SUSAN MCNAMARA
MAIL CODE: NY1-A436
ONE CHASE MANHATTAN PLAZA, FLOOR 26
NEW YORK, NY 10005

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153