**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                              :      Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :      08-13555 (JMP)
                                                                   :
                            Debtors.                          :      (Jointly Administered)
                                                                   :
----------------------------------------------------------------x      Ref. Docket Nos. 9469, 9477 &
                                                                          9959

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK   )

   LAUREN RODRIGUEZ, being duly sworn, deposes and says:

   1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

   2. On July 6, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfers, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

   3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                       */s/ Lauren Rodriguez*
Sworn to before me this           Lauren Rodriguez
13th day of July, 2010

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |   Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |   08-13555 (JMP)
                                       |
                                       |   (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   SPCP GROUP, L.L.C.
              TRANSFEROR: POPULAR HIGH-GRADE FIXED INCOME FUND, INC.
              AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND
              SILVER POINT CAPITAL OFFSHORE FUND, LTD.
              C/O SILVER POINT CAPITAL, LP
              660 STEAMBOAT ROAD,  ATTN: ADAM J. DEPANFILIS
              GREENWICH CT 06830


Additional:   SPCP GROUP, L.L.C.
              RONALD S. BEACHER, ESQ.
              DAY PITNEY LLP
              7 TIMES SQUARE
              NEW YORK NY 10036




Transferee:   HBK MASTER FUND
              C/O HBK SERVICES LLC
              ATTN: LEGAL DEPARTMENT
              2101 CEDAR SPRINGS RD, STE 700
              DALLAS TX 75201


**Your transfer   of claim #    4893    is defective for the reason(s) checked below:**

Expunged By Court Order




Docket Number 9469              Date 06/08/10


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 6, 2010.

# EXHIBIT B

```
TIME: 17:46:13                              LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 07/06/10                                  CREDITOR LISTING

Name                        Address
EFG BANK AG                 BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH  8022 SWITZERLAND
EFG BANK AG                 GREENBERG  TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
HBK MASTER FUND             C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS RD, STE 700 DALLAS TX 75201
SPCP GROUP, L.L.C.          TRANSFEROR: ARCHE MASTER FUND, L.P. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD
                            660 STEAMBOAT ROAD ATTN" ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.          TRANSFEROR: POPULAR HIGH-GRADE FIXED INCOME FUND, INC. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND
                            SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP 660 STEAMBOAT ROAD, ATTN: ADAM J. DEPANFILIS
                            GREENWICH CT 06830
SPCP GROUP, L.L.C.          RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
YORVIK PARTNERS LLP         ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UK


Total Number of Records Printed      7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153