UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
:
                            Debtors.                               :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket Nos. 10007, 10009 &
10031

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B". I also caused to be served a copy the Defective Transfers, enclosed securely in a separate postage pre-paid envelope to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
14th day of July, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  THE ROYAL BANK OF SCOTLAND PLC
             TRANSFEROR: RBS SECURITIES JAPAN LIMITED
             600 STEAMBOAT ROAD
             GREENWICH CT 06830

Additional:

Transferee:  THE ROYAL BANK OF SCOTLAND PLC
             600 STEAMBOAT ROAD
             GREENWICH CT 06830

Your transfer  of claim #  44616-06  is defective for the reason(s) checked below:

Previously Transferred

Docket Number 10007                    Date 07/02/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 13, 2010.

# EXHIBIT B

ADAR INVESTMENT FUND LTD.
ADAR INVESTMENT MANAGEMENT LLC
156 W. 56TH ST SUITE 801
ATTN: AARON MORSE, COO
NEW YORK, NY 10019

DEUTSCHE BANK AG, LONDON BRANCH
ATTN: RICH VICHAIDITH
60 WALL ST., 3RD FLOOR
NEW YORK, NY 10005

MIZUHO SECURITIES CO LTD
ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT
OTEMACHI FIRST SQUARE
1-5-1, OTEMACHI
CHIYODA-KU, TOKYO 100-0004
JAPAN

MIZUHO SECURITIES CO LTD
STROOCK & STROOCK & LAVAN LLP
ATTENTION: SHERRY MILLMAN ESQ.
180 MAIDEN LANE
NEW YORK, NY 10038

THE ROYAL BANK OF SCOTLAND PLC
TRANSFEROR: RBS SEUCURITIES JAPAN LIMITED
600 STEAMBOAT ROAD
GREENWICH, CT 06830

THE ROYAL BANK OF SCOTLAND PLC
600 STEAMBOAT ROAD
GREENWICH, CT 06830

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153