UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :
                                    **Debtors.**    :
                                                    :
---------------------------------------------------------------------x        **Ref. Docket Nos. 10012,
                                                              10015-10018, 10020-10028,
                                                              10030-10036, 10038, 10040,
                                                              10042, 10044-10049, 10051-
                                                              10055, 10057-10062, 10069-
                                                              10078, 10080-10090 & 10104**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
14th day of July, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |    Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                |
                                |    (Jointly Administered)
              Debtors.          |
                                |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   SEA PORT GROUP SECURITIES, LLC
              TRANSFEROR: POPOLARE VITA S.P.A.
              ATTN: JONATHAN SILVERMAN
              360 MADISON AVENUE, 22ND FL
              NEW YORK NY 10017

Please note that your claim # 55728-03 in the above referenced case and in the amount of
    $222,712,093.80        has been transferred (**unless previously expunged by court order**)

        TSO LLC
        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
        C/O AMANDA GOEHRING
        ASHURST LLP
        7 TIMES SQUARE
        NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10012     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2010                        Vito Genna, Clerk of Court


                                        /s/Lindsay Danas, Esq.
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 9, 2010.

# EXHIBIT B

TIME: 17:31:42
DATE: 07/09/10

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ADAR INVESTMENT FUND LTD. | ATTN: AARON MORSE, COO ADAR INVESTMENT MANAGEMENT LLC 156 W. 56TH ST SUITE 801 NEW YORK NY 10019 |
| ADAR INVESTMENT FUND LTD. | C/O ADAR INVESTMENT MANAGEMENT LLC 156 WEST 56TH STREET; SUITE 801 NEW YORK NY 10019 |
| BANCA IMI SPA | ATTN: LEGAL DEPT' P. GIORDANO DELL, 'AMORE 3 MILANO 20121 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: SECURITY PACIFIC CAPITAL LEASING CORPORATION ATTN: DANIEL CROWLEY, MANAGING DIRECTOR 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OVERSEAS LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CONDUIT CAPITAL MARKETS LTD | TRANSFEROR: SERENGETI RAPAX MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: RAKESH CHHABRA 12-13 HENRIETTA STREET LONDON WC2E 8LH UK |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING | TRANSFEROR: CREDIT SUISSE ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: GLENCORE ENERGY UK LIMITED ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CRESCENT 1, L.P. | TRANSFEROR: GLENCORE ENERGY UK LIMITED ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CRESCENT 1, L.P. | ATTN: DAVID MILLICH 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, L.P. | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLO 2020 K STREET NW WASHINGTON DC 20006 |
| CRS FUND, LTD | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| CRS FUND, LTD | ATTN: DAVID MILLICH 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022 |
| CRS FUND, LTD | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | ATTN: DAVID MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | ATTN: DAVID MILLICH 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIPER JAFFRAY FINANCIAL PRODUCTS II INC ATTN: RICH VICHAILID, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND LTD ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| FERNWOOD ASSOCIATES LLC | TRANSFEROR: SAF BTP VIE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDON |
| FERNWOOD FOUNDATION FUND LLC | TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| FERNWOOD RESTRUCTURING LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA M. ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GLENCORE ENERGY UK LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | 50 BERKELEY STREET LONDON W1J 8HD ENGLAND |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | HIGHBRIDGE CORPORATE MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | WATCHELL LIPTON ROSEN & KATZ ATTN HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL LLC | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET - 33RD FLOOR NEW YORK NY 10019 |
| IVY ASSET MANAGEMENT LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | TRANSFEROR: IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. ATTN: LEGAL DEPT ONE JERICHO PLAZA JERICHO NY 11753 |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| | C/O IVY ASSET MANAGEMENT LLC ATTN: LEGAL DEPARTMENT ONE JERICHO PLAZA JERICHO NY 11753 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:31:42
DATE: 07/09/10

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| J.P. MORGAN MARKETS LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN CHASE BANK, N.A. | ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHERINE GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | J.P. MORGAN INVESMENT MANAGEMENT, INC. C/O LEGAL DEPT. FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | 245 PARK AVENUE NEW YORK NY 10167-001 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN A. GETTLES, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. | J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT - FLOOR 4P ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | J.P MORGAN INVESTMENT MANAGEMENT, INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240-2050 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | A SERIES OF JPMORGAN INSURANCE TRUST 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, | JPMORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT - FLOOR 4P ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND | J.P. MORGAN INVESTMENT MANAGEMENT, INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT D. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND | J. P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT D. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMORGAN REAL RETURN FUND, | A SERIES OF JPMORGAN TRUST 1 245 PARK AVENUE NEW YORK NY 10167 |
| JPMORGAN REAL RETURN FUND, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN REAL RETURN FUND, | J.P MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPARTMENT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN SHORT TERM BOND FUND II, | A SERIES OF J.P. MORGAN MUTUAL FUND GROUP 245 PARK AVENUE NEW YORK NY 10167-0001 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:31:42
DATE: 07/09/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
| --- | --- |
| JPMORGAN SHORT TERM BOND FUND II, | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN SHORT TERM BOND FUND II, | J.P MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | 245 PARK AVENUE NEW YORK NY 10167-0001 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP ATTN: WILLIAM A. OLSHAN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN MARKETS LIMITED ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM Q. OLSHAN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, L.P. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN INSURANCE TRUST CORE BOND PORTFOLIO, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUND ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN REAL RETURN FUND, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN SHORT TERM BOND FUND II, ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VELOCITY CLO, LTD. C/O MACQUARIE CAPITAL USA INC, ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MOORE MACRO FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FL NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA IMI SPA 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: MOORE MACRO FUND L.P. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| PIPER JAFFRAY FINANCIAL PRODUCTS II INC | C/O PIPER JAFFRAY & CO. ATTN: REBECCA S. LAWRENCE 800 NICOLLET MALL, J13807 MINNEAPOLIS MN 55402-7020 |
| PIPER JAFFRAY FINANCIAL PRODUCTS II INC | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAF BTP VIE | JENNIFER C. DEMARCO, ESQ & JENNIFER B. PREMISLER, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SAF BTP VIE | PIERRE RAMADIER 7 RUE DU REGARD PARIS 75006 FRANCE |
| SAF BTP VIE | CORINNE CAZENAVE GNININVORO PRO BTP FINANCE 7 RUE DU REGARD PARIS 75006 FRANCE |
| SEA PORT GROUP SECURITIES LLC | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES LLC | TRANSFEROR: POPOLARE VITA S.P.A. ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SERENGETI OVERSEAS LTD | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OVERSEAS LTD | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM L.P. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| THE VARDE FUND X (MASTER) L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:31:42                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    4
DATE: 07/09/10                                           CREDITOR LISTING
```

| Name | Address |
|------|---------|
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS L.P. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND L.P. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND LP | TRANSFEROR: CRS FUND, LTD C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT STRATEGIES FUND, L.P. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD. C/O TPG CREDIT MANAGEMENT ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET MINNEAPOLIS MN 55402 |
| TPG CREDIT OPPORTUNITIES FUND LP | TRANSFEROR: CRESCENT 1, L.P. C/O TPG CREDIT MANAGEMENT LP ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH 7TH STREET |
| TSO LLC | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O AMANDA GOEHRING ASHURST LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| VELOCITY CLO, LTD. | MCDERMOTT WILL & EMERY LLP ATTN: MICHAEL PETTINGILL 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| VELOCITY CLO, LTD. | C/O TCW ASSET MANAGEMENT COMPANY 1254 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

```
Total Number of Records Printed       134
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153