UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
Debtors.                                                       :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 10108-
                                                                    10111, 10122-10127, 10133-
                                                                    10135, 10137, 10150-10151
                                                                    & 10153-10155

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                          */s/ Lauren Rodriguez*
14th day of July, 2010                           Lauren Rodriguez

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Transfers 10108-10111...10153-10155_Aff 07-13-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH (UK)
      TRANSFEROR: AGGREGATING TRUST 3, L.L.C.
      ATTN: KAIRI JAMES
      WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
      LONDON     EC2N 2DB
      UNITED KINGDOM
```

Please note that your claim # 30305-03 in the above referenced case and in the amount of
      $1,356,444.77        has been transferred **(unless previously expunged by court order)**

```
      CASPIAN SELECT CREDIT MASTER FUND LTD
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
      ATTN: SEAN MCCAHILL
      500 MAMARONECK AVENUE
      HARRISON NY 10528
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10108     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 13, 2010.

# EXHIBIT B

```
TIME: 21:20:29                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/13/10                                           CREDITOR LISTING

Name                                         Address
CASPIAN ALPHA LONG CREDIT FUND LP            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN CAPITAL PARTNERS LP                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND LTD        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MSTER FUDN LTD         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
CBW LLC                                      TRANSFEROR: CHASE RICHARDS KIBBE & ORBE LLP ONE WORKD FINANCIAL CENTER NEW YORK NY 10281
CBW LLC                                      MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORKD FINANCIAL CENTER NEW YORK NY 10281
CHASE LINCOLN FIRST COMMERCIAL               TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR
 CORPORATION                                 NEW YORK NY 10119
CREDIT SUISSE                                TRANSFEROR: UGF ASSICURAZIONI S.P.A. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FL 26 NEW YORK NY 10005
CREDIT SUISSE                                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH (UK)         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: AGGREGATING TRUST 1,L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: AGGREGATING TRUST 10, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: AGGREGATING TRUST 2, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: AGGREGATING TRUST 3, L.L.C. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: AGGREGATING TRUST 8, LLC ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
EUROVITA ASSICURAZIONI SPA                   ATTN. MRS. MARTA AVVISATI & MR. ALESSIO CAPPUSSI VIA BONCOMPAGNI, 71H ROME 00187 ITALY
EUROVITA ASSICURAZIONI SPA                   SIMMONS & SIMMONS ATTN: MR. ANDREA SURIANO VIA DI SAN BASILIO 72 ROME 00187 ITALY
FERNWOOD ASSOCIATES LLC                      TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA M. ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019
FERNWOOD FOUNDATION FUND LLC                 TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA M. ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019
FERNWOOD RESTRUCTURINGS LIMITED              TRANSFEROR: BARCLAYS BANK PLC C/O INTERMARKET CORPORATION ATTN: LAURA M. ZAKI 1370 AVENUE OF THE AMERICAS NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: YORVIK PARTNERS LLP 383 MADISON AVENUE, 3RD FL NEW YORK NY 10017
MARINER LDC                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
MERRILL LYNCH CREDIT PRODUCTS, LLC           TRANSFEROR: FERNWOOD ASSOCIATES LLC ATTN: GARY COHEN C/O BANK OF AMERICA MERRILL LYNCH GLOBAL DISTRESSED PRODUCTS
                                             ONE BRYANT PARK - BANK OF AMERICA TOWER 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC           TRANSFEROR: FERNWOOD FOUNDATION FUND LLC ATTN: GARY COHEN C/O BANK OF AMERICA MERRILL LYNCH GLOBAL DISTRESSED PRODUCTS
                                             ONE BRYANT PARK - BANK OF AMERICA TOWER 3RD FLOOR NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC           TRANSFEROR: FERNWOOD RESTRUCTURINGS LIMITED ATTN: GARY COHEN C/O BANK OF AMERICA MERRILL LYNCH GLOBAL DISTRESSED PRODUCTS
                                             ONE BRYANT PARK - BANK OF AMERICA TOWER 3RD FLOOR NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC       ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC       TRANSFEROR: EUROVITA ASSICURAZIONI SPA 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
MOUNT KELLET MASTER FUND II, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE - FLOOR 18 NEW YORK NY 10022-9139
MOUNT KELLET MASTER FUND II, LP              ATTN: MANAGING CLERK
ROTHSCHILD BANK AG                           CREDIT SUISSE ZOLLIKERSTRASSE 181 CH-8034 ZURICH
TACONIC CAPITAL PARTNERS 1.5 L.P.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE NINTH FLOOR NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE, NINTH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE, NINTH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 450 PARK AVENUE, NINTH FLOOR NEW YORK NY 10022

Total Number of Records Printed      34
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153