Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re:                                                     :        Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (JMP)
                                                           :
                              Debtors.                     :        (Jointly Administered)
                                                           :
---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK  )

     RENA K. CERON, being duly sworn, deposes and says:

     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

     On the 12th of July, 2010, I caused a copy of the following document:

STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF MOTION OF LEHMAN
COMMERCIAL PAPER INC. PURSUANT TO SECTIONS 105(a) AND
362 OF THE BANKRUPTCY CODE FOR AN ORDER ENFORCING
AUTOMATIC STAY,

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties listed on Exhibit <u>B</u> attached hereto by facsimile, and to be served upon the parties listed on Exhibit <u>C</u> attached hereto by FedEx for next business day delivery.


　　/s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before me this 15th day of July, 2010.


　　/s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2013

## Exhibit A

cball@jonesday.com; bpbarragate@jonesday.com; rengman@jonesday.com;
rmicheletto@jonesday.com; donald.malecki@bipc.com; richard.krasnow@weil.com;
jacqueline.marcus@weil.com; lori.fife@weil.com; shai.waisman@weil.com;
aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com;
adg@adorno.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com;
aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov ;
aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com;
ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
alesia.pinney@infospace.com; amarder@msek.com; AMcMullen@BoultCummings.com;
amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com;
andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; apo@stevenslee.com;
aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com;
arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com ;
arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com;
ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com;
austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com;
bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com;
bdk@schlamstone.com; bguiney@pbwt.com; bhinerfeld@sbtklaw.com;
bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com;
boneill@kramerlevin.com; bpershkow@profunds.com; Brendan.Collins@dlapiper.com ;
Brian.Corey@greentreecreditsolutions.com; brian.pfeiffer@friedfrank.com;
bromano@willkie.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com;
bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com;
cahn@clm.com; canelas@pursuitpartners.com ; carol.weinerlevy@bingham.com;
cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com;
chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com;
charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
christian.spieler@lehman.com; christopher.schueller@bipc.com; clynch@reedsmith.com;
cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com;
cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov;
cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com;
cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;
cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com;
david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com;
davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-
law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com;
dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com;
dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; douglas.bacon@lw.com;
dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com;

dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com;
drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com;
dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com;
dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com;
ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com;
egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ehret-
vanhorn@mbaum.com; ekbergc@lanepowell.com; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com;
eric.johnson@hro.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com;
esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com;
feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com;
fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
gary.ticoll@cwt.com; george.davis@cwt.com; GGraber@HodgsonRuss.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com;
gmoss@riemerlaw.com; gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
hanh.huynh@cwt.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@morganlewis.com; heim.steve@dorsey.com; heiser@chapman.com;
helmut.olivier@lehman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com;
holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com;
hsnovikoff@wlrk.com; ian.levy@kobrekim.com; icatto@kirkland.com; igoldstein@dl.com;
ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com;
isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
jafeltman@wlrk.com; james.mcclammy@dpw.com; James.Sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jar@outtengolden.com; jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com;
jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-
david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com ;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us;
jessica.fink@cwt.com; jfalgowski@reedsmith.com; jfinerty@pfeiferlaw.com;
jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;
jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com;
jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com;
jhuh@ffwplaw.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;
jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-
law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmr@msf-law.com; john.mcnicholas@dlapiper.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; joli@crlpc.com;
jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joseph.scordato@dkib.com;
joshua.dorchak@bingham.com; jowen769@yahoo.com; JPintarelli@mofo.com;
jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jstoll@mayerbrown.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com;
judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; jwhitman@entwistle-
law.com; k4.nomura@aozorabank.co.jp; karen.wagner@dpw.com;

2

KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com;
Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com;
kowens@foley.com; kpiper@steptoe.com; kressk@pepperlaw.com;
KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com;
krubin@ozcap.com; kstahl@whitecase.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com;
Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com ; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
lwong@pfeiferlaw.com; mabrams@willkie.com; MAOFILING@CGSH.COM;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.bury@lehman.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov ; matthew.klepper@dlapiper.com; matthew.morris@lovells.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com;
mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com;
metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com;
mgreger@allenmatkins.com; mhopkins@cov.com; michael.bonacker@lehman.com;
michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com;
miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mmendez@hunton.com; mmickey@mayerbrown.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpfeifer@pfeiferlaw.com;
mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com;
mschimel@sju.edu; mschonholtz@willkie.com; mshiner@tuckerlaw.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us;
ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com;
Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com;
notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com;
opetukhova@foley.com; patrick.oh@freshfields.com; patrick.schmitz-morkramer@lehman.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com;
pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com;
peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com;
pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com;
pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrostle@jenner.com; pwirt@ftportfolios.com; pwright@dl.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com;
ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@daypitney.com;
rbernard@bakerlaw.com; rbyman@jenner.com; rchoi@kayescholer.com; rdaversa@orrick.com;
relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com;
rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com;
rhett.campbell@tklaw.com; RHS@mccallaraymer.com; richard.lear@hklaw.com;

richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com;
RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com;
rnetzer@willkie.com; rnies@wolffsamson.com; rnorton@hunton.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com;
robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com ;
Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com;
rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com;
rterenzi@stcwlaw.com ; RTrust@cravath.com; russj4478@aol.com;rwasserman@cftc.gov;
rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com;
sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com;
sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com;
scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com ;
schnabel.eric@dorsey.com; schristianson@buchalter.com; Scott.Gibson@dubaiic.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov;
sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com;
sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; shgross5@yahoo.com ; shumaker@pursuitpartners.com;
sidorsky@butzel.com; slerner@ssd.com; SLoden@DiamondMcCarthy.com;
smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com;
sshimshak@paulweiss.com; steele@lowenstein.com; stephanie.wickouski@dbr.com;
steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com;
steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com;
swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov;
tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com;
TGoren@mofo.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com;
Thomas_Noguerola@calpers.ca.gov; thomaskent@paulhastings.com;
timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com;
tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com;
tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com;
ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com;
ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com;
wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net;
wcurchack@loeb.com; wheuer@dl.com; william.m.goldman@dlapiper.com ;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; woconnor@crowell.com;
wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp;
robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com; Karla.Lammers@cna.com

## **Exhibit B**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax:  (212) 668-2256

INTERNAL REVENUE SERVICE
Fax:  (212) 436-1931

**Exhibit C**

Jones Day
222 East 41st Street
New York, New York 10017
Attn: Corinne Ball
 Brett Barragate
 Richard Engman
 Robert Micheletto

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow
 Lori R. Fife
 Shai Y. Waisman
 Jacqueline Marcus

Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera
 Paul Schwartzberg
 Brian Masumoto
 Linda Riffkin
 Tracy Hope Davis

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Susheel Kirpalani

Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grand St., 20th Floor
Pittsburgh, Pennsylvania 15219-1410
Attn: Donald E. Malecki