MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711
Thomas S. Kiriakos
Michael W. Ott

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Monique J. Mulcare

*Attorneys for The Northern Trust Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10925

PLEASE TAKE NOTICE that The Northern Trust Company, through its undersigned counsel, hereby withdraws Proof of Claim No. 10925 in the amount of $1,900,638.26 filed in the above-captioned case on September 9, 2009, and requests that Epiq Bankruptcy Solutions LLC revise its official claims register accordingly.

Dated: New York, New York
July 15, 2009

                                                MAYER BROWN LLP

                                                /s/ Monique J. Mulcare
                                                Monique J. Mulcare
                                                1675 Broadway
                                                New York, New York 10019
                                                Tel. (212) 506-2500
                                                Fax (212) 262-1910

17639807