## PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

    JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CFIP MASTER FUND, LTD., with offices located at c/o Chicago Fundamental Investment Partners, LLC, 71 South Wacker Drive, Suite 3495, Chicago, Illinois 60606 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $25,000,000 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66655 which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

    The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 15th day of July, 2010.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)
Name: David A. Martinez, Authorized Signatory
Title: Associate
Tel.: _____

CFIP MASTER FUND, LTD.

By: Chicago Fundamental Investment
    Partners, LLC, its Investment Manager

By: _____
(Signature of authorized corporate officer)
Name: Steven J. Novatney
Title: General Counsel & CCO
Tel.: 312-416-4300

Harbinger Capital AA Flip to CFIP (3).DOC