B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                       (Jointly Administered)


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>Serengeti Partners LP</u>                          <u>JPMorgan Chase Bank, N.A.</u>
         Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>66575 (amending claim</u>
should be sent:                                   <u>23495 filed on 9/21/09)</u>
                                                  Amount of Claim as Filed:<u>$1,913,270.38</u>
Serengeti Partners LP                             Amount of Claim Transferred:<u>$573,981.11 (30% of</u>
c/o Serengeti Asset Management LP                 <u>amount of claim as filed)</u>
632 Broadway, 12th Floor               Date Claim Filed: <u>4/26/10</u>
New York, NY 10012                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: Shaker Choudhury

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>212-672-2248</u>                          Phone: <u>212-623-2061</u>
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


593245.1/2731-00033

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: ___7/16/10___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

593245.1/2731-00033