B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Serengeti Overseas MM L.P.</u>              <u>JPMorgan Chase Bank, N.A.</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee should be sent:

Serengeti Overseas MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>212-672-2248</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>66576 (amending claims 23492 filed on 9/21/09, and 23493 filed on 9/21/09)</u>
Amount of Claim as Filed: <u>$1,527,932.09</u>
Amount of Claim Transferred: <u>$1,069,552.46 (70% of amount of claim as filed)</u>
Date Claim Filed: <u>4/26/10</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>212-623-2061</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

593263.1/2731-00033

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 7/16/10

Transferee/Transferee's Agent
Wai-Yen Lau
Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

593263.1/2731-00033