MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. (312) 782-0600
Fax (312) 701-7711
Thomas S. Kiriakos
Michael W. Ott

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Monique J. Mulcare

*Attorneys for The Northern Trust Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on July 16, 2010, I caused copies of the Notice of Withdrawal of Proof of Claim No. 10925 (the "Notice") to be served by hand delivery upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.).

17640039

I further certify that on July 16, 2010, I caused copies of the Notice to be served by United Parcel Service Next Day Air upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.), and (iii) Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, New York 10017 (Attn: Claims Processing).

I further certify that on July 15, 2010, I caused electronic mail filing notification of the Notice to be served upon all attorneys of record registered to receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         July 16, 2010

                                                            /s/ James Hennessey
                                                                James Hennessey

17640039                                    2