WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
                                        :
-------------------------------------------------------------------x
```

**NOTICE OF FIFTY-FIFTH SUPPLEMENTAL LIST**
**OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that in accordance with the Amended Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, entered on March 25, 2010 (the "Amended Order") [Docket. No. 7822],[1] Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to the Amended Order to include the professionals set forth on the list annexed hereto as Exhibit 1 (the "Fifty-Fifth Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Amended Order.

US_ACTIVE:\43449844\01\58399.0008

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Fifty-Fifth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, the Debtors will serve this Notice, together with the Fifty-Fifth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, objections, if any, to the retention of ordinary course professionals identified on the Fifty-Fifth Supplemental List must be filed with the Court and served upon the undersigned attorney for the Debtors within 10 days of the date of service of this Notice.  Unless timely objections are received, the Fifty-Fifth Supplemental List shall be deemed approved by the Court and the professionals identified therein shall be deemed to be ordinary course professionals within the purview of the Amended Order, without the necessity of a hearing.

Dated: July 16, 2010
      New York, New York

           /s/ Richard P. Krasnow
           Richard P. Krasnow

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

# Exhibit 1

## Fifty-Fifth Supplemental List of Proposed Professionals to be Employed in the Ordinary Course of Business

| Professional | Nature of Services |
|---|---|
| Blake Dawson<br>Level 32, Exchange Plaza<br>2 The Esplanade<br>Perth, Western Australia | Legal services with respect to credit and security arrangements under Australian law. |

# EXHIBIT A

**(Ordinary Course Professional Affidavit)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                                                 :
                           Debtors.                              :    (Jointly Administered)
                                                                 :
BLAKE DAWSON                                                     :

AFFIDAVIT AND DISCLOSURE STATEMENT OF STEPHEN PETER SKINNER,
ON BEHALF OF BLAKE DAWSON, AUSTRALIAN LAW FIRM

STATE OF   WESTERN AUSTRALIA)
CITY OF    PERTH), being duly sworn, upon his oath, deposes and says:

1. I am a partner of Blake Dawson located at Level 32, Exchange Plaza, 2 The Esplanade, Perth, Western Australia ("the Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In

210411680_2

addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.  Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.  The Debtors do not owe the Firm any moneys for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me this 13th day of July 2010.

_____
Notary Public

JOHN PAUL TESTAFERRATA OLIVIER
NOTARY PUBLIC
PERTH AUSTRALIA

210411680_2

# EXHIBIT B

## (Retention Questionnaire)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)

Debtors. : (Jointly Administered)

BLAKE DAWSON

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jennifer Sapp
Christopher Stauble

All questions **must** be answered. Please use "none", "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

The firm is an Australian firm with offices in Australia and abroad. The principal offices which will be involved in this matter are our Brisbane office (Level 36, 123 Eagle Street, Brisbane, Queensland) and our Perth office (Level 32, Exchange Plaza, 2 The Esplanade, Perth, Western Australia).

2. Date of retention: 8 July 2010

3. Type of services provided (accounting, legal, etc.):

Legal services

210411772_2

4. Brief description of services to be provided:

The firm is to advise generally on the Australian law aspects of the credit and security arrangements the subject of a settlement agreement dated 25 June 2010 entered into among Norton Gold Fields Limited (**Company**), Norton Gold Holdings Pty Ltd, Paddington Gold Pty Ltd (**Paddington Gold**) and Norton Gold Mine Pty Ltd (together the **Norton Group Companies**) and Lehman Brothers Commercial Corporation. In 2007, the Company issued convertible notes (due August 2011) (**Original Note Issue**). The Original Note Issue is secured by a package of security documents granted by the Norton Group Companies, including:

(a) a first priority fixed and floating charge over all of the Norton Group Companies' present and future rights, properties and undertakings in Australia; and

(b) a first priority mortgage over all mining tenements held by Paddington Gold in Western Australia (**Current Security Documents**).

As part of the settlement arrangements, the Company is to make a promissory note issue (**Proposed Note Issue**) secured by (i) the Current Security Documents (which would be amended and supplemented) or alternatively (ii) a new package of security documents granted by the Norton Group Companies to secure the Proposed Note Issue. The firm will draft:

(a) as required, amendment and/or amendment and restatement deeds recording amendments to the existing note documents, security trust deed and Current Security Documents; and

(b) any other documents (including new security documents and any required intercreditor agreement) required to implement the Australian law aspects of the arrangements.

5. Arrangements for compensation (hourly, contingent, etc.)

Standard rates charged by Blake Dawson recorded in Annexure A.

(a) Average hourly rate (if applicable):

Not applicable

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

       Not applicable

6.    Prepetition claims against the Debtors held by the firm – Not applicable:

7.    Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

       Not applicable

8.    Stock of the Debtors currently held by the firm:

       Not applicable

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

       Not aware after making due enquiry

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

       None.

