**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|   |   |
|---|---|
| In re | : |
|   | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
|   | : |
| Debtors. | : |
|   | : |

:     **Chapter 11 Case No.**

:     **08-13555 (JMP)**

:     **(Jointly Administered)**

-----------------------------------------------------------------------x     **Ref Docket Nos. 4271, 10226**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2010, I caused to be served the:

   a. "Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form," dated July 2, 2009 [Docket No. 4271], and
   b. "Order Granting Motion for Authorization to Reject Certain Derivatives Contracts," dated July 15, 2010 [Docket No. 10226],

   by causing true and correct copies to be enclosed securely in postage pre-paid envelope and delivered via overnight mail to the parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                  /s/ Panagiota Manatakis
                                  Panagiota Manatakis

Sworn to before me this
16th day of July, 2010
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

BISGAIER FAMILY LLC
3605 TANGLEWOOD DRIVE
ANN ARBOR, MI 48105-9534

ROGER NEWTON & COCO NEWTON
JTWRS
3672 PROSPECT ROAD
ANN ARBOR, MI 48105-9534

SPECTRUM INVESTMENT PARTNERS
INTERNATIONAL LTD.
ATTN: JEFFREY A. SCHAFFER
C/O SPECTRUM GROUP MANAGEMENT LLC
1250 BROADWAY SUITE 810
NEW YORK, NY 10001

SPECTRUM INVESTMENT PARTNERS
INTERNATIONAL LTD.
ATTN: STEPHEN C. JACOBS
C/O SPECTRUM GROUP MANAGEMENT LLC
1250 BROADWAY SUITE 810
NEW YORK, NY 10001

THE ESPERANCE FAMILY FOUNDATION
3672 PROSPECT ROAD
ANN ARBOR, MI 48105-9534