# EXHIBIT P

*Exhibit 1*
*RSL Price line and Value line calculation*



*Exhibit 4*
*Lehman Brothers RSL Analyst Publication Chronology*

**CHRONOLOGY
LEHMAN BROTHERS PUBLICATIONS
REGARDING ANALYSTS' RESEARCH
ON RSL COMMUNICATIONS = FULL REPORTS**

| DATE | DESCRIPTION OF ANALYSTS' RESEARCH PUBLISHED | Rating | Target Price | Price Quote | Doc Nos |
|---|---|---|---|---|---|
| 04/30/99 | FULL REPORT = "Europe Engine Keeps Performing, Delta Three Coming to Forefront" | 1-Buy | $55 | $31-7/8 | 001833-35 |
| 05/21/99 | FULL REPORT = "Real Cheap On Mixed Signals; Strongly Reiterate Buy" | 1-Buy | $55 | $24-1/2 | 001836-38 |
| 06/28/99 | FULL REPORT = "Selling Overdone, Europe Tracking Strong" | 1-Buy | $55 | $20 | 017148-50 |
| 07/09/99 | FULL REPORT = "Expect a Strong Second Quarter in Europe; Reiterate Buy Rating" | 1-Buy | $55 | $18-5/8 | 001839-40 |
| 07/27/99 4:42AM | FULL REPORT = "Europe Delivers The Growth, Bull Case Intact" | 1-Buy | $55 | $20-11/16 | 001849-51 |
| 08/11/99 | FULL REPORT = "Integrated Voice/Data Strategy Accelerates" | 1-Buy | $40 (from $55) | $14-1/4 | 001852-55 |
| 09/07/99 3:56PM | FULL REPORT = "Files Delta Three IPO, Upside To Sum of the Parts" | 1-Buy | $40 | $20-3/16 | 001861-63 |
| 11/01/99 10:25AM | FULL REPORT = "Strong Europe vs. Weak US in Q3, Adj. Est." | 1-Buy | $40 | $21-5/16 | 001887-89 |
| 02/25/00 | FULL REPORT = "Lower Estimates & Maintain Buy On Sum of the Parts" | 1-Buy | $35 (from $40) | $17-1/8 | 019714-17 |
| 03/02/00 | FULL REPORT = "Europe Solid Again in Q4, Reiterate Buy on Sum of the Parts" | 1-Buy | $40 | $21.50 | 024823-26 |
| 03/09/00 | FULL REPORT = "Spanish LMDS License = Catalyst To Big Sum of the Parts" | 1-Buy | $40 | $27-1/4 | 024914-16 |
| 03/10/00 | FULL REPORT = "Going End to End in Spain, Up Target to $50" | 1-Buy | $50 (from $40) | $31.77 | 025103-06 |
| 05/05/00 1:40PM | FULL REPORT = "Asset Sales in Full Swing, Retain Buy" | 1-Buy | $50 | $15-1/2 | 001925-28 |

*NOTE: This table represents a compilation of data faithfully transcribed by Plaintiffs' Counsel from documents produced by Defendants in response to document requests made in this matter.*