THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS
OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN
THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO
DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, AT 214-746-7700.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    **08-13555 (JMP)**
                                                       :
                                     Debtors.          :    (Jointly Administered)
-------------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
## OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

PLEASE TAKE NOTICE that on July 19, 2010, Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their thirty-first omnibus objection to claims (the

"Debtors' Thirty-First Omnibus Objection to Claims"), and that a hearing (the "Hearing") to

consider the Debtors' Thirty-First Omnibus Objection to Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 1, 2010 at 2:00 p.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Thirty-First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **August 19, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Thirty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Thirty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: July 19, 2010
      New York, New York

                          /s/ Shai Y. Waisman
                          Shai Y. Waisman
                          Randi W. Singer

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

**HEARING DATE AND TIME: September 1, 2010 at 2:00 p.m. (Eastern Time)**
**RESPONSE DEADLINE: August 19, 2010 at 4:00 p.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                  :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                       :
                             Debtors.                  :    **(Jointly Administered)**
-------------------------------------------------------------------x

**DEBTORS' THIRTY-FIRST OMNIBUS**
**OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

**Relief Requested**

1.      The Debtors file this thirty-first omnibus objection to claims (the "Thirty-First Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order disallowing and expunging the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "Insufficient Documentation Claims") and have determined that the Insufficient Documentation Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were not submitted with supporting documentation or an explanation as to why such documentation was unavailable.  Therefore, the Insufficient Documentation Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any other basis to any Insufficient Documentation Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.       Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

1015(b).  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.       On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.       On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.       On July 2, 2009, this Court entered the Bar Date Order, which requires,

among other things, that "each Proof of Claim must:  . . . (vi) include supporting documentation

or an explanation as to why documentation is not available . . . ."  (Bar Date Ord. at 6.)

Furthermore, the Bar Date Order provides that "any holder of a claim against the Debtors who is

required, but fails to file a proof of such claim in accordance with the Bar Date Order on or

before the Bar Date . . . specifying the applicable Debtor and other requirements set forth herein,

shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or

filing a Proof of Claim with respect thereto) . . . ." (*Id.* at 9-10.)  A copy of the Bar Date Order

was made publicly available at http://www.lehman-docket.com.

9.    Claimants also received notice of the Bar Date Order via mail and as

posted on the docket.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date

Notice")).)  In the Bar Date Notice, which was also published in The New York Times

(International Edition), The Wall Street Journal (International Edition), and The Financial Times,

claimants were specifically instructed that, "[i]f you file a Proof of Claim, your filed Proof of

Claim must: . . . (vi) include supporting documentation or an explanation as to why

documentation is not available . . . ."  (Bar Date Notice at 4.)  The Bar Date Notice also

prominently stated in bold-face type that "any creditor who fails to file a Proof of Claim in

accordance with the Bar Date Order on or before the Bar Date . . . specifying the applicable

Debtor and other requirements set forth in the Bar Date Order, for any claim such creditor holds

or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from

asserting such claim (and from filing a Proof of Claim with respect to such claim) . . . ."  (*Id.* at

6.)

10.    On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

## The Insufficient Documentation Claims Should Be Disallowed and Expunged

11.    In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the claims on

Exhibit A as claims that should be disallowed and expunged on the basis that they do not include

any supporting documentation or an explanation as to why such documentation is unavailable

and, therefore, do not constitute valid *prima facie* claims.

12.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.    The Bar Date Order specifically requires that "each Proof of Claim ***must***:

. . . (vi) include supporting documentation or an explanation as to why documentation is not

available . . . ." (Bar Date Ord. at 6 (emphasis added).) This requirement for proofs of claim is

not a unique one. Indeed, this Court and others in the Southern District of New York have

entered similar orders requiring that proofs of claim include supporting documentation or an

explanation as to why documentation is unavailable. (*See* Oct. 20, 2009 Ord. [Dkt. No. 316] at

6, *In re Finlay Enterprises, Inc.*, No. 09-14873 (JMP) (Peck, J.); *see also* Oct. 14, 2009 Ord. at 2-

3, *In re AGT Crunch Acquisition LLC, et al.*, No. 09-12889 (REG) (Gerber, J.).) The Insufficient

Documentation Claims do not satisfy these requirements.

14.    Claimants were specifically provided notice of these requirements.

Claimants received notice of the Bar Date Order, which included instructions on how to

complete their proof of claim forms and a warning that failure to comply with those instructions

would result in their claims being barred. (*See* Bar Date Notice at 4, 6.) Nevertheless, these

claimants filed the Insufficient Documentation Claims and failed to attach supporting

documentation or an explanation as to why such documentation is unavailable.

15.    Moreover, the Insufficient Documentation Claims do not constitute valid *prima facie* claims because they contain insufficient supporting documentation.  The burden of persuasion is on the holders of the Insufficient Documentation Claims to establish a valid claim against the Debtors, and they have not, and cannot, meet that burden.  *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 174 (3d Cir. 1992).  For a proof of claim to be legally sufficient, it must:  (a) "be in writing;" (b) "make a demand upon the debtor's estate;" (c) "express the intent to hold the debtor liable for the debt;" (d) "be properly filed;" and (e) "be based upon facts [that] would allow, as a matter of equity . . . the document [to be] accepted as a proof of claim." *First Nat'l Bank of Fayetteville, Ark. v. Circle J. Dairy, Inc.* (*In re Circle J Dairy, Inc.*)*,* 112 B.R. 297, 299-300 (Bankr. W.D. Ark. 1990).  If a claim fails to comply with each of the foregoing requirements, it is not entitled to *prima facie* validity under Bankruptcy Rule 3001.  *Ashford v. Consolidated Pioneer Mortgage* (*In re Consolidated Pioneer Mortgage*), 178 B.R. 222, 226 (9th Cir. BAP 1995), *aff'd,* 91 F.3d 151 (9th Cir. 1996).

16.    The Insufficient Documentation Claims contain insufficient factual support on which this Court could reasonably rely to accept the proof of claim as *prima facie* valid.  Furthermore, by comparing the information contained on the Insufficient Documentation Claims with the Debtors' schedules (including using combinations of the creditor's name and address, common abbreviations, and d/b/a and f/k/a information), the Debtors have confirmed that the Debtors' schedules do not reflect claims or amounts for claimants holding Insufficient Documentation Claims.  Because the Insufficient Documentation Claims are not sufficiently substantiated, no *prima facie* validity attaches to such claims.

17.    Because the Insufficient Documentation Claims fail to comply with the Bar Date Order's specific direction that claims include supporting documentation or an

explanation as to why such documentation is unavailable, and, therefore, do not constitute valid

*prima facie* claims, the Debtors request that the Court disallow and expunge in their entirety the

Insufficient Documentation Claims listed on <u>Exhibit A</u>.

