**PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SUJAN TRIVEDI, AT 212-310-8594.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y Waisman
Randi W. Singer

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                       :
                                Debtors.        :    (Jointly Administered)
-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' THIRTY-FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

**PLEASE TAKE NOTICE** that on July 19, 2010, Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their thirty-fourth omnibus objection to claims (the

"Debtors' Thirty-Fourth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to

consider the Debtors' Thirty-Fourth Omnibus Objection to Claims will be held before the

Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 1, 2010 at 2:00 p.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

            **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Thirty-Fourth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 and its amendments (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **August 19, 2010 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Thirty-Fourth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Thirty-Fourth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: July 19, 2010
      New York, New York

                                          /s/ Shai Y. Waisman
                                          Shai Y. Waisman
                                          Randi W. Singer

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman
Randi W. Singer

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**DEBTORS' THIRTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

---

**PARTIES RECEIVING THIS NOTICE OF THE DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SUJAN TRIVEDI, AT 212-310-8594.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### **Relief Requested**

1.      The Debtors file this thirty-fourth omnibus objection to claims (the "Thirty-Fourth Omnibus Objection to Claims") pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking entry of an order reclassifying the claims listed on Exhibit A hereto.  The Debtors' proposed order (the "Proposed Order") is annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A attached hereto (the "Misclassified Claims"), in which the column entitled "Asserted Class" indicates the class category that the claimant has asserted for all or a portion of the claim. Amounts listed in the column entitled "Asserted Amount" that correspond to claims or portions of claims that are listed as "Secured" under the "Asserted Class" column represent the portion of the claim for which the claimant seeks treatment as a secured claim pursuant to section 506 of the Bankruptcy Code.

3.      Either all or a portion of the Misclassified Claims are not secured claims and, therefore, are not entitled to secured status as asserted in the proof of claim.  Accordingly, the Debtors are seeking to reclassify the Misclassified Claims as indicated on Exhibit A to accurately reflect the nature and priority of the Misclassified Claims on the Court's claims

register.  This objection is solely to reclassify improperly asserted secured claims and the

Debtors reserve their right to object to the claims listed on <u>Exhibit A</u> on all other grounds.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.      Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

1015(b).  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for the Southern

District of New York (the "<u>U.S. Trustee</u>") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "<u>Creditors' Committee</u>").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "<u>Examiner</u>") and by order, dated January

20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.

8.      On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007 and

those additional grounds set forth in the Procedures Order.

### The Misclassified Claims Improperly Seek Secured Status

9.      The Debtors have reviewed each of the claims identified on <u>Exhibit A</u> and have determined that, while such claims assert that all or a portion of such claim is a secured claim under section 506 of the Bankruptcy Code, such claims do not articulate any valid basis for treatment as a secured claim.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.     The Supreme Court has held that conferring secured status "'to a claimant not clearly entitled thereto is not only inconsistent with the policy of equality of distribution; it dilutes the value of the priority for those creditors Congress intended to prefer.'" *Howard Delivery Serv., Inc. v. Zurich Am. Ins. Co.*, 547 U.S. 651, 667-68 (2006) (citation omitted); *see also In re WorldCom, Inc.*, 362 B.R. 96, 120 (Bankr. S.D.N.Y. 2007) (reclassifying a purportedly secured claim as unsecured because it was based on a lapsed lien); *Karakas v. Bank of New York (In re Karakas)*, Case No. 06-32961, Chapter 13, Adv. Pro. No. 06-80245, 2007 Bankr. LEXIS 1578, at *22-23 (Bankr. N.D.N.Y. May 3, 2007) (reclassifying purportedly secured claim as unsecured based on valuation of underlying property).

12.     Accordingly, to preserve the Bankruptcy Code's intended order of priority and to prevent possible improper recovery, the Debtors request entry of the Proposed Order, reclassifying the Misclassified Claims as general unsecured claims in accordance with the Bankruptcy Code.

4

<u>**Notice**</u>

13.      No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Thirty-Fourth Omnibus Objection to Claims, in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9635], on: (i) each

claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors'

Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service;

(vi) the United States Attorney for the Southern District of New York; and (vii) all parties who

have requested notice in these chapter 11 cases.  The Debtors submit that no other or further

notice need be provided.

14.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: July 19, 2010
          New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman
Randi W. Singer

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24930 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,757,014.05* | Unsecured | $30,757,014.05* |
| 2 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24931 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $30,757,014.05* | Unsecured | $30,757,014.05* |
| 3 | BTR GLOBAL GROWTH TRADING LIMITED C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 22767 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $35,020,994.80* | Unsecured | $35,020,994.80* |
| 4 | BTR GLOBAL OPPORTUNITY TRADING LIMITED ATTN: CHRI BALTAGLIA, ESQ. C/O HALPERIN BALLTAGLIA RALCHL, LLP 555 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 24439 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $49,584,620.96* | Unsecured | $49,584,620.96* |
| 5 | BTR GLOBAL PROSPECTOR TRADING LIMITED C/O HALPERIN BATIAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 24468 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $61,814,140.09* | Unsecured | $61,814,140.09* |
| 6 | CGI GVF (LUX) MASTERS S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE SURREY, KT11 2PD UNITED KINGDOM | 28819 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 10

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CITIGROUP GLOBAL MARKETS LTD JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON, E14 5LB UNITED KINGDOM | 29881 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $232,423,044.00* | Unsecured | $232,423,044.00* |
| 8 | COMMERZBANK AG - GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN, 60261 GERMANY | 27638 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $1,790,927,594.79 | Unsecured | $1,790,927,594.79 |
| 9 | DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE 13-1, YURAKUCHO 1-CHOUME CHIYODA-KU TOKYO, 100-8411 JAPAN | 65943 | 12/15/2009 | Lehman Brothers Holdings Inc. | Secured | $30,101,426.54* | Unsecured | $30,101,426.54* |
| 10 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY, GERMANY | 17423 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $213,525,103.75 | Unsecured | $213,525,103.75 |
| 11 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY, GERMANY | 17424 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $213,525,103.75 | Unsecured | $213,525,103.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| 12 | DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY, GERMANY | 17426 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $46,109,898.40 | Unsecured | $46,109,898.40 |
| 13 | FHC MASTER FUND, LTD. C/O K & L GATES LLP ATTN: RICHARD S. MILLER ESQ. 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 43973 | 10/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $33,144,973.81 $16,680,161.43 $49,825,135.24 | Unsecured | $49,825,135.24 |
| 14 | FORTIS BANK NV WARANDEBERG 3 BRUSSEL, 1000 BELGIUM | 16066 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $99,491,693.00* | Unsecured | $99,491,693.00* |
| 15 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA 36TH FLOOR NEW YORK, NY 10119 | 28821 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |
| 16 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA 36TH FLOOR NEW YORK, NY 10119 | 28822 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $30,489,845.00* | Unsecured | $30,489,845.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: TPG-AXON PARTNERS L.P. c/o Goldman, Sachs & Co. Attn: A. Caditz 30 Hudson Street, 36th Floor Jersey City, NJ 07302 | 17600 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $23,820,228.00* Undetermined $23,820,228.00 | Unsecured | $23,820,228.00* |
| 18 | ING BELGIUM S.A./N.V. ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS, 1000 BELGIUM | 10349 | 09/04/2009 | Lehman Brothers Holdings Inc. | Secured | $57,479,855.91 | Unsecured | $57,479,855.91 |
| 19 | ING BELGIUM S.A./N.V. ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS, 1000 BELGIUM | 10350 | 09/04/2009 | Lehman Brothers Special Financing Inc. | Secured | $57,479,855.91 | Unsecured | $57,479,855.91 |
| 20 | INTEGRATED CORE STRATEGIES (ASIA) PTC. LTD. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24486 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Subtotal | Undetermined $41,469,942.00* $41,469,942.00 | Unsecured | $41,469,942.00* |
| 21 | INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24484 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Subtotal | Undetermined $129,792,250.00* $129,792,250.00 | Unsecured | $129,792,250.00* |
| 22 | JOHN DEERE PENSION TRUST C/O HODGSON RUSS, LLP ATTN: DEBORAH J. PIAZZA, ESQ. 60 EAST 42ND STREET, 37TH FLOOR NEW YORK, NY 10165-0150 | 25018 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $48,986,905.62 | Unsecured | $48,986,905.62 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | KEVA (LOCAL GOV PENSIONS INSTITUTION)<br>P.O. BOX 425<br>HELSINKI, FI-00101<br>FINLAND | 24340 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $31,663,138.86 | Unsecured | $31,663,138.86 |
| 24 | LEDCOR PETTY CONSTRUCTION, L.P.<br>THOMAS J. LOFARO<br>LEDCOR GROUP OF COMPANIES<br>6405 MIRA MESA BLVD., SUITE 100<br>SAN DIEGO, CA 92121 | 5017 | 06/29/2009 | Lehman Brothers Holdings Inc. | Secured | $26,007,864.85* | Unsecured | $26,007,864.85* |
| 25 | MILLENNIUM INTERNATIONAL, LTD.<br>ATTN: GENERAL COUNSEL<br>666 FIFTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10103 | 24488 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Subtotal | Undetermined<br>$39,083,394.00*<br>$39,083,394.00 | Unsecured | $39,083,394.00* |
| 26 | MILLENNIUM PARTNERS, L.P.<br>ATTN: GENERAL COUNSEL<br>666 FIFTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10103 | 24490 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative<br>Secured<br>Subtotal | Undetermined<br>$107,805,972.00*<br>$107,805,972.00 | Unsecured | $107,805,972.00* |
| 27 | MORGAN STANLEY & CO INTERNATIONAL LIMITED<br>1585 BROADWAY<br>NEW YORK, NY 10036-8293 | 11305 | 09/10/2009 | Lehman Brothers Holdings Inc. | Secured | $342,589,527.88* | Unsecured | $342,589,527.88* |
| 28 | MORGAN STANLEY CAPITAL SERVICES INC.<br>ATTN:  CHIEF LEGAL OFFICER<br>1585 BROADWAY<br>NEW YORK, NY 10036-8293 | 11306 | 09/10/2009 | Lehman Brothers Holdings Inc. | Secured | $1,019,588,693.07* | Unsecured | $1,019,588,693.07* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | MORGAN STANLEY MORTGAGE SERVICING LIMITED ATTN: PATRICK SCIARRONE 25 CABOT SQUARE, CANARY WHARF, FL. 5 LONDON, E14 4QA UNITED KINGDOM | 28321 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $26,007,804.19* | Unsecured | $26,007,804.19* |
| 30 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18836 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $30,489,845.00* Undetermined $30,489,845.00 | Unsecured | $30,489,845.00* |
| 31 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18837 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $30,489,845.00* Undetermined $30,489,845.00 | Unsecured | $30,489,845.00* |
| 32 | PARKCENTRAL GLOBAL HUB LIMITED ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE , BERMUDA | 27584 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $32,657,000.00* $16,280,726.00* $48,937,726.00 | Unsecured | $48,937,726.00* |
| 33 | QUANTUM PARTNERS LDC C/O CURACAO INTERNATIONAL TRUST COMPANY N.V. KAYA FLAMBOYAN 9 PO BOX 812 CURACAO, NETHERLANDS ANTILLES | 31590 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Subtotal | Undetermined Undetermined $35,784,818.95* $35,784,818.95 | Unsecured | $35,784,818.95* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | SASC 2007-BC4 A4 II, LLC C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103-7098 | 14710 | 09/17/2009 | Structured Asset Securities Corporation | Secured | $36,753,446.67 | Unsecured | $36,753,446.67 |
| 35 | SASC 2007-BC4 A4 II, LLC C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103-7098 | 14715 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $36,753,446.67 | Unsecured | $36,753,446.67 |
| 36 | SASC 2007-BC4 A4 II, LLC C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103-7098 | 14717 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $51,293,673.21 | Unsecured | $51,293,673.21 |
| 37 | SHANTI ASSET MANAGEMENT 4, RUE SAINT-FLORENTIN PARIS, 78001 FRANCE | 27350 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $38,756,999.00* | Unsecured | $38,756,999.00* |
| 38 | SUMITOMO MITSUI BANKING CORPORATION ATTN OFFICE OF THE GENERAL COUNSEL 277 PARK AVENUE NEW YORK, NY 10172 | 26228 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $528,927,788.12* Undetermined $528,927,788.12 | Unsecured | $528,927,788.12* |
| 39 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 19877 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $50,076,232.09* Undetermined $50,076,232.09 | Unsecured | $50,076,232.09* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| | | | | | CLASS | AMOUNT | CLASS | AMOUNT |
| 40 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 20474 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $49,236,363.00* Undetermined<br><br>$49,236,363.00 | Unsecured | $49,236,363.00* |
| 41 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 20484 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $40,829,752.00* | Unsecured | $40,829,752.00* |
| 42 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23459 | 09/21/2009 | Lehman Commercial Paper Inc. | Administrative<br><br>Secured Unsecured<br><br>Subtotal | Undetermined<br><br>$1,155,904,855.00* $61,662.41*<br><br>$1,155,966,517.41 | Unsecured | $1,155,966,517.41* |
| 43 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23463 | 09/21/2009 | Lehman Commercial Paper Inc. | Administrative<br><br>Secured Unsecured<br><br>Subtotal | Undetermined<br><br>$5,000,000,000.00* $30,320.84*<br><br>$5,000,030,320.84 | Unsecured | $5,000,030,320.84* |
| 44 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23465 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $5,000,000,000.00* $30,320.84*<br><br>$5,000,030,320.84 | Unsecured | $5,000,030,320.84* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23466 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $5,000,027,168.34* Undetermined<br><br>$5,000,027,168.34 | Unsecured | $5,000,027,168.34* |
| 46 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23467 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $5,000,027,168.34* Undetermined<br><br>$5,000,027,168.34 | Unsecured | $5,000,027,168.34* |
| 47 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 23468 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured Unsecured<br><br>Subtotal | $5,000,000,000.00* Undetermined<br><br>$5,000,000,000.00 | Unsecured | $5,000,000,000.00* |
| 48 | WESTERN ASSET CORE PLUS BOND PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-984 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20874 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $34,060,280.29 $0.00<br><br>$34,060,280.29 | Unsecured | $34,060,280.29 |
| 49 | WESTERN ASSET CORE PLUS BOND PORTFOLIO C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-984 385 E. COLORADO BLVD PASADENA, CA 91101 | 21005 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $34,060,280.29 $0.00<br><br>$34,060,280.29 | Unsecured | $34,060,280.29 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 34: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 50 | YASUDA US MARKET NEUTRAL FUND ATTN: ARMEEN BHESANIA C/O UBS FUNDS SERVICES 154 UNIVERSITY AVENUE TORONTO, ON M5H 3Y9 CANADA | 22900 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured | Undetermined $29,993,659.82* Undetermined | Unsecured | $29,993,659.82* |
| | | | | | Subtotal | $29,993,659.82 | | |
| | | | | | TOTAL | $32,159,633,402.59 | TOTAL | $32,159,633,402.59 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :
                          Debtors.             :        (Jointly Administered)
------------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' THIRTY-FOURTH
### OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

Upon the thirty-fourth omnibus objection to claims, dated July 19, 2010 (the

"Thirty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors"), seeking entry of an order, pursuant to section 502 of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], reclassifying the Misclassified Claims to reflect their proper

classification in whole or in part as general unsecured claims, all as more fully described in the

Thirty-Fourth Omnibus Objection to Claims; and due and proper notice of the Thirty-Fourth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Thirty-Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Thirty-

Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Thirty-Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Thirty-Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Claim listed on Exhibit 1 annexed hereto is hereby reclassified as a general unsecured nonpriority claim as indicated in Exhibit 1; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reclassify the Misclassified Claims pursuant to this Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any and all claims, including but not limited to any claim listed on Exhibit 1 annexed hereto as well as any claim listed on Exhibit A to the Thirty-Fourth Omnibus Objection to Claims but not on Exhibit 1; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2