**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
In re:                                                             :
                                                                   :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :
                                                                   :  Case No. 08-13555 (JMP)
                    Debtors.                                       :
------------------------------------------------------------------ x  (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC. and                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.                             :
                                                                   :  Adv. Proc. No. 10-03228 (JMP)
                    Plaintiffs,                                    :
                                                                   :
      - against -                                                  :
                                                                   :
NOMURA INTERNATIONAL PLC,                                          :
                                                                   :
                    Defendant.                                     :
------------------------------------------------------------------ x
LEHMAN BROTHERS HOLDINGS INC. and                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.                             :
                                                                   :  Adv. Proc. No. 10-03229 (JMP)
                    Plaintiffs,                                    :
                                                                   :
      - against -                                                  :
                                                                   :
NOMURA SECURITIES CO., LTD,                                        :
                                                                   :
                    Defendant.                                     :
------------------------------------------------------------------ x
```

**ORDER, PURSUANT TO 11 U.S.C. § 1109(b) AND BANKRUPTCY
RULE 7024, GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>RIGHT TO INTERVENE IN ADVERSARY PROCEEDINGS</u>**

Upon consideration of (i) the adversary complaints (the "<u>Complaints</u>") filed by

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and Lehman Brothers Special Financing Inc.

("<u>LBSF</u>") on April 23, 2010 in the above-captioned adversary proceedings (the "<u>Adversary</u>

<u>Proceedings</u>") and (ii) the Motion of the Official Committee of Unsecured Creditors of Lehman

Brothers Holdings Inc. et al. (the "<u>Committee</u>") for an Order pursuant to 11 U.S.C. § 1109(b)

1

and rule 7024 of the Federal Rules of Bankruptcy Procedure, granting the Committee authority to intervene in the Adversary Proceedings (the "Intervention Motion"); and it appearing that the Court has jurisdiction to consider the Intervention Motion pursuant to 28 U.S.C. § 157; and the Court having determined that the relief requested in the Intervention Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice and disclosure of the Intervention Motion has been given; and a hearing on the Intervention Motion having been held on July 14, 2010; and after due deliberation and sufficient cause appearing therefore,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

      1.      The Intervention Motion is granted.

      2.      The Committee is authorized to intervene in the Adversary Proceedings, subject to the terms and conditions of this Order.

      3.      The Committee is deemed to have joined in the Complaints filed on behalf of LBHI and LBSF, on April 23, 2010.

      4.      To the extent that it elects to take discovery, file pretrial memoranda, proffer witnesses, or participate at trial, the Committee shall comply with and be bound by the pretrial schedule set forth any future Scheduling Order, to the extent not inconsistent with this Order.

      5.      The caption of the Adversary Proceedings shall be amended to include the Committee as an intervenor.

      6.      The Court shall retain jurisdiction over any and all matters arising from or

relating to the interpretation or implementation of this Order.

**SO ORDERED:**

Dated: New York, New York
      July 19, 2010

                                          *s/ James  M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge