UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
-----------------------------------------------------------------------x   Ref. Docket No. 10257

<u>AFFIDAVIT OF SERVICE</u>

| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 16, 2010, I caused to be served the:

    a.  "Notice of Fifty-Fifth Supplemental List of Ordinary Course Professionals," dated July 16, 2010 [Docket No. 10257], (the "Fifty-Fifth Supplemental"), and

    b.  "Blake Dawson Retention Documents," dated July 13, 2010, to which is attached as <u>Exhibit A</u>, (the "Blake Documents"),

    by causing true and correct copies of the:

    i.  Fifty-Fifth Supplemental, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit B</u>,

    ii.  Fifty-Fifth Supplemental, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iii.  Blake Documents, to be to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/*Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
19th day of July, 2010
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

-2-

**EXHIBIT A**

## EXHIBIT A

**(Ordinary Course Professional Affidavit)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| **BLAKE DAWSON** | : | |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF STEPHEN PETER SKINNER,
## ON BEHALF OF BLAKE DAWSON, AUSTRALIAN LAW FIRM

STATE OF    WESTERN AUSTRALIA)

CITY OF      PERTH), being duly sworn, upon his oath, deposes and says:

1.    I am a partner of Blake Dawson located at Level 32, Exchange Plaza, 2 The
Esplanade, Perth, Western Australia ("the Firm").

2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-
referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,
collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal
services to the Debtors, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform services in
the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in
the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases,
proceedings, and transactions involving many different parties, some of whom may represent or be
claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  The
Firm does not perform services for any such person in connection with these chapter 11 cases.  In

addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.      The Debtors do not owe the Firm any moneys for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

By: _____

Subscribed and sworn to before me
this 13th day of July 2010.

_____
Notary Public

JOHN PAUL TESTAFERRATA OLIVIER
NOTARY PUBLIC
PERTH AUSTRALIA

# **EXHIBIT B**

## **(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                      :

In re                                 :      **Chapter 11 Case No.**

                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :  **08-13555 (JMP)**

                                        :

                       **Debtors.**       :      **(Jointly Administered)**

                                        :

                                        :

**BLAKE DAWSON**

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS
HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Jennifer Sapp
>       Christopher Stauble

All questions **must** be answered. Please use "none", "not applicable," or "N/A," as appropriate. If
more space is needed, please complete on a separate page and attach.

    1.      Name and address of firm:

The firm is an Australian firm with offices in Australia and abroad. The principal offices
which will be involved in this matter are our Brisbane office (Level 36, 123 Eagle Street,
Brisbane, Queensland) and our Perth office (Level 32, Exchange Plaza, 2 The Esplanade,
Perth, Western Australia).

    2.      Date of retention: 8 July 2010

    3.      Type of services provided (accounting, legal, etc.):

Legal services

4.    Brief description of services to be provided:

The firm is to advise generally on the Australian law aspects of the credit and security arrangements the subject of a settlement agreement dated 25 June 2010 entered into among Norton Gold Fields Limited (**Company**), Norton Gold Holdings Pty Ltd, Paddington Gold Pty Ltd (**Paddington Gold**) and Norton Gold Mine Pty Ltd (together the **Norton Group Companies**) and Lehman Brothers Commercial Corporation.  In 2007, the Company issued convertible notes (due August 2011) (**Original Note Issue**).  The Original Note Issue is secured by a package of security documents granted by the Norton Group Companies, including:

(a)    a first priority fixed and floating charge over all of the Norton Group Companies' present and future rights, properties and undertakings in Australia; and

(b)    a first priority mortgage over all mining tenements held by Paddington Gold in Western Australia (**Current Security Documents**).

As part of the settlement arrangements, the Company is to make a promissory note issue (**Proposed Note Issue**) secured by (i) the Current Security Documents (which would be amended and supplemented) or alternatively (ii) a new package of security documents granted by the Norton Group Companies to secure the Proposed Note Issue.   The firm will draft:

(a)    as required, amendment and/or amendment and restatement deeds recording amendments to the existing note documents, security trust deed and Current Security Documents; and

(b)    any other documents (including new security documents and any required intercreditor agreement) required to implement the Australian law aspects of the arrangements.

5.    Arrangements for compensation (hourly, contingent, etc.)

Standard rates charged by Blake Dawson recorded in Annexure A.

(a)    Average hourly rate (if applicable):

Not applicable

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

Not applicable

6.     Prepetition claims against the Debtors held by the firm – Not applicable:

7.     Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Not applicable

8.     Stock of the Debtors currently held by the firm:

Not applicable

9.     Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Not aware after making due enquiry

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None.

11.    Name of individual completing this form:

Stephen Peter Skinner, Partner

STEPHEN SKINNER
PARTNER
13 July 2010

# Annexure A – Blake Dawson Fee Rates (AUD)

SFR Summary by Office - Effective 1 July 2010

Blake Dawson
Standard Fee Rates by Office by Role- Excluding GST
Effective 1 July 2010

| | | WA | NSW | VIC | SA | QLD | ACT | All Offices |
|---|---|---|---|---|---|---|---|---|
| Partner | Minimum | 575 | 650 | 650 | 625 | 560 | 625 | 575 |
| | Maximum | 700 | 850 | 800 | 625 | 600 | 675 | 850 |
| Consultant | Minimum | n/a | 490 | 680 | n/a | 520 | n/a | 490 |
| | Maximum | n/a | 800 | 680 | n/a | 600 | n/a | 800 |
| Special counsel | Minimum | 480 | 600 | 610 | n/a | 510 | 590 | 480 |
| | Maximum | 560 | 800 | 620 | n/a | 580 | 650 | 800 |
| Senior associate | Minimum | 480 | 430 | 440 | 480 | 420 | 410 | 410 |
| | Maximum | 560 | 660 | 640 | 540 | 520 | 560 | 660 |
| Lawyer | Minimum | 320 | 330 | 320 | 400 | 300 | 310 | 300 |
| | Maximum | 420 | 470 | 470 | 400 | 410 | 390 | 470 |
| Graduate | Minimum | 260 | 290 | 270 | n/a | n/a | 230 | 230 |
| | Maximum | 260 | 290 | 270 | n/a | 270 | 230 | 290 |
| Paralegal | Minimum | 120 | 120 | 120 | n/a | 120 | n/a | 120 |
| | Maximum | 520 | 310 | 300 | n/a | 270 | n/a | 520 |
| Minimum Standard Fee Rate | | 120 | 120 | 120 | 400 | 120 | 230 | 120 |
| Maximum Standard Fee Rate | | 750 | 850 | 800 | 625 | 600 | 675 | 850 |

Note:
The above summary excludes rates application to members of the National Tax team and Len Hertzman (Tax Partner in Perth C&C Team).

Blake Dawson
Standard Fee Rates by Office by Role- Including GST
Effective 1 July 2010

| | | WA | NSW | VIC | SA | QLD | ACT | All Offices |
|---|---|---|---|---|---|---|---|---|
| Partner | Minimum | 632.50 | 715.00 | 715.00 | 687.50 | 616.00 | 687.50 | 632.50 |
| | Maximum | 770.00 | 935.00 | 880.00 | 687.50 | 660.00 | 742.50 | 935.00 |
| Consultant | Minimum | n/a | 539.00 | 748.00 | n/a | 572.00 | n/a | 539.00 |
| | Maximum | n/a | 880.00 | 748.00 | n/a | 660.00 | n/a | 880.00 |
| Special counsel | Minimum | 528.00 | 660.00 | 671.00 | n/a | 561.00 | 649.00 | 528.00 |
| | Maximum | 616.00 | 880.00 | 682.00 | n/a | 638.00 | 715.00 | 880.00 |
| Senior associate | Minimum | 528.00 | 473.00 | 484.00 | 528.00 | 462.00 | 451.00 | 451.00 |
| | Maximum | 616.00 | 726.00 | 704.00 | 594.00 | 572.00 | 616.00 | 726.00 |
| Lawyer | Minimum | 352.00 | 363.00 | 352.00 | 440.00 | 330.00 | 341.00 | 330.00 |
| | Maximum | 462.00 | 517.00 | 517.00 | 440.00 | 451.00 | 429.00 | 517.00 |
| Graduate | Minimum | 286.00 | 319.00 | 297.00 | n/a | n/a | 253.00 | 253.00 |
| | Maximum | 286.00 | 319.00 | 297.00 | n/a | 297.00 | 253.00 | 319.00 |
| Paralegal | Minimum | 132.00 | 132.00 | 132.00 | n/a | 132.00 | n/a | 132.00 |
| | Maximum | 572.00 | 341.00 | 330.00 | n/a | 297.00 | n/a | 572.00 |
| Minimum Standard Fee Rate | | 132.00 | 132.00 | 132.00 | 440.00 | 132.00 | 253.00 | 132.00 |
| Maximum Standard Fee Rate | | 825.00 | 935.00 | 880.00 | 632.50 | 660.00 | 742.50 | 935.00 |

Note:
The above summary excludes rates application to members of the National Tax team and Len Hertzman (Tax Partner in Perth C&C Team).

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**EXHIBIT C**

**<u>Exhibit A - Counsel To The Official Committee Of Unsecured  Creditors</u>**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT D**

Peter Brabant
pbrabant@jonesday.com

Stephen Skinner
Stephen.Skinner@blakedawson.com