From:

Jacob Chang
1493 Fields Dr.
San Jose, CA 95129
(650)605-3179

To:

United States Bankruptcy Court
Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., et al.
Chapter 11 Case No.
08-13555 (JMP)

Regarding:
Claim Number 9562
Date Filed: 08/27/2009
Claim Amount: $7000

For unsecured preferral bond:

CUSIP 52517P4Q1 -- $2000
CUSIP 52517P3S8 -- $2000
CUSIP 5252M0AF4 -- $2000
CUSIP 5252M0FZ5 -- $1000

I disagree with the objection to disallow and expunge claim number 9562 for the reason of duplication of claim. The claim file 9562 is filed independently by Jacob C Chang, separate and have no connection with the case 10082 as filed by Citibank Inc. The holdings of the bonds under this claim is purchased independently and it has no relationship with any holdings claimed by Citibank.

I would like to participate in the hearing telephonically. Please provide the instructions for which I can participate telehponically.

*[signature]*   6/23/10



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

MAIL ID *** 0028964196 *** LBH OB21 06-17-2010 (MERGE2,TXNUM2) 4000056287

CHANG, JACOB
1493 FIELDS DR.
SAN JOSE, CA 95129

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

**Creditor Name and Address**
TO: CHANG, JACOB
1493 FIELDS DR.
SAN JOSE, CA 95129

| Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|
| | Claim Number | Date Filed | Debtor | Claim Amount |
| Claim to be Disallowed and Expunged | 9562 | 08/27/2009 | No Case | $7,000.00 |
| Surviving Claim | 10082 | 09/02/2009 | 08-13555 | $73,162,259,495.49 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the holders of certain senior unsecured notes issued pursuant to an indenture. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.