

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re )
)  Chapter 11 Case No.
)
LEHMAN BROTHERS HOLDINGS INC., et al., )
)  08-13555 (JMP)
)  Objection to Disallowance and
Debtors )  Expungment of Claim
)

Barbara Peonio                                    Claim Number:    66431
432 E. Elgin St.                                  Surviving Claim: 10082
Gilbert, AZ  85295

I am opposing the disallowance, reduction or expungment of my claim for the following reasons.
1. I purchased $50,000 worth of bonds in Schering-Plough (SGP) which were held by Lehman Brothers Holdings Inc., and were supposed to be converted to stock in SGP before they filed for bankruptcy.
2. I purchased these bonds on March 12, 2008 through Stockcross Financial. They were held by Lehman Brothers Holdings Inc., and due to be converted to stock on September 14, 2008 pursuant to my purchase agreement. (Appendix 1)
3. My cusip number on this transaction is 5249087A2.
4. **My purchase agreement is the only position that matured prior to the bankruptcy.** My transaction was included in the bankruptcy proceedings and can be found in Appendix D page one line 17 of the Rider to Proof of Claim of Wilmington Trust Company as Successor Indenture Trustee (Appendix 2). As you can see the maturity date is 9/14/2008, the issuance amount is 1,900,000. The calculated interest as of September 15, 2008 is 21,269.44 and the Master list of securities issue amount is left blank.
5. I have sent numerous letters to this court and to the attorneys involved in this proceeding beginning in October 2009 when I first learned from Stockcross where to address my concerns. Copies of some of those letters are included. (Appendix 3).
6. I am only requesting to receive my $50,000 worth of SGP pursuant to my purchase agreement, rather than being handled with the many creditors.

Respectfully Submitted,

*Barbara Peonio* (signature)
Barbara K Peonio

Cc:    Shai Waisman, Esq. Weil, Gotshal & Manges LLP
       Andy Velez-Rivera, Esq., et al., Office of the U. S. Trustee, Southern Dist of NY.
       Dennis Dunne, Esq. et al., Milbank, Tweed, Hadley & McCloy LLP

# APPENDIX 1 – PURCHASE AGREEMENT

Trade Confirmation

**StockCross Financial Services, Inc.**
9464 Wilshire Boulevard
Beverly Hills, California 90212
800-225-6196

*A Name Investors Have Trusted For Over 35 Years*

Boston: 800-225-6196
Houston: Stock Option Services (SOS)
800-338-3965
01+713-350-3760
Seattle • Dallas • Philadelphia

**STOCKCROSS**
FINANCIAL SERVICES, INC.
Member of NYSE/SIPC
Established 1971

Process Date: 03/12/08

Account No: ███ 035
Rep #

01/000125

BARBARA K PEONIO
432 E ELGIN ST
GILBERT AZ 85295

**New Online Tip:** To receive an automated courtesy email for trade reports you can login and go to "User Settings", add your email address, and set the Notification Mode to "email".

| Bought / Sold | T* | Quantity | Description | Price | Principal / Interest | Trade / Settlement Date | Commission | Misc. | Postage and Handling | Net Amount | CUSIP / Symbol | Trade No. | MKT* CAP* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 1 | 50000 | LEHMAN BROS HLDGS INC REV EXCH LKD08 DUE 09/14/2008  13.000% INTEREST PAYS MONTHLY 03/14/08   DATED DATE SOLICITED PROSPECTUS UNDER SEPARATE MAIL AS OF 03/11/08 MOODY RATG N/A  S&P RATG N/A YIELD  13.000 % TO MATURITY NOT RATED BY MOODY'S/S&P | 100.00 | 50,000.00 0.00 | 03/11/08 03/14/08 | 0.00 | 0.00 | 0.00 | 50,000.00 | 5249087A2 | A0499 | 7   7 |

Subject to terms and conditions on the last page of this confirmation.
This confirmation will be deemed correct in all respects unless written notice of any inaccuracy is sent to our Compliance Department.

APPENDIX 2 – PROOF OF CLAIM APP. D

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Wilmington Trust Company, as Indenture Trustee, Attn: Julie J. Becker
50 South Sixth Street, Suite 1290, Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544
and
Covington & Burling LLP, Attn: Michael B. Hopkins/Martin E. Beeler
The New York Times Building, 620 Eighth Avenue
New York, New York 10018

Telephone number: 612-217-5628       Email Address: jbecker@WilmingtonTrust.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:       Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ See attached Rider
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Bond debt
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 0 2 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>9.1.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>_____, Vice President | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT D

In re LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (JMP) - RIDER TO PROOF OF CLAIM OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE

| CUSIP | Maturity Date | Issuance Amount | Calculated Interest due as of September 15, 2008 | Total (Principal Amount Outstanding + Calculated Interest) | Master List of Securities Issue Amount |
|---|---|---|---|---|---|
| 524935129 | 12/31/2009 | 6,800,100.00 | N/A | undetermined | 6,800,100.00 |
| 5249083B4 | 11/28/2008 | 898,000.00 | 4,452.58 | undetermined | 898,000.00 |
| 5249083H1 | 10/12/2008 | 1,500,000.00 | 2,406.25 | undetermined | 1,500,000.00 |
| 5249083M0 | 11/2/2010 | 2,900,000.00 | N/A | undetermined | 2,900,000.00 |
| 5249083S7 | 11/28/2008 | 125,000.00 | 593.23 | undetermined | 125,000.00 |
| 5249083W8 | 11/28/2008 | 709,000.00 | 3,180.65 | undetermined | 709,000.00 |
| 5249084X5 | 1/30/2009 | 367,000.00 | 2,339.63 | undetermined | 367,000.00 |
| 5249085D8 | 12/31/2012 | 55,000,000.00 | 229,166.67 | undetermined | 55,000,000.00 |
| 5249085R7 | 1/30/2009 | 125,000.00 | 611.63 | undetermined | 125,000.00 |
| 5249085Y2 | 2/27/2011 | 100,000.00 | N/A | undetermined | 100,000.00 |
| 5249086M7 | 3/8/2010 | 760,000.00 | N/A | undetermined | 760,000.00 |
| 5249086N5 | 2/27/2009 | 173,000.00 | 991.15 | undetermined | 173,000.00 |
| 5249086T2 | 10/9/2008 | 100,000.00 | 166.67 | undetermined | 100,000.00 |
| 5249086U9 | 2/24/2010 | 1,999,000.00 | N/A | undetermined | 1,999,000.00 |
| 5249086V7 | 2/19/2009 | 1,000,000.00 | 14,263.89 | undetermined | 1,000,000.00 |
| 5249086W5 | 2/25/2010 | 500,000.00 | N/A | undetermined | 500,000.00 |
| 5249087A2 | 9/14/2008 | 1,900,000.00 | 21,269.44 | undetermined | |
| 5249087C8 | 9/30/2008 | 151,000.00 | 671.11 | undetermined | 151,000.00 |
| 5249087D6 | 10/7/2008 | 1,300,000.00 | 2,600.00 | undetermined | 1,300,000.00 |
| 5249087E4 | 9/30/2008 | 259,000.00 | 2,647.56 | undetermined | 259,000.00 |
| 5249087F1 | 10/30/2008 | 106,000.00 | 607.29 | undetermined | 106,000.00 |
| 5249087K0 | 9/30/2008 | 168,000.00 | 1,120.00 | undetermined | 168,000.00 |
| 524908B66 | 6/28/2010 | 6,330,000.00 | N/A | undetermined | 6,330,000.00 |
| 524908ET3 | 10/18/2008 | 5,400,000.00 | N/A | undetermined | 6,100,000.00 |
| 524908FJ4 | 4/29/2010 | 725,000.00 | N/A | undetermined | 7,340,000.00 |
| 524908FN5 | 5/8/2010 | 4,000,000.00 | 3,527.78 | undetermined | 32,570,000.00 |
| 524908J92 | 8/2/2010 | 1,700,000.00 | N/A | undetermined | 1,700,000.00 |
| 524908JE1 | 6/10/2010 | 5,308,000.00 | N/A | undetermined | 10,808,000.00 |
| 524908JK7 | 11/6/2009 | 1,566,000.00 | N/A | undetermined | 7,611,000.00 |
| 524908K25 | 7/31/2010 | 3,800,000.00 | N/A | undetermined | 7,775,000.00 |
| 524908L73 | 9/24/2008 | 1,000,000.00 | 5,833.33 | undetermined | 1,000,000.00 |
| 524908MB3 | 9/28/2009 | 9,165,000.00 | N/A | undetermined | 22,000,000.00 |
| 524908MG2 | 11/15/2009 | 1,138,000.00 | N/A | undetermined | 4,985,000.00 |
| 524908MP2 | 11/19/2011 | 6,365,000.00 | 20,509.44 | undetermined | 12,365,000.00 |
| 524908MR8 | 12/23/2009 | 1,550,000.00 | N/A | undetermined | 6,000,000.00 |
| 524908MV9 | 2/9/2010 | 1,283,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908MY3 | 3/3/2010 | 1,415,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908N30 | 9/28/2008 | 312,000.00 | 2,114.23 | undetermined | 312,000.00 |
| 524908N48 | 9/28/2008 | 990,000.00 | 6,194.38 | undetermined | 990,000.00 |
| 524908NC0 | 8/3/2010 | 1,025,000.00 | N/A | undetermined | 17,000,000.00 |
| 524908NF3 | 3/23/2012 | 100,000,000.00 | 716,666.67 | undetermined | 100,000,000.00 |
| 524908NL0 | 6/21/2010 | 9,475,000.00 | 16,383.85 | undetermined | 10,000,000.00 |
| 524908NM8 | 6/29/2012 | 10,000,000.00 | 5,277.78 | undetermined | 10,000,000.00 |
| 524908NV8 | 9/29/2008 | 4,000,000.00 | N/A | undetermined | 4,000,000.00 |
| 524908NX4 | 10/13/2015 | 50,000,000.00 | 3,481,388.89 | undetermined | 50,000,000.00 |
| 524908NY2 | 10/28/2012 | 14,350,000.00 | 163,829.17 | undetermined | 17,000,000.00 |
| 524908NZ9 | 11/15/2008 | 6,265,000.00 | N/A | undetermined | 10,124,000.00 |
| 524908PA2 | 11/17/2012 | 9,575,000.00 | 94,154.17 | undetermined | 10,000,000.00 |
| 524908PF1 | 1/26/2009 | 7,735,000.00 | N/A | undetermined | 7,735,000.00 |
| 524908PH7 | 3/10/2009 | 1,560,000.00 | N/A | undetermined | 2,645,000.00 |
| 524908PL8 | 3/23/2009 | 12,600,000.00 | 59,850.00 | undetermined | 51,945,000.00 |
| 524908PM6 | 3/31/2009 | 6,765,000.00 | N/A | undetermined | 6,765,000.00 |
| 524908SH4 | 8/13/2013 | 13,035,000.00 | 31,863.33 | undetermined | 23,900,000.00 |
| 524908SJ0 | 8/3/2010 | 1,200,000.00 | N/A | undetermined | 1,200,000.00 |

APPENDIX 3 – LETTERS IN SUPPORT OF CLAIM

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

The Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
Courtroom 601
New York, NY 10004-1408

October 26, 2009

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Judge Peck:

Lehman Brothers held my $50,000 worth of bonds in Schering-Plough (SGP) that matured and was supposed to be converted to stock before they filed for bankruptcy. They did not convert it as required, and they have been included in their bankruptcy. I am respectfully asking you to require them to issue me the SGP stock.

I purchased these bonds on March 12, 2008 through Stockcross Financial. It was held by Lehman Brothers and was due to be converted to stock on September 14, 2008 pursuant to my purchase agreement which specified September 14th as the date the reverse exchange was to be completed. The Cusip number on this transaction is 5249087A2.

Unlike other creditors, these were not funds in transit that did not get into Lehman Brothers accounts until after the filing of the bankruptcy on September 15th. These funds were supposed to be converted to stock prior to that date.

I know you are dealing with millions of dollars which have a large impact on our market. My $50,000 has a huge impact on me and is a significant portion of my savings.

Respectfully


Barbara Peonio


Cc. Weil, Gotschal & Manges LLP
    Attorneys for Debtor Lehman Brothers
    767 Fifth Avenue
    New York, NY 10153

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
480-325-1742
Email: bkpeonio@yahoo.com

The Honorable James M. Peck
United States Bankruptcy Judge
Southern District of New York
One Bowling Green; Courtroom 601
New York, NY 10004-1408

December 30, 2009

      Subject: Lehman Brothers Holdings Inc. Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Judge Peck:

I previously wrote you in October 2009 concerning my $50,000 worth of Reverse Convertibles linked to Schering-Plough stock that matured and I was to receive the common stock Saturday, September 14, 2008. before Lehman Brothers Holdings Inc. declared bankruptcy. This issue is the only position that matured prior to the bankruptcy. My stock was not to be swept into the senior unsecured debt holders. I am not requesting any monetary award. I am simply requesting my common shares in Schering-Plough which I am entitled to receive.

I purchased these Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services which were held in Stockcross and issued by Lehman Brothers Holdings Inc. Cusip number on this transaction is 5249087A2.

I am looking to you for assistance because I have received absolutely no response to my inquiries from Lehman Brothers Holdings or anyone acting in their behalf.

Thank you for your assistance.

Sincerely,


Barbara K. Peonio

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
480-325-1742
Email: bkpeonio@yahoo.com

Mr. Bryan Marsal
Chief Executive Officer
Lehman Brothers Holdings
1271 Avenue of the Americas; 45th floor
New York, NY 10020

January 14, 2010

Subject: Lehman Brothers Holdings Inc. Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Mr. Marsal:

I purchased $50,000 worth of Reverse Convertibles linked to Schering-Plough stock that came due before Lehman Brothers Holdings declared bankruptcy. I have not received the stock, and I am requesting it.

I was to receive the common stock Saturday, September 14, 2008 before Lehman Brothers Holdings Inc. declared bankruptcy. This issue is the only position that matured prior to the bankruptcy. My stock was not to be swept into the senior unsecured debt holders. I am not requesting any monetary award. I am simply requesting my common shares in Schering-Plough which I am entitled to receive.

I purchased these Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services which were held in Stockcross and issued by Lehman Brothers Holdings Inc. Cusip number on this transaction is 5249087A2.

I previously sent letters to Judge Peck and Weil, Gotschal & Manges LLP, Attorneys for Debtor Lehman Brothers in October 2009 requesting my stock without response.

In the January 12th edition of the Financial Times, you were quoted as being very upset at the banks for their "outrageous" derivatives claims. You are handling billions of dollars worth of claims. I am a single individual investor, and my $50,000 investment is very significant to me. I am not requesting a monetary award, just the common stock of Schering-Plough I was entitled to receive before Lehman Brothers Holdings declared bankruptcy.

Thank you for your assistance.

Sincerely,


Barbara K. Peonio

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

January 30, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim.

I purchased $50,000 worth of Reverse Convertibles linked to Schering-Plough (SGP) from Stockcross Financial Services. This was held in Stockcross and issued by Lehman Brothers Holdings Inc. This issue matured on September 14, 2008 which was before Lehman Brothers Holdings Inc. filed for bankruptcy. It should have been issued and not swept into the unsecured debt holders.

This is the only position that matured prior to the bankruptcy. I am not asking for monetary compensation. I am asking for the $50,000 common stock due me under Cusip #5249087A2. I have been trying to resolve this matter for more than a year.

Thank you for your assistance.

Sincerely,

Barbara K. Peonio

Cc.    The Honorable James M. Peck, U. S. District Court
      Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
      Mr. Michael Hopkins, Covington & Burling LLP
      Mr. Bryan Marsal CEO Lehman Brothers Holdings
      Epiq Bankruptcy Solutions LLC
      Ms. Allison Clago, Stockcross Financial Services

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Amanda Hendy
Weil, Gotshal & Manges LLP
Attorneys for Lehman Bros. Holdings Inc.
767 Fifth Avenue
New York, New York 10153

March 26, 2010

      Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Hendy:

I am included in the claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I appreciated talking with you in January of this year. I have been trying to get this matter for more than a year, but so far nothing seems to have happened.

In January of this year, I also sent letters to the firms representing the plaintiffs in this case. I have not received an answer or an acknowledgment to my letter. I would appreciate an answer, and resolution.

I am simply requesting the $50,000 in SGP common stock.

Sincerely,

Barbara K. Peonio

Cc:    The Honorable James M. Peck, U. S. District Court
        Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
        Mr. Michael Hopkins, Covington & Burling LLP
        Mr. Bryan Marsal CEO Lehman Brothers Holdings
        Epiq Bankruptcy Solutions LLC
        Ms. Allison Clago, Stockcross Financial Services

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295
Email: bkpeonio@yahoo.com

Wilmington Trust Co., as Indenture Trustee
Attn: Ms. Julie J. Becker
50 South Sixth Street; Suite 1290
Drop Code: 1700/Minnesota
Minneapolis, Minnesota 55402-1544

June 11, 2010

    Subject: Lehman Brothers Bankruptcy, United States Bankruptcy Court for the Southern District of New York, Case #08-13555

Dear Ms. Becker:

It is my understanding you represent the plaintiffs in this action. I am included in your claim in the above-captioned bankruptcy proceeding. The Cusip number on my transaction is 5249087A2. It can be found in Appendix D page one of the Proof of Claim. My $50,000 worth of Reverse Convertibles was linked to Schering-Plough (SGP) and was supposed to be converted into SGP stock before LBHI declared bankruptcy. I am requesting the $50,000 common stock.

I sent you two letters for assistance in this matter: January 30, 2010 & March 25, 2010. (Copies enclosed). I have not received an answer or an acknowledgment to my letters. I would appreciate an answer, and resolution. We need to hear from you within the next thirty days.

Sincerely,


Barbara K. Peonio

Cc (without enclosures).    The Honorable James M. Peck, U. S. District Court
                                  Ms. Amanda Hendy, Weil, Gotshal & Manges LLP
                                  Ms. Julie Becker