Maheswora N Baidya
P.O. Box 5144
Laurel, MD 20726
July 10, 2010


Honorable James M Peck;
One Bowling Green,
New York, NY 10004, Courts 601.


Honorable Sir:

Ref: Cusp # 52517 PYNS
Claim # 3229, value $15075.58

I have received a notice regarding my claim with the Bankruptcy Court on my investment with Lehman Brothers. This is a notice of objection against my claim based on "Duplicate of Indenture Trustee Claim"

I vigorously oppose such a claim for following reasons:

1. It was a fixed income investment hoping to get a small and secure interest income. This was also sold as (Principal Protected investment).

2. It was purchased entirely with my own hard earned money.

3. I have never authorized any one as my Trustee. So whoever is claiming on my behalf as trustee    must be illegitimate. How could they do that?

4. I am the only legitimate surviving investor and claimant and no one else.

Please take all above facts into consideration and expunge any other illegitimate claimants on my monitory investment. Please make checks payable only to me and no one else.

Sincerely Yours

*[signature]*

Maheswora N Baidya


Copies to:
1. Attorneys for Debtors: Weil Gotshal and Manges LLP.
767 Fifth Ave, New York, NY 10153: Attn: Shai Waisman Esq.

2. Office of the US Trustee for the Southern District of New York
   33 Whitehall St, 21st Floor, New York, NY 10004
   Attn : Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Mansumoto, Esq.,
   Linda Riffkin Esq,. Tracy Hope Davis; Esq.

3. Attorneys for the official Committee of unsecured creditors, Milbank, Tweed, Hadley & McCoy LLP
   1 Chase Manhattan Plaza, New York, NY 10005
   Attn: Dennis F Dunne Esq, Dennis O'Donnell Esq., and Evan Fleck Esq.



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* LBH CLMLTR (MERGE2.TXNUM2) 4000003229 \*\*\*\*
BAIDYA, MAHESWORA N.
PO BOX 5144
LAUREL, MD 20726

July 01, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | BAIDYA, MAHESWORA N. |
| Date Received: | 03/06/2009 |
| Claim Number: | 3229 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/LBH. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on our website at http://www.epiqbankruptcysolutions.com/contact.htm. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

# Epiq Systems, Inc.

- Epiq Directory
- Contact Us
- Forms

Claim Search

**646 282 2400**

Client Home

## Lehman Brothers Holdings Inc. (Chapter 11)

Filed Claims & Schedules    Key Documents    Docket    Change Client

### Filed Claims and Schedules

| | Claim # | 3229 | | Name Starts With | Baidya, Maheswora | | Debtor | Lehman Brothers |
| | Schedule # | | | Total Claim Value | Equals | to | Scope | Claims Only |
| | Order By | Creditor Name | | Claim Date Range | | | | |

Results Per Page  10

Search   Clear

Page 1 of 1

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | Page |
|---|---|---|---|---|---|---|
| | 3229 | | BAIDYA, MAHESWORA N. | 3/6/2009 | $15,075.58 | Image |

Claims 1-1 of 1    Go

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.

© 2009 Epiq Systems, Inc. All Rights Reserved.

http://chap11.epiqsystems.com/LBH/claim/search.aspx    7/10/2009