## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 50008

Dresdner Bank (Switzerland) Ltd. ("Transferor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assigned unto:

LGT Bank (Switzerland) Ltd., successor by merger with Transferor,

Its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the principal amount of U.S. $46,517,855.79 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions to Transferee, at LGT Bank (Switzerland) Ltd., Glärnischstrasse 36, CH-8022 Zürich Tele. No. 41 44 250 81 81, and to give all notices and other communications, in respect of the Claim to Transferee, c/o Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.a.reid@bakernet.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April __, 2010.

LGT Bank (Switzerland) Ltd., successor by merger
with Dresdner Bank (Switzerland) Ltd

By: Rudolf Suter          Andreas Brunner