## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Special Financing Inc.,      Case Nos. 08-13555
                                                    Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Serengeti Partners L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Original Court Claim #: 33588 ($1,238,415.28, the "Total Claim Amount")

Transferred Claim: 50.00% or $619,207.64 of the Total Claim Amount.

Name and Address where notices to Transferee should be sent:

Serengeti Partners L.P.
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury
Tel: 212-672-2248
Email: schoudhury@serengeti-am.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI PARTNERS L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____          Date: June 29, 2010
Name: Wai-Yen Lau
Title: Director

[Execution Version]

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to SERENGETI PARTNERS L.P. ("Purchaser") 50% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 33588) (50% of such claim) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of 50% of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser 50% of the foregoing claim, recognizing Purchaser as the sole owner and holder of such portion of the claim, and directing that all payments or distributions of money or property in respect of such portion of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29 day of June 2010

GOLDMAN SACHS LENDING PARTNERS LLC

By:
Name: Nancy Y. Kwok
Title: Authorized Signatory

SERENGETI PARTNERS L.P.

By: _____
Name:
Title:

595160.3/153-05598                    14

[Execution Version]

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, GOLDMAN SACHS LENDING PARTNERS LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to SERENGETI PARTNERS L.P. ("Purchaser") 50% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 33588) (50% of such claim) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of 50% of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser 50% of the foregoing claim, recognizing Purchaser as the sole owner and holder of such portion of the claim, and directing that all payments or distributions of money or property in respect of such portion of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29 day of June 2010.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

SERENGETI PARTNERS L.P.

By: _____
Name:   Wai-Yen Lau
Title:   Director

595160.3/153-05598                    14