## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### CIVIL ACTION-LAW

### MOTION TO OBJECT

-----------------------------------------------x
:
In re:                                         :
:                    Chapter 11
Lehman Brothers Holdings, Inc.                 :    Case No. 08-13555 (JMP)
         Debtor.                               :
:
:
-----------------------------------------------x

CHRIS STOVIC
435 Greeves St.
Kane, PA 16736
1-814-837-7046
         Creditors, Pro Se

### MOTION TO OBJECT to EXPUNGED CLAIM 1245

We strongly object to expunge our claim 1245. The Notes were bought for Consideration of $10720.00 to be paid as per "agreement - contract at the maturity date August 15, 2009.

In RE: Surviving claim 10082 we do not have any specific information as to who file a claim to represent our interest, for our benefits. We have not received any notification that he/her is representing out interest our "intrinsic value" and/or our "regulated Value."

1       **Consideration.** "The consideration constitutes reasonable equivalent value of Fair consideration as the case may be (as those terms are defined in each of the Uniform Fraudulent Act, Uniform Conveyance Act and section 548 of the Bankruptcy code) and fair consideration under Bankruptcy code, under the laws of the United States" and under the Article I, Sec.8, item 5, "regulate the Value thereof..." of the purchase notes- draft. The draft has an "intrinsic Value - regulated Value" of $10720.00 + accrued interest.