2  The debtor had fail to provide adequate assurance of cure, of any default existing prior to the date hereof with respect to the closing date and/or maturity contract date of the notes.

3  No one had provided us with any adequate assurance of compensation for any actual pecuniary loss resulting from a default prior to the date hereof with respect to the closing date of the contract agreement August 15, 2009.

4  We have no knowledge of any appointed trustee to represent our interest. If there are any appointed trustee to represent our interest for our benefit, they have not been engaged and have done nothing for almost two years.

5  The Bankruptcy court is biased and for the interest and benefits of the "Debtor in Possession."

6  "Individual right and liberty" has been suspended under the bankruptcy code. The chapter 11, is a legal permit, an authority to confiscate, a legal license to commit fraud and not be accountable.

7  This creditor has been exposed to hardship, deprived of rightfully ownership of his funds, deprived of liquidity funds, altered the way of life, expose to unnecessary expenses, deprive of his rightful funds to participate in a free market economy, and suspend Constitutional protected individual right to property and liberty.

8  The court has failed to protect these "individual right to property and liberty," Rights that can not be sold, transfer or assign to anyone.

Respectfully,

*Chris Stovic*

Chris Stovic

July 16, 2010