**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------- X
                                      :
In re:                                :   Chapter 11 Case No.
                                      :
Lehman Brothers Holdings Inc., et al, :   Case No. 08-13555 (JMP)
                                      :
                            Debtor.   :   (Jointly Administered)
                                      :
------------------------------------- X
```

### **AFFIDAVIT OF SERVICE**

STATE OF WISCONSIN            )
                              )
COUNTY OF MILWAUKEE           )

     Mary E. Roufus, being first duly sworn on oath, deposes and says that she is a resident of this state and not a party to this action; that on July 20, 2010, she served the *Response to Debtors' Twenty-Third Omnibus Objection to Claims* [Docket No. 10330] on the parties listed on the attached service list via First Class U.S. Mail.

                                                             */s/ Mary E. Roufus*
                                                             Mary E. Roufus

Subscribed and sworn to before me
this 20th Day of July, 2010.

     */s/ Jennifer Herzog*
Notary Public, State of Wisconsin
My commission is permanent.

5210280_1

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq.


The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg Esq.,
Brian Masumoto, Esq., Linda Riffkin, Esq.
Tracy Hope Davis, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.