Presentment Date and Time: July 28, 2010 at 12:00 p.m. noon (Prevailing Eastern Time)
Objection Deadline: July 28, 2010 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed): August 18, 2010 at 10:00 a.m. (Prevailing Eastern Time)

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :   08-13555 (JMP)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**JOHNATHAN KEENEY,**                                            :
                                                                 :
                    Plaintiff,                                   :   ADV. PRO. 10-03278 (JMP)
v.                                                               :
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,**                               :
                                                                 :
                    Defendant.                                   :
-----------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF**
**STIPULATION, AGREEMENT, AND ORDER BETWEEN**
**LEHMAN BROTHERS HOLDINGS INC. AND JOHNATHAN KEENEY,**
**PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY WITH**
**REGARD TO REAL PROPERTY LOCATED IN BALTIMORE, MARYLAND**

   **PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation, Agreement, and Order Providing for Relief from the Automatic Stay with Regard to Real Property Located in Baltimore, Maryland (the "Stipulation, Agreement, and Order") between Lehman Brothers Holdings Inc., as debtor and debtor-in-possession, and Johnathan Keeney to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **July 28, 2010 at 12:00 noon (Prevailing Eastern Time).**

US_ACTIVE:\43432265\01\58399.0003

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulation, Agreement, and Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **July 28, 2010 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Stipulation may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Stipulation, Agreement, and Order on **August 18, 2010 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: July 20, 2010
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Presentment Date and Time: July 28, 2010 at 12:00 p.m. noon (Prevailing Eastern Time)**
**Objection Deadline: July 28, 2010 at 11:00 a.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): August 18, 2010 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
　　　　　　　**Debtors.** : (Jointly Administered)
: 
: 
------------------------------------------------------------x
: 
**JOHNATHAN KEENEY,** : 
: 
　　　　　　　**Plaintiff,** : ADV. PRO. 10-03278 (JMP)
**v.** : 
: 
**LEHMAN BROTHERS HOLDINGS INC.,** : 
: 
　　　　　　　**Defendant.** : 
------------------------------------------------------------x

**STIPULATION, AGREEMENT, AND ORDER**
**BETWEEN LEHMAN BROTHERS HOLDINGS INC. AND JOHNATHAN KEENEY**
**PROVIDING FOR RELIEF FROM THE AUTOMATIC STAY WITH**
**REGARD TO REAL PROPERTY LOCATED IN BALTIMORE, MARYLAND**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

　　　　　　This Stipulation, Agreement and Order (the "Stipulation, Agreement and Order")

is entered into by and between Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

US_ACTIVE:\43432265\01\58399.0003

debtors in the above referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), and Johnathan Keeney ("Keeney").

**RECITALS**

      A.    On September 15, 2008 and periodically thereafter Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries commenced with this Court voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code.

      B.    On June 8, 2010, Keeney commenced the above captioned adversary proceeding against LBHI (the "Adversary Proceeding") by filing a summons and complaint in the Chapter 11 Cases (the "Complaint").

      C.    The Complaint alleges that on December 20, 2002, Lehman Capital, a division of LBHI, acquired title to real property located at 2533 Eastern Avenue, Baltimore, Maryland (the "Real Property") following a foreclosure proceeding relating to a mortgage and related note, dated April 19, 2001 (the "April 19, 2001 Note") and given by an individual named William Henry Christ ("Mr. Christ").

      D.    The Complaint further alleges that Mr. Christ paid off the April 19, 2001 Note on August 18, 2003 by sending $156,827.93 to Household Mortgage Services, agent for Lehman Capital, thereby redeeming the Real Property. Contemporaneously therewith, Mr. Christ transferred the Real Property, via deed, to Keeney for the sum of $165,000.00 (the "August 18, 2003 Deed").

      E.    The Complaint further alleges that Keeney recorded the August 18, 2003 Deed in the Baltimore City, Maryland land records on August 22, 2003, and that on August 27, 2003, the Real Property was improperly transferred to Lehman Capital, via substitute trustees'

US_ACTIVE:\43432265\01\58399.0003          2

deed (the "August 27, 2003 Substitute Trustee's Deed"), despite the fact that the April 19, 2001 Note was paid off on August 18, 2003.

F. The Complaint further alleges that Lehman Capital, or its agent, improperly recorded the August 27, 2003 Substitute Trustee's Deed on September 2, 2003.

G. LBHI has determined that it transferred its interest in the Real Property to a third party in 2003. As a result, neither LBHI nor any of the other Debtors currently holds a direct interest in the Real Property.

H. Keeney seeks entry of an order terminating the automatic stay extant in the Chapter 11 Cases pursuant to section 362 of the Bankruptcy Code and allowing him to exercise his non-bankruptcy rights and remedies as to the Real Property.

I. In light of the foregoing, and to ensure that Keeney is not prohibited from exercising his rights with respect to the Real Property, LBHI and Keeney (each a "Party" and together, the "Parties") have agreed, subject to approval of this Court, to resolve the Adversary Proceeding on the terms set forth below.

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED** by and between LBHI and Keeney, through their undersigned attorneys, that:

1. This Stipulation, Agreement, and Order shall have no force or effect unless and until approved by the Court (the "Effective Date").

2. Upon the Effective Date, to the extent that the automatic stay is applicable, it shall be modified with respect to Keeney's interest in the Real Property, and Keeney shall be permitted to exercise his rights under applicable non-bankruptcy law against the Real Property.

3. Except as provided in paragraph 2, the provisions of section 362(a) of the Bankruptcy Code, including, without limitation, those provisions prohibiting any act to collect,

assess, or recover a claim that arose prior to the Commencement Date from LBHI's estate and/or assets or property of LBHI (as defined in section 541 of the Bankruptcy Code) shall remain in full force and effect.

4. Within 3 business days of the Effective Date, Keeney shall file a notice of voluntary dismissal of the Adversary Proceeding substantially in the form attached hereto as Exhibit A.

5. This Stipulation, Agreement, and Order may only be amended or otherwise modified by a signed writing executed by the Parties.

6. Each person who executes this Stipulation, Agreement, and Order by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement, and Order on behalf of such Party.

7. This Stipulation, Agreement, and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement, and Order to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation, Agreement, and Order.

Dated: July 12, 2010
      Florham Park, New Jersey

    /s/ Elliot D. Ostrove
    Elliot D. Ostrove, Esq.

    Day Pitney, LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    Telephone: (203) 977-7383
    Facsimile: (203) 977-7301

    and

    7 Times Square
    New York, New York 10036
    Telephone: (212) 297-5800

    Attorneys for Johnathan Keeney

Dated: July 20, 2010
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

SO ORDERED, this
___ day of July, 2010 in New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**
**(Notice of Voluntary Dismissal)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------------x
:
**JOHNATHAN KEENEY,** :
:
Plaintiff, : ADV. PRO. 10-03278 (JMP)
:
v. :
:
**LEHMAN BROTHERS HOLDINGS INC.,** :
:
Defendant. :
---------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, this adversary proceeding is hereby voluntarily dismissed with prejudice and without costs to either party.

Dated: July __, 2010
Florham Park, New Jersey

By: _____
Elliot D. Ostrove, Esq.

Day Pitney, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: (203) 977-7383
Facsimile: (203) 977-7301

and

7 Times Square
New York, New York 10036
Telephone: (212) 297-5800

Attorneys for Johnathan Keeney

US_ACTIVE:\43432265\01\58399.0003