## AFFIRMATION OF SERVICE

I, Kelly A. Carrero, an attorney admitted to practice in the courts of the State of New York, affirm under penalty, that on July 16, 2010, I caused a true and correct copy of the following to be served upon the parties listed on the attached Service List A by electronic mail and on the attached Service List B by hand:

- Memorandum of Movants in Opposition to Barclays' Motion *in Limine* for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski; and

- Declaration of Jayant W. Tambe, dated July 16, 2010 in Support of Memorandum of Movants in Opposition to Barclays' Motion *in Limine* for an Order Excluding the Expert Testimony of John P. Garvey, Mark E. Slattery, Joseph Schwaba, John J. Schneider, John J. Olvany, Harrison J. Goldin, and Professor Mark E. Zmijewski.

Dated: New York, New York
       July 16, 2010

                                                                   Kelly A. Carrero

## SERVICE LIST A

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

maguire@hugheshubbard.com
rothman@hugheshubbard.com
oxford@hugheshubbard.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com

## SERVICE LIST B

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William R. Maguire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
212.909.7627