*In re: Lehman Brothers Holdings Inc., et al.*

**EXHIBIT 2-B**
**Summary of GFS Daily Exposure Report**
**September 15, 2008**

| GAAP Asset Class | Trade Date Long Inventory Market Value ($) 09/15/08 |
|---|---:|
| Total Government and Agencies | 37,088,514,254 |
| Total CDs and Other Money Market Instruments | 969,151,092 |
| Total Mortgages and Mortgage Backed | 6,188,261,237 |
| Total Corporate Obligations and Spot | 4,850,781,775 |
| Total Corporate Stocks and Options | 7,120,346,434 |
| Total Derivatives and Other Contr. | 4,395,326,757 |
| (blank) | 491,728 |
| **Total** | **60,612,873,276** |

Source: GFS Daily Exposure Report for Sept. 15, 2008.

*In re: Lehman Brothers Holdings Inc., et al.*

**EXHIBIT 2-C**
**Summary of GFS Daily Exposure Report**
**September 16, 2008**

| GAAP Asset Class | Trade Date Long Inventory Market Value ($) 09/16/08 |
|---|---|
| Total Government and Agencies | 36,854,004,237 |
| Total CDs and Other Money Market Instruments | 960,236,836 |
| Total Mortgages and Mortgage Backed | 6,079,799,365 |
| Total Corporate Obligations and Spot | 4,803,233,739 |
| Total Corporate Stocks and Options | 7,033,963,092 |
| Total Derivatives and Other Contr. | 2,916,501,345 |
| (blank) | 494,038 |
| Total | 58,648,232,652 |

Source: GFS Daily Exposure Report for Sept. 16, 2008.

*In re: Lehman Brothers Holdings Inc., et al.*

**EXHIBIT 2-D**
**Summary of GFS Daily Exposure Report**
**September 17, 2008**

| GAAP Asset Class | Trade Date Long Inventory Market Value ($) 09/17/08 |
|---|---|
| Total Government and Agencies | 36,439,350,814 |
| Total CDs and Other Money Market Instruments | 957,799,262 |
| Total Mortgages and Mortgage Backed | 5,965,205,445 |
| Total Corporate Obligations and Spot | 4,752,713,471 |
| Total Corporate Stocks and Options | 6,186,365,445 |
| Total Derivatives and Other Contr. | 2,733,426,886 |
| (blank) | 460,809 |
| **Total** | **57,035,322,132** |

Source: GFS Daily Exposure Report for Sept. 17, 2008.

*In re: Lehman Brothers Holdings Inc., et al.*

**EXHIBIT 2-E**
**Summary of GFS Daily Exposure Report**
**September 18, 2008**

| GAAP Asset Class | Trade Date Long Inventory Market Value ($) 09/18/08 |
|---|---|
| Total Government and Agencies | 38,194,782,337 |
| Total CDs and Other Money Market Instruments | 922,375,066 |
| Total Mortgages and Mortgage Backed | 5,909,425,548 |
| Total Corporate Obligations and Spot | 4,636,360,689 |
| Total Corporate Stocks and Options | 5,066,034,879 |
| Total Derivatives and Other Contr. | 2,619,910,176 |
| (blank) | 459,931 |
| Total | 57,349,348,626 |

Source: GFS Daily Exposure Report for Sept. 18, 2008.

*In re: Lehman Brothers Holdings Inc., et al.*
**EXHIBIT 2-F**
**Summary of GFS Daily Exposure Report**
**September 19, 2008**

| GAAP Asset Class | Trade Date Long Inventory Market Value ($) 09/19/08 |
|---|---:|
| Total Government and Agencies | 36,081,407,429 |
| Total CDs and Other Money Market Instruments | 918,946,726 |
| Total Mortgages and Mortgage Backed | 6,218,802,484 |
| Total Corporate Obligations and Spot | 4,604,469,045 |
| Total Corporate Stocks and Options | 5,771,988,177 |
| Total Derivatives and Other Contr. | 2,350,274,434 |
| (blank) | 451,119 |
| **Total** | **55,946,339,414** |

Source: GFS Daily Exposure Report for Sept. 19, 2008.