## AFFIRMATION OF SERVICE

I, Kelly A. Carrero, an attorney admitted to practice in the courts of the State of New York, affirm under penalty, that on July 16, 2010, I caused a true and correct copy of the following to be served upon the parties listed on the attached Service List A by electronic mail and on the attached Service List B by hand:

- Reply Memorandum in Support of Motion *in Limine* for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer; and

- Declaration of Todd Geremia, dated July 16, 2010 in Support of Reply Memorandum in Support of Motion *in Limine* for an Order Excluding the Expert Testimony of Professor Paul Pfleiderer.

Dated: New York, New York
       July 16, 2010

_____
Kelly A. Carrero

## SERVICE LIST A

jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericataggart@quinnemanuel.com
tylerwhitmer@quinnemanuel.com
erickay@quinnemanuel.com

maguire@hugheshubbard.com
rothman@hugheshubbard.com
oxford@hugheshubbard.com

hhume@bsfllp.com
jschiller@bsfllp.com
jstern@bsfllp.com
jshaw@bsfllp.com
cgreen@bsfllp.com

## SERVICE LIST B

James C. Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

William R. Maguire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jack G. Stern
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
212.909.7627