WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                      :

In re                                    :          Chapter 11 Case No.
                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :         08-13555 (JMP)
                                      :
                   Debtors.         :          (Jointly Administered)
                                      :
------------------------------------------------------------------x

**FOURTH SUPPLEMENTAL AFFIDAVIT OF HARVEY R. MILLER**
**ON BEHALF OF WEIL, GOTSHAL & MANGES LLP PURSUANT**
**TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY**
**CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES**

STATE OF NEW YORK         )
                               )    ss:
COUNTY OF NEW YORK      )

       Harvey R. Miller, being duly sworn, deposes and says:

       1.    I am a member of the firm of Weil, Gotshal & Manges LLP ("<u>WGM</u>"). I submit this affidavit to supplement the affidavits I have previously submitted on behalf of WGM, sworn to on October 8, 2008 (the "<u>Original Affidavit</u>") [Docket No. 758], March 4, 2009 (the "<u>Supplemental Affidavit</u>") [Docket No. 2985], August 12, 2009 (the "<u>Second Supplemental Affidavit</u>") [Docket No. 4779], and March 30, 1020 (the "<u>Third Supplemental Affidavit</u>," and together with the Original Affidavit, the Supplemental Affidavit, and the Second Supplemental Affidavit, the "<u>Previous Affidavits</u>") [Docket No. 7904] in support of the engagement of WGM

by Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries (collectively "Lehman") in connection with the pending cases filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 15, 2008 (the "Commencement Date") and thereafter.

2. Unless otherwise stated herein, I have personal knowledge of the facts set forth in this affidavit. To the extent any information disclosed herein requires amendment or modification upon WGM's completion of further review, or as additional party in interest information becomes available to it, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court.

**WGM's Connections with Parties in Interest
in Matters Unrelated to these Chapter 11 Cases**

3. As previously disclosed, WGM has represented, currently represents, and may represent in the future, various entities or their affiliates in matters unrelated to the pending chapter 11 cases. Since filing the Third Supplemental Affidavit, WGM has become aware of additional parties in interest in these chapter 11 cases with whom WGM has, or may have, connections as described below. Most of these additions are entities that may be parties in interest in the above captioned chapter 11 case (the "Potential Parties In Interest") and that WGM has included in its disclosure procedures out of an abundance of caution. Certain of the entities included in this affidavit were previously disclosed under other categories in the Previous Affidavits.

4. The categories of connections are: (i) Potential Parties In Interest, or affiliates thereof, for which WGM has performed services within the last two (2) years and whose engagement remains open ("Current Clients"); (ii) Potential Parties In Interest, or affiliates thereof, for which WGM has performed services in the past two (2) years and with

respect to which WGM's engagement has been formally closed ("Former Clients"); (iii) Potential Parties in Interest, or affiliates thereof, for which a WGM engagement has been opened for at least six (6) months but for which no attorney time has been billed ("Potential Clients"); and (iv) Potential Parties in Interest, or affiliates thereof, which have a substantive relationship to a matter for which WGM performed services for a Current or Former Client, or affiliate thereof within the last two years ("Related Entities"). All client connections were diligently reviewed by an attorney working under my supervision. Based on such review, as to each connection WGM does not hold or represent an interest that is adverse to Lehman's estates.

## Current Clients

5. WGM has performed services within the past two (2) years for the Current Clients, described below, or their affiliates, in matters unrelated to Lehman:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| 3i Group plc | Potential Party in Interest | Current Client |
| ABC Assicura Societa per Azioni | Potential Party in Interest | May be an Affiliate of Current Client |
| ADM Galleus Fund Limited | Potential Party in Interest | Affiliate of Current Client |
| Allstate Life Insurance Company | Potential Party in Interest | Affiliate of Current Client |
| AXA Wholesale Core Australian Fixed Interest Fund | Potential Party in Interest | Affiliate of Current Client |
| BAC Home Loan Servicing, LP | Potential Party in Interest | Affiliate of Current Client |
| Bank of America Mexico, S.A. | Potential Party in Interest | Affiliate of Current Client |
| BNP Paribas Sucursal en Espana P.P. | Potential Party in Interest | Affiliate of Current Client |
| BNY Corporate Trustee Services Ltd. | Potential Party in Interest | Affiliate of Current Client |
| BP Gas Marketing Limited | Potential Party in Interest | Affiliate of Current Client |
| Capital One, N.A. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| CapStar Copley LLC | Potential Party in Interest | May be an Affiliate of Current Client |
| Carval Investors UK Limited | Potential Party in Interest | Affiliate of Current Client |
| Caspian Alpha Long Credit Fund L.P. | Potential Party in Interest | Affiliate of Current Client |
| Caspian Capital Partners L.P. | Potential Party in Interest | Affiliate of Current Client |
| Caspian Corporate Loan Fund, LLC | Potential Party in Interest | Affiliate of Current Client |
| Caspian Select Credit Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Cheyne Fund L.P. | Potential Party in Interest | Affiliate of Current Client |
| Citibank Belgium S.A. | Potential Party in Interest | Affiliate of Current Client |
| Citigroup Global Markets, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Conseco Life Insurance Company | Potential Party in Interest | Current Client |
| Credit Suisse International | Potential Party in Interest | Affiliate of Current Client |
| Crescent I L.P. | Potential Party in Interest | Affiliate of Current Client |
| CWABS Asset Backed Certificates Trust 2006-BC2 | Potential Party in Interest | Affiliate of Current Client |
| CWABS Asset Backed Certificates Trust 2006-SD4 | Potential Party in Interest | Affiliate of Current Client |
| CWALT, Inc. Alternative Loan Trust 2007-OH2 | Potential Party in Interest | Affiliate of Current Client |
| Cyrus Capital Partners, L.P. | Potential Party in Interest | Current Client |
| Cyrus Europe Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Cyrus Opportunities Master Fund II, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Deutsche Bank SA/NV | Potential Party in Interest | Affiliate of Current Client |
| DZ Privatbank (Schweiz) AG | Potential Party in Interest | May be an Affiliate of Current Client |
| Ellington Emerging Markets Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Ellington Overseas Partners, Ltd. | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Farralon Capital Institutional Partners II, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Farralon Capital Institutional Partners III, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Farralon Capital Institutional Partners, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Farralon Capital Offshore Investors II, Inc. | Potential Party in Interest | Affiliate of Current Client |
| Farralon Capital Partners, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Farralon Capital Institutional Partners II | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree European Select Opportunities Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree High Yield Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| GoldenTree High Yield Value Fund Offshore (Strategic), Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Goldtree Master Fund II Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Goldtree Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| HBK Master Fund L.P. | Potential Party in Interest | Affiliate of Current Client |
| Highland CDO Opportunity Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Highland Credit Strategies Fund | Potential Party in Interest | Affiliate of Current Client |
| Highland Credit Strategic Master Fund L.P. | Potential Party in Interest | Affiliate of Current Client |
| Highland Crusader Offshore Partners, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Highland Floating Rate Advantage Fund | Potential Party in Interest | Affiliate of Current Client |
| Highland Floating Rate Fund | Potential Party in Interest | Affiliate of Current Client |
| HSBC Bank (Cayman) Limited, acting as trustee for Sub-Trust (A-H) | Potential Party in Interest | Affiliate of Current Client |
| HSBC Bank USA, N.A. | Potential Party in Interest | Affiliate of Current Client |
| HSBC Securities Japan Limited | Potential Party in Interest | Affiliate of Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Investcorp Fixed Income Relative Value | Potential Party in Interest | Affiliate of Current Client |
| Investcorp Silverback Arbitrage Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Investec Bank (Switzerland) AG | Potential Party in Interest | Affiliate of Current Client |
| ICICI Bank UK OLC | Potential Party in Interest | Affiliate of Current Client |
| Intel Corp. | Potential Party in Interest | Current Client |
| KC CLO – I | Potential Party in Interest | May Be Affiliate of Current Client |
| KC CLO - II | Potential Party in Interest | May Be Affiliate of Current Client |
| Knight Capital Europe Limited | Potential Party in Interest | Affiliate of Current Client |
| Macquarie Bank Limited | Potential Party in Interest | Affiliate of Current Client |
| Marathon Credit Opportunities Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Mason Capital LP | Potential Party in Interest | Affiliate of Current Client |
| Mason Capital Master Fund LP | Potential Party in Interest | Affiliate of Current Client |
| MassMutual Asia Limited | Potential Party in Interest | Affiliate of Current Client |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | Potential Party in Interest | Affiliate of Current Client |
| Metropolitan Life Insurance Company | Potential Party in Interest | Current Client |
| Monarch Master Fund Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Moore Capital Management, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Moore Macro Fund, L.P. | Potential Party in Interest | May be an Affiliate of Current Client |
| Morgan Stanley Capital Services Inc. | Potential Party in Interest | Affiliate of Current Client |
| Nomura Securities Co., Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Noonday Offshore, Inc. | Potential Party in Interest | Affiliate of Current Client |
| OCM Opportunities | Potential Party in Interest | Affiliate of Current Client |

| **Matched Entity** | **Relationship to Lehman** | **Relationship to WGM** |
|---|---|---|
| OCM Opportunities VIII Delaware, L.P. | Potential Party in Interest | Affiliate of Current Client |
| OTP Bank plc | Potential Party in Interest | Affiliate of Current Client |
| Oz Special Master Fund, Ltd. | Potential Party in Interest | Affiliate of Current Client |
| PMA Koryo Fund | Potential Party in Interest | May be an Affiliate of Current Client |
| PMA Prospect Fund | Potential Party in Interest | May be an Affiliate of Current Client |
| Providence Equity Partners IV L.P. | Potential Party in Interest | Affiliate of Current Client |
| Providence Equity Partners IV-A L.P. | Potential Party in Interest | Affiliate of Current Client |
| Raiffeisen Zentralbank Osterreich AG | Potential Party in Interest | Affiliate of Current Client |
| RBS Securities Japan Limited | Potential Party in Interest | Affiliate of Current Client |
| Samsung Life Insurance Co., Ltd. | Potential Party in Interest | Affiliate of Current Client |
| Santander Asset Management, S.A., S.G.I.I.C. | Potential Party in Interest | Affiliate of Current Client |
| Strategic Value Special Situations Master Fund LP | Potential Party in Interest | Affiliate of Current Client |
| Summit Capital Partners, LP | Potential Party in Interest | Affiliate of Current Client |
| TCW Absolute Return Credit Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| The Governor and the Company of the Bank of Ireland | Potential Party in Interest | Current Client |
| TPG Credit Opportunities Investors, L.P. | Potential Party in Interest | Affiliate of Current Client |
| TPG Credit Strategies Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| The Varde Fund IX, L.P. | Potential Party in Interest | Affiliate of Current Client |
| The Varde Fund IX-A, L.P. | Potential Party in Interest | Affiliate of Current Client |
| Washington National Insurance Company | Potential Party in Interest | Current Client |
| York Asian Opportunities Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Capital Management, L.P. | Potential Party in Interest | Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| York Credit Opportunities Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Credit Opportunities Fund | Potential Party in Interest | Affiliate of Current Client |
| York Credit Opportunities Master Fund | Potential Party in Interest | Affiliate of Current Client |
| York Credit Opportunities Unit Trust | Potential Party in Interest | Affiliate of Current Client |
| York European Focus Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York European Opportunities Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Global Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Investment Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Select Master Fund, L.P. | Potential Party in Interest | Affiliate of Current Client |
| York Select Unit Trust | Potential Party in Interest | Affiliate of Current Client |
| York Select, L.P. | Potential Party in Interest | Affiliate of Current Client |
| ZAO KB Citibank | Potential Party in Interest | Affiliate of Current Client |

6.  WGM has not, does not, and will not represent any of the Current Clients or their respective affiliates or subsidiaries in connection with the pending chapter 11 cases or in any other matters adverse to Lehman.

## Potential Clients

7.  WGM has determined that the following Parties In Interest, or their affiliates, are Potential Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| ACE American Insurance Company | Potential Party in Interest | Affiliate of Potential Client |

8. To the extent any additional Potential Clients become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

**Former Clients**

9. WGM has determined that the following entities, or their affiliates, are Former Clients:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| American Express Travel Related Services Co. Inc. | Potential Party in Interest | Affiliate of Former Client |

10. To the extent any additional Former Clients become Potential Parties in Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

**Related Entities**

11. WGM has determined that the following entities, or their affiliates, are Related Entities:

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Baupost Group Securities, L.L.C. | Potential Party in Interest | Related to Current Client |
| Boilermakers, Blacksmiths National Pension Trust | Potential Party in Interest | Related to Current Client |
| Fenway Captial LLC | Potential Party in Interest | Affiliate is Related to Current Client |
| Fenway Funding LLC | Potential Party in Interest | Related to Current Client |
| Glencore Energy UK Ltd. | Potential Party in Interest | Affiliate is Related to Current Client |
| Mariner LDC | Potential Party in Interest | Affiliate May Be Related to Current Client |
| Sea Port Group Securities, LLC | Potential Party in Interest | Affiliate May Be Related to Current Client |

| Matched Entity | Relationship to Lehman | Relationship to WGM |
|---|---|---|
| Siemans / Convertibles Global Markets trading as Innovest European | Potential Party in Interest | Related to Current Client |
| Soros Fund Management LLC | Potential Party in Interest | Affiliate is Related to Current Client |
| TSO, LLC | Potential Party in Interest | Affiliate is Related to Current Client |
| Plainfield Special Situations Master Fund Limited | Potential Party in Interest | Related to Former Client |

12. To the extent any additional Related Entities become Potential Parties In Interest during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

**Real Estate Mezzanine Partners**

13. On December 11, 2009, certain of LBHI's wholly owned non-debtor subsidiaries transferred their general partnership interests in Lehman Brothers Real Estate Mezzanine Partners, L.P. and Lehman Brothers Real Estate Mezzanine Partners II, L.P. (the "Investment Funds") to a third party entity called PCCP, LLC and certain of its affiliates (collectively, "PCCP"). WGM represented Lehman in connection with the marketing and sale of the Investment Funds (the "Sale").

14. Affiliates of PCCP are borrowers under a number of real estate-related loans in which Lehman is the lender, and affiliates of PCCP are Lehman's equity partners in a number of other real estate deals.

15. The primary purpose of the Investment Funds is to invest in mezzanine loans for various real estate investments. Prior to the Commencement Date, WGM represented the Investment Funds in a number of transactions. As a result of such representations, WGM has acquired substantial knowledge of the Investment Funds' businesses and operations. PCCP has requested that WGM continue to represent the Investment Funds subsequent to the Sale,

particularly with respect to certain transactions that were initiated prior to consummation of the Sale.

16. WGM has obtained conflicts waivers from PCCP and the Investment Funds with respect to all existing matters in which WGM represents Lehman in matters that are adverse to the Investment Funds or PCCP.

**Sotheby's, Inc.**

17. Prior to the Commencement Date, WGM represented Sotheby's, Inc. ("Sotheby's," and together with Lehman, the "Parties") with respect to a number of different issues unrelated to these chapter 11 cases. The Debtors have recently sought authority to retain Sotheby's as an auctioneer in their chapter 11 cases. In connection with that retention, WGM represented the Debtors with respect to the negotiation and review of a consignment agreement and related documents with Sotheby's. WGM disclosed its respective connections to the Parties prior to its participation in such negotiation and review and received the consent of both Lehman and Sotheby's with respect thereto.

**Other Representations**

18. As disclosed in the Supplemental Affidavit, prior to the Commencement Date, it was common for WGM to be engaged by the Debtors or their affiliates in situations where, pursuant to a contractual arrangement, WGM provided services to the Debtors or their affiliates but a third party was responsible, by direct obligation or as a reimbursement, for WGM's fees and expenses (the "Indirect Payment Representations"). A list of the third parties who have made such payments and who have not previously been disclosed by WGM, is attached hereto as Exhibit A. To the extent that WGM enters into any additional Indirect

Payment Representations during the pendency of these chapter 11 cases, WGM will make the appropriate supplemental disclosures to the Court.

19. WGM does not hold or represent an interest that is adverse to Lehman's estates, and WGM is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

20. The foregoing constitutes the fourth supplemental statement of WGM pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

Dated: July 21, 2010
      New York, New York

                                   /s/ Harvey R. Miller
                                   Harvey R. Miller, A Member of WGM

      Sworn to and subscribed before me, a notary public for the State of New York, County of New York, this 21st day of July, 2010.

                                   /s/ Gillad Matiteyahu
                                   Notary Public

                                   Gillad Matiteyahu
                                   Notary Public, State of New York
                                   Qualified in New York County
                                   Commission Expires May 26, 2013

# Exhibit A
(Indirect Payment Representations)

| |
|---|
| 440 Development LLC |
| Commonwealth Land Title Insurance Co. |
| Heritage Fields El Toro LLC |
| Jarden Corp. |
| Novare Group Holdings, LLC |
| Peachtree Member Phase One LLC |
| Sprint Nextel Corp. |
| TPG - Austin Portfolio Holdings LLC |
| Trimont Real Estate Advisors Inc. |
| Two Alliance Center LP |