**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                                                        Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                                                        Debtor. | Case No. 08-01420 (JMP)<br>SIPA |

**STIPULATION AND ORDER REGARDING**
**CORRECTION TO DEPOSITION DESIGNATIONS**

Lehman Brothers Holdings Inc., James W. Giddens, as Trustee for the SIPA liquidation of Lehman Brothers Inc., the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (collectively, "Movants"), and Barclays Capital Inc. ("Barclays"), hereby stipulate to the following:

1.      On June 23, 2010, the Court so-ordered the Stipulation Regarding Deposition Designations (the "Stipulation and Order," LBHI Docket No. 9768, LBI Docket No. 3409 ). Annexed to the Stipulation and Order was Movants' Exhibit 719, which contained deposition testimony from certain witnesses, as designated by Movants and counter-designated by Barclays.

2.      Movants inadvertently included deposition testimony from Elizabeth James in Movants' Exhibit 719. Ms. James's testimony had not been presented to the Court at the evidentiary hearing and is not in evidence.

3.  Movants and Barclays agree that Ms. James's testimony shall not be considered designated testimony under the June 23, 2010 Stipulation and Order or be given any evidentiary or other consideration in these proceedings.

4.  Except as provided herein, the June 23, 2010 Stipulation and Order shall remain in full force and effect and all other portions of Movants' Exhibit 719 will remain in evidence for the Court's consideration in these proceedings.

| JONES DAY | HUGHES HUBBARD & REED LLP |
|---|---|
| By:     /s/ Robert W. Gaffey<br>      Robert W. Gaffey<br>      Jayant W. Tambe<br>      William J. Hine | By:     /s/ William R. Maguire<br>      William R. Maguire<br>      Seth D. Rothman<br>      Neil J. Oxford |
| 222 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306 | One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726 |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | BOIES, SCHILLER & FLEXNER LLP |
| By:     /s/ James C. Tecce<br>      James C. Tecce<br>      Erica Taggart<br>      Eric Kay | By:     /s/ Jonathan D. Schiller<br>      Jonathan D. Schiller<br>      Hamish P.M. Hume<br>      Jack G. Stern |
| 55 Madison Avenue<br>New York, NY 10010<br>Telephone: (212) 849-7000 | 575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-2300 |

Facsimile: (212) 849-7100                    Facsimile: (212) 446-2350

*Attorneys for Official Committee of*        *Attorneys for Barclays Capital Inc.*
*Unsecured Creditors*


**SO ORDERED:**

Dated: New York, New York
      July 22, 2010

                                  *s/ James M. Peck*
                                  HONORABLE JAMES M. PECK
                                  UNITED STATES BANKRUPTCY JUDGE