UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                     Case No. 08-13555 (JMP)

                            Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT S. MARTICELLO

UPON the motion of Robert S. Marticello dated June 18, 2010, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robert S. Marticello is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       July 22, 2010

                                                  *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE