UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
------------------------------------------------------------------------x    Ref Docket Nos. 10280-10284, 10286

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 19, 2010, I caused to be served the:

    a.  "Notice of Hearing on Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated July 19, 2010, to which is attached the "Debtors' Twenty-Ninth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated July 19, 2010 [Docket No. 10280], (the "29th Omnibus Objection"),

    b.  "Notice of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Debtor Claims)," dated July 19, 2010, to which is attached the "Debtors' Thirtieth Omnibus Objection to Claims (No Debtor Claims)," dated July 19, 2010 [Docket No. 10281], (the "30th Omnibus Objection"),

    c.  "Notice of Hearing on Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims)," dated July 19, 2010, to which is attached the "Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims)" dated July 19, 2010 [Docket No. 10282], (the "31st Omnibus Objection"),

    d.  "Notice of Hearing on Debtors' Thirty-Second Omnibus Objection to Claims (Amended And Superseded Claims)," dated July 19, 2010, to which is attached the "Debtors' Thirty-Second Omnibus Objection to Claims (Amended And Superseded Claims)" dated July 19, 2010 [Docket No. 10283], (the "32nd Omnibus Objection"),

    e.  "Notice of Hearing on Debtors' Thirty-Third Omnibus Objection to Claims (Duplicative Claims)," dated July 19, 2010, to which is attached the "Debtors' Thirty-Third Omnibus Objection to Claims (Duplicative Claims)," dated July 19, 2010 [Docket No. 10284], (the "33rd Omnibus Objection"),

f.  "Notice of Hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims)," dated July 19, 2010, to which is attached the "Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims)" dated July 19, 2010 [Docket No. 10286], (the "34th Omnibus Objection"),

g.  a customized version of the "Notice of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Debtor Claims)," dated July 19, 2010, related to Docket No. 10281, a sample of which is annexed hereto as Exhibit A, (the "30th Omnibus Custom Notice"),

h.  a customized version of the "Notice of Hearing on Debtors' Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims)," dated July 19, 2010, related to Docket No. 10282, a sample of which is annexed hereto as Exhibit B, (the "31st Omnibus Custom Notice"),

i.  a customized version of the "Notice of Hearing on Debtors' Thirty-Second Omnibus Objection to Claims (Amended And Superseded Claims)," dated July 19, 2010, related to Docket No. 10283, a sample of which is annexed hereto as Exhibit C, (the "32nd Omnibus Custom Notice"), and

j.  a customized version of the "Notice of Hearing on Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims)," dated July 19, 2010, related to Docket No. 10286, a sample of which is annexed hereto as Exhibit D, (the "34th Omnibus Custom Notice"),

by causing:

a.  true and correct copies of the 29th Omnibus Objection, 30th Omnibus Objection, 31st Omnibus Objection, 32nd  Omnibus Objection, 33rd Omnibus Objection and 34th Omnibus Objection to be enclosed securely in postage pre-paid envelopes and delivered by overnight mail to the parties listed on the annexed Exhibit E,

b.  true and correct copies of the 29th Omnibus Objection to be enclosed securely in postage pre-paid envelopes and delivered by first class mail to the parties listed on the annexed Exhibit F,

c.  true and correct copies of the 33rd Omnibus Objection to be enclosed securely in postage pre-paid envelopes and delivered by first class mail to the parties listed on the annexed Exhibit G,

d.  true and correct copies of the 29th Omnibus Objection, 30th Omnibus Objection, 31st Omnibus Objection, 32nd  Omnibus Objection, 33rd Omnibus Objection and 34th Omnibus Objection to be delivered by electronic mail to those parties listed on the annexed Exhibit H,

e.  the 30th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit I,

f.  the 31st Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit J,

g.  the 32nd Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit K, and

h.  the 34th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit L.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
22nd day of July, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                           :
In re                                      :        Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                           :
                     Debtors.              :        (Jointly Administered)
                                           :
---------------------------------------------------------------x
LBH OMNI 30 07-16-2010 (MERGE2,TXNUM2) 4000112204 MAIL ID *** 0030505078 *** BSIUSE: 1

DINES
PO BOX SS19418
NASSAU,  BAHAMAS


## THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** | **Claim Number:**          65246 |
| DINES<br>PO BOX SS19418<br>NASSAU,  BAHAMAS | **Date Filed:**          11/9/2009 |
| | **Debtor:**          No Debtor Asserted |
| | **Classification and Amount:**          UNDETERMINED |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirtieth Omnibus Objection to Claims (No Debtor Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they were submitted without specifying a case number or a Debtor against whom the claim is asserted.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sarah Decker, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                          Debtors.            :    (Jointly Administered)
                                              :
---------------------------------------------------------------x

<small>LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000066455 MAIL ID *** 0030504880 *** BSIUSE: 1</small>

STERNBERG, ALFREDO RICARDO
PARRAL 34- 7
BUENOS AIRES, 1405 ARGENTINA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>STERNBERG, ALFREDO RICARDO<br>PARRAL 34- 7<br>BUENOS AIRES, 1405 ARGENTINA | **Claim Number:**  19849<br><br>**Date Filed:**  9/21/2009<br><br>**Debtor:**  08-13555<br><br>**Classification and Amount:**  UNSECURED: $ 13,350.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Aimée N. Blanchard, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
-------------------------------------------------------------x

LBH OMNI 32 07-19-2010 (ADDRESS2,ADRKEYID3) 11544 MAIL ID *** 0030519322 *** BSIUSE: 1

PLATTNER, LEOPOLD
KATHREIN & CO PRIVATE BANK
WIPPLINGERSTR 25
WIEN, A-1010 AUSTRIA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-SECOND
OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | | SURVIVING CLAIM |
|---|---|---|
| **Creditor Name and Address:**<br>PLATTNER, LEOPOLD<br>WALDSTRASSE 1<br>OB WALTERSDORF, A-2522 AUSTRIA | **Claim Number:**    46851 | 64069 |
| | **Date Filed:**    10/26/2009 | 10/29/2009 |
| | **Debtor:**    08-13555 | 08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 141,750.00 | UNSECURED: $ 141,750.00 |

        PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates
(collectively, the "Debtors") filed their Thirty-Second Omnibus Objection to Claims (Amended and Superseded Claims) (the
"Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

        The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed
above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by
the claim(s) listed above under SURVIVING CLAIM(S).  **Any claim that the Bankruptcy Court expunges and disallows will be
treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

        If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above
under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you
do NOT need to appear at the hearing.

        If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under
CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a
written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response
Deadline").

---

[1]        A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the
Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: July 19, 2010
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :      **08-13555 (JMP)**
                                                    :
                        Debtors.                    :      **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x
LBH OMNI 34 07-19-2010 (MERGE2,TXNUM2) 4000062879 MAIL ID *** 0030519231 *** BSIUSE: 1

FORTIS BANK NV
WARANDEBERG 3
BRUSSEL, 1000 BELGIUM


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, SUJAN TRIVEDI, ESQ., AT 212-310-8594.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>FORTIS BANK NV<br>WARANDEBERG 3<br>BRUSSEL, 1000 BELGIUM | **Claim Number:**     16066 |
| | **Date Filed:**     9/18/2009 |
| | **Debtor:**     08-13555 |
| | **Classification and Amount:**     SECURED: $ 99,491,693.00<br>UNLIQUIDATED |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED on the ground that all or a portion of your claim(s) is not entitled to secured status as asserted in the proof of claim. **Any claim, or portion thereof, that the Bankruptcy Court reclassifies will be treated as a general unsecured claim and such reclassification may affect your distribution on account thereof.**

If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on September 1, 2010 to consider the Objection.  The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s).  If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT reclassify your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Sujan Trivedi, Esq., at 212-310-8594.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  July 19, 2010
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT E**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ASPECTA ASSURANCES INTERNATIONAL SA | GOLDBELL 1 5, RUE EUGENE RUPPERT L-2453 LUXEMBOURG |
| AUGUST '86 TRUST, THE | C/O POWER CITY LTD. UNIT 12 PINEWOOD CLASE, BOGHALL ROAD BRAZ, C. WICKLAW IRELAND |
| BIOTECH CAPITAL INVESTMENT | NO 6, 3RD FL QWOMAR TRADINGI BUILDING ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| MORGAN KEEGAN AND CO | ATTN: JUSTIN COOK 50 N. FRONT ST. MEMPHIS TN 38103 |
| OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND | C/O KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA N.S.W 2025 AUSTRALIA |
| PIACENZA, MARCELO | ANTARTIDA ARGENTINA 1451 BOULOGNE - BS- AS CP 1609 ARGENTINA |
| RBC CAPITAL MARKETS CORPORATION | 510 MARQUETTE AVE S - M10 MINNEAPOLIS MN 55402 |
| SCHOEMAKER, PETRA | SCHLEIDENER STR. 4 KOLN D-50397 GERMANY |

**Total Creditor count  9**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | HANAN B. KOLKO, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | ATTN: ANTHONY PETRELLA 330 WEST 42ND STREET NEW YORK NY 10036 |
| BAUERMEISTER, JURGEN H | 9 GARTHSIDE CHURCH ROAD, HAM RICHMOND, SURREY TW 105JA UNITED KINGDOM |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| DALY, BRENDAN | 23 WEST 56TH ST. APT. 2 NEW YORK NY 10019 |
| DALY, BRENDAN | 1076 PILGRIM PASS VICTOR NY 14564 |
| MAYR, FRANZ | ERDINGER STR. 28 BERGLERN 85459 GERMANY |
| PAPROSKI, MARGARET D. | 1115 PINE RIDGE CT NAPERVILLE IL 60540-8143 |
| ROSARIO, NOEL | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| VEDOVOTTO, ROBERTO | VIA OSPEDALE CIVILE 20 PADOVA 35121 ITALY |

**Total Creditor count  10**

**EXHIBIT H**

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com

asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com

chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com

ehollander@whitecase.com
ekbergc@lanepowell.com
eli.mattioli@klgates.com
elizabeth.harris@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eric.johnson@hro.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gbray@milbank.com
george.davis@cwt.com
GGraber@HodgsonRuss.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
hanh.huynh@cwt.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@morganlewis.com
heim.steve@dorsey.com
heiser@chapman.com
helmut.olivier@lehman.com
hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
James.Sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com

jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com

JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com

krosen@lowenstein.com
krubin@ozcap.com
kstahl@whitecase.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@morittrock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
lwong@pfeiferlaw.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.bury@lehman.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com

mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.bonacker@lehman.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpfeifer@pfeiferlaw.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschonholtz@willkie.com
mshiner@tuckerlaw.com

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com

ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

Scott.Gibson@dubaiic.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

shumaker@pursuitpartners.com

sidorsky@butzel.com

slerner@ssd.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

steele@lowenstein.com

stephanie.wickouski@dbr.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.perlstein@kobrekim.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ABILITIES NETWORK, INC. | 200 EAST 36TH STREET APT. 5A NEW YORK NY 10016 |
| ACOSTA, FRANK L. | 3071 LA BARCA LN LAS VEGAS NV 89122 |
| ANDERSON, PAUL | 10707 LOCKLAND RD POTOMAC MD 20854 |
| APTECH SYSTEMS, INC. | P.O. BOX 250 BLACK DIAMOND WA 90810 |
| BACKES, LLOYD & CINDY | 2299 RD. 13-W BUSHNELL NE 69128-2833 |
| BACKES, LLOYD A. | 2299 RD 13 W BUSHNELL NE 69128-2833 |
| BERNARD, FREDERIC W. | 54 WEST 74TH STREET APT 504 NEW YORK NY 10023 |
| BRANDIN, ANNETTE | 1417 ROLLIN STREET SOUTH PASADENA CA 91030 |
| CANTELLO, PAUL | 37 SYLVESTER AVE HAWTHORNE NJ 07506-1850 |
| CASSORLA, SEYMOUR | 333 W 56TH ST NEW YORK NY 10019 |
| CENTRAL QUEENS YM & YWHA | 67-09 108TH STREET FOREST HILLS NY 11375 |
| CHAN, RAYMOND | 1J HILLCREST ROAD HILLCREST VILLA 289083 SINGAPORE |
| CIABURRI, PAMELA | 2 JUNIPER POINT RD BRANFORD CT 06405 |
| CINTRON, YVETTE | 17026 CARLTON WAY ROAD HUNTERSVILLE NC 28078 |
| DECKER, RALPH K. JR. | 2300 SW 48 AVE OCALA FL 34474 |
| DEMASI, KATHLEEN M | 146 78TH STREET BROOKLYN NY 11209-2914 |
| DIGERONIMO, EUGENE R. | 1 VALLEYWOOD CT. EAST ST. JAMES NY 11780 |
| DINES | PO BOX SS19418 NASSAU BAHAMAS |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| DUNKIN, ROBEN L | 107 CLARK ST GLEN RIDGE NJ 070282217 |
| DURKAUN, RUTH | 5433 LEARY AVE NW, SUITE 104 SEATTLE WA 98107 |
| EBERHARDT, JOHN M. & DIANN E | 12612 HILLCROSS PKWY PROSPECT KY 40059 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA, ESSEX SS08PZ UNITED KINGDOM |
| GAY AND LESBIAN LEADERSHIP INSTITUTE | 1133 15TH STREET N.W SUITE 350 WASHINGTON DC 20005 |
| GITLIN, MICHAEL H | 3900 GREYSTONE AVENUE BRONX NY 10463 |
| GLEEMAN, LEE | 3422 NW 51ST PL BOCA RATON FL 33496 |
| GR COMMUNICATIONS | 7 HOYROYD STREET LONDON SE1 2EL UNITED KINGDOM |
| HARRISON, FRANCES | 45 MCKOWN RD ALBANY NY 12203 |
| HYMAN, BEBE | C/O NATIONAL SECURITIES 2424 NORTH FEDERAL HWY STE 350 BOCA RATON FL 33431 |
| JAYLENE FRANCES PIRRO | 1942 DERBY DRIVE SANTA ANA CA 92705 |
| LA COUNTY SHERIFF'S OFFICE | 1725 MAIN STREET SANTA MONICA CA 90401 |
| LEE, MAN Y | 8629 14TH AVENUE 1FL BROOKLYN NY 11228 |
| LEFCORT, RICHARD | 1101 SHIPWATCH DRIVE EAST JACKSONVILLE FL 32225 |
| LINDERMAN, JO D | 15 VALLEY VIEW LANE NEW MILFORD CT 06776 |
| LITTELL, CHRISTOPHER | FLAT 202 WELSBY COURT 80 MACDONNELL ROAD MID-LEVELS HONG KONG HONG KONG |
| LUTZ, KARLA A | 2720 QUINN PLACE DYER IN 46311-2349 |
| MALEH, ALAN A | 1633 SOUTH VILLA WAY WALNUT CREEK CA 94595 |
| MARACOM FACILITIES MANAGEMENT | 2024 BOW COMMON LANE LONDON E3 4AX UNITED KINGDOM |
| MATRAS, BERTHA TTEE | BERTHA MATRAS REV. TRST UAD 6/21/90 1150 S.W. 30TH AVE POMPANO BEACH FL 33069 |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONSOUR, SARAH M. | 500 REBECCA LANE SMYRNA GA 30082 |
| MORGAN, KENNETH | 724 E FRANKLIN ST MACOMB IL 61455 |
| NORTHGATE HR | PEOPLE BUILDING 2 PEOPLE BUILDING ESTATE MAYLANDS AVENUE HERTS HP2 4NW UNITED KINGDOM |
| PAUL, MICHAEL L | APT 10H 101 CLARK STREET BROOKLYN NY 11201 |
| PITCHFORD, HOLLIS R. | 1670 PATRIOT RD. CENTRALIA IL 62801 |
| PITTERS, LYNNE S | 24 E PARK CT # 4167 ELLIJAY GA 30536-1955 |
| PUSKULDJIAN, PAUL A | 50 ROOSEVELT AVE GLEN HEAD NY 11545-1532 |
| RISSACHER, ELENA F. | CGM IRA CUSTODIAN 47 PARKWOOD ST. EAST ALBANY NY 12203-3630 |

| Claim Name | Address Information |
| --- | --- |
| RODGERS, CATHERINE M | 477 HARRISON STREET NUTLEY NJ 07110-2575 |
| ROGER,EMMANUEL | 30, RUE DE LORRAINE SAINT-GERMAIN-EN-LAYE 78 78100 FRANCE |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST. FLOOR 2 LITTLE NECK NY 11363 |
| SLEEP DISORDERS CENTER | 26 WESTORCHARD RD CHAPPAQUA NY 10514 |
| SPIEGEL, STEVEN | 204 WARREN ST BROOKLINE MA 02445 |
| STANINGER, RUDOLF J. | AFRH - WASHINGTON LA GARDE, ROOM 532A 3700 NORTH CAPITAL STREET NW WASHINGTON DC 20011-8400 |
| THORTON, JAMES A, TTEE | JAMES A THORTON FAMILY TRUST 2045 DEL RIO LANE RENO NV 89509 |
| WALKER TOUCHE, ANTONIO & | OLIVERA DE WALKER, IRMA CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA MERIDA YUCATAN 97000 MEXICO |
| WALKER, GEORGE H. IV | 45 GREENE ST., APT. 6 NEW YORK NY 10013 |
| WILLIAMS, JUANITA | 765 LINCOLN AVE APT 12J BROOKLYN NY 11208 |

**Total Creditor count  58**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| AKTIA BANK PLC | ATTN: LEGAL & COMPLIANCE DEPARTMENT PO BOX 207 HELSINKI FIN-00101 FINLAND |
| ALLRED, KATHRYN L. | 1426 N BUTLER AVE INDIANAPOLIS IN 46219 |
| ALLRED, KATHRYN L. | RICHARD SCHAFFAUSEN PO BOX 147 PERU IN 46970 |
| ALONSO, EDUARDO | P.O. BOX 1500 SAN JOSE 1000 COSTA RICA |
| ALWEIS, EDWARD J. & MARY | 7639 TARPON COVE CIRCLE LAKE WORTH FL 33467 |
| AMMANN, FREDERIC D. & JUDITH E. LUCHSINGER | O/T RABY MARITAL TRUST DATED 5-7-90 1825 HARTLEY ST LAKEPORT CA 95453 |
| BAER, MARCELO A. | TEDSORO GARCIA 1783 P15016 BUENOS AIRES 1426 ARGENTINA |
| BALL, WILLIAM | 4275 CANTERBURY WALK DRIVE DULUTH GA 30097 |
| BERKENFELD, STEVEN | 4 PHAETON DRIVE MELVILLE NY 11747 |
| BERLINER, ALEXANDER AND MILDRED | 2729 PUTNAM ST COLUMBIA SC 29204-2621 |
| BERMAN, PETER | 105 SOUTH 12TH STREET, UNIT 305 PHILADELPHIA PA 19107 |
| BERNSTEIN, LEONARD | 2529 EAST 23ST BROOKLYN NY 11235 |
| BETHEM, MARY JO | 4760 PIN OAK RD AKRON OH 44333 |
| BIESTY, JOHN | 1410 AUGUST RD. NORTH BABYLON NY 11703 |
| BOLAND, DONALD E. | 2333 DIVOT DR ST. LOUIS MO 63131 |
| BORGMEIER, RICHARD W. & CAROL R. TTEES | R&C BORGMEIER FAM. TRUST 4260 FOOTHILL DRIVE BOUNTIFUL UT 84010 |
| BROUGHTON, JERRY M, IRA | 11590 HIGHWAY 104 FAIRHOPE AL 36532 |
| BROWN, EDWARD D AND VERGENE D | REV TRUST DTD 11/16/94 EDWARD D + VERGENE D BROWN TTEES 1514 E CAMPO BECCO DR PHOENIX AZ 85022-2023 |
| BROZGAL, EDITH J. | APT 4-D 531 S. TERRACE DRIVE ALTOONA PA 16602 |
| BSM BASILIKA STIFTUNG | FRANZ-JOSEF-OEHRI-STRASSE 6 MAUREN LI-9493 LIECHTENSTEIN |
| BUFFETE COMERCIAL S.A. | 401 B STREET, SUITE 920 SAN DIEGO CA 92101 |
| BURGOS, ALEX COSME RIPALDA | 8424 NW 56TH ST SUITE GYE 1020 MIAMI FL 33130 |
| CAFFREY, KENNETH | 30 VILLAGE ROAD SEA BRIGHT NJ 07760 |
| CAGLIERO, ROBERT J. | 5280 - 302 WEST HARBOR VILLAGE DR. VERO BEACH FL 32967-7362 |
| CAHALL, DOLORES | 2109 WALES CT LAKELAND FL 33810-6232 |
| CAHALL, ROBERT | 2109 WALES CT LUKELAND FL 33810-6232 |
| CAHALL, ROBERT | 2109 WALES CT LAKELAND FL 33810-6232 |
| CELADA, FERNANDO #2820 | COL. VALLARTA NORTE GUADALAJARA, JAL 44690 MEXICO |
| CHAN CLARA HENG YEE | NO. 28 MOUNT BUTLER DIRVE 2/F JARDINE COURT TAI HANG HONG KONG HONG KONG |
| CHANG, PAUL DR. | 845 HERITAGE HILLS SOMERS NY 10589 |
| CHONG, PUI JIN | 74-76, INDIA STREET PO BOX 929 KUCHING, SARAWAK 93718 MALAYSIA |
| CHRISTIE, BEVERLY A. | #12 KUMQUAT LANE RPV RPV CA 90275 |
| CNBT | 101 E. DIAMOND ST P.O. BOX 2147 BUTLER PA 16003-2147 |
| COCKERILL, LOUISE ANN | 104 E COOKE AVE GLENOLDEN PA 19036 |
| COHEN, DONN I. | 700 NEW HAMPSHIRE AVENUE, NW WASHINGTON DC 20037 |
| COLLINS, CHESTER C. | 110 N. LYLES AVE. LANDRUM SC 29356 |
| DAWSON, JANIE ESTATE OF | BARBARA KURTZ 1267 SOUTH OAK LAWN DR FOREST VA 24551 |
| DECKELMAN, MICHAEL F. | 10238 HARVEST FIELDS DR WOODSTOCK MD 21163 |
| DEE, JOHN F., TTE | JOHN DEE & MABEL DEE TRUST W268 N 1935A SHOOTING STAR RD. PEWAUKEE WI 53072 |
| DENHAM, ANDREWLENE B | 8719 BAY VIEW DRIVE FOLEY AL 36535 |
| DENSEL, BENJAMIN | 7548 DERBYBORO DR. SE CALEDONIA MI 49316 |
| DEPALMA, MARY J. | 8239 LONGDEN CIR CITRUS HEIGHTS CA 95610-0813 |
| DESOUZA, DONNA | 4400 BRITLEY LANE HARRISBURG NC 28075 |
| DISHLER, LANA A AND ARNOPOL, GAIL H, JTWROS | 137 MAHOGANY WAY LANSDALE PA 19446 |
| DISHLER, LANA A AND ARNOPOL, GAIL H, JTWROS | LANA A DISHLER AND GAIL H ARNOPOL JTWROS 137 MAHOGANY WAY LANSDALE PA 19446 |
| DOLAN, JOANN J. | 1118 WATERFALL LANE LAKELAND FL 33803-7915 |

| Claim Name | Address Information |
|---|---|
| EDELMANN, STEPHEN AND JACQUELINE | 896 TYNER STREET INCLINE VILLAGE NV 89451 |
| EINSIDLER, FREDERICK | 711 SHORE RD. APT 3D LONG BEACH NY 11561 |
| ELDRED, JANET E. | 342 OAKLAND AVENUE BELLMAWR NJ 08031-2710 |
| ELDRED, JANET E. | 342 OAKLAND AVENUE BELLMAWR NJ 08031-2710 |
| ESQUER, GILDA | SONORA 544 PTE CD OBNEGON, SONORA MEXICO |
| FEHL FAMILY TRUST | CAROLINE E. COULSTON ESQ., EXECUTOR P.O. BOX 471 CARDIFF CA 92007 |
| FEHR, ROBERT M. | 4764 WEST 11200 NORTH HIGHLAND UT 84003 |
| FELLER, DIANE | 382 CARRINGTON DRIVE WESTON FL 33326 |
| FELSER, ROBERT/PATRICIA | 12 PACER CT. E PATCHOGUE NY 11772 |
| FINK, ROBERT H. | 95 LARKSPUR CIRCLE SICKLERVILLE NJ 08081 |
| FINNEGAN, JOSEPH P. | 91 NW HILL RD WILLIAMSTOWN MA 01267 |
| FISHBEIN, ZACH & VERED | 8 TZAMAROT ST. APT # 142 HERZELIA 46424 ISRAEL |
| FLECKENSTEIN, RITA MAE | 7803 TENDALL COURT FT. WAYNE IN 46825-3535 |
| FORTMEYER, NINA | 5267 SIMPKINS RD WHITES CREEK TN 37189 |
| FRANKENBERG, HANK | 16 HORSESHOE LANE ROLLING HILLS ESTATES CA 90274 |
| FRAZIER-MELTON, ANN | 5 HOLLY HILL CT. IRMO SC 29063 |
| GALLO INC. | 1211 N VIA RONDA OESTE TUCSON AZ 85715 |
| GALLO INC. | 1211 N VIA RONDA OESTE TUCSON AZ 85715 |
| GALLO INC. | 1211 N VIA RONDA OESTE TUCSON AZ 85715 |
| GARBER, HOWARD | 4817 COYLE ROAD # 303 OWINGS MILLS MD 21117 |
| GATES, SONJA M. | FIRST CLEARING MO3540 2801 MARKET ST ST. LOUIS MO 63103 |
| GILMOUR, SHARON F. | 13 GREENFIELD RD MONTGOMERY IL 60538 |
| GIORDANO, JOSEPH J. | 772 WILLOWBROOK DR. APT 908 NAPLES FL 34108 |
| GIUSEPPE, BATTECCA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| GIUSEPPE, BATTECCA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| GLAYAT, BARBARA | 225 PARK PL APT 5J BROOKLYN NY 11238-4353 |
| GRAFTON, JOHN D. & WORSWICK, RICHARD P. | JTWROS 3300 SOUREK RD. AKRON OH 44333 |
| HEEP, ANTHONY, DR. | 3221 N 37TH STREET HOLLYWOOD FL 33021 |
| HEINRICH, GREGORY | C/O MICHAEL CARLIN WEALTH MANAGEMENT, LLC 7098 E. COCHISE ROAD, SUITE 222 SCOTTSDALE AZ 85253 |
| HESS WILLIAM & MARY C. | 236 INDIAN COVE DR DAWSONVILLE GA 30534 |
| HILL, FRANCIS J., IRA | 9595 RED BIRDLANE ALPHARETTA GA 30022 |
| HILLIARD LYONS | 1035 FREDERICA STREET, SUITE 100 OWENSBORO KY 42301 |
| HIMAKORN, SUGEE AND /OR MR. HIMAKORN KASIDITH AND/ | MR. HIMAKORN KRIT C/O WAI CHU UR FLAT B3, 22/F PEARL CITY MANSION PATERSON STREET HONG KONG |
| HOLDER, BEDELL EVANS | 2909 OVERTON RD BIRMINGHAM AL 35223 |
| HOSPITALS INSURANCE COMPANY INC | 50 MAIN STREET SUITE 1220 WHITE PLAINS NY 10606 |
| HSU, CHUNG-HSIN | 36 WELLINGTON ROAD MEDFORD MA 02155 |
| HSU, CHUNG-HSIN | 36 WELLINGTON ROAD MEDFORD MA 02155 |
| HUBBUCH, JOHN J. | 5124 SKY LAKE DR PLANO TX 75093 |
| HURWITZ, THEODORE | 2033 SECOND AVE # 707 SEATTLE WA 98121 |
| HUTTO, JACK H. | 6326 BAHAMA SHORES DR., S. SAINT PETERSBURG FL 33705 |
| ILARIA, GHIRETTI AND CLAUDA, FURIA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| ILARIA, GHIRETTI AND CLAUDA, FURIA | C/O STUDIO LEGALE GIAMBRONE VIA P. ARAGONA 82 PALERMO 90141 ITALY |
| INGBER ESQ., NORMAN | 53 ROE ROAD BLOOMINGBURG NY 12721 |
| IRA FBO H B ROSS | PERSHING LLC AS CUSTODIAN 8069 COVENTRY DRIVE SOUTHAVEN MS 38671 |
| JACOBS, DONALD M | 12522 NURSERY LN LOUISVILLE KY 40243 |
| JENNINGS, BUFORD R. | 8607 SCENIC HILLS DRIVE PENSACOLA FL 32514 |
| JOHNSON, ALBERTEEN | 2720 WALNUT HAYS KS 67601 |

| Claim Name | Address Information |
|---|---|
| JOHNSON, WELDON | 2720 WALNUT HAYS KS 67601 |
| JORDAN, JAMES V | 4 HAWLEY AVE PITTSBURGH PA 15202 |
| JUAN, HSIU-CHIH | 1512 SHEPHERD LANE CARROLLTON TX 75007 |
| JUNE JURICH REVOCABLE TRUST | JURICH, JUNE, TTEE 3336 SWALLOWS NEST LANE SACRAMENTO CA 95833 |
| KENT, BARBARA A. | 4655 VICTORIA ST N # 114 SHOREVIEW MN 55126 |
| KERN, SANDRA | 5333 ADAMS ROAD DELRAY BEACH FL 33484 |
| KOTHARI, ASHOK S. | 2607 QUEENS ROAD CENTRAL HONG KONG |
| KRAMER, MICHAEL J.G. | 5290 RIVER OAKS DR. NEW BRAUNFELS TX 78132 |
| KRIVOCAPICH, SERGIO DANIEL | CARLOS ANTONIO LOPEZ 3783 BUENOS AIRES 1419 ARGENTINA |
| LAMBERTSEN, ROBERT H | 7470 PINEHURST CIRCLE BLOOMFIELD HILLS MI 48301 |
| LAU YUEN LIN JOANNA | C/O EDRIC TSIM BARCLAYS BANK 44F CITIBANK TOWER 3 GARDEN ROAD CENTRAL 29032074 HONG KONG |
| LEARD, EARL & MAXINE | 13275 N BOOMING DR. ORO VALLEY AZ 85755 |
| LEE KA YUE, SAMUEL | FLAT A, 53/F, TOWER 2 THE BELCHER'S 89 POKFULAM ROAD POKFULAM HONG KONG |
| LESLIE STEPPEL WEISBROD TRUST | DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA NY 10514 |
| LESLIE STEPPEL WEISBROD TRUST | DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA NY 10514 |
| LEVIN, FLORENCE | 9630 NW 16TH STREET PEMBROKE PINES FL 33024 |
| LI, MAN LING FLORENCE | FLAT 3029, BLOCK 30 RAGILLIO VILLA 555 VICTORIA ROAD POFULAM HONG KONG |
| LOUISIANA DUCK DECOYS | 1750 ST. CHARLES AVENUE, # 531 NEW ORLEANS LA 70130-6750 |
| MALIN, RUTH | 5401 BAHIA LANE LA JOLLA CA 92037 |
| MARCELO RUBIS CASTILLO SALOMONE | JOSE LEON CABEZON 3672 C.A.B.A. CP (1419) ARGENTINA |
| MARKOVITZ, ANNE | 600 GRANT ST., 3 5454 PITTSBURGH PA 15219 |
| MARKOVITZ, BERNARD | 600 GRANT ST., # 5454 PITTSBURGH PA 15219 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY RETIREM | TRANSITION ACCOUNT ONE WASHINGTON MALL 4TH FLOOR BOSTON MA 02108 |
| MCCARTHY, CHRISTINE | 415 N. SAN RAFAEL AVENUE PASADENA CA 91105 |
| MCGLINCY, PHYLLIS JANE | 245 EAST 37 STREET # 3B NEW YORK NY 10016 |
| MEHOS, STEPHEN | 229 WEED STREET NEW CANAAN CT 06840 |
| MENDICUTI, ANA MARIA PRECIAT | MARIANA MENENDEZ PRECIAT CALLE 6 NO. 59 X 21 PRIVADA REAL MONTECRISTO MERIDA YUCATAN MEXICO |
| MESSINGER, MARTIN E. | 140 OSBORN ROAD HARRISON NY 10528 |
| MORETTI, THERESA & ANTHONY | 10 VERMONT ST CRANSTON RI 02920 |
| MORRIS-BROGAN, LINDA | 12434 CARRIAGE HILL DR. HOUSTON TX 77077-2908 |
| MOSCA, JAN BROWN | 261 INDIAN BLUFF DR. ARAPAHOE NC 28510 |
| MOSS, PATRICIA C. | 9644 LONGMONT HOUSTON TX 77063-1029 |
| MOULDER, ELDORA R TRUST | 1963 WOOD HOLLOW COLUMBIA MO 65203 |
| MUTLU, HASAN | 1303 MARINA POINTE BLVD LAKE ORION MI 48362 |
| NEVILLE, JOHN D. | 1630 ASSEMBLY LANE DELAVAN WI 53115 |
| NEW YORK STATE COMPTROLLER THOMAS P. DINAPOLI | AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND C/O ENTWISTLE & CAPPUCCI LLP 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| NORIEGA, PATRICIA A. | NATACION NO.21 COLONIA RAQUET CLUB HERMOSILLO, SONORA MEXICO |
| NUNNERY, BARBARA G. | 5526 HARMONY CHURCH RD EDGEMOOR SC 29712 |
| PALMER, ARTHUR J. | CGM IRA ROLLOVER CUSTODIAN 7 WESTGATE WAY AMHERST NH 03031-2871 |
| PALONE, MICHAEL F. | HAMILTON LANE ONE PRESIDENTIAL BLVD, 4TH FLOOR BALA CYNWYD PA 19004 |
| PAR FOUR MASTER FUND INC | C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PEREZ, MARIA CRISTINA | 1035 SHORE LN MIAMI BEACH FL 33141 |
| PIKE, SUSAN MARY | 23412 MOBILE ST. WEST HILLS CA 91307 |
| PLC GROUP LIMITED | C/O EDRIC TSIM BARCLAYS BANK, 44F CITIBANK TOWER 3 GARDEN ROAD, CENTRAL 29032074 HONG KONG |

| Claim Name | Address Information |
| --- | --- |
| PRITCHETT, BARBARA | 297 COURTS DRIVE MARIETTA GA 30062 |
| RAPP, LESTER M | 642 NORTH 8TH STREET BATON ROUGE LA 70802 |
| REHORST, JOYCE | 2123 FOX CREEK ROAD BERWYN PA 19312 |
| REITER, PAUL | 145 DEER VALLEY DR SEWICKLEY PA 15143 |
| REMY, JANE M | CGM IRA ROLLOVER 6616 MAIN STREET NEW PORT RICHEY FL 34653-3904 |
| RODAKIS, JAMES A. | 748 MERRILL RD SAN JUAN BAUTISTA CA 95045-9622 |
| ROY, JACQUELINE & DUMONT, CHARLES | 5986 FORYTH CRES RICHMOND BC V7C 2C3 CANADA |
| SALAZAR, RENE VALLE | SERRANO, LETICIA TORRES RAFAEL CAMPOY 901 COL. PITIC; HERMOSILLO SONORA MEXICO |
| SAMEK, EDWARD L. | 509 STREET, DAVIDS AVENUE ST. DAVIDS PA 19087 |
| SCHAJMAN, JUAN CARLOS | RECONQUISTA 517 PISO 7 11.000 MONTEVIDEO URUGUAY |
| SCHMIDT, JOSEPH W & BEATRICE | 810 W. 12TH STREET RENO NV 89503 |
| SCHMIDT, JOSEPH W & BEATRICE | 810 W. 12TH STREET RENO NV 89503 |
| SCHNEIDER, MARVIN | 2200 NORTH CENTRAL RD. APT 3R FORT LEE NJ 07024 |
| SCHNURR, BETTY JEAN | 19 LINDEN ROAD ALBANY NY 12208 |
| SCHRAM, CAROL | 71 CLUBHOUSE DRIVE HINGHAM MA 02043 |
| SCHWARTZ, BERNARD | 24500 N. ELM LAKE FOREST IL 60045-3456 |
| SCYPHERS, CLEO D. & | SCYPHERS, HARRY C. TEN ENT 310 SILVER CREST DR. WALKERSVILLE MD 21793-8181 |
| SCYPHERS, HARRY C. & | SCYPHERS, CLEO - JOINT REV. TRUST VA 8598 CLEO D & HARRY C. SCYPHERS TR 310 SILVER CREST DR. WALKERSVILLE MD 21793-8181 |
| SEYFFARTH, DONALD C. | 1145 HENRY RD BILLINGS MT 59102 |
| SHIRLEY MAHLSTROM REV TR U/A | C/O BRAD ROTHENBERG 6514 PLANTATION PINES BLVD. FORT MYERS FL 33966 |
| SHUJI, KAMITANO | A3 12/F CHARMAIN HEIGHTS NO. 9 EASTBOURNE ROAD KOWLONG HONG KONG |
| SINKO, VIRGINIA | 40 DONALD A. SINKO 26028 DEFOE DRIVE NORTH OLMSTEAD OH 44070 |
| SMITH, MILDRED E | 372 CATAMARAN COURT NORTH PORT FL 34287 |
| SMITH, RALPH E. | 372 CATAMARAN COURT NORTH PORT FL 34287 |
| SMITH, WILLIAM H. | 9595 RED BIRD LANE ALPHARETTA GA 30022 |
| SMITHLAND CORP | 200 N JOHNSON CHARLES CITY IA 50616 |
| SNYDER, BECKY C | PO BOX 987 LAYTON UT 84041 |
| SNYDER, ROBERT L | PO BOX 987 LAYTON UT 84041 |
| SOUTHWARD, DONALD C. | 11905 210TH ST. MILACA MN 56353-4555 |
| SPAGNOLA, ROBERT A. | 5016 BIMINI DR. BRADENTON FL 34210 |
| SPURLIN, DOYLE L. & JANET L. | 300 AGUILA DR. LAKESIDE TX 76108-9407 |
| STASHOWER, SUSAN | 300 WEST 72 STREET # 6F NEW YORK NY 10023 |
| STATECENCO | ATTN: TRUST DEPARTMENT 601 MAIN STREET KEOKUK IA 52632 |
| STERNBERG, ALFREDO RICARDO | PARRAL 34- 7 BUENOS AIRES 1405 ARGENTINA |
| STIRLING, MARTHA TTEE OF THE STIRLING | LIVING TRUST DTD 6/1/89 1200 MILLS AVE BURLINGAME CA 94010-3327 |
| STOPEK, SETH - ROLLOVER IRA | 1581 BRICKELL AVENUE # 1504 MIAMI FL 33129 |
| SUN DIANA XIAOXIN AI | C/O EDRIC TSIM BARCLAYS BANK 44F CITIBANK TOWER 3 GARDEN ROAD CENTRAL 29032074 HONG KONG |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | C/O PAR FOUR INVESTMENT MANAGEMENT LLC ATTN: MICHAEL BAILEY 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| SWEDBERG, MARJORIE IRA | FCC AS CUSTODIAN 1750 150TH ST RUDD IA 50471-8050 |
| THARP, IRENE M. | 810 VISTA VIEW DRIVE MILRLE AL 36608 |
| THE KORBAS LIVING TRUST | KENDALL KORBAS + JOAN KORBAS TRUSTEES 1428 GLEN ROAD GREEN BAY WI 54313-5612 |
| TONG KAI HONG ANTHONY | C/O EDRIC TSIM BARCLAYS BANK, 44F CITIBANK TOWER 3 GARDEN ROAD, CENTRAL 29032074 HONG KONG |
| TRIAD GUARANTY INSURANCE CORP. | ATTN: BOB OGBURN 101 SOUTH STRATFORD RD. WINSTON-SALEM NC 27104 |
| TSAI, PING PING | 3592 BLUE HERON LANE ROCHESTER HILLS MI 48309 |
| TSENG, HUANG-CHUN | 36 WELLINGTON ROAD MEDFORD MA 02155 |
| TSENG, HUANG-CHUN | 36 WELLINGTON ROAD MEDFORD MA 02155 |

| Claim Name | Address Information |
|---|---|
| TSENG, HUANG-CHUN | 36 WELLINGTON ROAD MEDFORD MA 02155 |
| UBS C/F | JOAN R. IVERSON IRA 22950 E. LONG DRIVE AURORA CO 80016 |
| USELMAN, JAMES | 1419 CHISLETT STREET PITTSBURGH PA 15206 |
| WAGGONER, HAZEL F | 3087 N. BUTTERFIELD ROAD ORANGE CA 92865-1602 |
| WAGGONER, HAZEL F | 3087 N. BUTTERFIELD ROAD ORANGE CA 92865-1602 |
| WAIBEL, FREDERICK R. | 16 MARINO DRIVE CLARKSBORO NJ 08020 |
| WEHAR, FRANK JR. | 1231 COBBLEWOOD DR BETHEL PARK PA 15102-2468 |
| WELCH, SAM | 755 EPPS BRIDGE PKWY APT 305 ATHENS GA 30606 |
| WHOLEGATE INVESTMENTS LIMITED | 2401 S. OCEAN DR. #2004 HOLLYWOOD FL 33019 |
| WILSON, ANNE M. | 11618 STONE BRIDGE DR. HOUSTON TX 77064 |
| WINTER, JULIA | 92 TAIL OF THE FOX DRIVE BERLIN MD 21811 |
| WOOD, DIXIE | 102 KAY STREET NEWPORT RI 02840 |
| YAWN, CLAYBERN L. | 4200 LAS PALMAS CIR. #6110 BROWNSVILLE TX 78521 |
| YU-KUANG, LILY AND HUANG, SHENA | 13214 MOORPARK ST., #202 SHERMAN OAKS CA 91423 |
| ZALOOM, CHARLES B. LIVING TRUST | CHARLES B. ZALOOM CHARLES B. ZALOOM TTEE UA DTD 06/01/94 359 RENOIR DRIVE OSPREY FL 34229-9616 |

Total Creditor count  198

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| 77 BANK, LTD, THE | 3-20 CHUO 3-CHOME, AOBA-KU, SENDAI ATTN: YOSHIMICHI HOSHI/TREASURY DIVISION MIYAGI 980-8777 JAPAN |
| BANK OF KYOTO, LTD., THE | TREASURY & INVESTMENT DIVISION ATTN: MASAKI KURATA 3-147, YAESU 2-CHOUME, CHUO-KU TOKYO 104-0028 JAPAN |
| BANK OF THE RYUKYUS, LTD. | SECURITIES AND INTERNATIONAL DEPARTMENT ATTN. ANIYA 1-11-1, KUMOJI NAHA-CITY, OKINAWA JAPAN |
| BANQUE MISR | SUCCURSALE DE PARIS ATTN: AYMAN FODA 9 RUE AUBER PARIS 75009 FRANCE |
| BANQUE MISR | VOVAN & ASSOCIES ATTN: JULIEN ROLLAND-PIEGUE 7 RUE DE MADRID PARIS 75009 FRANCE |
| BROSNAN, TIMOTHY | 11 ORCHARDTON, WILLOWBANK DRIVE RATHFARNHAM (NOTE: CUSTODIANS PERSHING SECURITIES) DUBLIN 14 IRELAND |
| CAROLINA FIRST BANK | WOMBLE, CARLYLE SANDRIDGE & RICE, PLLC ATTN: MICHAEL G. BUSENKELL, ESQ., THOMAS M. HORAN, ESQ & JOHN H. STROCK 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| CAROLINA FIRST BANK | ATTN: MIKE FOWLER, EVP/TREASURER 104 S. MAIN STREET GREENVILLE SC 29601 |
| CFIP MASTER FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE SUITE 3495 CHICAGO IL 60606 |
| CHIKUHO BANK, LTD., THE | SECURITIES AND INTERNATIONAL DIVISION ATTN: SUSUMU IKEBE 2456-1 SUWANO-MACHI, KURUME FUKUOKA 830-0037 JAPAN |
| CORE PLUS FIXED INCOME PORTFOLIO, THE | C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASST. VP. & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| CORE PLUS FIXED INCOME PORTFOLIO, THE | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND LTD | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FL NEW YORK NY 10022 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| DE LANDALUCE, CARMELO VICENTE ARIZAGA ORTIZ | ESTHER PINEDA GANUZA ESCALANTE NO. 21 SANTONA-CANTABRIA 39.740 SPAIN |
| DE LOURDES SILVA ALBUQUERQUE, MARIA | ALAMEDA ALTO DA PARRA NO. 6 3RD ESQ 2870-179 OEIRAS PORTUGAL |
| DEERFIELD CAPITAL LLC FKA DEERFIELD TRIARC CAPITAL | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD CAPITAL LLC FKA DEERFIELD TRIARC CAPITAL | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELAT | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DEERFIELD RELATIVE VALUE LTD (FKA DEERFEILD RELATI | C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| DELAWARE BALANCED FUND | C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET ATTN: MICHAEL DRESIN, ASSISTANT VICE PRESIDENT PHILADELPHIA PA 19103 |
| DELAWARE BALANCED FUND | C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE BALANCED FUND | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE BALANCED FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORE PLUS BOND FUND | C/O DEALWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAGL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE PLUS BOND FUND | C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE CORE PLUS BOND FUND | PAUL PATTERSON, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |

| Claim Name | Address Information |
|---|---|
| DELAWARE CORE PLUS BOND FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE INVESTMENTS 2005 MARKET STREET ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL PHILADELPHIA PA 19103 |
| DELAWARE CORPORATE BOND FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE CORPORATE BOND FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE CORPORATE BOND FUND | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT CORE FOCUS FIXED INCOME | PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE DPT INTERMEDIATE FIXED INCOME | PAUL PATTERON, ESQ STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | C/O DELAWARE INVESTMENTS 2005 MARKET STREET ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL PHILADELPHIA PA 19103 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE EXTENDED DURATION BOND | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE EXTENDED DURATION BOND | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF | INCOME FUNDS C/O DELAWARE INVESTMENTS 2005 MARKET STREET ATTN: MICHAEL DRESNIN ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL PHILADELPHIA PA 19103-7094 |
| DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF | DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS C/O PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE |

| Claim Name | Address Information |
| --- | --- |
| FUND, INC | SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP BALANCED | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP BALANCED | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE VIP BALANCED SERIES | C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103 |
| DELAWARE VIP BALANCED SERIES | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DEMASI, KATHLEEN | 146 78TH STREET BROOKLYN NY 11209 |
| DIERICH, MARTIN | SCHLESISCHE STR. 15 BURGWEDEL 30938 GERMANY |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | 100 S.E. 2ND STREET SUITE 2610 MIAMI FL 33131 |
| EC101 INVESTMENT CONSULTANTS LIMITED | UNIT 1108 11/F, THE METROPOLIS TOWER 10 METROPOLIS DRIVE HUNG HOM, KLN HONG KONG |
| ENGEL, JASMIN | WALDSTR. 35B WIESBADEN 65187 GERMANY |
| FAMELOS, ILIAS | STRAYONOS 4 GLYFADA 16674 GREECE |
| FINN, NICHOLAS B. | 55 INDIAN HILL ROAD BEDFORD NY 10506 |
| FRANCESCA M., ZAVOLTA | 311 WEST 76TH STREET APARTMENT 3 NEW YORK NY 10023 |
| GEORGILI, IFIGENEIA | 27 STROFILIOU STR. KIFISSIX 14561 GREECE |
| HANS, BIHLER | EICHENWEG 5A ZORNEDING DEUTSCHLAND 85604 GERMANY |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE A BRENNAN BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | C/O HARBERT CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVE 30TH FL NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| HBK MASTER FUND | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS RD, STE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HOKKOKU BANK, LTD., THE | CAPITAL MARKET DEPT. 1 SHIMOTSUTSUMI-CHO ATTN:  KAZUTERU NAKAMURA KANAZAWA ISHIKAWA PREF. JAPAN |
| HOKURIKU LABOUR BANK | PAUL HASTINGS JANOFSKY & WALKERS ATTN: KIM NEWMARCH 191 N WACKER DRIVE 30TH FLOOR CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| INSTITUTO BANCARIO SAMMARINESE S.P.A. | VIA III SETTEMBRE 99 DOGANA 47891 SAN MARINO |
| INSTITUTO BANCARIO SAMMARINESE S.P.A. | VIA III SETTEMBRE 99 DOGANA 47891 SAN MARINO |
| INTERNATIONAL INVESTMENT FUNDS, THE - PUTNAM EUROP | STEPHEN GIANELLI C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| INTERNATIONAL INVESTMENT FUNDS- PUTNAM GLOBAL VALU | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE ATTN: STEPHEN GIANELLI BOSTON MA 02109 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (BMW | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (BMW | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (FUN | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH. (PT2 | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA |

| Claim Name | Address Information |
|---|---|
| POOL | 02109 |
| INTERPOLIS PENSIOENEN HIGH YIELD POOL | ATTN: STEPHEN GIANELLI C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| KOKONAS, KONSTANTINOS | PAPNASTASIOU 18 RETHIMNO 74100 GREECE |
| KRONE, OTTO | KOTTERSTR. 22 IBBENBUREN D-49479 GERMANY |
| KT CORPORATION | 206 JEONGIA-DONG BUNDANG-GU SEONGNAM-SI GYEONGGI KOREA, REPUBLIC OF |
| LAGADINOS, GEORGE | NEAS HALKIDONOS 12 17234 DAFNI ATHENS GREECE |
| LEIVADITIS, JOHN | 1, PELLIS STR 14561 ATHENS, KIFISSIA GREECE |
| LIM, JUDY YING LING | 80 A BRANKSOME ROAD SINGAPORE H39608 SINGAPORE |
| LINDEMEIER, PIET | KURZE RADE 1B REINBEK D-21465 GERMANY |
| LING, JUDY LIM YING | CUST CLEARSTREAM, ABN AMRO (HK) NOMINEES LTD 80A BRANKSOME ROAD 439608 SINGAPORE |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: NISHI-NIPPON CITY BANK, LTD., THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LOPEZ, JOANA ORTIZ | REPRESENTANTE: ANGELES LOPEZ C/TRAVESIA DE GOYA N. 2 / 5. D BILBAO 48002 SPAIN |
| MAGNONI, RUGGERO F | VIA PIERMARINI 2/4 MILAN 20121 ITALY |
| MELCHING, HANS-GEORG | AM MEELFELD 10 CALBERLAH 38547 GERMANY |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: ASAHI SHINKIN BANK, THE ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDON |
| MERRILL LYNCH JAPAN SECURITIES CO. LTD | TRANSFEROR: SHIGA BANK, LTD., THE NIHONBASHI 1-CHOME BUILDING 1-4-1 NIHONBASHI, CHUO-KU TOKYO 103-8230 JAPAN |
| MICHEL, ISTAS | RUE D'OPPREBAIS, 62 PERWEZ 1360 BELGIUM |
| MICHEL, ISTAS | RUE D'OPPREBAIS, 62 PERWEZ 1360 BELGIUM |
| MULTI-STRATEGY ALPHA PORT (MAPS) TM FUND, LTD | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| MULTI-STRATEGY ALPHA PORT (MAPS) TM FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| NAEGELI, BEAT | BITZIGHOFERSTRASSE 8 SARNEN 6060 SWITZERLAND |
| NAEGELI, BEAT | OBWALDNER KANTONALBANK BAHNHOFSTRASSE 2 SARNEN 6061 SWITZERLAND |
| NILS ZEINO-MAHMALAT | DAVIDISSTR. 9 DORTMUND 44143 GERMANY |
| OESTERLE, JOACHIM | OB DER STEINAU 20 LAICHINGEN D-89150 GERMANY |
| PAGEL, GERD & SUSANNE | NEUE HERRENALBER STR. 41 DOBEL 75335 GERMANY |
| PAPADUPOULOV, LEDA | 8 EPTALOFOU STR. MAROUSI ATHENS GREECE |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | C/O KATHERINE A. TRAXLER, ESQ. 25TH FLOOR 515 SOUTH FLOWER STREET LOS ANGELES CA 90071 |
| PLATTNER, LEOPOLD | KATHREIN & CO PRIVATE BANK WIPPLINGERSTR 25 WIEN A-1010 AUSTRIA |
| PLATTNER, LEOPOLD | WALDSTRASSE 1 OB WALTERSDORF A-2522 AUSTRIA |
| PLETZER HOTEL HOLDING GMBH | ATTORNEY: DR. TERENCE KLEE KUFSTEINER STRASSE 93 KIEFERSFLEDEN D-83083 GERMANY |
| POURCELET, NICOLAS | 28 RUE FABERT PARIS 75007 FRANCE |
| PSAROUDAKI, ANGELIKI | DODEKANISSOU 13 ATHENS 14562 GREECE |
| PUTNAM ABSOLUTE RETURN FIXED INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ABSOLUTE RETURN FIXED INCOME FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS – GROWTH PORTFOLIO | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM ASSET ALLOCATION FUNDS – GROWTH | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO | OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST – PUTNAM CANADIAN FIX | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CANADIAN GLOBAL TRUST- PUTNAM CANADIAN FIXE | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM CREDIT HEDGE FUND LP | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL FUNDS -- PUTNAM WORLDWIDE INCOME FUN | C/O PUTNAM INVESTMENTS – ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL FUNDS -- PUTNAM WORLDWIDE INCOME FUN | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM GLOBAL INCOME TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADAVANTAGE FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHENM. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM HIGH YIELD TRUST | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTN: STEPHENM. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL EQUITY FUND, LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTAIM INTERNATIONAL EQUITY FUND, LLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INTERNATIONAL TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS LLC–PUTNAM GLOBAL GROWT | INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC | PUTNAM GLOBAL GROWTH EQUITY FUND – INSITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC | INTERNATIONAL CORE CONCENTRATED EQUITY–INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM INVESTMENT HOLDINGS, LLC | INTERNATIONAL CORE CONCENTRATED EQUITY–INSTITUTIONAL INCUBATED FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM NEW FLAG EURO HIGH YIELD FUND PLC | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PSVF LIABILITY FUNDING PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM PSVF LIABILITY FUNDING PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |

| Claim Name | Address Information |
| --- | --- |
| PUTNAM RETIREMENT ADV GAA CONSERVATIVE PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADV GAA INCOME STRATEGIES PORTFO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCED PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA CONSERVATIVE PORTF | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA EQUITY PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM TOTAL RETURN TRUST | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND | C/O PUTNAM INVESTMENT MANAGEMENT, LLC ATTNL STEPHEN M. GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM EMERGING INFORMATION S | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME AL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM GLOBAL FIXED INCOME AL | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM GLOBAL HIGH YIELD BOND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM GLOBAL HIGH YIELD BOND | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM INVESTORS (U.S. CORE E | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM INVESTORS (U.S. CORE E | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM NEW OPPORTUNITIES (U.S | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST - PUTNAM NEW | EQUITY FUND C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE |

| Claim Name | Address Information |
|---|---|
| OPPORTUNITIES (U.S | SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM EMERGING INFORMATION SC | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM INTERNATIONAL (NON U.S. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM WORLD TRUST- PUTNAM INTERNATIONAL (NON U.S. | C/O PUTNAM INVESTMENTS ATTENTION : STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SCHMIDT, HEDWIG | AM HAMM 10 NUCKEROTH 56244 GERMANY |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | THE SHELL CONTRIBUTORY PENSION FUND C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| SHIGA BANK, LTD., THE | 1-38, HAMAMACHI OTSU-CITY, SHIGA 520-8686 JAPAN |
| SPYRATOS, THEODOROS | 99 ISMINIS STR. ATHENS 10443 GREECE |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575, THE HAGUE CN 2501 NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. / DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| STICHTING SHELL PENSIOENFONDS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| STITCHTING  SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| STITCHTING  SHELL PENSIOENFONDS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| SULLIVAN, MARK L. | 21 OVERHILL AVENUE RYE NY 10580 |
| SVENSKA HANDELSBANKEN AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020 |
| SVENSKA HANDELSBANKEN AB (PUBL) | MONTGOMERY, CLAUDE D., ESQ. SALANS LLP 620 FIFTH AVENUE, 4TH FLOOR NEW YORK NY 10020 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218 |
| SVENSKA HANDELSBANKEN AB (PUBL) | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10022-7218 |
| TAKARA PRINTING CO., INC. | DISCLOSURE BUSINESS DEPT. IV 3-28-8, TAKADA, TOSHIMA-KU TOKYO 171-0033 JAPAN |
| THE INTERNATIONAL INVESTMENT FUNDS- PUTNAM GLOBAL | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE ATTN: STEPHEN GIANELLI BOSTON MA 02109 |
| THE INTERNATIONAL INVESTMENT FUNDS- PUTNAM GLOBAL | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE ATTN: STEPHEN GIANELLI BOSTON MA 02109 |
| THE INTERNATIONAL INVESTMENT FUNDS- PUTNAM GLOBAL | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE ATTN: STEPHEN GIANELLI BOSTON MA 02109 |
| THE INTERNATIONAL INVESTMENT FUNDS- PUTNAM GLOBAL | C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE ATTN: STEPHEN GIANELLI BOSTON MA 02109 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | SARAH S. KELLEHER, ESQ. THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. C/O THIRD AVENUE MANAGEMENT LLC 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017 |
| TOMICKI, BERNARD J. & HELEN G. | (REV LIV TRUST) 2505 NATURE BEND LAND CARROLLTON TX 75006 |
| TRAN, DAN V. | 3010 BRADFORD APARTMENT B SANTA ANA CA 92707 |
| TW TELECOM INC | FKA TIME WARNER TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| UBS-FINSVC CDN FBO RICHARD LARSSON TRADITIONAL IRA | RICHARD LARSSON 5770 DOGWOOD DR LAKE OSWEGO OR 97035-8020 |

| Claim Name | Address Information |
|---|---|
| VANGUARD TOTAL BOND MARKET INDEX FUND | TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VANGUARD TOTAL BOND MARKET INDEX FUND | TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE PA 19482 |
| VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST | MR. AND MRS. RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95123-2362 |
| WELLER, MARKUS | AUF DEM KAMPE 12 OLSBERG 59939 GERMANY |
| WELLMANN, UDO | AM HEGEDE 8 58313 HERDECKE GERMANY |
| YUAN, PETROVCIC | RUE EMILE SCHMUCK, 37 B-4837 BAELEN BELGIUM |

**Total Creditor count  235**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | JAMES E. SPIOTTO CHAPMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603 |
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | JAMES E. SPIOTTO CHAPMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603 |
| BTR GLOBAL GROWTH TRADING LIMITED | C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| BTR GLOBAL OPPORTUNITY TRADING LIMITED | ATTN: CHRI BALTAGLIA, ESQ. C/O HALPERIN BALLTAGLIA RALCHL, LLP 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| BTR GLOBAL PROSPECTOR TRADING LIMITED | C/O HALPERIN BATIAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| CGI GVF (LUX) MASTERS S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE | 13-1, YURAKUCHO 1-CHOUME CHIYODA-KU TOKYO 100-8411 JAPAN |
| DAI-ICHI MUTUAL LIFE INSURANCE COMPANY, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| FHC MASTER FUND, LTD. | C/O K & L GATES LLP ATTN: RICHARD S. MILLER ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FORTIS BANK NV | WARANDEBERG 3 BRUSSEL 1000 BELGIUM |
| FORTIS BANK NV | BGL SA ATTN: ANNEMARIE JUNG 50, AVENUE JF KENNEDY LUXEMBOURG L-2951 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | STEPHE D LERNER 1095 AVE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA 36TH FLOOR NEW YORK NY 10119 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA 36TH FLOOR NEW YORK NY 10119 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG-AXON PARTNERS L.P. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |

| Claim Name | Address Information |
|---|---|
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| INTEGRATED CORE STRATEGIES (ASIA) PTC. LTD. | WILKIE FARR & GALLAGHER LLP ATTN: SHELLEY CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| INTEGRATED CORE STRATEGIES (ASIA) PTC. LTD. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | WILKIE FARR & GALLAGHER LLP ATTN: SHELLEY CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| JOHN DEERE PENSION TRUST | C/O HODGSON RUSS, LLP ATTN: DEBORAH J. PIAZZA, ESQ. 60 EAST 42ND STREET, 37TH FLOOR NEW YORK NY 10165-0150 |
| KEVA (LOCAL GOV PENSIONS INSTITUTION) | P.O. BOX 425 HELSINKI FI-00101 FINLAND |
| LEDCOR PETTY CONSTRUCTION, L.P. | THOMAS J. LOFARO LEDCOR GROUP OF COMPANIES 6405 MIRA MESA BLVD., SUITE 100 SAN DIEGO CA 92121 |
| MILLENNIUM INTERNATIONAL, LTD. | WILKIE FARR & GALLAGHER LLP ATTN: SHELLEY CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM INTERNATIONAL, LTD. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MILLENNIUM PARTNERS, L.P. | WILKIE FARR & GALLAGHER LLP ATTN: SHELLEY CHAPMAN, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MORGAN STANLEY & CO INTERNATIONAL LIMITED | 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN:  CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES INC. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES INC. | CADWALADER WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE, CANARY WHARF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VII DELAWARE LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| QUANTUM PARTNERS LDC | C/O CURACAO INTERNATIONAL TRUST COMPANY N.V. KAYA FLAMBOYAN 9 PO BOX 812 WILLEMSTAD CURACAO NETHERLANDS ANTILLES |

| Claim Name | Address Information |
|---|---|
| QUANTUM PARTNERS LDC | SHELLY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LDC | JAY SCHOENFARBER SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| SASC 2007-BC4 A4 II, LLC | C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SASC 2007-BC4 A4 II, LLC | C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SASC 2007-BC4 A4 II, LLC | C/O PAUL PATTERSON, ESQ STRADLEY RONON STEVENS & YOUNG, LLC 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SHANTI ASSET MANAGEMENT | 4, RUE SAINT-FLORENTIN PARIS 78001 FRANCE |
| SHANTI ASSET MANAGEMENT | C/O STEVEN SCHWARTZ WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP ATTN RICK HYMAN ESQ 1675 BROADWAY NEW YORK NY 10019-5820 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN OFFICE OF THE GENERAL COUNSEL 277 PARK AVENUE NEW YORK NY 10172 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES TIMOTHY PILLAR, VICE PRESIDENT PAMELA WIEDER, VICE PRESIDENT EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-984 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WESTERN ASSET CORE PLUS BOND PORTFOLIO | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-984 385 E. COLORADO BLVD PASADENA CA 91101 |
| YASUDA US MARKET NEUTRAL FUND | ATTN: ARMEEN BHESANIA C/O UBS FUNDS SERVICES 154 UNIVERSITY AVENUE TORONTO ON M5H 3Y9 CANADA |
| YASUDA US MARKET NEUTRAL FUND | WHITE & CASE LLP ATTN: EVAN C. HOLLANDER, ESQ. 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

Total Creditor count  91