# STATE STREET
# GLOBAL SERVICES.

State Street Trust and Banking
Company, Limited

Midtown Tower
9-7-1 Akasaka, Minato-ku
Tokyo 107-6239

telephone (813) 4530-7200
facsimile (813) 4530-7300

**To Whom it May Concern**

14th July 2010

**Your Mail ID: *** 0028962073 *** LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000001399**

**Name of the Bankruptcy Court: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**Name of the Debtors: LEHMAN BROTHERS HOLDINGS INC., et al., Chapter 11 Case No. 08-13555 (JMP)**

**Name of Claimant: State Street Trust and Banking Co., Ltd.**

**Claim Amount: $50,524.48**
Principal: $50,000.00
Interest from 2008/07/18 to 2008/09/15: $524.48

**Claim No.: 1400**

**Having reviewed our filing with you, we feel we must express my objection to your notice at this stage.**

The reasons for my objection are:

1.  **We can not confirm if our claim is included in the claim by Indenture Trustee correctly:**

    After investigating this matter, we found that Indenture Trustee should claim relevant securities.
    As we act as trustee and have a requirement to protect of our final beneficially's rights, we need to confirm our claim amount is definitely included in their claim. When we can confirm it, we have ready to expunge out duplicative claim.

2.  **Please show us some proof that our claim is included in Indenture Trustee's Claim:**

    As same reason as above 1, we need it.

Sincerely,

Sachiko Abe
Manager,
Securities Operations Department
Trust Services Division
State Street Trust and Banking Co., Ltd.
Midtown Tower, 9-7-1 Akasaka, Minato-ku
Tokyo 107-6239
Tel: 81-3-4530-7043
E-Mail: TokyoTrustIncome-CA@jp.statestreet.com



R E C E I V E D
JUL 19 2010
U.S. BANKRUPTCY COURT SDNY

# STATE STREET
# GLOBAL SERVICES.

**State Street Trust and Banking
Company, Limited**

Midtown Tower
9-7-1 Akasaka, Minato-ku
Tokyo 107-6239

telephone (813) 4530-7200
facsimile (813) 4530-7300

### To Whom it May Concern

14th July 2010

**Your Mail ID: *** 0028962689 *** LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000002094**

**Name of the Bankruptcy Court:** UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**Name of the Debtors:** LEHMAN BROTHERS HOLDINGS INC., et al., Chapter 11 Case No. 08-13555 (JMP)

**Name of Claimant:** State Street Trust and Banking Co., Ltd.

**Claim Amount: $1,919,930.21**
Principal: $1,900,000.00
Interest from 2008/07/19 to 2008/09/15: $19,930.21

**Claim No.: 2095**

**Having reviewed our filing with you, we feel we must express my objection to your notice at this stage.**

The reasons for my objection are:

1. **We can not confirm if our claim is included in the claim by Indenture Trustee correctly:**

   After investigating this matter, we found that Indenture Trustee should claim relevant securities.
   As we act as trustee and have a requirement to protect of our final beneficially's rights, we need to confirm our claim amount is definitely included in their claim. When we can confirm it, we have ready to expunge out duplicative claim.

2. **Please show us some proof that our claim is included in Indenture Trustee's Claim:**

   As same reason as above 1, we need it.

Sincerely,

Sachiko Abe
Manager,
Securities Operations Department
Trust Services Division
State Street Trust and Banking Co., Ltd.
Midtown Tower, 9-7-1 Akasaka, Minato-ku
Tokyo 107-6239
Tel: 81-3-4530-7043
E-Mail: TokyoTrustIncome-CA@jp.statestreet.com

# STATE STREET
# GLOBAL SERVICES.

State Street Trust and Banking
Company, Limited

Midtown Tower
9-7-1 Akasaka, Minato-ku
Tokyo 107-6239

telephone  (813) 4530-7200
facsimile  (813) 4530-7300

To Whom it May Concern

14th July 2010

**Your Mail ID: \*\*\* 0028962690 \*\*\* LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000002095**

**Name of the Bankruptcy Court: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**Name of the Debtors: LEHMAN BROTHERS HOLDINGS INC., et al., Chapter 11 Case No. 08-13555 (JMP)**

**Name of Claimant: State Street Trust and Banking Co., Ltd.**

**Claim Amount: $1,426,386.11**
Principal: $1,400,000.00
Interest from 2008/05/18 to 2008/09/15: $26,386.11

**Claim No.: 2096**

**Having reviewed our filing with you, we feel we must express my objection to your notice at this stage.**

The reasons for my objection are:

1. **We can not confirm if our claim is included in the claim by Indenture Trustee correctly:**

   After investigating this matter, we found that Indenture Trustee should claim relevant securities.
   As we act as trustee and have a requirement to protect of our final beneficially's rights, we need to confirm our claim amount is definitely included in their claim. When we can confirm it, we have ready to expunge out duplicative claim.

2. **Please show us some proof that our claim is included in Indenture Trustee's Claim:**

   As same reason as above 1, we need it.

Sincerely,

Sachiko Abe
 Manager,
Securities Operations Department
Trust Services Division
State Street Trust and Banking Co., Ltd.
Midtown Tower, 9-7-1 Akasaka, Minato-ku
Tokyo 107-6239
Tel: 81-3-4530-7043
E-Mail: TokyoTrustIncome-CA@jp.statestreet.com

# STATE STREET
# GLOBAL SERVICES.

State Street Trust and Banking
Company, Limited

Midtown Tower
9-7-1 Akasaka, Minato-ku
Tokyo 107-6239

telephone (813) 4530-7200
facsimile  (813) 4530-7300

**To Whom it May Concern**

14th July 2010

**Your Mail ID: *** 0028965728 *** LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000002096**

**Name of the Bankruptcy Court: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

**Name of the Debtors: LEHMAN BROTHERS HOLDINGS INC., et al., Chapter 11 Case No. 08-13555 (JMP)**

**Name of Claimant: State Street Trust and Banking Co., Ltd.**

**Claim Amount: $5,866,700.00**
Principal: $5,800,000.00
Interest from 2008/07/04 to 2008/09/15: $66,700.00

**Claim No.: 2097**

**Having reviewed our filing with you, we feel we must express my objection to your notice at this stage.**

The reasons for my objection are:

1.  **We can not confirm if our claim is included in the claim by Indenture Trustee correctly:**

    After investigating this matter, we found that Indenture Trustee should claim relevant securities.
    As we act as trustee and have a requirement to protect of our final beneficially's rights, we need to confirm our claim amount is definitely included in their claim. When we can confirm it, we have ready to expunge out duplicative claim.

2.  **Please show us some proof that our claim is included in Indenture Trustee's Claim:**

    As same reason as above 1, we need it.

Sincerely,

Sachiko Abe
  Manager,
Securities Operations Department
Trust Services Division
State Street Trust and Banking Co., Ltd.
Midtown Tower, 9-7-1 Akasaka, Minato-ku
Tokyo 107-6239
Tel: 81-3-4530-7043
E-Mail: TokyoTrustIncome-CA@jp.statestreet.com

--------------------------------------------------------x

In re                                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :       Chapter 11 Case No.

                                                   :       08-13555 (JMP)

Debtors.                                            :

                                                   :       (Jointly Administered)

--------------------------------------------------------x

MAIL ID *** 0028962073 *** LBH OB18 06-17-2010 (MERGE2,TXNUM2) 4000001398
STATE STREET TRUST & BANKING CO., LTD.
(FUND NO. 6390293)
MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU
TOKYO 107-6239
JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

## NOTICE OF HEARING ON DEBTORS' EIGHTEENTH OMNIBUS
## OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| TO: STATE STREET TRUST & BANKING CO., LTD. | | Claim Number | Date Filed | Debtor | |
| (FUND NO. 6390293) | Claim to be Disallowed and Expunged | 1400 | 12/22/2008 | 08-13555 | Claim Amount |
| MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU | | | | | $50,524.48 |
| TOKYO 107-6239 | Surviving Claim | 10082 | 09/02/2009 | 08-13555 | |
| JAPAN | | | | | $73,162,259,495.49 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates
(collectively, the "Debtors") filed their Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the
"Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s)
listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding
global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the
holders of certain senior unsecured notes issued pursuant to an indenture. Any claim that the Bankruptcy Court expunges and
disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above
under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and
you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO
BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to
the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

-----------------------

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the
Debtors' website at http://www.lehman-docket.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re                                         :
                                              :      Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :
                                              :      08-13555 (JMP)
                        Debtors.              :
                                              :      (Jointly Administered)
                                              :
---------------------------------------------------------------x

MAIL ID *** 0028962689 *** LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000002094 ◄
STATE STREET TRUST & BANKING CO., LTD.
(FUND NO. 6390298)
MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU
TOKYO 107-6239
JAPAN

## THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

## NOTICE OF HEARING ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| TO:  STATE STREET TRUST & BANKING CO., LTD. | | **Claim Number** | **Date Filed** | **Debtor** | **Claim Amount** |
| (FUND NO. 6390298) | Claim to be Disallowed and Expunged | 2095 | 01/28/2009 | 08-13555 | $1,919,930.21 |
| MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU | | | | | |
| TOKYO 107-6239 | Surviving Claim | 10082 | 09/02/2009 | 08-13555 | $73,162,259,495.49 |
| JAPAN | | | | | |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Nineteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the holders of certain senior unsecured notes issued pursuant to an indenture. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1]      A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                 :     Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)

               Debtors.      :     (Jointly Administered)

-------------------------------------------------------------x

MAIL ID *** 0028962690 *** LBH OB19 06-17-2010 (MERGE2,TXNUM2) 4000002091

STATE STREET TRUST & BANKING CO., LTD.
(FUND NO. 6390298)
MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU
TOKYO 107-6239
JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.**

## NOTICE OF HEARING ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

| Creditor Name and Address | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| | | Claim Number | Date Filed | Debtor | |
| TO: STATE STREET TRUST & BANKING CO., LTD. (FUND NO. 6390298) MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU TOKYO 107-6239 JAPAN | Claim to be Disallowed and Expunged | 2096 | 01/28/2009 | 08-13555 | Claim Amount $1,426,386.11 |
| | Surviving Claim | 10082 | 09/02/2009 | 08-13555 | $73,162,259,495.49 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Nineteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the holders of certain senior unsecured notes issued pursuant to an indenture. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---

[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (JMP)
                                                      :
                Debtors.                              :    (Jointly Administered)
                                                      :
---------------------------------------------------------------x

MAIL ID *** 0028965728 *** LBH OB27 06-17-2010 (MERGE2,TXNUM2) 4000002006
STATE STREET TRUST & BANKING CO., LTD.
(FUND NO. 6390298)
MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU
TOKYO 107-6239
JAPAN

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' TWENTY- SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

| | Basis For Objection: | Duplicative of Indenture Trustee Claim | | | |
|---|---|---|---|---|---|
| TO: Creditor Name and Address | | Claim Number | Date Filed | Debtor | Claim Amount |
| STATE STREET TRUST & BANKING CO., LTD. | **Claim to be Disallowed and Expunged** | 2097 | 01/28/2009 | 08-13555 | $5,866,700.00 |
| (FUND NO. 6390298) MIDTOWN TOWER, 9-7-1 AKASAKA, MINATO-KU TOKYO 107-6239 JAPAN | **Surviving Claim** | 21797 | 09/21/2009 | 08-13555 | $1,264,375,000.00 |

        PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty- Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

        The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Wilmington Trust Company on behalf of itself and the holders of certain notes issued pursuant to an indenture. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

        If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

---
[1]     A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.