7/12/10

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Inc, et al., Debtors
Chapter 11, Case No. 08-13555 (JMP)
Debtors' Twentieth Omnibus
Objection to Claims (Duplicative of indenture claim)

I am writing today to oppose the aforementioned objection to my claim. In reality, I filed two claims for a duplicative amount. I had $5,000 of this bond in both my non-qualified account and my IRA. I am including evidence of both positions as well as the respective proof of claims for each position. As I have only received one notice for request of expungment, I can only assume that an error was made in the recognition of both claims and request that the duplicate claim remain in force. Thank you for your consideration.

Mathew Gulrich Jr.
2110 Busine Church Rd
Marydel, MD. 21649
Claim number 4697



RECEIVED
JUL 20 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 4000004759 |
|---|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Mathew Gulrich Jr
2110 Basic Church Rd.
Marydel, MD, 21649-1174

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 5000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Purchased bond /co
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: Acct w/ Empire Financial through First Clearing
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: 8-27-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Mathew Gulrich Jr   MAThew Gulrich JR | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: | Chapter 11 | |
|---|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 4000004759 |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Mathew Gulrich Jr IRA
2110 Basic Church Rd.
Marydel, MD 21649-1174

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:         Email Address:

Name and address where payment should be sent (if different from above)
Jesup + Lamont
2170 W. State Rd. 434 Suite 100
Longwood, FL 32779
Telephone number: 800-860-3337   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 5000
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Purchased bond/cd
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** Acct w/ Empire Financial through First Clearing
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 8-27-09 | /s/ Mathew Gulrich Jr    MATHEW GULRICH JR |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





# Empire Financial Group, Inc.

2170 West State Road 434
Suite 100
Longwood, FL 32779
(407) 774-1300

PFSI FBO MATTHEW GULRICH JR
MATTHEW GULRICH JR

## Statement of Account

**Account Information**
Account Number: 25042904

**Statement Period**
February 1, 2009 to February 28, 2009

### Portfolio Positions

| Cash & Equivalents | Symbol/Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 0.00 | | | |
| Money Market Fund | | MoneyFund | 1.00 | 0.01 | 0.01 | 100.00 | | 0.18% |
| **Total Cash & Equivalents** | | | | | 0.01 | 100.00 | | |
| **Total Account Net Assets/Equity** | | | | | 0.01 | 100.00 | | |

Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.

### Account Activity

**Cash Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/02/09 | Cash | | | OPENING BALANCE | | 21.90 |
| 02/17/09 | Cash | Disbursed | | DEPOSIT: MM PORTFOLIO | | (21.90) |
| 02/17/09 | Cash | Cash Dividend | | PENN WEST PETROLEUM CA707885I093 B09YWL7 | | 14.82 |
| 02/17/09 | Cash | Withholding | | PENN WEST PETROLEUM CA707885I093 B09YWL7 | | (2.22) |
| 02/18/09 | Cash | Disbursed | | DEPOSIT: MM PORTFOLIO | | (12.60) |
| 02/24/09 | Cash | Journal | | ACAT TRF FEE | | (50.00) |
| 02/24/09 | Cash | Journal | | IRA FEE | | (20.00) |
| 02/25/09 | Cash | Received | | REDEEM: MM PORTFOLIO | | 1,718.59 |
| 02/27/09 | Cash | Journal | | ACATS JOURNAL ENTRY | | |
| 02/27/09 | Cash | Delivered | -5,000 | JPMORGAN CHASE BK N A NEW YORK N Y FORMERLY JPMO RGAN CHASE BK NEW YORK N Y TO 1 1/13/2004 A/C TRANSFER #0144 | | (1,648.59) |
| 02/27/09 | Cash | Delivered | -5,000 | LEHMAN BROS HLDGS INC MEDIUM T ERM NTS BOOK ENTRY FX BASKET L INKED BRICK BULL-BEAR NOTE SER A/C TRANSFER #0141 | | |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC. • MEMBER FINRA AND SIPC

# EMPIRE FINANCIAL GROUP, INC.

2170 West State Road 434
Suite 100
Longwood, FL 32779
(407) 774-1300

## Statement of Account

**Statement Period:** February 1, 2009 to February 28, 2009

**Account Information**
Account Number: 25042870
MATHEW GULRICH JR

### Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/27/09 | Cash | Delivered | -10,000 | JPMORGAN CHASE BK N A NEW YORK N Y FORMERLY JPMO RGAN CHASE BK NEW YORK N Y TO 1 1/13/2004 A/C TRANSFER #0141 | | |
| 02/27/09 | Cash | Delivered | -5,000 | LEHMAN BROS HLDGS INC MEDIUM T ERM NTS BOOK ENTRY FX BASKET L INKED BRICK BULL-BEAR NOTE SER A/C TRANSFER #0141 | | |
| 02/27/09 | Cash | Delivered | -3,000 | SUNTRUST BK ATLANTA GA CTF DEP DTD 10/30/2008 ACT/365 ZERO C PN A/C TRANSFER #0141 | | |

**Total: Cash Account Balance** 0.00

#### Scudder MM Port

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | OPENING BALANCE | | 858.51 |
| 02/02/09 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 13.14 |
| 02/17/09 | MoneyFund | Received | | DEPOSIT: MM PORTFOLIO | | 47.02 |
| 02/24/09 | MoneyFund | | | Money Fund Dividends .260% 01/31-02/23 884 | | .15 |
| 02/25/09 | MoneyFund | Disbursed | | REDEEM: MM PORTFOLIO | | (918.82) |

**Total: Scudder MM Port Balance** 0.00