United States Bankruptcy Court
Southern District of New York

Chapter 11 Case No.
08-13555(JMP)
(Jointly Administered)

In re:
Lehman Brothers Holdings Inc., et al.,
            Debtors.



OPPOSITION AND RESPONSE OF RONALD P. ZEMENAK TO
DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS

The undersigned, Ronald P. Zemenak hereby files his Opposition and Response to Debtor's Eighteenth Objection to Claims as follows:

1. Claim Number 448    Filed 11/03/2008    Case Number 08-13600

   Amount $17,000    Debtor LB 745 LLC

   - Received Acknowledgement of my Receipt of Proof of Claim from epiq Systems dated June 30, 2009

         CUSIP #:  52519FCV1    QUANTITY: $2,000
         CUSIP#:   5259FDMO     QUANTITY: $4,000
         CUSIP#:   52519FBY6    QUANTITY  $11,000
                                          $17,000

2. The basis for my objection to having my claim disallowed, expunged, reduced, or reclassified is that I wish to be sure that all of my individual rights as a holder of Senior Secured Debt referenced in the CUSIP numbers above are protected to the fullest extent possible. The Lehman Brother Holdings bonds which I purchased were a significant part of my retirement portfolio. I live on a fixed income, primarily Social Security and the **Income** from these bonds was essential to meet my daily expenses. My decision to purchase these Lehman bonds was based on the high ratings given to these bonds by the leading national Credit Rating Agencies who have now been

found to be operating with a major conflict of interest and possibly dishonestly.

I am not confident based on the paucity of information I have received that my interest will be best served and or protected in the Global Claim # 10082 filed by Wilmington Trust on 09/02/2009.

3. All required documents requested were submitted as part of my Proof of Claim. I have no other documents to submit.

4. All responses to this objection should be sent directly to me as indicated below: this is the address contained on my Proof of Claim. I have authority to reconcile, settle, or otherwise resolve this item.

5. It would be my intention to participate in the hearing telephonically unless not required by the court.

Ronald P. Zemenak
5051 Vermillion Lane
Castle Rock, Colorado 80108
rpzemenak@hotmail.com
303 688 0498

I would also like to have a copy of any response to this objection sent to my son who is advising me on this matter. His contact information is as follows:

John R. Zemenak
Rathje & Woodward, LLC
300 E. Roosevelt Road
Suite 300
Wheaton, IL 60187

Dated July 17, 2010

Ronald P. Zemenak

## CERTIFICATION OF MAILING

The undersigned certifies that he caused service of the Opposition and Response of Ronald Zemenak to Debtors' Eighteenth Omnibus Objection to Claims to be made on July 16, 2010 by depositing the same in the U.S. Mail, postage prepaid, to the following parties at the following addresses: ().

1. Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601

2. Weil Gotshal & Manges, 767 Fifth Avenue, New York, New York, 10153 Shai Y. Waisman, Esq

3. Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq.,Tracy Hope Davis, Esq.,

4. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F Du? , Dennis O Donnell, Esq., Evan Fleck, Esq.)

Ronald P. Zemenak