UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
       Debtors.                                               :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------x    Ref. Docket No. 10374

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2010, I caused to be served the "Notice of Presentment of Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure For Authorization to Employ and Retain Momo-O, Matsuo & Namba, as Special Counsel to the Debtors, *Nunc Pro Tunc* to February 1, 2010," dated July 22, 2010 [Docket No. 10374], by causing true and correct copies to be:

    i. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
23rd day of July, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

**Additional Email Addresses**

naito@mmn-law.gr.jp
brian.nicholson@lehmanholdings.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
bpershkow@profunds.com
Brian.Corey@greentreecreditsolutions.com
brian.pfeiffer@friedfrank.com
bromano@willkie.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com

chris.donoho@lovells.com
christian.spieler@lehman.com
christopher.schueller@bipc.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
douglas.bacon@lw.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com

| | |
|---|---|
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| eli.mattioli@klgates.com | howard.hawkins@cwt.com |
| elizabeth.harris@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | ian.levy@kobrekim.com |
| eric.johnson@hro.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jacobsonn@sec.gov |
| fhyman@mayerbrown.com | jafeltman@wlrk.com |
| fishere@butzel.com | james.mcclammy@dpw.com |
| francois.janson@hklaw.com | James.Sprayregen@kirkland.com |
| frank.white@agg.com | jamestecce@quinnemanuel.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jason.jurgens@cwt.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gary.ticoll@cwt.com | jay@kleinsolomon.com |
| gbray@milbank.com | Jbecker@wilmingtontrust.com |
| george.davis@cwt.com | jbeemer@entwistle-law.com |
| GGraber@HodgsonRuss.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |
| hanh.huynh@cwt.com | jeff.wittig@coair.com |
| harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@morganlewis.com | jen.premisler@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| helmut.olivier@lehman.com | jeremy.eiden@state.mn.us |
| hirsch.robert@arentfox.com | jessica.fink@cwt.com |

jfalgowski@reedsmith.com
jfinerty@pfeiferlaw.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com

JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com

| | |
|---|---|
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| krubin@ozcap.com | mberman@nixonpeabody.com |
| kstahl@whitecase.com | mbienenstock@dl.com |
| kurt.mayr@bgllp.com | mbossi@thompsoncoburn.com |
| lacyr@sullcrom.com | mcademartori@sheppardmullin.com |
| Landon@StreusandLandon.com | mcordone@stradley.com |
| lawallf@pepperlaw.com | mcto@debevoise.com |
| lberkoff@moritthock.com | mdorval@stradley.com |
| Lee.Stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgranfield@cgsh.com | metkin@lowenstein.com |
| lhandelsman@stroock.com | mfeldman@willkie.com |
| linda.boyle@twtelecom.com | mgordon@briggs.com |
| lisa.ewart@wilmerhale.com | mgreger@allenmatkins.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.bonacker@lehman.com |
| lmarinuzzi@mofo.com | michael.frege@cms-hs.com |
| Lmay@coleschotz.com | michael.kim@kobrekim.com |
| lmcgowen@orrick.com | millee12@nationwide.com |
| lml@ppgms.com | miller@taftlaw.com |
| lnashelsky@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| loizides@loizides.com | mitchell.ayer@tklaw.com |
| lromansic@steptoe.com | mjacobs@pryorcashman.com |
| lscarcella@farrellfritz.com | mjedelman@vedderprice.com |
| lschweitzer@cgsh.com | MJR1@westchestergov.com |
| lthompson@whitecase.com | mkjaer@winston.com |
| lubell@hugheshubbard.com | mlahaie@akingump.com |
| lwhidden@salans.com | MLandman@lcbf.com |
| lwong@pfeiferlaw.com | mmendez@hunton.com |
| mabrams@willkie.com | mmooney@deilylawfirm.com |
| MAOFILING@CGSH.COM | mmorreale@us.mufg.jp |
| Marc.Chait@standardchartered.com | mmurphy@co.sanmateo.ca.us |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.deveno@bingham.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpage@kelleydrye.com |
| mark.houle@pillsburylaw.com | mpfeifer@pfeiferlaw.com |
| mark.sherrill@sutherland.com | mpucillo@bermanesq.com |
| martin.bury@lehman.com | mrosenthal@gibsondunn.com |
| martin.davis@ots.treas.gov | mruetzel@whitecase.com |
| Marvin.Clements@ag.tn.gov | mschimel@sju.edu |
| matthew.klepper@dlapiper.com | mschonholtz@willkie.com |
| matthew.morris@lovells.com | mshiner@tuckerlaw.com |

mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
opetukhova@foley.com
paronzon@milbank.com
patrick.oh@freshfields.com
patrick.schmitz-morkramer@lehman.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com

ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@daypitney.com
rbernard@bakerlaw.com
rbyman@jenner.com
rchoi@kayescholer.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov

rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
Scott.Gibson@dubaiic.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
shumaker@pursuitpartners.com
sidorsky@butzel.com
slerner@ssd.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
thomaskent@paulhastings.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com

vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wheuer@dl.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
woconnor@crowell.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**Additional Email Addresses**
naito@mmn-law.gr.jp
brian.nicholson@lehmanholdings.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| MCCALLA RAYMER LLC LUREECE D LEWIS | 866-761-0279 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |