UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                       :          Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :          08-13555 (JMP)
:
        Debtors.                                            :
:
-----------------------------------------------------------------------x          Ref. Docket Nos. 10149,
10197, 10199-10201, 10211,
10213-10214, 10216-10217
& 10218

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                          /s/ *Lauren Rodriguez*
21st day of July, 2010                           Lauren Rodriguez

/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  WUSTENROT VERSICHERUNGS AG                    WUSTENROT VERSICHERUNGS AG
     ATTN: DR. BRIGIT EXENBERGER                   FRESHFIELDS BRUCKHAUS DERINGER US LLP
     ALPENSTRASSE 61                               ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO
     SALZBURG    5033                              520 MADISON AVENUE, 34TH FLOOR
     AUSTRIA                                       NEW YORK NY 10022
```

Please note that your claim # 42895-01 in the above referenced case and in the amount of
   $12,028,350.00    has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO.                          GOLDMAN, SACHS & CO.
     TRANSFEROR: WUSTENROT VERSICHERUNGS AG        ATTN: MANAGING CLERK
     ATTN: ANDREW CADITZ                           RICHARDS KIBBE & ORBE LLP
     30 HUDSON STREET, 36TH FLOOR                  ONE WORLD FINANCIAL CENTER
     JERSEY CITY NJ 07302                          NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10149    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2010                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 16, 2010.

# EXHIBIT B

```
TIME: 19:13:13                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE: 1
DATE: 07/16/10                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS LP | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BARCLAYS BANK PLC | TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019 USA |
| BOTTICELLI LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| ETOILE KAITO & CO., INC. | ATTN MS. FUMIKO HAYAKAWA (PRESIDENT) 1-7-16, BAKURO-CHO NIHONBASHI CHUO-KU 103-8370 JAPAN |
| ETOILE KAITO & CO., INC. | MS. FUMIKO HAYAKAWA PRESIDENT AND REPRESENTATIVE DIRECTOR ETOILE KAITO & CO., INC. 1-7-16, BAKURO-CHO, NIHONBASHI, CHUO-KU TOKYO 103-8370 JAPAN |
| ETOILE KAITO & CO., INC. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 1-7-16, BAKURO-CHO, NIHONBASHI ATTN: MS. FUMIKO HAYAKAWA, PRESIDENT CHUO-KU TOKYO 103-8370 JAPAN |
| GOLDMAN, SACHS & CO. | ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: WUSTENROT VERSICHERUNGS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I | C/O HARBINGER CAPITAL PARTNERS ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE A BRENNAN BOSTON MA 02110 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR ATTN: CORRINE GLASS NEW YORK NY 10022 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LONGACRE OPPORTUNITY FUND, L.P. | TRANSFEROR: NISHI-NIPPON CITY BANK, LTD., THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| NISHI-NIPPON CITY BANK, LTD., THE | NISHIMURA & ASAHI ATTN: KEI ITO ARK MORI BUILDING, 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| NISHI-NIPPON CITY BANK, LTD., THE | C/O HERRRICK, FEINSTEIN LLP ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| NISHI-NIPPON CITY BANK, LTD., THE | HERRRICK, FEINSTEIN LLP ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016 |
| SCOR HOLDING (UK) LIMITED | TRANSFEROR: SCOR INSURANCE (UK) LIMITED ATTN: ALAN GRANT 10 LIME ST. LONDON EC3M 7AA UNITED KINGDOM |
| SCOR INSURANCE (UK) LIMITED | C/O DEBORAH GALLETTI, IMMEUBLE SCOR 1 AVENUE DU GENERAL DU GAULLE PARIS LA DEFENSE CEDEX 92074 FRANCE |
| SCOR INSURANCE (UK) LIMITED | N. LYNN HIESTAND AND ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| WUSTENROT VERSICHERUNGS AG | ATTN: DR. BRIGIT EXENBERGER ALPENSTRASSE 61 SALZBURG 5033 AUSTRIA |
| WUSTENROT VERSICHERUNGS AG | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    28

EPIQ BANKRUPTCY SOLUTIONS, LLC