UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re                                                                                 :    Chapter 11 Case No.
                                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                         :
                                   Debtors.                                  :
                                                                                         :
-------------------------------------------------------------------x    Ref. Docket Nos. 10156,
                                                                                                10159-10160 & 10162

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
Sworn to before me this                                          Lauren Rodriguez
15th day of July, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

      Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: ASAHI MUTUAL LIFE INSURANCE CO.          ASAHI MUTUAL LIFE INSURANCE CO.
    2-6-1, OTEMACHI                          BINGHAM MCCUTCHEN LLP
    CHIYODA-KU                               ATTN: RANAN WELL
    TOKYO    100-8103                        2020 K STREET, NW
    JAPAN                                    WASHINGTON DC 20006-1806
```

Please note that your claim # 50308 in the above referenced case and in the amount of
      $0.00      has been transferred **(unless previously expunged by court order)**

```
JPMORGAN CHASE BANK, N.A.
TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO.
1 CHASE MANHATTAN PLAZA, FLOOR 26
ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
NEW YORK NY 10004
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10156    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2010                        Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 14, 2010.

# EXHIBIT B

```
TIME: 17:44:49                                   LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/14/10                                        CREDITOR LISTING

Name                                  Address
ASAHI MUTUAL LIFE INSURANCE CO.       2-6-1, OTEMACHI CHIYODA-KU TOKYO  100-8103 JAPAN
ASAHI MUTUAL LIFE INSURANCE CO.       BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL 2020 K STREET, NW WASHINGTON DC 20006-1806
BANQUE SAUDI FRANSI                   IRA REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
BANQUE SAUDI FRANSI                   C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
JMG CAPITAL PARTNERS LP               C/O JMG CAPITAL MANAGEMENT, LLC ATTN: NOELLE NEWTON 11601 WILSHIRE BLVD, SUITE 2180 LOS ANGELES CA 90025
JPMORGAN CHASE BANK, N.A.             TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                      NEW YORK NY 10004
MERRILL LYNCH CREDIT PRODUCTS, LLC    GARY COHEN MERRILL LYNCH CREDIT PRODUCTS, LLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK
                                      NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC    TRANSFEROR: JMG CAPITAL PARTNERS LP ATTN: CHRISTOPHER MOON 4 WORLD FINANCIAL CENTER NEW YORK NY 10080
MIZRAHI TEFAHOT BANK, LTD             STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022
MIZRAHI TEFAHOT BANK, LTD             ATTN: IRENE GRUBER 7 JABOTINSKY ST. RAMAT GAN  52136 ISRAEL
YORVIK PARTNERS LLP
YORVIK PARTNERS LLP                   TRANSFEROR: BANQUE SAUDI FRANSI ATTN: LISA KING YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY U.K.
YORVIK PARTNERS LLP                   TRANSFEROR: MIZRAHI TEFAHOT BANK, LTD ATTN: LISA KING YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY U.K.

Total Number of Records Printed    13


                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153