UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :        **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                    :        **08-13555 (JMP)**
                                                                :
                                        **Debtors.**            :
                                                                :
----------------------------------------------------------------x        **Ref. Docket Nos. 10174,**
                                                                         **10179-10185, 10189, 10197**
                                                                         **& 10200**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 15, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
Sworn to before me this                                 Lauren Rodriguez
21st day of July, 2010

*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |      Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |      08-13555 (JMP)
                                   |
                                   |      (Jointly Administered)
            Debtors.               |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED
     ATTN: MICHAEL SUTTON
     WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
     LONDON     EC2N 2DB
     UNITED KINGDON
```

Please note that your claim # 27880-01 in the above referenced case and in the amount of
$1,000,000.00       has been transferred **(unless previously expunged by court order)**

```
KING STREET ACQUISITION COMPANY, LLC              KING STREET ACQUISITION COMPANY, LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH        MANDEL, KATZ & BROSNAN LLP
65 EAST 55TH STREET, 30TH FLOOR                    ATTN: KARA KATZ
NEW YORK NY 10022                                  THE LAW BUILDING, 210 ROUTE 303
                                                   VALLEY COTTAGE NY 10989
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10174       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2010                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 15, 2010.

# EXHIBIT B

TIME: 17:35:44
DATE: 07/15/10

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: YORVIK PARTNERS LLP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONVERIUM UK | C/O DEBORAH GALLETTI, IMMEUBLE SCOR 1 AVENUE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX  92074 FRANCE |
| CONVERIUM UK | ANDREW THAU SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SAUARE NEW YORK NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE GLOBAL MARKETS LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| ETOILE KAITO & CO., INC. | ATTN MS. FUMIKO HAYAKAWA (PRESIDENT) 1-7-16, BAKURO-CHO NIHONBASHI CHUO-KU TOKYO  103-8370 JAPAN |
| HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND | C/O HARMONIC CAPITAL PARTNERS LLP 2 THROGMORTON AVENUE LONDON  EC2N 2DG UNITED KINGDOM |
| HARMONIC CURRENCY MASTER FUND | C/O HARMONIC CAPITAL PARTNERS LLP 2 THROGMORTON AVENUE LONDON  EC2N 2DG UNITED KINGDOM |
| HARMONIC CURRENCY MASTER FUND | (FORMERLY THE HARMONIC FIXED INCOME MASTER FUND) C/O HARMONIC CAPITAL PARTNERS LLP 2 THROGMORTON AVENUE LONDON  EC2N 2DG UNITED KINGDOM |
| HARMONIC DIVERSIFIED MASTER FUND | C/O HARMONIC CAPITAL PARTNERS LLP 2 THROGMORTON AVENUE LONDON  EC2N 2DG UNITED KINGDOM |
| HARMONIC GLOBAL FUND | MANDEL, KATZ & BROSNAN LLP ATTN: KARA KATZ THE LAW BUILDING, 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: CONVERIUM UK ATTN: ALAN GRANT 10 LIME ST. LONDON  EC3M 7AA UNITED KINGDOM |
| SCOR HOLDING (UK) LIMITED | TRANSFEROR: HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC CURRENCY MASTER FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC DIVERSIFIED MASTER FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HARMONIC GLOBAL FUND 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| YORVIK PARTNERS LLP | TRANSFEROR: BANQUE SAUDI FRANSI ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        19

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Christopher A. Stauble
767 Fifth Avenue
New York, NY 10153