THOMPSON & KNIGHT LLP
Jennifer A. Christian
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Counsel to Howard Terry and the*
*Terry Foundation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,| : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2010, a true and correct copy of the *Response of Howard Terry and the Terry Foundation to Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)* [Docket No. 10324] was served by messenger on the entities listed below.

Honorable James M. Peck
U.S. Bankruptcy Court
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Shai Waisman, Esq.

511715 000036 DALLAS 2640334.1

The Office of the United States Trustee for
   the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
       Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

DATED:  New York, New York
        July 26, 2010                        Respectfully submitted,

                                             THOMPSON & KNIGHT LLP

                                             /s/ *Jennifer A. Christian*
                                             Jennifer A. Christian
                                             900 Third Avenue, 20th Floor
                                             New York, New York 10022
                                             Tel:  (212) 751-3001
                                             Fax:  (212) 751-3113

                                             *Counsel to Howard Terry and the
                                             Terry Foundation*