**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sullivan & Cromwell LLP, on behalf of Giants Stadium LLC, and under, *inter alia*, Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
> Telephone:  (212) 558-4000
> Facsimile:  (212) 558-3588
>
> Attention:   Bruce E. Clark, Esq.
>              Edward M. Grauman, Esq.
>              Sarah D. Carlson, Esq.
>
> E-mail:      clarkb@sullcrom.com
>              graumane@sullcrom.com
>              carlsons@sullcrom.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether

-2-

formal or informal. whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise.

Dated: New York, New York
July 26, 2010

                    Respectfully submitted,

                    **SULLIVAN & CROMWELL LLP**

                    By: /s/ Bruce E. Clark
                          Bruce E. Clark
                          Edward M. Grauman
                          Sarah D. Carlson

                          125 Broad Street
                          New York, New York 10004
                          Telephone: (212) 558-4000
                          Facsimile: (212) 558-3588

                          *Attorneys for Giants Stadium LLC*