SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Edward M. Grauman (EG-9825)
Sarah D. Carlson

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

### CERTIFICATE OF SERVICE

I, Edward M. Grauman, hereby certify that, on July 26, 2010, I served a true and correct copy of **Responses and Objections of Giants Stadium LLC to Debtors' Subpoena for Rule 2004 Examination** via Federal Express and electronic mail upon:

> Richard W. Slack
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
>
> *Attorney for Lehman Brothers Holdings Inc.
> and Lehman Brothers Special Financing Inc.*

Dated:   New York, New York
         July 26, 2010

By:   /s/ Edward M. Grauman
      Edward M. Grauman