OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
Peter Feldman, Esq.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                            :
                            DEBTORS.                        :    (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico ("FDIC-R"), in the above-captioned cases and, as provided in Section 1109(b) of Title 11 of the United States Code, Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York, and in any other applicable law, rule or order, requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon:

>Otterbourg, Steindler, Houston & Rosen, P.C.
>Counsel for the Federal Deposit Insurance Corporation, as
>Receiver of Westernbank Puerto Rico
>230 Park Avenue
>New York, New York 10169
>Attention: Peter Feldman, Esq.
>Tel:   (212) 661-9100
>Fax:   (212) 682-6104
>Email: pfeldman@oshr.com

**PLEASE TAKE FURTHER NOTICE** that the FDIC-R expressly reserves all rights to which the FDIC-R is entitled under Title 12 of the United States Code.

Dated: New York, New York
July 26, 2010

>**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
>
>By:   /s/ Peter Feldman
>      Peter Feldman
>      A Member of The Firm
>230 Park Avenue
>New York, NY 10169
>Tel:   (212) 661-9100
>Fax:   (212) 682-6104
>
>Counsel for the Federal Deposit Insurance Corporation, as Receiver of Westernbank Puerto Rico