UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                                    :    Chapter 11 Case No.
                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    08-13555 (JMP)
                                                                                         :
                        **Debtors.**                                              :
                                                                                         :
-----------------------------------------------------------------------x    Ref. Docket Nos. 9121, 9833-
9835, 9840-9847, 9849-9851,
9853-9856, 10202, 10219-10220,
10244-10245, 10247-10254,
10256, 10258-10267, 10272-
10273, 10277-10278, 10285,
10287-10290, 10295-10307,
10312-10316, 10320-10322,
10325-10329 & 10333

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                             */s/ Lauren Rodriguez*
Sworn to before me this                                       Lauren Rodriguez
22nd day of July, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9121, 9833-9835...10325-10329 & 10333_Aff 07-21-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                                                   | (Jointly Administered)
             Debtors.                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   STONEHILL MASTER FUND LTD
             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
             C/O STONEHILL CAPITAL MANAGEMENT, LLC
             ATTN: STEVEN D. NELSON
             885 THIRD AVENUE, 30TH FLOOR
             NEW YORK NY 10022

Please note that your claim # 32618-01 in the above referenced case and in the amount of
       $13,640,083.49        has been transferred **(unless previously expunged by court order)**

             MERRILL LYNCH CREDIT PRODUCTS, LLC
             TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC
             ATTN: GARY S. COHEN/RONAL TOROK
             C/O BANK OF AMERICA MERRILL LYNCH
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

The original transfer was reversed because Other-transfer amended by docket 9121

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9121     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2010.

# EXHIBIT B

```
TIME: 18:30:14                                            LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   1
DATE: 07/21/10                                                 CREDITOR LISTING

Name                                        Address
---------------------------------------------------------------------------------------------------------------------------------------------------
BDF LIMITED                                 CADWALADER, WICKERSHAM & TAFT LLP ATTN JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
BDF LIMITED                                 C/O STRATEGIC VALUE PARTNERS, LLC ATTN ALAN J CARR 100 WEST PUTNAM AVENUE GREENWICH CT 06830
BERYL FINANCE LIMITED SERIES 2005-10        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-10        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-12        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-12        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-15        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-15        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
CANPARTNERS INVESTMENTS IV, LLC             TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: RAJ VENKATARAMAN IYER 2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067
CBW LLC                                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119
CBW LLC                                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119
CFIP MASTER FUND LIMITED                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE
                                            SUITE 3495 CHICAGO IL 60606
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: VFMC - EMERGENCY SERVICES SUPER SCHEME ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                            2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: VFMC - TRANSPORT ACCIDENT COMMISSION ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                            2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: VFMC - VIC. WORKCOVER AUTHORITY SUBPORT. ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                            2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: VFMC-TRANSPORT ACCIDENT COMMISSION CORE ATTN: JACK TSAI, C/O DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER
                                            2 QUEENS ROAD CENTRAL HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                            LONDON EC2N 2DB UNITED KINGDOM
DRESDNER BANK (SWITZERLAND) LTD.            ATTN: IRA A REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036

ETON PARK FUND, L.P.                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ETON PARK CAPITAL MANAGEMENT LP, ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR
                                            NEW YORK NY 10022
ETON PARK MASTER FUND, L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
ETON PARK MASTER FUND, L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ETON CAPITAL MANAGEMENT LP, ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL
                                            NEW YORK NY 10022
GB 1, LLC                                   TRANSFEROR: LONGACRE MASTER FUND II, L.P. C/O AMANDA GOEHRING, ASHURST LLP SEVEN TIMES SQUARE NEW YORK NY 10036
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: NEWTONVILLE PARTNERS L.L.C. C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS CL LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX V-A CAYMAN LIMITED 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX V-B LP 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX V-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-A LTD 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-A LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-B L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-D LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-F LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: ZAIS MATRIX VI-I L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
```

```
TIME: 18:30:14                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 07/21/10                                         CREDITOR LISTING

Name                                    Address

JP MORGAN CHASE BANK                    TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JP MORGAN CHASE BANK N.A.               TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND LP ATTN: SUSAN MCNAMARA MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JP MORGAN CHASE BANK N.A.               TRANSFEROR: CEDAR HILL CAPITAL PARTNERS MASTER FUND, LP ATTN: SUSAN MCNAMARA, MAILCODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JPMORGAN CHASE BANK N.A.                TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE L.P. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JPMORGAN CHASE BANK N.A.                TRANSFEROR: CEDAR HILL CAPITAL PARTNERS ONSHORE, L.P. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE A BRENNAN BOSTON MA 02110
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: BANK OF VALLETTA P.L.C. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004

JPMORGAN CHASE BANK, N.A.               TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26
                                        ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: MERCHANT INVESTORS ASSURANCE COMPANY LIMITED ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, 26TH FL
                                        NEW YORK NY 10005
JPMORGAN SECURITIES LIMITED             TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-10 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON   EC2Y 5AJ UK
JPMORGAN SECURITIES LIMITED             TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-12 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON   EC2Y 5AJ UK
JPMORGAN SECURITIES LIMITED             TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-15 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON   EC2Y 5AJ UK
LEHMAN BROTHERS BANKHAUS AG (IN         SONNENSCHEIN NATH & ROSENTHAL LLP ATTN: PATRICK MAXCY 233 SOUTH WACKER DRIVE, SUITE 7800 CHICAGO IL 60606-6406 USA
INSOLVENZ)
LEHMAN BROTHERS BANKHAUS AG (IN         C/O FELIX SCHAEFER RECHSANWALT CMS HASCHE SIGLE BREITE STR. 3 DUSSELDORF  40213 GERMANY
INSOLVENZ)
LEHMAN BROTHERS BANKHAUS AG (IN         SONNENSCHEIN NATH & ROSENTHAL LLP PATRICK MAXCY 233 SOUTH WACKER DRIVE SUITE 7800 CHICAGO IL 60606-6404
INSOLVENZ)

LGT BANK (SWITZERLAND) LTD.             TRANSFEROR: DRESDNER BANK (SWITZERLAND) LTD. ATTN: IRA A. REID, C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS
                                        NEW YORK NY 10036
LONGACRE MASTER FUND II, L.P.           TRANSFEROR: FORSTAEDERNES BANK 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.         TRANSFEROR: NESTE OIL OYJ 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.         TRANSFEROR: NESTE OIL OYJ ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019

MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ATTN: GARY S. COHEN/RONAL TOROK C/O BANK OF AMERICA MERRILL LYNCH
                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:30:14                                          LEHMAN BROTHERS HOLDING INC.
DATE: 07/21/10                                              CREDITOR LISTING                                          PAGE: 3

Name                                                    Address
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC FOR JANUS INSTITUTIONAL INTERNATIONAL EQUITY PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ASPEN MID CAP GROWTH PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF ING JANUS CONTRARIAN PORTFOLIO ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF JCF US GLOBAL LIFE SCIENCE FUND ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF NOMURA GLOBAL LIFE ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC      TRANSFEROR: JANUS CAPITAL MANAGEMENT LLC ON BEHALF OF PACIFIC SELECT FUND ATTN: GARY S. COHEN/RONAL TOROK
                                        C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC  TRANSFEROR: ETOILE KAITO & CO., INC. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MOUNT KELLETT MASTER FUND II, LP        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE-FLOOR 18 NEW YORK NY 10022-9139

SEA PORT GROUP SECURITIES, LLC          TRANSFEROR: BDF LIMITED ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SERENGETI OVERSEAS MM L.P.              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 623 BROADWAY, 12TH FLOOR NEW YORK NY 10281
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: JP MORGAN CHASE BANK C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI OVERSEAS MM LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI PARTNERS LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                        NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: JP MORGAN CHASE BANK C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
STONEHILL MASTER FUND LTD               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON
                                        885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
VFMC - EMERGENCY SERVICES SUPER SCHEME  C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-6502 385 E. COLORADO BLVD.
                                        PASADENA CA 91101
VFMC - TRANSPORT ACCIDENT COMMISSION    C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6501 385 E. COLORADO BLVD.
                                        PASADENA CA 91101
VFMC - VIC. WORKCOVER AUTHORITY SUPPORT C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6500 385 E. COLORADO BLVD.
                                        PASADENA CA 91101
VFMC-TRANSPORT ACCIDENT COMMISSION CORE C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6536 385 E. COLORADO BLVD.
                                        PASADENA CA 91101

ZAIS CL LTD.                            C/O ZAIS GROUP, LLC ATTN: RUSSEL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS CL LTD.                            C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS CL LTD.                            C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS CL LTD.                            C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:30:14                                            LEHMAN BROTHERS HOLDING INC.                                                                      PAGE:     4
DATE: 07/21/10                                                 CREDITOR LISTING

Name                                 Address
ZAIS MATRIX V-A CAYMAN LIMITED       ZAIS MATRIX V-A CAYMAN LTD. C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX V-A CAYMAN LIMITED       C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX V-A CAYMAN LIMITED       C/O SEWARD & KISSEL LLP3, 2ND FLOOR ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX V-A CAYMAN LIMITED       ZAIS MATRIX V-A CAYMAN LIMITED C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX V-B LP                   ZAIS MATRIX V-B L.P. C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX V-B LP                   C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA 322 NEW YORK NY 10004-1485
ZAIS MATRIX V-B LP                   C/O SEWARD & KISSEL LLP3, 2ND FLOOR ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX V-B LP                   ZAIS MATRIX V-B L.P. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX V-C LTD.                 ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX V-C LTD.                 C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-A LTD                 ATTN: RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701-1106
ZAIS MATRIX VI-A LTD.                ZAIS MATRIX VI-A LTD. C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-A LTD.                ZAIS MATRIX VI-A LTD. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-A LTD.                ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-A LTD.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-B L.P.                DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-B L.P.                ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 3222 RED BANK NJ 07701
ZAIS MATRIX VI-B L.P.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-C LTD.                C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-C LTD.                DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-C LTD.                ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-C LTD.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-D LTD.                DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-D LTD.                ZAIS MATRIX VI-D, LTD C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-D LTD.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-D LTD.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-D LTD.                ZAIS MATRIX VI-D LTD. C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-D LTD.                C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-F LTD.                C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-F LTD.                ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-F LTD.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-F LTD.                C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-F LTD.                DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS
ZAIS MATRIX VI-I L.P.                C/O ZAIS GROUP, LLC ATTN: RUSSEL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX VI-I L.P.                C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX VI-I L.P.                C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS


Total Number of Records Printed       155

                                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```