## Assignment
of claims arising from Chapter 11 (Insolvency) Proceedings of Lehman Brothers Holding Inc. and transfer of ownership in WKN A0GYCP/ISIN XS0268043709 in the nominal value of € 80.000

Between

**Reisebüro Knöfel + Nolte GmbH & Co. KG**
Am Plärrer 25
90443 Nuremberg
Federal Republic of Germany

- hereinafter referred to as "the Customer"

and

**Cortal Consors S.A.**
German Branch
Bahnhofstrasse 55
90402 Nuremberg
Federal Republic of Germany

- hereinafter referred to as "the Bank",

the following is agreed:

1. Subject of the assignment

(1) The Customer hereby assigns to the Bank all its present and future claims and accounts receivable of any kind arising from Chapter 11/Insolvency Proceedings of Lehman Brothers Holding Inc. and any others which the Customer has filed with its petition of 09/09/2009. The request to participate in the insolvency proceedings is attached to this agreement as Attachment 1 and shall form a significant component of this agreement.

(2) The assignment is unconditional and irrevocable.

(3) The garnishee shall in future only be required to make any payments arising from the above-mentioned proceedings, as well as any other accounts receivable and claims, to "the Bank".



FILED / RECEIVED
JUL 24 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

(4) The proceedings are being overseen by

    Lehman Brothers Holdings Claims Processing Center
    C/O Eqip. Bankruptcy Solution LLC
    FDR Stadion, P.O. Box 5076
    New York, NY 10150 - 5076
    USA

(hereinafter referred to as: "above-mentioned office" or "Insolvency Administrator")

(5) The Bank accepts the assignment.

## 2. Purpose of the assignment

The assignment is being carried out in order to fulfill the mutual claims arising from the decision of the District Court of Nuremberg, District Court of Nuremberg-Fürth 10 O 9026/09 of March 30, 2010.

## 3. Transfer of ownership and release of the WKN A0GYCP in favor of the Bank

(1) Besides the assignment, the Customer is also required to release the securities in its Securities Portfolio No. 908 469 633 to the Bank. It therefore declares that it is offering to transfer ownership and release the securities in favor of the Bank.

(2) This is likewise being undertaken unconditionally and irrevocably.

(3) The Bank accepts the offer. It is consequently entitled to remove the securities from the securities portfolio and deposit them in its own portfolio. The latter concerns the WKN A0GYCP having a nominal value of € 80,000.00.

## 4. Simultaneous assignment/provision of securities and payout

In return for signature and receipt of this declaration by the Bank and removal of the securities from the securities portfolio, the Bank shall transfer the amount finally decided, plus interest, to the Customer's Account No. 900469631 with the Bank.

## 5. Information reporting obligations

(1) The Customer undertakes to inform the Bank without delay if it receives any news about the insolvency proceedings from the above-mentioned office, the Insolvency Administrator or any other persons.

(2) If and in so far as it is requested to give details of its bank account or any other information, it likewise undertakes to disclose the assignment of the claims to the Insolvency Administrator.

## 6. Acting upon the assignment

The Bank shall be entitled to disclose the assignment and collect the receivables assigned from the garnishee.

7. Final provisions

(1) The assignment shall come into force upon signature by both parties.

(2) The assignment is being prepared in duplicate.

(3) The Insolvency Administrator is hereby entitled and obliged to only pay/pay out any proceeds or any other receivables to the Bank.

Nuremberg, 05/03/2010

K + N Reisebüro GmbH und Co KG

(signed)

Nuremberg, 05/21/2010

Cortal Consors S.A.
German Branch

(signed)

(signed)

Attachment

Profi Schnelldienst
Zeil 113
60313 Frankfurt
Tel.: 069 / 1 31 07 11
Telefax: 069 / 1 31 07 15
Fachübersetzungen

08-13555-mg    Doc 10436    Filed 07/27/10    Entered 07/27/10 10:25:54    Main Document
Pg 4 of 10

0/12

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)      0000051034 |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Reisebüro Knöfel + Nolte
Am Plärrer 25
90443 Nürnberg

Telephone number: 0911-926870   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:     Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __113.472,00__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.      XS0268043709

International Securities Identification Number (ISIN): __WKN A0GYCP__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: __CA64924__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: __62126__ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>03.03.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY**<br>FILED / RECEIVED<br>OCT 28 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**Extremely Urgent**
Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®

This Express Pak is for use with the following services: UPS Next Day Air®, UPS Worldwide Expr..., UPS 2nd Day Air®, UPS Worldwide Exped...

Contents should be packed to ensure safe transportation.

UPS

FRACHTBRIEF/WAYBILL
(nicht übertragbar) (Non-Negotiable)

H686 268 082 8
Frachtbrief Kontrollnummer / Waybill / Tracking Number

UPS Kundennummer des Versenders / Shipper's Account No.: 323-75V

Versender / Sender: Michael Braun
Telefonnummer / Telephone No.: 49-0911-3691605
CORTAL CONSORS S.A.
BAHNHOFSTRASSE 22
NUERNBERG
Postleitzahl / Postal Code: 90402
Staat / Country: DE

Kontaktperson / Contact:
Telefonnummer / Telephone No.:

Firmenname und Adresse:
Lehman Brothers Holdings Claims
Epiq Bankruptcy Solution Processing Ctr
Ind Stadium P.O. Box 5076

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS LLC
LEHMAN BROTHERS HOLDINGS CLAIMS PRO
757 3RD AVE
FL 3
NEW YORK NY 10017 2013

27/Oct/2009 21:41 01009

NY 100 7-02

H6862680828

| Serviceart / Service Level | | |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☒ | 1 |
| Saver | ☐ | 1P |
| Expedited | ☐ | 2 |
| Standard | ☐ | |

Zusatzleistungen / Optional Services
☐ UPS NA1
☐ Samstagszustellung / Saturday Delivery
Besondere Anweisungen / Special Instructions

Angaben zur Sendung / Shipment Information
Anzahl der Packstücke / Packages in Shipment: 1
Tatsächliches Gesamtgewicht / Total Actual Weight: kg
☐ UPS Express Envelope
Gesamtes Volumengewicht / Total Dimensional Weight: ,5 kg

Referenz-Nr. 1 / Reference No. 1
Referenz-Nr. 2 / Reference No. 2
Code für Sonderangebote / Special Offer Code
Beschreibung der Waren / Description of Goods: Dokumente
☒ Nur Dokumente / Documents Only
☐ Goods Not in Free Circulation in the EU

Versanddatum / Date of Shipment: TT MM JJ
Unterschrift des Versenders / Shipper's Signature

UPS Use Delivery: H686 268 082 8
UPS Use Export 2: H686 268 082 8
UPS Use Export 1: H686 268 082 8

15% Post-Consumer Content

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195104 09/03 PAC United

# Abtretung

von Ansprüchen aus dem Chapter 11 (Insolvenz-) Verfahren der
Lehman Brothers Holding Inc. und
Übertragung des Eigentums an der WKN A0GYCP / ISIN XS0268043709
im Nennwert von 80.000 €

Zwischen

**Reisebüro Knöfel + Nolte GmbH & Co. KG**
Am Plärrer 25
90443 Nürnberg
Bundesrepublik Deutschland

- nachfolgend „der Kunde"

und

**Cortal Consors S.A.**
**Zweigniederlassung Deutschland**
Bahnhofstraße 55
90402 Nürnberg
Bundesrepublik Deutschland

- nachfolgend „die Bank" genannt,

wird Folgendes vereinbart:

1. Gegenstand der Abtretung

(1) Der Kunde tritt hiermit an die Bank alle seine gegenwärtigen und künftigen Ansprüche und Forderungen jeder Art aus dem Chapter 11/ Insolvenzverfahren der Lehman Brothers Holding Inc. und anderen, die der Kunde mit seinem Antrag vom 09.09.2009 beantragt hat, ab. Der Antrag auf Teilnahme am Insolvenzverfahren wird dieser Vereinbarung als **Anlage 1** beigefügt und bildet einen wesentlichen Bestandteil dieser Vereinbarung.

(2) Die Abtretung ist unbedingt und unwiderruflich.

(3) Der Drittschuldner hat alle Zahlungen aus dem o. g. Verfahren wie auch alle sonstigen Forderungen und Ansprüche zukünftig nur noch an „die Bank" zu leisten.

1

(4) Das Verfahren wird betreut durch

Lehman Brothers Holdings Claims Processing Center
C/O Eqip. Bankruptcy Solution LLC
FDR Stadion, P.O. Box 5076
New York, NY 10150 – 5076
USA

(Nachfolgend: "o.g. Stelle" oder „Insolvenzverwalter")

(5) Die Bank nimmt die Abtretung an.

2. Zweck der Abtretung

Die Abtretung erfolgt zur Erfüllung der gegenseitigen Ansprüche aus dem Urteil des Landgerichts Nürnberg, LG Nürnberg-Fürth 10 O 9026/09 vom 30. März 2010.

3. Übertragung des Eigentums und Freigabe der WKN A0GYCP zugunsten der Bank

(1) Der Kunde hat neben der Abtretung auch die in seinem Depot 908 469 633 befindlichen Stücke an die Bank herauszugeben. Er erklärt deshalb das Angebot zur Übertragung des Eigentums und Freigabe der Stücke zugunsten der Bank.

(2) Dies erfolgt ebenfalls unbedingt und unwiderruflich.

(3) Die Bank nimmt das Angebot an. Sie ist mithin berechtigt, die Stücke dem Depot zu entnehmen und dem eigenen Depot zuzuführen. Es handelt sich um die WKN A0GYCP im Nominalwert von € 80.000,00.

4. Zug-um-Zug

Im Gegenzug zur Unterzeichnung und Zugang dieser Erklärung bei der Bank und Entnahme der Stücke aus dem Depot weist die Bank den ausgeurteilten Betrag nebst Zinsen auf das Konto 900469631 des Kunden bei der Bank an.

5. Informationspflichten

(1) Der Kunde verpflichtet sich, die Bank unverzüglich zu unterrichten, falls er aus dem Insolvenzverfahren Nachrichten seitens der og. Stelle, seitens des Insolvenzverwalters oder sonstiger Personen erhält.

(2) Ebenso verpflichtet er sich, dem Insolvenzverwalter die Abtretung der Ansprüche offen zu legen, wenn und soweit er zu Angabe einer Kontoverbindung oder sonstiger Informationen aufgefordert wird.

6. Inanspruchnahme der Zession

Die Bank ist berechtigt, die Abtretung offen zu legen und die abgetretenen Ansprüche beim Drittschuldner einzuziehen.

2

7. Schlussbestimmungen

(1) Die Abtretung tritt mit Unterzeichnung durch beide Seiten in Kraft.

(2) Die Abtretung wird in 2 Fassungen ausgefertigt.

(3) Der Insolvenzverwalter wird hiermit berechtigt und verpflichtet, etwaige Erlöse oder sonstige Ansprüche nur noch an die Bank zu leisten/ auszukehren.

Nürnberg, den 03.05.2010

K + N Reisebüro GmbH und Co KG

*[Signature]*

Nürnberg, den 21.05.10

Cortal Consors S.A.
Zweigniederlassung Deutschland

*[Signature]*

*[Signature]*

Anlage