**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
-- and --
65 Livingston Avenue
Roseland, New Jersey 07068
Tel:   (973) 597-2500
Fax:   (973) 597-2400

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | Case No. 08-13555(JMP) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATION OF SERVICE

Diane C. Lavin, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, in the above captioned matter.

2. I hereby certify that, on July 27, 2010, I caused a true and correct copy of First Supplement to Verified Statement of Lowenstein Sandler PC Pursuant to Bankruptcy Rule 2019(a), to be served upon the parties indicated on the attached service list, via first class regular mail.

3. On July 26, 2010, the foregoing document was filed [Docket No. 10420] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

22312/14
07/27/2010 **14847180**.1

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I understand I am subject to the penalty of perjury.

                  */s/ Diane C. Lavin*
                  Diane C. Lavin

Dated: July 27, 2010

# SERVICE LIST

| | |
|---|---|
| The Chambers of The Honorable | Andy Velez-Rivera, Esq. |
| James M. Peck | Paul Schwartzberg, Esq. |
| United States Bankruptcy Court | Brian Masumoto, Esq. |
| Southern District of New York | Linda Riffkin, Esq. |
| One Bowling Green, Courtroom 601 | Tracy Hope Davis, Esq. |
| New York, NY 10004 | Office of the United States Trustee |
| | Southern District of New York |
| | 33 Whitehall Street, 21st Floor |
| | New York, NY 10004 |
| | |
| Richard P. Krasnow, Esq. | Dennis F. Dunne, Esq. |
| Lori R. Fife, Esq. | Dennis O'Donnell, Esq. |
| Shai Y. Waisman, Esq. | Evan R. Fleck, Esq. |
| Jacqueline Marcus, Esq. | Milbank, Tweed, Hadley |
| Weil Gotshal & Manges LLP | & McCloy LLP |
| 767 Fifth Avenue | 1 Chase Manhattan Plaza |
| New York, NY 10153 | New York, NY 10005 |
| *Attorneys for the Debtors* | *Attorneys for the Official Committee* |
| | *Of Unsecured Creditors* |