Dr.Ulrich Sproesser

D-47198 Duisburg, 7/15/2010
Hedwigstr.71
Germany

Dr.Ulrich Sproesser,Hedwigstr.71,D-47198 Duisburg
<u>REGISTERED LETTER</u>
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
**New York, NY 10150-5076**
U.S.A.



Filing of Claims
Claim Number 2404, now disallowed
Surviving Claim Number 10082

Dear Sir,

This letter is to advise you that I have sold out and I have given up all claims against Lehman Brothers Holdings INC.

Yours faithfully,

Dr.Ulrich Sproesser