GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC, et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered)<br><br>**NOTICE OF<br>ADJOURNMENT** |

**NOTICE OF ADJOURNMENT OF MOTION
PURSUANT TO RULE 9006(b)(1) FOR AN
ORDER PERMITTING THE LATE FILING OF A CLAIM**

PLEASE TAKE NOTICE that the hearing on the motion of Mark Glasser for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, presently scheduled for August 4, 2010 at 10:00 a.m., has been adjourned to September 1, 2010 at 2:00 p.m., or as soon thereafter as counsel may be heard. This adjournment is made at the request and consent of counsel for the debtor.

Dated: New York, New York
  July 27, 2010

　　　　　　　　　　　　　　　　　GUSRAE, KAPLAN, BRUNO &
　　　　　　　　　　　　　　　　　NUSBAUM PLLC

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Brian D. Graifman, Esq.
　　　　　　　　　　　　　　　　　*Attorneys for Mark Glasser*
　　　　　　　　　　　　　　　　　120 Wall Street
　　　　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　　　　212-269-1400