UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BKS Claims LLC | Tiger Global, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |
| $53,966,132.64 | 33262 |
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   BKS Claims LLC
Address:            c/o Ropes & Gray LLP
                         1211 Avenue of the Americas
                         New York, NY 10036-8704
                         Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:


By: _____     Date: 7-27-10
Name: Jonathan P. Reisman
Title:  Counsel to Transferee

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Tiger Global, L.P.

Tiger Global, L.P., a limited partnership organized under the laws of Delaware, with offices located at 101 Park Avenue, 48th Floor, New York, New York 10178 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BKS Claims LLC, its successors and assigns, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $53,966,132.64 and assigned Claim No. 33262 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 2· day of July, 2010.

**TIGER GLOBAL, L.P.**

By: _____
Name: Michael Germino
Title: Managing Director



**BKS CLAIMS LLC**

By: BRP Partners Inc.,
    Its Manager


By:_____
    Name:
    Title:

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Tiger Global, L.P.

Tiger Global, L.P., a limited partnership organized under the laws of Delaware, with offices located at 101 Park Avenue, 48th Floor, New York, New York 10178 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BKS Claims LLC, its successors and assigns, with offices located at c/o Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $53,966,132.64 and assigned Claim No. 33262 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 20 day of July, 2010.

**TIGER GLOBAL, L.P.**

By:_____
Name:
Title:


**BKS CLAIMS LLC**

By: BRP Partners Inc.,
    Its Manager

By: _____
Name: Herb Wagner
Title: Managing Director