WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                  :
**In re**                                          :        **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                  :
                                       **Debtors.**    :        **(Jointly Administered)**
                                                                  :
                                                                  :
-------------------------------------------------------------------x

**NOTICE OF CORRECTED AFFIDAVIT OF**
**ROBERT M. KEANE, JR. IN SUPPORT OF THE**
**APPLICATION OF THE DEBTORS PURSUANT TO**
**SECTION 327(e) OF THE BANKRUPTCY CODE AND**
**RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN**
**PAUL, HASTINGS, JANOFSKY & WALKER LLP AS SPECIAL**
**COUNSEL TO THE DEBTORS,** *NUNC PRO TUNC* **TO MARCH 1, 2010**

> **PLEASE TAKE NOTICE** that attached as <u>Exhibit A</u> is the corrected affidavit of Robert M. Keane, Jr. in support of the application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, pursuant to section 327(e) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure for authorization to employ and retain Paul, Hastings, Janofsky & Walker LLP as special counsel to the Debtors, *nunc pro tunc* to March 1, 2010 (the "<u>Corrected Affidavit</u>").

**PLEASE TAKE FURTHER NOTICE** that the attached Corrected

Affidavit supersedes the affidavit filed on July 23, 2010.  [Docket No. 10401].

Dated:  July 27, 2010
        New York, New York

                              /s/ Richard P. Krasnow
                              Richard P. Krasnow

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

## **Exhibit A**

US_ACTIVE:\43457921\01\58399.0008

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                           :

**In re**                       :      **Chapter 11**

                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :     **Case No. 08-13555 (JMP)**

                       :

             **Debtors.**        :      **(Jointly Administered)**

                       :

                       :

----------------------------------------------------------------x

**AFFIDAVIT OF ROBERT M. KEANE, JR.**
**IN SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT TO SECTION**
**327(e) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND**
**RETAIN PAUL, HASTINGS, JANOFSKY & WALKER LLP AS SPECIAL COUNSEL**
**TO THE DEBTORS,** *NUNC PRO TUNC* **TO MARCH 1, 2010**

STATE OF CALIFORNIA        )
                            ) ss :
COUNTY OF LOS ANGELES   )

      Robert M. Keane, Jr., being duly sworn, upon his oath, deposes and says:

      1.      I am a partner in the law firm of Paul, Hastings, Janofsky & Walker LLP

("Paul Hastings" or the "Firm"), with offices in several locations, including an office located at

515 South Flower Street, 25th Floor, Los Angeles, California 90071.

      2.      I submit this affidavit in connection with the "Application of the Debtors

pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure for Authorization to Employ and Retain Paul, Hastings, Janofsky &

Walker LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to March 1, 2010" (the

"Application"). In the Application, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, the "Debtors") seek authorization to employ and retain Paul Hastings as special

counsel with respect to certain real estate and litigation matters. The Debtors seek to employ Paul Hastings at the Firm's normal hourly rates in effect from time to time and in accordance with the Firm's normal reimbursement policies, in compliance with sections 330, 331, and 504 of title 11 of the United States Code (the "Bankruptcy Code"), such Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as may from time to time be applicable, such procedures as may be fixed by Order of this Court, the Administrative Orders Re: Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases issued by the Southern District of New York Bankruptcy Judges, the U.S. Trustee Guidelines, and other Orders of this Court. In addition, the Firm hereby provides the disclosure required under Bankruptcy Rules 2014(a) and 2016(b).

3.       The facts set forth below are based upon my personal knowledge, discussions with other Paul Hastings attorneys, and the Firm's client/matter records reviewed by me or other Paul Hastings attorneys acting under my supervision and direction. Paul Hastings currently employs hundreds of lawyers. To the extent any information disclosed herein requires amendment or modification upon Paul Hastings' completion of further review or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court reflecting such amended or modified information.

## Scope of Services

4.       The Debtors have requested that Paul Hastings serve as special counsel to provide services, to the extent necessary and as requested by the Debtors, with respect to (a) asset management and liquidation activities with respect to loans and other assets, (b) the negotiation of commercial real estate lease transactions, such as subleases, assignments, and amendments to existing leases, both matters for which Paul Hastings has historically provided services (and continues to provide services) to the Debtors during the pendency of these cases,

(c) mediation and mediation related services in connection with various derivative trades between the Debtors and other entities, (d) litigation and litigation related services in connection with various derivative trades between the Debtors and other entities, (e) pre- and post-litigation work and other litigation and dispute resolution services in connection with various derivative trades between the Debtors and other entities, in connection with those derivatives matters where Weil, Gotshal & Manges LLP and Jones Day have conflicts, and (f) such other real estate and litigation related issues and services as may be assigned by the Debtors (collectively, the "Representative Matters").

5.      The Firm will not represent the Debtors in matters other than the Representative Matters and matters incidental or related thereto. Without limiting the foregoing, Paul Hastings will not be responsible for (a) appearances before the Bankruptcy Court and the U.S. Trustee, (b) litigation in the Bankruptcy Court with respect to matters that are primarily disputes involving issues of bankruptcy law, or (c) the provision of legal advice within the bankruptcy, tax, employment, or criminal law fields.  Further, Paul Hastings will not be required to devote attention to forming professional opinions as to, or advising the Debtors with respect to, bankruptcy law.

6.      To date in the chapter 11 cases, the Firm has served as ordinary course counsel to the Debtors.  On December 29, 2008, the Firm submitted the "Affidavit of Ordinary Course Professional" (the "Initial Affidavit") [Docket No. 2407].  Capitalized terms used but not defined herein have the meaning given in the Initial Affidavit.

7.      On May 21, 2009, the Firm submitted the "First Supplemental Affidavit and Disclosure Statement Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business" [Docket No. 3631].  On September

14, 2009, the Firm submitted the "Second Supplemental Affidavit and Disclosure Statement Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business" [Docket No. 5133]. The Initial Affidavit, the first supplemental affidavit, and the second supplemental affidavit are collectively referred to herein as the "OCP Affidavits". The OCP Affidavits are incorporated herein by this reference.

8.      I respectfully submit this affidavit in connection with the Firm's continued services as counsel to the Debtors and in support of the Application. In addition, since filing the OCP Affidavits, certain attorneys have joined the Firm, the Firm has been asked to handle new matters, and the Debtors' counsel has supplemented the list of Interested Parties, thus necessitating additional disclosure.

### New Professionals

9.      In September 2009, Joseph M. Gitto joined the Firm as an associate in the Firm's New York office in the Corporate Department. Before joining the Firm, Mr. Gitto was an associate at Nixon Peabody LLP ("Nixon"). While at Nixon, he represented Deutsche Bank National Trust adverse to one or more of the Debtors in certain litigation. To my knowledge, Nixon continues to represent Deutsche Bank National Trust in these chapter 11 cases. The Firm has imposed (and will continue to impose) an ethical wall between Mr. Gitto and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

10.      In November 2009, Robert E. Winter joined the Firm as an Of Counsel attorney in the Firm's Washington, D.C. office in the Corporate Department. Before joining the Firm, Mr. Winter was an associate at Milbank, Tweed, Hadley & McCloy LLP ("Milbank"). While at Milbank, he served as counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee") in the Debtors' chapter 11 cases. To my knowledge, Milbank continues to serve as counsel to the Creditors Committee. The Firm has imposed (and will continue to

impose) an ethical wall between Mr. Winter and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

11. In January 2010, Daniel Hughes joined the Firm as an associate in the Firm's New York office in the Corporate Department. Before joining the Firm, Mr. Hughes was an associate at Cadwalader, Wickersham & Taft LLP ("Cadwalader"). While at Cadwalader, he represented Bank of America in filing proofs of claim against one or more of the Debtors in these chapter 11 cases. Also while at Cadwalader, Mr. Hughes represented a Lehman entity in liquidation proceedings in Bermuda. The Firm has imposed (and will continue to impose) an ethical wall between Mr. Hughes and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

12. In February 2010, Bryan R. Kaplan joined the Firm as an associate in the Firm's New York office in the Corporate Department. Before joining the Firm, Mr. Kaplan was an associate at Debevoise & Plimpton ("Debevoise"). While at Debevoise, he represented D.E. Shaw & Co., L.P. and Joint Provisional Liquidators of Park Central Global Hub Ltd. in the Debtors' chapter 11 cases. To my knowledge, Debevoise continues to serve as counsel to both entities. The Firm has imposed (and will continue to impose) an ethical wall between Mr. Kaplan and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

13. In February 2010, Judith Mejia worked with the Firm as a temporary attorney in the Firm's New York office in the Litigation Department. Ms. Mejia has, in the past, represented one or more of the Debtors in certain litigation. Ms. Mejia assisted the Firm in connection with a matter unrelated to the Debtors. The Firm has imposed (and will continue to impose) an ethical wall between Ms. Mejia and all other Firm matters. Ms. Mejia left the Firm on February 18, 2010.

14.     In March 2010, Marc Melia began work with the Firm as a trainee solicitor in the Firm's London office in the Corporate Department.  Before joining the Firm, Mr. Melia was a paraprofessional at PricewaterhouseCoopers LLP (UK).  While there, he was seconded to Lehman where he worked on certain discreet litigation. The Firm has imposed (and will continue to impose) an ethical wall between Mr. Melia and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

15.     In April 2010, Aaron M. Klein joined the Firm as an associate in the Firm's New York office in the Corporate Department.  Before joining the Firm, Mr. Klein was an associate at Weil Gotshal & Manges LLP ("Weil").  While at Weil, he represented U.S. Shipping Partners, as a debtor in possession, in matters adverse to one or more of the Debtors on matters unrelated to the Representative Matters.

16.     In April 2010, Adam G. Young joined the Firm as an associate in the Firm's Palo Alto office in the Corporate Department.  Before joining the Firm, Mr. Young was an associate at Morrison & Foerster LLP.  While there, Mr. Young represented Crescent Heights International in a real estate financing matter adverse to Lehman Brothers Japan in 2008.  Before joining Morrison & Foerster, Mr. Young was an associate at Skadden, Arps, Slate, Meagher & Flom LLP, where he represented Capital Servicing Co. adverse to one or more of the Debtors in certain corporate matters in 2007.  The Firm has imposed (and will continue to impose) an ethical wall between Mr. Young and the Paul Hastings attorneys representing the Debtors in these chapter 11 cases.

17.     In March 2010, Eric F. Allendorf joined the Firm as an of counsel attorney in the Firm's New York office in the Real Estate Department.  Before joining the Firm, Mr. Allendorf worked as a consultant and vice president at Morgan Stanley, where he was part of a

team that restructured the first and second-loss mezzanine loans on certain Hilton debt in which Lehman had a small interest. Before joining Morgan Stanley, Mr. Allendorf was an associate at Fried, Frank, Harris, Shriver & Jacobson ("Fried Frank"), where he represented Tishman Speyer in connection with its acquisition of 200 Park Avenue and Lehman provided both the debt and equity financing. Before joining Fried Frank, Mr. Allendorf was an associate at Cadwalader, where he represented Lehman on a number of mortgage originations. Mr. Allendorf will represent The Praedium Group LLC and certain of its affiliates (collectively, "Praedium") and The Pinnacle Group NY LLC and certain of its affiliates (collectively, "Pinnacle") on the matter described in paragraph 23 below.

### New Matters

18.    Paul Hastings has in the past represented, currently represents, and may in the future represent Interested Parties in matters unrelated to the matters for which Paul Hastings has been engaged. As indicated in the OCP Affidavits, Paul Hastings has continued to review potential connections between the Firm and known Interested Parties. Based on this continuing review, in addition to the connections described in the OCP Affidavits, I have ascertained that Paul Hastings has a connection with certain Interested Parties as set forth below.

19.    Paul Hastings represents, or has represented in the past, in matters unrelated to the Debtors, the following Interested Parties (or their affiliates):

> CBRail Leasing S.a.r.l. – Firm client and certain entities related to its parent, Lloyds Banking Group plc, are clients
> Assurant Solutions - Firm client and related to Assurant Health (former client) and Assurant Inc. (former client)

Paul Hastings will not represent such entities in the Debtors' chapter 11 cases without the Debtors' written consent, the United States Trustee's approval, and the Court's authorization.

20.     I am informed that Douglas Koff, a partner in the Firm's New York office, is the son-in-law of Thomas Hommel, a Co-General Counsel of LBHI.

21.     In October 2009, certain attorneys in the Firm's New York office were asked to represent Anchorage Advisors, L.L.C. ("Anchorage") and Carval Investors ("Carval") as creditors adverse to LBHI, Lehman Commercial Paper, Inc. ("LCPI"), and/or Lehman Brothers Bankhaus Aktiengesellschaft.  The Firm represents LBHI and LCPI in connection with the Representative Matters.  I am informed that Luc Despins of Paul Hastings addressed this representation with Bill Olsham (in house counsel at LBHI) and Milbank (counsel to the Creditors Committee).  Neither objected to this representation.  I am further informed that this representation is unrelated to the matters on which the Debtors have engaged the Firm. The Firm has obtained a consent and conflict waiver from the Debtors, Anchorage, and Carval with respect to this representation.[1]  In addition, the Firm has imposed (and will continue to impose) certain screening procedures in the form of ethical walls between the attorneys, files, and information relating to the Firm's representation of the Debtors and those relating to the Firm's representation of Anchorage and Carval in relation to the Debtors.

22.     In February 2010, certain attorneys in the Firm's New York office were asked to represent CB Richard Ellis Investors in connection with a loan to Site 16/17 Development LLC (borrower).  The borrower is a joint venture between Christopher Daly and BPC Holding LLC, which is affiliated with LBHI.  While this matter involved real estate work, I am informed that it is unrelated to the matters for which the Debtors have engaged the Firm.

23.     In June 2010, certain attorneys in the Firm's New York office were asked to represent Praedium and Pinnacle in discussions, negotiations, and possible restructuring in

---

[1]     Upon request, the Firm will provide the Court and the United States Trustee with a copy of the waivers.

connection with certain mezzanine loans evidenced by the following promissory notes: (i) that certain Promissory Note A, dated as of August 22, 2006, from Pinnacle Hamilton NY LLC to LBHI in the principal face amount of $7,190,000 and that certain Promissory Note B, dated as of August 22, 2006, from Pinnacle Hamilton NY LLC to LBHI in the principal face amount of $21,000,000, (ii) that certain Amended and Restated Promissory Note, dated as of August 22, 2006, from Pinnacle Dunbar Manor NY LLC to LBHI in the principal face amount of $23,170,000, and (iii) that certain Amended and Restated Promissory Note, dated as of August 22, 2006, from Pinnacle Amsterdam NY LLC to LBHI in the principal face amount of $13,940,000.  I am informed that Eric Landau of Paul Hastings addressed this representation with Bryan Marsal and Jeffrey Fitts (both of Alvarez and Marsal).  I am further informed that the Firm has obtained a consent and conflict waiver from the Debtors, Praedium, and Pinnacle with respect to this representation.[2]  In addition, the Firm has imposed (and will continue to impose) certain screening procedures in the form of ethical walls between the attorneys, files, and information relating to the Firm's representation of the Debtors and those relating to the Firm's representation of Praedium and Pinnacle in relation to the Debtors.

24.    In June 2010, certain attorneys in the Firm's New York office were asked to represent the Debtors in connection with various derivative trades between one or more of the Debtors and other entities, in which both Weil, Gotshal & Manges LLP and Jones Day were conflicted.  The Representative Matters are defined to include such matters.

---

[2]    Upon request, the Firm will provide the Court and the United States Trustee with a copy of the waivers.

**Prepetition Claim**

25.    On August 3, 2009, Paul Hastings filed its original proof of claim (Claim No. 7019) in the amount of $670,874.59.  In May 2010, Paul Hastings amended its claim to include additional prepetition charges.  Paul Hastings' amended claim amounts to $702,475.83.

**Additional Interested Parties**

26.    The Firm has received a supplemental list of Interested Parties from the Debtors' counsel (the "Additional Interested Parties").  The Firm searched on its electronic database for its connection to the Additional Interested Parties.

27.    Based on its conflicts research, the Firm makes the following specific disclosure:

(a)  Annexed hereto as Exhibit 1 is a list of Additional Interested Parties (or their affiliates) whom the Firm represents, or has represented in the past, in matters unrelated to the matters on which the Firm is employed; and

(b)  Annexed hereto as Exhibit 2 is a list of Additional Interested Parties (or their affiliates) whom the Firm represents, or has represented in the past, in matters related to the Debtors or their affiliates.

28.    Based on the foregoing and the OCP Affidavits, and except as provided herein and in the OCP Affidavits, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm does not: (a) represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which the Firm seeks to be employed as special counsel; or (b) have any connection with the Debtors, any creditors or other Interested Parties, their respective attorneys and accountants, or the United States Trustee for the Southern District of New York or any person employed by the Office of such United States Trustee.

### Special Counsel Compensation

29.    Paul Hastings has not received any promises as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and the Guidelines established by the Office of the United States Trustee (the "U.S. Trustee Guidelines"), and as disclosed herein.

30.    It is Paul Hastings' policy to charge its clients in all areas of practice for expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, photocopying, witness fees, travel and lodging expenses, certain secretarial and other overtime expenses, filing and recording fees, long distance and other telephone charges, postage, vendor charges, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals," and telecopier charges.  Paul Hastings will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may from time to time be applicable, such procedures as may be fixed by Order of this Court, the Administrative Orders Re:  Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases issued by the Southern District of New York Bankruptcy Judges, the U.S. Trustee Guidelines, and other Orders of this Court.  Paul Hastings believes that failure to charge these expenses would require the Firm to increase its current hourly rates.

31.    Paul Hastings intends to seek compensation in accordance with sections 330(a) and 331 of the Bankruptcy Code, the U.S. Trustee Guidelines, the Bankruptcy Rules, the Local Rules, and any applicable Orders of the Court.

32.    Paul Hastings' hourly rates are set at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. The current hourly billing rates for Paul Hastings professionals in the United States range from $640 to $990 for partners and counsel, $345 to $715 for associates, and $115 to $460 for paraprofessionals.[3]  The current hourly billing rates for Paul Hastings professionals in London range from $779 to $983 for partners and counsel, $310 to $817 for associates, and $151 to $303 for paraprofessionals. These London rates are based on the exchange rate applicable on July 1, 2010.  The London rates will vary depending on the exchange rate in effect on the date of the invoice.

33.    To reflect economic and other conditions, Paul Hastings revises its regular hourly rates periodically and requests that, effective as of the date of such revision, the aforementioned rates be revised to the regular hourly rates that will be in effect at that time.  I believe that these rates are commensurate with the hourly rates of other firms of similar size and expertise in their respective markets.

**OCP Compensation**

34.    I understand that Paul Hastings' fees and expenses reached and exceeded the $1 million chapter 11 compensation cap for ordinary course professionals in these cases with its March 2010 fees.  As of March 31, 2010, Paul Hastings had incurred fees and expenses totaling approximately $1,123,000 in these cases.

---

[3]    The Firm has one exception to this rate structure.  Paul Hastings charges $1025 per hour for an attorney, who specializes in intellectual property and patent litigation, in the Firm's Palo Alto office.  To my knowledge, that attorney will not work on the Representative Matters.

35.    Paul Hastings has not agreed to share any of its compensation from the

Debtors with any other person, other than a partner, counsel, associate, or staff person employed

by Paul Hastings as permitted by section 504 of the Bankruptcy Code.  The proposed retention of

Paul Hastings is not prohibited by Federal Rule of Bankruptcy Procedure 5002.

_____
Robert M. Keane, Jr.

SWORN AND SUBSCRIBED before me
this **6th**   day of July, 2010.

_____
Notary Public
My Commission Expires: **5 - 30 - 2014**

> MARICHELLE E. MALONEY
> Commission # 1891472
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 30, 2014

- 13 -

**Exhibit 1**

**Additional Interested Parties or Their Affiliates Whom the Firm Represents
or Has Represented in the Past in Matters Unrelated to
the Matters on Which the Firm Is Engaged**

**Potential Parties in Interest**
4086 Advisors – Firm client and affiliated with certain client entities
ABN Ambro Holding N.V. – Not a client, but is affiliated with certain client entities
Accredited Home Lenders, Inc. – Firm client and affiliated with certain client entities
ACI Operations Pty Limited – Not a client, but is affiliated with certain client entities
Activant Solutions Inc. – Not a client, but is affiliated with certain client entities
AES Corporation – Firm client
AIG CDS, Inc. – Not a client, but is affiliated with certain client entities
Aktiengesellschaft – Need more information
Alabama Power Company – Not a client, but is affiliated with certain client entities
Alcoa Inc. – Not a client, but is affiliated with certain client entities
Alenco – Not a client, but is affiliated with certain client entities
Algoma Stell Inc. – If this is Algoma Steel Inc, then not a client, but is affiliated with
        certain client entities
Allen Matkins Leck Gamble Mallory – Firm client
Alliance Laundry Holdings LLC – Not a client, but is affiliated with certain client entities
Alliance Laundry Systems – Not a client, but is affiliated with certain client entities
Alliant Energy Corporation – Not a client, but is affiliated with certain client entities
Allianz – Not a client, but is affiliated with certain client entities
Allied Holdings, Inc. – Not a client, but is affiliated with certain client entities
Allied Waste Industries Inc. – Firm client and affiliated with certain client entities
Allison Transmission, Inc. – Not a client, but is affiliated with certain client entities
Allsport Management SA – If this is Allsport Ltd., then not a client, but is affiliated
        with certain client entities
Alltel Communications – Not a client, but is affiliated with certain client entities
Alltel Corp. – Not a client, but is affiliated with certain client entities
Altos Hornos de Mexico SA de CV – Not a client, but is affiliated with certain client
        ntities
Altra Group, Inc. – If this is Altria Group Inc., then not a client, but is affiliated with
        certain client entities
AMBAC – If this is AMBAC Financial Group, then firm client
Ameren Corporation – Not a client, but is affiliated with certain client entities
American Airlines 1st Lien – Not a client, but is affiliated with certain client entities
American Airlines Inc. – Firm client and affiliated with certain client entities
American Electric Power Company Inc. – Not a client, but is affiliated with certain client
        entities
American International Group Inc. – Firm client
Americas – Need more information

AmeriSourceBergen Corporation – Not a client, but is affiliated with certain client
    entities
Amgen Inc. – Firm client
ANC Rental Corporation – Firm client, and affiliated with certain client entities
ANZ Securities, Inc. – Not a client, but is affiliated with certain client entities
Apollo Management Holdings, L.P. – Not a client, but is affiliated with certain client
    ntities
Aracruz – If this is Aracruz Celulose SA, then not a client
Aramark Corporation – Not a client, but is affiliated with certain client entities
ARINC Incorporated – Firm client and affiliated with certain client entities
Arizona Public Service Company – Firm client and affiliated with certain client entities
ArvinMeritor, Inc. – Firm client
Arysta Lifescience – Not a client, but is affiliated with certain client entities
AS Propulsion Capital BV – If this is Aspropulsion Capital NV, then not a client
Assurant, Inc. – former firm client
Atlas Pipeline Partners – Not a client, but is affiliated with certain client entities
Atrium Companies Inc. - Firm client and affiliated with certain client entities
Autodesk Inc. – Firm client
Avago Technologies Finance Pte. Ltd. – Not a client, but is affiliated with certain client
    entities
Aviva Life and Annuity Company – Not a client, but is affiliated with certain client
    entities
AVR Acquisitions B.V. – Not a client, but is affiliated with certain client entities
AVR Industrial Waste B.V. – Not a client, but is affiliated with certain client entities
AVR Industrie N.V. – Not a client, but is affiliated with certain client entities
BAE Systems Holdings Inc. – Not a client, but is affiliated with certain client entities
Ball Corporation – Firm client
Ball Packaging Products Canada – Not a client, but is affiliated with certain client entities
Banco Santander – Not a client, but is affiliated with certain client entities
Bank of New York Trust Co., N.A. – Not a client, but is affiliated with certain client
    entities
Bausch and Lomb – Firm client and affiliated with certain client entities
BBVA Securities Inc. – Not a client, but is affiliated with certain client entities
BEA Systems, Inc. – Firm client and affiliated with certain client entities
Beig Midco Limited – Not a client, but is affiliated with certain client entities
Beig Pikco Limited – Not a client, but is affiliated with certain client entities
Berry Plastics Corporation – Not a client, but is affiliated with certain client entities
Best Buy – Not a client, but is affiliated with certain client entities
Biogen Iden Inc. – If this is Biogen Idec Inc., then firm client
Biomet, Inc. – Not a client, but is affiliated with certain client entities
BlackRock – Firm client and affiliated with certain client entities
Blackstone / Blackstone Capital Partners V L.P. – Not a client, but is affiliated with
    certain client entities
Block Financial Corporation – Not a client, but is affiliated with certain client entities
BMO Capital Markets Corp. – Not a client, but is affiliated with certain client entities

LEGAL_US_E # 85561359.1

BNY Capital Markets, Inc. – Not a client, but is affiliated with certain client entities
Boardwalk Pipelines, LP – Not a client, but is affiliated with certain client entities
Booz Allen Hamilton Inc. – Firm client and affiliated with certain client entities
BPC Holding Corporation (f/k/a BPC Acquisition Corp.) – Not a client, but is affiliated with certain client entities
BreitBurn Operating L.P. – Not a client, but is affiliated with certain client entities
Brickman Group – Firm client and affiliated with certain client entities
British Airways Plc – Firm client
British Sky Broadcasting Group plc – Not a client, but is affiliated with certain client entities
Buffets, Inc. – Firm client and affiliated with certain client entities
Building Materials – Wells – Not a client, but affiliated with certain client entities
Buildings Materials Holdings – Firm client
Burger King Corporation – Firm client
Cableuropa S.A.U – Not a client, but is affiliated with certain client entities
Cablevision Systems Corp. – Firm client
Campbell Soup Company – Firm client
Capital IQ, Inc. – Not a client, but is affiliated with certain client entities
Capmark Financial Group Inc. – Firm client
Carbone S.A.R.L – Need further information
CBS Corp. – Firm client and affiliated with certain client
CDC IXIS Financial Guaranty Services Inc. – Not a client, but is affiliated with certain client entities
CDW Corporation – Not a client, but is affiliated with certain client entities
Cebridge 2nd Lien PIK – Not a client, but is affiliated with certain client entities
Cedar Fair – Not a client, but is affiliated with certain client entities
Centennial Cellular Corp. – Not a client, but is affiliated with certain client entities
Centennial Communications Corp. – Not a client, but is affiliated with certain client entities
Centerpoint Energy Resource – Not a client, but is affiliated with certain client entities
Centra Park, LLC – Not a client, but is affiliated with certain client entities
Central Illinois Light Company – Not a client, but is affiliated with certain client entities
Central Illinois Public Service Company – Firm client and affiliated with certain client entities
Cenveo Corporation – Not a client, but is affiliated with certain client entities
Cequel Comm – Not a client, but is affiliated with certain client entities
Cessna – Firm client and affiliated with certain client entities
Charles Schwab & Co., Inc. – Firm client and affiliated with certain client entities
Chart Industries, Inc. – Not a client, but is affiliated with certain client entities
Charter Communications – Firm client and affiliated with certain client entities
CIFG – Firm client
Cilcorp Inc. – Not a client, but is affiliated with certain client entities
Cinemark USA, Inc. A-4 – Not a client, but is affiliated with certain client entities
CIT Group (Master) – Firm client

- 3 -

Citic International Financial Holdings – Not a client, but is affiliated with certain client entities

Citrus Corporation – Not a client, but is affiliated with certain client entities

CKX Inc. – Firm client

Claire's Stores, Inc.– Not a client, but is affiliated with client Apollo Management LP

Colfax Corporation – Firm client

Commerzbank Capital Markets Corp. – Firm client and affiliated with client Commerzbank AG

Community Health System – Firm client and affiliated with client Forstmann Little & Co.

Company I Ameren Resources Gen Co. – Not a client, but is affiliated with client Ameren Corporation

Concord Development Properties Ltd. – Not a client, but is affiliated with certain client entities

Conocophillips – Firm client

Conseco Inc. – Firm client

Constellation Energy Group, Inc. – Firm client

Cooperative Centrale Raiffeisen-Boerenleenbank, B.A. – Firm client and affiliated with certain client entities

Cooper-Standard Automotive Inc. – Not a client, but is affiliated with certain client entities

Corp. Inc. – Need more information

Covanta Energy Corporation – Not a client, but is affiliated with certain client entities

Coviden Inti – Not a client, but is affiliated with certain client entities

Cox Communications, Inc. – Not a client, but is affiliated with certain client entities

Cox Enterprises, Inc. – Firm client

Cox Radio, Inc. – Not a client, but is affiliated with certain client entities

CRA Rogerscasey, LLC – Firm client

Credit Agricole – Firm client and affiliated with certain client entities

CROSSMAR, Inc. – Not a client, but affiliated with certain client entities

Crown Castle – If this is Crown Castle International, then firm client

CSC Holdings – Not a client, but is affiliated with certain client entities

Dana Holding Corporation – Firm client

Danaher Corporation – Firm client

Danske Bank A/S – Firm client

Darden Restaurants Inc. – Firm client

Data Down Link Corporation – Firm client

Del Monte Corporation – Firm client and affiliated with certain client entities

Delphi – Firm client

Delta Airlines A-5 – Not a client, but is affiliated with certain client entities

Deutsche Bank Trust Company – Firm client and affiliated with certain client entities

Deutsche Telekom AG – Not a client, but is affiliated with certain client entities

Diageo Finance PLC – Not a client, but is affiliated with certain client entities

Discover Financial Services – Firm client

Dollar General Corporation – Not a client, but is affiliated with certain client entities

Dominion Resources Inc. – Not a client, but is affiliated with certain client entities

Domtar Inc. – Not a client, but is affiliated with certain client entities
Drake Management LLC – Firm client and affiliated with certain client entities
Dresser, Inc. – Not a client, but is affiliated with certain client entities
Duff & Phelps – Firm client and affiliated with certain client entities
Duncan Energy Partners L.P. – Not a client, but is affiliated with certain client entities
Dynegy Holdings, Inc. – Not a client, but is affiliated with certain client entities.
DZ Financial Markets LLC – Not a client, but is affiliated with certain client entities
E.On AG – Not a client, but is affiliated with certain client entities
Ebay Inc. – Firm client
Edison International – Firm client
Edison Mission Energy – Not a client, but is affiliated with certain client entities
El Paso Corporation – Not a client, but is affiliated with certain client entities
El Paso Pipeline Partners – Not a client, but is affiliated with certain client entities
Electrabel S.A. – Not a client, but is affiliated with certain client entities
EMI Entertainment World, Inc. – Not a client, but is affiliated with certain client entities
Emigrant Bank – If this is Emigrant Savings Bank, then not a client, but is affiliated
    with certain client entities
Endemol Mezz – Not a client, but is affiliated with certain client entities
Endemol Sen – Not a client, but is affiliated with certain client entities
Enel SPA – Not a client, but is affiliated with certain client entities
Enron Corp. – Not a client, but is affiliated with certain client entities
Entergy Corp. – Firm client
Enterprise GP Holdings L.P. – Not a client, but is affiliated with certain client entities
Enterprise Products LLC – Not a client, but is affiliated with certain client entities
Enterprise Products Operating L.P. – Firm client
Envirosolutions Real Property Holdings, Inc. – Not a client, but is affiliated with certain
client entities
Equitable Resources, Inc. – Firm client and affiliated with certain client entities
ERP Operating Limited Partnership – Not a client, but is affiliated with certain client
    entities
Faegre & Benson – Firm client
Fairpoint Communications, Inc.– Firm client (Firm serves as bankruptcy counsel)
FCAR – multiple listings, please provide us with more information
Ferretti – Not a client, but is affiliated with certain client entities
Fidelity Capital Markets Services A-6 – Not a client, but is affiliated with certain client
    entities
Fidelity Investments – Not a client, but is affiliated with certain client entities
Financial Security Assurance – Firm client and affiliated with certain client entities
Finmeccanica Finance SA – Not a client, but is affiliated with certain client entities
FINOVA Loan Administration – Not a client, but is affiliated with certain client entities
First Data Corporation – Firm client and affiliated with certain client entities
First Franklin Mortgage Lona Trust 2006-FFA – Not a client, but is affiliated with certain
    client entities
FirstEnergy Corp. – Firm client
Firth Rixson Mezz – Not a client, but is affiliated with certain client entities

Flextronics International Ltd. – Not a client, but is affiliated with certain client entities
Ford Motor Company – Firm client
Ford Motor Credit – Firm client and affiliated with certain client entities
Fortis Group – Not a client, but is affiliated with certain client entities
Fortress Investment Group LLC – Firm client
FPL Group Capital Inc. – Not a client, but is affiliated with certain client entities
Freescale Semiconductor, Inc. – Firm client and affiliated with certain client entities
Fresenius Medical Holdings Inc. – Not a client, but is affiliated with certain client entities
Gate Gourmet – Firm client and affiliated with certain client entities
GenenTech, Inc. – Firm client and affiliated with certain client entities
General Mills, Inc. – Firm client
Gentiva Health Services, Inc. – Firm client
Genworth Financial, Inc. – Firm client
Georgia Gulf – Firm client
Georgia Pacific Corporation – Firm client and affiliated with certain client entities
Georgia-Pacific Expansion S.A.S. – Not a client, but is affiliated with certain client entities
Givaudan S.A. – Not a client, but is affiliated with certain client entities
GMBH – Need more information
Government of Singapore – Not a client, but is affiliated with certain client entities
Graham Packaging Company, L.P. – Not a client, but is affiliated with certain client entities
Graphic Packaging International Corp. – Not a client, but is affiliated with certain client entities
Great Lakes Dredge & Dock Corporation – Not a client, but is affiliated with certain client entities
Greenpoint Mortgage Funding Trust Series – Not a client, but is affiliated with certain client entities
Greenwich Insurance Company – Not a client, but is affiliated with certain client entities
H3C Holdings Ltd. – Not a client, but is affiliated with certain client entities
Halliburton Company – Not a client, but is affiliated with certain client entities
Hanger Orthopedic Group, Inc. – Firm client
Harrah's Operating Co. Inc. – Firm client and affiliated with certain client entities
Harris Nesbit Corp. – Not a client, but is affiliated with certain client entities
Hawaiian Telcom Communications, Inc. – Not a client, but is affiliated with certain client entities
Hawaiian Telcom Holdco, Inc. – Not a client, but is affiliated with certain client entities
Hawaiian Telcom IP Service Delivery Investment, LLC – Not a client, but is affiliated with certain client entities
Hawaiian Telcom IP Service Delivery Research, LLC – Not a client, but is affiliated with certain client entities
Hawaiian Telcom IP Video Investment, LLC – Not a client, but is affiliated with certain client entities
Hawaiian Telcom IP Video Research, LLC – Not a client, but is affiliated with certain client entities

- 6 -

Hawaiian Telcom Services Company, Inc. – Not a client, but is affiliated with certain client entities

Hawaiian Telcom, Inc. – Not a client, but is affiliated with certain client entities

Hawker Beechcraft – Not a client, but is affiliated with certain client entities

HBK Investments LP – Firm client

HCA Inc. – Not a client, but affiliated with certain client entities

HD Supply – Not a client, but is affiliated with certain client entities

Heating Finance PLC – Not a client, but is affiliated with certain client entities

Henry Schein, Inc. – Firm client

Heritage Fields – Firm client and affiliated with certain client entities

Hexion – If this is Hexion Specialty Chemicals Inc, then not a client, but is affiliated with certain client entities

Highbridge LD Acquisition LLC – Not a client, but is affiliated with certain client entities

Highbridge Principal Strategies - Mezzanine Partners – Not a client, but is affiliated with certain client entities

Highmount Exploration & Production LLC – Not a client, but is affiliated with certain client entities

HMH Publishers LLC – Not a client, but is affiliated with certain client entities

HMH Publishing Mezzanine Holdings Inc. – Not a client, but is affiliated with certain client entities

Houghton Mifflin Harcourt Publishers Inc. – Not a client, but is affiliated with certain client entities

HSBC Finance Corporation – Not a client, but is affiliated with certain client entities

Huish Detergents Inc. (Huish) – Not a client, but is affiliated with certain client entities

HVB Capital Markets, Inc. – Not a client, but is affiliated with certain client entities

Iasis Healthcare LLC – Not a client, but is affiliated with certain client entities

Ibertravel Vacations (MEZZ) – If this is Iberotravel Vacations Holding SI, then not a client

Ibertravel Vacations Holding LS – If this is Iberotravel Vacations Holding SI, then not a client

Icopal – Not a client, but is affiliated with certain client entities

Idearc Inc. – Not a client, but is affiliated with certain client entities

Illinois National Insurance – Not a client, but is affiliated with certain client entities

Illinois Power Company – Not a client, but is affiliated with certain client entities

IM US Hold Inverness Medical – Not a client, but is affiliated with certain client entities

IMO Carwash – Not a client, but is affiliated with certain client entities

ING Financial Markets LLC – Not a client, but is affiliated with certain client entities

ING Group – Not a client, but is affiliated with certain client entities

Innovia Films (Holding 3) Limited – Not a client, but is affiliated with certain client entities

Intelsat (Bermuda), Ltd. – Not a client, but is affiliated with certain client entities

Intelsat Corporation (FKA Panamsat) – Firm client and affiliated with certain client entities

LEGAL_US_E # 85561359.1

Intelsat Jackson (FKA Bermuda) A-8 – Not a client, but is affiliated with certain client entities

Intelsat Subsidiary Holding Company – Not a client, but is affiliated with certain client entities

Intergen N.V. – Firm client and affiliated with certain client entities

International Lease Finance Corporation – Firm client and affiliated with certain client entities

Interstate Brands Corporation – Firm client and affiliated with certain client entities

Interstate Fibernet, Inc. – Not a client, but is affiliated with certain client entities

Interstate Power and Light Company – Firm client

Intesa – If this is Intesa Sanpaolo SpA, then firm client

Inverness Medical Innovations Inc. – Not a client, but is affiliated with certain client entities

INVESCO CLO – Not a client, but is affiliated with certain client entities

INVESCO Real Estate – Not a client, but is affiliated with certain client entities

Investment Corporation PTE, LTD – If this is Government of Singapore Investment Corporation PTE, LTD, then firm client

ISS Holding – Not a client, but is affiliated with certain client entities

iStar Financial Inc. – Firm client

ITC Holdings Corporation – Firm client and affiliated with certain client entities

ITC Midwest LLC – Not a client, but is affiliated with certain client entities

ITC Transco – Not a client, but is affiliated with certain client entities

Iusacell – If this is Grupo Iusacell SA de CV, then not a client

James J. Sullivan – Not a client, but is affiliated with certain client entities

JFB Firth Rixson, Inc. – Not a client, but is affiliated with certain client entities

Kabel Deutschland – Not a client, but is affiliated with certain client entities

Kaupthing Bank – Firm client

KBC Bank – Not a client, but is affiliated with certain client entities

KBC Financial Products UK Limited – Not a client, but is affiliated with certain client entities

KBC Financial Products USA, Inc. – Not a client, but is affiliated with certain client entities

KBC Investments Cayman Islands V Limited – Not a client, but is affiliated with certain client entities

KBC Investments Limited – Not a client, but is affiliated with certain client entities

Kelson Finance LLC – Not a client, but is affiliated with certain client entities

Kelson Holding LLC – Not a client, but is affiliated with certain client entities

Keystone Inc. –  If this is Keystone Corporation, then firm client

Kimberly-Clark Corporation – Firm client

Kinder Morgan Energy Partners L.P. – Firm client

KKR Private Equity Investors LP – Not a client but affiliated with certain client entities

Knight Capital Group – Not a client, but is affiliated with certain client entities

KPMG – Firm client and affiliated with certain client entities

Laboratory Corporation of America Holdings – Firm client

Landsource – Firm client and affiliated with certain client entities

LEGAL_US_E # 85561359.1

Las Vegas Resort – need more information
Las Vegas Sands LLC – Not a client, but affiliated with certain client entities
LaSalle Bank National Association – Firm client and affiliated with certain client entities
LaSalle Global Trust Services – Not a client, but is affiliated with certain client entities
Legal & General Group Plc – Not a client, but is affiliated with certain client entities
Level 3 Financing, Inc. – Not a client, but is affiliated with certain client entities
Liberty Global Inc. – Not a client, but is affiliated with client Liberty Media Corp.
Liberty Mutual Group Inc. – Not a client, but is affiliated with certain client entities
Limited Lincoln National Corporation – If this is Lincoln National Corp., then firm
        client
Local Insight Media – Not a client, but is affiliated with certain client entities
Local Insight Regatta Holdings, Inc. – Not a client, but is affiliated with certain client
        entities
Lufthansa AG – Not a client, but is affiliated with certain client entities
Lukoil Finance Limited – Not a client, but is affiliated with certain client entities
Lyondell – If this is Lyondell Chemical Company, then firm client and affiliated with
        certain client entities
LyondellBasell Industries – Not a client, but is affiliated with certain client entities
M.R. Beal & Company – Firm client
Macquarie A-10 – If this is Macquarie Group Ltd., then not a client, but is affiliated
        with certain client entities
Man Group Finance Inc. – Not a client, but is affiliated with certain client entities
Manzoni/Prêt DAcquisition VLM – If this is Manzoni Industries, then not a client
Marathon Oil Company – Firm client and affiliated with certain client entities
Mark IV – Not a client, but is affiliated with certain client entities
Marriott International Inc. – Firm client
Massachusetts Mutual Life Insurance – Firm client
McJunkin Corporation – Not a client, but is affiliated with certain client entities
McJunkin Red Man Holdings Corporation – Not a client, but is affiliated with certain
        client entities
Medco Health Solutions Inc. – Firm client
Merlin Entertainments Group – Firm client and affiliated with certain client entities
Metropolitan West Asset Management, LLC – Firm client
Metropolitan West Total Return Bond Fund – Not a client, but is affiliated with certain
        client entities
MF Global Finance – Not a client, but is affiliated with certain client entities
MF Global Finance Europe Limited – Not a client, but is affiliated with certain client
        entities
MF Global Ltd. – Not a client, but is affiliated with certain client entities
Man Financial – Not a client, but is affiliated with certain client entities
Michael Stores – If this is Michael's Stores, then firm client and affiliated with certain
        client entities
Michigan Electric Transmission Co. – Not a client, but is affiliated with certain client
        entities
Midamerican Energy Company – Not a client, but is affiliated with certain client entities

- 9 -

Millennium International, Ltd. – Not a client, but is affiliated with certain client entities
Minera Del Norte S.A. – Not a client, but is affiliated with certain client entities
Mirant North America, LLC – If this is Mirant Americas Inc., then firm client and
    affiliated with certain client entities
Mizuho Financial Group – Firm client
Moody's Corp. – Not a client, but is affiliated with certain client entities
MSN – Not a client, but is affiliated with certain client entities
Mueller Water Products Inc. – Not a client, but is affiliated with certain client entities
Natixis Bleichroeder Inc. – Not a client, but is affiliated with certain client entities
Natsis – If this is Natsis Family Restaurant, then not a client
New Edge – If this is New Edge Networks Inc., then not a client, but is affiliated with
    certain client entities
New England Power Company – Not a client, but is affiliated with certain client entities
New York Life Insurance Co. – Firm client
New York Life Investment Management – Firm client and affiliated with certain client
    entities
Newell Rubbermaid Inc. – Firm client
Newpage Corporation – Not a client, but is affiliated with certain client entities
NIBC Bank NV – Not a client, but is affiliated with certain client entities
Nokia Corporation – Not a client, but is affiliated with certain client entities
Nortek Holdings, Inc. – Not a client, but is affiliated with certain client entities
Northern State Power Company – Not a client, but is affiliated with certain client entities
Northwest Airlines, Inc. – Firm client and affiliated with certain client entities
Novartis Finance Corporation – Not a client, but is affiliated with certain client entities
NPL – Need more information
NRG Energy, Inc.– Firm client
NTL Cable Plc – Not a client, but is affiliated with certain client entities
NTL Communications Ltd. – Not a client, but is affiliated with certain client entities
Nuance Communications, Inc. – Not a client, but is affiliated with certain client entities
Nycomed Germany Holding GMBH – Not a client, but is affiliated with certain client
    entities
Nycomed Holding A/S – Not a client, but is affiliated with certain client entities
Occidental Power Services, Inc. – Not a client, but is affiliated with certain client entities
Oceania Cruises, Inc. – Not a client, but is affiliated with certain client entities
Oceania Vessel Finance, Ltd. – Not a client, but is affiliated with certain client entities
OCM Mezzanine Fund II Holdings, L.P. – Not a client, but is affiliated with certain client
    entities
OI Canada Corporation – Not a client, but is affiliated with certain client entities
OMX Timber Finance Investments – Not a client, but is affiliated with certain client
    entities
Oncor – If this is Oncor International, then not a client, but is affiliated with certain
    client entities
OneBeacon US Holdings – Not a client, but is affiliated with certain client entities
Openwave Systems Inc. – Firm client
Oracle Corporation – Firm client

- 10 -

Orangina – Not a client, but is affiliated with certain client entities
Orbitz Worldwide – Not a client, but is affiliated with certain client entities
Owens Illinois Inc. – Firm client
Oz Management LP – Not a client, but is affiliated with client Och Ziff Capital
        Management Group
Pacific Investment Management LLC – Firm client and affiliated with certain client
        entities
Pacific Summit Energy LLC – Not a client, but is affiliated with certain client entities
PacifiCorp – Not a client, but is affiliated with certain client entities
Pages Jaunes Groupe – Not a client, but is affiliated with certain client entities
PanAmSat Corporation – Firm client and affiliated with certain client entities
Pangea Ltd. A-12 – Need more information
Parmalat Participacoes Do Brasil Ltda – Not a client, but is affiliated with certain client
        entities
Parmalat Participacoes Promissory Note – Not a client, but is affiliated with client
Coloniale SpA
Partnerre Ltd. – Not a client, but is affiliated with certain client entities
Pension Plan and Trust – Need more information
Pepsi Bottling Group, Inc. – Not a client, but is affiliated with certain client entities
Pharmerica Corporation – Not a client, but is affiliated with certain client entities
Philip Morris International Inc. – Firm client and affiliated with certain client entities
Philips Electronics NV – Not a client, but is affiliated with certain client entities
Pinnacle Entertainment, Inc. – Firm client
Pinnacle Foods Finance LLC – Not a client, but is affiliated with certain client entities
Pinnacle West Capital Corp. – Firm client
Pipeline Data, LLC – Firm client
Pivotal Promontory – Not a client, but is affiliated with certain client entities
Portland General Electric Company – Not a client, but is affiliated with certain client
        entities
PQ Corporation – Firm client and affiliated with certain client entities
Primedia Inc. – Firm client and affiliated with certain client entities
Principal Financial Group, Inc. – Not a client, but is affiliated with certain client entities
Private Limited Company – Multiple listings, please provide more information
Protection One Alarm Monitoring, Inc. – Not a client, but is affiliated with certain client
        entities
PSEG Power LLC – Not a client, but is affiliated with certain client entities
Psychiatric Solutions Inc. – Not a client, but affiliated with certain client entities
PT Mnc Sky Vision – If this is Sky Vision Corp., then not a client
Public Service Company of Colorado – Not a client, but is affiliated with certain client
        entities
Public Service Enterprise Group Incorporated – Not a client, but is affiliated with certain
        client entities
Qatar Liquefied Gas Company Limited – Not a client, but is affiliated with certain client
        entities
QVC, Inc. – Not a client, but is affiliated with certain client entities

- 11 -

Ras Laffan Liquefied Natural Gas Company Limited (II) – Not a client, but is affiliated with certain client entities

RasGas – Not a client, but is affiliated with certain client entities

Raymond James & Associates, Inc. – Firm client and affiliated with certain client entities

RBC Dain Rauscher Inc. – Not a client, but is affiliated with certain client entities

RBS Greenwich Capital – Firm client and affiliated with certain client entities

Regency Gas Services LP – Not a client, but is affiliated with certain client entities

Regent Seven Seas Cruises – Not a client, but is affiliated with certain client entities

Reliant Energy Inc. A-13 – Not a client, but is affiliated with certain client entities

Rent-A-Center, Inc.– Firm client

Resona Holdings – Firm client and affiliated with certain client entities

Rexnord Corporation – Not a client, but is affiliated with certain client entities

Reynolds American – Not a client, but is affiliated with certain client entities

RH Donnelley – Not a client, but is affiliated with certain client entities

RJ Reynolds Tobacco Holdings, Inc. – Not a client, but is affiliated with certain client entities

Rockies Express Pipeline LLC – Not a client, but is affiliated with certain client entities

Roofing Holding Inc. – Need more information

Royal & Sun Alliance Insurance Group Plc – Firm client

Royal Bank of Canada – Firm client

RSA Insurance Group Plc – Firm client and affiliated with certain client entities

RWE AG – Not a client, but is affiliated with certain client entities

SABMiller Finance B.V. – Not a client, but is affiliated with certain client entities

Sabre Holdings Corporation – Firm client and affiliated with certain client entities

Sampo Bank PLC – Not a client, but is affiliated with certain client entities

Santander Investment Securities Inc. – Not a client, but is affiliated with certain client entities

SBA Senior Finance – Not a client, but is affiliated with certain client entities

Schefenacker AG – If this is Schefenacker International AG, then not a client

Scotia Capital (USA) Inc. – Not a client, but is affiliated with certain client entities

Sears Holdings Corp. – Not a client, but is affiliated with certain client entities

Sears Roebuck Acceptance Corp. – Not a client, but is affiliated with certain client entities

Sengent, Inc. -d/b/a ClariFI – Not a client, but is affiliated with certain client entities

Sequa Corporation – Firm client and affiliated with certain client entities

Serena Software, Inc. – Not a client, but is affiliated with certain client entities

Service Corp. Int'l – Not a client, but is affiliated with certain client entities

SG Americas Securities LLC – Not a client, but is affiliated with certain client entities

SHPS, Inc. – Not a client, but is affiliated with certain client entities

Siemens AG – Not a client, but is affiliated with certain client entities

Silicon Graphics Inc. – Firm client and affiliated with certain client entities

Silver Point Capital, LP – Firm client, but is affiliated with certain client entities

Six Flags Theme Parks Inc. – Firm client and affiliated with certain client entities

SLM Corporation – Not a client, but is affiliated with certain client entities

Solutia Inc. – Firm client

- 12 -

Somers Dublin Ltd. A/C KBC Pledged – If this is Somers Dublin Ltd., then not a client, but is affiliated with certain client entities

Sourcecorp, Inc. – Not a client, but is affiliated with certain client entities

Southern Company – Firm client

Southwestern Public Service Company – Not a client, but is affiliated with certain client entities

Spectra Energy Capital, LLC (fka Duke Capital) – Not a client, but is affiliated with certain client entities

Spectra Energy Partners OLP, LP – Not a client, but is affiliated with certain client entities

Spiegel Inc. – Not a client, but is affiliated with certain client entities

Standard Pacific – Firm client

Star Tribune Co. – Not a client, but is affiliated with certain client entities

Starwood Hotels & Resorts – Firm client and affiliated with certain client entities

Stephen Green – If this is Stephen L. Green of mortgage.com Inc., then firm client and affiliated with certain client entities

Stony Brook Court – Not a client, but is affiliated with certain client entities

Sumitomo Mitsui Financial Group – Not a client, but is affiliated with certain client entities

Sumitomo Trust & Banking – Firm client

SunAmerica Asset Management – Not a client, but is affiliated with certain client entities

Sungard Data Systems Inc. – Not a client, but is affiliated with certain client entities

Sunoco Inc. – Not a client, but is affiliated with certain client entities

Sunoco Logistics Partners Operations, LP – Not a client, but is affiliated with certain client entities

SunTrust Robinson Humphrey, Inc. – Firm client and affiliated with certain client entities

Supervalu Inc. – Firm client

Swiss Reinsurance Company – Firm client and affiliated with certain client entities

Synagro Technologies, Inc. – Not a client, but is affiliated with certain client entities

Synatech – Not a client, but is affiliated with certain client entities

Syncora – If this is Syncora Guarantee Inc., then firm client and is affiliated with certain client entities

Syncora Holdings Ltd. – Not a client, but is affiliated with certain client entities

Syniverse – Firm client

Syniverse Technologies – Firm client

Targa Resources, Inc.– Firm client

Target Corporation – Firm client

TD Securities (USA) LLC – Not a client, but is affiliated with certain client entities

Tembec – Not a client, but is affiliated with certain client entities

Tembec Industries Inc. – Not a client, but is affiliated with certain client entities

Teppco Partners, L.P. A-15 – Not a client, but is affiliated with certain client entities

Tesoro Corporation – Not a client, but is affiliated with certain client entities

Teva Hungary Pharmaceutical Marketing – Not a client, but is affiliated with certain client entities

- 13 -

Teva Pharmaceutical Works Company – Not a client, but is affiliated with certain client entities

TFS – Need more information

The Bank of New York – Firm client and affiliated with certain client entities

The Blackstone Group – Firm client and affiliated with certain client entities

The Carlyle Group – Firm client and affiliated with certain client entities

The Clorox Company – Firm client

The Commonwealth of Pennsylvania – Firm client

The Hartford Financial Services Group, Inc. – Firm client

The Hertz Corporation – Not a client, but is affiliated with certain client entities

The Home Depot, Inc. – Firm client

The Lightstone Group – Firm client

The McGraw-Hill Companies, Inc.– Firm client

The Neiman Marcus Group, Inc. – Not a client, but is affiliated with certain client entities

The Pemex Project Funding Master Trust – Not a client, but is affiliated with certain client entities

The Sports Authority, Inc. – Not a client, but is affiliated with certain client entities

The Williams Companies – Firm client

Toys R Us – Firm client and affiliated with certain client entities

Trans World Airlines Inc. – Firm client and affiliated with certain client entities

Transamerica Asset Funding Corp. I – Not a client, but is affiliated with certain client entities

Transdigm Inc. – Not a client, but is affiliated with certain client entities

Transocean Inc. – If this is TransOcean Capital Inc., then not a client

Travelport 2nd A&R – Not a client, but is affiliated with certain client entities

Travelport Holdings Ltd. – Not a client, but is affiliated with certain client entities

Travelport Inc. – Firm client and affiliated with certain client entities

Tribune Company – Firm client

Tropicana Entertainment – Not a client, but is affiliated with certain client entities

TRW Automotive Holdings Corp. – Not a client, but is affiliated with certain client entities

TRW Automotive Inc. – Not a client, but is affiliated with certain client entities

Turnberry Associates – Not a client, but is affiliated with certain client entities

Turnberry Retail Holding, L.P. – Not a client, but is affiliated with certain client entities

Turnberry/Centra Crossroads, LLC – Not a client, but is affiliated with certain client entities

Turnberry/Centra Development, LLC – Not a client, but is affiliated with certain client entities

Turnberry/Centra Office Sub, LLC – Not a client, but is affiliated with certain client entities

Turnberry/Centra Quad, LLC – Not a client, but is affiliated with certain client entities

Turnberry/Centra Sub, LLC – Firm client and affiliated with certain client entities

Turnberry/South Strip, LP – Not a client, but is affiliated with certain client entities

TXU / Texas Utilities – Not a client, but is affiliated with certain client entities

TXU Energy Company – Not a client, but is affiliated with certain client entities

LEGAL_US_E # 85561359.1

Tyco Electronics – Firm client

Tyco International Group S.A. – Not a client, but is affiliated with certain client entities

Unicredito Italiano – Firm client

United Air Lines – Firm client and affiliated with certain client entities

United Components, Inc. – Not a client, but is affiliated with certain client entities

United of Omaha Life Insurance – Not a client, but is affiliated with certain client entities

United States Steel Corporation / US Steel Corp. – Firm client

United Surgical Partners International, Inc. – Not a client, but is affiliated with certain client entities

UnitedHealth Group IncA-16 – Not a client, but is affiliated with certain client entities

Univision Communications Inc. – Firm client and affiliated with certain client entities

US Airways Group, Inc. – Not a client; but is affiliated with entities related to client

US Investigations Services, Inc. – Not a client, but is affiliated with certain client entities

USAA Capital Corporation – Not a client but affiliated with certain client entities

USI Holdings Corp. – Not a client, but is affiliated with certain client entities

Utendahl Capital Partners, L.P. – Firm client and affiliated with certain client entities

Valero Energy Corporation – Not a client, but is affiliated with entities related to client

Van Gansewinkel Holding B.V. – Not a client, but is affiliated with certain client entities

Verint Systems Inc. – Not a client, but is affiliated with certain client entities

Verso Paper Holding LLC – Not a client, but is affiliated with certain client entities

Veyance Technologies, Inc. – Not a client, but is affiliated with certain client entities

Virginia Electric And Power Company – Not a client, but is affiliated with certain client entities

Vodafone Group Plc – Not a client, but is affiliated with certain client entities

Vornado Realty L.P. – Not a client, but is affiliated with certain client entities

Vought Aircraft Industries, Inc. – Not a client, but is affiliated with certain client entities

Walmart Stores – Firm client

Warburg Pincus Equity Partners L.P. – Not a client, but is affiliated with certain client entities

Washington Metro – If this is Washington Metro Area Transportation Authority, then not a client

WCI Capital Corp. – Not a client, but is affiliated with certain client entities

WCI Communities – Not a client, but is affiliated with certain client entities

Wellpoint Inc. – Firm client

Wells Fargo Bank Minnesota – Not a client, but is affiliated with certain client entities

Wesco Aircraft Hardware Corp. – Not a client, but is affiliated with certain client entities

White Mountains Insurance Group, Ltd. – Not a client, but is affiliated with certain client entities

William Capital Group, L.P. – Firm client

Wilmar Landco LLC – If this is Wimar Landco, then not a client, but is affiliated with certain client entities

Wimar Opco – Not a client, but is affiliated with certain client entities

Winstar – If this is WinStar Communications Inc., then firm client and affiliated with certain client entities

- 15 -

Wisconsin Electric Power Company – Firm client and affiliated with certain client entities

Wisconsin Energy Corporation – Not a client, but is affiliated with certain client entities

Wisconsin Gas LLC (f/ka Wisconsin Gas Company) – Not a client, but is affiliated with certain client entities

Wisconsin Power And Light Company – Not a client, but is affiliated with certain client entities

WMG Acquisition Corp. – Not a client, but is affiliated with certain client entities

Wolters Kluwer NV – Not a client, but is affiliated with certain client entities

Woodmark – Not a client, but is affiliated with certain client entities

Wyeth – Firm client

Xcel Energy Inc. – Not a client, but is affiliated with certain client entities

Xerox Corporation – Firm client

XL Capital – Not a client, but is affiliated with certain client entities

XL Specialty Insurance Company A-I7 – Not a client, but is affiliated with certain client entities

XLCA Admin, LLC – Not a client, but is affiliated with certain client entities

Yankee Candle Company, Inc. – Not a client, but is affiliated with certain client entities

## Selected Derivative Counterparties

Advanced Micro Devices, Inc. – Firm client

Allison Transmission – Not a client, but is affiliated with certain client entities

American Investor Life Insurance Company – Not a client, but is affiliated with certain client entities

Aviva Life Insurance Company – Not a client, but is affiliated with certain client entities

Aviva Live & Annuity Company – Not a client, but is affiliated with certain client entities

Consolidated Container Company LLC – Need more information

Dollar General Corporation – Not a client, but is affiliated with certain client entities

Government of Singapore Investment Corp. – Not a client, but is affiliated with certain client entities

Houghton Mifflin Harcourt Publishing Company – Not a client, but is affiliated with certain client entities

Indianapolis Life Insurance Company (Inc.) – Not a client, but is affiliated with certain client entities

ING Life Insurance & Annuity Company – Not a client, but is affiliated with certain client entities

ING USA Annuity & Life Insurance Company – Not a client, but is affiliated with certain client entities

Intel Corporation – Firm client

Irish Life & Permanent PLC – Not a client, but is affiliated with certain client entities

Life Investors Insurance Company of America – Not a client, but is affiliated with certain client entities

Ministry of Finance Italy – Not a client, but is affiliated with certain client entities

LEGAL_US_E # 85561359.1

Monumental Life Insurance Company (Inc.) – Not a client, but is affiliated with certain client entities

New York Life & Annuity Insurance Corporation – Not a client, but is affiliated with certain client entities

New York Life INS & Annuity Corp. Private Placi – Not a client, but is affiliated with certain client entities

New York Life Insurance Company Inc. – Firm client

Pacific Life & Annuity Co. – Not a client, but is affiliated with certain client entities

Pacific Lifecorp – Not a client, but is affiliated with certain client entities

Pinnacle Foods Finance LLC – Not a client, but is affiliated with certain client entities

Principal Financial Services Inc. – Not a client, but is affiliated with certain client entities

Reliastar Life Insurance Company – Not a client, but is affiliated with certain client entities

Reliastar Life Insurance Company of New York – Not a client, but is affiliated with certain client entities

Riversource Life Insurance Company of New York – Not a client, but is affiliated with certain client entities

Russell Implementation Services Inc. – Not a client, but is affiliated with certain client entities

Russell Investment Group – Not a client, but is affiliated with certain client entities

Security Life of Denver Insurance Company – Firm client and affiliated with certain client entities

Security Life of Denver Insurance Company Inc. – Firm client and affiliated with certain client entities

Sunamerica Life Insurance Company – Not a client, but is affiliated with certain client entities

Transamerica Financial Life Insurance Co. – Not a client, but is affiliated with certain client entities

Transamerica Occidental Life Insurance Co. – Firm client and affiliated with certain client entities

Veyance Technologies, Inc. – Not a client, but is affiliated with certain client entities

## Principal Investments

Varel Funding Corp. – Not a client, but is affiliated with certain client entities

Varel International Ind., L.P. – Not a client, but is affiliated with certain client entities

Pegasus International, Inc.– Firm client

JFB Firth Rixson, Inc. – Not a client, but is affiliated with certain client entities

Firth Rixson Limited – Not a client, but is affiliated with certain client entities

JFB Overseas Holdings Limited – Not a client, but is affiliated with certain client entities

## Potential Parties in Interest

ACE America Insurance Company – Not a client, but is affiliated with certain client entities

- 17 -

Advanced Portfolio Technologies, Inc. – Not a client, but is affiliated with a Firm client
AllianceBernstein LP – Client
Arthur T. Bent c/o Reserve Management Company – Not a client, but is affiliated with a
    Firm client
Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions Inc) - Not a client,
    but is affiliated with a Firm client
Aviva Investors North America Inc. – Not a client, but is affiliated with certain client
    entities
Baker & Hostetler LLP – Firm client
Banc of America Securities LLC – Firm client
Baxter International – Not a client, but is affiliated with certain client entities
Black River Asia Fund Ltd. – Not a client, but is affiliated with certain client entities
Black River Commodity Select Fund Ltd. – Not a client, but is affiliated with certain
    client entities
Black River EMCO Master Fund Ltd. – Not a client, but is affiliated with certain client
    entities
Black River Emerging Markets Credit Fund Ltd. – Not a client, but is affiliated with
    certain client entities
Black River Emerging Markets Fixed Income Fund Ltd. – Not a client, but is affiliated
    with certain client entities
Black River Global Credit Fund Ltd. – Not a client, but is affiliated with certain client
    entities
Black River Global Investments Fund Ltd. – Not a client, but is affiliated with certain
    client entities
Blue Chip Multi-Strategy Master Fund LP – Not a client, but is affiliated with certain
    client entities
Bruce R. Bent – Not a client, but is affiliated with a Firm client
Bunge SA – Not a client, but is affiliated with a Firm client
Cadwalader, Wickersham & Taft LLP – Firm client
Citadel Equity Fund, Ltd. – Not a client, but is affiliated with a Firm client
Citibank International Plc – Firm client
Citigroup Global Market Limited – Need more information; if this is Citigroup Global
Markets Limited, then Firm client
Commonwealth Bank of Australia – Firm client
Countrywide Home Loans – Firm client
Credit Suisse Loan Funding LLC – Not a client, but is affiliated with certain client
    entities
Credit Suisse Securities (USA) LLC – Firm client
D.E. Shaw Dihedral Portfolios, L.L.C. – Not a client, but is affiliated with certain client
    entities
Delek US Holdings Inc. – Not a client, but is affiliated with a Firm client
Denver Public Schools Retirement System – Not a client, but is affiliated with a Firm
    client
DEPFA Bank PLC – Not a client, but is affiliated with certain client entities

- 18 -

Desdner Kleinwort Group Holdings LLC – If this is Dresdner Kleinwort Group Holdings
    LLC, then not a client, but is affiliated with certain client entities
Deutsche Bank National Trust Company – Not a client, but is affiliated with certain client
    entities
Deutsche Pfandbriefbank AG – Not a client, but is affiliated with certain client entities
Don Engel – Need more information
Drawbridge Global Macro Commodities Ltd. – Not a client, but is affiliated with certain
    client entities
DuPont Capital Management – Not a client, but is affiliated with certain client entities
EAC Partners Master Fund, Ltd. – Not a client, but is affiliated with certain client entities
Edward Jones – Need more information; may be affiliated with client PMB Holdings Ltd.
Ellington Credit Fund, Ltd. – Not a client, but is affiliated with a Firm client
Ellington Mortgage Fund S/C, Ltd. – Not a client, but is affiliated with a Firm client
Ellington Mortgage Partners, LP – Not a client, but is affiliated with a Firm client
Ellington Special Opportunities Ltd. – Not a client, but is affiliated with a Firm client
EM Opportunities Bond Fund, Inc. – Not a client, but is affiliated with certain client
    entities
eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.) – Firm client
Eurohypo AG, New York Branch – Not a client, but is affiliated with certain client
    entities
Evergreen Core Bond Trust – Not a client, but is affiliated with certain client entities
Evergreen Income Advantage Fund – Not a client, but is affiliated with certain client
    entities
Evergreen Intermediate Bond Trust – Not a client, but is affiliated with certain client
    entities
Evergreen Long Duration Trust – Not a client, but is affiliated with certain client entities
Evergreen Multi-Sector Income Fund – Not a client, but is affiliated with certain client
    entities
Evergreen Select High Yield Bond Trust – Not a client, but is affiliated with certain client
    entities
Export Development Canada – Not a client, but is affiliated with certain client entities
Federal National Mortgage Association – Firm client
Fidelity Balanced Fund – Not a client, but is affiliated with certain client entities
Global Opportunity Master Fund, Ltd. – Need more information; if this is TRG Global
Opportunity Master Fund Ltd. then not a client, but is affiliated with a Firm client
GMAC Mortgage, LLC – Firm client
GoldenTree Master Fund II, Ltd. – Not a client, but is affiliated with certain client entities
GoldenTree Master Fund, Ltd. – Not a client, but is affiliated with certain client entities
Groupama Asset Management – Not a client, but is affiliated with a Firm client
GTAM Fund I, Ltd. – Not a client, but is affiliated with certain client entities
Hakone Fund II – Not a client, but is affiliated with certain client entities
Holland & Knight LLP – Firm client
Horizon II International Limited – Not a client, but is affiliated with certain client entities
HSBC Bank PLC – Not a client, but is affiliated with certain client entities

- 19 -

HSH Nordbank AG, Luxembourg Branch – Not a client, but is affiliated with certain client entities

Hybrid Capital K.K. – Not a client, but is affiliated with certain client entities

Hypo Alpe-Adria Bank International AG – Not a client, but is affiliated with certain client entities

ING Life Insurance and Annuity Company – Not a client, but is affiliated with certain client entities

Inter-American Development Bank – Firm client

International Bank for Reconstruction and Development – Not a client, but is affiliated with certain client entities

Internationale Kapitalanlagegesellschaft mbH – Not a client, but is affiliated with certain client entities

Intersil Europe SaRL, Inc. – Not a client, but is affiliated with certain client entities

Intersil Holding GmbH – Not a client, but is affiliated with certain client entities

Intersil Investment Company – Not a client, but is affiliated with certain client entities

Investec Capital Accumulator – Not a client, but is affiliated with certain client entities

Investec Funds Series IV - Capital Accumulator Fund – Not a client, but is affiliated with certain client entities

Katten Muchin Rosenman LLP – Not a client, but is affiliated with certain client entities

KfW (a/k/a Kreditanstalt fuer Wiederaufbau) – Firm client

King Street Capital, L.P. – Not a client, but is affiliated with a Firm client

King Street Capital Master Fund, Ltd. – Not a client, but is affiliated with a Firm client

Kle Euribor Prime – Need more information; if this is BNP Paribas Kle Euribor Prime, then not a client, but affiliated with certain client entities

LBBW Asset Management Investmentgesellschaft MBH – Not a client, but is affiliated with certain client entities

LibertyView Arbitrage Fund, L.P. – Not a client, but is affiliated with certain client entities

LibertyView Capital Management, LLC – Firm client

LibertyView Credit Opportunities Fund  – Not a client, but is affiliated with certain client entities

LibertyView Credit Select Fund, L.P. – Not a client, but is affiliated with certain client entities

LibertyView Focus Fund, L.P. – Not a client, but is affiliated with certain client entities

LibertyView Funds, L.P. – Not a client, but is affiliated with certain client entities

Longacre Master Fund II, L.P. – Not a client, but is affiliated with certain client entities

Lusardi Construction Company – Firm client

M&G Investment Management Limited (as Investment Advisor to Stichting Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited) – Not a client, but is affiliated with certain client entities

Stichting Shell Pensioenfonds – Not a client, but is affiliated with certain client entities

M&G Secured Debt Fund Limited – Not a client, but is affiliated with certain client entities

M&G Dynamic European Loan Fund Limited – Not a client, but is affiliated with certain client entities

Prudential Assurance Company Limited – Firm client

Marfin Popular Bank Public Company – Not a client, but is affiliated with certain client entities

Merrill Lynch International – Firm client

MicroHedge LLC – Not a client, but is affiliated with a Firm client

Millenium Management, LLC – Not a client, but is affiliated with certain client entities

Millenium USA, L.P. – Not a client, but is affiliated with certain client entities

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. – Firm client

Morgan Stanley & Co. International plc – Firm client

Morgan Stanley Senior Funding, Inc. – Firm client

Mount Kellett Master Fund II, L.P. – Not a client, but is affiliated with a Firm client

National Power Corporation – Need more information; if this is National Power Corporation based in Raleigh, NC, then not a client. If this is National Power Corp. related to the Republic of the Philippines, then not a client, but is affiliated with certain client entities.

New York Institute of Finance, Inc. – Not a client, but is affiliated with certain client entities

Nomura Capital Markets plc – Not a client, but is affiliated with certain client entities

NorthStar Real Estate Securities Opportunity Master Fund L.P. – Not a client, but is affiliated with certain client entities

Oaktree Capital Management, L.P. – Firm client

Oaktree High Yield Plus Fund, L.P. – Not a client, but is affiliated with certain client entities

Oaktree Huntington Investment Fund, L.P. – Not a client, but is affiliated with certain client entities

Oaktree Opportunities Fund VIII Delaware, L.P. – Not a client, but is affiliated with certain client entities

OCM Opportunities Fund VIIb Delaware, L.P. - Not a client, but is affiliated with certain client entities

Onex Debt Opportunity Fund, Ltd. – Not a client, but is affiliated with certain client entities

Orrick, Herrington & Sutcliffe LLP – Firm client

Palmyra Capital Fund, L.P. – Not a client, but is affiliated with a Firm client

Palmyra Capital Institutional Fund, L.P. – Not a client, but is affiliated with a Firm client

Palmyra Capital Offshore Fund, L.P. – Not a client, but is affiliated with a Firm client

Pennsylvania Public School Employees' Retirement System – Not a client, but is affiliated with certain client entities

Perella Weinberg Partners LP – Firm client

Perry Partners International, Inc. – Not a client, but is affiliated with certain client entities

Perry Partners L.P. – Not a client, but is affiliated with certain client entities

Phoenix Life Limited – Not a client, but is affiliated with certain client entities

PIMCO Real Return Fund – Not a client, but is affiliated with certain client entities

PIMCO Real Return Fund (M) – Not a client, but is affiliated with certain client entities

- 21 -

Power Sector Assets & Liabilities Management Corporation – Not a client, but is
affiliated with certain client entities

Public Employees' Retirement Association of Colorado – Not a client, but is affiliated
with a Firm client

Quadrifoglio Vita S.p.A. – Not a client, but is affiliated with certain client entities

Quantitative Enhanced Decisions Master Fund – Not a client, but is affiliated with certain
client entities

R3 Capital Partners Master, LP – Not a client, but is affiliated with certain client entities

Reserve Management Company Inc. – Not a client, parent Reserve Fund is a Firm client

Right Management, Inc. – Not a client, but is affiliated with certain client entities

Rogge Global Partners PLC (on behalf of its customers) – Not a client, but is affiliated
with certain client entities

Sarasin Investmentfonds – Not a client, but is affiliated with certain client entities

SAS Institute Inc. – Not a client, but is affiliated with a Firm client

Serengeti Overseas Ltd. – Not a client, but is affiliated with a Firm client

Serengeti Partners LP – Not a client, parent Serengeti Asset Management LP is a Firm
client

Serengeti Rapax MM LP – Not a client, but is affiliated with a Firm client

Sidley Austin LLP – Firm client

SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Point Capital
Offshore Fund, Ltd.) – Not a client, but is affiliated with certain client entities

Silver Point Capital Fund, L.P. – Not a client, but is affiliated with certain client entities

Silver Point Capital Offshore Fund, Ltd. – Not a client, but is affiliated with certain client
entities

Standard Bank Plc – Not a client, but is affiliated with certain client entities

Standard Chartered Bank (Hong Kong) Limited – Firm client

Steptoe & Johnson LLP – Firm client

Strategic Value Master Fund, Ltd. – Not a client, but is affiliated with certain client
entities

SunCal Debtors – Not a client, but is affiliated with certain client entities

SunGard Assent LLC – Not a client, but is affiliated with a Firm client

SunGard Data Reference Solutions, LLC – Not a client, but is affiliated with a Firm
client

SunGard Kiodex, Inc. – Not a client, but is affiliated with a Firm client

SunGard Securities Finance LLC – Not a client, but is affiliated with a Firm client

Systema Vita Compagnia di Assicurizioni S.p.A. – Need more information; if this is
Systema Vita Compagnia di Assicurazioni, then not a Firm client

Taconic Market Dislocation Fund II, L.P. – Not a client, but is affiliated with a Firm
client

Taishin International Bank – Firm client

Tata Communications Services (America) Inc. f/k/a VSNL America Inc. – Not a client,
but is affiliated with certain client entities

Tennenbaum Multi Strategy Master Fund – Not a client, but is affiliated with certain
client entities

The Bank of New York Corporate Trustee Services Limited – Not a client, but is
affiliated with certain client entities
The Primary Fund of the Reserve Fund – Not a client, but is affiliated with a Firm client
The Reserve International Liquidity Fund – Not a client, but is affiliated with a Firm
client
The Reserve Yield Plus Fund – Not a client, but is affiliated with a Firm client
The Seaport Group LLC – Firm client
Tiffany & Co. – Firm client
Tishman Speyer Real Estate Venture VII, L.P. – Not a client, but is affiliated with certain
client entities
Tobacco Settlement Financing Corporation – Need more information
TPG-Axon Partners (Offshore) Ltd. – Not a client, but is affiliated with certain client
entities
TPG-Axon Partners, LP – Not a client, but is affiliated with certain client entities
TRG Global Opportunity Master Fund, Ltd. – Not a client, but is affiliated with a Firm
client
TRG Local Currency Opportunity Master Fund, Ltd. – Not a client, but is affiliated with
a Firm client
Tudor Global Emerging Markets Portfolio, L.P. – Not a client, but is affiliated with
certain client entities
Union Investment Privatfonds GmbH – Not a client, but is affiliated with certain client
entities
US Bus Pension Scheme – Need more information
Varde Investment Partners, L.P. – Not a client, but is affiliated with certain client entities
Victoria Reinsurance Company Ltd. – Not a client, but is affiliated with certain client
entities
Viktoiaplatz – Need more information
Virtual Expo – Need more information
Western Asset UK GBP Credit Plus Bond Fund – Not a client, but is affiliated with
certain client entities
William Kuntz, III – Not a client, unless this is William R. Kuntz who is not a client, but
is affiliated with client Chart House Enterprises Inc.
Xicor, LLC – Not a client, but is affiliated with certain client entities

**Professionals Retained by the Company**

Bih Li & Lee – Firm client

**Litigation Claimants**

American Family Life Assurance Company Of Columbus – Not a client, but is
affiliated with a Firm client
Bank of America Trust and Banking Corporation (Cayman) Limited – Not a client,
but is affiliated with certain client entities
Metropolitan West Low Duration Bond Fund – Not a client, but is affiliated with certain
client entities

Nomura Global Financial Products Inc. – Not a client, but is affiliated with certain client entities
PNC Bank, National Association – Firm client
Prudential Global Funding LLC – Not a client, but is affiliated with certain client entities

## Committee Members

U.S. Bank N.A. – Firm client

## Principal Investments

Applebees – Not a client, but is affiliated with certain client entities
Hilton Hotels Corporation n/k/a Hilton Worldwide, Inc. – Firm client
LIM – Need more information
Pinnacle Entertainment Corp. – Firm client
Regents – Need more information
SBS – Need more information
Sheridan Healthcare – Not a client, but is affiliated with certain client entities
Universal Pegusus – Need more information; if this is Universal Pegasus, then not a client, but is affiliated with certain client entities
Veyance – Need more information; if this is Veyance Technologies Inc., then not a client, but is affiliated with certain client entities
Vought – Need more information; if this is Vought Aircraft Industries Inc., then not a client, but is affiliated with certain client entities
Yankee Candle – Not a client, but is affiliated with certain client entities

- 24 -

## **Exhibit 2**

## **Additional Interested Parties or Their Affiliates Whom the Firm Represents or Has Represented in the Past in Matters Related to the Debtors or Their Affiliates**

Aurora Bank FSB f/k/a Lehman Brothers Bank FSB – Firm client

Amadeus Holdings Limited – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

BNC Mortgage Loan Trust – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Lehman Brothers Bankhaus AG – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Lehman Brothers European Mezzanine LB S.A.R.L – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Lehman Brothers Income Funds – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Lehman Mortgage Trust – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Lehman XS Trust – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

Frederic Verhoeven, Trustee for Lehman Brothers Treasury Co. B.V. – Not a client, but is affiliated with client Lehman Brothers Holdings Inc.

LEGAL_US_E # 85561359.1