B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | Far Eastern International Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

85 Broad Street
New York, New York 10004
USA
Attn/Ref: Jose Aguinaga

Court Claim # (if known): 19416
Amount of Claim: $8,122,030.28
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Holdings Inc.

Phone: 212 357 3541
Last Four Digits of Acct #: 1483

Phone: (886) 2-23765718
Last Four Digits of Acct. #: 1980

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

LD7014838.1/153-05585

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dennis Lafferty
Managing Director

By: _____    Date: June 30, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

LD7014838.1/153-05585

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Far Eastern International Bank ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Lending Partners LLC ( "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) ("Case") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Nos. 12934, 19416, 12931, and 19419) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claims, recognizing Assignee as the sole owner and holder of the claims, and directing that all payments or distributions of money or property in respect of the claims be delivered or made to the Assignee.

LD7014835.1/153-05585

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _____, 2010.

FAR EASTERN INTERNATIONAL BANK

By: _____
Name: Ben Liao-Ru
Title: Executive Vice President
30 June 2010

By: _____
Name: Anli Ma
Title: General Manager
30 June 2010

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

LD7014835.1/153-05585

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _____, 2010.

FAR EASTERN INTERNATIONAL BANK

By: _____
Name: Ben Liao-Ru
Title: Executive Vice President

By: _____
Name:
Title:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:   Dennis Lafferty
         Managing Director

LD7014835.1/153-05585