UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re :                                             Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :          08-13555 (JMP)
:
Debtors  :                                          (Jointly Administered)
:
-----------------------------------------------------------------x

**Notice of Appeal**

RECEIVED JUL 2 6 2010 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

The Undersigned, William Kuntz, III who appears here *Pro Se* does hereby Appeal the adverse Decision made in open Court on the 14th and Order of the 15th of July, 2010 with respect to the Silk Route Fund to the United States District Court for the Southern District of New York.

Respectfully,

William Kuntz, III

India St  PO Box 1801 Nantucket Island, Ma 02554-1801  508-775-5225


July 23, 2010

Elizabethtown, New York