

October 9, 2008

Charmaine Williams
Lehman Brothers
Capital Markets Contracts - Legal
1271 Avenue of the Americas
43rd Floor
New York, NY 10020

Notice of Termination

Re:    ISDA Master Agreement by and between Lehman Brothers Special Financing
Inc. ("Lehman") and US AgBank, FCB ("AgBank").

Ladies and Gentlemen:

Reference is made to (a) that certain 1992 ISDA Master Agreement dated as of February
14, 2000 (as amended by the Amendment and Termination Agreement dated as of
September 26, 2003, among Lehman, Lehman Brothers Holdings Inc., Western Farm
Credit Bank and the Farm Credit Bank of Wichita), by and between Lehman and US
AgBank (the "Agreement"). Capitalized terms used in this letter and not otherwise
defined have the meanings specified in the Agreement.

Pursuant to Section 6(a) of the Agreement, AgBank hereby notifies you that Lehman is in
default under Sections 5(a)(vii)(2) and (4) of the Agreement as a result of the filing of a
voluntary petition for bankruptcy relief by its Credit Support Provider, Lehman Brothers
Holdings Inc.

AgBank hereby terminates all contracts, confirmations and transactions between it and
Lehman, including (but not limited to) those listed on the attached Schedule 1. AgBank
designates October 14, 2008 as the Early Termination Date for all such terminated
contracts, confirmations and transactions. The amount payable will be determined in
accordance with Section 6(e) of the Agreement.

AgBank reserves all rights and remedies available at law or equity with regard to these
matters.

Very truly yours,

Craig A. Olsen
Vice President – Treasurer

Part of The Farm Credit System

ADMINISTRATIVE OFFICE: 245 N. Waco 67202 • P.O. Box 2940  67201-2940 • Wichita KS • Tel: 316-266-5100, Fax: 316-266-5121

SACRAMENTO OFFICE: 3636 American River Drive, Suite 100 • Sacramento CA, 95864-5901 • Tel: 916-973-3014, Fax: 916-973-3092

# Schedule 1

# Schedule 1

# US AgBank Derivatives

### As of October 9, 2008

## Counterparty:
## Lehman Brothers

**Caps**

| Ref # | Count Ref # | Notional | Maturity |
|-------|-------------|----------|----------|
| 3-09 | 491770 | 50,000,000 | 4/21/09 |
| 4-09 | 491773 | 50,000,000 | 4/21/11 |
| C8-09 | 2436849 | 25,000,000 | 3/18/13 |
| C9-09 | 2529585 | 10,000,000 | 5/30/13 |
| C10-09 | 2555334 | 15,000,000 | 6/16/09 |
| C11-09 | 2557413 | 10,000,000 | 6/19/13 |
| C12-09 | 2603498 | 50,000,000 | 7/26/14 |
| C13-09 | 2625944 | 15,000,000 | 8/15/13 |
| C14-09 | 2709727 | 50,000,000 | 10/20/10 |
| C15-09 | 2755185 | 100,000,000 | 11/22/13 |
| C16-09 | 3434072 | 30,000,000 | 10/24/14 |
| C17-09 | 3481679 | 25,000,000 | 11/16/10 |
| C18-09 | 3498987 | 20,000,000 | 12/27/10 |
| C19-09 | 3673474 | 30,000,000 | 1/28/15 |
| C20-09 | 3738870 | 100,000,000 | 4/3/15 |

**Swaps**

| Ref # | Count Ref # | Notional | Maturity |
|-------|-------------|----------|----------|
| VIII-11 | 355519 | 25,000,000 | 6/30/09 |
| IX-11 | 361030 | 25,000,000 | 7/23/09 |
| I-09 | 407224 | 65,000,000 | 10/24/08 |
| S22-09 | 2882996 | 10,000,000 | 12/18/16 |
| S23-09 | 3132174 | 50,000,000 | 6/28/12 |
| S24-09 | 3203126 | 25,000,000 | 7/27/12 |

# LEHMAN BROTHERS

### Transaction

| | |
|---|---|
| Date: | 23 April, 2004 |
| To: | U.S. AgBank, FCB |
| | Attention:      Documentation Unit |
| From: | Lehman Brothers Special Financing Inc. |
| | Lorna Brown - Transaction Management Group |
| | Facsimile:      646-885-9551 (United States of America) |
| | Telephone:      212-526-9201 |
| Ref. Numbers: | Risk ID: 681375L / Effort ID: N433916 / Global Deal ID: 491770 |

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

**Relationship Between the Parties.** Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)     **Evaluation and Understanding.** It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)     **Status of Parties.** The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 19 April, 2004 |
| Effective Date: | 21 April, 2004 |

| | |
|---|---|
| Termination Date: | 21 April, 2009 |
| Notional Amount: | USD50,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 21 April, 2004, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD450,000.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 7.50% per annum |
| Floating Amount Payer Payment Dates: | The 21st calendar day of each month, from and including 21 May, 2004 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:** London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A; subject to the Agreement |

Risk ID: 681375L / Effort ID: 433916 / Global Deal ID: 491770

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 646-885-9551 (United States of America), Attention: Documentation.

Yours sincerely,                          Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**      **U.S. AgBank, FCB**

By: *Diana Nottingham*

Name: Diana Nottingham                    By: _____
Title:  Vice President                    Name:   Craig A. Olsen
                                          Title:    Vice President - Treasurer

Risk ID: 681375L / Effort ID: 433916 / Global Deal ID: 491770

# LEHMAN BROTHERS

### Transaction

Date:        23 April, 2004

To:          U.S. AgBank, FCB
             Attention:        Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Lorna Brown - Transaction Management Group
             Facsimile:        646-885-9551 (United States of America)
             Telephone:        212-526-9201

Ref. Numbers:  Risk ID: 681389L / Effort ID: N433913 / Global Deal ID: 491773

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

**Relationship Between the Parties.** Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)     **Evaluation and Understanding.** It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)    **Status of Parties.** The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

Trade Date:                    19 April, 2004

Effective Date:                21 April, 2004

| | |
|---|---|
| Termination Date: | 21 April, 2011 |
| Notional Amount: | USD50,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 21 April, 2004, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD910,000 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 7.50% per annum |
| Floating Amount Payer Payment Dates: | The 21st calendar day of each month, from and including 21 May, 2004 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:**          London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A; subject to the Agreement |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number 646-885-9551 (United States of America), Attention: Documentation.

Yours sincerely,                                    Accepted and agreed to:

Lehman Brothers Special Financing Inc.              U.S. AgBank, FCB

By: *Diana Nottingham*                              By: _____
Name: Diana Nottingham                              Name:   Craig A. Olsen
Title:  Vice President                              Title:  Vice President - Treasurer

Risk ID: 681389L / Effort ID: 433913 / Global Deal ID: 491773

# LEHMAN BROTHERS

### Revised Transaction

| | |
|---|---|
| Date: | **20 March, 2006** |
| To: | U.S. AgBank, FCB |
| | Attention:        Documentation Unit |
| From: | Lehman Brothers Special Financing Inc. |
| | Confirmations Group |
| | Facsimile:        (+1) 646-885-9551 (United States of America) |
| | Telephone:        (212) 526-8462 (Joshua F. Boyer) |

Ref. Numbers: Risk ID: 1153751L / Effort ID: N874375 / Global Deal ID: 2436849

**This Confirmation supersedes and replaces in its entirety any other confirmation referencing the Transaction to which this Confirmation relates.**

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 14 March, 2006 |
| Effective Date: | 16 March, 2006 |
| Termination Date: | 18 March, 2013, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD25,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 16 March, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD312,500.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 6.50% per annum |
| Floating Amount Payer Payment Dates: | The 18th calendar day of each month, from and including 18 April, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:** London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                     Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**     **U.S. AgBank, FCB**

By:  *Anatoly Kozlov*
Name: Anatoly Kozlov
Title: Authorized Signatory

By: _____
Name:  Craig A. Olsen
Title:  Vice President - Treasurer

Risk ID: 1153751L / Effort ID: 874375 / Global Deal ID: 2436849

# LEHMAN BROTHERS

### Revised Transaction

Date:        2 June, 2006

To:          U.S. AgBank, FCB
             Attention:        Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile:        (+1) 646-885-9551 (United States of America)
             Telephone:        212-526-2075

Ref. Numbers:  Risk ID: 1218069L / Effort ID: N949376 / Global Deal ID: 2529585

**This Confirmation supersedes and replaces in its entirety any other confirmation referencing the Transaction to which this Confirmation relates.**

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

Party A and Party B each represents that entering into the Transaction is within its capacity, is duly authorized and does not violate any laws of its jurisdiction of organization or residence or the terms of any agreement to which it is a party. Party A and Party B each represents that (a) it is not relying on the other party in connection with its decision to enter into this Transaction, and neither party is acting as an advisor to or fiduciary of the other party in connection with this Transaction regardless of whether the other party provides it with market information or its views; (b) it understands the risks of the Transaction and any legal, regulatory, tax, accounting and economic consequences resulting therefrom and (c) it has determined based upon its own judgment and upon any advice received from its own professional advisors as it has deemed necessary to consult that entering into the Transaction is appropriate for such party in light of its financial capabilities and objectives. Party A and Party B each represents that upon due execution and delivery of this Confirmation, it will constitute a legally valid and binding obligation, enforceable against it in accordance with its terms, subject to applicable principles of bankruptcy and creditors' rights generally and to equitable principles of general application. 

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

Trade Date:                    25 May, 2006

| | |
|---|---|
| Effective Date: | 30 May, 2006 |
| Termination Date: | 30 May, 2013, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD10,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 29 May, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD105,500.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 7.00% per annum |
| Floating Amount Payer Payment Dates: | The 30th calendar day of each month, from and including 30 June, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:**                      London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

***Relationship Between the Parties.*** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i)     **Evaluation and Understanding.  It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and**

risks of this Transaction.  It is also capable of assuming, and assumes, the
financial and other risks of this Transaction.

(ii)    <u>Status of Parties</u>.  The other party is not acting as a fiduciary for or an advisor to
it in respect of this Transaction; it being understood that information and
explanations related to the terms of the Transaction shall not be considered
investment advice.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such
Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America),
Attention: Confirmations Group.

Yours sincerely,                          Accepted and agreed to:

Lehman Brothers Special Financing Inc.    U.S. AgBank, FCB

By:                                       By: _____
Name: Anatoly Kozlov                      Name:   Craig A. Olsen
Title:  Authorized Signatory              Title:  V.P. - Treasurer
                                                  July 20, 2006

Risk ID: 1218069L / Effort ID: 949376 / Global Deal ID: 2529585

10/14/09  13:34 FAX 316 266 5770          FCBW_FINANCE                                    ☒016

08-13555-mg   Doc 10494-2   Filed 07/28/10   Entered 07/28/10 16:17:20   Exhibit B C 10-09
07/17/06  16:49 FAX 316 266 5770        FCBW FINANCE of 72                              ☒002
                        7, 2/2006 4:37 PM  PAGE   2/004   Lehman Brothers

# LEHMAN BROTHERS

### Transaction

Date:       12 July, 2006

To:         U.S. AgBank, FCB
            Attention:      Documentation Unit

From:       Lehman Brothers Special Financing Inc.
            Confirmations Group
            Facsimile:      (+1) 646-885-9551 (United States of America)
            Telephone:      212-526-3605 (Kathleen Harrison)

Ref. Numbers: Risk ID: 1235685L / Effort ID: N971878 / Global Deal ID: 2555334

**This communication supersedes and replaces all prior communication between the parties hereto with respect to this Transaction.**

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

General Terms:

   Trade Date:                          14 June, 2006

   Effective Date:                      16 June, 2006

   Termination Date:                    16 June, 2009, subject to adjustment in accordance
                                        with the Modified Following Business Day
                                        Convention.

   Notional Amount:                     USD15,000,000.00

Fixed Amounts:

   Fixed Amount Payer:                  Party B

   Fixed Amount Payer Payment Dates:    16 June, 2006, subject to adjustment in accordance
                                        with the Following Business Day Convention.

   Fixed Amount:                        USD124,500.00

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 5.50% per annum |
| Floating Amount Payer Payment Dates: | The 16th calendar day of each month, from and including 17 July, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |
| **Miscellaneous:** | |
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

*Relationship Between the Parties.* **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

   (i) **Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

   (ii) **Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                            Accepted and agreed to:

Lehman Brothers Special Financing Inc.      U.S. AgBank, FCB

By:                                         By:
Name: Anatoly Kozlov                        Name:  Craig A. Olsen
Title:  Authorized Signatory                Title:  V.P. - Treasurer
                                                   August 14, 2006

Risk ID: 1235685L / Effort ID: 971878 / Global Deal ID: 2555334

# LEHMAN BROTHERS

## Transaction

Date:        20 July, 2006

To:          U.S. AgBank, FCB
             Attention:        Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile: (+1) 646-885-9551 (United States of America)
             Telephone: 212-526-2146 Susanna Khaimova

Ref. Numbers:  Risk ID: 1237051L / Effort ID: N973540 / Global Deal ID: 2557413

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 15 June, 2006 |
| Effective Date: | 19 June, 2006 |
| Termination Date: | 19 June, 2013, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD10,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 19 June, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD161,000.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 6.50% per annum |
| Floating Amount Payer Payment Dates: | The 19th calendar day of each month, from and including 19 July, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |
| **Miscellaneous:** | |
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

***Relationship Between the Parties.*** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i)    **Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

(ii)    **Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

07/20/2006    10:31    LEH    → 916469859551                                NO.287    P03

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                          Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**      **U.S. AgBank, FCB**

By: _____
Name:   Craig A. Olsen
Title:  V.P. - Treasurer
        August 14, 2006

Lorna Brown
Authorized Signatory
Lehman Brothers Special Financing Inc

10/14/09  13:36 FAX 316 266 5770          FCBW FINANCE                                                    022

08-13555-mg    Doc 10494-2    Filed 07/28/10    Entered 07/28/10 16:17:20    Exhibit B  12-09
FCB Page 22 of 72                                                                        002
07/28/06  16:08 FAX 316 266 5770          FCB FINANCE

7/25/2008 1:41 PM  PAGE   2/004   Lehman Brothers

# LEHMAN BROTHERS

### Transaction

Date:        25 July, 2006

To:          U.S. AgBank, FCB
             Attention:    Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile: (+1) 646-885-9551 (United States of America)
             Telephone: 212-526-2146 Susanna Khaimova

Ref. Numbers: Risk ID: 1264783L / Effort ID: N1010878 / Global Deal ID: 2603498

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 24 July, 2006 |
| Effective Date: | 26 July, 2006 |
| Termination Date: | 26 July, 2014, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD50,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 26 July, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD1,425,000.00 |

**Floating Amounts:**

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 6.00% per annum |
| Floating Amount Payer Payment Dates: | The 26th calendar day of each month, from and including 26 August, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| Business Days: | London; New York |
| Miscellaneous: | |
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

*Relationship Between the Parties.* **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i) **Evaluation and Understanding**. **It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

(ii) **Status of Parties**. **The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                        Accepted and agreed to:

Lehman Brothers Special Financing Inc.  U.S. AgBank, FCB

By: _Diana A. Masterpaln-Harris_
Name: Dina A Masterpaln-Harris
Title: Authorized Signatory

                                        By: _____
                                        Name: Craig A. Olsen
                                        Title: V.P. Treasurer
                                        August 30, 2006

Risk ID: 1264783L / Effort ID: 1010878 / Global Deal ID: 2603498

# LEHMAN BROTHERS

### Transaction

Date:        15 August, 2006

To:          U.S. AgBank, FCB
             Attention: Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile: (+1) 646-885-9551 (United States of America)
             Telephone: 212-526-2146 Susanna Khaimova

Ref. Numbers:  Risk ID: 1280281L / Effort ID: N1028910 / Global Deal ID: 2625944

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

### General Terms:

| | |
|---|---|
| Trade Date: | 11 August, 2006 |
| Effective Date: | 15 August, 2006 |
| Termination Date: | 15 August, 2013, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD15,000,000.00 |

### Fixed Amounts:

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 15 August, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD31,125.00 |

### Floating Amounts:

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 9.25% per annum |
| Floating Amount Payer Payment Dates: | The 15th calendar day of each month, from and including 15 September, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |
| **Miscellaneous:** | |
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

***Relationship Between the Parties.*** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i)  ***Evaluation and Understanding.***  **It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

(ii)  ***Status of Parties.***  **The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                            Accepted and agreed to:

Lehman Brothers Special Financing Inc.      U.S. AgBank, FCB

By: _Dina A. Masterpalo-Harris_
Name: Dina A Masterpalo-Harris
Title:  Authorized Signatory
                                            By: _____
                                            Name:
                                            Title:  Craig A. Olsen
                                                    Vice President – Treasurer.
                                                    September 29, 2006

Risk ID: 1280281L / Effort ID: 1028910 / Global Deal ID: 2625944

# LEHMAN BROTHERS

## Transaction

Date:         19 October, 2006

To:           U.S. AgBank, FCB
              Attention:        Documentation Unit

From:         Lehman Brothers Special Financing Inc.
              Confirmations Group
              Facsimile:        (+1) 646-885-9551 (United States of America)
              Telephone:        (212) 320-0110 Joshua F. Boyer

Ref. Numbers: Risk ID: 1331569L / Effort ID: N1096507 / Global Deal ID: 2709727

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

|                              |                                                                                          |
|------------------------------|------------------------------------------------------------------------------------------|
| Trade Date:                  | 18 October, 2006                                                                         |
| Effective Date:              | 20 October, 2006                                                                         |
| Termination Date:            | 20 October, 2010, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount:             | USD50,000,000.00                                                                         |

**Fixed Amounts:**

|                                   |                                                                                          |
|-----------------------------------|------------------------------------------------------------------------------------------|
| Fixed Amount Payer:               | Party B                                                                                  |
| Fixed Amount Payer Payment Dates: | 20 October, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount:                     | USD91,000.00                                                                            |

**Floating Amounts:**

10/14/09 13:39 FAX 316 266 5770 FCBW FINANCE ☒029

10/19/06 16:20 FAX 316 266 5770 PAGE 3/004 Lehman Brothers
08-13555-jmp Doc 10494-2 Filed 07/28/10 Entered 07/28/10 16:17:20 Exhibit B
10/19/2006 11:23 AM Pg 29 of 72

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 7.00% per annum |
| Floating Amount Payer Payment Dates: | The 20th calendar day of each month, from and including 20 November, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |
| **Miscellaneous:** | |
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

**_Relationship Between the Parties._** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

   **(i)**    **Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

   **(ii)**    **Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Risk ID: 1331569L / Effort ID: 1096507 / Global Deal ID: 2709727

10/14/09  13:40 FAX 316 266 5770          FCBW FINANCE                                    ☑030

08-13555-mg    Doc 10494-2    Filed 07/28/10    Entered 07/28/10 16:17:20    Exhibit B
10/19/06  16:26 FAX 316 266 5770      FCBW FINANCE                              ☑010
                            10/19/2006 11:28:30 of 72GE    4/004    Lehman Brothers

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                          Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**      **U.S. AgBank, FCB**

By: _Dina A. Masterpats-Harris_
Name:  Dina A. Masterpalo-Harris
Title:   Authorized Signatory

By: _____
Name:   Craig A. Olsen
Title:    Vice President - Treasurer

--

Risk ID: 1331569L / Effort ID: 1096507 / Global Deal ID: 2709727

# LEHMAN BROTHERS

### Transaction

| | |
|---|---|
| Date: | 18 December, 2006 |
| To: | U.S. AgBank, FCB |
| Attention: | Documentation Unit |

| | | |
|---|---|---|
| From: | Lehman Brothers Special Financing Inc. | |
| | Orietta Echeverria | Confirmations Group |
| | Facsimile: | (+1) 646-885-9551 (United States of America) |
| | Telephone: | 212-320-0131 |

Ref. Numbers: Risk ID: 1357987L / Effort ID: N1133554 / Global Deal ID: 2755185

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 20 November, 2006 |
| Effective Date: | 22 November, 2006 |
| Termination Date: | 22 November, 2013, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD100,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 22 November, 2006, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD630,000.00 |

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 7.00% per annum |
| Floating Amount Payer Payment Dates: | The 22nd calendar day of each month, from and including 22 December, 2006 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

*Relationship Between the Parties.* Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

    (i)    Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

    (ii)    Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,

Lehman Brothers Special Financing Inc.

By: *Dina A. Masterpalo-Harris*
Name: Dina A Masterpalo-Harris
Title: Authorized Signatory

Accepted and agreed to:

U.S. AgBank, FCB

By: _____
Name:
Title:    Craig A. Olsen
          Vice President – Treasurer
          February 20, 2007

# LEHMAN BROTHERS

### Transaction

| | |
|---|---|
| Date: | 29 October, 2007 |
| To: | U.S. AgBank, FCB |
| | Attention: Documentation Unit |
| | |
| From: | Lehman Brothers Special Financing Inc. |
| | Confirmations Group |
| | Facsimile: (+1) 646-885-9551 (United States of America) |
| | Telephone: {name and phone number of Lehman contact} |

Ref. Numbers: Risk ID: 1684601L / Effort ID: N1687887 / Global Deal ID: 3434072

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 22 October, 2007 |
| Effective Date: | 24 October, 2007 |
| Termination Date: | 24 October, 2014, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD30,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 24 October, 2007, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD477,000.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 6.00% per annum |
| Floating Amount Payer Payment Dates: | The 24th calendar day of each month, from and including 26 November, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:**  London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

*Relationship Between the Parties.* Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)   Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)   Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.


Yours sincerely,                              Accepted and agreed to:

Lehman Brothers Special Financing Inc.        U.S. AgBank, FCB


By: _____                 By: _____
Name: Dina Masterpalo-Harris                   Name: Craig A. Olsen
Title:  Authorized Signatory                   Title:  Vice President – Treasurer
                                                        11/27/07

# LEHMAN BROTHERS

### Transaction

Date:            26 November, 2007

To:              U.S. AgBank, FCB
                 Attention:      Documentation Unit

From:            Lehman Brothers Special Financing Inc.
                 Confirmations Group
                 Facsimile:      (+1) 646-885-9551 (United States of America)
                 Telephone:      {name and phone number of Lehman contact}

Ref. Numbers:  Risk ID: 1707375L / Effort ID: N1731593 / Global Deal ID: 3481679

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

### General Terms:

| | |
|---|---|
| Trade Date: | 14 November, 2007 |
| Effective Date: | 16 November, 2007 |
| Termination Date: | 16 November, 2010, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD25,000,000.00 |

### Fixed Amounts:

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 16 November, 2007, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD181,250.00 |

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 4.75% per annum |
| Floating Amount Payer Payment Dates: | The 16th calendar day of each month, from and including 17 December, 2007 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| **Business Days:** | London; New York |

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

***Relationship Between the Parties.*** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i)     <u>Evaluation and Understanding</u>. **It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

(ii)    <u>Status of Parties</u>. **The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                            Accepted and agreed to:

Lehman Brothers Special Financing Inc.      U.S. AgBank, FCB


By:                                         By:
Name: Dina Masterpalo-Harris               Name:    Craig A. Olsen
Title: Authorized Signatory                Title:   Vice President - Treasurer
                                                    January 2, 2008

# LEHMAN BROTHERS

### Transaction

Date:        6 December, 2007

To:          U.S. AgBank, FCB
             Attention:     Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile:     (+1) 646-885-9551 (United States of America)
             Telephone:     {name and phone number of Lehman contact}

Ref. Numbers:  Risk ID: 1717487L / Effort ID: N1749163 / Global Deal ID: 3498987

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 26 November, 2007 |
| Effective Date: | 27 December, 2007 |
| Termination Date: | 27 December, 2010, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD20,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 28 November, 2007, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD278,000.00 |

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 4.00% per annum |
| Floating Amount Payer Payment Dates: | The 27th calendar day of each month, from and including 28 January, 2008 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:**    London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A, *subject to the agreement.* |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

***Relationship Between the Parties.*** **Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):**

(i)     **Evaluation and Understanding.** **It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.**

(ii)    **Status of Parties.** **The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.**

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,

Accepted and agreed to:

**Lehman Brothers Special Financing Inc.**

**U.S. AgBank, FCB**

By: _____

Name: Dina Masterpalo-Harris

Title: Authorized Signatory

By: _____

Name: Craig A. Olsen

Title: Vice President – Treasurer

# LEHMAN BROTHERS

Transaction

Date:           27 February, 2008

To:             U.S. AgBank, FCB
                Attention:      Documentation Unit

From:           Lehman Brothers Special Financing Inc.
                Confirmations Group
                Facsimile:      (+1) 646-885-9551 (United States of America)
                Telephone:      (+1) 212-320-0690 Jon Carrera

Ref. Numbers:   Risk ID: 1825459L / Effort ID: N1924884 / Global Deal ID: 3673474

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the
transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A")
and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a
"Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of
14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the
"Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as
expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International
Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In
the event of any inconsistency between the Definitions and the terms of this Confirmation, this
Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall
be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

General Terms:

Trade Date:                             26 February, 2008

Effective Date:                         28 February, 2008

Termination Date:                       28 January, 2015, subject to adjustment in accordance
                                        with the Modified Following Business Day
                                        Convention.

Notional Amount:                        USD30,000,000.00

Fixed Amounts:

Fixed Amount Payer:                     Party B

Fixed Amount Payer Payment Dates:       28 February, 2008, subject to adjustment in
                                        accordance with the Following Business Day
                                        Convention.

Fixed Amount:                           USD635,250.00

**Floating Amounts:**

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 6.00% per annum |
| Floating Amount Payer Payment Dates: | The 28th calendar day of each month, from and including 28 March, 2008 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |

**Business Days:** London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

10/14/09  13:46 FAX 316 266 5770          FCBW FINANCE                                        045

08-13555-mg   Doc 10494-2   Filed 07/28/10   Entered 07/28/10 16:17:20   Exhibit B
03/06/08  11:20 FAX 316 266 57¨¨          FCBW FINANCE   Pg 45 of 72
                    2/1  2008  8:58 PM  PAGE    4/004   Fax Server

*Relationship Between the Parties.* Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)  Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)  Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                          Accepted and agreed to:

Lehman Brothers Special Financing Inc.    U.S. AgBank, FCB


By: *Dina Masterpalo-Harris*              By: 
Name: Dina Masterpalo-Harris             Name: Craig A. Olsen
Title: Authorized Signatory              Title: Vice President – Treasurer
                                                 April 24, 2008

Risk ID: 1825459L / Effort ID: 1924884 / Global Deal ID: 3673474

# LEHMAN BROTHERS

Transaction

| | |
|---|---|
| Date: | 7 April, 2008 |
| To: | U.S. AgBank, FCB |
| | Attention:      Documentation Unit |
| From: | Lehman Brothers Special Financing Inc. |
| | Confirmations Group |
| | Facsimile:      (+1) 646-885-9551 (United States of America) |
| | Telephone:     (+1) 212-320-0110 (David Ortiz) |

Ref. Numbers:   Risk ID: 1867931L / Effort ID: N1996281 / Global Deal ID: 3738870

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2006 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date: | 27 March, 2008 |
| Effective Date: | 31 March, 2008 |
| Termination Date: | 03 April, 2015, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Notional Amount: | USD100,000,000.00 |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | 31 March, 2008, subject to adjustment in accordance with the Following Business Day Convention. |
| Fixed Amount: | USD2,147,500.00 |

**Floating Amounts:**

LEHMAN BROTHERS SPECIAL FINANCING INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

| | |
|---|---|
| Floating Amount Payer: | Party A |
| Cap Rate: | 5.50% per annum |
| Floating Amount Payer Payment Dates: | The 3rd calendar day of each month, from and including 03 April, 2008 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 1 month |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Calculation Period |
| Business Days: | London; New York |
| Miscellaneous: | |
| Calculation Agent: | Party A  *subject to the Agreement* |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

_**Relationship Between the Parties.**_ Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)    <u>Evaluation and Understanding</u>.  It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction.  It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)   <u>Status of Parties</u>.  The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                              Accepted and agreed to:

Lehman Brothers Special Financing Inc.        U.S. AgBank, FCB

By: _____                 By: _____
Name:  Dina Masterpalo-Harris                 Name:
Title:   Authorized Signatory                 Title:  Craig A. Olsen
                                                      Vice President - Treasurer
                                                      May 20, 2008

Risk ID: 1867931L / Effort ID: 1996281 / Global Deal ID: 3738870

G: 355519
A.K.

LB VIII - 11

✓ A.K.

## CONFIRMATION

Dated as of June 9, 2003

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 4th Floor
New York, NY 10019

Attention:  Documentation Manager

> SUBJECT:    Swap Transaction between Lehman Brothers Special Financing Inc., whose
> obligations are guaranteed by Lehman Brothers Holdings, Inc., and Western Farm
> Credit Bank

Dear Sirs:

The purpose of this letter agreement is to confirm the terms and conditions of the Swap Transaction entered into between us on the Trade Date listed below (the "Swap Transaction"). This letter agreement constitutes a "Confirmation" as referred to in the ISDA Agreement specified below, and supersedes and replaces any previously executed Confirmation of this Swap Transaction.

1.  The definitions and provisions contained in the 2000 ISDA Definitions (incorporating the June 2000 version of the Annex, the "2000 Definitions"), as published by the International Swaps and Derivatives Association, Inc. ("ISDA"), are incorporated into this Confirmation. The parties agree that this Swap Transaction is a Transaction under the Master Agreement (Multicurrency – Cross Border) of the parties dated as of February 14, 2000. The Master Agreement is comprised of the printed form of such agreement, as published by ISDA, as supplemented and modified by a Schedule (as so supplemented and modified, the "ISDA Agreement"). In the event of any inconsistency between the 2000 Definitions, the ISDA Agreement, and this Confirmation, this Confirmation will govern.

This Confirmation constitutes a binding agreement between you and us and will supplement, form a part of, and be subject to the ISDA Agreement described above.

2.  The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Party A: | Lehman Brothers Special Financing Inc. |
| Party B: | Western Farm Credit Bank |
| Type of Transaction: | Interest Rate Swap |
| Notional Amount: | USD 25,000,000 |
| Trade Date: | June 9, 2003 |
| Effective Date: | June 30, 2003 |

*FFCB 2003swp75.call*

1

Termination Date:                    June 30, 2009, subject to the "Optional Termination Election"
                                     defined below in "Other Provisions"

Business Days:                       New York

**Party A Fixed Amounts:**

Party A Fixed Rate Payer Payment Dates:  Each June 30 and December 30, commencing
December 30, 2003 and the Termination Date, subject to adjustment in accordance with the
Following Business Day Convention with No Adjustment to Period End Dates.

In addition, on December 30, 2003 (the "Premium Payment Date"), Party A shall pay Party B
the amount of USD $56,576 (such amount the "Premium").

Party A Fixed Rate: 3.02%

Party A Fixed Rate Day Count Fraction:  30/360

**Party B Floating Amounts:**

Party B Floating Rate Payer Payment Dates:  Each June 30 and December 30, commencing
December 30, 2003 and the Termination Date, subject to adjustment in accordance with the
Following Business Day Convention with Adjustment to Period End Dates.

Party B Floating Rate Option:  USD-LIBOR-BBA

Spread:  Minus 0.15%

Designated Maturity:  1-month

Reset Dates:  The first day of each Compounding Period

Party B Floating Rate Day Count Fraction:  Actual/360

Compounding:  Applicable, flat

Compounding Dates:  The 30th day of each month, commencing July 30, 2003 and ending
May 30, 2009, subject to adjustment in accordance with the Following Business Day
Convention.

**Other Provisions:**

(a) On June 30, 2004 (the "Repurchase Date") provided that no Event of Default or event that
with the giving of notice or the lapse of time, or both, would constitute such an Event of

Default shall have occurred and be continuing, with respect to Party A, and provided that no Early Termination Date has been designated, Party A may, on the terms and conditions set forth herein, terminate this Swap Transaction (without, however, terminating any other Transactions under the ISDA Agreement, unless Party A shall otherwise be entitled to terminate such other Transactions pursuant to Section 6 of the ISDA Agreement). Party A shall notify Party B telephonically (between the hours of 8:30 a.m. and 4:30 p.m. New York City time) of its election to terminate this Swap Transaction (the "Optional Termination Election") **not less than 9 Business Days** prior to the Repurchase Date designated for termination under this provision, and such notice shall be irrevocable. The Optional Termination Election shall be confirmed by notice in writing by Party A to Party B within a reasonable time after making such election.

(b) The amount payable on the Repurchase Date will be equal to the difference between the accrued Party A Fixed Amount plus the Premium (if such Repurchase Date is the Premium Payment Date) and the accrued Party B Floating Amount, paid by Party A or Party B, as the case may be, to the other party on the Repurchase Date. Notwithstanding the foregoing, if Party A or Party B shall, at the time of termination of this Swap Transaction, be entitled to terminate any other Transactions pursuant to Section 6 of the ISDA Agreement, the amount payable in respect to the termination of all such Transactions (including this Swap Transaction) shall be determined in accordance with Section 6 of the ISDA Agreement.

(c) The designation of the Repurchase Date by Party A shall not affect or suspend any obligations of the parties hereto arising under this Swap Transaction on or prior to the Repurchase Date. Upon the payment of the amount required by the preceding subsection (b), the obligation of each party to make any further payments contemplated by Section 2 of the ISDA Agreement with respect to this Swap Transaction will terminate.

(d) Party A represents that, in the event of any discrepancy between the definitions and conventions used in this Confirmation and the terms of the USD 25 million, Federal Farm Credit Banks Consolidated Systemwide Bonds with an Issue Date of June 30, 2003 and a Maturity Date of June 30, 2009 (CUSIP 31331QU96), the instrument this Swap Transaction is intended to hedge (the "Hedged Instrument"), payments made by Party A hereunder other than the Premium (prior to taking into account any netting allowed by the ISDA Agreement) will be the amount of the scheduled payments of interest to be made in respect of the Hedged Instrument and will be made on the same date as such payments.

3.    Account Details:
      Payments to Party A:
            Account for Payments:
                  JP Morgan Chase Bank NY
                  ABA No: 021-000-021
                  Account No. 066143543 Lehman Brothers Special Financing Inc.

Payments to Party B:
    Account for Payments:
        Western Farm Credit Bank
        ABA#: 1211-4263-0
        WEST FRM CR BK SAC
        Acct# 0024000
        Investments WFCB
        Reference: Swap Transactions

4.     Time for Payments: 4:30 p.m. (New York City time); subject to the provisions of Part 1 (d) of the Schedule

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

**Western Farm Credit Bank**

By:

Name:    Craig A. Olsen

Title:    Vice President - Treasurer

Date:    June 26, 2003

Accepted and confirmed as
of the date first written:

**Lehman Brothers Special Financing Inc.**

By:

Name:    Diana Nottingham
              Vice President
Title:    Lehman Brothers Special Financing Inc.

Date:

Anatoly Kozlov
Authorized signatory
Lehman Brothers Special Financing Inc.

*FFCB 2003swp75.call*

4

# CONFIRMATION

Dated as of June 24, 2003

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 4th Floor
New York, NY 10019

Attention: Documentation Manager

SUBJECT:   Swap Transaction between Lehman Brothers Special Financing Inc., whose obligations are guaranteed by Lehman Brothers Holdings, Inc., and Western Farm Credit Bank

Dear Sirs:

The purpose of this letter agreement is to confirm the terms and conditions of the Swap Transaction entered into between us on the Trade Date listed below (the "Swap Transaction"). This letter agreement constitutes a "Confirmation" as referred to in the ISDA Agreement specified below, and supersedes and replaces any previously executed Confirmation of this Swap Transaction.

1.  The definitions and provisions contained in the 2000 ISDA Definitions (incorporating the June 2000 version of the Annex, the "2000 Definitions"), as published by the International Swaps and Derivatives Association, Inc. ("ISDA"), are incorporated into this Confirmation. The parties agree that this Swap Transaction is a Transaction under the Master Agreement (Multicurrency – Cross Border) of the parties dated as of February 14, 2000. The Master Agreement is comprised of the printed form of such agreement, as published by ISDA, as supplemented and modified by a Schedule (as so supplemented and modified, the "ISDA Agreement"). In the event of any inconsistency between the 2000 Definitions, the ISDA Agreement, and this Confirmation, this Confirmation will govern.

    This Confirmation constitutes a binding agreement between you and us and will supplement, form a part of, and be subject to the ISDA Agreement described above.

2.  The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

    | | |
    |---|---|
    | Party A: | Lehman Brothers Special Financing Inc. |
    | Party B: | Western Farm Credit Bank |
    | Type of Transaction: | Interest Rate Swap |
    | Notional Amount: | USD 25,000,000 |
    | Trade Date: | June 24, 2003 |
    | Effective Date: | July 23, 2003 |

Termination Date:                   July 23, 2009, subject to the "Optional Termination Election"
                                    defined below in "Other Provisions"

Business Days:                      New York

## Party A Fixed Amounts:

Party A Fixed Rate Payer Payment Dates: Each January 23 and July 23, commencing January 23, 2004 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with No Adjustment to Period End Dates.

In addition, on January 23, 2004 (the "Premium Payment Date"), Party A shall pay Party B the amount of USD 56,535 (such amount the "Premium").

Party A Fixed Rate: 3.10%

Party A Fixed Rate Day Count Fraction: 30/360

## Party B Floating Amounts:

Party B Floating Rate Payer Payment Dates: Each January 23 and July 23, commencing January 23, 2004 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with Adjustment to Period End Dates.

Party B Floating Rate Option: USD-LIBOR-BBA

Spread: Minus 0.17%

Designated Maturity: 3-month.

Reset Dates: The first day of each Compounding Period

Party B Floating Rate Day Count Fraction: Actual/360

Compounding: Applicable, flat.

Compounding Dates: The 23rd day of each January, April, July and October commencing October 23, 2003 and ending April 23, 2009, subject to adjustment in accordance with the Following Business Day Convention.

## Other Provisions:

(a) On July 23, 2004 (the "Repurchase Date") provided that no Event of Default or event that with the giving of notice or the lapse of time, or both, would constitute such an Event of Default shall have occurred and be continuing with respect to Party A, and provided that no Early Termination Date has been designated, Party A may, on the terms and conditions set

forth herein, terminate this Swap Transaction (without, however, terminating any other Transactions under the ISDA Agreement, unless Party A shall otherwise be entitled to terminate such other Transactions pursuant to Section 6 of the ISDA Agreement). Party A shall notify Party B telephonically (between the hours of 8:30 a.m. and 4:30 p.m. New York City time) of its election to terminate this Swap Transaction (the "Optional Termination Election") **not less than 9 Business Days** prior to the Repurchase Date designated for termination under this provision, and such notice shall be irrevocable. The Optional Termination Election shall be confirmed by notice in writing by Party A to Party B within a reasonable time after making such election.

(b) The amount payable on the Repurchase Date will be equal to the difference between the accrued Party A Fixed Amount plus the Premium (if such Repurchase Date is the Premium Payment Date) and the accrued Party B Floating Amount, paid by Party A or Party B, as the case may be, to the other party on the Repurchase Date. Notwithstanding the foregoing, if Party A or Party B shall, at the time of termination of this Swap Transaction, be entitled to terminate any other Transactions pursuant to Section 6 of the ISDA Agreement, the amount payable in respect to the termination of all such Transactions (including this Swap Transaction) shall be determined in accordance with Section 6 of the ISDA Agreement.

(c) The designation of the Repurchase Date by Party A shall not affect or suspend any obligations of the parties hereto arising under this Swap Transaction on or prior to the Repurchase Date. Upon the payment of the amount required by the preceding subsection (b), the obligation of each party to make any further payments contemplated by Section 2 of the ISDA Agreement with respect to this Swap Transaction will terminate.

(d) Party A represents that, in the event of any discrepancy between the definitions and conventions used in this Confirmation and the terms of the USD 25 million, Federal Farm Credit Banks Consolidated Systemwide Bonds with an Issue Date of July 23, 2003 and a Maturity Date of July 23, 2009 (CUSIP 31331QY50), the instrument this Swap Transaction is intended to hedge (the "Hedged Instrument"), payments made by Party A hereunder other than the Premium (prior to taking into account any netting allowed by the ISDA Agreement) will be the amount of the scheduled payments of interest to be made in respect of the Hedged Instrument and will be made on the same date as such payments.

3.      Account Details:
        Payments to Party A:
                Account for Payments:
                        JP Morgan Chase Bank NY
                        ABA No: 021-000-021
                        Account No. 066143543 Lehman Brothers Special Financing Inc.


        Payments to Party B:
                Account for Payments:
                        Western Farm Credit Bank
                        ABA#: 1211-4263-0
                        WEST FRM CR BK SAC
                        Acct# 0024000

*FFCB 2003swp89.call*

Investments WFCB
Reference: Swap Transactions

4.      Time for Payments: 4:30 p.m. (New York City time); subject to the provisions of Part
        1 (d) of the Schedule

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this
Confirmation enclosed for that purpose and returning it to us.

**Western Farm Credit Bank**

By:

Name:      Craig A. Olsen

Title:     Vice President    Treasurer

Date:      July 30, 2003

Accepted and confirmed as
of the date first written:

**Lehman Brothers Special Financing Inc.**

By:

Name:      *Anatoly Kozlov*

Title:     Anatoly Kozlov
           Authorized signatory
           Lehman Brothers Special Financing Inc.

Date:

*FFCB 2003swp89.call*                    4

CONFIRMATION

Dated as of October 17, 2003

E-Stat:
364571

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 4th Floor
New York, NY 10019

Attention: Documentation Manager

SUBJECT:    Swap Transaction between Lehman Brothers Special Financing Inc., whose
obligations are guaranteed by Lehman Brothers Holdings, Inc., and U.S. AgBank,
FCB

Dear Sirs:

The purpose of this letter agreement is to confirm the terms and conditions of the Swap Transaction entered
into between us on the Trade Date listed below (the "Swap Transaction"). This letter agreement constitutes a
"Confirmation" as referred to in the ISDA Agreement specified below, and supersedes and replaces any
previously executed Confirmation of this Swap Transaction.

1.   The definitions and provisions contained in the 2000 ISDA Definitions (incorporating the June 2000
version of the Annex, the "2000 Definitions"), as published by the International Swaps and
Derivatives Association, Inc. ("ISDA"), are incorporated into this Confirmation. The parties agree that
this Swap Transaction is a Transaction under the Master Agreement (Multicurrency – Cross Border) of
the parties dated as of February 14, 2000 between Lehman Brothers Special Financing Inc. and
Western Farm Credit Bank to which U.S. AgBank, FCB is the successor, pursuant to the merger of
Western Farm Credit Bank and the Farm Credit Bank of Wichita (the "Master Agreement"). The
Master Agreement is comprised of the printed form of such agreement, as published by ISDA, as
supplemented and modified by a Schedule (as so supplemented and modified, the "ISDA
Agreement"). In the event of any inconsistency between the 2000 Definitions, the ISDA Agreement,
and this Confirmation, this Confirmation will govern.

This Confirmation constitutes a binding agreement between you and us and will supplement, form a
part of, and be subject to the ISDA Agreement described above.

2.   The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Party A: | Lehman Brothers Special Financing Inc. |
| Party B: | U.S. AgBank, FCB |
| Type of Transaction: | Interest Rate Swap |
| Notional Amount: | USD 65,000,000 |

Global 407224

Trade Date:              October 17, 2003

Effective Date:          October 24, 2003

Termination Date:        October 24, 2008

Business Days:           New York

**Party A Fixed Amounts:**

Party A Fixed Rate Payer Payment Dates: Each April 24 and October 24, commencing April 24, 2004 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with No Adjustment to Period End Dates.

Party A Fixed Rate: 3.644%

Party A Fixed Rate Day Count Fraction: 30/360

**Party B Floating Amounts:**

Party B Floating Rate Payer Payment Dates: Each April 24 and October 24, commencing April 24, 2004 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with Adjustment to Period End Dates.

Party B Floating Rate Option:  USD-LIBOR-BBA

Designated Maturity: 3-month

Spread: Minus 0.16%

Reset Dates: The first day of each Compounding Period.

Party B Floating Rate Day Count Fraction:  Actual/360

Compounding:  Applicable, flat

Compounding Dates:  The 24th day of each January, April, July and October, commencing January 24, 2004 and ending July 24, 2008, subject to adjustment in accordance with the Following Business Day Convention.

3.       Account Details:

Payments to Party A:
        Account for Payments:
            JP Morgan Chase Bank NY
            ABA No: 021-000-021
            Account No. 066143543 Lehman Brothers Special Financing Inc.

*FFCB 2003swp149.call*

2

Payments to Party B:
    Account for Payments:
        Federal Reserve Bank of Kansas City
        ABA: 101 104 562
        Credit: Farm Credit Bank of Wichita
        Reference: Swap Transactions

4.      Time for Payments: 4:30 p.m. (New York City time); subject to the provisions of Part 1 (d) of the Schedule

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

**U.S. AgBank, FCB**

By:

Name:    Craig A. Olsen

Title:    Vice President - Treasurer

Date:    November 17, 2003

Accepted and confirmed as
of the date first written:

**Lehman Brothers Special Financing Inc.**

By:

Name:    Anatoly Kozlov
        Authorized signatory
        Lehman Brothers Special Financing Inc.

Title:

Date:

*FFCB 2003swp149.call*

3

S22-09

# LEHMAN BROTHERS

### Transaction

Date:        20 February, 2007

To:          U.S. AgBank, FCB
             Attention:    Documentation Unit

From:        Lehman Brothers Special Financing Inc.
             Confirmations Group
             Facsimile:    (+1) 646-885-9551 (United States of America)
             Telephone:    {name and phone number of Lehman contact}

Ref. Numbers: Risk ID: 1434957L / Effort ID: N1235310 / Global Deal ID: 2882996

---

Dear Sir or Madam:

The purpose of this communication (this "Confirmation") is to confirm the terms and conditions of the transaction (the "Transaction") entered into between Lehman Brothers Special Financing Inc. ("Party A") and U.S. AgBank, FCB ("Party B") on the Trade Date specified below. This Confirmation constitutes a "Confirmation" as referred to in the Agreement specified below.

This Confirmation supplements, forms part of, and is subject to, the ISDA Master Agreement dated as of 14 February, 2000, as amended and supplemented from time to time, between Party A and Party B (the "Agreement"). All provisions contained in the Agreement shall govern this Confirmation except as expressly modified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Definitions and the terms of this Confirmation, this Confirmation will govern. For the purpose of the Definitions, references herein to a "Transaction" shall be deemed to be references to a "Swap Transaction".

The terms of the particular Transaction to which this Confirmation relates are as follows:

**General Terms:**

Trade Date:                    15 February, 2007

Effective Date:                18 December, 2008

Termination Date:              18 December, 2016, subject to adjustment in accordance with the Modified Following Business Day Convention.

Notional Amount:               USD 10,000,000.00

**Floating Amounts:**

Floating Amount Payer:         Party A

Floating Amount Payer Payment Dates: The 18th calendar day of each June and December, from and including 18 December, 2008 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention.

LEHMAN BROTHERS SPECIAL FINANCING INC.
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE, NEW YORK NY 10019

| | |
|---|---|
| Floating Rate Option: | USD-LIBOR-BBA |
| Designated Maturity: | 3 months |
| Spread: | Inapplicable |
| Floating Rate Day Count Fraction: | Actual/360 |
| Reset Dates: | The first day of each Compounding Period |
| Flat Compounding: | Applicable |
| Compounding Dates: | The 18th calendar day of each March, June, September, and December, from and including 18 March, 2009 to but excluding the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |

**Fixed Amounts:**

| | |
|---|---|
| Fixed Amount Payer: | Party B |
| Fixed Amount Payer Payment Dates: | The 18th calendar day of each June and December, from and including 18 June, 2009 to and including the Termination Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Fixed Rate: | 5.199% per annum |
| Fixed Rate Day Count Fraction: | 30/360 |

**Business Days:**     London; New York

**Miscellaneous:**

| | |
|---|---|
| Calculation Agent: | Party A |
| Office: | For the purposes of this Transaction, Party A is not a Multibranch Party, and the Office of Party B is its Head Office. |

*Relationship Between the Parties.* Each party will be deemed to represent to the other party on the date on which it enters into this Transaction that (absent a written agreement between the parties that expressly imposes affirmative obligations to the contrary for this Transaction):

(i)     Evaluation and Understanding. It is capable of assessing the merits of and evaluating and understanding (on its own behalf or through independent professional advice), and understands and accepts, the terms, conditions and risks of this Transaction. It is also capable of assuming, and assumes, the financial and other risks of this Transaction.

(ii)     Status of Parties. The other party is not acting as a fiduciary for or an advisor to it in respect of this Transaction; it being understood that information and explanations related to the terms of the Transaction shall not be considered investment advice.

Risk ID: 1434957L / Effort ID: 1235310 / Global Deal ID: 2882996

Please confirm your agreement with the foregoing by executing this Confirmation and returning such Confirmation, in its entirety, to us at facsimile number (+1) 646-885-9551 (United States of America), Attention: Confirmations Group.

Yours sincerely,                          Accepted and agreed to:

Lehman Brothers Special Financing Inc.    U.S. AgBank, FCB

By: _Dina A. Masterpato-Harris_           _[signature]_                     3-6-07
Name: Dina A Masterpalo-Harris
Title: Authorized Signatory                By: _____
                                           Name: Craig A. Nielsen
                                           Title: Vice President - Treasurer

Risk ID: 1434957L / Effort ID: 1235310 / Global Deal ID: 2882996

CONFIRMATION

Dated as of June 20, 2007

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 4th Floor
New York, NY 10019

Attention:  Documentation Manager

SUBJECT:     Swap Transaction between Lehman Brothers Special Financing Inc., whose
obligations are guaranteed by Lehman Brothers Holdings, Inc., and U.S. AgBank,
FCB

Dear Sir or Madam:

The purpose of this letter agreement is to confirm the terms and conditions of the Swap Transaction entered into between us on the Trade Date listed below (the "Swap Transaction").  This letter agreement constitutes a "Confirmation" as referred to in the ISDA Agreement specified below, and supersedes and replaces any previously executed Confirmation of this Swap Transaction.

1.  The definitions and provisions contained in the 2000 ISDA Definitions (incorporating the June 2000 version of the Annex, the "2000 Definitions"), as published by the International Swaps and Derivatives Association, Inc. ("ISDA"), are incorporated into this Confirmation. The parties agree that this Swap Transaction is a Transaction under the Master Agreement (Multicurrency – Cross Border) of the parties dated as of February 14, 2000, as amended. The Master Agreement is comprised of the printed form of such agreement, as published by ISDA, as supplemented and modified by a Schedule (as so supplemented and modified, the "ISDA Agreement").  In the event of any inconsistency between the 2000 Definitions, the ISDA Agreement, and this Confirmation, this Confirmation will govern.

This Confirmation constitutes a binding agreement between you and us and will supplement, form a part of, and be subject to the ISDA Agreement described above.

2.  The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Party A: | Lehman Brothers Special Financing Inc. |
| Party B: | U.S. AgBank, FCB |
| Type of Transaction: | Interest Rate Swap |
| Notional Amount: | USD 50,000,000 |
| Trade Date: | June 20, 2007 |
| Effective Date: | June 28, 2007 |

*FFCB 2007swp37.call*

Termination Date:         June 28, 2012, subject to the "Optional Termination
                          Election" defined below in "Other Provisions"

Business Days:            New York

## Party A Fixed Amounts:

Party A Fixed Rate Payer Payment Dates: Each June 28 and December 28, commencing December 28, 2007 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with No Adjustment to Period End Dates.

In addition, on June 28, 2007 (the "Premium Payment Date"), Party A shall pay Party B the amount of USD 70,000 (such amount the "Premium")

Party A Fixed Rate: 5.5500%

Party A Fixed Rate Day Count Fraction: 30/360

## Party B Floating Amounts:

Party B Floating Rate Payer Payment Dates: Each June 28 and December 28, commencing December 28, 2007 and the Termination Date, subject to adjustment in accordance with the Following Business Day Convention with Adjustment to Period End Dates.

Party B Floating Rate Option: USD-LIBOR-BBA

Spread: Minus 0.19000%

Designated Maturity: 1-month

Reset Dates: The first day of each Compounding Period

Party B Floating Rate Day Count Fraction: Actual/360

Compounding: Applicable, Flat

Compounding Dates: The 28th day of each month, commencing July 28, 2007 and ending May 28, 2012, subject to adjustment in accordance with the Following Business Day Convention.

## Other Provisions:

(a) On June 28, 2010 (the "Repurchase Date") provided that no Event of Default or event that with the giving of notice or the lapse of time, or both, would constitute such an Event of Default shall have occurred and be continuing with respect to Party A, and provided that no Early Termination Date has been designated, Party A may, on the terms and conditions set forth herein, terminate this Swap Transaction (without, however, terminating any other Transactions under the ISDA Agreement, unless Party A shall otherwise be entitled to terminate such other Transactions pursuant to Section 6 of the ISDA Agreement). Party A shall notify Party B telephonically (between the hours of 8:30 a.m. and 4:30 p.m. New York City

time) of its election to terminate this Swap Transaction (the "Optional Termination Election") **not less than 9 Business Days** prior to the Repurchase Date designated for termination under this provision, and such notice shall be irrevocable. The Optional Termination Election shall be confirmed by notice in writing by Party A to Party B within a reasonable time after making such election.

(b) The amount payable on the Repurchase Date will be equal to the difference between the accrued Party A Fixed Amount plus the Premium (if such Repurchase Date is the Premium Payment Date) and the accrued Party B Floating Amount, paid by Party A or Party B, as the case may be, to the other party on the Repurchase Date. Notwithstanding the foregoing, if Party A or Party B shall, at the time of termination of this Swap Transaction, be entitled to terminate any other Transactions pursuant to Section 6 of the ISDA Agreement, the amount payable in respect to the termination of all such Transactions (including this Swap Transaction) shall be determined in accordance with Section 6 of the ISDA Agreement.

(c) The designation of the Repurchase Date by Party A shall not affect or suspend any obligations of the parties hereto arising under this Swap Transaction on or prior to the Repurchase Date. Upon the payment of the amount required by the preceding subsection (b), the obligation of each party to make any further payments contemplated by Section 2 of the ISDA Agreement with respect to this Swap Transaction will terminate.

(d) Party A represents that, in the event of any discrepancy between the definitions and conventions used in this Confirmation and the terms of the USD 50 million, Federal Farm Credit Banks Consolidated Systemwide Bonds with an Issue Date of June 28, 2007 and a Maturity Date of June 28, 2012 (CUSIP 31331XJ37), the instrument this Swap Transaction is intended to hedge (the "Hedged Instrument"), payments made by Party A hereunder other than the Premium (prior to taking into account any netting allowed by the ISDA Agreement) will be the amount of the scheduled payments of interest to be made in respect of the Hedged Instrument and will be made on the same date as such payments.

3.      Account Details:

    Payments to Party A:
        Account for Payments:
            JP Morgan Chase Bank NY
            ABA No: 021-000-021
            Account No. 066143543 Lehman Brothers Special Financing Inc.

    Payments to Party B:
        Account for Payments:
            Federal Reserve Bank of Kansas City
            ABA: 101 104 562
            Credit: US AGBANK-WICH
            Reference: Swap Transactions

4.      Time for Payments: 4:30 p.m. (New York City time); subject to the provisions of Part 1 (d) of the Schedule

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this

*FFCB 2007swp37.call*                        3

Confirmation enclosed for that purpose and returning it to us.

**U.S. AgBank, FCB**

By:

Name: Craig D. Olsen

Title: Vice President, Treasurer

Date: July 20, 2007

Accepted and confirmed as
of the date first written:

**Lehman Brothers Special Financing Inc.**

By:

Name:

Lorna Brown
Authorized Signatory
Lehman Brothers Special Financing Inc

Title:

Date:

*FFCB 2007swp37.call*    4

## CONFIRMATION

Dated as of July 19, 2007

Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 4th Floor
New York, NY 10019

Attention:  Documentation Manager

SUBJECT:    Swap Transaction between Lehman Brothers Special Financing Inc., whose
obligations are guaranteed by Lehman Brothers Holdings, Inc., and U.S. AgBank,
FCB

Dear Sir or Madam:

The purpose of this letter agreement is to confirm the terms and conditions of the Swap Transaction entered
into between us on the Trade Date listed below (the "Swap Transaction"). This letter agreement constitutes a
"Confirmation" as referred to in the ISDA Agreement specified below, and supersedes and replaces any
previously executed Confirmation of this Swap Transaction.

1.   The definitions and provisions contained in the 2000 ISDA Definitions (incorporating the June 2000
     version of the Annex, the "2000 Definitions"), as published by the International Swaps and
     Derivatives Association, Inc. ("ISDA"), are incorporated into this Confirmation. The parties agree that
     this Swap Transaction is a Transaction under the Master Agreement (Multicurrency – Cross Border) of
     the parties dated as of February 14, 2000, as amended.  The Master Agreement is comprised of the
     printed form of such agreement, as published by ISDA, as supplemented and modified by a Schedule
     (as so supplemented and modified, the "ISDA Agreement").  In the event of any inconsistency
     between the 2000 Definitions, the ISDA Agreement, and this Confirmation, this Confirmation will
     govern.

     This Confirmation constitutes a binding agreement between you and us and will supplement, form a
     part of, and be subject to the ISDA Agreement described above.

2.   The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

|                        |                                            |
|------------------------|--------------------------------------------|
| Party A:               | Lehman Brothers Special Financing Inc.     |
| Party B:               | U.S. AgBank, FCB                           |
| Type of Transaction:   | Interest Rate Swap                         |
| Notional Amount:       | USD 25,000,000                            |
| Trade Date:            | July 19, 2007                             |

*FFCB 2007swp52.call*

1

Effective Date:                    July 27, 2007

Termination Date:                 July 27, 2012, subject to the "Optional Termination
                                  Election" defined below in "Other Provisions"

Business Days:                    New York

**Party A Fixed Amounts:**

Party A Fixed Rate Payer Payment Dates: Each January 27 and July 27, commencing January 27,
2008 and the Termination Date, subject to adjustment in accordance with the Following Business
Day Convention with No Adjustment to Period End Dates.

In addition, on July 27, 2007 (the "Premium Payment Date"), Party A shall pay Party B the
amount of USD 22,500 (such amount the "Premium")

Party A Fixed Rate: 5.6500%

Party A Fixed Rate Day Count Fraction: 30/360

**Party B Floating Amounts:**

Party B Floating Rate Payer Payment Dates: Each January 27 and July 27, commencing January
27, 2008 and the Termination Date, subject to adjustment in accordance with the Following
Business Day Convention with Adjustment to Period End Dates.

Party B Floating Rate Option: USD-LIBOR-BBA

Spread: Minus 0.19000%

Designated Maturity: 1-month

Reset Dates: The first day of each Compounding Period

Party B Floating Rate Day Count Fraction: Actual/360

Compounding: Applicable, Flat

Compounding Dates: The 27th day of each month, commencing August 27, 2007 and ending June
27, 2012, subject to adjustment in accordance with the Following Business Day Convention.

**Other Provisions:**

(a) On January 27, 2009 (the "Repurchase Date") provided that no Event of Default or event that
with the giving of notice or the lapse of time, or both, would constitute such an Event of Default
shall have occurred and be continuing with respect to Party A, and provided that no Early
Termination Date has been designated, Party A may, on the terms and conditions set forth herein,
terminate this Swap Transaction (without, however, terminating any other Transactions under the
ISDA Agreement, unless Party A shall otherwise be entitled to terminate such other Transactions

*FFCB 2007swp52.call*

2

pursuant to Section 6 of the ISDA Agreement). Party A shall notify Party B telephonically (between the hours of 8:30 a.m. and 4:30 p.m. New York City time) of its election to terminate this Swap Transaction (the "Optional Termination Election") **not less than 9 Business Days** prior to the Repurchase Date designated for termination under this provision, and such notice shall be irrevocable. The Optional Termination Election shall be confirmed by notice in writing by Party A to Party B within a reasonable time after making such election.

(b) The amount payable on the Repurchase Date will be equal to the difference between the accrued Party A Fixed Amount plus the Premium (if such Repurchase Date is the Premium Payment Date) and the accrued Party B Floating Amount, paid by Party A or Party B, as the case may be, to the other party on the Repurchase Date. Notwithstanding the foregoing, if Party A or Party B shall, at the time of termination of this Swap Transaction, be entitled to terminate any other Transactions pursuant to Section 6 of the ISDA Agreement, the amount payable in respect to the termination of all such Transactions (including this Swap Transaction) shall be determined in accordance with Section 6 of the ISDA Agreement.

(c) The designation of the Repurchase Date by Party A shall not affect or suspend any obligations of the parties hereto arising under this Swap Transaction on or prior to the Repurchase Date. Upon the payment of the amount required by the preceding subsection (b), the obligation of each party to make any further payments contemplated by Section 2 of the ISDA Agreement with respect to this Swap Transaction will terminate.

(d) Party A represents that, in the event of any discrepancy between the definitions and conventions used in this Confirmation and the terms of the USD 25 million, Federal Farm Credit Banks Consolidated Systemwide Bonds with an Issue Date of July 27, 2007 and a Maturity Date of July 27, 2012 (CUSIP 31331XR79), the instrument this Swap Transaction is intended to hedge (the "Hedged Instrument"), payments made by Party A hereunder other than the Premium (prior to taking into account any netting allowed by the ISDA Agreement) will be the amount of the scheduled payments of interest to be made in respect of the Hedged Instrument and will be made on the same date as such payments.

3.      Account Details:

        Payments to Party A:
              Account for Payments:
                    JP Morgan Chase Bank NY
                    ABA No: 021-000-021
                    Account No. 066143543 Lehman Brothers Special Financing Inc.

        Payments to Party B:
              Account for Payments:
                    Federal Reserve Bank of Kansas City
                    ABA: 101 104 562
                    Credit: US AGBANK-WICH
                    Reference: Swap Transactions

4.      Time for Payments: 4:30 p.m. (New York City time); subject to the provisions of Part

1 (d) of the Schedule

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

**U.S. AgBank, FCB**

By:

Name:   Craig A. Olsen

Title:   Vice President – Treasurer

Date:   August 14, 2007

Accepted and confirmed as
of the date first written:

**Lehman Brothers Special Financing Inc.**

By:

Name:   Lorna Brown

Title:   Authorized Signatory
Lehman Brothers Special Financing Inc

Date:

# FedEx Express® US Airbill

FedEx Tracking Number: 8626 2209 8412

Sender's Copy

**1 From** *Please print and press hard.*

Date 10/9/08

Sender's Name Jim Shanahan

Sender's FedEx Account Number 1091-3356-6

Company U. S. AGBANK, FCB

Phone ( 316 )266-5181

Address 245 N WACO ST

City WICHITA    State KS    ZIP 67202-1121

**2 Your Internal Billing Reference** OPTIONAL
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name Charmaine Williams    Phone (

Company Lehman Brothers - Capital Markets Contracts

Address 1271 Avenue of the Americas

Address 43rd Floor

City New York    State NY    ZIP 10020

0368441406

**4a Express Package Service**  *Packages up to 150 lbs.*

- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**

- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**

- FedEx Envelope ☒
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**

- SATURDAY Delivery
- HOLD Weekday
- HOLD Saturday

Does this shipment contain dangerous goods?

- No ☒
- Yes
- Cargo Aircraft Only

**7 Payment** *Bill to:*

- Sender ☒
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages    Total Weight    Total Declared Value $        .00

**8 Residential Delivery Signature Options**

- No Signature Required
- Direct Signature
- Indirect Signature

519

Satellite Document Retrieval
Simplify the Solution www.satdoc.com

**FedEx** Express — **US Airbill**

FedEx Tracking Number: 8626 2209 8412

Sender's Copy

519

**1  From**  Please print and press hard.

Date  10/9/08

Sender's FedEx Account Number  1091-3356-6

Sender's Name  Jim Shanahan

Phone ( 316 )266 . 5181

Company  U.S. AGBANK, FCB

Address  245 N WACO ST

City  WICHITA    State  KS    ZIP  67202-1121

**2  Your Internal Billing Reference**  OPTIONAL
First 24 characters will appear on invoice.

**3  To**

Recipient's Name  Charmaine Williams    Phone (    )

Company  Lehman Brothers - Capital Markets Contracts

Recipient's Address  1271 Avenue of the Americas

Address  43rd Floor

City  New York    State  NY    ZIP  10020

0368441406

**4a  Express Package Service**

- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b  Express Freight Service**

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5  Packaging**

- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6  Special Handling**

- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7  Payment**  Bill to:

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value  $        .00

**8  Residential Delivery Signature Options**

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Packages up to 150 lbs.

Packages over 150 lbs.