*C.C: Central Records*



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

October 22, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **862622098537**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivery date:** | Oct 22, 2008 09:56 |
| Signed for by: | M.MARISOL  LEHMAN | | |
| Service type: | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 862622098537 | **Ship date:** | Oct 21, 2008 |

| | | |
|---|---|---|
| **Recipient:**<br>US | | **Shipper:**<br>US |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



Español | Customer Support | FedEx Locations | Search          Go

| Package/Envelope | Freight | Expedited | Office/Print Services |
| Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸ |

Track Shipments/FedEx Kinko's Orders          🖨 Printable Version  ❓ Quick Help

## Detailed Results

|  |  |  |  | **Wrong Address?** |
| **Tracking number** | 862622098537 | **Delivered to** | Mailroom | Reduce future mistakes by using |
| **Signed for by** | M.MARISOL LEHMAN | **Service type** | Priority Envelope | FedEx Address Checker. |
| **Ship date** | Oct 21, 2008 |  |  |  |
| **Delivery date** | Oct 22, 2008 9:56 AM |  |  | Tracking a FedEx SmartPost |
|  |  |  |  | Shipment? |
| **Status** | Delivered |  |  | Go to shipper login |
|  |  |  |  |  |
| **Signature image available** | Yes |  |  |  |

| Date/Time |  | Activity | Location | Details |
|---|---|---|---|---|
| **Oct 22, 2008** | 9:56 AM | **Delivered** |  |  |
|  | 8:40 AM | On FedEx vehicle for delivery | NEW YORK, NY |  |
|  | 8:08 AM | At local FedEx facility | NEW YORK, NY |  |
|  | 5:52 AM | Arrived at FedEx location | NEWARK, NJ |  |
|  | 3:43 AM | Departed FedEx location | MEMPHIS, TN |  |
|  | 12:20 AM | Arrived at FedEx location | MEMPHIS, TN |  |
| **Oct 21, 2008** | 10:15 PM | Left FedEx origin facility | WICHITA, KS |  |
|  | 6:20 PM | Picked up | WICHITA, KS |  |

FedEx Desktop:
Tracking at
your fingertips.
Learn more ▸

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your name:** [            ]          **Your e-mail address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |

**Select format:** ◉ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx


,FCB

October 17, 2008

*By Courier:*

Charmaine Williams
Lehman Brothers Special Financing Inc.
Capital Market Contracts – Legal
1271 Avenue of the Americas
43rd Floor
New York, NY 10020

### <u>Notice of Amounts Due to US AgBank, FCB from</u><br><u>Lehman Brothers Special Financing Inc. Due to Early Termination</u>

Re:    ISDA Master Agreement by and between Lehman Brothers Special Financing
Inc.    ("Lehman") and US AgBank, FCB ("AgBank")

Ladies and Gentlemen:

Reference is made to the 1992 ISDA Master Agreement dated as of February 14, 2000
(as amended by the Amendment and Termination Agreement dated as of September 26,
2003, among Lehman, Lehman Brothers Holdings Inc., Western Farm Credit Bank and
the Farm Credit Bank of Wichita), by and between Lehman and AgBank (the
"Agreement").  Capitalized terms used in this letter and not otherwise defined have the
meanings specified in the Agreement.

Pursuant to Section 6(a) of the Agreement, AgBank, FCB hereby notified you by our
letter dated October 9, 2008 (received by you on October 10, 2008) that Lehman was in
default under Sections 5(a)(vii)(2) and (4) of the Agreement as a result of the filing of a
voluntary petition for bankruptcy relief by its Credit Support Provider, Lehman Brothers
Holdings, Inc.

AgBank designated October  14, 2008 as the Early Termination Date for twenty-one
remaining derivative contracts listed on the attached <u>Schedule 1</u> with Lehman Brothers
Special Financing Inc.  The Settlement Amount that is due to AgBank from the
derivatives transactions  on <u>Schedule 1</u> is $ 10,380,591.56 which represents AgBank's
claim against Lehman and its guarantor, Lehman Brothers Holdings, Inc., plus interest at
the Default Rate from the termination date for each termination.

The Default Rate of interest is set forth in Part 1(c) of the Schedule to the Agreement:
"Notwithstanding the provisions of Section 14 the "Default Rate" shall be at a rate equal

to the USD-Federal Funds-H.15 Floating Rate Option plus 2%." Therefore, AgBank's claim will be the termination amounts due from each effective date plus interest at the rate of the Fed Funds Rate plus 2%.

Please review the attached Schedule 1 which provides a deal by deal breakdown of the calculation of the net amount due to AgBank of $ 10,380,591.56 resulting from the net amount due to AgBank on October 15, 2008 for the twenty-one remaining deals that, on that date, were subjected to the early termination provision in the ISDA. Also, please review the enclosed supporting data for how valuations were determined for each transaction.

Please let us know if you have any questions about the valuations or supporting data.

Very truly yours,

Craig A. Olsen
Vice President – Treasurer

# Schedule 1

# US AgBank Derivatives

As of October 14, 2008

## Counterparty:
## Lehman Brothers

**Caps**

| Ref # | Count Ref # | Notional | Maturity |
|---|---|---|---|
| 3-09 | 491770 | 50,000,000 | 4/21/09 |
| 4-09 | 491773 | 50,000,000 | 4/21/11 |
| C8-09 | 2436849 | 25,000,000 | 3/18/13 |
| C9-09 | 2529585 | 10,000,000 | 5/30/13 |
| C10-09 | 2555334 | 15,000,000 | 6/16/09 |
| C11-09 | 2557413 | 10,000,000 | 6/19/13 |
| C12-09 | 2603498 | 50,000,000 | 7/26/14 |
| C13-09 | 2625944 | 15,000,000 | 8/15/13 |
| C14-09 | 2709727 | 50,000,000 | 10/20/10 |
| C15-09 | 2755185 | 100,000,000 | 11/22/13 |
| C16-09 | 3434072 | 30,000,000 | 10/24/14 |
| C17-09 | 3481679 | 25,000,000 | 11/16/10 |
| C18-09 | 3498987 | 20,000,000 | 12/27/10 |
| C19-09 | 3673474 | 30,000,000 | 1/28/15 |
| C20-09 | 3738870 | 100,000,000 | 4/3/15 |

**Swaps**

| Ref # | Count Ref # | Notional | Maturity |
|---|---|---|---|
| VIII-11 | 355519 | 25,000,000 | 6/30/09 |
| IX-11 | 361030 | 25,000,000 | 7/23/09 |
| I-09 | 407224 | 65,000,000 | 10/24/08 |
| S22-09 | 2882996 | 10,000,000 | 12/18/16 |
| S23-09 | 3132174 | 50,000,000 | 6/28/12 |
| S24-09 | 3203126 | 25,000,000 | 7/27/12 |

## US AgBank

## Lehman Brothers
## Derivative Valuation
Interest Rate Caps

| Ref # | Count Ref # | Notional | Maturity | Strike | HSBC | Citi | WB | BoA | MS | Mid Avg |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-09 | 491770 | 50,000,000 | 4/21/09 | 7.5 | [redacted] | 2.50 | 5.15 | $ 4,500.00 | [redacted] | $ 1,502.55 |
| 4-09 | 491773 | 50,000,000 | 4/21/11 | 7.5 | $ 74,521.00 | [redacted] | $ 40,607.66 | [redacted] | $ 29,245.00 | $ 48,124.55 |
| C8-09 | 2436849 | 25,000,000 | 3/18/13 | 6.5 | $ 266,990.00 | $ 216,500.00 | $ 221,763.11 | [redacted] | [redacted] | $ 235,084.37 |
| C9-09 | 2529585 | 10,000,000 | 5/30/13 | 7 | $ 91,294.00 | $ 70,500.00 | $ 73,396.68 | [redacted] | [redacted] | $ 78,396.89 |
| C10-09 | 2555334 | 15,000,000 | 6/16/09 | 5.5 | [redacted] | $ 3,000.00 | [redacted] | $ 5,200.00 | $ 603.00 | $ 2,934.33 |
| C11-09 | 2557413 | 10,000,000 | 6/19/13 | 6.5 | $ 122,440.00 | $ 98,500.00 | $ 100,648.34 | [redacted] | [redacted] | $ 107,196.11 |
| C12-09 | 2603498 | 50,000,000 | 7/26/14 | 6 | $ 1,130,246.00 | $ 1,002,000.00 | $ 1,006,783.33 | [redacted] | [redacted] | $ 1,046,343.11 |
| C13-09 | 2625944 | 15,000,000 | 8/15/13 | 9.25 | $ 44,073.00 | $ 25,500.00 | $ 33,101.70 | [redacted] | $ 22,991.00 | $ 34,224.90 |
| C14-09 | 2709727 | 50,000,000 | 10/20/10 | 7 | $ 32,855.00 | [redacted] | $ 20,470.34 | [redacted] | $ 15,311.00 | $ 22,878.78 |
| C15-09 | 2755185 | 100,000,000 | 11/22/13 | 7 | $ 1,057,171.00 | $ 881,500.00 | $ 913,817.05 | [redacted] | [redacted] | $ 950,829.35 |
| C16-09 | 3434072 | 30,000,000 | 10/24/14 | 6 | $ 724,167.00 | $ 647,500.00 | $ 650,078.18 | [redacted] | [redacted] | $ 673,915.06 |
| C17-09 | 3481679 | 25,000,000 | 11/16/10 | 4.75 | $ 98,989.00 | $ 80,000.00 | [redacted] | [redacted] | $ 79,625.00 | $ 86,204.67 |
| C18-09 | 3498987 | 20,000,000 | 12/27/10 | 4 | [redacted] | $ 137,000.00 | [redacted] | $ 165,000.00 | $ 142,760.00 | $ 148,253.33 |
| C19-09 | 3673474 | 30,000,000 | 1/28/15 | 6 | $ 777,945.00 | $ 680,000.00 | $ 700,542.62 | [redacted] | [redacted] | $ 719,495.87 |
| C20-09 | 3738870 | 100,000,000 | 4/3/15 | 5.5 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | $ 3,274,322.57 |
|  |  |  |  |  | $ 3,505,745.00 | $ 3,155,500.00 | $ 3,161,722.70 |  |  | $ 7,429,706.45 |

# US AgBank

## Lehman Brothers
## Derivative Valuation
### Interest Rate Swaps

| Ref # | Count Ref # | Notional | Maturity | Rec Rate | Pay Rate | HSBC | Citi | WB | BoA | MS | Mid Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII-11 | 355519 | 25,000,000 | 6/30/09 | 3.02 | 1M LIBOR | $ 129,175.52 | | $ 98,961.46 | | $ 108,837.52 | $ 112,324.83 |
| IX-11 | 361030 | 25,000,000 | 7/23/09 | 3.1 | 3M LIBOR | | | $ 88,576.56 | $ 92,779.65 | $ 93,170.65 | $ 91,508.96 |
| I-09 | 407224 | 65,000,000 | 10/24/08 | 3.664 | 3M LIBOR | | | $ 313,033.80 | $ 325,129.40 | $ 312,558.40 | $ 316,907.20 |
| S22-09 | 2882996 | 10,000,000 | 12/18/16 | 3M LIBOR | 5.199 | $ (467,393.00) | $ (494,050.00) | | | $ (457,770.00) | $ (473,071.00) |
| S23-09 | 3132174 | 50,000,000 | 6/28/12 | 5.55 | 1M LIBOR | | | $ 2,524,011.69 | $ 2,570,090.75 | $ 2,627,529.75 | $ 2,573,877.39 |
| S24-09 | 3203126 | 25,000,000 | 7/27/12 | 5.65 | 1M LIBOR | | | $ 310,668.01 | $ 337,481.58 | $ 339,863.58 | $ 329,337.72 |
| | | | | | | | | | | | $ 2,950,885.11 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | 3-09 |
| Counterparty Ref # | 491770 |
| | |
| Trade Date | 4/19/04 |
| Settlement Date | 4/21/04 |
| Maturity Date | 4/21/09 |
| | |
| Notional Amount | 50,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 7.50% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | HSBC | $ 5,000.00 |
| Lowest | Morgan Stanley | $ - |
| | Wachovia | $ 5.15 |
| | BoA | $ 4,500.00 |
| | Citi | $ 2.50 |
| Average | | $ 1,502.55 |

# US AgBank

# Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | 4-09 |
| Counterparty Ref # | 491773 |
| Trade Date | 4/19/04 |
| Settlement Date | 4/21/04 |
| Maturity Date | 4/21/11 |
| Notional Amount | 50,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 7.50% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 80,000.00 |
| Lowest | Citi | $ 27,000.00 |
| | Wachovia | $ 40,607.66 |
| | HSBC | $ 74,521.00 |
| | Morgan Stanley | $ 29,245.00 |
| Average | | $ 48,124.55 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C8-09 |
| Counterparty Ref # | 2436849 |
| | |
| Trade Date | 3/14/06 |
| Settlement Date | 3/16/06 |
| Maturity Date | 3/18/13 |
| | |
| Notional Amount | 25,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 6.50% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 290,000.00 |
| Lowest | Morgan Stanley | $  72,463.00 |
| | | |
| | Wachovia | $ 221,763.11 |
| | HSBC | $ 266,990.00 |
| | Citi | $ 216,500.00 |
| Average | | $ 235,084.37 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C9-09 |
| Counterparty Ref # | 2529585 |
| | |
| Trade Date | 5/25/06 |
| Settlement Date | 5/30/06 |
| Maturity Date | 5/30/13 |
| | |
| Notional Amount | 10,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 7.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 102,000.00 |
| Lowest | Morgan Stanley | $  65,607.00 |
| | | |
| | Wachovia | $  73,396.68 |
| | HSBC | $  91,294.00 |
| | Citi | $  70,500.00 |
| Average | | $  78,396.89 |

# US AgBank

# Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C10-09 |
| Counterparty Ref # | 2555334 |
| | |
| Trade Date | 6/14/06 |
| Settlement Date | 6/16/06 |
| Maturity Date | 6/16/09 |
| | |
| Notional Amount | 15,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 5.50% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | HSBC | $ 6,274.00 |
| Lowest | Wachovia | $ 280.61 |
| | | |
| | Citi | $ 3,000.00 |
| | BoA | $ 5,200.00 |
| | Morgan Stanley | $ 603.00 |
| Average | | $ 2,934.33 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C11-09 |
| Counterparty Ref # | 2557413 |
| | |
| Trade Date | 6/15/06 |
| Settlement Date | 6/19/06 |
| Maturity Date | 6/19/13 |
| | |
| Notional Amount | 10,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 6.50% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 130,000.00 |
| Lowest | Morgan Stanley | $  93,790.00 |
| | | |
| | Wachovia | $ 100,648.34 |
| | HSBC | $ 122,440.00 |
| | Citi | $  98,500.00 |
| Average | | $ 107,196.11 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C12-09 |
| Counterparty Ref # | 2603498 |
| | |
| Trade Date | 7/24/06 |
| Settlement Date | 7/26/06 |
| Maturity Date | 7/26/14 |
| | |
| Notional Amount | 50,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 6.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 1,201,000.00 |
| Lowest | Morgan Stanley | $ 987,179.00 |
| | Wachovia | $ 1,006,783.33 |
| | HSBC | $ 1,130,246.00 |
| | Citi | $ 1,002,000.00 |
| Average | | $ 1,046,343.11 |

# US AgBank

# Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C13-09 |
| Counterparty Ref # | 2625944 |
| | |
| Trade Date | 8/11/06 |
| Settlement Date | 8/15/06 |
| Maturity Date | 8/15/13 |
| | |
| Notional Amount | 15,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 9.25% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 64,000.00 |
| Lowest | Morgan Stanley | $ 22,981.00 |
| | | |
| | Wachovia | $ 33,101.70 |
| | HSBC | $ 44,073.00 |
| | Citi | $ 25,500.00 |
| Average | | $ 34,224.90 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C14-09 |
| Counterparty Ref # | 2709727 |
| | |
| Trade Date | 10/18/06 |
| Settlement Date | 10/20/06 |
| Maturity Date | 10/20/10 |
| | |
| Notional Amount | 50,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 7.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $  53,000.00 |
| Lowest | Citi | $  11,500.00 |
| | | |
| | Wachovia | $  20,470.34 |
| | HSBC | $  32,855.00 |
| | Morgan Stanley | $  15,311.00 |
| Average | | $  22,878.78 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C15-09 |
| Counterparty Ref # | 2755185 |
| Trade Date | 11/20/06 |
| Settlement Date | 11/22/06 |
| Maturity Date | 11/22/13 |
| Notional Amount | 100,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 7.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 1,223,000.00 |
| Lowest | Morgan Stanley | $ 829,753.00 |
| | Wachovia | $ 913,817.05 |
| | HSBC | $ 1,057,171.00 |
| | Citi | $ 881,500.00 |
| Average | | $ 950,829.35 |

# US AgBank

## Lehman Brothers
## Derivative Valuation

### Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C16-09 |
| Counterparty Ref # | 3434072 |
| Trade Date | 10/22/07 |
| Settlement Date | 10/24/07 |
| Maturity Date | 10/24/14 |
| Notional Amount | 30,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 6.00% |

### Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 780,000.00 |
| Lowest | Morgan Stanley | $ 639,530.00 |
| | Wachovia | $ 650,078.18 |
| | HSBC | $ 724,167.00 |
| | Citi | $ 647,500.00 |
| Average | | $ 673,915.06 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C17-09 |
| Counterparty Ref # | 3481679 |
| Trade Date | 11/14/07 |
| Settlement Date | 11/16/07 |
| Maturity Date | 11/16/10 |
| Notional Amount | 25,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 4.75% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 112,000.00 |
| Lowest | Wachovia | $ 77,444.79 |
| | Citi | $ 80,000.00 |
| | HSBC | $ 98,989.00 |
| | Morgan Stanley | $ 79,625.00 |
| Average | | $ 86,204.67 |

# US AgBank

## Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C18-09 |
| Counterparty Ref # | 3498987 |
| | |
| Trade Date | 11/26/07 |
| Settlement Date | 12/27/07 |
| Maturity Date | 12/27/10 |
| | |
| Notional Amount | 20,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 4.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | HSBC | $ 172,849.00 |
| Lowest | Wachovia | $ 134,918.77 |
| | | |
| | Citi | $ 137,000.00 |
| | BoA | $ 165,000.00 |
| | Morgan Stanley | $ 142,760.00 |
| Average | | $ 148,253.33 |

# US AgBank

# Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C19-09 |
| Counterparty Ref # | 3673474 |
| | |
| Trade Date | 2/26/08 |
| Settlement Date | 2/28/08 |
| Maturity Date | 1/28/15 |
| | |
| Notional Amount | 30,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 6.00% |

## Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 830,000.00 |
| Lowest | Morgan Stanley | $ 362,171.00 |
| | | |
| | Wachovia | $ 700,542.62 |
| | HSBC | $ 777,945.00 |
| | Citi | $ 680,000.00 |
| Average | | $ 719,495.87 |

# US AgBank

## Lehman Brothers
## Derivative Valuation

### Transaction Detail

| | |
|---|---|
| Type | CAP |
| Ref # | C20-09 |
| Counterparty Ref # | 3738870 |
| Trade Date | 3/27/08 |
| Settlement Date | 3/31/08 |
| Maturity Date | 4/3/15 |
| Notional Amount | 100,000,000 |
| Index | 1M LIBOR |
| Cap Strike | 5.50% |

### Bid Detail

| | | Bid Amount |
|---|---|---|
| Highest | BoA | $ 3,620,000.00 |
| Lowest | Morgan Stanley | $ 1,873,122.00 |
| | Wachovia | $ 3,161,722.70 |
| | HSBC | $ 3,505,745.00 |
| | Citi | $ 3,155,500.00 |
| Average | | $ 3,274,322.57 |

# US AgBank

# Lehman Brothers
## Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | VIII-11 |
| Counterparty Ref # | 355519 |
| Trade Date | 6/9/03 |
| Settlement Date | 6/30/03 |
| Maturity Date | 6/30/09 |
| Notional Amount | 25,000,000 |
| Pay Rate | 1M LIBOR |
| Receive Rate | 3.020% |

## Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | BoA | $ 140,000.00 | $ 37,846.52 | $ 177,846.52 |
| Lowest | Citi | $ 36,153.48 | $ 37,846.52 | $ 74,000.00 |
| | HSBC | $ 91,329.00 | $ 37,846.52 | $ 129,175.52 |
| | Wachovia | $ 61,114.94 | $ 37,846.52 | $ 98,961.46 |
| | Morgan Stanley | $ 70,991.00 | $ 37,846.52 | $ 108,837.52 |
| Average | | $ 74,478.31 | $ 37,846.52 | $ 112,324.83 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | IX-11 |
| Counterparty Ref # | 361030 |
| | |
| Trade Date | 6/24/03 |
| Settlement Date | 7/23/03 |
| Maturity Date | 7/23/09 |
| | |
| Notional Amount | 25,000,000 |
| Pay Rate | 3M LIBOR |
| Receive Rate | 3.100% |

## Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | Citi | $ 69,220.35 | $ 27,779.65 | $ 97,000.00 |
| Lowest | HSBC | $ 47,787.00 | $ 27,779.65 | $ 75,566.65 |
| | Morgan Stanley | $ 65,391.00 | $ 27,779.65 | $ 93,170.65 |
| | BoA | $ 65,000.00 | $ 27,779.65 | $ 92,779.65 |
| | Wachovia | $ 60,796.91 | $ 27,779.65 | $ 88,576.56 |
| Average | | $ 63,729.30 | $ 27,779.65 | $ 91,508.96 |

# US AgBank

## Lehman Brothers
## Derivative Valuation

### Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | I-09 |
| Counterparty Ref # | 407224 |
| | |
| Trade Date | 10/17/03 |
| Settlement Date | 10/24/03 |
| Maturity Date | 10/24/08 |
| | |
| Notional Amount | 65,000,000 |
| Pay Rate | 3M LIBOR |
| Receive Rate | 3.664% |

### Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | HSBC | $ 159,248.00 | $ 295,129.40 | $ 454,377.40 |
| Lowest | Citi | $ 870.60 | $ 295,129.40 | $ 296,000.00 |
| | Morgan Stanley | $ 17,429.00 | $ 295,129.40 | $ 312,558.40 |
| | BoA | $ 30,000.00 | $ 295,129.40 | $ 325,129.40 |
| | Wachovia | $ 17,904.40 | $ 295,129.40 | $ 313,033.80 |
| Average | | $ 21,777.80 | $ 295,129.40 | $ 316,907.20 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | S22-09 |
| Counterparty Ref # | 2882996 |
| | |
| Trade Date | 2/15/07 |
| Settlement Date | 12/18/08 |
| Maturity Date | 12/18/16 |
| | |
| Notional Amount | 10,000,000 |
| Pay Rate | 5.199% |
| Receive Rate | 3M LIBOR |

## Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | Wachovia | $ (457,570.35) | | $ (457,570.35) |
| Lowest | BoA | $ (3,050,000.00) | | $ (3,050,000.00) |
| | HSBC | $ (467,393.00) | | $ (467,393.00) |
| | Morgan Stanley | $ (457,770.00) | | $ (457,770.00) |
| | Citi | $ (461,500.00) | | $ (494,050.00) |
| Average | | $ (462,221.00) | | $ (473,071.00) |

## US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | S23-09 |
| Counterparty Ref # | 3132174 |
| | |
| Trade Date | 6/20/07 |
| Settlement Date | 6/28/07 |
| Maturity Date | 6/28/12 |
| | |
| Notional Amount | 50,000,000 |
| Pay Rate | 1M LIBOR |
| Receive Rate | 5.550% |

## Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | HSBC | $ 2,421,000.00 | $ 460,090.75 | $ 2,881,090.75 |
| Lowest | Citi | $ 2,045,409.25 | $ 460,090.75 | $ 2,505,500.00 |
| | | | | |
| | BoA | $ 2,110,000.00 | $ 460,090.75 | $ 2,570,090.75 |
| | Wachovia | $ 2,063,920.94 | $ 460,090.75 | $ 2,524,011.69 |
| | Morgan Stanley | $ 2,167,439.00 | $ 460,090.75 | $ 2,627,529.75 |
| Average | | $ 2,113,786.65 | $ 460,090.75 | $ 2,573,877.39 |

# US AgBank

# Lehman Brothers
# Derivative Valuation

## Transaction Detail

| | |
|---|---|
| Type | SWAP |
| Ref # | S24-09 |
| Counterparty Ref # | 3203126 |
| Trade Date | 7/19/07 |
| Settlement Date | 7/27/07 |
| Maturity Date | 7/27/12 |
| Notional Amount | 25,000,000 |
| Pay Rate | 1M LIBOR |
| Receive Rate | 5.650% |

## Bid Detail

| | | Bid Amount | Acc Interest | Total |
|---|---|---|---|---|
| Highest | HSBC | $ 276,400.00 | $ 172,481.58 | $ 448,881.58 |
| Lowest | Citi | $ 94,018.42 | $ 172,481.58 | $ 266,500.00 |
| | BoA | $ 165,000.00 | $ 172,481.58 | $ 337,481.58 |
| | Morgan Stanley | $ 167,382.00 | $ 172,481.58 | $ 339,863.58 |
| | Wachovia | $ 138,186.43 | $ 172,481.58 | $ 310,668.01 |
| Average | | $ 156,856.14 | $ 172,481.58 | $ 329,337.72 |