9384709.1

SUTHERLAND ASBILL & BRENNAN LLP
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for U.S. AgBank, FCB*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **LEHMAN BROTHERS HOLDINGS** | § | Case No. 08-13555 (JMP) |
| **INC.,** *et al.*, | § | |
| | § | |
| Debtors. | § | |

### Certificate of Service

On July 28, 2010, I caused the *Response of U.S. AgBank, FCB to Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims)* to be delivered by electronic notice upon all parties who receive electronic notice of filings in the above-captioned case via the Court's ECF system and by hand delivery upon the parties listed below:

Weil Gotshal & Manges LLP        Milbank, Tweed, Hadley & McCloy LLP
767 Fifth Avenue                 1 Chase Manhattan Plaza
New York, New York 10153         New York, New York  10005
Attn:  Shai Waisman, Esq.        Attn:  Dennis F. Dunne, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Paul Schwartzberg, Esq.

/s/ Mark D. Sherrill
Mark D. Sherrill