**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
:
Debtors.                                 :        **(Jointly Administered)**
:
------------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| **BIM TORINO** | **CREDITO PRIVATO COMMERCIALE SA** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>BIM<br>ATTENTION: LEGAL/COMPLIANCE AND BACK OFFICE DEPARTMENTS<br>VIA GRAMSCI 7<br>10121 TORINO | Court Claim # (if known):   <u>44207</u><br>Amount of Claim as Filed:   <u>US$10,783,770.00</u><br>Amount of Claim Transferred: <u>EUR   90,000.00</u><br>Amount of Claim Transferred: <u>US$   128,124.00</u><br>Date Claim Filed:   <u>Oct. 22, 2009</u> |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     _____     Date:   <u>16th July, 2010</u>
       Transferee/Transferee's Agent
Name:  <u>BARBERO ROBERTO</u>
Title:  <u>HEAD OF BACK OFFICE DEPARTMENT</u>

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA ("Transferor"), unconditionally and irrevocably transfers and assigns to BIM TORINO ("Transferee") an undivided pro rata interest in EUR 90,000.00 (US$ 128,124.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44207 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer.    Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 16th day of July, 2010.

CREDITO PRIVATO COMMERCIALE S.A.,
Transferor

By: _____                    Loris Azzan
Name: Giovanni Bernasconi                        Manager
Title: VD Gen

BANCA INTERMOBILIARE SPA ,
Transferee

By: _____
Name: BARBERO ROBERTO
Title: HEAD OF BACK OFFICE DEPARTMENT