WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION OF COSCAN CONSTRUCTION, LLC FOR RELIEF FROM THE AUTOMATIC STAY

   **PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Coscan Construction, LLC for relief from the automatic stay [Docket No. 7226] (the "Motion"), which was scheduled for August 4, 2010, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to September 22, 2010 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: July 28, 2010
   New York, New York

                 /s/ Shai Y. Waisman
                 Shai Y. Waisman
                 WEIL, GOTSHAL & MANGES LLP
                 767 Fifth Avenue
                 New York, New York 10153
                 Telephone: (212) 310-8000
                 Facsimile: (212) 310-8007

                 Attorneys for Debtors
                 and Debtors in Possession