B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Strategic Value Master Fund, Ltd.
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to transferee should be sent:

Strategic Value Master Fund, Ltd.
c/o Strategic Value Partners LLC
Attn: Marc Sileo/ Amy Sim
100 West Putnam Avenue
Greenwich, CT 06830

Court Claim # (if known): 27880 (16.525656% of such claim)
Amount of Claim as Filed: $6,051,196.98
Amount of Claim Transferred: $1,000,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Phone: 203-618-3574 / 3589
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ JAMES L. VARLEY
Transferee/Transferee's Agent    AUTHORIZED SIGNATURE

Date: April 2, 2010

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

585478.1/9999-00999

Form 210A/B –Transfer of Portion of LBHI Claim # 27880

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 27880 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a 16.52% or $1,000,000 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $6,051,196.98 (the "Claim"). |

It is hereby certified that **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**STRATEGIC VALUE MASTER FUND, LTD.**
c/o Strategic Value Partners LLC
Attn: Marc Sileo / Amy Sim
100 West Putnam Avenue
Greenwich, CT 06830
Phone: (203) 618-3574 / 3589
Fax: (203) 618-3502
legal@svpglobal.com

("Buyer") by assignment agreement dated 23 December 2009, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion..

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23rd day of December 2009.

| Deutsche Bank AG, London Branch | Strategic Value Master Fund, Ltd By: Strategic Value Partners, LLC Its Investment Advisor |
|---|---|
| Name: Michael Sutton Title: Managing Director | Name: Duncan Robertson Title: Director |
| | JAMES L. VARLEY AUTHORIZED SIGNATURE |