B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,       Case No. 08-13555(JMP)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch International Bank Limited, London Branch | Volksbank Paderborn-Höxter Detmold eG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

| Merrill Lynch International Bank Limited, London Branch | Court Claim # (if known): 0000015515 |
|---|---|
| 2 King Edward Street | Amount of Claim: $ 7,611,774.00 |
| London, EC1A 1HQ | |
| United Kingdom | |
| Attn: Stuart Simpson | |
| | Date Claim Filed: September 17, 2009 |
| Phone: +44 (0) 207 995 4754 | Phone: + 49 (0) 5251 294 360 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 26?? November 2009.
Transferee/Transferee's Agent

**Stuart Simpson**
**Authorised Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Evidence of Transfer of Claim

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Volksbank Paderborn-Höxter Detmold eG ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Merrill Lynch International Bank Limited, London Branch. ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of USD 7,611,774.00 under a guarantee from Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 0000015515) filed by Volksbank Paderborn-Höxter Detmold eG with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of November 2009.

Volksbank Paderborn-Höxter Detmold eG

By: _____

Name: Dr. F.M.Keine / Thomas Wulf

Title:


Merrill Lynch International Bank Limited, London Branch

By: _____

Name: Stuart Simpson

Title: Assistant Vice President

Stuart Simpson
Authorised Signatory