B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, London Branch | Sparkasse Erwitte-Anroechte |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 One Finsbury Avenue, London EC2M 2PP
 ENGLAND,  Att'n Sharon Canham

Court Claim # (if known):  16022
Amount of Claim:  $3,707,645.53
Date Claim Filed:  09/18/2009

Phone:  +44 207 567 8000
Last Four Digits of Acct #: _____

Phone:  +49 (2943) 988-841
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nilesh Patel/Sharon Canham          Date: 07/28/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# FORM OF EVIDENCE OF TRANSFER OF CLAIM

To: The Debtor and the Bankruptcy Court for the Southern District of New York

For good and valuable consideration received, the adequacy and sufficiency of which is hereby acknowledged, Sparkasse Erwitte-Anröchte (the "**Seller**") hereby unconditionally and irrevocably sells, transfers, assigns, grants and conveys to UBS AG, London Branch (the "**Purchaser**") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor in Case No. 08-13555 commenced on 15 September 2008 in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), and the proof of claim (Claim No. 0000016022) filed by the Seller with the Bankruptcy Court and acknowledged by Epiq Bankruptcy Solutions LLC by a Filed/Received stamp dated 18 September, 2009 in respect of the foregoing claim.

The Seller hereby waives any objection to the transfer of the claim to the Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Purchaser the foregoing claim, recognizing the Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this....21......day of ...July.......2010.

Executed by SPARKASSE ERWITTE-ANRÖCHTE
By:
Name: Helmut Franke        Stefan Nöcker
Title:   CEO                CEO

Executed by UBS AG, LONDON BRANCH

By:
Name:
Title:

PAULA McFARLANE         H. French
ASSOCIATE DIRECTOR      Director

LNDOCS01/661312.2                              1