# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**,    Case Nos. 08-13555
Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Strategic Value Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Claim No.: 17229

Transferred Claim: $7,444,956.48

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Ronald Torok
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Merrill Lynch Credit Products, LLC

By: _[signature]_    Date: May 28, 2010
Name: Ron Torok
Title: Director

BOA            Fax 6468555732            Jan 28 2005 05:12pm  P003/003

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Strategic Value Master Fund, Ltd.

Strategic Value Master Fund, Ltd., having offices 100 West Putnam Avenue, Greenwich CT 06830 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products LLC, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $7,444,956.48, docketed as Claim No. 17229 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28th day of May, 2010.

Strategic Value Master Fund, Ltd.

By: Strategic Value Partners, LLC
    Its Investment Advisor

Signature: _____
Name:
Title:           JAMES L. VARLEY
                 AUTHORIZED SIGNATURE

Merrill Lynch Credit Products, LLC

Signature: _____
Name:   Roy Totok
Title:  Director

595203.5/1695-00843