**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                      :

In re                             :        **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                        :

          Debtors.               :        **(Jointly Administered)**
                                        :

------------------------------------------------------------------------x    **Ref. Docket No. 10466**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2010, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc., Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004(h), for Authorization to Guarantee Payment of the Fees and Related Charges of Lazard Freres & Co. LLC, as Investment Banker to Lehman Ali, Inc., Incurred in Connection with the Innkeepers Restructuring," dated July 27, 2010, to which was attached the "Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc., Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004(h), for Authorization to Guarantee Payment of the Fees and Related Charges of Lazard Freres & Co. LLC, as Investment Banker to Lehman Ali, Inc., Incurred in Connection with the Innkeepers Restructuring," dated July 27, 2010 [Docket No. 10466], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   iii. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ *Pete Caris*
                                                            Pete Caris

Sworn to before me this
28th day of July, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

LAZARD FRÈRES & CO. LLC
30 ROCKEFELLER PLAZA
NEW YORK, NY 10020
ATTN:   BRANDON AEBERSOLD

**EXHIBIT B**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| adiamond@diamondmccarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| alesia.pinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| amcmullen@boultcummings.com | bankr@zuckerman.com |
| amenard@tishmanspeyer.com | bankruptcy@goodwin.com |
| andrew.brozman@cliffordchance.com | bankruptcy@morrisoncohen.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |
| angelich.george@arentfox.com | barbra.parlin@hklaw.com |
| ann.reynaud@shell.com | bbisignani@postschell.com |

## Email Addresses

bdk@schlamstone.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

brian.corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carlsons@sullcrom.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

## Email Addresses

| | |
|---|---|
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | dirk.roberts@ots.treas.gov |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| davids@blbglaw.com | dladdin@agg.com |
| davidwheeler@mvalaw.com | dlemay@chadbourne.com |
| dbalog@intersil.com | dlipke@vedderprice.com |
| dbarber@bsblawyers.com | dludman@brownconnery.com |
| dbaumstein@whitecase.com | dmcguire@winston.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dckaufman@hhlaw.com | dodonnell@milbank.com |
| dcoffino@cov.com | douglas.bacon@lw.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dowd.mary@arentfox.com |
| ddrebsky@nixonpeabody.com | dpiazza@hodgsonruss.com |
| ddunne@milbank.com | dravin@wolffsamson.com |
| deggermann@kramerlevin.com | drose@pryorcashman.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| deryck.palmer@cwt.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshemano@pwkllp.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dgrimes@reedsmith.com | dtatge@ebglaw.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dwildes@stroock.com |

## Email Addresses

| | |
|---|---|
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| elizabeth.harris@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | graumane@sullcrom.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |
| esmith@dl.com | harrisjm@michigan.gov |
| ezujkowski@emmetmarvin.com | harveystrickon@paulhastings.com |
| ezweig@optonline.net | hbeltzer@morganlewis.com |
| fbp@ppgms.com | heim.steve@dorsey.com |
| feldsteinh@sullcrom.com | heiser@chapman.com |
| ffm@bostonbusinesslaw.com | helmut.olivier@lehman.com |
| fhyman@mayerbrown.com | hirsch.robert@arentfox.com |
| fishere@butzel.com | hollace.cohen@troutmansanders.com |

## Email Addresses

| | |
|---|---|
| holsen@stroock.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jdrucker@coleschotz.com |
| hsnovikoff@wlrk.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jean-david.barnea@usdoj.gov |
| icatto@kirkland.com | jeannette.boot@wilmerhale.com |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |
| ira.herman@tklaw.com | jen.premisler@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.demarco@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.gore@shell.com |
| iva.uroic@dechert.com | jeremy.eiden@state.mn.us |
| jacobsonn@sec.gov | jessica.fink@cwt.com |
| jafeltman@wlrk.com | jfalgowski@reedsmith.com |
| james.mcclammy@dpw.com | jfinerty@pfeiferlaw.com |
| james.sprayregen@kirkland.com | jflaxer@golenbock.com |
| jamestecce@quinnemanuel.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbird@polsinelli.com | jhiggins@fdlaw.com |
| jbromley@cgsh.com | jhorgan@phxa.com |

## Email Addresses

| | |
|---|---|
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jstoll@mayerbrown.com |
| jmaddock@mcguirewoods.com | jtimko@allenmatkins.com |
| jmazermarino@msek.com | jtougas@mayerbrown.com |
| jmcginley@wilmingtontrust.com | judy.morse@crowedunlevy.com |
| jmelko@gardere.com | jwallack@goulstonstorrs.com |
| jmerva@fult.com | jwang@sipc.org |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.mcnicholas@dlapiper.com | jwest@velaw.com |
| john.monaghan@hklaw.com | jwh@njlawfirm.com |
| john.rapisardi@cwt.com | jwhitman@entwistle-law.com |
| joli@crlpc.com | k4.nomura@aozorabank.co.jp |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |
| joseph.cordaro@usdoj.gov | kdwbankruptcydepartment@kelleydrye.com |

## Email Addresses

| | |
|---|---|
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.ewart@wilmerhale.com |
| kiplok@hugheshubbard.com | lisa.kraidin@allenovery.com |
| kkelly@ebglaw.com | ljkotler@duanemorris.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| kmayer@mccarter.com | lmay@coleschotz.com |
| kobak@hugheshubbard.com | lmcgowen@orrick.com |
| korr@orrick.com | lml@ppgms.com |
| kostad@mofo.com | lnashelsky@mofo.com |
| kovskyd@pepperlaw.com | loizides@loizides.com |
| kowens@foley.com | lromansic@steptoe.com |
| kpiper@steptoe.com | lscarcella@farrellfritz.com |
| kressk@pepperlaw.com | lschweitzer@cgsh.com |
| kreynolds@mklawnyc.com | lthompson@whitecase.com |
| kristin.going@dbr.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| krubin@ozcap.com | lwong@pfeiferlaw.com |
| kstahl@whitecase.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@standardchartered.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |
| lawallf@pepperlaw.com | mark.deveno@bingham.com |
| lberkoff@moritthock.com | mark.ellenberg@cwt.com |

## Email Addresses

| | |
|---|---|
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.bury@lehman.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| marvin.clements@ag.tn.gov | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| matthew.morris@lovells.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | mlandman@lcbf.com |
| mberman@nixonpeabody.com | mmendez@hunton.com |
| mbienenstock@dl.com | mmooney@deilylawfirm.com |
| mbossi@thompsoncoburn.com | mmorreale@us.mufg.jp |
| mcademartori@sheppardmullin.com | mmurphy@co.sanmateo.ca.us |
| mcordone@stradley.com | mneier@ibolaw.com |
| mcto@debevoise.com | monica.lawless@brookfieldproperties.com |
| mdorval@stradley.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mpfeifer@pfeiferlaw.com |
| metkin@lowenstein.com | mpucillo@bermanesq.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |
| mgordon@briggs.com | mruetzel@whitecase.com |
| mgreger@allenmatkins.com | mschimel@sju.edu |
| mhopkins@cov.com | mschonholtz@willkie.com |
| michael.bonacker@lehman.com | mshiner@tuckerlaw.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |
| millee12@nationwide.com | mvenditto@reedsmith.com |
| miller@taftlaw.com | mwarren@mtb.com |

## Email Addresses

| | |
|---|---|
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| nherman@morganlewis.com | ptrostle@jenner.com |
| nissay_10259-0154@mhmjapan.com | pwirt@ftportfolios.com |
| nlepore@schnader.com | pwright@dl.com |
| notice@bkcylaw.com | r.stahl@stahlzelloe.com |
| oipress@travelers.com | raj.madan@bingham.com |
| omeca.nedd@lovells.com | rajohnson@akingump.com |
| opetukhova@foley.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.macdonald@wilmerhale.com | rfriedman@silvermanacampora.com |
| peter.simmons@friedfrank.com | rgmason@wlrk.com |
| peter@bankrupt.com | rgraham@whitecase.com |
| pfeldman@oshr.com | rhett.campbell@tklaw.com |
| phayden@mcguirewoods.com | rhs@mccallaraymer.com |

## Email Addresses

| | |
|---|---|
| richard.lear@hklaw.com | rwyron@orrick.com |
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| rjones@boultcummings.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | sara.tapinekis@cliffordchance.com |
| rnies@wolffsamson.com | sbernstein@hunton.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| robert.yalen@usdoj.gov | scott.gibson@dubaiic.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| robin.keller@lovells.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |
| rqureshi@reedsmith.com | sehlers@armstrongteasdale.com |
| rreid@sheppardmullin.com | sfelderstein@ffwplaw.com |
| rroupinian@outtengolden.com | sfineman@lchb.com |
| rrussell@andrewskurth.com | sfox@mcguirewoods.com |
| rterenzi@stcwlaw.com | sgordon@cahill.com |
| rtrust@cravath.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |

## Email Addresses

| | |
|---|---|
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |
| slerner@ssd.com | tbrock@ssbb.com |
| sloden@diamondmccarthy.com | tduffy@andersonkill.com |
| smayerson@ssd.com | teresa.oxford@invescoaim.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas.ogden@dpw.com |
| sory@fdlaw.com | thomas_noguerola@calpers.ca.gov |
| spiotto@chapman.com | thomaskent@paulhastings.com |
| splatzer@platzerlaw.com | timothy.brink@dlapiper.com |
| squigley@lowenstein.com | timothy.palmer@bipc.com |
| sree@lcbf.com | tjfreedman@pbnlaw.com |
| sselbst@herrick.com | tkarcher@dl.com |
| sshimshak@paulweiss.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephanie.wickouski@dbr.com | tmacwright@whitecase.com |
| stephen.cowan@dlapiper.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |
| susheelkirpalani@quinnemanuel.com | twatanabe@mofo.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |

## Email Addresses

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.comwfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| MCCALLA RAYMER LLC LUREECE D LEWIS | 866-761-0279 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |