**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :        **08-13555 (JMP)**
:
Debtors.                              :        **(Jointly Administered)**
:
------------------------------------------------------------------------x        **Ref. Docket No. 10464**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 27, 2010, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code to Amend the Racers Transaction Documents and Terminate Certain Racers Transaction Documents," dated July 27, 2010, to which was attached the "Motion of Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code to Amend the Racers Transaction Documents and Terminate Certain Racers Transaction Documents," dated July 27, 2010 [Docket No. 10464], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*

Pete Caris

Sworn to before me this
28th day of July, 2010

/s/ *Elli Petris*

Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

CHAPMAN AND CUTLER LLP
111 WEST MONROE ST., 18TH FLOOR
CHICAGO, ILLINOIS 60603
ATTN: JAMES E. SPIOTTO

**EXHIBIT B**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| adiamond@diamondmccarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| alesia.pinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| amcmullen@boultcummings.com | bankr@zuckerman.com |
| amenard@tishmanspeyer.com | bankruptcy@goodwin.com |
| andrew.brozman@cliffordchance.com | bankruptcy@morrisoncohen.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |
| angelich.george@arentfox.com | barbra.parlin@hklaw.com |
| ann.reynaud@shell.com | bbisignani@postschell.com |

## Email Addresses

| | |
|---|---|
| bdk@schlamstone.com | charles@filardi-law.com |
| bguiney@pbwt.com | charles_malloy@aporter.com |
| bhinerfeld@sbtklaw.com | charu.chandrasekhar@wilmerhale.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmiller@mofo.com | christian.spieler@lehman.com |
| boneill@kramerlevin.com | christopher.schueller@bipc.com |
| bpershkow@profunds.com | clarkb@sullcrom.com |
| brian.corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brian.pfeiffer@friedfrank.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| btrust@mayerbrown.com | cpappas@dilworthlaw.com |
| btupi@tuckerlaw.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| canelas@pursuitpartners.com | cshore@whitecase.com |
| carlsons@sullcrom.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cbrotstein@bm.net | cweiss@ingramllp.com |
| cgoldstein@stcwlaw.com | dallas.bankruptcy@publicans.com |
| chammerman@paulweiss.com | daniel.guyder@allenovery.com |

## Email Addresses

| | |
|---|---|
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | dirk.roberts@ots.treas.gov |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| davids@blbglaw.com | dladdin@agg.com |
| davidwheeler@mvalaw.com | dlemay@chadbourne.com |
| dbalog@intersil.com | dlipke@vedderprice.com |
| dbarber@bsblawyers.com | dludman@brownconnery.com |
| dbaumstein@whitecase.com | dmcguire@winston.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dckaufman@hhlaw.com | dodonnell@milbank.com |
| dcoffino@cov.com | douglas.bacon@lw.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dowd.mary@arentfox.com |
| ddrebsky@nixonpeabody.com | dpiazza@hodgsonruss.com |
| ddunne@milbank.com | dravin@wolffsamson.com |
| deggermann@kramerlevin.com | drose@pryorcashman.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| deryck.palmer@cwt.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshemano@pwkllp.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dgrimes@reedsmith.com | dtatge@ebglaw.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dwildes@stroock.com |

## Email Addresses

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efile@willaw.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

eli.mattioli@klgates.com

elizabeth.harris@klgates.com

ellen.halstead@cwt.com

eobrien@sbchlaw.com

eric.johnson@hro.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

frank.white@agg.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ticoll@cwt.com

gbray@milbank.com

george.davis@cwt.com

ggraber@hodgsonruss.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

graumane@sullcrom.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

hanh.huynh@cwt.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@morganlewis.com

heim.steve@dorsey.com

heiser@chapman.com

helmut.olivier@lehman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

## Email Addresses

| | |
|---|---|
| holsen@stroock.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jdrucker@coleschotz.com |
| hsnovikoff@wlrk.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jean-david.barnea@usdoj.gov |
| icatto@kirkland.com | jeannette.boot@wilmerhale.com |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |
| ira.herman@tklaw.com | jen.premisler@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.demarco@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.gore@shell.com |
| iva.uroic@dechert.com | jeremy.eiden@state.mn.us |
| jacobsonn@sec.gov | jessica.fink@cwt.com |
| jafeltman@wlrk.com | jfalgowski@reedsmith.com |
| james.mcclammy@dpw.com | jfinerty@pfeiferlaw.com |
| james.sprayregen@kirkland.com | jflaxer@golenbock.com |
| jamestecce@quinnemanuel.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbird@polsinelli.com | jhiggins@fdlaw.com |
| jbromley@cgsh.com | jhorgan@phxa.com |

## Email Addresses

| | |
|---|---|
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jstoll@mayerbrown.com |
| jmaddock@mcguirewoods.com | jtimko@allenmatkins.com |
| jmazermarino@msek.com | jtougas@mayerbrown.com |
| jmcginley@wilmingtontrust.com | judy.morse@crowedunlevy.com |
| jmelko@gardere.com | jwallack@goulstonstorrs.com |
| jmerva@fult.com | jwang@sipc.org |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.mcnicholas@dlapiper.com | jwest@velaw.com |
| john.monaghan@hklaw.com | jwh@njlawfirm.com |
| john.rapisardi@cwt.com | jwhitman@entwistle-law.com |
| joli@crlpc.com | k4.nomura@aozorabank.co.jp |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |
| joseph.cordaro@usdoj.gov | kdwbankruptcydepartment@kelleydrye.com |

## Email Addresses

| | |
|---|---|
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | linda.boyle@twtelecom.com |
| kgwynne@reedsmith.com | lisa.ewart@wilmerhale.com |
| kiplok@hugheshubbard.com | lisa.kraidin@allenovery.com |
| kkelly@ebglaw.com | ljkotler@duanemorris.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| kmayer@mccarter.com | lmay@coleschotz.com |
| kobak@hugheshubbard.com | lmcgowen@orrick.com |
| korr@orrick.com | lml@ppgms.com |
| kostad@mofo.com | lnashelsky@mofo.com |
| kovskyd@pepperlaw.com | loizides@loizides.com |
| kowens@foley.com | lromansic@steptoe.com |
| kpiper@steptoe.com | lscarcella@farrellfritz.com |
| kressk@pepperlaw.com | lschweitzer@cgsh.com |
| kreynolds@mklawnyc.com | lthompson@whitecase.com |
| kristin.going@dbr.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| krubin@ozcap.com | lwong@pfeiferlaw.com |
| kstahl@whitecase.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@standardchartered.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |
| lawallf@pepperlaw.com | mark.deveno@bingham.com |
| lberkoff@moritthock.com | mark.ellenberg@cwt.com |

## Email Addresses

| | |
|---|---|
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.bury@lehman.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| marvin.clements@ag.tn.gov | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| matthew.morris@lovells.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | mlandman@lcbf.com |
| mberman@nixonpeabody.com | mmendez@hunton.com |
| mbienenstock@dl.com | mmooney@deilylawfirm.com |
| mbossi@thompsoncoburn.com | mmorreale@us.mufg.jp |
| mcademartori@sheppardmullin.com | mmurphy@co.sanmateo.ca.us |
| mcordone@stradley.com | mneier@ibolaw.com |
| mcto@debevoise.com | monica.lawless@brookfieldproperties.com |
| mdorval@stradley.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mpfeifer@pfeiferlaw.com |
| metkin@lowenstein.com | mpucillo@bermanesq.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |
| mgordon@briggs.com | mruetzel@whitecase.com |
| mgreger@allenmatkins.com | mschimel@sju.edu |
| mhopkins@cov.com | mschonholtz@willkie.com |
| michael.bonacker@lehman.com | mshiner@tuckerlaw.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |
| millee12@nationwide.com | mvenditto@reedsmith.com |
| miller@taftlaw.com | mwarren@mtb.com |

## Email Addresses

| | |
|---|---|
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| nherman@morganlewis.com | ptrostle@jenner.com |
| nissay_10259-0154@mhmjapan.com | pwirt@ftportfolios.com |
| nlepore@schnader.com | pwright@dl.com |
| notice@bkcylaw.com | r.stahl@stahlzelloe.com |
| oipress@travelers.com | raj.madan@bingham.com |
| omeca.nedd@lovells.com | rajohnson@akingump.com |
| opetukhova@foley.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.macdonald@wilmerhale.com | rfriedman@silvermanacampora.com |
| peter.simmons@friedfrank.com | rgmason@wlrk.com |
| peter@bankrupt.com | rgraham@whitecase.com |
| pfeldman@oshr.com | rhett.campbell@tklaw.com |
| phayden@mcguirewoods.com | rhs@mccallaraymer.com |

## Email Addresses

| | |
|---|---|
| richard.lear@hklaw.com | rwyron@orrick.com |
| richard.levy@lw.com | s.minehan@aozorabank.co.jp |
| richard.tisdale@friedfrank.com | sabin.willett@bingham.com |
| ritkin@steptoe.com | sabramowitz@velaw.com |
| rjones@boultcummings.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | sara.tapinekis@cliffordchance.com |
| rnies@wolffsamson.com | sbernstein@hunton.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| robert.yalen@usdoj.gov | scott.gibson@dubaiic.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| robin.keller@lovells.com | scousins@armstrongteasdale.com |
| ronald.silverman@bingham.com | sdnyecf@dor.mo.gov |
| rqureshi@reedsmith.com | sehlers@armstrongteasdale.com |
| rreid@sheppardmullin.com | sfelderstein@ffwplaw.com |
| rroupinian@outtengolden.com | sfineman@lchb.com |
| rrussell@andrewskurth.com | sfox@mcguirewoods.com |
| rterenzi@stcwlaw.com | sgordon@cahill.com |
| rtrust@cravath.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |

## Email Addresses

| | |
|---|---|
| shgross5@yahoo.com | szuch@wiggin.com |
| shumaker@pursuitpartners.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tarbit@cftc.gov |
| slerner@ssd.com | tbrock@ssbb.com |
| sloden@diamondmccarthy.com | tduffy@andersonkill.com |
| smayerson@ssd.com | teresa.oxford@invescoaim.com |
| smillman@stroock.com | tgoren@mofo.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas.ogden@dpw.com |
| sory@fdlaw.com | thomas_noguerola@calpers.ca.gov |
| spiotto@chapman.com | thomaskent@paulhastings.com |
| splatzer@platzerlaw.com | timothy.brink@dlapiper.com |
| squigley@lowenstein.com | timothy.palmer@bipc.com |
| sree@lcbf.com | tjfreedman@pbnlaw.com |
| sselbst@herrick.com | tkarcher@dl.com |
| sshimshak@paulweiss.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephanie.wickouski@dbr.com | tmacwright@whitecase.com |
| stephen.cowan@dlapiper.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.perlstein@kobrekim.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |
| susheelkirpalani@quinnemanuel.com | twatanabe@mofo.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |

## Email Addresses

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.comwfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| MCCALLA RAYMER LLC LUREECE D LEWIS | 866-761-0279 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |