UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
          Debtors.                               :    (Jointly Administered)
                                                 :
---------------------------------------------------------------------x    Ref. Docket No. 10447

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2010, I caused to be served the "Notice of Corrected Affidavit of Robert M. Keane, Jr. in Support of the Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to March 1, 2010," dated July 27, 2010 [Docket No. 10447], by causing true and correct copies to be:

    i. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
28th day of July, 2010
/s/ *Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

**Email Addresses**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adarwin@nixonpeabody.com

adg@adorno.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agolianopoulos@mayerbrown.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

amarder@msek.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

**Email Addresses**

bdk@schlamstone.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

brian.corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carlsons@sullcrom.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

**Email Addresses**

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

dkleiner@velaw.com

dkozusko@willkie.com

dladdin@agg.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

douglas.bacon@lw.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpiazza@hodgsonruss.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

**Email Addresses**

| | |
|---|---|
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| elizabeth.harris@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | graumane@sullcrom.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |
| esmith@dl.com | harrisjm@michigan.gov |
| ezujkowski@emmetmarvin.com | harveystrickon@paulhastings.com |
| ezweig@optonline.net | hbeltzer@morganlewis.com |
| fbp@ppgms.com | heim.steve@dorsey.com |
| feldsteinh@sullcrom.com | heiser@chapman.com |
| ffm@bostonbusinesslaw.com | helmut.olivier@lehman.com |
| fhyman@mayerbrown.com | hirsch.robert@arentfox.com |
| fishere@butzel.com | hollace.cohen@troutmansanders.com |

**Email Addresses**

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

ian.levy@kobrekim.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jafeltman@wlrk.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jfinerty@pfeiferlaw.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

**Email Addresses**

| | |
|---|---|
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jstoll@mayerbrown.com |
| jmaddock@mcguirewoods.com | jtimko@allenmatkins.com |
| jmazermarino@msek.com | jtougas@mayerbrown.com |
| jmcginley@wilmingtontrust.com | judy.morse@crowedunlevy.com |
| jmelko@gardere.com | jwallack@goulstonstorrs.com |
| jmerva@fult.com | jwang@sipc.org |
| jmr@msf-law.com | jweiss@gibsondunn.com |
| john.mcnicholas@dlapiper.com | jwest@velaw.com |
| john.monaghan@hklaw.com | jwh@njlawfirm.com |
| john.rapisardi@cwt.com | jwhitman@entwistle-law.com |
| joli@crlpc.com | k4.nomura@aozorabank.co.jp |
| jorbach@hahnhessen.com | karen.wagner@dpw.com |
| joseph.cordaro@usdoj.gov | kdwbankruptcydepartment@kelleydrye.com |

**Email Addresses**

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kostad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

**Email Addresses**

| | |
|---|---|
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.bury@lehman.com | mjacobs@pryorcashman.com |
| martin.davis@ots.treas.gov | mjedelman@vedderprice.com |
| marvin.clements@ag.tn.gov | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| matthew.morris@lovells.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | mlandman@lcbf.com |
| mberman@nixonpeabody.com | mmendez@hunton.com |
| mbienenstock@dl.com | mmooney@deilylawfirm.com |
| mbossi@thompsoncoburn.com | mmorreale@us.mufg.jp |
| mcademartori@sheppardmullin.com | mmurphy@co.sanmateo.ca.us |
| mcordone@stradley.com | mneier@ibolaw.com |
| mcto@debevoise.com | monica.lawless@brookfieldproperties.com |
| mdorval@stradley.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mpfeifer@pfeiferlaw.com |
| metkin@lowenstein.com | mpucillo@bermanesq.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |
| mgordon@briggs.com | mruetzel@whitecase.com |
| mgreger@allenmatkins.com | mschimel@sju.edu |
| mhopkins@cov.com | mschonholtz@willkie.com |
| michael.bonacker@lehman.com | mshiner@tuckerlaw.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |
| millee12@nationwide.com | mvenditto@reedsmith.com |
| miller@taftlaw.com | mwarren@mtb.com |

**Email Addresses**

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

omeca.nedd@lovells.com

opetukhova@foley.com

paronzon@milbank.com

patrick.oh@freshfields.com

patrick.schmitz-morkramer@lehman.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

pnichols@whitecase.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

pwirt@ftportfolios.com

pwright@dl.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

rbeacher@daypitney.com

rbernard@bakerlaw.com

rbyman@jenner.com

rchoi@kayescholer.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhs@mccallaraymer.com

**Email Addresses**

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.gibson@dubaiic.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

**Email Addresses**

shgross5@yahoo.com

shumaker@pursuitpartners.com

sidorsky@butzel.com

slerner@ssd.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

sree@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

steele@lowenstein.com

stephanie.wickouski@dbr.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.perlstein@kobrekim.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov

thomaskent@paulhastings.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twatanabe@mofo.com

twheeler@lowenstein.com

**Email Addresses**

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.comwfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

**additional email address**

katietraxler@paulhastings.com

# EXHIBIT B

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| MCCALLA RAYMER LLC LUREECE D LEWIS | 866-761-0279 |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |