UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :    Case No. 08-13555 (JMP)
                                                               :
                                     Debtors.                  :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

Martin E. Beeler certifies:

1. I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

2. On July 29, 2010, I caused to be served true and correct copies of the Limited Objection of Wilmington Trust Company, as Indenture Trustee (the "Objection"), to the Debtors' Eighteenth through Twenty-Fifth Omnibus Objections to Claims (Duplicative of Indenture Trustee Claims) upon the following parties by overnight mail (or, where noted, by hand delivery): (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601 (by hand delivery); (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Shai Y. Waisman), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck), attorneys for the official committee of unsecured creditors.

3. On July 29, 2010, I caused copies of the Objection to be served by electronic notice upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

Dated: New York, New York
       July 29, 2010

/s/ Martin E. Beeler
Martin E. Beeler