## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Special Financing Inc.,    Case Nos. 08-13555
                                                  Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Serengeti Partners L.P.                          JPMorgan Chase Bank, N.A.
_____                            _____
Name of Transferee                               Name of Transferor

                                                 Court Claim #: 66653 (which amends Claim # 14213)

                                                 Transferred Claim: $1,087,100.00

Name and Address where notices to Transferee
should be sent:

Serengeti Partners L.P.
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury
Tel: 212-672-2248
Email: schoudhury@serengeti-am.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI PARTNERS L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____    Date: July 16, 2010
Name:    Wai-Yen Lau
Title:       Director

## PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMORGAN CHASE BANK, N.A.

JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SERENGETI PARTNERS L.P., with offices located at 632 Broadway, 12th Floor, New York, NY 10012 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $1,087,100 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as Claim No. 66653 which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) jointly administered under Case No. 08-13555. *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred from Harbinger Capital Partners Master Fund I, Ltd. to Seller as evidenced at docket No. 10219 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

KL2-#2659399-v1-Serengeti_Partners_-_JPM_-_Harbinger_Assignment_of_Claim_(Downstream)
KL2 2659399.1

IN WITNESS WHEREOF, dated as of the 16 day of July, 2010.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)

Name: David A. Martinez, Authorized Signatory
Title: Associate
Tel.: _____

SERENGETI PARTNERS L.P.

By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____
(Signature of authorized corporate officer)

Name: Wai-Yen Lau
Title: Director
Tel.: _____

13