# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**LYXOR ASSET MANAGEMENT S.A.**
Name of Transferor

Name and Current Address of Transferor

LYXOR ASSET MANAGEMENT S.A.
AS SUB-MANAGER OF THE LYXOR/JULIUS
BAER DIVERSIFIED FIXED INCOME
FUND LIMITED, ATTN: EMILIEN SIMOES
TOURS SOCIETE GENERALE
PARIS - LA DEFENSE CEDEX, 92987
FRANCE

**Proof of Claim #: 19138**
**Total amount of Claim: $286,140.67**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____July 29 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EXHIBIT B**

### EVIDENCE OF TRANSFER OF CLAIM

TO:          Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Contrarian Funds, LLC

**LYXOR/JULIUS BAER DIVERSIFIED FIXED INCOME FUND LIMITED**, located at c/o Lyxor Asset Management, Tours Societé Generale – 17 cours Valmy 92987 Paris – La Défense Cedex - France ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CONTRARIAN FUNDS, LLC**, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("**Buyer**") all right, title and interest in and to the claim of Seller against **LEHMAN BROTHERS HOLDINGS INC.** (which claim arises under a guarantee of Lehman Brothers International (Europe)) given **CLAIM NUMBER 19138** in the amount of **$286,140.67** (collectively the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 13th day of July, 2010.

LYXOR/JULIUS BAER DIVERSIFIED FIXED INCOME FUND LIMITED

By: _____

Name:

Title:      Christopher Chambers
            Director

By: _____

Name:

Title:
            Gildas Briand
            Director

Contrarian Funds, LLC

By: Contrarian Capital Management, L.L.C. as manager

By: _____

Name:

Title:
            JANICE M. STANTON
            MEMBER

84454261_1