UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Ref. Docket Nos. 10212 & 10215

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26th day of July, 2010

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\Defective Transfers 10212 & 10215_Aff_ 07-23-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
          Debtors.                                               :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   THE NISHI-NIPPON CITY BANK, LTD.
              HERRRICK, FEINSTEIN LLP
              ATTN: STEPHEN SELBST
              2 PARK AVENUE
              NEW YORK, NY 10016


Transferee:   LONGACRE OPPORTUNITY FUND, L.P.
              ATTN: VLADIMIR JELISAVCIC
              810 SEVENTH AVENUE, 33RD FLOOR
              NEW YORK, NY 10019


**Your transfer of claim #3558 is defective for the reason(s) checked below:**

CLAIM HAS BEEN EXPUNGED


Refer to docket number 10212 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 23, 2010.

**EXHIBIT B**

```
TIME: 18:56:32                          LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 07/26/10                               CREDITOR LISTING

Name                          Address
LONGACRE OPPORTUNITY FUND, L.P.   810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
NISHI-NIPPON CITY BANK, LTD., THE HERRRICK, FEINSTEIN LLP ATTN: STEPHEN SELBST 2 PARK AVENUE NEW YORK NY 10016


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC