UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                :
Debtors.                                        :
                                                :
-----------------------------------------------------------------------x    Ref. Docket Nos. 10009,
                                                     10034, 10323, 10333, 10335-
                                                     10336, 10338-10342, 10346-
                                                     10347, 10350, 10357, 10359-
                                                     10361 & 10362

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Lauren Rodriguez*
Sworn to before me this                          Lauren Rodriguez
26th day of July, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  RBS SECURITIES JAPAN LIMITED
         TRANSFEROR: MIZUHO SECURITIES CO LTD
         SHIN-MARUNOUCHI CENTER BUILDING
         1-6-2 MARUNOUCHI CHIYODA-KU
         TOKYO    100-0005
         JAPAN

Please note that your claim # 44616-07 in the above referenced case and in the amount of
         $948,311.46         has been transferred **(unless previously expunged by court order)**

         THE ROYAL BANK OF SCOTLAND, PLC
         TRANSFEROR: RBS SECURITIES JAPAN LIMITED
         600 WASHINGTON BOULEVARD
         ATTN: MATTHEW ROSENCRANS
         STAMFORD CT 06910

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10009     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2010.

# EXHIBIT B

```
TIME: 18:59:28                                           LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 07/22/10                                                CREDITOR LISTING

Name                                            Address
DEUTSCHE BANK AG LONDON BRANCH                  ATTN: MICHAEL SUTTON, SIMON GLENNIE & CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG LONDON BRANCH                  CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 ATTN: MICHAEL SUTTON, SIMON GLENNIE, CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2M 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC              MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: SIGMA CAPITAL ASSOCIATES LLC 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: ZAIS MATRIX VI-D LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                            TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: JPMORGAN SECURITIES LIMITED 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN SECURITIES LIMITED                     TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-10 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM
JPMORGAN SECURITIES LIMITED                     TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-15 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM
JPMORGAN SECURITIES LIMITED                     TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-15 ATTN: SANJAY SHAMNA 125 LONDON WALL LONDON EC2Y 5AJ UNITED KINGDOM
KNIGHTHEAD MASTER FUND                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA TORRADO 623 5TH AVENUE, 29TH FL NEW YORK NY 10022
LMA SPC FOR AND ON BEHALF OF THE MAP84          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA TORRADO 623 5TH AVENUE, 29TH FL NEW YORK NY 10022
SEGREGATED PORTFOLIO
MIZUHO SECURITIES CO LTD                        ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN
MIZUHO SECURITIES CO LTD                        STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038
MONARCH MASTER FUNDING LTD
MONARCH MASTER FUNDING LTD                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FL NEW YORK NY 10022
RBS SECURITIES JAPAN LIMITED                    TRANSFEROR: MIZUHO SECURITIES CO LTD SHIN-MARUNOUCHI CENTER BUILDING 1-6-2 MARUNOUCHI CHIYODA-KU TOKYO 100-0005 JAPAN
SABRETOOTH MASTER FUND LP                       TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                      TRANSFEROR: DEUTSCHE BANK AG LON C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                      TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SERENGETI OVERSEAS MM LP                        MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
SERENGETI OVERSEAS MM LP                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
THE ROYAL BANK OF SCOTLAND, PLC                 TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910
TPG CREDIT OPPORTUNITIES FUND LP                TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT OPPORTUNITIES INVESTORS LP           TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND LP                   TRANSFEROR: GOLDMAN, SACHS & CO. 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402

Total Number of Records Printed                                       40

                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```