UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :

In re                                           :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)

                        Debtors.                :

------------------------------------------------------------------x        Ref. Docket Nos. 10363-
                                                               10367, 10369, 10372-10373,
                                                                10375-10376, 10379-10384,
                                                                10386-10387 & 10388

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Lauren Rodriguez*
Sworn to before me this                          Lauren Rodriguez
26th day of July, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

       Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MONARCH MASTER FUNDING LTD                              MONARCH MASTER FUNDING LTD
      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
      C/O MONARCH ALTERNATIVE CAPITAL LP
      ATTN: MICHAEL GILLIN
      535 MADISON AVENUE, 26TH FL
      NEW YORK NY 10022
```

Please note that your claim # 32618-07 in the above referenced case and in the amount of
    $25,746,712.93    has been transferred **(unless previously expunged by court order)**

```
      JPMORGAN CHASE BANK, N.A.                               JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: MONARCH MASTER FUNDING LTD                  ROBERT SCHEININGER
      ATTN: SUSAN MCNAMARA                                    SIDLEY AUSTIN LLP
      ONE CHASE MANHATTAN PLAZA, 26TH FL.                     787 SEVENTH AVENUE
      NEW YORK NY 10005                                       NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10363    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/23/2010                            Vito Genna, Clerk of Court

                                                 /s/ Lauren Rodriguez
                                                 _____
                                                 By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 23, 2010.

**EXHIBIT B**

```
TIME: 18:05:49                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 07/23/10                                         CREDITOR LISTING

Name                                                          Address
ALTMA FUND SICAV PLC IN RESPECT OF ROWAN     TRANSFEROR: PIVOT GLOBAL VALUE FUND 171 OLD BAKERY STREET VALETTA VLT 1455 MALTA
  SUB FUND
CREDIT SUISSE INTERNATIONAL                  TRANSFEROR: EUROVITA ASSICURAZIONI SPA ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: LYDIAN GLOBAL OPPORTUNITIES MASTER FUND LTD ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHEST STREET
                                               LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: CREDIT SUISSE ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
EUROVITA ASSICURAZIONI SPA                   ATTN. MRS. MARTA AVVISATI & MR. ALESSIO CAPPUSSI VIA BONCOMPAGNI, 71H ROME 00187 ITALY
EUROVITA ASSICURAZIONI SPA                   SIMMONS & SIMMONS ATTN: MR. ANDREA SURIANO VIA DI SAN BASILIO 72 ROME 00187 ITALY
GOLDMAN, SACHS & CO.                         ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                         TRANSFEROR: WUSTENROT VERSICHERUNGS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                    ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, 26TH FL. NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: UGF BANCA S.P.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 New York NY 10005-1401
LYDIAN GLOBAL OPPORTUNITIES MASTER FUND      C/O IFS IRELAND THIR FLOOR, BISHOP'S SQUARE REDMOND'S HILL DUBLIN 2 IRELAND
  LTD
LYDIAN GLOBAL OPPORTUNITIES MASTER FUND      LYDIAN GLOBAL OPPORTUNITIES MASTER FUND LTD C/O LYDIAN ASSET MANAGEMENT LTD 4TH FLOOR, 14 BERKELEY STREET LONDON W1J 8DX UK
  LTD
LYDIAN OVERSEAS PARTNERS MASTER FUND         C/O IFS IRELAND THIRD FLOOR, BISHOP'S SQUARE REDMOND'S HILL DUBLIN 2 IRELAND
  LTD.
LYDIAN OVERSEAS PARTNERS MASTER FUND         LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O LYDIAN ASSET MANAGEMENT LTD 4TH FLOOR, 14 BERKELEY STREET LONDON W1J 8DX UK
  LTD.
MONARCH MASTER FUNDING LTD                   ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MONARCH MASTER FUNDING LTD                   TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVE, 26TH FLOOR
                                               NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                   TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FL
                                               NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC       RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC       ATTN: MANAGING CLERK RICHARD KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC       MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC       TRANSFEROR: MOORE MACRO FUND L.P. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC       TRANSFEROR: MOORE MACRO FUND LP 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC       TRANSFEROR: MOORE MACRO FUND, L.P. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MOUNT KELLETT MASTER FUND II LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVE, FL 18 NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II LP              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVE, FL 18 NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II LP              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE, FL 18 NEW YORK NY 10022
PIVOT GLOBAL VALUE FUND                      WALKER HOUSE, MARY STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS
SABRETOOTH MASTER FUND LP                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVE, 50TH FL NEW YORK NY 10174
SCOTTWOOD MASTER LTD                         TRANSFEROR: PIVOT GLOBAL VALUE FUND 33 BENEDICT PLACE GREENWICH CT 06830
TPG OPPORTUNITY FUND I, L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O TPG OPPORTUNITIES PARTNERS LP ATTN: JEANYE KWACK 345 CALIFORNIA STREET, STE 3300
                                               SAN FRANCISCO CA 94104
TPG OPPORTUNITY FUND III, L.P.               TRANSFEROR: GOLDMAN, SACHS & CO. C/O TPG OPPORTUNITIES PARTNERS LP ATTN: JEANYE KWACK 345 CALIFORNIA STREET, STE 3300
                                               SAN FRANCISCO CA 94104

Total Number of Records Printed              34

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```