UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                                      :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                           :
                    Debtors.                                         :
                                                                           :
------------------------------------------------------------------------x    Ref. Docket Nos. 10394 &
                                                                                 10408

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
28th day of July, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SENUBIA ANSTALT
      MEIERHOFSTRASSE 5
      PO BOX 1617
      VADUZ    FL-9490
      LIECHTENSTEIN
```

Please note that your claim # 40484 in the above referenced case and in the amount of
$10,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      ILLIQUIDX LTD
      TRANSFEROR: SENUBIA ANSTALT
      ATTN: GALINA ALABATHCKA, MANAGING DIRECTOR
      107-111 FLEET STREET
      LONDON    EC4A 2AB
      UK
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10394       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/26/2010                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 26, 2010.

# EXHIBIT B

```
TIME: 18:32:11                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 07/26/10                                 CREDITOR LISTING

Name                    Address
ILLIQUIDX LTD           TRANSFEROR: SENUBIA ANSTALT ATTN: GALINA ALABATHCKA, MANAGING DIRECTOR 107-111 FLEET STREET LONDON EC4A 2AB UK
MIDTOWN ACQUISITIONS LP TRANSFEROR: ILLIQUIDX LTD 65 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
SENUBIA ANSTALT         MEIERHOFSTRASSE 5 PO BOX 1617 VADUZ  FL-9490 LIECHTENSTEIN

Total Number of Records Printed   3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC