UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 10433,
                                                                       10436, 10438 & 10446

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this                              */s/ Lauren Rodriguez*
28th day of July, 2010                                Lauren Rodriguez

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,                   | 08-13555 (JMP)
                                                         |
                                                         | (Jointly Administered)
                Debtors.                                 |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    PUTNAM TOTAL RETURN FUND, LTD.
           C/O PUTNAM INVESTMENTS
           ATTN: STEPHEN GIANELLI
           ONE POST OFFICE SQUARE
           BOSTON MA 02109

Please note that your claim # 66752 in the above referenced case and in the amount of
         $97,323.04        has been transferred **(unless previously expunged by court order)**

           PUTNAM TOTAL RETURN FUND, LLC                              PUTNAM TOTAL RETURN FUND, LLC
           TRANSFEROR: PUTNAM TOTAL RETURN FUND, LTD.
           C/O PUTNAM INVESTMENTS
           ATTN: STEPHEN GIANELLI
           ONE POST OFFICE SQUARE
           BOSTON MA 02109

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10433       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/27/2010                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 27, 2010.

# EXHIBIT B

```
TIME: 18:40:15                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:   1
DATE: 07/27/10                                                    CREDITOR LISTING

Name                                               Address
BARCLAYS BANK PLC                                  TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY
                                                   NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP            DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP            TRANSFEROR: DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELATIVE VALU ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP            TRANSFEROR: DEERFIELD RELATIVE VALUE LTD (FKA DEERFIELD RELATIVE VALUE ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP            TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP            TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
CORTAL CONSORS S.A., GERMAN BRANCH                 TRANSFEROR: REISEBURO, KUFEL & NOETE BAHNOFSTRASSE 55 NUREMBERG 90402 GERMANY
CREDIT SUISSE                                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEERFIELD RELATIVE VALUE LTD ( FKA                 C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
DEERFIELD RELATIVE VALUE FUND, LTD)
DEERFIELD RELATIVE VALUE LTD (FKA                  C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
DEERFIELD RELATIVE VALUE FUND, LTD)
DEERFIELD RELATIVE VALUE LTD. (F/K/A               FUND, LTD.) (LBH CREDNUM # 8880012640) C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD
DEERFIELD RELATIVE VALUE                           ROSEMONT IL 60018
DEERFIELD RELATIVE VALUE LTD. (FORMERLY            VALUE FUND, LTD.) C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROSEMONT IL 60018
KNOWN AS DEERFIELD RELATIVE
PUTNAM TOTAL RETURN FUND, LLC
PUTNAM TOTAL RETURN FUND, LLC                      TRANSFEROR: PUTNAM TOTAL RETURN FUND, LTD C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
PUTNAM TOTAL RETURN FUND, LLC                      TRANSFEROR: PUTNAM TOTAL RETURN FUND, LTD. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
PUTNAM TOTAL RETURN FUND, LTD                      C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
PUTNAM TOTAL RETURN FUND, LTD.                     C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
REISEBURO, KUFEL & NOETE                           AM PEARRER 25 NURNBERG D-90443 GERMANY
SCHAFFHAUSER KANTONALBANK                          TRANSFEROR: CREDIT SUISSE ATTN: JONAS DEMMERLE VORSTADT 53 SHAFFHAUSEN CH-8201 SWITZERLAND
SERENGETI PARTNERS LP                              RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI PARTNERS LP                              C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

Total Number of Records Printed                    23
```