KLESTADT & WINTERS, LLP
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to* **GLG Credit Fund**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :
                        Debtors.                                  :   (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF GLG**
**CREDIT FUND TO PERMIT IT TO FILE A LATE PROOF OF CLAIM**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of GLG Credit Fund to Permit it File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No. 9537] (the "Motion"), which was scheduled for a hearing on August 4, 2010, at 10:00 a.m., **has been adjourned to September 1, 2010 at 2:00 p.m.**, or as soon thereafter as counsel may be heard. The deadline for the filing of objections to the Motion **has been adjourned to August 20, 2010 at 4:00 p.m**. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43460023\01\58399.0008

Dated: July 30, 2010
      New York, New York

                       KLESTADT & WINTERS, LLP
                       Attorneys for GLG Credit Fund

                       By: */s/ John E. Jureller, Jr.*
                            John E. Jureller, Jr.
                       292 Madison Avenue, 17th Floor
                       New York, New York 10017
                       (212) 972-3000

To:   Mark Bernstein, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY 10153
       (212) 310-8778
       Attorneys for Debtors

# CERTIFICATE OF SERVICE

JOHN E. JURELLER, JR., being duly sworn, hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am a partner in the firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2. On the 30th day of July, 2010, I served a copy of Notice of Adjournment, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Mark Bernstein, Esq.

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr.

Dated: July 30, 2010