B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SVMF 48, LLC</u>                                         <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): <u>17756</u>
should be sent:                                           Amount of Claim: <u>$26,825,879.53</u>
                                                          Date Claim Filed: <u>9/18/09</u>
c/o Strategic Value Partners LLC                          Debtor: <u>Lehman Brothers Holdings Inc.</u>
100 West Putnam Ave
Greenwich, CT 06830
Phone: 203-618-3574/3589
Fax: 203-618-3502
Att: Marc Sileo / Amy Sim

Phone:_____            Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

612662.1/9999-00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Lew Schwartz   Date: __7/30/2010__
Transferee/Transferee's Agent   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

612662.1/9999-00999

Form 210A/B – Transfer of LBHI Claim # 17756

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO. 17756

DEUTSCHE BANK AG, LONDON BRANCH ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SVMF 48, LLC**
Marc Sileo / Amy Sim
Strategic Value Partners LLC
80 Field Point Road
Greenwich, CT 06830
Phone: 203-618-3574 / 3589
Fax: 203-618-3502
legal@svpglobal.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US $26,825,879.53 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of _____ 2009.

| Deutsche Bank AG, London Branch | SVMF 48, LLC |
|---|---|
| Name: | Name: JAMES L. VARLEY |
| Title: Anil Das, Director | Title: AUTHORIZED SIGNATURE |