**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF RESPONSE OF ANTHONY LEE KANE
AND SHEILA R. KANE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION
TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

PLEASE TAKE NOTICE that the Response to Debtors' Twentieth Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by Anthony Lee Kane and Sheila R. Kane [Dkt. No. 10161] is hereby withdrawn.

Dated: July 28, 2010

/s/ Anthony Lee Kane
Anthony Lee Kane


/s/ Sheila R. Kane
Sheila R. Kane

US_ACTIVE:\43459070\01\58399.0008