**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                            :       Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                                                 :
                                        Debtors.             :       (Jointly Administered)
-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF JOHN ROWLANDS TO DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

PLEASE TAKE NOTICE that the objection to Debtors' Twenty-Seventh Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by John Rowlands [Dkt. No. 10311] is hereby withdrawn.

Dated: July 29, 2010

/s/ John Rowlands
John Rowlands

US_ACTIVE:\43461070\01\58399.0008