**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
Raniero D'Aversa, Jr., Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Jonathan P. Guy, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**FOURTH AMENDED VERIFIED STATEMENT OF ORRICK,**
**HERRINGTON & SUTCLIFFE LLP PURSUANT TO FED. R. BANKR. P. 2019**

Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby submits this fourth amended verified statement (**"Fourth Amended Verified Statement"**) pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Orrick appears in these cases on behalf of the entities listed below (the "**Entities**"):

a. Allianz Global Investors France
SA acting on behalf of the
funds AGF Efficio Plus and AGF Vita Plus
Case Postale T 205
20, rue Le Peletier, 75444
Paris Cedex 09
France

b. Anthracite Rated Investments (Jersey) Limited
22 Grenville Street
St. Helier, Jersey JE4 8PX
Channel Islands

c. Banca di Credito Cooperativo d. Roma
Viale Oceano Indiano 13C
00144 Roma
Italy

d. The Bank of Nova Scotia
Global Wholesale Services
Loan Administration and Agency Services
720 King Street West, 2nd Floor
Toronto, Ontario, Canada M5V 2T3

e. Benetton International S.A.
1, Place de'Armes
L-1136 Luxembourg

f. California Independent Systems Operator Corp.
151 Blue Ravine Road
Folsom, California 95630

g. City of Redding, California
c/o Stephen W. Strong
Finance Director
City of Redding
777 Cypress Avenue
Redding, California 96049

h. European Aeronautic Defence and Space Company EADS N.V.
c/o EADS Deutschland GmbH
Willy Messerschmitt Str. 85521
Ottobrun, Germany

i. Golden State Tobacco Securitization Corporation
c/o California Department of Finance
915 L Street, 9th Floor
Sacramento, California 95814

j.  Guam Economic Development Authority
    c/o Christina D. Garcia
    Acting Deputy Administrator and Financial Services Manager
    590 S. Marine Corps Drive, Suite 511
    ITC Building
    Tamuning, GU 96913

k.  Hospitals of Ontario Pension Plan Trust Fund
    c/o Andrew Kent
    McMillan LLP
    Brookfield Place
    181 Bay Street, Suite 4400
    Toronto, Ontario M5J 2T3

l.  Iccrea Banca S.p.A. – Instituto Centrale del Credito Cooperativo
    Via Lucrezia Romana, 41/47
    00178 Rome
    Italy

m.  Koch Financial Corporation
    c/o John Wingate, Senior Counsel,
        Koch Companies Public Sector, LLC
    4111 East 37th Street North
    Wichita, Kansas  67220

n.  Koch Refining International Pte. Ltd.
    c/o John Wingate, Senior Counsel,
        Koch Companies Public Sector, LLC
    4111 East 37th Street North
    Wichita, Kansas  67220

o.  Koch Supply & Trading, LP
    c/o John Wingate, Senior Counsel,
        Koch Companies Public Sector, LLC
    4111 East 37th Street North
    Wichita, Kansas  67220

p.  Koch Supply & Trading Sàrl
    c/o John Wingate, Senior Counsel,
        Koch Companies Public Sector, LLC
    4111 East 37th Street North
    Wichita, Kansas  67220

q.  New York City Municipal Water Finance Authority
    75 Park Place
    New York, New York 10007

        r.        Philippine Airlines, Inc.
Legal Affairs Department
VP-Legal Affairs & Corporate Compliance Officer
9th Floor, PAL Center
Legaspi Street, Lagaspi Village
Makati City 1229 Philippines

        s.        Telecom Italia Capital S.A. and Telecom Italia Finance S.A.
12, Rue Eugene Ruppert
L-2453 Luxembourg

2.      Each of these Entities hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity, pursuant to each of their relationships with the Debtors.

3.      Each of these Entities has separately requested that Orrick represent them in connection with the Debtors' chapter 11 cases.

4.      Orrick reserves the right to revise, supplement or amend this Fourth Amended Verified Statement at any time in the future.

5.      Orrick makes this Fourth Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

6.      Orrick represents other entities in connection with the Debtors' chapter 11 cases that are neither creditors nor equity security holders, which entities are not listed here. Orrick will disclose information relating to such entities if requested to do so by the Court.

7.      The undersigned hereby verifies under oath that this Fourth Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

| | |
|---|---|
| Dated: August 2, 2010<br>New York, New York | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: */s/ Lorraine S. McGowen*_____<br>Lorraine S. McGowen, Esquire<br>Raniero D'Aversa, Jr., Esquire<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br><br>-and-<br><br>Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Jonathan P. Guy, Esquire<br>Debra L. Felder, Esquire<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500 |