UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CLAIMANTS PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND, L.P., AND PALMYRA CAPITAL OFFSHORE FUND, L.P. TO PERMIT LATE FILING OF THEIR GUARANTEE CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

PLEASE TAKE NOTICE that the hearing on relief requested in the Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P., and Palmyra Capital Offshore Fund, L.P. to Permit Late Filing of Their Guarantee Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No. 10370] (the "Motion"), which was scheduled for a hearing on August 18, 2010 at 10:00 a.m. **has been adjourned to October 27, 2010 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The deadline for filing objections to the Motion **has been adjourned to October 20, 2010 at 4:00 p.m.** The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: August 2, 2010                               Respectfully submitted,


/s/ *Thomas L. Kent*

Thomas L. Kent
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
Park Avenue Tower
75 E. 55th St., First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Richard A. Chesley (IL 6240877)
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

COUNSEL FOR PALMYRA CAPITAL
FUND, L.P., PALMYRA CAPITAL
INSTITUTIONAL FUND, L.P., and
PALMYRA CAPITAL OFFSHORE FUND,
L.P.

## CERTIFICATE OF SERVICE

THOMAS L. KENT, being duly sworn, hereby certifies as follows:

1. I am over the age of 18, am not a party to this action, and am with Paul Hastings Janofsky & Walker, LLP, 75 East 55th Street, New York, New York 10022.

2. On the 2nd day of August, 2010, I served a copy of Notice of Adjournment, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attention:   Mark Bernstein, Esq.

/s/ *Thomas L. Kent*
Thomas L. Kent

August 2, 2010

LEGAL_US_W # 65388218.1