UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:                                                                              Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS, INC., et al,                     08-13555(JMP)

                                                 Debtors x                        (Jointly Administered)

-------------------------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused *The Rutland Hospital, Inc.'s Response to Debtor's Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims)* to be served via first class mail to:

        Shai Y. Waisman, Esq.
        WEIL, GOTSHAL & MANGES, LLP
        767 Fifth Avenue
        New York, New York  10153

        Office of the United States Trustee
        Southern District of New York
        Attn:  Andy Velez-Rivera, Esq.
               Paul Schwartzberg, Esq.
               Brian Masumoto, Esq.
               Linda Rifkin, Esq.
               Tracy Hope Davis, Esq.
        33 Whitehall St., 21st Flr.
        New York, NY  10004

        Milbank, Tweed, Hadley & McCloy, LLP
        Attn:  Dennis F. Dunne, Esq.
               Dennis O'Donnell, Esq.
               Evan Fleck, Esq.
        1 Chase Manhattan Plaza
        New York, NY  10005

Dated: August 2, 2010

                                                By:  James B. Anderson, Esq.
                                                        RYAN SMITH & CARBINE, P.C.
                                                        98 Merchants Row, P.O. Box 310
                                                        Rutland, Vermont  05702-0310
                                                        Tel.: (802) 786-1055
                                                        Fax: (802) 786-1100
                                                         E-mail: jba@rsclaw.com
                                                        Attorneys for Rutland Hospital, Inc.

731/208-354898