SHUTTS & BOWEN LLP
James A. Timko
300 South Orange Ave. Suite 1000
Orlando, Fl. 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Alan Marder
Jil Mazer-Marino
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: 516.741.6565
Facsimile: 516.741.6706

*Attorneys for SunGard Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that Shutts & Bowen LLP has been substituted for Allen Matkins Leck Gamble Mallory & Natsis LLP as counsel in the above captioned bankruptcy case (the "Bankruptcy Case") on behalf of Advanced Portfolio Technologies, Inc.; SunGard Assent LLC; Automated Securities Clearance LLC f/k/a SunGard Expert Solutions, Inc.; MicroHedge LLC; SunGard Asset Management Systems a division of SunGard Business Systems, Inc.; SunGard AvailabilityServices LP; SunGard Institutional Brokerages, Inc.; SunGard Investment Systems, LLC; SunGard Kiodex, Inc.; SunGard Data Reference Solutions LLC; SunGard Securities Finance LLC; and Wall

Street Concepts LLC (the "SunGard Entities").  Shutts & Bowen LLP's contact information follows.

>James A. Timko
>SHUTTS & BOWEN LLP
>300 South Orange Ave. Suite 1000
>Orlando, Fl. 32801
>Telephone:  (407) 423-3200
>Facsimile:   (407) 425-8316

| Dated:  August 1, 2010 | Dated:  August 1, 2010 |
|---|---|
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | SHUTTS & BOWEN LLP |
| By: */s/ Vincent M. Coscino*<br>     Vincent M. Coscino | By: */s/ James A. Timko*<br>     James A. Timko |
| 1900 Main Street, Fifth Floor<br>Irvine, CA  92614-7321<br>Telephone:  (949) 553-1313<br>Facsimile:  (949) 553-8354 | 300 South Orange Ave. Suite 1000<br>Orlando, Fl. 32801<br>Telephone:  (407) 423-3200<br>Facsimile:   (407) 425-8316 |
| *Former Counsel for SunGard Entities* | *Counsel for SunGard Entities* |

2

782099