SHUTTS & BOWEN LLP
James A. Timko
300 South Orange Ave. Suite 1000
Orlando, Fl. 32801
Telephone:  (407) 423-3200
Facsimile:    (407) 425-8316

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Alan Marder
Jil Mazer-Marino
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: 516.741.6565
Facsimile: 516.741.6706

*Attorneys for SunGard Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC.,

                Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that Shutts & Bowen LLP and Meyer, Suozzi, English & Klein, P.C., counsel for Advanced Portfolio Technologies, Inc.; SunGard Assent LLC; Automated Securities Clearance LLC f/k/a SunGard Expert Solutions, Inc.; MicroHedge LLC; SunGard Asset Management Systems a division of SunGard Business Systems, Inc.; SunGard AvailabilityServices LP; SunGard Institutional Brokerages, Inc.; SunGard Investment Systems, LLC; SunGard Kiodex, Inc.; SunGard Data Reference Solutions LLC; SunGard Securities Finance LLC; and Wall Street Concepts LLC (the "SunGard Entities"), in the above-captioned case, hereby enter their appearance and request, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served in this case, be delivered to and served upon:

> James A. Timko
> SHUTTS & BOWEN LLP
> 300 South Orange Ave. Suite 1000
> Orlando, Fl. 32801
> Telephone:  (407) 423-3200
> Facsimile:   (407) 425-8316
> email:  jtimko@shutts.com
>
>         and
>
> Alan E. Marder
> Jil Mazer-Marino
> MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
> 990 Stewart Avenue, Suite 300
> P.O. Box 9194
> Garden City, New York  11530-9194
> Telephone:  (516) 741-6565
> Facsimile:  (516) 741-6706
> e-mail:  amarder@msek.com
>              jmazermarino@msek.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, plans, disclosure statements, schedules of assets and liabilities and statements of financial affairs.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: Garden City, New York
August 2, 2010

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/ *Jil Mazer-Marino*
Alan E. Marder
Jil Mazer-Marino

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565

and

James A. Timko
SHUTTS & BOWEN LLP
300 South Orange Ave. Suite 1000
Orlando, Fl. 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

*Co-Counsel for SunGard Entities*

3

782089