UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket Nos. 10385, 10448, 10453 & 10456**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NEW YORK  )

        LAUREN RODRIGUEZ, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On July 28, 2010, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Defective Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

      3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*

Sworn to before me this                           Lauren Rodriguez
2nd day of August, 2010
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    SEA PORT GROUP SECURITIES, LLC
               TRANSFEROR: POPOLARE VITA S.P.A.
               ATTN: JONATHAN SILVERMAN
               360 MADISON AVENUE, 22ND FL
               NEW YORK NY 10017

Additional:

Transferee:    MOUNT KELLETT MASTER FUND II, LP
               C/O MOUNT KELLETT CAPITAL MANAGEMENT LP
               623 5TH AVENUE, FLOOR 18
               NEW YORK NY 10022-9139

**Your transfer   of claim #   55728-01   is defective for the reason(s) checked below:**

Previously Transferred
Other                          Transferor no longer owns part of this liability

Docket Number 10385            Date 07/22/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on   July 28, 2010.

# EXHIBIT B

TIME: 18:44:58
DATE: 07/28/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD TAIPEI TAIWAN, PROVINCE OF CHINA |
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD, 10602 TAIPEI TAIWAN, PROVINCE OF CHINA |
| FAR EASTERN INTERNATIONAL BANK | YU, CHAN & YEUNG, SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| FAR EASTERN INTERNATIONAL BANK, HONG KONG BRANCH | 20/F 8 QUEENS ROAD CENTRAL CENTRAL HONG KONG |
| FAR EASTERN INTERNATIONAL BANK, HONG KONG | YU, CHAN & YEUNG, SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: JOSE AGUINAGA 85 BROAD STREET NEW YORK NY 10004 |
| MOUNT KELLETT MASTER FUND II, LP | C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE, FLOOR 18 NEW YORK NY 10022-9139 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: POPOLARE VITA S.P.A. ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |

Total Number of Records Printed    8

EPIQ BANKRUPTCY SOLUTIONS, LLC