UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
               :
In re             :   Chapter 11 Case No.
             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
             :
Debtors.          :
             :
---------------------------------------------------------------x   Ref. Docket Nos. 10477-
10484, 10486, 10488, 10491-
10492, 10519-10521, 10524-
10525, 10533, 10536 &
10538

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
2nd day of August, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

*/s/ Lauren Rodriguez*
Lauren Rodriguez

T:\Clients\LBH\Affidavits\Transfers 10477-10484, 10486...10533, 10536 & 10538_Aff 07-30-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: ZAIS MATRIX VI-I L.P.               MANAGING CLERK
     30 HUDSON STREET, 36TH FL                       RICHARDS KIBBE & ORBE LLP
     JERSEY CITY NJ 07302                            ONE WORLD FINANCIAL CENTER
                                                     NEW YORK NY 10281-1003
```

Please note that your claim # 33588-03 in the above referenced case and in the amount of
        $642,607.60        has been transferred **(unless previously expunged by court order)**

```
     SERENGETI PARTNERS LP
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY
     632 BROADWAY, 12TH FL
     NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10477    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/30/2010                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 30, 2010.

# EXHIBIT B

```
TIME: 18:26:16                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 07/30/10                                         CREDITOR LISTING

Name                                              Address
CASSA DI RISPARMIO DI RAVENNA S.P.A.              PIAZZA GARIBALDI 6 RAVENNA (RA)  48121 ITALY
CONTRARIAN FUNDS, LLC                             TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX VI-D LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZAIS MATRIX VI-I L.P. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                  NEW YORK NY 10004
LYXOR ASSET MANAGEMENT S.A.                       AS SUB-MANAGER OF THE LYXOR/JULIUS BAER DIVERSIFIED FIXED INCOME FUND LIMITED, ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE
                                                  17 COURS VALMY PARIS - LA DEFENSE CEDEX  92987 FRANCE
LYXOR ASSET MANAGEMENT S.A.                       BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JEFFREY BENESH AND RONALD TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JEFFREY BENESH AND RONALD TOROKN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET
                                                  LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL BANK                  TRANSFEROR: VOLKSBANK PADERBORN HOZTER DETMOLD C6 ATTN: STUART SIMPSON 2 KING EDWARD STREET LONDON  EC1A 1HQ UK
LIMITED, LONDON BRANCH
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI PARTNERS LP                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI PARTNERS LP                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI PARTNERS LP                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SPARKASSE ERWITTE-ANROECHTE                       ATTN: MR. EIKE RUENGER LIPPSTADTER STR. 5/7 ERWITTE DE-59597 GERMANY
                                                  RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
STRATEGIC VALUE MASTER FUND, LTD.                 MERRILL LYNCH CREDIT PRODUCTS ATTN: RON TOROK BANK OF AMERICA TOWER, 3RD FL 1 BRYANT PARK NEW YORK NY 10036
STRATEGIC VALUE MASTER FUND, LTD.                 TRANSFEROR: AMBER MASTER FUND (CAYMAN) SPC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, 100 WEST PUTNAM AVENUE
STRATEGIC VALUE MASTER FUND, LTD.                 GREENWICH CT 06380
UBS AG, LONDON BRANCH                             TRANSFEROR: SPARKASSE ERWITTE-ANROECHTE ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON  EC2M 2PP ENGLAND
VOLKSBANK PADERBORN HOZTER DETMOLD C6             RECHTSANWALT OLIVER KRUENSBERN SCHILDERN 2-6 PADERBORN  D-33098 GERMANY


Total Number of Records Printed      25



                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```