UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. :
:
----------------------------------------------------------------x Ref. Docket Nos. 9852,
10415-10419, 10422-10424,
10426, 10428-10429, 10433,
10441-10444, 10449-10452,
10454-10455, 10457-10461,
10471, 10487 & 10489

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 28, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of August, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 9852, 10415-10419...10471, 10487 & 10489_Aff 07-28-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VARDE FUND VI-A, LP
      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
      ATTN: EDWINA P.J. STEFFER
      8500 NORMANDALE LAKE BOULEVARD SUITE 1500
      MINNEAPOLIS MN 55437
```

Please note that your claim # 55728-24 in the above referenced case and in the amount of
$1,132,318.50         has been transferred **(unless previously expunged by court order)**

```
      SEA PORT GROUP SECURITIES, LLC
      TRANSFEROR: VARDE FUND VI-A, LP
      ATTN: JONATHAN SILVERMAN
      360 MADISON AVENUE, 22ND FL
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10415     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/28/2010                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 28, 2010.

# EXHIBIT B

```
TIME: 18:38:20                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 07/28/10                                         CREDITOR LISTING

Name                                                        Address
AVATAR FINANCE PTY LIMITED (ABN 61 009 034 315)             PO BOX 5038 CHATSWOOD WEST NSW 1515 AUSTRALIA
BERYL FINANCE LIMITED SERIES 2005-10                        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-10                        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-12                        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-12                        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BERYL FINANCE LIMITED SERIES 2005-15                        C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
BERYL FINANCE LIMITED SERIES 2005-15                        MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BKS CLAIMS LLC                                              TRANSFEROR: TIGER GLOBAL II LP C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BKS CLAIMS LLC                                              TRANSFEROR: TIGER GLOBAL, L.P. C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BKS CLAIMS LLC                                              TRANSFEROR: TIGER GLOBAL, LTD C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CCP CREDIT ACQUISITION HOLDINGS, LLC                        TRANSFEROR: DEERFIELD CAPITAL LLC (F/K/A DEERFIELD TRIARC CAPITAL LLC) ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC                        TRANSFEROR: DEERFIELD CAPITAL LLC (FORMERLY KNOWN AS DEERFIELD TRIARC ATTN: LISA MURRAY 375 PARK AVE, 13TH FL NEW YORK NY 10152
DEERFIELD CAPITAL LLC (F/K/A DEERFIELD TRIARC CAPITAL LLC)  C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
DEERFIELD CAPITAL LLC (FORMERLY KNOWN AS DEERFIELD TRIARC CAPITAL LLC)  C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: AVATAR FINANCE PTY LIMITED (ABN 61 009 034 315) ATTN: JACK TSAI; DEUTSCHE BANK AG, HONG KONG BRANCH 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD, CENTRAL HONG KONG  HONG KONG
FAR EASTERN INTERNATIONAL BANK                              FAR EASTERN INTERNATIONAL BANK, 26/F., NO 207, SEC. 2. TUN HWA S. ROAD TAIPEI  TAIWAN, PROVINCE OF CHINA
FAR EASTERN INTERNATIONAL BANK                              FAR EASTERN INTERNATIONAL BANK, 26/F., NO. 207. SEC 2 TUN HWA S. ROAD TAIPEI  TAIWAN, PROVINCE OF CHINA
FAR EASTERN INTERNATIONAL BANK                              HONG KONG BRANCH 20/F., 8 QUEEN'S ROAD CENTRAL CENTRAL, HONG KONG  HONG KONG
FAR EASTERN INTERNATIONAL BANK                              YU, CHAN & YEUNG, SOLICITORS ROOM 1505, TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN  HONG KONG
FAR EASTERN INTERNATIONAL BANK                              YU, CHAN & YEUNG, SOLICITORS ROOM 1505, TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN  HONG KONG
GOLDMAN SACHS LENDING PARTNERS LLC                          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: FAR EASTERN INTERNATIONAL BANK ATTN: JOSE AGUINAGA 85 BROAD STREET NEW YORK NY 10004
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: ZAIS MATRIX V-A CAYMAN LIMITED 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: ZAIS MATRIX V-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: ZAIS MATRIX VI-C LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
LEHMAN BROTHERS SPECIAL FINANCING INC                       TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-12 C/O LEHMAN BROTHERS HOLDINGS, ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FL NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.                      TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-10 C/O LEHMAN BROTHERS HOLDINGS INC, ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FL NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.                      TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-15 C/O LEHMAN BROTHERS HOLDINGS INC, ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FL NEW YORK NY 10020
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND IX, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND IX-A, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND LP, THE ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND VI-A, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND VI-B, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND VII-B, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND VIII, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE FUND X (MASTER) LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SERENGETI OVERSEAS MM L.P.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S.CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:38:20                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 07/28/10                                        CREDITOR LISTING

Name                                    Address
SERENGETI PARTNERS LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                        NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL
                                        NEW YORK NY 10012
TIGER GLOBAL II LP                      C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
TIGER GLOBAL II LP                      STEVEN BOYD TIGER GLOBAL II, L.P. C/O TIGER GLOBAL MANAGEMENT, LLC 101 PARK AVENUE, 48TH FLOOR NEW YORK NY 10178
TIGER GLOBAL, L.P.                      C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
TIGER GLOBAL, L.P.                      KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD C/O NEXTSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR
                                        NEW YORK NY 10017
TIGER GLOBAL, LTD                       C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
TIGER GLOBAL, LTD                       STEVEN BOYD TIGER GLOBAL, LTD. C/O TIGER GLOBAL MANAGEMENT, LLC 101 PARK AVENUE, 48TH FLOOR NEW YORK NY 10178
VARDE FUND IX, LP                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND LP, THE                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B, LP                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B, LP                    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP                TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
ZAIS MATRIX V-C LTD.                    ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZAIS MATRIX V-C LTD.                    C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS MATRIX V-C LTD.                    DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS


Total Number of Records Printed       65                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```