UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                   :
                         **Debtors.**               :
                                                   :
---------------------------------------------------------------------------x        **Ref. Docket Nos. 10421,
                                                            10423, 10425, 10427, 10468-
                                                            10469, 10472-10475, 10493,
                                                            10495-10499, 10501-10505,
                                                            10510-10511 & 10512**


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
Sworn to before me this                            Lauren Rodriguez
2nd day of August, 2010

*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

```
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
                  Debtors.               |
                                         |
```

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VALUE
        FUND, LTD.) (LBH CREDNUM # 888012640)
        C/O DEERFIELD CAPITAL MANAGEMENT LLC
        ATTN: FREDERICK L. WHITE
        6250 NORTH RIVER ROAD
        ROSEMONT IL 60018

Please note that your claim # 26117 in the above referenced case and in the amount of $171,655.50       has been transferred **(unless previously expunged by court order)**

        CCP CREDIT ACQUISITION HOLDINGS, LLC
        TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA
        ATTN: LISA MURRAY
        375 PARK AVE, 13TH FL
        NEW YORK NY 10152

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10421     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/29/2010                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 29, 2010.

# EXHIBIT B

```
TIME:  21:47:25                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:        1
DATE:  07/29/10                                               CREDITOR LISTING

Name                                 Address
ABN AMRO BANK
ALTMA FUND SICAV PLC IN RESPECT OF ROWAN    TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS  VIA CERNAIA 7 TORINO  10121 ITALY
  SUB FUND                                  TRANSFEROR:  PIVOT GLOBAL VALUE FUND 171 OLD BAKERY STREET VALLETTA VLT 1455 MALTA
BANCA DEL PIEMONTE SPA                      TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS  VIA CERNAIA 7 TORINO  10121 ITALY
BANCA DI CREDITO COOPERATIVO SIGNA          TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS  VIA DELLA CHIESA 19 SIGNA  50058 ITALY
BANCA EUROMOBILIARE (SUISSE)                TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS.  VIA BALESTRA 17 LUGANO  6900 SWITZERLAND
BANCA FIDEURAM S.P.A.                       TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL DEPARTMENT PIAZZALE GIULIO DOUHET 31 ROMA  00143 ITALY
BANCA INTESA SAN PAOLO SPA                  TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL DEPARTMENT REF: LUIGI FIORI CARONES V. VERDI 8 MILANO  20121 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.      TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL DEPT/MR. GIANLUCA SERRA PIAZZA SALIMBENI 3 SIENA  53100 ITALY
BANCA DI DESIO E DELLA BRIANZA SPA          TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  MIDDLE OFFICE DEPT VIA ROVAGNANI 1 DESIO (MB)  20033 ITALY
BIM TORINO                                  TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS.  VIA GRAMSCI 7 TORINO  10121 ITALY
CASSA DI RISPARMIO DI PARMA E PIACENZA      TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS VIA MARSALA 18 LODI  26900 ITALY
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELATIVE VALU ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELATIVE VALU ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD (FKA DEERFIELD RELATIVE VALUE ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD (FKA DEERFIELD RELATIVE VALUE ATTN:  LISA MURRAY 375 PARK AVENUE, 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC        TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD.  (FORMERLY KNOWN AS DEERFIELD ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP     TRANSFEROR:  DEERFIELD CAPITAL LLC (F/K/A DEERFIELD TRIARC CAPITAL LLC) ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP     TRANSFEROR:  DEERFIELD CAPITAL LLC FKA DEERFIELD TRIARC CAPITAL LLC ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP     TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELATIVE VALU ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP     TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD ( FKA DEERFIELD RELATIVE VALUE ATTN:  LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP     TRANSFEROR:  DEERFIELD RELATIVE VALUE LTD (FKA DEERFIELD RELATIVE VALUE ATTN:  LISA MURRAY 375 PARK AVENUE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP    TRANSFEROR:  DEERFIELD CAPITAL LLC (FORMERLY KNOWN AS DEERFIELD TRIARC ATTN:  LISA MURRAY 375 PARK AVENUE, 13TH FL NEW YORK NY 10152
CITIGROUP GLOBAL MARKETS INC.               TRANSFEROR:  DOUGLAS A DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.               ATTN:  ALTMA FUND SICAV PLC IN RESPECT OF ROWAN SUB FUND ATTN:  MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.               TRANSFEROR:  SCOTTWOOD MASTER LTD ATTN:  MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDITO PRIVATO COMMERCIALE SA              VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
DEERFIELD CAPITAL LLC (F/K/A DEERFIELD      C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
  TRIARC CAPITAL LLC)
DEERFIELD CAPITAL LLC (FORMERLY KNOWN AS    C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
  DEERFIELD TRIARC CAPITAL LLC)
DEERFIELD CAPITAL LLC FKA DEERFIELD         C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
  TRIARC CAPITAL LLC)
DEERFIELD RELATIVE VALUE LTD ( FKA          C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
  DEERFIELD RELATIVE VALUE FUND, LTD)
DEERFIELD RELATIVE VALUE LTD (FKA           C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018
  DEERFIELD RELATIVE VALUE FUND, LTD)
DEERFIELD RELATIVE VALUE LTD. (F/K/A        FUND, LTD.) (LBH CRDNUM # 8880126640) C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROAD
  DEERFIELD RELATIVE VALUE                  ROSEMONT IL 60018
DEERFIELD RELATIVE VALUE LTD. (FORMERLY     VALUE FUND, LTD.) C/O DEERFIELD CAPITAL MANAGEMENT LLC C/O DEERFIELD CAPITAL MANAGEMENT LP ATTN:  FREDERICK L. WHITE 6250 NORTH RIVER ROSEMONT IL 60018
  KNOWN AS DEERFIELD RELATIVE
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR:  SWISS RE GLOBAL MARKETS LIMITED ATTN:  MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                            LONDON EC2N 2DB UNITED KINGDOM
                                            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR:  ZAIS MATRIX VI-F LTD. 30 HUDSON STREET, 36TH FL JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, N.A.        TRANSFEROR:  JPMORGAN SECURITIES LIMITED / CHASE MANHATTAN PLAZA, FLOOR 26 ATTN:  SUSAN MCNAMARA MAIL CODE:  NY1-A436 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR:  CREDITO PRIVATO COMMERCIALE SA ATTN:  LEGAL/COMPLIANCE & BACK OFFICE DEPTS.  STAUFFACHERSTRASSE 1 ZURICH  8004 SWITZERLAND
RBS COUTTS BANK AG                          TRANSFEROR:  PIVOT GLOBAL VALUE FUND 33 BENEFICI PLACE GREENWICH CT 06830
SCOTTWOOD MASTER LTD                        TRANSFEROR:  GOLDMAN SACHS LENDING PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP, ATTN:  S. CHOUDHURY 632 BROADWAY,  12TH FL
SERENGETI OVERSEAS MM L.P.                  NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                  TRANSFEROR:  JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                       TRANSFEROR:  GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN:  S. CHOUDHURY 632 BROADWAY, 12TH FL
                                            NEW YORK NY 10012
SERENGETI PARTNERS LP                       TRANSFEROR:  JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FL NEW YORK NY 10012

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 21:47:25
DATE: 07/29/10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
|------|---------|
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM 100 WEST PUTNAM AVENUE GREENWICH CT 06380 |

Total Number of Records Printed    44

EPIQ BANKRUPTCY SOLUTIONS, LLC