WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:
Debtors.                        :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 4, 2010 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CLAIM MATTERS:**

1.  Debtors' Seventeenth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 9325]**

    Response Deadline:    July 1, 2010 at 4:00 p.m.

    Responses Received:    None.

    Related Documents:    None.

    Status: This matter is going forward.

2.  Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9656]**

    Response Deadline:    July 20, 2010 at 4:00 p.m.

Unresolved Responses Received:

    A.     Response and Objection of Daniel J. Ebbert **[Docket No. 10310]**

    B.     Objection of State Street Trust and Banking Co., Ltd **[Docket No. 10395]**

    C.     Opposition and Response of Ronald P. Zemenak **[Docket No. 10397]**

    D.     Objection of Seniors Civil Liberties Association, Inc. **[Docket No. 10399]**

    E.     Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

    F.     Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

Resolved Responses Received:

    G.     Objection of Chris Stovic **[Docket No. 10331]**

Related Documents:

    H.     Notice of Filing of Revised Order **[Docket No. 9927]**

    I.     Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward except for the Response of Howard Terry and the Terry Foundation [Docket No. 10324], which has been adjourned to September 1, 2010 at 2:00 p.m.

3.     Debtors' Nineteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9657]**

Response Deadline:     July 20, 2010 at 4:00 p.m.

Unresolved Responses Received:

    A.     Opposition of Maheswora N. Baidya **[Docket Nos. 10317 and 10318]**

      B.      Objection of State Street Trust and Banking Co., Ltd **[Docket No. 10395]**

      C.      Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

      D.      Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

Related Documents:

      E.      Notice of Filing of Revised Order **[Docket No. 9963]**

      F.      Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward.

4.   Debtors' Twentieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9658]**

Response Deadline:    July 20, 2010 at 4:00 p.m.

Unresolved Responses Received:

      A.      Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

      B.      Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

Resolved Responses Received:

      C.      Response of Sheila and Anthony Lee Kane **[Docket No. 10161]**

Related Documents:

      D.      Notice of Filing of Revised Order **[Docket No. 9964]**

      E.      Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward except for the Opposition of Mathew Gulrich, Jr. [Docket No. 10396], which has been adjourned to September 1, 2010 at 2:00 p.m.

5. Debtors' Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9659]**

   Response Deadline:    July 20, 2010 at 4:00 p.m.

   Unresolved Responses Received:

       A.    Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

       B.    Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

   Resolved Responses Received:

       C.    Opposition of Gerald D. Constance **[Docket No. 10204]**

       D.    Opposition of Jacob Chang **[Docket No. 10308]**

   Related Documents:

       E.    Notice of Filing of Revised Order **[Docket No. 9966]**

       F.    Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

   Status: This matter is going forward.

6. Debtors' Twenty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9660]**

   Response Deadline:    July 20, 2010 at 4:00 p.m.

   Unresolved Responses Received:

       A.    Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

       B.    Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

   Related Documents:

       C.    Notice of Filing of Revised Order **[Docket No. 9967]**

       D.    Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward.

7.  Debtors' Twenty-Third Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9661]**

    Response Deadline: July 20, 2010 at 4:00 p.m.

    Unresolved Responses Received:

    A.  Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

    B.  Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

    Resolved Responses Received:

    C.  Opposition of Barbara Peonio **[Docket No. 10309]**

    Related Documents:

    D.  Notice of Filing of Revised Order **[Docket No. 9968]**

    E.  Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

    Status: This matter is going forward except with the Responses of Marshall Funds, Inc., et al. [Docket No. 10330] and Theodore Wm. Tashlik [Docket No. 10398], which have been adjourned to September 1, 2010 at 2:00 p.m.

8.  Debtors' Twenty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9662]**

    Response Deadline: July 20, 2010 at 4:00 p.m.

    Unresolved Responses Received:

    A.  Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

    B.  Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

    Related Documents:

    C.  Notice of Filing of Revised Order **[Docket No. 9969]**

D. Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward.

9. Debtors' Twenty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9663]**

Response Deadline: July 20, 2010 at 4:00 p.m.

Unresolved Responses Received:

A. Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

B. Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

Related Documents:

C. Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward.

10. Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9664]**

Response Deadline: July 20, 2010 at 4:00 p.m.

Unresolved Responses Received:

A. Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

B. Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

Related Documents:

C. Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

Status: This matter is going forward.

11. Debtors' Twenty-Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 9665]**

   Response Deadline: July 20, 2010 at 4:00 p.m.

   Unresolved Responses Received:

   A. Objections of Annetta Farber Pugia **[Docket Nos. 9920 and 10206]**

   B. Objection of State Street Trust and Banking Co., Ltd **[Docket No. 10395]**

   C. Limited Objection of Wilmington Trust Company, as Indenture Trustee **[Docket No. 10522]**

   D. Limited Objection of the Bank of New York Mellon, as Indenture Trustee **[Docket No. 10550]**

   Resolved Responses Received:

   E. Objection of John Rowlands **[Docket No. 10311]**

   F. Opposition of Richard L. Morris **[Docket No. 10205]**

   Related Documents:

   G. Debtors Reply to the Limited Objections of Wilmington Trust Company and Bank of New York Mellon **[Docket No. 10588]**

   Status: This matter is going forward.

## II. ADJOURNED MATTERS:

12. Debtor's Objection to Proof of Claim filed by David Schwartzman **[Docket No. 5951]**

   Response Deadline: August 25, 2010 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to September 1, 2010 at 2:00 p.m.

13. First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

   Response Deadline: April 15, 2010 at 4:00 p.m.

   Responses Received:

   A. Objection of Lehman Brothers Holdings Inc. **[Docket No. 8354]**

   Related Documents: None.

   Status: This matter has been adjourned to September 1, 2010 at 2:00 p.m.

14. Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

   Response Deadline: May 3, 2010 at 4:00 p.m.

   Unresolved Responses:

   A. Response of Paul Berlage **[Docket No. 8876]**

   B. Response of Gisela Schultz **[Docket No. 8877]**

   C. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

   D. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

   Related Documents: None.

   Status: This matter has been adjourned to September 1, 2010 at 2:00 p.m.

15. Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

   Response Deadline: May 3, 2010 at 4:00 p.m.

   Unresolved Responses:

   A. Response of Gisela Schultz **[Docket No. 8877]**

   B. Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

   C. Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

   D. Response of Irmgard Wiecorek **[Docket No. 8883]**

E. Response of Uwe Schaper **[Docket No. 8885]**

F. Response of Korinna Schwerdt **[Docket No. 8886]**

G. Response of Juergen Klein **[Docket No. 8887]**

H. Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I. Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J. Response of Manuel Freude **[Docket No. 8895]**

K. Response of Dietmar Reinartz **[Docket No. 8896]**

L. Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M. Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N. Response of Wilfried Uttendorf **[Docket No. 8899]**

O. Response of Gerd Meyer **[Docket No. 8900]**

P. Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q. Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R. Response of Martin Kuemmel **[Docket No. 8905]**

S. Response of Marlies Wagner **[Docket No. 8906]**

T. Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U. Response of Gertrud Styra **[Docket No. 8908]**

V. Response of Bernhard Koenner **[Docket No. 8909]**

W. Response of Uwe Schoenwaelder **[Docket No. 8910]**

X. Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y. Response of Hanspeter Wittig **[Docket No. 8912]**

Z. Response of Peter Huen **[Docket No. 8913]**

        AA.    Response of Hans-Dieter Olsberg **[Docket No. 8914]**

        BB.    Response of Eva Schwabmueller **[Docket No. 8915]**

    Related Documents:   None.

    Status: This matter has been adjourned to September 1, 2010 at 2:00 p.m.

16. Motion of GLG Credit Fund to File Proof of Claim After Claims Bar Date **[Docket No. 9537]**

    Response Deadline:   August 4, 2010 at 10:00 a.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter is going forward.

    Status: This matter has been adjourned to September 1, 2010 at 2:00 p.m.

17. Motion of Coscan Construction, LLC for Relief from the Automatic Stay **[Docket No. 7226]**

    Response Deadline: September 15, 2010 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:   None.

    Status: This matter has been adjourned to September 22, 2010.

Dated: August 3, 2010
       New York, New York

                              /s/ Harvey R. Miller
                              Harvey R. Miller

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession