# EXHIBIT A

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Chapter 11 Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ANDREW SPINK Q.C.

CITY OF LONDON                              )
                                            ) ss:
COUNTRY OF THE UNITED KINGDOM               )

ANDREW JOHN MURRAY SPINK Q.C., being duly sworn, upon his oath, deposes and says:

1. I am a Queen's Counsel, located at Outer Temple Chambers, 222 Strand, London, WC2R 1BA, United Kingdom.

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that I provide legal advice and representation to the Debtors in connection with a warning notice issued by the United Kingdom Pensions Regulator pursuant to Section 96(2)(a) of the United Kingdom Pensions Act 2004 against LBHI and other associated companies within the Lehman's Group, and I have consented to provide such advice and representation.

3.  I may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of my customary practice, I am retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases. In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.  I have not agreed to share nor will I share any portion of the compensation to be received from the Debtors with any other person.

5.  The Debtors do not owe me anything for prepetition services.

6.  I do not, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtors or their estates.

7.  If at any time during the period of my engagement, I discover any facts bearing on the matters described herein, I will supplement the information contained in this affidavit.

By: _____

Subscribed and sworn to before me
this 29th day of July, 2010

_____
Notary Public

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          :
In re                                                     :   Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :   08-13555 (JMP)
                                                          :
                        Debtors.                          :   (Jointly Administered)
                                                          :
                                                          :
                                                          :
----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Jennifer Sapp
        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Andrew Spink Q.C., Outer Temple Chambers, 222 Strand, London,

   WC2R 1BA

2. Date of retention:   11 June 2010

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Legal advice and representation in connection with a warning notice issued by the United Kingdom Pensions Regulator pursuant to Section 96(2)(a) of the United Kingdom Pensions Act 2004 against LBHI and other associated companies within the Lehman group

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   £650

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:     $N/A

   Date claim arose:     N/A

   Source of Claim:      N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

Amount of Claim: $N/A

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

Kind of shares: N/A

No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Kind of shares: N/A

No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

11. Name of individual completing this form:

Andrew John Murray Spink Q.C.