## EXHIBIT A

**(Ordinary Course Professional Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                    :        Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :        08-13555 (JMP)
                                                         :
                        Debtors.                         :        (Jointly Administered)
                                                         :
                                                         :
-------------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF DONALD G. GRAY

## ON BEHALF OF CASSELS, BROCK & BLACKWELL LLP

DONALD G. GRAY  declares and says:

1.      I am Partner and Head of the Aerospace Group of Cassels Brock & Blackwell LLP,  located at 2100 Scotia Plaza, 40 King Street West, Toronto, Ontario, M5H 3C2 (the "Firm").

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide  advice with respect to sale of Canadian-registered aircraft including review of documents and providing a legal opinion as well as registration services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.    The Debtors owe the Firm $91,006.12 for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: City of Toronto,
          Province of Ontario

July 13, 2010

_____
Donald G. Gray

---

[1] If necessary.

# EXHIBIT B

## (Retention Questionnaire)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                          :
In re                                     :    **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                          :
                    **Debtors.**          :    **(Jointly Administered)**
                                          :
                                          :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Jennifer Sapp
>         Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      Cassels Brock & Blackwell LLP

      2100 Scotia Plaza

      40 King Street West

      Toronto, Ontario, Canada  M5H 3C2

2.    Date of retention:     April 27, 2010

3.  Type of services provided (accounting, legal, etc.):

    Legal _____

    _____

    _____

4.  Brief description of services to be provided:

    Advice with respect to sale of Canadian-registered aircraft including

    review of documents and providing a legal opinion as well as registrations.

    _____

    _____

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly _____

    (a)  Average hourly rate (if applicable):

         Average approximately $600 per hour. _____

    (b)  Estimated average monthly compensation based on prepetition
         retention (if firm was employed prepetition):

         _____

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:      $91,006.12 _____

    Date claim arose:     July 16, 2008 and August 31, 2008 _____

    Source of Claim:      Legal Fees _____

7.  Prepetition claims against the Debtors held individually by any member,
    associate, or professional employee of the firm:

    Name: N/A _____

    Status: _____

    Amount of Claim:  $_____

Date claim arose: _____

Source of claim: _____

_____

_____

_____

8.      Stock of the Debtors currently held by the firm:

Kind of shares:  <u>N/A</u>_____

No. of shares: _____

9.      Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  <u>Asem Latif</u>_____

Status: <u>CRM Program Supervisor</u>_____

_____

Kind of shares:  <u>Lehman Brothers Holdings; LEHMQ</u>_____

No. of shares:  <u>500</u>_____

10.      Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>N/A</u>_____

_____

_____

_____

11.      Name of individual completing this form:

<u>Carlo P. Vairo/Kellie-Ann Machete</u>_____