UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, John C. Weitnauer, request admission, *pro hac vice*, before the Honorable James M. Peck in the above-captioned bankruptcy and any related adversary proceedings.

I certify that I am a member in good-standing of the bar in the State of Georgia and the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Atlanta, Georgia
August 4, 2010

Respectfully submitted,

/s/ John C. Weitnauer
John C. Weitnauer
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Email: kit.weitnauer@alston.com