UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of John C. Weitnauer, to be admitted, *pro hac vice*, in the above-captioned bankruptcy and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Courts for the Middle and Northern Districts of Georgia, it is hereby

ORDERED, that the motion for admission of John C. Weitnauer to practice *pro hac vice* in the above captioned bankruptcy and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York is granted, provided that the filing fee has been paid. The admitted attorney, John C. Weitnauer, is permitted to argue or try this particular case and any related adversary proceedings in whole or in part as counsel. The admitted attorney may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders and otherwise serve as counsel in this particular case and any related adversary proceedings.

Dated: August ___, 2010
       New York, New York

 

                                                        _____
                                                        UNITED STATES BANKRUPTCY JUDGE