UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
         Debtors.                               :    (Jointly Administered)
                                                :
-----------------------------------------------------------------x    Ref. Docket Nos. 10611 & 10613-10615

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2010, I caused to be served the:

    a. "Notice of Fifty-Sixth Supplemental List of Ordinary Course Professionals," dated August 2, 2010 [Docket No. 10611], (the "56th OCP Notice"),

    b. "Affidavit and Disclosure Statement of Mark McTigue, on behalf of Structured Capital Solutions, LLC," dated July 27, 2010 [Docket No. 10613], (the "Mark McTigue Affidavit"),

    c. "Affidavit and Disclosure Statement of Andrew Spink Q.C.," dated July 29, 2010 [Docket No. 10614], (the "Andrew Spink Q.C. Affidavit"), and

    d. "Declaration and Disclosure Statement of Donald G. Gray on behalf of Cassels, Brock & Blackwell LLP," dated July 13, 2010 [Docket No. 10615], (the "Donald G. Gray Affidavit"),

    by causing true and correct copies of the:

    a. 56th OCP Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. 56th OCP Notice, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to Office of the US Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004,

    c. Mark McTigue Affidavit, to be delivered via electronic mail to Mark McTigue, Structured Capital Solutions, LLC: Mark.mctigue@structuredcapitalsolutions.com,

  d. Andrew Spink Q.C. Affidavit, to be delivered via electronic mail to Andrew Spink Q.C.: chris.gittins@outertemple.com, and

  e. Donald G. Gray Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
4 day of August, 2010

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

-2-

T:\Clients\LBH\Affidavits\56th Notice of OCP, SCS Aff, Spink Aff, Cassel Brock Decl_DI 10611 & 10613-10615_AFF_8-2-10.doc

**EXHIBIT A**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

# EXHIBIT B

08-13555-mg    Doc 10626    Filed 08/04/10    Entered 08/04/10 14:52:25    Main Document
Pg 5 of 6

**<u>Exhibit B - Cassels, Brock & Blackwell LLP Email Parties</u>**

Kelly-Ann Machete:
KAMachete@CasselsBrock.com

Carlo Vairo:
CVairo@CasselsBrock.com