Philip H. Hauger
5821 Amy Drive
Oakland, CA 94618-2615
July 26, 2010

The chambers of
Honorable James M. Peck
One Bowling Grèen
New York, New York, 10004
Courtroom 601

Dear Sir:

I write this letter in response to a letter I received at my home from U. S. Bankruptcy Court Southern District of New York. This letter was dated June 24, 2010. The response deadline was July 20, 2010.

Although I write in response after the set deadline, there are circumstances which I could not avoid: I was on vacation in Europe, with my mail held by the U. S. Postal Service, from June 22 through July 22, 2010. Thus I was unaware of the letter from the Court and unable to respond in a timely fashion, as I was still in Europe on the deadline date.

The following information is to be included in my response:

1 Bankruptcy Court, Name of Debtors, Case number and title of the Objection to which the response is directed:

United States Bankruptcy Court for the Southern District of New York
Lehman Brothers Holdings, Inc.
Chapter 11 Case No. 08-13555 (JMP)
"Claim to be Disallowed and Expunged" - claim # 8375 (copy enclosed)

2 Name of Claimant and Description of the Basis for the Amount of the Claim:

Philip H. Hauger
I bought Lehman Capital Trust IV on 09-12-07: Principal $29,813.
Through my Morgan Stanley Active Assets Account # 104-20312-108

3 Concise Statement setting forth reason why claim should not be expunged:

I am not aware that claim # 8375 represents a duplicate claim.
I have no relationship to claim # 22122; this is an error.

4 Documentation: see enclosed Transaction Record.

5 Address to respond to the Claim:

Philip H. Hauger
5821 Amy Drive
Oakland, CA 4618-2615

6 Name, address and telephone number of ultimate authority to reconcile:

Philip H. Hauger
5821 Amy Drive
Oakland CA 94618-2615
510 339-1254

Thank you for considering this appeal,

Philip H. Hauger

Philip H. Hauger

RECEIVED
JUL 28 2010
U.S. BANKRUPTCY COURT, SDNY
JMP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

MAIL ID *** 0028966160 *** LBH OB27 06-17-2010 (MERGE2,TXNUM2) 4000055304

HAUGER, PHILIP H.
42 MARS STREET
SAN FRANCISCO, CA 94114

**THIS IS A CORRECTED NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' TWENTY- SEVENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

**TO:** **Creditor Name and Address**
HAUGER, PHILIP H.
42 MARS STREET
SAN FRANCISCO, CA 94114

**Basis For Objection:** Duplicative of Indenture Trustee Claim

| | Claim Number | Date Filed | Debtor | Claim Amount |
|---|---|---|---|---|
| **Claim to be Disallowed and Expunged** | 8375 | 08/17/2009 | 08-13555 | $29,812.50 |
| **Surviving Claim** | 22122 | 09/21/2009 | 08-13555 | $311,742,937.05 |

PLEASE TAKE NOTICE that, on June 17, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Twenty- Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that it is duplicative of the corresponding global claim listed above under SURVIVING CLAIM(S) filed by the Bank of New York Mellon on behalf of itself and the holders of certain notes issued pursuant to an indenture. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 20, 2010 (the "Response Deadline").

1 A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

COPY

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor: 08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

PHILIP H. HAUGER
42 MARS STREET + All new address
SAN FRANCISCO CA 94114

Telephone number: (510) 332-2634 Email Address: phauger47@comcast.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____________ (*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

SAME

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 29,812.50

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** MONEY LOANED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** B206
**3a. Debtor may have scheduled account as:** ____________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ____________
Value of Property: $____________ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$____________ Basis for perfection: ____________
**Amount of Secured Claim: $**____________ **Amount Unsecured: $**____________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$____________

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $**____________
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**Date:** 8-12-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Philip H Hauger

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

021610

*This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.*

Your Account Number: 104-020312-0-108
Cash Account - Active Assets

Your Financial Advisor
SUSAN CONSEY
ONE KAISER PLAZA, SUITE 900
OAKLAND, CA 94612
(510) 839-8080

PHILIP H HAUGER TTEE F/T PHILIP H
HAUGER REVOCABLE TRUST DTD 4/30/01
5821 AMY DRIVE
OAKLAND, CA 94618-2615

(2)

Fixed Rate capital Security

**You Bought**

**Trade Date 09/07/07 for Settlement on 09/12/07**

| Quantity | 1,250 | Price | 23.85 | Settlement Amount | |
|---|---|---|---|---|---|

*Description:*
LEHMAN CAPITAL TRUST IV
MATURES 10/31/2052 COUPON 6.375% FIXED
COUPON PAYABLE QUARTERLY ON FEB, MAY, AUG, NOV 2nd
ISSUE DATE 10/31/2003 FIRST COUPON DATE 02/02/2004
YIELD TO MATURITY 6.753%
PREFERENTIAL RATE
ORD 09/06/07 19:22:40 00
NEXT CALL DATE: 10-31-08 NEXT CALL PRICE: 25.000
CALLABLE AT ANY TIME FROM 10-31-08 TO 10-31-52.
MORGAN STANLEY ACTED AS PRINCIPAL.
EXECUTED OVER THE COUNTER.
A PORTION OF THE PRINCIPAL AMOUNT SHOWN REPRESENTS ACCRUED INTEREST. THIS INFORMATION IS PROVIDED TO ASSIST YOU IN TAX PREPARATION. ACCRUED INTEREST MAY BE USED TO ADJUST YOUR COST BASIS. PLEASE CONSULT YOUR TAX ADVISOR.
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION COULD AFFECT THE YIELD REPRESENTED;
ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST

| | |
|---|---|
| Principal | $29,812.50 |
| Processing Fee | 5.25 |
| Net Amount | $29,817.75 |

Security No. 52520B206
Symbol LEH.L

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.