01 July, 2010.

1). The US Bankruptcy Court for the Southern District of New York.
   Honorable James M. Peck.
2). The Official Committee of Unsecured Creditors.
   Mr. James. J. Mc Ginley. Managing Debtor.
3). The Attorney for the United States Trustee in the Lehman Brothers bankruptcy cases.
   Mr. Andrew D. Velez-Rivera, Esq.
4). The New York State Attorney General.
   Mr. Andrew M. Cuomo
5). The Office of Inspector General Federal Reserve ( OIG )
   Mrs. Elizabeth A. Coleman
6). The Office of Inspector General US Treasury
   Mr. Eric Thorson

JUL 30 2010

Dear Sirs / Madam,

RE : Our anxiety in facing our SUBSTANTIAL LOSSES of Lehman Brothers Holdings. Inc.
   Case No. 08-13555.

We were holding **Lehman Brothers 15 YRS nc3m cms Curve Steepener Note 14% 30/12/2019. for notional Amount USD. 500.000.-/ ( Five hundred thousand USDollar ).** Lehman Brothers had filed for BANKRUPTCY proceedings under the Chapter 11 and we have authorised C I C Bank Singapore to file the claim on our behalf (part of the surviving claim under assigned Claim number 10082).

We are undergoing tremendous amount of anxiety and stress in facing substantial losses from investing in the above note. We had bought the structured note at par in December 2004.

We would like to suggest to the Official Committee to consider suing the FED ( US Federal Reserve ) as Co- defendants, considering that his action was UNFAIR to Lehman Brothers and particularly to us as the note holders. Below are the facts and opinions which we would like you to consider.

1). The FED financed purchase of Bear Stearns Cos by JP Morgan Chase but did not do the same to Lehman Brothers. **As a result, Lehman Brothers had to file for Bankruptcy under Chapter 11 because the REGULATORS insisted that NO TAXPAYER MONIES would be involved.**

2). For the past decade, we were very confident with the US regulators for the past decade. In our opinions : THE REGULATORS MUST BE FAIR AND CONSISTENT IN THEIR ACTIONS. This was the basis that the principles of banking were built on and should always be respected WORLDWIDE by the institutions and the Regulators in carrying out banking business. ................... Our question now is : " Were The Regulators' decisions made in a careful and thoughtful way, and were not politically driven? "

3). Since the Regulators involved taxpayer monies in their financed purchase of Bear Stearns Cos by JP Morgan, they should also have bailed out Lehman Brothers as it had a long history. And this was a classic models on how The Regulators are near to systemic ruins of the financial systems.

4). In our opinions : The Regulators were UNFAIR and INCONSISTENT in their actions. On the one hand, they insisted no taxpayer monies would be involved to Lehman Brothers, but on the other hand, they had financed the purchase of Bear Stearns by JP Morgan as well as subsequently bailing out many other financial institutions (e.g. Citibank, Bank of America, AIG, J P Morgan Chase, Freddy Mac, Fannie Mae, Morgan Stanley, Well Fargo, etc)

5). Today, all the financial institutions that had received bailouts from the FED survive and in fact, some of them are able to repay the bailout loans to The FED. But not for Lehman Brothers.

6) FED is making big money on their Citigroup shares today as a result of the bailout exercise. We would like to suggest to The Court ( Honorable James M. Peck. ) to consider the entry of an order to the FED to share some of its profit with the investors of Lehman Brothers like us. As we believe that, if the Regulators did consider a bailout for Lehman Brothers , they would also survive like the other banks, and we would not have suffered substantial losses.

7). We are seeking the Regulators considerations and understanding of responsibility for their unfair and inconsistent actions to Lehman Brothers and bond holders. Their actions had caused substantial losses to us and it is impossible to recover these losses now.

And please accept our apologies for the requests we have made and thanking you for your kind attentions.

Yours truly,

Mr. Yamani Hartono ( hartono@uninet.net.id )

Address : Taman Pluit Murni IV No. 2
         Jakarta Utara 14450, Indonesia.

Telephone : +62816703817 & 6221 71067852


CC :   1). White House / USA President
       2). The US Federal Reserve
       3). US Treasury Secretary
       4). F C I C
       5). S I G T A R P
       6). C I C Bank Singapore