SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Suzanne D.T. Lovett, Esq.

*Attorney for Brookdale Senior Living*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :  Case No. 08-13555 (JMP)
                                                            :
                    Debtors.                                :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF
<u>BROOKDALE SENIOR LIVING</u>**

PLEASE TAKE NOTICE that Brookdale Senior Living, through the undersigned counsel, hereby withdraws proof of claim No. 26210 filed on September 21, 2009 against Lehman Brothers Holdings Inc.

Dated: New York, New York
       August 4, 2010

                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        By: _____
                                               Suzanne D.T. Lovett, Esq.
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone: 212-735-3000
                                        Facsimile: 212-735-2000
                                        E-Mail: Suzanne.Lovett@skadden.com

                                        *Attorney for Brookdale Senior Living*