**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd

*Conflicts Counsel for the Debtors
 and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
                                                                         :
**In re**                                                                : **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                             : **08-13555 (JMP)**
                                                                         :
                                     Debtors.                            : **(Jointly Administered)**
                                                                         :
------------------------------------------------------------------------ x

**THIRD SUPPLEMENTAL AFFIDAVIT OF STEVEN J. REISMAN ON BEHALF OF
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP PURSUANT TO RULES 2014(a)
AND 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

I, Steven J. Reisman, pursuant to 28 U.S.C. § 1746, hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly admitted to practice before this Court. I am a member of the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis"). Curtis is a multi-national law firm with principal offices located at 101 Park Avenue, New York, New York 10178-0061. Curtis maintains regional offices in: Washington, D.C.; Houston, Texas; Paris, France; London,

8024552

England; Frankfurt, Germany; Milan, Italy; Mexico City, Mexico; Muscat, Sultanate of Oman; Istanbul, Turkey; Almaty, Kazakhstan; Astana, Kazakhstan; and Dubai, United Arab Emirates.

2.  I submit this affidavit (the "Third Supplemental Affidavit") to supplement the affidavits I have previously submitted on behalf of Curtis, sworn to on October 8, 2008 (the "Original Affidavit"), and August 31, 2009 (the "First Supplemental Affidavit"), and April 22, 2010 (the "Second Supplemental Affidavit") in support of the engagement of Curtis by the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 cases (collectively, the "Chapter 11 Cases"), pursuant to Sections 327, 328(a), 329 and 504 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.  On November 21, 2008, this Court entered an order approving the Application and the Debtors' retention and employment of Curtis as conflicts counsel to the Debtors on a final basis [Docket No. 1659].

4.  To the best of my knowledge, after due inquiry, and except as set forth herein, neither I, Curtis, nor any member of, counsel to or associate of Curtis represents any creditor, party in interest or entities other than the Debtors in connection with the Chapter 11 Cases.

5.  Unless otherwise stated in this Third Supplemental Affidavit, the Original Affidavit, First Supplemental Affidavit, or the Second Supplemental Affidavit, I have personal knowledge of the facts set forth herein. Curtis periodically reviews its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. As additional information concerning the Debtors' creditors and relationships that have material connections with the Debtors develops, Curtis will file a further supplemental affidavit with the Court. To the best of my knowledge, Curtis has not represented and will not represent

2

any parties other than the Debtors in these cases or in connection with any matters that would be adverse to the Debtors related to these cases in respect of the matters on which Curtis is employed in the Chapter 11 Cases.

## CURTIS' CONNECTIONS WITH CLIENTS
## IN MATTERS UNRELATED TO THE CHAPTER 11 CASES

6. Curtis has represented, currently represents, and may in the future represent, various entities or their affiliates in matters unrelated to the Chapter 11 Cases. Since filing the Second Supplemental Affidavit, Curtis received an updated list of parties in interest in the Chapter 11 Cases from lead counsel for the Debtors, Weil, Gotshal & Manges LLP. As a result, Curtis has become aware of additional parties in interest in the Chapter 11 Cases with whom Curtis has, or may have, client connections that need to be disclosed. Certain of the client connections included in this Third Supplemental Affidavit were previously disclosed in the Second Supplemental Affidavit under other categories.

7. Curtis has identified the client connections disclosed below. The connections are categorized as follows:

> (a) clients for which Curtis has rendered services in the prior two (2) years and is presently rendering services ("Current Clients");
>
> (b) clients for which Curtis has rendered services in the prior two (2) years and which engagement was closed within the prior two (2) years ("Former Clients");
>
> (c) entities that are related to, or may be related to, a current client for which Curtis has rendered services in the prior two (2) years and is presently rendering services; and
>
> (d) entities that are related to, or may be related to, a former client for which Curtis has rendered services in the prior two (2) years and which engagement was closed within the prior two (2) years.

8. All client connections were diligently reviewed by an attorney working under my supervision.

3

8024552

9. From such review, I determined that, with respect to each client connection between Curtis and such parties, Curtis does not hold or represent an interest that is adverse to the Debtors' estates, and that Curtis is a "disinterested person," as such term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code, for the reasons described below.

**Current Clients – Exhibit 1**

10. Curtis has currently rendered services and may, in the future, render services to the Current Clients set forth on **Exhibit 1** hereto and their respective affiliates in matters unrelated to the Debtors.

11. To the best of my knowledge and information, the annual fees paid to Curtis by any of the Current Clients and their respective affiliates for either of the last two calendar years did not exceed 1% (one percent) of the annual gross revenue of Curtis for such year.

12. Curtis has not, does not and will not represent any of the Current Clients or their respective affiliates in the Chapter 11 Cases or in other matters adverse to the Debtors during the pendency of these Chapter 11 Cases.

**Former Clients – Exhibit 2**

13. Curtis has rendered services to the following Former Clients set forth on **Exhibit 2** hereto, within the prior two (2) years and Curtis' engagement was formally concluded within such period. Curtis may, however, in the future, render services to the Former Clients or their affiliates or subsidiaries in matters unrelated to the Debtors and the Chapter 11 Cases. If any Former Client becomes a Current Client during the pendency of these Chapter 11 Cases, Curtis will make the appropriate supplemental disclosures to the Court.

8024552

**Entities That Are Related or May Be Related to Current Clients – Exhibit 3**

14.     In addition, the entities set forth on **Exhibit 3** hereto either (i) have a name similar to a client in the client database or (ii) are or may be related to a current client (collectively, the "Potential Clients").  In certain instances, after a diligent effort, Curtis was unable to determine whether the similarity of names was, in fact, a coincidence or whether, and to what extent, the Potential Clients are related to a current client.  However, out of an abundance of caution, Curtis has confirmed that, similar to the Current Clients and Former Clients identified above, Curtis does not represent any of the Potential Clients set forth on **Exhibit 3** in matters related to the Chapter 11 Cases.

**Entities That Are Related or May Be Related to Former Clients – Exhibit 4**

15.     Similarly, the entities set forth on **Exhibit 4** hereto either (i) have a name similar to a former client in the client database or (ii) are or may be related to a former client. After a diligent effort, Curtis was unable to determine whether the similarity of names was, in fact, a coincidence or whether, and to what extent, such entity is related to a former client in the client database.  However, out of an abundance of caution, Curtis has confirmed that, similar to the Current Clients, Former Clients, and Potential Clients identified above, Curtis does not represent any of the entities set forth on **Exhibit 4** in matters related to the Chapter 11 Cases.

**DISCLOSURE OF NEW ATTORNEYS AT CURTIS**

16.     Subsequent to the submission of the Second Supplemental Affidavit, Heather Elizabeth Allen joined Curtis as an associate in its Restructuring and Insolvency Group.  Prior to joining Curtis, Ms. Allen represented various parties that were adverse to the Debtors in connection with filing proofs of claim, pursuing cure claims and performing various research projects.  Out of an abundance of caution, Curtis has instituted formal screening procedures to screen Ms. Allen from all aspects of Curtis' representation of the Debtors.

## **CURTIS BILLING PRACTICES**

17. As disclosed in the Original Affidavit, Curtis is not a creditor of the Debtors. Curtis did not receive a retainer from the Debtors prior to the filing of the Chapter 11 Cases.

18. All compensation for services rendered by Curtis and reimbursement of expenses incurred by Curtis in the Chapter 11 Cases has been subject to the approval of this Court, and Curtis shall continue to seek this Court's approval for the payment of such compensation pursuant to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

19. The foregoing constitutes the Third Supplemental Affidavit of Curtis pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

20. I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
August 5, 2010

/s/ Steven J. Reisman
STEVEN J. REISMAN
A Member of the Firm

SWORN TO AND SUBSCRIBED
before me this 5 day of August, 2010

/s/ James V. Drew
Notary Public

JAMES V. DREW
Notary Public, State of New York
NO. 02-DR6079092
Qualified in Queens County
Commission Expires August 12, 2010

8024552

# INDEX OF EXHIBITS TO THE
# THIRD SUPPLEMENTAL AFFIDAVIT OF STEVEN J. REISMAN

EXHIBIT 1    CURRENT CLIENTS OF CURTIS

EXHIBIT 2    FORMER CLIENTS OF CURTIS

EXHIBIT 3    ENTITIES THAT ARE RELATED OR MAY BE RELATED TO CURRENT CLIENTS OF CURTIS

EXHIBIT 4    ENTITIES THAT ARE RELATED OR MAY BE RELATED TO FORMER CLIENTS OF CURTIS

8024552

## EXHIBIT 1

## CURRENT CLIENTS OF CURTIS[1]

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| Alvarez & Marsal[2] | Professional Retained by the Company | Current Client in a matter related to Debtors |
| American Express Travel Related Services Co., Inc. | Potential Party in Interest | Current Client in matters unrelated to Debtors |
| The Bank of Nova Scotia | Potential Party in Interest, Unsecured Creditor | Current Client in a matter unrelated to Debtors |
| Raiffeisen Zentralbank Osterreich AG | Potential Party in Interest | Current Client in matters unrelated to Debtors |

---

[1] Several of the Current Clients have either executed a waiver letter or indicated that they will execute a waiver allowing Curtis to act adversely to their interests on all matters unrelated to the matter(s) on which we are acting for them. Unless otherwise indicated, Curtis does not act for any Current Clients on any matter related to the Debtors.

[2] The scope of Curtis' representation of Alvarez & Marsal ("A&M") is limited to responding to a subpoena from JPMorgan Chase Bank, N.A. in connection with the adversary proceeding styled *Lehman Brothers Holdings Inc. v. JPMorgan Chase Bank, N.A. (In re Lehman Brothers Holdings Inc.)*, Adv. Pro. No. 10-03266 (JMP). Curtis will seek payment of its fees and expenses relating to this limited engagement from the Debtors' estates. A&M has executed an engagement agreement waiving any potential conflict of interest.

8024552

# EXHIBIT 2

## FORMER CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| N/A | | |

8024552

# EXHIBIT 3

## ENTITIES THAT ARE RELATED OR MAY BE
## RELATED TO CURRENT CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| ABN AMRO Rothschild | Underwriting investment banker for Debtors | Affiliate of current client in matters unrelated to Debtors |
| BNP Paribas Sucursal en España P.P. | Potential Party in Interest | Affiliate of current client in matters unrelated to Debtors |
| Bank of America Mexico, S.A. | Potential Party in Interest | Affiliate of current clients in matters unrelated to Debtors |
| Deutsche Bank AG | Litigation Claimant, Potential Party in Interest | Affiliates of current client in matters unrelated to Debtors |
| Deutsche Bank AG, New York Branch | Significant Lessor/Lessee | |
| Deutsche Bank AG (London Branch) | Potential Party in Interest | |
| Deutsche Bank National Trust Company | Derivative Counterparty, Potential Party in Interest | |
| Deutsche Bank SA/NV | Potential Party in Interest | |
| Deutsche Bank Trust Company Americas | Derivative Counterparty, Potential Party in Interest | |
| Glencore Energy UK Ltd. | Potential Party in Interest | Affiliate of current clients in matters unrelated to Debtors |
| INVESCO CLO | Potential Party in Interest | Affiliates of current client in a matter unrelated to Debtors |
| INVESCO Real Estate | Potential Party in Interest | |
| Investcorp Fixed Income Relative Value | Potential Party in Interest | Affiliates of current client in a matter unrelated to Debtors |
| Investcorp Silverback Arbitrage Master Fund Ltd. | Potential Party in Interest | |
| Massachusetts Mutual Life Insurance | Potential Party in Interest | Affiliate of current client in a matter unrelated to Debtors |
| Reliance Globalcom Services, Inc. | Potential Party in Interest | Affiliate of current client in a matter unrelated to Debtors |
| Stephen Green | Potential Party in Interest | Affiliate of current client in matters unrelated to Debtors |
| Royal & Sun Alliance Insurance Group PLC | Potential Party in Interest | Affiliate of current client in a matter unrelated to Debtors |

8024552

# EXHIBIT 4

## ENTITIES THAT ARE RELATED OR MAY BE
## RELATED TO FORMER CLIENTS OF CURTIS

| Name of Entity Searched | Relationship to Debtors | Relationship to Curtis |
|---|---|---|
| ING Life Insurance & Annuity Company | Derivative Counterparty, Potential Party in Interest | Affiliates of former client in matters unrelated to Debtors |
| ING Group | Potential Party in Interest | |
| ING Real Estate Finance | Potential Party in Interest | |
| ING USA Annuity & Life Insurance Company | Derivative Counterparty | |
| Inter-American Development Bank | Potential Party in Interest | Affiliate of former client in a matter unrelated to Debtors |
| Natixis, S.A. | Potential Party in Interest | Affiliate of former client in matters unrelated to Debtors |
| Novartis Finance Corporation | Potential Party in Interest | Affiliate of former client in a matter unrelated to Debtors |
| KfW | Potential Party in Interest | Affiliates of former client in a matter unrelated to Debtors |
| KfW Bankengruppe | Potential Party in Interest | |

8024552