WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter Gruenberger
Eleanor H. Gilbane

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                         Debtors.               :    (Jointly Administered)
-------------------------------------------------------------------x
```

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: August 5, 2010
      New York, New York

                              */s/ Peter Gruenberger*
                              Peter Gruenberger
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Eleanor H. Gilbane
                              WEIL, GOTSHAL & MANGES LLP
                              700 Louisiana, Suite 1600
                              Houston, Texas 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511

                              Attorneys for Debtors
                              and Debtors in Possession

## **Exhibit A**

### NOTICE OF SUBPOENA

| Name of Witness: | KeyBank National Association |
|---|---|
| Date of Service of Subpoena: | August 4, 2010 |
| Subject of Subpoena: | Production of Documents, pursuant to Fed. R. Bankr. P. 2004. |
| Date, Time and Place of any Examination: | (i) Documents to be produced by September 7, 2010 at 10:00 A.M. (EST) at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153. |