**SEWARD & KISSEL LLP**
Ronald L. Cohen, Esq. (RC 3897)
Jack Yoskowitz, Esq. (JY-3935)
Ellen Lafferty, Esq. (EL-6537)
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

Counsel for Investcorp Interlachen
Multi-Strategy Master Fund Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

**Certificate of Service**

        I, Justin Shearer, an attorney duly admitted, hereby certify that on August 3, 2010 I caused a copy of the Response of Investcorp Interlachen Multi-Strategy Master Fund Limited to Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) to be served by facsimile on the parties on the annexed Service List

                                /S/ Justin L.Shearer
                                  Justin L.Shearer

**SERVICE LIST**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attention:Shai Y.Waisman, Esq.
Facsimile No. (212) 310-8274

Milbank, Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis Dunne, Esq.
　　　　　　Dennis O'Donnell, Esq.
　　　　　　Evan Fleck, Esq.
Facsimile No. (212)-530-5219

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
New York, New York  10004
Attention: Brian S. Masumoto, Esq.
　　　　　　Andy Velez-Rivera, Esq.
　　　　　　Paul Schwartzberg, Esq
　　　　　　Linda Riffkin, Esq.
　　　　　　Tracy Hope Davis, Esq.
Facsimile No. (212) 668-2255

SK 26539 0001 1121663