**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the seventeenth omnibus objection to claims, dated May 28, 2010

(the "Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors

in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures

Order"), reducing and allowing the Settled Derivative Claims on the grounds that the

Debtors and claimants have agreed upon a claim value not currently reflected on the

proof of claim, all as more fully described in the Seventeenth Omnibus Objection to

Claims; and due and proper notice of the Seventeenth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Seventeenth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Debtors' Seventeenth Omnibus Objection to Claims.

Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on <u>Exhibit 1</u> annexed hereto is hereby modified and allowed in the amount set forth on <u>Exhibit 1</u> under the column heading "Modified Claim Amount"; and it is further

ORDERED that the Debtors have withdrawn the Seventeenth Omnibus Objection to Claims with respect to the claims listed on <u>Exhibit 2</u> annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> to the Seventeenth Omnibus Objection to Claims but not on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      August 5, 2010

                        _*s/ James M. Peck*_____
                        HONORABLE JAMES M. PECK
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AGRIBANK, FCB ATTN: WILLIAM J. PREBIL, ASSOC. GENERAL CNSL. 375 JACKSON STREET SAINT PAUL, MN 55101 | 24530 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,470,239.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,466,739.00 |
| 2 | AGRIBANK, FCB ATTN: WILLIAM J. PREBIL, ASSOCIATE GENERAL COUNSEL 375 JACKSON STREET SAINT PAUL, MN 55101 | 24541 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,470,239.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,466,739.00 |
| 3 | ASIA RECOVERY CO-INVESTMENT PARTNERS LP C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK, NY 10036 | 1095 | 11/25/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $68,264.61 | Lehman Brothers Special Financing Inc. | Unsecured | $58,024.94 |
| 4 | ASIA RECOVERY FUND LP C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK, NY 10036 | 1094 | 11/25/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $165,785.69 | Lehman Brothers Special Financing Inc. | Unsecured | $140,917.84 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BREWSTER, MICHAEL J. 269 WEST LAKE BLVD MAHOPAC, NY 10541 | 28413 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $355,073.06 | Lehman Brothers Commercial Corporation | Unsecured | $223,000.00 |
| 6 | BUILDING EQUITY SOONER FOR TOMORROW THE SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH CAROLINA ATTN: JEFF KNOTTS 301 CAMPERDOWN WAY GREENVILLE, SC 29602 | 14355 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,680,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,345,900.00 |
| 7 | BUILDING EQUITY SOONER FOR TOMORROW THE SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH CAROLINA ATTN: JEFF KNOTTS 301 CAMPERDOWN WAY GREENVILLE, SC 29601 | 14356 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,680,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,345,900.00 |
| 8 | CHRISTIAN RETIREMENT HOMES, INC. C/O LANE & WATERMAN LLP 220 N. MAIN STREET, SUITE 600 DAVENPORT, IA 52801 | 16124 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $64,129.74 | Lehman Brothers Special Financing Inc. | Unsecured | $60,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | COX COMMUNICATIONS, INC. C/O STACEY A. CARROLL, ESQ. DOW LOHNES PLLC 6 CONCOURSE PARKWAY, SUITE 1800 ATLANTA, GA 30328 | 904 | 11/24/2008 | Lehman Brothers Holdings Inc. | Unsecured | $579,659.84 | Lehman Brothers Holdings Inc. | Unsecured | $375,000.00 |
| 10 | COX COMMUNICATIONS, INC. C/O STACEY A. CARROLL, ESQ. DOW LOHNES PLLC 6 CONCOURSE PARKWAY, SUITE 1800 ATLANTA, GA 30328 | 905 | 11/24/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $579,659.84 | Lehman Brothers Special Financing Inc. | Unsecured | $375,000.00 |
| 11 | CUNA MUTUAL LIFE INSURANCE COMPANY JOHN W. PETCHLER, DIRECTOR, SR. VP CUNA MUTUAL GROUP MADISON, WI 53705-4454 | 25656 | 09/21/2009 | Luxembourg Residential Properties Loan Finance S.a.r.l. | Unsecured | $371,206.88 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $325,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | | MODIFIED | | |
| NAME | | | | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: TCW ABSOLUTE RETURN CREDIT FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH NEW YORK, NY 10005 | 16851 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,256,147.33 | Lehman Brothers Holdings Inc. | Unsecured | $1,205,901.44 |
| 13 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: TCW ABSOLUTE RETURN CREDIT FD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH NEW YORK, NY 10005 | 16853 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,256,147.33 | Lehman Brothers Special Financing Inc. | Unsecured | $1,205,901.44 |
| 14 | DMR STRUCTURED ARBITRAGE MASTER FUND LTD C/O DECLARATION MANAGEMENT & RESEARCH LLC ATTN: LARRY GUILLARD 1800 TYSONS BLVD., SUITE 200 MCLEAN, VA 22102 | 15745 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $244,375.00 | Lehman Brothers Special Financing Inc. | Unsecured | $207,720.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ETON PARK FUND, L.P. TRANSFEROR: MERIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA EATON PARK MASTER FUND, L.P. ATTN: SHAILINI RAO NEW YORK, NY 10022 | 24573 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,569,522.56 | Lehman Brothers Holdings Inc. | Unsecured | $8,289,745.00 |
| 16 | ETON PARK FUND, L.P. TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A. EATON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO NEW YORK, NY 10022 | 24736 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,569,522.56 | Lehman Brothers Special Financing Inc. | Unsecured | $8,289,745.00 |
| 17 | GENWORTH LIFE INSURANCE COMPANY FKA GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY J.R. SMITH, ESQ HUNTON & WILLIAMS LLP RICHMOND, VA 23230 | 18967 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $61,540,563.00* | Lehman Brothers Special Financing Inc. | Unsecured | $56,447,572.00 |

\* – Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | GENWORTH LIFE INSURANCE COMPANY F/K/A GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY C/O HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RICHMOND, VA 23219 | 19249 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,540,563.00* | Lehman Brothers Holdings Inc. | Unsecured | $56,447,572.00 |
| 19 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD 30 HUDSON STREET, 36TH FLOOR Jersey City, NJ 07302 | 33584 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,255,212.69* | Lehman Brothers Special Financing Inc. | Unsecured | $637,003.75 |
| 20 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: ZAIS SCEPTICUS FUND I, LTD. 30 HUDSON STREET, 36TH FLOOR Jersey City, NJ 07302 | 33587 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,255,212.69* | Lehman Brothers Holdings Inc. | Unsecured | $637,003.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | GOODWIN HOUSE INCORPORATED C/O CHRISTIAN & BARTON, LLP 909 EAST MAIN STREET, SUITE 1200 RICHMOND, VA 23219-3095 | 16126 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,468,427.97 | Lehman Brothers Holdings Inc. | Unsecured | $1,388,000.00 |
| 22 | GOODWIN HOUSE INCORPORATED C/O CHRISTIAN & BARTON, LLP 909 EAST MAIN STREET, SUITE 1200 RICHMOND, VA 23219-3095 | 16171 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,468,427.97 | Lehman Brothers Special Financing Inc. | Unsecured | $1,388,000.00 |
| 23 | GREYWOLF CAPITAL OVERSEAS FUND C/O GREYWOLF CAPITAL MANAGEMENT, LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE, NY 10577 | 27564 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $156,334.78* | Lehman Brothers Special Financing Inc. | Unsecured | $148,518.13 |
| 24 | GREYWOLF CAPITAL OVERSEAS FUND C/O GREYWOLF CAPITAL MANAGEMENT LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE, NY 10577 | 27565 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $156,334.78* | Lehman Brothers Holdings Inc. | Unsecured | $148,518.13 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
| 25 | GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GREYWOLF CAPITAL MANAGEMENT LP 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE, NY 10577 | 27566 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,759,557.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,383,601.30 |
| 26 | GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GREYWOLF ADVISORS LLC 4 MANHATTANVILLE ROAD, SUITE 201 PURCHASE, NY 10577 | 27590 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,759,557.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,383,601.30 |
| 27 | GROWTH 105 CEDAR STREET SUMMERVILLE, SC 29483 | 18356 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $150,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $126,100.00 |
| 28 | GROWTH 105 CEDAR STREET SUMMERVILLE, SC 29483 | 18361 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $150,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $126,100.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 29 | GUGGENHEIM PORTFOLIO COMPANY VII LLC C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK, NY 10065 | 17673 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,311,039.14* | Lehman Brothers Holdings Inc. | Unsecured | $1,175,000.00 |
| 30 | GUGGENHEIM PORTFOLIO COMPANY VII LLC C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK, NY 10065 | 17674 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,311,039.14* | Lehman Brothers Special Financing Inc. | Unsecured | $1,175,000.00 |
| 31 | IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. C/O IVY ASSET MANAGEMENT LLC ATTN: LEGAL DEPARTMENT ONE JERICHO PLAZA JERICHO, NY 11753 | 17887 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $44,130.62* | Lehman Brothers Holdings Inc. | Unsecured | $21,558.60 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. C/O IVY ASSET MANAGEMENT LLC ATTN: LEGAL DEPARTMENT ONE JERICHO PLAZA JERICHO, NY 11753 | 19460 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $52,284.90* | Lehman Brothers Special Financing Inc. | Unsecured | $21,558.60 |
| 33 | JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: CHAD MYERS 1 CORPORATE WAY LANSING, MI 48951 | 19464 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,519,741.00* | Lehman Brothers Holdings Inc. | Unsecured | $17,206,203.00 |
| 34 | JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: CHAD MYERS 1 CORPORATE WAY LANSING, MI 48951 | 19465 | 09/18/2009 | Lehman Brothers Financial Products Inc. | Unsecured | $20,468,667.00 | Lehman Brothers Financial Products Inc. | Unsecured | $20,023,758.00 |
| 35 | JACKSON NATIONAL LIFE INSURANCE COMPANY ATTN: CHAD MYERS 1 CORPORATE WAY LANSING, MI 48951 | 19466 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $17,519,741.00* | Lehman Brothers Special Financing Inc. | Unsecured | $17,206,203.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
| 36 KING STREET ACQUISITION COMPANY, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 12138 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $21,192,943.00 | Lehman Brothers Special Financing Inc. | Unsecured | $10,010,000.00 |
| 37 KING STREET ACQUISITION COMPANY, LLC TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 12139 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,192,943.00 | Lehman Brothers Holdings Inc. | Unsecured | $10,010,000.00 |
| 38 LIBRA FUND L.P. C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33293 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $864,900.99* | Lehman Brothers Special Financing Inc. | Unsecured | $735,165.84 |
| 39 LIBRA OFFSHORE LTD C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33292 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $216,225.25* | Lehman Brothers Special Financing Inc. | Unsecured | $183,791.46 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | | MODIFIED | | CLAIM AMOUNT |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: NESTE OIL OYJ 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 13099 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $836,012.50* | Lehman Brothers Holdings Inc. | Unsecured | $752,411.25 |
| 41 | LONGACRE OPPORTUNITY FUND, LP AS ASSIGNEE OF SUNCOR ENERGY MARKETING INC. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 100193 | 65633 | 11/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $62,650.00 | Lehman Brothers Holdings Inc. | Unsecured | $50,000.00 |
| 42 | LONGACRE OPPORTUNITY FUND, LP AS ASSIGNEE OF SUNCOR ENERGY MARKETING INC. ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 100193 | 65634 | 11/20/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $62,650.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $50,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 43 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC. ATTN: FINANCE DIRECTOR 315 SOUTH FLAGLER DRIVE WEST PALM BEACH, FL 33401 | 31096 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $50,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $19,122.00 |
| 44 | MEDCENTRAL HEALTH SYSTEM ATTN: KENT R. SNYDER 335 GLESSNER AVENUE MANSFIELD, OH 44903 | 18078 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $905,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $900,000.00 |
| 45 | NESTE OIL OYJ CORPORATE RISK MANAGEMENT ATTN: MARJA MAKI KEILARANTA 21, ESPOO , FINLAND | 13100 | 09/15/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $836,012.50 | Lehman Brothers Commodity Services Inc. | Unsecured | $752,411.25 |
| 46 | RESOLUTE ANETH, LLC JAMES M. PICCONE, PRESIDENT 1675 BROADWAY, SUITE 1950 DENVER, CO 80202 | 4757 | 06/03/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $915,542.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $850,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | RIEDER, RICK M. & DEBRA L. ATTN: RICK RIEDER 270 DALE DRIVE SHORT HILLS, NJ 07078 | 12743 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $594,145.14 | Lehman Brothers Special Financing Inc. | Unsecured | $561,258.00 |
| 48 | RIEDER, RICK M. & DEBRA L. ATTN: RICK RIEDER 270 DALE DRIVE SHORT HILLS, NJ 07078 | 12744 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $594,145.14 | Lehman Brothers Holdings Inc. | Unsecured | $561,258.00 |
| 49 | SCOGGIN WORLDWIDE FUND LTD. C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK, NY 10065 | 17669 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,193,476.79* | Lehman Brothers Special Financing Inc. | Unsecured | $2,750,000.00 |
| 50 | SCOGGIN WORLDWIDE FUND LTD. C/O SCOGGIN CAPITAL MANAGEMENT ATTN: DANIEL TAUB, GC & CCO 660 MADISON AVENUE, 20TH FL. NEW YORK, NY 10065 | 17672 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,193,476.79* | Lehman Brothers Holdings Inc. | Unsecured | $2,750,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
| 51 | SPCP GROUP, L.L.C. TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd GREENWICH, CT 06830 | 7484 | 08/06/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $16,597,219.56 | Lehman Brothers Commodity Services Inc. | Unsecured | $16,018,913.00 |
| 52 | SPCP GROUP, L.L.C. TRANSFEROR: ONEOK ENERGY SERVICES COMPANY LP As Agent for Silver Point Capital Fund LP and Silver Capital Offshore Fund, ltd GREENWICH, CT 06830 | 7485 | 08/06/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,597,219.56 | Lehman Brothers Holdings Inc. | Unsecured | $16,018,913.00 |
| 53 | TABOR HILLS SUPPORTIVE LIVING, LLC 1347 CRYSTAL AVENUE NAPERVILLE, IL 60563 | 22713 | 09/21/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $120,495.98 | Lehman Brothers Special Financing Inc. | Unsecured | $109,288.15 |
| 54 | TABOR HILLS SUPPORTIVE LIVING, LLC 1347 CRYSTAL AVENUE NAPERVILLE, IL 60563 | 22714 | 09/21/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $120,495.98 | Lehman Brothers Holdings Inc. | Unsecured | $109,288.15 |
| 55 | TERWILLIGER PLAZA INC 2545 S.W. TERWILLIGER BOULEVARD PORTLAND, OR 97201 | 31954 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $36,371.25 | Lehman Brothers Special Financing Inc. | Unsecured | $25,628.36 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 56 | TERWILLIGER PLAZA INC ATTN: CHIEF FINANCIAL OFFICER 2545 S.W. TERWILLIGER BOULEVARD PORTLAND, OR 97201 | 32309 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $36,371.25 | Lehman Brothers Holdings Inc. | Unsecured | $25,628.36 |
| 57 | TUAS POWER LTD 111 SOMERSET ROAD #13-06 , 238164 SINGAPORE | 10184 | 09/03/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,720,254.68* | Lehman Brothers Commodity Services Inc. | Unsecured | $3,500,000.00 |
| 58 | TUAS POWER LTD 111 SOMERSET ROAD #13-06 , 238164 SINGAPORE | 10185 | 09/03/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,720,254.68* | Lehman Brothers Holdings Inc. | Unsecured | $3,500,000.00 |
| 59 | WATERFALL EDEN MASTER FUND, LTD. C/O WATERFALL ASSET MANAGEMENT, LLC ATTN: BOBBY LIU ATTN: BRIAN BREAKSTONE NEW YORK, NY 10036 | 16733 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,590,767.97* | Lehman Brothers Special Financing Inc. | Unsecured | $12,500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
| 60 WATERFALL EDEN MASTER FUND, LTD. C/O WATERFALL ASSET MANAGEMENT, LLC ATTN: BOBBY LIU ATTN: BRIAN BREAKSTONE NEW YORK, NY 10036 | 16734 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,590,767.97* | Lehman Brothers Holdings Inc. | Unsecured | $12,500,000.00 |
| 61 WHITWORTH UNIVERSITY BRIAN BENZEL, PH.D. VICE PRESIDENT FOR FINANCE AND ADMINISTRATION MCEACHRAN HALL SPOKANE, WA 99251 | 23471 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $172,455.00* | Lehman Brothers Holdings Inc. | Unsecured | $50,171.00 |
| 62 WHITWORTH UNIVERSITY BRIAN BENZEL, PH.D. VICE PRESIDENT FOR FINANCE AND ADMINISTRATION MCEACHRAN HALL SPOKANE, WA 99251 | 23472 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $172,455.00* | Lehman Brothers Special Financing Inc. | Unsecured | $50,171.00 |
| 63 WLR RECOVERY FUND III LP C/O WL ROSS & CO. LLC 1166 AVENUE OF THE AMERICAS, 27TH FLOOR ATTN: JAMES MCCARTHY NEW YORK, NY 10036 | 1092 | 11/25/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $78,809.11 | Lehman Brothers Special Financing Inc. | Unsecured | $66,987.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 64 | WLR RECOVERY FUND LP<br>C/O WL ROSS & CO. LLC<br>1166 AVENUE OF THE AMERICAS, 27TH FLOOR<br>ATTN: JAMES MCCARTHY<br>NEW YORK, NY 10036 | 1093 | 11/25/2008 | Lehman Brothers Special Financing Inc. | Unsecured | $7,990.99 | Lehman Brothers Special Financing Inc. | Unsecured | $6,792.34 |
| 65 | ZAIS CL LTD.<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33591 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,778,144.81* | Lehman Brothers Special Financing Inc. | Unsecured | $2,676,981.21 |
| 66 | ZAIS CL LTD.<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 33594 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,778,144.81* | Lehman Brothers Holdings Inc. | Unsecured | $2,676,981.21 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 67 | ZAIS MATRIX V-A CAYMAN LIMITED C/O SEWARD & KISSEL LLP3, 2ND FLOOR ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33614 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,166,387.94* | Lehman Brothers Special Financing Inc. | Unsecured | $5,941,844.57 |
| 68 | ZAIS MATRIX V-A CAYMAN LIMITED C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33615 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,166,387.94* | Lehman Brothers Holdings Inc. | Unsecured | $5,941,844.57 |
| 69 | ZAIS MATRIX V-B LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA 322 NEW YORK, NY 10004-1485 | 33616 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,347,927.62* | Lehman Brothers Holdings Inc. | Unsecured | $4,189,601.83 |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 70 | ZAIS MATRIX V-B LP C/O SEWARD & KISSEL LLP3, 2ND FLOOR ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33617 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,347,927.62* | Lehman Brothers Special Financing Inc. | Unsecured | $4,189,601.83 |
| 71 | ZAIS MATRIX V-C LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33657 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,119,615.40* | Lehman Brothers Holdings Inc. | Unsecured | $10,714,704.79 |
| 72 | ZAIS MATRIX V-C LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33662 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,119,615.40* | Lehman Brothers Special Financing Inc. | Unsecured | $10,714,704.79 |
| 73 | ZAIS MATRIX VI-A LTD ATTN: RUSS PRINCE C/O ZAIS GROUP LLC 2 BRIDGE AVENUE, SUITE 322 RED BANK, NJ 07701-1106 | 33618 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,042,774.55* | Lehman Brothers Holdings Inc. | Unsecured | $6,786,318.37 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 74 | ZAIS MATRIX VI-A LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33661 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,042,774.55* | Lehman Brothers Special Financing Inc. | Unsecured | $6,786,318.37 |
| 75 | ZAIS MATRIX VI-B L.P. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33581 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,486,089.32* | Lehman Brothers Holdings Inc. | Unsecured | $3,359,146.57 |
| 76 | ZAIS MATRIX VI-B L.P. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33660 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,486,089.32* | Lehman Brothers Special Financing Inc. | Unsecured | $3,359,146.57 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 77 | ZAIS MATRIX VI-C LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33658 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,897,345.32* | Lehman Brothers Holdings Inc. | Unsecured | $8,573,356.64 |
| 78 | ZAIS MATRIX VI-C LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33659 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,897,345.32* | Lehman Brothers Special Financing Inc. | Unsecured | $8,573,356.64 |
| 79 | ZAIS MATRIX VI-D LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33582 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,147,481.47* | Lehman Brothers Special Financing Inc. | Unsecured | $2,069,282.89 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 80 | ZAIS MATRIX VI-D LTD. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33625 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,147,481.47* | Lehman Brothers Holdings Inc. | Unsecured | $2,069,282.89 |
| 81 | ZAIS MATRIX VI-I L.P. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33588 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,285,215.21* | Lehman Brothers Special Financing Inc. | Unsecured | $1,238,415.28 |
| 82 | ZAIS MATRIX VI-I L.P. C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33590 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,285,215.21* | Lehman Brothers Holdings Inc. | Unsecured | $1,238,415.28 |
| 83 | ZURCHER KANTONALBANK ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH, CH-8001 SWITZERLAND | 29413 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,684,779.30* | Lehman Brothers Commercial Corporation | Unsecured | $1,441,297.82 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | CLAIM AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 84 | ZURCHER KANTONALBANK ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH, CH-8001 SWITZERLAND | 29414 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,684,779.30* | Lehman Brothers Holdings Inc. | Unsecured | $1,441,297.82 |
| | | | | | TOTAL | $454,450,380.08 | | TOTAL | $396,871,204.06 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 17: EXHIBIT 2 – SETTLED DERIVATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | CLAIM AMOUNT |
| 1 | LAS VEGAS MONORAIL PROJECT ATTN: CURTIS L MYLES III, PRESIDENT & CEO 3960 HOWARD HUGHES PARKWAY, SUITE 750 LAS VEGAS, NV 89169 | 44294 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $170,871.00 | Lehman Brothers Special Financing Inc. | Unsecured | $130,000.00 |
| | | | | | TOTAL | $170,871.00 | | TOTAL | $130,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts