7/26/10

Honorable James M. Peck L
Weil Gotshal & Manges LLP
Office of United States Trustee for the Southern District of New York.
Milbank, Tweed, Hadley McCloy LLP

Dear Sirs
In the mail several days ago, we received a notice stating that the court wants to expunge our claim on Lehman Brothers.

In 2003 we purchased $15,000.00 worth of preferred stock in Lehman Brothers. In exchange we expected to receive interest and a full refund when the stock expired. Since then, Lehman Brothers has filed for bankruptcy. Since this is preferred stock and as understood when we purchased the stock, we would have first rights if bankruptcy did occur. Now bankruptcy has occurred and we have deemed rights to some recompenses for our stock.

We are enclosing in this letter the required information to assist you in granting us some retribution for our faith in the company as well as our partial ownership in Lehman Brothers.

Please contact us William L. & Mary C. Hess, 236 Indian Cove Dr., Dawsonville, Ga. 30534 or 706 216 1469. CELL 706-974-8903.

Respectfully,

WILLIAM L. HESS
MARY C. HESS

RECEIVED AUG 2 2010 U.S. BANKRUPTCY COURT, SDNY JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                        Debtors.                         :    (Jointly Administered)
                                                         :
-------------------------------------------------------------x

LBH OMNI 31 07-16-2010 (MERGE2,TXNUM2) 4000054363 MAIL ID *** 0030504987 *** BSIUSE: 108

HESS WILLIAM & MARY C.
236 INDIAN COVE DR
DAWSONVILLE, GA 30534

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, AIMÉE N. BLANCHARD, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | | |
|---|---|---|
| **Creditor Name and Address:**<br>HESS WILLIAM & MARY C.<br>236 INDIAN COVE DR<br>DAWSONVILLE, GA 30534 | **Claim Number:** | 7711 |
| | **Date Filed:** | 8/7/2009 |
| | **Debtor:** | No Debtor Asserted |
| | **Classification and Amount:** | ADMIN: $ 15,000.00<br>PRIORITY: $ 15,000.00<br>TOTAL: $ 15,000.00 |

PLEASE TAKE NOTICE that, on July 19, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Thirty-First Omnibus Objection to Claims (Insufficient Documentation Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures for filing proofs of claim in these chapter 11 cases [Docket No. 4271], as they do not include supporting documentation or an explanation as to why such documentation is unavailable. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on August 19, 2010 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

| United States Bankruptcy Court/Southern District of New York  Lehman Brothers Holdings Claims Processing Center  c/o Epiq Bankruptcy Solutions, LLC  FDR Station, P.O. Box 5076  New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:  Lehman Brothers Holdings Inc., et al.  Debtors. | Chapter 11  Case No. 08-13555 (JMP)  (Jointly Administered) | Filed: USBC - Southern District of New York  Lehman Brothers Holdings Inc., Et Al.  08-13555 (JMP)    0000007711 |
| Name of Debtor Against Which Claim is Held  *Lehman Bros.* | Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

William + Mary C Hess
231 [illegible]
Dawsonville, [illegible] 30534

Telephone number: 706-216-1869    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 15,000.00
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☑ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: *Preferred Stock - Lehman Bros* [illegible]
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ 15,000.00

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 15,000.00
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

**AUG 07 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: 8/01/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Mary C Hess - MARY C. HESS  William Hess*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## UBS PaineWebber℠ Confirmation

UBS PAINEWEBBER INC.
1200 ABERNATHY ROAD, STE 1850
BUILDING 600
ATLANTA, GA 30328
678-441-1000

Account Number DS 56158
Your Financial Advisor
RALPH GRIZZARD

WILLIAM L HESS
MARY C HESS  JTWROS
236 INDIAN COVE DR.
DAWSONVILLE      GA  30534-7334

00003157

*Important. Please retain for your records.*

We confirm the following transaction(s):

| Trade activity | Quantity/Face value | Description | Trade date | Price | Gross amount | Commission Mark-up | Accrued interest | Other fees and charges | Payment date/Settlement date | Total amount |
|---|---|---|---|---|---|---|---|---|---|---|
| BOUGHT | | | 03/14/2003 | | | | | | 03/19/2003 | $15,305.25 |
| Reference no. 45454 | 600 | LEHMAN BROS HLD CAP III 6.375% PFD SEC 03/15/52 CALLABLE SYSTEM | 03/14/2003 | 25.5000000 | $15,300.00 | | | $5.25 | | $15,305.25 |

Date processed 03/14/2003

Prospectus enclosed or sent under separate cover.

SYMBOL LQOTFI CUSIP NO. 52519Y209
Location of Execution: 09 Capacity: Principal

| Total | 600 | | | | $15,300.00 | | | $5.25 | | $15,305.25 |

It is important that you retain this trade confirmation for your tax and financial records. When remittances/securities are due, they must be received by us at the address above on or before the payment/settlement date. Payments not received by the settlement date may be subject to a late settlement fee. Please indicate your account number on your check or correspondence. Make checks payable to UBS PaineWebber Inc. Please see the back of this confirmation for additional terms and definitions applicable to this transaction.

UBS PaineWebber Inc. is an indirect subsidiary of UBS AG and an affiliate of UBS Warburg LLC.

Ralph Grizzard
UBS Painewebber Inc.
1200 Aberrantly Road, STE 1850
Building 600
Atlanta, Ga. 30328.                    3/14/03

Dear Ralph;

Enclosed are checks totaling $15,300½ For purchase of 600 shares of Lehman Bros., 6 3/8% issue yielding 6.25% with a 5 year protection. This was discussed with you today.

Please credit our joint account DS 56158 61 for the shares and send the dividends to us when payable.

Thank you for your help.

If you get any good issues in the range of 7 % please keep me informed.

*Cheryl Hess*
*Bill Hess*

Bill and Cheryl Hess
236 Indian Cove Drive
Dawsonville, Ga. 30534