# EXHIBIT A

# SUMMARY OF SERVICES AND OPEN MATTERS

# FEB. 1, 2010 through - MAY 31, 2010

# FEBRUARY - MAY 2010 ALL MATTERS
## SUMMARY OF SERVICES BY PROFESSIONAL

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---:|---:|---:|
| Anthony L. Giacomini | Partner | 1995 (CO) | 51.60 | 425.00 | 21,930.00 |
| Jason M. Lynch | Partner | 2003 (MA) 2004 (NY) 2007 (CO) | 7.90 | 350.00 | 2,765.00 |
| Larry S. Pozner | Partner | 1973 (CO) | 0.20 | 550.00 | 110.00 |
| Daniel M. Reilly | Partner | 1981 (CO) | 4.50 | 550.00 | 2,475.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 41.70 | 375.00 | 15,637.50 |
| Kyle Velte | Partner | 1999 (CO) | 343.00 | 350.00 | 120,050.00 |
| Malia Arrington | Associate | 2003 (CO) | 13.80 | 325.00 | 4,485.00 |
| Mark Bailey | Associate | 2005 (CO) | 62.70 | 300.00 | 18,810.00 |
| Farrell Carfield | Associate | 2006 (CO) | 85.00 | 300.00 | 25,500.00 |
| Caleb Durling | Associate | 2007 (CO) | 71.00 | 260.00 | 18,460.00 |
| Molly Ferrer | Associate | 2006 (CO) | 3.80 | 300.00 | 1,140.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 345.50 | 325.00 | 112,287.50 |
| Glenn Roper | Associate | 2007 (CO) | 110.10 | 300.00 | 32,942.00 |
| Katie Roush | Associate | 2007 (CO) | 354.60 | 260.00 | 92,196.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 556.30 | 325.00 | 180,797.50 |
| Chandler Kelley | Contract Attorney | 2009 (CO) | 45.20 | 75.00 | 3,390.00 |
| Ryann B. MacDonald | Contract Attorney | 2009 (CO) | 510.80 | 200.00 | 102,160.00 |
| Kelly R. March | Contract Attorney | 2009 (CO) | 531.30 | 200.00 | 106,260.00 |
| Michael Thompson | Contract Attorney | 2009 (CO) | 11.50 | 75.00 | 862.50 |
| Jennifer Bulmer | Paralegal | N/A | 570.20 | 180.00 | 102,636.00 |
| Shannon Coggins | Paralegal | N/A | 18.10 | 105.00 | 1,900.50 |
| Kenneth Nakamura | Paralegal | N/A | 17.50 | 110.00 | 1,925.00 |
| Michelle O'Neill | Paralegal | N/A | 15.20 | 180.00 | 2,736.00 |
| Kathleen Porter | Paralegal | N/A | 278.40 | 180.00 | 50,112.00 |
| Elizabeth Wimmer | Paralegal | N/A | 45.10 | 190.00 | 8,569.00 |
| Larry Walsh | Contract Paralegal | N/A | 300.80 | 95.00 | 28,576.00 |
| Ellie Lockwood | Law Clerk | N/A | 28.00 | 120.00 | 3,360.00 |
| Zachary Mountin | Law Clerk | N/A | 19.50 | 120.00 | 2,340.00 |
| Alejandra Duflos | Adminstration | N/A | 47.50 | 70.00 | 3,325.00 |
| Lisa Hunter | Adminstration | N/A | 16.00 | 70.00 | 1,120.00 |
| | | | **4,506.80** | | **$1,068,857.50** |

# FEBRUARY - MAY 2010 ALL MATTERS
## SUMMARY OF SERVICES BY TASK CODE

| Task Code | Description | HOURS | TOTAL |
|---|---|---:|---:|
| 4000 | Non-Bankruptcy Litigation | 3,598.90 | 862,364.50 |
| 4600 | Firm's Own Billing/Fee Applications | 76.70 | 11,853.00 |
| L110 | Fact Investigation/Development | 173.70 | 28,234.50 |
| L120 | Analysis/Strategy | 8.70 | 2,647.50 |
| L130 | Experts/Consultants | 3.00 | 1,110.00 |
| L140 | Document/File Management | 60.20 | 10,947.00 |
| L160 | Settlement/Non-binding ADR | 25.60 | 8,318.50 |
| L190 | Other Case Assessment, Dev. and Administration | 105.40 | 20,234.00 |
| L210 | Pleadings | 115.50 | 27,661.00 |
| L230 | Court Mandated Conferences | 13.90 | 4,502.50 |
| L240 | Dispositive Motions | 44.50 | 11,792.00 |
| L250 | Other Written Motions and Submissions | 29.20 | 8,158.50 |
| L300 | Discovery | 1.20 | 397.50 |
| L310 | Written Discovery | 46.70 | 15,162.50 |
| L320 | Document Production | 67.40 | 13,123.00 |
| L330 | Depositions | 88.60 | 27,945.50 |
| L350 | Discovery Motions | 1.20 | 390.00 |
| L390 | Other Discovery | 9.90 | 3,422.50 |
| L420 | Expert Witnesses | 7.10 | 2,273.00 |
| L440 | Other Trial Preparation and Support | 0.70 | 227.50 |
| L470 | Enforcement | 28.70 | 8,093.00 |
| | | **4,506.80** | **$1,068,857.50** |

**FEBRUARY - MAY 2010    ALL MATTERS**
**SUMMARY OF DISBURSEMENTS BY TASK CODE**

| Task Code | Description | Total |
|---|---|---:|
| E101 | Copying | 13,654.28 |
| E102 | Outside printing | 722.93 |
| E105 | Telephone | 225.20 |
| E106 | Online research | 11,551.95 |
| E107 | Delivery services/messengers | 4,654.55 |
| E109 | Local Travel | 120.26 |
| E110 | Out-of-town travel | 16,758.44 |
| E111 | Meals | 1,341.55 |
| E112 | Court Fees | 5,954.69 |
| E113 | Supoena Fees | 24,383.61 |
| E114 | Witness Fees | 1,852.50 |
| E115 | Deposition transcripts | 9,939.66 |
| E118 | Litigation support vendors | 5,639.24 |
| E120 | Private Investigators | 1,586.75 |
| E121 | Arbitrators/Mediators | 2,705.00 |
| E123 | Other professionals | 11,787.75 |
| E124 | Other | 249.24 |

**DISBURSEMENT TOTAL: $113,127.60**

| Matter ID | Matter Name |
|---|---|
| 7331-003 | National Bankers Group |
| 7331-004 | EZ Funding Corporation |
| 7331-005 | SCME Mortgage Bankers, Inc. |
| 7331-006 | Gateway Funding |
| 7331-008 | ComUnity Lending |
| 7331-009 | First Allied Mortgage (7335-009) |
| 7331-010 | SGB Corporation |
| 7331-012 | American Sterling Bank |
| 7331-015 | National Penn Bank |
| 7331-016 | Clarion Mortgage Capital, Inc. |
| 7331-017 | Lincoln Mortgage Company |
| 7331-018 | Home Capital Funding |
| 7331-019 | IRES Co. |
| 7331-020 | Lending 1st Mortgage LLC |
| 7331-021 | Mirad Financial Group |
| 7331-022 | Nationwide Lending Corporation |
| 7331-023 | Realty Mortgage |
| 7331-024 | Dream House Mortgage |
| 7331-026 | Impac |
| 7331-027 | Shea Mortgage |
| 7331-028 | Security Mortgage Corporation |
| 7331-029 | Paramount Residential Mortgage Group, Inc. |
| 7331-030 | Approved Funding Corp. |
| 7331-031 | Assured Lending Corporation |
| 7331-032 | Bank of England |
| 7331-033 | Coast Mortgage Corporation |
| 7331-034 | Epix Funding Group |
| 7331-035 | Manhattan Mortgage |
| 7331-036 | Paragon Mortgage Bankers Corp. |
| 7331-037 | Pine State Mortgage Corporation |
| 7331-038 | South Trust Funding, Inc. |
| 7331-039 | Beach First National Bank |
| 7331-040 | Equity Resources, Inc. |
| 7331-041 | Fairfield Financial Mortgage Group, Inc. |
| 7331-042 | First Guaranty Mortgage Corp. |
| 7331-043 | Mortgage and Equity Funding Corporation |
| 7331-044 | Professional Mortgage Partners, Inc. |
| 7331-045 | United Capital Inc. |
| 7331-046 | MortgageIT, Inc. |
| 7331-047 | PrimeLending |
| 7331-048 | Cornerstone Mortgage Company |
| 7331-049 | First Guaranty Financial Corporation |
| 7331-050 | Network Funding |
| 7331-051 | Texas Capital Bank |
| 7331-052 | EquiPoint Financial Network, Inc. |
| 7331-053 | Genesis Mortgage Corp. |
| 7331-054 | Genpact Mortgage Services, Inc. |

| Matter ID | Matter Name |
|---|---|
| 7331-055 | Homewide Lending Corporation |
| 7331-056 | Loan Correspondents, Inc. |
| 7331-057 | Loan Network, LLC |
| 7331-058 | Mortgage Management Consultants, Inc. |
| 7331-059 | PMAC Lending Services, Inc. |
| 7331-060 | PMC Bancorp |
| 7331-061 | United California Systems International Inc. |
| 7331-062 | Gateway Mortgage |
| 7331-064 | Popular Mortgage Corp (7335-064) |
| 7331-065 | 1st New England Mortgage Corp. |
| 7331-066 | Amtrust Mortgage Corp. |
| 7331-068 | Barrington Capital Corp. |
| 7331-069 | BayCal Financial Mortgage Corp. |
| 7331-070 | Bondcorp Realty Services, Inc. |
| 7331-071 | California Financial Group |
| 7331-072 | Callisto Group, Inc. |
| 7331-073 | Direct Mortgage Corporation |
| 7331-074 | Eagle Home Mortgage |
| 7331-075 | First Financial Ledger |
| 7331-076 | First Integrity Mortgage Co. |
| 7331-077 | First Ohio Bank & Lending, Inc. |
| 7331-078 | First Residential Mortgage Services Corp. |
| 7331-079 | Florida Professional Mortgage |
| 7331-080 | Golden Empire Mortgage, Inc. |
| 7331-081 | Greene Financial Services (North Carolina) |
| 7331-082 | Griffin Mortgage |
| 7331-083 | Home Mortgage |
| 7331-084 | Hometrust Mortgage Co. |
| 7331-085 | InterMountain Mortgage |
| 7331-086 | Intohomes Mortgage Services, Inc. |
| 7331-087 | IZT Mortgage, Inc. |
| 7331-088 | K Bank |
| 7331-089 | K H Financial LP |
| 7331-090 | Key Financial Corporation (Florida) |
| 7331-091 | Lakeland Regional Mortgage Corp. |
| 7331-092 | Liberty Financial Group, Inc. |
| 7331-093 | Loan Link Financial Services |
| 7331-094 | Matrix Funding Services |
| 7331-095 | Millennium Mortgage Corp. |
| 7331-096 | Mortgage Partners, Inc. |
| 7331-097 | Mortgage Specialists, Inc. |
| 7331-098 | Mountain Range Funding, LLC |
| 7331-099 | Mountain View Mortgage |
| 7331-100 | MVP Financial Services, Inc. |
| 7331-101 | N L Inc. |
| 7331-102 | On Time Capital |
| 7331-103 | Peoples Home Equity, Inc. |

| Matter ID | Matter Name |
|---|---|
| 7331-104 | Prado Mortgage, Inc. |
| 7331-105 | Residential Home Funding Corp. |
| 7331-106 | RNB, Inc. |
| 7331-107 | Royal Financial, LLC |
| 7331-108 | Sound Mortgage Decisions Corp. |
| 7331-109 | South Pacific Financial |
| 7331-110 | TMG Financial Services |
| 7331-111 | Tower Mortgage Capital |
| 7331-112 | Transatlantic Mortgage Corp. |
| 7331-113 | Triumph Funding |
| 7331-114 | U.S. Mortgage Corp. |
| 7331-115 | USA Funding Corp. |
| 7331-116 | Wall Street Mortgage Brokers, Ltd. |
| 7331-117 | Western Residential Mortgage, Inc. |
| 7331-118 | Westlend Financing, Inc. |
| 7331-119 | First Magnus Financial Corp. |
| 7331-120 | Allied Home Mortgage Capital |
| 7331-121 | Countrywide |
| 7331-122 | First Franklin |
| 7331-123 | Greenpoint Mortgage |
| 7331-124 | American Home Mortgage |
| 7331-125 | Indymac |
| 7331-126 | Long Beach Mortgage Company |
| 7331-127 | Ohio Savings Bank |
| 7331-128 | ResMae Mortgage Corporation |
| 7331-129 | Wells Fargo |
| 7331-130 | WMC Mortgage Corporation |
| 7331-131 | Security National Mortgage |
| 7331-132 | Geraline Tabor |
| 7331-133 | Washington Mutual |
| 7331-134 | Mortgage Tree Lending, Inc. |
| 7331-135 | First Financial Equities |
| 7331-136 | Custom Home Loan |
| 7331-137 | CBSK Financial Group |
| 7331-138 | Concord Mortgage |
| 7331-139 | Bridge Capital |
| 7331-140 | Mortgage Store Financial, Inc. |
| 7331-141 | Sycamore Funding |
| 7331-142 | Platinum Financial Group |
| 7331-143 | Franklin First Financial |
| 7331-144 | Freedom Mortgage |
| 7331-145 | HCI Mortgage |
| 7331-146 | Ideal Mortgage Bankers |
| 7331-147 | Loanguy.com |
| 7331-148 | Maxim Mortgage Corp. |
| 7331-149 | Mega Capital Funding |
| 7331-150 | Metrostate Financial & Real Estate Corp. |

| Matter ID | Matter Name |
|---|---|
| 7331-151 | Nationwide Equities |
| 7331-152 | PHM Financial |
| 7331-153 | Platinum Capital Group |
| 7331-154 | Southwest Funding |
| 7331-155 | The Mortgage House |
| 7331-156 | United Pacific |
| 7331-157 | Aegis Mortgage Corporation |
| 7331-158 | Fieldstone Mortgage Company |
| 7331-159 | Maverick Residential Mortgage, Inc. |
| 7331-160 | Mila Incorporated |
| 7331-161 | Mortgage Lenders Network |
| 7331-162 | nBank, NA |
| 7331-163 | New Century |
| 7331-164 | New Century Mortgage Corporation |
| 7331-165 | People's Choice |
| 7331-166 | Premier Mortgage Funding, Inc. |
| 7331-167 | Southstar Funding |
| 7331-168 | Spectrum Financial Group Inc. |
| 7331-169 | Hartford Financial Services |
| 7331-170 | Winstar Mortgage Partners |
| 7331-171 | Imortgage.com, Inc. |
| 7331-172 | Residential Loan Centers of America, Inc. |
| 7331-173 | George Mason Mortgage LLC |
| 7331-174 | ION Capital, Inc. |
| 7331-175 | CMS Capital Group, Inc. |
| 7331-176 | Belvidere Networking Enterprises |
| 7331-177 | PMCC Mortgage Corp. |
| 7331-178 | First City Funding |
| 7331-179 | California Empire Financial Group, Inc. and Califonia Empire Bancorp, |
| 7331-180 | Franklin Financial |
| 7331-181 | USB Home Lending, a division of Universal Savings Bank F.A. |
| 7331-182 | Plaza Home Mortgage, Inc. |
| 7331-183 | Monticello Bank |
| 7331-184 | Primary Capital Advisors, LLC |
| 7331-185 | CTX Mortgage Company, LLC |
| 7331-186 | Guaranty Bank |
| 7331-187 | Meridias Capital, Inc. |
| 7331-188 | First Lincoln Mortgage Corp |
| 7331-189 | Southeast Funding Alliance, Inc. |
| 7331-190 | Ownit Mortgage Solutions, Inc. |
| 7331-191 | United Bank |
| 7331-192 | BSM Financial LP |
| 7331-193 | Apreva Financial Corporation |
| 7331-194 | Extol Mortgage Services, Inc. |
| 7331-195 | American Federal Mortgage Corporation |
| 7331-196 | Baltimore American Mortgage Corporation Inc. |
| 7331-197 | Mortgageline Funding Corporation |

| Matter ID | Matter Name |
|---|---|
| 7331-198 | Sunset Mortgage Co. |
| 7331-199 | U.S. Lending Group, Inc. |
| 7331-200 | Home Loan Center |
| 7331-201 | LendSource, Inc. |
| 7331-202 | Geneva Mortgage Corp. |
| 7331-203 | Wausau Mortgage Corporation |
| 7331-204 | Colony Mortgage Lenders, Inc. |
| 7331-205 | CHL Mortgage Group |
| 7331-206 | Amera Mortgage Corportation |
| 7331-207 | Shasta Financial Services, Inc. |
| 7331-208 | Prime Financial Corporation |
| 7331-209 | Citimutual Corporation |
| 7331-210 | Hamilton Mortgage Company |
| 7331-211 | Market Street Mortgage Corp. |
| 7331-212 | United Northern Mortgage Bankers, LTD |
| 7331-213 | RMS & Associates |
| 7331-214 | Ascent Home Loans, Inc. |
| 7331-215 | 1st Chesapeake Home Mortgage, LLC |
| 7331-216 | Homefield Financial, Inc. |
| 7331-217 | Trinity Mortgage Assurance Corporation |
| 7331-218 | Nations First Lending, Inc. |
| 7331-219 | National Bank of Arkansas in North Little Rock |
| 7331-220 | Pacific Community Mortgage Inc. |
| 7331-221 | Delta Home Loans, Inc. |
| 7331-222 | Fairmont Funding Ltd. |
| 7331-223 | American Mortgage Corporation |
| 7331-224 | Royal Pacific Funding Corporation |
| 7331-225 | Home Loan Specialists, Inc. |
| 7331-226 | Mountain West Financial, Inc. |
| 7331-227 | Maribella Mortgage LLC |
| 7331-228 | The Lending Company, Inc. |
| 7331-229 | NV Mortgage, Inc. |
| 7331-231 | Security Mortgage Inc. |
| 7331-232 | AmericaHomeKey, Inc. |
| 7331-233 | Guaranteed Rate, Inc. |
| 7331-234 | Resource Mortgage Banking, LTD. |
| 7331-235 | CMG Mortgage, Inc. |
| 7331-236 | Resource Bank |
| 7331-237 | Bayrock Mortgage Corporation |
| 7331-238 | Coastal Capital Corp. |
| 7331-239 | Collection of Defaulted Unsecured Second-Lien Loans |
| 7331-240 | U.S. Bank |
| 7331-241 | Beverly Hills Estate Funding, Inc. |
| 7331-242 | Gaines, Fannie Mari |
| 7331-243 | Transnation Title Insurance Company |
| 7331-244 | Accredited Home Lenders Holding Co. |
| 7331-245 | Evergreen Moneysource Mortgage Company |

| Matter ID | Matter Name |
|---|---|
| 7331-246 | Lira Financial |
| 7331-247 | MortgageClose.com |
| 7331-248 | Fairway Independent Mortgage Corporation |
| 7331-249 | 1st Advantage Mortgage |
| 7331-250 | American Partners Bank |
| 7331-251 | D&M Financial |
| 7331-252 | Diablo Funding Group, Incorporated |
| 7331-253 | First Estate Funding Corp. |
| 7331-254 | Heritage Plaza Mortgage, Inc. |
| 7331-255 | Home Loan Mortgage Corporation |
| 7331-256 | JLM Direct Funding |
| 7331-257 | NINA Funding Solutions, Inc. |
| 7331-258 | Paragon Home Lending, LLC |
| 7331-259 | Pemm. Tek Mortgage Services, LLC |
| 7331-260 | RMR Financial, LLC |
| 7331-261 | Solutions Funding, Inc. |
| 7331-262 | Sutton Bank |
| 7331-263 | The New York Mortgage Company, LLC |
| 7331-264 | The New York Mortgage Co., a division of Indymac Bank |
| 7331-265 | Trian LLC |
| 7331-266 | Trojan Lending, Inc. |
| 7331-267 | Universal American Mortgage Company, LLC |
| 7331-268 | Valley Vista Mortgage, Inc. |
| 7331-269 | Vision Mortgage LLC |
| 7331-270 | Passarelli & Potts Appraisal Service, Inc. |
| 7331-271 | Wells Fargo As Trustee |
| 7331-272 | Premier Mortgage Capital of Virginia |
| 7331-273 | Bayporte Enterprises (d/b/a Bayporte Financial) |
| 7331-274 | Alliance Mortgage Banking Corp. (d/b/a/ Prestige Home Equities) |
| 7331-275 | American Southwest Mortgage Corp. |
| 7331-276 | Central Pacific Mortgage Company |
| 7331-277 | Jersey Mortgage Company of New Jersey Inc. |
| 7331-278 | Franklin Bank S.S.B. |
| 7331-279 | Sunsets Mortgage Company, LP |
| 7331-280 | Prime Mortgage Company |
| 7331-400 | AMBAC Assurance Corporation |
| 7331-500 | Proof of Claims - Administration |
| 7331-501 | AMBAC Assurance Corporation vs. Lehman Brothers Derivative Products |
| 7331-502 | Focht, Deborah E. vs. Lehman Brothers Derivative Products Inc. |
| 7331-503 | AMBAC Assurance Corporation vs. Lehman Brothers Holdings Inc. |
| 7331-504 | Boilermaker-Blacksmith Natl Pension TR vs. Lehman Brothers Holdings |
| 7331-505 | Caixagest Curto Prazo vs. Lehman Brothers Holdings Inc. |
| 7331-506 | Caixagest Moeda vs. Lehman Brothers Holdings Inc. |
| 7331-507 | Caixagest Renda Mensal vs. Lehman Brothers Holdings Inc. |
| 7331-508 | Caixagest Rendimento vs. Lehman Brothers Holdings Inc. |
| 7331-509 | Caixagest Tesouraria vs. Lehman Brothers Holdings Inc. |
| 7331-510 | Calyon vs. Lehman Brothers Holdings Inc. |

| Matter ID | Matter Name |
|---|---|
| 7331-511 | Citibank, N.A. In its Capacity as Trustee vs. Lehman Brothers |
| 7331-512 | Citibank, N.A., London Branch vs. Lehman Brothers Holdings Inc. |
| 7331-513 | Citimortgage Inc. vs. Lehman Brothers Holdings Inc. |
| 7331-514 | Commerzbank AG - Group Intensive Care vs. Lehman Brothers Holdings |
| 7331-515 | Federal National Mortgage Associate vs. Lehman Brothers Holdings Inc. |
| 7331-516 | FP Caixa Reforma Activa vs. Lehman Brothers Holdings Inc. |
| 7331-517 | HSBC Bank USA, National Association vs. Lehman Brothers Holdings Inc. |
| 7331-518 | ING Bank, FSB vs. Lehman Brothers Holdings Inc. |
| 7331-519 | New Freedom Mortgage Corporation vs. Lehman Brothers Holdings Inc. |
| 7331-520 | Office of Thrift Supervision vs. Lehman Brothers Holdings Inc. |
| 7331-521 | Storm Funding Limited vs. Lehman Brothers Holdings Inc. |
| 7331-522 | Syncora Guarantee Inc. vs. Lehman Brothers Holdings Inc. |
| 7331-523 | Tokyo Marine & Nichido Fire Ins. Co, Ltd. vs. Lehman Brothers |
| 7331-524 | U.S. Bank National Association vs. Lehman Brothers Holdings Inc. |
| 7331-525 | Wells Fargo Bank, National Association, not individually but solely. |
| 7331-526 | Wilmington Trust Company, as Trustee vs. Lehman Brothers Holdings |
| 7331-527 | AMBAC Assurance Corporation vs. Lehman Brothers Special  Financing |
| 7331-528 | DRRT FBO Nord / LB Kapitalanlagegesellschaft AG v. Lehman No Case |
| 7331-529 | AMBAC Assurance Corporation vs. Structured Asset Securities |
| 7331-530 | Amortizing Residential Collateral Trust vs. Structured Asset |
| 7331-531 | Amortizing Residential Collateral Trust Morgage vs. Structured Asset |
| 7331-532 | Bank of America National Association vs. Structured Asset Securities |
| 7331-533 | Bank of America National Association, Successor by Merger to La Salle |
| 7331-534 | Citibank, N.A. vs. Structured Asset Securities Corporation |
| 7331-535 | Citibank, N.A. In its Capacity as Trustee vs. Structured Asset |
| 7331-536 | Citigroup Global Markets Ltd. vs. Structured Asset Securities |
| 7331-537 | GPC LXIV, LLC vs. Structured Asset Securities Corporation |
| 7331-538 | HSBC Bank USA, National Association vs. Structured Asset Securities |
| 7331-539 | Inter-Local Pension Fund, The vs. Structured Asset Securities |
| 7331-540 | Newport Global Advisors LP vs. Structured Asset Securities |
| 7331-541 | Petroleum Realty Investment Partners, L.P., et al vs. Structured |
| 7331-542 | RIEF RMP LLC vs. Structured Asset Securities Corporation |
| 7331-543 | SASC 2007-BC4 A4, LLC vs. Structured Asset Securities Corporation |
| 7331-544 | SASCO Net Interest Margin Notes vs. Structured Asset Securities |
| 7331-545 | Stonehill Offshore Partners Limited vs. Structured Asset Securities |
| 7331-546 | Structured Adjustable Rate Mortgage Loan Trust vs. Structured Asset |
| 7331-547 | Structured Adjustable Rate Morg Loan Trust vs. Structured Asset |
| 7331-548 | Structured Adjustable Rate Mortgage Loan vs. Structured Asset |
| 7331-549 | U.S. Bank National Association vs. Structured Asset Securities |
| 7331-550 | Wells Fargo Bank, NA vs. Structured Asset Securities Corporation |
| 7331-551 | Wells Fargo Bank, National Association, not individually but solely |
| 7331-552 | Wilmington Trust Company, in its Capacity as Trustee vs. Structured |
| 7331-553 | Arch Bay Holdings LLC-Series 2008B v. Lehman Brothers Holdings Inc. |
| 7331-554 | Carlyle Mortgage Capital LLC v. Lehman Brothers Holdings Inc. |
| 7331-555 | CWCapital Asset Management LLC, as special servicer for bank of v. |
| 7331-556 | Deutsche Bank National Trust Company as custodian v. Lehman Brothers |
| 7331-557 | Dreyfus Family LTD Partnership v. Lehman Brothers Holdings Inc. |

| Matter ID | Matter Name |
|---|---|
| 7331-558 | Orix Capital Markets LLC, as special servicer for Wells Fargo Bank v. |
| 7331-559 | The Bank of New York Mellon, as Trustee v. Lehman Brothers Holdings |
| 7331-560 | Carlyle Mortgage Capital LLC v. Structured Asset Securities |
| 7331-561 | The Bank of New York Mellon, as Trustee v. Structured Asset |
| 7331-562 | Excalibur Funding No. 1 PLC v. Lehman Comercial Paper Inc. |
| 7331-563 | The Bank of New York Mellon, as Trustee v. Lehman Brothers Derivative |
| 7331-564 | The Bank of New York Mellon, as Trustee v. Lehman Brothers Special |
| 7331-565 | MidFirst Bank v. Lehman Brothers Special Financing Inc. |
| 7331-566 | MidFirst Bank v. Lehman Brothers Holdings Inc. |
| 7331-567 | Structured Assets Securities Corporation v. Structured Assets |
| 7331-568 | Wachovia Bank, National Association v. Lehman Brothers Holdings Inc. |
| 7331-900 | National Loss Recovery Administration |