# EXHIBIT F

# COPIES OF INVOICES

# FEB. 1, 2010 through - MAY 31, 2010

2/16



# First Legal
## L.A. Depositions, Inc.

TAX ID# 20-3100887

**Mail Payments to:**
L A Depositions
P. O. Box 34626
Los Angeles, CA 90034

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 102389 | 4823 |
| INVOICE DATE | INV AMOUNT |
| 1/31/10 | 5,277.90 |

REILLY POZNER LLP
511 SIXTEENTH ST,
SUITE 700
DENVER, CO 80202

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| TAX ID# 20-3100887 | CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|
| | 4823 | 102389 | 1/31/10 | 5,277.90 | 1 | L.A. DEPOSITIONS |

(12)

| Date | Order # | Type | Caller/Case | Recipient | Charges | Amount |
|---|---|---|---|---|---|---|
| 12/24/09 PROCESS-FORWARD NEXT DAY | 4527678 | FNP | REILLY POZNER LLP 511 SIXTEENTH ST, DENVER CO 80203 Caller: JAN WALSH 09-CV-00212 HOLDINGS VS PRIME SUBPOENA TO TESTIFY 09-CV-00212 Signed: CRAIG POPPE | CRAIG POPPE 15737 TOPAZ DRIVE, S.E. YELM WA 98597 Comment: MULTIPLE ATTS/ADDS Ref: HOLDINGS VS PRIMELENDIN | Base Chg: 255.00 Ship/PDF: 40.00 Atmpt/Addr: 765.00 StkOt/Misc: 3.25 | 1,063.25 |
| 1/14/10 PROCESS-BRANCH 4 DAYS | 4540594 | BRG | REILLY POZNER LLP 511 SIXTEENTH ST, DENVER CO 80203 Caller: Jan Walsh n.a n.a n.a 09CV00135 Signed: Trans. to Inv. | Newkey Financial Corporation 20422 Beach Blvd HUNTINGTON BEACH CA 92648 Ref: LEHMAN V IRES CO | Base Chg: 102.00 Fuel Chge: 6.12 | 108.12 |
| 1/14/10 PROCESS-BRANCH 4 DAYS | 4540596 | BRG | REILLY POZNER LLP 511 SIXTEENTH ST, DENVER CO 80203 Caller: Jan Walsh n.a n.a n.a 09CV00135 Signed: Cancelled do dec. | Lender Recovery LLC 8700 Warner Ave FOUNTAIN VALLEY CA 92708 Ref: LEHMAN V IRES CO | Base Chg: 81.00 Fuel Chge: 4.86 | 85.86 |
| 1/14/10 PROCESS-BRANCH 4 DAYS | 4540598 | BRG | REILLY POZNER LLP 511 SIXTEENTH ST, DENVER CO 80203 Caller: Jan Walsh n.a n.a n.a 09CV00135 Signed: Cancelled do dec. | Synergy Fncl Mngmt Corp 8700 Warner Ave FOUNTAIN VALLEY CA 92708 Comment: RELATED PROCESS Ref: LEHMAN V IRES CO | Base Chg: 35.00 | 35.00 |
| 1/14/10 PROCESS-BRANCH 4 DAYS | 4540599 | BRG | REILLY POZNER LLP 511 SIXTEENTH ST, DENVER CO 80203 Caller: Jan Walsh n.a n.a n.a 09CV00135 Signed: Trans. to Inv. | American Financing Solutions INC 8700 Warner Ave FOUNTAIN VALLEY CA 92708 Ref: LEHMAN V IRES CO | Base Chg: 81.00 StkOt/Misc: 3.25 Fuel Chge: 4.86 | 89.11 |

Please pay-> Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Investigations

Mail Payments to:
First Legal Investigations
P. O. Box 26336
Los Angeles, CA 90026

*[handwritten: New sent w/9 other comp. is LA Depositors @ another address & diff. TAX ID#]*

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 17442 | 97409 |
| INVOICE DATE | INV AMOUNT |
| 1/31/10 | 1,586.75 |

REILLY POZNER LLP
511 SIXTEENTH ST
SUITE 700
DENVER, CO 80203

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 402-9007

TAX ID# 91-2199437

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 97409 | 17442 | 1/31/10 | 1,586.75 | 1 | FIRST LEGAL INVESTIGATION |

⑩ 1/22/10  323193  SRV    REILLY POZNER LLP            Chad Brown                     PROCESS   : 154.00
SURVEILLANCE SERVE     511 SIXTEENTH ST,             20161 Interior Lane            ATMPT/ADD : 118.75
                       DENVER       CO 80203         HUNTINGTON BEACH CA 92646      SURVEIL   : 862.50
                       Caller: Jan Walsh                                            MILEAGE   :  97.50
                                                     09CV00135                      ADV FEE   :  40.00
      *019*  *E120*                                  Lehman v Ires Co               CHECK CHG :   4.00      1,276.75
                                                     Interrogatories to
                                                     Judgment Debtor

                       Signed: STAKED/SERVED          Ref: LEHAM V IRES CO.

1/22/10  323194  SRV   REILLY POZNER LLP             American Financing Solutions INC   PROCESS   :  35.00    35.00
SURVEILLANCE SERVE     511 SIXTEENTH ST,             20161 INTERIOR LANE
                       DENVER       CO 80203         HUNTINGTON BEACH CA 92646
                       Caller: Jan Walsh
                                                     09CV00135
      *019*                                          Lehman v Ires Co
                                                     Sub to Prod Docs
                                                     2-15-10 9am

                       Signed: CHAD BROWN, AGENT     Ref: LEHMAN V IRES

1/29/10  323274  LOC   REILLY POZNER LLP             Newkey Financial Corporation    INVEST CHG:  275.00    275.00
LOCATE                 511 SIXTEENTH ST,             20422 Beach Blvd
                       DENVER       CO 80203         HUNTINGTON BEACH CA 92648
      *041*            Caller: Jan Walsh             Comment: INVESTIGATION/LOCATE
                                                     09CV00135
                                                     Lehman v Ires Co
                                                     Sub to Prod Docs
                                                     2-15-10 9am

                       Signed: EREPORT SENT TO CLIENT  Ref: LEHMAN V. IRES CO

                                    Invoice Amount:  1,546.75
                                    Fees Advanced:      40.00
                                    Total Amount Due: 1,586.75

*[handwritten: 7331-019]*

Please pay➔    1,586.75

**INVOICE PAYMENT DUE UPON RECEIPT**

**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 512297

Invoice Date: 02/16/10

COPY

**Bill To:**
Reilly Pozner LLP
511 16th Street
Suite 700
Denver, CO 80202
Jennifer Bulmer

**Ship To:**
Reilly Pozner LLP
Accounts Payable
511 16th Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Customer ID | 23218 |
| Terms | Net 15 Days |
| SalesPerson | DEN RTB |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 7331-029 LBHI-Paramount |
| Job No. | 10020133 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 19,836 | IMG - Image Conversion | 0.02 | 396.72 |
| 19,836 | IMG - OCR | 0.04 | 793.44 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,190.16 |
| Total Sales Tax: | 91.88 |
| Total: | 1,282.04 |

Accepted By: _[signature]_

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435

**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 511022
Invoice Date: 02/08/10

COPY

Bill To:
Reilly Pozner LLP
511 16th Street
Suite 700
Denver, CO 80202
Jennifer Bulmer

Ship To:
Reilly Pozner LLP
Accounts Payable
511 16th Street
Suite 700
Denver, CO 80202

Customer ID: 23218
Terms: Net 15 Days
SalesPerson: DEN RTB
SalesPerson 2:
Cust. P.O.:

Client / Matter No.: 7331-235 LBHI CMG
Job No.: 10020053
Nat'l Acct Name:
Nat'l Acct Ref. No.:

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 25,092 | TIFF & Data Conversion/Page | 0.07 | 1,756.44 |
| | **EDD Media - Local** | | |
| 1 | DVD Media - (Mastering) | 35.00 | 35.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal: 1,791.44
Total Sales Tax: 138.30
Total: 1,929.74

Accepted By: _Jennifer Bulmer_

Remit To: Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 511021

Invoice Date: 02/08/10

COPY

**Bill To:**
Reilly Pozner LLP
511 16th Street
Suite 700
Denver, CO 80202
Jennifer Bulmer

**Ship To:**
Reilly Pozner LLP
Accounts Payable
511 16th Street
Suite 700
Denver, CO 80202

| | | | | |
|---|---|---|---|---|
| Customer ID | 23218 | | Client / Matter No. | 7331-186 OLBHI Guaranty Bank |
| Terms | Net 15 Days | | Job No. | 10020052 |
| SalesPerson | DEN RTB | | Nat'l Acct Name | |
| SalesPerson 2 | | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 17,120 | TIFF & Data Conversion/Page | 0.07 | 1,198.40 |
| | **EDD Media - Local** | | |
| 1 | DVD Media - (Mastering) | 35.00 | 35.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,233.40 |
| Total Sales Tax: | 95.22 |
| Total: | 1,328.62 |

Accepted By: _Jennifer Bulmer_

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435



**THE RESOLUTION EXPERTS**

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 03/23/2010 | 0001963537-220 |

TO: Marisa B. Hudson-Arney, Esq.
Reilly Pozner LLP
511 Sixteenth St.
Suite 700
Denver, CO 80202

REFERENCE #:     1220041114   MM
BILLING CONTACT: Tiffany Williamson 949-224-4606
FEDERAL TAX ID:  68-0542699

RE: Lehman Brothers Holding, Inc. vs. Golden Empire Mortgage, Inc.
REPRESENTING: Lehman Brothers Holdings, Inc.    NEUTRAL(S): Hon. Diane Wayne (Ret.)
HEARING TYPE: Mediation

REP# 1

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 04/28/2010 9:00 am | Hon. Diane Wayne (Ret.) Session Time | 8.00 | 6,000.00 | 2 | 3,000.00 |
| 03/23/2010 | Case Management Fee | | | | 275.00 |

|  |  |  |
|---|---|---|
| Fees | | 3,275.00 |
| Total | $ | 3,275.00 |
| Outstanding Balance as of 3/23/2010 | $ | **3,275.00** |

---

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1

# STEEL MOUNTAIN CAPITAL MANAGEMENT, LLC
## FEIN #83-0422362

## INVOICE

Invoice No: 38
Invoice Date: March 16, 2010

Bill To: Reilly Pozner LLP
Attn: Matthew Spohn
Suite 700
511 Sixteenth Street
Denver, CO 80202

### DESCRIPTION OF CHARGES

Fees for the Lehman Brothers Holdings, Inc v. PrimeLending, a PlainsCapital Company

| Description | Amount |
|---|---|
| Review of all documentation provided 7.25 Hrs @ $525 | $ 3,806.25 |
| 2/22/10: B. Alread and J. Riccatone call with Mike Rollin 1 Hr @ $525 | 525.00 |
| Review of ALS representation and warranties 1 Hr @ $525 | 525.00 |
| Summary review and writing report 9.75 Hrs @ $525 | 5,118.75 |
| Meeting with Mike Spohn and updating the report 2 Hrs @ $525 | 1,050.00 |
| **Total Amount Due** | **$ 11,025.00** |

## PAYMENT TERMS: NET 30 DAYS

**Mail Check Payment To:**
Steel Mountain Capital Management, LLC
Suite 150
3190 S. Wadsworth Blvd
Lakewood, CO 80227

**Send Wire To:**
Steel Mountain Capital Management, LLC
KeyBank
9900 W. Belleview
Littleton, CO 80123
ABA #307070267
Account #760230014200

3190 S. Wadsworth Blvd Suite 150, Lakewood, CO. 80227

⑤

## INVOICE FOR SERVICES RENDERED

Billing Period: March,2010.

Subject Matter: Prime Lending Deposition.

Billing Detail: Pre-Deposition consultation with LBHI counsel(March 29,2010)and actual Deposition(March 30,2010).

Hours Worked: 11.

Hourly Consulting Rate: $125.

Amount Due: $1,375.00.

Payable to: Jack Desens
1671 Maria Street
Englewood,Fl.34223

1671 Maria Street
Englewood,Fl.34223
April 7,2010

Matthew Spohn,Esq.
Reilly Pozner,LLP
511 Sixteenth Street,7th Floor
Denver,Co.80202

Ref.: Consultant Agreement and Invoice for Services Rendered-

Dear Matt:

   Enclosed please find the executed Consultant Agreement and my Invoice for services rendered in March,2010.I welcome the opportunity to work with Reilly Pozner on the matters set forth in the Consultant Agreement,as well as any future situations which could utilize my experience in secondary market repurchase and indemnification issues.

Sincerely yours,

Jack Desens



# First Legal Investigations

**Mail Payments to:**
First Legal Investigations
P. O. Box 26336
Los Angeles, CA 90026

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 17855 | 97409 |
| INVOICE DATE | INV. AMOUNT |
| 4/30/10 | 7,426.68 |

REILLY POZNER LLP
511 SIXTEENTH STREET
SUITE 700
DENVER, CO 80202

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 402-9007

TAX ID# 91-2199437

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 97409 | 17855 | 4/30/10 | 7,426.68 | 1 | FIRST LEGAL INVESTIGATION |

① 4/19/10  324042  SRV
SURVEILLANCE SERVE
REILLY POZNER LLP
511 SIXTEENTH ST,
DENVER           CO 80203
Caller: Ann Romanelli
09CV00135
Lehman v Ires Co
USDC APP 5-19

Signed: STAKED/SERVED

Cristal Pickersgill
14222 San Cristobal Bay Dr
MORENO VALLEY    CA 92553

Ref: 7331-019

PROCESS   : 178.00
ATMPT/ADD : 161.63
SURVEIL   : 956.25
MILEAGE   : 218.40
ADV FEE   :  98.00
CHECK CHG :   9.80

① 1,622.08

③ 4/19/10  324056  SRV
SURVEILLANCE SERVE
REILLY POZNER LLP
511 SIXTEENTH ST,
DENVER           CO 80203
Caller: Ann Romanelli
CV09-4044GHK
Lehman v Tower
Subpoena & addt docs

Signed: BILLING WORK DONE

Shahram Karimian
9518 9th St
RANCHO CUCAMONGA CA 91730

4-30-10 5pm
Ref: 7331-111

PROCESS   : 178.00
ATMPT/ADD : 124.50
SURVEIL   : 1050.00
MILEAGE   : 120.90

③ 1,473.40

4/19/10  324057  SRV
SURVEILLANCE SERVE
REILLY POZNER LLP
511 SIXTEENTH ST,
DENVER           CO 80203
Caller: Ann Romanelli
CV09-4044GHK
Lehman v Tower
Subpoena to Produce

Signed: RELATED

Conceited Cosmetics
9518 19th St
RANCHO CUCAMONGA CA 91730

4-30-10 5pm
Ref: 7331-111

PROCESS   :  35.00

35.00

4/19/10  324058  SRV
SURVEILLANCE SERVE
REILLY POZNER LLP
511 SIXTEENTH ST,
DENVER           CO 80203
Caller: Ann Romanelli
CV09-4044GHK
Lehman v Tower
Subpoena to Produce

Signed: RELATED

Karimian Enterprises
9518 9th St
RANCHO CUCAMONGA CA 91730

4-30-10 5pm
Ref: 7331-111

PROCESS   :  35.00

35.00

4/19/10  324059  SRV
SURVEILLANCE SERVE
REILLY POZNER LLP
511 SIXTEENTH ST,
DENVER           CO 80203
Caller: Ann Romanelli
CV09-4044GHK
Lehman v Tower
Subpoena to Produce

Signed: RELATED

Ntl Home Lenders Signing Svc INC
9518 9th St
RANCHO CUCAMONGA CA 91730

4-30-10 5pm
Ref: 7331-111

PROCESS   :  35.00

35.00

Please pay-> Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Investigations

Mail Payments to:
First Legal Investigations
P. O. Box 26336
Los Angeles, CA 90026

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 17855 | 97409 |
| INVOICE DATE | INV AMOUNT |
| 4/30/10 | 7,426.68 |

REILLY POZNER LLP
511 SIXTEENTH STREET
SUITE 700
DENVER, CO 80202

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 402-9007

TAX ID# 91-2199437

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 97409 | 17855 | 4/30/10 | 7,426.68 | 7 | FIRST LEGAL INVESTIGATION |

| Date | Order # | Type | Caller | Servee | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 4/27/10 SURVEILLANCE SERVE | 324172 | SRV | REILLY POZNER LLP<br>511 SIXTEENTH ST,<br>DENVER        CO 80203<br>Caller: Ryann Macdonald<br>CV09 3255 GHK CTx<br>LEHMAN BROS. V INTER MOUNTAIN<br>SUBPOENA TO PRODUCE<br><br>Signed: STAKED/SERVED | GREGORY B LUCAS<br>805 N. PENNSYLVANIA LANE<br>GLENDORA        CA 91741<br><br>05/20/10<br><br>15 HOUR BUDGET<br><br>Ref: 7331-085 | PROCESS   :<br>ATMPT/ADD :<br>SURVEIL   :<br>MILEAGE   :<br>ADV FEE   :<br>CHECK CHG : | 134.50<br>122.00<br>862.50<br>109.20<br>45.00<br>4.50 | 1,277.70 |
| 4/27/10 SURVEILLANCE SERVE | 324178 | SRV | REILLY POZNER LLP<br>511 SIXTEENTH ST,<br>DENVER        CO 80203<br>Caller: Ryann Macdonald<br>CV09 3255 GHK CTx<br>LEHMAN BROS. V INTER MOUNTAIN<br>INTERROGATORIES/REQUESTS FOR PRODUC<br><br>Signed: RELATED | INTER MOUNTAIN MORTGAGE<br>1740 GILLETTE RD<br>POMONA          CA 91768<br><br><br><br>Ref: 7331-085 | PROCESS   : | 35.00 | 35.00 |
| 4/27/10 SURVEILLANCE SERVE | 324179 | SRV | REILLY POZNER LLP<br>511 SIXTEENTH ST,<br>DENVER        CO 80203<br>Caller: Ryann Macdonald<br>CV09 3255 GHK CTx<br>LEHMAN BROS. V INTER MOUNTAIN<br>SUBPOENA TO PRODUCE<br><br>Signed: RELATED | NET WEST FUNDING CORP<br>1740 GILLETTE RD<br>POMONA          CA 91768<br><br><br><br>Ref: 7331-085 | PROCESS   :<br>ADV FEE   :<br>CHECK CHG : | 35.00<br>45.00<br>4.50 | 84.50 |
| 4/27/10 SURVEILLANCE SERVE | 324180 | SRV | REILLY POZNER LLP<br>511 SIXTEENTH ST,<br>DENVER        CO 80203<br>Caller: Ryann Macdonald<br>CV09 3255 GHK CTx<br>LEHMAN BROS. V INTER MOUNTAIN<br>SUBPOENA TO PRODUCE<br><br>Signed: RELATED | ARIZONA SOLAR<br>1740 GILLETTE RD<br>POMONA          CA 91768<br><br>05/20/10<br><br>Ref: 7331-085 | PROCESS   :<br>ADV FEE   :<br>CHECK CHG : | 35.00<br>45.00<br>4.50 | 84.50 |
| 4/27/10 SURVEILLANCE SERVE | 324181 | SRV | REILLY POZNER LLP<br>511 SIXTEENTH ST,<br>DENVER        CO 80203<br>Caller: Ryann Macdonald<br>CV09 3255 GHK CTx<br>LEHMAN BROS. V INTER MOUNTAIN<br>SUBPOENA TO PRODUCE<br><br>Signed: RELATED | COLDWELL BANKER, LUCAS & ASSOC<br>1740 GILLETTE RD<br>POMONA          CA 91768<br><br>05/20/10<br><br>Ref: 7331-085 | PROCESS   :<br>ADV FEE   :<br>CHECK CHG : | 35.00<br>45.00<br>4.50 | 84.50 |

Please pay->   Continued

**INVOICE PAYMENT DUE UPON RECEIPT**


# INVOICE

**Magna Legal Services**
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA  19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45674 | 4/1/2010 | 39349 |
| **Job Date** | **Case No.** | |
| 3/15/2010 | | |

**Case Name**

Lehman Brothers Holdings, Inc. v. National Penn Bancshares, Inc.

**Payment Terms**

Due upon receipt

Kyle Velte Esq
Reilly Pozner LLP
511 16th St
Suite 700
Denver, CO  80202

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Zachary Trumpp | 194.00 Pages @ | 2.95 | 572.30 |
| Exhibit | 370.00 Pages @ | 0.50 | 185.00 |
| Condensed Transcript | | 20.00 | 20.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Stephen Olson | 126.00 Pages @ | 3.60 | 453.60 |
| Exhibit | 322.00 Pages @ | 0.50 | 161.00 |
| Condensed Transcript | | 0.00 | 0.00 |
| CD | | 0.00 | 0.00 |
| Hand Delivery | | 10.00 | 10.00 |
| | **TOTAL DUE >>>** | | **$1,401.90** |
| | AFTER 5/1/2010  PAY | | $1,422.93 |

Reference No.   : o

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

**Tax ID:** 20-8474245                                             Phone: 303-893-6100    Fax:

*Please detach bottom portion and return with payment*

# INVOICE

**Veritext Los Angeles Reporting Co.**
A Veritext Company

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

**Invoice #:** CA57882
**Invoice Date:** 04/15/2010
**Balance Due:** $ 1,643.75

| | |
|---|---|
| **Case:** | Lehman Brothers Holdings, Inc. v. Primelending |
| **Job #:** | 48844 \| Job Date: 03/10/2010 \| Delivery: Normal |
| **Billing Atty:** | Matthew Spohn |
| **Location:** | Reilly Pozner LLP |
| | 511 Sixteenth Street, Suite 700 \| Denver, CO 80202 |
| **Sched Atty:** | Matthew Spohn \| Reilly Pozner |

**Client Billing/Matte**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Scott Eggen | Video Services | Hour | 8.75 | $185.00 | $1,618.75 |
| 2 | Kristi Harris | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** $1,643.75 |
| | **Payment:** |
| | **Credit:** |
| | **Interest:** $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** $1,643.75 |

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.



# INVOICE

**Veritext Los Angeles Reporting Co.**
A Veritext Company
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

**Invoice #:** CA57867
**Invoice Date:** 04/15/2010
**Balance Due:** $ 2,301.67

**Case:** Lehman Brothers Holdings, Inc. v. Primelending
**Job #:** 48844  |  **Job Date:** 03/10/2010  |  **Delivery:** Normal
**Billing Atty:** Matthew Spohn
**Location:** Reilly Pozner LLP
511 Sixteenth Street, Suite 700 | Denver, CO 80202
**Sched Atty:** Matthew Spohn | Reilly Pozner

**Client Billing/Matte:** 7331-047

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Scott Eggen | Original & 1 Certified Transcript | Page | 199.00 | $4.95 | $985.05 |
| 2 | | Exhibits | per page | 203.00 | $0.65 | $131.95 |
| 3 | | CD Depo | Per CD | 1.00 | $34.00 | $34.00 |
| 4 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 5 | Kristi Harris | Original & 1 Certified Transcript | Page | 117.00 | $4.95 | $579.15 |
| 6 | | Exhibits | per page | 169.00 | $0.65 | $109.85 |
| 7 | | CD Depo | Per CD | 1.00 | $34.00 | $34.00 |
| 8 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 9 | | Attendance - hourly | Hour | 7.75 | $40.00 | $310.00 |
| 10 | | Shipping | Package | 1.00 | $27.67 | $27.67 |

**Notes:**

**Invoice Total:** $2,301.67
**Payment:**
**Credit:**