MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Alan Kolod, Esq.
Tel: (212) 554-7800
Fax: (917) 206-4366
E-mail: akolod@mosessinger.com

*Counsel to Deutsche Bank Trust Company Americas.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 22179 AND 22181

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Deutsche Bank Trust Company Americas hereby withdraws Proofs of Claim Nos. 22179 and 22181 filed on September 21, 2009 against Lehman Brothers Holdings Inc., case no. 08-13555, and Lehman Brothers Special Financing Inc., case no. 08-13888, respectively.

Dated: August 9, 2010
New York, New York

MOSES & SINGER, LLP

By: /s/ Alan Kolod
Alan Kolod, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (917) 206-4366
E-mail: akolod@mosessinger.com

*Counsel to Deutsche Bank Trust Company Americas*

829900