**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                         :    (Jointly Administered)
             Debtors.                                :
                                                         :    Ref. Docket Nos. 10619 & 10620
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK    )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2010, I caused to be served the:

    a. "Notice of Fifty-Seventh Supplemental List of Ordinary Course Professionals," dated August 4, 2010 [Docket No. 10619] (the "57th OCP Notice"), and

    b. "Affidavit and Disclosure Statement of Richard Hitchcock," dated July 30, 2010 [Docket No. 10620] (the "Hitchcock Affidavit"),

   by causing true and correct copies of the:

    i. 57th OCP Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. Hitchcock Affidavit, to be delivered via electronic mail to Richard Hitchcock, Outer Temple Chambers: chris.gittins@outertemple.com, and

    iii. 57th OCP Notice, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the Office of the U.S. Trustee, Andrew D Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sidney Garabato

Sworn to before me this
6th day of August, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 6-22-__

# EXHIBIT A

08-13555-mg    Doc 10666    Filed 08/09/10    Entered 08/09/10 11:54:45    Main Document
Pg 3 of 4

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com