UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                               :

In re                              :        Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :        08-13555 (JMP)
                               :

        Debtors.              :        (Jointly Administered)
                               :
----------------------------------------------------------------------x    Ref. Docket No. 10661

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                   ) ss.:
COUNTY OF NEW YORK  )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2010, I caused to be served the "Fifth Interim Application of Reilly Pozner LLP for Compensation and Reimbursement of Expenses," dated August 6, 2010 [Docket No. 10661], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   c. copied to CD and delivered via overnight mail to the United States Bankruptcy Court, Southern District of New York, Attn: The Honorable James M. Peck, One Bowling Green, Courtroom 601, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
9th day of August, 2010

                                        Sena Sengun

_____
Notary Public

> SIDNEY J. GARABATO
> NOTARY PUBLIC, STATE OF NEW YORK
> No. 01GA6218946
> Qualified in New York County
> Commission Expires March 15, 2014

T:\Clients\LBH\Affidavits\5th Interim App of Reilly Pozner Aff_DI 10661_AFF_8-6-10.doc

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | apo@stevenslee.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| acker@chapman.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adg@adorno.com | arheaume@riemerlaw.com |
| adiamond@diamondmccarthy.com | arlbank@pbfcm.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| afriedman@irell.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashaffer@mayerbrown.com |
| agold@herrick.com | ashmead@sewkis.com |
| agolianopoulos@mayerbrown.com | asnow@ssbb.com |
| ahammer@freebornpeters.com | atrehan@mayerbrown.com |
| aisenberg@saul.com | aunger@sidley.com |
| akantesaria@oppenheimerfunds.com | austin.bankruptcy@publicans.com |
| alesia.pinney@infospace.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| amcmullen@boultcummings.com | bankr@zuckerman.com |
| amenard@tishmanspeyer.com | bankruptcy@goodwin.com |
| andrew.brozman@cliffordchance.com | bankruptcy@morrisoncohen.com |
| andrew.lourie@kobrekim.com | bankruptcymatters@us.nomura.com |
| angelich.george@arentfox.com | barbra.parlin@hklaw.com |
| ann.reynaud@shell.com | bbisignani@postschell.com |

## Email Addresses

bdk@schlamstone.com

bgraifman@gkblaw.com

bguiney@pbwt.com

bhinerfeld@sbtklaw.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

bpershkow@profunds.com

brian.corey@greentreecreditsolutions.com

brian.pfeiffer@friedfrank.com

bromano@willkie.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

canelas@pursuitpartners.com

carlsons@sullcrom.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christian.spieler@lehman.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

## Email Addresses

| | |
|---|---|
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | dirk.roberts@ots.treas.gov |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| davids@blbglaw.com | dladdin@agg.com |
| davidwheeler@mvalaw.com | dlemay@chadbourne.com |
| dbalog@intersil.com | dlipke@vedderprice.com |
| dbarber@bsblawyers.com | dludman@brownconnery.com |
| dbaumstein@whitecase.com | dmcguire@winston.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dckaufman@hhlaw.com | dodonnell@milbank.com |
| dcoffino@cov.com | douglas.bacon@lw.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dowd.mary@arentfox.com |
| ddrebsky@nixonpeabody.com | dpiazza@hodgsonruss.com |
| ddunne@milbank.com | dravin@wolffsamson.com |
| deggermann@kramerlevin.com | drose@pryorcashman.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| deryck.palmer@cwt.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshemano@pwkllp.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dgrimes@reedsmith.com | dtatge@ebglaw.com |

## Email Addresses

| | |
|---|---|
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | frank.white@agg.com |
| echang@steinlubin.com | fsosnick@shearman.com |
| ecohen@russell.com | fyates@sonnenschein.com |
| efile@willaw.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gary.ticoll@cwt.com |
| efriedman@friedumspring.com | gbray@milbank.com |
| egeekie@schiffhardin.com | george.davis@cwt.com |
| eglas@mccarter.com | ggraber@hodgsonruss.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eli.mattioli@klgates.com | glenn.siegel@dechert.com |
| elizabeth.harris@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | graumane@sullcrom.com |
| eobrien@sbchlaw.com | gravert@mwe.com |
| eric.johnson@hro.com | gspilsbury@jsslaw.com |
| eschaffer@reedsmith.com | guzzi@whitecase.com |
| eschwartz@contrariancapital.com | hanh.huynh@cwt.com |
| esmith@dl.com | harrisjm@michigan.gov |
| ezujkowski@emmetmarvin.com | harveystrickon@paulhastings.com |
| ezweig@optonline.net | hbeltzer@morganlewis.com |
| fbp@ppgms.com | heim.steve@dorsey.com |
| feldsteinh@sullcrom.com | heiser@chapman.com |
| ffm@bostonbusinesslaw.com | helmut.olivier@lehman.com |

## Email Addresses

| | |
|---|---|
| hirsch.robert@arentfox.com | jbird@polsinelli.com |
| hollace.cohen@troutmansanders.com | jbromley@cgsh.com |
| holsen@stroock.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jdrucker@coleschotz.com |
| hsnovikoff@wlrk.com | jdyas@halperinlaw.net |
| ian.levy@kobrekim.com | jean-david.barnea@usdoj.gov |
| icatto@kirkland.com | jeannette.boot@wilmerhale.com |
| igoldstein@dl.com | jeff.wittig@coair.com |
| ilevee@lowenstein.com | jeffrey.sabin@bingham.com |
| info2@normandyhill.com | jeldredge@velaw.com |
| ira.herman@tklaw.com | jen.premisler@cliffordchance.com |
| isgreene@hhlaw.com | jennifer.demarco@cliffordchance.com |
| israel.dahan@cwt.com | jennifer.gore@shell.com |
| iva.uroic@dechert.com | jeremy.eiden@state.mn.us |
| jacobsonn@sec.gov | jessica.fink@cwt.com |
| jafeltman@wlrk.com | jfalgowski@reedsmith.com |
| james.mcclammy@dpw.com | jfinerty@pfeiferlaw.com |
| james.sprayregen@kirkland.com | jflaxer@golenbock.com |
| jamestecce@quinnemanuel.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |

**Email Addresses**

| | |
|---|---|
| jhiggins@fdlaw.com | jorbach@hahnhessen.com |
| jhorgan@phxa.com | joseph.cordaro@usdoj.gov |
| jhuggett@margolisedelstein.com | joseph.scordato@dkib.com |
| jhuh@ffwplaw.com | joshua.dorchak@bingham.com |
| jim@atkinslawfirm.com | jowen769@yahoo.com |
| jjoyce@dresslerpeters.com | jpintarelli@mofo.com |
| jjureller@klestadt.com | jpintarelli@mofo.com |
| jkehoe@sbtklaw.com | jporter@entwistle-law.com |
| jlamar@maynardcooper.com | jprol@lowenstein.com |
| jlawlor@wmd-law.com | jrabinowitz@rltlawfirm.com |
| jlee@foley.com | jrsmith@hunton.com |
| jlevitin@cahill.com | jschwartz@hahnhessen.com |
| jlipson@crockerkuno.com | jsheerin@mcguirewoods.com |
| jliu@dl.com | jshickich@riddellwilliams.com |
| jlovi@steptoe.com | jsmairo@pbnlaw.com |
| jlscott@reedsmith.com | jstoll@mayerbrown.com |
| jmaddock@mcguirewoods.com | jtimko@allenmatkins.com |
| jmazermarino@msek.com | jtimko@shutts.com |
| jmcginley@wilmingtontrust.com | jtougas@mayerbrown.com |
| jmelko@gardere.com | judy.morse@crowedunlevy.com |
| jmerva@fult.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.mcnicholas@dlapiper.com | jweiss@gibsondunn.com |
| john.monaghan@hklaw.com | jwest@velaw.com |
| john.rapisardi@cwt.com | jwh@njlawfirm.com |
| joli@crlpc.com | jwhitman@entwistle-law.com |

## Email Addresses

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kostad@mofo.com

kovskyd@pepperlaw.com

kowens@foley.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

kristin.going@dbr.com

krosen@lowenstein.com

krubin@ozcap.com

kstahl@whitecase.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lawallf@pepperlaw.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

lwong@pfeiferlaw.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@standardchartered.com

**Email Addresses**

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.bury@lehman.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matthew.klepper@dlapiper.com

matthew.morris@lovells.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mdorval@stradley.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mhopkins@cov.com

michael.bonacker@lehman.com

michael.frege@cms-hs.com

michael.kim@kobrekim.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mmurphy@co.sanmateo.ca.us

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mpfeifer@pfeiferlaw.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschonholtz@willkie.com

mshiner@tuckerlaw.com

mspeiser@stroock.com

## Email Addresses

| | |
|---|---|
| mstamer@akingump.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| ncoco@mwe.com | pmaxcy@sonnenschein.com |
| neal.mann@oag.state.ny.us | pnichols@whitecase.com |
| ned.schodek@shearman.com | ppascuzzi@ffwplaw.com |
| newyork@sec.gov | ppatterson@stradley.com |
| nfurman@scottwoodcapital.com | psp@njlawfirm.com |
| nherman@morganlewis.com | ptrostle@jenner.com |
| nissay_10259-0154@mhmjapan.com | pwirt@ftportfolios.com |
| nlepore@schnader.com | pwright@dl.com |
| notice@bkcylaw.com | r.stahl@stahlzelloe.com |
| oipress@travelers.com | raj.madan@bingham.com |
| omeca.nedd@lovells.com | rajohnson@akingump.com |
| opetukhova@foley.com | ramona.neal@hp.com |
| paronzon@milbank.com | ranjit.mather@bnymellon.com |
| patrick.oh@freshfields.com | rbeacher@daypitney.com |
| patrick.schmitz-morkramer@lehman.com | rbernard@bakerlaw.com |
| paul.turner@sutherland.com | rbyman@jenner.com |
| pbattista@gjb-law.com | rchoi@kayescholer.com |
| pbosswick@ssbb.com | rdaversa@orrick.com |
| pdublin@akingump.com | relgidely@gjb-law.com |
| peisenberg@lockelord.com | rfleischer@pryorcashman.com |
| peter.gilhuly@lw.com | rfrankel@orrick.com |
| peter.macdonald@wilmerhale.com | rfriedman@silvermanacampora.com |
| peter.simmons@friedfrank.com | rgmason@wlrk.com |

## Email Addresses

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhs@mccallaraymer.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

ritkin@steptoe.com

rjones@boultcummings.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

rnies@wolffsamson.com

rnorton@hunton.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robertdakis@quinnemanuel.com

robin.keller@lovells.com

ronald.silverman@bingham.com

rqureshi@reedsmith.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

rtrust@cravath.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

sally.henry@skadden.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.gibson@dubaiic.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

## Email Addresses

| | |
|---|---|
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| shumaker@pursuitpartners.com | tarbit@cftc.gov |
| sidorsky@butzel.com | tbrock@ssbb.com |
| slerner@ssd.com | tduffy@andersonkill.com |
| sloden@diamondmccarthy.com | teresa.oxford@invescoaim.com |
| smayerson@ssd.com | tgoren@mofo.com |
| smillman@stroock.com | thomas.califano@dlapiper.com |
| smulligan@bsblawyers.com | thomas.ogden@dpw.com |
| snewman@katskykorins.com | thomas_noguerola@calpers.ca.gov |
| sory@fdlaw.com | thomaskent@paulhastings.com |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephanie.wickouski@dbr.com | tmayer@kramerlevin.com |
| stephen.cowan@dlapiper.com | tnixon@gklaw.com |
| steve.ginther@dor.mo.gov | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |

## Email Addresses

twatanabe@mofo.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

wheuer@dl.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

woconnor@crowell.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

## Additional Email Addresses

aromanelli@rplaw.com

bmdeal@browngreer.com

cbiros@feinbergrozen.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007