B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
    (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>The Royal Bank of Scotland plc</u> | <u>ICP Pendulum Fund I, L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Attention: Matthew Rosencrans

Court Claim # (if known):<u>66952, amending Claim 13823</u>
Amount of Claim:<u>$1,650,000.00</u>
Date Claim Filed:<u>7/22/10 for Claim 66952 and 9/16/09 for Claim 13823</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: <u>203-897-2644</u>        Phone:<u>(212) 821-1927</u>
Last Four Digits of Acct #: ___        Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

614459.1/2620-00279

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Jason Leddy
     Name of Transferee/Transferee's Agent    Authorized Signatory    Date: 8/9/10

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

614459.1/2620-00279

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICP Pendulum Fund I, L.P., f/k/a GSC Pendulum Fund I. L.P. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland PLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (Nos. 13823 and 66952) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of August 2010.

ICP Pendulum Fund I, L.P.

By: _____
Name: Thomas C. Priore
Title: Member

Royal Bank of Scotland plc
By: RBS Securities Inc., its agent

By: _____
Name:
Title:

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICP Pendulum Fund I, L.P., f/k/a GSC Pendulum Fund I. L.P. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to The Royal Bank of Scotland PLC ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (Nos. 13823 and 66952) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5TH day of August 2010.

ICP Pendulum Fund I, L.P.

By: _____
Name:
Title:

**THE ROYAL BANK OF SCOTLAND PLC,**
By: RBS Securities Inc., its agent

By: _____
Name:
Title:
        **Matthew Wilson**
        **Authorized Signatory**

601666.5/2620-00279                    24