B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                     (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>CVI GVF (Lux) Master S.a.r.l.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|:---:|:---:|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CVI GVF (Lux) Master S.a.r.l.
C/O Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey
KT11 2PD
UK

Attn: Annemarie Jacobsen
Email: <u>Annemarie.jacobsen@carval.com</u>
Tel: 00 44 1932 86 1594
Fax: 00 44 1932 576 012

Court Claim # (if known):<u>30099,  amending Claim 17600</u>
Amount of Claim:<u>$24,120,008.63</u>
Date Claim Filed:<u>9/22/2009 for Claim 30099 and 9/18/2009 for Claim 17600</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>00 44 1932 86 1594</u>                    Phone: <u> 212-902-1040</u>
Last Four Digits of Acct #: <u>             </u>    Last Four Digits of Acct. #: <u>             </u>

Name and Address where transferee payments
should be sent (if different from above):

610539.1/153-05296

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BY CARVAL INVESTORS UK LIMITED

By: _____    Date: 6th August 2010
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

610539.1/153-05296