B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>CFIP Master Fund, Ltd.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CFIP Master Fund, Ltd.
Attention: Legal Department
71 S. Wacker Drive
Suite 3495
Chicago, IL 60606
Phone: 312-416-4300
Email: legal@cfipartners.com

Court Claim # (if known): <u>66653 (15.873015873%
of such claim) (which amended 14213)</u>
Amount of Claim as Filed: <u>$94,500,000.00</u>
Amount of Claim Transferred: <u>$15,000,000.00</u>
Date Claim Filed: <u>May 20, 2010 (originally filed
September 16, 2009)</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(312) 416-4221</u>
Last Four Digits of Acct #: _____

Phone: <u>(212)934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

610640.1/153-05641                           13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___8/10/10___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.