Hermann, Klaus and Hermann, Dr. Christine

June 25, 2010

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al.
      Chapter 11 Case No. 08-13555

Debtors: Lehman Brothers Holdings Inc.
Case Number 08-13555 and NO CASEZ99

Response is directed to Case number 08-13555
Claimants: Hermann, Klaus and Hermann, Dr.Christine
Amount: $ 36.000,00 - Loan

By our mistake, our claim has been filed twice:
1st time with date August 20, 2009 and the 2nd time with date of August 23, 2009.

We would like to withdraw our claim number 19407. Our claim number 19406 should not be disallowed& expunged.

Any reply to our response should be returned to our address (same as presented in the proof of claim

Our (Creditors) name, address and telephone number to reconcile, settle, or otherwise resolve the claim is the one written on this letter and in our claim. Both of us have ultimate authority.

Klaus Hermann                                          Dr. Christine Hermann