### *Joseph R. & Annetta F. Puglia*
### *3 Old Topsfield Road*
### *Boxford, Massachusetts 01921*

---

*Dated August 3, 2010*

*Re: Notice of Hearing*
*Lehman Brothers Holding, Inc., et al.;*

[RECEIVED AUG - 9 2010 U.S. BANKRUPTCY COURT, SDNY]

*Sarah Moore Decker, Esq.*
*WEIL, GOTSHAL & MANGES LLP*
*200 Crescent Court, Suite 300*
*Dallas, Texas 75201-7830*

*Dear Ms. Decker, While I thank you for your notice of hearing,' just received', related to our claim number 35260 for which we filed PRO SE a motion to the court which request they not grant an objection, on money loss by my wife, thereby disallowing and expunging my wife Annetta Farber Puga investment in Lehman Brothers.*

*A notice of the court hearing this matter in less then 24 hours does little good when we live in Boston and have not made the required pre-deigned plans to attend the hiring?*

*As I discussed with you we wanted to attend the hearing to put before the judge real people faces who having believed that Lehman Brothers was what they represented, a solid long term secured investment firm invested in good faith their funds in them.*

*Not what the proven record now shows a bunch of what can only be people who didn't for whatever reason understand that their mismanagement of the moneys in their trust came from the hard work of people like my wife.*

*We not able to attend due to your late notice can now only hope that the clerk brings forward to the Judges attention our motion for consideration.*

*The motion of one,' Real Person', who lose money and not the attorneys all looking to secure their positions for fees; I Remain,*

*Sincerely,*

*Joseph R. Pugia, Senior*

*cc: Clerk Court Room 601*

[signature]