**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re :
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
:
Debtors. :
-----------------------------------------------------------------x

Chapter 11 Case No.

: 08-13555 (JMP)

(Jointly Administered)

## OBJECTION 85 10th TRANSACTION

Now comes William Kuntz, III who appears *Pro Se* and files this Objection.

Over the past several months, this Party has filed recent Objections to Stipulations, which have not even been considered to any degree by the Court. Apparently, with the tacit blessing of the Creditors Committee, papers have been presented **ex-parte** to the Court, with the Knowledge that Objections had been made. In any event, unless the Court cares to enter an Order Precluding this Party from making Objections or the Debtor makes the long Promised, but Undelivered Motion to Strike this Parties Proof of Claims, thus knocking out his standing this Party submits the following, respectfully:

1) The Debtor proposed to make a 'deal' with respect to this property.

2) Notwithstanding the fact that every lawyer who comes to court carries perhaps 2 cell phones with camera and the Debtor produced a detailed list of the embossed gold golf Tee's etc which were given to charity after a year in storage, nobody has an image/inventory of the inside of this building space to provide or show.

# Related buys 10th Avenue trophy. Partners announced that it has signed a definitive agreement to sell one of its trophy office properties, 85 Tenth Avenue, to Related, the New York City New York City: see New York, city.

**New York City**

City (pop., 2000: 8,008,278), southeastern New York, at the mouth of the Hudson River. The largest city in the U.S. real estate development company headed by CEO Stephen

M. Ross, for approximately $430 million. The company expects the transaction to close at the beginning of the second quarter 2007. Somerset intends to use the majority of the proceeds to accelerate their growth objectives and further expand their asset portfolio.

Somerset principals, Keith Rubenstein and Marshall Allan, headed the transaction, with investment broker Douglas Harmon of Eastdil Secured representing the firm in the sale.

"We recognized this building to be a diamond in the rough when we originally purchased it. Although, at the time of our purchase, the price seemed high to others, we knew that the unique nature of the building, its credit tenants and dynamic location were certain to allow us to realize substantial upside Upside

The potential dollar amount by which the market or a stock could rise.

Notes:
This is basically an educated guess on how high a stock could go in the near future.
See also: Bull, Downside ," said Keith Rubenstein, principal, Somerset Partners.

Purchased in July 2005, 85 Tenth Avenue represented the first office acquisition for Somerset Partners, who followed the purchase with the acquisition of 1801 K Street in Washington, DC for $250 million. In addition to its office portfolio, Somerset has built a $300 million portfolio of more than 3,000 apartments throughout the Southwest and Southeast U.S. over the last five years.

Built in 1913, 85 Tenth Avenue, the former Nabisco Factory, has since benefited from nearly $200 million of capital improvements which was invested by previous owners, and is **today one of the most technically advanced buildings in the country. With 12 building generators providing 2 megawatts of redundant (back-up) power each, the building can fully function on its own without public power or water for up to 30 days**.

The building is currently 100% leased to credit tenants including the U.S. Government, Lehman Brothers, Moet Hennessy and the State of New York **New York, state, United States**
New York, Middle Atlantic state of the United States. It is bordered by Vermont, Massachusetts, Connecticut, and the Atlantic Ocean (E), New Jersey and Pennsylvania (S), Lakes Erie and Ontario and the Canadian province of . It features 56,000 s/f floor plates, high ceilings, 14-ft. window lines and unobstructed City and water views. 85 Tenth Avenue is also the home of two of New York's most renowned restaurateur's latest venues: Chef Tom Colicchio's Craft Steak and Chef Mario Batali's Del Posto.

3) This looks like just another sweetheart deal for Wall Street Insiders. Needless to say, the Debtor's Counsel counts on the Court's Complacent acceptance of it's representations. As the Court may recall approving the Stamford, Conn Building Transaction. To the Best of Objectant's knowledge that building still sits empty with not even a 4 rent sign in the Window. It does not seem that it was made clear that General Re be paid Ground Rent for the next few decades and it was also not made clear that General Re is a Client of Milbank Tweed.

The Debtor needs to provide more information.

The Court should deny this.

Respectfully,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Ma 02554-1801
508-775-5225

Westport, NY
July 7, 2010