IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                        )
                                              )   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al. )
                                              )   Case No. 08-13555 (JMP)
                    Debtors.                  )
                                              )   (Jointly Administered)
                                              )

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Cassandra L. Coleman, a member in good standing of the bar in the State of Colorado, and, if applicable, the bar of the U. S. District Court for the District of Colorado, request admission *pro hac vice* before the Honorable James M. Peck, to represent the Treasurer of Garfield County, Colorado, and the Board of County Commissioners of Garfield County, Colorado, creditors in the above-referenced case.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated this ____ day of August, 2010.

Respectfully submitted,

OFFICE OF THE COUNTY ATTORNEY
OF GARFIELD COUNTY, COLORADO

_____
Cassandra L. Coleman
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601
(970) 945-9150
E-mail: ccoleman@garfield-county.com
ATTORNEY FOR GARFIELD COUNTY
TREASURER AND BOARD OF COUNTY
COMMISSIONERS OF GARFIELD COUNTY,
COLORADO

*[RECEIVED stamp: AUG -9 2010, U.S. BANKRUPTCY COURT, SO. DIST. OF NEW YORK]*

## CERTIFICATE MAILING

I, the undersigned, hereby certify that a true and accurate copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice*, was deposited in the United States Mail, postage prepaid, this 5th day of August, 2010 to:

Shai W. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*Carolyn Cottrell*



RECEIVED
AUG - 9 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

*In re: Lehman Brothers Holdings, Inc., et al.*
Case No. 08-13555 (JMP)

2

IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

UPON the motion of Cassandra L. Coleman dated August ___, 2010, for admission *pro hac vice* in this bankruptcy proceedings, it is hereby

**ORDERED,** that Cassandra L. Coleman, Esq., is admitted to practice, ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____

New York, New York

_____
United States Bankruptcy Judge