Adjourned Hearing Date and Time: September 22, 2010 at 10:00 a.m.
Adjourned Objection Deadline: September 15, 2010 at 4:00 p.m.

FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, New York 11556-1320
Tel:   (516) 227-0700
Fax:   (516) 227-0777
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan

*Attorneys for Capital One, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
Lehman Brothers Holdings, Inc., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                             :
                       Debtors.                              :
                                                             :    Jointly Administered
-------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CAPITAL ONE, N.A. FOR AN ORDER MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Capital One, N.A. for an Order Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001* (the "Motion") (Docket No. 8425), previously scheduled for August 18, 2010, **has been adjourned to September 22, 2010 at 10:00 a.m. (ET)** before the Honorable James M. Peck, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion, must (a) be in writing, (b) set forth the name of the objecting party, (c) state with

particularity the reasons for the objection, (d) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, and (e) be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (.pdf), WordPerfect, Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable James M. Peck) and shall be served in accordance with General Order M-242 upon: (i) counsel for Capital One, N.A., Farrell Fritz, P.C., 1320 RXR Plaza, Uniondale, New York 11556-1320 (Attention: Louis A. Scarcella, Esq., Darren A. Pascarella, Esq. and Robert C. Yan, Esq.), (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attention: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.), (iv) counsel for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), and (v) counsel for mortgagor New Central Avenue, LLC, Shapiro Lifschitz & Schram, 1742 N. Street, N.W., Washington, D.C. 20036 (Attention: Judah Lifschitz, Esq.) no later than **4:00 p.m. (ET) on September 15, 2010**.

**PLEASE TAKE FURTHER NOTICE**, that if you do not timely file and serve a written objection to the relief requested in the Motion in accordance with this Notice and the Court's Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009 [Docket No. 2837], the relief requested in the Motion may be granted without further notice or a hearing.

Dated: Uniondale, New York
August 11, 2010

FARRELL FRITZ, P.C.

By: /s/ Robert C. Yan
Louis A. Scarcella
Darren A. Pascarella
Robert C. Yan
1320 RXR Plaza
Uniondale, New York 11556-1320
Tel:  (516) 227-0700
Fax:  (516) 227-0777

*Attorneys for Capital One, N.A.*