# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

PEETER GRUENBERGER
DIRECT LINE 212-310-8555
peter.gruenberger@weil.com

August 11, 2010

## VIA HAND DELIVERY

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

        Re:    **ADR Procedures Order dated 9/17/09 ("Order")**
                **Ninth Status Report**

Dear Judge Peck:

        The three Mediators have requested again, your Honor, that I submit this monthly report (the ninth) to the Court pursuant to Order ¶ 13. Debtors will file this report on the docket in advance of the August 18 omnibus hearing.

        In the just-ended 31-day period, Debtors have served eight additional ADR Notices on six additional counterparties, bringing the total number of such notices served to 70 on 94 counterparties. Also in the immediately past reporting period, Debtors achieved settlements in principle with counterparties in three additional ADR matters, one as a result of a mediation and two during the ADR process preceding mediation. Upon closing of these settlements, Debtors will have settled 26 ADR matters involving

32 counterparties and received a total of $181,887,300.98 new dollars for the Debtors' estates.

To date, of the 14 ADR matters that have reached the mediation stage and have been concluded, all 14 have been settled in mediation. No mediation has yet terminated without settlement. Six additional mediations have been scheduled to commence on the following dates: August 19, 25 and 27; September 16 (two) and September 30.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp
cc: James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)