**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF STATE STREET TRUST &**
**BANKING CO., LTD.'S TO DEBTORS' EIGHTEENTH, NINETEENTH AND**
**TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

PLEASE TAKE NOTICE that the objection to Debtors' Eighteenth, Nineteenth, and Twenty-Seventh Omnibus Objection To Claims (Duplicative of Indenture Trustee Claims) filed by State Street Trust & Banking Co., Ltd. [Dkt. No. 10395] is hereby withdrawn.

Dated: August 4, 2010

/s/ Sachiko Abe
Sachiko Abe on behalf of
State Street Trust & Banking Co., Ltd.