# EXHIBIT F

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: (212) 885-5000
Andrew B. Eckstein
Kenneth L. Bressler
Philippe M. Salomon
*Attorneys for Och-Ziff Capital Management Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| In re | Chapter 11 Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | |
| Debtors. | |

------------------------------------------------------------ X

## NOTICE OF DEPOSITION

TO:   Michael J. Bowe, Esq.
      Kasowitz, Benson, Torres & Friedman LLP
      1633 Broadway
      New York, New York 10019

PLEASE TAKE NOTICE that pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Och-Ziff Capital Management Group LLC ("Och-Ziff") by its counsel, Blank Rome LLP, will take the deposition of a representative of Lehman Brothers Holdings, Inc. *et al.* ("Lehman") by a person designated under Federal Rule of Civil Procedure 30(b)(6) to testify as to the facts underlying the representation made by Michael Bowe, Esq. on May 26, 2010, that Och-Ziff (including any of its related or affiliated entities, or its employees) was a "source of information" about Lehman, thereby justifying Rule 2004 discovery of Och-Ziff. The

deposition will take place at the offices of Blank Rome LLP, 405 Lexington Avenue, New York, New York 10174 on June 14, 2010 at 10 a.m., or such other later date as may be agreed upon, before a notary public or other officer authorized by law to take a deposition. The deposition will be recorded by stenographic means and will continue from day to day until completed.

Dated:  New York, New York
        June 2, 2010

                                BLANK ROME LLP

                                By: _____
                                Kenneth L. Bressler
                                Andrew B. Eckstein
                                Philippe M. Salomon
                                405 Lexington Avenue
                                New York, New York 10174
                                Telephone: (212) 885-5000
                                *Attorneys for Och-Ziff Capital Management*
                                *Group, LLC*