# EXHIBIT H

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Telephone: (212) 885-5000
Kenneth L. Bressler
Philippe M. Salomon
Andrew B. Eckstein
*Attorneys for Och-Ziff Capital Management Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
— — — — — — — — — — — — — — — — — — — — — — — — — — X
| | |
|---|---|
In re: | :
 | : Chapter 11
Lehman Bros. Holdings, Inc., *et al.*, | : Case No. 08-13555 (JMP)
 | : (Jointly Administered)
Debtors. | :
— — — — — — — — — — — — — — — — — — — — — — — — — X

## OCH-ZIFF CAPITAL MANAGEMENT GROUP LLC'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS DIRECTED TO DEBTORS

Och-Ziff Capital Management Group LLC, by and through its undersigned counsel, hereby requests that Lehman Bros. Holdings, Inc., *et al.*, answer the following interrogatories separately and fully, in writing and under oath, and produce the requested documents, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, made applicable to this contested proceeding by Rules 7026, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure. Answers should be served and documents produced upon the undersigned at the below address within thirty (30) days of service of these Interrogatories and Documents Requests in accordance with the applicable rules.

### INSTRUCTIONS

1.    In responding to these discovery requests, you are required not only to furnish such information and documents as you know from your own personal knowledge, but also

information that is in the possession of your attorneys, investigators, employees, agents or anyone else acting on your behalf.

2.      If you cannot answer an Interrogatory in full after exercising due diligence to secure the information, you are to answer the Interrogatory to the extent possible, specifying your inability to answer or respond to the remainder and stating whatever information or knowledge you have concerning the unanswered or unresponded to portions and the efforts you have undertaken to secure the information sought.

3.      You have a continuing duty to supplement your responses to these discovery requests.

## DEFINITIONS

A.      The definitions and rules of construction set forth in Local Civil Rule 26.3(c) and (d), as made applicable by Local Bankruptcy Rules 9014 and 7026-1, are incorporated herein.

B.      *"Lehman"* or *"You"* means the Debtors, Lehman Bros. Holdings, Inc., *et al.* and each of their current or former subsidiaries, affiliates, parents, predecessors and successors, divisions, departments, and operating units and all persons or entities acting or purporting to act on their behalf, including attorneys, accountants, financial advisors, and clerical staff.

C.      *"Person"* refers to any individual person (whether living or deceased), partnership, firm, corporation, association, joint venture, or other entity.

D.      *"Och-Ziff"* means Och-Ziff Capital Management Group, LLC and any affiliated company.

E.      The *"Examiner's Report"* means the Report of Anton R. Valukas, Examiner, dated March 11, 2010, issued in the instant bankruptcy proceeding.

F.      *"Relevant Time Period"* means January 1, 2008 through January 1, 2009.

## INTERROGATORIES

1.      Identify each person who was consulted in connection with or participated in the preparation of the answers to these Interrogatories.

2.      Identify each person who identified Och-Ziff as a "source of information" as represented by Michael Bowe, Esq. on May 26, 2010 as justification for taking Rule 2004 discovery of Och-Ziff.

3.      Identify all documents concerning or identifying Och-Ziff as a "source of information" about Lehman during the Relevant Period.

## DOCUMENT REQUEST

1.      Produce all documents identified in response to the above Interrogatories.

Dated:      New York, New York
            June 25, 2010

                                        BLANK ROME LLP


                                        By: _____
                                        Kenneth L. Bressler
                                        Philippe M. Salomon
                                        Andrew B. Eckstein
                                        405 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: (212) 885-5000
                                        *Attorneys for Och-Ziff Capital Management
                                        Group, LLC*

TO:     Michael J. Bowe, Esq.
        Kasowitz, Benson, Torres & Friedman LLP
        1633 Broadway
        New York, New York 10019