

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

August 5, 2010

**Via Federal Express**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Vito Genna

    Re:    *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP)

Dear Sir:

    Please find attached the Partial Transfer of Claim Other Than for Security and the Evidence of Transfer of Claim.

    The transferor of the claim is Barclays Bank PLC and the transferee is AG Super Fund International Partners L.P. Evidence of the transfer is being submitted in lieu of submitting the actual agreement, as permitted by the Bankruptcy Rule 3001(e)(2).

    In accordance with Rule 3001(e)(2), please notify the transferor, Barclays Bank PLC, and make the appropriate substitution.

    Please feel free to contact me if you have any questions.

    Thank you in advance.

                      Sincerely yours,

                      Douglas J. Schneller

Encs. (as stated)

www.pillsburylaw.com

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

AUG - 9 2010

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**AG Super Fund International Partners, L.P.**       **Barclays Bank PLC**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim #: **50316 (2.0526% of claim)**
Amount of Claim as Filed: **$290,491,572.00**
Amount of Claim Transferred: **$5,962,633.00**
Date Claim Filed: **10/28/09**

AG Super Fund International Partners, L.P.
245 Park Avenue
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 7/6/10
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael L. Gordon
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT/administrator

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to an Agreement and Evidence of Transfer of Claim (Lehman Program Security) dated as of the date hereof, Barclays Bank PLC ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to AG Super Fund International Partners, L.P. ("Purchaser") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim Number 50316 (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 6th day of July, 2010.

Barclays Bank PLC

By: _____
Name: Daniel Crowley
Title: Managing Director

745 Seventh Ave
New York, NY 10019

AG Super Fund International Partners, L.P.

By: AG Super Fund International LLC
    General Partner

By: AG Funds, L.P. Managing Member

By: _____
Name: Michael L. Gordon
Title: Authorized Signatory

245 Park Avenue
New York, NY 10167

Schedule 1

Transferred Claims

Purchased Claim

USD $787,765 of USD $14,997,598 XS0160491584 claim reflected in the Proof of Claim, or

USD $787,765 of the total claim of USD $290,491,572 (the outstanding amount of the Proof of Claim as of October 28, 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY Co. B.V. Issue of EUR 54,000,000 Variable Coupon Notes due February 2009 Linked to the Dow Jones EuroStoxx 50 Index and the Standard & Poors Index Under the U.S.$ 15,000,000,000 Euro Medium-Term Note Program | XS0160491584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $787,765 Equivalent to EUR 553,089 (fx 1.4243) | Index Linked N/A | February 17 2009 | No Accrued Interest Claimed |

Schedule 1

Transferred Claims

Purchased Claim

USD $681,914 of USD $13,672,853 XS0364777689 claim reflected in the Proof of Claim, or

USD $681,914 of the total claim of USD 290,491,572 (the outstanding amount of the Proof of Claim as of October 28, 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO. B.V. Issue of EUR 12,588,000 FX Linked Notes due May 2010 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,000,000 Euro Medium-Term Note Program | XS0364777689 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $681,914 Equivalent to EUR 478,771 (fx 1.4243) | FX Linked N/A | May 24 2010 | No Accrued Interest Claimed |

Schedule 1

Transferred Claims

Purchased Claim

USD $545,145 of USD $10,422,315 XS0129914874 claim reflected in the Proof of Claim, or

USD $545,145 of the total claim of USD 290,491,572 (the outstanding amount of the Proof of Claim as of October 28, 2009).

Lehman Programs Securities to which Transfer Relates.

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY Co. B.V. Issue of EUR 51,000,000 Equity Basket Coupon Linked Notes due June 2009 Guaranteed by Lehman Brothers Holdings Inc. Under the U.S.$ 15,000,000,000 Euro Medium-Term Note Program | XS0129914874 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $545,145 Equivalent to EUR 382,746 (fx 1.4243) | Index Linked N/A | June 28 2009 | No Accrued Interest Claimed |

Schedule 1

Transferred Claims

Purchased Claim

USD $1,485,670 of USD $28,296,847 XS0161241418 claim reflected in the Proof of Claim, or

USD $1,485,670 of the total claim of USD 290,491,572 (the outstanding amount of the Proof of Claim as of October 28, 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY Co. B.V. Issue of EUR 121,000,000 Variable Coupon Notes due February 2009 Linked to the Dow Jones EuroStoxx 50 Index and the Standard & Poors 500 Index Under the U.S.$ 15,000,000,000 Euro Medium-Term Note Program | XS0161241418 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $1,485,670 Equivalent to EUR 1,043,088 (fx 1.4243) | Index Linked N/A | February 21 2009 | No Accrued Interest Claimed |

Schedule 1

Transferred Claims

Purchased Claim

USD $2,462,139 of USD $46,969,407 XS0162196140 claim reflected in the Proof of Claim, or

USD $2,462,139 of of the total claim of USD 290,491,572 (the outstanding amount of the Proof of Claim as of October 28, 2009).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY Co. B.V. Issue of EUR 195,000,000 Indexed- Linked Note/bis due February 2009 Linked to the Dow Jones EuroStoxx 50 Index and the Standard & Poors Index Under the U.S.$ 15,000,000,000 Euro Medium-Term Note Program | XS0162196140 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD $2,462,139 Equivalent to EUR 1,728,666 (fx 1.4243) | FX Linked N/A | February 21 2009 | No Accrued Interest Claimed |