UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                         :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :     08-13555 (JMP)
:
Debtors.                           :
:
---------------------------------------------------------------x     Ref. Docket Nos. 10604,
10622-10624, 10628 &
10629

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
6th day of August, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

T:\Clients\LBH\Affidavits\Transfers 10604, 10622-10624, 10628 & 10629_Aff 08-05-10.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    SEA PORT GROUP SECURITIES, LLC
           TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP
           ATTN: JONATHAN SILVERMAN
           360 MADISON AVENUE, 22ND FL
           NEW YORK NY 10017

Please note that your claim # 55728-34 in the above referenced case and in the amount of
        $634,525.65         has been transferred **(unless previously expunged by court order)**

           MOUNT KELLETT MASTER FUND II, LP
           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
           C/O MOUNT KELLETT CAPITAL MANAGEMENT LP
           623 5TH AVENUE, FLOOR 18
           NEW YORK NY 10022-9139

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10604        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/05/2010                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 5, 2010.

# EXHIBIT B

```
TIME: 21:37:46                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/05/10                                          CREDITOR LISTING

Name                                       Address
BANCO DE ORO UNIBANK, INC.                 BDO CORPORATE CENTER ATTN: PEDRO FLORESCIO, LUISITO SALAZAR, MA. ANA ELENA REYES 7899 MAKATI AVENUE MAKATI CITY  0726 PHILIPPINES
DEL MAR MASTER FUND LTD.                   C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
DEL MAR MASTER FUND LTD.                   C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
INTEGRYS ENERGY SERVICES, INC.             ATTN: KIRSTEN YOUNG 500 WEST MADISON STREET, STE 3300 CHICAGO IL 60661
INTEGRYS ENERGY SERVICES, INC.             MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO 227 WEST MONORE STREET, SUITE 4700 CHICAGO IL 60606-5096
INTEGRYS ENERGY SERVICES, INC.             MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO 227 WEST MONROE STREET, STE 4700 CHICAGO IL 60606-5096
JPMORGAN CHASE BANK, N.A.                  TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MERRILL LYNCH CREDIT PRODUCTS LLC          TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DEL MAR MASTER FUND LTD. ATTN: GARY COHEN AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MOUNT KELLETT MASTER FUND II, LP           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE, FLOOR 18 NEW YORK NY 10022-9139
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND IX, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND IX-A, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND LP, THE ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND V-B, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND VI-A, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND VII-B, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND VIII, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE FUND X (MASTER) LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC             TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JONATHAN SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
THE ROYAL BANK OF SCOTLAND, PLC            TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910


Total Number of Records Printed      21


                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```