UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
          Debtors.                                                :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 10534,
                                                                       10537, 10539, 10554-10565,
                                                                       10568-10578, 10581-10586
                                                                       & 10587

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
3rd day of August, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I
         1 CHASE MANHATTAN PLAZA, FLOOR 26
         ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
         NEW YORK NY 10004

Please note that your claim # 66655-04 in the above referenced case and in the amount of
        $1,087,100.00        has been transferred **(unless previously expunged by court order)**

         SERENGETI PARTNERS LP
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         ATTN: SHAKER CHOUDHURY
         632 BROADWAY, 12TH FLOOR
         NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10534     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/02/2010                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 2, 2010.

# EXHIBIT B

```
TIME: 18:46:28                                              LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:    1
DATE: 08/02/10                                                  CREDITOR LISTING

Name                                        Address
BARCLAYS BANK PLC                           TRANSFEROR: LUZERNER KANTONALBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BINDER TRUST LIMITED                        ATTN DAVID MCCORMICK 5TH FLOOR BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2    IRELAND
DEUTSCHE BANK AG, LONDON BRANCH             ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON    EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC          MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: GREYWOLF CAPITAL OVERSEAS FUND C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: GREYWOLF CAPITAL OVERSEAS FUND C/O GOLMAN SACHS & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GOLDMAN SACH & CO. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: GREYWOLF STRUCTURED PRODUCTS MASTER FUND LTD C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 36T FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                        TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                            DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                            NEW YORK NY 10004
JPMORGAN CHASE BANK, N.A.                   TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I LTD 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                            NEW YORK NY 10004
LUZERNER KANTONALBANK AG                    BAKER & MCKENZIE LLP AA. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                    BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                    IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                    LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MERRILL LYNCH CREDIT PRODUCTS, LLC          TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JEFFREY BENESH AND RONALD TOROKN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK
                                            NEW YORK NY 10036
SERENGETI OVERSEAS MM L.P.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL
                                            NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI PARTNERS LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL
                                            NEW YORK NY 10012
SERENGETI PARTNERS LP                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SVMF 48, LLC                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO / AMY SIM 100 WEST PUTNAM AVE
                                            GREENWICH CT 06830
YORVIK PARTNERS LLP                         TRANSFEROR: BINDER TRUST LIMITED ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM

Total Number of Records Printed       23
```