UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
:
Debtors.                                      :
:
------------------------------------------------------------------x    Ref. Docket Nos. 10421,
10425, 10641, 10643-10644
& 10651

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of August, 2010
*/s/ Elli Petris*
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

08-13555-mg    Doc 10730    Filed 08/12/10    Entered 08/12/10 16:55:28    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VALUE
     FUND, LTD.) (LBH CREDNUM # 888012640)
     C/O DEERFIELD CAPITAL MANAGEMENT LLC
     ATTN: FREDERICK L. WHITE
     6250 NORTH RIVER ROAD
     ROSEMONT IL 60018
```

Please note that your claim # 26117-03 in the above referenced case and in the amount of
          $174,154.50          has been transferred **(unless previously expunged by court order)**

```
     CCP CREDIT ACQUISITION HOLDINGS, LLC
     TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA
     375 PARK AVENUE, 13TH FLOOR
     ATTN: LISA MURRAY
     NEW YORK NY 10152
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10421      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2010                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 6, 2010.

**EXHIBIT B**

```
TIME: 17:08:30                                          LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 08/09/10                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCO BANIF, S.A. | TRANSFEROR: TERRASA POU, JUAN ANTONIO JOSE MANUEL MACEDA FERNANDEZ PASEO DE LA CASTELLANA, 53 MADRID 28046 SPAIN |
| BARCLAYS BANK PLC | ALAN KAPLAN, DEPUTY GENERAL COUNSEL AMERICAS 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA 375 PARK AVENUE, 13TH FLOOR ATTN: LISA MURRAY NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS LP | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VA ATTN: LISA MURRAY 375 PARK AVE., 13TH FL NEW YORK NY 10152 |
| CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE | ATTN: PETER SOMOGYI & JENO PINTER SZABADSAG TER 7 BUDAPEST H-1051 HUNGARY |
| CITIGROUP GLOBAL MARKETS INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| DEERFIELD RELATIVE VALUE LTD. (F/K/A DEERFIELD RELATIVE VALUE | FUND, LTD.) (LBH CREDNUM # 8880126400) C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: FREDERICK L. WHITE 6250 NORTH RIVER ROAD ROSEMONT IL 60018 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| STONEHILL MASTER FUND LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| TERRASA POU, JUAN ANTONIO | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| TERRASA POU, JUAN ANTONIO | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| TERRASA POU, JUAN ANTONIO | C/ GENERAL RIERA, 28 PALMA DE MALLORCA 07003 SPAIN |

Total Number of Records Printed      18

EPIQ BANKRUPTCY SOLUTIONS, LLC