UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
:
Debtors.                                   :
:
---------------------------------------------------------------x    Ref. Docket Nos. 5317-5318,
10543, 10545-10546, 10548,
10599, 10602 & 10603

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
5th day of August, 2010

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
           Debtors.                     |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   TPG-AXON PARTNERS (OFFSHORE), LTD.
          C/O TPG-AXON CAPITAL MANAGEMENT, L.P.
          ATTN: MIA HARDING
          888 SEVENTH AVENUE, 38TH FLOOR
          NEW YORK NY 10019
```

Please note that your claim # 29889 in the above referenced case and in the amount of
          $46,360,344.56          has been transferred **(unless previously expunged by court order)**

```
          GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD.
          30 HUDSON STREET, 36TH FL; ATTN: A. CADITZ
          JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 5317     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/03/2010                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 3, 2010.

**EXHIBIT B**

```
TIME: 18:19:46                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/03/10                                              CREDITOR LISTING

Name                                      Address
BANC OF AMERICA SECURITIES LLC            TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH L. REYNOLDS 214 N. TRYON STREET NC1-027-14-01 CHARLOTTE NC 28255
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: LYDIAN GLOBAL OPPORTUNITIES MASTER FUND LTD ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                          LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. ATTN: KAIRI JAMES WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                          LONDON  EC2N 2DB UNITED KINGDOM
ETON PARK FUND, L.P.                      TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK FUND, L.P.                      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, L.P.               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
ETON PARK MASTER FUND, L.P.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. 30 HUDSON STREET, 36TH FL; ATTN: A. CADITZ JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: TPG-AXON PARTNERS, L.P. 30 HUDSON STREET, 36TH FL; ATTN: A. CADITZ JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                          DALLAS TX 75201
MERRILL LYNCH CREDIT PRODUCTS, LLC        TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JEFFREY BENESH AND RONALD TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK
                                          NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL               CADWALDER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL               MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: DAVE PURDOM/ JOHN PRINCE DUBLIN  18 IRELAND
MERRILL LYNCH INTERNATIONAL               MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL               BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOE ATTN: MR FREDERICK MORRIS NEW YORK NY 10036
MORGAN STANLEY & CO INTERNATIONAL PLC     MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO INTERNATIONAL PLC     TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.  25 CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC    C/O RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC    TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.  25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UK
SABRETOOTH MASTER FUND LP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174
SABRETOOTH MASTER FUND LP                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT LLC 405 LEXINTON AVENUE, 50TH FL NEW YORK NY 10174
TPG-AXON PARTNERS (OFFSHORE), LTD.        C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS, L.P.                   C/O TPG-AXON CAPITAL MANAGEMENT, L.P. ATTN: MIA HARDING 888 SEVENTH AVENUE, 38TH FLOOR NEW YORK NY 10019
TPG-AXON PARTNERS, L.P.                   STEVEN LOFCHIE CADWALADER WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281

Total Number of Records Printed            24
```