B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>
Name of Transferee

<u>Brookdale Senior Living Inc.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Contact: Mathew Rosencrans

Court Claim # (if known): <u>66981, amending Court Claim #26209</u>

Amount of Claim: <u>$1,628,986.95 (Claim #66981); $1,687,097 (Claim #26209)</u>

Date Claim Filed: <u>8/4/10 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Derivative Products Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

613745.5/2620-00333

19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

The Royal Bank of Scotland plc

By: RBS Securities Inc., its agent

By: _____    Date: 8/11/10
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.