# EXHIBIT B

## EXHIBIT B

### Via E-mail

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR
FAX: 212-336-1322
EMAIL: newyork@sec.gov

US SECURITIES AND EXCHANGE COMMISSION
ALISTAIR BAMBACK
FAX: 212-336-1348
EMAIL: bambacha@sec.gov

US SECURITIES AND EXCHANGE COMMISSION
NEAL JACOBSON
FAX: 212-336-1348
EMAIL: jacobsonn@sec.gov

US SECURITIES AND EXCHANGE COMMISSION
ALEXANDER F COHEN
FAX: 202-772-9200
EMAIL: cohena@sec.gov

JODY OWEN
EMAIL: jowen769@yahoo.com

STEPHEN H. GROSS, ESQ
(COUNSEL TO VIGNETTE EUROPE LTD & DELL
MARKETING)
EMAIL: shgross@yahoo.com

3