## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York
(the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO.: Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.: 27877 (In Part - See Below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates solely to the portion of Claim No. 27877 set forth and described in Part A of the "Attachment to Proof of Claim of Swiss Reinsurance Company Ltd" attached to Claim No. 27877 as of September 22, 2009 (the "Attachment"), in the principal amount of US$9,262,048.59, which, for the avoidance of doubt, is described on page 2 and in numbered paragraphs 4, 5, 6, 7 and 8 of the Attachment (the "Claim"). It further relates to the transfer of a 40.0% or a $3,704819.44 portion (the "Transferred Portion") of the Claim.

It is hereby certified that **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

ELLIOTT ASSOCIATES, L.P.
c/o Elliott Management Corporation
713 Fifth Avenue, 35th Floor
New York, New York 10019

("Buyer") by assignment agreement dated ___ January 2010, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of January 2010.

Deutsche Bank AG, London Branch

Name: Anil Das
Title: Director

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____
ELLIOT GREENBERG
VICE PRESIDENT