IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lehman Brothers Holdings Inc., et.al.<br><br>             Debtors.<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br>And<br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF LEHMAN BROTHERS<br>HOLDINGS INC.,<br><br>        Plaintiff and Proposed<br>        Plaintiff Intervenor,<br><br>against<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>             Defendant.<br><br>             Debtor. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 10-3266<br>Adversary Proceeding |

**NOTICE OF SERVICE OF THE OBJECTIONS OF THE
OFFICE OF THRIFT SUPERVISION TO THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SUBPOENA</u>**

PLEASE TAKE NOTICE that on August 13, 2010, counsel for the Office of Thrift Supervision caused a copy of ***The Objections Of The Office Of Thrift Supervision To The Official Committee Of Unsecured Creditors' Subpoena*** to be served via U.S. Mail, postage pre-paid and e-mail on counsel of record as set forth on the Certificate of Service, attached hereto as <u>Exhibit 1.</u>

Date:   August 13, 2010                    Respectfully submitted,

                                                                  DEBORAH DAKIN
                                                                  Acting Chief Counsel

                                                                  DIRK S. ROBERTS
                                                                  Deputy Chief Counsel, Litigation

                                                                  */s/ Sarah J. A.*
                                                                  MARTIN JEFFERSON DAVIS  (NJ 260491970)
                                                                Senior Attorney

                                                                  SARAH J. AUCHTERLONIE (DC 489442)
                                                                  Trial Attorney

                                                                  Office of Thrift Supervision
                                                                  1700 G. Street, N.W.
                                                                  Washington, D.C.  20552
                                                                  Tel: (202) 906-6756
                                                                  Fax: (202) 906-6353
                                                                  E-mail: martin.davis@ots.treas.gov

                                                                  Counsel for the Office of Thrift Supervision

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

  I, Sarah Johnson Auchterlonie, certify that on August 13, 2010 I served via email and U.S. Mail, postage pre-paid the foregoing upon:

Tom O'Brien
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

tomobrien@quinnemanuel.com

(212) 443-3000 tel.

_____
Sarah Johnson Auchterlonie, *esq.*