**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for *Standard & Poor's*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**WITHDRAWAL OF PRELIMINARY AND SUPPLEMENTAL OBJECTIONS**
**OF STANDARD & POOR'S TO DEBTORS' NOTICE OF ASSUMPTION**
**AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE**
**DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED**
**AND ASSIGNED TO SUCCESSFUL PURCHASER**

**PLEASE TAKE NOTICE** that Standard & Poor's, formerly Standard & Poor's

Corporation, a division of The McGraw-Hill Companies, Inc., by and through its undersigned

counsel, hereby withdraws its (i) Preliminary Objection of Standard & Poor's to the Notice of

Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and

Leases to be Assumed and Assigned to Successful Purchaser, which Standard & Poor's filed in

the above-captioned jointly administered cases on October 3, 2008 **[Docket No. 569],** and (ii) its

Supplemental Objection of Standard & Poor's to the Notice of Assumption and Assignment of,

and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and

#1550486 v1
056420-64220

Assigned to Successful Purchaser, which Standard & Poor's filed in the above-captioned jointly

administered cases on October 10, 2008 **[Docket No. 819].**

Dated: August 11, 2010
      New York, New York

**GIBBONS P.C**.

By:  */s/ David N. Crapo*
David N. Crapo
One Gateway Center
Newark, New Jersey  07102
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
*Attorneys for Standard & Poor's*

#1550486 v1
056420-64220