GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW JERSEY    )
                                         ): ss.:
COUNTY OF ESSEX        )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C. I am over 18 years of age.

2. On Wednesday, August 13, 2010, I caused true and correct copies of the *Withdrawal of the Preliminary and Supplemental Objections of Standard & Poor's to Debtors' Notice of Assumption and Assignment Of, and Amounts Necessary to Cure Defaults Under Contracts and leases to be Assumed and Assigned to Successful Purchaser* to be delivered by overnight mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

*[signature]*
Roger A. Fitzgerald

Sworn to before me this 11th day of August, 2010

*[signature]*

ELIZABETH ROMAN
Notary Public of New Jersey
ID # 2328834
Qualified in Union County
Commission Expires 5-9-2015

#1550486 v1
056420-64220

## Exhibit A - Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Lori Fife
        Shai Y. Waisman

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:   Jason S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn:   Luke Barefoot

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, New York 10017

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004