B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,              Case No. 08-13555(JMP)
                                                          (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor
Anchorage Capital Master Offshore, Ltd.      Deutsche Bank AG, London Branch


Name and Address where notices to transferee     Court Claim # (if known): 27880
should be sent:                                  Amount of Claim: USD $1,000,000.00

                                                 Date Claim Filed: 9/22/09

Anchorage Capital Master Offshore, Ltd.
c/o Anchorage Advisors, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Attn: Nancy Zhao
Phone: 212-432-4600

Chase Manhattan Bank, N.Y.
ABA# 021-000-021
F/A/O Goldman Sachs & Co, N.Y.
A/C# 066642426

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue New York, NY 10019

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.

By: Anchorage Advisors, L.L.C., its Investment Manager

**DANIEL ALLEN**
**Senior Portfolio Manager**

By:_____   Date:____8/12/2010_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A/B –Transfer of Portion of LBHI Claim # 27880

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the
             Southern District of New York (the "Bankruptcy Court")
             Attn: Clerk

AND TO:      Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME:   In re Lehman Brothers Holdings Inc., *et al.,*

CASE NO.     Chapter 11, Case No. 08-13555 (JMP) (Jointly administered)

CLAIM NO.    27880 **(In Part – See Below)**

DESCRIPTION  **This Evidence of Transfer of Claim relates to the transfer of a 16.52%**
OF CLAIM     **or $1,000,000 portion (the "Transferred Portion") of the above claim**
SUBJECT TO   **which has been filed against the Debtor in the Bankruptcy Court in**
TRANSFER:    **the principal amount of $6,051,196.98 (the "Claim").**

It is hereby certified that **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**

Mailing address:
c/o Anchorage Advisors, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
Phone: (212) 432-4600
Fax: (212) 432-4601

("Buyer") by assignment agreement dated 17 December 2009.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17 day of December 2009.

Deutsche Bank AG, London Branch          Anchorage Capital Master Offshore, Ltd.

                                                                    BY: ANCHORAGE ADVISORS, L.L.C.
                                                                    ITS INVESTMENT MANAGER

Name:                                    Name:
Title:                                   Title: MICHAEL AGLIALORO
                                         Executive Vice President

Michael Sutton          Ross Miller
Managing Director       Vice President