**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Bayview Financial, L.P<br>4425 Ponce de Leon Blvd.<br>Coral Gables, FL 33146<br>Attn: Michael Guss, Esq. |
| Court Claim Number (if known): | 17227 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Not less than $359,599.22 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/11, 2010

Print Name: John H Fischer

Title if Applicable: Senior Vice President of Bayview Financial Management Corp., Claimant's general partner



FILED / RECEIVED
AUG 13 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

NY3 - 517114.02