# EXHIBIT B

## Individuals Providing Services

**SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
PROVIDING SERVICES FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010**

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $760.00 | 47.7 | $36,252.00 |
| John G. Aldridge | Senior Counsel, Atlanta | 1968 | $675.00 | 0.0 | $0.00 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $650.00 | 362.4 | $235,560.00 |
| William L. Floyd | Senior Counsel, Atlanta | 1965 | $615.00 | 0.0 | $0.00 |
| Patrick M. McGeehan | Partner, Atlanta | 1983 | $550.00 | 2.6 | $1,430.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 26.5 | $13,912.50 |
| Donald M. Etheridge | Partner, Atlanta | 1996 | $520.00 | 3.0 | $1,560.00 |
| Paul C. Hurdle, III | Partner, Washington | 1977 | $500.00 | 0.0 | $0.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $500.00 | 3.5 | $1,750.00 |
| Jason M. Silverman | Associate, Washington | 2001 | $495.00 | 0.0 | $0.00 |
| Henry F. Sewell | Partner, Atlanta | 1986 | $480.00 | 0.0 | $0.00 |
| James D. Levine | Partner, Atlanta | 1982 | $480.00 | 0.0 | $0.00 |
| J. David Larsen | Partner, Los Angeles | 1997 | $470.00 | 0.0 | $0.00 |
| Laurence R. Phillips | Partner, San Diego | 1997 | $460.00 | 0.0 | $0.00 |

---

[1] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York (collectively, the "Notice Parties") in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Brian Olasov | Managing Director, Atlanta | N/A | $450.00 | 0.0 | $0.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $450.00 | 69.3 | $29,452.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 169.8 | $72,542.00 |
| Katherine M. Lewis | Partner, Atlanta | 2000 | $430.00 | 9.4 | $4,042.00 |
| David A. Geiger | Partner, Atlanta | 1998 | $425.00 | 38.2 | $16,235.00 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $425.00 | 0.7 | $297.50 |
| Jess A. Pinkerton | Partner, Atlanta | 1997 | $420.00 | 0.0 | $0.00 |
| Jessica H. Mayes | Associate, New York | 2009 | $415.00 | 10.4 | $4,316.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $400.00 | 73.2 | $29,041.50 |
| Timothy J. Plunkett | Associate, New York | 2007 | $390.00 | 0.0 | $0.00 |
| S. Elizabeth Hall | Associate, Atlanta | 2004 | $355.00 | 0.0 | $0.00 |
| Megan B. Hoffman | Associate, DC | 2007 | $350.00 | 20.9 | $7,315.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $335.00 | 114.5 | $38,357.50 |
| Douglas Flaum | Associate, Atlanta | 2006 | $335.00 | 57.4 | $19,199.00 |
| Matthew James | Associate, Atlanta | 2004 | $335.00 | 0.0 | $0.00 |
| Britney J. Willhite | Associate, Los Angeles | 2007 | $330.00 | 0.0 | $0.00 |
| Scott Manning | Associate, Atlanta | 2007 | $320.00 | 0.0 | $0.00 |
| Leah D. Jackson | Associate, Atlanta | 2005 | $320.00 | 0.0 | $0.00 |
| Sharice V. Owens | Associate, Atlanta | 2006 | $320.00 | 0.0 | $0.00 |

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Amanda Redick | Associate, Atlanta | 2006 | $320.00 | 0.0 | $0.00 |
| David Gordon | Associate, Atlanta | 2006 | $320.00 | 87.7 | $28,064.00 |
| Peter Yoxall | Associate, Atlanta | 2007 | $320.00 | 5.0 | $1,600.00 |
| Amanda Leech | Associate, Atlanta | 2006 | $320.00 | 0.3 | $96.00 |
| | | Professionals: | Blended Rate: $490.72 | Total Hours: 1,102.5 | Total Fees: $541,022.50 |

| Name of Paraprofessional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Ann Pearson | Paralegal, Atlanta | N/A | $240.00 | 49.9 | $11,976.00 |
| Fran L. Russell | Paralegal, Atlanta | N/A | $240.00 | 105.3 | $25,272.00 |
| Bruce Markowitz | Director of Litigation Support, DC | N/A | $235.00 | 1.2 | $282.00 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $225.00 | 10.4 | $2,340.00 |
| Robert M. Gee | Paralegal, New York | N/A | $225.00 | 83.9 | $18,877.50 |
| Michelle S. Grycner | Paralegal, San Diego | N/A | $215.00 | 11.2 | $2,408.00 |
| Joyce Miller | Paralegal, Atlanta | N/A | $210.00 | 0.0 | $0.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $210.00 | 4.4 | $924.00 |
| Inghe Francois | Paralegal, Atlanta | N/A | $205.00 | 0.0 | $0.00 |
| Cindy Adams | Research Librarian, Atlanta | N/A | $190.00 | 0.0 | $0.00 |

| Name of Paraprofessional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christine Everheart | Litigation Support Specialist, San Diego | N/A | $190.00 | 3.3 | $627.00 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $185.00 | 0.0 | $0.00 |
| Elisa R. Woods | Research Librarian, Atlanta | N/A | $180.00 | 0.0 | $0.00 |
| Shay K. Burdette | Paralegal, Atlanta | N/A | $175.00 | 47.6 | $8,330.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $170.00 | 9.7 | $1,649.00 |
| Erik W. Bolte | Litigation Support Analyst, Washington | N/A | $165.00 | 1.7 | $280.50 |
| Sansanee Sermprungsuk | Research Librarian, Atlanta | N/A | $150.00 | 0.0 | $0.00 |
| Sarah E. Forshee | Paralegal, Atlanta | N/A | $115.00 | 0.0 | $0.00 |
| | **Paraprofessionals:** | | **Blended Rate: $222.05** | **Total Hours: 328.6** | **Total Fees: $72,966.00** |
| | **Total for Professionals and Paraprofessionals:[2]** | | | **Total Hours: 1,431.1** | **Total Fees: $613,988.50** |

---

[2] During the Fifth Interim Compensation Period, McKenna incurred fees in the amount of $613,988.50 for 1,431.1 hours of the time of professionals and paraprofessionals (not including discretionary reductions). Notwithstanding, in the exercise of its billing judgment, McKenna is seeking fees in the lesser amount of $612,775.50 for 1,427 hours of the time of professionals and paraprofessionals.