# EXHIBIT C

## Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | February | 283.0 | $120,673.00 |
| 2 | 30837 | 0002 | February | 71.7 | $24,071.50 |
| 3 | 30837 | 0003 | February | 40.6 | $19,828.00 |
| 4 | 30837 | 0004 | February | 0.0 | $0.00 |
| 5 | 30837 | 0005 | February | 48.0 | $20,178.00 |
| 6 | 04406 | 0113 | February | 2.9 | $1,189.00 |
| 7 | 04406 | 0189 | February | 0.7 | $234.50 |
| 8 | 04406 | 0191 | February | 0.0 | $0.00 |
| 9 | 04406 | 0200 | February | 0.0 | $0.00 |
| 10 | 04406 | 0205 | February | 12.1 | $4,079.50 |
| 11 | 04406 | 0222 | February | 64.7 | $25,528.50 |
| 12 | 04406 | 0223 | February | 0.0 | $0.00 |
| 13 | 04406 | 0227 | February | 0.0 | $0.00 |
| 14 | 04406 | 0228 | February | 0.0 | $0.00 |
| 15 | 04406 | 0229 | February | 0.0 | $0.00 |
| 16 | 04406 | 0232 | February | 0.0 | $0.00 |
| 17 | 04406 | 0238 | February | 26.9 | $9,802.00 |
| 18 | 03165 | 0073 | February | 0.0 | $0.00 |
| 19 | 04406 | 0204 | February | 0.0 | $0.00 |
| | | | **Subtotal:** | 550.6 | $225,584.00 |
| 1 | 30837 | 0001 | March | 119.2 | $56,878.00 |
| 2 | 30837 | 0002 | March | 18.5 | $9,872.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 3 | 30837 | 0003 | March | 23.2 | $14,191.00 |
| 4 | 30837 | 0004 | March | 0.0 | $0.00 |
| 5 | 30837 | 0005 | March | 6.9 | $2,967.00 |
| 6 | 04406 | 0113 | March | 5.0 | $2,050.00 |
| 7 | 04406 | 0189 | March | 0.0 | $0.00 |
| 8 | 04406 | 0191 | March | 0.0 | $0.00 |
| 9 | 04406 | 0200 | March | 0.0 | $0.00 |
| 10 | 04406 | 0205 | March | 11.6 | $3,859.00 |
| 11 | 04406 | 0222 | March | 13.6 | $5,925.50 |
| 12 | 04406 | 0223 | March | 4.1 | $1,763.00 |
| 13 | 04406 | 0227 | March | 0.0 | $0.00 |
| 14 | 04406 | 0228 | March | 0.0 | $0.00 |
| 15 | 04406 | 0229 | March | 0.0 | $0.00 |
| 16 | 04406 | 0232 | March | 0.0 | $0.00 |
| 17 | 04406 | 0238 | March | 4.0 | $1,406.50 |
| 18 | 03165 | 0073 | March | 0.0 | $0.00 |
| 19 | 04406 | 0204 | March | 0.0 | $0.00 |
| | | | **Subtotal:** | 206.1 | $98,912.00 |
| 1 | 30837 | 0001 | April | 104.7 | $64,251.00 |
| 2 | 30837 | 0002 | April | 40.1 | $14,092.00 |
| 3 | 30837 | 0003 | April | 226.0 | $65,495.00 |
| 4 | 30837 | 0004 | April | 0.0 | $0.00 |

2

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 5 | 30837 | 0005 | April | 44.8 | $19,349.50 |
| 6 | 04406 | 0113 | April | 13.3 | $5,453.00 |
| 7 | 04406 | 0189 | April | 0.0 | $0.00 |
| 8 | 04406 | 0191 | April | 0.0 | $0.00 |
| 9 | 04406 | 0200 | April | 0.0 | $0.00 |
| 10 | 04406 | 0205 | April | 16.7 | $6,300.00 |
| 11 | 04406 | 0222 | April | 15.2 | $6,801.00 |
| 12 | 04406 | 0223 | April | 0.0 | $0.00 |
| 13 | 04406 | 0227 | April | 0.0 | $0.00 |
| 14 | 04406 | 0228 | April | 0.0 | $0.00 |
| 15 | 04406 | 0229 | April | 0.0 | $0.00 |
| 16 | 04406 | 0232 | April | 0.0 | $0.00 |
| 17 | 04406 | 0238 | April | 1.9 | $760.00 |
| 18 | 03165 | 0073 | April | 0.0 | $0.00 |
| 19 | 04406 | 0204 | April | 0.0 | $0.00 |
|  |  |  | **Subtotal:** | 462.7 | $182,501.50 |
|  |  |  |  |  |  |
| 1 | 30837 | 0001 | May | 105.4 | $67,586.00 |
| 2 | 30837 | 0002 | May | 8.8 | $2,980.50 |
| 3 | 30837 | 0003 | May | 52.5 | $17,301.00 |
| 4 | 30837 | 0004 | May | 0.0 | $0.00 |
| 5 | 30837 | 0005 | May | 31.1 | $13,458.50 |
| 6 | 04406 | 0113 | May | 2.4 | $984.00 |

3

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 7 | 04406 | 0189 | May | 0.0 | $0.00 |
| 8 | 04406 | 0191 | May | 0.0 | $0.00 |
| 9 | 04406 | 0200 | May | 0.0 | $0.00 |
| 10 | 04406 | 0205 | May | 1.1 | $368.50 |
| 11 | 04406 | 0222 | May | 5.4 | $2,712.50 |
| 12 | 04406 | 0223 | May | 0.0 | $0.00 |
| 13 | 04406 | 0227 | May | 0.0 | $0.00 |
| 14 | 04406 | 0228 | May | 0.0 | $0.00 |
| 15 | 04406 | 0229 | May | 0.0 | $0.00 |
| 16 | 04406 | 0232 | May | 0.0 | $0.00 |
| 17 | 04406 | 0238 | May | 0.0 | $0.00 |
| 18 | 03165 | 0073 | May | 0.0 | $0.00 |
| 19 | 04406 | 0204 | May | 0.9 | $387.00 |
| | | | **Subtotal:** | 207.6 | $105,778.00 |
| | | | **TOTAL:**[1] | 1427.0 | $612,775.50 |

---

[1] During the Fifth Interim Compensation Period, McKenna incurred fees in the amount of $613,988.50 for 1,431.1 hours of the time of professionals and paraprofessionals (not including discretionary reductions). Notwithstanding, in the exercise of its billing judgment, McKenna is seeking fees in the lesser amount of $612,775.50 for 1,427 hours of the time of professionals and paraprofessionals.

4