# EXHIBIT D

# Summary of Expenses

| Month | Expense Category | Total |
|---|---|---|
| February | Computerized Legal Research (Lexis and Westlaw) | $1,418.74 |
| February | Courier and Express Mail | $581.50 |
| February | Filing/Court/Witness Fees | $0.00 |
| February | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $1,108.46 |
| February | Long Distance Telephone | $270.06 |
| February | Photocopy and Reproduction Charges (In-House) (3,718 pages @ $0.10 per copy) | $371.80 |
| February | Postage | $0.00 |
| February | Travel (Airline and Train Travel) | $1,646.104 |
| February | Travel (Hotels) | $0.00 |
| February | Travel (Local Transportation) | $10.30 |
| February | Travel (Meals) | $40.00 |
| February | Travel (Parking) | $$0.00 |
| | **Subtotal** | **$5,446.964** |
| | | |
| March | Computerized Legal Research (Lexis and Westlaw) | $53.63 |
| March | Courier and Express Mail | $82.12 |
| March | Filing/Court/Witness Fees | $ 3,250.00 |
| March | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $9.00 |
| March | Long Distance Telephone | $114.45 |
| March | Photocopy and Reproduction Charges (In-House) (504 pages @ $0.10 per copy) | $50.40 |

| Month | Expense Category | Total |
|---|---|---|
| March | Postage | $34.80 |
| March | Travel (Airline and Train Travel) | $0.00 |
| March | Travel (Hotels) | $748.86 |
| March | Travel (Local Transportation) | $270.00 |
| March | Travel (Meals) | $124.50 |
| March | Travel (Parking) | $0.00 |
| | **Subtotal** | **$4,737.76** |
| | | |
| April | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| April | Courier and Express Mail | $395.01 |
| April | Filing/Court/Witness Fees) | $0.00 |
| April | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $8,509.25 |
| April | Long Distance Telephone | $144.12 |
| April | Photocopy and Reproduction Charges (In-House) (1,587 pages @ $0.10 per copy) | $158.70 |
| April | Postage | $0.00 |
| April | Travel (Airline and Train Travel) | $2,215.80 |
| April | Travel (Hotels) | $582.58 |
| April | Travel (Local Transportation) | $157.00 |
| April | Travel (Meals) | $248.50 |
| April | Travel (Parking) | $27.00 |
| | **Subtotal** | **$12,437.96** |

| Month | Expense Category | Total |
|-------|-----------------|-------|
| | | |
| May | Computerized Legal Research (Lexis and Westlaw) | $8.00 |
| May | Courier and Express Mail | $33.28 |
| May | Filing/Court/Witness Fees | $0.00 |
| May | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $6.00 |
| May | Long Distance Telephone | $90.81 |
| May | Photocopy and Reproduction Charges (In-House) (96 pages @ $0.10 per copy) | $9.60 |
| May | Postage | $0.00 |
| May | Travel (Airline and Train Travel) | $1,313.40 |
| May | Travel (Hotels) | $539.60 |
| May | Travel (Local Transportation) | $154.35 |
| May | Travel (Meals) | $205.48 |
| May | Travel (Parking) | $0.00 |
| | **Subtotal** | **$2,360.52** |
| | | |
| | **TOTAL:** | **$24,983.20** |