**EXHIBIT E-3**

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for April 1, 2010 through April 30, 2010**

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837               Invoice No. 716298
Matter No.: 30837.0001          Invoice Date: July 29, 2010
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|--------|--------|
| M. Kaufman | 90.70 | 650.00 | 58,955.00 |
| S. Chandler | 10.30 | 400.00 | 4,120.00 |
| D. Gordon | 3.60 | 320.00 | 1,152.00 |
| F.L. Russell | 0.10 | 240.00 | 24.00 |
| Total | 104.70 | | 64,251.00 |

TOTAL FEES:                                    $ 64,251.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 2.40 |
| LOCAL TRAVEL | 155.00 |
| LONG DISTANCE TELEPHONE | 92.60 |
| MEALS | 128.50 |
| OTHER | 7.00 |
| OUT OF TOWN TRAVEL | 2,791.38 |

TOTAL CHARGES:                                 $  3,176.88

T O T A L   T H I S   S T A T E M E N T:       $ 67,427.88

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010          PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298


DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 04/01/10 | M. Kaufman<br>Task: 4000 | 4.70 | REVIEW JUDGE MONTALI'S DECISION DENYING LEHMAN'S MOTION FOR RECONSIDERATION AND ASSESSMENT OF SAME (1.2); CONSIDERATION OF POSSIBLE OPTIONS AVAILABLE TO LEHMAN BROTHERS IN LIGHT THEREOF (1.4); SUBSEQUENT DISCUSSION WITH P. BENVENUTTI REGARDING SAME (0.6); FURTHER REVIEW OF ORDER TO ASSESS POSSIBLE STRATEGIES TO ADDRESS SAME (0.4); EMAIL TO B. OLSHAN AND R. LEVINE TO COMMENT ON JUDGE MONTALI'S DECISION DENYING MOTION FOR RECONSIDERATION (1.1). |
| 04/01/10 | S. Chandler<br>Task: 4000 | .20 | CONFER WITH D.GORDON REGARDING ORDER ON MOTION FOR RECONSIDERATION AND NEXT STEPS. |
| 04/01/10 | D. Gordon<br>Task: 4000 | 2.00 | REVIEW DECISION DENYING MOTION FOR RECONSIDERATION (0.4); REVIEW M. KAUFMAN ANALYSIS OF SAME (0.1); CONFERENCE WITH P. CROSBY REGARDING SAME (0.6); CONFERENCE WITH M. KAUFMAN REGARDING SAME (0.9). |
| 04/02/10 | D. Gordon<br>Task: 4000 | .10 | CONFERENCE WITH P. CROSBY REGARDING INTERLOCUTORY APPEAL ISSUES. |
| 04/02/10 | F.L. Russell<br>Task: 4000 | .10 | CONFER WITH S. CHANDLER REGARDING OUTCOME OF MOTION FOR RECONSIDERATION OF PARTIAL SUMMARY JUDGMENT AND DISCONTINUING PREPARATION OF BATES NUMBER INDEX OF DOCUMENTS RELIED ON BY EXPERT WITNESS. |
| 04/02/10 | M. Kaufman<br>Task: 4000 | 4.50 | REVIEW OF P. CROSBY'S EMAIL RELATING TO MOTION FOR RECONSIDERATION AND VARIOUS ISSUES AS TO WHICH JUDGE DOES NOT APPEAR TO FOLLOW DECISIONAL AUTHORITY (0.3); VARIOUS EMAILS BETWEEN P. BENVENUTTI AND CLIENT REPRESENTATIVES REGARDING DECISION ON MOTION |

LEHMAN BROTHERS HOLDINGS INC.      July 29, 2010      PAGE   3
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

|  |  |  | FOR RECONSIDERATION (1.4); CONTINUE WORK ON STRATEGIES FOR POTENTIAL REVIEW OF DECISION AND CONFER WITH P. BENVENUTTI REGARDING SAME (1.5); WORK ON MATTERS RELATING TO CONTINUED DAMAGE CLAIMS TO BE PURSUED IN PREPARATION FOR MEET AND CONFER SESSION NEXT WEEK WITH OPPOSING COUNSEL AND ASSESS POTENTIAL VIABLE CLAIMS THAT LEHMAN MAY PURSUE (1.3). |
|---|---|---|---|
| 04/05/10 | M. Kaufman<br>Task:  4000 | 2.60 | CONTINUED WORK ON IDENTIFYING POTENTIAL LEHMAN CLAIMS AND CONSIDERATION OF HOW BEST TO POSITION LEHMAN FOR PURSUIT OF SAID CLAIMS BEFORE JUDGE (1.0); REVIEW VARIOUS EMAILS FROM CLIENT REPRESENTATIVES PERTAINING TO JUDGE MONTALI'S DECISION ON MOTION FOR RECONSIDERATION (0.3); PREPARATION FOR CALL WITH B. OLSHAN, R. LEVINE AND P. BENVENUTTI TO DISCUSS NEXT STEPS IN LIGHT OF MOTION FOR RECONSIDERATION DECISION (0.4); DRAFT MEMORANDUM TO B. OLSHAN, R. LEVINE AND C. DI GUGLIELMO OUTLINING POTENTIAL LEHMAN NEXT STEPS IN LIGHT OF REFUSAL TO RECONSIDER SUMMARY JUDGMENT (0.9). |
| 04/05/10 | D. Gordon<br>Task:  4000 | .20 | REVIEW MESSAGE FROM M. KAUFMAN REGARDING POTENTIAL STRATEGIES WITH RESPECT TO STATUS CONFERENCE ON LEHMAN'S REMAINING DAMAGES CLAIMS. |
| 04/05/10 | S. Chandler<br>Task:  4000 | .10 | REVIEW CORRESPONDENCE REGARDING CASE DEVELOPMENTS AND POTENTIAL NEXT STEPS WITH RESPECT TO SAME. |
| 04/06/10 | S. Chandler<br>Task:  4000 | .30 | REVIEW CORRESPONDENCE REGARDING POTENTIAL NEXT STEPS IN CASE. |
| 04/06/10 | D. Gordon<br>Task:  4000 | .20 | REVIEW MESSAGE FROM M. KAUFMAN REGARDING STRATEGY WITH RESPECT TO UPCOMING STATUS CONFERENCE. |
| 04/06/10 | M. Kaufman<br>Task:  4000 | 3.70 | PREPARATION FOR CALL WITH B. OLSHAN AND R. LEVINE (0.3); CONFER WITH P. BENVENUTTI PREPARATORY TO CALL (0.4); ATTENDANCE AND PARTICIPATION IN CALL WITH R. LEVINE AND B. OLSHAN TO DISCUSS NEXT STEPS WITH REGARD TO LEHMAN LITIGATION (0.6); CONSIDERATION OF |

LEHMAN BROTHERS HOLDINGS INC.               July 29, 2010          PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

|  |  |  |  |
|--|--|--|--|
|  |  |  | POSSIBLE SETTLEMENT APPROACHES AND ASSESSMENT OF SAME AND CONSIDERATIONS TO BE ADDRESSED IN MAKING DECISION HOW TO PROCEED (1.3); FURTHER COMMUNICATIONS WITH P. BENVENUTTI REGARDING STRATEGIES FOR HOW TO POSSIBLY PROCEED WITH SETTLEMENT INITIATIVES (0.8); ADDITIONAL EMAILS BETWEEN P. BENVENUTTI AND OTHERS ADDRESSING STRATEGIES FOR POSSIBLE CONSIDERATION OF SETTLEMENT AND BEST METHODS (0.3). |
| 04/07/10 | M. Kaufman Task:  4000 | 7.40 | WORK ON COMPREHENSIVE MEMORANDUM TO CLIENT AND R. LEVINE WITH REGARD TO POSSIBLE FURTHER CLAIMS AND APPROACHES TO BROACHING SETTLEMENT AND VARIOUS CONSIDERATIONS RELATING TO SAME (4.6); COMMUNICATIONS WITH OPPOSING COUNSEL REGARDING MEET AND CONFER SESSION AND CONFER WITH P. BENVENUTTI REGARDING SAME (0.4); DISCUSSION WITH P. BENVENUTTI OF HOW TO POTENTIALLY APPROACH SETTLEMENT WITH B. MOORE (0.6); FURTHER DISCUSSIONS WITH P. BENVENUTTI DURING COURSE OF DAY REGARDING APPROACH TOWARDS SETTLEMENT (1.1); FURTHER WORK ON MATTERS WITH RESPECT TO LEHMAN ISSUES TO LITIGATE IN PREPARATION FOR PRESENTATION OF SAME TO OPPOSING COUNSEL IN MEET AND CONFER (0.7). |
| 04/07/10 | D. Gordon Task:  4000 | .20 | REVIEW OF MESSAGE FROM M. KAUFMAN REGARDING SETTLEMENT STRATEGY. |
| 04/08/10 | D. Gordon Task:  4000 | .20 | REVIEW OF STATUS UPDATE FROM M. KAUFMAN ON SETTLEMENT PROCESS. |
| 04/08/10 | S. Chandler Task:  4000 | .60 | REVIEW CONTINUED CORRESPONDENCE REGARDING POTENTIAL NEXT STEPS IN CASE (0.2);  SKIM ORDER DENYING RECONSIDERATION (0.4). |
| 04/08/10 | M. Kaufman Task:  4000 | 6.70 | FURTHER WORK ON SETTLEMENT STRATEGIES AND LEHMAN CONTINUED LITIGATION CLAIM (3.4); PREPARE FOR CALL WITH B. MOORE (0.3); ATTEND AND PARTICIPATE IN MEET AND CONFER CONFERENCE WITH P. BENVENUTTI AND B. MOORE TO DISCUSS REMAINING ISSUES NEEDING TO BE LITIGATED AND |

LEHMAN BROTHERS HOLDINGS INC.          July 29, 2010          PAGE   5
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

|  |  |  |  |
|---|---|---|---|
|  |  |  | ALSO POTENTIAL APPROACH TOWARDS SETTLEMENT (0.7); COMPREHENSIVE SUBSEQUENT REPORT TO B. OLSHAN, R. LEVINE AND DI GUGLIELMO REGARDING MEET AND CONFER SESSION AND EXPLORATION OF JUDICIAL SETTLEMENT CONFERENCE PROPOSAL AND REMAINING LEHMAN CLAIMS (2.3). |
| 04/09/10 | M. Kaufman<br>Task:  4000 | 5.30 | WORK ON STRUCTURE FOR SETTLEMENT AND ADDITIONAL CONFERENCES WITH P. BENVENUTTI REGARDING SAME AND MEDIATION APPROACH AND CONSIDERATION OF POTENTIAL MEDIATORS AND DISCUSSIONS REGARDING SAME WITH P. BENVENUTTI (2.4); FURTHER DISCUSSIONS WITH B. MOORE REGARDING POSSIBLE SETTLEMENT (0.4); REVIEW AND CONSIDERATION OF EMAIL TO CLIENT REGARDING SAME (0.3); DISCUSSIONS WITH P. BENVENUTTI REGARDING POSSIBLE STRATEGIES RELATING TO SAME THROUGHOUT COURSE OF DAY (2.2). |
| 04/11/10 | M. Kaufman<br>Task:  4000 | 5.10 | TRAVEL TO SAN FRANCISCO AND PREPARATION FOR HEARING BEFORE JUDGE ON TUESDAY. |
| 04/12/10 | M. Kaufman<br>Task:  4000 | 7.20 | PREPARATION FOR HEARING BEFORE JUDGE MONTALI ON STATUS CONFERENCE (3.1); MEETING WITH P. BENVENUTTI TO DISCUSS STRATEGIES RELATING TO SAME (1.7); DISCUSSIONS WITH P. BENVENUTTI AND WITH CLIENT REGARDING POSSIBLE MEDIATOR (1.2); REVIEW AND ASSESS EMAIL FROM P. BENVENUTTI REGARDING MEDIATOR CHOICES (0.3); FURTHER DISCUSSIONS WITH P. BENVENUTTI AND OTHER COUNSEL WITH REGARD TO POSSIBLE MEDIATOR SELECTIONS AND STRATEGIES (0.5); DISCUSSIONS WITH OPPOSING COUNSEL WITH REGARD TO SELECTION OF MEDIATOR (0.4). |
| 04/13/10 | M. Kaufman<br>Task:  4000 | 8.10 | CONTINUED DISCUSSIONS REGARDING SETTLEMENT APPROACH AND SELECTION OF MEDIATOR (1.2); CONFER WITH P. BENVENUTTI PRIOR TO APPEARING BEFORE JUDGE (1.1); ATTEND STATUS CONFERENCE HEARING (1.2); CONFER WITH P. BENVENUTTI AFTER HEARING AND COMMENCE WORK ON CONCEPTS TO BE INCLUDED IN SUBMISSION OF MEDIATION STATEMENT AND OUTLINE OF ARGUMENTS TO BE ADVANCED IN CONNECTION THEREWITH (4.6). |

LEHMAN BROTHERS HOLDINGS INC.            July 29, 2010            PAGE    6
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

| 04/14/10 | M. Kaufman Task: 4000 | 6.50 | RETURN TRAVEL TO ATLANTA AND EXTENSIVE WORK ON DRAFTING OUTLINE TO BE SUBMITTED TO JUDGE LARSON IN CONJUNCTION WITH MEDIATION TO ADDRESS ALL THE RELATED SANCTIONS ALLEGATIONS (4.2); PULL TOGETHER RELEVANT DOCUMENTS AND TRANSCRIPTS OF HEARINGS PERTINENT TO WRITING LEHMAN'S SUBMISSION IN CONJUNCTION WITH THE SANCTION'S ASPECTS (1.4); CONFER WITH P. BENVENUTTI FURTHER WITH REGARD TO STRATEGIES FOR HANDLING SETTLEMENT SUBMISSION BY LEHMAN IN LIGHT OF JUDGE LARSON'S DISCUSSIONS YESTERDAY (0.9). |
|----------|------------------------|------|---|
| 04/14/10 | S. Chandler Task: 4000 | .50 | REVIEW ORDER REGARDING SETTLEMENT CONFERENCE AND CORRESPONDENCE REGARDING SAME AND MESSAGE TO M.KAUFMAN REGARDING SAME. |
| 04/15/10 | M. Kaufman Task: 4000 | 4.10 | WORK ON NUMEROUS ISSUES RELATING TO SCOPE AND STRUCTURE OF PROPOSED MEDIATION AND DISCUSSION WITH P. BENVENUTTI PRELIMINARILY REGARDING VARIOUS ISSUES REGARDING PROCEDURES FOR MEDIATION AND TACTICAL ISSUES PERTAINING TO SAME (2.1); WORK ON OUTLINE OF ISSUES TO BE ADDRESSED WITH MEDIATOR LIKELY TO BE REFLECTED IN LEHMAN'S SUBMISSION OF ITS STATEMENT (2.0). |
| 04/16/10 | M. Kaufman Task: 4000 | 5.80 | NUMEROUS COMMUNICATIONS WITH CO-COUNSEL, CLIENT AND OPPOSING COUNSEL WITH REGARD TO SCHEDULING OF PRELIMINARY MEETING WITH MEDIATOR (1.1); CONTINUED WORK ON ISSUES TO BE ADDRESSED AT PRELIMINARY CONFERENCE AND OTHER TACTICAL MATTER (3.8); FURTHER DISCUSSIONS WITH P. BENVENUTTI REGARDING STRATEGIC ISSUES PERTAINING TO SETTLEMENT AND EVALUATION OF OPTIONS (0.9). |
| 04/18/10 | M. Kaufman Task: 4000 | 2.00 | WORK ON COMPREHENSIVE MEMORANDUM TO CLIENT MAKING RECOMMENDATIONS PERTAINING TO STRUCTURE OF SETTLEMENT CONFERENCE AND VARIOUS DECISIONS NEEDING TO BE MADE REGARDING PROCEDURES AND WRITTEN PRESENTATION. |

LEHMAN BROTHERS HOLDINGS INC.            July 29, 2010            PAGE   7
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

04/19/10   M. Kaufman            2.70   CONTINUED WORK ON MEMORANDUM TO CLIENT AND
           Task:  4000                  CONFER WITH P. BENVENUTTI AND MAKE REVISIONS TO
                                        PROPOSED MEMORANDUM (2.1); ANTICIPATE ARGUMENTS
                                        LIKELY TO BE ASSERTED BY KONTRABECKI WITH
                                        REGARD TO PROTOCOL AND LEIGH LETTER (0.4);
                                        CONFER WITH S. CHANDLER WITH REGARD TO CASE
                                        DEVELOPMENTS AND ANALYSIS OF MATTERS TO BE
                                        CONTAINED IN LEHMAN'S PRELIMINARY STATEMENT
                                        (0.2).

04/19/10   D. Gordon              .20   REVIEW MESSAGE FROM M. KAUFMAN REGARDING
           Task:  4000                  LEHMAN'S APPROACH TO SETTLEMENT CONFERENCE.

04/19/10   S. Chandler            .90   CONFER WITH M.KAUFMAN REGARDING CASE
           Task:  4000                  DEVELOPMENTS AND NEXT STEPS AND REVIEW
                                        CORRESPONDENCE REGARDING PRELIMINARY SETTLEMENT
                                        CONFERENCE AND PREPARATION FOR SAME.

04/20/10   S. Chandler            .40   MESSAGE TO CO-COUNSEL REGARDING STATUS OF
           Task:  4000                  LITIGATION (0.2); REVIEW CORRESPONDENCE
                                        REGARDING PREPARATION FOR SETTLEMENT
                                        CONFERENCE (0.2).

04/20/10   D. Gordon              .50   REVIEW DRAFT MEMORANDUM FROM M. KAUFMAN
           Task:  4000                  REGARDING COMPREHENSIVE LIST OF ISSUES
                                        RELEVANT TO SETTLEMENT CONFERENCE.

04/20/10   M. Kaufman            4.50   WORK ON COMPREHENSIVE DRAFT OF MEMORANDUM TO
           Task:  4000                  CLIENT REGARDING OUTLINE OF POSSIBLE
                                        SUBSTANTIVE MATTERS TO BE RAISED BY LEHMAN IN
                                        CONNECTION WITH SETTLEMENT CONFERENCE BEFORE
                                        JUDGE LARSON (3.4); CONFERENCE WITH B. OLSHAN,
                                        R. LEVINE AND P. BENVENUTTI WITH REGARD TO
                                        STRATEGIES FOR PRELIMINARY SESSION AND LIKELY
                                        TOPICS OF A SUBSTANTIVE NATURE TO BE RAISED IN
                                        MEDIATION SESSION AND REVIEW SCOPE OF MATTERS
                                        TO BE COVERED IN OUTLINE TO BE PROVIDED TO
                                        CLIENT REGARDING SAME (1.1).

04/21/10   M. Kaufman            3.80   CONTINUED EXTENSIVE WORK ON DRAFTING OF
           Task:  4000                  COMPREHENSIVE OUTLINE OF SUBSTANTIVE TOPICS TO
                                        BE PRESENTED IN MEDIATION AND CONFER WITH P.
                                        BENVENUTTI REGARDING SAME (3.4); REVIEW AND
                                        ASSESS EMAIL FROM P. BENVENUTTI REGARDING

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010              PAGE    8
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298

|  |  |  | COMMUNICATIONS WITH JUDGE LARSON PERTAINING TO JUDGE LARSON'S METHODS AND PROCEDURES FOR SETTLEMENT CONFERENCE AND MATTERS TO BE DISCUSSED AT MAY 4 PRELIMINARY CONFERENCE (0.4). |
|---|---|---|---|
| 04/21/10 | S. Chandler Task:  4000 | 2.80 | WORK ON REVIEW OF SETTLEMENT CONFERENCE MEMORANDUM. |
| 04/22/10 | S. Chandler Task:  4000 | 4.00 | CONTINUE REVIEW OF SETTLEMENT CONFERENCE MEMORANDUM (1.0); REVIEW PORTION OF DOCKET AND MEMORANDUM DECISIONS IN CONNECTION WITH SAME (1.8); WORK ON REVISIONS TO MEMORANDUM (1.2). |
| 04/22/10 | M. Kaufman Task:  4000 | 1.60 | COMMUNICATION WITH CLIENT AND OTHERS WITH REGARD TO SCHEDULING OF ACTUAL MEDIATION SESSION (0.4); CONTINUED WORK ON COMPREHENSIVE MEMORANDUM TO CLIENT REGARDING SUBSTANTIVE ISSUES TO BE COVERED IN MEDIATION (0.9); CONFER WITH P. BENVENUTTI REGARDING SAME (0.3). |
| 04/23/10 | S. Chandler Task:  4000 | .20 | FORWARD COMMENTS TO SETTLEMENT CONFERENCE MEMORANDUM TO M.KAUFMAN. |
| 04/26/10 | M. Kaufman Task:  4000 | 2.20 | WORK ON REVISIONS TO OUTLINE AND REVIEW P. BENVENUTTI'S REVISIONS THERETO AND FURTHER COMMENTS AND EDITS WITH RESPECT THERETO. |
| 04/27/10 | M. Kaufman Task:  4000 | 1.80 | WORK ON COMPLETION OF COMPREHENSIVE MEMORANDUM AND COMMENTS ON LATEST DRAFTS EXCHANGED WITH P. BENVENUTTI (1.4); CONFERENCE CALL WITH CLIENT AND P. BENVENUTTI TO DISCUSS STRATEGIC ISSUES RELATING TO SETTLEMENT (0.4). |
| 04/27/10 | S. Chandler Task:  4000 | .30 | REVIEW APRIL 13 TRANSCRIPT REGARDING REQUEST TO STAY PENDING SETTLEMENT. |
| 04/29/10 | M. Kaufman Task:  4000 | .40 | ATTEND CONFERENCE WITH B. OLSHAN, R. LEVINE AND P. BENVENUTTI TO DISCUSS SETTLEMENT CONFERENCE STRATEGY ISSUES. |

LEHMAN BROTHERS HOLDINGS INC.            July 29, 2010            PAGE    9
MATTER NUMBER: 30837.0001
INVOICE NO.: 716298


4000   Non-Bankruptcy Litigation
       D. Gordon                    3.60    320.00   $1,152.00
       F.L. Russell                  .10    240.00      $24.00
       M. Kaufman                  90.70    650.00  $58,955.00
       S. Chandler                 10.30    400.00   $4,120.00

          TOTAL 4000              104.70             $64,251.00

Billed Recap Of Cost Detail - [Invoice: 716298 Date: 07/ 29/ 2010] - [30837.0001 - KONTRABECKI NY BANKRUPTCY ACTION]    Page 1
Client: 30837 - LEHMAN BROTHERS HOLDINGS INC.

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:42 1-415-875-5826 | 26382129 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 17:18 1-415-875-5826 | 26382143 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:19 1-415-722-4299 | 26382144 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 04/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 14:34 1-503-334-9107 | 26392195 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 1.45 | 1.45 | 74120 | |
| 04/02/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 13:26 1-415-875-5753 | 26380086 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.72 | 0.72 | 74117 | |
| 04/06/2010 | 0034 | MARK S. KAUFMAN | 101S | 24.00 | 0.15 | 3.60 | COPY CHARGES | 26378146 |
| 07/29/2010 | | Invoice=716298 | | 24.00 | | 2.40 | | |
| 04/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 25.44 | 25.44 | LONG DISTANCE TELEPHONE 09:24 1-415-875-5826 | 26392277 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 25.44 | 25.44 | 74120 | |
| 04/06/2010 | 0999 | MLA MLA | 105S | 1.00 | 10.17 | 10.17 | LONG DISTANCE TELEPHONE 15:20 1-415-875-5826 | 26392297 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 10.17 | 10.17 | 74120 | |
| 04/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:20 1-415-875-5826 | 26392322 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 10:43 1-415-875-5826 | 26392364 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 4.36 | 4.36 | 74120 | |
| 04/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.72 | 8.72 | LONG DISTANCE TELEPHONE 10:59 1-415-875-5826 | 26392369 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 8.72 | 8.72 | 74120 | |
| 04/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:06 1-415-722-4299 | 26392382 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:11 1-415-875-5826 | 26392431 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/14/2010 | 0034 | MARK S. KAUFMAN | 111Z | 1.00 | 128.50 | 128.50 | MEALS | 26439066 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 128.50 | 128.50 | MISCELLANEOUS FOOD/MEALS (RECEIPTS MISSING) | |
| | | Voucher=1774685 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 866.08 | |
| 04/14/2010 | 0034 | MARK S. KAUFMAN | 124Z | 1.00 | 7.00 | 7.00 | OTHER | 26439067 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 7.00 | 7.00 | TIPS AT HOTEL. | |
| | | Voucher=1774685 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 866.08 | |
| 04/14/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 575.58 | 575.58 | OUT OF TOWN TRAVEL | 26439068 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 575.58 | 575.58 | OMNI HOTEL | |
| | | Voucher=1774685 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 866.08 | |
| 04/14/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 27.00 | 27.00 | LOCAL TRAVEL | 26439069 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 27.00 | 27.00 | PARKING AT ATLANTA AIRPORT | |
| | | Voucher=1774685 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 866.08 | |
| 04/14/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 128.00 | 128.00 | LOCAL TRAVEL | 26439070 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 128.00 | 128.00 | TAXI FROM/TO SAN FRANCISCO AIRPORT AND AROUND TO | |
| | | Voucher=1774685 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 866.08 | |
| 04/16/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:46 1-415-438-5380 | 26426120 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 14:40 1-415-438-5380 | 26446759 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 1.45 | 1.45 | 74120 | |
| 04/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 18:09 1-415-875-5826 | 26426158 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 8.36 | 8.36 | LONG DISTANCE TELEPHONE 17:43 1-503-223-6002 | 26455515 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 8.36 | 8.36 | 74120 | |
| 04/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 11:23 1-415-875-5826 | 26428837 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 1.09 | 1.09 | 74120 | |
| 04/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.81 | 5.81 | LONG DISTANCE TELEPHONE 14:01 1-415-875-5826 | 26428843 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 5.81 | 5.81 | 74120 | |

Billed Recap Of Cost Detail - [Invoice: 716298 Date: 07/ 29/ 2010] - [30837.0001 - KONTRABECKI NY BANKRUPTCY ACTION]    Page 2
Client:30837 - LEHMAN BROTHERS HOLDINGS INC.

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 16:30 1-415-875-5826 | 26428849 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 5.08 | 5.08 | 74120 | |
| 04/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:46 1-917-974-1708 | 26455517 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 0.36 | 0.36 | 74120 | |
| 04/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 15.99 | 15.99 | LONG DISTANCE TELEPHONE 13:03 1-415-722-4299 | 26433042 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 15.99 | 15.99 | 74120 | |
| 04/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 1,369.40 | 1,369.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26441962 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 1,369.40 | 1,369.40 | COMPANY**** AMERICAN EXPRESS INV #042910PTREE | |
| | | Voucher=1775190 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00 Amount= | |
| 04/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 40.00 | 40.00 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26441963 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 40.00 | 40.00 | COMPANY**** AMERICAN EXPRESS INV #042910PTREE | |
| | | Voucher=1775190 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00 Amount= | |
| 04/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 779.40 | 779.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26441966 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 779.40 | 779.40 | COMPANY**** AMERICAN EXPRESS INV #042910PTREE | |
| | | Voucher=1775190 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00 Amount= | |
| 04/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 27.00 | 27.00 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26441967 |
| 07/29/2010 | | Invoice=716298 | | 1.00 | 27.00 | 27.00 | COMPANY**** AMERICAN EXPRESS INV #042910PTREE | |
| | | Voucher=1775190 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00 Amount= | |
| | | BILLED TOTALS: | WORK: | | | 3,178.08 | 31 records | |
| | | BILLED TOTALS: | BILL: | | | 3,176.88 | | |
| | | GRAND TOTAL: | WORK: | | | 3,178.08 | 31 records | |
| | | GRAND TOTAL: | BILL: | | | 3,176.88 | | |

**Supplemental Information Sheet**
**April 2010**

Expenses for Kontrabecki (30837.0001)
Timekeeper: M. Kaufman

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/14/10 | $128.50 | MEALS - Miscellaneous Food/Meals | Travel for status hearing in San Francisco. Several meals for one person, some receipts missing, information also included on hotel bill. | Attached |
| 4/14/10 | $7.00 | OTHER - Tips at Hotel | Travel for status hearing in San Francisco. Tips at the Omni Hotel. | Attached |
| 4/14/10 | $575.58 | OUT OF TOWN TRAVEL - Omni Hotel | Travel for status hearing in San Francisco. Two night stay at hotel $249/night (excluding taxes and other charges). Meals on hotel bill included with reimbursement for meals in the amount of $128.50. | Attached |
| 4/14/10 | $27.00 | LOCAL TRAVEL - Parking at Atlanta Airport | Travel for status hearing in San Francisco. Parking at Hartsfield-Jackson Atlanta International Airport. | Attached |
| 4/14/10 | $128.00 | LOCAL TRAVEL- Taxi | Travel for status hearing in San Francisco. Taxis from/to airport and around San Francisco | Attached |

| 4/29/10 | $1,369.40 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Delta flight. | Attached |
|---------|-----------|---------------------------------------------------------|-------------------------------------------------------------------------------------------------------|----------|
| 4/29/10 | $40.00 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Travel agent service fee. | Attached |
| 4/29/10 | $779.40 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Delta Flight. | Attached |
| 4/29/10 | $27.00 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Travel agent service fee. | Attached |

ATLANTA:5243314.1

ExpenseEntireFormPrinting                                                Page 1 of 1

This expense form has not yet been submitted to the accounting department.

Form Tracking ID    81682

Created For    0034 KAUFMAN, MARK S.

Created By    Murphy, Judy K.

Title    Travel to San Francisco for Status Hearing

Expense Type    CLIENT CHARGEABLE

Client Name    30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name    0001

Description    Travel to San Francisco for status hearing

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Food / Meal | 4/14/2010 | 128.50 | Miscellaneous food/meals (receipts missing) |
| Other Expense | 4/14/2010 | 7.00 | Tips at hotel. |
| Hotel | 4/14/2010 | 575.58 | Omni Hotel |
| Parking | 4/14/2010 | 27.00 | Parking at Atlanta Airport |
| Taxi (Local Travel) | 4/14/2010 | 128.00 | Taxi from/to San Francisco airport and around town |

Total $    866.08

PRINT THIS FORM

CLOSE

Mark S. Kaufman

## Taxi Cab Receipt

DATE: 4/12    TIME:

ORIGIN _to City from apprt_    CAB # 49.°°

DESTINATION: _____

FARE: $_____    SIGNATURE _____

---

Date _____

Received of _____

Of $ [ THE SUM ]    Veterans ☐
National ☐

YOUR RECEIPT-PAID

From _____ 13°°

To _____ 4/13

Cab No. _____ Driver _____

---

Driver _____ Cab No.

To _____

From _____ 85.71

YOUR RECEIPT-PAID

Veterans ☐
National ☐    Of $ [ THE SUM ]

Received of _____ 4/11

Date _____

---

**REGENTS CAB CO.**
(415) 487-1004
98 Pennsylvania, San Francisco, CA 94107    4/14
$5.00 OFF RETURN TO S.F.O. AIRPORT

To: _Airport_    From: _____

Amount: $ _51 -_

Taxi No.: _____ Driver: _____

---

Total Taxi: $ 128.00

Page 1 of 1

# OMNI ✦ HOTELS

KAUFMAN, MARK
JONES DAY
303 PEACHTREE ST
ATLANTA, GA  30308

**Room Number:** 1424
**Daily Rate:** 249.00
**Room Type:** KN
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 04/12/10 | 04/14/10 | XXXXXXXXXXX1050 | JONDRP | ESP | 17100557119 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 04/12/10 | 1424 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($675.51) |
| 04/12/10 | 1424 | ROOM CHARGE | #1424 KAUFMAN, MARK | $249.00 |
| 04/12/10 | 1424 | ROOM TAX | ROOM TAX | $34.86 |
| 04/12/10 | 1424 | TOURISM TAX | TOURISM TAX | $0.16 |
| 04/12/10 | 1424 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.74 |
| 04/13/10 | 1424 | REFRESHMENT CENTER | 1424/158699/12:39/REFRESHMENT CENTER | $5.99 |
| 04/13/10 | 1424 | ROOM CHARGE | #1424 KAUFMAN, MARK | $249.00 |
| 04/13/10 | 1424 | ROOM TAX | ROOM TAX | $34.86 |
| 04/13/10 | 1424 | TOURISM TAX | TOURISM TAX | $0.16 |
| 04/13/10 | 1424 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.74 |
| 04/14/10 | 1424 | CLASSIC VISA CARD | CLASSIC VISA CARD | $94.00 |

*Handwritten notes:*

FOOD/Drink          Hotel

5.99  Hotel      $575.58

15.05

107.50  Missing receipts

$128.54

**TOTAL DUE:**          $0.00

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

```
        THANK YOU FOR DINING AT MAX'S
         A GREAT PLACE FOR A DIET!
              555 California
                 94104
              415-788-6297

Server: Cashier1          04/13/2010
Fast Close/1                 8:12 AM
Guests: 1                     10126

BUILD A OMELETTE 2              7.00
B                              0.75
COFFEE                         1.00
ORANGE JUICE                   3.25

Subtotal                      12.00
Tax                            1.05

Total                         13.05

1025 CASH                     20.00
Change                         6.95

        Top Copy = Maxs
      Bottom Copy = Customer

      --- Check Closed ---
```

Handwritten: TIP 2 15.05

```
        H-J ATLANTA INT'L
            AIRPORT

          PO Box 20786
          Atlanta, GA 30320
          Customer Service
            301 230 6725

Card Account : XXXXXXXXX1059
Card Type : Visa
Authorization Code : 204835

Cashier : 172   Seq # 19542
License Plate :
Ent : 09:19 04/13/10 Lane 2
Exit: 15:21 04/14/10 Lane 21
Duration: 2D(s) 6H(s) 2M(s)
Rate Code: 9

              FEE   $    27.00
   AMOUNT TEND  $    27.00
         CASH   $     0.00
  CREDIT CARD   $    27.00
        CHECK   $     0.00
  CHANGE CALC   $     0.00

   PAID AT CT   $    27.00
       Taxes Included
      *** Thank You ***
```

From: Harris, Rochelle
Sent: Thursday, May 06, 2010 2:18 PM
To: Conway, Phyllis; Valentine, Paula; Murphy, Judy; Rohling, Kristin; Long, Merrinda
Subject: Peachtree Travel 042910

Attached is a copy of the firms AMEX invoice for travel arrangements made through Peachtree Travel. Please approve and provide a client matter number for your attorney(s) itinerary as soon as possible  Thanks in advance for your help and cooperation. Please do not hesitate to call with any questions.

| Date of Charge | Supplier Name | Traveler Name | Issue Date | Departure Date | Routing Info | Billed Total Amount ($) |
|---|---|---|---|---|---|---|
| MURPHY | 4/16/2010 DELTA AIR LINES LAGRANGE GA | KAUFMAN MARK S | 04.16.10 | 04/23.10 | ATL/DCA/ATL | $ 601.40 |
| MURPHY | 4/28/2010 DELTA AIR LINES LAGRANGE GA | KAUFMAN MARK S | 04/28/10 | 05/03/10 | ATL/SFO/ATL | $ 779.40 |

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2010 TVL LEADERS TVL LEAD LaGrange | | | | REF# 770644 REF2 1 (888) 955-5455 | $ 27.00 |
| 4/19/2010 TVL LEADERS TVL LEAD LaGrange | | | | REF# 769860 REF2 1 (888) 955-5455 | $ 40.00 |

5/6/2010

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 708335
Matter No.: 30837.0002               Invoice Date: June 7, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 0.60 | 760.00 | 456.00 |
| C. Weiss | 0.50 | 525.00 | 262.50 |
| D.A. Geiger | 0.50 | 425.00 | 212.50 |
| A.F. Kaufman | 0.40 | 425.00 | 170.00 |
| S. Chandler | 3.50 | 400.00 | 1,400.00 |
| A. Elko | 34.60 | 335.00 | 11,591.00 |
| Total | 40.10 | | 14,092.00 |

TOTAL FEES:                               $ 14,092.00

CHARGES:

    COPY CHARGES                    95.00
    DELIVERY SERVICE/MESSENGER     276.65

TOTAL CHARGES:                        $    371.65

T O T A L   T H I S   S T A T E M E N T :    $ 14,463.65

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335


DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 04/01/10 | C.F. Graham Task: 0100 | .30 | CORRESPONDENCE WITH H. MILLER REGARDING TRAVEL POLICY (0.2); REVIEW E-MAIL EXCHANGE BETWEEN H. MILLER AND D. ADAMS (0.1). |
| 04/01/10 | A. Elko Task: 4600 | .90 | REVIEW PROPOSED ORDERS REGARDING THIRD INTERIM FEE APPLICATION AND CALCULATE AMOUNTS OUTSTANDING LISTED ON SCHEDULES ATTACHED THERETO (0.3); CORRESPOND WITH J. SAPP, COUNSEL FOR DEBTORS, WITH RESPECT THERETO (0.1); CORRESPOND WITH C. GRAHAM REGARDING TRAVEL EXPENSES (0.2); REVIEW CORRESPONDENCE FROM S. WAISMAN, C. BIROS, H. MILLER AND D. ADAMS REGARDING FOLLOW-UP TO MEET AND CONFER (0.2); CORRESPOND WITH G. MARSH AND C. GRAHAM WITH RESPECT THERETO (0.1). |
| 04/02/10 | A. Elko Task: 4600 | .30 | REVIEW CORRESPONDENCE FROM FEE COMMITTEE REGARDING FOLLOW-UP FROM MARCH 31, 2010 MEET AND CONFER (0.2); CORRESPOND WITH C. GRAHAM AND G. MARSH REGARDING FEE COMMITTEE CORRESPONDENCE (0.1). |
| 04/02/10 | C.F. Graham Task: 0100 | .30 | REVIEW E-MAILS FROM D. ADAMS, H. MILLER & S. WEISMAN REGARDING FOLLOW-UP FROM MEET AND CONFER. |
| 04/05/10 | A. Elko Task: 4600 | 4.90 | REVIEW AND REVISE JANUARY MONTHLY STATEMENT (0.5); SUMMARIZE FEES AND EXPENSES FOR STATEMENT (0.4); REVIEW AND EDIT FEBRUARY PRO FORMAS (1.0); DRAFT JOINDER REGARDING OBJECTIONS TO FEE COMMITTEE REPORT AND PROTOCOL (1.2); REVIEW AND ANALYZE DRAFT OF FEE COMMITTEE REPORT (0.3); CORRESPOND WITH G. MARSH AND C. GRAHAM WITH RESPECT THERETO (0.4); CORRESPOND WITH L. HATFIELD REGARDING EDITS TO MONTHLY STATEMENT AND INFORMATION NEEDED WITH RESPECT THERETO (0.3); CORRESPOND |

LEHMAN BROTHERS HOLDINGS INC.                 June 7, 2010              PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335

|  |  |  |  |
|---|---|---|---|
|  |  |  | WITH J. MURPHY REGARDING M. KAUFMAN TRAVEL EXPENSES (0.1); CORRESPOND WITH S. CHANDLER REGARDING KONTRABECKI PRO FORMA (0.1); CORRESPOND WITH J. SAPP REGARDING HEARING AND PROPOSED ORDER (0.1); CORRESPOND WITH ALL TIMEKEEPERS REGARDING FEE COMMITTEE GUIDELINES AND PROTOCOL (0.5). |
| 04/06/10 | A. Elko Task:  4600 | 6.20 | REVIEW AND REVISE FEBRUARY PRO FORMAS (1.5); WORK ON JANUARY MONTHLY STATEMENT (0.4); BEGIN DRAFTING FOURTH INTERIM FEE APPLICATION (2.8); CORRESPOND WITH M. KAUFMAN, P. MCGEEHAN, C. WEISS, C. GRAHAM, D. GEIGER, A. KAUFMAN AND S. CHANDLER REGARDING DESCRIPTIONS OF MATTERS FOR APPLICATION (0.3); REVIEW AND REVISE DRAFT OF FEE COMMITTEE REPORT (0.3); CONFER AND CORRESPOND WITH C. GRAHAM WITH RESPECT THERETO (0.3); CONFER AND CORRESPOND WITH G. MARSH WITH RESPECT THERETO (0.1); CORRESPOND WITH C. BIROS REGARDING FEE COMMITTEE REPORT (0.1); DRAFT STATEMENT AND RESPONSE TO FEE COMMITTEE REPORT (0.2); CORRESPOND WITH J. SAPP REGARDING HEARING AND REPORT (0.2). |
| 04/07/10 | A. Elko Task:  4600 | 4.60 | REVIEW KONTRABECKI TRAVEL EXPENSES AND DRAFT SUPPLEMENTAL INFORMATION SHEET (0.4); DRAFT AFFIDAVIT FOR M. KAUFMAN REGARDING AIRFARE EXPENSE (0.3); CORRESPOND WITH M. KAUFMAN REGARDING AFFIDAVIT (0.1); WORK ON WRITE-DOWN OF EXPENSES (0.2); CORRESPOND WITH J. ZINNS REGARDING FEE COMMITTEE REPORT (0.2); CORRESPOND WITH G. MARSH AND C. GRAHAM REGARDING REPORT (0.2); CORRESPOND WITH J. SAPP REGARDING ADJOURNMENT OF HEARING (0.1); REVIEW NOTICE OF ADJOURNMENT (0.1); CORRESPOND WITH G. MARSH AND C. GRAHAM WITH RESPECT THERETO (0.1); CORRESPOND WITH J. SUKOW REGARDING MONTHLY BUDGETS (0.1); REVIEW AND EDIT FEBRUARY PRO FORMAS (1.2); CORRESPOND WITH L. HATFIELD REGARDING REVISIONS TO PRO FORMAS (0.3); WORK ON JANUARY MONTHLY STATEMENT (0.3); DRAFT COVER LETTER FOR JANUARY MONTHLY STATEMENT (0.2); WORK ON FOURTH INTERIM FEE APPLICATION (0.8). |

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE   4
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335


04/08/10   A. Elko          .80   CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
           Task:  4600              MCGEEHAN, C. WEISS, C. GRAHAM, D. GEIGER, A.
                                    KAUFMAN AND S. CHANDLER REGARDING MAY BUDGETS
                                    (0.1); CONFER WITH M. KAUFMAN REGARDING
                                    AFFIDAVIT (0.1); WORK ON JANUARY MONTHLY
                                    STATEMENT (0.5); MONITOR BANKRUPTCY CASE FOR
                                    FILING OF EXAMINER'S REPORT AND ORDERS
                                    REGARDING THIRD INTERIM FEE APPLICATION (0.1).


04/09/10   A. Elko         1.20   WORK ON LEHMAN JANUARY MONTHLY STATEMENT
           Task:  4600              (0.8); CORRESPOND AND CONFER WITH L. HATFIELD
                                    REGARDING REVISED INVOICES AND EXPENSE
                                    DETAILS (0.2); CORRESPOND WITH M. KAUFMAN
                                    REGARDING AFFIDAVIT WITH RESPECT TO EXPENSES
                                    (0.1); MONITOR BANKRUPTCY CASE FOR FILING OF
                                    EXAMINER'S REPORT AND ORDERS REGARDING THIRD
                                    INTERIM FEE APPLICATION (0.1).


04/11/10   A. Elko         3.00   WORK ON FOURTH INTERIM FEE APPLICATION (1.7);
           Task:  4600              CORRESPOND WITH L. STIPANCIC, L. HATFIELD AND
                                    L. GREENE REGARDING INFORMATION NEEDED FOR
                                    APPLICATION (0.2); CORRESPOND WITH L.
                                    HATFIELD AND L. GREEN REGARDING CONVERSION OF
                                    JANUARY INVOICES TO EXCEL SPREADSHEET IN
                                    RESPONSE TO FEE COMMITTEE REQUEST (0.2);
                                    CORRESPOND WITH LEHMAN BILLING PARTNERS
                                    REGARDING SUMMARIES OF MATTERS FOR
                                    APPLICATION (0.1); MONITOR BANKRUPTCY CASE
                                    FOR FILING OF EXAMINER'S REPORT AND ORDERS
                                    REGARDING THIRD INTERIM FEE APPLICATION
                                    (0.1); REVIEW FILED COPY OF FEE COMMITTEE
                                    REPORT (0.2); REVIEW ORDER REGARDING THIRD
                                    INTERIM FEE APPLICATION (0.2); CORRESPOND
                                    WITH C. GRAHAM AND G. MARSH WITH RESPECT
                                    THERETO (0.2); CORRESPOND WITH J. SAPP
                                    REGARDING ADJOURNMENT OF APRIL 9 HEARING ON
                                    ISSUES RELATED TO THIRD INTERIM FEE
                                    APPLICATION (0.1).


04/12/10   S. Chandler     .60   REVIEW & REVISE SUMMARY OF KONTRABECKI MATTER
           Task:  4600              FOR FEE APPLICATION AND TIME ENTRIES WITH
                                    RESPECT TO THE FOURTH INTERIM.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010            PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335


| 04/12/10 | A. Elko | .80 | CORRESPOND WITH L. GREENE REGARDING INFORMATION |
|          | Task:  4600 |  | NEEDED FOR FOURTH INTERIM FEE APPLICATION |

04/12/10    A. Elko              .80    CORRESPOND WITH L. GREENE REGARDING INFORMATION
            Task:  4600                 NEEDED FOR FOURTH INTERIM FEE APPLICATION
                                        (0.1); CORRESPOND WITH S. CHANDLER REGARDING
                                        UPDATED SUMMARY OF KONTRABECKI  MATTER FOR FEE
                                        APPLICATION (0.1); CORRESPOND WITH D. GEIGER
                                        REGARDING UPDATED SUMMARY OF MATTER FOR FEE
                                        APPLICATION (0.1); CORRESPOND WITH M. KAUFMAN
                                        REGARDING AFFIDAVIT IN SUPPORT OF TRAVEL
                                        EXPENSES (0.1); CORRESPOND WITH C. CHIN
                                        REGARDING FEBRUARY MONTHLY STATEMENT (0.2);
                                        CORRESPOND WITH TEAM REGARDING HEARING ON THIRD
                                        INTERIM FEE APPLICATION ISSUES (0.2).

04/13/10    A. Elko              .20    CORRESPOND WITH M. KAUFMAN, J. MURPHY AND P.
            Task:  4600                 MATTHEWS REGARDING AFFIDAVIT IN SUPPORT OF
                                        TRAVEL EXPENSE (0.1); REVIEW AND REVISE
                                        JANUARY MONTHLY STATEMENT (0.1).

04/13/10    D.A. Geiger          .50    PREPARE MIDDLE MOUNTAIN SUMMARY FOR FOURTH
            Task:  4000                 INTERIM FEE APPLICATION.

04/14/10    A. Elko             1.80    CORRESPOND WITH M. KAUFMAN REGARDING
            Task:  4600                 AFFIDAVIT IN SUPPORT OF TRAVEL EXPENSES
                                        (0.1); CONFER WITH L. HATFIELD REGARDING
                                        INFORMATION NEED FOR FOURTH INTERIM FEE
                                        APPLICATION (0.2); WORK ON FEE APPLICATION
                                        (1.5).

04/14/10    S. Chandler          .70    REVIEW CORRESPONDENCE REGARDING PROJECTED
            Task:  4600                 BUDGET FOR KONTRABECKI MATTER AND CONFER WITH
                                        A.ELKO REGARDING SAME (0.3); MESSAGE TO
                                        M.KAUFMAN REGARDING SAME AND WORK ON SAME
                                        (0.4).

04/15/10    A. Elko             3.30    WORK ON JANUARY MONTHLY STATEMENT AND
            Task:  4600                 AFFIDAVIT OF M. KAUFMAN WITH RESPECT TO
                                        TRAVEL EXPENSES (0.4); WORK ON FOURTH INTERIM
                                        FEE APPLICATION (2.4); CORRESPOND WITH G.
                                        MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, C.
                                        GRAHAM, D. GEIGER, A. KAUFMAN AND S. CHANDLER
                                        REGARDING FILING OF FEE APPLICATION (0.2);
                                        CORRESPOND WITH C. WEISS AND G. WALLING
                                        REGARDING MATTER DESCRIPTIONS FOR FEE
                                        APPLICATION (0.2); CORRESPOND WITH J. SAPP
                                        REGARDING SERVICE OF FEE APPLICATION (0.1).

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335


| 04/15/10 | C. Weiss<br>Task: 0100 | .50 | WORK ON MATTER DESCRIPTIONS FOR FOURTH FEE APPLICATION (0.3); REVIEW WEISS AFFIDAVIT REGARDING SAME (0.2). |
|---|---|---|---|

04/16/10   A. Elko           5.00   REVIEW EXCEL SPREADSHEETS FOR JANUARY 2010
           Task:  0100              MONTHLY STATEMENT AND COMPARE WITH INVOICES
                                    (0.2); CORRESPOND WITH J. ZINS, C. BIROS, R.
                                    SICCO, B. DEAL AND J. SUCKOW WITH RESPECT
                                    THERETO (0.1); CORRESPOND WITH L. HATFIELD
                                    REGARDING ADDITIONAL INFORMATION REGARDING
                                    FOURTH FEE APPLICATION (0.2); REVIEW, REVISE
                                    AND EFFECTUATE FILING OF FOURTH INTERIM FEE
                                    APPLICATION (4.2); CORRESPOND WITH J. SAPP,
                                    C. ARTHUR AND G. MATITEYAHU REGARDING SERVICE
                                    OF APPLICATION (0.1); CORRESPOND WITH G.
                                    MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, C.
                                    GRAHAM, D. GEIGER, S. CHANDLER, B. FROLICH
                                    AND L. STIPANCIC REGARDING FOURTH INTERIM FEE
                                    APPLICATION (0.1); CORRESPOND WITH J. ZINS,
                                    C. BIROS, R. SICCO, B. DEAL AND J. SUCKOW
                                    WITH RESPECT THERETO (0.1).

04/16/10   S. Chandler        .30   REVIEW CORRESPONDENCE REGARDING FEE APPLICATION
           Task:  4600              AND REVIEW APPLICATION.

04/19/10   S. Chandler       1.30   REVIEW ORDER ON SETTLEMENT CONFERENCE AND
           Task:  4600              E-MAIL CORRESPONDENCE RELATED TO SAME IN
                                    CONNECTION WITH PREPARATION OF PROJECTED
                                    BUDGET AND CONFER WITH M.KAUFMAN REGARDING
                                    PREPARATION OF PROJECTED BUDGET FOR
                                    KONTRABECKI MATER FOR MAY (0.8); PREPARE
                                    PROJECTED BUDGET FOR MAY FOR KONTRABECKI
                                    MATTER AND FORWARD TO A.ELKO (0.5).

04/19/10   A.F. Kaufman       .40   CORRESPOND WITH A. ELKO REGARDING BUDGET.
           Task:  0100

04/19/10   A. Elko            .50   CONFER AND CORRESPOND WITH A. KAUFMAN REGARDING
           Task:  4600              AZ 72 BUDGET (0.3); CONFER WITH D. GEIGER
                                    REGARDING MIDDLE MOUNTAIN BUDGET (0.1); REVIEW
                                    KONTRABECKI BUDGET (0.1).

04/20/10   S. Chandler        .30   CONFER WITH F. RUSSELL REGARDING DETAIL NEEDED
           Task:  4600              FOR TIME ENTRIES AND REVISE SAME.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                PAGE    7
MATTER NUMBER: 30837.0002
INVOICE NO.: 708335


04/20/10   A. Elko                1.10    BRIEF REVIEW OF AZ 72 LLC AND KONTRABECKI PRO
           Task:  4600                    FORMAS (0.3); CORRESPOND WITH C. GRAHAM
                                          REGARDING EDITS TO NARRATIVES (0.1);
                                          CORRESPOND WITH M. KAUFMAN REGARDING EDITS TO
                                          NARRATIVES (0.2); REVIEW CORRESPONDENCE FROM
                                          B. DEAL REGARDING DISCREPANCIES IN
                                          APPLICATION AND MONTHLY STATEMENT (0.1);
                                          DRAFT BUDGET (0.4).


04/21/10   S. Chandler            .30     CONFER WITH F. RUSSELL FOR ADDITIONAL DETAIL
           Task:  4600                    FOR TIME ENTRIES AND REVISIONS TO SAME.

0100   General Case Administration
       A. Elko                          5.00      335.00      $1,675.00
       A.F. Kaufman                      .40      425.00        $170.00
       C. Weiss                          .50      525.00        $262.50
       C.F. Graham                       .60      760.00        $456.00


          TOTAL 0100                    6.50                  $2,563.50


4000   Non-Bankruptcy Litigation
       D.A. Geiger                       .50      425.00        $212.50


          TOTAL 4000                     .50                    $212.50


4600   Firm's Own Billing/Fee Applications
       A. Elko                         29.60      335.00      $9,916.00
       S. Chandler                      3.50      400.00      $1,400.00


          TOTAL 4600                   33.10                 $11,316.00

Billed Recap Of Cost Detail - [Invoice: 708335 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/05/2010 | 4981 | ALISON ELKO | 101S | 38.00 | 0.15 | 5.70 | COPY CHARGES | 26377316 |
| 06/07/2010 | | Invoice=708335 | | 38.00 | 0.10 | 3.80 | | |
| | | | | | | | | |
| 04/06/2010 | 4981 | ALISON ELKO | 101S | 73.00 | 0.15 | 10.95 | COPY CHARGES | 26378147 |
| 06/07/2010 | | Invoice=708335 | | 73.00 | 0.10 | 7.30 | | |
| | | | | | | | | |
| 04/07/2010 | 4981 | ALISON ELKO | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26378847 |
| 06/07/2010 | | Invoice=708335 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 04/09/2010 | 4981 | ALISON ELKO | 101S | 543.00 | 0.15 | 81.45 | COPY CHARGES | 26382319 |
| 06/07/2010 | | Invoice=708335 | | 543.00 | 0.10 | 54.30 | | |
| | | | | | | | | |
| 04/12/2010 | 4981 | ALISON ELKO | 101S | 64.00 | 0.15 | 9.60 | COPY CHARGES | 26383962 |
| 06/07/2010 | | Invoice=708335 | | 64.00 | 0.10 | 6.40 | | |
| | | | | | | | | |
| 04/13/2010 | 4981 | ALISON ELKO | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26386067 |
| 06/07/2010 | | Invoice=708335 | | 12.00 | 0.10 | 1.20 | | |
| | | | | | | | | |
| 04/14/2010 | 0945 | KRISTIN C. ROHLING | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26387609 |
| 06/07/2010 | | Invoice=708335 | | 12.00 | 0.10 | 1.20 | | |
| | | | | | | | | |
| 04/14/2010 | 4981 | ALISON ELKO | 101S | 70.00 | 0.15 | 10.50 | COPY CHARGES | 26387610 |
| 06/07/2010 | | Invoice=708335 | | 70.00 | 0.10 | 7.00 | | |
| | | | | | | | | |
| 04/15/2010 | 0945 | KRISTIN C. ROHLING | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26390807 |
| 06/07/2010 | | Invoice=708335 | | 12.00 | 0.10 | 1.20 | | |
| | | | | | | | | |
| 04/15/2010 | 4981 | ALISON ELKO | 101S | 65.00 | 0.15 | 9.75 | COPY CHARGES | 26390808 |
| 06/07/2010 | | Invoice=708335 | | 65.00 | 0.10 | 6.50 | | |
| | | | | | | | | |
| 04/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.17 | 30.17 | DELIVERY SERVICE/MESSENGER | 26427627 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 30.17 | 30.17 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 04/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 24.60 | 24.60 | DELIVERY SERVICE/MESSENGER | 26427628 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 24.60 | 24.60 | RCVD:FEINBERG ROZEN, LLP/KENNETH FEINBERG | |
| | | | | | | | | |
| 04/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.17 | 30.17 | DELIVERY SERVICE/MESSENGER | 26427629 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 30.17 | 30.17 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 04/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 27.29 | 27.29 | DELIVERY SERVICE/MESSENGER | 26427630 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 27.29 | 27.29 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 04/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.43 | 33.43 | DELIVERY SERVICE/MESSENGER | 26427631 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 33.43 | 33.43 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 04/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.43 | 33.43 | DELIVERY SERVICE/MESSENGER | 26427632 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 33.43 | 33.43 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 04/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.43 | 33.43 | DELIVERY SERVICE/MESSENGER | 26427633 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 33.43 | 33.43 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| 04/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 30.70 | 30.70 | DELIVERY SERVICE/MESSENGER | 26427634 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 30.70 | 30.70 | RCVD:FEINBERG ROZEN, LLP/KENNETH FEINBERG | |
| | | | | | | | | |
| 04/16/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.43 | 33.43 | DELIVERY SERVICE/MESSENGER | 26427635 |
| 06/07/2010 | | Invoice=708335 | | 1.00 | 33.43 | 33.43 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 04/20/2010 | 0351 | GERALD WALLING | 101S | 27.00 | 0.15 | 4.05 | COPY CHARGES | 26399108 |
| 06/07/2010 | | Invoice=708335 | | 27.00 | 0.10 | 2.70 | | |
| | | | | | | | | |
| 04/23/2010 | 4981 | ALISON ELKO | 101S | 30.00 | 0.15 | 4.50 | COPY CHARGES | 26418197 |
| 06/07/2010 | | Invoice=708335 | | 30.00 | 0.10 | 3.00 | | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 419.15 | 21 records | |
| | | BILLED TOTALS:   BILL: | | | | 371.65 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 419.15 | 21 records | |
| | | GRAND TOTAL:   BILL: | | | | 371.65 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                  Invoice No. 708336
Matter No.: 30837.0003             Invoice Date: June 7, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
    RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| C.F. Graham    | 11.00 | 760.00 | 8,360.00 |
| C. Weiss       | 2.10  | 525.00 | 1,102.50 |
| A.F. Kaufman   | 49.00 | 425.00 | 20,825.00 |
| T. Hall        | 0.40  | 425.00 | 170.00 |
| A. Pearson     | 48.00 | 240.00 | 11,520.00 |
| B.S. Markowitz | 1.20  | 235.00 | 282.00 |
| R.M. Gee       | 58.80 | 225.00 | 13,230.00 |
| H.T. Moore     | 6.20  | 225.00 | 1,395.00 |
| S.K. Burdette  | 47.60 | 175.00 | 8,330.00 |
| E.W. Bolte     | 1.70  | 165.00 | 280.50 |
| Total          | 226.00 |        | 65,495.00 |

TOTAL FEES:                                       $ 65,495.00

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010                    PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336


CHARGES:

    COPY CHARGES                            28.20
    LITIGATION SUPPORT VENDORS           8,505.75
    LOCAL TRAVEL                            29.00
    LONG DISTANCE TELEPHONE                 11.19
    MEALS                                  120.00
    OTHER                                    3.50

TOTAL CHARGES:                                            $   8,697.64

T O T A L   T H I S   S T A T E M E N T:                  $  74,192.64

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336


                    DESCRIPTION OF SERVICES


04/01/10   C.F. Graham          1.70   CALLS AND E-MAILS WITH SARAH BELL REGARDING
           Task:  4000                 DISCOVERY AND AMENDED COMPLAINT.

04/01/10   A.F. Kaufman           .60   TELEPHONE CALLS WITH S. BELL.
           Task:  0100

04/02/10   A.F. Kaufman           .10   EXCHANGE E-MAILS WITH S. BELL.
           Task:  0100

04/02/10   C.F. Graham          2.20   WORK ON DISCOVERY; OFFICE CONFERENCE WITH A.
           Task:  4000                 KAUFMAN; READ S. BELL'S E-MAILS;  LETTER TO
                                       JUDGE CHIN ON SUBJECT MATTER JURISDICTION;
                                       READ STIPULATION ENTRY;  WORK ON AMENDED
                                       COMPLAINT.

04/05/10   R.M. Gee               .30   UPDATE AMENDED COMPLAINT AND ORGANIZED
           Task:  0100                 EXHIBITS; CONFER WITH A. KAUFMAN REGARDING
                                       EXHIBITS.

04/05/10   C.F. Graham           .40   REVIEW DISCOVERY REQUESTS AND ISSUES WITH A.
           Task:  4000                 KAUFMAN(0.2):  E-MAILS TRIMONT AND LEHMAN
                                       REGARDING DOCUMENT SEARCHES(0.2).

04/05/10   A.F. Kaufman           .50   TELEPHONE CALL WITH E. SHERMAN AND S. BELL.
           Task:  0100

04/06/10   C. Weiss               .40   REVIEW E-MAILS REGARDING CONTINUING DISCOVERY
           Task:  4000                 PROBLEMS ON FILE SEARCH TERMS AND WITNESS
                                       LISTS (0.3); TELEPHONE CONFERENCE WITH A.
                                       KAUFMAN REGARDING SAME (0.1).

04/06/10   C.F. Graham           .80   FINALIZE AMENDED COMPLAINT AS PER JUDGE CHIN
           Task:  4000                 STIPULATED ORDER(0.4);  OFFICE CONFERENCE WITH
                                       ROBERT GEE REGARDING SERVICE OF AMENDED
                                       COMPLAINT(0.2)  READ E-MAILS FROM JOANNE
                                       CHORMANSKI REGARDING DOCUMENT SEARCHES(0.2).

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| | | | |
|---|---|---|---|
| 04/06/10 | A. Pearson<br>Task:  2200 | .80 | TELEPHONE CONFERENCE WITH CLIENT AND ATTORNEY REGARDING ELECTRONIC DOCUMENT COLLECTION; PREPARE PLAN FOR COLLECTION AND REVIEW. |
| 04/06/10 | A.F. Kaufman<br>Task:  0100 | 3.40 | DRAFTED, REVISED AND SENT LETTER TO E. SHERMAN AND S. BELL REGARDING DISCOVERY (1.8); PREPARED FOR AND PARTICIPATED IN TELEPHONE CALL WITH CLIENTS REGARDING DOCUMENT PRODUCTION (0.9); DRAFT AND SEND E-MAIL TO CLIENTS REGARDING SAME (0.7). |
| 04/06/10 | R.M. Gee<br>Task:  0100 | 2.10 | REVIEW AMENDED COMPLAINT AND CONFERRED WITH C. GRAHAM REGARDING SAME (0.3); FILE AMENDED COMPLAINT WITH CLERK OF COURT, SDNY (0.9); PREPARE AFFIDAVIT OF SERVICE REGARDING SAME (0.3); SERVE SAME (0.3); PREPARE ELECTRONIC COPY OF SAME FOR COURT AND SEND E-MAIL TO CASE OPENINGS REGARDING SAME (0.3) |
| 04/07/10 | A.F. Kaufman<br>Task:  0100 | .20 | EXCHANGE E-MAILS WITH CLIENTS REGARDING DOCUMENT PRODUCTION. |
| 04/07/10 | C.F. Graham<br>Task:  4000 | 1.30 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DISCOVERY BEING DONE THIS WEEK AND DOCUMENT PRODUCTION (0.3);   REVIEW CLIENT E-MAILS REGARDING SEARCH TERMS AND COMMENT UPON (0.4); READ UPDATED DOCKET TO REFLECT AMENDED COMPLAINT FILED YESTERDAY (0.2); REVISE LETTER TO JUDGE CHIN REGARDING SUMMARY JUDGMENT MOTION (0.4). |
| 04/08/10 | S.K. Burdette<br>Task:  0100 | 1.00 | MEETING WITH A. PEARSON; CONFERENCE CALL; READING PLEADINGS |
| 04/08/10 | C.F. Graham<br>Task:  4000 | .70 | E-MAILS SARAH BELL REGARDING DOCUMENTS IN WRONG FORMAT(0.2);   OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DOCUMENT PRODUCTION ISSUES(0.3;   E-MAILS WITH CHARLIE WEISS REGARDING SEARCH TERMS(0.1);READ WALLY ANTONOWIECZ E-MAIL REGARDING PAPER FILE(0.1) |

LEHMAN BROTHERS HOLDINGS INC.                 June 7, 2010              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| | | | |
|---|---|---|---|
| 04/08/10 | A.F. Kaufman<br>Task:  0100 | 1.80 | EXCHANGE E-MAILS WITH CLIENTS REGARDING DOCUMENT PRODUCTION (0.4); COORDINATE DOCUMENT REVIEW (1.2); EXCHANGE E-MAILS WITH OPPOSING COUNSEL REGARDING DEFENDANTS' DOCUMENT PRODUCTION (0.2). |
| 04/08/10 | R.M. Gee<br>Task:  0100 | .80 | ATTEND TO REVIEWING FORMATTING OF DEFENDANTS' DOCUMENT PRODUCTION (0.5); CONFER WITH A. KAUFMAN REGARDING SAME (0.1); LITIGATION SUPPORT REGARDING SAME (0.2). |
| 04/08/10 | B.S. Markowitz<br>Task:  0100 | .80 | ANALYZE AND ORGANIZE DATA IN DATABASE FOR MLA REVIEW. |
| 04/08/10 | C. Weiss<br>Task:  4000 | .40 | REVIEW AND REPLY TO E-MAILS REGARDING PRIVILEGE LIST FOR DISCOVERY. |
| 04/09/10 | S.K. Burdette<br>Task:  0100 | 1.80 | DOCUMENT REVIEW/CODING IN SUMMATION/PRIVILEGE LOG |
| 04/09/10 | R.M. Gee<br>Task:  0100 | 2.20 | REVIEW BACKGROUND MATERIALS FOR AZ 72 REVIEW, INCLUDING DOCUMENT REQUESTS AND COUNSEL LIST FOR PRIVILEGED DOCUMENTS (0.5); CONFERENCE CALL REGARDING REVIEW (0.5); REVIEW DOCUMENTS FOR RESPONSIVENESS, PRIVILEGE, AND CONFIDENTIALITY (1.2). |
| 04/09/10 | A.F. Kaufman<br>Task:  0100 | .90 | COORDINATE DOCUMENT REVIEW (0.7); REVIEW LETTER FROM OPPOSING COUNSEL REGARDING DEFENDANTS' DOCUMENT PRODUCTION (0.2). |
| 04/09/10 | C.F. Graham<br>Task:  4000 | .30 | E-MAIL EXCHANGE WITH TOM HALL REGARDING DOCUMENT PRODUCTION. |
| 04/09/10 | T. Hall<br>Task:  4000 | .40 | RESPOND TO A. KAUFMAN E-MAILS REGARDING DISCOVERY. |
| 04/10/10 | S.K. Burdette<br>Task:  0100 | 1.30 | DOCUMENT REVIEW/CODING IN SUMMATION/ PRIVILEGE LOG |
| 04/11/10 | S.K. Burdette<br>Task:  0100 | 5.00 | DOCUMENT REVIEW/CODING IN SUMMATION/PRIVILEGE LOG |
| 04/11/10 | R.M. Gee<br>Task:  0100 | 3.60 | REVIEW TRIMONT DOCUMENTS IN SUMMATION FOR RESPONSIVENESS, PRIVILEGE, AND CONFIDENTIALITY. |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| | | | |
|---|---|---|---|
| 04/12/10 | R.M. Gee<br>Task: 0100 | .80 | REVIEW TRIMONT DOCUMENTS IN SUMMATION FOR RESPONSIVENESS, PRIVILEGE, AND CONFIDENTIALITY (0.6); CONFER WITH A. KAUFMAN REGARDING SAME (0.1); REVIEW E-MAILS REGARDING SAME (0.1). |
| 04/12/10 | H.T. Moore<br>Task: 0100 | .70 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/12/10 | S.K. Burdette<br>Task: 0100 | 2.00 | REVIEW OF CODING IN SUMMATION |
| 04/12/10 | A. Pearson<br>Task: 2200 | .60 | RUN REPORTS ON SEARCH RESULTS FOR QC OF DOCUMENTS REVIEW; EMAIL COMMUNICATIONS REGARDING TRIMONT AND LEHMAN. |
| 04/13/10 | A.F. Kaufman<br>Task: 0100 | .70 | DRAFT LETTER TO OPPOSING COUNSEL. |
| 04/13/10 | A. Pearson<br>Task: 1500 | 1.30 | REVIEW AND ANALYSIS OF DOCUMENTS RECEIVED FROM LEHMAN; TELEPHONE CONFERENCE WITH VENDOR FOR INSTRUCTIONS ON CD RECEIVED FROM TRIMONT. |
| 04/13/10 | C.F. Graham<br>Task: 4000 | .80 | REVIEW 154 TRIMONT DOCUMENTS RECEIVED FOR PRODUCTION PURSUANT TO DOCUMENT REQUESTS. |
| 04/13/10 | S.K. Burdette<br>Task: 0100 | 5.40 | DOCUMENT REVIEW/CODING IN SUMMATION; PRIVILEGE LOG |
| 04/13/10 | R.M. Gee<br>Task: 0100 | 1.60 | REVIEW SECOND WAVE OF AZ 72 HOLDINGS CLIENT FILES ON SUMMATION DATABASE PURSUANT TO DEFENDANTS DOCUMENT REQUEST |
| 04/13/10 | E.W. Bolte<br>Task: 0100 | .50 | LOAD IMAGES AND TEXT INTO SUMMATION DATABASE. |
| 04/14/10 | R.M. Gee<br>Task: 0100 | 3.80 | REVIEW AZ 72 DOCUMENTS IN SUMMATION FOR RESPONSIVENESS, PRIVILEGE, AND CONFIDENTIALITY |
| 04/14/10 | H.T. Moore<br>Task: 0100 | 1.00 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/14/10 | S.K. Burdette<br>Task: 0100 | 1.50 | DOCUMENT REVIEW/CODING IN SUMMATION; PRIVILEGE LOG |

LEHMAN BROTHERS HOLDINGS INC.             June 7, 2010           PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336


04/14/10   C. Weiss                .50   CONFERENCE WITH A. KAUFMAN REGARDING
           Task:  4000                   DISCOVERY STATUS AND TIMING FOR SUMMARY
                                         JUDGMENT MOTION (0.3); REVIEW E-MAILS
                                         REGARDING DISCOVERY DISPUTE ON SEARCH TERMS
                                         AND WITNESSES (0.2).

04/14/10   A.F. Kaufman            .50   CONTINUED DRAFTING LETTER TO OPPOSING
           Task:  0100                   COUNSEL.

04/15/10   A.F. Kaufman           1.60   COORDINATE DOCUMENT REVIEW.
           Task:  0100

04/15/10   C.F. Graham             .40   WORK ON DOCUMENT PRODUCTION WITH ALAN KAUFMAN
           Task:  4000                   AND ROBERT GEE.

04/15/10   S.K. Burdette          2.00   PHONE CALLS WITH NY OFFICE; E-MAILS; SUMMATION
           Task:  0100                   REVIEW.

04/15/10   B.S. Markowitz          .40   TELEPHONE CONVERSATION WITH CLIENT, MLA
           Task:  0100                   ATTORNEY AND VENDOR TO DISCUSS PROCESSING AND
                                         REVIEW NEW DATA.

04/15/10   R.M. Gee              3.30   ATTEND TO DOCUMENT REVIEW, INCLUDING
           Task:  0100                   COMMUNICATIONS WITH B. MARKOWITZ REGARDING
                                         SETTING A. KAUFMAN UP WITH ENTERPRISE TO REVIEW
                                         DOCUMENTS MARKED FURTHER REVIEW AND MEETING
                                         WITH A. KAUFMAN REGARDING USING SUMMATION
                                         (0.5); REVIEW DOCUMENTS IN SUMMATION FOR
                                         RESPONSIVENESS, PRIVILEGE, AND CONFIDENTIALITY
                                         (2.9); E-MAIL WITH B. MARKOWITZ REGARDING SAME
                                         (0.1)

04/16/10   R.M. Gee              4.80   ATTEND TO LOADING LEHMAN BROTHER DOCUMENTS FOR
           Task:  0100                   SUPPLEMENTAL DOCUMENT REVIEW (0.5); CONFERRED
                                         WITH B. MARKOWITZ, A. PEARSON AND S. BURDETTE
                                         REGARDING SAME (0.3); UPDATE TAGGING FIELDS AND
                                         WITH A. KAUFMAN REGARDING RESPONSIVENESS OF AZ
                                         141, OTHER GREAT AMERICAN CAPITAL DEALS AND
                                         OTHER LEHMAN DEALS (0.4); BEGIN REVIEW OF
                                         LEHMAN DOCUMENTS (3.6).

04/16/10   E.W. Bolte            1.00   LOAD IMAGES AND TEXT INTO SUMMATION DATABASE;
           Task:  0100                   CREATE REVIEW SETS FOR PARALEGAL REVIEW.

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336


| 04/16/10 | C.F. Graham Task: 4000 | .60 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DOCUMENT PRODUCTIONS (0.2): EDIT LETTER TO DEFENSE COUNSEL REGARDING METADATA DEMAND (0.3);  REVIEW E-MAILS CONTAINING CLIENT SEARCH TERMS (0.1). |
| 04/16/10 | A.F. Kaufman Task: 0100 | 5.10 | COORDINATE AND CONDUCT DOCUMENT REVIEW. |
| 04/16/10 | S.K. Burdette Task: 0100 | 2.50 | DOCUMENT REVIEW/CODING IN SUMMATION |
| 04/16/10 | A. Pearson Task: 2200 | 6.10 | TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING DOCUMENT REVIEW PROJECT; EMAIL COMMUNICATIONS REGARDING SCANNING OF NATIVE FILES; CONTINUED REVIEW OF DOCUMENTS FOR REMOVAL OF PRIVILEGED MATERIALS AND TO DETERMINE RESPONSIVENESS; RUN REPORT ON KEYWORDS. |
| 04/17/10 | R.M. Gee Task: 0100 | 5.60 | REVIEW LEHMAN BROTHERS DOCUMENTS IN SUMMATION FOR PRIVILEGE AND FOR RESPONSIVENESS TO DEFENDANTS' DOCUMENT REQUESTS. |
| 04/17/10 | S.K. Burdette Task: 0100 | 3.80 | DOCUMENT REVIEW/CODING IN SUMMATION |
| 04/17/10 | A.F. Kaufman Task: 0100 | 5.50 | COORDINATE AND CONDUCT DOCUMENT REVIEW. |
| 04/18/10 | S.K. Burdette Task: 0100 | 4.30 | DOCUMENT REVIEW/CODING IN SUMMATION |
| 04/18/10 | R.M. Gee Task: 0100 | 5.80 | REVIEW LEHMAN BROTHERS DOCUMENTS IN SUMMATION FOR PRIVILEGE AND FOR RESPONSIVENESS TO DEFENDANTS' DOCUMENT REQUESTS. |
| 04/18/10 | A. Pearson Task: 2200 | 4.30 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT DOCUMENTS FOR POTENTIAL PRODUCTION AND IDENTIFICATION OF PRIVILEGED MATERIALS. |
| 04/19/10 | S.K. Burdette Task: 0100 | 5.50 | DOCUMENT REVIEW/CODING IN SUMMATION; PHONE CALLS; EMAILS |

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| | | | |
|---|---|---|---|
| 04/19/10 | R.M. Gee<br>Task:  0100 | 7.20 | REVIEW LEHMAN BROTHERS DOCUMENTS FOR RESPONSIVENESS TO DEFENDANTS' DOCUMENT REQUEST AND FOR PRIVILEGE (5.2); REVIEW AZ 141 DOCUMENTS FOR RESPONSIVENESS TO DEFENDANTS' DOCUMENT REQUEST AND FOR PRIVILEGE (1.7); TELEPHONE CONFERENCE WITH A. KAUFMAN AND A. PEARSON REGARDING REDACTIONS (0.3) |
| 04/19/10 | A. Pearson<br>Task:  2200 | 8.70 | CONTINUED REVIEW AND ANALYSIS OF TRIMONT DOCUMENTS TO DETERMINE RESPONSIVENESS FOR PRODUCTION TO DEFENDANTS; RUN QC SEARCHES ON PRODUCTION SET; EMAIL COMMUNICATIONS WITH VENDOR REGARDING TIFF IMAGES FOR PRIVILEGE MATERIALS TO BE REDACTED; BEGIN REDACTING PRIVILEGED DOCUMENTS. |
| 04/19/10 | H.T. Moore<br>Task:  0100 | 1.00 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/19/10 | C.F. Graham<br>Task:  4000 | 1.50 | REVIEW DOCUMENTS FOR PRODUCTION THIS WEEK. |
| 04/19/10 | E.W. Bolte<br>Task:  0100 | .20 | UPLOAD NATIVE FILES TO THIRD PARTY VENDOR FTP SITE. |
| 04/19/10 | A.F. Kaufman<br>Task:  0100 | 4.80 | COORDINATE AND CONDUCT DOCUMENT REVIEW. |
| 04/20/10 | A.F. Kaufman<br>Task:  0100 | 8.20 | COORDINATE AND CONDUCT DOCUMENT REVIEW. |
| 04/20/10 | S.K. Burdette<br>Task:  0100 | 7.50 | DOCUMENT REVIEW/CODING IN SUMMATION |
| 04/20/10 | C. Weiss<br>Task:  4000 | .30 | REVIEW AND REPLY TO EMAILS REGARDING DISCOVERY ISSUES PERTAINING TO ADJACENT AZ 141 PROPERTY. |
| 04/20/10 | R.M. Gee<br>Task:  0100 | 7.20 | CONFERENCE CALL WITH A. PEARSON REGARDING PRIVILEGE REVIEW AND REDACTIONS OF SAME (.2); REVIEWED DOCUMENTS MARKED PRODUCE REDACTED AND REDACTED PRIVILEGE AND NON-RESPONSIVE INFORMATION (7.0) |

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE  10
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/20/10 | A. Pearson<br>Task:  2200 | 8.30 | REVIEW AND ANALYSIS OF PRIVILEGED DOCUMENTS FOR REDACTING AND PRODUCTION OF NON-PRIVILEGED MATERIAL; GENERAL REVIEW OF PRODUCTION DOCUMENTS; EMAIL VENDOR WITH TIFF REPORT FOR ADDITIONAL IMAGES NEEDED FROM NATIVES. |
| 04/20/10 | H.T. Moore<br>Task:  0100 | 1.00 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/21/10 | S.K. Burdette<br>Task:  0100 | 4.00 | DOCUMENT REVIEW/CODING IN SUMMATION |
| 04/21/10 | H.T. Moore<br>Task:  0100 | 1.00 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/21/10 | H.T. Moore<br>Task:  0100 | .50 | EXTRACT, MANIPULATE AND PROCESS CLIENT DATA FILES FOR ATTORNEY REVIEW AND ANALYSIS. |
| 04/21/10 | R.M. Gee<br>Task:  0100 | 5.30 | REVIEW AND REDACT DOCUMENTS MARKED PRIVILEGE (4.7); CONFERENCES WITH A. PEARSON AND A. KAUFMAN REGARDING REDACTIONS AND PRODUCTION (0.4). |
| 04/21/10 | C. Weiss<br>Task:  4000 | .20 | REVIEW ADDITIONAL EMAILS REGARDING DISCOVERY RELATING TO AZ 141 PROPERTY. |
| 04/21/10 | A.F. Kaufman<br>Task:  0100 | 9.20 | COORDINATE AND CONDUCT DOCUMENT REVIEW. |
| 04/21/10 | A. Pearson<br>Task:  2200 | 6.50 | CONTINUED REVIEW AND REDACTING OF PRIVILEGED AND NON-RESPONSIVE DATA FROM POTENTIAL PRODUCTION FILES; RUN CITE CHECKS ON PRODUCTION SET; TELEPHONE CONFERENCES WITH VENDOR AND ATTORNEY REGARDING PRODUCTION SPECIFICATIONS; EXTRACT DOC ID'S FOR PRODUCTION SET AND EXPORT TO EXCEL FOR LIST OF ALL PARENT/CHILD ATTACHMENTS SPLIT DURING REVIEW. |
| 04/22/10 | A. Pearson<br>Task:  2200 | 5.50 | PERFORM QC SEARCHES ON PROPOSED PRODUCTION SET TO INSURE CONSISTENCY IN MARKING DOCUMENTS; TELEPHONE CONFERENCE WITH A. KAUFMAN AND R. GEE REGARDING PRODUCTION SET; EMAIL COMMUNICATIONS WITH VENDOR REGARDING |

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE   11
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

                              ISSUES WITH PRODUCTION; RECEIPT AND REVIEW OF
                              PRODUCTION SET.

04/22/10    A.F. Kaufman        4.20    COORDINATE AND CONDUCT DOCUMENT REVIEW.
            Task:  0100

04/22/10    R.M. Gee            4.40    FINALIZE REVIEW OF PRODUCE REDACTED DOCUMENTS
            Task:  0100                 (0.4); CONDUCT SEARCH FOR THE TERM FUNDING AND
                                        REVIEWED DOCUMENTS (1.9); CONFERRED WITH A.
                                        KAUFMAN AND A. PEARSON REGARDING SAME (0.2);
                                        SEARCH FOR DRAFT LANGUAGE FOR CONFIDENTIALITY
                                        AGREEMENT FOR A. KAUFMAN (0.3);  COORDINATE
                                        PRODUCTION OF SUMMATION FILE (0.6); SERVE
                                        DOCUMENT PRODUCTION ON OPPOSITION COUNSEL
                                        (1.0).

04/22/10    C. Weiss             .30    REVIEW E-MAILS REGARDING AZ 141 PROJECT AND
            Task:  4000                 LOAN AND RELATED DISCOVERY ISSUES.

04/23/10    H.T. Moore           .50    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
            Task:  0100                 FILES FOR ATTORNEY REVIEW AND ANALYSIS.

04/26/10    C.F. Graham          .30    OFFICE CONFERENCE WITH A. KAUFMAN REGARDING
            Task:  4000                 PRIVILEGE LOG STATUS.

04/26/10    A. Pearson           .80    RECEIPT OF ADDITIONAL CLIENT DOCUMENTS AND
            Task:  2200                 CONFERENCE WITH VENDOR REGARDING SAME;PREPARE
                                        CASE FOLDERS FOR REDACTION OF ADDITIONAL
                                        PRIVILEGED MATERIALS.

04/26/10    A.F. Kaufman         .20    REVIEWED LETTER FROM OPPOSING COUNSEL.
            Task:  0100

04/27/10    H.T. Moore           .50    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
            Task:  0100                 FILES FOR ATTORNEY REVIEW AND ANALYSIS.

04/28/10    A. Pearson          2.30    UPDATE DATABASE WITH CUSTODIAN INFORMATION
            Task:  2200                 REQUESTED BY DEFENDANTS; RUN SEARCHES ON NEW
                                        DATA RECEIVED FROM TRIMONT; LOAD REVIEW SETS
                                        FOR REDACTING AND SUPPLEMENTAL PRODUCTION.

04/28/10    A.F. Kaufman         .20    TELEPHONE CALL WITH A. PEARSON REGARDING
            Task:  0100                 DOCUMENT REVIEW AND PRODUCTION.

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010            PAGE   12
MATTER NUMBER: 30837.0003
INVOICE NO.: 708336

| | | | |
|---|---|---|---|
| 04/29/10 | A. Pearson<br>Task:  2200 | .70 | TELEPHONE CONFERENCE WITH R. GEE AND A. KAUFMAN REGARDING NEW DATA FROM CLIENT; PREPARE SEPARATE DATA SETS IN SUMMATION FOR REVIEW; EMAIL COMMUNICATIONS FROM OPPOSING COUNSEL AND VENDOR REGARDING TECHNICAL ASPECTS OF DEFENDANT'S PRODUCTION SET. |
| 04/29/10 | A.F. Kaufman<br>Task:  0100 | .70 | COORDINATE DOCUMENT PRODUCTION/REVIEW ISSUES. |
| 04/30/10 | A. Pearson<br>Task:  0100 | 2.10 | BEGIN REVIEW AND ANALYSIS OF PRIVILEGED DOCUMENT SET FOR POTENTIAL REDACTIONS, PRODUCTION AND DRAFTING OF PRIVILEGE LOG. |
| 04/30/10 | A.F. Kaufman<br>Task:  0100 | .60 | DRAFT LETTER TO E. SHERMAN REGARDING DOCUMENT PRODUCTION ISSUES. |

```
0100  General Case Administration
      A. Pearson             2.10   240.00    $504.00
      A.F. Kaufman          49.00   425.00 $20,825.00
      B.S. Markowitz         1.20   235.00    $282.00
      E.W. Bolte             1.70   165.00    $280.50
      H.T. Moore             6.20   225.00  $1,395.00
      R.M. Gee              58.80   225.00 $13,230.00
      S.K. Burdette         47.60   175.00  $8,330.00

         TOTAL 0100        166.60           $44,846.50

1500  Customer/Vendor Issues
      A. Pearson             1.30   240.00    $312.00

         TOTAL 1500          1.30             $312.00

2200  Data Preservation/Migration
      A. Pearson            44.60   240.00 $10,704.00

         TOTAL 2200         44.60           $10,704.00

4000  Non-Bankruptcy Litigation
      C. Weiss               2.10   525.00  $1,102.50
      C.F. Graham           11.00   760.00  $8,360.00
      T. Hall                 .40   425.00    $170.00

         TOTAL 4000         13.50            $9,632.50
```

Billed Recap Of Cost Detail - [Invoice: 708336 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| 04/06/2010 | 4769 | ROBERT M. GEE | 101S | 62.00 | 0.15 | 9.30 | COPY CHARGES | 26378148 |
| 06/07/2010 | | Invoice=708336 | | 62.00 | 0.10 | 6.20 | | |
| | | | | | | | | |
| 04/06/2010 | 3160 | ANN PEARSON | 124S | 14.00 | 0.25 | 3.50 | OTHER   INVOICE DATE 04/06/2010 MONTHLY TAB | 26446400 |
| 06/07/2010 | | Invoice=708336 | | 14.00 | 0.25 | 3.50 | LOG | |
| | | | | | | | | |
| 04/06/2010 | 5084 | ALAN F. KAUFMAN | 105Z | 1.00 | 11.19 | 11.19 | LONG DISTANCE TELEPHONE - - PAYEE: PREMIERE | 26469735 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 11.19 | 11.19 | GLOBAL SERVICES CONFERENCE CALLS | |
| | | Voucher=1777195 Paid | | | | | Vendor=PREMIERE GLOBAL SERVICES  Balance= .00  Amount= .00 | |
| | | | | | | | | |
| 04/07/2010 | 3160 | ANN PEARSON | 101S | 220.00 | 0.15 | 33.00 | COPY CHARGES | 26378848 |
| 06/07/2010 | | Invoice=708336 | | 220.00 | 0.10 | 22.00 | | |
| | | | | | | | | |
| 04/16/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.62 | 20.62 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421478 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. BLAKE & TODD | |
| | | Voucher=1773345 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/16/2010 | 4769 | ROBERT M. GEE | 111Z | 1.00 | 29.67 | 29.67 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421479 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. ARDENIZ | |
| | | Voucher=1773345 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/17/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.00 | 10.00 | LOCAL TRAVEL | 26427328 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 10.00 | 10.00 | | |
| | | Voucher=1773982 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 29.00 | |
| | | | | | | | | |
| 04/19/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.96 | 20.96 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421496 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. KOSHER DELIGHT | |
| | | Voucher=1773347 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/19/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 382.44 | 382.44 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439378 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 382.44 | 382.44 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774857 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 04/20/2010 | 4769 | ROBERT M. GEE | 111Z | 1.00 | 22.00 | 22.00 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421493 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. MANGIA | |
| | | Voucher=1773347 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/20/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.96 | 20.96 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421494 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. KOSHER DELIGHT | |
| | | Voucher=1773347 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/20/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 8.30 | 8.30 | LOCAL TRAVEL | 26427329 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 8.30 | 8.30 | | |
| | | Voucher=1773982 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 29.00 | |
| | | | | | | | | |
| 04/21/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.62 | 20.62 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26421490 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 20.00 | 20.00 | SOLUTIONS, INC. KOSHER DELUXE | |
| | | Voucher=1773347 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 04/21/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.70 | 10.70 | LOCAL TRAVEL | 26427327 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 10.70 | 10.70 | | |
| | | Voucher=1773982 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 29.00 | |
| | | | | | | | | |
| 04/26/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 1,770.99 | 1,770.99 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439379 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 1,770.99 | 1,770.99 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774858 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 04/26/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 2,273.71 | 2,273.71 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439380 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 2,273.71 | 2,273.71 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774859 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 04/28/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 1,668.95 | 1,668.95 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439381 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 1,668.95 | 1,668.95 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774860 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 04/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 686.16 | 686.16 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439377 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 686.16 | 686.16 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774856 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| 04/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 1,723.50 | 1,723.50 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26439382 |
| 06/07/2010 | | Invoice=708336 | | 1.00 | 1,723.50 | 1,723.50 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1774861 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. *****  Balance= .00 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 8,726.57 | 19 records | |
| | | BILLED TOTALS:   BILL: | | | | 8,697.64 | | |

Billed Recap Of Cost Detail - [Invoice: 708336 Date: 06/ 07/ 2010]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | GRAND TOTAL:     WORK: | | | | 8,726.57 | 19 records | |
| | | GRAND TOTAL:     BILL: | | | | 8,697.64 | | |

**Supplemental Information Sheet**
**April 2010**

**Expenses for AZ 72 LLC (30837.0003)**

**Timekeeper: A. Kaufman**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/16/10 | $20.62 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. BLAKE & TODD | Overtime Meal | Attached |
| 4/17/10 | $10.00 | LOCAL TRAVEL | Taxi | Attached |
| 4/19/10 | $20.96 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. KOSHER DELIGHT | Overtime Meal | Attached |
| 4/20/10 | $20.96 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. KOSHER DELIGHT | Overtime Meal | Attached |
| 4/20/10 | $8.30 | LOCAL TRAVEL | Taxi | Attached |
| 4/21/10 | $20.62 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. KOSHER DELIGHT | Overtime Meal | Attached |
| 4/21/10 | $10.70 | LOCAL TRAVEL | Taxi | Attached |

**Timekeeper: R. Gee**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/16/10 | $29.67 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. ARDENIZ | Overtime Meal | Attached |

| 4/20/10 | $22.00 Reduced to $20.00 | MEALS - SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC. MANGIA | Overtime Meal | Attached |

**Timekeeper: C. Graham**

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 4/19/10 | $382.44 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |
| 4/26/10 | $1,770.99 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |
| 4/26/10 | $2,273.71 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |
| 4/28/10 | $1,668.95 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |
| 4/30/10 | $686.16 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |
| 4/30/10 | $1,723.50 | Litigation Support Vendors - DOCU TECHNOLOGIES INC. | | Attached |

SeamlessWeb Invoice

## Invoice Summary

SEAMLESSWEB INVOICE

| | | |
|---|---|---|
| Invoice Number: | 668305 | Account Number:  54-003-07386 |
| Invoice Date: | April 18, 2010 | |
| Invoice Date Range: | April 12, 2010 - April 18, 2010 | |

CUSTOMER NAME & ADDRESS
McKenna Long & Aldridge LLP (NY)
230 Park Avenue
New York, NY 10017
230 Park Ave
(212) 905-8300

BILLING INQUIRIES: (212) 944-7755,
option 6, 3

| | | |
|---|---|---|
| YTD Information | Total YTD Invoice Amount | $3,194.21 |
| | Payments Received | $2,956.69 |
| PRIOR PERIOD | Invoice Amount | $220.61 |
| CURRENT PERIOD | Meal Purchases | $237.52 |
| | Current Invoice Amount | $237.52 |
| | Payment(s) Received | $0.00 |
| | TOTAL CURRENT CHARGES: | $237.52 |
| | | $237.52 |
| REMITTANCE AMOUNT | Total Amount Due | |

PLEASE RETURN PAYMENT BY MAY 18, 2010

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

-------------------------- Detach Here --------------------------

Please return this portion with payment

McKenna Long & Aldridge LLP (NY)
230 Park Avenue
New York, NY 10017
230 Park Ave
(212) 905-8300

SeamlessWeb Professional Solutions, LLC
Invoice      668305
Number:    4/12/2010 12:00:00 AM - 4/18/2010 12:00:00 AM
Date        4/18/2010 12:00:00 AM
Range:
Invoice
Date:

Account Number:  54-003-07386

Remittance Information:

Mail:

SeamlessWeb Professional Solutions, LLC
P.O. Box 5439
New York, NY 10087-5439

Electronic:

SeamlessWeb Professional Solutions, LLC
JPMorgan Chase Bank NA, Chicago, IL
Acct. # 701335168
ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY) — Department Summary

Billing Period: April 12, 2010 - April 18, 2010

| Dept Code | Department | TaxAmt | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|
| | No Department on | $2.63 | $3.00 | $29.60 | $36.99 | $0.00 | $0.00 | $36.99 |

1773345

SeamlessWeb Invoice

## Invoice Summary

SEAMLESSWEB INVOICE

| | | |
|---|---|---|
| Invoice Number: | 669584 | Account Number:  54-003-07386 |
| Invoice Date: | April 25, 2010 | |
| Invoice Date Range: | April 19, 2010 - April 25, 2010 | |

CUSTOMER NAME & ADDRESS
  McKenna Long & Aldridge LLP (NY)
  230 Park Avenue
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

BILLING INQUIRIES: (212) 944-7755,
option 6, 3

| | | |
|---|---|---|
| YTD Information | Total YTD Invoice Amount | $3,691.02 |
| | Payments Received | $2,956.69 |
| PRIOR PERIOD | Invoice Amount | $237.52 |
| | Prior Period Balance Brought Forward | $237.52 |
| CURRENT PERIOD | Meal Purchases | $402.39 |
| | Catering Purchases | $94.42 |
| | Current Invoice Amount | $496.81 |
| | Payment(s) Received | $0.00 |
| | TOTAL CURRENT CHARGES: | $496.81 |
| REMITTANCE AMOUNT | Total Amount Due | $734.33 |

PLEASE RETURN PAYMENT BY MAY 25, 2010

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

-------------------------------- Detach Here --------------------------------

Please return this portion with payment

McKenna Long & Aldridge LLP (NY)
  230 Park Avenue
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

SeamlessWeb Professional Solutions, LLC
Invoice      669584
Number:   4/19/2010 12:00:00 AM - 4/25/2010 12:00:00 AM
Date         4/25/2010 12:00:00 AM
Range:
Invoice
Date:

Account Number:  54-003-07386

Remittance Information:

Mail:

SeamlessWeb Professional Solutions, LLC
P.O. Box 5439
New York, NY 10087-5439

Electronic:

SeamlessWeb Professional Solutions, LLC
JPMorgan Chase Bank NA, Chicago, IL
  Acct. # 701335168
  ABA # 071000013

## Dept Invoice Report

Department Summary

McKenna Long & Aldridge LLP (NY)

Billing Period: April 19, 2010 - April 25, 2010

| Dept Code Department | TaxAmt | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|

1773347

ExpenseEntireFormPrinting                                    Page 1 of 1

This expense form was submitted to the accounting department on 4/30/2010 at 9:31 AM.

Form Tracking ID    81350

Created For         5084 KAUFMAN, ALAN F.

Created By          Vargas, Jenny I.

Title               AFK - April 2010 - Transportation Expense

Expense Type        CLIENT CHARGEABLE

Client Name         30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name         0003

Description         AFK - April 2010 - Transportation Expenses (30837.0003)

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 4/21/2010 | 10.70 | 4/21/10 – Transportation Expense. |
| Taxi (Local Travel) | 4/17/2010 | 10.00 | 4/17/10 – Transportation Expense. |
| Taxi (Local Travel) | 4/20/2010 | 8.30 | 4/20/10 – Transportation Expense. |

Total $              29.00







**Document Technologies, Inc.**

1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 522784

Invoice Date: 04/19/10

**Bill To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

**Ship To:**
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

*30837.0003*

| | |
|---|---|
| Customer ID | 17608 |
| Terms | Net 15 Days |
| SalesPerson | ATL SMF |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 30883.0003 |
| Job No. | 1004158 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,266 | Scanning D work - Heavy Lit | 0.14 | 177.24 |
| 1,266 | IMG - OCR | 0.03 | 37.98 |
| 1 | IMG - Technical Time | 150.00 | 150.00 |

*c/n 30837.0003*    RE: AZ 72 Holdings

*(Box of documents from Trimont)*

*RECEIVED*
*MAY 10 2010*

*Christopher Graham*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 365.22 |
| Total Sales Tax: | 17.22 |
| Total: | 382.44 |

Accepted By: _____

**Remit To:**  Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



## Document Technologies, Inc.

1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 523809

Invoice Date: 04/26/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

*30837.0003*

| | | |
|---|---|---|
| Customer ID | 17608 | Client / Matter No. 30883.0003 |
| Terms | Net 15 Days | Job No. 1004221 |
| SalesPerson | ATL SMF | Nat'l Acct Name |
| SalesPerson 2 | | Nat'l Acct Ref. No. |
| Cust. P.O. | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 37,523 | Processing - Local | 0.04 | 1,500.92 |
| 1 | TIFF Conversion - (Page) | 150.00 | 150.00 |
| | Post Processing Services -(Hr) Custom Services | | |

*c/n 30837.0003*    RE: AZ 72 Holdings

*( CD from Trimont — for us to redact )*

*RECEIVED MAY 10 2010 PU*

*177 4458*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,650.92 |
| Total Sales Tax: | 120.07 |
| Total: | 1,770.99 |

Accepted By: _____

Remit To: Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



**Document Technologies, Inc.**
1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 523832

Invoice Date: 04/26/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

30837.0003

| | |
|---|---|
| Customer ID 17608 | Client / Matter No. 30083.0003 → |
| Terms Net 15 Days | Job No. 1004223 |
| SalesPerson ATL SMF | Nat'l Acct Name |
| SalesPerson 2 | Nat'l Acct Ref. No. |
| Cust. P.O. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | IMG - DVD Duplication | 40.00 | 40.00 |
| 12,974 | IMG - Endorsing | 0.01 | 129.74 |
| 3.5 | IMG - Technical Time | 150.00 | 525.00 |
| 36,236 | Processing - Local TIFF Conversion - (Page) | 0.04 | 1,449.44 |

c/m 30837.0003    RE: AZ 72 Holdings

(Tiffs from native files)

RECEIVED
MAY 10 2010

*Christopher Graham*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 2,144.18 |
| Total Sales Tax: | 129.53 |
| Total: | 2,273.71 |

Accepted By: _____

Remit To: Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



## Document Technologies, Inc.
1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 524300

Invoice Date: 04/28/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

*30837.0003*

| | | |
|---|---|---|
| Customer ID | 17608 | Client / Matter No. 30083.0003 |
| Terms | Net 15 Days | Job No. 1004250 |
| SalesPerson | ATL SMF | Nat'l Acct Name |
| SalesPerson 2 | | Nat'l Acct Ref. No. |
| Cust. P.O. | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Processing - Local | | |
| 36,897 | TIFF Conversion - (Page) | 0.04 | 1,476.88 |
| 0.5 | Processing Services - (Hr) Manual Processing | 150.00 | 75.00 |

*c/n# 30837.0003*

*Christopher Graham*

*RECEIVED MAY 2010*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,550.88 |
| Total Sales Tax: | 118.07 |
| Total: | 1,668.95 |

Accepted By: _____

Remit To: Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



**Document Technologies, Inc.**

1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 525692

Invoice Date: 04/30/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

*30837.0003*

| | | |
|---|---|---|
| Customer ID | 17608 | Client / Matter No. 30883.0003 |
| Terms | Net 15 Days | Job No. 1004303 |
| SalesPerson | ATL SMF | Nat'l Acct Name |
| SalesPerson 2 | | Nat'l Acct Ref. No. |
| Cust. P.O. | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Processing - Local | 0.04 | 496.44 |
| 12,411 | TIFF Conversion - (Page) | | |
| 1 | Processing Services - (Hr) Manual Processing | 150.00 | 150.00 |

*c/M# 30837.0003   Tiffs*

*Christopher Graham*

*RECEIVED*
*MAY 20 2010*

*177 4856*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 646.44 |
| Total Sales Tax: | 39.72 |
| Total: | 686.16 |

Accepted By: _____

Remit To: Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426



**Document Technologies, Inc.**
1206 Spring Street
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  524993

Invoice Date: 04/30/10

Bill To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ann Pearson

Ship To:
McKenna, Long & Aldridge, LLP
303 Peachtree Street, NE
Atlanta, GA 30308

| Customer ID | 17608 | | Client / Matter No. | ~~30083-0003~~  30837.0003 |
| Terms | Net 15 Days | | Job No. | 1004298 |
| SalesPerson | ATL SMF | | Nat'l Acct Name | |
| SalesPerson 2 | | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | | |

*(handwritten: 3083 - 0003)*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Processing - Local | | |
| 3.7 | TIFF & Data Conversion - (GB) | 375.00 | 1,387.50 |
| 1.5 | Post Processing Services -(Hr) Custom Services | 150.00 | 225.00 |

*c/m 30837.0003* RE: AZ 72 Holdings

*Trimont EED*

*(stamp)* RECEIVED MAY 10 2010

*(signature) Christopher Graham*

*(handwritten: M74861)*

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,612.50 |
| Total Sales Tax: | 111.00 |
| Total: | 1,723.50 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 708337
Matter No.: 30837.0005               Invoice Date: June 7, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|------------|
| C. Weiss | 0.90 | 525.00 | 472.50 |
| G. Walling | 43.90 | 430.00 | 18,877.00 |
| Total | 44.80 | | 19,349.50 |

TOTAL FEES:                                    $ 19,349.50

CHARGES:

    COPY CHARGES                      27.10
    DELIVERY SERVICE/MESSENGER       118.36
    LONG DISTANCE TELEPHONE           26.96

TOTAL CHARGES:                         $      172.42

T O T A L   T H I S   S T A T E M E N T:        $ 19,521.92

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 708337

DESCRIPTION OF SERVICES

04/01/10   G. Walling          1.30   COMMUNICATION FROM M. MARTINEZ REGARDING NEW
           Task: 2300                 WALKER SQUARE SALES CONTRACT (0.1); REVIEW AND
                                      REVISE WALKER SQUARE SALES CONTRACT (0.5);
                                      COMMUNICATION WITH M. MARTINEZ REGARDING SAME
                                      (0.1); CALL FROM M. MARTINEZ REGARDING
                                      RIVERBEND FLOOD INSURANCE/HOA ASSESSMENT ISSUES
                                      (0.5); CALL FROM M. MARTINEZ REGARDING
                                      TERMINATION OF P. CYBURT AS AUTHORIZED
                                      SIGNATORY FOR OCTOPUS ENTITIES AND IMPACT ON
                                      AMENDED CONDOMINIUM REGISTRATION APPLICATIONS
                                      (0.1).

04/06/10   G. Walling           .60   REVIEW OF FILE TO IDENTIFY MTS AND ASSET
           Task: 2300                 NUMBERS FOR MEZZ LOAN  (0.3); COMMUNICATION
                                      REGARDING SAME TO M. MARTINEZ (0.1);
                                      CORRESPONDENCE TO C. WINGFIELD REGARDING
                                      DELIVERY OF MEZZ LOAN REMEDY EXERCISE CLOSING
                                      DOCUMENTS TO LASALLE (0.2).

04/09/10   G. Walling           .20   COMMUNICATION FROM K. DONAHOE (AT DUPONT
           Task: 2300                 FABROS) REGARDING PROJECT OPERATING ACCOUNTS
                                      (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                      REGARDING SAME (0.1).

04/12/10   G. Walling           .30   CALL WITH M. MARTINEZ REGARDING LOAN TO COVER
           Task: 2300                 FLOOD INSURANCE PREMIUMS.

04/13/10   G. Walling           .50   COMMUNICATIONS WITH MCGUIRE WOODS, M. MARTINEZ
           Task: 2300                 AND C. FERGUSON REGARDING PAYMENT STATUS OF
                                      OPEN MCGUIRE WOODS INVOICES (0.3);
                                      COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                      AMENDED CONDOMINIUM REGISTRATION APPLICATIONS
                                      (0.2).

04/14/10   G. Walling           .20   COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task: 2300                 CONDOMINIUM REGISTRATION APPLICATIONS.

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010              PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 708337


| | | | |
|---|---|---|---|
| 04/15/10 | G. Walling<br>Task: 2300 | .20 | WORK WITH M. MARTINEZ REGARDING DECLARANT ANNUAL REPORT TO VIRGINIA COMMON INTEREST COMMUNITY BOARD. |
| 04/16/10 | G. Walling<br>Task: 2300 | .60 | WORK WITH E. STEPHENSON REGARDING OBTAINING MISSING DOCUMENTS FOR MEZZ LOAN REMEDY EXERCISE CLOSING BOOKS (0.2); COMMUNICATIONS FROM M. DEV-SIDHU REGARDING MISSING CLOSING BOOK DOCUMENTS (0.2); WORK WITH A. ELKO REGARDING FILING RELATED TO RIVERBEND/WALKER SQUARE BANKRUPTCY COURT (0.2). |
| 04/19/10 | G. Walling<br>Task: 2300 | .20 | WORK WITH E. STEPHENSON REGARDING PROCUREMENT OF MISSING DOCUMENTS FOR MEZZ LOAN REMEDY EXERCISE CLOSING BOOKS (0.1); COMMUNICATIONS WITH M. DEV-SIDHU REGARDING SAME (0.1). |
| 04/20/10 | G. Walling<br>Task: 2300 | 3.20 | WORK ON RIVERBEND AND WALKER SQUARE AMENDED CONDOMINIUM REGISTRATION APPLICATIONS (2.9); WORK WITH M. MARTINEZ REGARDING STATUS OF SAME (0.1); CORRESPONDENCE TO M. CZERVIONKE REGARDING COORDINATION OF EXECUTION BY J. FITTS OF CONDOMINIUM REGISTRATION APPLICATIONS (0.2). |
| 04/21/10 | G. Walling<br>Task: 2300 | 5.50 | COMMUNICATIONS WITH M. MARTINEZ REGARDING MCGUIRE WOODS INVOICES (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING CURRENT NUMBERS OF LEASED UNITS, UNITS UNDER CONTRACT, INVENTORY UNITS, ETC. (0.3); REVIEW AND REVISE PUBLIC OFFERING STATEMENT FOR RIVERBEND AND WALKER SQUARE CONDOMINIUMS (4.9). |
| 04/22/10 | G. Walling<br>Task: 2300 | 5.70 | REVIEW AND REVISE PUBLIC OFFERING STATEMENTS FOR RIVERBEND AND WALKER SQUARE CONDOMINIUMS (5.0); MADE RELATED REVIEW OF FILE AND CORRESPONDENCE (0.7). |
| 04/23/10 | G. Walling<br>Task: 2300 | 7.30 | COMMUNICATIONS WITH M. MARTINEZ REGARDING PROCESS FOR PAYMENT OF MCGUIREWOODS LEGAL FEES (0.2) ; CALLS WITH M. MARTINEZ REGARDING SAME (0.3); WORK WITH C. WEISS REGARDING SAME (0.1); LOCATE CONTACT INFORMATION FOR J. SAPP (WEIL GOTSHAL) (0.3); CORRESPONDENCE WITH B. |

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010          PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 708337

                                LUBKEMAN/M. MARTINEZ REGARDING NEED TO SUBMIT
                                LEGAL FEES AS ORDINARY COURSE COUNSEL FOR
                                APPROVAL IN BANKRUPTCY (0.2); WORK WITH E.
                                STEPHENSON REGARDING MEZZ LOAN REMEDY EXERCISE
                                CLOSING BOOKS TO BE SHIPPED TO LASALLE (0.2);
                                CORRESPONDENCE TO C. WINGFIELD REGARDING
                                DELIVERY OF  MEZZ LOAN REMEDY EXERCISE CLOSING
                                BOOKS (0.3); WORK WITH E. STEPHENSON REGARDING
                                LOADING RIVERBEND/WALKER SQUARE STANDARD SALES
                                CONTRACTS AND CONTRACT ADDENDA FORMS INTO
                                SYSTEM (0.2); WORK ON REVISIONS TO AMENDED
                                REGISTRATION APPLICATIONS, RETRIEVAL AND
                                ASSEMBLY OF EXHIBITS FOR SAME (5.4);
                                COMMUNICATION WITH M. MARTINEZ REGARDING HOA
                                2010 BUDGETS (0.1).

04/26/10  G. Walling          2.30    COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300                  CHANGES TO RIVERBEND HOA BUDGET (0.2); WORK ON
                                        ASSEMBLY OF REGISTRATION APPLICATIONS WITH
                                        EXHIBITS  FOR RIVERBEND AND WALKER SQUARE
                                        (1.9); COMMUNICATIONS WITH M. CZERVIONKE
                                        REGARDING REGISTRATION APPLICATIONS AND
                                        COORDINATION OF EXECUTION OF SAME BY J. FITTS
                                        (0.2).

04/27/10  G. Walling          2.40    COMMUNICATIONS WITH M. MARTINEZ AND C. FERGUSON
          Task:  2300                  REGARDING TERMINATION OF RIVERBEND LETTER OF
                                        CREDIT (0.3); COMMUNICATIONS WITH M. MARTINEZ
                                        AND C. FERGUSON REGARDING RIVERBEND REPLACEMENT
                                        LETTER OF CREDIT (0.2); REVIEW LETTERS OF
                                        CREDIT AND RECENT RELATED CORRESPONDENCE (0.4);
                                        COMMUNICATIONS WITH L. PHILLIPS REGARDING
                                        TERMINATION OF RIVERBEND LETTER OF CREDIT AND
                                        PRIOR DISCUSSIONS WITH B. GAUTHIER  (WELLS
                                        FARGO) REGARDING TRIMONT EFFORTS TO OBTAIN
                                        RIVERBEND $100,000 CD FROM WELLS FARGO (0.2);
                                        CALL WITH L. PHILLIPS REGARDING SAME (0.2);
                                        CALLS TO T. PERRY AT CIC BOARD (0.2); CALL WITH
                                        R. WEST AT CIC BOARD REGARDING REQUIRED AMOUNT
                                        OF REPLACEMENT LETTER OF CREDIT FOR RIVERBEND
                                        (0.3); COMMUNICATIONS WITH E. RAMANA, R. JACOBS
                                        AND M. MARTINEZ REGARDING LOCATION OF $100,000
                                        RIVERBEND CD (0.3); COMMUNICATIONS WITH M.
                                        MARTINEZ AND L. PHILLIPS REGARDING REPLACEMENT
                                        LETTER OF CREDIT OR ALTERNATIVE SURETY BOND TO
                                        BE DELIVERED TO CIC BOARD (0.3).

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010                    PAGE    5
MATTER NUMBER: 30837.0005
INVOICE NO.: 708337


04/28/10  G. Walling            3.80   CALL WITH M. MARTINEZ REGARDING RIVERBEND
          Task:  2300                  REPLACEMENT LETTER OF CREDIT FOR CIC BOARD
                                       (0.1); CALLS TO T. PERRY AT CIC BOARD REGARDING
                                       AMENDED CONDOMINIUM REGISTRATION APPLICATIONS
                                       AND RELATED MATTERS (0.8); COMMUNICATIONS WITH
                                       T. PERRY REGARDING REGISTRATION APPLICATIONS
                                       (0.2); COMMUNICATIONS WITH  T. PERRY REGARDING
                                       CONTACT INFORMATION (0.1); COMMUNICATIONS WITH
                                       L. PHILLIPS REGARDING TRIMONT EFFORTS TO OBTAIN
                                       RELEASE AND DELIVERY OF RIVERBEND $100,000 CD
                                       (0.2); LENGTHY CALL WITH B. GAUTHIER (WELLS
                                       FARGO) CONCERNING OCTOPUS PROPERTY RIGHTS TO
                                       $100,000 CD RELATED TO RIVERBEND CONDOMINIUMS
                                       (0.9); FOLLOW UP COMMUNICATIONS WITH M.
                                       MARTINEZ, E. RAMANA AND R. JACOBS REGARDING
                                       WELLS FARGO REQUIREMENTS RELATED TO RELEASE OF
                                       RIVERBEND $100,000 CD (0.3); LENGTHY CALL WITH
                                       M. MARTINEZ REGARDING PENDING RIVERBEND UNIT
                                       PURCHASE OFFER AND FACTORS IMPACTING TIMING OF
                                       ACCEPTANCE OF SAME, BUYER'S REMEDIES IF SELLER
                                       UNABLE TO CLOSE UNIT SALE DUE TO REGULATORY
                                       NONCOMPLIANCE (1.0); COMMUNICATIONS WITH M.
                                       MARTINEZ, C. FERGUSON AND L. PHILLIPS REGARDING
                                       RIVERBEND REPLACEMENT LETTER OF CREDIT FOR CIC
                                       BOARD (0.2).


04/28/10  C. Weiss               .40   WORK WITH G. WALLING AND REVIEW EMAILS
          Task:  2300                  REGARDING LOC REPLACEMENT MATTERS AND EFFECT
                                       ON CONDO REGISTRATIONS.


04/29/10  G. Walling            7.90   COMMUNICATIONS WITH C. BENSON REGARDING LEHMAN
          Task:  2300                  RESIGNATION AS OPERATING ADVISOR (0.1); WORK
                                       WITH C. WEISS REGARDING SAME AND ACTIONS
                                       RELATED TO RETRIEVAL OF $100,000 CD FROM WELLS
                                       FARGO AND COMMON INTEREST COMMUNITIES BOARD
                                       REGULATORY ISSUES (0.2); COMMUNICATIONS WITH M.
                                       MARTINEZ, ET AL., REGARDING CIC BOARD LETTER OF
                                       CREDIT/SURETY BOND REQUIREMENTS RELATED TO
                                       RIVERBEND CONDOMINIUMS (0.5); MADE RELATED
                                       REVIEW OF VIRGINIA CONDOMINIUM ACT AND RELATED
                                       REGULATIONS (0.6); COMMUNICATIONS WITH T. PERRY

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010                PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 708337

                                    OF CIC BOARD REGARDING ASSESSMENT BOND
QUESTIONS (0.2); COMMUNICATIONS WITH E. RAMANA
AND R. JACOBS REGARDING NEED TO HAVE H. FATEH
EXECUTE CERTIFICATION FOR WELLS FARGO RELATED
TO RIVERBEND $100,000 CD (0.3); PREPARE
CERTIFICATION FOR H. FATEH TO WELLS FARGO
(2.5); MADE RELATED FILE REVIEW (0.4);
COMMUNICATIONS WITH E. RAMANA AND R. JACOBS
REGARDING SAME (0.1); PREPARE CERTIFICATION AND
CONSENT RESOLUTION BOTH RELATED TO RETRIEVAL OF
RIVERBEND $100,000 CD FROM WELLS FARGO   (2.3);
COMMUNICATIONS WITH M. MARTINEZ AND C. FERGUSON
REGARDING SAME (0.1); COMMUNICATIONS WITH M.
MARTINEZ REGARDING REPLACEMENT LETTER OF CREDIT
OR ASSESSMENT BOND TO BE DELIVERED TO CIC BOARD
FOR RIVERBEND CONDOMINIUMS (0.4); CALL WITH M.
MARTINEZ REGARDING SAME (0.2).

| | | | |
|---|---|---|---|
| 04/29/10 | C. Weiss<br>Task:  2300 | .50 | REVIEW E-MAILS AND WORK WITH G. WALLING REGARDING LOC REPLACEMENT ISSUES AND AMENDED BUDGET APPROVAL ISSUES. |
| 04/30/10 | G. Walling<br>Task:  2300 | 1.70 | WORK ON REVISION OF CERTIFICATIONS REGARDING RETRIEVAL OF RIVERBEND $100,000 CD (0.7); WORK WITH M. MARTINEZ REGARDING RETRIEVAL OF RIVERBEND $100,000 CD (1.0). |

2300  Real Estate Matters

| | | | |
|---|---|---|---|
| C. Weiss | .90 | 525.00 | $472.50 |
| G. Walling | 43.90 | 430.00 | $18,877.00 |
| **TOTAL 2300** | 44.80 | | $19,349.50 |

Billed Recap Of Cost Detail - [Invoice: 708337 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/01/2010 | 0351 | GERALD WALLING | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26483063 |
| 06/07/2010 | | Invoice=708337 | | 9.00 | 0.10 | 0.90 | | |
| | | | | | | | | |
| 04/20/2010 | 0351 | GERALD WALLING | 101S | 54.00 | 0.15 | 8.10 | COPY CHARGES | 26399109 |
| 06/07/2010 | | Invoice=708337 | | 54.00 | 0.10 | 5.40 | | |
| | | | | | | | | |
| 04/21/2010 | 0351 | GERALD WALLING | 101S | 24.00 | 0.15 | 3.60 | COPY CHARGES | 26400696 |
| 06/07/2010 | | Invoice=708337 | | 24.00 | 0.10 | 2.40 | | |
| | | | | | | | | |
| 04/22/2010 | 0351 | GERALD WALLING | 101S | 87.00 | 0.15 | 13.05 | COPY CHARGES | 26415988 |
| 06/07/2010 | | Invoice=708337 | | 87.00 | 0.10 | 8.70 | | |
| | | | | | | | | |
| 04/23/2010 | 0351 | GERALD WALLING | 101S | 71.00 | 0.15 | 10.65 | COPY CHARGES | 26418198 |
| 06/07/2010 | | Invoice=708337 | | 71.00 | 0.10 | 7.10 | | |
| | | | | | | | | |
| 04/23/2010 | 0351 | GERALD WALLING | 107S | 1.00 | 59.18 | 59.18 | RCVD:LASALLE GLOBAL TRUST SERVIC/MR. CLIFTON WIN | 26426873 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 59.18 | 59.18 | TRACKING#:1Z3925671395798919 | |
| | | | | | | | | |
| 04/23/2010 | 0351 | GERALD WALLING | 107S | 1.00 | 59.18 | 59.18 | RCVD:LASALLE GLOBAL TRUST SERVIC/MR. CLIFTON WIN | 26426874 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 59.18 | 59.18 | TRACKING#:1Z3925671398863922 | |
| | | | | | | | | |
| 04/26/2010 | 0351 | GERALD WALLING | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26419436 |
| 06/07/2010 | | Invoice=708337 | | 9.00 | 0.10 | 0.90 | | |
| | | | | | | | | |
| 04/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 16:38 1-804-367-8510 | 26426311 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 1.45 | 1.45 | 78564 | |
| | | | | | | | | |
| 04/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 15:19 1-804-367-8510 | 26426399 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 3.63 | 3.63 | 78564 | |
| | | | | | | | | |
| 04/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 11.26 | 11.26 | LONG DISTANCE TELEPHONE 14:50 1-804-367-8510 | 26426491 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 11.26 | 11.26 | 78564 | |
| | | | | | | | | |
| 04/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 10.62 | 10.62 | LONG DISTANCE TELEPHONE 15:43 1-703-760-6240 | 26426511 |
| 06/07/2010 | | Invoice=708337 | | 1.00 | 10.62 | 10.62 | 78564 | |
| | | | | | | | | |
| 04/29/2010 | 0351 | GERALD WALLING | 101S | 5.00 | 0.15 | 0.75 | COPY CHARGES | 26425298 |
| 06/07/2010 | | Invoice=708337 | | 5.00 | 0.10 | 0.50 | | |
| | | | | | | | | |
| 04/30/2010 | 0351 | GERALD WALLING | 101S | 12.00 | 0.15 | 1.80 | COPY CHARGES | 26426758 |
| 06/07/2010 | | Invoice=708337 | | 12.00 | 0.10 | 1.20 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 185.97 | 14 records | |
| | | BILLED TOTALS: BILL: | | | | 172.42 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 185.97 | 14 records | |
| | | GRAND TOTAL: BILL: | | | | 172.42 | | |

# McKenna Long
# & Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 708225
Matter No.: 04406.0113               Invoice Date: June 7, 2010
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
    RE: PLAZA AT TURTLE CREEK LOANS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| G. Walling | 13.30 | 410.00 | 5,453.00 |
| Total | 13.30 | | 5,453.00 |

TOTAL FEES:                                      $  5,453.00

CHARGES:

    LONG DISTANCE TELEPHONE              4.71

TOTAL CHARGES:                                   $      4.71

T O T A L  T H I S  S T A T E M E N T:           $  5,457.71

LEHMAN BROTHERS HOLDINGS INC.            June 7, 2010            PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 708225


DESCRIPTION OF SERVICES


04/05/10  G. Walling          .40   COMMUNICATIONS WITH J. ARRIETA REGARDING
          Task:  2300               PHASE II/1701 CLOSING STATEMENT RELATED
                                    MATTERS (0.2); COMMUNICATIONS REGARDING SAME
                                    WITH D. BRUCE AND S. MARSHALL (0.2).

04/06/10  G. Walling         1.80   COMMUNICATIONS WITH J. ARRIETA, S. MARSHALL AND
          Task:  2300               D. BRUCE REGARDING CLOSING STATEMENT FOR
                                    II/1701 (0.2); COMMUNICATIONS WITH D. BRUCE AND
                                    S. MARSHALL REGARDING STONE & BRUCE LEGAL FEES
                                    (0.2); COMMUNICATION FROM J. ARRIETA REGARDING
                                    REVISED II/1701 CLOSING STATEMENT (0.1);
                                    COMMUNICATIONS WITH J. ARRIETA REGARDING
                                    MCKENNA LEGAL FEES RELATED TO II/1701 (0.2);
                                    REVIEW II/1701 CLOSING STATEMENT (0.3); MADE
                                    RELATED REVIEW OF SALES CONTRACT (0.2);
                                    COMMUNICATIONS WITH D. BRUCE REGARDING II/1701
                                    CLOSING DOCUMENTS (0.2); RELATED REVIEW OF
                                    TITLE COMMITMENT (0.2); COMMUNICATIONS WITH J.
                                    ARRIETA AND S. MARSHALL REGARDING CLOSING
                                    STATEMENT COMMENTS (0.2).

04/07/10  G. Walling          .60   COMMUNICATIONS WITH S. MARSHALL REGARDING
          Task:  2300               REIMBURSEMENT OF LEHMAN PROJECT EXPENSES
                                    PRIOR TO CALCULATION OF CONSULTING FEE AND
                                    II/1701 CLOSING STATEMENT (0.2); MADE RELATED
                                    REVIEW OF II/1701 SALES CONTRACT, CLOSING
                                    STATEMENT, AND AGREEMENT REGARDING LOAN
                                    (0.2); COMMUNICATIONS WITH J. ARRIETA
                                    REGARDING CLOSING STATEMENT AND CLOSING
                                    COORDINATION (0.2).

04/12/10  G. Walling          .60   COMMUNICATIONS WITH D. BRUCE AND J. ARRIETA
          Task:  2300               REGARDING PHASE II/1701 UNIT SALE CLOSING
                                    RELATED ISSUES (0.3); COMMUNICATIONS WITH S.
                                    MARSHALL REGARDING SAME (0.3).

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010                    PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 708225


04/13/10   G. Walling          1.40    COMMUNICATION WITH D. BRUCE REGARDING MARKETING
           Task: 2300                  FEES PAID TO ROSEWOOD (0.1); CORRESPONDENCE
                                       WITH S. MARSHALL REGARDING NEW PHASE II/1102
                                       SALES CONTRACT (0.1); PREPARE PARTIAL RELEASE
                                       FOR PHASE II/1701 (0.2); COMMUNICATIONS WITH S.
                                       MARSHALL, J. ARRIETA AND S. JACKSON REGARDING
                                       COORDINATION OF PARTIAL RELEASE EXECUTION
                                       (0.2); REVIEW NEW II/1102 CONTRACT (0.2); MADE
                                       RELATED REVIEW OF TITLE FILE (0.1);
                                       COMMUNICATIONS WITH S. MARSHALL REGARDING
                                       COMMENTS ON NEW CONTRACT (0.2); PREPARE MEMBER
                                       CONSENT FOR II/1102 CONTRACT (0.2);
                                       CORRESPONDENCE TO S. MARSHALL REGARDING
                                       COORDINATION OF EXECUTION OF SAME (0.1).

04/15/10   G. Walling           .30    COMMUNICATIONS WITH J. ARRIETA REGARDING PHASE
           Task: 2300                  II/1102 CONTRACT APPROVAL STATUS (0.2);
                                       COMMUNICATIONS WITH S. MARSHALL REGARDING SAME
                                       (0.1).

04/22/10   G. Walling          1.60    CALL WITH D. BRUCE REGARDING LEHMAN CHANGES TO
           Task: 2300                  WARRANTY DEED FOR II/1102 SALE (0.2); REVIEW
                                       II/1102 CONTRACT AND DEED EXHIBIT AND RELATED
                                       CORRESPONDENCE (0.4); CALL TO J. NASTASI
                                       REGARDING SAME (0.1); COMMUNICATIONS WITH J.
                                       NASTASI REGARDING CHANGES TO II/1102 DEED
                                       (0.2); COMMUNICATIONS TO S. MARSHALL REGARDING
                                       II/1102 SALES CONTRACT AND RELATED DEED CHANGES
                                       (0.2); COMMUNICATIONS WITH J. ARRIETA, D.
                                       BRUCE, ET AL., REGARDING CHANGES TO PRO FORMA
                                       WARRANTY DEED (0.2); CORRESPONDENCE WITH D.
                                       BRUCE REGARDING REVISED II/1102 DEED (0.1);
                                       COMMUNICATION FROM S. MARSHALL REGARDING LENDER
                                       ADVANCES TO BE REIMBURSED FROM II/1102 SALE
                                       PROCEEDS (0.1); COMMUNICATION FROM J. ARRIETA
                                       REGARDING II/1102 CLOSING STATEMENT (0.1).

04/23/10   G. Walling           .70    COMMUNICATIONS WITH J. NASTASI REGARDING
           Task: 2300                  II/1102 SALES CONTRACT (0.1); COMMUNICATION
                                       WITH S. MARSHALL REGARDING SAME (0.1);
                                       COMMUNICATIONS WITH J. ARRIETA REGARDING
                                       II/1102 CLOSING COORDINATION MATTERS (0.2);
                                       REVIEW TITLE COMMITMENT AND TAX REPORT
                                       REGARDING II/1102 SALE (0.3).

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    4
MATTER NUMBER: 04406.0113
INVOICE NO.: 708225


04/26/10   G. Walling          2.60   COMMUNICATIONS WITH J. ARRIETA REGARDING
           Task:  2300                 II/1102 CLOSING STATEMENT (0.2); MADE RELATED
                                       REVIEW OF SALES CONTRACT (0.2);   REVIEW CLOSING
                                       STATEMENT AND REVISIONS OF SAME (0.4);
                                       COMMUNICATIONS WITH J. ARRIETA REGARDING
                                       CORRECTIONS TO CLOSING STATEMENT (0.3); REVIEW
                                       OF CLOSED UNIT SALES FILES TO VERIFY RECEIPT OF
                                       PARTIAL RELEASES FROM LEHMAN AND DELIVERY OF
                                       SAME TO FIDELITY (1.3); COMMUNICATIONS WITH S.
                                       MARSHALL REGARDING OUTSTANDING PARTIAL RELEASE
                                       FOR II/1701 (0.2).


04/27/10   G. Walling           .60   COMMUNICATIONS WITH J. ARRIETA AND J. GOURLEY
           Task:  2300                 CONCERNING BUYER OBLIGATION TO PAY 50% OF
                                       ESCROW FEES (0.2); MADE RELATED REVIEW OF
                                       PURCHASE AGREEMENT (0.2); COMMUNICATIONS WITH
                                       J. ARRIETA AND S. MARSHALL REGARDING CLOSING
                                       DATE AND LEHMAN EXECUTION STATUS OF CLOSING
                                       STATEMENT (0.2).


04/28/10   G. Walling           .40   COMMUNICATIONS FROM J. ARRIETA REGARDING
           Task:  2300                 REVISED II/1102 CLOSING STATEMENT (0.1); REVIEW
                                       CLOSING STATEMENT (0.2); COMMUNICATIONS FROM S.
                                       MARSHALL REGARDING CLOSING STATEMENT AND NEED
                                       TO DELAY II/1102 CLOSING DATE (0.1).


04/29/10   G. Walling           .20   COMMUNICATIONS WITH J. ARRIETA REGARDING BUYER
           Task:  2300                 EXECUTION II/1102 SALE DOCUMENTS AND PURCHASE
                                       PRICE, AND NEED FOR SELLER EXECUTED SELLER
                                       CLOSING STATEMENT.


04/30/10   G. Walling          2.10   COMMUNICATION WITH J. ARRIETA REGARDING
           Task:  2300                 COORDINATION OF EXECUTION AND DELIVERY OF
                                       II/1102 CLOSING STATEMENT (0.4); COMMUNICATION
                                       WITH S. MARSHALL REGARDING SAME (0.2)
                                       COMMUNICATION WITH D. KAPLAN REGARDING II/1102
                                       CLOSING STATEMENT (0.1); COMMUNICATION WITH J.
                                       NASTASI REGARDING II/1102 CLOSING STATEMENT
                                       EXECUTION (0.2); COMMUNICATIONS WITH M.
                                       CZERONKE REGARDING SAME (0.2); CALL WITH D.
                                       KAPLAN REGARDING II/1102 EXECUTION STATUS
                                       (0.7); CALL TO J. F.ILLS AND HIS SECRETARY
                                       REGARDING II/1102 CLOSING STATEMENT EXECUTION
                                       STATUS (0.3).

LEHMAN BROTHERS HOLDINGS INC.          June 7, 2010                PAGE   5
MATTER NUMBER: 04406.0113
INVOICE NO.: 708225


2300   Real Estate Matters
       G. Walling                 13.30     410.00   $5,453.00

         TOTAL 2300               13.30              $5,453.00

Billed Recap Of Cost Detail - [Invoice: 708225 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/22/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:30 1-646-285-9027 | 26417747 |
| 06/07/2010 | | Invoice=708225 | | 1.00 | 0.36 | 0.36 | 78564 | |
| | | | | | | | | |
| 04/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:52 1-646-285-9027 | 26436530 |
| 06/07/2010 | | Invoice=708225 | | 1.00 | 0.36 | 0.36 | 78564 | |
| | | | | | | | | |
| 04/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:54 1-646-285-9020 | 26436532 |
| 06/07/2010 | | Invoice=708225 | | 1.00 | 0.72 | 0.72 | 78564 | |
| | | | | | | | | |
| 04/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 15:05 1-646-285-9020 | 26436534 |
| 06/07/2010 | | Invoice=708225 | | 1.00 | 1.09 | 1.09 | 78564 | |
| | | | | | | | | |
| 04/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 15:08 1-646-285-9036 | 26436535 |
| 06/07/2010 | | Invoice=708225 | | 1.00 | 2.18 | 2.18 | 78564 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 4.71 | 5 records | |
| | | BILLED TOTALS:    BILL: | | | | 4.71 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 4.71 | 5 records | |
| | | GRAND TOTAL:    BILL: | | | | 4.71 | | |

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE  PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                    Invoice No. 708227
Matter No.: 04406.0205               Invoice Date: June 7, 2010
==============================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: EB DEVELOPERS INC.


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|-------------|
| P. McGeehan | 0.70 | 550.00 | 385.00 |
| D.M. Etheridge | 3.00 | 520.00 | 1,560.00 |
| D. Flaum | 13.00 | 335.00 | 4,355.00 |
| Total | 16.70 | | 6,300.00 |


TOTAL FEES:                                  $  6,300.00

CHARGES:

    COPY CHARGES                       3.60
    LONG DISTANCE TELEPHONE            6.85

TOTAL CHARGES:                               $     10.45

T O T A L   T H I S   S T A T E M E N T:     $  6,310.45

LEHMAN BROTHERS HOLDINGS INC.                    June 7, 2010              PAGE    2
MATTER NUMBER: 04406.0205
INVOICE NO.: 708227


                    DESCRIPTION OF SERVICES


04/13/10   P. McGeehan            .40    CONFER WITH MR. FLAUM REGARDING DISPUTE WITH
           Task:  2300                   RIVIERA PALMS HOA OVER AUDIT.

04/13/10   D. Flaum              1.30    REVIEW FILE WITH RESPECT TO RIVIERA AUDTI
           Task:  2300                   ISSUES (0.4); CONFER AND CORRESPOND WITH P.
                                         MCGEEHAN, TRIMONT AND LEHMAN REGARDING RIVIERA
                                         AUDIT ISSUES (0.9).

04/14/10   D. Flaum              4.00    CORRESPOND WITH TRIMONT, LOCAL COUNSEL AND P.
           Task:  2300                   MCGEEHAN REGARDING LETTER TO RIVIERA CONDO
                                         ASSOCIATION (0.5); DRAFT, REVIEW AND REVISE
                                         LETTER TO RIVIERA CONDO ASSOCIATION ATTORNEY
                                         (3.0); REVIEW CORRESPONDENCE FROM AND
                                         CORRESPOND WITH K. OLSON WITH RESPECT THERETO
                                         (0.2); REVIEW FILE REGARDING SANCTUARY BAY
                                         ORGANIZATIONAL STRUCTURE (0.3).

04/14/10   P. McGeehan            .10    TELEPHONE CALL WITH MR. FLAUM REGARDING
           Task:  2300                   LETTER TO HOA'S COUNSEL IN RIVIERA PALMS.

04/15/10   P. McGeehan            .20    EMAIL COMMUNICATIONS WITH MR. FLAUM REGARDING
           Task:  2300                   LETTER TO RIVIERA PALMS HOA COUNSEL.

04/15/10   D. Flaum              3.50    CONFER AND CORRESPOND WITH P. MCGEEHAN,
           Task:  2300                   LEHMAN, TRIMONT AND AUDITOR REGARDING LETTER
                                         TO RIVIERA ASSOCIATION COUNSEL REGARDING
                                         AUDIT ISSUES.

04/16/10   D. Flaum               .50    CONFER AND CORRESPOND WITH LEHMAN REGARDING
           Task:  2300                   RIVIERA AUDIT ISSUES.

04/19/10   D. Flaum               .70    CONFER WITH P. MCGEEHAN AND CORRESPOND WITH
           Task:  2300                   AUDITOR REGARDING RIVIERA AUDIT LETTERS
                                         (0.5); CONFER WITH RIVIERA AUDITOR REGARDING
                                         LETTERS (0.2).

04/20/10   D. Flaum               .20    CONFER WITH LEHMAN AND THE RIVIERA AUDITOR
           Task:  2300                   REGARDING STATUS.

LEHMAN BROTHERS HOLDINGS INC.   June 7, 2010   PAGE   3
MATTER NUMBER: 04406.0205
INVOICE NO.: 708227

| 04/21/10 | D. Flaum<br>Task: 2300 | .10 | CONFER WITH RIVIERA AUDITOR REGARDING AUDIT ISSUES. |
|---|---|---|---|
| 04/22/10 | D. Flaum<br>Task: 2300 | 1.40 | CONFER AND CORRESPOND WITH RIVIERA AUDITOR REGARDING AUDIT LETTERS (0.3); REVIEW AND REVISE SAME (0.2); REVIEW RIVIERA FILE REGARDING OPERATING AGREEMENT FOR AUDITOR (0.4); CONFER AND CORRESPOND WITH TRIMONT AND RIVIERA AUDITOR REGARDING RELEASE OF RIVIERA AUDITOR'S WORK PAPERS (0.5). |
| 04/23/10 | D. Flaum<br>Task: 2300 | .40 | CONFER AND CORRESPOND WITH TRIMONT AND LEHMAN REGARDING RIVIERA AUDIT ISSUES. |
| 04/26/10 | D. Flaum<br>Task: 2300 | .30 | CONFER AND CORRESPOND WITH D. ETHERIDGE OF MCKENNA LONG AND J. NASTASI AND N. HORSFIELD OF LEHMAN REGARDING RIVIERA AUDIT ISSUES. |
| 04/26/10 | D.M. Etheridge<br>Task: 0100 | .20 | CONFERENCE WITH D. FLAUM CONCERNING REVIEW OF ACCOUNTING WORK PAPERS. |
| 04/27/10 | D.M. Etheridge<br>Task: 0100 | .60 | REVIEW AUDIT WORK PAPERS RECEIVED. |
| 04/30/10 | D.M. Etheridge<br>Task: 0100 | 2.20 | REVIEW AUDIT WORK PAPERS (1.6); TELEPHONE CONFERENCE WITH D. FLAUM REGARDING STATUS (0.6). |
| 04/30/10 | D. Flaum<br>Task: 2300 | .60 | CONFER AND CORRESPOND WITH LEHMAN, D. ETHERIDGE AND RIVIERA AUDITOR REGARDING RIVIERA AUDIT WORK PAPER ISSUES. |

| 0100  General Case Administration | | | |
|---|---|---|---|
| D.M. Etheridge | 3.00 | 520.00 | $1,560.00 |
| TOTAL 0100 | 3.00 | | $1,560.00 |

| 2300  Real Estate Matters | | | |
|---|---|---|---|
| D. Flaum | 13.00 | 335.00 | $4,355.00 |
| P. McGeehan | .70 | 550.00 | $385.00 |
| TOTAL 2300 | 13.70 | | $4,740.00 |

Billed Recap Of Cost Detail - [Invoice: 708227 Date: 06/ 07/ 2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/05/2010 | 4981 | ALISON ELKO | 101S | 32.00 | 0.15 | 4.80 | COPY CHARGES | 26377182 |
| 06/07/2010 | | Invoice=708227 | | 32.00 | 0.10 | 3.20 | | |
| | | | | | | | | |
| 04/15/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:21 1-305-825-1123 | 26414035 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 4392 | DOUGLAS FLAUM | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26395226 |
| 06/07/2010 | | Invoice=708227 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:41 1-305-825-1123 | 26414778 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.72 | 0.72 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:43 1-305-926-5301 | 26414779 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:49 1-305-825-1123 | 26414784 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:50 1-305-825-1123 | 26414786 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.72 | 0.72 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:53 1-646-285-9021 | 26414789 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.72 | 0.72 | 78569 | |
| | | | | | | | | |
| 04/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 14:56 1-813-227-7421 | 26414793 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 1.45 | 1.45 | 78569 | |
| | | | | | | | | |
| 04/20/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 17:03 1-305-825-1123 | 26415220 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.72 | 0.72 | 78569 | |
| | | | | | | | | |
| 04/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:00 1-305-825-1123 | 26415479 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:53 1-305-825-1123 | 26415584 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:27 1-646-285-9027 | 26424144 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 04/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:28 1-646-285-9021 | 26424146 |
| 06/07/2010 | | Invoice=708227 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 12.25 | 14 records | |
| | | BILLED TOTALS:   BILL: | | | | 10.45 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 12.25 | 14 records | |
| | | GRAND TOTAL:   BILL: | | | | 10.45 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                   Invoice No. 708333
Matter No.: 04406.0222              Invoice Date: June 7, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: MIDDLE MOUNTAIN 156 LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C. Weiss | 2.80 | 525.00 | 1,470.00 |
| G. Walling | 12.20 | 430.00 | 5,246.00 |
| D.A. Geiger | 0.20 | 425.00 | 85.00 |
| Total | 15.20 | | 6,801.00 |

TOTAL FEES:                              $  6,801.00

CHARGES:

    COPY CHARGES                          2.40
    LONG DISTANCE TELEPHONE               1.81

TOTAL CHARGES:                           $     4.21

T O T A L   T H I S   S T A T E M E N T :    $  6,805.21

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 708333


                    DESCRIPTION OF SERVICES


04/05/10  C. Weiss            .90   REVIEW E-MAILS AND PROPOSED APS STIPULATED
          Task:  4000               JUDGMENT AND CONSIDER COMMENTS TO SAME (0.6);
                                    E-MAILS TO D. GEIGER AND G. WALLING REGARDING
                                    SAME AND NEXT STEPS (0.3).

04/05/10  D.A. Geiger         .20   REVIEW DRAFT STIPULATED JUDGMENT PROPOSED BY
          Task:  4000               APS TO RESOLVE CONDEMNATION ACTION.

04/06/10  G. Walling          .30   WORK WITH D. GEIGER CONCERNING REVIEW OF APS
          Task:  2300               JUDGMENT RELATED DOCUMENTS (0.2); WORK WITH C.
                                    WEISS CONCERNING SAME (0.1).

04/13/10  C. Weiss            .20   REVIEW E-MAILS REGARDING STATUS AND TIMING OF
          Task:  4000               ADOT PAYMENT.

04/15/10  G. Walling        3.10   REVIEW CORRESPONDENCE FROM D. GEIGER AND C.
          Task:  2300               WEISS REGARDING DRAFT APS JUDGMENT AND DRAFT
                                    APS EASEMENT (0.3); MADE RELATED FILE REVIEW
                                    (0.7); REVIEW AND REVISE DRAFT APS JUDGMENT
                                    (2.0); WORK WITH D. GEIGER AND C. WEISS WITH
                                    RESPECT TO SAME (0.1).

04/16/10  G. Walling        3.60   REVIEW DRAFT APS JUDGMENT AND EASEMENT AND
          Task:  2300               RELATED CORRESPONDENCE (0.5); REVISE DRAFT APS
                                    JUDGMENT (3.1).

04/20/10  C. Weiss            .70   REVIEW OF PROPOSED REVISIONS TO APS EASEMENT
          Task:  2300               AND MEMO FROM G. WALLING REGARDING SAME.

04/20/10  G. Walling        5.20   WORK ON ARIZONA PUBLIC SERVICE COMPANY UTILITY
          Task:  2300               EASEMENT (4.9); WORK WITH D. GEIGER AND C.
                                    WEISS REGARDING SAME (0.3).

04/22/10  C. Weiss          1.00   WORK ON REVIEW AND COMMENT TO PROPOSED
          Task:  4000               JUDGMENT AND EASEMENT APS CONDEMNATION ACTION.

LEHMAN BROTHERS HOLDINGS INC.              June 7, 2010              PAGE    3
MATTER NUMBER: 04406.0222
INVOICE NO.: 708333


2300  Real Estate Matters
        C. Weiss                          .70    525.00    $367.50
        G. Walling                      12.20    430.00  $5,246.00

           TOTAL 2300                    12.90            $5,613.50

4000  Non-Bankruptcy Litigation
        C. Weiss                         2.10    525.00  $1,102.50
        D.A. Geiger                       .20    425.00     $85.00

           TOTAL 4000                     2.30           $1,187.50

Billed Recap Of Cost Detail - [Invoice: 708333 Date: 06/ 07/ 2010] Pg 73 of 75

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/16/2010 | 0351 | GERALD WALLING | 101S | 10.00 | 0.15 | 1.50 | COPY CHARGES | 26392761 |
| 06/07/2010 | | Invoice=708333 | | 10.00 | 0.10 | 1.00 | | |
| | | | | | | | | |
| 04/20/2010 | 0351 | GERALD WALLING | 101S | 14.00 | 0.15 | 2.10 | COPY CHARGES | 26398943 |
| 06/07/2010 | | Invoice=708333 | | 14.00 | 0.10 | 1.40 | | |
| | | | | | | | | |
| 04/27/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.81 | 1.81 | LONG DISTANCE TELEPHONE 11:51 1-646-285-9795 | 26424508 |
| 06/07/2010 | | Invoice=708333 | | 1.00 | 1.81 | 1.81 | 74118 | |
| | | | | | | | | |
| | | BILLED TOTALS:     WORK: | | | | 5.41 | 3 records | |
| | | BILLED TOTALS:     BILL: | | | | 4.21 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 5.41 | 3 records | |
| | | GRAND TOTAL:     BILL: | | | | 4.21 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: EVANTHE  PAPASTATHIS
TRIMONT REAL ESTATE ADVISORS, INC.
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                Invoice No. 708334
Matter No.: 04406.0238           Invoice Date: June 7, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2010
RE: TELLURIDE FORECLOSURE

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|-------------|
| K. Lewis | 1.30 | 430.00 | 559.00 |
| D. Flaum | 0.60 | 335.00 | 201.00 |
| Total | 1.90 | | 760.00 |

TOTAL FEES:                                $    760.00

T O T A L   T H I S   S T A T E M E N T :    $    760.00

LEHMAN BROTHERS HOLDINGS INC.                June 7, 2010              PAGE   2
MATTER NUMBER: 04406.0238
INVOICE NO.: 708334


                        DESCRIPTION OF SERVICES


04/02/10   K. Lewis              .10    COMMUNICATIONS WITH D. FLAUM REGARDING RIDGE
           Task:  2300                  LOT HOMEOWNERS ASSOCIATION LIEN RELEASES.

04/03/10   D. Flaum              .10    REVIEW CORRESPONDENCE FROM K. LEWIS AND
           Task:  2300                  CORRESPOND WITH TRIMONT REGARDING RECORDATION
                                        OF TERMINATION OF LIENS.

04/06/10   D. Flaum              .30    CONFER WITH K. LEWIS REGARDING STATUS OF
           Task:  2300                  MATTER.

04/06/10   K. Lewis            1.20     CONFERENCE CALL WITH R. BRUSCO, J. RHODES ET
           Task:  2300                  AL. REGARDING OPEN HOMEOWNERS' ASSOCIATION
                                        CLAIMS, REQUEST FOR ORGANIZATIONAL AND
                                        ASSIGNMENT DOCUMENTS, AND ENTITLEMENTS ISSUES
                                        (0.7); BRIEF REVIEW OF ORGANIZATIONAL DOCUMENTS
                                        FOR SPECIAL-PURPOSE ENTITIES (0.2); FURTHER
                                        COMMUNICATIONS WITH J. RHODES AND S. ABELMAN
                                        REGARDING SAME (0.3).

04/12/10   D. Flaum              .20    CONFER AND CORRESPOND WITH J. RHODES
           Task:  2300                  REGARDING TITLE TRANSFER.

2300   Real Estate Matters
       D. Flaum                       .60    335.00    $201.00
       K. Lewis                      1.30    430.00    $559.00

       TOTAL 2300                    1.90              $760.00