# EXHIBIT E-4

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for May 1, 2010 through May 31, 2010**

# McKenna Long
# & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 713306
Matter No.: 30837.0001               Invoice Date: July 13, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| M. Kaufman | 102.60 | 650.00 | 66,690.00 |
| D. Gordon | 2.80 | 320.00 | 896.00 |
| Total | 105.40 | | 67,586.00 |

TOTAL FEES:                                    $ 67,586.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 2.00 |
| LOCAL TRAVEL | 154.35 |
| LONG DISTANCE TELEPHONE | 88.27 |
| MEALS | 205.48 |
| OTHER | 8.00 |
| OUT OF TOWN TRAVEL | 1,845.00 |
| PACER SEARCHES | 8.00 |

TOTAL CHARGES:                                 $  2,311.10

T O T A L   T H I S   S T A T E M E N T :      $ 69,897.10

LEHMAN BROTHERS HOLDINGS INC.      July 13, 2010      PAGE   2
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306

## DESCRIPTION OF SERVICES

05/03/10  M. Kaufman      9.40   TRAVEL TO SAN FRANCISCO IN PREPARATION FOR
        Task:  4000            TOMORROW'S MEETING WITH JUDGE LARSON WITH
                               REGARD TO MEDIATION (2.7); WORK ON OUTLINE OF
                               MATTERS TO BE ADDRESSED IN PRELIMINARY SESSION
                               (5.2); MEET WITH P. BENVENUTTI TO PLAN
                               TOMORROW'S PRESENTATION AND FURTHER WORK IN
                               PREPARATION FOR AID HEARING (1.5).

05/04/10  M. Kaufman      6.80   CONTINUED WORK IN PREPARATION FOR HEARING
        Task:  4000            BEFORE JUDGE LARSON (2.8); ATTEND AND
                               PARTICIPATE AT PRELIMINARY SETTLEMENT MEDIATION
                               SESSIONS (1.3); SUBSEQUENT REPORTING TO CLIENT
                               WITH REGARD TO RESULTS OF HEARING AND
                               PRELIMINARY WORK ON OUTLINE OF MATTERS TO BE
                               CONTAINED IN SUBMISSION AND CONSIDERATION OF
                               APPROACH TO BE TAKEN TO SUBMISSION IN LIGHT OF
                               COMMENTS FROM JUDGE LARSON (2.4); REVIEW OF P.
                               BENVENUTTI'S MESSAGE TO W. OLSHAN AND OTHERS
                               REPORTING ON PRELIMINARY MEDIATION MEETING
                               BEFORE JUDGE LARSON EARLIER TODAY (0.3).

05/05/10  M. Kaufman      7.20   RETURN TO ATLANTA FROM PRELIMINARY MEETING WITH
        Task:  4000            JUDGE LARSON AND WORK ON DRAFTING OF MATTERS TO
                               BE CONTAINED IN SETTLEMENT STATEMENT AND CONFER
                               WITH P. BENVENUTTI UPON RETURN REGARDING SAME
                               (6.4); WORK ON PRELIMINARY STRATEGIES RELATING
                               THERETO (0.8).

05/06/10  M. Kaufman      4.20   CONFER WITH P. BENVENUTTI REGARDING TACTICS IN
        Task:  4000            LIGHT OF JUDGE LARSON'S PRELIMINARY MEDIATION
                                 SESSION (1.1); COMMENCE WORK ON OUTLINE OF
                                 MATTERS TO BE CONTAINED IN PORTION OF MEDIATION
                                 STATEMENT TO BE DRAFTED BY ME (3.1).

05/07/10  M. Kaufman      5.10   WORK ON DRAFTING OF MEDIATION SETTLEMENT
        Task:  4000            STATEMENT(4.2); CONFER WITH OTHER COUNSEL WITH
                                 REGARD TO APPROACH TO BE TAKEN IN RESPECT OF
                                 SETTLEMENT CONFERENCE SUBMISSION (0.9).

LEHMAN BROTHERS HOLDINGS INC.          July 13, 2010          PAGE   4
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306

| 05/17/10 | M. Kaufman<br>Task:  4000 | 5.20 | WORK ON MATTERS RELATING TO MEET AND CONFER SESSION WITH R. MOORE PERTAINING TO SETTLEMENT SUBMISSIONS (1.1); EXTENSIVE WORK ON DRAFTING OF SETTLEMENT SUBMISSION FOR LEHMAN AND INCORPORATION OF ASPECTS OF PRIOR RULINGS, ORDERS, TRANSCRIPTS AND EVIDENCE INTO PROPOSED SUBMISSION (4.1). |
|---|---|---|---|
| 05/18/10 | M. Kaufman<br>Task:  4000 | 6.10 | PREPARATION FOR A CALL WITH R. MOORE WITH REGARD TO MEET AND CONFER ON SETTLEMENT CONFERENCE SUBMISSIONS (1.1); CONFER WITH P. BENVENUTTI PREPATORY TO CALL (0.3); PARTICIPATE IN TELEPHONIC CALL WITH R. MOORE (0.3); FOLLOW-UP CONFERENCE WITH P. BENVENUTTI REGARDING SAME (0.3); WORK ON DRAFT OF LEHMAN'S SETTLEMENT SUBMISSION (2.3); REVIEW OF P. BENVENUTTI DRAFT MEMORANDUM PERTAINING TO RESULTS OF AND COMMENT TO BENVENUTTI REGARDING SAME (0.3); REVIEW EMAIL FROM W. OLSHAN PROVIDING COPIES OF DOCUMENTS RECEIVED BY HIM RELATING TO KUKULKA'S REQUEST TO HAVE LEHMAN JOIN POLISH PROCEEDINGS (0.6); WORK ON TACTICAL ISSUES REGARDING SAME AND DRAFT MEMORANDUM TO CLIENT RELATING THERETO (0.3); CONFER WITH P. BENVENUTTI REGARDING SAME (0.2). |
| 05/18/10 | M. Kaufman<br>Task:  4000 | 3.90 | EXTENSIVE WORK DRAFTING OF SETTLEMENT STATEMENT ON LEHMAN'S BEHALF. |
| 05/19/10 | M. Kaufman<br>Task:  4000 | 4.10 | FURTHER REVIEW OF MEMORANDUM ADDRESSING R. OLINER'S MEETING AND RESULTS OF SETTLEMENT CONFERENCE (0.4); CONFER WITH P. BENVENUTTI AND REVIEW OF FINAL AS SENT EMAIL RELATING TO SAME (0.3); EMAIL TO LEVINE, R. OLSHAN, AND P. BENVENUTTI REGARDING RESPONSE TO ISSUES RELATING TO KUKULKA'S LATEST ENTREATY TO LEHMAN (0.4); DRAFT SETTLEMENT SUBMISSION (3.0). |
| 05/19/10 | D. Gordon<br>Task:  4000 | .40 | CONFERENCE WITH P. CROSBY REGARDING CALCULATION OF ADDITIONAL POTENTIAL CONTEMPT DAMAGES IN CONNECTION WITH SETTLEMENT CONFERENCE STATEMENT. |

LEHMAN BROTHERS HOLDINGS INC.            July 13, 2010            PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 713306


| | | | |
|---|---|---|---|
| 05/21/10 | M. Kaufman<br>Task:  4000 | 4.00 | WORK ON LEHMAN'S MEDIATION SUBMISSION (3.7);<br>REVIEW OF EMAIL FROM P. BENVENUTTI RELATING TO<br>CONTACT BY HEITMAN'S COUNSEL AND STRATEGIES FOR<br>ADDRESSING SAME (0.3). |
| 05/24/10 | D. Gordon<br>Task:  4000 | .30 | CONFERENCE WITH M. KAUFMAN REGARDING<br>DOCUMENTS NEEDED FOR SETTLEMENT CONFERENCE<br>STATEMENT (0.1); LOCATE AND TRANSMIT SAME<br>(0.2). |
| 05/24/10 | M. Kaufman<br>Task:  4000 | 4.90 | WORK ON LEHMAN'S MEDIATION SUBMISSION. |
| 05/25/10 | M. Kaufman<br>Task:  4000 | 5.60 | WORK ON LEHMAN'S MEDIATION SUBMISSION. |
| 05/26/10 | M. Kaufman<br>Task:  4000 | 5.40 | WORK ON LEHMAN'S MEDIATION SUBMISSION. |
| 05/27/10 | M. Kaufman<br>Task:  4000 | 3.20 | WORK ON LEHMAN'S MEDIATION SUBMISSION. |
| 05/28/10 | M. Kaufman<br>Task:  4000 | 3.80 | WORK ON LEHMAN'S MEDIATION SUBMISSION. |

```
4000  Non-Bankruptcy Litigation
      D. Gordon                       2.80   320.00    $896.00
      M. Kaufman                    102.60   650.00 $66,690.00

          TOTAL 4000                105.40           $67,586.00
```

Billed Recap Of Cost Detail - [Invoice: 711759 Date: 06/ 25/ 2010]

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cont.Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/01/2010 | 4003 | DAVID GORDON | 411S | 3.00 | 2.67 | 8.00 | PACER SEARCHES | 26515241 |
| 06/25/2010 | | Invoice=711759 | | 3.00 | 2.67 | 8.00 | | |
| | | | | | | | | |
| 05/05/2010 | 0681 | SUMMER CHANDLER | 101S | 11.00 | 0.15 | 1.65 | COPY CHARGES | 26430618 |
| 06/25/2010 | | Invoice=711759 | | 11.00 | 0.10 | 1.10 | | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 111Z | 1.00 | 205.48 | 205.48 | MEALS | 26439057 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 205.48 | 205.48 | MISCELLANEOUS FOOD/MEALS (SOME RECEIPTS MISSING) | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance=.00  Amount=899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 531.60 | 531.60 | OUT OF TOWN TRAVEL | 26439058 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 531.60 | 531.60 | OMNI HOTEL | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance=.00  Amount=899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 124Z | 1.00 | 8.00 | 8.00 | OTHER | 26439059 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 8.00 | 8.00 | TIPS AT HOTEL | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance=.00  Amount=899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 127.35 | 127.35 | LOCAL TRAVEL | 26439060 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 127.35 | 127.35 | TAXI FROM AND TO SAN FRANCISCO AIRPORT AND AROUN | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance=.00  Amount=899.43 | |
| | | | | | | | | |
| 05/05/2010 | 0034 | MARK S. KAUFMAN | 109Z | 1.00 | 27.00 | 27.00 | LOCAL TRAVEL | 26439061 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 27.00 | 27.00 | PARKING AT THE ATLANTA AIRPORT | |
| | | Voucher=1774683 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance=.00  Amount=899.43 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:38 1-415-875-5826 | 26447057 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.72 | 0.72 | 74120 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.63 | 3.63 | LONG DISTANCE TELEPHONE 16:42 1-503-740-0935 | 26455562 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 3.63 | 3.63 | 74120 | |
| | | | | | | | | |
| 05/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 15.99 | 15.99 | LONG DISTANCE TELEPHONE 17:04 1-415-875-5826 | 26455564 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 15.99 | 15.99 | 74120 | |
| | | | | | | | | |
| 05/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 12.72 | 12.72 | LONG DISTANCE TELEPHONE 15:16 1-415-773-6697 | 26447150 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 12.72 | 12.72 | 74120 | |
| | | | | | | | | |
| 05/12/2010 | 0034 | MARK S. KAUFMAN | 101S | 9.00 | 0.15 | 1.35 | COPY CHARGES | 26442446 |
| 06/25/2010 | | Invoice=711759 | | 9.00 | 0.10 | 0.90 | | |
| | | | | | | | | |
| 05/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:05 1-415-875-5826 | 26447297 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/12/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.08 | 5.08 | LONG DISTANCE TELEPHONE 12:11 1-415-875-5826 | 26447313 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 5.08 | 5.08 | 74120 | |
| | | | | | | | | |
| 05/14/2010 | 0999 | MLA MLA | 105S | 1.00 | 27.26 | 27.26 | LONG DISTANCE TELEPHONE 11:04 1-503-322-2758 | 26455665 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 27.26 | 27.26 | 74120 | |
| | | | | | | | | |
| 05/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:06 1-415-875-5826 | 26455837 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 16:27 1-415-875-5826 | 26455857 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 11:24 1-415-875-5826 | 26455915 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.45 | 1.45 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:04 1-503-740-0935 | 26455918 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 14:16 1-415-875-5826 | 26455952 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 9.81 | 9.81 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 15:30 1-415-875-5826 | 26455973 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 3.27 | 3.27 | 74120 | |
| | | | | | | | | |
| 05/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.09 | 1.09 | LONG DISTANCE TELEPHONE 18:01 1-510-655-6691 | 26456007 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1.09 | 1.09 | 74120 | |
| | | | | | | | | |
| 05/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:05 1-503-740-0935 | 26493006 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 0.36 | 0.36 | 74120 | |
| | | | | | | | | |
| 05/28/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.72 | 4.72 | LONG DISTANCE TELEPHONE 17:03 1-415-875-5826 | 26485673 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 4.72 | 4.72 | 74120 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/29/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 1,313.40 | 1,313.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26487798 |
| 06/25/2010 | | Invoice=711759 | | 1.00 | 1,313.40 | 1,313.40 | COMPANY**** AMERICAN EXPRESS INV #052910PTREE | |
| | | Voucher=1778912 Paid | | | | | Vendor=AMERICAN EXPRESS COMPANY**** Balance= .00  Amount= | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 2,312.10 | 25 records | |
| | | BILLED TOTALS:    BILL: | | | | 2,311.10 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 2,312.10 | 25 records | |
| | | GRAND TOTAL:    BILL: | | | | 2,311.10 | | |

**Supplemental Information Sheet**
**May 2010**

Expenses for Kontrabecki (30837.0001)
Timekeeper: M. Kaufman

| Date | Amount | Expense | Description | Supporting Documentation |
|------|--------|---------|-------------|--------------------------|
| 5/5/10 | $205.48 | MEALS - Miscellaneous Food/Meals | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Meals on hotel bill included with reimbursement for meals in the amount of $128.50 | Attached |
| 5/5/10 | $531.60 | OUT OF TOWN TRAVEL - Omni Hotel | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Two night stay at hotel $230/night (excluding taxes and other charges). Meals on hotel bill included with reimbursement for meals in the amount of $128.50. | Attached |
| 5/5/10 | $8.00 | OTHER - Tips at Omni Hotel | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Tips at Omni Hotel. | Attached |
| 5/5/10 | $127.35 | LOCAL TRAVEL- Taxi | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Taxis from/to airport and around San Francisco | Attached |
| 5/5/10 | $27.00 | LOCAL TRAVEL - Parking at Atlanta Airport | Travel to San Francisco for preliminary meetings with Judge Larson regarding mediation. Parking at Hartsfield-Jackson Atlanta International Airport. | Attached |

| 5/29/10 | $1,313.40 | OUT OF TOWN TRAVEL - Payee: American Express Company | Travel to San Francisco for July 13, 2010 to July 16, 2010 for settlement. | Attached |
|---------|-----------|------|------|----------|

ATLANTA:5243327.1

ExpenseEntireFormPrinting

Page 1 of 1

This expense form has not yet been submitted to the accounting department.

| | |
|---|---|
| Form Tracking ID | 81680 |
| Created For | 0034 KAUFMAN, MARK S. |
| Created By | Murphy, Judy K. |
| Title | Travel to San Francisco for meeting with Mediating Judge |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0001 |
| Description | Travel to San Francisco for meeting with mediating Judge |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Food / Meal | 5/5/2010 | 205.48 | Miscellaneous food/meals (some receipts missing) |
| Hotel | 5/5/2010 | 531.60 | Omni Hotel |
| Other Expense | 5/5/2010 | 8.00 | Tips at hotel |
| Taxi (Local Travel) | 5/5/2010 | 127.35 | Taxi from and to San Francisco airport and around town |
| Parking | 5/5/2010 | 27.00 | Parking at the Atlanta Airport |

Total $        899.43

PRINT THIS FORM

CLOSE

X  Mark S Kaufman

# OMNI ✤ HOTELS®

OMNI SAN FRANCISCO HOTEL
500 CALIFORNIA STREET
SAN FRANCISCO    CA    94104
**Tele-** (415) 677-9494    **Fax-** (415) 273-3038

KAUFMAN, MARK
LAWYERS TRAVEL
303 PEACHTREE ST
ATLANTA        GA    30308

Room Number: 1407
Daily Rate: 230
Room Type: KN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|---|
| 05/03/10 | 05/05/10 | | | LAWTVL | ESP | 17100559837 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 05/03/10 | 1407 | ROOM CHARGE | #1407 KAUFMAN, MARK | $230.00 |
| 05/03/10 | 1407 | ROOM TAX | ROOM TAX | $32.20 |
| 05/03/10 | 1407 | TOURISM TAX | TOURISM TAX | $0.15 |
| 05/03/10 | 1407 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.45 |
| 05/03/10 | 1407 | REFRESHMENT CENTER | 1407/159931/18:06/REFRESHMENT CENTER | $10.74 |
| 05/04/10 | 1407 | ROOM CHARGE | #1407 KAUFMAN, MARK | $230.00 |
| 05/04/10 | 1407 | ROOM TAX | ROOM TAX | $32.20 |
| 05/04/10 | 1407 | TOURISM TAX | TOURISM TAX | $0.15 |
| 05/04/10 | 1407 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $3.45 |
| 05/05/10 | 1407 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($542.34) |

FOOD / DRINK
#10.74  Hotel
190.10  All Other
9.50 5/4 Lunch - no receipt
#205.48

Hotel
#531.60

Tips (hotel)
8.00

**TOTAL DUE:**        $0.00

ASH   3-6563

```
      ** TGI FRIDAY'S #1935 **
         ATLANTA AIRPORT, GA
Date:           May03'10 10:39AM
Card Type:      VISA
Acct #:         XXXXXXXXXXXX1050
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      B1B0005 436143
Auth Code:      394145
Check:          14
Table:          24/1
           103 MICHELLE
```

Subtotal:          10.00

TIP        $    3.

TOTAL      $   13.06

```
S
```

```
   THANK YOU FOR DINING AT MAX'S
   A GREAT PLACE FOR A DIET!
          555 California
              94104
          415-788-6297

Server: Cashier1          05/04/2010
Fast Close/1              9:59 AM
Guests: 1                 10293

COFFEE                     1.00
BAGEL WITH CREAM CHEESE    2.25
ODWALLA                    3.75

Subtotal                   7.00
Tax                        0.57

Total                      7.57

1825 CASH                 20.00
Change                    12.43
```
tip  1.00
```
     Top Copy = Maxs
     Bottom Copy = Customer

   --- Check Closed ---
```



**R & G LOUNGE**
631 KEARNY STREET
SAN FRANCISCO, CA 94108
(415)982-7877

Monday  5/3/2010  9:12:06 PM

## Check #: 6421
**Merchant #:** 000000032003
**Table #:** S10
**User Code:** DAN
**Transaction ID:** 080124149644598
**Authorization Code:** 092527
**Card Type: V**
**Cardholder:** KAUFMAN/ MARK S
**Card #:** ######1050

**AMOUNT:**     $ 49.55

**Gratuity:**     11.

**TOTAL:**        60.58

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown above and agrees to perform the
obligati...                ...the Cardholder Agreement with the seller

**Cust** ·                                    ...

```
www.vicoretcos...com
        550 Green St
        415-433-5800

Server: FRANCESCO      DOB: 05/04/2010
09:28 PM               05/04/20..0
Table 2/1              1/10001

VISA                        1048581
Card #XXXXXXXXXXXX1050
Magnetic card present: KAUFMAN  MARK S
Approva` 330959

          Amount:        77.20

          + Tip:        20.

          = Total:      97.20

X
```

           THANK YOU!

THANK YOU FOR
RIDING LUXOR CAB
05/03/10  15:56
05/03/10  16:20
TRIP #   21656
DIST    15.07 mi
FARE    $ 38.65
EXTRAS   $ 2.00
TOTAL   $ 40.65
(415)282-4141
SAN FRANCISCO CA

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date 5/4/
Amount of Fare $ 12 50
Other Charges  $ _____
Total . . . . $ _____
Driver's Name _____
Cab number _____

Fare $  To airport
From _____
To     5/
Date   5/5
Cab No.
Driver

Fare $  5/5
From _____  16 20
To
Date
Cab No.
Driver

Total Taxi: # 127.35

```
Check 169
Suan M.                    5/5/2010
Dine In                    6:31 AM

  Raspberry Muffin            2.95
  MD Coffee                   2.05

Subtotal                     5.00
Sales Tax                    0.46

TOTAL                        5.46

Cash                       -20.00
CHANGE DUE                  14.54
        HAVE A GREAT DAY
```

```
      H J ATLANTA INT'L
           AIRPORT

        PO Box 20786
        Atlanta, GA 30320
      Customer Service:
        404-530-6725

  Card Account : XXXXXXXXXXX1050
  Card Type : VISA
  Authorization Code : 431708

  Cashier : 190   Seq # 48319
  License Plate : NO-PLATE
  Ent : 09:30 05/03/10 Lane 3
  Exit: 14:43 05/05/10 Lane 25
  Duration: 2D(s) 5H(s) 13M(s)
  Rate Code: 9

         FEE  $      27.00
  AMOUNT TEND  $     27.00
        CASH  $       0.00
  CREDIT CARD  $     27.00
       CHECK  $       0.00
  CHANGE CALC  $       0.00

  PAID AT CI  $      27.00
     Taxes Included
    *** Thank You ***
```

**Murphy, Judy**

| | |
|---|---|
| From: | ianderson@travelleaders.com |
| Sent: | Thursday, May 27, 2010 2:14 PM |
| To: | Murphy, Judy |
| Subject: | Travel Itinerary/Invoice for MARK.S KAUFMAN - Travel Date July 13, 2010 |
| Attachments: | AIR_FLT_2349_1413077.ics; AIR_FLT_589_1413077.ics |

Travel Leaders
101 Corporate Plaza Dr.
LaGrange, GA 30240
706-882-9381
706-882-7171

Please click here to view your itinerary online.

If receiving on a PDA, please scroll down to view itinerary.

Note: The attached .ics file(s) contain(s) _____ endar. Please disregard if not applicable.

If you can't click on the link _____ rom below and paste it into your browser
window's address field.
Online itinerary: [http://mag _____
If the itinerary is still not app _____

*[Handwritten note overlaid:]*
Note re: 7/13-7/16 trip to
San Francisco

Regular Refundable Coach
$1,945.40
Apr 1st → 1,273.40

Save for Expense Report

Travel Leaders
101 Corporate Plaza
LaGrange GA 30240
706-882-9381
706-882-7171

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

Passenger Information

Company Name: ONE PEACHT____
Company Number: 30837.00C
Account No.: 2266
Date Issued: May 27, 2010_
Agency Confirmation: 3QRVI
Agent: BK-IA/PI3
Invoice #: 775168
First Name: MARK.S
Last Name: KAUFMAN
CONFIRMATION INFORMATION
TICKET CONFIRMATION FOR DEL

FLIGHT

Tuesday July 13, 2010
http://www.flightstats.com/g____
http://magna.magnatech.com/G____
http://www.delta.com/traveli____                                    ____epartureDate=2010-07-13
Air Vendor: DELTA
Flight Number: 2349
From: ATLANTA
Departs: 03:00 PM
To: SAN FRANCISCO
Arrives: 05:10 PM
Seat: 02-D
Ticket Confirmation: CSNDIC
Aircraft: 763
Class of Service: [ A ] FIRST CLASS
Operated By: DELTA

5/27/2010

Flight Type: NON-STOP
BAGGAGE FEES MAY APPLY
MEAL- LUNCH
FLIGHT DURATION   5.10 HRS
MILES  2139
SEAT     02-D  **RESERVED**
KAUFMAN/MARK.S
NOT VALID FOR TRAVEL-BEFORE 13JUL/AFTER 13JUL


FLIGHT

Friday July 16, 2010
http://www.flightstats.com/go/FlightStatus/flightStatusByFlight.do?airline=DL&flightNumber=589&departureDate=2010-07-16
http://magna.magnatech.com/GetMap.html?ATL%20airport
http://www.delta.com/traveling_checkin/index.jsp
Air Vendor: DELTA
Flight Number: 589
From: SAN FRANCISCO
Departs: 08:35 AM
To: ATLANTA
Arrives: 04:22 PM
Seat: 05-D
Ticket Confirmation: CSNDIC
Aircraft: 757
Class of Service: [ D ] BUSINESS CLASS
Operated By: DELTA
Flight Type: NON-STOP
BAGGAGE FEES MAY APPLY
MEAL- BREAKFAST
FLIGHT DURATION   4.47 HRS
MILES  2139
SEAT     05-D  **RESERVED**
KAUFMAN/MARK.S
NOT VALID FOR TRAVEL-BEFORE 16JUL/AFTER 16JUL


Miscellaneous

Friday July 16, 2010
Start Date: July 16, 2010
Description: SERVICE FEE
CONFIRMED
ITEM COST:40.00


INVOICE INFORMATION

Invoice #:775168
Air Fare:$ 1164.64
Tax:$ 108.76
Total Taxes:$ 108.76
Total Air Fare:$ 1273.40
Service Charge:$ 40.00
Total:$ 1313.40
Total Payment:$ 1313.40


PAYMENT HISTORY

05/27/10
Credit Card
XXXX XXXXXX X1009/AX
$ 1313.40


GENERAL INFORMATION

TICKET NUMBER(S):    E0068605962324
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S        DL0215556416


REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
*******************************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
*************TRAVEL ADVISORY***************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN - 2 - HR PRIOR TO DEPARTURE


5/27/2010

DO NOT CHECK IN ONLINE IF YOU PLAN TO CHANGE
ALL FLIGHTS CLOSE OUT 30MIN PRIOR TO DEPARTURE
MOST AIRLINES REQUIRE 1 HOUR TO 24 HOUR NOTICE
FOR CANCELLATION OR TICKET VALUE WILL BE FORFEITED
NEW CHECKED BAGGAGE POLICIES VARY BY AIRLINE
GO TO WWW.APTWCT.COM FOR POLICIES AND FEES
NONREFUNDABLE FARE ** CHANGE/STANDBY FEES APPLY
MOST AIRLINES ARE CHARGING FOR 1ST AND 2ND CHECKED BAGS
DOMESTIC CHECKED BAG CHARGE RANGE FROM $25-50 FOR
50LB OR LESS EACH WAY TRIPLE FOR OVER WEIGHT/SIZE
THANK YOUR FOR USING TRAVEL LEADERS INC.
****************BE ADVISED*************************
TSA WILL START TO IMPLEMENT THE NO INFORMATION
NO BOARDING PASS RULE LATER THIS YEAR
*************************************************
YOUR NAME ON YOUR TICKET MUST MATCH YOUR ID
U88/5555

5/27/2010

# McKenna Long
## &Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                    Invoice No. 713307
Matter No.: 30837.0002               Invoice Date: July 13, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| S. Chandler | 0.50 | 400.00 | 200.00 |
| A. Elko | 8.30 | 335.00 | 2,780.50 |
| Total | 8.80 | | 2,980.50 |

TOTAL FEES:                                      $  2,980.50

T O T A L   T H I S   S T A T E M E N T :        $  2,980.50

LEHMAN BROTHERS HOLDINGS INC.              July 13, 2010              PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 713307


                        DESCRIPTION OF SERVICES


05/05/10  S. Chandler          .20    REVISE TIME ENTRIES IN THE KONTRABECKI MATTER
          Task:  4600                  TO ADD FURTHER DETAIL REGARDING TASKS
                                       PERFORMED.

05/19/10  A. Elko              .40    CONFER AND CORRESPOND WITH M. HOFFMAN
          Task:  4600                  REGARDING FEE COMMITTEE AND BILLING PROTOCOL
                                       FOR LEHMAN MATTERS.

05/25/10  A. Elko             3.80    REVIEW AND EDIT PRO FORMAS FOR FEBRUARY,
          Task:  4600                  MARCH AND APRIL (2.5); DRAFT MONTHLY
                                       STATEMENT FOR FEBRUARY (0.5); REVIEW
                                       ACCOUNTING ISSUES WITH FOURTH INTERIM FEE
                                       APPLICATION TRANSMITTED BY B. DEAL AT BROWN
                                       GREER (0.8).

05/26/10  S. Chandler          .30    REVISE TIME ENTRIES FOR KONTRABECKI MATTER TO
          Task:  4600                  PROVIDE ADDITIONAL DETAILS REGARDING WORK
                                       PERFORMED.

05/26/10  A. Elko             2.20    REVIEW AND EDIT FEBRUARY INVOICES (0.5);
          Task:  4600                  REVISE FEBRUARY MONTHLY STATEMENT INCLUDING
                                       SUMMARIES OF FEES AND EXPENSES (0.5); REVIEW
                                       AND EDIT PRO FORMAS FOR MARCH AND APRIL
                                       (1.2).

05/27/10  A. Elko             1.90    REVIEW AND EDIT PRO FORMAS AND INVOICES FOR
          Task:  4600                  MARCH AND APRIL (0.8); REVIEW EXPENSES (0.3);
                                       WORK ON MONTHLY STATEMENTS (0.8).

4600  Firm's Own Billing/Fee Applications
      A. Elko                          8.30    335.00   $2,780.50
      S. Chandler                       .50    400.00    $200.00

         TOTAL 4600                    8.80             $2,980.50

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837
Matter No.: 30837.0003

Invoice No. 716296
Invoice Date: July 29, 2010

===============================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 4.50 | 760.00 | 3,420.00 |
| A.F. Kaufman | 2.20 | 425.00 | 935.00 |
| M.B. Hoffman | 20.90 | 350.00 | 7,315.00 |
| A. Pearson | 1.90 | 240.00 | 456.00 |
| R.M. Gee | 20.80 | 225.00 | 4,680.00 |
| H.T. Moore | 2.20 | 225.00 | 495.00 |
| Total | 52.50 | | 17,301.00 |

TOTAL FEES:                                           $ 17,301.00

T O T A L   T H I S   S T A T E M E N T :             $ 17,301.00

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010            PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


                         DESCRIPTION OF SERVICES


05/03/10   A.F. Kaufman          .30    FINALIZE AND SEND LETTER TO E. SHERMAN (0.2);
           Task:   4000                  COORDINATE DOCUMENT PRODUCTION ISSUES (0.1).

05/03/10   H.T. Moore           1.00    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
           Task:   4000                  FILES FOR ATTORNEY REVIEW AND ANALYSIS.

05/03/10   C.F. Graham           .30    READ EMAIL ABOUT ELECTRONIC DISCOVERY ISSUES.
           Task:   4000

05/04/10   H.T. Moore            .50    EXTRACT, MANIPULATE AND PROCESS CLIENT DATA
           Task:   4000                  FILES FOR ATTORNEY REVIEW AND ANALYSIS.

05/04/10   A.F. Kaufman          .40    COORDINATE DOCUMENT PRODUCTION ISSUES.
           Task:   4000

05/04/10   R.M. Gee              .60    ATTEND TO REVIEW OF GREAT AMERICAN CAPITAL
           Task:   4000                  PRODUCED DOCUMENTS (0.4);   CALL WITH VENDOR
                                         REGARDING MISSING IMAGES (0.1); CONFER WITH A.
                                         KAUFMAN REGARDING SAME (0.1).

05/04/10   R.M. Gee             4.20    REVIEW SUPPLEMENTAL ELECTRONIC DOCUMENT FROM
           Task:   4000                  LEHMAN BROTHERS FOR RESPONSIVENESS AND
                                         PRIVILEGE (0.3); CALL WITH A. PEARSON AND A.
                                         KAUFMAN REGARDING REVIEW (0.2); ATTEND TO
                                         PROCESSING OF DEFENDANTS' DATA AND
                                         COMMUNICATIONS WITH VENDOR REGARDING CONVERTING
                                         CONCORDANCE LOAD FILES TO SUMMATION AND MISSING
                                         IMAGES (3.7).

05/04/10   C.F. Graham           .30    REVIEW EMAILS REGARDING DOCUMENT PRODUCTION
           Task:   4000                  FROM J. CHORMANSKI.

05/05/10   R.M. Gee             4.80    REVIEW SUPPLEMENTAL DOCUMENTS FROM LEHMAN
           Task:   4000                  BROTHERS FOR RESPONSIVENESS AND PRIVILEGE
                                         (4.3); ATTEND TO TECHNICAL PROBLEMS WITH
                                         DEFENDANTS' DOCUMENT PRODUCTION (0.5).

05/05/10   A.F. Kaufman          .20    COORDINATE DOCUMENT PRODUCTION ISSUES.
           Task:   4000

LEHMAN BROTHERS HOLDINGS INC.                  July 29, 2010           PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


05/06/10   A.F. Kaufman          .20   TELEPHONE CALL WITH A. PEARSON REGARDING
           Task: 4000                  DOCUMENT REVIEW/PRODUCTION.

05/06/10   R.M. Gee             2.40   REVIEW LEHMAN SUPPLEMENT PRODUCTION FOR
           Task: 4000                  RESPONSIVENESS AND PRIVILEGE (2.3); EMAIL WITH
                                       A. PEARSON REGARDING REVIEW (0.1).

05/07/10   R.M. Gee             2.10   REVIEW DOCUMENTS FROM BARSANTI  FOR
           Task: 4000                  RESPONSIVENESS AND PRIVILEGE.

05/07/10   C.F. Graham           .40   REVIEW DISCOVERY ISSUES WITH R. GEE (0.3);
           Task: 4000                  EMAIL CORRESPONDENCE WITH A. PEARSON REGARDING
                                       DOCUMENT PRODUCTION FORMAT(0.1).

05/08/10   C.F. Graham          1.00   PRIVILEGE ISSUES.
           Task: 4000

05/10/10   C.F. Graham           .60   REVIEW DISCOVERY ISSUES WITH A. KAUFMAN AND R.
           Task: 4000                  GEE.

05/10/10   R.M. Gee             4.20   FINALIZE REVIEW OF DOCUMENTS FROM BARSANTI FOR
           Task: 4000                  RESPONSIVENESS AND PRIVILEGE.

05/10/10   A.F. Kaufman          .10   CONFER WITH A. PEARSON AND B. MARKOWITZ
           Task: 4000                  REGARDING DOCUMENT REVIEW/PRODUCTION.

05/17/10   R.M. Gee              .10   REVIEW DOCKET UPDATE AND DISTRIBUTED NEW
           Task: 4000                  JUDGE'S INDIVIDUAL RULES TO TEAM.

05/17/10   C.F. Graham           .50   READ ORDER RE-ASSIGNING CASE TO JUDGE
           Task: 4000                  JONES(0.1);   READ JUDGE JONES CHAMBERS
                                       RULES(0.4).

05/19/10   A.F. Kaufman          .60   TELEPHONE CALL WITH M. HOFFMAN REGARDING
           Task: 4000                  DOCUMENT REVIEW (0.4); TELEPHONE CALL WITH A.
                                       PEARSON REGARDING DOCUMENT REVIEW (0.2).


05/19/10   M.B. Hoffman         1.10   CONFERENCE WITH A. KAUFMAN REGARDING AV 72
           Task: 4000                  HOLDINGS MATTER IN PREPARATION FOR REVIEW OF
                                       DEFENDANTS' DOCUMENT PRODUCTION FOR SUBSTANCE
                                       AND RESPONSIVENESS AND DRAFTING OF MOTION FOR
                                       SUMMARY JUDGMENT (0.4); CONFERENCE WITH B.
                                       MARKOWITZ AND R. GEE REGARDING ORGANIZATION AND

LEHMAN BROTHERS HOLDINGS INC.                    July 29, 2010          PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296

 

                                                   LOCATION OF DOCUMENT PRODUCTION BY DEFENDANTS
AND STATUS OF ANY REVIEW IN PREPARATION FOR
REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION FOR
SUBSTANCE AND RESPONSIVENESS (0.3); BEGIN
GENERALLY REVIEWING DEFENDANTS' DOCUMENT
PRODUCTION TO ASCERTAIN TYPES OF DOCUMENTS
PRODUCED AND ORGANIZATION TO DETERMINE STAFFING
AND TIME REQUIRED FOR SUBSTANTIVE REVIEW (0.4).

05/19/10  M.B. Hoffman          .60    CONFERENCE WITH A. ELKO REGARDING LEHMAN
          Task:  4000                  MATTER, FEE COMMITTEE, AND TIME-KEEPING
                                       PRACTICES (0.3); REVIEW AND ANALYZE VARIOUS
                                       MEMORANDA PROVIDING ADDITIONAL INFORMATION
                                       REGARDING LEHMAN BILLING PROCEDURES (0.3).

05/19/10  A. Pearson            .60    REVIEW REDACTED DOCUMENTS FOR SUPPLEMENTAL
          Task:  4000                  PRODUCTION.

05/19/10  C.F. Graham           .70    READ CORRESPONDENCE FROM A. KAUFMAN TO SHERMAN
          Task:  4000                  REGARDING DISCOVERY DISPUTE (0.3);  OFFICE
                                       CONFERENCE WITH  M. HOFFMAN REGARDING SUMMARY
                                       JUDGMENT MOTION (0.2); OFFICE CONFERENCE WITH
                                       A. KAUFMAN REGARDING SUMMARY JUDGMENT MOTION
                                       (0.2).

05/20/10  M.B. Hoffman         1.50    CONTINUE TO REVIEW DEFENDANTS' DOCUMENT
          Task:  4000                  PRODUCTION TO ASCERTAIN TYPES OF DOCUMENTS
                                       PRODUCED AND ORGANIZATION TO DETERMINE STAFFING
                                       AND TIME REQUIRED FOR SUBSTANTIVE REVIEW (0.4);
                                       CONFER WITH A. KAUFMAN REGARDING DEFENDANTS'
                                       DOCUMENT PRODUCTION, TYPES OF DOCUMENTS, AND
                                       ORGANIZATION THEREIN TO DETERMINE LEVEL OF
                                       REVIEW REQUIRED (0.2); REVIEW AND ANALYZE
                                       COMPLAINT, ANSWER, AFFIRMATIVE DEFENSES,
                                       PLAINTIFF'S AND DEFENDANTS' RULE 26 STATEMENTS
                                       IN ANTICIPATION OF SUBSTANTIVELY REVIEWING
                                       DEFENDANTS' DOCUMENT PRODUCTION FOR MOTION FOR
                                       SUMMARY JUDGMENT (0.9).

05/20/10  A.F. Kaufman          .20    TELEPHONE CALL WITH M. HOFFMAN REGARDING
          Task:  4000                  DOCUMENT REVIEW.

05/20/10  R.M. Gee             1.10    ATTEND TO PRIVILEGE REVIEW.
          Task:  4000

LEHMAN BROTHERS HOLDINGS INC.                July 29, 2010          PAGE   5
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


| 05/21/10 | A.F. Kaufman<br>Task:  4000 | .20 | TELEPHONE CALL WITH A. PEARSON REGARDING DOCUMENT REVIEW. |
|---|---|---|---|

05/21/10   M.B. Hoffman          3.60   REVIEW AND ANALYZE GAC DOCUMENT PRODUCTION TO
           Task:  4000                  ASCERTAIN SUPPORT OF CLAIMS AND AFFIRMATIVE
                                        DEFENSES IN ANTICIPATION OF MOTION FOR SUMMARY
                                        JUDGMENT.

05/23/10   M.B. Hoffman          1.60   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                  PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                        DEFENSES.

05/24/10   M.B. Hoffman          4.50   CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                  PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                        DEFENSES (4.4); DRAFT CORRESPONDENCE TO A.
                                        KAUFMAN REGARDING ANY EXISTING SUMMARY
                                        OUTLINING THE PARTIES' DISPUTES FOR PURPOSES OF
                                        DOCUMENT REVIEW (0.1).

05/25/10   R.M. Gee              .80    ATTEND TO REVIEW OF DEFENDANTS' DOCUMENT
           Task:  4000                  PRODUCTION (0.6); CONFERENCE WITH M. HOFFMAN
                                        REGARDING SAME (0.2).

05/25/10   A. Pearson            1.30   REVIEW AND REDACT ADDITIONAL DOCUMENTS
           Task:  4000                  IDENTIFIED AS POTENTIALLY PRIVILEGED OR
                                        CONTAINING PARTIALLY NON-RESPONSIVE
                                        INFORMATION.

05/25/10   M.B. Hoffman          .70    CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
           Task:  4000                  PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                        DEFENSES (0.6); DRAFT FOLLOW UP CORRESPONDENCE
                                        TO A. KAUFMAN REGARDING ANY EXISTING SUMMARY
                                        OUTLINING THE PARTIES' DISPUTES FOR PURPOSES OF
                                        DOCUMENT REVIEW (0.1).

05/26/10   M.B. Hoffman          3.30   REVIEW AND ANALYZE LETTER FROM DEFENDANTS'
           Task:  4000                  COUNSEL TO JUDGE REGARDING THE UNDERLYING
                                        ACTION FOR CONTEXT FOR SUBSTANTIVE REVIEW OF
                                        DOCUMENTS PRODUCED BY DEFENDANTS (0.3);
                                        CONTINUE REVIEW AND ANALYSIS OF GAC DOCUMENT
                                        PRODUCTION TO ASCERTAIN SUPPORT OF AFFIRMATIVE
                                        DEFENSES (3.0).

05/26/10   C.F. Graham           .70    WORK ON OUTLINE OF SUMMARY JUDGMENT MOTION.
           Task:  4000

LEHMAN BROTHERS HOLDINGS INC.              July 29, 2010              PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 716296


05/26/10   R.M. Gee              .50   REVIEW CORRESPONDENCE FILE AND SEND KEY
           Task:   4000                DOCUMENTS TO M. HOFFMAN IN CONNECTION WITH
                                       REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION.

05/30/10   M.B. Hoffman         1.10   CONTINUE TO REVIEW AND ANALYZE GAC DOCUMENT
           Task:   4000                PRODUCTION TO ASCERTAIN CLAIMS AND ANY SUPPORT
                                       OF AFFIRMATIVE DEFENSES.

05/31/10   M.B. Hoffman         2.90   CONTINUE TO REVIEW AND ANALYZE GAC DOCUMENT
           Task:   4000                PRODUCTION TO ASCERTAIN CLAIMS AND ANY SUPPORT
                                       OF AFFIRMATIVE DEFENSES.


4000   Non-Bankruptcy Litigation
       A. Pearson                        1.90    240.00     $456.00
       A.F. Kaufman                      2.20    425.00     $935.00
       C.F. Graham                       4.50    760.00   $3,420.00
       H.T. Moore                        1.50    225.00     $337.50
       M.B. Hoffman                     20.90    350.00   $7,315.00
       R.M. Gee                         20.80    225.00   $4,680.00

       TOTAL 4000                       51.80            $17,143.50

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 713308
Matter No.: 30837.0005               Invoice Date: July 13, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING


* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|----------|------------|
| C. Weiss | 0.90 | 525.00 | 472.50 |
| G. Walling | 30.20 | 430.00 | 12,986.00 |
| Total | 31.10 | | 13,458.50 |

TOTAL FEES:                                      $ 13,458.50

CHARGES:

    COPY CHARGES                          6.90
    DELIVERY SERVICE/MESSENGER           16.64

TOTAL CHARGES:                             $      23.54

T O T A L   T H I S   S T A T E M E N T :   $ 13,482.04

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010                    PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

DESCRIPTION OF SERVICES

05/03/10   G. Walling           .70    CALLS WITH M. MARTINEZ REGARDING CIC BOARD
           Task: 2300                  SURETY BOND REQUIREMENTS (0.4); WORK WITH E.
                                       STEPHENSON REGARDING PROVIDING OF CONTACT
                                       INFORMATION FOR T. PERRY (CIC BOARD ) TO M.
                                       MARTINEZ (0.3).

05/04/10   G. Walling          4.40    COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task: 2300                  RIVERBEND REPLACEMENT LETTER OF CREDIT OR
                                       SURETY BOND AND INCREASED RIVERBEND BUDGET
                                       (0.2); REVIEW AND REVISE RIVERBEND SURETY BOND
                                       (0.3); COMMUNICATIONS WITH M. MARTINEZ
                                       REGARDING SAME (0.1); COMMUNICATIONS WITH T.
                                       PERRY AND B. JONES AT CIC BOARD REGARDING
                                       RIVERBEND SURETY BOND (0.2); COMMUNICATIONS
                                       WITH M. DEV-SIDHU REGARDING RIVERBEND REVISED
                                       BUDGET (0.2); COMMUNICATIONS WITH E. RAMANA AND
                                       R. JACOBS REGARDING H. FATEH CERTIFICATION
                                       ABOUT RETRIEVAL OF RIVERBEND $100,000
                                       CERTIFICATE OF DEPOSIT (0.2); WORK ON REVISION
                                       OF LB CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC
                                       CERTIFICATION REGARDING RIVERBEND $100,000
                                       CERTIFICATE OF DEPOSIT (0.5); COMMUNICATIONS
                                       WITH E. RAMANA REGARDING H. FATEH CERTIFICATION
                                       ABOUT RIVERBEND $100,000 CERTIFICATE OF DEPOSIT
                                       (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                       REGARDING RIVERBEND SURETY BOND (0.2); REVIEW
                                       RIVERBEND SURETY BOND (0.3); WORK ON REVISION
                                       OF CERTIFICATIONS REGARDING RIVERBEND LETTER OF
                                       CREDIT AND CERTIFICATE OF DEPOSIT (2.0).

05/05/10   G. Walling          4.80    COMMUNICATIONS WITH M. MARTINEZ REGARDING
           Task: 2300                  RIVERBEND SURETY BOND (0.2); COMMUNICATIONS
                                       WITH T. PERRY REGARDING SAME (0.1); REVIEW
                                       CORRESPONDENCE REGARDING WALKER SQUARE
                                       DECLARANT ANNUAL REPORTS TO CIC BOARD (0.3);
                                       COMMUNICATIONS WITH M. CZERVIONKE REGARDING

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010            PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

|            |             |      |                                                              |
|------------|-------------|------|--------------------------------------------------------------|
|            |             |      | COORDINATION OF EXECUTION OF RIVERBEND SURETY BOND (0.2); PREPARE ACKNOWLEDGMENT OF PRINCIPAL FOR SURETY BOND (0.2); COMMUNICATIONS WITH M. CZERVIONKE REGARDING SAME (0.1); REVIEW AND REVISE WALKER SQUARE DECLARANT ANNUAL REPORT TO CIC BOARD (0.4); MADE RELATED REVIEW OF CONDOMINIUM REGULATIONS (0.6); COMMUNICATIONS WITH M. MARTINEZ AND M. CZERVIONKE REGARDING REVISED WALKER SQUARE DECLARANT ANNUAL REPORT (0.2); PREPARE DEMAND LETTER TO B. GAUTHIER/WELLS FARGO REGARDING RIVERBEND LETTER OF CREDIT AND $100,000 CERTIFICATE OF DEPOSIT (1.1); REVIEW RELATED PRIOR COMMUNICATIONS (0.2); REVISE REGISTRATION APPLICATIONS (1.0); COMMUNICATIONS WITH M. CZERVIONKE AND M. MARTINEZ REGARDING SAME (0.1); COMMUNICATIONS WITH M. CZERVIONKE AND M. MARTINEZ REGARDING REVISED WALKER SQUARE DECLARANT ANNUAL REPORT (0.1). |
| 05/05/10   | C. Weiss<br>Task: 2300     | .50  | REVIEW MEMO AND EMAILS REGARDING RELEASE OF COLLATERAL CD'S (0.3); WORK WITH G. WALLING REGARDING SAME (0.2). |
| 05/06/10   | G. Walling<br>Task: 2300   | .30  | COMMUNICATIONS WITH B. GAUTHIER REGARDING COORDINATION OF WELLS FARGO RELEASE OF RIVERBEND CERTIFICATE OF DEPOSIT (0.1); COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME (0.1); WORK WITH C. WEISS ABOUT WELLS FARGO RESPONSE REGARDING RELEASE OF RIVERBEND CERTIFICATE OF DEPOSIT (0.1). |
| 05/07/10   | G. Walling<br>Task: 2300   | .50  | REVIEW OF FILES RECEIVED FROM E. RAMANA IN CONNECTION WITH EQUITY TRANSFER (0.4); COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME (0.1). |
| 05/10/10   | G. Walling<br>Task: 2300   | .40  | COMMUNICATIONS WITH B. LUBKEMAN AND M. MARTINEZ REGARDING MCGUIREWOODS ACCRUED FEES (0.3); COMMUNICATIONS WITH M. MARTINEZ REGARDING EXECUTION STATUS OF RIVERBEND SURETY BOND (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010          PAGE   4
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


05/11/10   G. Walling        1.20   WORK WITH M. MARTINEZ REGARDING RIVERBEND
           Task: 2300               ASSESSMENT SURETY BOND  (0.4); COMMUNICATIONS
                                    WITH M. WIKFORS REGARDING RELEASE OF RIVERBEND
                                    $100,000 CERTIFICATE OF DEPOSIT (0.4);
                                    COMMUNICATIONS WITH T. PERRY REGARDING
                                    RIVERBEND ASSESSMENT SURETY BOND DELIVERY
                                    STATUS (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING RIVERBEND CERTIFICATE OF DEPOSIT AND
                                    ASSESSMENT BOND (0.2).

05/12/10   G. Walling        3.30   CALLS WITH M. MARTINEZ REGARDING NEW RIVERBEND
           Task: 2300               SURETY BOND (0.1); COMMUNICATIONS WITH B.
                                    GAUTHIER REGARDING LIQUIDATION OF WACHOVIA
                                    $100,000 CERTIFICATE OF DEPOSIT (0.2);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING SAME
                                    (0.1); COMMUNICATIONS WITH T. PERRY  (CIC
                                    BOARD)/M. MARTINEZ  REGARDING DELIVERY STATUS
                                    OF RIVERBEND ASSESSMENT BOND (0.3); REVIEW
                                    COMMUNICATIONS WITH WACHOVIA REGARDING
                                    CONDITIONS TO RELEASE OF $100,000 CERTIFICATE
                                    OF DEPOSIT (0.3); MADE RELATED REVIEW OF
                                    OCTOPUS PROPERTY LLC AND LB CHARLOTTESVILLE
                                    CONDOMINIUM HOLDINGS LLC ORGANIZATIONAL
                                    DOCUMENTS (1.3); COMMUNICATIONS WITH M.
                                    MARTINEZ REGARDING SAME (0.1); COMMUNICATIONS
                                    WITH M. WIKFORS, B. GAUTHIER, E. RAMANA AND R.
                                    JACOBS REGARDING OCTOPUS PROPERTY/LB
                                    CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC
                                    ORGANIZATIONAL DOCUMENTS (0.3); COMMUNICATIONS
                                    WITH M. MARTINEZ REGARDING CT CORPORATION
                                    INVOICES (0.2);  MADE RELATED FILE REVIEW
                                    (0.4).

05/13/10   G. Walling        2.00   CALL  FROM M. MARTINEZ REGARDING CT CORPORATION
           Task: 2300               INVOICES (0.1); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING CT CORPORATION INVOICE AND RIVERBEND
                                    $100,000 CERTIFICATE OF DEPOSIT RELEASE STATUS
                                    (0.1); REVIEW OF FILE REGARDING CT CORPORATION
                                    INVOICES (0.2); COMMUNICATIONS WITH M. MARTINEZ
                                    REGARDING CT CORPORATE STAFFING INVOICE FOR LB
                                    CHARLOTTESVILLE CONDOMINIUM HOLDINGS LLC (0.2);
                                    REVIEW OF CORPORATE STAFFING INDEPENDENT
                                    MANAGER AGREEMENTS (0.2);  CALL WITH M.
                                    MARTINEZ REGARDING INDEPENDENT MANAGERS

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010              PAGE   5
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


                              AGREEMENTS, RIVERBEND CERTIFICATE OF DEPOSIT
                              AND LEHMAN EXECUTION STATUS OF AMENDED
                              REGISTRATION APPLICATIONS (0.6); RELATED REVIEW
                              OF SENIOR LOAN AGREEMENT AND MEZZ LOAN
                              AGREEMENT REQUIREMENTS REGARDING INDEPENDENT
                              MANAGERS (0.4); CALL WITH M. MARTINEZ REGARDING
                              SAME (0.2).

05/14/10  C. Weiss          .40   REVIEW E-MAILS REGARDING RELEASE OF WACHOVIA
          Task:  2300             CD (0.2); WORK WITH G. WALLING REGARDING SAME
                                  (0.2).

05/14/10  G. Walling       1.10   COMMUNICATIONS WITH T. PERRY (CIC BOARD)
          Task:  2300             REGARDING RIVERBEND ASSESSMENT SURETY BOND
                                  (0.1); REVIEW TRAVELERS' SURETY BOND (0.2);
                                  COMMUNICATIONS WITH B. JONES, T. PERRY AND M.
                                  MARTINEZ REGARDING EXECUTION/DELIVERY STATUS OF
                                  TRAVELERS' SURETY BOND (0.2); COMMUNICATIONS
                                  WITH M. MARTINEZ REGARDING RIVERBEND SURETY
                                  BOND (0.1); COMMUNICATIONS WITH R. LUSK
                                  REGARDING SAME (0.1); FOLLOW UP REPORT TO T.
                                  PERRY REGARDING RIVERBEND SURETY BOND (0.1);
                                  COMMUNICATIONS WITH B. GAUTHIER, ET AL.,
                                  REGARDING LIQUIDATION STATUS OF RIVERBEND
                                  $100,000 CERTIFICATE OF DEPOSIT (0.2);
                                  COMMUNICATIONS WITH M. MARTINEZ AND M.
                                  CZERVIONKE REGARDING SAME (0.1).

05/17/10  G. Walling       1.30   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300             RIVERBEND SURETY BOND (0.2); COMMUNICATIONS
                                  WITH M. MARTINEZ REGARDING LIQUIDATION OF
                                  WACHOVIA $100,000 CERTIFICATE OF DEPOSIT AND
                                  EXECUTION STATUS OF RELATED CERTIFICATION FROM
                                  J. FITTS (0.3); COMMUNICATIONS WITH T. PERRY
                                  REGARDING DELIVERY STATUS OF RIVERBEND SURETY
                                  BOND (0.2); PREPARE REVISED CERTIFICATION BY
                                  OCTOPUS PROPERTY REGARDING LIQUIDATION
                                  INSTRUCTION RELATED TO WACHOVIA $100,000
                                  CERTIFICATE OF DEPOSIT (0.3); COMMUNICATIONS
                                  WITH B. GAUTHIER REGARDING OCTOPUS LIQUIDATION
                                  CERTIFICATION (0.1); COMMUNICATIONS WITH M.
                                  CZERVIONKE REGARDING COORDINATION OF EXECUTION
                                  OF OCTOPUS LIQUIDATION CERTIFICATION BY J.
                                  FITTS (0.2).

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010              PAGE    6
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


05/18/10  G. Walling          2.10   COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300                 MASTER SERVICER EXPENSES CHARGED TO OCTOPUS
                                      PROPERTY (0.4); MADE RELATED REVIEW OF SENIOR
                                      LOAN DOCUMENTS (0.8); PREPARE MEMO TO M.
                                      MARTINEZ REGARDING MORTGAGE LOAN BORROWER
                                      LIABILITY TO REIMBURSE SENIOR LENDER EXPENSES,
                                      DURATION OF UCC FINANCING STATEMENTS, AND TIME
                                      PERIODS IN WHICH SAME MAY BE CONTINUED (0.5);
                                      CALL FROM M. MARTINEZ REGARDING FINANCING
                                      STATEMENT CONTINUATIONS, ETC. (0.4).

05/20/10  G. Walling          2.90   CALL FROM M. MARTINEZ REGARDING WALKER SQUARE
          Task:  2300                 UNIT PURCHASE OFFER (0.1); CALL WITH M.
                                      MARTINEZ REGARDING WALKER SQUARE UNIT PURCHASE
                                      OFFER, AMENDED REGISTRATION APPLICATIONS
                                      STATUS, AND MINIMUM RELEASE PRICE/MAXIMUM SALE
                                      TRANSACTION EXPENSE CAP (0.5); REVIEW OF WALKER
                                      SQUARE PURCHASE OFFER (0.3); REVIEW OF LOAN
                                      AGREEMENT EXPENSE CAP (0.3); CALL TO M.
                                      MARTINEZ REGARDING SAME (0.3); CORRESPONDENCE
                                      TO M. MARTINEZ REGARDING WALKER SQUARE OFFER
                                      AND EXCESSIVE TRANSACTION EXPENSES (0.3);
                                      COMMUNICATIONS WITH M. MARTINEZ AMENDED
                                      REGISTRATION APPLICATIONS AND NEW LEHMAN ASSET
                                      MANAGERS FOR RIVERBEND/WALKER SQUARE (0.3);
                                      COMMUNICATIONS WITH B. LUBKEMAN REGARDING
                                      PAYMENT STATUS OF MCGUIREWOODS FEES (0.1);
                                      COMMUNICATIONS WITH M. MARTINEZ REGARDING UNIT
                                      SALE EXPENSE CAP ISSUE (0.3); CALL WITH M.
                                      MARTINEZ REGARDING EXECUTION STATUS OF FITTS'
                                      CERTIFICATION RELATED TO LIQUIDATION OF
                                      WACHOVIA $100,000 CERTIFICATE OF DEPOSIT (0.2);
                                      COMMUNICATIONS WITH B. GAUTHIER, M. WIKFORS
                                      REGARDING LIQUIDATION OF $100,000 CERTIFICATE
                                      OF DEPOSIT (0.2).

05/21/10  G. Walling          2.30   REVIEW PRIOR COMMUNICATIONS REGARDING AMENDED
          Task:  2300                 REGISTRATION APPLICATIONS (0.5); REVIEW PRIOR
                                      CORRESPONDENCE REGARDING WALKER SQUARE ANNUAL
                                      DECLARANT REPORT TO COMMON INTERESTS
                                      COMMUNITIES BOARD (0.2); COMMUNICATIONS WITH M.
                                      MARTINEZ REGARDING COORDINATION OF EXECUTION BY

LEHMAN BROTHERS HOLDINGS INC.          July 13, 2010          PAGE    7
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308


                              J. FITTS OF AMENDED REGISTRATION APPLICATIONS
                              AND DECLARANT ANNUAL REPORTS TO CIC (0.2);
                              PREPARED ANNUAL DECLARANT REPORT TO CIC FOR
                              RIVERBEND (0.5); MADE RELATED FILE REVIEW
                              (0.3); COMMUNICATIONS WITH M. MARTINEZ
                              REGARDING RIVERBEND DECLARANT ANNUAL REPORT AND
                              COORDINATION OF EXECUTION OF SAME (0.2); CALL
                              WITH M. MARTINEZ REGARDING AMENDED REGISTRATION
                              APPLICATIONS AND MEZZANINE LOAN FINANCING
                              STATEMENT CONTINUATION FILINGS (0.4).

05/24/10  G. Walling      1.00  COMMUNICATIONS WITH N. HORSFIELD REGARDING
          Task:  2300           OCTOPUS PROPERTY CERTIFICATION TO WACHOVIA
                                CONCERNING $100,000 CERTIFICATE OF DEPOSIT
                                LIQUIDATION (0.2); COMMUNICATIONS WITH M.
                                MARTINEZ REGARDING SAME AND RECEIPT OF
                                CERTIFICATE OF DEPOSIT PROCEEDS (0.2);
                                COMMUNICATIONS WITH B. GAUTHIER REGARDING
                                REQUEST FOR ACCOUNTING OF WACHOVIA FEES/CHARGES
                                DEDUCTED FROM CERTIFICATE OF DEPOSIT PROCEEDS
                                (0.2); COMMUNICATIONS WITH M. MARTINEZ  ABOUT
                                CERTIFICATE OF DEPOSIT PROCEEDS, ACCOUNTING
                                REGARDING SAME AND EFFORT TO SEEK REIMBURSEMENT
                                FOR SEVERAL MONTHS' INTEREST DISBURSEMENTS TO
                                DUPONT/FABROS (0.4).

05/25/10  G. Walling       .70  COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300           MCGUIREWOODS FEE STATUS (0.3); COMMUNICATIONS
                                WITH B. JONES (CIC BOARD) AND M. MARTINEZ
                                REGARDING CIC RECEIPT OF RIVERBEND ASSESSMENT
                                SURETY BOND (0.3); COMMUNICATIONS WITH M.
                                MARTINEZ REGARDING FOLLOW UP ABOUT MCGUIREWOODS
                                FEE PAYMENT STATUS (0.1).

05/26/10  G. Walling       .10  COMMUNICATIONS WITH M. MARTINEZ REGARDING
          Task:  2300           WACHOVIA EXPLANATION OF CHARGES, FEES RELATED
                                TO LIQUIDATION OF $100,000 CERTIFICATE OF
                                DEPOSIT.

06/24/10  G. Walling      1.10  COMMUNICATIONS WITH M. MARTINEZ REGARDING NEW
          Task:  0100           SALES CONTRACTS AND RESERVE AGREEMENT STATUS
                                (0.3); COMMUNICATIONS WITH M. PLANER AND E.
                                RAMANA REGARDING RESERVE AGREEMENT (0.2);
                                COMMUNICATIONS FROM T. PERRY REGARDING
                                RIVERBEND AND WALKER SQUARE DECLARANT ANNUAL

LEHMAN BROTHERS HOLDINGS INC.           July 13, 2010           PAGE    8
MATTER NUMBER: 30837.0005
INVOICE NO.: 713308

REPORTS (0.2); COMMUNICATIONS WITH M. MARTINEZ
REGARDING RESERVE AGREEMENT (0.2) ;
COMMUNICATIONS WITH A. WEBB AND M. MARTINEZ
REGARDING BROKER VALUE CONCLUSIONS FOR
RIVERBEND INVENTORY UNITS (0.2).

| | | | |
|---|---|---|---|
| 0100  General Case Administration | | | |
| G. Walling | 1.10 | 430.00 | $473.00 |
| TOTAL 0100 | 1.10 | | $473.00 |
| 2300  Real Estate Matters | | | |
| C. Weiss | .90 | 525.00 | $472.50 |
| G. Walling | 29.10 | 430.00 | $12,513.00 |
| TOTAL 2300 | 30.00 | | $12,985.50 |

Bille: Recap Of Cost Detail: [Invoice - 713308 Date: 07/13/2010]    08-13555-mg    Doc 10755-9    Filed 08/16/10    Entered 08/16/10 10:19:32    Exhibit E4    Page 1
Client: -

Pg 34 of 45

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/05/2010 | 0351 | GERALD WALLING | 101S | 31.00 | 0.15 | 4.65 | COPY CHARGES | 26430619 |
| 07/13/2010 | | Invoice=713308 | | 31.00 | 0.10 | 3.10 | | |
| | | | | | | | | |
| 05/21/2010 | 0351 | GERALD WALLING | 101S | 38.00 | 0.15 | 5.70 | COPY CHARGES | 26467449 |
| 07/13/2010 | | Invoice=713308 | | 38.00 | 0.10 | 3.80 | | |
| | | | | | | | | |
| 05/24/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.64 | 16.64 | DELIVERY SERVICE/MESSENGER | 26497692 |
| 07/13/2010 | | Invoice=713308 | | 1.00 | 16.64 | 16.64 | RCVD:WELLS FARGO BANK, N.A./MR. BRUCE GAUTHIER, | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 26.99 | 3 records | |
| | | BILLED TOTALS:    BILL: | | | | 23.54 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 26.99 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 23.54 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 713314
Matter No.: 04406.0113               Invoice Date: July 13, 2010
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
    RE: PLAZA AT TURTLE CREEK LOANS

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| G. Walling | 2.40 | 410.00 | 984.00 |
| Total | 2.40 | | 984.00 |

TOTAL FEES:                                    $    984.00

CHARGES:

    COPY CHARGES                        0.30

TOTAL CHARGES:                                 $      .30

T O T A L   T H I S   S T A T E M E N T:        $    984.30

LEHMAN BROTHERS HOLDINGS INC.                    July 13, 2010              PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 713314

DESCRIPTION OF SERVICES

| Date | | | Description |
|---|---|---|---|
| 05/04/10 | G. Walling<br>Task: 2300 | 1.50 | COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT (0.2); COMMUNICATIONS WITH J. NASTASI AND D. KAPLAN REGARDING EXECUTION STATUS OF II/1102 SELLER STATEMENT (0.2); COMMUNICATIONS WITH S. MARSHALL AND J. NASTASI REGARDING SAME (0.2); PREPARE PARTIAL RELEASE FOR II/1102 (0.3); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1701 PARTIAL RELEASE EXECUTION STATUS (0.1); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1102 PARTIAL RELEASE (0.1); COMMUNICATIONS WITH J. ARRIETA AND S. JACKSON, REGARDING II/1701 AND II/1102 PARTIAL RELEASES (0.2); COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT (0.1); COMMUNICATIONS WITH D. KAPLAN REGARDING SAME (0.1). |
| 05/05/10 | G. Walling<br>Task: 2300 | .30 | COMMUNICATIONS WITH D. KAPLAN REGARDING II/1102 SELLER STATEMENT (0.1); COMMUNICATIONS WITH J. ARRIETA, S. WEST AND S. JACKSON REGARDING SAME (0.1); COMMUNICATIONS WITH S. MARSHALL REGARDING II/1102 SELLER STATEMENT (0.1). |
| 05/06/10 | G. Walling<br>Task: 2300 | .10 | COMMUNICATIONS WITH J. ARRIETA REGARDING II/1102 SELLER STATEMENT. |
| 05/27/10 | G. Walling<br>Task: 2300 | .50 | COMMUNICATIONS WITH S. MARSHALL REGARDING NEW BULK SALE PURCHASE OFFER (0.1); REVIEWED BULK SALE OFFER (0.3); COMMUNICATION WITH S. MARSHALL REGARDING NEED TO PROVIDE ALL EXHIBITS FOR REVIEW (0.1). |

| | | | | |
|---|---|---|---|---|
| 2300 | Real Estate Matters<br>G. Walling | 2.40 | 410.00 | $984.00 |
| | TOTAL 2300 | 2.40 | | $984.00 |

Billed Recap Of Cost Detail - [Invoice: 713314 Date: 07/13/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/04/2010 | 0351 | GERALD WALLING | 101S | 3.00 | 0.15 | 0.45 | COPY CHARGES | 26429318 |
| 07/13/2010 | | Invoice=713314 | | 3.00 | 0.10 | 0.30 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 0.45 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 0.30 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 0.45 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 0.30 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | | San Francisco |
| Los Angeles | | Washington, DC |

```
                                    ATTORNEY-CLIENT PRIVILEGED
                                    TAX ID NO. 52-1237458


     LEHMAN BROTHERS HOLDINGS INC.
     Attn: Ms. Evanthe  Papastathis
     3424 Peachtree Road, NE
     Suite 2200
     Atlanta, GA 30326



     Client No.: 04406                  Invoice No. 713310
     Matter No.: 04406.0204             Invoice Date: July 13, 2010
     ==========================================================

        FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
        RE: NORTH BEACH PLANTATION


     * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *
```

|                          | Hours Worked | Billed Per Hour | Bill Amount |
|--------------------------|:------------:|:---------------:|:-----------:|
| G. Walling               | 0.90         | 430.00          | 387.00      |
| Total                    | 0.90         |                 | 387.00      |

```
     TOTAL FEES:                                      $     387.00


     T O T A L   T H I S   S T A T E M E N T:         $     387.00
```

LEHMAN BROTHERS HOLDINGS INC.              July 13, 2010            PAGE    2
MATTER NUMBER: 04406.0204
INVOICE NO.: 713310


                        DESCRIPTION OF SERVICES


05/12/10  G. Walling        .70  COMMUNICATIONS WITH A. LONG REGARDING SALE OF
                                 (2300) (0.3); MADE RELATED FILE REVIEW (0.4).

05/13/10  G. Walling        .20  WORK WITH A. LONG REGARDING ASSIGNMENT OF
                                 AGREEMENT (2300).

     G. Walling                      .90    430.00    $387.00

        TOTAL                        .90              $387.00

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE  PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                Invoice No. 709089
Matter No.: 04406.0205           Invoice Date: June 16, 2010
================================================================

     FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
     RE: EB DEVELOPERS INC.


 * * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| D. Flaum | 1.10 | 335.00 | 368.50 |
| Total | 1.10 | | 368.50 |

TOTAL FEES:                                   $    368.50

CHARGES:

     COPY CHARGES                     0.20
     DELIVERY SERVICE/MESSENGER      16.64
     LONG DISTANCE TELEPHONE          2.54

TOTAL CHARGES:                                $     19.38

T O T A L   T H I S   S T A T E M E N T:      $    387.88

LEHMAN BROTHERS HOLDINGS INC.              June 16, 2010              PAGE    2
MATTER NUMBER: 04406.0205
INVOICE NO.: 709089


DESCRIPTION OF SERVICES


05/03/10  D. Flaum           .60   CONFER WITH RIVIERA AUDITOR (0.2); REVIEW AND
          Task:  2300               REVISE RIVIERA AUDIT LETTERS (0.2);
                                    CORRESPOND WITH LEHMAN, D. ETHERIDGE AND
                                    TRIMONT REGARDING RIVIERA AUDIT ISSUES (0.2).

05/04/10  D. Flaum           .50   CONFER AND CORRESPOND WITH RIVIERA AUDITOR,
          Task:  2300               LEHMAN AND TRIMONT REGARDING RIVIERA AUDIT.

2300  Real Estate Matters
      D. Flaum                      1.10    335.00    $368.50

      TOTAL 2300                    1.10              $368.50

Billed Recap Of Cost Detail - [Invoice: 709089 Date: 06/15/2010]
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:21 1-305-825-1123 | 26433979 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 0.36 | 0.36 | 78569 | |
| | | | | | | | | |
| 05/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 14:25 1-305-926-5301 | 26433990 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 2.18 | 2.18 | 78569 | |
| | | | | | | | | |
| 05/04/2010 | 4392 | DOUGLAS FLAUM | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 26429319 |
| 06/16/2010 | | Invoice=709089 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 05/04/2010 | 0999 | MLA MLA | 107S | 1.00 | 16.64 | 16.64 | DELIVERY SERVICE/MESSENGER | 26471150 |
| 06/16/2010 | | Invoice=709089 | | 1.00 | 16.64 | 16.64 | RCVD:HANNA ZAKI & COMPANY, LLP/MIRA H. ZAKI | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 19.48 | 4 records | |
| | | BILLED TOTALS:    BILL: | | | | 19.38 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 19.48 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 19.38 | | |

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | Tel: 404.527.4000 | Philadelphia |
| Brussels | www.mckennalong.com | San Diego |
| Denver | *Remittance Address:* | San Francisco |
| Los Angeles | P.O. Box 116573, Atlanta, GA 30368 | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 713309
Matter No.: 04406.0222               Invoice Date: July 13, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2010
RE: MIDDLE MOUNTAIN 156 LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Weiss | 3.80 | 525.00 | 1,995.00 |
| G. Marsh | 0.50 | 500.00 | 250.00 |
| D.A. Geiger | 1.10 | 425.00 | 467.50 |
| Total | 5.40 | | 2,712.50 |

TOTAL FEES:                                    $  2,712.50

T O T A L   T H I S   S T A T E M E N T:       $  2,712.50

LEHMAN BROTHERS HOLDINGS INC.                July 13, 2010            PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 713309


DESCRIPTION OF SERVICES


| 05/04/10 | C. Weiss<br>Task: 4000 | .20 | REVIEW E-MAILS REGARDING CLOSING OF ADOT SETTLEMENT. |
|---|---|---|---|
| 05/04/10 | D.A. Geiger<br>Task: 4000 | .10 | PREPARE CORRESPONDENCE TO CLIENT REGARDING W-9 REQUIRED FOR ADOT SETTLEMENT. |
| 05/05/10 | C. Weiss<br>Task: 4000 | .30 | REVIEW AND REPLY TO E-MAILS REGARDING REMAINING STEPS TO COMPLETE ADOT SETTLEMENT. |
| 05/10/10 | D.A. Geiger<br>Task: 4000 | .10 | PREPARE CORRESPONDENCE TO B. HENRY REGARDING COMPLETED W-9 FOR ADOT SETTLEMENT. |
| 05/10/10 | C. Weiss<br>Task: 4000 | .20 | REVIEW E-MAILS REGARDING COMPLETION OF ADOT SETTLEMENT. |
| 05/13/10 | D.A. Geiger<br>Task: 4000 | .20 | E-MAILS WITH B. HENRY REGARDING ADOT PAYMENT ON SETTLEMENT. |
| 05/14/10 | C. Weiss<br>Task: 4000 | .40 | REVIEW AND REPLY TO E-MAILS REGARDING CONSUMMATION OF ADOT SETTLEMENT (0.2); COMPILE MATERIALS FOR REVIEW OF APS JUDGMENT AND EASEMENT AGREEMENT (0.2). |
| 05/20/10 | C. Weiss<br>Task: 4000 | .50 | REVIEW AND SEND E-MAILS REGARDING ADOT SETTLEMENT PAYMENT AND DISTRIBUTION OF SAME (0.3); REVIEW FINAL JUDGMENT REGARDING CALCULATION OF SAME (0.2). |
| 05/21/10 | C. Weiss<br>Task: 4000 | .40 | COMMUNICATIONS WITH J. RHODES REGARDING ADOT SETTLEMENT PAYMENT (0.3); E-MAILS WITH D. GEIGER AND B. HENRY REGARDING SAME (0.1). |
| 05/24/10 | C. Weiss<br>Task: 4000 | .40 | E-MAILS WITH TRIMONT AND ARIZONA COUNSEL REGARDING PAYMENT OF ADOT SETTLEMENT PROCEEDS AND DISTRIBUTION OF SAME. |
| 05/25/10 | D.A. Geiger<br>Task: 4000 | .10 | REVIEW COURT ORDER DENYING BEUS GILBERT FEE MOTION. |

LEHMAN BROTHERS HOLDINGS INC.              July 13, 2010           PAGE   3
MATTER NUMBER: 04406.0222
INVOICE NO.: 713309

| | | | |
|---|---|---|---|
| 05/26/10 | C. Weiss | 1.40 | WORK ON APS JUDGMENT AND EASEMENT REVISIONS (1.2); REVIEW AND REPLY TO E-MAILS REGARDING ADOT SETTLEMENT PAYMENT (0.2). |
| | Task:  4000 | | |
| 05/28/10 | G. Marsh | .50 | REVIEW E-MAILS REGARDING ADOT CONDEMNATION SETTLEMENT. |
| | Task:  4000 | | |
| 05/31/10 | D.A. Geiger | .60 | REVIEW AND REVISE STIPULATED JUDGMENT FOR APS SETTLEMENT. |
| | Task:  4000 | | |

```
4000  Non-Bankruptcy Litigation
      C. Weiss                    3.80    525.00   $1,995.00
      D.A. Geiger                 1.10    425.00     $467.50
      G. Marsh                     .50    500.00     $250.00

         TOTAL 4000               5.40             $2,712.50
```