# Exhibit B

## Summary of Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Position | Total Hours | Billing Rate | Total Amount | Billing Year |
|---|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 124.7 | $240 | $29,928.00 | 2010 |
| Anglin, Raechel Keay | 2008 | Associate | 4.8 | $470 | $2,256.00 | 2010 |
| Banvard, Honor | 2008 | Associate | 5.2 | $470 | $2,444.00 | 2010 |
| Bohls, Dawn | N/A | Lib. Rsrchr | 39.4 | $325 | $12,805.00 | 2010 |
| Bowers, Chris | 1999 | Partner | 402.2 | $940 | $378,068.00 | 2010 |
| Bridgeman, James D. | 1981 | Partner | 68.8 | $995 | $68,456.00 | 2010 |
| Brockway, David | 1972 | Partner | 71.1 | $1,065 | $75,721.50 | 2010 |
| Brody, Steven G. | 1987 | Partner | 14.9 | $875 | $13,037.50 | 2010 |
| Buch, Ronald L. | 1993 | Partner | 14 | $820 | $11,480.00 | 2010 |
| Campbell, Chad W. | N/A | Lit Sup Spec | 38.9 | $220 | $8,558.00 | 2010 |
| Capato, Gina M. | N/A | Paralegal Manager | 16.3 | $340 | $5,542.00 | 2010 |
| Carpenter-Holmes, A. | 1998 | Partner | 0.3 | $720 | $216.00 | 2009 |
| Cejudo, Will | 1998 | Partner | 3 | $855 | $2,565.00 | 2010 |
| Cox, Sean A. | 2010 | Associate | 7.6 | $360 | $2,736.00 | 2010 |
| Currin, Alan | N/A | Lit Sup Spec | 43.3 | $290 | $12,557.00 | 2010 |
| Desmond, Michael | 1994 | Partner | 1.2 | $995 | $1,194.00 | 2010 |
| Dillon, Sheri | 1999 | Partner | 275.5 | $855 | $235,552.50 | 2010 |
| Flickinger, Peter F. | N/A | Lit Sup Spec | 11.1 | $220 | $2,442.00 | 2010 |
| Gilroy, Joyce | N/A | Paralegal Specialist | 31.3 | $245 | $7,668.50 | 2010 |
| Glass, Jason E. | 2009 | Associate | 0.9 | $400 | $360.00 | 2010 |
| Greer, Stefanie | 2002 | Of Counsel | 32.6 | $665 | $21,679.00 | 2010 |
| Gristwood, Rachel | N/A | Lib. Rsrchr | 1 | $110 | $110.00 | 2010 |
| Gross, Robert | 1998 | Of Counsel | 0.3 | $720 | $216.00 | 2010 |
| Hagan, Rob | 2007 | Associate | 16 | $590 | $9,440.00 | 2010 |
| Hall, Kevin B. | N/A | Lib. Rsrchr | 1 | $220 | $220.00 | 2010 |
| Hensel, Jeannie H. | N/A | Cont. Para. | 152.2 | $340 | $51,748.00 | 2010 |
| Hintmann, Brooke | 2002 | Associate | 256.7 | $665 | $170,705.50 | 2010 |
| Jaramillo, Victor | 2008 | Associate | 3.7 | $470 | $1,739.00 | 2010 |
| Johnson, Jeffrey | 1993 | Partner | 35.3 | $765 | $27,004.50 | 2010 |
| Jordan, Melissa | N/A | Lib. Rsrchr | 0.2 | $220 | $44.00 | 2010 |
| Kehoe, Paul | N/A | Paralegal Specialist | 73.1 | $340 | $24,854.00 | 2010 |
| Killian, Bryan M. | 2006 | Associate | 2.3 | $620 | $1,426.00 | 2010 |
| Krause, Arielle S. | 2007 | Associate | 2.9 | $535 | $1,551.50 | 2010 |
| Lawson, Matthew J. | 2005 | Counsel | 6.1 | $620 | $3,782.00 | 2010 |
| Lemire, Roger A. | N/A | Lib. Rsrchr | 1 | $220 | $220.00 | 2010 |
| Leonard, Bob | 2007 | Associate | 316.9 | $535 | $169,541.50 | 2010 |
| Leonard, Robert G. | 1986 | Partner | 2.4 | $860 | $2,064.00 | 2010 |
| Levin, Michelle A. | 2005 | Associate | 0.3 | $620 | $186.00 | 2010 |
| Levy, Michael | 1991 | Partner | 11.70 | $865 | $10,120.50 | 2009 |
| Levy, Michael | 1991 | Partner | 31.90 | $910 | $29,029.00 | 2010 |
| Leyva, Natan | 2000 | Partner | 243.2 | $815 | $198,208.00 | 2010 |
| Madan, Raj | 1993 | Partner | 4.10 | $895 | $3,669.50 | 2009 |
| Madan, Raj | 1993 | Partner | 271.50 | $940 | $255,210.00 | 2010 |

| Timekeeper | Admission Date | Position | Total Hours | Billing Rate | Total Amount | Billing Year |
|---|---|---|---|---|---|---|
| Magee, John | 1972 | Partner | 0.5 | $1,065 | $532.50 | 2010 |
| Margulies, Oren | 2006 | Associate | 90.4 | $590 | $53,336.00 | 2010 |
| Martin, Liz | 2004 | Associate | 7.00 | $620 | $4,340.00 | 2009 |
| Martin, Liz | 2004 | Associate | 17.90 | $670 | $11993.00 | 2010 |
| Mezei, Saul | 2003 | Associate | 166.4 | $580 | $96,512.00 | 2010 |
| Mohan, Anand | 2008 | Associate | 0.4 | $470 | $188.00 | 2010 |
| Murray, Ann C. | N/A | Paralegal Specialist | 1 | $340 | $340.00 | 2010 |
| Nelson, William F. | 1972 | Partner | 0.9 | $1,065 | $958.50 | 2010 |
| Neuberg, Elisabeth | 2003 | Counsel | 1.5 | $695 | $1,042.50 | 2010 |
| O'Brien, Michael P. | 1975 | Partner | 0.5 | $895 | $447.50 | 2010 |
| Otero, Kevin | 2005 | Associate | 0.70 | $590 | $413.00 | 2009 |
| Otero, Kevin | 2005 | Associate | 317.00 | $650 | $206,050.00 | 2010 |
| Owens, Angela M. | N/A | Senior Paralegal | 293.6 | $265 | $77,804.00 | 2010 |
| Palmer, Lynne S. | N/A | Lib. Rsrchr | 0.4 | $220 | $88.00 | 2010 |
| Parish, Shawn | N/A | Senior Paralegal | 1.5 | $315 | $472.50 | 2010 |
| Peppelman, David J. | 2008 | Associate | 38.3 | $535 | $20,490.50 | 2010 |
| Plank, Thomas | 1975 | Of Counsel | 0.3 | $1,045 | $313.50 | 2010 |
| Rankin, Kiara | 2007 | Associate | 405.4 | $535 | $216,889.00 | 2010 |
| Redmond, Lothlorien | 2005 | Associate | 0.20 | $650 | $130.00 | 2009 |
| Redmond, Lothlorien | 2005 | Associate | 6.70 | $590 | $3,953.00 | 2010 |
| Ross, Mark | N/A | Senior Paralegal | 7.5 | $295 | $2,212.50 | 2010 |
| Salmons, David B. | 1998 | Partner | 1.8 | $900 | $1,620.00 | 2010 |
| Stults, Kevin | 2005 | Associate | 504.1 | $620 | $312,542.00 | 2010 |
| Sweet, Charles A. | 1986 | Partner | 7.2 | $885 | $6,372.00 | 2010 |
| Taylor, Victoria | 2008 | Associate | 0.2 | $510 | $102.00 | 2010 |
| Tidwell, Royce | 2007 | Associate | 156.2 | $535 | $83,567.00 | 2010 |
| Trevicano, Luisa | N/A | Paralegal | 0.5 | $265 | $132.50 | 2010 |

**Subtotal of Fees Accrued**    4,669.00    $2,959,196.50
Less Applicable Credit Reflected on April Statement    ($181,152.02)
Less Voluntary Reduction Taken as Part of Fifth Interim Fee Application    ($31,604.00)
**Total Fees Requested**    $2,746,440.48