# Exhibit C

## Summary of Hours and Fees Incurred by Category

| Matter Number | Exhibit | Hours | Fees |
|---|---|---|---|
| 342678 | C1 | 96.40 | $92,998.50 |
| 342678 | C2 | 41.90 | $32,821.00 |
| 343744 | C1 | 71.50 | $54,239.50 |
| 343744 | C2 | 4.00 | $2,074.00 |
| 1101400001 | C1 | 6.60 | $5,039.00 |
| 1101400001 | C2 | 20.30 | $12,261.50 |
| 1101400015 | C1 | 2.70 | $1,607.50 |
| 1101400015 | C2 | 24.00 | $14,793.50 |
| 1101400015 | C3 | 34.80 | $23,549.50 |
| 1101400015 | C4 | 20.50 | $11,897.00 |
| 1101400382 | C1 | 34.70 | $25,856.00 |
| 1101400382 | C2 | 3.30 | $1,789.00 |
| 1101400382 | C3 | 2.30 | $1,682.00 |
| 1101400395 | C1 | 0.30 | $199.50 |
| 1101400397 | C1 | 0.10 | $26.50 |
| 1101400397 | C2 | 74.80 | $48,632.00 |
| 1101400397 | C3 | 58.00 | $43,759.00 |
| 1101400397 | C4 | 13.80 | $10,879.50 |
| 1101400402 | C1 | 44.30 | $28,740.00 |
| 1101400402 | C2 | 85.30 | $59,741.00 |
| 1101400402 | C3 | 63.00 | $43,256.00 |
| 1101400402 | C4 | 28.90 | $18,563.00 |
| 1101400474 | C1 | 127.00 | $80,002.00 |
| 1101400474 | C2 | 59.70 | $37,352.00 |
| 1101400474 | C3 | 97.50 | $68,983.00 |
| 1101400474 | C4 | 144.60 | $97,585.00 |
| 1101400489 | C1 | 0.00 | $0.00 |
| 1101400489 | C2 | 0.00 | $0.00 |
| 1101400502 | C1 | 8.80 | $6,416.00 |
| 1101400502 | C2 | 3.50 | $2,284.00 |
| 1101400502 | C3 | 67.50 | $53,682.00 |
| 1101400502 | C4 | 345.90 | $274,119.50 |
| 1101400561 | C1 | 18.20 | $12,144.00 |
| 1101400561 | C2 | 67.50 | $26,486.00 |
| 1101400561 | C3 | 10.10 | $5,106.00 |
| 1101400561 | C4 | 8.70 | $4,869.00 |
| 1101400667 | C1 | 265.30 | $151,369.50 |
| 1101400667 | C2 | 5.20 | $2,031.50 |
| 1101400667 | C3 | 0.50 | $132.50 |
| 1101400667 | C4 | 15.00 | $9,525.50 |
| 1101400750 | C1 | 188.50 | $98,500.00 |
| 1101400750 | C2 | 362.10 | $223,259.00 |
| 1101400750 | C3 | 377.00 | $245,251.00 |
| 1101400750 | C4 | 81.60 | $48,018.50 |
| 1101400798 | C1 | 27.90 | $15,621.50 |

| Matter Number | Exhibit | Hours | Fees |
|---|---|---:|---:|
| 1101400798 | C2 | 258.20 | $164,643.00 |
| 1101400798 | C3 | 257.00 | $150,700.00 |
| 1101400798 | C4 | 4.50 | $1,927.00 |
| 1101400902 | C1 | 77.00 | $38,114.00 |
| 1101400902 | C2 | 58.00 | $28,026.50 |
| 1101400902 | C3 | 129.00 | $59,084.50 |
| 1101400902 | C4 | 55.20 | $24,424.50 |
| 1101400903 | C1 | 25.80 | $16,883.00 |
| 1101400903 | C2 | 1.70 | $945.50 |
| 1101400903 | C3 | 41.50 | $14,782.00 |
| 1101400903 | C4 | 7.00 | $2,496.50 |
| 1101400907 | C1 | 54.40 | $38,268.00 |
| 1101400907 | C2 | 131.90 | $89,239.00 |
| 1101400907 | C3 | 3.50 | $2,561.00 |
| 1101400908 | C2 | 54.30 | $28,674.00 |
| 1101400908 | C3 | 0.40 | $88.00 |
| 1101400910 | C1 | 111.30 | $59,339.50 |
| 1101400910 | C2 | 170.60 | $101,711.00 |
| 1101400910 | C3 | 72.80 | $46,726.50 |
| 1101400910 | C4 | 18.20 | $11,500.50 |
| 1101400912 | C1 | 46.00 | $31,338.00 |
| 1101400912 | C2 | 45.00 | $29,068.50 |
| 1101400912 | C3 | 30.20 | $20,779.00 |
| 1101400912 | C4 | 1.90 | $735.00 |
| **Subtotal of Fees Accrued** | | 4669.00 | $2,959,196.50 |
| **Less Applicable Credit Reflected on April invoice** | | | ($181,152.02) |
| **Less Voluntary Reduction taken as part of Fifth Interim Fee Application** | | | ($31,604.00) |
| **Total Fees Requested** | | | $2,746,440.48 |