# Exhibit D

## Summary of Expenses

| Expense Category | Amount |
|---|---|
| Consulting | $46,664.04 |
| Court Costs | $15.00 |
| Facsimile | $186.12 |
| Filing Fee | $1,659.50 |
| Ground Transportation | $47.00 |
| Index/Binding | $351.60 |
| Library Retrieval Services | $1,064.79 |
| Meals: Client Meetings | $1,677.58 |
| Meals: Working Lunch | $176.06 |
| Messenger/Courier | $1,329.23 |
| Online Legal Research | $16,134.75 |
| Other Legal Research | $1,079.66 |
| Overtime Ground Transportation | $91.00 |
| Overtime Meals | $57.59 |
| Photocopies | $9,491.90 |
| Scanning | $159.60 |
| Teleconferencing Charges | $222.09 |
| Telephone Charge | $629.00 |
| Travel: Air Transportation | $7,020.91 |
| Travel: Ground Transportation | $7,099.49 |
| Travel: Lodging | $7,669.29 |
| Travel: Meals | $1,136.62 |
| Travel: Parking | $27.00 |
| Travel: Rail Transportation | $2,563.00 |
| **Subtotal of Expenses Incurred** | **$106,552.82[9]** |
| **Less Reduction Taken as Part of Fifth Interim Fee Application for Duplicate Consulting Invoices** | **(2,679.50)** |
| **Total Expenses Requested** | **$103,873.32** |

---

[9] Amount reflects voluntary reductions of $3,866.68 taken at the time of filing the relevant monthly invoices.