MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
James M. Ringer, Esq.
Lawrence F. Morrison, Esq.
*Attorneys for Rosslyn Investors I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                               Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,      Case No.: 08-13555 (JMP)

                                     Debtors.                  (Jointly Administered)
-------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF MOTION OF ROSSLYN INVESTORS I, LLC
FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR
LEHMAN BROTHERS SPECIALTY FINANCE INC. AND OTHER ENTITIES**

**PLEASE TAKE NOTICE:** Rosslyn Investors I, LLC ("Rosslyn"), by and through its undersigned counsel, hereby withdraws its motion pursuant to section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order authorizing and directing discovery in the form of a subpoena requiring the production of documents by Lehman Brothers Specialty Financing Inc. ("LBSF") (together with certain of its affiliates, the "Debtors")[Docket No. 8221].

Dated: New York, New York
       August 16, 2010

                                                        MEISTER SEELIG & FEIN LLP

                                                        */s/ Lawrence Morrison*
                                                        By: James M. Ringer, Esq.
                                                        Lawrence F. Morrison, Esq.
                                                        2 Grand Central Tower
                                                        140 East 45th Street, 19th Floor
                                                        New York, NY 10017
                                                        (212) 655-3500

                                                        *Attorneys for Rosslyn Investors I, LLC*

*3926-002 Doc#136*