11.    Name of individual completing this form:

       Stephen Peter Skinner, Partner

*[signature]*

STEPHEN SKINNER
PARTNER
13 July 2010

210411772_2

# Annexure A – Blake Dawson Fee Rates (AUD)

SFR Summary by Office - Effective 1 July 2010

Blake Dawson
Standard Fee Rates by Office by Role - Excluding GST
Effective 1 July 2010

| | | WA | NSW | VIC | SA | QLD | ACT | All Offices |
|---|---|---|---|---|---|---|---|---|
| Partner | Minimum | 575 | 650 | 650 | 625 | 560 | 625 | 575 |
| | Maximum | 700 | 850 | 800 | 625 | 600 | 675 | 850 |
| Consultant | Minimum | n/a | 490 | 680 | n/a | 520 | n/a | 490 |
| | Maximum | n/a | 800 | 680 | n/a | 600 | n/a | 800 |
| Special counsel | Minimum | 480 | 600 | 610 | n/a | 510 | 590 | 480 |
| | Maximum | 560 | 800 | 620 | n/a | 580 | 650 | 800 |
| Senior associate | Minimum | 480 | 430 | 440 | 480 | 420 | 410 | 410 |
| | Maximum | 560 | 660 | 640 | 540 | 520 | 560 | 660 |
| Lawyer | Minimum | 320 | 330 | 320 | 400 | 300 | 310 | 300 |
| | Maximum | 420 | 470 | 470 | 400 | 410 | 390 | 470 |
| Graduate | Minimum | 260 | 290 | 270 | n/a | n/a | 230 | 230 |
| | Maximum | 260 | 290 | 270 | n/a | n/a | 230 | 290 |
| Paralegal | Minimum | 120 | 120 | 120 | n/a | 120 | n/a | 120 |
| | Maximum | 520 | 310 | 300 | n/a | 270 | n/a | 520 |
| Minimum Standard Fee Rate | | 120 | 120 | 120 | 400 | 120 | 230 | 120 |
| Maximum Standard Fee Rate | | 750 | 850 | 800 | 575 | 600 | 675 | 850 |

*Note:*
The above summary excludes rates application to members of the National Tax team and Len Hertzman (Tax Partner in Perth C&C Team).

Blake Dawson
Standard Fee Rates by Office by Role - Including GST
Effective 1 July 2010

| | | WA | NSW | VIC | SA | QLD | ACT | All Offices |
|---|---|---|---|---|---|---|---|---|
| Partner | Minimum | 632.50 | 715.00 | 715.00 | 687.50 | 616.00 | 687.50 | 632.50 |
| | Maximum | 770.00 | 935.00 | 880.00 | 687.50 | 660.00 | 742.50 | 935.00 |
| Consultant | Minimum | n/a | 539.00 | 748.00 | n/a | 572.00 | n/a | 539.00 |
| | Maximum | n/a | 880.00 | 748.00 | n/a | 660.00 | n/a | 880.00 |
| Special counsel | Minimum | 528.00 | 660.00 | 671.00 | n/a | 561.00 | 649.00 | 528.00 |
| | Maximum | 616.00 | 880.00 | 682.00 | n/a | 638.00 | 715.00 | 880.00 |
| Senior associate | Minimum | 528.00 | 473.00 | 484.00 | 528.00 | 462.00 | 451.00 | 451.00 |
| | Maximum | 616.00 | 726.00 | 704.00 | 594.00 | 572.00 | 616.00 | 726.00 |
| Lawyer | Minimum | 352.00 | 363.00 | 352.00 | 440.00 | 330.00 | 341.00 | 330.00 |
| | Maximum | 462.00 | 517.00 | 517.00 | 440.00 | 451.00 | 429.00 | 517.00 |
| Graduate | Minimum | 286.00 | 319.00 | 297.00 | n/a | n/a | 253.00 | 253.00 |
| | Maximum | 286.00 | 319.00 | 297.00 | n/a | n/a | 253.00 | 319.00 |
| Paralegal | Minimum | 132.00 | 132.00 | 132.00 | n/a | 132.00 | n/a | 132.00 |
| | Maximum | 572.00 | 341.00 | 330.00 | n/a | 297.00 | n/a | 572.00 |
| Minimum Standard Fee Rate | | 132.00 | 132.00 | 132.00 | 440.00 | 132.00 | 253.00 | 132.00 |
| Maximum Standard Fee Rate | | 825.00 | 935.00 | 880.00 | 632.50 | 660.00 | 742.50 | 935.00 |

*Note:*
The above summary excludes rates application to members of the National Tax team and Len Hertzman (Tax Partner in Perth C&C Team).

210411772_2