### <u>Notice</u>

18.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Thirty-First Omnibus Objection to Claims, in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9635], on:  (i) each

claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors'

Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service;

(vi) the United States Attorney for the Southern District of New York; and (vii) all parties who

have requested notice in these chapter 11 cases.  The Debtors submit that no other or further

notice need be provided.

19.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: July 19, 2010
       New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AKTIA BANK PLC ATTN: LEGAL & COMPLIANCE DEPARTMENT PO BOX 207 HELSINKI, FIN-00101 FINLAND | 08-13555 (JMP) | 08/31/2009 | 9834 | $4,753,320.00 | Insufficient Documentation Claim |
| 2 | ALLRED, KATHRYN L. 1426 N BUTLER AVE INDIANAPOLIS, IN 46219 | | 09/01/2009 | 10018 | $7,500.00 | Insufficient Documentation Claim |
| 3 | ALONSO, EDUARDO P.O. BOX 1500 SAN JOSE, 1000 COSTA RICA | 08-13555 (JMP) | 09/22/2009 | 31132 | $21,125.00 | Insufficient Documentation Claim |
| 4 | ALWEIS, EDWARD J. & MARY 7639 TARPON COVE CIRCLE LAKE WORTH, FL 33467 | | 08/13/2009 | 8175 | $5,000.00 | Insufficient Documentation Claim |
| 5 | AMMANN, FREDERIC D. & JUDITH E. LUCHSINGER O/T RABY MARITAL TRUST DATED 5-7-90 1825 HARTLEY ST LAKEPORT, CA 95453 | | 08/13/2009 | 8221 | $10,000.00 | Insufficient Documentation Claim |
| 6 | BAER, MARCELO A. TEDSORO GARCIA 1783 P15016 BUENOS AIRES, 1426 ARGENTINA | 08-13555 (JMP) | 09/01/2009 | 10012 | $57,600.00 | Insufficient Documentation Claim |
| 7 | BALL, WILLIAM 4275 CANTERBURY WALK DRIVE DULUTH, GA 30097 | | 08/25/2009 | 9393 | Undetermined | Insufficient Documentation Claim |
| 8 | BERKENFELD, STEVEN 4 PHAETON DRIVE MELVILLE, NY 11747 | | 09/18/2009 | 16259 | Undetermined | Insufficient Documentation Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 9 | BERLINER, ALEXANDER AND MILDRED<br>2729 PUTNAM ST<br>COLUMBIA, SC 29204-2621 | 08-13555 (JMP) | 08/24/2009 | 9028 | $5,000.00 | Insufficient Documentation Claim |
| 10 | BERMAN, PETER<br>105 SOUTH 12TH STREET, UNIT 305<br>PHILADELPHIA, PA 19107 | 08-13555 (JMP) | 09/22/2009 | 31104 | $1,000,000.00 | Insufficient Documentation Claim |
| 11 | BERNSTEIN, LEONARD<br>2529 EAST 23ST<br>BROOKLYN, NY 11235 | | 07/21/2009 | 5836 | $16,071.00 | Insufficient Documentation Claim |
| 12 | BETHEM, MARY JO<br>4760 PIN OAK RD<br>AKRON, OH 44333 | | 08/24/2009 | 9196 | $11,200.39 | Insufficient Documentation Claim |
| 13 | BIESTY, JOHN<br>1410 AUGUST RD.<br>NORTH BABYLON, NY 11703 | | 08/20/2009 | 8791 | $9,147.60 | Insufficient Documentation Claim |
| 14 | BOLAND, DONALD E.<br>2333 DIVOT DR<br>ST. LOUIS, MO 63131 | | 08/31/2009 | 9938 | $6,265.55 | Insufficient Documentation Claim |
| 15 | BORGMEIER, RICHARD W. & CAROL R. TTEES<br>R&C BORGMEIER FAM. TRUST<br>4260 FOOTHILL DRIVE<br>BOUNTIFUL, UT 84010 | | 08/24/2009 | 9096 | $25,000.00 | Insufficient Documentation Claim |
| 16 | BROUGHTON, JERRY M, IRA<br>11590 HIGHWAY 104<br>FAIRHOPE, AL 36532 | | 09/21/2009 | 25451 | $4,359.93 | Insufficient Documentation Claim |
| 17 | BROWN, EDWARD D AND VERGENE D<br>REV TRUST DTD 11/16/94<br>EDWARD D + VERGENE D BROWN TTEES<br>1514 E CAMPO BECCO DR<br>PHOENIX, AZ 85022-2023 | | 08/03/2009 | 7268 | $12,500.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 18 | BROZGAL, EDITH J. APT 4-D 531 S. TERRACE DRIVE ALTOONA, PA 16602 | | 08/12/2009 | 8063 | $2,000.00 | Insufficient Documentation Claim |
| 19 | BSM BASILIKA STIFTUNG FRANZ-JOSEF-OEHRI-STRASSE 6 MAUREN, LI-9493 LIECHTENSTEIN | 08-13555 (JMP) | 09/18/2009 | 18577 | $28,600.00 | Insufficient Documentation Claim |
| 20 | BUFFETE COMERCIAL S.A. 401 B STREET, SUITE 920 SAN DIEGO, CA 92101 | 08-13555 (JMP) | 08/17/2009 | 8456 | $250,000.00 | Insufficient Documentation Claim |
| 21 | BURGOS, ALEX COSME RIPALDA 8424 NW 56TH ST SUITE GYE 1020 MIAMI, FL 33130 | | 09/02/2009 | 10131 | $25,748.00 | Insufficient Documentation Claim |
| 22 | CAFFREY, KENNETH 30 VILLAGE ROAD SEA BRIGHT, NJ 07760 | 08-13555 (JMP) | 09/21/2009 | 25600 | $50,000.00 | Insufficient Documentation Claim |
| 23 | CAGLIERO, ROBERT J. 5280 - 302 WEST HARBOR VILLAGE DR. VERO BEACH, FL 32967-7362 | | 09/22/2009 | 32535 | $25,000.00 | Insufficient Documentation Claim |
| 24 | CAHALL, DOLORES 2109 WALES CT LAKELAND, FL 33810-6232 | | 08/17/2009 | 8445 | $10,000.00 | Insufficient Documentation Claim |
| 25 | CAHALL, ROBERT 2109 WALES CT LUKELAND, FL 33810-6232 | | 08/14/2009 | 8332 | $20,000.00 | Insufficient Documentation Claim |
| 26 | CAHALL, ROBERT 2109 WALES CT LUKELAND, FL 33810-6232 | | 08/17/2009 | 8446 | $10,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 27 | CELADA, FERNANDO #2820<br>COL. VALLARTA NORTE<br>GUADALAJARA, JAL, 44690<br>MEXICO | | 08/12/2009 | 8075 | $153,000.00 | Insufficient Documentation Claim |
| 28 | CHAN CLARA HENG YEE<br>NO. 28 MOUNT BUTLER DIRVE<br>2/F JARDINE COURT<br>TAI HANG<br>HONG KONG,<br>HONG KONG | 08-13555<br>(JMP) | 09/21/2009 | 24667 | $100,000.00 | Insufficient Documentation Claim |
| 29 | CHANG, PAUL DR.<br>845 HERITAGE HILLS<br>SOMERS, NY 10589 | | 08/12/2009 | 8052 | $30,000.00 | Insufficient Documentation Claim |
| 30 | CHONG, PUI JIN<br>74-76, INDIA STREET<br>PO BOX 929<br>KUCHING, SARAWAK, 93718<br>MALAYSIA | | 09/22/2009 | 33548 | $400,000.00 | Insufficient Documentation Claim |
| 31 | CHRISTIE, BEVERLY A.<br>#12 KUMQUAT LANE<br>RPV<br>RPV, CA 90275 | 08-13555<br>(JMP) | 08/13/2009 | 8200 | $4,420.99 | Insufficient Documentation Claim |
| 32 | CNBT<br>101 E. DIAMOND ST<br>P.O. BOX 2147<br>BUTLER, PA 16003-2147 | 08-13555<br>(JMP) | 09/19/2009 | 19582 | $125,000.00 | Insufficient Documentation Claim |
| 33 | COCKERILL, LOUISE ANN<br>104 E COOKE AVE<br>GLENOLDEN, PA 19036 | | 09/22/2009 | 31321 | $3,000.00 | Insufficient Documentation Claim |
| 34 | COHEN, DONN I.<br>700 NEW HAMPSHIRE AVENUE, NW<br>WASHINGTON, DC 20037 | | 09/19/2009 | 19574 | $577,408.00 | Insufficient Documentation Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 35 | COLLINS, CHESTER C.<br>110 N. LYLES AVE.<br>LANDRUM, SC 29356 | | 09/18/2009 | 18197 | $10,000.00 | Insufficient Documentation Claim |
| 36 | DAWSON, JANIE ESTATE OF<br>BARBARA KURTZ<br>1267 SOUTH OAK LAWN DR<br>FOREST, VA 24551 | | 08/17/2009 | 8414 | $5,000.00 | Insufficient Documentation Claim |
| 37 | DECKELMAN, MICHAEL F.<br>10238 HARVEST FIELDS DR<br>WOODSTOCK, MD 21163 | | 08/27/2009 | 9520 | $14,064.00 | Insufficient Documentation Claim |
| 38 | DEE, JOHN F., TTE<br>JOHN DEE & MABEL DEE TRUST<br>W268 N 1935A SHOOTING STAR RD.<br>PEWAUKEE, WI 53072 | 08-13555<br>(JMP) | 08/17/2009 | 8510 | $25,420.00 | Insufficient Documentation Claim |
| 39 | DENHAM, ANDREWLENE B<br>8719 BAY VIEW DRIVE<br>FOLEY, AL 36535 | | 08/03/2009 | 7235 | $5,000.00 | Insufficient Documentation Claim |
| 40 | DENSEL, BENJAMIN<br>7548 DERBYBORO DR. SE<br>CALEDONIA, MI 49316 | | 08/03/2009 | 7252 | $5,000.00 | Insufficient Documentation Claim |
| 41 | DEPALMA, MARY J.<br>8239 LONGDEN CIR<br>CITRUS HEIGHTS, CA 95610-0813 | | 08/24/2009 | 9054 | $10,000.00 | Insufficient Documentation Claim |
| 42 | DESOUZA, DONNA<br>4400 BRITLEY LANE<br>HARRISBURG, NC 28075 | 08-13555<br>(JMP) | 08/28/2009 | 9654 | $10,000.00 | Insufficient Documentation Claim |
| 43 | DISHLER, LANA A AND ARNOPOL, GAIL<br>H, JTWROS<br>137 MAHOGANY WAY<br>LANSDALE, PA 19446 | | 09/21/2009 | 25308 | $20,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 44 | DOLAN, JOANN J. 1118 WATERFALL LANE LAKELAND, FL 33803-7915 | 08-13555 (JMP) | 08/03/2009 | 7198 | $96.00 | Insufficient Documentation Claim |
| 45 | EDELMANN, STEPHEN AND JACQUELINE 896 TYNER STREET INCLINE VILLAGE, NV 89451 | 08-13555 (JMP) | 09/22/2009 | 31084 | $5,000.00 | Insufficient Documentation Claim |
| 46 | EINSIDLER, FREDERICK 711 SHORE RD. APT 3D LONG BEACH, NY 11561 | | 09/21/2009 | 25592 | $46,141.48 | Insufficient Documentation Claim |
| 47 | ELDRED, JANET E. 342 OAKLAND AVENUE BELLMAWR, NJ 08031-2710 | 08-13555 (JMP) | 08/21/2009 | 8891 | $18,676.69 | Insufficient Documentation Claim |
| 48 | ELDRED, JANET E. 342 OAKLAND AVENUE BELLMAWR, NJ 08031-2710 | 08-13555 (JMP) | 08/21/2009 | 8892 | $10,856.59 | Insufficient Documentation Claim |
| 49 | ESQUER, GILDA SONORA 544 PTE CD OBNEGON, SONORA, MEXICO | | 09/21/2009 | 24116 | $60,000.00 | Insufficient Documentation Claim |
| 50 | FEHL FAMILY TRUST CAROLINE E. COULSTON ESQ., EXECUTOR P.O. BOX 471 CARDIFF, CA 92007 | | 08/28/2009 | 9586 | $45,000.00 | Insufficient Documentation Claim |
| 51 | FEHR, ROBERT M. 4764 WEST 11200 NORTH HIGHLAND, UT 84003 | | 08/03/2009 | 7295 | $12,552.00 | Insufficient Documentation Claim |
| 52 | FELLER, DIANE 382 CARRINGTON DRIVE WESTON, FL 33326 | | 09/22/2009 | 32246 | $20,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 53 | FELSER, ROBERT/PATRICIA<br>12 PACER CT.<br>E PATCHOGUE, NY 11772 | | 08/03/2009 | 7139 | $8,325.00 | Insufficient Documentation Claim |
| 54 | FINK, ROBERT H.<br>95 LARKSPUR CIRCLE<br>SICKLERVILLE, NJ 08081 | | 08/24/2009 | 9050 | $6,250.00 | Insufficient Documentation Claim |
| 55 | FINNEGAN, JOSEPH P.<br>91 NW HILL RD<br>WILLIAMSTOWN, MA 01267 | | 09/19/2009 | 19522 | $189,300.00 | Insufficient Documentation Claim |
| 56 | FISHBEIN, ZACH & VERED<br>8 TZAMAROT ST.<br>APT # 142<br>HERZELIA, 46424<br>ISRAEL | | 08/31/2009 | 9984 | $25,000.00 | Insufficient Documentation Claim |
| 57 | FLECKENSTEIN, RITA MAE<br>7803 TENDALL COURT<br>FT. WAYNE, IN 46825-3535 | | 08/14/2009 | 8282 | $34.80 | Insufficient Documentation Claim |
| 58 | FORTMEYER, NINA<br>5267 SIMPKINS RD<br>WHITES CREEK, TN 37189 | 08-13555<br>(JMP) | 08/20/2009 | 8794 | $10,000.00 | Insufficient Documentation Claim |
| 59 | FRANKENBERG, HANK<br>16 HORSESHOE LANE<br>ROLLING HILLS ESTATES, CA 90274 | 08-13555<br>(JMP) | 08/13/2009 | 8201 | $54,908.94 | Insufficient Documentation Claim |
| 60 | FRAZIER-MELTON, ANN<br>5 HOLLY HILL CT.<br>IRMO, SC 29063 | | 08/03/2009 | 7253 | $2,461.96 | Insufficient Documentation Claim |
| 61 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24114 | $66,412.77 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 62 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24115 | $94,429.00 | Insufficient Documentation Claim |
| 63 | GALLO INC.<br>1211 N VIA RONDA OESTE<br>TUCSON, AZ 85715 | | 09/21/2009 | 24117 | $48,849.58 | Insufficient Documentation Claim |
| 64 | GARBER, HOWARD<br>4817 COYLE ROAD<br># 303<br>OWINGS MILLS, MD 21117 | 08-13555<br>(JMP) | 08/05/2009 | 7402 | $3,200.00 | Insufficient Documentation Claim |
| 65 | GATES, SONJA M.<br>FIRST CLEARING<br>MO3540<br>2801 MARKET ST<br>ST. LOUIS, MO 63103 | | 08/31/2009 | 9918 | $2,500.00 | Insufficient Documentation Claim |
| 66 | GILMOUR, SHARON F.<br>13 GREENFIELD RD<br>MONTGOMERY, IL 60538 | | 09/03/2009 | 10283 | Undetermined | Insufficient Documentation Claim |
| 67 | GIORDANO, JOSEPH J.<br>772 WILLOWBROOK DR.<br>APT 908<br>NAPLES, FL 34108 | | 08/24/2009 | 9021 | $34,167.18 | Insufficient Documentation Claim |
| 68 | GIUSEPPE, BATTECCA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141<br>ITALY | 08-13555<br>(JMP) | 09/21/2009 | 24235 | $34,080.00 | Insufficient Documentation Claim |
| 69 | GIUSEPPE, BATTECCA<br>C/O STUDIO LEGALE GIAMBRONE<br>VIA P. ARAGONA 82<br>PALERMO, 90141<br>ITALY | 08-13555<br>(JMP) | 09/21/2009 | 24236 | $23,175.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 70 | GLAYAT, BARBARA<br>225 PARK PL<br>APT 5J<br>BROOKLYN, NY 11238-4353 | | 09/22/2009 | 31418 | $535,795.00 | Insufficient Documentation Claim |
| 71 | GRAFTON, JOHN D. & WORSWICK, RICHARD P.<br>JTWROS<br>3300 SOUREK RD.<br>AKRON, OH 44333 | | 08/05/2009 | 7408 | $41,602.49 | Insufficient Documentation Claim |
| 72 | HEEP, ANTHONY, DR.<br>3221 N 37TH STREET<br>HOLLYWOOD, FL 33021 | | 08/03/2009 | 7138 | $10,000.00 | Insufficient Documentation Claim |
| 73 | HEINRICH, GREGORY<br>C/O MICHAEL CARLIN WEALTH MANAGEMENT, LLC<br>7098 E. COCHISE ROAD, SUITE 222<br>SCOTTSDALE, AZ 85253 | 08-13555 (JMP) | 09/22/2009 | 31924 | $320,000.00 | Insufficient Documentation Claim |
| 74 | HESS WILLIAM & MARY C.<br>236 INDIAN COVE DR<br>DAWSONVILLE, GA 30534 | | 08/07/2009 | 7711 | $30,000.00 | Insufficient Documentation Claim |
| 75 | HILL, FRANCIS J., IRA<br>9595 RED BIRDLANE<br>ALPHARETTA, GA 30022 | | 08/31/2009 | 9974 | $21,949.69 | Insufficient Documentation Claim |
| 76 | HILLIARD LYONS<br>1035 FREDERICA STREET, SUITE 100<br>OWENSBORO, KY 42301 | | 08/21/2009 | 8875 | $7,796.25 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 77 | HIMAKORN, SUGEE AND /OR MR. HIMAKORN KASIDITH AND/OR MR. HIMAKORN KRIT C/O WAI CHU UR FLAT B3, 22/F PEARL CITY MANSION , HONG KONG | 08-13555 (JMP) | 09/21/2009 | 25720 | $100,000.00 | Insufficient Documentation Claim |
| 78 | HOLDER, BEDELL EVANS 2909 OVERTON RD BIRMINGHAM, AL 35223 | | 08/03/2009 | 7273 | Undetermined | Insufficient Documentation Claim |
| 79 | HOSPITALS INSURANCE COMPANY INC 50 MAIN STREET SUITE 1220 WHITE PLAINS, NY 10606 | 08-13555 (JMP) | 09/18/2009 | 16975 | $3,400,000.00 | Insufficient Documentation Claim |
| 80 | HSU, CHUNG-HSIN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24887 | $1,020.00 | Insufficient Documentation Claim |
| 81 | HSU, CHUNG-HSIN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24888 | $384.00 | Insufficient Documentation Claim |
| 82 | HUBBUCH, JOHN J. 5124 SKY LAKE DR PLANO, TX 75093 | | 08/06/2009 | 7571 | $10,158.00 | Insufficient Documentation Claim |
| 83 | HURWITZ, THEODORE 2033 SECOND AVE # 707 SEATTLE, WA 98121 | | 07/21/2009 | 5837 | $25,000.00 | Insufficient Documentation Claim |
| 84 | HUTTO, JACK H. 6326 BAHAMA SHORES DR., S. SAINT PETERSBURG, FL 33705 | | 08/10/2009 | 7921 | Undetermined | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 85 | ILARIA, GHIRETTI AND CLAUDA, FURIA C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO, 90141 ITALY | 08-13555 (JMP) | 09/21/2009 | 24233 | $26,583.00 | Insufficient Documentation Claim |
| 86 | ILARIA, GHIRETTI AND CLAUDA, FURIA C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO, 90141 ITALY | 08-13555 (JMP) | 09/21/2009 | 24234 | $13,632.00 | Insufficient Documentation Claim |
| 87 | INGBER ESQ., NORMAN 53 ROE ROAD BLOOMINGBURG, NY 12721 | | 08/21/2009 | 8874 | $5,000.00 | Insufficient Documentation Claim |
| 88 | IRA FBO H B ROSS PERSHING LLC AS CUSTODIAN 8069 COVENTRY DRIVE SOUTHAVEN, MS 38671 | 08-13555 (JMP) | 08/10/2009 | 7764 | $10,000.00 | Insufficient Documentation Claim |
| 89 | JACOBS, DONALD M 12522 NURSERY LN LOUISVILLE, KY 40243 | | 08/20/2009 | 8778 | $12,909.00 | Insufficient Documentation Claim |
| 90 | JENNINGS, BUFORD R. 8607 SCENIC HILLS DRIVE PENSACOLA, FL 32514 | 08-13555 (JMP) | 08/17/2009 | 8373 | $19,261.79 | Insufficient Documentation Claim |
| 91 | JOHNSON, ALBERTEEN 2720 WALNUT HAYS, KS 67601 | 08-13555 (JMP) | 08/28/2009 | 9640 | $3,750.00 | Insufficient Documentation Claim |
| 92 | JOHNSON, WELDON 2720 WALNUT HAYS, KS 67601 | 08-13555 (JMP) | 08/28/2009 | 9641 | $3,750.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 93 | JORDAN, JAMES V<br>4 HAWLEY AVE<br>PITTSBURGH, PA 15202 | | 07/21/2009 | 5825 | $10,000.00* | Insufficient Documentation Claim |
| 94 | JUAN, HSIU-CHIH<br>1512 SHEPHERD LANE<br>CARROLLTON, TX 75007 | | 08/10/2009 | 7914 | $25,000.00 | Insufficient Documentation Claim |
| 95 | JUNE JURICH REVOCABLE TRUST<br>JURICH, JUNE, TTEE<br>3336 SWALLOWS NEST LANE<br>SACRAMENTO, CA 95833 | 08-13555<br>(JMP) | 08/06/2009 | 7546 | $20,000.00 | Insufficient Documentation Claim |
| 96 | KENT, BARBARA A.<br>4655 VICTORIA ST N # 114<br>SHOREVIEW, MN 55126 | 08-13900<br>(JMP) | 09/22/2009 | 30772 | $25,000.00 | Insufficient Documentation Claim |
| 97 | KERN, SANDRA<br>5333 ADAMS ROAD<br>DELRAY BEACH, FL 33484 | | 08/13/2009 | 8218 | $23,003.00 | Insufficient Documentation Claim |
| 98 | KOTHARI, ASHOK S.<br>2607 QUEENS ROAD<br>CENTRAL<br>,<br>HONG KONG | 08-13555<br>(JMP) | 09/18/2009 | 19386 | $100,000.00 | Insufficient Documentation Claim |
| 99 | KRAMER, MICHAEL J.G.<br>5290 RIVER OAKS DR.<br>NEW BRAUNFELS, TX 78132 | 08-13555<br>(JMP) | 09/22/2009 | 31690 | $25,952.15 | Insufficient Documentation Claim |
| 100 | KRIVOCAPICH, SERGIO DANIEL<br>CARLOS ANTONIO LOPEZ 3783<br>BUENOS AIRES, 1419<br>ARGENTINA | 08-13555<br>(JMP) | 09/21/2009 | 19831 | $31,200.00 | Insufficient Documentation Claim |
| 101 | LAMBERTSEN, ROBERT H<br>7470 PINEHURST CIRCLE<br>BLOOMFIELD HILLS, MI 48301 | 08-13555<br>(JMP) | 08/10/2009 | 7873 | $5,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 102 | LAU YUEN LIN JOANNA<br>C/O EDRIC TSIM<br>BARCLAYS BANK<br>44F CITIBANK TOWER<br>CENTRAL 29032074,<br>HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19595 | $200,000.00 | Insufficient Documentation Claim |
| 103 | LEARD, EARL & MAXINE<br>13275 N BOOMING DR.<br>ORO VALLEY, AZ 85755 | 08-13555 (JMP) | 08/07/2009 | 7723 | $15,000.00 | Insufficient Documentation Claim |
| 104 | LEE KA YUE, SAMUEL<br>FLAT A, 53/F, TOWER 2<br>THE BELCHER'S<br>89 POKFULAM ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | 09/22/2009 | 31655 | $100,000.00 | Insufficient Documentation Claim |
| 105 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990<br>369 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514 | 08-13555 (JMP) | 09/18/2009 | 19325 | $160,501.90 | Insufficient Documentation Claim |
| 106 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990<br>369 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514 | 08-13555 (JMP) | 09/18/2009 | 19378 | $114,778.00 | Insufficient Documentation Claim |
| 107 | LEVIN, FLORENCE<br>9630 NW 16TH STREET<br>PEMBROKE PINES, FL 33024 | 08-13555 (JMP) | 09/22/2009 | 31352 | $5,000.00 | Insufficient Documentation Claim |
| 108 | LI, MAN LING FLORENCE<br>FLAT 3029, BLOCK 30<br>RAGILLIO VILLA<br>555 VICTORIA ROAD<br>POFULAM,<br>HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19592 | $100,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 109 LOUISIANA DUCK DECOYS 1750 ST. CHARLES AVENUE, # 531 NEW ORLEANS, LA 70130-6750 | | 09/18/2009 | 18303 | $10,100.00 | Insufficient Documentation Claim |
| 110 MALIN, RUTH 5401 BAHIA LANE LA JOLLA, CA 92037 | | 08/06/2009 | 7560 | $42,785.00 | Insufficient Documentation Claim |
| 111 MARCELO RUBIS CASTILLO SALOMONE JOSE LEON CABEZON 3672 C.A.B.A. , CP (1419) ARGENTINA | 08-13555 (JMP) | 09/21/2009 | 25632 | $30,000.00 | Insufficient Documentation Claim |
| 112 MARKOVITZ, ANNE 600 GRANT ST., 3 5454 PITTSBURGH, PA 15219 | 08-13555 (JMP) | 08/14/2009 | 8335 | $22,345.25 | Insufficient Documentation Claim |
| 113 MARKOVITZ, BERNARD 600 GRANT ST., # 5454 PITTSBURGH, PA 15219 | 08-13555 (JMP) | 08/14/2009 | 8334 | $10,000.00 | Insufficient Documentation Claim |
| 114 MASSACHUSETTS BAY TRANSPORTATION AUTHORITY RETIREMENT FUND TRANSITION ACCOUNT ONE WASHINGTON MALL 4TH FLOOR BOSTON, MA 02108 | 08-13555 (JMP) | 09/18/2009 | 17011 | $220,000.00 | Insufficient Documentation Claim |
| 115 MCCARTHY, CHRISTINE 415 N. SAN RAFAEL AVENUE PASADENA, CA 91105 | | 09/22/2009 | 30379 | $25,000.00 | Insufficient Documentation Claim |
| 116 MCGLINCY, PHYLLIS JANE 245 EAST 37 STREET # 3B NEW YORK, NY 10016 | | 08/18/2009 | 8637 | $2,106.00 | Insufficient Documentation Claim |
| 117 MEHOS, STEPHEN 229 WEED STREET NEW CANAAN, CT 06840 | 08-13555 (JMP) | 09/22/2009 | 29094 | Undetermined | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 118 | MENDICUTI, ANA MARIA PRECIAT MARIANA MENENDEZ PRECIAT CALLE 6 NO. 59 X 21 PRIVADA REAL MONTECRISTO YUCATAN, MEXICO | | 08/06/2009 | 7492 | $150,000.00 | Insufficient Documentation Claim |
| 119 | MESSINGER, MARTIN E. 140 OSBORN ROAD HARRISON, NY 10528 | | 09/21/2009 | 25469 | Undetermined | Insufficient Documentation Claim |
| 120 | MORETTI, THERESA & ANTHONY 10 VERMONT ST CRANSTON, RI 02920 | | 09/02/2009 | 10091 | $15,000.00 | Insufficient Documentation Claim |
| 121 | MORRIS-BROGAN, LINDA 12434 CARRIAGE HILL DR. HOUSTON, TX 77077-2908 | | 09/21/2009 | 25535 | $46,190.00 | Insufficient Documentation Claim |
| 122 | MOSCA, JAN BROWN 261 INDIAN BLUFF DR. ARAPAHOE, NC 28510 | | 08/13/2009 | 8205 | $17,815.00 | Insufficient Documentation Claim |
| 123 | MOSS, PATRICIA C. 9644 LONGMONT HOUSTON, TX 77063-1029 | | 08/14/2009 | 8275 | $12,500.00 | Insufficient Documentation Claim |
| 124 | MOULDER, ELDORA R TRUST 1963 WOOD HOLLOW COLUMBIA, MO 65203 | | 08/17/2009 | 8482 | $51,635.00* | Insufficient Documentation Claim |
| 125 | MUTLU, HASAN 1303 MARINA POINTE BLVD LAKE ORION, MI 48362 | 08-13555 (JMP) | 08/10/2009 | 7880 | $5,000.00 | Insufficient Documentation Claim |
| 126 | NEVILLE, JOHN D. 1630 ASSEMBLY LANE DELAVAN, WI 53115 | | 08/07/2009 | 7733 | Undetermined | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 127 | NEW YORK STATE COMPTROLLER THOMAS P. DINAPOLI AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND C/O ENTWISTLE & CAPPUCCI LLP 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK, NY 10017 | 08-13555 (JMP) | 09/22/2009 | 29068 | $216,281,686.01 | Insufficient Documentation Claim |
| 128 | NORIEGA, PATRICIA A. NATACION NO.21 COLONIA RAQUET CLUB HERMOSILLO, SONORA, MEXICO | | 09/21/2009 | 24121 | $23,058.57 | Insufficient Documentation Claim |
| 129 | NUNNERY, BARBARA G. 5526 HARMONY CHURCH RD EDGEMOOR, SC 29712 | | 09/22/2009 | 30579 | $7,361.00 | Insufficient Documentation Claim |
| 130 | PALMER, ARTHUR J. CGM IRA ROLLOVER CUSTODIAN 7 WESTGATE WAY AMHERST, NH 03031-2871 | 08-13555 (JMP) | 08/26/2009 | 9478 | Undetermined | Insufficient Documentation Claim |
| 131 | PALONE, MICHAEL F. HAMILTON LANE ONE PRESIDENTIAL BLVD, 4TH FLOOR BALA CYNWYD, PA 19004 | | 08/21/2009 | 8983 | $99,894.31 | Insufficient Documentation Claim |
| 132 | PAR FOUR MASTER FUND INC C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE, NJ 07677 | 08-13900 (JMP) | 09/22/2009 | 30747 | $375,000.00 | Insufficient Documentation Claim |
| 133 | PEREZ, MARIA CRISTINA 1035 SHORE LN MIAMI BEACH, FL 33141 | 08-13555 (JMP) | 09/21/2009 | 24384 | $28,500.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 134 | PIKE, SUSAN MARY<br>23412 MOBILE ST.<br>WEST HILLS, CA 91307 | | 08/24/2009 | 9135 | $5,000.00 | Insufficient Documentation Claim |
| 135 | PLC GROUP LIMITED<br>C/O EDRIC TSIM<br>BARCLAYS BANK, 44F CITIBANK TOWER<br>3 GARDEN ROAD, CENTRAL<br>, 29032074<br>HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19311 | $100,000.00 | Insufficient Documentation Claim |
| 136 | PRITCHETT, BARBARA<br>297 COURTS DRIVE<br>MARIETTA, GA 30062 | 08-13555 (JMP) | 08/03/2009 | 7170 | $4,164.00 | Insufficient Documentation Claim |
| 137 | RAPP, LESTER M<br>642 NORTH 8TH STREET<br>BATON ROUGE, LA 70802 | | 09/18/2009 | 18185 | $30,000.00 | Insufficient Documentation Claim |
| 138 | REHORST, JOYCE<br>2123 FOX CREEK ROAD<br>BERWYN, PA 19312 | 08-13555 (JMP) | 09/22/2009 | 31085 | $15,000.00 | Insufficient Documentation Claim |
| 139 | REITER, PAUL<br>145 DEER VALLEY DR<br>SEWICKLEY, PA 15143 | | 08/05/2009 | 7410 | $15,000.00 | Insufficient Documentation Claim |
| 140 | REMY, JANE M<br>CGM IRA ROLLOVER<br>6616 MAIN STREET<br>NEW PORT RICHEY, FL 34653-3904 | | 09/21/2009 | 25601 | $3,172.00 | Insufficient Documentation Claim |
| 141 | RODAKIS, JAMES A.<br>748 MERRILL RD<br>SAN JUAN BAUTISTA, CA 95045-9622 | 08-13555 (JMP) | 08/06/2009 | 7511 | $4,901.39 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 142 | ROY, JACQUELINE & DUMONT, CHARLES<br>5986 FORYTH CRES<br>RICHMOND, BC V7C 2C3<br>CANADA | 08-13555<br>(JMP) | 08/19/2009 | 8754 | $15,000.00 | Insufficient Documentation Claim |
| 143 | SALAZAR, RENE VALLE<br>SERRANO, LETICIA TORRES<br>RAFAEL CAMPOY 901<br>COL. PITIC; HERMOSILLO<br>SONORA,<br>MEXICO | | 09/21/2009 | 24118 | $23,011.41 | Insufficient Documentation Claim |
| 144 | SAMEK, EDWARD L.<br>509 STREET, DAVIDS AVENUE<br>ST. DAVIDS, PA 19087 | 08-13555<br>(JMP) | 09/19/2009 | 19571 | $50,000.00 | Insufficient Documentation Claim |
| 145 | SCHAJMAN, JUAN CARLOS<br>RECONQUISTA 517 PISO 7<br>11.000 MONTEVIDEO,<br>URUGUAY | 08-13555<br>(JMP) | 09/21/2009 | 25013 | $120,000.00 | Insufficient Documentation Claim |
| 146 | SCHMIDT, JOSEPH W & BEATRICE<br>810 W. 12TH STREET<br>RENO, NV 89503 | | 08/25/2009 | 9395 | $24,549.82 | Insufficient Documentation Claim |
| 147 | SCHMIDT, JOSEPH W & BEATRICE<br>810 W. 12TH STREET<br>RENO, NV 89503 | | 08/25/2009 | 9396 | $25,244.03 | Insufficient Documentation Claim |
| 148 | SCHNEIDER, MARVIN<br>2200 NORTH CENTRAL RD.<br>APT 3R<br>FORT LEE, NJ 07024 | | 08/20/2009 | 8774 | $6,222.00 | Insufficient Documentation Claim |
| 149 | SCHNURR, BETTY JEAN<br>19 LINDEN ROAD<br>ALBANY, NY 12208 | | 08/19/2009 | 8736 | $10,703.14 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 150 | SCHRAM, CAROL<br>71 CLUBHOUSE DRIVE<br>HINGHAM, MA 02043 | 08-13555<br>(JMP) | 09/21/2009 | 24737 | $175,000.00 | Insufficient Documentation Claim |
| 151 | SCHWARTZ, BERNARD<br>24500 N. ELM<br>LAKE FOREST, IL 60045-3456 | 08-13555<br>(JMP) | 08/10/2009 | 7768 | $50,000.00 | Insufficient Documentation Claim |
| 152 | SCYPHERS, CLEO D. &<br>SCYPHERS, HARRY C. TEN ENT<br>310 SILVER CREST DR.<br>WALKERSVILLE, MD 21793-8181 | 08-13555<br>(JMP) | 08/10/2009 | 7778 | $9,996.89 | Insufficient Documentation Claim |
| 153 | SCYPHERS, HARRY C. &<br>SCYPHERS, CLEO - JOINT<br>REV. TRUST VA 8598 CLEO D &<br>HARRY C. SCYPHERS TR<br>WALKERSVILLE, MD 21793-8181 | 08-13555<br>(JMP) | 08/10/2009 | 7793 | $2,073.99 | Insufficient Documentation Claim |
| 154 | SEYFFARTH, DONALD C.<br>1145 HENRY RD<br>BILLINGS, MT 59102 | | 08/03/2009 | 7159 | $7,206.78 | Insufficient Documentation Claim |
| 155 | SHIRLEY MAHLSTROM REV TR U/A<br>C/O BRAD ROTHENBERG<br>6514 PLANTATION PINES BLVD.<br>FORT MYERS, FL 33966 | 08-13555<br>(JMP) | 08/20/2009 | 8802 | $35,000.00 | Insufficient Documentation Claim |
| 156 | SHUJI, KAMITANO<br>A3 12/F CHARMAIN HEIGHTS<br>NO. 9 EASTBOURNE ROAD<br>KOWLONG,<br>HONG KONG | 08-13555<br>(JMP) | 09/21/2009 | 25751 | $100,000.00 | Insufficient Documentation Claim |
| 157 | SINKO, VIRGINIA<br>40 DONALD A. SINKO<br>26028 DEFOE DRIVE<br>NORTH OLMSTEAD, OH 44070 | | 09/21/2009 | 24458 | $10,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 158 | SMITH, MILDRED E<br>372 CATAMARAN COURT<br>NORTH PORT, FL 34287 | 08-13555 (JMP) | 08/17/2009 | 8481 | $4,970.00 | Insufficient Documentation Claim |
| 159 | SMITH, RALPH E.<br>372 CATAMARAN COURT<br>NORTH PORT, FL 34287 | 08-13555 (JMP) | 08/18/2009 | 8643 | $4,970.00 | Insufficient Documentation Claim |
| 160 | SMITH, WILLIAM H.<br>9595 RED BIRD LANE<br>ALPHARETTA, GA 30022 | | 08/24/2009 | 9187 | $3,932.95 | Insufficient Documentation Claim |
| 161 | SMITHLAND CORP<br>200 N JOHNSON<br>CHARLES CITY, IA 50616 | | 08/03/2009 | 7288 | $25,433.71 | Insufficient Documentation Claim |
| 162 | SNYDER, BECKY C<br>PO BOX 987<br>LAYTON, UT 84041 | 08-13555 (JMP) | 09/18/2009 | 18955 | $4,506.00 | Insufficient Documentation Claim |
| 163 | SNYDER, ROBERT L<br>PO BOX 987<br>LAYTON, UT 84041 | 08-13555 (JMP) | 09/18/2009 | 18954 | $4,506.00 | Insufficient Documentation Claim |
| 164 | SOUTHWARD, DONALD C.<br>11905 210TH ST.<br>MILACA, MN 56353-4555 | 08-13902 (JMP) | 08/10/2009 | 7894 | $9,656.00 | Insufficient Documentation Claim |
| 165 | SPAGNOLA, ROBERT A.<br>5016 BIMINI DR.<br>BRADENTON, FL 34210 | | 08/31/2009 | 9960 | $5,000.00 | Insufficient Documentation Claim |
| 166 | SPURLIN, DOYLE L. & JANET L.<br>300 AGUILA DR.<br>LAKESIDE, TX 76108-9407 | | 08/31/2009 | 9952 | $14,216.60 | Insufficient Documentation Claim |
| 167 | STASHOWER, SUSAN<br>300 WEST 72 STREET # 6F<br>NEW YORK, NY 10023 | 08-13555 (JMP) | 09/18/2009 | 33326 | $13,217.55 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 168 | STATECENCO ATTN: TRUST DEPARTMENT 601 MAIN STREET KEOKUK, IA 52632 | | 09/21/2009 | 25014 | $24,732.40 | Insufficient Documentation Claim |
| 169 | STERNBERG, ALFREDO RICARDO PARRAL 34- 7 BUENOS AIRES, 1405 ARGENTINA | 08-13555 (JMP) | 09/21/2009 | 19849 | $13,350.00 | Insufficient Documentation Claim |
| 170 | STIRLING, MARTHA TTEE OF THE STIRLING LIVING TRUST DTD 6/1/89 1200 MILLS AVE BURLINGAME, CA 94010-3327 | | 08/12/2009 | 8069 | $13,280.00 | Insufficient Documentation Claim |
| 171 | STOPEK, SETH - ROLLOVER IRA 1581 BRICKELL AVENUE # 1504 MIAMI, FL 33129 | 08-13555 (JMP) | 08/31/2009 | 9921 | $29,978.19 | Insufficient Documentation Claim |
| 172 | SUN DIANA XIAOXIN AI C/O EDRIC TSIM BARCLAYS BANK 44F CITIBANK TOWER CENTRAL 29032074, HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19594 | $200,000.00 | Insufficient Documentation Claim |
| 173 | SUNRISE PARTNERS LIMITED PARTNERSHIP C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE, NJ 07677 | 08-13900 (JMP) | 09/22/2009 | 27711 | $375,000.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 174 | SWEDBERG, MARJORIE IRA FCC AS CUSTODIAN 1750 150TH ST RUDD, IA 50471-8050 | | 08/10/2009 | 7774 | $15,351.75 | Insufficient Documentation Claim |
| 175 | THARP, IRENE M. 810 VISTA VIEW DRIVE MILRLE, AL 36608 | | 08/07/2009 | 7710 | $7,500.00 | Insufficient Documentation Claim |
| 176 | THE KORBAS LIVING TRUST KENDALL KORBAS + JOAN KORBAS TRUSTEES 1428 GLEN ROAD GREEN BAY, WI 54313-5612 | | 08/03/2009 | 7294 | $5,000.00 | Insufficient Documentation Claim |
| 177 | TONG KAI HONG ANTHONY C/O EDRIC TSIM BARCLAYS BANK, 44F CITIBANK TOWER 3 GARDEN ROAD, CENTRAL , 29032074 HONG KONG | 08-13555 (JMP) | 09/19/2009 | 19312 | $100,000.00 | Insufficient Documentation Claim |
| 178 | TRIAD GUARANTY INSURANCE CORP. ATTN: BOB OGBURN 101 SOUTH STRATFORD RD. WINSTON-SALEM, NC 27104 | | 09/22/2009 | 32701 | $460,000.00 | Insufficient Documentation Claim |
| 179 | TSAI, PING PING 3592 BLUE HERON LANE ROCHESTER HILLS, MI 48309 | | 09/18/2009 | 18306 | $20,000.00 | Insufficient Documentation Claim |
| 180 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24884 | $765.00 | Insufficient Documentation Claim |
| 181 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24885 | $951.99 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 182 | TSENG, HUANG-CHUN 36 WELLINGTON ROAD MEDFORD, MA 02155 | | 09/21/2009 | 24886 | $748.80 | Insufficient Documentation Claim |
| 183 | UBS C/F JOAN R. IVERSON IRA 22950 E. LONG DRIVE AURORA, CO 80016 | | 08/04/2009 | 7342 | $24,340.61 | Insufficient Documentation Claim |
| 184 | USELMAN, JAMES 1419 CHISLETT STREET PITTSBURGH, PA 15206 | | 08/03/2009 | 7165 | Undetermined | Insufficient Documentation Claim |
| 185 | WAGGONER, HAZEL F 3087 N. BUTTERFIELD ROAD ORANGE, CA 92865-1602 | 08-13555 (JMP) | 08/13/2009 | 8194 | $15,000.00 | Insufficient Documentation Claim |
| 186 | WAGGONER, HAZEL F 3087 N. BUTTERFIELD ROAD ORANGE, CA 92865-1602 | 08-13555 (JMP) | 08/13/2009 | 8195 | $8,450.00 | Insufficient Documentation Claim |
| 187 | WAIBEL, FREDERICK R. 16 MARINO DRIVE CLARKSBORO, NJ 08020 | | 08/10/2009 | 7872 | $14,988.00 | Insufficient Documentation Claim |
| 188 | WEHAR, FRANK JR. 1231 COBBLEWOOD DR BETHEL PARK, PA 15102-2468 | 08-13555 (JMP) | 08/06/2009 | 7553 | $20,000.00 | Insufficient Documentation Claim |
| 189 | WELCH, SAM 755 EPPS BRIDGE PKWY APT 305 ATHENS, GA 30606 | | 08/24/2009 | 9039 | Undetermined | Insufficient Documentation Claim |
| 190 | WHOLEGATE INVESTMENTS LIMITED 2401 S. OCEAN DR. #2004 HOLLYWOOD, FL 33019 | | 08/17/2009 | 8500 | $100,000.00 | Insufficient Documentation Claim |
| 191 | WILSON, ANNE M. 11618 STONE BRIDGE DR. HOUSTON, TX 77064 | | 08/28/2009 | 9620 | $3,087.00 | Insufficient Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 31: EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 192 | WINTER, JULIA<br>92 TAIL OF THE FOX DRIVE<br>BERLIN, MD 21811 | | 08/18/2009 | 8649 | $4,975.43 | Insufficient Documentation Claim |
| 193 | WOOD, DIXIE<br>102 KAY STREET<br>NEWPORT, RI 02840 | | 08/17/2009 | 8499 | $7,500.00 | Insufficient Documentation Claim |
| 194 | YAWN, CLAYBERN L.<br>4200 LAS PALMAS CIR. #6110<br>BROWNSVILLE, TX 78521 | | 08/03/2009 | 7143 | $25,000.00 | Insufficient Documentation Claim |
| 195 | YU-KUANG, LILY AND HUANG, SHENA<br>13214 MOORPARK ST., #202<br>SHERMAN OAKS, CA 91423 | | 09/21/2009 | 24671 | $448,000.00 | Insufficient Documentation Claim |
| 196 | ZALOOM, CHARLES B. LIVING TRUST<br>CHARLES B. ZALOOM<br>CHARLES B. ZALOOM TTEE UA DTD 06/01/94<br>359 RENOIR DRIVE<br>OSPREY, FL 34229-9616 | | 08/17/2009 | 8492 | $5,005.25 | Insufficient Documentation Claim |
| | | | TOTAL | | $234,671,059.86 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :        08-13555 (JMP)
                                                 :
                        Debtors.                 :        (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the thirty-first omnibus objection to claims, dated July 19, 2010 (the

"Thirty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowing and

expunging the Insufficient Documentation Claims on the grounds that such claims failed to

comply with the Bar Date Order's specific direction that claims include supporting

documentation or an explanation as to why such documentation is unavailable, and, therefore, do

not constitute valid *prima facie* claims, all as more fully described in the Thirty-First Omnibus

Objection to Claims; and due and proper notice of the Thirty-First Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Thirty-First Omnibus Objection

to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-First Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Thirty-First Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefore, it is

ORDERED that the relief requested in the Thirty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Insufficient Documentation Claims") are

disallowed and expunged with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Insufficient Documentation Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Thirty-First

Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2010
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE